# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
NIKE, INC.

**DEFENDANTS**
STOCKX LLC

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
TAMAR Y. DUVDEVANI, DLA PIPER, LLP (US)
1251 AVE. OF THE AMERICAS, NEW YORK, NY 10021
(212) 335-4799

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Trademark and anti-dilution laws of the United States, 15 U.S.C. § 1051, et seq., and under statutory and common law of unfair competition.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [✓]   Judge Previously Assigned

If yes, was this case Vol. [ ]  Invol. [ ]   Dismissed. No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

**TORTS**                                                                 **ACTIONS UNDER STATUTES**

**CONTRACT**

- [ ] 110   INSURANCE
- [ ] 120   MARINE
- [ ] 130   MILLER ACT
- [ ] 140   NEGOTIABLE INSTRUMENT
- [ ] 150   RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151   MEDICARE ACT
- [ ] 152   RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153   RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160   STOCKHOLDERS SUITS
- [ ] 190   OTHER CONTRACT
- [ ] 195   CONTRACT PRODUCT LIABILITY
- [ ] 196   FRANCHISE

**REAL PROPERTY**

- [ ] 210   LAND CONDEMNATION
- [ ] 220   FORECLOSURE
- [ ] 230   RENT LEASE & EJECTMENT
- [ ] 240   TORTS TO LAND
- [ ] 245   TORT PRODUCT LIABILITY
- [ ] 290   ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

- [ ] 310   AIRPLANE
- [ ] 315   AIRPLANE PRODUCT LIABILITY
- [ ] 320   ASSAULT, LIBEL & SLANDER
- [ ] 330   FEDERAL EMPLOYERS' LIABILITY
- [ ] 340   MARINE
- [ ] 345   MARINE PRODUCT LIABILITY
- [ ] 350   MOTOR VEHICLE
- [ ] 355   MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360   OTHER PERSONAL INJURY
- [ ] 362   PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

- [ ] 440   OTHER CIVIL RIGHTS (Non-Prisoner)
- [ ] 441   VOTING
- [ ] 442   EMPLOYMENT
- [ ] 443   HOUSING/ ACCOMMODATIONS
- [ ] 445   AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446   AMERICANS WITH DISABILITIES -OTHER
- [ ] 448   EDUCATION

**PERSONAL INJURY**

- [ ] 367   HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
- [ ] 365   PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368   ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

- [ ] 370   OTHER FRAUD
- [ ] 371   TRUTH IN LENDING
- [ ] 380   OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385   PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**

- [ ] 463   ALIEN DETAINEE
- [ ] 510   MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530   HABEAS CORPUS
- [ ] 535   DEATH PENALTY
- [ ] 540   MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

- [ ] 550   CIVIL RIGHTS
- [ ] 555   PRISON CONDITION
- [ ] 560   CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

- [ ] 625   DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690   OTHER

**LABOR**

- [ ] 710   FAIR LABOR STANDARDS ACT
- [ ] 720   LABOR/MGMT RELATIONS
- [ ] 740   RAILWAY LABOR ACT
- [ ] 751   FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] 790   OTHER LABOR LITIGATION
- [ ] 791   EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**

- [ ] 462   NATURALIZATION APPLICATION
- [ ] 465   OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

- [ ] 422   APPEAL 28 USC 158
- [ ] 423   WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

- [ ] 820   COPYRIGHTS
- [ ] 830   PATENT
- [ ] 835   PATENT-ABBREVIATED NEW DRUG APPLICATION
- [x] 840   TRADEMARK
- [ ] 880   DEFEND TRADE SECRETS ACT

**SOCIAL SECURITY**

- [ ] 861   HIA (1395ff)
- [ ] 862   BLACK LUNG (923)
- [ ] 863   DIWC/DIWW (405(g))
- [ ] 864   SSID TITLE XVI
- [ ] 865   RSI (405(g))

**FEDERAL TAX SUITS**

- [ ] 870   TAXES (U.S. Plaintiff or Defendant)
- [ ] 871   IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

- [ ] 375   FALSE CLAIMS
- [ ] 376   QUI TAM
- [ ] 400   STATE REAPPORTIONMENT
- [ ] 410   ANTITRUST
- [ ] 430   BANKS & BANKING
- [ ] 450   COMMERCE
- [ ] 460   DEPORTATION
- [ ] 470   RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480   CONSUMER CREDIT
- [ ] 485   TELEPHONE CONSUMER PROTECTION ACT
- [ ] 490   CABLE/SATELLITE TV
- [ ] 850   SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 890   OTHER STATUTORY ACTIONS
- [ ] 891   AGRICULTURAL ACTS
- [ ] 893   ENVIRONMENTAL MATTERS
- [ ] 895   FREEDOM OF INFORMATION ACT
- [ ] 896   ARBITRATION
- [ ] 899   ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
- [ ] 950   CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____   OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [x] YES   [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____   DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)  **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS  [x] MANHATTAN

DATE 2/3/22   /s/ Tamar Y. Duvdevani
SIGNATURE OF ATTORNEY OF RECORD
ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 05  Yr. 2003 )

RECEIPT #   Attorney Bar Code # 4148847

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)