**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIKE, INC., <br>    Plaintiff, <br><br>  v. <br><br> STOCKX LLC, <br>    Defendant. | Case No.  22-cv- 00983 <br><br> **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF NIKE, INC.** |

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Nike, Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of Nike Inc.'s stock.

Dated: Feburary 3, 2022

             By: */s/ Tamar Y. Duvdevani*
                Tamar Y. Duvdevani
                Marc E. Miller
                Jared Greenfield
                DLA PIPER LLP (US)
                1251 Avenue of the Americas 27th Floor
                New York, New York 10020

                *Attorneys for Plaintiff Nike, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, this the 3rd day of February, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Dated: February 3, 2022

By: */s/ Tamar Y. Duvdevani*