# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br>                    Plaintiff, <br><br>    v. <br><br>STOCKX LLC, <br><br>                    Defendant. | Case No.  22-cv-<u>00983</u> <br><br> **NOTICE OF APPEARANCE FOR MARC E. MILLER** |

**PLEASE TAKE NOTICE** that Marc E. Miller, an associate of the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Plaintiff Nike, Inc., and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: February 3, 2022                    Respectfully submitted,

                                                    By: /s/ *Marc E. Miller*

                                                    **DLA Piper LLP (US)**
                                                    1251 Avenue of the Americas, 27th Floor
                                                    New York, New York 10020-1104
                                                    Telephone: (212) 335-4533
                                                    Facsimile: (212) 335-4501
                                                    Email:  marc.miller@us.dlapiper.com

                                                    *Attorney for Plaintiff Nike, Inc.*