AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Southern District of New York  on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22-cv-983 | DATE FILED<br>2/3/2022 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Nike, Inc. | | DEFENDANT<br>StockX LLC |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attachment A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>RUBY J. KRAJICK | (BY) DEPUTY CLERK<br>/S/ V. BRAHIMI | DATE<br>2/04/2022 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

**ATTACHMENT A**

| Trademark Number | Date of Trademark | Holder of Trademark |
|---|---|---|
| Reg. No. 1,370,283 | 11/12/1985 | Nike, Inc. |
| Reg. No. 3,725,535 | 12/15/2009 | Nike, Inc. |
| Reg. No. 3,780,236 | 4/27/2010 | Nike, Inc. |
| Reg. No. 3,627,820 | 9/11/2007 | Nike, Inc. |
| Reg. No. 1,558,100 | 9/26/1989 | Nike, Inc. |
| Reg. No. 1,742,019 | 12/22/1992 | Nike, Inc. |
| Reg. No. 978,952 | 2/19/1974 | Nike, Inc. |
| Reg. No. 1,214,930 | 11/2/1982 | Nike, Inc. |
| Reg. No. 1,243,248 | 6/21/1983 | Nike, Inc. |
| Reg. No. 6,124,779 | 8/11/2020 | Nike, Inc. |
| Reg. No. 1,238,853 | 5/17/1983 | Nike, Inc. |
| Reg. No. 1,325,938 | 3/19/1985 | Nike, Inc. |
| Reg. No. 5,286,596 | 9/12/2017 | Nike, Inc. |
| Reg. No. 977,190 | 1/22/1974 | Nike, Inc. |
| Reg. No. 1,264,529 | 1/17/1984 | Nike, Inc. |
| Reg. No. 1,323,343 | 3/5/1985 | Nike, Inc. |
| Reg. No. 5,794,674 | 7/2/2019 | Nike, Inc. |
| Serial No. 97095855 | Application Date: 10/27/2021 | Nike, Inc. |
| Serial No. 97096950 | Application Date: 10/28/2021 | Nike, Inc. |
| Serial No. 97096952 | Application Date: 10/28/2021 | Nike, Inc. |
| Serial No. 97096945 | Application Date: 10/28/2021 | Nike, Inc. |
| Serial No. 97095944 | Application Date: 10/27/2021 | Nike, Inc. |
| Serial No. 97096366 | Application Date: 10/27/2021 | Nike, Inc. |