# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br>                 Plaintiff, <br>     v. <br> STOCKX LLC, <br>                 Defendant. | Case No.  22-cv-983 <br><br> **NOTICE OF APPEARANCE FOR MICHAEL FLUHR** |

**PLEASE TAKE NOTICE** that Michael Fluhr, Of Counsel to the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Plaintiff Nike, Inc., and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: February 4, 2022                          Respectfully submitted,

                                                     By: /s/ *Michael Fluhr*

                                                     **DLA Piper LLP (US)**
                                                     555 Mission Street, Suite 2400
                                                     San Francisco, CA 9410
                                                     Telephone: (415) 615-6011
                                                     Facsimile: (415) 836-2501
                                                     Email:  michael.fluhr@us.dlapiper.com

                                                     *Attorney for Plaintiff Nike, Inc.*