UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Attorney: DLA Piper US LLP - New York, NY
Address: 1251 Avenue Of The Americas New York, NY 10020

Job #: 1457166

NIKE, INC.,

Plaintiff

vs

STOCKX LLC,

Defendant

Civil Action #: 1:22-cv-00983-VEC

Date Filed: 02/03/2022

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

Jack Tamburello, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 02/08/2022, at 10:52 AM at: 600 MAMARONECK AVENUE, #400, HARRISON, NY 10528 Deponent served the within **Summons in a Civil Action, Complaint with Jury Trial Requested and Civil Cover Sheet.**

On: **STOCKX LLC C/O UNITED AGENT GROUP**, therein named.

Said documents were conformed with Index number and date of filing endorsed thereon.

---

[X] **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Asia Robinson personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / Insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Manager thereof, authorized to accept on behalf.

[X] **#2 DESCRIPTION**
Sex: Female    Color of skin: Black    Color of hair: Brown    Glasses: No
Age: 26 - 35 Yrs.    Height: 5ft 4inch - 5ft 8inch    Weight: 131-160 Lbs.

[ ] **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

[ ] **#4 OTHER**

Sworn to before me on 8th February 2022

Jack Tamburello

STEVEN SILVERMAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SI6353376
Qualified in Westchester County
My Commission Expires: 1/23/2026

COURT SUPPORT, INC., 203 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542