UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
NIKE, INC.,                                                   :     No. 22 CV 983 (VC)
:
Plaintiff,                          :
:
v.                                       :
:
STOCKX LLC,                                                   :
:
Defendant.                          :
:
------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Megan K. Bannigan of Debevoise & Plimpton LLP hereby appears on behalf of Defendant StockX LLC in the above-captioned case.

Dated:     February 24, 2022
           New York, New York

                               DEBEVOISE & PLIMPTON LLP

                               By: /s/ Megan K. Bannigan
                                     Megan K. Bannigan

                               919 Third Avenue
                               New York, New York, 10022
                               (212) 909-6000
                               mkbannigan@debevoise.com

                               *Lead Counsel for Defendant StockX LLC*