UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
NIKE, INC.,

                Plaintiff,

      v.

STOCKX LLC,

                Defendant.

---------------------------------------------------------------- x

No. 22 CV 983 (VC)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jyotin Hamid of Debevoise & Plimpton LLP hereby appears on behalf of Defendant StockX LLC in the above-captioned case.

Dated:      February 24, 2022
               New York, New York

                           DEBEVOISE & PLIMPTON LLP

                           By: /s/ Jyotin Hamid
                               Jyotin Hamid

                           919 Third Avenue
                           New York, New York, 10022
                           (212) 909-6000
                           jhamid@debevoise.com

                           *Counsel for Defendant StockX LLC*