UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
NIKE, INC.,     :     No. 22 CV 983 (VC)

              Plaintiff,

       v.

STOCKX LLC,

              Defendant.
------------------------------------------------------------ x

## **NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Justin Ferrone of Debevoise & Plimpton LLP hereby appears on behalf of Defendant StockX LLC in the above-captioned case.

Dated:      February 24, 2022
              New York, New York

                           DEBEVOISE & PLIMPTON LLP

                           By: /s/ Justin Ferrone
                                 Justin Ferrone

                           919 Third Avenue
                           New York, New York, 10022
                           (212) 909-6000
                           jcferrone@debevoise.com

                           *Counsel for Defendant StockX LLC*