UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
NIKE, INC.,                                                      :     No. 22 CV 983 (VC)
:
                Plaintiff,                                 :
:
    v.                                                         :
:
STOCKX LLC,                                                      :
:
                Defendant.                                 :
:
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Kathryn C. Saba of Debevoise & Plimpton LLP hereby appears on behalf of Defendant StockX LLC in the above-captioned case.

Dated:      February 24, 2022
              New York, New York

                                    DEBEVOISE & PLIMPTON LLP

                                    By: /s/ Kathryn C. Saba
                                          Kathryn C. Saba

                                   919 Third Avenue
                                   New York, New York, 10022
                                   (212) 909-6000
                                   ksaba@debevoise.com

                                   *Counsel for Defendant StockX LLC*