

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

February 24, 2022

BY ECF

The Honorable Valerie Caproni
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     ***Nike, Inc. v. StockX LLC*,**
        **No. 22 CV 983 (VC)**

Your Honor:

Defendant StockX LLC ("StockX") respectfully requests a thirty-day extension of its time to answer or otherwise respond to Plaintiff Nike Inc.'s ("Nike") Complaint (ECF No. 1).  Nike consents to this request.

This is StockX's first request for an extension.  StockX seeks this extension so that it has sufficient time to investigate and respond to the claims set forth in the Complaint.  The current deadline to answer or otherwise respond to the Complaint is March 1, 2022.  *See* Affidavit of Service, ECF No. 12 (stating that StockX was served on February 8, 2022).  If this request for extension is granted, the new deadline to respond to the Complaint would be March 31, 2022, eight days in advance of the Initial Pretrial Conference scheduled for April 8, 2022 (ECF No. 11).

Respectfully submitted,

/s/ Megan K. Bannigan

Megan K. Bannigan
*Counsel for Defendant StockX LLC*