UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STOCKX LLC,<br><br>    Defendant. | Civil Action No. 22-cv-00983 (VEC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John David Mayberry of Kilpatrick Townsend & Stockton LLP, who is admitted to practice in this Court, hereby provides notice of his appearance as counsel for Defendant StockX LLC in this case.

Respectfully submitted this 30th day of March, 2022.

    /s/ John David Mayberry
    John David Mayberry
    KILPATRICK TOWNSEND & STOCKTON LLP
    The Grace Building
    1114 Avenue of the Americas
    New York, NY 10036-7703
    Telephone: (212) 775-8830
    dmayberry@kilpatricktownsend.com

    *Counsel for Defendant StockX LLC*