UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>STOCKX LLC,<br><br>  Defendant. | Civil Action No. 22-cv-00983 (VEC) |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Robert N. Potter of Kilpatrick Townsend & Stockton LLP, who is admitted to practice in this Court, hereby provides notice of his appearance as counsel for Defendant StockX LLC in this case.

  Respectfully submitted this 30th day of March, 2022.

              /s/ Robert N. Potter
              Robert N. Potter
              KILPATRICK TOWNSEND & STOCKTON LLP
              The Grace Building
              1114 Avenue of the Americas
              New York, NY 10036-7703
              Telephone: (212) 775-8733
              rpotter@kilpatricktownsend.com

              *Counsel for Defendant StockX LLC*