# EXHIBIT C















7

