| | |
|---|---|
| Megan K. Bannigan (mkbannigan@debevoise.com) | David Mayberry (DMayberry@kilpatricktownsend.com) |
| Jyotin Hamid (jhamid@debevoise.com) | Rob Potter (RPotter@kilpatricktownsend.com) |
| Justin Ferrone (jcferrone@debevoise.com) | KILPATRICK TOWNSEND & STOCKTON LLP |
| Kathryn C. Saba (ksaba@debevoise.com) | 1114 Avenue of the Americas |
| DEBEVOISE & PLIMPTON LLP | New York, New York 10036 |
| 919 Third Avenue | (212) 775-8733 |
| New York, New York 10022 | |
| (212) 909-6000 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

NIKE, INC.,

        Plaintiff,

    v.

STOCKX LLC,

        Defendant.

---------------------------------------------------------------x

No. 22-CV-983-VEC

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant StockX LLC, through its undersigned counsel, states that it is a non-governmental corporate party and that StockX LLC is a limited liability company who has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated:     March 31, 2022
            New York, New York

                              DEBEVOISE & PLIMPTON LLP

                              By:  */s/ Megan K. Bannigan*

Megan K. Bannigan (mkbannigan@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Justin Ferrone (jcferrone@debevoise.com)
Kathryn C. Saba (ksaba@debevoise.com)
919 Third Avenue
New York, New York, 10022
(212) 909-6000

KILPATRICK TOWNSEND & STOCKTON LLP
David Mayberry (DMayberry@kilpatricktownsend.com)
Rob Potter (RPotter@kilpatricktownsend.com)
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8733

*Attorneys for StockX LLC*