USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NIKE, INC.,  :
 :
                              Plaintiff,  :
 :
             -against-  :      22-CV-0983 (VEC)
 :
 :      ORDER OF REFERENCE
STOCKX LLC,  :      TO A MAGISTRATE
 :      JUDGE
                          Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      The above-entitled action is referred to Magistrate Judge Netburn for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

 X  Settlement: <u>Magistrate Judge Netburn is directed to schedule the settlement conference for 2-3 months from the date of this order to give the parties' time to exchange some discovery.</u>

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: ____

**SO ORDERED.**

Date: April 12, 2022
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**