UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NIKE, INC.,

                Plaintiff,

     -against-

STOCKX LLC,

                Defendant.

------------------------------------------------------------------X

22-CV-00983 (VEC)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A settlement conference is scheduled for Monday, July 18, 2022, at 10:00 a.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, July 11, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    April 21, 2022
            New York, New York