## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., | Civil Action No.: 1:22-cv-00983-VEC |
| Plaintiff, | |
| v. | |
| STOCKX LLC, | |
| Defendant. | |

## NIKE, INC.'S NOTICE OF MOTION FOR LEAVE
## TO FILE A FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that upon the Declaration of Tamar Y. Duvdevani and exhibits thereto, the Memorandum of Law filed herewith, and the pleadings and prior proceedings held in this action, Plaintiff Nike, Inc. ("Nike"), by and through its undersigned counsel, DLA Piper LLP (US), will move this Court before the Honorable Valerie E. Caproni, at the United States Courthouse for the Southern District of New York, located at Thurgood Marshall, 40 Foley Square, New York, NY 10007, at a time and date to be determined by the Court, for an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to amend and supplement its Complaint.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1, the opposing party's opposition papers, if any, must be filed within fourteen days.

Dated: May 10, 2022

Respectfully submitted,

By: */s/ Tamar Y. Duvdevani*

**DLA PIPER LLP (US)**

Tamar Y. Duvdevani
Marc E. Miller
Jared Greenfield
1251 Avenue of the Americas 27th Floor
New York, New York 10020-1104
Telephone:  212.335.4500
Facsimile:   212.335.4501

Michael Fluhr
555 Mission Street
San Francisco, CA 9410
michael.fluhr@us.dlapiper.com

*Attorneys for Plaintiff Nike, Inc.*