UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br> Defendant. | Civil Action No.: 1:22-cv-00983-VEC |

**DECLARATION OF TAMAR Y. DUVDEVANI IN SUPPORT OF NIKE INC.'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

I, Tamar Y. Duvdevani, declare as follows:

1. I am a partner at DLA Piper LLP (US) and attorney of record for Plaintiff Nike, Inc. ("Nike"). I submit this Declaration in support of Nike's Motion for Leave to File a First Amended Complaint and to place before the Court Nike's proposed First Amended Complaint and, pursuant to this Court's Individual Practices, a redlined version of the proposed First Amended Complaint comparing the revisions made to Nike's original Complaint.

2. Attached as Exhibit A is a true and correct copy of the proposed First Amended Complaint.

3. Attached as Exhibit B is a true and correct copy of a redlined version of the proposed First Amended Complaint comparing the revisions made to Nike's original Complaint filed on February 3, 2022 (Dkt. No. 1).

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on May 10, 2022 in New York, New York.

By: */s/ Tamar Y. Duvdevani*
Tamar Y. Duvdevani