UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE INC., <br><br> Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br> Defendant. | Civil Action No.: 1:22-cv-00983-VEC |

## **APPEARANCE OF JEFFREY B. MORGANROTH**

TO:  Clerk of the Court

Please enter the Appearance of JEFFREY B. MORGANROTH of the law firm of MORGANROTH & MORGANROTH, PLLC as counsel for Defendant, STOCKX LLC, in the above-entitled matter.

                          Respectfully submitted,

                          MORGANROTH & MORGANROTH, PLLC

                          /s/ Jeffrey B. Morganroth  
                          JEFFREY B. MORGANROTH  
                          Attorney for Defendant, StockX LLC  
                          167 East 61st Street, #23A  
                          New York, New York 10065  
                          (248) 864-4000  
                          jmorganroth@morganrothlaw.com

                          Michigan Office  
                          344 North Old Woodward Avenue, Suite 200  
Dated:  May 25, 2022          Birmingham, Michigan 48009

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system which will send notification of such filing to counsel in this matter registered with the electronic filing system.

                            /s/ Jeffrey B. Morganroth  
                            JEFFREY B. MORGANROTH  
                            Attorney for Defendant, StockX, LLC