MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2022

Megan K. Bannigan
(mkbannigan@debevoise.com)
Jyotin Hamid
(jhamid@debevoise.com)
Justin Ferrone
(jcferrone@debevoise.com)
Kathryn C. Saba
(ksaba@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

David Mayberry
(DMayberry@kilpatricktownsend.com)
Rob Potter
(RPotter@kilpatricktownsend.com)
KILPATRICK TOWNSEND &
STOCKTON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8733

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
NIKE, INC.,                                              :   No. 22-CV-983-VEC
:
            Plaintiff,                                    :
:
      v.                                                 :
:
STOCKX LLC,                                              :
:
            Defendant.                                    :
:
-----------------------------------------------------------------x

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Defendant StockX LLC ("StockX"), by and through its undersigned counsel, hereby submits this notice to inform the Court and the parties that Defendant does not oppose Plaintiff Nike, Inc.'s ("Nike") Motion for Leave to File a First Amended Complaint in the above-captioned action (ECF 31). Defendant recognizes that leave to amend a complaint is freely granted – particularly early in a litigation – and that Nike's Motion was timely filed in accordance with the Court's Scheduling Order governing this dispute. Thus, although Defendant

1

disputes Nike's allegations, Defendant enters no opposition to Nike's Motion for Leave to Amend its Complaint.

Dated:    May 24, 2022
         New York, New York

                              DEBEVOISE & PLIMPTON LLP

By:  */s/ Megan K. Bannigan*
Megan K. Bannigan (mkbannigan@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Justin Ferrone (jcferrone@debevoise.com)
Kathryn C. Saba (ksaba@debevoise.com)
919 Third Avenue
New York, New York, 10022
(212) 909-6000

KILPATRICK TOWNSEND & STOCKTON LLP
David Mayberry (DMayberry@kilpatricktownsend.com)
Rob Potter (RPotter@kilpatricktownsend.com)
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8733
*Attorneys for StockX LLC*

Given Defendant's lack of objection, Plaintiff's motion to amend its complaint is hereby GRANTED.  Plaintiff must file its First Amended Complaint on the docket by no later than **Monday, May 30, 2022**.

The Clerk of Court is respectfully directed to close the open motion at docket entry 31.

SO ORDERED.

Date: May 25, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE