UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
:
NIKE, INC.,                                          :          No. 22 CV 983 (VC)
:
               Plaintiff,        :
:
     v.                                         :
:
STOCKX LLC,                                          :
:
               Defendant.        :
:
--------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David H. Bernstein of Debevoise & Plimpton LLP hereby appears on behalf of Defendant StockX LLC in the above-captioned case.

Dated:      June 6, 2022
               New York, New York

                                            DEBEVOISE & PLIMPTON LLP

                                            By: /s/ *David H. Bernstein*
                                                 David H. Bernstein
                                           919 Third Avenue
                                           New York, New York, 10022
                                           (212) 909-6000
                                           dhbernstein@debevoise.com

                                           *Counsel for Defendant StockX LLC*