# Exhibit B

**StockX**  Help Center

Ask a Ques 🔍

English (US) ⌄

## What are Vault NFTs?
4/5/2022

Vault NFTs are digital tokens that represent ownership of physical items and, therefore, do not have any intrinsic value beyond that of the underlying physical good. Each Vault NFT is backed by a physical item held in StockX's custody, tied directly one to one via the blockchain. Any item in the StockX Vault is Verified Authentic via StockX's authentication process.

This means that if you buy an edition of a Vault NFT, you are the owner of the corresponding physical good which is secured and stored in StockX's Vault.

You can trade that NFT to someone else, which will also transfer ownership of the corresponding physical good, you can hold it for any length of time, or you can redeem the item from the StockX Vault and take possession of the physical item.

All of this allows you to invest in current culture like never before, giving you the ability to own an item without ever taking possession of the item and without ever paying shipping fees. Plus you can sell it without having to send it to us and with fewer seller fees.

Did this information resolve your issue?   [ Yes ]  [ No ]

### Frequently Asked Questions

My Account

Recent Purchases FAQ

Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

**StockX**   Help Center

Ask a Question

English (US)