# Exhibit C

StockX NFTs - Collect What's Ne
stockx.com/lp/nfts/
StockX
NFTs
AUTHENTIC • ALWAYS • VE
Collect What's Next
Introducing Vault NFTs on StockX
Welcome to the future of StockX, where authentic physical products of current culture are now tracked on-chain.
Introducing Vault NFTs on StockX, new digital tokens providing unprecedented access and utility for our customers. Each Vault NFT is tied to a physical product (as depicted on the NFT), which is stored in our brand new, climate-controlled, high-security vault.
The future of culture is here.

The Vault

StockX

Vaulted Goods Vault NFT Crocs Pollex Clog by Salehe Bembury Crocodile - US M 10

Vaulted Goods Vault NFT Crocs Pollex Clog by Salehe Bembury Urchin - US M 10

Vaulted Goods Vault NFT Pokémon TCG Champions Path Elite Trainer Box

Vaulted Goods Vault NFT New Balance 550 Joe Freshgoods Conversations Amongst Us - US M 10

Vaulted Goods Vault NFT Travis Scott Cactus Jack Fortnite 12" Action Figure Duo Set

Vaulted Goods Vault NFT Swatch x Omega Bioceramic Moonswatch Mission to the Sun SO33J100






StockX

Vaulted Goods Vault NFT Swatch x Omega Bioceramic Moonswatch Mission to Earth SO33G100

Vaulted Goods Vault NFT Swatch x Omega Bioceramic Moonswatch Mission to Mercury SO33A100

Vaulted Goods Vault NFT Swatch x Omega Bioceramic Moonswatch Mission to the Moon SO33M100

Vaulted Goods Vault NFT Supreme Burberry Skateboard Deck Beige

Vaulted Goods Vault NFT Supreme Burberry Skateboard Deck Pink

Vaulted Goods Vault NFT 2021 Topps Chrome Formula 1 Racing Hobby Lite Box

StockX





Vaulted Goods Vault NFT 2021 Topps Chrome Formula 1 Racing Hobby Box

Vaulted Goods Vault NFT New Balance 990v3 JJJJound Olive - US M 10

Vaulted Goods Vault NFT New Balance 990v4 JJJJound Navy - US M 10





Vaulted Goods Vault NFT Supreme x The Crow Kubrick Figure 100%

Vaulted Goods Vault NFT Pokémon TCG 25th Anniversary Celebrations Ultra-Premium Collection Box

Vaulted Goods Vault NFT Puma MB.01 LaMelo Ball Rick and Morty - US M 10


StockX

Vaulted Goods Vault NFT Charizard-Holo 1999 Pokemon TCG Base Set #4/102 (PSA 9)

Vaulted Goods Vault NFT Charizard VMAX 2020 Pokemon TCG Sword & Shield Darkness Ablaze #20 (PSA 9)

Vaulted Goods Vault NFT Shiny Charizard VMAX 2021 Pokemon TCG Sword & Shield Shining Fates Full Art #SV107/SV122 (PSA 9)

Vaulted Goods Vault NFT Charizard V SCR 2020 Pokemon TCG Sword & Shield Champion's Path #79 (PSA 9)

Vaulted Goods Vault NFT Supreme MG1/100 RX-78-2 GUNDAM Ver. 3.0 Action Figure

Vaulted Goods Vault NFT adidas Yeezy Boost 350 V2 Beluga Reflective - US M 10

StockX

Vaulted Goods Vault NFT Nikola Jokic 2015 Panini Prizm Rookie #335 - PSA 9

Vaulted Goods Vault NFT Joel Embiid 2014 Panini Prizm Rookie #253 - PSA 9

Vaulted Goods Vault NFT Jayson Tatum 2017 Panini Prizm Rookie #16 - PSA 9

Vaulted Goods Vault NFT Andrew Wiggins 2014 Panini Prizm Rookie #251 - PSA 9

Vaulted Goods Vault NFT Giannis Antetokounmpo 2013 Panini Hoops Rookie #275 - PSA 9

