UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br>                    Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br>                    Defendant. | Case No.  22-cv-983 <br><br> **NOTICE OF APPEARANCE FOR Andrew Peck** |

**PLEASE TAKE NOTICE** that Andrew Peck, senior counsel of the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Plaintiff Nike, Inc., and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: June 24, 2022

Respectfully submitted,

By: /s/ *Andrew Peck*

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4631
Facsimile: (212) 335-4501
Email:  andrew.peck@us.dlapiper.com

*Attorney for Plaintiff Nike, Inc.*