UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
NIKE, INC.,                                                    :    No. 22 CV 983 (VC) (SN)
                                                               :
                    Plaintiff,                                 :
                                                               :
          v.                                                   :
                                                               :
STOCKX LLC,                                                    :
                                                               :
                    Defendant.                                 :
                                                               :
-------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher S. Ford of Debevoise & Plimpton LLP hereby appears on behalf of Defendant StockX LLC in the above-captioned case.

Dated:      June 27, 2022
            New York, New York

                                            DEBEVOISE & PLIMPTON LLP

                                            By: /s/ *Christopher S. Ford*
                                                Christopher S. Ford

                                            650 California Street
                                            San Francisco, CA 94108
                                            (415) 738-5705
                                            csford@debevoise.com

                                            *Counsel for Defendant StockX LLC*