

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

July 1, 2022
*VIA ECF*

The Honorable Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

> Re:   *Nike, Inc. v. StockX LLC,* **No. 22 CV 00983 (VEC) (S.D.N.Y.)**
>       **Joint Letter for Leave to Submit Excess Pages and for In-Person Conference**

Dear Judge Netburn:

In accordance with the Court's Procedures for Cases Referred to Settlement, plaintiff Nike, Inc. ("Nike") and defendant StockX LLC ("StockX") respectfully submit this joint letter for leave to submit excess pages for the parties' *Ex Parte* Settlement letters. Both parties have been working diligently to comply with the Court's five-page limit, but anticipate the need for an additional five pages, for a total of ten pages, to fully address each parties' settlement position.

The parties also write to respectfully request that the July 18, 2022 settlement conference be held in person. With the Court's permission, both parties' legal representatives plan to travel to New York for the July 18 conference due to a shared belief that an in-person conference would be the most efficient way to work towards a resolution.

The parties thank the Court for its consideration of these requests.

Respectfully submitted,

| | |
|---|---|
| */s/ Tamar Y. Duvdevani* | */s/ Megan K. Bannigan* |
| Tamar Y. Duvdevani | Megan K. Bannigan |
| Marc E. Miller | David H. Bernstein |
| Andrew J. Peck | Jyotin Hamid |
| Jared Greenfield | Justin Ferrone |
| **DLA Piper LLP (US)** | Kathryn C. Saba |
| 1251 Avenue of The Americas, 27th Fl. | **Debevoise & Plimpton LLP** |
| New York, NY 10020 | 919 Third Avenue |
| Telephone: (212) 335-4500 | New York, New York, 10022 |
| Facsimile: (212) 335-4501 | Telephone: (212) 909-6000 |



July 1, 2022
Page Two

Michael Fluhr
**DLA Piper LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

*Attorneys for Plaintiff Nike, Inc.*

Christopher S. Ford
**Debevoise & Plimpton LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5705

David Mayberry
Rob Potter
**Kilpatrick Townsend & Stockton LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8733

Jeffrey B. Morganroth
**Morganroth & Morganroth, PLLC**
344 N. Old Woodward Ave, #200
Birmingham, MI 48075
Telephone: (248) 864-4001

*Attorneys for Defendant StockX LLC*