UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NIKE, INC.,

                        **Plaintiff,**

      -against-

STOCKX LLC,

                        **Defendant.**

------------------------------------------------------------------X

22-CV-00983 (VEC)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      The settlement conference currently scheduled for Monday, July 18, 2022, at 10:00 a.m. is RESCHEDULED for 2:00 p.m. that same day. The conference will be held in in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007. The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols available at: https://nysd.uscourts.gov/covid-19-coronavirus.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    July 6, 2022
             New York, New York