

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 15, 2022

The Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

*Nike, Inc. v. StockX LLC*, No. 22 CV 00983 (S.D.N.Y.)

Dear Judge Caproni:

     Pursuant to the Court's April 11, 2022, Civil Case Management Plan and Scheduling Order (Dkt. No. 25), Plaintiff Nike, Inc. ("Nike") and Defendant StockX LLC ("StockX" and together with Nike, the "Parties") respectfully submit this joint letter to update the Court on the status of discovery.

     The Parties are proceeding through fact discovery. Since our July update, StockX has served its Responses and Objections to Nike's Second Set of Requests for Production and Second Set of Interrogatories on July 18, 2022, and Nike has served its Responses and Objections to StockX's Second Set of Requests for Production and Second Set of Interrogatories on July 22, 2022. Nike also supplemented its Responses to StockX's First Set of Interrogatories on August 12, 2022. In addition, Nike served its Third Set of Requests for Production on July 25, 2022 and its Fourth Set of Requests for Production on August 12, 2022.

     The parties continue to produce documents on a rolling basis. On July 29, 2022, StockX made its third production of documents to Nike. StockX has, to date, produced 11,035 documents to Nike. On August 5, 2022, Nike made its second production of documents to StockX, and on August 12, 2022, Nike made its third production of documents to StockX. Nike has, to date, produced 2,989 documents to StockX. The Parties still intend to substantially complete document production in August so that depositions can occur in September and October prior to the close of fact discovery. However, because StockX's responses and objections to Nike's Third Set of Requests for Production are not due until August 24, 2022, and its responses and objections to Nike's Fourth Set of Requests for Production are not due until September 12, 2022, StockX intends to complete production of documents responsive to those requests (RFP Nos. 217-239) in September.

     The Parties continue to work together to resolve issues surrounding the scope of responses and objections to the Parties' respective discovery requests. While the Parties are working in good faith to reach negotiated resolutions of these issues, certain disputes may require the assistance of the Court prior to the next scheduled status update.

     The Parties thank the Court for its attention to this matter.

The Hon. Valerie Caproni                             2                              August 15, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Tamar Y. Duvdevani* | */s/ Megan K. Bannigan* |
| Tamar Y. Duvdevani | Megan K. Bannigan |
| Andrew J. Peck | David H. Bernstein |
| Marc E. Miller | Jyotin Hamid |
| Jared Greenfield | Justin C. Ferrone |
| **DLA Piper LLP (US)** | Kathryn C. Saba |
| 1251 Avenue of The Americas, 27th Fl. | **Debevoise & Plimpton LLP** |
| New York, NY 10020 | 919 Third Avenue |
| Telephone: (212) 335-4500 | New York, New York, 10022 |
| Facsimile: (212) 335-4501 | Telephone: (212) 909-6000 |
| | |
| Michael Fluhr | Christopher S. Ford |
| **DLA Piper LLP (US)** | **Debevoise & Plimpton LLP** |
| 555 Mission Street, Suite 2400 | 650 California Street |
| San Francisco, CA 94105 | San Francisco, CA 94108 |
| Telephone: (415) 836-2500 | Telephone: (415) 738-5700 |
| Facsimile: (415) 836-2501 | |
| | David Mayberry |
| *Attorneys for Plaintiff Nike, Inc.* | Rob Potter |
| | **Kilpatrick Townsend & Stockton LLP** |
| | 1114 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 775-8733 |
| | |
| | Jeffrey B. Morganroth |
| | **Morganroth & Morganroth, PLLC** |
| | 344 N. Old Woodward Ave, #200 |
| | Birmingham, MI 48075 |
| | Telephone: (248) 864-4001 |
| | |
| | *Attorneys for Defendant StockX LLC* |