UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>STOCKX LLC, <br><br>　　　　　　Defendant. | Case No. 22-cv-00983 <br><br> NOTICE OF APPEARANCE FOR JANE W. WISE |

**PLEASE TAKE NOTICE** that Jane W. Wise, an associate of the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Plaintiff Nike, Inc., and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: September 1, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *Jane W. Wise*

　　　　　　　　　　　　　　　　　　　　**DLA Piper LLP (US)**
　　　　　　　　　　　　　　　　　　　　500 Eighth Street
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 799-4149
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 799-5000
　　　　　　　　　　　　　　　　　　　　Email:  jane.wise@us.dlapiper.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Nike, Inc.*