UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br> Defendant. | Case No.  22-cv-983 <br><br> **NOTICE OF APPEARANCE FOR MELISSA REINCKENS** |

**PLEASE TAKE NOTICE** that Melissa Reinckens, a partner of the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Plaintiff Nike, Inc., and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: September 2, 2022

Respectfully submitted,

By: /s/ *Melissa Reinckens*

**DLA Piper LLP (US)**
401 B Street
San Diego, CA92101
Telephone: (619) 699-2798
Facsimile: (619) 699-2701
Email:  melissa.reinckens@us.dlapiper.com

*Attorney for Plaintiff Nike, Inc.*