```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
NIKE, INC.,

                        Plaintiff,

      -against-

STOCKX LLC,

                       Defendant.
------------------------------------------------------------ X

22-CV-983 (VEC)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to Magistrate Judge Netburn for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:
    __For all discovery disputes__

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
Until September 22, 2022

_X_ Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion: _____

All such motions: ____

**SO ORDERED.**

Date:  September 12, 2022
        New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**