# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
NIKE, INC.,                                                  :
                                                             :
                              Plaintiff,                     :
                                                             :
              v.                                             :     No. 22 CV 00983 (VC) (SN)
                                                             :
STOCKX LLC;                                                  :
                                                             :
                              Defendant.                     :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------x

### [PROPOSED] ORDER AMENDING
### CASE MANAGEMENT PLAN AND SCHEDULING ORDER

WHEREAS, on April 11, 2022, the Court issued a Civil Case Management Plan and Scheduling Order setting a fact discovery deadline of October 15, 2022, and an expert discovery deadline of January 15, 2023, and scheduling the next pre-trial conference for October 28, 2022, at 10:00 A.M.  *See* ECF No. 25.

WHEREAS, on May 25, 2022, Nike filed a First Amended Complaint, which added a Sixth Cause of Action for Counterfeiting, pursuant to 15 U.S.C. § 1114, and a Seventh Cause of Action for False Advertising, pursuant to 15 U.S.C. § 1125(a)(1)(B).  *See* ECF No. 39, ¶¶ 164-175.

WHEREAS, in light of the expanded scope of this case, Plaintiff Nike, Inc. and Defendant StockX LLC (together, the "Parties") have filed a request to extend the deadlines for the completion of fact and expert discovery to January 20, 2023, and May 5, 2023, respectively.

**IT IS HEREBY ORDERED** that, the Parties' request for an extension of the discovery period is **GRANTED**. The current Civil Case Management Plan and Scheduling Order is accordingly amended such that Parties' deadline for the completion of all fact discovery is **January 20, 2023**, and the Parties' deadline for the completion of all expert discovery is **May 5, 2023**.

**IT IS FURTHER ORDERED** that the next pretrial conference is adjourned from Friday, October 28, 2022, at 10:00 A.M. to **Friday, February 3, 2022, at 10:00 A.M.**

**SO ORDERED.**

Dated: _____, 2022

                                              Hon. Valerie Caproni
                                              United States District Court Judge