

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 15, 2022

**BY ECF**

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

***Nike, Inc. v. Stock LLC***, **No. 22 CV 00983 (VEC) (SN)**

Dear Judge Netburn:

We represent Defendant StockX LLC ("StockX") in the above-captioned matter.

Pursuant to Your Honor's Individual Rule III(F), StockX respectfully submits this letter regarding the sealed treatment of StockX's response (the "Response") to Nike's Letter Motion to Compel (the "Motion"; ECF No. 57). StockX's Response is filed under seal as Exhibit A to this letter.

Nike's Motion seeks to compel StockX to produce certain communications with StockX's investors in response to Nike's Requests for Production Nos. 146-149. In support of its arguments as to why Nike's motion should be denied, StockX's Response references and quotes from three of Nike's production documents that were each designated by Nike under the Protective Order (ECF No. 52).

Counsel for Nike confirmed to StockX earlier today that it considers "the documents, excerpts therefrom, or any discussion of their contents" to be "Highly Confidential – Outside Counsel's Eyes Only" under the Protective Order, which category is limited to "trade secret or particularly sensitive non-public and confidential personal, proprietary, or commercially sensitive information" relating to certain enumerated topics (ECF No. 52, at ¶ 3).

Out of an abundance of caution, StockX is accordingly filing its Response under seal pursuant to Paragraph 14 of the Protective Order, to permit Nike the opportunity to propose, and the Court to approve, appropriate redactions for material in the Response that is covered by Nike's claim of confidentiality.

Respectfully submitted,

*/s/ Megan K. Bannigan*

Megan K. Bannigan

*Attachment (filed under seal)*

cc: All Counsel of Record (via ECF)

www.debevoise.com