USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
NIKE, INC., :
:
Plaintiff, :
:
v. : No. 22 CV 00983 (VC) (SN)
:
STOCKX LLC; :
:
Defendant. :
:
:
------------------------------------------------------------x

## [PROPOSED] ORDER AMENDING
## CASE MANAGEMENT PLAN AND SCHEDULING ORDER

WHEREAS, on April 11, 2022, the Court issued a Civil Case Management Plan and Scheduling Order setting a fact discovery deadline of October 15, 2022, and an expert discovery deadline of January 15, 2023, and scheduling the next pre-trial conference for October 28, 2022, at 10:00 A.M. *See* ECF No. 25.

WHEREAS, on May 25, 2022, Nike filed a First Amended Complaint, which added a Sixth Cause of Action for Counterfeiting, pursuant to 15 U.S.C. § 1114, and a Seventh Cause of Action for False Advertising, pursuant to 15 U.S.C. § 1125(a)(1)(B). *See* ECF No. 39, ¶¶ 164-175.

WHEREAS, in light of the expanded scope of this case, Plaintiff Nike, Inc. and Defendant StockX LLC (together, the "Parties") have filed a request to extend the deadlines for the completion of fact and expert discovery to January 20, 2023, and May 5, 2023, respectively.

IT IS HEREBY ORDERED that, the Parties' request for an extension of the discovery period is GRANTED. The current Civil Case Management Plan and Scheduling Order is accordingly amended such that Parties' deadline for the completion of all fact discovery is January 20, 2023, and the Parties' deadline for the completion of all expert discovery is May 5, 2023.

IT IS FURTHER ORDERED that the next pretrial conference is adjourned from Friday, October 28, 2022, at 10:00 A.M. to Friday, February 3, 2022, at 10:00 A.M.

SO ORDERED.

The parties' pretrial conference submissions, as outlined at Dkt. 25, are due no later than January 26, 2023. In light of the lengthy adjournment, future adjournment requests are unlikely to be granted absent a showing of very good cause.

Dated: September 16, 2022

Hon. Valerie Caproni
United States District Court Judge