UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NIKE, INC.,

                                      Plaintiff,                      22-CV-00983 (VEC)(SN)

          -against-                                     **ORDER**

STOCKX LLC,

                                 Defendant.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On Tuesday, April 12, 2022, the Honorable Valerie E. Caproni assigned this matter to my docket for settlement. ECF No. 12. On July 18, 2022, the parties participated in a settlement conference and have been providing regular updates on the status of settlement negotiations. On September 16, 2022, the deadline for the completion of all fact discovery was extended to January 20, 2023, and the next pretrial conference was adjourned to February 3, 2023. ECF No. 63.

       Accordingly, the parties are directed to contact rachel_slusher@nysd.uscourts.gov to schedule a second settlement conference, if it would be helpful. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 4, 2022
                New York, New York