```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NIKE, INC.,

                             Plaintiff,

           -against-                         22-CV-0983 (VEC)

                                          ORDER

STOCKX LLC,

                             Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 4, 2022, the Undersigned held a telephonic hearing at the request of the parties regarding a discovery dispute over the classification of certain documents as highly confidential pursuant to the Protective Order at docket entry 52.

IT IS HEREBY ORDERED that the Nike, Inc. must submit a sample of the disputed documents with proposed redactions to the Court for *in camera* review by email to CaproniNYSDChambers@nysd.uscourts.gov no later than **5:00 P.M. on Monday, November 7, 2022**.

**SO ORDERED.**

Date:  November 7, 2022
         New York, New York

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**