```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NIKE, INC.,

                        Plaintiff,

      -against-                    22-CV-0983 (VEC)

                                    ORDER
STOCKX LLC,

                      Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 4, 2022, the Undersigned held a telephonic hearing at the request of the parties regarding a discovery dispute over the classification of certain documents as highly confidential pursuant to the Protective Order at docket entry 52; and

WHEREAS pursuant to the Court's Order at docket entry 68, Plaintiff submitted a sample of the disputed documents with proposed redactions to the Court for *in camera* review.

IT IS HEREBY ORDERED that a conference in this matter is scheduled for **Wednesday, November 9, 2022, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: November 7, 2022
      New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**