

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

<u>VIA ECF</u>

November 8, 2022

The Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

*Nike, Inc. v. StockX LLC*, No. 22 CV 00983 (S.D.N.Y.)

Dear Judge Caproni:

We represent StockX LLC ("StockX") in the above-captioned case, and write with the consent of counsel for Plaintiff Nike, Inc., to respectfully request that the Court reschedule the discovery conference in the above-captioned case that is currently scheduled for Wednesday, November 9, at 11:00am (*see* ECF No. 69) for a time convenient to the Court either on Wednesday, November, 9, after 2:00pm ET, or on Thursday, November 10, after 11:00am ET.  Counsel for StockX is unavailable at the time initially scheduled by the Court for this conference due to prior commitments, including a previously scheduled keynote speaking engagement and a settlement conference before the Hon. Sarah Netburn in an unrelated case.  This is the first request for an adjournment of this conference.

Respectfully submitted,

*/s/ Megan K. Bannigan*

Megan K. Bannigan

*Counsel for Defendant StockX LLC*

cc      All counsel of record (via ECF)