```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
  NIKE, INC.,                                                  :
                                                               :
                              Plaintiff,                       :
                                                               :
             -against-                                         :   22-CV-0983 (VEC)
                                                               :
                                                               :      ORDER
  STOCKX LLC,                                                  :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a conference in this matter is currently scheduled for Wednesday, November 9, 2022, at 2:00 P.M.; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the conference in this matter is rescheduled for **Thursday, November 10, 2022, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: November 9, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**