```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NIKE, INC.,  :
   :
                          Plaintiff,  :
   :
            -against-  :    22-CV-0983 (VEC)
   :
   :    **AMENDED ORDER OF**
STOCKX LLC,  :    **REFERENCE TO A**
   :    **MAGISTRATE JUDGE**
                        Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    The above-entitled action is referred to Magistrate Judge Netburn for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:
All discovery disputes and any requests for an extension of the discovery schedule.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: ____

**SO ORDERED.**

Date:  December 6, 2022
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**