```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NIKE, INC.,

                      Plaintiff,                          22-CV-00983 (VEC)(SN)

        -against-                                     **DISCOVERY**
                                                                **CONFERENCE ORDER**

STOCKX, LLC,

                      Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 6, 2022, the Honorable Valerie E. Caproni referred this case to my docket for all discovery disputes and any requests for an extension of the discovery schedule.

       Accordingly, a discovery conference to discuss the issues raised by the parties' December 5, 2022 Letter Motion is scheduled for Wednesday, December 14, 2022, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

       The December 5 letter raises challenges to the parties' discovery responses. To evaluate those objections, the parties shall deliver to the Court two well-organized copy sets of the underlying discovery disputes, including each of the discovery demands and the objections/responses. Each party may also file a five-page letter describing their position with respect to the disputes. Given the volume of individual disputes, the Court urges the parties to categorize disputes that raise common issues. These submissions shall be delivered to the Court's chambers by Monday, December 12, 2022.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     December 9, 2022
                New York, New York