```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NIKE, INC.,

                         **Plaintiff,**         22-CV-00983 (VEC)(SN)

      -against-                                   **ORDER**

STOCKX LLC,

                         **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On December 14, 2022, the Court held a discovery conference to resolve ongoing disputes raised by the parties. It is ORDERED that:

- By Monday, December 19, 2022, each party shall file a five-page letter identifying the information they seek for Plaintiff's unjust enrichment claim as well as an explanation of the factual and legal basis for this discovery. Prior to submitting this letter, the parties shall meet and confer to discuss this claim.

- By Friday, December 23, 2022, and Friday, January 6, 2023, each party shall file a status letter informing the court of any outstanding discovery disputes.

- A remote discovery conference to discuss the issues raised in the parties' December 23, 2022 letters is scheduled for Friday, December 30, 2022, at 9:00 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

- The deadline to complete fact discovery is extended until Tuesday, February 28, 2023.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      New York, New York
                 December 15, 2022