UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>STOCKX LLC,<br><br>          Defendant. | Civil Action No. 22-cv-00983 (VEC) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Briggs M. Wright of Kilpatrick Townsend & Stockton LLP, who is admitted to practice in this Court, hereby provides notice of his appearance as counsel for Defendant StockX LLC in this case.

Respectfully submitted this 22nd day of December, 2022.

/s/ Briggs M. Wright
Briggs M. Wright
KILPATRICK TOWNSEND & STOCKTON LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (212) 775-8736
briggs.wright@kilpatricktownsend.com

*Counsel for Defendant StockX LLC*