

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

direct dial 212 775 8733
direct fax 212 775 8816
rpotter@kilpatricktownsend.com

December 23, 2022

**Via ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

  Re: <u>*Nike, Inc. v. StockX LLC*, No. 22 CV 983-VEC-SN – Withdrawal of Appearance for John David Mayberry</u>

Dear Judge Caproni:

  This firm represents Defendant StockX LLC ("Defendant") in the above-referenced action. We write pursuant to Local Civil Rule 1.4 to advise the Court that John David Mayberry has announced that he plans to retire from the practice of law at the conclusion of this year; therefore, we respectfully request that Mr. Mayberry be withdrawn from this case and removed from the list of recipients of CM/ECF notices of electronic filing.

  Defendant will continue to be represented by the remaining attorneys of record of Kilpatrick Townsend & Stockton LLP, co-counsel Debevoise & Plimpton, LLP and co-counsel Morganroth & Morganroth, PLLC. Mr. Mayberry has informed Defendant of his plans and it is expected that Mr. Mayberry's withdrawal will have no effect on further action in this case and will not prejudice any party.

  Thank you for considering this request.

               Sincerely,

               Robert N. Potter

cc: All counsel of record (via ECF)