

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

December 23, 2022
*VIA ECF*

The Honorable Sarah Netburn
United States District Court, SDNY
40 Foley Square, Room 219
New York, New York 10007

**Re:    *Nike, Inc. v. StockX LLC*, Case No. 1:22-cv-00983-VEC (S.D.N.Y.)**

**Dear Judge Netburn:**

Pursuant to Your Honor's Individual Rule III(F), Nike Inc. ("Nike") respectfully submits this letter regarding the sealed treatment of Nike's letter (the "Letter") in response to the Court's December 14, 2022, Order (Dkt No. 85).

The Letter updates the Court on outstanding discovery disputes with Defendant StockX LLC's ("StockX") as well as sets forth the factual and legal basis to compel StockX to produce relevant financial information, an issue that has ripened since the December 14, 2022 conference. Nike's Letter references material that StockX has designated as confidential pursuant to the Parties' July 14, 2022, Stipulated Protective Order (Dkt. No. 52). Nike is accordingly filing portions of its Letter under seal pursuant to Paragraph 14 of the Protective Order with appropriate redactions for material in the Letter that is covered by StockX's claim of confidentiality.

Respectfully submitted,

Tamar Y. Duvdevani
*Counsel for Plaintiff Nike, Inc.*

cc: Counsel of Record via ECF