

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

January 6, 2023
V<small>IA</small> ECF

The Honorable Sarah Netburn
United States District Court, SDNY
40 Foley Square, Room 219
New York, New York 10007

Re:   *Nike, Inc. v. StockX LLC*, **Case No. 1:22-cv-00983-VEC (S.D.N.Y.)**

**Dear Judge Netburn:**

Pursuant to Your Honor's Individual Rule III(F), Nike Inc. ("Nike") respectfully submits this letter regarding the sealed treatment of Nike's letter (the "Letter") in response to the Court's December 14, 2022, Order (Dkt No. 85).

The Letter updates the Court on the status of outstanding discovery disputes with Defendant StockX LLC's ("StockX"). Nike's Letter references material that both Nike and StockX have respectively designated as confidential pursuant to the Parties' July 14, 2022, Stipulated Protective Order (Dkt. No. 52). Nike is accordingly filing portions of its Letter under seal pursuant to Paragraph 14 of the Protective Order with appropriate redactions for material in the Letter that is covered by StockX's and Nike's claims of confidentiality.

Respectfully submitted,

Tamar Y. Duvdevani
*Counsel for Plaintiff Nike, Inc.*

cc: Counsel of Record via ECF