UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NIKE, INC., <br>         Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br>         Defendant. | ) <br> ) <br> ) <br> ) Case No. 1: 22-CV-000983 (VEC) (SN) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

> Debevoise & Plimpton LLP
> 66 Hudson Boulevard
> New York, New York 10001
> (212) 909-6000

Please direct any hard copy service to us at our new address.

Dated: New York, New York
       January 12, 2023

                                        DEBEVOISE & PLIMPTON LLP

                                        By:      *s/ Megan K. Bannigan*
                                      Megan K. Bannigan (mkbannigan@debevoise.com)
                                      David H. Bernstein (dhbernstein@debevoise.com)
                                      Jyotin Hamid (jhamid@debevoise.com)
                                      Justin Ferrone (jcferrone@debevoise.com)
                                      Kathryn C. Saba (ksaba@debevoise.com)
                                      66 Hudson Boulevard
                                      New York, New York 10001
                                      (212) 909-6000

                                      *Attorneys for StockX LLC*