```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NIKE, INC.,

                            Plaintiff,

           -against-                      22-CV-0983 (VEC)

                                           ORDER
STOCKX LLC,

                         Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Magistrate Judge Netburn extended the deadline to complete fact discovery in this matter until February 28, 2023, Dkt. 85.

    IT IS HEREBY ORDERED that the post-fact discovery conference scheduled for Friday, February 3, 2023, is adjourned until **Friday, March 3, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  The parties' pre-conference submissions, as described at Dkt. 63, are due by **February 23, 2023**.

**SO ORDERED.**

Date:  January 23, 2023
       New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**