

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

January 30, 2023
*Via ECF*

The Honorable Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

Re:    *Nike, Inc. v. StockX LLC,* No. 22 CV 00983 (VEC) (S.D.N.Y.)
       Letter Motion for *Nunc Pro Tunc* Extension of Deadline to File Notice of Intent for Redaction and Redaction Request

Dear Judge Netburn:

  Plaintiff Nike Inc. ("Nike") submits this letter motion for *nunc pro tunc* extension of the deadline to file notice of intent for redaction and to submit its redaction request pursuant to the deadlines set by Dkt. 114 and 115 for the Transcript of the Proceedings re: Conference held on December 30, 2022 before Your Honor (the "Dec. 30 Transcript"). Nike has good cause for seeking this request given the commercially sensitive nature of the confidential information discussed at this hearing. The Court has previously acknowledged the confidentiality of such information in so ordering the protective order designating this material at the highest tier of confidentiality (Dkt. 52), sealing portions of the same transcript where this information was discussed and granting Nike's motion to seal references to such information from prior letters filed with the Court (*see e.g.,* Dkt. 92, 103). Nike respectfully ask the Court to grant Nike a *nunc pro tunc* extension to file its notice of intent to redact alongside its timely redaction request. StockX consents to Nike's letter motion requesting an extension of the deadline to file a notice of intent for redaction.

  The Dec. 30 Transcript was filed on January 9, 2023 and the Court notified the parties that they had seven days to file a Notice of Intent to Request Redactions (Dkt. 115) and that a Redaction Request was due January 30, 2023. (Dkt. 114). Nike respectfully asks the Court to grant Nike an extension to file a Notice of Intent to Request Redactions so that it may timely request redactions for the Dec. 30 Transcript. Concurrent with this letter motion, Nike will request certain limited redactions to the Dec. 30 Transcript.

  The Dec. 30 Transcript contains a limited number of references to non-public, confidential information exchanged by the parties during discovery. Nike respectfully requests that this confidential information be redacted from the public version of the Dec. 30 Transcript to maintain its confidentiality. Nike's proposed redactions to the Dec. 30 Transcript are highlighted in the attached Exhibit A.

  Each of Nike's proposed redactions encompasses specific, non-public information and references material that Nike has designated as highly confidential pursuant to the Parties' July 14, 2022, Stipulated Protective Order (Dkt. 52). Nike has proposed appropriate redactions for material in the transcript that is covered by Nike's claim of confidentiality.

  Nike thanks the Court for its consideration of this matter.

Respectfully submitted,

Tamar Y. Duvdevani
*Counsel for Plaintiff Nike, Inc.*


cc: Counsel of Record via ECF