

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

January 30, 2023
*VIA ECF*

The Honorable Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

    **Re:**    *Nike, Inc. v. StockX LLC*, **Case No. 1:22-cv-00983-VEC (S.D.N.Y.)**
            **Letter Motion to Seeking to File Exhibit A to Nike's January 30, 2023 Letter Under Seal**

Dear Judge Netburn:

    Pursuant to Your Honor's Individual Rule III(F), Nike Inc. ("Nike") respectfully submits this letter regarding Nike's letter (the "Letter") seeking a *nunc pro tunc* extension of the deadline to file notice of intent for redaction and Nike's redaction request for the December 30, 2022 hearing transcript ("Dec. 30 Transcript"). Exhibit A to the Letter contains Nike's proposed redactions of certain non-public, highly confidential information from the Dec. 30 Transcript. Accordingly, Nike requests to file Exhibit A to its Letter under seal.

Respectfully submitted,

*[signature]*

Tamar Y. Duvdevani
*Counsel for Plaintiff Nike, Inc.*


cc: Counsel of Record via ECF