

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

February 15, 2023

<u>BY ECF</u>

Hon. Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

***Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VEC) (SN)**

Dear Judge Caproni:

We represent Defendant StockX LLC ("StockX") in the above-captioned case and write to request that the Court reschedule the discovery conference currently scheduled for March 3, 2023, at 10:00 am (*see* ECF No. 120), to a time convenient to the Court during the morning of either March 17 or 24, 2023. I am unavailable on March 3, 2023, due to a prior commitment to deliver a keynote address at a conference in Boston. Plaintiff Nike, Inc. consents to this request.

This is the first request to reschedule this conference. We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Megan K. Bannigan*

Megan K. Bannigan


cc     Counsel of record (via ECF)

www.debevoise.com