**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

NIKE, INC.,

                                 **Plaintiff,**

               -against-

STOCKX, LLC,

                               **Defendant.**

---------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 2/15/2023 |

**22-CV-00983 (VEC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On February 14, 2023, Plaintiff requested the Court approve their proposed redactions to the December 30, 2022 conference transcript as set forth in Exhibit A of their January 30, 2023 letter. See ECF No. 123. The Court GRANTS this request.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 15, 2023
             New York, New York