

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/15/2023

# MEMO ENDORSED

February 15, 2023

BY ECF

Hon. Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

***Nike, Inc. v. StockX LLC***, No. 22 CV 983 (VEC) (SN)

Dear Judge Caproni:

We represent Defendant StockX LLC ("StockX") in the above-captioned case and write to request that the Court reschedule the discovery conference currently scheduled for March 3, 2023, at 10:00 am (*see* ECF No. 120), to a time convenient to the Court during the morning of either March 17 or 24, 2023. I am unavailable on March 3, 2023, due to a prior commitment to deliver a keynote address at a conference in Boston. Plaintiff Nike, Inc. consents to this request.

This is the first request to reschedule this conference. We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Megan K. Bannigan*

Megan K. Bannigan

cc    Counsel of record (via ECF)

---

Application GRANTED. The March 3, 2023, conference is rescheduled to **10:00 A.M. on Friday, March 17, 2023**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions, as described at Dkt. 63, are due on **March 9, 2023**.

SO ORDERED.

*Valerie Caproni*     02/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

www.debevoise.com