# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIKE, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STOCKX LLC,<br><br>　　　　　　　　Defendant. | No. 22 CV 00983 (VEC)(SN) |

### [PROPOSED] ORDER AMENDING

### CASE MANAGEMENT PLAN AND SCHEDULING ORDER

WHEREAS, on April 11, 2022, the Court issued a Civil Case Management Plan and Scheduling Order setting a fact discovery deadline of October 15, 2022, and an expert discovery deadline of January 15, 2023, and scheduling the next pre-trial conference for October 28, 2022, at 10:00 a.m. *See* ECF No. 25.

WHEREAS, on December 15, 2022, the Court extended the deadline to complete fact discovery to February 28, 2023. *See* ECF No. 85.

WHEREAS, (1) Plaintiff Nike, Inc. ("Nike") and Defendant StockX LLC ("StockX" and together with Nike, the "Parties") completed StockX's Rule 30(b)(6) deposition on February 22, 2023, and StockX's final fact witness deposition on February 23, 2023, but have not yet received final transcripts for these depositions; and (2) there remain several outstanding discovery issues the Parties are diligently working toward resolving without the need for Court intervention.

WHEREAS, the Parties have requested to extend the deadlines for the completion of fact and expert discovery to March 21, 2023, and July 14, 2023, respectively.

**IT IS HEREBY ORDERED** that, the Parties' request for an extension of the discovery period is **GRANTED**. The current Civil Case Management Plan and Scheduling Order is accordingly amended such that the Parties' deadline for the completion of all fact discovery is **March 21, 2023**, and the Parties' deadline for the completion of all expert discovery is **July 14, 2023**.

**SO ORDERED.**

DATED: _____, 2023         _____
                                      SARAH NETBURN
New York, New York                    United States Magistrate Judge