

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

March 2, 2023
*VIA ECF*

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: *Nike, Inc. v. StockX LLC*, **No. 22 CV 00983 (VEC) (SN) (S.D.N.Y.)**
**Joint Request for Adjournment of Pretrial Conference**

**Dear Judge Caproni:**

Pursuant to Magistrate Judge Netburn's February 28, 2023 Order granting the Parties' Letter Motion for Extension of Time to Complete Discovery (Dkt. No. 130), plaintiff Nike, Inc. ("Nike") and defendant StockX LLC ("StockX," and together with Nike, the "Parties") respectfully request that the Court adjourn the March 17, 2023 pretrial conference (Dkt. No. 129), to April 7, 2023 at 10:00 AM or a later date and time that is convenient for the Court. To the extent the Court prefers to hold conferences on Fridays, the Parties are unavailable on Friday, April 14 and 28, 2023, but can be available on Friday, April 21, 2023.

This is the second request to reschedule this pretrial conference. StockX's first request for an adjournment—to which Nike consented—was granted by the Court on February 15, 2023. (Dkt. No. 129.)

The Parties thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Tamar Y. Duvdevani*
**DLA PIPER LLP (US)**

Tamar Y. Duvdevani
Marc E. Miller
Andrew J. Peck
Jared Greenfield
1251 Avenue of The Americas, 27th Fl.
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*/s/ Megan K. Bannigan*
Megan K. Bannigan
David H. Bernstein
Jyotin Hamid
Justin Ferrone
Kathryn C. Saba
**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000



March 2, 2023
Page Two

| | |
|---|---|
| Michael Fluhr<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br>Telephone: (415) 836-2500<br>Facsimile: (415) 836-2501 | Christopher S. Ford<br>**Debevoise & Plimpton LLP**<br>650 California Street<br>San Francisco, CA 94108<br>Telephone: (415) 738-5705 |
| Melissa A. Reinckens<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Telephone: (619) 699-2798<br>Facsimile: (619) 764-6624 | Rob Potter<br>Briggs M. Wright<br>**Kilpatrick Townsend & Stockton LLP**<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 775-8733 |
| Jane W. Wise<br>500 Eighth Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 799-4149<br>Facsimile: (202) 863-7849 | Jeffrey B. Morganroth<br>**Morganroth & Morganroth, PLLC**<br>344 N. Old Woodward Ave, #200<br>Birmingham, MI 48075<br>Telephone: (248) 864-4001 |
| *Attorneys for Plaintiff Nike, Inc.* | *Attorneys for Defendant StockX LLC* |