# Exhibit 01
*Filed Under Seal*