UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NIKE, INC.,

         **Plaintiff,**        22-CV-00983 (VEC)(SN)

   -against-             **ORDER**

STOCKX, LLC,

         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  Plaintiff moves to compel Defendant to produce three categories of discovery. ECF No. 135. Defendant has agreed to produce further documents in response to the second category, and otherwise opposes the motion. ECF No. 140. Plaintiff's letter motion is DENIED in full, with leave to refile as to Plaintiff's second request.

  Plaintiff seeks documents related to an internal investigation conducted by Defendant in connection with a particular buyer. Defendant contends that this investigation was directed through litigation counsel and is therefore privileged. Defendant's privilege invocation is proper. These documents were created at the request of counsel in preparation for litigation and were explicitly segregated from Defendant's normal procedures.

  Plaintiff additionally seeks documents related to a particular authentication process of Defendant that was introduced in the "summer of 2022." The parties have previously stipulated to a Relevant Time Period of July 1, 2020-May 25, 2022. Accordingly, documents concerning this authentication process are outside of the agreed upon period. Plaintiff further has not

established good cause to exceed this time limitation because it has not demonstrated a compelling need for this information.

To the extend the parties are unable to resolve the dispute in connection with the second category of documents, Plaintiff may renew its application.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 23, 2023
         New York, New York