# Exhibit 07

**Redacted Public Version**

MCEHNikC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  NIKE, INC.,
4              Plaintiff,
5         v.                              22 Civ. 983 (SN)
6  STOCKX LLC,
                                          Conference
7
               Defendant.
8
   ------------------------------x
9                                         New York, N.Y.
                                          December 14, 2022
10                                        3:10 p.m.

11 Before:

12                    HON. SARAH NETBURN,

13                                        U.S. Magistrate Judge

14                         APPEARANCES

15 DLA PIPER LLP (US)
        Attorneys for Plaintiff
16 BY:  TAMAR Y. DUVDEVANI
        MARC MILLER
17      GABRIELLE VELKES

18 DEBEVOISE & PLIMPTON, LLP (NYC)
        Attorneys for Defendant
19 BY:  CHRISTOPHER FORD
        MEGAN BANNIGAN
20      KATHRYN SABA
        -and-
21 KILPATRICK TOWNSEND & STOCKTON LLP
   BY:  ROBERT N. POTTER
22

23

24

25

1          (Case called)
2          THE DEPUTY CLERK:  This is the matter of
3  Nike v. StockX LLC, 22 Civ. 983.  Starting with plaintiff,
4  would you please state your appearance for the record.
5          MS. DUVDEVANI:  Good afternoon, your Honor.  Tamar
6  Duvdevani, DLA Piper, on behalf of plaintiff Nike, Inc.  I'm
7  joined today by Marc Miller and Gabby Velkes, also of DLA, and
8  we have observing in the courtroom our first-year law clerk
9  Megan Stanley.
10         THE COURT:  Good afternoon.
11         MR. MILLER:  Good afternoon, your Honor.
12         THE COURT:  Good afternoon.
13         For the defendant?
14         MR. FORD:  Good afternoon, your Honor.  Christopher
15 Ford, Debevoise & Plimpton, for defendant StockX.  I'm joined
16 by my colleagues Megan Bannigan and Kathryn Saba and cocounsel
17 Robert Potter from --
18         THE COURT:  If you're going to be speaking primarily,
19 or whomever will be speaking primarily -- exactly, please use
20 the microphone.  That will help the court reporter.
21         All right.  I'll begin by saying I'm disappointed to
22 see you all.  I know that's not a nice thing to say, but we had
23 made such progress on trying to settle this case, and it's my
24 view that settlement is always the best way to go, particularly
25 in these sort of commercial cases where there's a lot at stake

XMCEHNik SEALED

1  ████████████████████████████████
2  ████████████████████████████████
3  █████
4  ███████████████████████████
5  ████████████████████████████████
6  ████████████████████████████████
7  ███████████████████████████████
8  ████████████████████████████████
9  ██████████████████████████
10 ██████
11 ███████████████████████
12 █████████████████████████████
13 ██████████████████████████████
14 ████████████████████████
15 █████████████████████████████
16 ██████████████████████████████
17 █████████████████████████████
18 █████████████████████████████
19 █████████████████████████████
20 ██████████████████████████████
21 █████████████████████████████
22 ██████████████████████████████
23 ████████████████████████████
24 ████████████
25 ██████████████████████



And so I'm happy to stop there in the interest of time or if Your Honor has any questions.

THE COURT: So I'm clear, you believe that the unjust enrichment claim that Nike is alleging is with respect to revenue just for NFTs; is that correct?

MR. FORD: I'm not sure that I know that. I presume that Nike knows that. We're assuming that they're claiming that they were unjustly enriched through StockX's sales of the (inaudible). I think also for the counterfeit products, but if it's not for the counterfeit products, we would welcome that clarification.

THE COURT: Nike can help us understand what is being asserted for this unjust enrichment claim.

MR. MILLER: Yes, Your Honor. This is Mark Miller on behalf of Nike.

So, to be clear, StockX's request that it put in front of the Court for resolution today relate to Nike's financial information related to the sales of Nike's NFDs. And this was in connection with Nike's first, second, third and fourth claims for trademark infringement, trademark dilution related to the sale of StockX's vault NFDs.