# Exhibit 09
*Filed Under Seal*