
DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

April 4, 2023
*Via ECF*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/05/2023

**MEMO ENDORSED**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

**Re:** *Nike, Inc. v. StockX LLC*, No. 22 CV 00983 (VEC) (S.D.N.Y.)

**Dear Judge Caproni:**

Pursuant to the Your Honor's Individual Rule 5(B)(ii), plaintiff Nike, Inc. ("Nike") and defendant StockX LLC ("StockX," and together with Nike, the "Parties") respectfully submit this joint letter requesting the sealed treatment of Nike's Objection to Magistrate Judge Netburn's March 23, 2023 Order Denying Nike's Motion to Compel (the "Objection.").

Nike's Objection sets forth the factual and legal basis for Nike's Fed. R. Civ. Proc. 72(a) objection to Magistrate Judge Netburn's March 23, 2023 Order denying Nike's Letter-Motion to compel (Dkt. No. 148). Nike's Objection references material that Parties have designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY" pursuant to the July 14, 2022 Stipulated Protective Order entered in this case (Dkt. No. 52). Magistrate Judge Netburn previously granted both Parties' requests to seal Nike's Letter-Motion (Dkt. No. 134) and StockX's response thereto (Dkt. No. 137), which referenced the same material that underlies Nike's Objection (Dkt. Nos. 139 and 145).

Sealed treatment of Nike's Objection is appropriate in light of *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). "[C]ourts in this District routinely seal documents to prevent the disclosure of a party's confidential or competitively sensitive business information." *Regeneron Pharms., Inc. v. Novartis Pharma AG*, 2021 WL 243943, at *1 (S.D.N.Y. Jan. 25, 2021) (collecting cases). The proposed redactions to Nike's Objection have been applied judiciously and are narrowly tailored to shield only information designated by the Parties under the Stipulated Protective Order as containing highly confidential "anticounterfeiting and brand protection measures, including methods used to identify counterfeit, grey market, and/or other unauthorized goods" or other similarly commercially sensitive material (Dkt. No. 52).

As such, Nike is filing portions of its Objection under seal pursuant to Paragraph 14 of the Protective Order and respectfully requesting that the Court approve appropriate redactions for material in the Objection that is covered by the Parties' claims of confidentiality. StockX consents to Nike's motion to the extent it seeks sealed treatment of material designed under the Stipulated



April 4, 2023
Page Two

Protective Order. However, as Nike did not identify to StockX prior to filing the particular information it does and does not plan to seal, StockX reserves all rights in connection with the substance of Nike's sealing request.

Respectfully submitted,

| | |
|---|---|
| */s/ Tamar Y. Duvdevani* | */s/ Megan K. Bannigan* |
| **DLA PIPER LLP (US)** | Megan K. Bannigan |
| | David H. Bernstein |
| Tamar Y. Duvdevani | Jyotin Hamid |
| Marc E. Miller | Justin Ferrone |
| Andrew J. Peck | Kathryn C. Saba |
| Jared Greenfield | **Debevoise & Plimpton LLP** |
| 1251 Avenue of The Americas, 27th Fl. | 66 Hudson Boulevard |
| New York, NY 10020 | New York, New York, 10001 |
| Telephone: (212) 335-4500 | Telephone: (212) 909-6000 |
| Facsimile: (212) 335-4501 | |
| | Christopher S. Ford |
| Michael Fluhr | **Debevoise & Plimpton LLP** |
| 555 Mission Street, Suite 2400 | 650 California Street |
| San Francisco, CA 94105 | San Francisco, CA 94108 |
| Telephone: (415) 836-2500 | Telephone: (415) 738-5705 |
| Facsimile: (415) 836-2501 | |
| | Rob Potter |
| Melissa A. Reinckens | Briggs M. Wright |
| 401 B Street, Suite 1700 | **Kilpatrick Townsend & Stockton LLP** |
| San Diego, CA 92101 | 1114 Avenue of the Americas |
| Telephone: (619) 699-2798 | New York, New York 10036 |
| Facsimile: (619) 764-6624 | Telephone: (212) 775-8733 |
| | |
| Jane W. Wise | Jeffrey B. Morganroth |
| 500 Eighth Street, NW | **Morganroth & Morganroth, PLLC** |
| Washington, D.C. 20004 | 344 N. Old Woodward Ave, #200 |
| Telephone: (202) 799-4149 | Birmingham, MI 48075 |
| Facsimile: (202) 863-7849 | Telephone: (248) 864-4001 |
| | |
| *Attorneys for Plaintiff Nike, Inc.* | *Attorneys for Defendant StockX LLC* |

StockX's response to Nike's objection is due on **April 12, 2023**. The parties should be prepared to discuss Nike's proposed redactions at the post-fact discovery status conference scheduled for **April 7, 2023, at 10:00 A.M.**

SO ORDERED.

*Valerie Caproni*                    04/05/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE