```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
NIKE, INC.,

                               Plaintiff,

                -against-                              22-CV-0983 (VEC)

STOCKX LLC,                                         ORDER

                              Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Undersigned on April 7, 2023, for a post-fact discovery status conference.

      IT IS HEREBY ORDERED that the parties' deadline to complete expert discovery is **August 24, 2023**.

      IT IS FURTHER ORDERED that the parties are ordered to appear for a pretrial conference on **Friday, August 25, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties must submit a joint letter discussing proposed next steps, including a briefing schedule for any *Daubert* motions, by **August 17, 2023**.

      IT IS FURTHER ORDERED that any revised proposed redactions to Nike, Inc.'s objection, Dkt. 143, are due by **Tuesday, April 11, 2023**.

**SO ORDERED.**

Date: April 7, 2023
      New York, New York

                                                               **VALERIE CAPRONI**
                                                               **United States District Judge**