# Exhibit A

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5   NIKE, INC.,                )
                                )
 6            Plaintiff,        )
                                )
 7   vs.                        )   No. 1:22-cv-00983-VEC
                                )
 8   STOCKX LLC,                )
                                )
 9            Defendant.        )
     _____)
10
11
12         H I G H L Y   C O N F I D E N T I A L
13              OUTSIDE ATTORNEYS' EYES ONLY
14    STOCKX 30(b)(6) VIDEOTAPED DEPOSITION OF BROCK HUBER
15                 SAN FRANCISCO, CALIFORNIA
16               WEDNESDAY, FEBRUARY 22, 2023
17
18
19
20
21   STENOGRAPHICALLY REPORTED BY:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23   CSR LICENSE NO. 9830
24   JOB NO. 5688666
25
```

1    the heck they wanted to that buyer.
2              And if the buyer had an issue, they would
3    have to take pictures of it, get in contact with
4    customer service at whatever the marketplace was.
5              The radical difference with StockX is that we
6    first organized that purchasing experience, and then
7    injected our verification process in the middle.  So
8    instead of having to remediate issues after the fact,
9    there was a single unbiased party, StockX, that sat in
10   the middle of that transaction.
11             And in order to provide that experience, we
12   had to create a verification process.  And our
13   verification process is our own proprietary process
14   with standards that we've created to determine what
15   items are or are not eligible to be sold on our
16   platform, based on that process we created.
17             MS. DUVDEVANI:  All right.
18        Q    Mr. Huber, that did not answer my question at
19   all.
20             I simply asked, and I'll ask again:  When a
21   seller ships a product to StockX, to an authentication
22   center or a verification center or whatever StockX is
23   referring to it right now, and that product is
24   rejected by StockX because it is deemed to be
25   inauthentic, what is that seller told by StockX?