# Exhibit D

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

5      NIKE, INC.;                      )

                                        )

6                   Plaintiff,          )

                                        )

7        vs.                            )   Case No.

                                        )   1:22-cv-00983-VEC

8      STOCKX, LLC;                     )

                                        )

9                   Defendant.          )

       _____)

10

11

12

13          VIDEOTAPED DEPOSITION OF ROY IKHYUN KIM

14                 San Diego, California

15              Wednesday, February 8, 2023

16

17

18

19

20

21

22      Reported by:

        Lynda L. Fenn, CSR, RPR

23      CSR No. 12566

24

25

Page 26

1            And why did you use this platform the most?

2       A    StockX offered the best prices.  As also a

3  power buyer, I've had discounts on shipping so it

4  made no sense economically to purchase through their

5  platform.

6       Q    Now, how much have you spent purchasing on

7  StockX platform?

8       A    ████████████████████████.

9       Q    And if you can recall, do you know when you

10  made your first purchase from StockX?

11       A    Probably 2017, 2018.  But I have to look

12  that up to be specific.

13       Q    And how many purchases would you estimate

14  you've made from StockX to date?

15       A    Maybe around 5,000 shoes or so.

16       Q    And are you familiar with the StockX term

17  "power buyer"?

18       A    That was a phrase that I use.  They might

19  use it, but I'm not sure if they use it.

20       Q    And what does "power buyer" mean?

21       A    It's just somebody who -- if they spend a

22  certain amount within a quarter, they get discounted

23  shipping rates.

24       Q    And what amount is that, if you know?

25       A    I don't recall off the top of my head.

Page 27

1       Q    Does it entitled you to any other special

2    benefits beyond discounted shipping?

3       A    I'm told that we get a dedicated customer

4    support rep for our issues, but I'm not a hundred

5    percent sure that's actually the case.

6       Q    And when did you become a StockX power

7    buyer?

8       A    I've had that discount -- for over a year

9    at least.  I don't know exactly.

10       Q    Are you aware of like -- was there a

11    threshold amount that you sold to -- to become a

12    power buyer with StockX?

13       A    Yeah, a threshold amount that I bought

14    within a time period.

15            There was an email that they sent that

16    tells you what the thresholds are, but I didn't

17    really read it, you know, because they just said I

18    got a discount so I said, That's cool.

19       Q    Okay.

20            Prior to becoming a power buyer, did you

21    ever have any issues with any product that you

22    received from StockX?

23       A    Not to my memory.

24       Q    Okay.

25       A    There's a few shoes that might have had

1    before receiving a response?

2         A    Through the email chat I sent them, I

3    think, one message.  And then I had also reached out

4    through their Discord because the moderators on that

5    Discord were a little bit more accessible.

6              I didn't hear from them back either, so I

7    had to post on my Instagram instead.

8         Q    And so was it after you posted on your

9    Instagram when you were able to make contact with

10   StockX?

11        A    Yeah, StockX reached out to me after they

12   saw the post go viral on the sneaker Instagram sites.

13        Q    In contacting StockX, did you express that

14   you had suspected the product was fake?

15        A    Yes, I believe so.

16        Q    And were you ultimately able to return the

17   product?

18        A    I was, yes.

19        Q    Now, after you became a power buyer with

20   StockX, did you have issues with any other products

21   that you received from StockX?

22        A    Not to my knowledge, no.

23        Q    How would you characterize the customer

24   service you received from StockX prior -- withdrawn.

25              How would you characterize the customer

Page 31

1   service you received from StockX after becoming a

2   power buyer?

3       A   Their customer service is generally pretty

4   good just not in this particular case.  Generally,

5   they are responsive to any issues that I have as a

6   buyer or a seller within 24 hours.

7           In this case I didn't hear back them from.

8       Q   And do you think that StockX made it easier

9   for you to return products with issues?

10      A   I'm sorry, I don't understand your

11  question.

12      Q   Yeah.

13          Did StockX make it easy for you to return

14  products with issues?

15      A   Outside of this particular scenario or

16  others?

17      Q   Well, let's focus on this particular

18  scenario.

19      A   In this scenario, yeah, once they received

20  the shoes and verified that, you know, they were

21  fake, it was easy for me to return.

22          They sent me a bunch of shipping label and

23  I sent the shoes back with them.

24      Q   Okay.  How about in other situations?

25          Does StockX make it easy for you to return

Page 32

1        products?

2               A    I don't recall any other situation where I

3        had to return something to them.

4               Q    Now, of the products that you purchased

5        from StockX, have any failed authentication when you

6        attempted to sell them on another platform?

7               A    Not to my knowledge.  I mean, we're only

8        really talking about GOAT and eBay if we're talking

9        applications.

10              So, no, I have not tried to sell -- I

11       haven't had any issues with stuff I bought from

12       StockX that I sold through GOAT and eBay, no.

13              Q    Okay.

14              Of the products that you purchased from

15       StockX, have any failed authentication when you

16       attempted to sell them again on StockX?

17              MR. POTTER:  Objection to form.

18              THE WITNESS:  Yes, I've had pairs fail but

19       not because of authenticity reasons.

20              MS. REINCKENS:  Okay.

21       BY MS. REINCKENS:

22              Q    Why -- why have the products failed?

23              A    Well, I got one last week where the bottom

24       of the shoe apparently was dirty.  I haven't gotten

25       the shoe back to look at it, but they said the bottom

Page 33

1      of the shoe was dirty.

2              But this was a shoe that I had purchased

3      from StockX, left in my storage unit and then tried

4      to sell back recently.

5          Q    And did you attempt to contact StockX

6      following that?

7          A    No.

8          Q    Any other situations you can think of where

9      a product you purchased from StockX may have failed

10     when you attempted to sell them again on StockX?

11             MR. POTTER:   Objection to form.

12             THE WITNESS:   I can't remember.   I mean

13     there have been cases, I just can't remember the

14     specific details.

15             Generally when it happens I just take the

16     shoe back, I take a look at it, I'll clean it up and

17     then -- yeah, if they say, like, the bottom of the

18     insole is dirty, I'll clean and, you know, sell them

19     again.

20             MS. REINCKENS:   Can you please mark this as

21     Exhibit No. ROY 1.

22             Actually, I think we can do Exhibit

23     No. KIM -- KIM 1, sorry.

24             (Plaintiff's Exhibit 1 was marked for

25     identification by the Certified Shorthand Reporter

Page 157

1          Q    After you received the refunds from StockX

2    for the Uni, the Hyper Royal and the Mocha, did you

3    continue to purchase sneakers through the StockX

4    platform?

5          A    I did.

6          Q    Approximately how many sneakers have you

7    purchased through StockX -- how many pairs of

8    sneakers have you purchased through StockX since that

9    time?

10          A    Over a thousand, I'm guessing.  A lot.

11          Q    And have any of those -- have you believed

12    that any of those are not authentic?

13          A    No, I have not.

14          Q    Have you bought Nike sneakers, as well as

15    other brand?

16          A    I have, yes.

17          Q    And are you -- are you continuing to

18    currently make purchases through StockX?

19          A    I am, yes.

20          Q    What percentage of the shoes that you

21    purchased through StockX since July 2022 were Nikes?

22    An estimate is fine.

23          A    Ninety percent plus.

24          Q    You were also in communication with Nike's

25    litigation counsel in July of '22; correct?