



**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

June 27, 2023
*VIA ECF*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2023

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: *Nike, Inc. v. StockX LLC*, No. 22 CV 00983 (VEC) (SN) (S.D.N.Y.)
   **Joint Request for Two-Week Adjournment of Pre-Trial Conference and Expert Discovery Deadline**

**Dear Judge Caproni:**

Plaintiff Nike, Inc. ("Nike") and Defendant StockX LLC ("StockX," and together with Nike, the "Parties") respectfully request that the Court extend the expert discovery deadline by two weeks, from **August 24, 2023** (Apr. 7, 2023 Conf. Tr. at 16:23-17:8), to **September 7, 2023** and adjourn the **August 25, 2023** pretrial conference (Apr. 7, 2023 Conf. Tr. at 17:8), to **September 8, 2023** at 10:00 AM or a later date and time that is convenient for the Court.

The Parties respectfully seek this extension and adjournment for two reasons. The first is that Nike's lead counsel Tamar Duvdevani and several other members of the Nike trial team are scheduled to be on trial in another Lanham Act litigation pending the District of Delaware from August 21 to August 25, 2023. (*Golo, LLC V. Goli Nutrition, Inc. et al.*, Case No. 1:20-cv-667). The second is the breadth of expert discovery. In particular, the parties collectively served expert reports from thirteen expert witnesses (five Nike experts; eight StockX experts). While most of these experts have already been scheduled for depositions between now and August 24, 2023, the Parties were unable to accommodate several of the depositions during the current expert discovery period. The Parties therefore request two additional weeks to complete expert depositions and to adjourn the currently scheduled August 25, 2023 counsel so that Nike's lead counsel may prepare for and attend the conference.

This is the Parties' first request to reschedule this pretrial conference, although the Parties have previously sought extensions of the discovery deadlines in this case.

The Parties thank the Court for its attention to this matter.



Hon. Valerie E. Caproni
June 27, 2023
Page Two

> Application GRANTED.  The deadline to complete expert discovery is **September 7, 2023**.  The pretrial conference is ADJOURNED to **September 15, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions, as described at Dkt. 158, are due on **September 7, 2023**.  No further adjournment or extension requests will be granted absent extraordinarily good cause.
>
> SO ORDERED.
>
> *[signature]*   06/28/2023
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ *Tamar Y. Duvdevani*
**DLA PIPER LLP (US)**

Tamar Y. Duvdevani
Marc E. Miller
Andrew J. Peck
Jared Greenfield
1251 Avenue of The Americas, 27th Fl.
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Michael Fluhr
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Melissa A. Reinckens
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2798
Facsimile: (619) 764-6624

Jane W. Wise
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4149
Facsimile: (202) 863-7849

*Attorneys for Plaintiff Nike, Inc.*

/s/ *Megan K. Bannigan*
Megan K. Bannigan
David H. Bernstein
Jyotin Hamid
Justin Ferrone
Kathryn C. Saba
**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000

Christopher S. Ford
**Debevoise & Plimpton LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5705

Rob Potter
Briggs M. Wright
**Kilpatrick Townsend & Stockton LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8733

Jeffrey B. Morganroth
**Morganroth & Morganroth, PLLC**
344 N. Old Woodward Ave, #200
Birmingham, MI 48075
Telephone: (248) 864-4001

*Attorneys for Defendant StockX LLC*