UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NIKE, INC.,

                                        Plaintiff,                    22-CV-00983 (VEC)(SN)

        -against-                                               **ORDER**

STOCKX LLC,

                                        Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On Tuesday, April 12, 2022, the Honorable Valerie Caproni assigned this matter to my docket for settlement. In light of the September 7, 2023 deadline to complete expert discovery, the parties are directed to contact Courtroom Deputy Rachel Slusher, at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:       June 29, 2023
                 New York, New York