UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
NIKE, INC.,                                                    :   No. 22 CV 983 (VC) (SN)
                                                               :
               Plaintiff,                                :
                                                               :
      v.                                                    :
                                                               :
STOCKX LLC,                                                    :
                                                               :
               Defendant.                                :
                                                               :
-------------------------------------------------------------- x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Carl Riehl of Debevoise & Plimpton LLP hereby appears on behalf of Defendant StockX LLC in the above-captioned case.

Dated:      July 10, 2023
              New York, New York

                                        DEBEVOISE & PLIMPTON LLP

                                        By: /s/ *Carl Riehl*
                                             Carl Riehl

                                        66 Hudson Boulevard
                                        New York, NY 10001
                                        (212) 909-6000
                                        criehl@debevoise.com

                                        *Counsel for Defendant StockX LLC*