# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br>     Plaintiff, <br><br> v. <br><br>STOCKX LLC, <br><br>     Defendant. | Case No.  22-cv-00983 <br><br> **NOTICE OF APPEARANCE FOR MICHAEL D. HYNES** |

**PLEASE TAKE NOTICE** that Michael D. Hynes, a member of the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Plaintiff Nike, Inc., and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: July 20, 2023          Respectfully submitted,

                 By: /s/ *Michael D. Hynes*

                 **DLA Piper LLP (US)**
                 1251 Avenue of the Americas, 27th Floor
                 New York, New York 10020-1104
                 Telephone: (212) 335-4942
                 Facsimile: (212) 335-4501
                 Email:  michael.hynes@us.dlapiper.com

                 *Attorney for Plaintiff Nike, Inc.*