



**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2023
```

**MEMO ENDORSED**

September 7, 2023
*Via ECF*

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

**Re:**   *Nike, Inc. v. StockX LLC*, No. 22 CV 00983 (VEC) (S.D.N.Y.)

**Dear Judge Caproni:**

Pursuant to the Court's April 7, 2023 and June 28, 2023 Orders, (Dkt. Nos. 158 and 173), plaintiff Nike, Inc. ("Nike") and defendant StockX LLC ("StockX," and together with Nike, the "Parties") respectfully submit this joint letter in advance of the September 15, 2023 pretrial conference.

The Parties jointly propose the following "next steps" in this matter, as the Court requested in its April 7, 2023 Order:

**Motions to Exclude the Testimony of Experts**: Each party intends to file a single motion addressing any issues concerning the admissibility of the other party's proffered experts' testimony. Each party's *Daubert* motion will be filed by October 13, 2023, responses will be filed by November 3, 2023, and replies will be filed by November 17, 2023. Consistent with the Court's Individual Rule 4(B), memoranda of law in support of and in opposition to each party's *Daubert* motion are limited to 25 pages and reply memoranda are limited to 10 pages.

**Motions for Summary Judgment**: As discussed with the Court at the April 7, 2023 pretrial conference (Hr'g Tr. at 9:9-15:3), each party is considering filing a motion for summary judgment on certain claims and/or defenses following the Court's resolution of the anticipated *Daubert* motions. Each party's motion for summary judgment will be filed 4 weeks from date of the Court's Order on the anticipated *Daubert* motions, responses will be filed 4 weeks from the date of the motion for summary judgment, and replies will be filed 2 weeks from the date of the responses.

The Parties look forward to discussing the above proposal with the Court on September 15 and thank the Court for its attention to this matter.



September 7, 2023
Page Two

<table>
<tr><td>

/s/ Tamar Y. Duvdevani
**DLA PIPER LLP (US)**

Tamar Y. Duvdevani
Marc E. Miller
Michael D. Hynes
Andrew J. Peck
Jared Greenfield
1251 Avenue of The Americas, 27th Fl.
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Michael Fluhr
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Melissa A. Reinckens
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2798
Facsimile: (619) 764-6624

Jane W. Wise
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4149
Facsimile: (202) 863-7849

*Attorneys for Plaintiff Nike, Inc.*

</td><td>

/s/ Megan K. Bannigan
Megan K. Bannigan
David H. Bernstein
Jyotin Hamid
Justin Ferrone
Kathryn C. Saba
**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000

Christopher S. Ford
**Debevoise & Plimpton LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5705

Rob Potter
Briggs M. Wright
**Kilpatrick Townsend & Stockton LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8733

Jeffrey B. Morganroth
**Morganroth & Morganroth, PLLC**
344 N. Old Woodward Ave, #200
Birmingham, MI 48075
Telephone: (248) 864-4001

*Attorneys for Defendant StockX LLC*

</td></tr>
</table>

---

The parties' proposed briefing schedule for *Daubert* motions and motions for summary judgment is APPROVED. The pretrial conference scheduled for September 15, 2023, is CANCELLED.

SO ORDERED.

*[signature: Valerie Caproni]*                                    09/08/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE