UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
NIKE, INC., :
:
               Plaintiff, :
:
    v. : No. 22 CV 983 (VEC) (SN)
:
STOCKX LLC, :
:
               Defendant. :
:
---------------------------------------------------------------x

**DEFENDANT STOCKX LLC'S NOTICE OF MOTION TO PRECLUDE THE TESTIMONY OF JOHN HANSEN, JEFFERY STEC, KARI KAMMEL, STEVEN MCNEW, AND ITAMAR SIMONSON**

    PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the declaration of Christopher S. Ford, executed on October 13, 2023, the undersigned attorneys, on behalf of Defendant StockX LLC ("StockX"), hereby move this Court, pursuant to Federal Rule of Evidence 702, Local Civil Rule 7.1, and this Court's Individual Rule 4, to preclude Nike from offering the expert testimony of John Hansen, Jeffery Stec, Kari Kammel, Steven McNew, and Itamar Simonson at trial.

Dated:    October 13, 2023
           New York, New York

                           Respectfully submitted,

                           By: /s/ *Megan K. Bannigan*
                           Megan K. Bannigan (mkbannigan@debevoise.com)
                           David H. Bernstein (dhbernstein@debevoise.com)
                           Jyotin Hamid (jhamid@debevoise.com)
                           Carl Riehl (criehl@debevoise.com)
                           Justin C. Ferrone (jferrone@debevoise.com)
                           Kathryn C. Saba (ksaba@debevoise.com)

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

Christopher S. Ford (csford@debevoise.com)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700

KILPATRICK TOWNSEND & STOCKTON LLP
Robert N. Potter (rpotter@kilpatricktownsend.com)
Briggs Wright (briggs.wright@kilpatricktownsend.com)
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8700

MORGANROTH & MORGANROTH PLLC
Jeffrey B. Morganroth (jmorganroth@morganrothlaw.com)
344 N. Old Woodward Ave., #200
Birmingham, MI 48075
(248) 864-4000

*Attorneys for Defendant StockX LLC*