UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE INC., <br>       Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br>       Defendant. | Civil Action No.: 1:22-cv-00983-VEC <br><br> **ORAL ARGUMENT REQUESTED** |

### NOTICE OF NIKE INC.'S OMNIBUS MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY AND OPINIONS OF SARAH BUTLER, ROBERT VIGIL, AND DEJONGH WELLS

PLEASE TAKE NOTICE that upon the annexed Declaration of Tamar Y. Duvdevani, the exhibits attached thereto, the Declaration of Joe Pallett, and the accompanying Memorandum of Law in support of Plaintiff Nike Inc.'s ("Nike") Omnibus Motion to Exclude the Proffered Expert Testimony and Opinions of Sarah Butler, Robert Vigil, and DeJongh Wells (the "Motion to Exclude"), the undersigned hereby move this Court at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Evidence 403 and 702 granting Nike's Motion to Exclude, in whole or in part, the expert testimony and opinions of (1) Sarah Butler; (2) Robert Vigil; and (3) DeJongh Wells.

Date: October 13, 2023

By:   */s/ Tamar Y. Duvdevani*

**DLA PIPER LLP (US)**

Tamar Y. Duvdevani
Marc E. Miller
Michael D. Hynes
Andrew J. Peck
Jared Greenfield
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

1

2

Michael Fluhr
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Melissa A. Reinckens
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

Jane W. Wise
500 Eight Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4149
Facsimile: (202) 863-7849

*Attorneys for Plaintiff Nike, Inc.*