# Exhibit 02



https://stockx.com/nike-dunk-low-retro-white-black-2021                                                February 2, 2022

NIKE0000016





https://stockx.com/nike-dunk-low-retro-white-black-2021                                        February 2, 2022

NIKE0000017