# Exhibit 11

PageVault

| | |
|---|---|
| Document title: | Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Royals through…" |
| Capture URL: | https://www.instagram.com/p/CfprXUSpU-r/ |
| Page loaded at (UTC): | Tue, 12 Jul 2022 20:32:11 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 20:32:13 GMT |
| Capture tool: | 2.37.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.5058.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 9 |
| Capture ID: | paaMoXFPnqReZoLyg3DZnD |
| User: | pagevault-jordan |

PDF REFERENCE #: j9cBNoA7wwi7o33sz8ueV3

CONFIDENTIAL NIKE0036330



Document title: Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
CONFIDENTIAL
Page 1 of 8
NIKE0036331





Document title: Roy ☐    on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya…
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 3 of 8
CONFIDENTIAL
NIKE0036333



Document title: Roy ⬜ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya…
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 4 of 8
CONFIDENTIAL
NIKE0036334







More posts from sneakerstrut







Document title: Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 8 of 8
CONFIDENTIAL
NIKE0036338