# Exhibit 12

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5   NIKE, INC.;                         )
                                        )
6                  Plaintiff,           )
                                        )
7        vs.                            )  Case No.
                                        )  1:22-cv-00983-VEC
8   STOCKX, LLC;                        )
                                        )
9                  Defendant.           )
    _____)
10
11
12
13         VIDEOTAPED DEPOSITION OF ROY IKHYUN KIM
14                    San Diego, California
15                 Wednesday, February 8, 2023
16
17
18
19
20
21
22    Reported by:
      Lynda L. Fenn, CSR, RPR
23    CSR No. 12566
24
25

Page 2

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5  NIKE, INC.;              )
                            )
6           Plaintiff,      )
                            )
7      vs.                  ) Case No.
                            ) 1:22-cv-00983-VEC
8  STOCKX, LLC;             )
                            )
9           Defendant.      )
   _____)
10
11
12
13       VIDEOTAPED DEPOSITION of ROY IKHYUN KIM,
14  taken on behalf of Plaintiff, San Diego,
15  California, at 9:56 a.m. and ending at 1:40
16  p.m., Wednesday, February 8, 2023, reported by
17  Lynda L. Fenn, CSR No. 12566, Certified
18  Shorthand Reporter within and for the State of
19  California, pursuant to notice.
20
21
22
23
24
25

Page 3

1   APPEARANCES:
2
3   For the Plaintiff:
4
5     DLA PIPER
6     BY:  MELISSA A. REINCKENS, ESQ.
7     4365 Executive Drive, Suite 1100
8     San Diego, California  92121
9     (619) 699-2700
10    melissa.reinckens@us.dlapiper.com
11
12    DLA PIPER
13    BY:  GABRIELLE VELKES, ESQ.
14    1251 Avenue of the Americas
15    New York, New York  10020-1104
16    (212) 335-4812
17    gabrielle.velkes@us.dlapiper.com
18
19
20
21
22
23
24
25

Page 4

1   APPEARANCES:
2
3   For the Defendants:
4
5     KILPATRICK TOWNSEND & STOCKTON LLP
6     BY:  ROBERT N. POTTER, ESQ.
7     The Grace Building
8     1114 Avenue of the Americas
9     New York, New York  10036
10    (212) 775-8733
11    rpotter@kilpatricktownsend.com
12
13    DEBEVOISE & PLIMPTON LLP
14    BY:  KATHRYN SABA, ESQ.
15    66 Hudson Boulevard
16    New York, New York  10001
17    (212) 909-6760
18    ksaba@debevoise.com
19
20
21
22
23
24
25

Page 5

1   APPEARANCES:
2
3   For the Deponent:
4
5     EDLESON REZZO & HINDMAN
6     BY: JESSE HINDMAN, ESQ.
7     225 Broadway, Suite 2220
8     San Diego, California  92101
9     (619) 225-4078
10    jeese@erhlawfirm.com
11
12  Also Connected:
13
14     Gregg Eisman, Videographer
15
16
17
18
19
20
21
22
23
24
25

Page 14

E X H I B I T S (Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 39 | A nine-page document entitled Page Vault; NIKE0036330 - NIKE0036338 | 78 |
| Exhibit 40 | A one-page email from Roy Kim to Tamar Duvdevani, July 11, 2022; NIKE0029007 | 82 |
| Exhibit 41 | A four-page email chain ending with an email from Roy Kim to Russ Amidon, August two, 2022; STX0772942 - STX0772945 | 86 |
| Exhibit 42 | A 66-page document beginning with an email from StockX to Roy Kim, August two, 2022; RK000137 - RK000202 | 94 |

Page 15

E X H I B I T S (Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 43 | A four-page email chain ending with an email from Russ Amidon to Roy Kim, July seven, 2022; RK000018 - RK000021 | 144 |
| Exhibit 44 | A six-page email chain ending with an email from StockX to Roy Kim, July 25, 2022; RK000022 - RK000027 | 148 |
| Exhibit 45 | A one-page printed from Instagram; STX0774399 | 155 |
| Exhibit 46 | An eight-page email chain ending with an email from Tamar Duvdevani to Roy Kim, July ten, 2022; RX000002 - RK000009 | 159 |

Page 16

I N D E X (Continued)

INFORMATION REQUESTED

(None)

INSTRUCTION NOT TO ANSWER

(None)

Page 17

      San Diego, California
      Wednesday, February 8, 2023
      9:56 a.m.  -  1:40 p.m.

    THE VIDEOGRAPHER:  Good morning.  We're going on the record at 9:56 a.m. on Wednesday February eight, 2023.
    Please note the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time.
    Audio and video recording will continue to take place unless all parties agree to go off the record.
    This is media unit one of the video-recorded deposition of Roy Kim testifying in the matter of Nike, Inc., versus Stockx, LLC filed in the United States District Court for the Southern District of New York, Case No. 1:22-cv-00983.
    The location of this deposition is 4365 Executive Drive, DLA Piper, Fourth Floor, San Diego, California.
    My name is Gregg Eisman representing Veritext and I'm the videographer.  The court

Page 34

1  and is attached hereto.)
2  BY MS. REINCKENS:
3      Q  Mr. Kim, what is your email address?
4      A  Roy I. Kim at Gmail dot-com.
5      Q  Is this the only email address you used to
6  contact StockX?
7      A  It is.
8      Q  All right.
9          Now, the court reporter has handed you a
10 document that's been marked as Exhibit No. KIM 1.
11         Do you have that in front of you?
12     A  I do.
13     Q  Okay.
14         What is this document?
15     A  This is an email of an order of a shoe that
16 I purchased from StockX.
17     Q  Okay.
18         And when do you receive one of these emails
19 from StockX?
20     A  I'm sorry?
21     Q  When do you receive one of these emails
22 from StockX?
23     A  You receive this email -- I received this
24 email when an order goes through StockX and I paid
25 for it and I commit to buying it.

Page 35

1      Q  Okay.
2          So it's after you purchased a product from
3  StockX; correct?
4      A  Yes, that's correct.
5      Q  All right.
6          And in your experience do you typically
7  receive an order confirmation from StockX after
8  purchasing?
9      A  Yes, almost immediately.
10     Q  So was the date the order was confirmed on
11 or around the date of the purchase then?
12     A  Yes, it would be --
13        MR. POTTER:  Objection; form.
14        THE WITNESS:  Oh, sorry.
15        Yes, it would be right around the date of
16 the email.
17        MS. REINCKENS:  Okay.
18 BY MS. REINCKENS:
19     Q  Now, looking at Exhibit No. KIM 1, what
20 date is shown here for that?
21     A  May 30th, 2022.
22     Q  Okay.
23        And what order number is this?
24     A  This is Order No. 37857795, dash, 37757554.
25     Q  Is this document an accurate reflection of

Page 36

1  your purchase?
2      A  It is.
3      Q  And what type of shoe is this order for?
4      A  This is a Jordan 1 University Blue.
5      Q  And if you look at the Bates numbered page
6  RK 000029 it says, "Condition."
7         Do you see that, sir?
8      A  Oh, yeah, it says, "Condition:  New, one
9  hundred percent authentic."
10     Q  Okay.
11        And did you receive this order from StockX?
12     A  I did.
13     Q  All right.
14        You can put that to the side and I'll
15 apologize in advance, we are going to be going
16 through a lot of these in a similar fashion.
17        MS. REINCKENS:  Would you mark this as
18 Exhibit No. KIM 2.
19        (Plaintiff's Exhibit 2 was marked for
20 identification by the Certified Shorthand Reporter
21 and is attached hereto.)
22        MS. REINCKENS:  Okay.
23 BY MS. REINCKENS:
24     Q  Mr. Kim, the court reporter has handed you
25 an exhibit marked as Exhibit No. KIM 2.

