

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

November 3, 2023
*VIA ECF*

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

**Re:**   *Nike, Inc. v. StockX LLC*, **No. 22 CV 00983 (VEC) (S.D.N.Y.)**

**Dear Judge Caproni:**

Pursuant to Your Honor's Individual Rule 5(B)(ii), Plaintiff Nike, Inc. ("Nike") and Defendant StockX LLC ("StockX" and together with Nike, the "Parties") respectfully submit this joint letter requesting the sealed treatment of the Parties' *Daubert* opposition briefings to exclude proffered expert testimony (the "Oppositions").

In support of the Oppositions, the Parties each cite to material that has been designated confidential pursuant to the Stipulated Protective Order in this case (Dkt. No. 52), including expert reports and the transcripts of expert depositions.

As required by the Stipulated Protective Order and in accordance with Your Honor's practices, the Parties will file redacted public versions of the Motions and supporting materials where appropriate. *See Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 119–20 (2d Cir. 2006) ("[C]ourts in this District routinely seal documents to prevent the disclosure of a party's confidential or competitively sensitive business information."); *Regeneron Pharms., Inc. v. Novartis Pharma AG,* 2021 WL 243943, at *1 (S.D.N.Y. Jan. 25, 2021) (collecting cases).

In order to permit the Parties an opportunity to review the opposing Party's Opposition and exhibits, and confer with their clients regarding any necessary sealed treatment, the Parties jointly request that the Court approve the filing of the Oppositions under seal in the first instance and the following schedule for exchanging and filing proposed redactions: (1) the Parties shall exchange proposed redactions for their confidential information by Wednesday, November 8, 2023; (2) the Parties shall each file, under seal, their proposed redactions with the Court by Friday, November 10, 2023, along with a publicly-filed brief justifying sealed treatment.  The Parties believe that this process will ensure any proposed redactions are judiciously applied and will permit the Parties the opportunity to adequately justify their proposals under *Lugosch v. Pyramid Co. of Onondaga.*



November 3, 2023
Page Two

| | |
|---|---|
| */s/ Tamar Y. Duvdevani* | */s/ Megan K. Bannigan* |
| **DLA PIPER LLP (US)** | Megan K. Bannigan |
| | David H. Bernstein |
| Tamar Y. Duvdevani | Jyotin Hamid |
| Marc E. Miller | Justin Ferrone |
| Michael D. Hynes | Kathryn C. Saba |
| Andrew J. Peck | **Debevoise & Plimpton LLP** |
| Jared Greenfield | 66 Hudson Boulevard |
| 1251 Avenue of The Americas, 27th Fl. | New York, New York, 10001 |
| New York, NY 10020 | Telephone: (212) 909-6000 |
| Telephone: (212) 335-4500 | |
| Facsimile: (212) 335-4501 | Christopher S. Ford |
| | **Debevoise & Plimpton LLP** |
| Michael Fluhr | 650 California Street |
| 555 Mission Street, Suite 2400 | San Francisco, CA 94108 |
| San Francisco, CA 94105 | Telephone: (415) 738-5705 |
| Telephone: (415) 836-2500 | |
| Facsimile: (415) 836-2501 | Rob Potter |
| | Briggs M. Wright |
| Melissa A. Reinckens | **Kilpatrick Townsend & Stockton LLP** |
| 4365 Executive Dr., Suite 1100 | 1114 Avenue of the Americas |
| San Diego, CA 92101 | New York, New York 10036 |
| Telephone: (619) 699-2798 | Telephone: (212) 775-8733 |
| Facsimile: (619) 764-6624 | |
| | Jeffrey B. Morganroth |
| Jane W. Wise | **Morganroth & Morganroth, PLLC** |
| 500 Eighth Street, NW | 344 N. Old Woodward Ave, #200 |
| Washington, D.C. 20004 | Birmingham, MI 48075 |
| Telephone: (202) 799-4149 | Telephone: (248) 864-4001 |
| Facsimile: (202) 863-7849 | |
| | *Attorneys for Defendant StockX LLC* |
| *Attorneys for Plaintiff Nike, Inc.* | |