**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

Megan K. Bannigan
Partner
mkbannigan@debevoise.com
+1 212 909 6127

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023

November 15, 2023

**MEMO ENDORSED**

BY ECF

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

*Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

Dear Judge Caproni:

    Defendant StockX LLC ("StockX") respectfully submits this letter requesting an extension of the page limit for its *Daubert* reply memorandum (the "Reply") from 10 pages to 13 pages. The current 10-page limit for reply memoranda was set out in the parties' initial letter regarding the *Daubert* briefing schedule, consistent with Your Honor's Individual Rule 4(B). *See* Memo Endorsement, ECF No. 187 (Sept. 8, 2023).

    An extension is warranted here in light of the number of experts and issues to be addressed in StockX's Reply. StockX's *Daubert* motion requests that this Court preclude the testimony from five of Nike's experts, most in their entirety, and Nike has opposed StockX's motion as to all five experts. This brief extension of the page limits will allow StockX to fully brief the issues pertaining to each expert so that the Court has the benefit of a complete briefing and record on which to base its decisions relating to StockX's motion to preclude.

    Pursuant to Your Honor's Individual Rule 2(A), StockX requested Nike's position on this request prior to filing this letter motion, and informed Nike that StockX would consent to a reciprocal extension of Nike's page limit for its reply. Nike responded that it does not consent to StockX's motion.

Respectfully submitted,

*/s/ Megan K. Bannigan*
Megan K. Bannigan
David H. Bernstein
Jyotin Hamid
Justin C. Ferrone
Kathryn C. Saba
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

---

Application GRANTED.

SO ORDERED.

*[signature]* 11/16/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

The Hon. Valerie E. Caproni						2						November 15, 2023

        Christopher S. Ford
        DEBEVOISE & PLIMPTON LLP
        650 California Street
        San Francisco, CA 94108
        Telephone: (415) 738-5700

        David Mayberry
        Rob Potter
        KILPATRICK TOWNSEND & STOCKTON LLP
        1114 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 775-8733

        Jeffrey B. Morganroth
        MORGANROTH & MORGANROTH, PLLC
        344 N. Old Woodward Ave, #200
        Birmingham, MI 48075
        Telephone: (248) 864-4001

        *Attorneys for Defendant StockX LLC*

cc	All counsel of record (via ECF)