

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

November 17, 2023

**BY ECF**

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

*Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

Dear Judge Caproni:

 Pursuant to the Court's Individual Rule 4(D), Defendant StockX LLC ("StockX") respectfully requests oral argument on StockX's Motion to Preclude the Testimony of John Hansen, Jeffery Stec, Kari Kammel, Steven McNew, and Itamar Simonson (ECF No. 189). StockX also joins in Nike's request for oral argument on Nike's Motion to Exclude the Expert Testimony of Sarah Butler, Robert Vigil, and DeJongh Wells (ECF No. 192; together with StockX's motion, the "Daubert Motions").

 Because the *Daubert* Motions cover a range of complex issues, StockX believes oral argument would aid the Court in addressing the numerous issues presented by the proffered expert testimony.

Respectfully submitted,

*/s/ Megan K. Bannigan*
Megan K. Bannigan
David H. Bernstein
Jyotin Hamid
Justin C. Ferrone
Kathryn C. Saba
**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000

Christopher S. Ford
**Debevoise & Plimpton LLP**
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700

Hon. Valerie E. Caproni                               2                          November 17, 2023

David Mayberry
Rob Potter
**Kilpatrick Townsend & Stockton LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8733

Jeffrey B. Morganroth
**Morganroth & Morganroth, PLLC**
344 N. Old Woodward Ave, #200
Birmingham, MI 48075
Telephone: (248) 864-4001

*Attorneys for Defendant StockX LLC*


cc       All counsel of record (via ECF)