UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                             :

NIKE, INC.,                        :

                Plaintiff,      :

                             :

         v.                  :      No. 22 CV 983 (VEC) (SN)

                             :

STOCKX LLC,               :

                             :

                Defendant.   :

                             :
-------------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF JUSTIN C. FERRONE

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Defendant StockX LLC respectfully requests that this Court grant Justin C. Ferrone of the law firm of Debevoise & Plimpton LLP leave to withdraw his appearance as attorney of record in the above-captioned action.  Withdrawal is sought as Mr. Ferrone will not be associated with Debevoise & Plimpton LLP effective as of January 12, 2024.  Defendant StockX LLC continues to be represented by attorneys Megan K. Bannigan, David H. Bernstein, Jyotin Hamid, Carl Riehl, Christopher S. Ford, and Kathryn C. Saba of Debevoise & Plimpton LLP, along with Robert N. Potter and Briggs Wright of Kilpatrick Townsend & Stockton LLP and Jeffrey B. Morganroth of Morganroth & Morganroth, PLLC.

WHEREFORE, Defendant StockX LLC respectfully requests that the Court grant Justin C. Ferrone leave to withdraw as attorney of record in this action.  A Proposed Order is filed concurrently herewith.

Respectfully submitted,


Dated: January 9, 2024
New York, New York

By: /s/ *Justin C. Ferrone*
DEBEVOISE & PLIMPTON LLP
Justin C. Ferrone (jferrone@debevoise.com)
Megan K. Bannigan (mkbannigan@debevoise.com)
David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Carl Riehl (criehl@debevoise.com)
Kathryn C. Saba (ksaba@debevoise.com)
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

Christopher S. Ford (csford@debevoise.com)
650 California Street
San Francisco, California 94108
(415) 738-5700

KILPATRICK TOWNSEND & STOCKTON LLP
Robert N. Potter (rpotter@kilpatricktownsend.com)
Briggs Wright (briggs.wright@kilpatricktownsend.com)
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8700

MORGANROTH & MORGANROTH PLLC
Jeffrey B. Morganroth (jmorganroth@morganrothlaw.com)
344 N. Old Woodward Ave., #200
Birmingham, MI 48075
(248) 864-4000

*Attorneys for Defendant StockX LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on January 9, 2024, I electronically filed the foregoing with the

Clerk of the Court for the United States District Court for the Southern District of New York by

using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system.


By: _/s/ Justin C. Ferrone_____
    Justin C. Ferrone