UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

NIKE, INC.,

                               Plaintiff,

                       v.

STOCKX LLC,

                             Defendant.

No. 22 CV 983 (VEC) (SN)

----------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF JUSTIN C. FERRONE

Upon consideration of the Motion for Leave to Withdraw Appearance of Justin C. Ferrone, and for good cause shown, it is **HEREBY ORDERED THAT** Justin C. Ferrone of Debevoise & Plimpton LLP is hereby withdrawn as a counsel of record for Defendant StockX LLC.  The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List.

Dated: _____           _____

                                         UNITED STATES DISTRICT JUDGE