USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
NIKE, INC., :
:
                Plaintiff, :
:
  v. : No. 22 CV 983 (VEC) (SN)
:
STOCKX LLC, :
:
                Defendant. :
:
------------------------------------------------------------x

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF JUSTIN C. FERRONE**

Upon consideration of the Motion for Leave to Withdraw Appearance of Justin C. Ferrone, and for good cause shown, it is **HEREBY ORDERED THAT** Justin C. Ferrone of Debevoise & Plimpton LLP is hereby withdrawn as a counsel of record for Defendant StockX LLC. The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List.

Dated: January 10, 2024

_____
UNITED STATES DISTRICT JUDGE

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Mr. Ferrone as counsel for Defendant.

SO ORDERED.    1/10/24

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE