```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NIKE, INC.,

                      Plaintiff,

           -against-                      22-CV-0983 (VEC)

STOCKX LLC,                                  ORDER

                      Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have moved to redact their filings in connection with the *Daubert* motions filed in this matter, *see* Dkts. 202, 205, 215, 217, 229, 231.

IT IS HEREBY ORDERED that the motions to seal are GRANTED. Pursuant to Rule 5(B)(iii)(d) of the Undersigned's Individual Practices in Civil Cases, the parties must ensure that all documents are filed in redacted format on the public docket by **July 3, 2024**.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motions at Dkts. 202, 205, 215, 217, 229, 231.

**SO ORDERED.**

**Date: July 1, 2024**
**New York, New York**

                                                                 **VALERIE CAPRONI**
                                                                  **United States District Judge**