# Exhibit 02



https://stockx.com/nike-dunk-low-retro-white-black-2021 February 2, 2022





https://stockx.com/nike-dunk-low-retro-white-black-2021				February 2, 2022

NIKE0000017