# Exhibit 03



| | |
|---|---|
| Document title: | Authentication - StockX |
| Capture URL: | https://stockx.com/about/authentication/ |
| Page loaded at (UTC): | Mon, 13 Jun 2022 16:11:36 GMT |
| Capture timestamp (UTC): | Mon, 13 Jun 2022 16:12:09 GMT |
| Capture tool: | 10.7.14 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 6 |
| Capture ID: | mQd9n9RNGNdQmsa75xp6Kq |
| User: | pagevault-steve |

PDF REFERENCE #:     xboDTTK4MAQ8DUGKm9zV8B

NIKE0006785

# Guaranteed Authenticity.

Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.



## Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:




### Condition
We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.


### Construction
With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.


### Packaging
Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.


### Accessories
From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.

### Advanced Technology
We use machine learning to aid our authenticators in catching every minor detail.










Alex
Authenticator, Tempe



## Committed to Quality

Over the years, our team members have authenticated tens of millions of products at a 99.96% accuracy rate.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.

For more information on how we quantify our high standards and protect our customers, please read our report: Big Facts – Verified Authentic.

## Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



StockX | Browse | News | About | Help | Login | Sign Up | Sell

# FAQs

**Are shoes sold on StockX considered "Deadstock"?**

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are...

**What does the verification process entail for Buyers?**

Once a product arrives to StockX from the seller, our dedicated verification team begins...

**What kind of streetwear is sold on StockX?**

StockX defines streetwear as brand new if it is unworn and in flawless condition....

**Can I return my item after I've received It?**

Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

**How are the StockX buyer processing fees, import duties, and sales tax calculated?**

Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

**What are the shipping instructions?**

1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

 Sneakers
 Apparel
 Electronics
 Collectibles
 Accessories
 Trading Cards
 NFTs

StockX. Access the Now.

StockX Browse News About Help Login Sign Up Sell

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are...

Once a product arrives to StockX from the seller, our dedicated verification team begins...

StockX defines streetwear as brand new if it is unworn and in flawless condition....

### Can I return my item after I've received It?

Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

### How are the StockX buyer processing fees, import duties, and sales tax calculated?

Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

### What are the shipping instructions?

1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

SHOP

Sneakers
Apparel
Electronics
Collectibles
Accessories
Trading Cards
NFTs

## StockX. Access the Now.

**Air Jordan**
- Air Jordan 1
- Jordan Golf Shoes
- Air Jordan 3
- Air Jordan 11
- Air Jordan 4
- Jordan 1 Mid

**Yeezy**
- Yeezy Boost 350
- Yeezy Boost 350 V2
- Yeezy Boost 700
- Yeezy 500
- Yeezy Slides
- Yeezy Foam RNNR

**Recent Updates**
- The Drop List
- Apple Airpods
- Jordan 11 Cool Grey: By The Numbers
- Xbox Series X
- PS5
- Yeezy GAP Hoodies

**Popular Releases**
- Nike Dunk Low Georgetown
- Nike Air Max 1 Patta
- Nike Dunk Low Next Nature
- Jordan 4 Red Thunder
- Jordan 11 Cool Grey
- Jordan 1 Bred Patent

**Streetwear**
- Chrome Hearts
- Essentials
- Yeezy GAP
- Palm Angels
- Ivy Park
- Eric Emanuel

**Supreme**
- T-Shirts
- Accessories
- Supreme The North Face
- Bottoms
- Hoodies
- Supreme Nike

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

Document title: Authentication - StockX
Capture URL: https://stockx.com/about/authentication/
Capture timestamp (UTC): Mon, 13 Jun 2022 16:12:09 GMT