# Exhibit 04
*Filed Under Seal*

Case 1:22-cv-00983-VEC Document 300-4 Filed 11/05/24 Page 1 of 81