# Exhibit 09

Redacted Public Version

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT.

FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

    Plaintiff,

vs.                  Case No. 22-CV-983 (VEC)

STOCKX, LLC,

    Defendant.

_____

HIGHLY CONFIDENTIAL

The Videotaped Deposition of JACOB FENTON,

Taken at 28 West Adams Avenue, Suite 1500,

Detroit, Michigan,

Commencing at 8:48 a.m.,

Friday, December 2, 2022,

Before Stenographic Shorthand Reporter,

Lori Ann Baldwin, CSR-5207, RPR, CRR.

HIGHLY CONFIDENTIAL

Page 2

1  APPEARANCES:
2
3  TAMAR Y. DUVDEVANI
4  GABRIELLE VELKES
5  DLA Piper LLP (US)
6  1251 Avenue of the Americas
7  New York, New York 10020-1104
8  212.335.4799
9  tamar.duvdevani@dlapiper.com
10 gabrielle.velkes@us.dlapiper.com
11     Appearing on behalf of Plaintiff.
12
13 CHRISTOPHER S. FORD
14 Debevoise & Plimpton LLP
15 650 California Street
16 San Francisco, California 94108
17 415.738.5705
18 csford@debevoise.com
19     Appearing on behalf of Defendant.
20
21
22
23
24
25 APPEARANCES (Continued)...

Page 3

1  APPEARANCES (Continued):
2
3  MEGAN K. BANNIGAN
4  CATHERINE WALSH
5  Debevoise & Plimpton LLP
6  919 Third Avenue
7  New York, New York 10022
8  212.909.6127
9  mkbannigan@debevoise.com
10 cwalsh@debevoise.com
11     Appearing on behalf of Defendant.
12
13 ALSO PRESENT:
14 Laura Lewis - In-house Counsel for StockX, LLC
15 Nicholas Houslander - Videographer
16
17
18
19
20
21
22
23
24
25

Page 4

TABLE OF CONTENTS

WITNESS                                        PAGE
JACOB FENTON

EXAMINATION BY MS. DUVDEVANI:
                                                9
EXAMINATION BY MS. BANNIGAN:
                                              175
         EXHIBITS
EXHIBIT                                        PAGE
(Exhibits attached to transcript.)

DEPOSITION EXHIBIT 1                            22
Defendant's Objections and Responses to
Plaintiff's First Set of
Interrogatories
DEPOSITION EXHIBIT 2                            25
Defendant's Objections and Responses to
Plaintiff's Second Set of
Interrogatories
DEPOSITION EXHIBIT 3                            33
STX0018015-STX0018026
DEPOSITION EXHIBIT 4                            38
STX0018406-STX0018414
DEPOSITION EXHIBIT 5                            52

Page 5

STX0018415-STX0018451
DEPOSITION EXHIBIT 6                            58
STX0018453-STX0018499
DEPOSITION EXHIBIT 7                            60
STX0019269-STX19273
DEPOSITION EXHIBIT 8                            64
STX0019778-STX0019779
DEPOSITION EXHIBIT 9                            66
STX0019820-STX0019832
DEPOSITION EXHIBIT 10                           71
STX0019985-STX0010006
DEPOSITION EXHIBIT 11                           81
STX0020185-STX0020188
DEPOSITION EXHIBIT 12                           84
STX0018010-STX0018014
DEPOSITION EXHIBIT 13                           93
STX0019984
DEPOSITION EXHIBIT 14                           94
STX0020225-STX0020268
DEPOSITION EXHIBIT 15                          102
STX0021182-STX0021188
DEPOSITION EXHIBIT 16                          107
STX0021481-STX0021498
DEPOSITION EXHIBIT 17                          112
STX0041984-STX0041988

2 (Pages 2 - 5)

Page 6

| | | |
|---|---|---|
| 1 | DEPOSITION EXHIBIT 18 | 117 |
| 2 | STX0043497-STX0043499 | |
| 3 | DEPOSITION EXHIBIT 19 | 118 |
| 4 | STX0053450-STX0053451 | |
| 5 | DEPOSITION EXHIBIT 20 | 124 |
| 6 | STX0061838-STX0061842 | |
| 7 | DEPOSITION EXHIBIT 21 | 128 |
| 8 | STX61927-STX61931 | |
| 9 | DEPOSITION EXHIBIT 22 | 138 |
| 10 | STX0092816 | |
| 11 | DEPOSITION EXHIBIT 23 | 146 |
| 12 | STX0096301-STX0096306 | |
| 13 | DEPOSITION EXHIBIT 24 | 147 |
| 14 | STX00928240-STX0092825 | |
| 15 | DEPOSITION EXHIBIT 25 | 156 |
| 16 | NIKE0038783-NIKE0038788 | |
| 17 | DEPOSITION EXHIBIT 26 | 157 |
| 18 | STX0097403 | |
| 19 | DEPOSITION EXHIBIT 27 | 161 |
| 20 | STX0097786-STX0097797 | |
| 21 | DEPOSITION EXHIBIT 28 | 166 |
| 22 | STX0099953-STX0099954 | |
| 23 | DEPOSITION EXHIBIT 29 | 169 |
| 24 | STX0169269-00169277 | |

