# Exhibit 11

PageVault

| | |
|---|---|
| Document title: | Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Royals through…" |
| Capture URL: | https://www.instagram.com/p/CfprXUSpU-r/ |
| Page loaded at (UTC): | Tue, 12 Jul 2022 20:32:11 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 20:32:13 GMT |
| Capture tool: | 2.37.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.5058.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 9 |
| Capture ID: | paaMoXFPnqReZoLyg3DZnD |
| User: | pagevault-jordan |

PDF REFERENCE #: j9cBNoA7wwi7o33sz8ueV3

CONFIDENTIAL NIKE0036330



Document title: Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 1 of 8
CONFIDENTIAL
NIKE0036331




Document title: Roy □ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 2 of 8
CONFIDENTIAL
NIKE0036332




CONFIDENTIAL
NIKE0036333


— Hide replies

**sneakerstrut** @ivanmarquez_23 😂😂😂
6d   14 likes

**sneakersandsodas** This is why I don't buy off apps
6d   53 likes

— Hide replies

**sneakerstrut** @sneakersandsodas don't ask me how much i've lost on fakes from IG sellers 😭😭😭
6d   121 likes

**sneakersandsodas** @sneakerstrut 😭😭
6d   6 likes

**peterteepee** @stockx instead of making nfts why don't you concentrate on not letting fakes pass, embarrassing. @nicekicks @hypebeastkicks @sneakernews @sneakercon
6d   34 likes

**jz.kickz** Now imagine if you sell em back to stockX, what if they come back as fake but how can the shoe be fake if the you got em STRAIGHT from stockX ? 🤷😊
6d   66 likes

— Hide replies

**sneakerstrut** @jz.kickz lol it's happened to others. i'm not selling these shits back and making it somebody else's problem. stockx prolly pass em a second time too
6d   38 likes

**c_washhhh** You real calm and collected while taking a 10k L that probably won't be resolved. I salute you for the commitment to the game.
6d   123 likes

**chris_camacho08** At this point we all might as well just buy reps🤷‍♂️
6d   118 likes

**justfeatsla** Shop @justfeatsla brudda!
5d   8 likes

**labib.vrewls** @stockx do better
6d   15 likes

**wachotheplug** Wow @stockx
6d   10 likes

**snkrs_by_berk** @stockx make it right
5d   2 likes

**simmaknow** @brendandunne unreal statistics over here.
6d   2 likes

— Hide replies

Document title: Roy ☐    on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya…
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 4 of 8
CONFIDENTIAL
NIKE0036334


── Hide replies

**239.jsp** @simmaknow ON GOD BRO paying an app to legit check a physical product, ill advised
4d

**hwiya320** Dang sorry to hear it buddy 😣
6d  4 likes

**ivanmarquez_23** jk i love you and hope you get reimbursed. absolutely ridiculous how you been getting the shit end of the stick recently
6d  5 likes

**asian.kicks** unreal
5d  7 likes

**manifreshldn** can we see the orders/invoice proof that these are actually ordered from stockx.. Too many people tryna drag stockx for a viral moment
5d  51 likes

── Hide replies

**239.jsp** @manifreshldn this is true these are false statistics
4d  1 like

**tlee.88** Wow
6d  1 like

**hannacol2** 😳
6d  1 like

**sudsnspuds11** Imagine owning a business that is projected to be valued at $30 billion by 2030 and you only get shit correct maybe 50% of the time...WOW! I've only bought a handful of kicks off of StockX but after seeing this, I think those days are numbered....
5d  11 likes

── Hide replies

**239.jsp** @sudsnspuds11 if this was actually true then maybe try testing GOAT and Ebay with the same method. Use shitty apps to check your shoes and the real statistic is how many times checkcheck and legitcheck get it wrong
4d

**jonseo** This makes me worried about my Mocha's! I bought them Feb 2021. I don't think the fakes were as good back then, trying to CheckCheck them but can't add credits for some reason.
6d  4 likes

── Hide replies

**239.jsp** @jonseo dont waste your money on an app bro get em legit checked in person u actually trust an APP more than StockX?
4d

**jonseo** @239.jsp when I bought them I had someone come with me and take a look at them for me. But this is getting out of hand with the reps.
4d

Document title: Roy □      on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 5 of 8
CONFIDENTIAL                                                                                                   NIKE0036335





More posts from sneakerstrut





Document title: Roy □ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 7 of 8
CONFIDENTIAL
NIKE0036337





Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite   Contact Uploading & Non-Users

English   © 2022 Instagram from Meta

Document title: Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 8 of 8
CONFIDENTIAL
NIKE0036338