# Exhibit 12

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2        FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5   NIKE, INC.;                     )
                                    )
6               Plaintiff,          )
                                    )
7        vs.                        )   Case No.
                                    )   1:22-cv-00983-VEC
8   STOCKX, LLC;                    )
                                    )
9               Defendant.          )
    _____)
10
11
12
13         VIDEOTAPED DEPOSITION OF ROY IKHYUN KIM
14                  San Diego, California
15              Wednesday, February 8, 2023
16
17
18
19
20
21
22   Reported by:
     Lynda L. Fenn, CSR, RPR
23   CSR No. 12566
24
25

Page 2

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5   NIKE, INC.;                )
                                )
 6           Plaintiff,         )
                                )
 7      vs.                     )  Case No.
                                )  1:22-cv-00983-VEC
 8   STOCKX, LLC;               )
                                )
 9           Defendant.         )
     _____)
10
11
12
13         VIDEOTAPED DEPOSITION of ROY IKHYUN KIM,
14   taken on behalf of Plaintiff, San Diego,
15   California, at 9:56 a.m. and ending at 1:40
16   p.m., Wednesday, February 8, 2023, reported by
17   Lynda L. Fenn, CSR No. 12566, Certified
18   Shorthand Reporter within and for the State of
19   California, pursuant to notice.
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES:
 2
 3   For the Plaintiff:
 4
 5      DLA PIPER
 6      BY:  MELISSA A. REINCKENS, ESQ.
 7      4365 Executive Drive, Suite 1100
 8      San Diego, California  92121
 9      (619) 699-2700
10      melissa.reinckens@us.dlapiper.com
11
12      DLA PIPER
13      BY:  GABRIELLE VELKES, ESQ.
14      1251 Avenue of the Americas
15      New York, New York  10020-1104
16      (212) 335-4812
17      gabrielle.velkes@us.dlapiper.com
18
19
20
21
22
23
24
25
```

Page 4

```
 1   APPEARANCES:
 2
 3   For the Defendants:
 4
 5      KILPATRICK TOWNSEND & STOCKTON LLP
 6      BY:  ROBERT N. POTTER, ESQ.
 7      The Grace Building
 8      1114 Avenue of the Americas
 9      New York, New York  10036
10      (212) 775-8733
11      rpotter@kilpatricktownsend.com
12
13      DEBEVOISE & PLIMPTON LLP
14      BY:  KATHRYN SABA, ESQ.
15      66 Hudson Boulevard
16      New York, New York  10001
17      (212) 909-6760
18      ksaba@debevoise.com
19
20
21
22
23
24
25
```

Page 5

```
 1   APPEARANCES:
 2
 3   For the Deponent:
 4
 5      EDLESON REZZO & HINDMAN
 6      BY: JESSE HINDMAN, ESQ.
 7      225 Broadway, Suite 2220
 8      San Diego, California  92101
 9      (619) 225-4078
10      jeese@erhlawfirm.com
11
12   Also Connected:
13
14      Gregg Eisman, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

|  | Page 14 |
|---|---|
| 1 | E X H I B I T S (Continued) |
| 3 | NUMBER          DESCRIPTION                                    PAGE |
| 5 | Exhibit 39    A nine-page document entitled          78 |
| 6 |               Page Vault; NIKE0036330 - |
| 7 |               NIKE0036338 |
| 9 | Exhibit 40    A one-page email from Roy Kim          82 |
| 10 |              to Tamar Duvdevani, July 11, |
| 11 |              2022; NIKE0029007 |
| 13 | Exhibit 41   A four-page email chain ending          86 |
| 14 |              with an email from Roy Kim to |
| 15 |              Russ Amidon, August two, 2022; |
| 16 |              STX0772942 - STX0772945 |
| 18 | Exhibit 42   A 66-page document beginning           94 |
| 19 |              with an email from StockX to |
| 20 |              Roy Kim, August two, 2022; |
| 21 |              RK000137 - RK000202 |

|  | Page 15 |
|---|---|
| 1 | E X H I B I T S (Continued) |
| 3 | NUMBER          DESCRIPTION                                    PAGE |
| 5 | Exhibit 43    A four-page email chain ending         144 |
| 6 |               with an email from Russ Amidon |
| 7 |               to Roy Kim, July seven, 2022; |
| 8 |               RK000018 - RK000021 |
| 10 | Exhibit 44   A six-page email chain ending           148 |
| 11 |              with an email from StockX to |
| 12 |              Roy Kim, July 25, 2022; |
| 13 |              RK000022 - RK000027 |
| 14 |                                                      155 |
| 15 | Exhibit 45   A one-page printed from |
| 16 |              Instagram; STX0774399 |
| 18 | Exhibit 46   An eight-page email chain          159 |
| 19 |              ending with an email from Tamar |
| 20 |              Duvdevani to Roy Kim, July ten, |
| 21 |              2022; RX000002 - RK000009 |

|  | Page 16 |
|---|---|
| 1 | I N D E X (Continued) |
| 4 | INFORMATION REQUESTED |
| 6 | (None) |
| 8 | INSTRUCTION NOT TO ANSWER |
| 10 | (None) |

Page 17

1         San Diego, California
2       Wednesday, February 8, 2023
3         9:56 a.m.  -  1:40 p.m.

7         THE VIDEOGRAPHER:  Good morning.  We're
8  going on the record at 9:56 a.m. on Wednesday
9  February eight, 2023.
10        Please note the microphones are sensitive
11 and may pick up whispering and private conversations.
12 Please mute your phones at this time.
13        Audio and video recording will continue to
14 take place unless all parties agree to go off the
15 record.
16        This is media unit one of the
17 video-recorded deposition of Roy Kim testifying in
18 the matter of Nike, Inc., versus Stockx, LLC filed in
19 the United States District Court for the Southern
20 District of New York, Case No. 1:22-cv-00983.
21        The location of this deposition is 4365
22 Executive Drive, DLA Piper, Fourth Floor, San Diego,
23 California.
24        My name is Gregg Eisman representing
25 Veritext and I'm the videographer.  The court

|  | Page 34 |  | Page 36 |
|---|---|---|---|
| 1 | and is attached hereto.) | 1 | your purchase? |
| 2 | BY MS. REINCKENS: | 2 | A  It is. |
| 3 | Q  Mr. Kim, what is your email address? | 3 | Q  And what type of shoe is this order for? |
| 4 | A  Roy I. Kim at Gmail dot-com. | 4 | A  This is a Jordan 1 University Blue. |
| 5 | Q  Is this the only email address you used to | 5 | Q  And if you look at the Bates numbered page |
| 6 | contact StockX? | 6 | RK 000029 it says, "Condition." |
| 7 | A  It is. | 7 |     Do you see that, sir? |
| 8 | Q  All right. | 8 | A  Oh, yeah, it says, "Condition:  New, one |
| 9 |     Now, the court reporter has handed you a | 9 | hundred percent authentic." |
| 10 | document that's been marked as Exhibit No. KIM 1. | 10 | Q  Okay. |
| 11 |     Do you have that in front of you? | 11 |     And did you receive this order from StockX? |
| 12 | A  I do. | 12 | A  I did. |
| 13 | Q  Okay. | 13 | Q  All right. |
| 14 |     What is this document? | 14 |     You can put that to the side and I'll |
| 15 | A  This is an email of an order of a shoe that | 15 | apologize in advance, we are going to be going |
| 16 | I purchased from StockX. | 16 | through a lot of these in a similar fashion. |
| 17 | Q  Okay. | 17 |     MS. REINCKENS:  Would you mark this as |
| 18 |     And when do you receive one of these emails | 18 | Exhibit No. KIM 2. |
| 19 | from StockX? | 19 |     (Plaintiff's Exhibit 2 was marked for |
| 20 | A  I'm sorry? | 20 | identification by the Certified Shorthand Reporter |
| 21 | Q  When do you receive one of these emails | 21 | and is attached hereto.) |
| 22 | from StockX? | 22 |     MS. REINCKENS:  Okay. |
| 23 | A  You receive this email -- I received this | 23 | BY MS. REINCKENS: |
| 24 | email when an order goes through StockX and I paid | 24 | Q  Mr. Kim, the court reporter has handed you |
| 25 | for it and I commit to buying it. | 25 | an exhibit marked as Exhibit No. KIM 2. |

