# Exhibit 14

**File Provided Natively**

Highly Confidential - Outside Counsel's Eyes Only

STX0806056

| | A | B |
|---|---|---|
| 1 | **Seller E-mail** | **Total Completed Sales** |
| 2 | 75165541@qq.com | 32 |
| 3 | brianrice1922@gmail.com | 265 |
| 4 | c15028716960@163.com | 92 |
| 5 | c1831663167@163.com | 72 |
| 6 | chenguanxi310a@gmail.com | 224 |
| 7 | chengyi28942411@163.com | 656 |
| 8 | docinceljy@gmail.com | 136 |
| 9 | eooobao@163.com | 8 |
| 10 | hefanyugege5@163.com | 11 |
| 11 | jiamingwu6@jiamingwup.com | 13 |
| 12 | kuailaowei81823@163.com | 33 |
| 13 | lc147892489@163.com | 36 |
| 14 | liup1234562@sina.com | 75 |
| 15 | lpeng1234563@163.com | 54 |
| 16 | qianggong1@yahoo.com | 81 |
| 17 | qianggong18@yahoo.com | 19 |