

Please click on a webpage to review it fully. When you are finished reviewing the webpage, click anywhere on the screen to exit.

What makes you say that your likelihood of using this website to purchase a pair of sneakers would be 7 on the 7-point scale (with 1 = Very unlikely and 7 = Extremely likely)?

(Please type in your response.)

☐ Don't know / unsure

>

Powered by Dynata

49

Case 1:22-cv-00983-VEC   Document 204-16   Filed 10/20/23   Page 18 of 31

# Control Group

Please select the ">" button at the bottom of the screen when you are ready to proceed.



51









Please select the ">" button at the bottom of the screen when you are ready to proceed.





**StockX Inspected**

Every item sold goes through our proprietary



**Transparent Pricing**

Our real-time marketplace works just like the



**Global Access**

Whether it's pre-release, regionally limited, or

56

inspection process with our team of inspectors.

stock market – allowing you to buy and sell the most coveted items at their true market price.

"sold out" – our millions of customers from over 200+ countries allow you to easily secure those hard-to-find, coveted items.

Learn More  + + + + +



### No BS

No chargebacks, no taking photos, no writing catchy descriptions, and no dealing with rogue buyers or sellers. We handle everything to make sure you can buy and sell with complete confidence.



### Secure

Preserving the integrity of our marketplace means staying a step ahead. Our security and fraud systems, powered by our world class partners, have your personal information covered 24/7.



### Here For You

Thanks to our Help Center, Chatbot, and dedicated global-support staff, you can be sure that we are always available to answer any and every question regarding our marketplace.





BUY ① 

SELL ①

57



Place A Bid Or Buy Now

Case 1:22-cv-00983-VEC    Document 204-16    Filed 10/28/23    Page 26 of 31

Place An Ask Or Sell Now

↓

② We Inspect

② Ship Us Your Sold Item

↓

↓

③ We Ship To You

③ We Inspect & You Get Paid

## The Power's In Your Hands

**Buying On StockX**

We don't determine the price, you do. As a live marketplace, StockX empowers you to Bid and Buy at real-time prices that reflect the current demand.

Learn More About Buying  + + + + +



**Selling on StockX**

Whether you're looking to make quick cash or start a reselling business, we have the tools to help you succeed.

Learn More About Selling  + + + + +

58



59





Please select the ">" button at the bottom of the screen when you are ready to proceed.

Case 1:22-cv-00983-VEC   Document 264-16   Filed 10/20/23   Page 30 of 31



## Trust The Process

Our global team of inspectors uses a rigorous, multi-step inspection procedure that includes the following checkpoints:



**Condition**

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.



**Packaging**

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product

62

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.





**Quality Assurance**

A final check in our inspection process, our QA inspectors ensure the product meets our high standards.



**Advanced Technology**



We use machine learning to aid our inspectors in catching every minor detail.

**Accessories**

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.







## Committed to Quality

Over the years, our team members have inspected tens of millions of products.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.



66



Case 1:22-cv-00983-VEC    Document 204-17    Filed 10/20/23    Page 6 of 67

## Behind The Scenes

Our inspectors share a deep love and knowledge for the products and culture around our marketplace.







# FAQs

How does StockX define Deadstock?
StockX defines "Deadstock" as a new, unworn pair of sneakers. They are...

How does the Inspection process work?
Once a product arrives to StockX from the seller, our dedicated inspection team begins...

How does StockX define brand new streetwear?
StockX defines streetwear as brand new if it is unworn and in flawless condition...

Are returns or exchanges allowed?
Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

How are the StockX buyer processing fees, import duties, and sales tax calculated?
Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

What are the shipping instructions?
1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

68







### Accessories

### Trading Cards

## StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | The Drop List | Nike Dunk Low Georgetown | Chrome Hearts | T-Shirts |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Apple Airpods | Nike Air Max 1 Patta | Essentials | Accessories |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 11 Cool Grey: By The Numbers | Nike Dunk Low Next Nature | Yeezy GAP | Supreme The North Face |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Jordan 4 Red Thunder | Palm Angels | Bottoms |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 11 Cool Grey | Ivy Park | Hoodies |
| Jordan 1 Mid | Yeezy Foam RNNR | Yeezy GAP Hoodies | Jordan 1 Bred Patent | Eric Emanuel | Supreme Nike |

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

71

Please select the ">" button at the bottom of the screen when you are ready to proceed.



