# Exhibit 20





### Popular Brands

See All

   

### Most Popular

See All

    

| adidas Yeezy Boost 700 Bright Blue | Jordan 5 Retro Raging Bull Red (2021) | Yeezy Slide Resin | Jordan 1 Retro High OG Hyper Royal | Jordan 11 Retro Low Legend Blue |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $343 | $228 | $190 | $263 | $250 |
| 1937 Sold | 1308 Sold | 1124 Sold | 1018 Sold | 970 Sold |

### New Lowest Ask

See All

    

| Nike Free 5.0+ Red Violet (W) | adidas Y-3 Kaiwa Yellow | Nike Free Run 3.0 V4 Wolf Grey University Blue (W) | Nike Hyperdunk UNDFTD Bring Back Pack Olive | Nike Zoom Evidence 2 2 Black |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $96 | $393 | $123 | $374 | $135 |
| 9 Minutes Ago | 9 Minutes Ago | 9 Minutes Ago | 9 Minutes Ago | 9 Minutes Ago |

### New Highest Bids

See All

 

| adidas ZX 2K Boost Ninja Time In Yellow | Nike SB Dunk High NBA Cavs | Nike Air Max Plus AM1 University Red | ASICS Gel-Saga II Footpatrol | adidas Prophere Core Black Cloud White |
|---|---|---|---|---|
| Highest Bid | Highest Bid | Highest Bid | Highest Bid | Highest Bid |
| $110 | $225 | $225 | $345 | $94 |
| 9 Minutes Ago | 10 Minutes Ago | 10 Minutes Ago | 10 Minutes Ago | 11 Minutes Ago |

Browse Thousands of Sneakers on our Live Marketplace

---

Exhibit: 4
Witness: BUTLER
Date: 8/15/23
CSR#12019: Ashley Soevyn