# Exhibit 23

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.                )
                          )
vs.                       ) CASE NO. 1:22-cv-00983-VEC
                          )
STOCKX, LLC               )

ORAL VIDEOTAPED DEPOSITION

DEJONGH WELLS

August 30, 2023

ORAL VIDEOTAPED DEPOSITION OF DEJONGH WELLS, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 30th day of August, 2023, from 9:43 a.m. to 3:03 p.m., before Shauna Foreman, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of DLA Piper, 845 Texas Avenue, Suite 3800, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 2

1              APPEARANCES
2
3  FOR PLAINTIFF:
4      MICHAEL FLUHR, ESQ.
       GABRIELLE VELKES, ESQ.
5      DLA PIPER
       555 Mission Street
6      Suite 2400
       San Francisco, California  94105
7
   FOR DEFENDANT:
8
       MEGAN K. BANNIGAN, ESQ.
9      KATHYRN C. SABA, ESQ.
       DEVEBOISE PLIMPTON
10     66 Hudson Boulevard
       New York, New York  10001
11     E-mail: mbannigan@debevoise.com
12 ALSO PRESENT:
13     Cynthia Joseph, Videographer
       Kim Van Voorhis
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1              INDEX
2                         PAGE
3  DEJONGH WELLS
4  Examination by Mr. Fluhr .........................4
   Examination by Ms. Bannigan .....................128
5  Further Examination by Mr. Fluhr ................133
6
7              EXHIBITS
8
9  NO.       DESCRIPTION              PAGE
10 Exhibit 1   Notice of Deposition        7
   Exhibit 2   Expert Report              15
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              THE VIDEOGRAPHER:  Good morning.
2  We're on the record at 9:43 a.m.  Today is August the
3  30th, 2023.
4              This is the video-recorded deposition
5  of Dee Wells taken in the matter of Nike, Inc. versus
6  StockX, LLC.  The case number is 22-cv-00983.  This
7  location of the deposition is 845 Texas Avenue,
8  Houston, Texas 77002.  My name is Cynthia Joseph,
9  representing Veritext.  We also have Shauna Foreman,
10 representing Veritext.
11             DEJONGH WELLS,
12 having been first duly sworn, testified as follows:
13             EXAMINATION
14             THE VIDEOGRAPHER:  Will counsel please
15 state their appearances and affiliations for the
16 record?
17             MR. FLUHR:  Yes.  Michael Fluhr on
18 behalf of plaintiff Nike, from DLA Piper.
19             MS. VELKES:  Gabrielle Velkes on
20 behalf of Nike from DLA Piper.
21             MS. BANNIGAN:  Good morning.  Megan
22 Bannigan from Debevoise & Plimpton on behalf of
23 StockX, and with me is my colleague from Debevoise &
24 Plimpton, Kate Saba.
25     Q.  (BY MR. FLUHR)  All right.  Good morning,

Page 5

1  Mr. Wells.
2      A.  Good morning.
3      Q.  How are you doing today?
4      A.  I'm doing well.
5      Q.  Have you ever been deposed before?
6      A.  No, I have not been deposed before.  My
7  first time.
8      Q.  Welcome.
9      A.  Thank you.
10     Q.  So I'm sure your attorney went over this
11 with you and we'll talk about what preparation you
12 did for the deposition, but I just want to go over a
13 few very basic rules.
14             This is a deposition.  I'll be asking
15 you questions, and you'll be answering them under the
16 oath that you just took.
17             Do you understand that?
18     A.  I do understand that.
19     Q.  The court reporter will be recording
20 everything that we say.  I would ask that you allow
21 me to finish my question before you begin your
22 answer.
23             Can we agree to that?
24     A.  Yes, we can.
25     Q.  All right.  If you don't understand my

| Page 54 | Page 56 |
|---|---|
| 1  perception?<br>2   A.  I have taken classes in consumer<br>3  perception.<br>4   Q.  Tell me about those.<br>5   A.  Courses particularly during college in<br>6  pursuing my -- my degree in business administration,<br>7  marketing classes looking at all different -- you<br>8  know, marketing strategies and what motivates<br>9  consumers.  Absolutely.<br>10   Q.  Have you ever written any articles about<br>11  consumer perception as you're talking about it here?<br>12   A.  I have written articles about consumer<br>13  perception.  I wrote articles during the publication<br>14  of Sole Collector Magazine.  I've written blog posts.<br>15  I've written and published articles on LinkedIn,<br>16  Twitter, Instagram, using social media to its<br>17  fullest, yes.<br>18   Q.  Have you ever designed a customer survey?<br>19   A.  I haven't designed a customer survey.<br>20  Because I do so much research and I am on a lot of<br>21  these message boards and websites, I don't have to do<br>22  a survey, but I am gathering information based upon<br>23  what I -- I read, hear, see, and even conversations<br>24  that people seek me out to have, as well.<br>25   Q.  Have you ever been part of the design of a | 1   A.  No.<br>2   Q.  What about NFTs?<br>3   A.  What's the question?<br>4   Q.  Have you ever owned an NFT?<br>5   A.  I have not owned an NFT.<br>6   Q.  Do you know what NFTs are?<br>7   A.  No, I don't.<br>8   Q.  Okay.  I would like you to turn to Section<br>9  C of your report.  It's on Pages 3 and 4.  There's a<br>10  section called Assignment.<br>11      Do you see that?<br>12   A.  I do see that.<br>13   Q.  Does this accurately and completely reflect<br>14  what your understanding of your assignment is in this<br>15  case?<br>16   A.  This is a -- just at a -- yes, this is the<br>17  assignment that I was asked to write my report based<br>18  upon.<br>19   Q.  And have you completed your assignment in<br>20  this case?<br>21   A.  Yes, I have.<br>22   Q.  Is there any further work for you to do in<br>23  this case for that assignment?<br>24   A.  No, there isn't.  My report is just that.<br>25   Q.  I would like you to turn to Pages 4 through |

| Page 55 | Page 57 |
|---|---|
| 1  customer survey, like consulted on the design of a<br>2  customer survey?<br>3   A.  I have consulted on the design of a<br>4  customer survey.<br>5   Q.  Tell me about that.<br>6   A.  When I was brought in to help Converse<br>7  revive their basketball division, they wanted to do<br>8  just that, get a better understanding of who their<br>9  consumers are, how to connect with them, how to find<br>10  out what it is that they are looking for in products<br>11  specific to basketball.  Converse produced the<br>12  survey, but I did have input in that survey.<br>13   Q.  And by the way, I'm sure your attorneys<br>14  have explained this.  This is all me just figuring<br>15  out what you're an expert in, what the bounds of that<br>16  are, what you're not an expert in.<br>17      Let's shift gears on that subject.  Do<br>18  you know what a blockchain is?<br>19   A.  I do not know what a blockchain is.<br>20   Q.  That makes that part of it easy.<br>21      Do you own any cryptocurrency?<br>22   A.  I do not own any cryptocurrency.<br>23   Q.  Have you ever owned any cryptocurrency?<br>24   A.  No, I have not.<br>25   Q.  Do you know what cryptocurrency is? | 1  6.  There's the next section, Section D, called<br>2  Summary of Opinions.<br>3   A.  I'm there.<br>4   Q.  I'm going to ask you pretty much the same<br>5  questions.<br>6      Is this a full and accurate summary of<br>7  the opinions you intend to offer in this case?<br>8   A.  Summary of Opinions, 4 through 6, this is a<br>9  snapshot of what my full report is, but you have to<br>10  take it with its totality.<br>11   Q.  Are there any opinions you intend to offer<br>12  in this case that are not contained in your report?<br>13   A.  No, there are not.<br>14   Q.  That part's easy.  I would like you to turn<br>15  to Page 50.<br>16   A.  I'm there.<br>17   Q.  Okay.  In Paragraph 111, you say, "Each<br>18  Vault NFT is linked to a specific pair of sneakers."<br>19      What, in your understanding, are Vault<br>20  NFTs?<br>21   A.  Give me one second.  I'm trying to find<br>22  where that sentence is.  In 111, and it begins<br>23  with --<br>24   Q.  "Each Vault NFT."  So it's --<br>25   A.  Okay. |

