UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br> Defendant. | Civil Action No.: 1:22-cv-00983-VEC |

**CORRECTED DECLARATION OF TAMAR Y. DUVDEVANI IN SUPPORT OF NIKE, INC.'S OPPOSITION TO DEFENDANT STOCKX LLC'S MOTION TO PRECLUDE THE TESTIMONY OF JOHN HANSEN, JEFFERY STEC, KARI KAMMEL, STEVEN MCNEW, AND ITAMAR SIMONSON**

I, Tamar Y. Duvdevani, declare as follows:

1. I am a partner at DLA Piper LLP (US) and attorney of record for Plaintiff Nike, Inc. ("Nike"). I submit this Corrected Declaration in connection with Nike's Opposition to Defendant StockX LLC's Motion to Preclude the Testimony of John Hansen, Jeffery Stec, Kari Kammel, Steven McNew, and Itamar Simonson and to place before the Court relevant expert reports, deposition testimony, and documents produced during discovery in this matter. I submit this corrected declaration to attach a corrected Exhibit 2 to accurately reflect the description of my declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the August 31, 2023 videotaped deposition of John L. Hansen and the errata thereto.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Rebuttal Report of John L. Hansen and the exhibits thereto disclosed by Nike on June 2, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the July 18, 2023 videotaped deposition of Kari Kammel.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the August 24, 2023 videotaped deposition of Richard LaMagna and the errata thereto.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the August 8, 2023 videotaped deposition of Steven McNew.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Scott Duke Kominers, Ph.D. and the appendixes thereto disclosed by StockX on May 5, 2023.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Rebuttal Report of Scott Duke Kominers, Ph.D. the appendixes thereto disclosed by StockX on June 2, 2023.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the September 7, 2023 videotaped deposition of Robert Klein and the errata thereto.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Rebuttal Report of Robert L. Klein the exhibits thereto disclosed by StockX on June 2, 2023.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the July 25, 2023 videotaped deposition of Itamar Simonson, Ph.D. and the errata thereto.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the August 11, 2023 videotaped deposition of David T. Neal, Ph.D. and the errata thereto.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by StockX in this matter and bearing the Bates number range STX0018415-18451.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

2

Executed on November 7, 2023 in New York, New York.

By: <u>*/s/ Tamar Y. Duvdevani*</u>
     Tamar Y. Duvdevani