# Exhibit 05

Page 1

```
         UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK

  NIKE, INC.,                |
    Plaintiff,               |
                             |
  V.                         | Civil Action No.:
                             | 1:22-cv-00983-VEC
  STOCKX LLC,                |
    Defendant.               |
```

*******************************************
ORAL AND VIDEOTAPED DEPOSITION OF
STEVEN McNEW
AUGUST 8, 2023
*******************************************

ORAL AND VIDEOTAPED DEPOSITION of STEVEN McNEW, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on August 8, 2023, from 9:10 a.m. to 5:40 p.m., before Mendy A. Schneider, CSR, RPR, in and for the State of Texas, recorded by machine shorthand, at the offices of DLA PIPER, 845 Texas Avenue, Suite 3800, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto; that the deposition shall be read and signed.

Page 2

```
 1              A P P E A R A N C E S
 2
     FOR THE PLAINTIFF:
 3     MICHAEL FLUHR (Real-time)
       DLA PIPER
 4     555 Mission Street, Suite 2400
       San Francisco, California 94105-2933
 5     415.615.6011
       michael.fluhr@dlapiper.com
 6
 7   FOR THE DEFENDANT:
       CHRISTOPHER FORD (Real-time)
 8     KATHRYN SABA
       DEBEVOISE & PLIMPTON
 9     650 California Street
       San Francisco, California 94108
10     415.738.5705
       csford@debevoise.com
11     ksaba@debevoise.com
12
     ALSO PRESENT:
13     CYNTHIA JOSEPH, The Videographer
```

Page 3

```
 1            EXAMINATION INDEX
 2   WITNESS: STEVEN MCNEW
 3   EXAMINATION                          PAGE
       BY MR. FORD                          6
 4
     SIGNATURE REQUESTED                  371
 5
     REPORTER'S CERTIFICATION             372
 6
               EXHIBIT INDEX
 7                                        PAGE
 8   MCNEW EXHIBIT NO. 1                    9
       Expert Report
 9
     McNEW EXHIBIT NO. 2                   10
10     Rebuttal Report
11   McNEW EXHIBIT NO. 3                   24
       Decompiled code for the StockX
12     smart Vault NFT contract
13   McNEW EXHIBIT NO. 4                   33
       Nike Air smart code document
14     unverified
15   McNEW EXHIBIT NO. 5                   39
       JSON text file, Bates No. Nike
16     0005663
17   McNEW EXHIBIT NO. 6                   72
       Glossary of Terms
18
     McNEW EXHIBIT NO. 7                   75
19     Screenshot
20   McNEW EXHIBIT NO. 8                  135
       Document referred to in Page 12 of
21     report, Bates STX 0283867
22   McNEW EXHIBIT NO. 9                  137
       NFT's "Collect What 's Next" page,
23     Bates Nike 0000244
24   McNEW EXHIBIT NO. 10                 189
       Bates No. STX0019820
25
```

Page 4

```
 1       EXHIBIT INDEX (CONTINUED)       PAGE
 2   McNEW EXHIBIT NO. 11                 216
       Printout
 3
     McNEW EXHIBIT NO. 12                 223
 4     Message from a consumer to RTFKT,
       Bates Nike 0062693
 5
     McNEW EXHIBIT NO. 13                 225
 6     Discord Chat Printout
 7   McNEW EXHIBIT NO. 14                 245
       URL Wayback Machine from
 8     February 5, 2023
 9   McNEW EXHIBIT NO. 15                 256
       Article
10
     McNEW EXHIBIT NO. 16                 259
11     Bates No. STX0094175
12   McNEW EXHIBIT NO. 15                 344
       Kominers Expert Report
13
     McNEW EXHIBIT NO. 18                 363
14     Tucker Expert Report
15
16     (REPORTER'S NOTE: All quotations from
     exhibits are reflected in the manner in which
17   they were read into the record and do not
     necessarily denote an exact quote from the
18   document.)
```

