UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br> Defendant. | Civil Action No.: 1:22-cv-00983-VEC |

**DECLARATION OF TAMAR Y. DUVDEVANI IN SUPPORT OF NIKE, INC.'S REPLY OMNIBUS MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY AND OPINIONS OF SARAH BUTLER, ROBERT VIGIL, AND DEJONGH WELLS**

I, Tamar Y. Duvdevani, declare as follows:

1. I am a partner at DLA Piper LLP (US) and attorney of record for Plaintiff Nike, Inc. ("Nike"). I submit this Declaration in connection with Nike's Reply Omnibus Motion to Exclude the Proffered Expert Testimony and Opinions of Sarah Butler, Robert Vigil, and DeJongh Wells and to place before the Court relevant supporting material.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the August 22, 2023 trial transcript in *GOLO, LLC, et. al. v. Goli Nutrition Inc., et al.,* Case No. 1:20-cv-667 (D. Del. Aug. 22, 2023), containing portions of the direct examination of Sarah Butler.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on November 17, 2023 in New York, New York.

By: */s/ Tamar Y. Duvdevani*
     Tamar Y. Duvdevani

1