# EXHIBIT K

Page 1

1          UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

2

   NIKE, INC.,              |
3     Plaintiff,            |
                            |
4   V.                      |    Civil Action No.:
                            |    1:22-cv-00983-VEC
5   STOCKX LLC,             |
     Defendant.             |

6

7    *********************************************
          ORAL AND VIDEOTAPED DEPOSITION OF
8                   STEVEN McNEW
                  AUGUST 8, 2023
9    *********************************************

10          ORAL AND VIDEOTAPED DEPOSITION of
    STEVEN McNEW, produced as a witness at the

11   instance of the Defendants, and duly sworn,
    was taken in the above-styled and numbered

12   cause on August 8, 2023, from 9:10 a.m. to
    5:40 p.m., before Mendy A. Schneider, CSR,

13   RPR, in and for the State of Texas, recorded
    by machine shorthand, at the offices of

14   DLA PIPER, 845 Texas Avenue, Suite 3800,
    Houston, Texas, pursuant to the Federal Rules

15   of Civil Procedure and the provisions stated
    on the record or attached hereto; that the

16   deposition shall be read and signed.

17

18

19

20

21

22

23

24

25

Page 2

1                 A P P E A R A N C E S

2

    FOR THE PLAINTIFF:
3       MICHAEL FLUHR (Real-time)
        DLA PIPER
4       555 Mission Street, Suite 2400
        San Francisco, California 94105-2933
5       415.615.6011
        michael.fluhr@dlapiper.com
6

7    FOR THE DEFENDANT:
        CHRISTOPHER FORD (Real-time)
8       KATHRYN SABA
        DEBEVOISE & PLIMPTON
9       650 California Street
        San Francisco, California 94108
10      415.738.5705
        csford@debevoise.com
11      ksaba@debevoise.com

12

    ALSO PRESENT:
13     CYNTHIA JOSEPH, The Videographer

14

15

16

17

18

19

20

21

22

23

24

25

Page 43

```
 1          Q.     So would you have to decompile
 2     the smart contract code in order to access
 3     this link?
 4               MR. FLUHR:  Objection.
 5          A.     In the version I received I        09:48:42
 6     believe you had to.
 7          Q.     (BY MR. FORD)  What do you mean
 8     by in the version you received?
 9          A.     I don't know what consumers
10     might have been given access to.  I -- I was  09:48:51
11     given access to a version that required a
12     decompilation before being able to review it
13     in human form.
14          Q.     So you didn't do any work to
15     determine what consumers might have had       09:49:05
16     access to aside from what you had access to;
17     is that right?
18               MR. FLUHR:  Objection.
19          A.     I -- I didn't interview any
20     custodians or customers to find out what they 09:49:14
21     had access to, no.
22          Q.     (BY MR. FORD)  Are you aware of
23     any actual or potential Vault NFT purchasers
24     who accessed this JSON file?
25          A.     I wouldn't know one way or the     09:49:26
```

Page 44

```
 1      other.
 2          Q.     And just so I understand, did
 3      you personally, in the course of preparing
 4      your opinions, access this JSON file via the
 5      blockchain or anything other than this Nike     09:49:40
 6      production document?
 7              MR. FLUHR:  Objection.
 8          A.     I did not personally follow
 9      that JSON file link, no.
10          Q.     (BY MR. FORD)  So just to          09:49:48
11      clarify the question, I'm not asking about
12      following the link that's set out in capture
13      URL here.
14              I'm asking:  Did you do
15      anything to find where in the smart contract   09:49:58
16      this link appears?
17              MR. FLUHR:  Objection.
18          A.     So our work certainly would
19      have been to examine the code, examine
20      Etherscan, identify what's in the metadata,    09:50:11
21      and review what was in the metadata.
22              I didn't personally follow the
23      link, but the link address purports with the
24      representation of the link in the exhibit
25      with the description that's contained here.    09:50:28
```

Page 78

```
 1      there are definitions that we could split

 2      hairs about in terms of is

 3      fungible/nonfungible a blockchain term or

 4      isn't it, is an NFT a blockchain term or

 5      isn't it.                                    10:35:42

 6                  I would suggest that across all

 7      the clients I work with, NFTs are generally

 8      thought to be blockchain-based assets.

 9           Q.    Are the clients you work with

10      generally corporations?                      10:35:53

11           A.    It's a mix.  It's corporations.

12      So Fortune 500 and -- and others.  It is

13      marketplaces, creators, innovators.  It spans

14      the gamut.

15           Q.    What work did you do in           10:36:08

16      connection with your report or otherwise, if

17      any, to understand how the term NFT is

18      understood by consumers?

19           A.    So I'm not sure I understand

20      the question.  Could you --                  10:36:25

21           Q.    What part of the question do

22      you not understand?

23           A.    -- rephrase for me?

24                  Well, so you're saying what

25      work did I do, and I suppose there is a      10:36:31
```

