UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
NIKE, INC., :
:
                Plaintiff, :
:
      v. : No. 22 CV 983 (VEC) (SN)
:
STOCKX LLC; :
:
                Defendant. :
:
-----------------------------------------------------------------x

**DECLARATION OF CHRISTOPHER S. FORD IN SUPPORT OF STOCKX LLC'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO PRECLUDE THE TESTIMONY OF JOHN HANSEN, JEFFERY STEC, KARI KAMMEL, STEVEN MCNEW, AND ITAMAR SIMONSON**

      I, Christopher S. Ford, an attorney duly admitted in the State of New York, and not a party to the above-captioned case, declare the following to be true under penalty of perjury:

1. I am counsel for StockX LLC ("StockX") in the above-captioned case, and as such I am familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of StockX's memorandum of law in further support of its motion to preclude the expert testimony of John Hansen, Jeffery Stec, Kari Kammel, Steven McNew, and Itamar Simonson ("StockX's Reply").

3. The document attached as Exhibit A is a true and correct copy of Nike's Fourth Amended Initial Disclosures, dated November 10, 2022.

4. The document attached as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Kari Kammel, dated July 18, 2023, cited in StockX's Reply.

5. The document attached as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Barbara Delli Carpini, dated January 10, 2023, cited in StockX's Reply.

6.      The document attached as Exhibit D is a true and correct copy of StockX's Fourth Set of Interrogatories, dated December 6, 2022.

7.      The document attached as Exhibit E is a true and correct copy of excerpts from the deposition transcript of Itamar Simonson, dated July 25, 2023, cited in StockX's Reply.

Dated:          November 17, 2023

                                        /s/ *Christopher S. Ford*
                                        Christopher S. Ford