# EXHIBIT B

Page 1

1

2                UNITED STATES DISTRICT COURT

          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4     NIKE, INC.                      )
                                      )
5              Plaintiff,             )
                                      )
6     vs.                             ) No.
                                      ) 1:22-cv-00983-VEC
7     STOCKX LLC,                     )
                                      )
8              Defendants.            )

9

10            The videotaped deposition of

11                   KARI KAMMEL

12    taken before JO ANN LOSOYA, CSR, RPR, CRR, pursuant

13    to the provisions to the taking of depositions at

14    444 West Lake Street, Chicago, Illinois commencing

15    at 9:45 a.m. on July 18, 2023.

16

17

18

19

20

21

22

23

24

25

Page 2

1    PRESENT:

2

         DLA PIPER LLP
3        TAMAR DUVDEVANI
         MARC MILLER
4        1251 Avenue of the Americas
         New York, New York 10020
5        tamar.duvdevani@dlapiper.com
         marc.miller@dlapiper.com
6            Appeared on behalf of Plaintiff.

7

         DEBEVOISE & PLIMPTON LLP
8        MEGAN K. BANNIGAN
         KATHRYN SABA
9        919 Third Avenue
         New York, New York 10022
10       mkbannigan@debevoise.com
         ksaba@debevoise.com
11           Appeared on behalf of Defendants.

12   ALSO PRESENT:

13       KIM VAN VOORHIS,
         Nike, Inc.

14

15   VIDEOGRAPHER: Milo Savich

16   STENOGRAPHICALLY REPORTED BY:
     JO ANN LOSOYA, CSR, RPR, CRR
17   LICENSE #:  084-002437

18

19

20

21

22

23

24

25

```
1     goods.
2         Q.    Okay.  So back to -- you mentioned that
3     Mr. Pallett told you about shoes that he had
4     attempted to authenticate and determined were
5     counterfeit; is that correct?
6         A.    Yes, I believe it was -- it was him or
7     someone from his team.
8         Q.    Okay.  And do you know the circumstances
9     under which he or someone from his team
10    authenticated those shoes?
11        A.    Yes.  So, I reference that on Page 16.
12    So it's my understanding that they didn't have
13    physical or access to the physical shoes but they
14    were able to use their proprietary system in order
15    to determine that those shoes were indeed
16    counterfeit.
17        Q.    Did you request that Mr. Pallett or his
18    team conduct this analysis?
19        A.    No.
20        Q.    Do you know when the analysis occurred?
21    And by "analysis," I mean, the authentication
22    process that Mr. Pallett or his team conducted.
23        A.    No, I don't know exactly.
24        Q.    To confirm, you don't know who conducted
25    the authentication, correct?
```

Page 46

1    confirm on May 31 and then he confirmed it on

2    June 1st?  What exactly do you mean by that?

3         A.    Yes.  I believe so.  I don't think he had

4    the answer on May 31 so he had to go back and...

5         Q.    Did you go and ask him on May 31 to see

6    whether any of these shoes were counterfeit, he did

7    that, and then came back to you on June 1st?

8         A.    I believe so, yes.

9         Q.    Okay.  Or is that -- do you know when he

10   conducted the analysis?  Was that something before

11   you talked to him?  Like what were the

12   circumstances?  Because I think that's a little

13   contrary to what you just said and I just want to --

14   maybe I'm misunderstanding it.

15              I thought you had testified earlier

16   that you didn't know when he did the analysis or why

17   he did the analysis but when you were on the phone

18   with him, he told you about it.

19              MS. DUVDEVANI:  Objection.

20   BY THE WITNESS:

21        A.    So I don't know when -- exactly when he

22   conducted the analysis.

23        Q.    Right.

24        A.    And I don't know who on the Nike team

25   conducted the analysis.

```
                                                  Page 52
```

1          Q.    Have you ever worked for a resale

2     marketplace?

3          A.    No.

4          Q.    How do you define resale marketplace?

5     This is not a trick question.  I just want to make

6     sure that we're not speaking past each other.

