# EXHIBIT C

Page 1

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
3

     NIKE, INC.,              :
4            Plaintiff,       :  Case No. 22-cv-983
                              :
5            v.               :
     STOCKX LLC,              :
6            Defendant.       :
     ------------------       :
7

8             VIDEOTAPE DEPOSITION OF:
9               BARBARA DELLI CARPINI
10                NEW YORK, NEW YORK
11             TUESDAY, JANUARY 10, 2023
12
13
14
15
16
17
18
19
20
21
22
23
24    REPORTED BY:
      SILVIA P. WAGE, CCR, CRR, RPR
25    JOB NO. 5593380

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 2

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2
3
                                    January 10, 2023
4                                   9:41 a.m.
5           Videotape deposition of BARBARA DELLI
6    CARPINI, held at the offices of DEBEVOISE &
7    PLIMPTON LLP, 919 Third Avenue, New York, New
8    York, pursuant to agreement before SILVIA P.
9    WAGE, a Certified Shorthand Reporter, Certified
10   Realtime Reporter, Registered Professional
11   Reporter, and Notary Public for the States of New
12   Jersey, New York and Pennsylvania.
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 3

```
 1      HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
 2      A P P E A R A N C E S:
 3
        DLA PIPER LLP (US)
 4      Attorneys for Plaintiff
        1251 Avenue of the Americas 27th Floor
 5      New York, New York  10020-1104
        (212) 335-4500
 6      Tamar.duvdevani@dlapiper.com
        Marc.miller@us.dlapiper.com
 7      BY:   TAMAR DUVDEVANI, ESQ.
        BY:   MARC MILLER, ESQ.
 8
 9      DEBEVOISE & PLIMPTON LLP
        Attorneys for Defendants
10      919 Third Avenue
        New York, New York  10022
11      (212) 909-600
        Mkbannigan@debevoise.com
12      Ksaba@debevoise.com
        Askapyur@debevoise.com
13      BY:   MEGAN BANNIGAN, ESQ.
        BY:   KATHRYN SABA, ESQ.
14      BY:   ANITA KAPYUR, ESQ.
15
16      A L S O   P R E S E N T:
17
        KIMBERLY VAN VOORHIS, ESQ.
18      IN-HOUSE NIKE
19
        MARCELO RIVERA
20      VIDEOGRAPHER
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 240

1  **HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY**
2  counterfeits on StockX's website?
3              MS. DUVDEVANI:  Objection.
4      A.  Nike is always harmed by the sale of
5  counterfeit products.
6      Q.  Can you give me anymore detail?
7              MS. DUVDEVANI:  Objection.
8      A.  I believe I've answered to this
9  question already several times.  So Nike gets
10 harmed by counterfeit being sold in the
11 marketplace because consumers would believe that
12 those are genuine while they could be harming
13 consumers along with taking away sales from Nike
14 as well.
15     Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮
19             MS. DUVDEVANI:  Objection.
20     A.  ▮▮▮▮▮▮▮▮▮▮▮▮
21     Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24             MS. DUVDEVANI:  Objection.
25     A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 241

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  ████████████████████████████████████████
3         Q.   What do you mean by that?  How would
4  you quantify it?
5         A.   Based on the number that is sold you
6  will quantify how much damage has been done to
7  Nike.
8         Q.   So do you have a figure --
9         A.   On top of the financial and the image
10 damage to the brand, reputation damage as well
11 will add up, in my view.
12        Q.   Okay.  So -- but what I want to try
13 to understand right now is the financial damage.
14              Was there any financial damage to
15 Nike from the sale of these alleged counterfeit
16 shoes on StockX's website?
17              MS. DUVDEVANI:  Objection.
18        A.   I guess that that needs to be
19 quantified, as I said before.  So there is always
20 a damage to Nike financial and of brand
21 reputation where a counterfeit is sold.
22        Q.   Do you have any specific --
23        A.   I don't.
24        Q.   -- any other specific details?
25              What is the alleged harm to Nike from

Page 244

1  **HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY**
2  counterfeit Nike product underperforming, as I
3  said before, will not buy Nike products again.
4        Q.  [redacted]
5  [redacted]
6  [redacted]
7        A.  [redacted]
8  [redacted]
9        Q.  Who are Nike's core competitors in
10 footwear?
11       A.  Adidas, Pumas Under Armour --
12            (Stenographer clarification.)
13       A.  Adidas, Puma, Under Armour, a number
14 of sporting good companies out there are Nike
15 competitor, main Nike competitor.
16       Q.  [redacted]
17 [redacted]
18            MS. DUVDEVANI:  [redacted]
19       A.  [redacted]
20       Q.  [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25       A.  [redacted]

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2         A.   Those are the ones that come to my
3    mind.
4         Q.   ███████████████████████████████
5    ███████████████████████████████
6    ███████████████████████████████
7              MS. DUVDEVANI:   ███████
8         A.   ███████████████████████████████
9    ███████████████████████████
10        Q.   ███████████████████████████████
11   ███████████████████████████████████
12   ███████████████████
13        A.   █████████████
14        Q.   ███████████████████████████████
15   ███████████████████████████████████
16   ███████████████████████████████████
17   ████████████████
18        A.   █████████████
19        Q.   ███████████████████████████████
20   ███████████████████████████████████
21   ███████████████████████████████████
22   ████████████████
23        A.   █████████████
24        Q.   Does Nike struggle to sell out
25   limited release products because of StockX's