## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br>    Plaintiff,<br><br> v.<br><br>STOCKX LLC,<br>    Defendants. | Case No.  1:22-cv-00983-VEC<br><br>**NOTICE OF APPEARANCE OF GABRIELLE CHASIN VELKES** |

**PLEASE TAKE NOTICE** that Gabrielle Chasin Velkes, an associate with the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Plaintiff Nike, Inc., and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: July 31, 2024         Respectfully submitted,

                  By: /s/ *Gabrielle Chasin Velkes*

                  **DLA Piper LLP (US)**
                  1251 Avenue of the Americas, 27th Floor
                  New York, New York 10020-1104
                  Telephone: (212) 335-4812
                  Facsimile: (212) 335-4501
                  Email:  gabrielle.velkes@us.dlapiper.com

                  *Attorney for Plaintiff Nike, Inc.*