# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>STOCKX LLC, <br><br>　　　　　　Defendants. | Case No.  1:22-cv-00983-VEC <br><br> **NOTICE OF APPEARANCE OF JOSHUA SCHWARTZMAN** |

**PLEASE TAKE NOTICE** that Joshua Schwartzman, an associate with the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for Plaintiff Nike, Inc., and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: July 31, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Joshua Schwartzman*

　　　　　　　　　　　　　　　　　　　　　　**DLA Piper LLP (US)**
　　　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas, 27th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10020-1104
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 335-4671
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 335-4501
　　　　　　　　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　　　　　　　　joshua.schwartzman@us.dlapiper.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Nike, Inc.*