UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
NIKE, INC., :
:
                Plaintiff, :
:
   v. :   No. 22 CV 983 (VEC) (SN)
:
STOCKX LLC, :
:
                Defendant. :
-------------------------------------------------------------x

## DEFENDANT STOCKX LLC'S NOTICE OF MOTION
## FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, statement of material undisputed facts, and declaration of Christopher S. Ford, executed on August 8, 2024, the undersigned attorneys, on behalf of Defendant StockX LLC ("StockX"), hereby move this Court, pursuant to Federal Rule of Civil Procedure 56, Local Rule 56.1, and this Court's Individual Rule 4(G), to grant partial summary judgment dismissing Plaintiff Nike, Inc.'s seventh cause of action for false advertising from this case.

Dated:     August 8, 2024
             New York, New York

                                         Respectfully submitted,

                                         By: /s/ *Megan K. Bannigan*
                                         Megan K. Bannigan (mkbannigan@debevoise.com)
                                         David H. Bernstein (dhbernstein@debevoise.com)
                                         Jyotin Hamid (jhamid@debevoise.com)
                                         Carl Riehl (criehl@debevoise.com)
                                         Kathryn C. Saba (ksaba@debevoise.com)
                                         DEBEVOISE & PLIMPTON LLP
                                         66 Hudson Boulevard

New York, New York 10001
(212) 909-6000

Christopher S. Ford (csford@debevoise.com)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700

KILPATRICK TOWNSEND & STOCKTON LLP
Robert N. Potter (rpotter@kilpatricktownsend.com)
Briggs Wright (briggs.wright@kilpatricktownsend.com)
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8700

MORGANROTH & MORGANROTH PLLC
Jeffrey B. Morganroth (jmorganroth@morganrothlaw.com)
344 N. Old Woodward Ave., #200
Birmingham, MI 48075
(248) 864-4000

*Attorneys for Defendant StockX LLC*