UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE INC., <br><br> Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br> Defendant. | Civil Action No.: 1:22-cv-00983-VEC <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF NIKE INC.'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the annexed Declaration of Tamar Y. Duvdevani and the exhibits thereto, the Declaration of Joe Pallett, the Declaration of Kari Kammel and the exhibit thereto, the Declaration of Jeffrey A. Stec, Ph.D. And exhibit thereto, the 56.1 Statement of Undisputed Facts, and the accompanying Memorandum of Law in support of Plaintiff Nike Inc.'s ("Nike") Motion for Partial Summary Judgement (the "Motion for Partial Summary Judgment"), the undersigned hereby move this Court at a date and time to be determined by the Court, for an order granting Nike's Motion for Partial Summary Judgment in favor of Nike on Counts VI four Counterfeiting and VII for False Advertising as to the false "Authenticity Claims" (as defined in the Memorandum of Law) of Nike's First Amended Complaint, and a finding that StockX's conduct was willful on both Counts.

| | |
|---|---|
| Date: August 8, 2024 | By:  */s/ Tamar Y. Duvdevani* <br><br> **DLA PIPER LLP (US)** <br><br> Tamar Y. Duvdevani <br> Marc E. Miller <br> Joshua Schwartzman <br> Jared Greenfield <br> Gabrielle Chasin Velkes <br> 1251 Avenue of The Americas, 27th Fl. <br> New York, NY 10020 |

1

Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Plaintiff Nike, Inc.*