**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

Megan K. Bannigan
Partner
mkbannigan@debevoise.com
+1 212 909 6127

# MEMO ENDORSED

August 28, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2024

**BY ECF**

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

*Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

Dear Judge Caproni:

    Pursuant to Your Honor's Individual Rule 2(A), Defendant StockX LLC ("StockX") respectfully submits this request for an extension of the page limit for memoranda of law in opposition to the Parties' Cross Motions for Partial Summary Judgment (the "Motions"), from 25 pages to 35 pages.

    StockX believes an extension of its page limit is warranted in light of the extensive number of factual disputes and issues to be addressed in StockX's Opposition. Nike's Motion seeks findings that StockX is liable for counterfeiting, liable for false advertising, and that StockX is willful in counterfeiting and false advertising – key claims at issue in this case.

On August 27. 2024 StockX emailed Nike stating "[g]iven the number of issues raised in Nike's motion for partial summary judgment, StockX intends to request a ten-page extension of the page limit outlined in the Court's rules (and would agree to a reciprocal extension of the page limit for Nike). Please advise as to whether Nike consents to such an extension." Nike does not oppose.

*(Remainder of page intentionally left blank)*

---

Application GRANTED IN PART.  The parties' memoranda of law in opposition to the Cross Motions for Partial Summary Judgment must not exceed 30 pages.

SO ORDERED.

*[signature]* 8/29/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE