UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
NIKE, INC., :
:
               Plaintiff, :
:
    v. :  No. 22 CV 983 (VEC) (SN)
:
STOCKX LLC, :
:
               Defendant. :
:
:
------------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF CARL RIEHL

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Defendant StockX LLC respectfully requests that this Court grant Carl Riehl of the law firm of Debevoise & Plimpton LLP leave to withdraw his appearance as attorney of record in the above-captioned action. In the above-captioned action, Defendant StockX LLC and Plaintiff Nike, Inc. filed motions for partial summary judgment on August 8, 2024; the parties filed responses on September 5, 2024, and replies are due on September 19, 2024.

Withdrawal is sought as Mr. Riehl will not be associated with Debevoise & Plimpton LLP effective as of September 20, 2024. Defendant StockX LLC continues to be represented by attorneys Megan K. Bannigan, David H. Bernstein, Jyotin Hamid, Christopher S. Ford, and Kathryn C. Saba of Debevoise & Plimpton LLP, along with Robert N. Potter and Briggs Wright of Kilpatrick Townsend & Stockton LLP and Jeffrey B. Morganroth of Morganroth &

Morganroth, PLLC. Mr. Riehl's withdrawal will not adversely affect the interests of Defendant. Mr. Riehl is not asserting a retaining or charging lien.

WHEREFORE, Defendant StockX LLC respectfully requests that the Court grant Carl Riehl leave to withdraw as attorney of record in this action. A Proposed Order is filed concurrently herewith.

Respectfully submitted,

Dated: September 18, 2024
New York, New York

By: /s/ *Carl Riehl*
DEBEVOISE & PLIMPTON LLP
Carl Riehl (criehl@debevoise.com)
Megan K. Bannigan (mkbannigan@debevoise.com)
David H. Bernstein (dhbernstein@debevoise.com)
Christopher S. Ford (csford@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Kathryn C. Saba (ksaba@debevoise.com)
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

KILPATRICK TOWNSEND & STOCKTON LLP
Robert N. Potter (rpotter@kilpatricktownsend.com)
Briggs Wright (briggs.wright@kilpatricktownsend.com)
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8700

MORGANROTH & MORGANROTH PLLC
Jeffrey B. Morganroth (jmorganroth@morganrothlaw.com)
344 N. Old Woodward Ave., #200
Birmingham, MI 48075
(248) 864-4000

*Attorneys for Defendant StockX LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 18, 2024, I caused copies of the foregoing to be served on Defendant StockX LLC ("StockX") via email to Laura Lewis, StockX's Legal Counsel.

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Carl Riehl*
    Carl Riehl