UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
NIKE, INC., :
:
                Plaintiff, :
:
   v. :   No. 22 CV 983 (VEC) (SN)
:
STOCKX LLC, :
:
                Defendant. :
:
:
-------------------------------------------------------------x

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF CARL RIEHL

     Upon consideration of the Motion for Leave to Withdraw Appearance of Carl Riehl, and for good cause shown, it is **HEREBY ORDERED THAT** Carl Riehl of Debevoise & Plimpton LLP is hereby withdrawn as a counsel of record for Defendant StockX LLC.  The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List.

  Dated: _____                   _____

                                                    UNITED STATES DISTRICT JUDGE