

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

October 7, 2024
*VIA ECF*

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re:   *Nike, Inc. v. StockX LLC*, No. 22 CV 00983 (VEC) (SN) (S.D.N.Y.)

**Dear Judge Caproni:**

We represent Nike in connection with the above-referenced matter. On Friday October 4, 2024, without prior notice to Nike or leave of this Court, StockX filed an unauthorized surreply to Nike's motion for summary judgment (Dkt. No. 283) along with a related request to strike Nike's reply 56.1 Statement. (Dkt. No. 284.) StockX's unauthorized surreply papers are improper and should be disregarded. *Trombetta v. Novocin*, No. 18-cv-993, 2021 WL 6052198, at *13 (S.D.N.Y. Dec. 21, 2021) (striking docket entry containing sur-reply where party "neither sought nor received permission to file" and noting that sur-replies are not authorized under the Federal Rules, the local rules, or the Court's individual rules.); *Farmer v. Cnty. of Westchester*, No. 18-cv-2691, 2021 WL 4199944, at *5 (S.D.N.Y. Sept. 15, 2021) ("The Court does not consider Plaintiff's unauthorized sur-reply considering his failure to first seek leave to file such a sur-reply.").

Should the Court nonetheless be inclined to consider Stock's submission, Nike respectfully requests the opportunity to respond to the same to address why it lacks merit and contains waived arguments that could have been raised in StockX's opposition to Nike's summary judgment motion.

Nike thanks the Court for its attention to this matter.

Respectfully submitted,

By:  */s/ Tamar Y. Duvdevani*

Tamar Y. Duvdevani
*Counsel for Plaintiff Nike, Inc.*

cc. Counsel of Record via ECF