

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

October 24, 2024
VIA ECF

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

**Re:**   *Nike, Inc. v. StockX LLC*, **No. 22 CV 00983 (VEC) (S.D.N.Y.)**

**Dear Judge Caproni:**

Pursuant to the Your Honor's Individual Rule 5(B)(ii), the Stipulated Protective Order ¶ 14 (Dkt. No. 52), and the Court's November 6, 2023 Order (Dkt. No. 213), Plaintiff Nike, Inc. ("Nike") respectfully submits this request seeking the sealed treatment of its Confidential Information referenced or quoted in Nike's and Defendant StockX LLC's ("StockX") Motions for Partial Summary Judgment (Dkt. Nos. 255-264, 268-273, 277-283). Concurrently with the filing of this Letter-Motion, Nike is also filing, under seal, its Memoranda of Law and Exhibits in support of its Motion as well as StockX's Opposition thereto with both parties' proposed redactions highlighted for the Court's review. Nike's proposed treatment of its Confidential Information referenced or quoted in StockX's Motion and Nike's Opposition thereto will be filed with StockX's letter request.[1]

Included in Nike's proposed sealings is the treatment of documents produced by Third-Party Michael Malekzadeh and designated pursuant to the Stipulated Protective Order (Dkt. No. 52) that have been treated accordingly. Additionally, Nike has proposed redactions to certain filings to shield personally identifying information. Nike does not object to StockX's proposed redactions and sealings for the Confidential Information that it designated pursuant to the Stipulated Protective Order.

Subject to the Court's approval, Nike proposes to redact the Confidential Information that it designated pursuant to the Stipulated Protective Order, identified in Appendix A to this Letter ("Nike's Proposed Redactions.")[2]  Nike also proposes sealing, in its entirety, the Exhibits identified in Appendix B to this Letter ("Nike's Proposed Sealings.")

---

[1] For the reference of the Court, Nike's proposals are highlighted in green and StockX's proposals are indicated in yellow in all proposed sealings.

[2] Included and indicated in Appendix A is Nike's proposed redactions to shield personally identifying information, specifically to redact the names of third parties that are immaterial to the Parties' summary judgment motions. Courts in this Circuit have found such redactions proper. *See e.g., Valassis Commc'ns, Inc. v. News Corp.*, No. 17-CV-7378 (PKC), 2019 WL 10984156, at *2 (S.D.N.Y. Mar. 11, 2019) ("The redacted names and addresses of third parties were immaterial to News's motion for summary judgment and thus redaction of this information is warranted."); *Cardwell*



Sealed treatment of Nike's Proposed Redactions and Sealings is appropriate in light of *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute and courts "must balance competing considerations against" the presumption of public access. *Id.* (internal citation and quotation marks omitted). "[C]ourts in this District routinely seal documents to prevent the disclosure of a party's confidential or competitively sensitive business information." *Regeneron Pharms., Inc. v. Novartis Pharma AG*, 2021 WL 243943, at *1 (S.D.N.Y. Jan. 25, 2021) (collecting cases). "[C]ourts may deny access to records that contain "sources of business information that might harm a litigant's competitive standing." *CT Espresso LLC v. Lavazza Premium Coffees Corp.*, 2022 WL 443644, at *2 (S.D.N.Y. Feb. 14, 2022) (internal quotations) (collecting cases).

Nike's Proposed Redactions relate to the details of Nike's highly confidential anticounterfeiting and brand protection efforts, including Nike's anti-counterfeiting processes and procedures and proprietary brand protection tools as well as Nike brand protection's analyses of the harms that flow from the distribution of counterfeit goods. "[T]he details of [Nike's] anti-counterfeiting program include business information that might harm [its] competitive standing and reveal trade secrets if publicly disclosed." *Fossil Grp., Inc. v. Angel Seller LLC*, 2022 WL 3347219, at *5 (E.D.N.Y. Aug. 12, 2022) (internal quotations omitted) (sealing "highly confidential brand protection anti-counterfeiting" information). Indeed, "certain of the information relevant to [Nike's] anti-counterfeiting efforts could be a useful roadmap for a would-be counterfeiter." *Id.* (internal quotations omitted).

