UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NIKE, INC., :
:
                        Plaintiff, :
:
        -against- : 22-CV-0983 (VEC)
:
STOCKX LLC, : ORDER
:
                      Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 24, 2024, the parties filed motions to seal and redact various documents filed in connection with the cross-motions for summary judgment (Dkts. 288–89).

    IT IS HEREBY ORDERED that the motions are GRANTED. Not later than **Monday, November 4, 2024**, the parties must file public versions of the briefing and exhibits for both motions, applying redactions to the extent permitted by this Order. Where the Court has permitted the parties to file an exhibit entirely under seal, the parties must submit a slipsheet for the exhibit indicating that it has been filed under seal. The Clerk of the Court is respectfully directed to close the open motions at Dkt. 288 and Dkt. 289.

**SO ORDERED.**

**Date: October 29, 2024**
**New York, New York**

                                                           **VALERIE CAPRONI**
                                                           **United States District Judge**