Vaulted Goods Vault NFT LeBron James 2008 Topps #23 - PSA 9

StockX

Vaulted Goods Vault NFT Ja Morant 2019 Panini Prizm Rookie #249 - PSA 9

Vaulted Goods Vault NFT Stephen Curry 2012 Panini Prizm #72 - PSA 9

Vaulted Goods Vault NFT Trae Young 2018 Panini Prizm Rookie #78 - PSA 9

Vaulted Goods Vault NFT Luka Doncic 2018 Panini Prizm Rookie #280 - PSA 9

Vaulted Goods Vault NFT Jordan 1 Retro High OG Patent Bred - US M 10

Vaulted Goods Vault NFT Nike Dunk Low Retro White Black - US M 10

StockX

Vaulted Goods Vault NFT KAWS Sacai Nike Blazer Low Blue - US M 10

Vaulted Goods Vault NFT Air Jordan 4 Retro White Oreo - US M 10

Vaulted Goods Vault NFT Nike Dunk Low Off-White Lot 50 - US M 8.5

Vaulted Goods Vault NFT Women's Exclusive Air Jordan 3 Retro A Ma Maniére - US W 8

Vaulted Goods Vault NFT adidas Forum Low Bad Bunny - US M 11

Vaulted Goods Vault NFT Nike SB Dunk Low Ben & Jerry's Chunky Dunky - US M 10



StockX

Vaulted Goods Vault NFT Women's Nike Air VaporMax 2019 Cactus Plant Flea Market - US W 10

Own the most popular releases by simply taking possession of your Vault NFT and start saving on fees (and closet space). These exclusive StockX Vault NFTs connect coveted physical products with readily tradable digital tokens that track ownership of the physical product.

So if you're bullish on a product but do not want to take possession of it immediately, consider copping a Vault NFT. You take possession of the NFT immediately after the transaction is complete, meaning it is the fastest way to flip. Because each Vault NFT is tied to a physical product already stored in the StockX vault, you no longer have to wait several days before you can resell, and you do not have to pay fees associated with multiple legs of shipping and authentication. If you decide you are ready to take possession of the physical product, you can simply redeem your Vault NFT and we will deliver the product straight to your door.

StockX

Vault NFTs provide our customers with an exciting new, faster, cheaper and more efficient trading experience. We will continue to strive to provide our customer community access to the products they love in tech-forward ways that suit their needs.

Please Note: The purpose of Vault NFT is solely to track the ownership and transactions in connection with the associated product. Vault NFTs do not have any intrinsic value beyond that of the underlying associated product. The associated product is subject to StockX's own authentication process. The Vault NFT is not affiliated or associated with, sponsored by, or officially connected to any third-party brand or any brand subsidiaries or affiliates. Any third-party brand names and trademarks used in a Vault NFT are all the property of the applicable third-party brand owner and are used in the Vault NFT solely to refer to the physical product to which the Vault NFT corresponds. For more information on official brand products, please visit the applicable brand's website.

StockX

What's Now:
StockX Vault NFTs
Connecting physical products with digital trading in innovative ways. All owners may also be eligible for certain StockX benefits.*
What's Next:
Creator NFTs
In addition to the Vault NFTs, we're teaming up with friends, both new and old, for a range of exciting NFT offerings that will only be available via our marketplace. Each of these handcrafted masterpieces will give holders exclusive access to new utilities and benefits in collaboration with our diverse crew of creators.

StockX
What's Ahead
We're just getting started.
Stay tuned to StockX
for updates on our future
NFT plans, including
expanding our NFT offerings,
personal wallet withdrawals,
crypto payments, and
crypto payouts.
StockX
Vault NFT
* From time to time, StockX may offer incentives and rewards for users of StockX services generally, but not as a component of the value of any particular NFT. See www.stockx.com/terms for more details.
2008 TOPPS
LeBRON JAMES
#23
MINT
9
CAVALIERS

StockX
Stay in the Know
Frequently Asked Questions
Follow Us on Twitter
Join the Discord
StockX. Access the Now.
Air Jordan
Air Jordan 1
Jordan Golf Shoes
Womens Jordans
Air Jordan 11
Air Jordan 4
Jordan 1 Mid
Yeezy
Yeezy Boost 350
Yeezy Boost 350 V2
Yeezy Boost 700
Yeezy Boots
Yeezy Slides
Yeezy Foam RNNR
Recent Updates
Best Sneakers Releasing
Best Vans for Summer
Checkered Vans
Xbox Series X
PS5
Kanye West Hoodies
Popular Releases
Jordan 1 Heritage
Crocs Salehe Bembury
Nike Air Max 1 Travis Scott
Nike Air Trainer 1 Travis Scott
Jordan 2 Union LA
Nike Air Force 1 Low White
Apparel
Chrome Hearts
Essentials
Gallery Dept
Vlone
AMIRI Jeans
Off-White Hoodies
Supreme
Supreme Box Logo
T-Shirts
Accessories
Supreme The North Face
Bottoms
Hoodies