Page 37

1         Do you have that in front of you?
2      A  I do.
3      Q  All right.
4         And do you recognize this document?
5      A  I do.
6      Q  And what is it?
7      A  It is an order purchase confirmation from
8  StockX.
9      Q  Okay.
10        And what date did you receive this email?
11     A  Dated May 30th, 2022.
12     Q  And is this document an accurate reflection
13 of what you were trying to purchase?
14     A  It is.
15     Q  What type of shoe was this order for?
16     A  This was a Jordan 1 University Blue.
17     Q  Okay.
18        And what's the order number?
19     A  37857800, dash, 37757559.
20     Q  And if you look at RK 32, it, once again,
21 says the condition.
22        Do you see that?
23     A  Yes, it's "New, one hundred percent
24 authentic."
25     Q  Did you receive this order from StockX?

10 (Pages 34 - 37)

Page 38

1    A  I did.
2        MS. REINCKENS:  Mark this is Exhibit
3    No. KIM 3.
4        (Plaintiff's Exhibit 3 was marked for
5    identification by the Certified Shorthand Reporter
6    and is attached hereto.)
7        MS. REINCKENS:  Okay.
8    BY MS. REINCKENS:
9    Q  Mr. Kim, the court reporter has handed you
10   a document that's been marked as Exhibit No. KIM 3.
11   I'll just say on the record it bear the Bates numbers
12   RK 37 through RK 43.
13       Do you recognize this document?
14   A  Yes, it's a series of emails for a shoe I
15   bought on the same day with the same shoe size, a
16   Jordan 1 University Blue.
17   Q  Okay.
18       And what -- let's take this just in a
19   couple of steps here.
20       This -- this is an order confirmation then
21   for an order of -- is it three pairs of shoes; is
22   that right?
23   A  One, two, three -- yes, three shoes.
24   Q  Okay.
25       And if you would be kind enough just to

Page 39

1    state on the record the order numbers, please.
2    A  Yes.  The order number for the first one is
3    37858112, dash, 37757871.
4        The order number for the second pair is
5    37864122, dash, 37763881.
6        The order number for the third one is
7    37881414, dash, 37781173.  All marked, "New, a
8    hundred percent authentic."
9    Q  Okay.
10       And did you receive these orders from
11   StockX?
12   A  I did.
13   Q  Okay.
14       MS. REINCKENS:  Exhibit No. KIM 4.
15       THE WITNESS:  Thank you.
16       (Plaintiff's Exhibit 4 was marked for
17   identification by the Certified Shorthand Reporter
18   and is attached hereto.)
19   BY MS. REINCKENS:
20   Q  The court reporter has handed you an
21   exhibit marked as Exhibit No. KIM 4.  It bears the
22   Bates numbers RK 44 through RK 46.
23       Do you recognize this document?
24   A  Yes, it is an email confirmation for an
25   order made for Jordan 1 University Blue on June 28th,

Page 40

1    2022.
2    Q  And what is the order number?
3    A  Order No. 38917859, dash, 38817618, marked,
4    "New, a hundred percent authentic."
5    Q  And is this document an accurate reflection
6    of what you were trying to purchase?
7    A  Yes.
8    Q  And did you receive this order from StockX?
9    A  I did.
10       MS. REINCKENS:  Exhibit No. KIM 5, please.
11       (Plaintiff's Exhibit 5 was marked for
12   identification by the Certified Shorthand Reporter
13   and is attached hereto.)
14   BY MS. REINCKENS:
15   Q  Mr. Kim, you've been handed an exhibit
16   marked as Exhibit No. KIM 5 and it bears the Bates
17   numbers RK 47 through RK 49.
18       Do you recognize this document?
19   A  Yes, it is an email purchase order
20   confirmation from StockX for a Jordan 1 University
21   Blue, size 12, dated May 30th, 2022, Order
22   No. 37858121, dash, 37757880, marked, "New, one
23   hundred percent authentic."
24   Q  And is this document an accurate reflection
25   of what you were trying to purchase?

Page 41

1    A  Yes, it is.
2    Q  And did you receive this order from StockX?
3    A  I did.
4        MS. REINCKENS:  Number six, please.
5        (Plaintiff's Exhibit 6 was marked for
6    identification by the Certified Shorthand Reporter
7    and is attached hereto.)
8    BY MS. REINCKENS:
9    Q  Mr. Kim, the court reporter has handed you
10   an exhibit marked as Exhibit No. KIM 6.  It bears the
11   Bates numbers RK 50 through RK 52.
12       Do you recognize this document?
13   A  Yes, it's an email confirmation for a
14   StockX purchase of a Jordan 1 University Blue, dated
15   May 30th, 2022, Order No. 37857881, dash, 37757640,
16   marked, "New, one hundred percent authentic."
17   Q  And is this document an accurate reflection
18   of what you were trying to purchase?
19   A  Yes, it is.
20   Q  And did you receive this order from StockX?
21   A  I did.
22       MS. REINCKENS:  Exhibit No. KIM 7, please.
23       (Plaintiff's Exhibit 7 was marked for
24   identification by the Certified Shorthand Reporter
25   and is attached hereto.)