Page 7

1 Detroit, Michigan
2 Friday, December 2, 2022
3 8:48 a.m.
4
5          VIDEO TECHNICIAN: Good morning. We are
6 going on the record at 8:48 a.m. on Friday,
7 December 2nd, 2022. Please note that microphones are
8 sensitive and may pick up whispering, private
9 conversations, and cellular interference. Please turn
10 off all cell phones or place them away from the
11 microphones as they can interfere with the deposition
12 audio. Audio and video recording will continue to
13 take place unless all parties agree to go off the
14 record.
15          This is the videotaped deposition of
16 Jacob Fenton taken by counsel for the plaintiff in the
17 matter of Nike, Incorporated versus StockX, LLC filed
18 in the United States District Court for the Southern
19 District of New York, case number 22-cv-00983-VEC.
20          This deposition is being held at
21 28 West Adams Avenue in Detroit, Michigan, 48226. My
22 name is Nicholas Houslander from the firm Veritext
23 Legal Solutions and I'm the videographer. The court
24 reporter today is Lori Baldwin, from the firm Veritext
25 Legal Solutions.

Page 8

1 I am not authorized to administer an oath.
2 I am not related to any party in this action, nor am I
3 financially interested in the outcome.
4          Counsel and all present in the room will
5 now state their appearances and affiliations for the
6 record. If there are any objection to the proceeding,
7 please state them at the time of your appearance
8 beginning with the noticing attorney.
9          MS. DUVDEVANI: Good morning. Tamar
10 Duvdevani, DLA Piper, on behalf of Nike, Inc.
11          MS. VELKES: Good morning. Gabrielle
12 Velkes from DLA Piper, on behalf of Nike, Inc.
13          MS. BANNIGAN: Good morning. Megan
14 Bannigan from Debevoise & Plimpton on behalf of
15 StockX.
16          With me today are my colleagues from
17 Debevoise & Plimpton, Christopher Ford and Catherine
18 Walsh, as well as Laura Lewis, in-house counsel for
19 StockX.
20          THE WITNESS: Jacob Fenton.
21          THE REPORTER: Sir, can I ask you to raise
22 you right hand, please?
23          JACOB FENTON,
24 Was thereupon called as a witness herein, and after
25 having first been duly sworn to testify to the truth,

Page 9

1 the whole truth and nothing but the truth, was
2 examined and testified as follows:
3          THE REPORTER: Thanks.
4                    EXAMINATION
5 BY MS. DUVDEVANI:
6 Q. Good morning, Mr. Fenton.
7 A. Good morning.
8 Q. Have you ever been deposed before?
9 A. No, I have not.
10 Q. I had a sense. I -- I'm sure that Megan went over
11 some ground rules with you, so I'll be brief. Most
12 important ground rule is to try not to talk over one
13 another so Lori doesn't kill us and so we can get a --
14 a clean transcript.
15          Even though we are keen to try to get out
16 of here as early as possible on this brisk Friday, the
17 day really is yours. To the extent you need a break,
18 you just let me know, I will try to take a short break
19 every hour or so. The only thing that I would ask of
20 you is not to ask for a break while a question is
21 pending, only after you answer a question.
22          Do you understand all that?
23 A. Yes.
24 Q. Okay. Did you prepare for today's deposition?
25 A. Yes.

Page 90

1 Q. Who would know?
2 A. Probably Tim McCurdy or Sean McCartney. I believe
3    they are destroyed.

Page 91

1        MS. BANNIGAN: Objection to form.

9 BY MS. DUVDEVANI:
10 Q. Okay. Going to the next page of document 12 --
11    Exhibit 12, 18011. We see again on the top that you,
12    that "StockX stopped over 55,000 fakes from being
13    sold," correct?
14 A. Correct.
15 Q. That's a very large number of people sending fake
16    products to StockX. Would you agree with that?
17        MS. BANNIGAN: Objection to form.
18 A. I -- I love seeing this number. I think it speaks to,
19    like, why we exist. We've rejected hundreds of
20    millions of dollars of items because we literally
21    exist to combat counterfeits and to simplify the
22    experience for customers trying to get what they want
23    so when I see that, I see it as validation that
24    counterfeiting is alive and well and that there are
25    great partners like StockX to protect customers.