|  | Page 35 |  | Page 37 |
|---|---|---|---|
| 1 | Q  Okay. | 1 |     Do you have that in front of you? |
| 2 |     So it's after you purchased a product from | 2 | A  I do. |
| 3 | StockX; correct? | 3 | Q  All right. |
| 4 | A  Yes, that's correct. | 4 |     And do you recognize this document? |
| 5 | Q  All right. | 5 | A  I do. |
| 6 |     And in your experience do you typically | 6 | Q  And what is it? |
| 7 | receive an order confirmation from StockX after | 7 | A  It is an order purchase confirmation from |
| 8 | purchasing? | 8 | StockX. |
| 9 | A  Yes, almost immediately. | 9 | Q  Okay. |
| 10 | Q  So was the date the order was confirmed on | 10 |     And what date did you receive this email? |
| 11 | or around the date of the purchase then? | 11 | A  Dated May 30th, 2022. |
| 12 | A  Yes, it would be -- | 12 | Q  And is this document an accurate reflection |
| 13 |     MR. POTTER:  Objection; form. | 13 | of what you were trying to purchase? |
| 14 |     THE WITNESS:  Oh, sorry. | 14 | A  It is. |
| 15 |     Yes, it would be right around the date of | 15 | Q  What type of shoe was this order for? |
| 16 | the email. | 16 | A  This was a Jordan 1 University Blue. |
| 17 |     MS. REINCKENS:  Okay. | 17 | Q  Okay. |
| 18 | BY MS. REINCKENS: | 18 |     And what's the order number? |
| 19 | Q  Now, looking at Exhibit No. KIM 1, what | 19 | A  37857800, dash, 37757559. |
| 20 | date is shown here for that? | 20 | Q  And if you look at RK 32, it, once again, |
| 21 | A  May 30th, 2022. | 21 | says the condition. |
| 22 | Q  Okay. | 22 |     Do you see that? |
| 23 |     And what order number is this? | 23 | A  Yes, it's "New, one hundred percent |
| 24 | A  This is Order No. 37857795, dash, 37757554. | 24 | authentic." |
| 25 | Q  Is this document an accurate reflection of | 25 | Q  Did you receive this order from StockX? |

|  | Page 38 |  | Page 40 |
|---|---|---|---|
| 1 | A  I did. | 1 | 2022. |
| 2 | MS. REINCKENS:  Mark this is Exhibit | 2 | Q  And what is the order number? |
| 3 | No. KIM 3. | 3 | A  Order No. 38917859, dash, 38817618, marked, |
| 4 | (Plaintiff's Exhibit 3 was marked for | 4 | "New, a hundred percent authentic." |
| 5 | identification by the Certified Shorthand Reporter | 5 | Q  And is this document an accurate reflection |
| 6 | and is attached hereto.) | 6 | of what you were trying to purchase? |
| 7 | MS. REINCKENS:  Okay. | 7 | A  Yes. |
| 8 | BY MS. REINCKENS: | 8 | Q  And did you receive this order from StockX? |
| 9 | Q  Mr. Kim, the court reporter has handed you | 9 | A  I did. |
| 10 | a document that's been marked as Exhibit No. KIM 3. | 10 | MS. REINCKENS:  Exhibit No. KIM 5, please. |
| 11 | I'll just say on the record it bear the Bates numbers | 11 | (Plaintiff's Exhibit 5 was marked for |
| 12 | RK 37 through RK 43. | 12 | identification by the Certified Shorthand Reporter |
| 13 | Do you recognize this document? | 13 | and is attached hereto.) |
| 14 | A  Yes, it's a series of emails for a shoe I | 14 | BY MS. REINCKENS: |
| 15 | bought on the same day with the same shoe size, a | 15 | Q  Mr. Kim, you've been handed an exhibit |
| 16 | Jordan 1 University Blue. | 16 | marked as Exhibit No. KIM 5 and it bears the Bates |
| 17 | Q  Okay. | 17 | numbers RK 47 through RK 49. |
| 18 | And what -- let's take this just in a | 18 | Do you recognize this document? |
| 19 | couple of steps here. | 19 | A  Yes, it is an email purchase order |
| 20 | This -- this is an order confirmation then | 20 | confirmation from StockX for a Jordan 1 University |
| 21 | for an order of -- is it three pairs of shoes; is | 21 | Blue, size 12, dated May 30th, 2022, Order |
| 22 | that right? | 22 | No. 37858121, dash, 37757880, marked, "New, one |
| 23 | A  One, two, three -- yes, three shoes. | 23 | hundred percent authentic." |
| 24 | Q  Okay. | 24 | Q  And is this document an accurate reflection |
| 25 | And if you would be kind enough just to | 25 | of what you were trying to purchase? |
|  | Page 39 |  | Page 41 |
| 1 | state on the record the order numbers, please. | 1 | A  Yes, it is. |
| 2 | A  Yes.  The order number for the first one is | 2 | Q  And did you receive this order from StockX? |
| 3 | 37858112, dash, 37757871. | 3 | A  I did. |
| 4 | The order number for the second pair is | 4 | MS. REINCKENS:  Number six, please. |
| 5 | 37864122, dash, 37763881. | 5 | (Plaintiff's Exhibit 6 was marked for |
| 6 | The order number for the third one is | 6 | identification by the Certified Shorthand Reporter |
| 7 | 37881414, dash, 37781173.  All marked, "New, a | 7 | and is attached hereto.) |
| 8 | hundred percent authentic." | 8 | BY MS. REINCKENS: |
| 9 | Q  Okay. | 9 | Q  Mr. Kim, the court reporter has handed you |
| 10 | And did you receive these orders from | 10 | an exhibit marked as Exhibit No. KIM 6.  It bears the |
| 11 | StockX? | 11 | Bates numbers RK 50 through RK 52. |
| 12 | A  I did. | 12 | Do you recognize this document? |
| 13 | Q  Okay. | 13 | A  Yes, it's an email confirmation for a |
| 14 | MS. REINCKENS:  Exhibit No. KIM 4. | 14 | StockX purchase of a Jordan 1 University Blue, dated |
| 15 | THE WITNESS:  Thank you. | 15 | May 30th, 2022, Order No. 37857881, dash, 37757640, |
| 16 | (Plaintiff's Exhibit 4 was marked for | 16 | marked, "New, one hundred percent authentic." |
| 17 | identification by the Certified Shorthand Reporter | 17 | Q  And is this document an accurate reflection |
| 18 | and is attached hereto.) | 18 | of what you were trying to purchase? |
| 19 | BY MS. REINCKENS: | 19 | A  Yes, it is. |
| 20 | Q  The court reporter has handed you an | 20 | Q  And did you receive this order from StockX? |
| 21 | exhibit marked as Exhibit No. KIM 4.  It bears the | 21 | A  I did. |
| 22 | Bates numbers RK 44 through RK 46. | 22 | MS. REINCKENS:  Exhibit No. KIM 7, please. |
| 23 | Do you recognize this document? | 23 | (Plaintiff's Exhibit 7 was marked for |
| 24 | A  Yes, it is an email confirmation for an | 24 | identification by the Certified Shorthand Reporter |
| 25 | order made for Jordan 1 University Blue on June 28th, | 25 | and is attached hereto.) |