72



Powered by Dynata

74

Please select the ">" button at the bottom of the screen when you are ready to proceed.





### Product Details

| | |
|---|---|
| Style | DD1391-100 |
| Colorway | WHITE/BLACK |
| Retail Price | $110 |
| Release Date | 3/9/2021 |

**Product Description**

From the school-spirited College Colors Program to the vibrant Nike CO.JP collection, Nike Dunks have seen many colorways since the design's inception in 1985. But with each new colorway, the Dunk's classic color-blocking has remained in some capacity. Nike put its timeless color-blocking to work with the Nike Dunk Low Retro White Black.

The upper Nike Dunk Low Retro White Black is constructed of white leather with black leather overlays and Swooshes. Classic Nike branding is featured on the nylon tongue, nodding to traditional Dunk design elements. A white midsole and black outsole completes the design.

The Nike Dunk Low Retro White Black released in January of 2021 and retailed for $100.

Read Less

### Price History



### 12-Month Historical



| -- - -- | $295 - $325 | 5% |
|---|---|---|



| 12-Month Trade Range | All-Time Trade Range | Volatility |
|---|---|---|
| **96,399**<br>Number of Sales | **182%**<br>Price Premium | **$280**<br>Average Sale Price |



StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Best Sneakers Releasing | Yeezy 700 MNVN Resin | Chrome Hearts | Supreme Box Logo |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Yeezy 700 Buyer's Guide | Jordan 6 Low CNY | Essentials | T-Shirts |
| Air Jordan 3 | Yeezy Boost 700 | Finalmouse | Jordan 11 Cool Grey | Yeezy GAP | Accessories |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Nike Air Force 1 Low White | Palm Angels | Supreme The North Face |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 1 Bred Patent | Ivy Park | Bottoms |
| Jordan 1 Mid | Yeezy Foam RNNR | Monster Buyer's Guide | Jordan 4 Red Thunder | New Era | Hoodies |

United States | English | $ USD

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN  EN-GB  IT  DE  FR-CA  ZH-CN  ZH-TW  JA  KO  ES-MX  ES-US

©2022 StockX. All Rights Reserved.

Powered by Dynata

Were you able to see the webpages clearly?

○ No
○ Yes
○ Don't know / unsure

| > |

Powered by Dynata



*Please click on a webpage to review it fully. When you are finished reviewing the webpage, click anywhere on the screen to exit.*

Based on the information you reviewed, and using the scale below, how likely would you be to use this website to purchase a pair of sneakers?

| Extremely unlikely 1 | 2 | 3 | Neither likely nor unlikely 4 | 5 | 6 | Extremely likely 7 |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |

☐ Don't know / unsure

> 

Powered by Dynata

79





*Please click on a webpage to review it fully. When you are finished reviewing the webpage, click anywhere on the screen to exit.*

What makes you say that your likelihood of using this website to purchase a pair of sneakers would be 7 on the 7-point scale (with 1 = Very unlikely and 7 = Extremely likely)?

*(Please type in your response.)*

☐ Don't know / unsure

>

# Post-Screener Questions

**We have just a few final questions for you!**

>

Powered by Dynata

82

Do you or do any members of your household work for any of the following?

*(Select all that apply.)*

- ☐ A market research or advertising company
- ☐ A grocery store
- ☐ A company that makes or manufactures shoes
- ☐ A car dealership
- ☐ A pharmacy
- ☐ An online retailer
- ☐ None of these
- ☐ Don't know / unsure

>

In the past month, have you taken any surveys on the following topics?

*(Select all that apply.)*

- ☐ Sneakers
- ☐ Grocery stores
- ☐ New car purchasing
- ☐ Pharmacies
- ☐ Online shopping
- ☐ None of these
- ☐ Don't know / unsure

`>`

Powered by Dynata

84

Are you aware of any lawsuits involving StockX?

○  Yes

○  No

○  Don't know / unsure



Powered by Dynata

Please describe what the lawsuit involving StockX is about in your own words.