|  | Page 58 |  | Page 60 |
|---|---|---|---|
| 1 | Q. About halfway down, right after the | 1 | look at Paragraph 12A, you say, "A sneakerhead is a |
| 2 | Footnote 182. Okay? | 2 | person who has a deep passion for buying, collecting, |
| 3 | A. Okay. Can you ask the question again? | 3 | trading, and/or learning about sneakers." |
| 4 | Q. Absolutely. What's a Vault NFT? | 4 | Is that your definition of what a |
| 5 | A. A Vault NFT is -- just as I state in my | 5 | sneakerhead is? |
| 6 | report, is tied to an actual physical pair of | 6 | A. That is my definition of a sneakerhead. |
| 7 | sneakers that are in a storage facility that StockX | 7 | Q. I'm going to guess you did not invent this |
| 8 | controls. | 8 | term. |
| 9 | Q. I think you wrote "is linked to." What do | 9 | A. What's the question? |
| 10 | you mean by "linked to"? | 10 | Q. I'm going to guess you did not invent the |
| 11 | A. "Linked" being specific to there will be | 11 | term "sneakerhead"; is that correct? |
| 12 | multiple pairs of sneakers so someone will be able to | 12 | A. That is correct. I did not. |
| 13 | keep track of. So, thus, they can access it maybe on | 13 | Q. Do you have any understanding as to the |
| 14 | their desktop computer, their smartphone. So that's | 14 | origin of that term? |
| 15 | the link, the storage of that data. | 15 | A. I don't know where that came from, no. |
| 16 | Q. When you say, "Each Vault NFT is linked to | 16 | Q. A lot of these questions, by the way, I'm |
| 17 | a specific pair of sneakers which is stored in | 17 | not sure I expect you to know certain things, but I'm |
| 18 | StockX's secure Vault and depicted on the images | 18 | going to ask anyway. |
| 19 | associated with the NFT," do you have any | 19 | Do you know when you first heard this |
| 20 | understanding of what a Vault NFT is beyond that | 20 | term? |
| 21 | description? | 21 | A. Is the question when the first time I heard |
| 22 | A. Other than it means clearly stated what it | 22 | the term -- |
| 23 | is there. And then specifically going to Number 183, | 23 | Q. Sneakerhead. |
| 24 | the footnote is "Tied to a physical product as | 24 | A. The first time I heard "sneakerhead"? I |
| 25 | depicted in the NFT which is stored in our brand-new | 25 | don't recall exactly when. It's been a term that's |

|  | Page 59 |  | Page 61 |
|---|---|---|---|
| 1 | climate-controlled security vault. That's my | 1 | been thrown around for a very long time. I don't. |
| 2 | understanding." | 2 | Q. I assume this is a term you've heard many |
| 3 | Q. Do you have any understanding as to whether | 3 | times throughout your life? |
| 4 | or which blockchain the NFTs are stored on? | 4 | A. I have. I've heard, you know, the term |
| 5 | A. No, I don't. I have no idea. | 5 | "sneakerhead" in everything from music, particularly |
| 6 | Q. Okay. Do you have any understanding as to | 6 | hip hop, and then certainly on the various message |
| 7 | whether ownership of a Vault NFT would give the | 7 | boards, websites that I -- messages that I frequent. |
| 8 | holder access to a discord? | 8 | Q. Where did you get this particular |
| 9 | A. No, I don't know what that -- what that is | 9 | definition of the term? |
| 10 | or what that would connect to. | 10 | A. This is my definition of -- of a |
| 11 | Q. Do you have any understanding as to whether | 11 | sneakerhead as I defined it. |
| 12 | a Vault NFT is associated with a picture of shoes or | 12 | Q. Is that your understanding of how the term |
| 13 | other piece of media? | 13 | is commonly used? |
| 14 | A. I understand that a Vault NFT is tied to an | 14 | A. Yes, it is. |
| 15 | image, a picture. Beyond that, no. | 15 | Q. Is there a standard definition of that |
| 16 | Q. Do you understand whether a Vault NFT | 16 | term, like in a sneaker textbook? |
| 17 | entitles the holder to certain other benefits of any | 17 | A. Not that I know of. |
| 18 | kind? | 18 | Q. Are there other possible definitions of |
| 19 | A. Benefits such as? Where -- can you expand | 19 | that term? |
| 20 | that? | 20 | A. Absolutely. It's really up to the person |
| 21 | Q. Of any kind beyond a link to the shoe that | 21 | how they want to define a sneakerhead and what is a |
| 22 | you mentioned. | 22 | sneakerhead or not. |
| 23 | A. I don't know if there are any additional | 23 | Q. I'm dying to know whether you think I'm a |
| 24 | benefits. | 24 | sneakerhead, but we'll get there in a bit. |
| 25 | Q. Let's go to Page 4 of your report. If you | 25 | The definition you've given is a |

Page 62
1 person who has a deep passion for buying, collecting,
2 trading, and/or learning about sneakers.
3      Am I correct by the use of the
4 "and/or" that a person doesn't necessarily have to
5 buy, collect, trade, and learn to be a sneakerhead?
6 In some cases, one of those could be sufficient?
7    A.  Can you repeat the question?
8    Q.  Does a person have to buy, collect, trade,
9 and learn about sneakers to be a sneakerhead?
10    A.  Based upon my definition, yes.
11    Q.  Well, let me see if I can clarify.
12      What if a person has a deep passion
13 for buying and collecting sneakers but not trading or
14 learning about sneakers?
15    A.  Right.
16    Q.  Could they still be a sneakerhead?
17    A.  It's all -- it all depends in the context
18 of the person.  Because sneakerheads are very
19 complex, they may do one, two, three, all, or just
20 one particular area.
21    Q.  I'm going to give you a hypothetical
22 person, and you tell me whether you think this person
23 is a sneakerhead.
24      This person owns a hundred pair of
25 sneakers, keeps 50 in cases on display at their home,

Page 63
1 and wears the other 50 on rotation.
2      Would you consider that person a
3 sneakerhead?
4      MS. BANNIGAN:  Objection.
5    A.  I would need to know more about this person
6 because in the context of -- of that hypothetical
7 scenario, there's so much more that is missing for me
8 to come up with a -- you know, an answer.
9    Q.  (BY MR. FLUHR)  What else would you need to
10 know?
11    A.  Why do they have 50 sneakers sitting in
12 cases?  Why do they -- why do they split -- you know,
13 there's a bunch of question marks that I would ask
14 throughout that person if I were sitting with him or
15 her.  Why do you do what you do?  Why do you buy what
16 you buy?
17      So there's -- I can't cast a wide net
18 like that and say, yeah, that person is a sneakerhead
19 or, no, that person is not.  It is a complex term,
20 and there's multiple layers to that, as well.
21    Q.  And I don't necessarily disagree with you.
22 I know this is a strange discussion to have.  This is
23 just the discussion that lawyers have and we have in
24 a deposition.
25      Going back to that question why you

Page 64
1 collect, what are some reasons that a sneakerhead
2 might give you as to why they collect, and then I'll
3 ask you what are some reasons that a non-sneakerhead
4 might give you?  But let's start with the first.
5      What are some of the reasons that a
6 sneakerhead would give you to collect those sneakers?
7    A.  A sneakerhead would say they do it for the
8 love of the game, and the game being the sneaker
9 community, being part of this culture that exists to
10 connect with other sneakerheads as a way to build
11 that community, that network to buy, sell, trade,
12 learn sneakers across international lines even, as we
13 do.  We do that readily, and it's become easier now.
14      So I'm not trying to be coy, but
15 there's so many layers to why someone may collect
16 sneakers, just like there's a reason why someone may
17 only trade sneakers.
18    Q.  What if the reason were that person only
19 buys and sells sneakers to make a profit?  They don't
20 care about the culture.  They don't care about
21 wearing them.  They just buy and sell sneakers to
22 make a profit.
23      Would you consider that person a
24 sneakerhead?
25      MS. BANNIGAN:  Objection.