Page 5

```
 1          THE VIDEOGRAPHER:  Good
 2   morning.  We're going on the record at
 3   9:10.  Today is August the 8th, 2023.
 4          Please note that the
 5   microphones are sensitive and may pick    09:10:55
 6   up whispering and private
 7   conversation.  Please mute your phones
 8   at this time.
 9          This is the Media Unit 1
10   video-recorded deposition of Steve        09:11:04
11   McNew, taken in the matter of Nike,
12   Inc., versus StockX LLC.
13          The location of the deposition
14   is 845 Texas Avenue, Suite 3800,
15   Houston, Texas 77002.                     09:11:18
16          My name is Cynthia Joseph,
17   representing Veritext as the
18   videographer.  The court reporter is
19   Mendy Schneider, also representing
20   Veritext.                                 09:11:28
21          I am not related to any party
22   in this action, nor financially
23   interested in its outcome.
24          If there is any objections to
25   proceeding, please state them at the      09:11:34
```

```
                                                     Page 6                                                          Page 8
 1    time of your appearance.                                 1       A.   I don't recall at the time if I
 2           Will counsel and all present                      2   knew that it was filed or not.  They reached
 3    state their appearance and affiliation                   3   out asking about my qualifications and
 4    for the record, beginning with the                       4   expertise relative to the -- the NFT sector.
 5    noticing attorney.              09:11:42                 5       Q.   And who was it that reached       09:13:12
 6           MR. FORD:  Christopher Ford                       6   out?
 7    from Debevoise & Plimpton representing                   7       A.   Someone at DLA Piper.  I'm not
 8    defendant StockX; and I'm joined by my                   8   sure exactly who the specific person is.
 9    colleague, Kathryn Saba.                                 9       Q.   And at that time did you
10           MR. FLUHR:  Michael Fluhr from    09:11:52       10   understand that you were being retained to   09:13:20
11    DLA Piper on behalf of plaintiff Nike;                  11   provide an expert opinion in this case?
12    and I'm joined by my colleague, Jared                   12       A.   So, initially, it was just to
13    Greenfield.                                             13   understand my qualifications.  I think that
14           THE VIDEOGRAPHER:  Thank you.                    14   evolved into a conversation around whether I
15           Will the court reporter please    09:12:01       15   would be comfortable looking at the facts in 09:13:32
16    swear in our witness.                                   16   this case and making -- forming some opinions
17           STEVEN McNEW,                                    17   about what happened.
18    having been first duly sworn, testified as              18       Q.   And when did that evolution
19    follows:                                                19   take place?
20       E X A M I N A T I O N        09:12:11                20       A.   It was a series of -- of      09:13:40
21    BY MR. FORD:                                            21   months.  I don't know.  Five or six months, I
22       Q.   Good morning, Mr. McNew.  How                   22   suppose.
23    are you?                                                23       Q.   So by last fall you understood
24       A.   Good morning.  Doing well,                      24   that you were being asked to evaluate the
25    thanks.                         09:12:17                25   facts in this case and offer opinions.  09:13:49

                                                     Page 7                                                          Page 9
 1       Q.   You've been deposed before; is                   1   Is that about fair to say?
 2    that right?                                              2       A.   That's roughly fair.
 3       A.   Yes, sir.                                        3       Q.   Did you have any conversations
 4       Q.   Okay.  Is there any reason you                   4   with DLA prior to being asked to form
 5    can't testify completely and truthfully  09:12:21        5   opinions in this case about the facts of the 09:14:01
 6    today?                                                   6   case?
 7       A.   No reason.                                       7       A.   No.  I think I was provided a
 8       Q.   We're going to go for most of                    8   complaint and asked to review and discuss
 9    the day, I imagine.  If at any point you need            9   potentially my involvement in the case.
10    to take a break, please just let me know. 09:12:30      10       Q.   How many times before this case 09:14:13
11    I'd only ask that you not ask for a break               11   have you worked with DLA Piper?
12    while a question is pending.  And we'll work            12       A.   I don't think any.
13    that out unless you have to speak to counsel            13       Q.   Have you ever previously worked
14    for any reason.                                         14   for Nike?
15           Does that make sense?       09:12:40             15       A.   No.                        09:14:26
16       A.   Makes sense.                                    16       Q.   Let's start with marking --
17       Q.   When were you first contacted                   17   just for ease of having this in front of
18    in connection with this matter?                         18   everybody, I'll hand the court reporter a
19       A.   I believe it was February or                    19   document to be marked as Exhibit 1.
20    March of last year.              09:12:48               20       (Discussion off the record.)    09:14:43
21       Q.   February or March of 2022?                      21       (Marked McNew Exhibit No. 1.)
22       A.   Yes, sir.                                       22       Q.   (BY MR. FORD) Okay.  I will
23       Q.   Had -- were you aware as to                     23   mark a document as Exhibit 1.  And I'll ask
24    whether the lawsuit in this action had been             24   you to review and if you recognize this
25    filed as of the time you were contacted? 09:12:58       25   document.                        09:14:52
```