Page 79

```
 1      colloquial understanding that in the context

 2      of Vault NFTs and in the context of NFT

 3      projects that we're fairly specifically

 4      talking about blockchain-based digital

 5      assets.                              10:36:52

 6                  So I didn't interview others or

 7      ask them their understanding of whether or

 8      not an NFT is a digital-based asset.

 9      Everything that I read in this case is really

10      pointing to it is a blockchain-based NFT.    10:37:07

11                  I hope that answered the

12      question.

13          Q.    It's interesting, but it

14      doesn't quite answer the question, so let me

15      try to ask it a different way.             10:37:20

16                  Did you do any work in this

17      case specifically to understand how the term

18      NFT is understood by consumers?

19                  MR. FLUHR:  Objection.

20          A.    I think NFTs in this case are    10:37:32

21      understood to be what I see in other cases,

22      other examples of projects, where there is an

23      understanding that this is an NFT project.

24      Representations were made about the NFT being

25      tied one-to-one to the blockchain.         10:37:53
```

```
                                              Page 80
 1              I think consumers believed
 2      that, thought that, and bought a bundle of
 3      rights and access when acquiring a digital
 4      asset, an NFT in this case.
 5              So I'm, sorry, Counselor, I'm      10:38:06
 6      struggling to make sure I hit the answer, but
 7      just it's -- does that help?
 8          Q.    (BY MR. FORD)  So you said that
 9      you think that consumers believed something,
10      right?  That was your testimony.            10:38:21
11              What work did you do to arrive
12      at that conclusion or opinion that consumers
13      believed the things that you think they
14      believed?
15              MR. FLUHR:  Objection.              10:38:31
16          A.    All of those things detailed in
17      my report:  the review of all of the evidence
18      in the case, the external materials, the
19      social media posts and sites, the discord
20      server content, the internal communications;  10:38:43
21      all of those collectively tell a story about
22      what was represented, and also what,
23      therefore, consumers believed to be the asset
24      they were purchasing.
25          Q.    (BY MR. FORD)  Did you ask any    10:38:57
```

                                        Page 81

1     consumers about any of those pieces of

2     information that you are referencing?

3          A.    I did not interview any

4     consumers.  I looked at post comments,

5     internal and external, that were made about    10:39:11

6     the NFTs and what those expectations were

7     voiced as.

8          Q.    Aside from interviews, did you

9     do any surveys of any kind of consumers?

10         A.    I did not.                          10:39:23

11         Q.    Have you ever spoken to anyone

12    in any context who you understand to have

13    been a purchaser of a Vault NFT?

14              MR. FLUHR:  Objection.

15         A.    Not that I'm aware of.              10:39:37

16         Q.    (BY MR. FORD)  Have you ever

17    spoken to anyone in any context who you

18    understand to have been a prospective

19    purchaser of a Vault NFT?

20              MR. FLUHR:  Objection.               10:39:46

21         A.    Really tough to answer that

22    speculatively.  Not -- not that I know of.

23         Q.    (BY MR. FORD)  You've never had

24    a conversation with anyone about -- never

25    mind.  Let me withdraw that.                   10:39:58

Page 82

```
 1                  Have you ever conducted
 2       consumer perception research more generally
 3       outside of the context of this case?
 4            A.     I have not and didn't do it
 5       here either as a formality, right.  It was      10:40:09
 6       more understanding what was represented to a
 7       consumer, what the consumer voiced their
 8       understanding of that to be, and then the
 9       behaviors and whether or not those behaviors
10       aligned with those beliefs.                      10:40:23
11            Q.     And when you say what the
12       consumer voiced their understanding of that
13       to be, are those the consumer statements that
14       are cited specifically in your opening and
15       rebuttal reports?                                10:40:36
16            A.     Right, among others I may have
17       read during the course of the investigation,
18       yes.
19            Q.     Are there any statements by
20       consumers that you relied upon in forming       10:40:43
21       your opinions that are not set out in your
22       opening or rebuttal reports?
23                  MR. FLUHR:  Objection.
24            A.     I did my best to make sure that
25       anything impactful was included.                 10:40:56
```

Page 114

1       Aren't terms I'm particularly familiar with.

2       It's really helping a company determine their

3       value for purposes of acquisition or

4       fundraising who might be an NFT platform

5       provider or interact significantly with NFTs    11:12:46

6       as sort of one-use case.

7                   The second, not evaluate -- not

8       placing a value on the company but rather

9       a -- a set of NFT assets as a collection in

10      formatting -- formulating a value to that or    11:13:01

11      on a specific individual NFT and placing a --

12      a value on that.

13           Q.    (BY MR. FORD)  And am I --

14      well, let me just ask:  Is the process of

15      valuing a specific individual NFT different    11:13:14

16      than the process that you would do to value a

17      collection of NFTs?

18           A.    There are differences, yes.  So

19      the way I think of it is at an NFT level,

20      there's less to evaluate; at a project,    11:13:27

21      slightly more; at a company, even more.

22           Q.    What steps do you take when

23      you're asked to value a specific individual

24      NFT to arrive at a result?

25           A.    So a ton of data collection.    11:13:41

Page 115

1    As you might imagine, a lot of that is

2    related to its trading history, trading

3    patterns, identifying comparables,

4    understanding the project, what is the

5    utility of the project, what do consumers       11:13:55

6    find attractive about that or collectible

7    about that, how unique is that individual

8    token, what are the characteristics of it

9    that make it unique, does it compare in any

10   way to other any other token.                   11:14:06

11              So there's a whole multitude of

12   variables that come into that sort of

13   valuation that ultimately drive an opinion

14   about what we think or I think that

15   particular value is.                            11:14:18

16        Q.    Going back to the two different

17   categories of tickets that your project

18   mints, you noted that in some cases, there is

19   imagery that is designed to be associated

20   with the NFT; is that right?                    11:14:33

21        A.    So I would say they're images

22   associated with either.  There's a difference

23   between those two.  So for some of our

24   clients, they see -- they -- they have a need

25   to offer tickets as a form of entry that give  11:14:47

```
                                        Page 121
 1     number of different things that NFTs can

 2     represent ownership of and you distinguish

 3     between physical assets such as real estate

 4     and fine art and more digitally native

 5     products.                               11:32:38

 6              Is that fair?

 7         A.    Correct.

 8         Q.    Okay.  So are there companies

 9     that you have advised in the course of your

10     work that are using NFTs to represent      11:32:46

11     ownership of physical assets as you describe

12     in your report?

13         A.    Digital assets, certainly.  I'd

14     have to really double-check on the physical

15     asset side specifically.                 11:33:05

16         Q.    Sitting here today, can you

17     recall any?

18         A.    None immediately come to mind.

19     Sorry, the hesitation is just, there are a

20     lot of clients over a long period of time,  11:33:17

21     and I'm trying to recall specifically, but I

22     can't think of any off the top of my head.

23         Q.    Okay.  So here I notice that in

24     the discussion of digitally native products

25     you included a couple of examples, profile   11:33:46
```

Page 144

1      about this language?