7          A.    So I would define it as a marketplace

8     where goods are sold after they've already been

9     purchased once.

10         Q.    Have you ever worked for a firm that

11    investigates counterfeit activity?

12         A.    No.

13         Q.    Have you ever personally conducted

14    investigations into counterfeit activity on behalf

15    of a brand?

16         A.    No.

17         Q.    Have you ever personally conducted

18    investigations into counterfeit activity on behalf

19    of a resale marketplace?

20         A.    No.

21         Q.    Have you ever designed a company's brand

22    protection program?

23         A.    I have not designed, but I've consulted

24    on it in my role at the Center.

25         Q.    Have you ever designed a company's

                                    Page 195

1     they might exclude some counterfeits.  It's

2     certainly possible.

3          Q.    Your opinion is not that they're not

4     trying to exclude counterfeits but that they can't

5     guarantee products are 100 percent authentic?

6               MS. DUVDEVANI:  Objection.

7     BY THE WITNESS:

8          A.    I'm not giving an opinion on whether

9     they're trying or not, but their claim that they can

10    authenticate can't -- I mean, it's not possible

11    because they cannot authenticate any products, but

12    they may be able to exclude some obvious counterfeit

13    in the same way that, you know, other platforms

14    exclude counterfeit.  Some that view items, some

15    that don't view items.

16                   I mean, the whole point of this -- of

17    the laws that are being passed and everything going

18    on right now with best practices is to try to keep

19    platforms as safe as possible, but when a platform

20    is claiming that they can authenticate in the way

21    that only the brand can and to 100 percent accuracy

22    or 99 point, forget what it was, almost 100 percent

23    accuracy, that's not possible.

24         Q.    What if -- you also take issue with

25    StockX's -- well, withdraw that.

Page 216

1    BY THE WITNESS:

2        A.    So my entire life's work is around right

3    now anti-counterfeiting.  So if there's any -- if

4    there's any opportunity for someone to remove a

5    potential counterfeit good from the stream of

6    commerce, whether that's someone enforcing on Canal

7    Street, or a brand owner submitting for a notice and

8    take down or a law enforcement agent following up,

9    yes, the goal of all of brand protection and

10   anti-counterfeiting is to remove counterfeit --

11   counterfeit listings or counterfeit products,

12   depending on whether it's brick and mortar or any

13   e-commerce.

14       Q.    If a platform's anti-counterfeiting

15   measures still inadvertently allow some counterfeits

16   through, does that necessarily mean that the

17   platform is not trying to prevent the sale of

18   counterfeits?

19           MS. DUVDEVANI:  Objection.

20   BY THE WITNESS:

21       A.    Again, I can't speak to whether a

22   platform is trying or not.

23       Q.    You can't speak to whether the platform

24   is not trying or not?

25       A.    Correct.

Page 217

```
 1        Q.    Would you agree that no
 2   anti-counterfeiting program is perfect?
 3        A.    Specifically what do you mean by perfect?
 4        Q.    Would you agree that no
 5   anti-counterfeiting program is able to eliminate the
 6   threat of counterfeits?
 7        A.    Correct.  So no -- I would agree with
 8   that that no anti-counterfeiting program is able
 9   to -- and if you are talking in the context of
10   platforms, is able to entirely -- entirely eliminate
11   counterfeiting, which is why e-commerce platforms
12   that allow third party sellers are so risky because
13   of that and also why it was surprising for me that
14   StockX had claimed to essentially make sure almost
15   100 percent of their products were authentic and
16   they essentially eliminated counterfeiting in their
17   marketplace.
18        Q.    Do you know of any platforms that aren't
19   inundated with counterfeits?
20             MS. DUVDEVANI:  Objection.
21   BY THE WITNESS:
22        A.    Again, I haven't spoken to other
23   platforms specifically on levels of inundation by
24   similar sellers.  We know that counterfeiting is
25   increasing exponentially, particularly since the
```

Page 218

1     pandemic.  So I imagine everybody's amount of sales

2     has increased, if for no other reason -- amount of

3     sales of counterfeit goods has increased if for no

4     other reason than the shear volume of online

5     shopping is increasing, which counterfeiting by it's

6     very nature tends to follow -- tends to follow that

7     stream as well.  So it has -- I mean, it's generally

8     increased across the board globally.