Nike's Proposed Redactions and Nike's Proposed Sealings, to the extent not directly related to its anti-counterfeiting strategy, are "generally limited to specific business information and strategies, which, if revealed, 'may provide valuable insights into a company's current business practices that a competitor would seek to exploit.'" *Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015) (quoting *Encycl. Brown Prods., Ltd. v. Home Box Office, Inc.*, 26 F. Supp. 2d 606, 614 (S.D.N.Y.1998)). "Courts applying the Second Circuit's *Lugosch* standard have recognized the sensitivity of confidential business strategies and practices, and have permitted the sealing of such information." *PharmacyChecker.com LLC v. Nat'l Ass'n of Boards of Pharmacy*, 2022 WL 4956050, at *2 (S.D.N.Y. Aug. 26, 2022). Nike's Proposed Redactions and Proposed Sealings cover its "internal analyses" of business strategy and harm from counterfeiting, which, if revealed, "'might harm [Nike]'s competitive standing in the market.'" *W.J. Deutsch & Sons Ltd. v. Diego Zamora, S.A.*, 2022 WL 890184, at *2 (S.D.N.Y. Mar. 25, 2022) (quoting *New York v. Actavis, PLC*, 2014 WL 5353774, at *3 (S.D.N.Y. Oct. 21, 2014)).

---

*v. Davis Polk & Wardwell LLP*, No. 1:19-CV-10256-GHW, 2022 WL 17175759, at *2 (S.D.N.Y. Nov. 23, 2022) ("the motion to seal is granted with respect to the redactions of third-party names and identifying information").



October 24, 2024
Page Three

These redactions and sealing are "narrowly tailored to cover only the sensitive information that could lead to competitive disadvantage if disclosed." *Id.* at *3.

Nike's Proposed Sealing contains the type of confidential and sensitive business information that Courts routinely seal. *See Sec. & Exch. Comm'n v. Telegram Grp. Inc.,* 2020 WL 3264264, at *3 (S.D.N.Y. June 17, 2020) ("The demonstration of a valid need to protect the confidentiality of proprietary business information, such as internal analyses, business strategies, or customer negotiations, may be a legitimate basis to rebut the public's presumption of access to judicial documents."); *Playtex Prod., LLC v. Munchkin, Inc.,* 2016 WL 1276450, at *11 (S.D.N.Y. Mar. 29, 2016) (sealing exhibits related to *inter alia* "qualitative market research"). Indeed, this Court has previously granted Nike's requests to seal similar confidential information. (*See* Dkts. 222, 238.)

Nike's Proposed Redactions and Sealings have been applied judiciously and are narrowly tailored to shield only Confidential Information designated under the Stipulated Protective Order as containing "anticounterfeiting and brand protection measures, including methods used to identify counterfeit, grey market, and/or other unauthorized goods," other commercially sensitive material, and personally identifying information. Accordingly, Nike respectfully requests that the Court grant Nike's request to implement the limited, proposed redactions and sealing.

Respectfully submitted,

By: */s/ Tamar Y. Duvdevani*

**DLA PIPER LLP (US)**

Tamar Y. Duvdevani
Marc E. Miller
Michael D. Hynes
Andrew J. Peck
Jared Greenfield
Gabrielle C. Velkes
1251 Avenue of The Americas, 27th Fl.
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Michael Fluhr
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Melissa Reinckens



October 24, 2024
Page Four

    4365 Executive Drive
Suite 1100
San Diego, CA 92121
melissa.reinckens@us.dlapiper.com
Telephone: (858) 677-1400
Facsimile: (858) 677-1401

Jane W. Wise
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4149
Facsimile: (202) 863-7849