11 (Pages 38 - 41)

Page 42

1  THE WITNESS: Thank you.
2  MS. REINCKENS: Okay.
3  BY MS. REINCKENS:
4  Q  Mr. Kim, the court reporter has handed you
5  an exhibit marked as Exhibit No. KIM 7 and it bears
6  the Bates numbers RK 53 through RK 61.
7  Do you recognize this document?
8  A  Yes, it's an order -- it's an email thread
9  of an email confirmation from StockX on a purchase of
10 four pairs of Jordan 1 University Blues, dated May
11 30th, 2022.  The order numbers are 37857845, dash,
12 37757604.
13 The second order is 37857851, dash,
14 37757610.  The next order number is 37858011, dash,
15 37757770.
16 The last order number is 37858015, dash,
17 37757774.  All marked, "New, one hundred percent
18 authentic."
19 Q  And is this document an accurate reflection
20 of what you were trying to purchase?
21 A  It is.
22 Q  And did you receive the orders from StockX?
23 A  I did.
24 MS. REINCKENS: Number eight, please.
25 (Plaintiff's Exhibit 8 was marked for

Page 43

1  identification by the Certified Shorthand Reporter
2  and is attached hereto.)
3  MS. REINCKENS: Okay.
4  BY MS. REINCKENS:
5  Q  Mr. Kim, the court reporter has handed you
6  a document marked as Exhibit No. KIM 8.  It bears the
7  Bates number RK 63 through RK 64.
8  Do you recognize this document?
9  A  Yes, I do.
10 Q  Okay.  What is it?
11 A  It is an email confirmation for a StockX
12 purchase of the Jordan 1 Hyper Royal, dated June
13 ninth, 2022, with the Order No. 38216724, dash,
14 38116483 marked, "New, one hundred percent
15 authentic."
16 Q  And is this document an accurate reflection
17 of what you were trying to purchase?
18 A  It is.
19 Q  And did you receive this order from StockX?
20 A  I did.
21 MS. REINCKENS: This is Exhibit No. KIM 9,
22 please.
23 (Plaintiff's Exhibit 9 was marked for
24 identification by the Certified Shorthand Reporter
25 and is attached hereto.)

Page 44

1  THE WITNESS: Thank you.
2  BY MS. REINCKENS:
3  Q  Mr. Kim, the court reporter has handed you
4  a document marked as Exhibit No. 9.  It bears the
5  Bates numbers RK 65 through RK 67.
6  Do you recognize this document?
7  A  I do.  It is an email confirmation for a
8  StockX purchase of a Jordan 1 High Hyper Royal,
9  Order -- I'm sorry, dated June first, 2022, Order No.
10 37940815, dash, 37840574 marked, "New, one hundred
11 percent authentic."
12 Q  Okay.
13 And is this document an accurate reflection
14 of what you were trying to purchase?
15 A  It is.
16 Q  And did you receive this order --
17 A  I did.
18 Q  -- from StockX?
19 A  I did, yes.
20 Q  Okay.
21 MS. REINCKENS: And -- all right.  Perfect.
22 Thank you.
23 Exhibit No. KIM 10, please.
24 (Plaintiff's Exhibit 10 was marked for
25 identification by the Certified Shorthand Reporter

Page 45

1  and is attached hereto.)
2  MS. REINCKENS: Okay.
3  BY MS. REINCKENS:
4  Q  Mr. Kim, you've been handed a document
5  marked as Exhibit No. KIM 10 and it is -- bears the
6  Bates numbers RK 68 through RK 70.
7  Do you recognize this document?
8  A  I do.  It is an email confirmation for a
9  StockX purchase of a Jordan 1 High Hyper Royal, dated
10 June first, 2022.  It has the Order No. 37960474,
11 dash,  37860233, marked, "New, one hundred percent
12 authentic."
13 Q  And is this document an accurate reflection
14 of what you were trying to purchase?
15 A  It is.
16 Q  And did you receive this order from StockX?
17 A  I did.
18 MS. REINCKENS: Exhibit No. KIM 11, please.
19 (Plaintiff's Exhibit 11 was marked for
20 identification by the Certified Shorthand Reporter
21 and is attached hereto.)
22 BY MS. REINCKENS:
23 Q  Mr. Kim, you've been handed an exhibit
24 marked Exhibit No. KIM 11.  It bears the Bates
25 numbers RK 71 through RK 73.

12 (Pages 42 - 45)

| | Page 46 |
|---|---|
| 1 | Do you recognize this document? |
| 2 | A  Yes, it is an email confirmation for a |
| 3 | StockX order of a Jordan 1 High Hyper Royal, dated |
| 4 | June second, 2022, bearing Order No. 37981780, dash, |
| 5 | 37881539, listed as "New, one hundred percent |
| 6 | authentic." |
| 7 | Q  And is this a document -- is this document |
| 8 | an accurate reflection of what you were trying to |
| 9 | purchase? |
| 10 | A  It is. |
| 11 | Q  And did you receive this order from StockX? |
| 12 | A  I did. |
| 13 | MS. REINCKENS:  Exhibit No. KIM 12, please. |
| 14 | (Plaintiff's Exhibit 12 was marked for |
| 15 | identification by the Certified Shorthand Reporter |
| 16 | and is attached hereto.) |
| 17 | BY MS. REINCKENS: |
| 18 | Q  Mr. Kim, you've been handed a document |
| 19 | marked as Exhibit No. KIM 12.  It bears the Bates |
| 20 | numbers RK 74 through RK 76. |
| 21 | Do you recognize this document? |
| 22 | A  Yes, it's an email confirmation for a |
| 23 | StockX purchase of a Jordan 1 Hyper Royal, dated May |
| 24 | 30th, 2022, Order No. 37873383, dash, 37773142, |
| 25 | "Condition:  New, one hundred percent authentic." |

| | Page 47 |
|---|---|
| 1 | Q  And is this document an accurate reflection |
| 2 | of what you were trying to purchase? |
| 3 | A  It is. |
| 4 | Q  And did you receive this order from StockX? |
| 5 | A  I did. |
| 6 | MS. REINCKENS:  Exhibit No. KIM 13. |
| 7 | (Plaintiff's Exhibit 13 was marked for |
| 8 | identification by the Certified Shorthand Reporter |
| 9 | and is attached hereto.) |
| 10 | BY MS. REINCKENS: |
| 11 | Q  Mr. Kim, you've been handed a document |
| 12 | that's been marked as Exhibit No. KIM 13.  It bears |
| 13 | the Bates numbers RK 77 through RK 79. |
| 14 | Do you recognize this document? |
| 15 | A  Yes, it is an email confirmation for a |
| 16 | StockX purchase of a Jordan 1 University Blue, dated |
| 17 | May 30th, 2022, Order No. 37857774, dash, 377575333, |
| 18 | marked with the "Condition:  New, one hundred percent |
| 19 | authentic." |
| 20 | Q  And is this document an accurate reflection |
| 21 | of what you were trying to purchase? |
| 22 | A  It is. |
| 23 | Q  Did you receive this order from StockX? |
| 24 | A  I did. |
| 25 | MS. REINCKENS:  Exhibit No. KIM 14. |