Page 92

1 BY MS. DUVDEVANI:
2 Q. Why do you think that sellers attempted to pass over
3    55,000 fake products on the StockX platform?
4        MS. BANNIGAN: Objection to form.
5 A. You will have to ask them, but to try and make money.
6 BY MS. DUVDEVANI:
7 Q. Looking at the fifth bullet point, "Most attempted
8    fakes at the product level by vertical, 2021."
9        Do you see that?
10 A. I do.
11 Q. Okay. So under "Sneakers," are those products the
12    most attempted fakes that sellers try to sell on the
13    StockX platform.
14 A. As of the making of this document, I would assume
15    that's true, yes.
16 Q. Okay. Those are all Nike products, correct?
17 A. The top five, that's correct.
18        MS. BANNIGAN: Can we take a break?
19        MS. DUVDEVANI: I was going to say. Yeah,
20    we can take a break.
21        VIDEO TECHNICIAN: We are going off the
22    record. It is 11:17 a.m.
23        (Off the record at 11:17 a.m.)
24        (Back on the record at 11:25 a.m.)
25        VIDEO TECHNICIAN: We are back on the

Page 93

1    record, the time is 11:25 a.m.
2        MARKED FOR IDENTIFICATION:
3        DEPOSITION EXHIBIT 13
4        STX0019984
5        11:25 a.m.
6 BY MS. DUVDEVANI:
7 Q. Mr. Fenton, the court reporter has handed you a
8    document designated as Exhibit 13.
9        Have you seen this document before?
10 A. Not to my recollection.
11 Q. Okay. I will represent that you are the custodian of
12    this document. Do you know what it means on STX19984
13    where it says "Authentication page refresh"?
14 A. It may mean when, like, an update to the
15    authentication page. It's very difficult to know with
16    this little context.
17 Q. Do you understand what the language below
18    "Authentication page refresh" refers to?
19 A. I mean, I'm familiar with the 99.96. I don't know
20    what the 99.9 is, nor do I know what these sub bullets
21    are.
22 Q. Do you know who would know?
23 A. I have no idea who this document is from, so no.
24 Q. Let me ask you one more question about Exhibit 13.
25    The last bullet says "Appeal process Jacob."

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL

Page 178

1               CERTIFICATE
2
3   STATE OF MICHIGAN
4   COUNTY OF OAKLAND
5          LORI ANN BALDWIN, a Notary Public in and
6   for the above county and state, do hereby certify that
7   this Videotaped deposition was taken before me at the
8   time and place hereinbefore set forth; that the
9   witness was by me first duly sworn to testify to the
10  truth; that this is a true, full and correct
11  transcript of my stenographic notes so taken to the
12  best of my skill and ability; and that I am not
13  related, nor of counsel to either party, nor
14  interested in the event of this cause.
15
16
17
18
19       *Lori Baldwin*
20       _____
21       Lori Ann Baldwin, CSR-5207, RPR, CRR
22       Notary Public
23       Oakland County, Michigan
24       My commission expires: December 21, 2025
25

Page 179

1
2      ERRATA SHEET
       VERITEXT/NEW YORK REPORTING, LLC
3
   CASE NAME: Nike, Inc. v. Stockx, LLC
4  DATE OF DEPOSITION: December 2, 2022
   WITNESS' NAME: Jacob Fenton
5
   PAGE/LINE(s)/   CHANGE      REASON
6  ___/_____/_____/_____
   ___/_____/_____/_____
7  ___/_____/_____/_____
   ___/_____/_____/_____
8  ___/_____/_____/_____
   ___/_____/_____/_____
9  ___/_____/_____/_____
   ___/_____/_____/_____
10 ___/_____/_____/_____
   ___/_____/_____/_____
11 ___/_____/_____/_____
   ___/_____/_____/_____
12 ___/_____/_____/_____
   ___/_____/_____/_____
13 ___/_____/_____/_____
   ___/_____/_____/_____
14 ___/_____/_____/_____
   ___/_____/_____/_____
15 ___/_____/_____/_____
   ___/_____/_____/_____
16 ___/_____/_____/_____
   ___/_____/_____/_____
17 ___/_____/_____/_____
   ___/_____/_____/_____
18 ___/_____/_____/_____
19
20    _____
         JACOB FENTON
21
   Subscribed and Sworn To
22 Before Me This_____Day
   of_____, 20 .
23
   _____
24    Notary Public
25 My Commission Expires_____