|  | Page 42 |  | Page 44 |
|---|---|---|---|
| 1 | THE WITNESS:  Thank you. | 1 | THE WITNESS:  Thank you. |
| 2 | MS. REINCKENS:  Okay. | 2 | BY MS. REINCKENS: |
| 3 | BY MS. REINCKENS: | 3 | Q  Mr. Kim, the court reporter has handed you |
| 4 | Q  Mr. Kim, the court reporter has handed you | 4 | a document marked as Exhibit No. 9.  It bears the |
| 5 | an exhibit marked as Exhibit No. KIM 7 and it bears | 5 | Bates numbers RK 65 through RK 67. |
| 6 | the Bates numbers RK 53 through RK 61. | 6 | Do you recognize this document? |
| 7 | Do you recognize this document? | 7 | A  I do.  It is an email confirmation for a |
| 8 | A  Yes, it's an order -- it's an email thread | 8 | StockX purchase of a Jordan 1 High Hyper Royal, |
| 9 | of an email confirmation from StockX on a purchase of | 9 | Order -- I'm sorry, dated June first, 2022, Order No. |
| 10 | four pairs of Jordan 1 University Blues, dated May | 10 | 37940815, dash, 37840574 marked, "New, one hundred |
| 11 | 30th, 2022.  The order numbers are 37857845, dash, | 11 | percent authentic." |
| 12 | 37757604. | 12 | Q  Okay. |
| 13 | The second order is 37857851, dash, | 13 | And is this document an accurate reflection |
| 14 | 37757610.  The next order number is 37858011, dash, | 14 | of what you were trying to purchase? |
| 15 | 37757770. | 15 | A  It is. |
| 16 | The last order number is 37858015, dash, | 16 | Q  And did you receive this order -- |
| 17 | 37757774.  All marked, "New, one hundred percent | 17 | A  I did. |
| 18 | authentic." | 18 | Q  -- from StockX? |
| 19 | Q  And is this document an accurate reflection | 19 | A  I did, yes. |
| 20 | of what you were trying to purchase? | 20 | Q  Okay. |
| 21 | A  It is. | 21 | MS. REINCKENS:  And -- all right.  Perfect. |
| 22 | Q  And did you receive the orders from StockX? | 22 | Thank you. |
| 23 | A  I did. | 23 | Exhibit No. KIM 10, please. |
| 24 | MS. REINCKENS:  Number eight, please. | 24 | (Plaintiff's Exhibit 10 was marked for |
| 25 | (Plaintiff's Exhibit 8 was marked for | 25 | identification by the Certified Shorthand Reporter |

|  | Page 43 |  | Page 45 |
|---|---|---|---|
| 1 | identification by the Certified Shorthand Reporter | 1 | and is attached hereto.) |
| 2 | and is attached hereto.) | 2 | MS. REINCKENS:  Okay. |
| 3 | MS. REINCKENS:  Okay. | 3 | BY MS. REINCKENS: |
| 4 | BY MS. REINCKENS: | 4 | Q  Mr. Kim, you've been handed a document |
| 5 | Q  Mr. Kim, the court reporter has handed you | 5 | marked as Exhibit No. KIM 10 and it is -- bears the |
| 6 | a document marked as Exhibit No. KIM 8.  It bears the | 6 | Bates numbers RK 68 through RK 70. |
| 7 | Bates number RK 63 through RK 64. | 7 | Do you recognize this document? |
| 8 | Do you recognize this document? | 8 | A  I do.  It is an email confirmation for a |
| 9 | A  Yes, I do. | 9 | StockX purchase of a Jordan 1 High Hyper Royal, dated |
| 10 | Q  Okay.  What is it? | 10 | June first, 2022.  It has the Order No. 37960474, |
| 11 | A  It is an email confirmation for a StockX | 11 | dash,  37860233, marked, "New, one hundred percent |
| 12 | purchase of the Jordan 1 Hyper Royal, dated June | 12 | authentic." |
| 13 | ninth, 2022, with the Order No. 38216724, dash, | 13 | Q  And is this document an accurate reflection |
| 14 | 38116483 marked, "New, one hundred percent | 14 | of what you were trying to purchase? |
| 15 | authentic." | 15 | A  It is. |
| 16 | Q  And is this document an accurate reflection | 16 | Q  And did you receive this order from StockX? |
| 17 | of what you were trying to purchase? | 17 | A  I did. |
| 18 | A  It is. | 18 | MS. REINCKENS:  Exhibit No. KIM 11, please. |
| 19 | Q  And did you receive this order from StockX? | 19 | (Plaintiff's Exhibit 11 was marked for |
| 20 | A  I did. | 20 | identification by the Certified Shorthand Reporter |
| 21 | MS. REINCKENS:  This is Exhibit No. KIM 9, | 21 | and is attached hereto.) |
| 22 | please. | 22 | BY MS. REINCKENS: |
| 23 | (Plaintiff's Exhibit 9 was marked for | 23 | Q  Mr. Kim, you've been handed an exhibit |
| 24 | identification by the Certified Shorthand Reporter | 24 | marked Exhibit No. KIM 11.  It bears the Bates |
| 25 | and is attached hereto.) | 25 | numbers RK 71 through RK 73. |

|  |  |
|---|---|
| Page 46 | Page 48 |

Page 46
1  Do you recognize this document?
2  A  Yes, it is an email confirmation for a
3  StockX order of a Jordan 1 High Hyper Royal, dated
4  June second, 2022, bearing Order No. 37981780, dash,
5  37881539, listed as "New, one hundred percent
6  authentic."
7  Q  And is this a document -- is this document
8  an accurate reflection of what you were trying to
9  purchase?
10  A  It is.
11  Q  And did you receive this order from StockX?
12  A  I did.
13     MS. REINCKENS:  Exhibit No. KIM 12, please.
14     (Plaintiff's Exhibit 12 was marked for
15  identification by the Certified Shorthand Reporter
16  and is attached hereto.)
17  BY MS. REINCKENS:
18  Q  Mr. Kim, you've been handed a document
19  marked as Exhibit No. KIM 12.  It bears the Bates
20  numbers RK 74 through RK 76.
21     Do you recognize this document?
22  A  Yes, it's an email confirmation for a
23  StockX purchase of a Jordan 1 Hyper Royal, dated May
24  30th, 2022, Order No. 37873383, dash, 37773142,
25  "Condition:  New, one hundred percent authentic."

Page 47
1  Q  And is this document an accurate reflection
2  of what you were trying to purchase?
3  A  It is.
4  Q  And did you receive this order from StockX?
5  A  I did.
6     MS. REINCKENS:  Exhibit No. KIM 13.
7     (Plaintiff's Exhibit 13 was marked for
8  identification by the Certified Shorthand Reporter
9  and is attached hereto.)
10  BY MS. REINCKENS:
11  Q  Mr. Kim, you've been handed a document
12  that's been marked as Exhibit No. KIM 13.  It bears
13  the Bates numbers RK 77 through RK 79.
14     Do you recognize this document?
15  A  Yes, it is an email confirmation for a
16  StockX purchase of a Jordan 1 University Blue, dated
17  May 30th, 2022, Order No. 37857774, dash, 377575333,
18  marked with the "Condition:  New, one hundred percent
19  authentic."
20  Q  And is this document an accurate reflection
21  of what you were trying to purchase?
22  A  It is.
23  Q  Did you receive this order from StockX?
24  A  I did.
25     MS. REINCKENS:  Exhibit No. KIM 14.