*(Please type in your response.)*



Powered by Dynata

86

# Shoe Survey
# Mobile Screenshots

87

Thank you for your willingness to participate
in our study. The responses you give to our
questions are very important to us. If you
don't know an answer to a question or if you
don't have an opinion, please indicate this in
your response. Do not guess. Your answers
will only be used in the aggregate and your
personal information will be kept
confidential. The results of this study will not
be used to try to sell you anything. When you
are ready to get started, please click the ">"
button.

> 

Powered by Dynata

88

Before continuing with this survey, please
carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not,
  at any time, open any other windows or
  tabs on this computer or device or any
  other computer or device.
- Please do not view any other written
  material while taking this survey.
- Please do not consult or talk with any
  person while taking this survey.
- You will not be able to go back to
  previous screens to change your
  answers.

○   I have read the above instructions, I understand
    them, and I will adhere to them.

○   I do not understand the above instructions, or I
    don't wish to agree to them.

[ > ]

89

Case 1:22-cv-00983-VEC   Document 204-17   Filed 10/26/23   Page 27 of 67

What are you using to complete this survey?

○ Desktop computer

○ Laptop computer

○ Tablet computer

○ Mobile phone or cell phone

○ Other

>

Powered by Dynata

Please verify that you are human

I'm not a robot

reCAPTCHA
Privacy - Terms

>

Powered by Dynata



92

Are you ____?

○  Male

○  Female

○  Non-binary

○  Prefer to self-describe    [                    ]

○  Prefer not to say

[ > ]

Powered by Dynata

93



Powered by Dynata

94

Please enter your zip code.

> >

Powered by Dynata

95

Since 2020, have you personally purchased
any of the following?

*(Select all that apply.)*

☐ Baseball or trading cards

☐ A piece of art

☐ A pair of sneakers

☐ An antique

☐ None of these

[ > ]

Powered by Dynata

96

Case 1:22-cv-00983-VEC    Document 264-17    Filed 10/20/23    Page 34 of 67

You indicated that you purchased a pair of
sneakers since 2020. From where have you
purchased a pair of sneakers?

*(Select all that apply.)*

☐ Through a friend, relative, or neighbor

☐ At a swap meet or flea market

☐ Directly from a brand's website (e.g., adidas.com
or newbalance.com)

☐ Through a third-party online marketplace (e.g.,
eBay or GOAT)

☐ At a brick-and-mortar retail store

☐ None of these

> 

Powered by Dynata

97

In the next year, are you personally likely to purchase any of the following?

*(Select all that apply.)*

- [ ] A piece of art
- [ ] An antique
- [ ] Baseball or trading cards
- [ ] A pair of sneakers
- [ ] None of these

> 

Powered by Dynata

You indicated that you are likely to purchase a pair of sneakers in the next year. From where are you likely to purchase a pair of sneakers?

*(Select all that apply.)*

☐ At a swap meet or flea market

☐ Directly from a brand's website (e.g., adidas.com or newbalance.com)

☐ Through a third-party online marketplace (e.g., eBay or GOAT)

☐ Through a friend, relative, or neighbor

☐ At a brick-and-mortar retail store

☐ None of these

> 

Powered by Dynata

99

Of the following third-party online marketplace websites you are aware of, which, if any, did you purchase a pair of sneakers from since 2020 and/or would you consider purchasing a pair of sneakers from?

*(Select all that apply.)*

☐ flightclub.com

☐ thredup.com

☐ ssense.com

☐ realreal.com

☐ poshmark.com

☐ goat.com

☐ thegrid.com

☐ farfetch.com

☐ eBay.com

☐ grailed.com

☐ stockx.com

☐ depop.com

☐ Other *(Please specify)* [_____]

☐ None of these

☐ Don't know / unsure

> 

Powered by Dynata

100

Approximately how many times each week, if
at all, do you do each of the following?

*(Select one response per row.)*

Watch a professional sports event either at home or in person

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

○ 3 times each week

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

Engage in strenuous activity for 30 minutes or more

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

○ 3 times each week

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

Watch a full-length movie

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

○ 3 times each week

101

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

Please select 5 times each week for this item

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

○ 3 times each week

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

Go out to eat in a restaurant

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

○ 3 times each week

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

Attend a live music or theatre concert

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

○ 3 times each week

102

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

Go to a bar or club

○ Never or less than 1 time each week

○ 1 time each week

○ 2 times each week

○ 3 times each week

○ 4 times each week

○ 5 times each week

○ More than 5 times each week

○ Don't know / unsure

>

Thank you for participating in today's survey.