Page 65
1    A.  Again, that's -- that's a very -- it's
2 complex.  My definition of a sneakerhead, again, may
3 be very different than the person sitting to my
4 right.  We can sit here until we're blue in the face
5 and argue about it, but my opinions are my opinions
6 about a sneakerhead.  In terms of my definition, this
7 is what I -- I believe.
8    Q.  (BY MR. FLUHR)  I feel like I'm going to
9 put a little pressure on you here, but am I a
10 sneakerhead?  What information do you need from me to
11 make that determination?
12      MS. BANNIGAN:  Objection.
13    A.  We would need to talk.  I would want to --
14 I wouldn't call it interview you, per se, but ask
15 questions of what's your connection to sneakers?  Why
16 do you wear the sneakers you wear, buy the sneakers
17 you buy?
18      Again, it's -- there are many layers.
19 Again, we could sit here all day and talk about that,
20 or I could ask a lot of questions.
21    Q.  (BY MR. FLUHR)  Well, let's talk about it
22 for just a little.  I own probably 10 different pairs
23 of sneakers.  I wear them and select them for a
24 combination of function, esthetics and also what they
25 say about me.

17 (Pages 62 - 65)

|  | Page 66 |  | Page 68 |
|---|---|---|---|
| 1 | Is that enough, or would you need to | 1 | to steal a page out of the brand Fugu, but it was |
| 2 | know more information to determine whether I'm a | 2 | designed for sneakerheads. |
| 3 | sneakerhead? | 3 | Q. In these conversations -- let me back up |
| 4 | A. I would need to know more from you about -- | 4 | for a second. |
| 5 | again, the back-story about you and your connection | 5 | It sounds like of these conversations |
| 6 | to those sneakers, what motivated you to buy those | 6 | you're having on-line and in person, you perceive |
| 7 | particular sneakers. Just that in itself would give | 7 | that many of the people you're talking to would be |
| 8 | me just a glimpse of who you are and what you're | 8 | considered sneakerheads under your definition; is |
| 9 | about because as human beings, we're complex | 9 | that right? |
| 10 | individuals. We know that. So I would have to ask a | 10 | MS. BANNIGAN: Objection. |
| 11 | lot more questions of you. | 11 | A. Repeat the question one more time just to |
| 12 | Q. You've mentioned before that some people | 12 | make sure I'm getting it clear. |
| 13 | might consider themselves sneakerheads, and you might | 13 | Q. (BY MR. FLUHR) In these discussions that |
| 14 | disagree; is that right? | 14 | you're having on-line and in person, are all of the |
| 15 | A. I would say, yeah, some people would call | 15 | people you're talking to sneakerheads under your |
| 16 | themself a sneakerhead. I may say they are not. We | 16 | definition? |
| 17 | will have a difference of opinion. | 17 | A. No. I'm talking to sneakerheads as well as |
| 18 | Q. Okay. Can someone be more of a sneakerhead | 18 | general consumers because having been in this space |
| 19 | than someone else? I mean, it would strike me that | 19 | of sneaker culture for so long but also being sought |
| 20 | you are like the ultimate sneakerhead, but maybe you | 20 | out by Nike, Converse, Adidas, New Balance, I'm also |
| 21 | disagree. | 21 | speaking about consumers because they know or trust |
| 22 | Is it a binary categorization, or is | 22 | me that I'm in the know of what consumers are looking |
| 23 | there more of a spectrum? | 23 | for and what they need. |
| 24 | A. It's a spectrum. I mean, when I define | 24 | Q. And I don't doubt any of that. Of the |
| 25 | what a sneakerhead is and I talk about a person who | 25 | people you're talking to on-line, what percentage of |

|  | Page 67 |  | Page 69 |
|---|---|---|---|
| 1 | has a deep passion for buying, collecting, trading | 1 | them are sneakerheads? |
| 2 | and/or learning about sneakers, the very next | 2 | A. A lot of them are sneakerheads. |
| 3 | sentence, "Individuals of all races -- all ages, | 3 | Q. How do you know they are sneakerheads? |
| 4 | races, nationalities can be sneakerheads." | 4 | A. By the questions they ask. I mean, they |
| 5 | So it's -- it's vast and wide. | 5 | are asking -- a lot of times people are coming kind |
| 6 | Sneaker culture crosses all boundaries. It is. It's | 6 | of call it to my front door through all of these |
| 7 | hard to put a target on it and say this person is, | 7 | different outlets -- again, LinkedIn, Facebook |
| 8 | this person is not. | 8 | groups, Twitter, Instagram -- and asking questions of |
| 9 | Q. Are you offering an opinion in this case as | 9 | me related to sneakers, my thoughts and opinions on |
| 10 | to what percentage of StockX customers are | 10 | sneakers, my thoughts and opinions on sneaker |
| 11 | sneakerheads under your definition? | 11 | culture. |
| 12 | A. I am offering an opinion on that as StockX | 12 | Q. You mentioned -- and I think I understand |
| 13 | is geared for -- made for sneakerheads. It's almost, | 13 | that in the sneakerhead community StockX is popular; |
| 14 | like, designed for us by us. | 14 | is that correct? |
| 15 | Q. I think one reason I ask is because I | 15 | A. StockX is very popular in the sneakerhead |
| 16 | wasn't sure I really saw that in your report. | 16 | community. |
| 17 | What percentage of StockX customers | 17 | Q. In the sneakerhead community, what |
| 18 | are sneakerheads under your definition? | 18 | percentage of sales and purchases are made on StockX |
| 19 | A. I can't give you an exact percentage. I | 19 | versus other secondary marketplaces? |
| 20 | will say that based upon a lot of the people that I | 20 | A. Repeat the question one more time. |
| 21 | talk to, interact with on Facebook, sneaker groups, | 21 | Q. In the sneakerhead community, what |
| 22 | LinkedIn, Twitter, Instagram, TikTok, Snapchat, even | 22 | percentage of -- what percentage of purchases and |
| 23 | being part of this community in sneaker meet-ups -- | 23 | sales are made on StockX versus another secondary |
| 24 | Sneaker Con, H Town Sneaker Summit -- StockX is the | 24 | marketplace? |
| 25 | unofficial Kelly Blue Book of sneakers. Again, not | 25 | A. I don't know that. That would be |

Page 70

1  information you would have to get from StockX.
2      Q.  And then I want to ask kind of a different
3  question, which is the question that I asked before.
4          Of all the purchasers on StockX,
5  which -- what percentage are sneakerheads, what
6  percentage are not sneakerheads?
7      A.  I don't know the exact percentage.  I would
8  say the majority of the people that are going to
9  StockX are sneakerheads, though, because they know
10 that StockX is a reliable source.  It's a great place
11 to do their own kind of research, look at the
12 marketplace of what sneakers are popular, what they
13 are selling for.  It's a highly-regarded website.
14 You know, it's a place where people trust them.
15     Q.  Could it be a highly-regarded website for
16 non-sneakerheads, as well?
17     A.  Absolutely, because it's speaking to both
18 sneakerheads as well as general consumers.
19     Q.  Do you have any sense about how many
20 sneakerheads there are in the United States?  I know
21 this sounds like a strange question.
22     A.  No idea how many.
23     Q.  Okay.  I guess what I'm wondering is how
24 you know that the majority of customers on StockX are
25 sneakerheads versus a whole bunch of other consumers