3 (Pages 6 - 9)

|  |  |
|---|---|
| Page 102 | Page 104 |

Page 102

1  does that certification have any other
2  significance to you?
3     A.   It certainly lays out the
4  general approach to a crypto investigation
5  sort of methodology and things like that, but    11:01:18
6  it is predominantly related to crypto
7  investigations or investigations of digital
8  assets that are blockchain-based.
9     Q.   And the investigations that
10  you'd be referring to are -- are these that     11:01:28
11  you talked about in terms of theft abuse,
12  using mixers, things like that.
13     A.   Sure.  Could be really broad,
14  though.  There are a number of NFT
15  investigations that I'm involved in that      11:01:39
16  include illicit funds finding their way into
17  purchases of NFTs and sort of identifying
18  where are those NFTs, what are the value of
19  those NFTs, how might we claw those back if
20  that's possible.                   11:01:51
21         So it spans smart contracts
22  more broadly, NFTs, cryptocurrencies, and so
23  on.
24     Q.   Do you have any expertise in
25  NFT product design?                 11:02:00

Page 103

1         MR. FLUHR:  Objection.
2     A.   That seems super subjective.
3  We -- we do at FTI operate -- have built and
4  operate an NFT platform that we offer to
5  clients as a managed service.  It really      11:02:16
6  serves the function of issuing NFTs for
7  purposes of ticketing and then in some cases
8  an extension to loyalty programs.
9         So that's a product that we've
10  built in-house at FTI at my direction, and     11:02:29
11  it's under my direction on a daily basis.  We
12  offer that as a managed service to consumers.
13  Typically there are two classes of consumers.
14         There are small consumers who
15  lack the blockchain or the NFT expertise to    11:02:44
16  do this on their own and retain us to do it
17  for them, but really just as a means of
18  ticketing, right.  So their primary goal is
19  to capture revenue on ticket -- secondary
20  market sales.                      11:02:59
21         So by having a smart contract,
22  it essentially gives royalties back to the
23  issuer on the secondary market, they're able
24  to achieve that goal.
25         The second class of consumer    11:03:08

Page 104

1  are consumers who see that NFT as something
2  more than ticketing.  They see it as sort of
3  its own product, and they issue tickets to
4  events and venues on a repetitive ongoing
5  basis.  And so there's a lot more effort into    11:03:22
6  wrapping those NFTs with other sorts of
7  benefits and perks that are really only
8  limited by the imagination and technical
9  capability of -- of the offering.
10         But in that platform, you know,    11:03:33
11  we mint for an average client, you know,
12  150,000 NFTs a month.  Manage that entire
13  process inside of FTI on our data centers.
14         So I -- I wouldn't say that I
15  have experience specifically engineering      11:03:46
16  blockchain applications, but certainly have
17  designed, built, and launched them.
18     Q.   (BY MR. FORD)  And just so I
19  understand, when you say "ticketing"
20  throughout that answer, what do you mean?     11:03:57
21     A.   Ticketing in that context is
22  concerts and event ticketing across a
23  multitude of venues and geographies.
24     Q.   So -- so using an NFT to gain
25  access to an event of some kind?           11:04:10