2              A.      I reviewed a lot of material.

3      I don't remember specifically that language.

4              Q.      Was it -- would it be relevant

5      to understanding the meaning that StockX put      12:01:35

6      on particular terms in StockX's presentations

7      to understand what employees testified that

8      that language meant?

9                      MR. FLUHR:  Objection.

10             A.      Yes, but I think, again, the       12:01:50

11     end result and the conversation itself tells

12     the narrative that, as an independent

13     observer, StockX was focused on the design

14     element of these NFTs.

15                     They talked about it              12:02:08

16     internally, and that's what ultimately ended

17     up as the image in the product pages.

18             Q.      (BY MR. FORD)  And no consumer,

19     to your knowledge, ever saw this

20     presentation, correct?                            12:02:18

21             A.      I don't know.

22             Q.      Do you have any reason to

23     believe any consumer or actual or prospective

24     purchaser of the Vault NFTs ever saw this

25     slide deck or presentation?                       12:02:26

```
                                                      Page 145

 1                   MR. FLUHR:  Objection.

 2           A.     I have no idea.

 3           Q.     (BY MR. FORD)  The other

 4     example that you gave was a chat -- an

 5     internal chat on Page 46 of your report.      12:02:43

 6           A.     Yes.

 7           Q.     And this was an -- an internal

 8     Slack thread among StockX employees, correct?

 9           A.     Correct.

10           Q.     And is -- was it -- I believe    12:03:03

11     it was your testimony that you relied on this

12     in forming your opinion that StockX -- well,

13     let me -- let me actually find the testimony

14     because that would be best.

15                   Right.  So let me strike that    12:03:49

16     and restart the question.

17

23                   MR. FLUHR:  Objection.

24           A.     It is another example, yes.

25           Q.     (BY MR. FORD)  Okay.  And where  12:04:22
```

Page 147

1    and things like that early on.

2         Q.    But not -- you decided not to

3    include any of those in your report?

4              MR. FLUHR:  Objection.

5         A.    I don't recall any of them         12:05:45

6    being in the report as examples.

7         Q.    (BY MR. FORD)  And why not?

8         A.    So my opinion is that great

9    care and time and attention was spent

10   designing and architecting an NFT image that   12:05:57

11   conveyed to a consumer something more than a

12   claims ticket or some basic utility, but that

13   there was thought put into the careful design

14   of an image that then spoke to a consumer in

15   a way that led them to believe it was          12:06:18

16   something more desirable, more collectible.

17        Q.    And I think we've already

18   discussed, though, that you did not do

19   anything to speak to or survey consumers to

20   understand whether anyone actually did         12:06:31

21   believe that it was something more desirable

22   or more collectible, correct?

23        A.    I did not interview anybody,

24   but, look, this is consistent across nearly

25   every project I've worked on, where the        12:06:42

Page 157

1    that was going to be burned in a short period

2    of time and, therefore, no longer available.

3              So that was the basis of --

4    that was the whole opinion, right, related to

5    the imagery, and that care was taken to          12:16:24

6    develop that and that accordingly it was

7    unclear because of that changing terminology

8    or that changing description what rights were

9    actually conveyed to the consumer.

10        Q.    So I'm a little confused,             12:16:40

11   because I asked you what you put a lot of

12   weight into and you returned to the concept

13   that there was changing terminology and a

14   changing description, which I think you had

15   just told me was what you didn't put a lot of   12:17:07

16   weight into.

17              MR. FLUHR:  Objection.

18              MR. FORD:  Sorry, I hadn't

19        finished the -- the question.

20        Q.    (BY MR. FORD)  So I'm just           12:17:17

21   trying to understand specifically what

22   evidence you reviewed in connection with your

23   work in this case that informed your opinion

24   that consumers believed that the Vault NFT

25   images were worthy of sharing.                  12:17:34

Page 158

1          MR. FLUHR:  Objection.

2      A.    So -- so I think we keep coming

3   back to this concept that there's some sort

4   of formulaic approach here that has measured

5   weights and balances, and I -- I don't think    12:17:47

6   it might work that way at all.

7          I think it might work as

8   understanding the totality of what happened,

9   and as part of that, understanding the images

10  that were used, how they were designed, how     12:17:59

11  they were conveyed and ultimately shared with

12  consumers mattered.

13          And then related to the rights

14  and benefits, noting that in the context of

15  highly stylized images and collectible          12:18:16

16  images, there is often a package or a bundle

17  of rights and benefits.  And along with that

18  includes rights whether legal, legally

19  enforceable or not, to use those images in

20  some capacity or some way.                       12:18:32

21          And so my report gives two

22  examples of two projects that conveyed what

23  that is to their consumer.  So that was the

24  basis for it.