9          Q.    I asked you a minute ago whether you

10    would agree that no anti-counterfeiting program is

11    able to eliminate the threat of counterfeits and you

12    said "I would agree that no anti-counterfeiting

13    program is able to, if you are talking about in the

14    context of platforms."

15                    Is there another context in which

16    counterfeiting has been totally eliminated?

17         A.    So you asked me about anti-counterfeiting

18    programs.  So I was responding about any commerce

19    platform's anti-counterfeiting program.

20                    There are social media platform

21    anti-counterfeiting programs, there's brands

22    anti-counterfeiting programs, even some law firms

23    run anti-counterfeiting programs for brands or

24    technology vendors.  I mean, there's a lot of

25    different types of anti-counterfeiting programs.  So

                                              Page 231

1    or overt, whether that's a technology or something

2    else, this is something intentionally put into the

3    product where the packaging that's obvious that

4    someone can look at to say, okay, this is part of

5    our authentication process, but regardless, any

6    of -- any of the items or technologies that are put

7    into an authentication program have to be -- have to

8    be put together by the brand intentionally and,

9    oftentimes, depending on the products.

10                   So depending on the product,

11   depending on the industry, there may be different

12   technologies used for different product lines, for

13   example, or even, again, if it's a smaller company

14   or a start-up, they may not have money to invest in

15   technology at that point, so maybe they will rely

16   initially, at least, only on one or two of these.

17   So these vary.  But again, it's something that the

18   IP rights holder has to decide which ones they are

19   going to use in their authentication process and

20   who -- who within the brand has access and who, if

21   anyone, outside of the brand would have access to

22   those tools in order to authenticate a product.

23        Q.    So if you look at the next page, you have

24   this blue hexagon with the different triangles,

25   that's page 22.

Page 232

```
 1          A.    Yep.
 2          Q.    And is this a diagram of the six
 3     technologies or methods that you just mentioned?
 4          A.    Yes.
 5          Q.    Okay.  So can you just explain to me --
 6     just tell me which fits into these categories?
 7          A.    Sorry.  Which fits into what categories?
 8          Q.    Let's go through the hexagon.  I just
 9     want to make sure I understand what you're talking
10     about in each of these triangles.
11          A.    Okay.
12          Q.    So let's start with covert technology.
13     Is this what you mentioned when you said they -- the
14     brand can put something obvious in the two that you
15     can see that will tell you if it's counterfeit or
16     not?
17          A.    Under covert?
18          Q.    Yes, covert technology.
19          A.    No.  Covert is something that can't be
20     seen by the naked eye.
21          Q.    That was my fault.  I get it.  It's been
22     a long day.  Okay.  So let me clean this up.
23                    What are you referring as covert
24     technology?
25          A.    So covert technology, and I reference
```

1    this, I believe, I think this is footnote 73 too, so

2    this is something that is not recognizable or

3    perceptible using human senses so it usually

4    requires a specialized tool or highly specialized

5    knowledge.

6         Q.    Okay.

7

8         A.

9         Q.    And then to the right of that, it says

10   overt tool available to the public.  What do you

11   mean by that?