*Attorneys for Plaintiff Nike, Inc.*

## Appendix A: Nike's Proposed Redactions

| Dkt. No. | Document Description | Redaction Proposed |
|---|---|---|
| 255 | StockX's Opening Memorandum of Law in Support of its Motion for Summary Judgement | Redact Nike Confidential Information |
| 256 | StockX's Rule 56.1 Statement of Facts | Redact Nike Confidential Information |
| 257-2 | StockX's Opening Exhibit 2 | Redact Nike Confidential Information |
| 257-3 | StockX's Opening Exhibit 3 | Redact Nike Confidential Information |
| 257-11 | StockX's Opening Exhibit 11 | Redact Nike Confidential Information |
| 257-47 | StockX's Opening Exhibit 47 | Redact Nike Confidential Information |
| 257-50 | StockX's Opening Exhibit 50 | Redact Nike Confidential Information |
| 257-116 | StockX's Opening Exhibit 116 | Redact Nike Confidential Information |
| 257-117 | StockX's Opening Exhibit 117 | Redact Nike Confidential Information |
| 257-121 | StockX's Opening Exhibit 121 | Redact Nike Confidential Information |
| 257-122 | StockX's Opening Exhibit 122 | Redact Nike Confidential Information |
| 257-123 | StockX's Opening Exhibit 123 | Redact Nike Confidential Information |
| 257-124 | StockX's Opening Exhibit 124 | Redact Nike Confidential Information |
| 257-125 | StockX's Opening Exhibit 125 | Redact Nike Confidential Information |
| 259 | Nike Opening Memorandum of Law in Support of its Motion for Summary Judgement | Redact Nike Confidential Information |
| 260 | Nike Statement of Facts Statement of Facts | Redact Nike Confidential Information |
| 260-1 | Nike's Opening Appendix A | Redact Nike Confidential Information |
| 261-40 | Nike's Opening Exhibit 40 | Redact Nike Confidential Information |
| 261-41 | Nike's Opening Exhibit 41 | Redact Nike Confidential Information |
| 261-56 | Nike's Opening Exhibit 53 | Redact Nike Confidential Information |
| 261-99 | Nike's Opening Exhibit 93 | Redact Nike Confidential Information |
| 261-109 | Nike's Opening Exhibit 102 | Redact Personally Identifying Information |
| 261-112, 261-113 | Nike's Opening Exhibit 104 | Redact Personally Identifying Information |
| 261-118 | Nike's Opening Exhibit 109 | Redact Nike Confidential Information |
| 261-123 | Nike's Opening Exhibit 114 | Redact Nike Confidential Information |
| 261-146 | Nike's Opening Exhibit 137 | Redact Nike Confidential Information |
| 261-148 | Nike's Opening Exhibit 139 | Redact Nike Confidential Information |
| 261-149 | Nike's Opening Exhibit 140 | Redact Personally Identifying Information |
| 261-150 | Nike's Opening Exhibit 141 | Redact Personally Identifying Information |
| 261-151 | Nike's Opening Exhibit 142 | Redact Personally Identifying Information |
| 261-152 | Nike's Opening Exhibit 143 | Redact Nike Confidential Information |
| 261-154 | Nike's Opening Exhibit 145 | Redact Nike Confidential Information |
| 261-155 | Nike's Opening Exhibit 146 | Redact Nike Confidential Information |
| 261-156 | Nike's Opening Exhibit 147 | Redact Nike Confidential Information |

| Dkt. No. | Document Description | Redaction Proposed |
|---|---|---|
| 261-157 | Nike's Opening Exhibit 148 | Redact Nike Confidential Information |
| 262 | Joe Pallett Declaration | Redact Nike Confidential Information |
| 262-1 | Exhibit 1 to the Declaration of J. Pallett | Redact Nike Confidential Information |
| 262-3 | Exhibit 3 to the Declaration of J. Pallett | Redact Nike Confidential Information |
| 262-5 | Exhibit 5 to the Declaration of J. Pallett | Redact Nike Confidential Information |
| 263-1 | Exhibit A to Kammel Declaration | Redact Nike Confidential Information |
| 263-2 | Exhibit B to Kammel Declaration | Redact Nike Confidential Information |
| 268 | StockX's Memorandum of Law in Opposition to Nike's Motion for Summary Judgment | Redact Nike Confidential Information |
| 269 | StockX's Rule 56.1 Counterstatement of Facts | Redact Nike Confidential Information |
| 271-1 | StockX's Opposition Exhibit 1 | Redact Nike Confidential Information |
| 271-2 | StockX's Opposition Exhibit 2 | Redact Nike Confidential Information |
| 271-7 | StockX's Opposition Exhibit 7 | Redact Nike Confidential Information |
| 271-8 | StockX's Opposition Exhibit 8 | Redact Nike Confidential Information |
| 271-9 | StockX's Opposition Exhibit 9 | Redact Nike Confidential Information |
| 271-19 | StockX's Opposition Exhibit 19 | Redact Nike Confidential Information |
| 271-23 | StockX's Opposition Exhibit 23 | Redact Nike Confidential Information |
| 271-25 | StockX's Opposition Exhibit 25 | Redact Nike Confidential Information |
| 271-26 | StockX's Opposition Exhibit 26 | Redact Nike Confidential Information |
| 271-27 | StockX's Opposition Exhibit 27 | Redact Nike Confidential Information |
| 271-28 | StockX's Opposition Exhibit 28 | Redact Nike Confidential Information |
| 271-34 | StockX's Opposition Exhibit 34 | Redact Nike Confidential Information |
| 271-35 | StockX's Opposition Exhibit 35 | Redact Nike Confidential Information |
| 271-36 | StockX's Opposition Exhibit 36 | Redact Nike Confidential Information |
| 271-38 | StockX's Opposition Exhibit 38 | Redact Personally Identifying Information |
| 271-41 | StockX's Opposition Exhibit 41 | Redact Nike Confidential Information |
| 271-43 | StockX's Opposition Exhibit 43 | Redact Personally Identifying Information |
| 271-44 | StockX's Opposition Exhibit 44 | Redact Personally Identifying Information |
| 271-56 | StockX's Opposition Exhibit 56 | Redact Nike Confidential Information |
| 271-64 | StockX's Opposition Exhibit 64 | Redact Personally Identifying Information |
| 271-80 | StockX's Opposition Exhibit 80 | Redact Nike Confidential Information |
| 271-81 | StockX's Opposition Exhibit 81 | Redact Nike Confidential Information |
| 271-82 | StockX's Opposition Exhibit 82 | Redact Nike Confidential Information |
| 271-83 | StockX's Opposition Exhibit 83 | Redact Personally Identifying Information |
| 271-86 | StockX's Opposition Exhibit 86 | Redact Nike Confidential Information |
| 270 | Nike's Memorandum of Law in Opposition to StockX's | Redact Nike Confidential Information |
| 272 | Nike's Rule 56.1 Counterstatement of Facts | Redact Nike Confidential Information |
| 273-1 | Nike's Opposition Exhibit 1 | Redact Nike Confidential Information |
| 273-48 | Nike's Opposition Exhibit 47 | Redact Nike Confidential Information |