| | Page 48 |
|---|---|
| 1 | (Plaintiff's Exhibit 14 was marked for |
| 2 | identification by the Certified Shorthand Reporter |
| 3 | and is attached hereto.) |
| 4 | BY MS. REINCKENS: |
| 5 | Q  Mr. Kim, you've been handed a document |
| 6 | marked as Exhibit No. KIM 14.  It bears the Bates |
| 7 | numbers KIM -- RK 80 through RK 82. |
| 8 | Do you recognize this document? |
| 9 | A  I do.  It is an email confirmation for a |
| 10 | StockX purchase of a Jordan 1 University Blue, dated |
| 11 | May 30th, 2022, Order No. 37857778, dash, 37757537, |
| 12 | marked, "New, one hundred percent authentic." |
| 13 | Q  Is this document an accurate reflection of |
| 14 | what you were trying to purchase? |
| 15 | A  It is. |
| 16 | Q  And did you receive this order from StockX? |
| 17 | A  I did. |
| 18 | (Plaintiff's Exhibit 15 was marked for |
| 19 | identification by the Certified Shorthand Reporter |
| 20 | and is attached hereto.) |
| 21 | BY MS. REINCKENS: |
| 22 | Q  Mr. Kim, you've been handed a document |
| 23 | marked as Exhibit No. KIM 15.  It bears the Bates |
| 24 | numbers RK 83 through RK 85. |
| 25 | Do you recognize this document? |

| | Page 49 |
|---|---|
| 1 | A  I do.  It is an email confirmation for a |
| 2 | StockX purchase of a Jordan 1 University Blue, dated |
| 3 | May 30th, 2022, bearing Order No. 37857930, dash, |
| 4 | 37757689, "Condition:  New, one hundred percent |
| 5 | authentic." |
| 6 | Q  And is this document an accurate reflection |
| 7 | of what you were trying to purchase? |
| 8 | A  It is. |
| 9 | Q  Did you receive this order from StockX? |
| 10 | A  I did. |
| 11 | Q  Exhibit No. KIM 16. |
| 12 | A  Thank you. |
| 13 | (Plaintiff's Exhibit 16 was marked for |
| 14 | identification by the Certified Shorthand Reporter |
| 15 | and is attached hereto.) |
| 16 | MS. REINCKENS:  Okay. |
| 17 | BY MS. REINCKENS: |
| 18 | Q  Mr. Kim, you've been handed an exhibit |
| 19 | marked as Exhibit No. KIM 16.  It bears the Bates |
| 20 | numbers RK 86 through RK 88. |
| 21 | Do you recognize this document? |
| 22 | A  Yes, it is an email confirmation for a |
| 23 | StockX purchase of the Jordan 1 University Blue, |
| 24 | dated May 30th, 2011, bearing Order No. 37857919, |
| 25 | dash, 37757678, "Condition:  New, one hundred percent |

13 (Pages 46 - 49)

Page 50

1  authentic."
2     Q   And is this document an accurate reflection
3  of what you were trying to purchase?
4     A   It is.
5     Q   Did you receive this order from StockX?
6     A   I did.
7        MS. REINCKENS:  Exhibit No. KIM 17.
8        (Plaintiff's Exhibit 17 was marked for
9  identification by the Certified Shorthand Reporter
10  and is attached hereto.)
11  BY MS. REINCKENS:
12     Q   Mr. Kim, you've been handed a document
13  marked as Exhibit No. KIM 17.  It bears the Bates
14  numbers RK 89 through RK 91.
15        Do you recognize this document?
16     A   I do.  It is an email confirmation for a
17  StockX purchase of a Jordan 1 University Blue, dated
18  May 30th, 2022, Order No. 37857913, dash, 37757672,
19  "Condition:  New, one hundred percent authentic."
20     Q   And is this document an accurate reflection
21  of what you were trying to purchase?
22     A   It is.
23     Q   And did you receive this order from StockX?
24     A   I did.
25        MS. REINCKENS:  Exhibit No. KIM 18, please.

Page 51

1        (Plaintiff's Exhibit 18 was marked for
2  identification by the Certified Shorthand Reporter
3  and is attached hereto.)
4        THE WITNESS:  Thank you.
5  BY MS. REINCKENS:
6     Q   Mr. Kim, the court reporter has handed you
7  a document marked Exhibit No. KIM 18.  It bears the
8  Bates numbers RK 92 through RK 94.
9        Do you recognize this document?
10     A   Yes, it is an email confirmation for a
11  StockX purchase of a Jordan 1 University Blue, dated
12  May 30th, 2022, bearing Order No. 37857871, dash,
13  37757630 "Condition:  New, one hundred percent
14  authentic."
15     Q   And is this document an accurate reflection
16  of what you were trying to purchase?
17     A   It is.
18     Q   And did you receive this order from StockX?
19     A   I did.
20        MS. REINCKENS:  Exhibit No. KIM 19, please.
21        (Plaintiff's Exhibit 19 was marked for
22  identification by the Certified Shorthand Reporter
23  and is attached hereto.)
24        THE WITNESS:  Thank you.
25  //

Page 52

1  BY MS. REINCKENS:
2     Q   Mr. Kim, you've been handed a document
3  marked Exhibit No. KIM 19.  It bears the Bates
4  numbers RK 95 through RK 97.
5        Do you recognize this document?
6     A   Yes.  It's an email confirmation for a
7  StockX purchase of a Jordan 1 University Blue, dated
8  May 30th, 2022, Order No. 37857996, dash, 37757755,
9  "Condition:  New, one hundred percent authentic."
10     Q   And is this document an accurate reflection
11  of what you were trying to purchase?
12     A   It is.
13     Q   And did you receive this order from StockX?
14     A   I did.
15        (Plaintiff's Exhibit 20 was marked for
16  identification by the Certified Shorthand Reporter
17  and is attached hereto.)
18  BY MS. REINCKENS:
19     Q   Mr. Kim, you've been handed a document
20  marked as Exhibit No. KIM 20 and it bears the Bates
21  numbers RK 98 through RK 100.
22        Do you recognize this document?
23     A   I do.  It is an email confirmation for a
24  StockX purchase of a Jordan 1 University Blue, dated
25  May 30th, 2022, bearing Order No. 37857805, dash,

Page 53

1  37757564, "Condition:  New, one hundred percent
2  authentic."
3     Q   And is this document an accurate reflection
4  of what you were trying to purchase?
5     A   It is.
6     Q   And did you receive this order from StockX?
7     A   I did.
8     Q   We're making progress.
9     A   I bought so many shoes, now I know why this
10  takes so long.
11        Thank you.
12     Q   Mr. Kim, the court reporter has handed you
13  an exhibit marked as Exhibit No. KIM 21.
14        (Plaintiff's Exhibit 21 was marked for
15  identification by the Certified Shorthand Reporter
16  and is attached hereto.)
17  BY MS. REINCKENS:
18     Q   It bears the Bates numbers RK 101 through
19  RK 103.
20        Do you recognize this document?
21     A   Yes, it is an email confirmation for a
22  StockX purchase of a Jordan 1 University Blue, dated
23  May 30th, 2022, Order No. 37857998, dash, 37757757,
24  the condition is new, one hundred percent authentic.
25     Q   Is this document an accurate reflection of