DocuSign Envelope ID: 5A5438D8-BB3F-476F-8176-478401C2A7F2

| **Deposition Date: 12/2/2022** <br> **Deponent**: Jacob Fenton – Errata Sheet <br> **Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 30:3 | at a variety of different things, **not** one of which is | at a variety of different things, one of which is | Clarification |
| 31:15 | by the people who buy cryptocurrency and buy NFTs. | **between** the people who buy cryptocurrency and buy NFTs. | Transcription Error |
| 31:16 | And we saw NFT technologies as a possible way to lower | And we saw **the** NFT **technology** as a possible way to lower | Transcription Error |
| 32:6 | Vault's, you know, is a name, a marketing name for it, | Vault's, you know, **the** name, a marketing name for it, | Transcription Error |
| 37:11 | Collective although not directly. | Collective although not directly **the same.** | Transcription Error |
| 38:10 | stamp STX001815 (sic) and went through STX0018026. | stamp STX00**18015** and went through STX0018026. | Clarification |
| 44:8 | additions are? | **editions** are? | Transcription Error |
| 47:19 | author. Reading that paragraph holistically, the | author. **Q.** Reading that paragraph holistically, the | Transcription Error |

1

| **Deposition Date:** 12/2/2022 <br> **Deponent:** Jacob Fenton – Errata Sheet <br> **Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) | | | |
|---|---|---|---|
| Page(s): Line(s) | Now Reads | Should Read | Reason |
| 59:3-4 | Okay, yes. Please repeat your question. I know what this is referring to. Trust. | Okay, yes. Please repeat your question. **Do** I know what this is referring to**?** Trust. | Transcription Error |
| 64:25 | and Goat across a couple of different topics. | and **GOAT** across a couple of different topics. | Typographical Error |
| 83:25 | very savvy and, you know, they might know a towel (ph) | very savvy and, you know, they might know a **tell** | Transcription Error |
| 89:16 | Possibly Tim McCurdy. | **Probably** Tim McCurdy. | Transcription Error |
| 93:20 | what the 99.9 is, nor do I know what these sub bullets | what the 99.**9**9 is, nor do I know what these sub bullets | Transcription Error |
| 95:25 | A. So, first of all, this is a talk track for this stack | A. So, first of all, this is a talk track for this **deck** | Transcription Error |
| 96:2 | What this means is that Stock -- you know, | What this means is that **StockX** -- you know, | Clarification |
| 118:7 | things out as clear as humanly possible, but that | things out as **clearly** as humanly possible, **and** that | Transcription Error |

2

DocuSign Envelope ID: 5A5438D8-BB3F-476F-8176-478401C2A7F2

| **Deposition Date: 12/2/2022** <br> **Deponent**: Jacob Fenton – Errata Sheet <br> **Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 123:15 | otherwise cause a ton of money to go to | otherwise **cost** a ton of money to go to | Transcription Error |
| 133:25 | I would want to be out way ahead of that. | I would want to, **normally**, be out way ahead of that. | Transcription Error |
| 155:4 | It's, I mean -- I think, it's the collection of | It's, I mean -- I think, **I don't know**, it's the collection of | Transcription Error |
| 160:6 | the right title, but he's helping in our Apps | the right title, but he's helping in our **Ops** | Transcription Error |
| 162:10 | accurate on 99.5 percent of orders, is one of our main | accurate on 99.**95** percent of orders, is one of our main | Transcription Error |
| 168:8 | White **saying** that indicates that it's a StockX NFT | White **on something** that indicates that it's a StockX NFT | Transcription Error |
| 170:11 | company for people who would want to, for some reason | company **that** would want to, for some reason | Transcription Error |

DocuSign Envelope ID: 5A5438D8-BB3F-476F-8176-478401C2A7E2

| **Deposition Date:** 12/2/2022 <br> **Deponent:** Jacob Fenton – Errata Sheet <br> **Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 174:3-4 | by "they are not comfortable in the current state due to subjectivity." I think this is maybe referring to | by "they are not comfortable in the current state **calling items fake** due to subjectivity." I think this is maybe referring to | Transcription Error |
| Passim | StockX, LLC | StockX LLC | Typographical Error |

I, Jacob Fenton, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on December 2, 2022; that I have made such corrections as appear noted herein; and that my testimony as contained herein, as corrected, is true and correct.

DATED this 4th day of January, 2023.

DocuSigned by:

Jacob Fenton

4