Page 48
1     (Plaintiff's Exhibit 14 was marked for
2  identification by the Certified Shorthand Reporter
3  and is attached hereto.)
4  BY MS. REINCKENS:
5  Q  Mr. Kim, you've been handed a document
6  marked as Exhibit No. KIM 14.  It bears the Bates
7  numbers KIM -- RK 80 through RK 82.
8     Do you recognize this document?
9  A  I do.  It is an email confirmation for a
10  StockX purchase of a Jordan 1 University Blue, dated
11  May 30th, 2022, Order No. 37857778, dash, 37757537,
12  marked, "New, one hundred percent authentic."
13  Q  Is this document an accurate reflection of
14  what you were trying to purchase?
15  A  It is.
16  Q  And did you receive this order from StockX?
17  A  I did.
18     (Plaintiff's Exhibit 15 was marked for
19  identification by the Certified Shorthand Reporter
20  and is attached hereto.)
21  BY MS. REINCKENS:
22  Q  Mr. Kim, you've been handed a document
23  marked as Exhibit No. KIM 15.  It bears the Bates
24  numbers RK 83 through RK 85.
25     Do you recognize this document?

Page 49
1  A  I do.  It is an email confirmation for a
2  StockX purchase of a Jordan 1 University Blue, dated
3  May 30th, 2022, bearing Order No. 37857930, dash,
4  37757689, "Condition:  New, one hundred percent
5  authentic."
6  Q  And is this document an accurate reflection
7  of what you were trying to purchase?
8  A  It is.
9  Q  Did you receive this order from StockX?
10  A  I did.
11  Q  Exhibit No. KIM 16.
12  A  Thank you.
13     (Plaintiff's Exhibit 16 was marked for
14  identification by the Certified Shorthand Reporter
15  and is attached hereto.)
16     MS. REINCKENS:  Okay.
17  BY MS. REINCKENS:
18  Q  Mr. Kim, you've been handed an exhibit
19  marked as Exhibit No. KIM 16.  It bears the Bates
20  numbers RK 86 through RK 88.
21     Do you recognize this document?
22  A  Yes, it is an email confirmation for a
23  StockX purchase of the Jordan 1 University Blue,
24  dated May 30th, 2011, bearing Order No. 37857919,
25  dash, 37757678, "Condition:  New, one hundred percent

|  | Page 50 |  | Page 52 |
|---|---|---|---|
| 1 | authentic." | 1 | BY MS. REINCKENS: |
| 2 | Q  And is this document an accurate reflection | 2 | Q  Mr. Kim, you've been handed a document |
| 3 | of what you were trying to purchase? | 3 | marked Exhibit No. KIM 19.  It bears the Bates |
| 4 | A  It is. | 4 | numbers RK 95 through RK 97. |
| 5 | Q  Did you receive this order from StockX? | 5 |     Do you recognize this document? |
| 6 | A  I did. | 6 | A  Yes.  It's an email confirmation for a |
| 7 |     MS. REINCKENS:  Exhibit No. KIM 17. | 7 | StockX purchase of a Jordan 1 University Blue, dated |
| 8 |     (Plaintiff's Exhibit 17 was marked for | 8 | May 30th, 2022, Order No. 37857996, dash, 37757755, |
| 9 | identification by the Certified Shorthand Reporter | 9 | "Condition:  New, one hundred percent authentic." |
| 10 | and is attached hereto.) | 10 | Q  And is this document an accurate reflection |
| 11 | BY MS. REINCKENS: | 11 | of what you were trying to purchase? |
| 12 | Q  Mr. Kim, you've been handed a document | 12 | A  It is. |
| 13 | marked as Exhibit No. KIM 17.  It bears the Bates | 13 | Q  And did you receive this order from StockX? |
| 14 | numbers RK 89 through RK 91. | 14 | A  I did. |
| 15 |     Do you recognize this document? | 15 |     (Plaintiff's Exhibit 20 was marked for |
| 16 | A  I do.  It is an email confirmation for a | 16 | identification by the Certified Shorthand Reporter |
| 17 | StockX purchase of a Jordan 1 University Blue, dated | 17 | and is attached hereto.) |
| 18 | May 30th, 2022, Order No. 37857913, dash, 37757672, | 18 | BY MS. REINCKENS: |
| 19 | "Condition:  New, one hundred percent authentic." | 19 | Q  Mr. Kim, you've been handed a document |
| 20 | Q  And is this document an accurate reflection | 20 | marked as Exhibit No. KIM 20 and it bears the Bates |
| 21 | of what you were trying to purchase? | 21 | numbers RK 98 through RK 100. |
| 22 | A  It is. | 22 |     Do you recognize this document? |
| 23 | Q  And did you receive this order from StockX? | 23 | A  I do.  It is an email confirmation for a |
| 24 | A  I did. | 24 | StockX purchase of a Jordan 1 University Blue, dated |
| 25 |     MS. REINCKENS:  Exhibit No. KIM 18, please. | 25 | May 30th, 2022, bearing Order No. 37857805, dash, |

|  | Page 51 |  | Page 53 |
|---|---|---|---|
| 1 |     (Plaintiff's Exhibit 18 was marked for | 1 | 37757564, "Condition:  New, one hundred percent |
| 2 | identification by the Certified Shorthand Reporter | 2 | authentic." |
| 3 | and is attached hereto.) | 3 | Q  And is this document an accurate reflection |
| 4 |     THE WITNESS:  Thank you. | 4 | of what you were trying to purchase? |
| 5 | BY MS. REINCKENS: | 5 | A  It is. |
| 6 | Q  Mr. Kim, the court reporter has handed you | 6 | Q  And did you receive this order from StockX? |
| 7 | a document marked Exhibit No. KIM 18.  It bears the | 7 | A  I did. |
| 8 | Bates numbers RK 92 through RK 94. | 8 | Q  We're making progress. |
| 9 |     Do you recognize this document? | 9 | A  I bought so many shoes, now I know why this |
| 10 | A  Yes, it is an email confirmation for a | 10 | takes so long. |
| 11 | StockX purchase of a Jordan 1 University Blue, dated | 11 |     Thank you. |
| 12 | May 30th, 2022, bearing Order No. 37857871, dash, | 12 | Q  Mr. Kim, the court reporter has handed you |
| 13 | 37757630 "Condition:  New, one hundred percent | 13 | an exhibit marked as Exhibit No. KIM 21. |
| 14 | authentic." | 14 |     (Plaintiff's Exhibit 21 was marked for |
| 15 | Q  And is this document an accurate reflection | 15 | identification by the Certified Shorthand Reporter |
| 16 | of what you were trying to purchase? | 16 | and is attached hereto.) |
| 17 | A  It is. | 17 | BY MS. REINCKENS: |
| 18 | Q  And did you receive this order from StockX? | 18 | Q  It bears the Bates numbers RK 101 through |
| 19 | A  I did. | 19 | RK 103. |
| 20 |     MS. REINCKENS:  Exhibit No. KIM 19, please. | 20 |     Do you recognize this document? |
| 21 |     (Plaintiff's Exhibit 19 was marked for | 21 | A  Yes, it is an email confirmation for a |
| 22 | identification by the Certified Shorthand Reporter | 22 | StockX purchase of a Jordan 1 University Blue, dated |
| 23 | and is attached hereto.) | 23 | May 30th, 2022, Order No. 37857998, dash, 37757757, |
| 24 |     THE WITNESS:  Thank you. | 24 | the condition is new, one hundred percent authentic. |
| 25 |     // | 25 | Q  Is this document an accurate reflection of |