If you do not know or do not have an opinion about any of the questions, please select "Don't know / unsure." Please do not guess. Click ">" to proceed.

>

Powered by Dynata

104

Please imagine you are shopping for a pair of sneakers. We are going to show you a series of webpages in this survey that you might encounter when shopping for sneakers. After reviewing the webpages, you will be asked some questions. Please note that there will be a delay on each page to ensure that the webpages load properly.

>

Powered by Dynata

105

# Test Group

Please select the ">" button at the bottom of
the screen when you are ready to proceed.





Please select the ">" button at the bottom of the screen when you are ready to proceed.

Case 1:22-cv-00983-VEC    Document 294-17    Filed 10/20/23    Page 46 of 67



109





Powered by Dynata

Please select the ">" button at the bottom of
the screen when you are ready to proceed.





Committed to Quality







114



Powered by Dynata

Please select the ">" button at the bottom of
the screen when you are ready to proceed.



Please select the ">" button at the bottom of the screen when you are ready to proceed.



117



Were you able to see the webpages clearly?

○  Yes

○  No

○  Don't know / unsure

---

> 

Powered by Dynata

119









Case 1:22-cv-00983-VEC   Document 204-17   Filed 10/20/23   Page 58 of 67



*Please tap on a webpage to review it fully. When you are finished reviewing the webpage, tap anywhere on the screen to exit.*

Based on the information you reviewed, and using the scale below, how likely would you be to use this website to <u>purchase</u> a pair of sneakers?

| Extremely likely | | | Neither likely nor unlikely | | | Extrem unlikel |
|---|---|---|---|---|---|---|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |

121

Case 1:22-cv-00983-VEC     Document 204-17     Filed 10/20/23     Page 59 of 67











*Please tap on a webpage to review it fully. When you are finished reviewing the webpage, tap anywhere on the screen to exit.*

What makes you say that your likelihood of using this website to purchase a pair of sneakers would be 7 on the 7-point scale (with 1 = Very unlikely and 7 = Extremely likely)?

*(Please type in your response.)*

Case 1:22-cv-00983-VEC     Document 204-17     Filed 10/20/23     Page 62 of 67



# Control Group

126

Please select the ">" button at the bottom of
the screen when you are ready to proceed.





Please select the ">" button at the bottom of the screen when you are ready to proceed.



129





Powered by Dynata

Please select the ">" button at the bottom of
the screen when you are ready to proceed.











133



## Behind The Scenes

### StockX Inspected

## FAQs



## SHOP

Sneakers

Apparel



Please select the ">" button at the bottom of the screen when you are ready to proceed.



Please select the ">" button at the bottom of
the screen when you are ready to proceed.





Were you able to see the webpages clearly?

○  Yes

○  No

○  Don't know / unsure

> 

Powered by Dynata







140





*Please tap on a webpage to review it fully. When you are finished reviewing the webpage, tap anywhere on the screen to exit.*

Based on the information you reviewed, and using the scale below, how likely would you be to use this website to <u>purchase</u> a pair of sneakers?

| Extremely likely | | | Neither likely nor unlikely | | | Extreme... unlikely |
|---|---|---|---|---|---|---|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ |

141

Case 1:22-cv-00983-VEC     Document 294-18     Filed 10/20/23     Page 12 of 136



Don't know / unsure

\>

Powered by Dynata

142

Case 1:22-cv-00983-VEC   Document 294-18   Filed 10/20/23   Page 13 of 136













*Please tap on a webpage to review it fully. When you are finished reviewing the webpage, tap anywhere on the screen to exit.*

What makes you say that your likelihood of using this website to purchase a pair of sneakers would be 7 on the 7-point scale (with 1 = Very unlikely and 7 = Extremely likely)?

*(Please type in your response.)*



Powered by Dynata

145

# Post-Screener Questions



147

Case 1:22-cv-00983-VEC    Document 264-18    Filed 10/20/23    Page 18 of 136

Do you or do any members of your household work for any of the following?

*(Select all that apply.)*

☐ A pharmacy

☐ A car dealership

☐ A market research or advertising company

☐ A company that makes or manufactures shoes

☐ An online retailer

☐ A grocery store

☐ None of these

☐ Don't know / unsure

> 

Powered by Dynata

Case 1:22-cv-00983-VEC    Document 294-18    Filed 10/20/23    Page 19 of 136

In the past month, have you taken any surveys on the following topics?