Page 71

1  who happen to like StockX.
2      A.  Sneakerheads, again, know, trust StockX.
3  They are used, you know, as the Kelly Blue Book for
4  sneakers in terms of understanding where -- where the
5  price point is of a sneaker but also the resale
6  value.  I don't know who else is doing that right now
7  or doing it as well as StockX.
8      Q.  Well, I guess -- if I can push back a
9  little bit, it strikes me that what I hear you to be
10 saying is that in this sneakerhead community, for
11 them, StockX is a go-to or the go-to place.  But if
12 there's this much larger consumer base of people
13 buying sneakers who are not sneakerheads and they
14 like might like StockX as well, how do you know that
15 the majority of people on StockX are sneakerheads?
16         MS. BANNIGAN:  Objection.
17     A.  I don't know specific numbers, but I know
18 the intended purpose when StockX was created and
19 formed.  Again, they were designed for and with
20 sneakerheads in mind, even going back as far as when
21 before it became StockX, it was Campless.
22     Q.  (BY MR. FLUHR)  I think she is --
23     A.  C-A-M-P-L-E-S-S.
24     Q.  Have you seen -- I didn't see any cited in
25 your reports.

Page 72

1          Have you ever seen any documents from
2  StockX about their customer demographics?
3      A.  No, I have not.  I have not seen any of
4  that information.
5      Q.  Do you know the average number of shoes
6  owned by a StockX customer?
7      A.  No, I do not.
8      Q.  Do you know the average number of purchases
9  made on StockX by a StockX customer?
10     A.  No, I don't.
11     Q.  Do you know any information or data about
12 the numbers of shoes purchased or sold by -- by
13 StockX customers?
14     A.  No, I don't.  That's all up to them.
15     Q.  As any part of your research, have you --
16 or work in this case, have you conducted a consumer
17 survey?
18     A.  I haven't conducted any consumer surveys
19 for this case.  I know a lot of information about the
20 sneakerhead community and the culture, so I didn't
21 need to do any.  No.
22     Q.  In terms of determining whether somebody is
23 a sneakerhead, you had mentioned the reasons that
24 somebody collects shoes; is that right?
25         MS. BANNIGAN:  Objection.

Page 73

1      A.  Ask the question one more time.
2      Q.  (BY MR. FLUHR)  Yeah.  In terms of
3  determining whether someone's a sneakerhead, you had
4  testified that one piece of information you would
5  want to know is the reason that they collect shoes;
6  is that right?
7      A.  It's more than just -- to understand a
8  sneakerhead is more than just to understand the
9  reason.  Again, it's really complex.  It's like
10 there's different layers to it.  Just as we as human
11 beings are complex individuals, consumers and
12 specifically sneakerheads are just that.  They are
13 very complex.  So I can't go on just one particular
14 kind of point.
15     Q.  And to be clear, I wasn't suggesting that
16 that was the only data point that you would want to
17 know.  I was just asking to confirm whether that is a
18 data point that would inform your -- your decision.
19     A.  That's one of the points that I would want
20 to know.  It's also one of the things that would come
21 up in conversation, I'm sure.
22     Q.  What are the other things you would want to
23 know?  If you could just give me a list of three to
24 five.
25     A.  Can you go back and restate the first part

| Page 74 | Page 76 |
|---|---|
| 1  of the question?  Because this is multi-layered here.<br>2     Q.  If you wanted to make a determination<br>3  whether somebody's a sneakerhead under your<br>4  definition, what are some other things you would want<br>5  to know about that person?  You don't have to give me<br>6  an exhaustive list, but three to five examples.<br>7     A.  When I -- when I go back to how I define a<br>8  sneakerhead -- again, it's -- it's a person that has<br>9  a deep passion for buying, collecting, trading,<br>10 and/or learning about sneakers.  There's so much<br>11 there about the human being who I'm talking about<br>12 that I would want to -- to know about -- about them.<br>13 Where do they live?  What's their shoe size?  Again,<br>14 we can go on and on and on and on.  There's a ton of<br>15 questions.  The intended purpose of the sneakers that<br>16 they are buying.  Do they have any history of health<br>17 issues with their feet or health issues in general?<br>18 Just to name a few.<br>19    Q.  What about the number of shoes that they<br>20 own?  Is that just one data point that might inform<br>21 your opinion about whether they are a sneakerhead?<br>22 Not the only data point, just --<br>23    A.  It's not the only data point.  But again,<br>24 it goes back to someone may fall into only just one<br>25 of these categories.  But I can't cast that net so | 1     Q.  Do you have any information about StockX<br>2  customer distribution of shoe sizes?<br>3     A.  I don't have that data, no.  It wasn't<br>4  given to me or shared with me.<br>5     Q.  This is maybe the strangest question, but<br>6  do you have any information about health issues<br>7  experienced by StockX customers?<br>8     A.  No, I do not.<br>9     Q.  Okay.  Let's switch gears.<br>10          MS. BANNIGAN:  We've been going about<br>11 an hour.  I think exactly an hour.  Did you want to<br>12 take a quick break?  Did you want to have lunch?<br>13          MR. FLUHR:  We certainly can take a<br>14 quick break.  Let's go off the record.<br>15          THE VIDEOGRAPHER:  We're going off the<br>16 record.  The time is 11:53.<br>17          (Recess from 11:53 a.m. to 12:51 p.m.)<br>18          THE VIDEOGRAPHER:  We are back on the<br>19 record.  The time is 12:51.<br>20    Q.  (BY MR. FLUHR)  Okay.  Can you turn to Page<br>21 4 of your report?<br>22    A.  Okay.  I'm there.<br>23    Q.  And if you look at Paragraph 12D, you<br>24 wrote, "Scarcity has been an important driver of<br>25 sneakerhead culture.  Many sneakerheads own products |

| Page 75 | Page 77 |
|---|---|
| 1  wide and broad and say, "Oh, yes, you are" and, "No,<br>2  you're not."  Some people may -- you know, people<br>3  within the community may have a magical number.<br>4  Again, that's a matter of opinion.<br>5     Q.  And again, I'm not asking you to categorize<br>6  a person based on just this data point or just based<br>7  on a single number, but is that a data point that<br>8  might inform your decision or opinion?<br>9     A.  It would certainly help.<br>10    Q.  What about -- I think this is the last one,<br>11 but what about the amount of time this person spends<br>12 on-line per week researching or discussing sneakers?<br>13          Is that not the only or even a<br>14 dispositive data point but just one data point that<br>15 you would look at to determine whether that person is<br>16 a sneakerhead?<br>17    A.  I would want to know what they -- what they<br>18 have learned or where they go for their information.<br>19 It would serve as a data point.  But, again, it's --<br>20 it's -- the sneakerhead community is so diverse<br>21 because of -- and it's so complex just because of<br>22 just human nature as human beings.  Yeah.<br>23    Q.  Do you have any information about<br>24 geographic data of where StockX customers live?<br>25    A.  No, I do not. | 1  that are rare and nobody else has."<br>2           Tell me more about that.<br>3           THE WITNESS:  Bear with me.  I just<br>4  had a piece of gum that's bothering my throat.  I<br>5  apologize if I get choked up.<br>6           MS. BANNIGAN:  Take a drink.<br>7           THE WITNESS:  I don't know how I did<br>8  that.  Maybe it's just old gum.  Not good, especially<br>9  in a moment like right now.<br>10    A.  So 12D, "Scarcity has been an important<br>11 driver of sneakerhead culture and hype.  Many<br>12 sneakerheads strive to own products that are rare and<br>13 nobody else has."<br>14          So this goes directly to the<br>15 sneakerhead community wanting to -- it goes into the<br>16 look good/feel good, but the scarcity model really<br>17 ties into just general economics of supply and<br>18 demand.<br>19          Sneakerheads are always looking for,<br>20 hunting for rare sneakers, sneakers that no one else<br>21 has or owns.<br>22    Q.  (BY MR. FLUHR)  And what is it about the<br>23 rarity that they value?<br>24    A.  The rarity is tied directly into the<br>25 stories connected to them, the brand recognition, but |