Page 105

1     A.   Right.  Two -- two different
2  use cases.  In the first use case exactly
3  that, right?  So very little care is put into
4  design of the image, for example.
5         There are no perks and benefits    11:04:23
6  or anything like that.  It's really a simple
7  redemption NFT that once redeemed for a
8  particular seat at a particular venue is
9  removed and -- and vanishes and no longer
10  exists.                          11:04:35
11         In the other use case, it's
12  really about an issuer that is looking to
13  build fan loyalty, and therefore might add
14  things like, you know, early access to an
15  event next time or discounts on merchandise   11:04:50
16  and things like that.
17         But, yes, in both cases one of
18  the functionality is access to that specific
19  ticket.
20     Q.   And you said "this platform."    11:05:00
21         Does this platform have a name?
22  Might just be easier.
23     A.   No.
24     Q.   Okay.
25     A.   No.                      11:05:05

|  | Page 110 |  | Page 112 |
|---|---|---|---|
| 1 | Q. Okay. Did -- did DLA instruct | 1 | director who would get assigned as sort of |
| 2 | you in any way regarding that? | 2 | the project manager to oversee the day-to-day |
| 3 | A. No. | 3 | engagement. |
| 4 | Q. Did you receive advice from any | 4 | The engineering team would |
| 5 | counsel outside of the in-house lawyer at FTI   11:08:30 | 5 | tweak and adjust anything required for   11:10:34 |
| 6 | on that topic? Without disclosing the | 6 | delivery successfully of that particular |
| 7 | substance of that advice, just yes or no. | 7 | engagement and we'd monitor those ongoing |
| 8 | A. I -- I did not. I don't know | 8 | results, I suppose, at a fairly high level. |
| 9 | whether in-house counsel consulted outside | 9 | Q. Do you get involved in the |
| 10 | counsel.   11:08:42 | 10 | customers' marketing of their resulting NFTs?   11:10:47 |
| 11 | Q. That's fine. | 11 | A. No. So there's no like private |
| 12 | Do you personally -- are you | 12 | label or product offering here that they |
| 13 | personally involved in the marketing or sale | 13 | would market and talk about. This is really |
| 14 | of this NFT minting platform that we were | 14 | a business function that they ask us to |
| 15 | talking about -- sorry, let me rephrase   11:08:58 | 15 | perform on their behalf, whether that be   11:11:07 |
| 16 | because I understand it's sort of -- sale is | 16 | minting for simple ticket use or minting and |
| 17 | sort of a tricky word. Let me try again. | 17 | building out a more broad NFT platform. |
| 18 | Are you personally involved in | 18 | Q. Do you get involved in the |
| 19 | marketing the NFT minting platform to | 19 | customer's pricing around their resulting |
| 20 | prospective customers?   11:09:10 | 20 | NFTs?   11:11:23 |
| 21 | A. So we have a marketing team | 21 | A. No. |
| 22 | that I would say does the marketing. Do I | 22 | Q. Have you ever done any work to |
| 23 | talk to clients about this as a potential | 23 | analyze price formation for NFT projects? |
| 24 | solution to a potential problem? Yes. | 24 | MR. FLUHR: Objection. |
| 25 | Q. Are you involved in the -- once   11:09:22 | 25 | A. Not clear on the term "price   11:11:37 |

|  | Page 111 |  | Page 113 |
|---|---|---|---|
| 1 | a customer signs on to this service, are you | 1 | formation." I -- |
| 2 | involved in the day-to-day management of that | 2 | Q. (BY MR. FORD) Maybe it's a |
| 3 | relationship? | 3 | little easier, we can start there. |
| 4 | A. Yes. I try to do that as | 4 | Do you have any understanding |
| 5 | little as possible, but yes.   11:09:35 | 5 | what the term "price formation" means?   11:11:46 |
| 6 | Q. Seniority has its privileges. | 6 | A. Not specifically price |
| 7 | What does the day-to-day | 7 | formation as a term, no. |
| 8 | management of those relationships involve? | 8 | Q. Okay. Have you done any work |
| 9 | A. So we typically assign a team | 9 | to analyze prices of NFTs as they're traded |
| 10 | to those clients. There is a phase of   11:09:47 | 10 | after initial issuance?   11:11:57 |
| 11 | understanding what the client has, how they | 11 | A. So let me answer this a little |
| 12 | operate, what they do. | 12 | bit differently and see if it answers your |
| 13 | We hired a gentleman from | 13 | question. |
| 14 | McKinsey that leads that particular work | 14 | I am routinely -- I say |
| 15 | stream for us. So he's routinely involved   11:10:01 | 15 | routinely. I have been often retained to   11:12:04 |
| 16 | and understanding that client workflow, | 16 | value either a company that is an NFT |
| 17 | understanding their technologies and desired | 17 | platform, a company that owns an NFT platform |
| 18 | ROI. | 18 | or a specific NFT, but that's a little bit |
| 19 | Once we have that, we figure | 19 | different, right. It's placing a value on |
| 20 | out how to map their platforms and their   11:10:12 | 20 | either the company, the project, or a   11:12:21 |
| 21 | workflows to what we have and do that in the | 21 | specific asset. |
| 22 | most harmonious way so that we're not | 22 | Q. More enterprise valuation than |
| 23 | replacing technology that's essential to | 23 | commodity or product valuation? |
| 24 | their business. | 24 | MR. FLUHR: Objection. |
| 25 | There is typically a managing   11:10:24 | 25 | A. So, again, not an economist.   11:12:29 |