25      Q.    (BY MR. FORD)  So we're            12:18:46



Page 193



Page 204

```
 1            A.      Correct.
 2            Q.      You also offer a number of
 3     opinions about whether or not consumers would
 4     have had a clear understanding of what the
 5     Vault NFTs were; is that right?              13:49:59
 6                 MR. FLUHR:  Objection.
 7            A.     I think that's fair.
 8            Q.     (BY MR. FORD)  But as I think
 9     we've discussed a number of times, consumers
10     would not have seen StockX's internal           13:50:09
11     documents when reaching their understandings
12     or thoughts about Vault NFTs, right?
13            A.     I can't know what the consumer
14     would see.  But tests were done.  So I -- I
15     don't know that I can honestly answer that      13:50:22
16     question.
17            Q.     Well, let me ask it a different
18     way.
19                 Of the internal StockX
20     documents that you considered, are you aware    13:50:28
21     of any of those that were seen by actual or
22     prospective purchasers of Vault NFTs?
23            A.     I honestly can't know what they
24     might have done, shared, tested the market,
25     shared what the market -- I -- I don't know.    13:50:44
```

```
                                             Page 205
1          Q.    But as to the internal StockX
2     documents that you considered, was it your
3     understanding as you were considering them
4     that any actual or prospective purchaser of a
5     Vault NFT had seen that document?        13:50:55
6          A.    I think my view and opinion is
7     that it's possible they could have seen it.
8     I can't know whether they did or didn't, so
9     that didn't heavily factor to anything I -- I
10    did.                                     13:51:11
11         Q.    Did you, in reaching your
12    opinions, assume that any of the internal
13    StockX documents that you saw had, in fact,
14    been seen by consumers?
15         A.    I -- I wouldn't have made an    13:51:21
16    assumption either way.
17         Q.    So what did you do in reaching
18    your conclusions about what consumers
19    understood about the Vault NFTs to ensure
20    that as you were reaching those opinions you  13:51:36
21    were considering only the information that
22    consumers would have seen and not internal
23    StockX materials that consumers would not
24    have seen?
25              MR. FLUHR:   Objection.         13:51:48
```

```
                                              Page 206
 1          A.     So that was a really long

 2    question.  Let me see if I can get this

 3    right.

 4          Q.     (BY MR. FORD)  I can repeat it

 5    if that would be easier.              13:51:56

 6          A.     Please.

 7          Q.     Okay.  What did you do in

 8    reaching your conclusions about what

 9    consumers understood about the Vault NFTs to

10    ensure that as you were reaching those        13:52:05

11    opinions you were considering only the

12    information that consumers would have seen

13    and not internal StockX information that

14    consumers would not have seen?

15               MR. FLUHR:  Objection.            13:52:18

16          A.     Understood.  So to me there are

17    multiple angles of this, right?

18               There's the internal what did

19    StockX do, what were their actions, what did

20    they ultimately produce and deliver.          13:52:33

21               And then to your point, there

22    is what did the consumer likely see and

23    understand about this.

24               And within that category, there

25    are definitive items, how it was represented   13:52:44
```

Page 207

1       on a website, the influencers that were --

2       were hired in talking about the platform or

3       the project, the experience the consumer

4       themselves would have had, right, logging

5       into the site looking at the PDP page -- or     13:53:00

6       the PDP, looking at the products and

7       experiencing the sale, the waiting room, the

8       road map, all of those kinds of things that a

9       consumer would experience and the sort of

10      connecting all of those dots with what           13:53:13

11      actually was delivered in the end.

12                    So I don't know if I'm quite

13      answering your question, but essentially it's

14      isolating what that consumer should have

15      normally seen and therefore understood to be     13:53:23

16      the product that was being offered.

17          Q.    (BY MR. FORD)  As you were

18      doing that, isolating what the consumer

19      should have normally seen, had -- when --

20      sorry, let me strike that and rephrase the       13:53:38

21      question.

22                    At the time when you were

23      evaluating these public materials about what

24      a consumer would have normally seen and

25      understood, had you already reviewed internal    13:53:50

Page 208

```
1      StockX documents and materials?
2                  MR. FLUHR:  Objection.  Sorry.
3           Objection.  Go ahead.
4           A.    I wouldn't -- I don't know that
5      I would really know what the sequence was.  I    13:54:02
6      suspected -- I suspect it was mostly in
7      parallel.
8                  It was sort of not categorized
9      as internal versus customer.  It was sort of
10     here's all of the evidence and let's wade        13:54:13
11     through it and look at them in context and
12     form opinions based on what we see.
13          Q.    (BY MR. FORD)  Okay.  Let's
14     talk a bit about this design process that
15     you, I think, were just referring to.  And we   13:54:30
16     can go to Page 54 of your report.
17                 And sorry, just for the record,
18     Exhibit 1, 50 -- Page 54.
19                 Are you with me?
20          A.    Page 54, yes, sir.                    13:54:54
21          Q.    Okay.  You write under the blue
22     heading:  "For the Vault NFT planning,
23     design, development, and architecture, StockX
24     utilized the Minimum Viable Product ('MVP')
25     methodology."                                    13:55:12
```

```
                                              Page 220
 1      was to evaluate the StockX NFT offering,

 2      their actions, product quality, and customer

 3      reaction to that.  So I didn't evaluate

 4      deeply any other NFT platforms or projects.

 5           Q.    (BY MR. FORD)  You did offer      14:07:06

 6      comparisons, though, to the Bored Ape Yacht

 7      Club and Azuki, right?

 8           A.    For certain aspects, yes, and

 9      also more largely to my experience broadly in

10      the space with customers ranging from          14:07:20

11      Fortune 500 to influencers and platforms,

12      yes.

13           Q.    Why would it not have been

14      relevant for you to understand what your

15      client, Nike, who retained you here, had as    14:07:31

16      an experience when launching their own NFT

17      platform?

18                 MR. FLUHR:  Objection.

19           A.    Well, so I -- I would probably

20      first qualify that, I don't see Nike as a      14:07:41

21      client.  I see my role here to look at -- I

22      know that sounds Pollyanna but it's true.

23                 My job is to look at the real

24      facts of this and to form opinions about what

25      I think happened here.  What Nike may or may   14:07:54
```

Page 244

```
 1          Q.      (BY MR. FORD)  And when you

 2     were forming that opinion, did you consider

 3     other companies' models around NFT custody

 4     and trading?

 5          A.      So I would say generally        14:49:30

 6     considered the behaviors and the patterns and

 7     the offerings of a StockX to other NFT

 8     companies, platforms, and projects.

 9          Q.      Which other companies,

10     platforms, and projects?                     14:49:46

11          A.      Many of my clients that we've

12     talked about across the industry, whether

13     they be Fortune 500, other similar companies

14     to StockX, innovators/creators that have

15     hired us to do analysis or consulting or some 14:50:02

16     sort of work.

17               So it's sort of in comparison

18     to the rest of that understanding across the

19     NFT population.

20          Q.      I -- I -- I think we've already  14:50:11

21     addressed this, but this is where I'm

22     struggling.

23               Are you able to identify for me

24     any of those clients that you used as --

25     whose platforms you used as comparators to    14:50:21
```

Page 253

1    could have, and weighed it in determining,

2    you know, what my ultimate opinion is.