12        A.    So an overt tool is something that some

13   brands have used, something that is, for example,

14   obvious in their mark or obvious in a product.  I'm

15   thinking -- I can't remember exactly which brand

16   this is but they have a mark that if you turn it

17   sideways, you can see a different letter and they

18   share with their consumers this is something that

19   you can look at.  That also means counterfeiters can

20   see it too, but it is used, usually in conjunction

21   with another -- with another -- with another set of

22   tools, but oftentimes that is one of the things that

23   someone could decide to use, or if they choose, to

24   give that to the public something that they might

25   use that anyone could look at and tell.

```
                                              Page 234

1      Q.    ████████████████████████████████████

2  ████████████

3      A.    ████████████████████████████

4      Q.    Next for continuing, there's a triangle

5  that says covert?

6      A.    That's an error and a typo.  I have that

7  on there twice actually.

8      Q.    Okay.  So what's supposed to be there?

9      A.    So I believe -- so it should match the

10 five that I refer to on the other page there.

11     Q.    Well, there's six here.

12     A.    Covert, overt, semi-covert, forensic, and

13 digital and then -- so the six that are supposed to

14 be in the image are the six that I talk about on

15 page 20.  The point of the graphic was to say that

16 if a brand is using all six of those, no one can

17 authenticate it unless they use all six of those

18 technologies.  So if a brand picks four types of

19 technologies to use in their authentication,

20 different people may have different access to those

21 tools, depending on who they determine, but the

22 final point of authentication can't be made unless

23 all four of those are checked by whoever would have

24 access to all four of those tools because I mean,

25 some -- some -- depending on what -- what the
```

Page 235

1      product is may use multiple tools.  So this was

2      meant simply as a -- as a diagram to explain those

3      five plus the human experience.

4            Q.    Okay.  I'm just going to look at page 20

5      if that's the correct list.  We talked about overt.

6      We talked about covert, which those are numbers 1

7      and 3.  The second is semi-covert.  What do you mean

8      by that?

9            A.    Sure.  So that's a term actually that we

10     refer to in -- in the work of our Center, which

11     is -- which is something that is usually in between

12     overt and covert, which is something that often

13     might involve something that isn't very obvious when

14     you look at it but maybe there's, for example, a

15     rudimentary tool that might be needed to

16     authenticate whatever that is.

17           Q.    Can you give me an example?

18           A.    So, yeah, perhaps -- perhaps a brand, I

19     don't know, it tells someone -- this is totally

20     hypothetical but this is the idea, that, you know,

21     if you have our product and you put it in hot water,

22     you know, it may dissolve or something to that

23     effect.  So it's something that isn't necessarily

24     obvious at the first moment, but if someone was to

25     do something with it, not necessarily with the

1   about that.

2        Q.    Are you aware of any instance where

3   StockX did not offer to refund a customer after

4   being told by Nike that the customer received a

5   counterfeit product?

6        A.    I don't have information either way about

7   that.

8        Q.    Are you aware of any instance where

9   StockX did not ban a seller after being told by Nike

10  that the seller was a counterfeiter?

11       A.    Again, I don't have any information about

12  that.

13       Q.    It's your opinion that StockX cannot

14  determine whether a particular Nike product is

15  counterfeit without information or technology from

16  Nike, correct?

17            MS. DUVDEVANI:   Objection.

18  BY THE WITNESS:

19       A.    So it's my opinion that StockX cannot

20  authenticate Nike products or any other products

21  that they -- that they sell on their platform

22  particularly because they claim that they can

23  authenticate those products.  So I don't believe

24  that they can authenticate any of them.

25       Q.    And is it your opinion that StockX could

1    never authenticate regardless of whether it was

2    given information or technology from Nike?

3                   MS. DUVDEVANI:  Objection, asked and

4    answered.

5    BY THE WITNESS:

6        A.    Yes.  That's correct because they are not

7    the IP rights holder.

8        Q.    Is it your understanding that Nike can

9    always determine with 100 percent certainty that a

10   particular Nike product is genuine?

11                  MS. DUVDEVANI:  Objection, asked and

12   answered.

13   BY THE WITNESS:

14       A.    So it's my understanding that when they

15   used their authentication process, that yes, they

16   can determine whether a product is genuine or

17   authentic using ████████████.

18       Q.    Your understanding is that is 100 percent

19   accurate, correct?

20       A.    Yes.  I have not seen any --

21                  MS. DUVDEVANI:  Objection, asked and

22   answered.

23                      Go ahead.

24   BY THE WITNESS:

25       A.    I have not seen any evidence to the