| Dkt. No. | Document Description | Redaction Proposed |
|---|---|---|
| 273-59 | Nike's Opposition Exhibit 58 | Redact Nike Confidential Information |
| 273-101 | Nike's Opposition Exhibit 99 | Redact Nike Confidential Information |
| 278 | StockX's Response to Nike's Rule 56.1 Counterstatement | Redact Nike Confidential Information |
| 280 | Nike's Response to StockX's Rule 56.1 Counterstatement | Redact Nike Confidential Information |
| 281-6 | Nike's Reply Exhibit 154 | Redact Nike Confidential Information |
| 281-7 | Nike's Reply Exhibit 155 | Redact Nike Confidential Information |
| 281-11 | Nike's Reply Exhibit 159 | Redact Nike Confidential Information |
| 281-34 | Nike's Reply Exhibit 182 | Redact Nike Confidential Information |

## Appendix B: Nike's Proposed Complete Sealings

| Dkt. No. | Document Description | Sealing Proposed |
|---|---|---|
| 257-8 | StockX's Opening Exhibit 8 | Completely Seal Nike Confidential Information |
| 257-13 | StockX's Opening Exhibit 13 | Completely Seal Nike Confidential Information |
| 257-14 | StockX's Opening Exhibit 14 | Completely Seal Nike Confidential Information |
| 257-17 | StockX's Opening Exhibit 17 | Completely Seal Nike Confidential Information |
| 257-46 | StockX's Opening Exhibit 46 | Completely Seal Nike Confidential Information |
| 257-49 | StockX's Opening Exhibit 49 | Completely Seal Nike Confidential Information |
| 261-115 | Nike's Opening Exhibit 106 | Completely Seal Nike Confidential Information |
| 261-116 | Nike's Opening Exhibit 107 | Completely Seal Nike Confidential Information |
| 261-117 | Nike's Opening Exhibit 108 | Completely Seal Nike Confidential Information |
| 261-135 | Nike's Opening Exhibit 126 | Completely Seal Third Party Designated Confidential Information |
| 261-136 | Nike's Opening Exhibit 127 | Completely Seal Third Party Designated Confidential Information |
| 261-137 | Nike's Opening Exhibit 128 | Completely Seal Third Party Designated Confidential Information |
| 261-138 | Nike's Opening Exhibit 129 | Completely Seal Third Party Designated Confidential Information |
| 261-139 | Nike's Opening Exhibit 130 | Completely Seal Third Party Designated Confidential Information |
| 261-145 | Nike's Opening Exhibit 136 | Completely Seal Nike Confidential Information |
| 261-153 | Nike's Opening Exhibit 144 | Completely Seal Nike Confidential Information |
| 262-8 | Exhibit 8 to the Declaration of J. Pallett | Completely Seal Nike Confidential Information |
| 262-9 | Exhibit 9 to the Declaration of J. Pallett | Completely Seal Nike Confidential Information |
| 262-10 | Exhibit 10 to the Declaration of J. Pallett | Completely Seal Third Party Designated Confidential Information |
| 262-11 | Exhibit 11 to the Declaration of J. Pallett | Completely Seal Third Party Designated Confidential Information |
| 262-12 | Exhibit 12 to the Declaration of J. Pallett | Completely Seal Third Party Designated Confidential Information |
| 262-13 | Exhibit 13 to the Declaration of J. Pallett | Completely Seal Third Party Designated Confidential Information |
| 271-5 | StockX's Opposition Exhibit 5 | Completely Seal Nike Confidential Information |
| 271-6 | StockX's Opposition Exhibit 6 | Completely Seal Nike Confidential Information |
| 271-10 | StockX's Opposition Exhibit 10 | Completely Seal Nike Confidential Information |
| 271-11 | StockX's Opposition Exhibit 11 | Completely Seal Nike Confidential Information |
| 271-12 | StockX's Opposition Exhibit 12 | Completely Seal Nike Confidential Information |