Page 54

1  what you were trying to purchase?
2  A  It is.
3  Q  Did you receive this order from StockX?
4  A  I did.
5      MS. REINCKENS:  Exhibit No. KIM 22.
6      (Plaintiff's Exhibit 22 was marked for
7  identification by the Certified Shorthand Reporter
8  and is attached hereto.)
9      THE WITNESS:  Thank you.
10 BY MS. REINCKENS:
11 Q  Mr. Kim, the court reporter has handed you
12 an exhibit marked as Exhibit No. KIM 22.  It bears
13 the Bates numbers RK 104 through RK 106.
14     Do you recognize this document?
15 A  I do.  It is an email confirmation for a
16 StockX purchase of a Jordan 1 Dark Mocha, dated June
17 sixth, 2022, bearing Order Number 38124114, dash,
18 38023873, "Condition:  New, one hundred percent
19 authentic."
20 Q  And is this document an accurate reflection
21 of what you were trying to purchase?
22 A  It is.
23 Q  Did you receive this order from StockX?
24 A  I did.
25     (Plaintiff's Exhibit 23 was marked for

Page 55

1  identification by the Certified Shorthand Reporter
2  and is attached hereto.)
3      THE WITNESS:  Thank you.
4      MS. REINCKENS:  Okay.
5  BY MS. REINCKENS:
6  Q  Mr. Kim, the court reporter has handed you
7  an exhibit marked as Exhibit No. KIM 23.  It bears
8  the Bates numbers RK 107 through RK 109.
9      Do you recognize this document?
10 A  I do.  It is an email confirmation for a
11 StockX purchase of a Jordan 1 Dark Mocha, dated June
12 seventh, 2022, bearing Order No. 38157530, dash,
13 38057289.  The condition is marked as "New, one
14 hundred percent authentic."
15 Q  And is this document an accurate reflection
16 of what you were trying to purchase?
17 A  It is.
18 Q  Did you receive this order from StockX?
19 A  I did.
20     MS. REINCKENS:  Exhibit No. KIM 24.
21     (Plaintiff's Exhibit 24 was marked for
22 identification by the Certified Shorthand Reporter
23 and is attached hereto.)
24 BY MS. REINCKENS:
25 Q  Mr. Kim, the court reporter has handed you

Page 56

1  a document marked as Exhibit No. KIM 24.  It bears
2  the Bates numbers RK 110 through RK 112.
3      Do you recognize this document?
4  A  Yes, it's an email confirmation for a
5  StockX purchase of a Jordan 1 Dark Mocha, dated May
6  31st, 2022, bearing Order No. 37888982, dash,
7  37788741.  The condition is marked as "New, one
8  hundred percent authentic."
9  Q  And is this document an accurate reflection
10 of what you were trying to purchase?
11 A  It is.
12 Q  Did you receive this order from StockX?
13 A  I did.
14     (Plaintiff's Exhibit 25 was marked for
15 identification by the Certified Shorthand Reporter
16 and is attached hereto.)
17 BY MS. REINCKENS:
18 Q  Mr. Kim, the court reporter has handed you
19 an exhibit marked as Exhibit No. KIM 25.  It bears
20 the Bates numbers RK 113 through RK 115.
21     Do you recognize this document?
22 A  I do.  It is an email confirmation for a
23 StockX purchase of a Jordan 1 Dark Mocha, dated May
24 30th, 2022, bearing Order No. 37858043, dash,
25 37757802.  The condition is marked as "New, one

Page 57

1  hundred percent authentic."
2  Q  Is this document an accurate reflection of
3  what you were trying to purchase?
4  A  It is.
5  Q  Did you receive this order from StockX?
6  A  I did.
7      MS. REINCKENS:  Thank you.  Exhibit No. KIM
8  26.
9      (Plaintiff's Exhibit 26 was marked for
10 identification by the Certified Shorthand Reporter
11 and is attached hereto.)
12     THE WITNESS:  Thank you.
13 BY MS. REINCKENS:
14 Q  Mr. Kim, the court reporter has handed you
15 a document marked as Exhibit No. KIM 26.  It bears
16 the Bates numbers RK 116 through RK 118.
17     Do you recognize this document?
18 A  Yes, it's an email confirmation for a
19 StockX purchase of a -- excuse me, a Jordan 1 Dark
20 Mocha, dated June seventh, 2022, bearing Order No.
21 38161749, dash, 38061508.  The condition is marked as
22 "New, one hundred percent authentic."
23 Q  Is this document an accurate reflection of
24 what you were trying to purchase?
25 A  It is.

Page 58

1  Q  Did you receive this order from StockX?
2  A  I did.
3     MS. REINCKENS:  Exhibit No. KIM 27.
4     (Plaintiff's Exhibit 27 was marked for
5  identification by the Certified Shorthand Reporter
6  and is attached hereto.)
7     THE WITNESS:  Thank you.
8  BY MS. REINCKENS:
9  Q  Mr. KIM, you've been handed an exhibit
10 marked as Exhibit No. KIM 27 bearing the Bates
11 numbers RK 119 through RK 121.
12    Do you recognize this document?
13 A  Yes.  It's an email confirmation for a
14 StockX purchase of a Jordan 1 Dark Mocha, dated May
15 31, 2022, bearing Order No. 37892676, dash, 37792435.
16 The condition is marked as "New, one hundred percent
17 authentic."
18 Q  Is this document an accurate reflection of
19 what you were trying to purchase?
20 A  It is.
21 Q  Did you receive this order from StockX?
22 A  I did.
23 Q  Down to the last five.
24 A  All right.  I thought it was 300.
25    MS. REINCKENS:  Exhibit No. KIM 28.

Page 59

1    (Plaintiff's Exhibit 28 was marked for
2  identification by the Certified Shorthand Reporter
3  and is attached hereto.)
4     THE WITNESS:  Thank you.
5     MS. REINCKENS:  Okay.
6  BY MS. REINCKENS:
7  Q  Mr. Kim, you've been hand handed a document
8  marked as Exhibit No. KIM 28.  It bears the Bates
9  numbers RK 122 through RK 124.
10    Do you recognize this document?
11 A  I do.  It is an email confirmation for a
12 StockX purchase of a Jordan 1 Dark Mocha, dated May
13 30, 2022, Order No. 37858075, dash, 37757834.  The
14 condition is marked as "New, one hundred percent
15 authentic."
16 Q  Is this document an accurate reflection of
17 what you were trying to purchase?
18 A  It is.
19 Q  Did you receive this order from StockX?
20 A  I did.
21    MS. REINCKENS:  Exhibit No. KIM 29, please.
22    (Plaintiff's Exhibit 29 was marked for
23 identification by the Certified Shorthand Reporter
24 and is attached hereto.)
25    THE WITNESS:  Thank you.