|  | Page 54 |  | Page 56 |
|---|---|---|---|
| 1 | what you were trying to purchase? | 1 | a document marked as Exhibit No. KIM 24. It bears |
| 2 | A  It is. | 2 | the Bates numbers RK 110 through RK 112. |
| 3 | Q  Did you receive this order from StockX? | 3 | Do you recognize this document? |
| 4 | A  I did. | 4 | A  Yes, it's an email confirmation for a |
| 5 | MS. REINCKENS:  Exhibit No. KIM 22. | 5 | StockX purchase of a Jordan 1 Dark Mocha, dated May |
| 6 | (Plaintiff's Exhibit 22 was marked for | 6 | 31st, 2022, bearing Order No. 37888982, dash, |
| 7 | identification by the Certified Shorthand Reporter | 7 | 37788741. The condition is marked as "New, one |
| 8 | and is attached hereto.) | 8 | hundred percent authentic." |
| 9 | THE WITNESS:  Thank you. | 9 | Q  And is this document an accurate reflection |
| 10 | BY MS. REINCKENS: | 10 | of what you were trying to purchase? |
| 11 | Q  Mr. Kim, the court reporter has handed you | 11 | A  It is. |
| 12 | an exhibit marked as Exhibit No. KIM 22. It bears | 12 | Q  Did you receive this order from StockX? |
| 13 | the Bates numbers RK 104 through RK 106. | 13 | A  I did. |
| 14 | Do you recognize this document? | 14 | (Plaintiff's Exhibit 25 was marked for |
| 15 | A  I do. It is an email confirmation for a | 15 | identification by the Certified Shorthand Reporter |
| 16 | StockX purchase of a Jordan 1 Dark Mocha, dated June | 16 | and is attached hereto.) |
| 17 | sixth, 2022, bearing Order Number 38124114, dash, | 17 | BY MS. REINCKENS: |
| 18 | 38023873, "Condition: New, one hundred percent | 18 | Q  Mr. Kim, the court reporter has handed you |
| 19 | authentic." | 19 | an exhibit marked as Exhibit No. KIM 25. It bears |
| 20 | Q  And is this document an accurate reflection | 20 | the Bates numbers RK 113 through RK 115. |
| 21 | of what you were trying to purchase? | 21 | Do you recognize this document? |
| 22 | A  It is. | 22 | A  I do. It is an email confirmation for a |
| 23 | Q  Did you receive this order from StockX? | 23 | StockX purchase of a Jordan 1 Dark Mocha, dated May |
| 24 | A  I did. | 24 | 30th, 2022, bearing Order No. 37858043, dash, |
| 25 | (Plaintiff's Exhibit 23 was marked for | 25 | 37757802. The condition is marked as "New, one |

|  | Page 55 |  | Page 57 |
|---|---|---|---|
| 1 | identification by the Certified Shorthand Reporter | 1 | hundred percent authentic." |
| 2 | and is attached hereto.) | 2 | Q  Is this document an accurate reflection of |
| 3 | THE WITNESS:  Thank you. | 3 | what you were trying to purchase? |
| 4 | MS. REINCKENS:  Okay. | 4 | A  It is. |
| 5 | BY MS. REINCKENS: | 5 | Q  Did you receive this order from StockX? |
| 6 | Q  Mr. Kim, the court reporter has handed you | 6 | A  I did. |
| 7 | an exhibit marked as Exhibit No. KIM 23. It bears | 7 | MS. REINCKENS:  Thank you. Exhibit No. KIM |
| 8 | the Bates numbers RK 107 through RK 109. | 8 | 26. |
| 9 | Do you recognize this document? | 9 | (Plaintiff's Exhibit 26 was marked for |
| 10 | A  I do. It is an email confirmation for a | 10 | identification by the Certified Shorthand Reporter |
| 11 | StockX purchase of a Jordan 1 Dark Mocha, dated June | 11 | and is attached hereto.) |
| 12 | seventh, 2022, bearing Order No. 38157530, dash, | 12 | THE WITNESS:  Thank you. |
| 13 | 38057289. The condition is marked as "New, one | 13 | BY MS. REINCKENS: |
| 14 | hundred percent authentic." | 14 | Q  Mr. Kim, the court reporter has handed you |
| 15 | Q  And is this document an accurate reflection | 15 | a document marked as Exhibit No. KIM 26. It bears |
| 16 | of what you were trying to purchase? | 16 | the Bates numbers RK 116 through RK 118. |
| 17 | A  It is. | 17 | Do you recognize this document? |
| 18 | Q  Did you receive this order from StockX? | 18 | A  Yes, it's an email confirmation for a |
| 19 | A  I did. | 19 | StockX purchase of a -- excuse me, a Jordan 1 Dark |
| 20 | MS. REINCKENS:  Exhibit No. KIM 24. | 20 | Mocha, dated June seventh, 2022, bearing Order No. |
| 21 | (Plaintiff's Exhibit 24 was marked for | 21 | 38161749, dash, 38061508. The condition is marked as |
| 22 | identification by the Certified Shorthand Reporter | 22 | "New, one hundred percent authentic." |
| 23 | and is attached hereto.) | 23 | Q  Is this document an accurate reflection of |
| 24 | BY MS. REINCKENS: | 24 | what you were trying to purchase? |
| 25 | Q  Mr. Kim, the court reporter has handed you | 25 | A  It is. |

15 (Pages 54 - 57)

Page 58

1  Q  Did you receive this order from StockX?
2  A  I did.
3     MS. REINCKENS: Exhibit No. KIM 27.
4     (Plaintiff's Exhibit 27 was marked for
5  identification by the Certified Shorthand Reporter
6  and is attached hereto.)
7     THE WITNESS: Thank you.
8  BY MS. REINCKENS:
9  Q  Mr. KIM, you've been handed an exhibit
10 marked as Exhibit No. KIM 27 bearing the Bates
11 numbers RK 119 through RK 121.
12    Do you recognize this document?
13 A  Yes. It's an email confirmation for a
14 StockX purchase of a Jordan 1 Dark Mocha, dated May
15 31, 2022, bearing Order No. 37892676, dash, 37792435.
16 The condition is marked as "New, one hundred percent
17 authentic."
18 Q  Is this document an accurate reflection of
19 what you were trying to purchase?
20 A  It is.
21 Q  Did you receive this order from StockX?
22 A  I did.
23 Q  Down to the last five.
24 A  All right. I thought it was 300.
25    MS. REINCKENS: Exhibit No. KIM 28.