*(Select all that apply.)*

☐ Sneakers

☐ Online shopping

☐ Grocery stores

☐ New car purchasing

☐ Pharmacies

☐ None of these

☐ Don't know / unsure

☐ >

Powered by Dynata

149

Are you aware of any lawsuits involving

Case 1:22-cv-00983-VEC    Document 294-18    Filed 10/20/23    Page 20 of 136

StockX?

○ No

○ Yes

○ Don't know / unsure

[ > ]

Powered by Dynata

Please describe what the lawsuit involving
StockX is about in your own words.

*(Please type in your response.)*

>

Powered by Dynata

151

Exhibit F

# Test Group Stimuli

# Homepage









# "How it Works" Page



# StockX

Browse    News    About    Help    Login    Sign Up    (Sell)



# The Current Culture Marketplace

Our mission is to provide access to the world's most coveted items in the smartest way possible. Buy and sell the hottest sneakers, apparel, electronics, collectibles, trading cards and accessories.

| Authentication +++++ | Buyers +++++ | Sellers +++++ |



## 100% Verified Authentic

Every item sold goes through our proprietary multi-step verification process with our team of expert authenticators.

Learn More +++++



## Transparent Pricing

Our real-time marketplace works just like the stock market – allowing you to buy and sell the most coveted items at their true market price.



## Global Access

Whether it's pre-release, regionally limited, or "sold out" – our millions of customers from over 200+ countries allow you to easily secure those hard-to-find, coveted items.



## No BS

No chargebacks, no taking photos, no writing catchy descriptions, and no dealing with rogue buyers or sellers. We handle everything to make sure you can buy and sell with complete confidence.



## Secure

Preserving the integrity of our marketplace means staying a step ahead. Our security and fraud systems, powered by our world class partners, have your personal information covered 24/7.



## Here For You

Thanks to our Help Center, Chatbot, and dedicated global-support staff, you can be sure that we are always available to answer any and every question regarding our marketplace.



7



# The Power's In Your Hands

## Buying On StockX

We don't determine the price, you do. As a live marketplace, StockX empowers you to Bid and Buy at real-time prices that reflect the current demand.

**Learn More About Buying** + + + + +



## Selling on StockX

Whether you're looking to make quick cash or start a reselling business, we have the tools to help you succeed.

**Learn More About Selling** + + + + +

8

# What People Have to Say About StockX



So dope. Copped under retail and got [...]m in 3 days! #GotItOnStockX

@TheEndGuyTEG





How StockX built a $1 billion sneaker resale empire

# FAQs

### How do I buy on StockX?

There are two ways to buy on StockX: placing a bid or Buying Now. A Bid signals your...

### How do I sell on StockX?

There are two ways to sell on StockX: placing an Ask or Selling Now. An Ask signals your...

### When can I expect to receive my item?

StockX strives to complete all orders within 7-12 business days, (that doesn't include...

### How do I pay for an item on StockX?

Buyers can pay with all major credit cards, PayPal, Apple Pay, Google Pay, Venmo, Alipay,...

### Can I cancel my Bid?

Once a sale has occurred, your Ask or Bid cannot be cancelled. This policy is in place to...

### How do I contact customer service and when can I expect to hear back?

While most of your questions can be answered in our Help Center, we do have a team...



### StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | The Drop List | Nike Dunk Low Georgetown | Chrome Hearts | T-Shirts |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Apple Airpods | Nike Air Max 1 Patta | Essentials | Accessories |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 11 Cool Grey: By The Numbers | Nike Dunk Low Next Nature | Yeezy GAP | Supreme The North Face |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Jordan 4 Red Thunder | Palm Angels | Bottoms |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 11 Cool Grey | Ivy Park | Hoodies |
| Jordan 1 Mid | Yeezy Foam RNNR | Yeezy GAP Hoodies | Jordan 1 Bred Patent | Eric Emanuel | Supreme Nike |

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

©2021 StockX. All Rights Reserved.

EN IT DE FR ZH JA KO ES

# Process Page

# Guaranteed Authenticity.

Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.



# Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:



### Condition

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.



### Construction

With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.



### Packaging

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.



12