|  | Page 86 |  | Page 88 |
|---|---|---|---|
| 1 | A. Again, specifically here in G, "They are | 1 | thing. There's people on both sides of that |
| 2 | often aware that counterfeit sneakers, including | 2 | argument. So, thus, each sneaker person is |
| 3 | counterfeit Nike sneakers, are common and are | 3 | different. |
| 4 | generally understood that there is always the risk | 4 | Q. So I certainly agree and think that |
| 5 | they will be -- they will get counterfeits when | 5 | sneakerheads may differ on whether they think |
| 6 | purchasing on the resale market." | 6 | counterfeiting is good or bad, but might they also |
| 7 | This is a part of the game. And when | 7 | differ on how common they think it is? |
| 8 | I use "the game" in that instance, I am talking about | 8 | A. Absolutely. That's up to interpretation by |
| 9 | sneakerhead culture in the community. There's always | 9 | that sneakerhead. |
| 10 | the risk that you can end up with a fake, counterfeit | 10 | Q. The opinion that sneakerheads are often |
| 11 | product. | 11 | aware that counterfeiting is common, what's the basis |
| 12 | Q. So I understand the risk, and I know you | 12 | for that opinion, the evidence underlying that |
| 13 | understand the risk and it's in your report. | 13 | opinion? |
| 14 | Are there some sneakerheads that don't | 14 | A. I'm going to ask you to repeat the question |
| 15 | understand that risk? | 15 | one more time because my tickle in my throat is |
| 16 | A. No. Sneakerheads understand it's always a | 16 | really distracting me. |
| 17 | risk. It's a crapshoot. And I hate to use that | 17 | Q. That's okay. Do you need a few minutes |
| 18 | term, but there's the risk that exists in the | 18 | or -- |
| 19 | marketplace, in the community, because counterfeit | 19 | A. No, I just -- |
| 20 | sneakers exist and real sneakers exist. | 20 | MS. BANNIGAN: We can go off the |
| 21 | Q. Do you think that there is even a single | 21 | record for you to take a few minutes and take a |
| 22 | sneakerhead that doesn't understand that risk? | 22 | drink. |
| 23 | A. Could that be a possibility? Absolutely. | 23 | THE WITNESS: No, I just literally -- |
| 24 | Absolutely. But it would be very hard to find a | 24 | MS. BANNIGAN: I'm sure Michael would |
| 25 | sneakerhead who is not aware that counterfeits do | 25 | agree to let you have a minute so you're not -- |

|  | Page 87 |  | Page 89 |
|---|---|---|---|
| 1 | exist. | 1 | THE WITNESS: No. It's just -- I've |
| 2 | Q. I can't remember whether we discussed this | 2 | never had this happen before. I sincerely apologize. |
| 3 | portion of your opinion. You had -- you have written | 3 | MR. FLUHR: I know the feeling where |
| 4 | in your opinion, "Each sneakerhead is different." | 4 | something has happened and all of a sudden you're |
| 5 | You agree with that? | 5 | coughing for the next hour and it's not fun to talk. |
| 6 | A. What section of -- of my report are you | 6 | THE WITNESS: I thought I was using a |
| 7 | referring to in this? I mention that a lot of times | 7 | piece of gum to freshen up my mouth, and lo and |
| 8 | throughout my report. | 8 | behold. |
| 9 | Q. I can go back, if you want. | 9 | MR. FLUHR: Let us know if you need to |
| 10 | A. Okay. | 10 | take a break. I completely understand. |
| 11 | Q. Would that be helpful for you? | 11 | THE WITNESS: No, no. I appreciate |
| 12 | A. Yes, please. | 12 | it. |
| 13 | Q. Okay. I'm just going to ask you to confirm | 13 | A. If you could just repeat the question one |
| 14 | that you wrote that and you agree with that. Give me | 14 | more time for me. |
| 15 | a second, and I'll tell you. If you go to Page 10, | 15 | Q. (BY MR. FLUHR) Your opinion that |
| 16 | Paragraph 27 -- | 16 | sneakerheads are generally aware that counterfeits |
| 17 | A. Okay. I'm there. | 17 | are common, what's your basis for that opinion? |
| 18 | Q. You write, "Each sneakerhead is different." | 18 | A. My basis for that opinion is living, |
| 19 | A. That is correct. | 19 | breathing this for -- in sneaker culture for two plus |
| 20 | Q. I was just referencing your comment. | 20 | decades, the message boards that I'm a part of, |
| 21 | Do sneakerheads differ in their | 21 | LinkedIn, Twitter, Instagram. I talk to a lot of |
| 22 | perception of how common counterfeiting is? | 22 | people through these platforms, too. But then also |
| 23 | A. Yes, because the -- the perception of | 23 | in -- I call it in real life, face-to-face, there's a |
| 24 | counterfeits, there's people that could deem | 24 | lot of sneakerheads that are just acutely aware that |
| 25 | counterfeits a good thing or deem counterfeits a bad | 25 | fake sneakers, counterfeit sneakers do exist. They |

|   | Page 90 |   | Page 92 |
|---|---|---|---|

Page 90
1  are aware of it. Some even will post and share that
2  information freely that I see on Twitter, on
3  Instagram, and elsewhere and say, "Hey, this is just
4  part of the game. Chalk it up. I look an L today,
5  and I got got."
6      Q.  We'll talk about the consumers who -- or
7  the sneakerheads who intentionally buy counterfeits,
8  but save for those sneakerheads, what's the reaction
9  when a sneakerhead buys a shoe they find to be
10 counterfeit when they got got?
11     A.  When someone finds out that they end up
12 with a counterfeit pair of sneakers, I'm sure, as I
13 would, go through a range of emotions from my
14 hard-earned money is now gone, I can't wear these for
15 fear of them falling apart, but also my reputation.
16 There's a whole -- I'm sure for all of us there's a
17 myriad of things that go through our mind. I know
18 when I purchased a pair of sneakers that I thought
19 were real and it ended up them being fake, I went
20 through that range of emotions. I was -- I was upset
21 because, again, I work really hard to do my research,
22 spend my hard-earned money on these products. But I
23 turn those products now into examples that I use
24 through the SOLEcial Studies program to teach and to
25 show how much things have changed even within the

Page 91
1  counterfeit sneaker market.
2      Q.  We've been talking generally that
3  sneakerheads are aware that counterfeits exist.
4          Do you or do sneakerheads perceive
5  that counterfeits are more common when purchased from
6  certain sources rather than others?
7      A.  Can you clarify the sources?
8      Q.  Let's go through a few examples. You've
9  purchased shoes from Nike.com?
10     A.  Yes, I have purchased shoes from Nike.
11     Q.  Would you expect counterfeits to be sold on
12 Nike.com?
13     A.  No, I would not.
14     Q.  Are you aware of any counterfeits ever
15 having been sold from Nike.com?
16     A.  No, I have not.
17     Q.  I assume that's also true if you bought
18 shoes directly from ASICS or Adidas or another shoe
19 manufacturer?
20     A.  I trust that I would be buying authentic
21 shoes directly from the brand, yeah.
22     Q.  Are there any other places you would buy
23 direct other than from the brand directly where you
24 would not expect some risk of counterfeits?
25     A.  Repeat the question one more time.