Page 114

1  Aren't terms I'm particularly familiar with.
2  It's really helping a company determine their
3  value for purposes of acquisition or
4  fundraising who might be an NFT platform
5  provider or interact significantly with NFTs    11:12:46
6  as sort of one-use case.
7       The second, not evaluate -- not
8  placing a value on the company but rather
9  a -- a set of NFT assets as a collection in
10 formatting -- formulating a value to that or    11:13:01
11 on a specific individual NFT and placing a --
12 a value on that.
13     Q.   (BY MR. FORD)  And am I --
14 well, let me just ask:  Is the process of
15 valuing a specific individual NFT different     11:13:14
16 than the process that you would do to value a
17 collection of NFTs?
18     A.   There are differences, yes.  So
19 the way I think of it is at an NFT level,
20 there's less to evaluate; at a project,         11:13:27
21 slightly more; at a company, even more.
22     Q.   What steps do you take when
23 you're asked to value a specific individual
24 NFT to arrive at a result?
25     A.   So a ton of data collection.          11:13:41

Page 115

1  As you might imagine, a lot of that is
2  related to its trading history, trading
3  patterns, identifying comparables,
4  understanding the project, what is the
5  utility of the project, what do consumers      11:13:55
6  find attractive about that or collectible
7  about that, how unique is that individual
8  token, what are the characteristics of it
9  that make it unique, does it compare in any
10 way to other any other token.                  11:14:06
11      So there's a whole multitude of
12 variables that come into that sort of
13 valuation that ultimately drive an opinion
14 about what we think or I think that
15 particular value is.                           11:14:18
16     Q.   Going back to the two different
17 categories of tickets that your project
18 mints, you noted that in some cases, there is
19 imagery that is designed to be associated
20 with the NFT; is that right?                   11:14:33
21     A.   So I would say they're images
22 associated with either.  There's a difference
23 between those two.  So for some of our
24 clients, they see -- they -- they have a need
25 to offer tickets as a form of entry that give  11:14:47

Page 116

1  the owner rights to that particular venue on
2  that particular day and particular seat.  But
3  once that concert is over, they're no longer
4  promoting for that same artist or that same
5  company.                                       11:15:02
6       And so there's no need for that
7  NFT to serve any other purpose.  It's really
8  just as a redemption to that particular venue
9  date and seat, so to speak.
10      So in that case, I think the             11:15:12
11 comment I made about imagery is that the
12 image is pretty crude.  Clients typically
13 don't want to spend money on that.  They
14 typically say, look, I just want a QR code
15 and maybe some text that says it's, you know,  11:15:23
16 this venue, this date, this seat, and so on.
17      The parallel I was drawing or
18 the contrast that I was drawing is that in
19 cases where clients have an ongoing need for
20 that consumer to purchase and provide --       11:15:37
21 purchase services on an ongoing basis, that
22 in those instances it becomes more of an NFT
23 project, right, where now the incentive is
24 give them a memorabilia versus just a ticket
25 location or a seat location.                   11:15:56