3         Q.    So looking at your Materials

4    Considered, which is Exhibit A to your first

5    report, I noticed a number of StockX web        14:59:08

6    pages, and if we look on page -- well, it's

7    actually Page 3 but it's numbered as Page 2

8    of your Materials Considered, you reviewed

9    one page about midway down,

10   "StockX.com/help/articles, what are the        14:59:40

11   rewards and benefits of owning NFTs on

12   StockX."

13              Do you see that?

14        A.    I'm sorry, I don't.  Oh, I see

15   it, yes.                                         14:59:49

16        Q.    Okay.  So -- so you did review

17   an article specific to rewards and benefits

18   when you were forming your opinion; is that

19   right?

20        A.    Sure.                                 15:00:01

21        Q.    Were you aware that StockX

22   issued a more general Help and FAQ page on

23   the Vault NFTs?

24        A.    I'm generally aware that those

25   have changed over the course of time, but I     15:00:13

```
                                              Page 254
 1     don't know specifically that I have every

 2     version and every date of every version.

 3          Q.    Were you aware that StockX

 4     issued an FAQ specifically explaining Vault

 5     NFT additions?                           15:00:28

 6               MR. FLUHR:  Objection.

 7          A.    I think I saw that.

 8          Q.    (BY MR. FORD)  But did not list

 9     that in your Materials Considered?

10          A.    Yeah, I'm just trying to       15:00:37

11     remember.  I saw so many FAQs, but I don't

12     know if -- yeah, I don't recall specifically

13     which one you're referring to and if it was

14     one I looked at or not.

15          Q.    Uh-huh.                        15:00:47

16               I'll -- I'll represent to you

17     that it is not cited either anywhere in your

18     report or in your Materials Considered.

19               There was also an FAQ that

20     StockX issued explaining the difference     15:00:55

21     between Vault NFTs and Experiential NFTs.

22               Do you recall seeing that?

23               MR. FLUHR:  Objection.

24          A.    I -- I wouldn't know without

25     seeing it, if it's something that looks    15:01:05
```

Page 255

1    familiar or not.

2         Q.    (BY MR. FORD)  Okay.  I'll

3    represent to you that that also wasn't cited

4    either anywhere in your report or in your

5    Materials Considered.                      15:01:13

6              Do you believe that you may

7    have seen those documents and simply did not

8    include them in your report?

9              MR. FLUHR:  Object.

10        A.    Yeah, I -- I don't know.  I      15:01:20

11   would have to see them to see if they look

12   familiar and if I saw them in any way.

13        Q.    (BY MR. FORD)  Okay.  Let's put

14   this aside for the moment.

15             Are you familiar with the NBA?    15:01:31

16        A.    Yes.

17        Q.    National Basketball

18   Association?

19        A.    Yes, sir.

20        Q.    Are you familiar with the NBA's  15:01:37

21   Top Shot NFT project?

22        A.    Generally familiar.

23        Q.    Did you consider in any way the

24   NBA's Top Shot NFT when forming your opinions

25   in this case?                              15:01:50

Page 259

1    ████████████████████████

     ██████████████████████████████

     █████████████████████████████

     ██████████████████████████

     ██████████████████████████    █████████

     ████████████████████████████

     ██████████████████████████████

     ██████████████████████████████

     ████████████████████████████

     ██████████████████████████████    █████████

     █████████████████████████████

     ██████████████████████████

     ██████████████████████████████

     ███████████████████████████████

     █████████████████████████████    █████████

16           (Marked McNew Exhibit No. 16.)

17           Q.     (BY MR. FORD)  I'm going to

18    hand you what I've marked as Exhibit 16,

19    which is a document bearing the Bates

20    No. STX0094175, and I'll ask if you recognize    15:06:22

21    this document.

22                  Take the time that you need to

23    flip through it.

24           A.     Would you like me to review or

25    browse and be prepared to comment, or fully    15:06:50

Page 260

1    read?

2         Q.    So I -- I'd first like to know

3    if you recall reviewing this document in the

4    course of forming your opinions in this case?

5         A.    It does not immediately look        15:06:59

6    familiar.

7         Q.    Okay.  We can -- we can just

8    step through certain representations.  Let's

9    look at the second page of the document which

10   has a Bates number ending in 176.            15:07:11

11        A.    Yes, sir.

12        Q.    There's a question, "Where can

13   I check the blockchain ledger?  Why don't I

14   see my transaction in the ledger?"

15             Do you see that?                     15:07:21

16        A.    I see that.

17        Q.    And then the answer provided

18   below it reads:  "You can check the

19   blockchain ledger for each StockX NFT through

20   Etherscan.  Since StockX maintains custodial   15:07:29

21   authority of all NFTs traded on the platform,

22   you will not see the transaction history in

23   the blockchain ledger.

24             "You can, however, always see

25   the transaction history on the StockX product  15:07:40

Page 261

1    page.  Transaction history is blended for all

2    editions and will not show trades on an

3    individual token basis.

4              "In the future, customers will

5    have the ability to withdraw an NFT from       15:07:51

6    StockX to an external personal wallet and any

7    withdrawal will be posted below."

8              Do you see that?

9         A.   I do see that and, I'm sorry,

10   is there a date that this would have been      15:08:01

11   live or active?

12        Q.   So if you look towards the --

13   let's see.

14              If you look towards the back --

15   this is going to take a minute, but we can go   15:08:37

16   through that.  So on page that ends in 194,

17   you see there's a date of January 18th, 2022,

18   at the top of that page?