| Dkt. No. | Document Description | Sealing Proposed |
|---|---|---|
| 271-13 | StockX's Opposition Exhibit 13 | Completely Seal Nike Confidential Information |
| 271-14 | StockX's Opposition Exhibit 14 | Completely Seal Nike Confidential Information |
| 271-15 | StockX's Opposition Exhibit 15 | Completely Seal Nike Confidential Information |
| 271-21 | StockX's Opposition Exhibit 21 | Completely Seal Nike Confidential Information |
| 271-22 | StockX's Opposition Exhibit 22 | Completely Seal Nike Confidential Information |
| 271-24 | StockX's Opposition Exhibit 24 | Completely Seal Nike Confidential Information |
| 271-30 | StockX's Opposition Exhibit 30 | Completely Seal Nike Confidential Information |
| 271-42 | StockX's Opposition Exhibit 42 | Completely Seal Nike Confidential Information |
| 271-59 | StockX's Opposition Exhibit 59 | Completely Seal Third Party Designated Confidential Information |
| 271-72 | StockX's Opposition Exhibit 72 | Completely Seal Nike Confidential Information |
| 271-78 | StockX's Opposition Exhibit 78 | Completely Seal Third Party Designated Confidential Information |
| 271-79 | StockX's Opposition Exhibit 79 | Completely Seal Third Party Designated Confidential Information |
| 271-85 | StockX's Opposition Exhibit 85 | Completely Seal Nike Confidential Information |
| 271-87 | StockX's Opposition Exhibit 87 | Completely Seal Nike Confidential Information |
| 271-88 | StockX's Opposition Exhibit 88 | Completely Seal Nike Confidential Information |
| 271-89 | StockX's Opposition Exhibit 89 | Completely Seal Nike Confidential Information |
| 271-90 | StockX's Opposition Exhibit 90 | Completely Seal Nike Confidential Information |
| 271-91 | StockX's Opposition Exhibit 91 | Completely Seal Nike Confidential Information |
| 271-99 | StockX's Opposition Exhibit 99 | Completely Seal Nike Confidential Information |
| 273-36 | Nike's Opposition Exhibit 35 | Completely Seal Third Party Designated Confidential Information |
| 273-37 | Nike's Opposition Exhibit 36 | Completely Seal Third Party Designated Confidential Information |
| 273-38 | Nike's Opposition Exhibit 37 | Completely Seal Third Party Designated Confidential Information |
| 281-4 | Nike's Reply Exhibit 152 | Completely Seal Nike Confidential Information |
| 281-5 | Nike's Reply Exhibit 153 | Completely Seal Nike Confidential Information |
| 281-8 | Nike's Reply Exhibit 156 | Completely Seal Nike Confidential Information |
| 281-9 | Nike's Reply Exhibit 157 | Completely Seal Nike Confidential Information |
| 281-10 | Nike's Reply Exhibit 158 | Completely Seal Nike Confidential Information |
| 281-28 | Nike's Reply Exhibit 176 | Completely Seal Third Party Designated Confidential Information |
| 281-29 | Nike's Reply Exhibit 177 | Completely Seal Third Party Designated Confidential Information |
| 281-30 | Nike's Reply Exhibit 178 | Completely Seal Third Party Designated Confidential Information |

| Dkt. No. | Document Description | Sealing Proposed |
|---|---|---|
| 281-31 | Nike's Reply Exhibit 179 | Completely Seal Third Party Designated Confidential Information |
| 281-32 | Nike's Reply Exhibit 180 | Completely Seal Third Party Designated Confidential Information |
| 281-33 | Nike's Reply Exhibit 181 | Completely Seal Third Party Designated Confidential Information |