Page 60

1  BY MS. REINCKENS:
2  Q  Mr. KIM, you've been handed a document
3  that's been mark as Exhibit No. 29, bearing the Bates
4  numbers RK 125 through RK 127.
5     Do you recognize this document?
6  A  I do.  It is an email confirmation for a
7  StockX purchase of a Jordan 1 Dark Mocha, dated May
8  31st, 2022, bearing Order No. 37888697, dash,
9  37788456.  The condition is marked as "New, one
10 hundred percent authentic."
11 Q  And is this document an accurate reflection
12 of what you were trying to purchase?
13 A  It is.
14 Q  Did you receive this order from StockX?
15 A  I did.
16 Q  I'm getting a workout.
17    (Plaintiff's Exhibit 30 was marked for
18 identification by the Certified Shorthand Reporter
19 and is attached hereto.)
20    THE WITNESS:  Thank you.
21 BY MS. REINCKENS:
22 Q  Mr. KIM, you've been handed a document
23 marked as Exhibit No. KIM 30.  It bears the Bates
24 numbers RK 128 through RK 130.
25    Do you recognize this document?

Page 61

1  A  I do.  It is an email confirmation for a
2  StockX order of a Jordan 1 Hyper Royal, dated June
3  sixth, 2022, bearing Order No. 38130181, dash,
4  38029940.  The condition is marked as "New, one
5  hundred percent authentic."
6  Q  And is this document an accurate reflection
7  of what you were trying to purchase?
8  A  It is.
9  Q  Did you receive this order from StockX?
10 A  I did.
11    MS. REINCKENS:  Exhibit No. KIM 31, please.
12    (Plaintiff's Exhibit 31 was marked for
13 identification by the Certified Shorthand Reporter
14 and is attached hereto.)
15    THE WITNESS:  Thank you.
16 BY MS. REINCKENS:
17 Q  Mr. Kim, you've been handed an exhibit
18 marked as Exhibit No. KIM 31.  It bears the Bates
19 numbers RK 131 through RK 133.
20    Do you recognize this document?
21 A  I do.  It is an email confirmation for a
22 StockX purchase of a Jordan 1 Hyper Royal, dated June
23 fourth, 2022, bearing Order No. 38068072, dash,
24 37967831.  The condition is marked as "New, one
25 hundred percent authentic."

Page 62

1  Q  And is this document an accurate reflection
2  of what you were trying to purchase?
3  A  It is.
4  Q  Did you receive this order from StockX?
5  A  I did.
6  Q  Okay.  Last one.
7  A  All right.
8     MS. REINCKENS:  Exhibit No. KIM 32.
9     (Plaintiff's Exhibit 32 was marked for
10 identification by the Certified Shorthand Reporter
11 and is attached hereto.)
12    THE WITNESS:  Thank you.
13 BY MS. REINCKENS:
14 Q  Mr. Kim, the court reporter has handed you
15 a document marked as Exhibit No. KIM 32.  It bears
16 the Bates numbers RK 134 through RK 136.
17    Do you recognize this document?
18 A  I do.  It is an email confirmation for a
19 StockX purchase of a Jordan 1 Hyper Royal, dated May
20 30th, 2022, bearing the Order No. 37870331, dash,
21 37770090.  The condition is marked as "New, one
22 hundred percent authentic."
23 Q  Is this document an accurate reflection of
24 what you were trying to purchase?
25 A  It is.

Page 63

1  Q  And did you receive this order from StockX?
2  A  I did.
3     MS. REINCKENS:  Is now a good time for a
4  break?  I think we've been going for over an hour.
5     MR. HINDMAN:  Yes, please.
6     MS. REINCKENS:  Okay.
7     THE VIDEOGRAPHER:  Off the record at
8  a.m.
9     (Brief interruption in proceedings.)
10    THE VIDEOGRAPHER:  Back on the record,
11 beginning media unit two at 11:01 a.m.
12    MS. REINCKENS:  Mark this as Exhibit
13 No. 33.
14    (Plaintiff's Exhibit 33 was marked for
15 identification by the Certified Shorthand Reporter
16 and is attached hereto.)
17    MS. REINCKENS:  Okay.
18 BY MS. REINCKENS:
19 Q  Mr. KIM, you've been handed a document
20 marked as Exhibit No. 33.  It bears the Bates numbers
21 RK 13 through RK 14.
22    Do you see that?
23 A  Yes.
24 Q  And the document that had the Bates numbers
25 RK, those are documents that were produced by your

Page 64

1  counsel in this case; is that right?
2  A  Yes.
3  Q  And what is this document?
4  A  So this document is something I pulled off
5  my inventory spreadsheet which indicate the shoes
6  that I bought during this time from StockX that I
7  believed to have been fake.
8     The -- column A covers the shoes.  Column B
9  covers the condition.  C is the style code.  D is the
10 size.  E is the purchase date.  F is a mark that I
11 just made for myself.  So these shoes were the ones
12 that failed the -- I believe, like the photo
13 authentication apps.
14    So this is kind of like the initial list
15 the shoes that I made just to make sure that I didn't
16 pass these along through, you know, consignment
17 stores, just to set them aside for myself.
18    So I believe this list was generated on my
19 first pass of trying to understand whether these
20 shoes were fake or not.
21 Q  And so you created this spreadsheet
22 yourself?
23 A  Yes, this is my spreadsheet.
24 Q  And why do you track -- do you track all of
25 your orders?

Page 65

1  A  I do.  I track every single shoe that I buy
2  and sell because the reselling thing I kind of do for
3  fun and I'm interested in the economics of it.
4     So I do track every single shoe I buy and
5  sell, the price that they sold for just to
6  understand, like, what the ROI and stuff on that is.
7     So, yes.
8  Q  So if we were to compare this spreadsheet
9  to the documents that we previously reviewed as
10 exhibits, the order numbers would match up; is that
11 right?
12 A  I didn't put order numbers on this sheet.
13 I didn't keep track of the order numbers themselves.
14    There should be a high degree of overlap on
15 this.  If I recall -- because this was the batch of
16 shoes that I had set aside to have looked at, so I
17 think there's a high degree of overlap.
18    But I didn't reconcile my notations of fake
19 with what ultimately was returned to StockX or
20 verified as a fake by Nike.
21 Q  And you received all of the orders that are
22 shown here on this spreadsheet; is that right?
23    MR. POTTER:  Objection to form.
24    THE WITNESS:  I believe so, yes.
25 //

17 (Pages 62 - 65)

Page 74

1  MS. REINCKENS: You may answer.
2  THE WITNESS: I am.
3  MS. REINCKENS: Okay.
4  BY MS. REINCKENS:
5  Q And who is -- if you can tell me, as far as
6  you know, received similar advice?
7  A It's one of the people that I -- another
8  one of the power resellers that messaged on
9  Instagram.
10  Q Okay.
11  A He's also the one that was referenced on
12  Exhibit No. 35, in that screenshot chat. He's the
13  same person.
14  Q Okay.
15  And do you happen to recall his screen
16  name?
17  A I don't recall it right now, but I could
18  probably look it up on my Instagram if I needed to.
19  Q All right.
20  Now, speaking of Instagram, if you could
21  please mark this as Exhibit No. 36.
22  MR. POTTER: I think we're at Exhibit No.
23  37.
24  THE COURT REPORTER: For clarity, it's
25  Exhibit No. 37.