Page 59

1     (Plaintiff's Exhibit 28 was marked for
2  identification by the Certified Shorthand Reporter
3  and is attached hereto.)
4     THE WITNESS: Thank you.
5     MS. REINCKENS: Okay.
6  BY MS. REINCKENS:
7  Q  Mr. Kim, you've been hand handed a document
8  marked as Exhibit No. KIM 28. It bears the Bates
9  numbers RK 122 through RK 124.
10    Do you recognize this document?
11 A  I do. It is an email confirmation for a
12 StockX purchase of a Jordan 1 Dark Mocha, dated May
13 30, 2022, Order No. 37858075, dash, 37757834. The
14 condition is marked as "New, one hundred percent
15 authentic."
16 Q  Is this document an accurate reflection of
17 what you were trying to purchase?
18 A  It is.
19 Q  Did you receive this order from StockX?
20 A  I did.
21    MS. REINCKENS: Exhibit No. KIM 29, please.
22    (Plaintiff's Exhibit 29 was marked for
23 identification by the Certified Shorthand Reporter
24 and is attached hereto.)
25    THE WITNESS: Thank you.

Page 60

1  BY MS. REINCKENS:
2  Q  Mr. KIM, you've been handed a document
3  that's been mark as Exhibit No. 29, bearing the Bates
4  numbers RK 125 through RK 127.
5     Do you recognize this document?
6  A  I do. It is an email confirmation for a
7  StockX purchase of a Jordan 1 Dark Mocha, dated May
8  31st, 2022, bearing Order No. 37888697, dash,
9  37788456. The condition is marked as "New, one
10 hundred percent authentic."
11 Q  And is this document an accurate reflection
12 of what you were trying to purchase?
13 A  It is.
14 Q  Did you receive this order from StockX?
15 A  I did.
16 Q  I'm getting a workout.
17    (Plaintiff's Exhibit 30 was marked for
18 identification by the Certified Shorthand Reporter
19 and is attached hereto.)
20    THE WITNESS: Thank you.
21 BY MS. REINCKENS:
22 Q  Mr. KIM, you've been handed a document
23 marked as Exhibit No. KIM 30. It bears the Bates
24 numbers RK 128 through RK 130.
25    Do you recognize this document?

Page 61

1  A  I do. It is an email confirmation for a
2  StockX order of a Jordan 1 Hyper Royal, dated June
3  sixth, 2022, bearing Order No. 38130181, dash,
4  38029940. The condition is marked as "New, one
5  hundred percent authentic."
6  Q  And is this document an accurate reflection
7  of what you were trying to purchase?
8  A  It is.
9  Q  Did you receive this order from StockX?
10 A  I did.
11    MS. REINCKENS: Exhibit No. KIM 31, please.
12    (Plaintiff's Exhibit 31 was marked for
13 identification by the Certified Shorthand Reporter
14 and is attached hereto.)
15    THE WITNESS: Thank you.
16 BY MS. REINCKENS:
17 Q  Mr. Kim, you've been handed an exhibit
18 marked as Exhibit No. KIM 31. It bears the Bates
19 numbers RK 131 through RK 133.
20    Do you recognize this document?
21 A  I do. It is an email confirmation for a
22 StockX purchase of a Jordan 1 Hyper Royal, dated June
23 fourth, 2022, bearing Order No. 38068072, dash,
24 37967831. The condition is marked as "New, one
25 hundred percent authentic."

Page 62

1  Q  And is this document an accurate reflection
2  of what you were trying to purchase?
3  A  It is.
4  Q  Did you receive this order from StockX?
5  A  I did.
6  Q  Okay. Last one.
7  A  All right.
8     MS. REINCKENS: Exhibit No. KIM 32.
9     (Plaintiff's Exhibit 32 was marked for
10 identification by the Certified Shorthand Reporter
11 and is attached hereto.)
12    THE WITNESS: Thank you.
13 BY MS. REINCKENS:
14 Q  Mr. Kim, the court reporter has handed you
15 a document marked as Exhibit No. KIM 32. It bears
16 the Bates numbers RK 134 through RK 136.
17    Do you recognize this document?
18 A  I do. It is an email confirmation for a
19 StockX purchase of a Jordan 1 Hyper Royal, dated May
20 30th, 2022, bearing the Order No. 37870331, dash,
21 37770090. The condition is marked as "New, one
22 hundred percent authentic."
23 Q  Is this document an accurate reflection of
24 what you were trying to purchase?
25 A  It is.

Page 63

1  Q  And did you receive this order from StockX?
2  A  I did.
3     MS. REINCKENS: Is now a good time for a
4  break? I think we've been going for over an hour.
5     MR. HINDMAN: Yes, please.
6     MS. REINCKENS: Okay.
7     THE VIDEOGRAPHER: Off the record at
8  a.m.
9     (Brief interruption in proceedings.)
10    THE VIDEOGRAPHER: Back on the record,
11 beginning media unit two at 11:01 a.m.
12    MS. REINCKENS: Mark this as Exhibit
13 No. 33.
14    (Plaintiff's Exhibit 33 was marked for
15 identification by the Certified Shorthand Reporter
16 and is attached hereto.)
17    MS. REINCKENS: Okay.
18 BY MS. REINCKENS:
19 Q  Mr. KIM, you've been handed a document
20 marked as Exhibit No. 33. It bears the Bates numbers
21 RK 13 through RK 14.
22    Do you see that?
23 A  Yes.
24 Q  And the document that had the Bates numbers
25 RK, those are documents that were produced by your

Page 64

1  counsel in this case; is that right?
2  A  Yes.
3  Q  And what is this document?
4  A  So this document is something I pulled off
5  my inventory spreadsheet which indicate the shoes
6  that I bought during this time from StockX that I
7  believed to have been fake.
8     The -- column A covers the shoes. Column B
9  covers the condition. C is the style code. D is the
10 size. E is the purchase date. F is a mark that I
11 just made for myself. So these shoes were the ones
12 that failed the -- I believe, like the photo
13 authentication apps.
14    So this is kind of like the initial list
15 the shoes that I made just to make sure that I didn't
16 pass these along through, you know, consignment
17 stores, just to set them aside for myself.
18    So I believe this list was generated on my
19 first pass of trying to understand whether these
20 shoes were fake or not.
21 Q  And so you created this spreadsheet
22 yourself?
23 A  Yes, this is my spreadsheet.
24 Q  And why do you track -- do you track all of
25 your orders?

Page 65

1  A  I do. I track every single shoe that I buy
2  and sell because the reselling thing I kind of do for
3  fun and I'm interested in the economics of it.
4     So I do track every single shoe I buy and
5  sell, the price that they sold for just to
6  understand, like, what the ROI and stuff on that is.
7     So, yes.
8  Q  So if we were to compare this spreadsheet
9  to the documents that we previously reviewed as
10 exhibits, the order numbers would match up; is that
11 right?
12 A  I didn't put order numbers on this sheet.
13 I didn't keep track of the order numbers themselves.
14    There should be a high degree of overlap on
15 this. If I recall -- because this was the batch of
16 shoes that I had set aside to have looked at, so I
17 think there's a high degree of overlap.
18    But I didn't reconcile my notations of fake
19 with what ultimately was returned to StockX or
20 verified as a fake by Nike.
21 Q  And you received all of the orders that are
22 shown here on this spreadsheet; is that right?
23    MR. POTTER: Objection to form.
24    THE WITNESS: I believe so, yes.
25 //