Page 92
1      Q.  Are there any other sources of sneakers
2  other than directly from the manufacturer where you
3  would not expect to find some risk of counterfeits?
4      A.  No.
5      Q.  I'm going to guess that some secondary
6  sources -- can we refer to them as secondary sources,
7  sources other than the manufacturer?
8      A.  Secondary sources? Can you clarify a
9  little bit? Like, are you thinking of anyone
10 specifically?
11     Q.  No, I'm not.
12     A.  Okay. Just talking secondary sources. Got
13 you.
14     Q.  And if you have a term you prefer, we can
15 use that term.
16     A.  That's fine, secondary sources. Yeah.
17     Q.  In your perception, are some secondary
18 sources more likely to have counterfeits for sale
19 than others?
20     A.  Yes, there are. There are some -- some
21 sources that do.
22     Q.  What are some sources that you think are
23 more likely to have counterfeits?
24     A.  Counterfeit sneakers -- some secondary
25 sources I think of are eBay being the first, you

Page 93
1  know, secondary source that comes to mind, yeah.
2      Q.  Do you have an opinion as to whether
3  counterfeits are more common on eBay than on
4  StockX?
5      A.  I certainly do have an opinion on that. I
6  believe that there's more counterfeit fake sneakers
7  on eBay than there are on StockX.
8      Q.  What's your basis for that opinion?
9      A.  One, my personal experience with getting
10 counterfeit sneakers on eBay. But with StockX
11 because of their verification program, I believe that
12 at least they are looking at all those products. But
13 I would be remiss to also say that now eBay does
14 also have a verification program, as well.
15     Q.  What percentage of Nike sneakers sold on
16 StockX are counterfeit?
17     A.  I don't know how many sneakers are sold. I
18 mean, every -- every pair of sneakers, my
19 understanding, goes through their authentication
20 program.
21     Q.  What percent of Nike sneakers sold on
22 eBay are counterfeit?
23     A.  I have no idea. My expertise is really on
24 culture. But specifically looking at StockX, that
25 information wasn't shared with me.

Page 102

1 authenticity guarantee?
2   A.  Both groups are -- are aware that at any
3 point in time, a pair of sneakers that you buy could
4 very well be fake.  The older sneakerheads are just
5 that.  They are older, seasoned veterans.  They know
6 some other things to look for, kind of some telltale
7 signs that some of the younger sneakerheads are not
8 aware of.  But both groups are always looking from
9 the perspective that there is a possibility that they
10 end up with a fake pair of sneakers.  That could
11 happen.
12   Q.  Are there any sneakerhead -- and the reason
13 I ask, because you say "tend to be skeptical."
14       Are there any sneakerheads who are not
15 skeptical of the accuracy of an authenticity
16 guarantee?
17   A.  There -- there are sneakerheads who may
18 willingly or unwillingly buy a counterfeit pair of
19 sneakers, but -- I can't speak for every thousands,
20 millions of sneakerheads, but I know I would always
21 be mindful in where I'm buying a particular pair of
22 sneakers and the possibility I could end up with a
23 fake pair of sneakers.
24       So this is where with age comes
25 knowledge, a/k/a wisdom, and a big part of -- the big

Page 103

1 part of the community is sharing that knowledge and
2 wisdom.
3   Q.  Is it possible that there is at least one
4 sneakerhead who sees that authenticity guarantee and
5 thinks there's no reasonable possibility that the
6 sneaker purchase is going to be counterfeit?
7   A.  Could there be?  Absolutely.  I don't know
8 what they may look like or what may be going through
9 their mind, but there is that possibility, yes.
10   Q.  In reading through this paragraph, you're
11 talking about what sneakerheads think.  "Older
12 sneakerheads tend to be skeptical of the accuracy of
13 an authenticity guarantee.  Younger sneakerheads also
14 often understand the authenticity guarantees can't be
15 100 percent effective."
16       Are you offering any opinion as to
17 what non-sneakerheads perceive with respect to that
18 authenticity guarantee?
19   A.  I am also speaking to the non-sneakerhead
20 consumer, as well, because if someone goes to -- when
21 someone does go to the website and reads that and
22 interprets or reads the word "100 percent authentic,"
23 they think real.  It's a hundred percent authentic
24 means real to them.  So they are reading that, but
25 they also have to be mindful that any product that

Page 104

1 they buy, just like we all buy, could very well be a
2 fake product.
3       Having done a lot of research, I'm not
4 just doing research on the sneakerhead community.
5 I'm also researching on consumers as a whole.  This
6 is -- again, this is my world that I am involved --
7 deeply involved with, marketing, the storytelling.
8   Q.  Who is more aware of the possibility of
9 counterfeit sneakers, sneakerheads or
10 non-sneakerheads?
11       MS. BANNIGAN:  Objection.
12   A.  Both groups are aware that counterfeits
13 exist.  Could I say one group is -- knows more than
14 the next?  I can't speak for everyone.  I can speak
15 for me and whether or not -- again, any time I buy
16 something, it could be real or it could be fake.
17   Q.  (BY MR. FLUHR)  Earlier you testified that
18 it's possible at least one sneakerhead saw that
19 authenticity guarantee and thought "There's no
20 reasonable possibility the sneakers I purchase here
21 are counterfeit."
22       Is the same true for non-sneakerheads?
23 Is it possible that at least one sneakerhead saw that
24 authenticity guarantee and thought, "There's no
25 reasonable possibility I'm buying a counterfeit"?

Page 105

1   A.  That's, again, another very broad
2 paintbrush to paint with.  I think as human beings
3 and human nature, we look at things and have to
4 always look at things as if -- if it's too good to be
5 true, it probably is fake, especially when it comes
6 to tangible products.  But I couldn't give you a
7 strong, definitive answer on that.
8   Q.  You can't tell whether at least it's
9 possible that at least one person --
10   A.  It is possible.  I'm not saying -- I'm not
11 saying not, that it's not.  But again, there's --
12 there's so many consumers out there that when they
13 read those words on the website, 100 percent
14 authentic, that can mean so many different things
15 to -- to him or her.
16   Q.  Have you talked to any StockX customers
17 about their perception of that language?
18   A.  I have spoken to StockX customers because
19 of, again, the -- the message boards, the websites
20 that I'm part of.  People are very quick to share
21 their opinion, and I think about -- especially in
22 this day and age where the -- the lines between
23 what's real and fake have become harder and harder,
24 we in the sneaker community are always posting
25 articles and showing pictures -- I think certainly

|  |  |
|---|---|
| Page 106 | Page 108 |

Page 106

1  even talk to people who confide or trust me to say,
2  you know, "I may have ended up with a fake pair of
3  sneakers. I'm not sure." And again, that's --
4  that's part of the game.
5    Q. And I just want to be clear. Some of these
6  conversations or discussions you saw with the StockX
7  customers concerned the authenticity guarantee?
8    A. No, they weren't concerning the
9  authenticity guarantee. It was the concern that the
10 sneakers that they bought on the website had -- you
11 know, that they received, they were questioning them
12 on whether the product that they received, the
13 sneakers they received, were real or not. This is an
14 ongoing -- there are ongoing threads about this on
15 multiple platforms.
16   Q. And these threats -- in these threads, did
17 any of these sneakerheads that you're referencing
18 ever express disappointment in the possibility that
19 they had purchased counterfeit sneakers?
20   A. They have expressed their concerns that
21 they may have ended up with a counterfeit pair of
22 sneakers, but they were able to get that problem
23 rectified by basically reporting it to StockX and
24 saying, "These sneakers are fake." StockX had them
25 ship them back to them and they went through another

Page 107

1  verification process, which is amazing that -- and a
2  great thing, a great service that StockX has because
3  they are willing to -- to take those sneakers back
4  and, if they are counterfeit, refund that person's
5  money.
6    Q. Of these sneakerheads who are discussing
7  the purchase of counterfeit sneakers on StockX, did
8  any of them express surprise that sneakers purchased
9  on StockX would have been counterfeit?
10   A. Certainly. They were surprised that the
11 sneakers that they received they believe were a fake,
12 but they did appreciate the -- the willingness on
13 StockX's part to -- to rectify the problem, to fix it
14 because, again, if you end up with a counterfeit pair
15 from another platform, you buy it, you own it. You
16 lose, whereas this is very different. This program
17 is very different and the way that they -- StockX
18 does it is very different.
19   Q. Of these sneakerheads, did any of them
20 express disappointment in how StockX handled the
21 process of getting those counterfeit sneakers
22 returned?
23   A. No. They responded that it was very quick
24 and easy to ship said, you know, sneakers back to
25 them -- and get their money back when they did.