Page 117

1       And so there's a lot more care
2  put into the design of that art.  There's a
3  lot more care put into how to keep those
4  clients engaged, how to keep them on the
5  platform, how to keep them interacting, how    11:16:06
6  to reward and incentivize them to be part of
7  that particular community.
8       So those were the two examples
9  that I had used.
10     Q.   And are you involved in the          11:16:14
11 design of the imagery in either of those two
12 circumstances?
13     A.   So if by design, you mean
14 literally crafting that image, no.  It is
15 typically helping a client understand what     11:16:27
16 attributes might be needed, necessary, and
17 what those costs might be.
18      In some cases they do all of
19 that design themselves.  We certainly have
20 graphic designers, but in many cases           11:16:38
21 that's -- we help with design choice.  They
22 implement the design.
23     MR. FORD:  I think we've been
24     going for about another hour, so why
25     don't we take a break here, if that        11:16:58

Page 118

1  works for...
2    THE VIDEOGRAPHER: We are going
3  off the record. The time is 11:17.
4  (Break from 11:17 a.m. to 11:29 a.m.)
5    THE VIDEOGRAPHER: We are back        11:29:11
6  on the record. The time is 11:29.
7    Q.  (BY MR. FORD) Before the break
8  we were discussing the blockchain as a
9  service program, and we were discussing a lot
10 about NFTs used as tickets.             11:29:25
11   Are there any other use cases
12 for NFTs that the blockchain as a service
13 that you offer is used for?
14   A.  No. Our blockchain as a
15 service is used for non-NFT capability, so    11:29:44
16 top use cases include blockchain-based
17 solutions for tokenizing carbon credits in an
18 ESG need, as well as blockchain for other use
19 cases that are more business oriented, not
20 NFT specific.                          11:30:01
21   Q.  Actually, I wasn't attempting
22 to make a trick question there, so maybe I
23 was just using the wrong term.
24   When you were discussing the
25 use cases for the NFT minting service that    11:30:11

Page 119

1  you offer, you were talking a lot about
2  tickets.
3    Are there other use cases other
4  than tickets that you're involved with or
5  that the service provides?             11:30:22
6    A.  So two -- two different
7  questions, I think. In terms of the
8  blockchain as a service, the NFT ticketing
9  platform is distinct and specific to that.
10   I am involved in lots of other    11:30:33
11 NFT projects that don't involve our
12 blockchain as a service or our NFT ticketing
13 platform.
14   Q.  Okay. So just so that I
15 understand, and maybe this is very simple,    11:30:44
16 but other than the NFT ticketing platform, is
17 there any other NFT creation service that you
18 work on or offer?
19   A.  Not an NFT creation service,
20 no. The other work that I do, for example,    11:30:59
21 are around consulting and advice to
22 companies, Fortune 500s, platforms in the
23 space, creators, innovators, who are looking
24 to do something with NFT, so that's pure
25 advisory in nature.                    11:31:14

Page 120

1    And then smart contract audits
2  and assessments, our team does. So I've led
3  more than 50 engagements assessing and
4  auditing smart contracts for a variety of use
5  cases, so lots of other use cases in the    11:31:24
6  broader consulting and investigations
7  perspective.
8    But in terms of the service
9  where we're offering technology and minting
10 NFTs, the blockchain as a service for    11:31:33
11 ticketing specifically is the only one.
12   Q.  And have you advised in terms
13 of the consulting work you were talking
14 about, any companies that are using NFTs as
15 record of ownership of physical goods?    11:31:53
16   A.  Yes. I -- I guess I'm hesitant
17 because that's a really broad term. I think
18 of all NFTs as generally being in whole or in
19 part representative of some ownership. So,
20 yes, I think all of my work would qualify    11:32:12
21 there.
22   Q.  Well, I'm not -- I'm not just
23 talking about the record of ownership part.
24 So, you know, for example, if we go back to
25 your report on Page 5, right, you provide a    11:32:21