19        A.   Got it.

20              Is there no date specific to         15:08:58

21   these first pages?

22        Q.   So I'm -- I'm getting there for

23   you just if you --

24        A.   Okay.  Sorry.

25        Q.   No, it's okay.                        15:09:04

```
                                           Page 262

  1               So -- and then there is a

  2      launch schedule -- are you familiar with sort

  3      of a product launch schedule?

  4           A.    Yes, sir.

  5           Q.    Okay.  So do you see here what    15:09:10

  6      looks like a -- a product or marketing launch

  7      schedule?

  8           A.    What page would that be?

  9           Q.    So starting on 194, you see,

 10      "Twitter 1:00 p.m. EST," a series of Tweets.    15:09:20

 11               Page 195, "Instagram feed

 12      1:00 p.m. EST," and some text.

 13               Over the next couple pages,

 14      IGS.  On Page 198, "Discord 1:00 p.m. ET,"

 15      and some text.                                  15:09:38

 16               Do you see all of that?

 17           A.    I see all of that.

 18           Q.    Okay.  And then as it

 19      continues, you see still under that heading

 20      "Discord 1:00 p.m. ET," all of that text    15:09:51

 21      continues to "Introducing the vault"; "How it

 22      works"; "Frequently asked questions."  That's

 23      on Page 199.

 24           A.    And, I'm sorry, was there a

 25      question about a development schedule or --    15:10:11
```

                                                    Page 263

1            Q.     No.  I mean, I -- I'm trying to
2      give -- I'm trying to respond to your
3      question, and I'm just --
4            A.     I understand.
5            Q.     Right.  So at -- and then it       15:10:20
6      continues onto Page 200.  And it says:  "If
7      you need help with our vault token, our team
8      is here to support hyperlinks StockX.com/help
9      after those initial FAQs."
10           A.     Okay.  I've browsed this.          15:11:02
11           Q.     Okay.  In any of the materials
12     you reviewed and considered in connection
13     with this case, did you review anything that
14     contained the representations that you saw on
15     Page 176 that I read to you?                    15:11:16
16                  MR. FLUHR:  Objection.
17           Q.     (BY MR. FORD)  Sorry, the page
18     ending in 176.
19                  MR. FLUHR:  Objection.
20           A.     I'm sorry, do you mean the         15:11:24
21     Bates number?
22           Q.     (BY MR. FORD)  I mean the --
23     yes, the Bates number ending in 176 --
24           A.     Thank you.
25           Q.     -- the portion I read to you,      15:11:35

Page 264

1    the question and answer beginning, "Where can

2    I check the blockchain ledger?"

3              A.    And I'm sorry, I've lost track

4    of where we are with all of the page turning.

5              Q.    No, that's okay.  Are you with    15:11:47

6    me on Page --

7              A.    I'm with you.

8              Q.    -- the page ending on Page 176?

9              A.    I am, yes, sir.

10             Q.    Okay.                              15:11:51

11             A.    And I'm with you on the

12   paragraph, "You can check the ledger for

13   StockX NFT through Etherscan," et cetera, et

14   cetera, yes.

15             Q.    Uh-huh.  Did you see StockX       15:11:55

16   make those representations to consumers in

17   any of the pages that you did review in

18   forming your opinions?

19                   MR. FLUHR:  Objection.

20             A.    I can't recall if I saw this      15:12:07

21   exact language.  Certainly there were a

22   mixture of communications related to what is

23   on-chain, what is not on-chain, what can be

24   traced where, and what page to find various

25   information on.                                   15:12:26

Page 265

1           So not -- not a black-and-white

2     answer, but I've seen similar narratives.

3           Q.     (BY MR. FORD)  Okay.  Does any

4     of the -- does the fact of any of these

5     disclosures from StockX to customers change     15:12:38

6     any of the opinions that you reference in

7     your report to the extent you did not see

8     them or consider them prior to today?

9           A.     So it doesn't change it.

10    And -- and let me explain my thinking here.     15:12:53

11           There were comments throughout

12    that were covering a variety of informational

13    purposes.  Some of those more loudly

14    proclaiming blockchain functionality, some of

15    them in a more bespoke way responding to a      15:13:16

16    particular question or putting up a -- an

17    FAQ.

18           I think for me, weighing all of

19    those things relative to what actually

20    happened is the most important aspect of        15:13:31

21    that.