Page 75

1  MS. REINCKENS: Oh, it is. Did I mess it
2  up already? Oh, yes. Thank you.
3  It's exhibit No. 37. Thank you.
4  (Plaintiff's Exhibit 37 was marked for
5  identification by the Certified Shorthand Reporter
6  and is attached hereto.)
7  THE WITNESS: Thank you.
8  MS. REINCKENS: Okay.
9  BY MS. REINCKENS:
10  Q Mr. Kim, the court reporter has handed you
11  a document marked as Exhibit No. 37 and I will
12  represent to you that this a printout of your
13  Instagram page --
14  A It is?
15  Q -- that was taken yesterday on February
16  seventh, 2023.
17  Do you recognize this document to be a
18  printout of your Instagram page?
19  A I do.
20  Q Okay.
21  And your Instagram username is
22  "sneakerstrut"; is that right?
23  A It is.
24  Q Okay.
25  How long have you been using the Instagram

Page 76

1  account "sneakerstrut"?
2  A About four or five years, I believe.
3  Q Okay.
4  And what kind of content do you post on the
5  "sneakerstrut" account?
6  A So, it's mostly just like a personal
7  sneaker diary. I just like to take a picture of
8  whatever shoe I'm wearing that day and just post it
9  there.
10  I also would use -- because a lot of my
11  following are Instagram resellers or other sneaker
12  influencers, sometimes I'll use stories to just talk
13  about the market of the re-sell or -- you know, just
14  stories that have to do with sneaker reselling.
15  Q Okay. And do you have any idea of what
16  type of users follow your account?
17  MR. POTTER: Objection to form.
18  THE WITNESS: I have a lot of friends that
19  follow, mostly sneaker enthusiasts. Some sneaker
20  resellers and a lot of bots unfortunately.
21  MS. REINCKENS: Okay. I'll mark this,
22  please, as Exhibit No. 38.
23  (Plaintiff's Exhibit 38 was marked for
24  identification by the Certified Shorthand Reporter
25  and is attached hereto.)

Page 77

1  THE WITNESS: Thank you.
2  BY MS. REINCKENS:
3  Q Mr. Kim, the court reporter has handed you
4  a document marked as Exhibit No. 38. And I'll
5  represent to you that this is a printout of -- taken
6  on February seventh, 2023, at 1:55 p.m. of your
7  Instagram account and, in particular, a post that was
8  made on July fifth, 2022.
9  Do you recognize this post, sir?
10  A I do.
11  Q Okay.
12  And what is it?
13  A It was the post that I made saying that I
14  had received a bunch of shoes that had failed Legit
15  Check and CheckCheck Application.
16  And so just documenting what I believe were
17  fake shoes sold by StockX.
18  Q Okay.
19  And you posted this then on July fifth,
20  2022; correct?
21  A That is correct, yes.
22  Q Okay.
23  All right. You can put that to the side.
24  MS. REINCKENS: Mark this as Exhibit
25  No. 39, please.

|  | Page 78 |  | Page 80 |
|---|---|---|---|
| 1 | (Plaintiff's Exhibit 39 was marked for | 1 | Q  Okay. |
| 2 | identification by the Certified Shorthand Reporter | 2 | And if you could, please, just read that |
| 3 | and is attached hereto.) | 3 | caption into the record? |
| 4 | THE WITNESS:  Thank you. | 4 | A  "This is what $10,000 plus of fake sneakers |
| 5 | BY MS. REINCKENS: | 5 | that passed through StockX looks like.  I bought |
| 6 | Q  Now, Mr. Kim, you've been handed a document | 6 | about 62 pairs of Uni Mocha Hyper Royals through |
| 7 | marked as Exhibit No. 39.  It bears the Bates numbers | 7 | StockX over the last month.  Of those 36 have failed |
| 8 | NIKE 36330 through NIKE 36338.  And I will represent | 8 | authentication at CheckCheck and Legit Check App.  I |
| 9 | to you that this is a printout from Page Vault and | 9 | haven't tried to sell them through Ebay or GOAT, but |
| 10 | Page Vault is a service that is used to capture web | 10 | somebody else who's been buying their pairs from |
| 11 | content and it was produced in this case by Nike. | 11 | StockX told me these pairs have been failing through |
| 12 | I will represent to you that is -- it | 12 | GOAT authentication at a very high rate.  This means |
| 13 | captures the same Instagram post that we just looked | 13 | that StockX's authentication on these pairs is only |
| 14 | at in Exhibit No. 38. | 14 | 42 percent accurate, 58 percent of the pairs they are |
| 15 | Just looking at this document, sir, does | 15 | selling will be marked as 'not legit' consistently by |
| 16 | this appear to be an accurate capture of that post? | 16 | other sources.  There's a huge problem here.  Of |
| 17 | A  Yes. | 17 | course, StockX support is silent when brought up |
| 18 | Q  And this document is a little bit difficult | 18 | through support channels.  Any human authentication |
| 19 | to follow, but if you look at the cover page it has | 19 | system is going to have errors, but whatever StockX |
| 20 | the capture time stamp. | 20 | is doing right now is not working and the ability to |
| 21 | Do you see that? | 21 | fix these errors is nearly non-existent.  Hashtag |
| 22 | A  Yes.  I see the capture timestamp yes. | 22 | StockX." |
| 23 | Q  What is the date of that capture? | 23 | Q  Now, when you referenced in the first |
| 24 | A  It says Tuesday, the 12th of July 2022 -- | 24 | sentence, "sneakers that passed through at StockX |
| 25 | Q  Okay. | 25 | looks like," did you tag StockX there? |

|  | Page 79 |  | Page 81 |
|---|---|---|---|
| 1 | A  -- at 8:32 GMT. | 1 | A  Did I tag StockX there, yes. |
| 2 | Q  All right. | 2 | Q  Okay. |
| 3 | And is -- can you please confirm that this | 3 | So that would be a tag back to StockX's |
| 4 | post is still visible on your Instagram account -- | 4 | Instagram account then; correct? |
| 5 | A  It is still -- | 5 | A  Yes. |
| 6 | Q  -- today? | 6 | Q  All right. |
| 7 | A  It is still visible today, yes. | 7 | And as far as you're aware would StockX |
| 8 | Q  Okay. | 8 | receive notice of being tagged in your post? |
| 9 | Now, if you look at page four, it's the | 9 | MR. POTTER:  Objection to form. |
| 10 | document that ends in -- or that's Bates numbered | 10 | THE WITNESS:  I don't know how those big |
| 11 | 36333.  There's a large block of text underneath the | 11 | business accounts work, but I would imagine they do. |
| 12 | images. | 12 | MS. REINCKENS:  Okay.  Thank you. |
| 13 | Do you see that? | 13 | BY MS. REINCKENS: |
| 14 | A  On page three? | 14 | Q  Now, underneath your caption is says, |
| 15 | Q  It's -- yes, page three of eight or | 15 | "Edited." |
| 16 | otherwise NIKE 36333. | 16 | Do you see that? |
| 17 | A  Oh, yeah, I see it. | 17 | A  Yes. |
| 18 | Q  Okay. | 18 | Q  Okay. |
| 19 | And what is the large text that appears | 19 | What does that mean? |
| 20 | under the images? | 20 | A  It means I modified the description from |
| 21 | A  That is the description of the Instagram | 21 | the first time I posted to what the final version |
| 22 | post that I make. | 22 | was. |
| 23 | Q  Okay. | 23 | Q  Do you recall how you edited it? |
| 24 | And so did you write this, sir? | 24 | A  I do not recall. |
| 25 | A  I did. | 25 | It was probably punctuation error or |