17 (Pages 62 - 65)

|  | Page 74 |  | Page 76 |
|---|---|---|---|
| 1 | MS. REINCKENS: You may answer. | 1 | account "sneakerstrut"? |
| 2 | THE WITNESS: I am. | 2 | A About four or five years, I believe. |
| 3 | MS. REINCKENS: Okay. | 3 | Q Okay. |
| 4 | BY MS. REINCKENS: | 4 | And what kind of content do you post on the |
| 5 | Q And who is -- if you can tell me, as far as | 5 | "sneakerstrut" account? |
| 6 | you know, received similar advice? | 6 | A So, it's mostly just like a personal |
| 7 | A It's one of the people that I -- another | 7 | sneaker diary. I just like to take a picture of |
| 8 | one of the power resellers that messaged on | 8 | whatever shoe I'm wearing that day and just post it |
| 9 | Instagram. | 9 | there. |
| 10 | Q Okay. | 10 | I also would use -- because a lot of my |
| 11 | A He's also the one that was referenced on | 11 | following are Instagram resellers or other sneaker |
| 12 | Exhibit No. 35, in that screenshot chat. He's the | 12 | influencers, sometimes I'll use stories to just talk |
| 13 | same person. | 13 | about the market of the re-sell or -- you know, just |
| 14 | Q Okay. | 14 | stories that have to do with sneaker reselling. |
| 15 | And do you happen to recall his screen | 15 | Q Okay. And do you have any idea of what |
| 16 | name? | 16 | type of users follow your account? |
| 17 | A I don't recall it right now, but I could | 17 | MR. POTTER: Objection to form. |
| 18 | probably look it up on my Instagram if I needed to. | 18 | THE WITNESS: I have a lot of friends that |
| 19 | Q All right. | 19 | follow, mostly sneaker enthusiasts. Some sneaker |
| 20 | Now, speaking of Instagram, if you could | 20 | resellers and a lot of bots unfortunately. |
| 21 | please mark this as Exhibit No. 36. | 21 | MS. REINCKENS: Okay. I'll mark this, |
| 22 | MR. POTTER: I think we're at Exhibit No. | 22 | please, as Exhibit No. 38. |
| 23 | 37. | 23 | (Plaintiff's Exhibit 38 was marked for |
| 24 | THE COURT REPORTER: For clarity, it's | 24 | identification by the Certified Shorthand Reporter |
| 25 | Exhibit No. 37. | 25 | and is attached hereto.) |

|  | Page 75 |  | Page 77 |
|---|---|---|---|
| 1 | MS. REINCKENS: Oh, it is. Did I mess it | 1 | THE WITNESS: Thank you. |
| 2 | up already? Oh, yes. Thank you. | 2 | BY MS. REINCKENS: |
| 3 | It's exhibit No. 37. Thank you. | 3 | Q Mr. Kim, the court reporter has handed you |
| 4 | (Plaintiff's Exhibit 37 was marked for | 4 | a document marked as Exhibit No. 38. And I'll |
| 5 | identification by the Certified Shorthand Reporter | 5 | represent to you that this is a printout of -- taken |
| 6 | and is attached hereto.) | 6 | on February seventh, 2023, at 1:55 p.m. of your |
| 7 | THE WITNESS: Thank you. | 7 | Instagram account and, in particular, a post that was |
| 8 | MS. REINCKENS: Okay. | 8 | made on July fifth, 2022. |
| 9 | BY MS. REINCKENS: | 9 | Do you recognize this post, sir? |
| 10 | Q Mr. Kim, the court reporter has handed you | 10 | A I do. |
| 11 | a document marked as Exhibit No. 37 and I will | 11 | Q Okay. |
| 12 | represent to you that this a printout of your | 12 | And what is it? |
| 13 | Instagram page -- | 13 | A It was the post that I made saying that I |
| 14 | A It is? | 14 | had received a bunch of shoes that had failed Legit |
| 15 | Q -- that was taken yesterday on February | 15 | Check and CheckCheck Application. |
| 16 | seventh, 2023. | 16 | And so just documenting what I believe were |
| 17 | Do you recognize this document to be a | 17 | fake shoes sold by StockX. |
| 18 | printout of your Instagram page? | 18 | Q Okay. |
| 19 | A I do. | 19 | And you posted this then on July fifth, |
| 20 | Q Okay. | 20 | 2022; correct? |
| 21 | And your Instagram username is | 21 | A That is correct, yes. |
| 22 | "sneakerstrut"; is that right? | 22 | Q Okay. |
| 23 | A It is. | 23 | All right. You can put that to the side. |
| 24 | Q Okay. | 24 | MS. REINCKENS: Mark this as Exhibit |
| 25 | How long have you been using the Instagram | 25 | No. 39, please. |

| | |
|---|---|
| Page 78 | Page 80 |

Page 78

1  (Plaintiff's Exhibit 39 was marked for
2  identification by the Certified Shorthand Reporter
3  and is attached hereto.)
4  THE WITNESS: Thank you.
5  BY MS. REINCKENS:
6  Q  Now, Mr. Kim, you've been handed a document
7  marked as Exhibit No. 39. It bears the Bates numbers
8  NIKE 36330 through NIKE 36338. And I will represent
9  to you that this is a printout from Page Vault and
10  Page Vault is a service that is used to capture web
11  content and it was produced in this case by Nike.
12  I will represent to you that is -- it
13  captures the same Instagram post that we just looked
14  at in Exhibit No. 38.
15  Just looking at this document, sir, does
16  this appear to be an accurate capture of that post?
17  A  Yes.
18  Q  And this document is a little bit difficult
19  to follow, but if you look at the cover page it has
20  the capture time stamp.
21  Do you see that?
22  A  Yes. I see the capture timestamp yes.
23  Q  What is the date of that capture?
24  A  It says Tuesday, the 12th of July 2022 --
25  Q  Okay.

Page 79

1  A  -- at 8:32 GMT.
2  Q  All right.
3  And is -- can you please confirm that this
4  post is still visible on your Instagram account --
5  A  It is still --
6  Q  -- today?
7  A  It is still visible today, yes.
8  Q  Okay.
9  Now, if you look at page four, it's the
10  document that ends in -- or that's Bates numbered
11  36333. There's a large block of text underneath the
12  images.
13  Do you see that?
14  A  On page three?
15  Q  It's -- yes, page three of eight or
16  otherwise NIKE 36333.
17  A  Oh, yeah, I see it.
18  Q  Okay.
19  And what is the large text that appears
20  under the images?
21  A  That is the description of the Instagram
22  post that I make.
23  Q  Okay.
24  And so did you write this, sir?
25  A  I did.

Page 80

1  Q  Okay.
2  And if you could, please, just read that
3  caption into the record?
4  A  "This is what $10,000 plus of fake sneakers
5  that passed through StockX looks like. I bought
6  about 62 pairs of Uni Mocha Hyper Royals through
7  StockX over the last month. Of those 36 have failed
8  authentication at CheckCheck and Legit Check App. I
9  haven't tried to sell them through Ebay or GOAT, but
10  somebody else who's been buying their pairs from
11  StockX told me these pairs have been failing through
12  GOAT authentication at a very high rate. This means
13  that StockX's authentication on these pairs is only
14  42 percent accurate, 58 percent of the pairs they are
15  selling will be marked as 'not legit' consistently by
16  other sources. There's a huge problem here. Of
17  course, StockX support is silent when brought up
18  through support channels. Any human authentication
19  system is going to have errors, but whatever StockX
20  is doing right now is not working and the ability to
21  fix these errors is nearly non-existent. Hashtag
22  StockX."
23  Q  Now, when you referenced in the first
24  sentence, "sneakers that passed through at StockX
25  looks like," did you tag StockX there?