Page 108

1    Q. I had asked you something a little while
2  ago, and I think we got away from it and I'm not sure
3  I got the answer to it. I just want to make sure I
4  get the answer to it.
5         Do you recall any specific discussion
6  about the authenticity guarantee in those
7  conversations?
8    A. I have to ask for more clarification. So
9  conversations that I'm having with other
10 sneakerheads? Is that the question?
11   Q. Yes.
12   A. That the -- that the authenticity program
13 does exist in the first place or what -- I'm not sure
14 what the question is there.
15   Q. I'm asking whether you recall any
16 discussion among those sneakerheads concerning the
17 authenticity guarantee.
18   A. Yes, I do recall people writing and talking
19 about it, sharing information that, "Hey, if these
20 sneakers are fake, I'm going to get my money back."
21   Q. And to be clear, I'm not referencing the
22 offer to return. I'm talking specifically about the
23 100 percent -- 100 percent language.
24       Do you recall any discussion about
25 that language?

Page 109

1    A. I do. The language -- the conversation
2  around that language is that StockX does lay
3  eyes/hands on each product that goes through their
4  market, through their website.
5    Q. Do you recall anything else about those
6  conversations?
7    A. No.
8    Q. Have you seen any surveys of StockX
9  customers concerning how they would have perceived or
10 did perceive the StockX authenticity guarantee?
11   A. No, I haven't seen any surveys.
12   Q. Have you seen any other type of consumer
13 research about how StockX customers perceived the
14 StockX authenticity guarantee?
15   A. No, I haven't.
16   Q. Can you turn to page -- Pages 5 and 6 of
17 your report?
18   A. Can I call for a timeout to use the
19 restroom right now, a break?
20   Q. Absolutely.
21       THE VIDEOGRAPHER: We are going off
22 the record. The time is 1:49.
23       (Recess from 1:49 p.m. to 2:05 p.m.)
24       THE VIDEOGRAPHER: We are back on the
25 record. The time is 2:05.

Veritext Legal Solutions
212-267-6868             www.veritext.com             516-608-2400

| | |
|---|---|
| Page 110 | Page 112 |
| 1  Q. (BY MR. FLUHR) Mr. Wells, I just wanted to<br>2  ask you a few more questions about these message<br>3  boards.<br>4      You were talking about messages<br>5  between sneakerheads concerning purchases on StockX,<br>6  correct?<br>7  A. Yes, we were talking about sneakerheads on<br>8  message boards talking about purchases on StockX.<br>9  Q. What time period were you looking at<br>10 these -- these messages, or are these just messages<br>11 you've seen over the years?<br>12 A. These are messages that I have seen. We're<br>13 talking some within the past month, but certainly<br>14 those previously, as well, in terms of years ago.<br>15 Q. And approximately how many messages are we<br>16 talking about? Are we talking about less than 10<br>17 messages?<br>18 A. I would say less than 10 people talking<br>19 about, you know, what they have bought on StockX and<br>20 whether or not they ended up with -- whether or not<br>21 they feel it was a fake pair of sneakers or not.<br>22 Q. Okay. I would like you to turn to Page 49.<br>23     MS. BANNIGAN: 49, you said?<br>24     MR. FLUHR: Page 49, yes.<br>25 A. Okay. I'm there. | 1  Q. At a point in my career, I spent 10 years<br>2  working on car crash cases.<br>3  A. Working on --<br>4  Q. Car crashes, for no clear reason. And so,<br>5  I spent a lot of time with the Kelly Blue Book over<br>6  the years. I want to get more into this idea that<br>7  StockX is for the sneaker market what the Kelly Blue<br>8  Book is for the car market.<br>9      Can you just tell me more about what<br>10 you mean by that?<br>11 A. So -- and this goes really to the -- the<br>12 beginning of 110 in my report where I write "StockX<br>13 is also valuable for any sneakerheads because it<br>14 provides detailed, otherwise difficult to obtain<br>15 information like sales history, average sales price<br>16 for every model of sneaker."<br>17     Just as I would or did on Kelly Blue<br>18 Book, I look at StockX to see the details about a<br>19 particular sneaker. The data that's available to us<br>20 as sneakerheads, we're able to pull a lot of that<br>21 data that wasn't available in years past prior to<br>22 StockX existing.<br>23 Q. Do you think that sneakerheads pay more<br>24 attention to price than non-sneakerheads?<br>25 A. Repeat the question. |
| Page 111 | Page 113 |
| 1  Q. (BY MR. FLUHR) Paragraph 110. And you're<br>2  talking about the -- the prices that people pay for<br>3  sneakers, I think, right?<br>4  A. What's the question as related specifically<br>5  to 110? There's a lot in there.<br>6  Q. Yeah, that's -- that's fair. You say, "In<br>7  this regard, StockX has been described to be for the<br>8  sneaker market what the Kelly Blue Book is for the<br>9  car market."<br>10     What's the Kelly Blue Book?<br>11 A. My understanding of the Kelly Blue Book for<br>12 cars is just a website -- just that, a website for<br>13 estimating the value of a vehicle. StockX has<br>14 quickly become that place for sneakerheads for us to<br>15 look at what a sneaker is retail priced at, as well<br>16 as what it is going for in the resale -- reseller's<br>17 market.<br>18 Q. Out of curiosity, have you ever seen the<br>19 Kelly Blue Book?<br>20 A. I have visited their website, yes.<br>21 Q. On what occasion did you have to visit the<br>22 Kelly Blue Book website?<br>23 A. I was looking to sell a vehicle, and I<br>24 wanted to understand the difference between a private<br>25 sale as well as a -- selling it to a big dealership. | 1  Q. Do you think that sneakerheads -- let me<br>2  phrase that differently.<br>3      Do you think that sneakerheads care<br>4  more about price than non-sneakerheads?<br>5  A. I think both groups pay attention to price,<br>6  you know. As human beings, I believe that we're all<br>7  price-sensitive. Sneakerheads, though, are always<br>8  looking for a steal or a come-up, as it's referred<br>9  to, where they get a very good deal on a pair of<br>10 sneakers, find them inexpensively even. But we as<br>11 sneakerheads, we're -- we can be very fickle. Even<br>12 some people use the words "frugal" in wanting a good<br>13 deal for a top-tier, limited edition, hot, popular<br>14 sneaker.<br>15 Q. So I know what a come-up is, but because<br>16 this is a deposition, I have to make sure that we<br>17 understand and have on the record exactly what this<br>18 means.<br>19     So do you agree that -- is what you're<br>20 saying that sneakerheads tend to shop for the best<br>21 price?<br>22     MS. BANNIGAN: Objection.<br>23 A. So much -- so much of this is actually all<br>24 throughout, you know, my report. This does go back<br>25 to understanding the price points, what sneakers are |