Page 121

1  number of different things that NFTs can
2  represent ownership of and you distinguish
3  between physical assets such as real estate
4  and fine art and more digitally native
5  products.                              11:32:38
6    Is that fair?
7    A.  Correct.
8    Q.  Okay. So are there companies
9  that you have advised in the course of your
10 work that are using NFTs to represent    11:32:46
11 ownership of physical assets as you describe
12 in your report?
13   A.  Digital assets, certainly. I'd
14 have to really double-check on the physical
15 asset side specifically.               11:33:05
16   Q.  Sitting here today, can you
17 recall any?
18   A.  None immediately come to mind.
19 Sorry, the hesitation is just, there are a
20 lot of clients over a long period of time,    11:33:17
21 and I'm trying to recall specifically, but I
22 can't think of any off the top of my head.
23   Q.  Okay. So here I notice that in
24 the discussion of digitally native products
25 you included a couple of examples, profile    11:33:46

| | |
|---|---|
| Page 370<br>1 UNITED STATES DISTRICT COURT<br>  FOR THE SOUTHERN DISTRICT OF NEW YORK<br>2<br>  NIKE, INC.,         \|<br>3 Plaintiff,        \|<br>                    \|<br>4 V.              \| Civil Action No.:<br>                    \| 1:22-cv-00983-VEC<br>5 STOCKX LLC,        \|<br>  Defendant.       \|<br>6<br>  _____<br>7 THE STATE OF _____:<br>  COUNTY OF _____:<br>8<br>9    I, MENDY A. SCHNEIDER, a Certified Shorthand<br>10 Reporter in and for the State of Texas, do<br>11 hereby certify that the facts as stated by me<br>12 in the caption hereto are true; that the<br>13 above and foregoing answers of the witness,<br>14 STEVEN McNEW, to the interrogatories as<br>15 indicated were made before me by the said<br>16 witness after being first duly sworn to<br>17 testify the truth, and same were reduced to<br>18 typewriting under my direction; that the<br>19 above and foregoing deposition as set forth<br>20 in typewriting is a full, true, and correct<br>21 transcript of the proceedings had at the time<br>22 of taking of said deposition.<br>23    I further certify that I am not, in any<br>24 capacity, a regular employee of the party in<br>25 whose behalf this deposition is taken, nor in | Page 372<br>1 Michael Fluhr, Esq.<br>2 michael.fluhr@dlapiper.com<br>3        August 10, 2023<br>4 RE: Nike, Inc. v. Stockx, LLC<br>5  8/8/2023, Steven McNew (#6001093)<br>6    The above-referenced transcript is available for<br>7 review.<br>8    Within the applicable timeframe, the witness should<br>9 read the testimony to verify its accuracy. If there are<br>10 any changes, the witness should note those with the<br>11 reason, on the attached Errata Sheet.<br>12    The witness should sign the Acknowledgment of<br>13 Deponent and Errata and return to the deposing attorney.<br>14 Copies should be sent to all counsel, and to Veritext at<br>15 cs-ny@veritext.com<br>16<br>17  Return completed errata within 30 days from<br>18 receipt of testimony.<br>19   If the witness fails to do so within the time<br>20 allotted, the transcript may be used as if signed.<br>21<br>22         Yours,<br>23         Veritext Legal Solutions<br>24<br>25 |
| Page 371<br>1 the regular employ of this attorney; and I<br>2 certify that I am not interested in the<br>3 cause, nor of kin or counsel to either of the<br>4 parties.<br>5    That the amount of time used by<br>6 each party at the deposition is as follows:<br>7    MR. FORD - 06:34:00<br>8<br>9<br>   GIVEN UNDER MY HAND AND SEAL OF OFFICE,<br>10 on this, the 10th of August, 2023.<br>11<br>   *mendySchneider*<br>12    _____<br>   MENDY A. SCHNEIDER, CSR, RPR<br>13    Certification No.: 7761<br>      Expiration Date: 1-31-2025<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | Page 373<br>1 Nike, Inc. v. Stockx, LLC<br>2 Steven McNew (#6001093)<br>3       E R R A T A  S H E E T<br>4 PAGE_____ LINE_____ CHANGE_____<br>5 _____<br>6 REASON_____<br>7 PAGE_____ LINE_____ CHANGE_____<br>8 _____<br>9 REASON_____<br>10 PAGE_____ LINE_____ CHANGE_____<br>11 _____<br>12 REASON_____<br>13 PAGE_____ LINE_____ CHANGE_____<br>14 _____<br>15 REASON_____<br>16 PAGE_____ LINE_____ CHANGE_____<br>17 _____<br>18 REASON_____<br>19 PAGE_____ LINE_____ CHANGE_____<br>20 _____<br>21 REASON_____<br>22<br>23 _____  _____<br>24 Steven McNew                    Date<br>25 |