22           And so when I see the CEO talk

23    about a direct connection to the blockchain

24    one to one or the broader context of NFTs

25    being conveyed as sort of the colloquial NFT,   15:13:46

```
                                              Page 281
 1     to believe that there's something here more
 2     than the physical asset to be able to drive
 3     the pricing in the way that it did.
 4               And so the comments here are
 5     really in support of some of the messages    15:31:12
 6     that I encountered from consumers opining on,
 7     what it is that we're paying the additional
 8     funds for, for example, above and beyond the
 9     price of a shoe.
10          Q.    (BY MR. FORD)  So is it your       15:31:24
11     opinion that the prices consumers were
12     willing to pay for Vault NFTs was driven by
13     those consumers' valuation of the, as you put
14     it, exclusive benefits that StockX was
15     offering?                                     15:31:43
16               MR. FLUHR:  Objection.
17          A.    My opinion is that consumers
18     believed they were getting a bundle of rights
19     and benefits in addition to vaulting and paid
20     a premium for those rights and benefits.      15:31:56
21          Q.    (BY MR. FORD)  And I -- I -- I
22     know I hate to keep harping on this, but it
23     is a point of some confusion for me, because
24     in your report you describe the vault service
25     and the trading service as distinct services. 15:32:09
```

```
                                              Page 282
 1              And are you -- is it your
 2      opinion that the trading service was part of
 3      a bundle of rights and benefits for which
 4      consumers were paying a premium in addition
 5      to vaulting?                            15:32:24
 6              MR. FLUHR:  Objection.
 7          A.    Yeah, so I'm sorry to create
 8      any confusion related to this.  I guess my
 9      blind spot is when we talk about
10      transactions, I'm thinking about on-chain   15:32:35
11      transactions consumer-to-consumer,
12      peer-to-peer, who are purchasing physical
13      goods or assets.  And so what happens in the
14      transaction arena at StockX, I -- I don't
15      know.                                    15:32:48
16              And so, therefore, at the risk
17      of not answering the question, my view isn't
18      that -- my view is void of whether or not
19      that transaction process that I'm sort of
20      blind to is -- is relevant.              15:33:05
21              What I'm really referring to is
22      the vault capability and the ability for a
23      consumer to trade that physical asset, or
24      sell that physical asset, without having to
25      physically go get that out of their --     15:33:20
```

```
                                            Page 283
 1      wherever you keep shoes -- closet, bookshelf,

 2      whatever, right, and ship it to the next

 3      consumer.

 4               Does that help?

 5         Q.    (BY MR. FORD)  I think it does.   15:33:31

 6               So if I understand your

 7      testimony correctly, you believe that

 8      consumers understood what they were buying

 9      with a Vault NFT to include a vaulting and

10      storage service, a transaction service that   15:33:43

11      allowed the computer to -- consumer to trade

12      that physical asset without having to

13      physically store it themselves, and a third

14      category of additional exclusive benefits.

15               Is that fair?                      15:34:00

16         A.    Yes.

17         Q.    Okay.  What did you do to

18      determine what value consumers placed on each

19      of those three components of the Vault NFT

20      that they were buying?                       15:34:15

21               MR. FLUHR:  Objection.

22         A.    So it -- you know, look,

23      they're paying a substantial premium,

24      sometimes thousands of percent above the

25      price of the physical shoe.                  15:34:27
```

```
                                        Page 284
 1              So on its face, there may be
 2     some appreciable difference between the shoe
 3     and purchasing that NFT because they're
 4     saving some money through this vaulting
 5     process.                               15:34:42
 6              It seems illogical that that's
 7     hundreds or thousands of percents in
 8     multiples, right?
 9              And so based on the evidence
10     that I've seen, people didn't say, we are   15:34:55
11     buying this at a premium because I get to
12     vault my sneakers and I own these shoes.
13              It's my opinion that people saw
14     this as a distinct product that it had its
15     own digital asset in the form of an image and  15:35:10
16     all of these other rights and benefits that
17     would be part of that purchase if I'm a
18     consumer.  And that's what they were paying
19     the difference for.
20         Q.    (BY MR. FORD)  Have you heard    15:35:23
21     of the term "conjoint analysis"?
22         A.    I have not.
23         Q.    Have you ever done any form of
24     survey or analysis intended to or designed to
25     understand how consumers value different    15:35:39
```

```
                                              Page 302

 1          A.     Yes.  But, again, it's

 2      potentially relevant to other arguments I

 3      make and, therefore, part of other areas of

 4      the report.

 5          Q.     Yeah.  So just maybe if I can      16:05:36

 6      try to isolate two concepts.  One is the

 7      analysis you did and its conclusions from

 8      what flows from those conclusions.

 9                Do -- do you understand that

10      separation?                                   16:05:52

11          A.     Yes.

12          Q.     Okay.  The former category, am

13      I right that that's set out on Page 49, 50,

14      and the top of 51?

15          A.     I believe that's right.            16:05:59

16          Q.     Okay.  Let's start with what is

17      a comparative price analysis?

18          A.     So as you read, it's really

19      about understanding what the Vault NFT price

20      was in comparison to the exact same shoe      16:06:16

21      without the NFT.

22          Q.     I appreciate that that is

23      the -- the analysis you did.

24                I'm asking:  Do you understand

25      the term "comparative price analysis" to have  16:06:29
```

Page 303

1    any more general meaning?

2         A.    I -- I'm not an economist, so

3    if that's a term of art, I'm unaware.

4         Q.    Okay.

5         A.    Our simple task here, my          16:06:38

6    charter here was to better understand whether

7    or not the NFT version of the shoes were

8    trading at a different price than the

9    physical shoe itself.

10        Q.    I see.  So the hypothesis as it   16:06:49

11   were that you were testing was whether the

12   prices of the NFT versions of a particular

13   model of shoe was trading at a different

14   price than the physical shoe?

15        A.    Right, or trading at the same     16:07:04

16   price.

17        Q.    Or trading at the same price?

18        A.    Of course.

19        Q.    The same or different price.  I

20   understand.                                  16:07:13

21              Before you -- well, let me take

22   a step back, actually.

23              You said that your task here

24   was to understand that.

25              Was that a specific assignment    16:07:27

Page 305

1          A.      -- performed an evaluation --

2          Q.      Oh, yeah.  Sorry.

3          A.      -- things like that, but not

4     specific to whatever that term is that you're

5     using.                                    16:08:33

6          Q.    I apologize.  I'm using the

7     term as you use it in your report when you

8     say you performed a comparative price

9     analysis.

10               So using the term as you used    16:08:40

11     it in your report, have you previously

12     offered an expert opinion that included a

13     comparative price analysis?

14          A.    So I've certainly compared

15     assets one to another.  I've certainly      16:08:51

16     provided valuation relative to an asset based

17     on comparative analysis.  Has that made any

18     testimony?  I don't recall.

19          Q.    So you don't recall previously

20     offering an expert opinion that included a    16:09:05

21     comparative price analysis like the one

22     you're offering in this case?

23               MR. FLUHR:  Objection.

24          A.    Yeah, I don't remember if it

25     was a component of any of the expert        16:09:14

```
                                             Page 306
 1    opinions.
 2         Q.    (BY MR. FORD)  Have you ever
 3    written any publications -- and if you want
 4    to refresh your recollection, in Exhibit B of
 5    your publications -- that included a          16:09:27
 6    comparative price analysis like the one you
 7    offer in this case?
 8         A.    I don't believe so.
 9         Q.    Do you have any understanding
10    of what the term "price formation" means?     16:09:36
11         A.    No.
12         Q.    Starting on Page 49 of your
13    report, you write:  "If no additional value
14    or perceived product or service were
15    associated with the Vault NFT beyond the      16:09:55
16    claimed the physical product, then one would
17    expect the Nike Vault NFTs to sell at similar
18    prices to the associated physical non-NFT
19    shoes."
20              Is that accurate?                    16:10:06
21         A.    Correct.
22         Q.    And is that a correct statement
23    of the hypothesis you were testing in this
24    case with your comparative price analysis?
25         A.    It was a curiosity to satisfy       16:10:16
```

```
                                            Page 308
 1              What did you do to determine

 2     whether or not Vault NFTs were trading at

 3     different prices from the non-NFT versions of

 4     the same shoes?

 5          A.    So you can see at the top of      16:11:34

 6     Page 50 the result of that.  So it is

 7     literally a comparison of the exact same shoe

 8     in its NFT form and the non-NFT form with the

 9     price delta being the yellow bar on this

10     side.                                        16:11:54

11          Q.    So just to make sure that I

12     understand correctly, we can look at the

13     leftmost set of three.  The -- the box reads:

14     "Nike Dunk Low Off-White Lot 50 - US M 8.5."

15              And StockX offered some of          16:12:11

16     those shoes as an NFT on its marketplace and

17     the non-NFT version of those shoes was also

18     available on the StockX marketplace; is that

19     correct?

20          A.    That's correct.                   16:12:24

21          Q.    And the number 7500 here, am I

22     correct that that represents the highest

23     completed transaction price for the NFT

24     version of that shoe from the time period

25     January 18, 2022, through February 2nd, 2022?  16:12:47
```

```
                                              Page 317
 1          A.      Yes.
 2          Q.      Do you have an understanding of
 3      what those mean or refer to?
 4          A.      Generally speaking, yes.  I'm
 5      not sure the context at which you're asking    16:23:23
 6      it.
 7          Q.      Sure.  So what I'm trying to
 8      understand is, on Page 50 when you say that
 9      the highest sale price of a Nike Dunk Low
10      Off-White Lot 50 during the time period of     16:23:36
11      your analysis was $7,500 --
12          A.      Right.
13          Q.      -- how many Vault NFTs were
14      sold for that price during the period in
15      question?                                       16:23:50
16              MR. FLUHR:  Objection.
17          A.      One.
18          Q.      (BY MR. FORD)  And is that true
19      for the other NFT prices shown on the chart
20      on Page 50?                                     16:24:07
21          A.      I believe so.
22          Q.      And what about for the non-NFT
23      prices, do those represent also one
24      transaction at that price?
25          A.      I believe that's right.            16:24:17
```

Page 318

1           Q.    And so to the extent it's

2      useful to look at Page 13 --

3           A.    Uh-huh.

4           Q.    -- is it your understanding

5      that for a NFT or non-NFT version of a shoe    16:24:29

6      to sell on StockX's platform, one consumer

7      would have to put in a -- terms as they're

8      used -- an ask, and one person would have to

9      put in a bid at matching prices?

10          A.    Okay.  Yes.                          16:24:56

11          Q.    That is your understanding?

12          A.    That is my understanding.

13          Q.    Do you know how many -- how

14     many total transactions there were on StockX

15     for each of the NFT versions of the shoes you    16:25:25

16     set out here during the time period of your

17     analysis?

18          A.    I do not.

19          Q.    Do you know how many total

20     transactions there were on StockX for each of    16:25:39

21     the non-NFTs versions of the shoes you set

22     out here during the time period of your

23     analysis?

24          A.    I do not.

25          Q.    Do you know what the average    16:25:47

Page 319

1    price of a Vault NFT for each of these shoes

2    was during the time period of your analysis?

3         A.    Not without running those

4    numbers, no.

5         Q.    Do you know the average price    16:26:00

6    of a non-NFT version of each of these shoes

7    on StockX's marketplace during the time

8    period of your analysis?

9         A.    I do not.

10        Q.    Am I correct that the yellow    16:26:09

11   bar essentially represents A minus B, where A

12   is the NFT price and B is the non-NFT

13   pricing?

14        A.    It is a delta between the two,

15   correct.                                    16:26:26

16        Q.    Other than doing the

17   subtraction necessary to get to that delta,

18   was there any other analysis you performed of

19   either the NFT or non-NFT prices that you set

20   out on Page 50?                             16:26:42

21             MR. FLUHR:  Objection.

22        A.    I think that was the most

23   notable effort.

24        Q.    (BY MR. FORD)  Okay.  And then

25   you calculated this at the end of the first  16:26:51

Page 329

1    whether the NFT delta that you were observing
2    was the result of a perception among
3    consumers that the Vault NFTs were scarce and
4    exclusive?
5              MR. FLUHR:  Objection.          16:37:36
6         A.    Yeah.  So, again, this is the
7    broader analysis of comparing behaviors and
8    patterns here to what exist in other
9    platforms, launches, and NFT projects.
10             It's true across all of those     16:37:48
11   that the more scarce an asset is, the more
12   valuable it becomes in the eyes of a
13   consumer.
14             And so by adding elements of
15   scarcity here, it's reasonable to believe    16:38:02
16   that that's exactly what consumers understood
17   that to mean.
18        Q.    (BY MR. FORD)  And in your
19   price analysis as you set it out on Pages 49
20   to 51, do you anywhere discuss the issue of    16:38:14
21   scarcity?
22        A.    Not in that section, no.
23        Q.    You mentioned just now and a
24   minute or two before that there was a broader
25   analysis of comparing behaviors and patterns    16:38:36