21 (Pages 78 - 81)

Page 82

1  something with the spelling.
2      Q  Now, on the same page you say "StockX
3  support is silent when brought up through support
4  channels."
5          What did you mean by that?
6      A  I meant that I had reached out through
7  their help channels on their website.  I received no
8  notification at this time.  Although Discord isn't an
9  official support channel, I kind of included that in
10 my mind where I tried to reach out through their
11 Discord as well and have not received any response
12 except from this at DarkJ reported to be a StockX
13 employee.
14     Q  Thank you.
15         MS. REINCKENS:  Mark this as Exhibit
16 No. 40, please.
17         (Plaintiff's Exhibit 40 was marked for
18 identification by the Certified Shorthand Reporter
19 and is attached hereto.)
20         MS. REINCKENS:  Okay.
21 BY MS. REINCKENS:
22     Q  Mr. Kim, the court reporter has handed you
23 a document that's been mark as Exhibit No. 40.  It
24 bears the Bates No. NIKE 29207, excuse me.
25         And do you recognize this document, sir?

Page 83

1      A  I do.
2      Q  Okay.
3         And what is it?
4      A  It is an email from Tamar -- I'm going to
5  butcher the last name -- Tamar Duvdevani, a lawyer at
6  DLA Piper who represents Nike, asking me to -- if I
7  would speak with her about my Instagram post.
8      Q  And when did you receive this email?
9      A  July 11th, 2022.
10     Q  And is this the first time you were
11 contacted by anyone from the Nike team?
12     A  Yes.
13     Q  Is it correct also that on July -- July
14 22nd, 2022, representatives from Nike inspected the
15 shoes?
16     A  Yes.
17     Q  Do you recall where the inspection took
18 place?
19     A  At my home.
20     Q  Do you recall who was present?
21     A  Yes, you were, Melissa and then a product
22 authenticator from Nike.  I do not remember his name.
23     Q  And how did you set aside the pairs that
24 were inspected by Nike?
25     A  I set them on my rooftop table to -- yeah,

Page 84

1  for Nike to look at them.
2      Q  And were those the same pairs that were
3  depicted in your Instagram post?
4      A  Yes, and a few more.
5      Q  Okay.
6         And were those the same pairs as the order
7  confirmations that we reviewed earlier, sir?
8      A  Yes.
9         MR. POTTER:  Objection.
10        THE WITNESS:  I'm sorry.
11        MR. POTTER:  Objection to form.
12 BY MS. REINCKENS:
13     Q  Did each pair come from StockX?
14     A  Yes.
15     Q  And how can you be sure of that?
16     A  The ones that I had set aside still had --
17 well, most of them had still the StockX tags attached
18 to them.
19        So StockX, when they authenticate their
20 shoes, attaches a tag that you cannot be removed --
21 well, you can remove it, but you cannot reattach it,
22 so these were still -- and that's how they embed,
23 like, the order number on the RFI to you.
24        So most of the ones I had set aside still
25 had the StockX tag on them.  I had a few that I

Page 85

1  prematurely removed the tags, that I just wanted, you
2  know, to know  if they were fake or not so I knew
3  what to do with them.
4         So, yeah.
5      Q  And did any of those shoes come without
6  tags?
7         MR. POTTER:  Objection to form.
8         THE WITNESS:  From StockX, no.  All the
9  StockX shoes came with tags.
10 BY MS. REINCKENS:
11     Q  After receiving the shoes initially from
12 StockX, how did you store them?
13     A  They were stored in my garage.
14     Q  And after Nike left, what did you do with
15 the shoes?
16        MR. POTTER:  Objection to form.
17        THE WITNESS:  I packaged them up and sent
18 them back with the labels that my StockX
19 representative had sent me to send back to StockX.
20 BY MS. REINCKENS:
21     Q  About how soon after the inspection on July
22 22nd, did you return the shoes to StockX?
23     A  Within days.
24     Q  Did you give the shoes to any other parties
25 before returning them to StockX?

22 (Pages 82 - 85)

Page 174

1    I think as far as reselling is concerned, I
2  am more sophisticated in my use of that platform, but
3  I actually think StockX is used by a lot of, like,
4  non-sneaker heads, too, to purchase shoes.
5  BY MR. POTTER:
6    Q  Do you believe that other sneaker resellers
7  are more sophisticated than average sneaker
8  purchasers?
9    A  Yes.
10    MR. POTTER: No further questions.
11    MS. REINCKENS: Thank you.
12    THE VIDEOGRAPHER: Off the record at
13  p.m. concluding today's deposition.
14    (Deposition ended at 1:40 p.m.)
15  ///
16  ///
17  ///

Page 175

1  STATE OF CALIFORNIA   )
2              ) ss.
3  COUNTY OF LOS ANGELES  )
4    I, Lynda L. Fenn, Certified Shorthand
5  Reporter No. 12566 for the State of California, do
6  hereby certify:
7    That prior to being examined, the witness named
8  in the foregoing deposition was duly sworn to testify
9  the truth, the whole truth, and nothing but the
10  truth;
11    That said deposition was taken down by me in
12  shorthand at the time and place therein named and
13  thereafter reduced by me to typewritten form and that
14  the same is a true, correct, and complete transcript
15  of said proceedings.
16    Before completion of the deposition, review of
17  the transcript [ X ] was [ ] was not requested.  If
18  requested, any changes made by the deponent (and
19  provided to the reporter) during the period allowed
20  are appended hereto.
21    I further certify that I am not interested in
22  the outcome of the action.
23    Witness my hand this 13th day of February, 2023.
24         *Lynda L. Fenn* (signature)
25         Lynda L. Fenn, CSR, RPR

Page 176

1  JESSE HINDMAN, ESQ.
2  jeese@erhlawfirm.com
3          February 13, 2023
4  RE:   Nike, Inc. v. Stockx, LLC
5     2/8/2023, Roy Ikhyun  Kim (#5689465)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-ny@veritext.com
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22       Yours,
23       Veritext Legal Solutions

Page 177

1  Nike, Inc. v. Stockx, LLC
2  Roy Ikhyun  Kim (#5689465)
3        E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Roy Ikhyun  Kim              Date
25