Page 81

1  A  Did I tag StockX there, yes.
2  Q  Okay.
3  So that would be a tag back to StockX's
4  Instagram account then; correct?
5  A  Yes.
6  Q  All right.
7  And as far as you're aware would StockX
8  receive notice of being tagged in your post?
9  MR. POTTER: Objection to form.
10  THE WITNESS: I don't know how those big
11  business accounts work, but I would imagine they do.
12  MS. REINCKENS: Okay. Thank you.
13  BY MS. REINCKENS:
14  Q  Now, underneath your caption is says,
15  "Edited."
16  Do you see that?
17  A  Yes.
18  Q  Okay.
19  What does that mean?
20  A  It means I modified the description from
21  the first time I posted to what the final version
22  was.
23  Q  Do you recall how you edited it?
24  A  I do not recall.
25  It was probably punctuation error or

21 (Pages 78 - 81)

|  | Page 82 |  | Page 84 |
|---|---|---|---|
| 1 | something with the spelling. | 1 | for Nike to look at them. |
| 2 | Q  Now, on the same page you say "StockX | 2 | Q  And were those the same pairs that were |
| 3 | support is silent when brought up through support | 3 | depicted in your Instagram post? |
| 4 | channels." | 4 | A  Yes, and a few more. |
| 5 |     What did you mean by that? | 5 | Q  Okay. |
| 6 | A  I meant that I had reached out through | 6 |     And were those the same pairs as the order |
| 7 | their help channels on their website.  I received no | 7 | confirmations that we reviewed earlier, sir? |
| 8 | notification at this time.  Although Discord isn't an | 8 | A  Yes. |
| 9 | official support channel, I kind of included that in | 9 |     MR. POTTER:  Objection. |
| 10 | my mind where I tried to reach out through their | 10 |     THE WITNESS:  I'm sorry. |
| 11 | Discord as well and have not received any response | 11 |     MR. POTTER:  Objection to form. |
| 12 | except from this at DarkJ reported to be a StockX | 12 | BY MS. REINCKENS: |
| 13 | employee. | 13 | Q  Did each pair come from StockX? |
| 14 | Q  Thank you. | 14 | A  Yes. |
| 15 |     MS. REINCKENS:  Mark this as Exhibit | 15 | Q  And how can you be sure of that? |
| 16 | No. 40, please. | 16 | A  The ones that I had set aside still had -- |
| 17 |     (Plaintiff's Exhibit 40 was marked for | 17 | well, most of them had still the StockX tags attached |
| 18 | identification by the Certified Shorthand Reporter | 18 | to them. |
| 19 | and is attached hereto.) | 19 |     So StockX, when they authenticate their |
| 20 |     MS. REINCKENS:  Okay. | 20 | shoes, attaches a tag that you cannot be removed -- |
| 21 | BY MS. REINCKENS: | 21 | well, you can remove it, but you cannot reattach it, |
| 22 | Q  Mr. Kim, the court reporter has handed you | 22 | so these were still -- and that's how they embed, |
| 23 | a document that's been mark as Exhibit No. 40.  It | 23 | like, the order number on the RFI to you. |
| 24 | bears the Bates No. NIKE 29207, excuse me. | 24 |     So most of the ones I had set aside still |
| 25 |     And do you recognize this document, sir? | 25 | had the StockX tag on them.  I had a few that I |

|  | Page 83 |  | Page 85 |
|---|---|---|---|
| 1 | A  I do. | 1 | prematurely removed the tags, that I just wanted, you |
| 2 | Q  Okay. | 2 | know, to know  if they were fake or not so I knew |
| 3 |     And what is it? | 3 | what to do with them. |
| 4 | A  It is an email from Tamar -- I'm going to | 4 |     So, yeah. |
| 5 | butcher the last name -- Tamar Duvdevani, a lawyer at | 5 | Q  And did any of those shoes come without |
| 6 | DLA Piper who represents Nike, asking me to -- if I | 6 | tags? |
| 7 | would speak with her about my Instagram post. | 7 |     MR. POTTER:  Objection to form. |
| 8 | Q  And when did you receive this email? | 8 |     THE WITNESS:  From StockX, no.  All the |
| 9 | A  July 11th, 2022. | 9 | StockX shoes came with tags. |
| 10 | Q  And is this the first time you were | 10 | BY MS. REINCKENS: |
| 11 | contacted by anyone from the Nike team? | 11 | Q  After receiving the shoes initially from |
| 12 | A  Yes. | 12 | StockX, how did you store them? |
| 13 | Q  Is it correct also that on July -- July | 13 | A  They were stored in my garage. |
| 14 | 22nd, 2022, representatives from Nike inspected the | 14 | Q  And after Nike left, what did you do with |
| 15 | shoes? | 15 | the shoes? |
| 16 | A  Yes. | 16 |     MR. POTTER:  Objection to form. |
| 17 | Q  Do you recall where the inspection took | 17 |     THE WITNESS:  I packaged them up and sent |
| 18 | place? | 18 | them back with the labels that my StockX |
| 19 | A  At my home. | 19 | representative had sent me to send back to StockX. |
| 20 | Q  Do you recall who was present? | 20 | BY MS. REINCKENS: |
| 21 | A  Yes, you were, Melissa and then a product | 21 | Q  About how soon after the inspection on July |
| 22 | authenticator from Nike.  I do not remember his name. | 22 | 22nd, did you return the shoes to StockX? |
| 23 | Q  And how did you set aside the pairs that | 23 | A  Within days. |
| 24 | were inspected by Nike? | 24 | Q  Did you give the shoes to any other parties |
| 25 | A  I set them on my rooftop table to -- yeah, | 25 | before returning them to StockX? |

Page 174

1  I think as far as reselling is concerned, I
2  am more sophisticated in my use of that platform, but
3  I actually think StockX is used by a lot of, like,
4  non-sneaker heads, too, to purchase shoes.
5  BY MR. POTTER:
6  Q  Do you believe that other sneaker resellers
7  are more sophisticated than average sneaker
8  purchasers?
9  A  Yes.
10     MR. POTTER:  No further questions.
11     MS. REINCKENS:  Thank you.
12     THE VIDEOGRAPHER:  Off the record at
13  p.m. concluding today's deposition.
14     (Deposition ended at 1:40 p.m.)
15  ///
16  ///
17  ///

Page 175

1  STATE OF CALIFORNIA    )
2                         ) ss.
3  COUNTY OF LOS ANGELES  )
4     I, Lynda L. Fenn, Certified Shorthand
5  Reporter No. 12566 for the State of California, do
6  hereby certify:
7     That prior to being examined, the witness named
8  in the foregoing deposition was duly sworn to testify
9  the truth, the whole truth, and nothing but the
10 truth;
11    That said deposition was taken down by me in
12 shorthand at the time and place therein named and
13 thereafter reduced by me to typewritten form and that
14 the same is a true, correct, and complete transcript
15 of said proceedings.
16    Before completion of the deposition, review of
17 the transcript [ X ] was [ ] was not requested.  If
18 requested, any changes made by the deponent (and
19 provided to the reporter) during the period allowed
20 are appended hereto.
21    I further certify that I am not interested in
22 the outcome of the action.
23    Witness my hand this 13th day of February, 2023.
24
25     Lynda L. Fenn, CSR, RPR

Page 176

1  JESSE HINDMAN, ESQ.
2  jeese@erhlawfirm.com
3           February 13, 2023
4  RE:   Nike, Inc. v. Stockx, LLC
5     2/8/2023, Roy Ikhyun  Kim (#5689465)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-ny@veritext.com
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19  If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22         Yours,
23         Veritext Legal Solutions

Page 177

1  Nike, Inc. v. Stockx, LLC
2  Roy Ikhyun  Kim (#5689465)
3          E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____    _____
24 Roy Ikhyun  Kim              Date
25

45 (Pages 174 - 177)