|  | Page 122 |  | Page 124 |
|---|---|---|---|
| 1 | of general consumers about their perception of Nike | 1 | employees. |
| 2 | quality? | 2 | Q. What is the background of these StockX |
| 3 | A. I'm not aware of any particular surveys | 3 | employees who perform this process? |
| 4 | very specifically. But, look, I spend so much time | 4 | A. I don't know the answer to that question. |
| 5 | on the internet understanding or trying to understand | 5 | I don't -- I'm not privy to that info. |
| 6 | consumer behavior that I -- I read a lot. I've read | 6 | Q. Do you know what kind of training they |
| 7 | articles about even this perception. Articles may be | 7 | receive before doing this? |
| 8 | published in the Wall Street Journal, the Boston | 8 | A. No, I don't know what kind of training they |
| 9 | Globe, the New York Times, GQ, Gentlemen's Quarterly | 9 | receive, but I would believe that they -- they do |
| 10 | Magazine. So this is a conversation that is ongoing, | 10 | receiving training on what things to look for. But |
| 11 | yeah. | 11 | specifics, I don't have, no. |
| 12 | Q. Do you have an opinion about the percentage | 12 | Q. Have you any information about what it is |
| 13 | of general consumers that perceive the quality of | 13 | that they do look for? |
| 14 | Nike sneakers has decreased over the past two | 14 | A. I don't have details of what it is that |
| 15 | decades? | 15 | they look for; but what I do know is that someone is |
| 16 | A. Restate the question, please. | 16 | actually looking at, holding these sneakers. |
| 17 | Q. Do you have an opinion about the percentage | 17 | Q. How do you know that? |
| 18 | of general consumers who perceive that the quality of | 18 | A. By their verification program, as well as |
| 19 | Nike sneakers has decreased over the past two | 19 | the counterfeit return policy that they have in |
| 20 | decades? | 20 | place, as well. |
| 21 | A. I don't have a percentage, no. | 21 | Q. Where -- where in their verification |
| 22 | Q. I would like to talk about the StockX | 22 | program do they say that every shoe is held, |
| 23 | authentication process. | 23 | inspected by a person? |
| 24 |     Do you have an understanding of what I | 24 | A. So -- and this is -- I actually do write |
| 25 | mean when I say that? | 25 | about this in there -- in my report. And |

|  | Page 123 |  | Page 125 |
|---|---|---|---|
| 1 | A. I do. I understand StockX's authentication | 1 | particularly the -- in 107, this last sentence here, |
| 2 | program. | 2 | it says, "Beyond StockX's verification process, |
| 3 | Q. We can either call it their authentication | 3 | sneakerheads can also rely on StockX's buyer promise |
| 4 | program or I think I see in Paragraph 107 you say | 4 | through which purchasers on the StockX marketplace |
| 5 | verification process. | 5 | can submit a support request and request a second |
| 6 | A. Let me go to -- | 6 | look at purchased products a buyer believes to be |
| 7 | Q. I want to make sure I want to make sure | 7 | inauthentic and get a refund if StockX makes a |
| 8 | we're talking about the same thing. As I said, I | 8 | mistake in the verification process." |
| 9 | want to use your language, even though I think we're | 9 |     And then footnoted, Number 176 talks |
| 10 | talking about the same thing. Page 48, 107, you talk | 10 | about that StockX buyer program on Page 48. So |
| 11 | about StockX's verification process. | 11 | that's their program that they have in place. That's |
| 12 |     What is StockX's verification process? | 12 | what they attest to. That's what they share. That's |
| 13 | A. StockX has the verification or the program | 13 | what we read. That's what I read. |
| 14 | in place where someone, a human being, lays eyes and | 14 | Q. Are you aware of any StockX customers ever |
| 15 | hands on every product that goes through their -- | 15 | complaining about difficulty returning a counterfeit |
| 16 | their marketplace. Specific to the sneakers, that -- | 16 | shoe? |
| 17 | that makes me and sneakerheads -- it makes us feel | 17 | A. No, I'm not. |
| 18 | good that there's someone who actually is doing just | 18 | Q. Have you asked StockX to see any such |
| 19 | that, holding the sneakers, looking at the box, | 19 | communications? |
| 20 | tissue paper, size tag, all those things to help | 20 | A. No, I have not. |
| 21 | reduce the risk of counterfeits getting -- you know, | 21 | Q. And you haven't seen any such |
| 22 | I end up with a counterfeit pair of sneakers. | 22 | communications? |
| 23 | Q. And are these StockX employees who are | 23 | A. I have not. |
| 24 | performing this verification? | 24 | Q. So I understand that if a shoe is |
| 25 | A. My understanding is, yes, they are StockX | 25 | discovered to be counterfeit and agreed to be |

Page 134

1 given by Mr. Dee Wells. The time now is 303. Thank
2 you.
3    (Whereupon the deposition was adjourned.)
4    (Signature not requested.)
5
6
   _____
7    DEJONGH WELLS
8
9   Subscribed and sworn to before me
10  this \_\_ day of _____, 2023.
11
12  _____
    Notary public

Page 135

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF NEW YORK
2
  NIKE, INC.    )
3                 )
  vs.       ) CASE NO. 1:22-cv-00983-VEC
4                 )
  STOCKX, LLC   )
5
6    REPORTER'S CERTIFICATE
7   ORAL VIDEOTAPED DEPOSITION OF DEJONGH WELLS
8       August 30, 2023
9
10   I, Shauna Foreman, Certified Shorthand Reporter
11 in and for the State of Texas, hereby certify to the
12 following:
13   That the witness, DeJongh Wells, was duly sworn
14 by the officer and that the transcript of the oral
15 deposition is a true record of the testimony given by
16 the witness;
17   That the original deposition was delivered
18 to Michael Fluhr.
19   That a copy of this certificate was served on
20 all parties and/or the witness shown herein on
21 _____.
22   I further certify that pursuant to FRCP Rule
23 30(f)(1), the signature of the deponent:
24   \_\_\_\_was requested by the deponent or a party
25 before the completion of the deposition and that the

Page 136

1 signature is to be before any notary public and returned
2 within 30 days (or _____ days, per agreement of counsel)
3 from date of receipt of the transcript. If returned, the
4 attached Changes and Signature page contains any changes
5 and the reasons therefor;
6   \_\_x\_\_\_was not requested by the deponent or a
7 party before the completion of the deposition;
8   I further certify that I am neither counsel for,
9 related to, nor employed by any parties or attorneys
10 in the action in which this testimony is taken, and
11 further that I am not financially or otherwise interested
12 in the outcome of this action.
13   Certified to by me on this the 1st day
14 of September, 2023.
15
16        *Shauna Foreman*
17        Shauna Foreman, CSR
        Texas CSR 3786
18        Expiration: 10/31/2025

Page 137

1        ERRATA SHEET
      VERITEXT/NEW YORK REPORTING, LLC
2
  CASE NAME: Nike, Inc. v. Stockx, LLC
3 DATE OF DEPOSITION: 8/30/2023
  WITNESSES' NAME: DeJongh Wells
4
5 PAGE  LINE (S)   CHANGE    REASON
  \_\_\_|_____|_____|_____
6 \_\_\_|_____|_____|_____
7 \_\_\_|_____|_____|_____
...
21       _____
        DeJongh Wells
22 SUBSCRIBED AND SWORN TO BEFORE ME
  THIS \_\_\_\_ DAY OF _____, 20\_\_.
23
24 _____      _____
25 (NOTARY PUBLIC)     MY COMMISSION EXPIRES: