# EXHIBIT 2

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,                          )

          Plaintiff,                 )

                                     )

                                     )

     vs.                             ) Case No.:

                                     ) 1:22-cv-00983-VEC

STOCKX LLC,                          )

          Defendant.                 )

_____    )

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

VIDEO-RECORDED 30(b)(6) DEPOSITION OF

HEATHER PAULSON

Portland, Oregon

Friday, January 6, 2023; 9:11 a.m.

REPORTED BY:

Victoria A. Guerrero, CSR, RPR, CRR

Job No. 5593361

Pages 1 through 291

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 2

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    NIKE, INC.,                          )

         Plaintiff,                       )

5                                         )

                                          )

6        vs.                              ) Case No.:

                                          ) 1:22-cv-00983-VEC

7    STOCKX LLC,                          )

         Defendant.                       )

8    _____ )

9

10

11

12

13

14

15

16          BE IT REMEMBERED that, pursuant to Federal

17    Rules of Civil Procedure, the 30(b)(6) deposition of

18    HEATHER PAULSON taken on behalf of the Defendant was

19    taken before Victoria A. Guerrero, Certified

20    Shorthand Reporter, Registered Diplomate Reporter,

21    Registered Merit Reporter, and Certified Realtime

22    Reporter, on Friday, January 6, 2023, commencing at

23    the hour of 9:11 a.m., at Stoel Rives LLP, 760 SW

24    Ninth Avenue, Suite 3000, in the City of Portland,

25    County of Multnomah, State of Oregon.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 36

1    your current role?

2          A    Yes.

3          Q    What is your current title?

4          A    VP of Connected Marketplace.

5          Q    As the VP of Connected Marketplace, you are

6    responsible for the Global New Commerce Business

7    which we've been discussing and Connected

8    Partnership?

9          A    Yes.

10         Q    What is Connected Partnership?

11         A    Connected Partnership is how we extend Nike

12   Direct capabilities.  So if you think about

13   connected membership and connected inventory to our

14   traditional partners.

15              So the ones that we talked about at the

16   beginning.  So Dick's, Foot Lockers, Alano

17   (phonetic), the people who sell the bulk of our

18   product, we're figuring out how to reset and evolve

19   and bring to a new era, bring into a new era a

20   business model with our traditional partners.

21         Q    And you mentioned connected membership.

22   What does that mean?

23         A    It means our ability to know and serve

24   members wherever they're shopping across the

25   marketplace.  So if you go to a Dick's Sporting

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

                                              **Page 46**

1      Nike's digital goods business?

2              MR. MILLER:  Objection to form.

3              THE WITNESS:  No.

4      BY MR. FORD:

5          Q    So we've talked a lot about various ways in

6      which Nike sells product directly to consumers.  Do

7      you understand what I mean when I use the term

8      "secondary marketplace"?

9              MR. MILLER:  Objection to form.

10     BY MR. FORD:

11         Q    Or do you understand the term "secondary

12     marketplace"?

13         A    I know how I would define it.

14         Q    How would you define secondary marketplace?

15         A    I would define it as a -- I would define it

16     as a marketplace that enables sales of product after

17     the first sale to, you know, match supply and

18     demand.  So in Nike's case, the resale of sneakers.

19         Q    And during your time at Nike, ███████████

██     ████████████████████████████████████████████

21     █████████████████████

22         A    ██████

23             MR. MILLER:  Objection to form.

24     BY MR. FORD:

25         Q    ████████████████████████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 47

1    ████████████████████████████████████████

2    ██████████

3              MR. MILLER:  Objection to form.

4              THE WITNESS:    ████████

5    BY MR. FORD:

6         Q    And what discussions do you recall being

7    involved in in 2015?

8         A    ████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████

     █  ████████████████████████████

     ████████████████████████

13             MR. MILLER:  Objection to form.

14             THE WITNESS:    ████████████████

     ████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████████

     ████████████

19   BY MR. FORD:

20        Q    Just so I'm sure we understand each other,

21   when you say "heat" of the product, what do you

22   mean?

23        A    How covetable our product is.

24        Q    The demand for Nike products among

25   consumers?

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 48

1        MR. MILLER:  Objection to form.

2        THE WITNESS:  I wouldn't phrase it that

3     way.  That's more -- demand to us is how much

4     of the product sold.  This is more about brand

5     heat and relevance.

6   BY MR. FORD:

7     Q    Got it.  When you say ████████████████

      ████████████" what do you mean?

9        MR. MILLER:  Objection to form.

10       THE WITNESS:  ████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████████

   ████████████████████████    ██████████████

   ████████████████████████

15  BY MR. FORD:

16    Q    ████████████████████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████████████

   ████████████

20       MR. MILLER:  Objection to form.

21       THE WITNESS:  I mean like in the AJ1

22    versus the AJ7 versus the Air Force 1, and

23    specifically the triple wide Air Force 1.  ██

   ████████████████████████████████████████

   ████████████████

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 49

1    BY MR. FORD:

2         Q    ████████████████████████████████████

█    ████████████████████████████████████

4              MR. MILLER:  Objection to form.

5              THE WITNESS:  Yes.

6    BY MR. FORD:

7         Q    ████████████████████████████████████

█         █    ██████████████████████

9         Q    Who is Josh Luber?

10        A    At the time he was the CEO of Campless.

11        Q    And other than Mr. Luber and Campless, ██

█    ████████████████████████████████████

█    ██████████████████

14             MR. MILLER:  Objection to form.

15             THE WITNESS:  I or my team did not.

16   BY MR. FORD:

17        Q    What is Campless?

18        A    Campless was a side project for Josh who

19   worked at IBM at the time that sold data mostly to

20   investment banks and other people on the price that

21   sneakers were trading for on secondary marketplaces.

22   At the time primarily eBay.

23        Q    ████████████████████████████████████

█    ████████████████████

25             MR. MILLER:  Objection to form.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 50



1          THE WITNESS:

5      BY MR. FORD:

6          Q

           Withdrawn.  Let me restart that question.

8

10         MR. MILLER:  Objection to form.

11         THE WITNESS:  No.

13     BY MR. FORD:

14         Q

18         MR. MILLER:  Objection to form.

19         THE WITNESS:

22     BY MR. FORD:

23         Q    I'm trying to understand.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 51



1        A    Yes.

2        Q    So let's start there.

3        A    Yes.

4        Q    ████████████████████████████

█    ████████████████████████████████

█    ████████

7             MR. MILLER:  Objection to form.

8             THE WITNESS:  ███████████████

█       ███████████████████████████

█    ████████████████████████████████████

█    ████████████      ████████████████████

█    ████████████████████████████████

█    ████████████████████████

█       ██████████████████████████████████

█    █████████████████████████████

█    ██████████████████       ███████████████

█    ████████████████████████████      ████████

█    ████████████████████████████████████

█       █████████████████

20    BY MR. FORD:

21        Q    Got it.  That's, I think, what I was trying

22    to get at, ████████████████████████████

█    ████████████████████████████████

█    ████████████████████████████████

█    ████████████████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 52

```
 1              Sounds like it was the latter?
 2              MR. MILLER:  Objection to form.
 3              THE WITNESS:  ████████████████████
   ████████████████████████    ███████████████████
   ██████████████████████████████████████████████
   ████████████████████████████████████████████
   ██████████████
 8    BY MR. FORD:
 9         Q    ████████████████████████████████
   ███████████████████████████
11              MR. MILLER:  Objection to form.
12              THE WITNESS:  ██████████████████████
   ████████████████████████████████████████████
   █████████████████████████████████████
15    BY MR. FORD:
16         Q    ████████████████████████████████
   ██████████████████████████████████████████████████
   ██████      ██████████████████████████████████
   ███████████████████████████
20              MR. MILLER:  Objection to form.
21              THE WITNESS:  I'm not aware.
22    BY MR. FORD:
23         Q    ████████████████████████████████
   ██████████████████████████████████
25              MR. MILLER:  Objection to form.
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 53

1          THE WITNESS: ████████████████████

████████████████████████████████████████

████████████████

4    BY MR. FORD:

5        Q    And what -- let's take those separately.

6    █████████████████████████████████ -- I guess

7    let me -- let me withdraw that and back up.

8              ██████████████████████████████

█████████████████

10              MR. MILLER:  Objection to form.

11              THE WITNESS:  Ongoing.

12   BY MR. FORD:

13       Q    And during what time period beginning in

14   2015, █████████████████████████████████████████

██████████████

16              MR. MILLER:  Objection to form.

17              THE WITNESS:  It concluded -- depends what

18        you mean by "conclude."

19   BY MR. FORD:

20       Q    So you said it was ongoing?

21       A    Yes.

22       Q    Is it ongoing 'til today?

23       A    No.

24       Q    When did it cease?

25       A    █████████████████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 54

1    And then I'm not sure exactly when it ceased.  It

2    ceased after I left North America Analytics and

3    moved to my global role.

4        Q    ████████████████████████████████████

     ████████████████████████████

6            MR. MILLER:  Objection to form.

7            THE WITNESS:  I don't recall.  If I had to

8    guess, ███████████████████████████ ███

     ████████████████████████████████

     ██████████████████████████████████████

     █████████████████████████ ███████████████

     ███████████████████ █████████████████

     ████████████████ ███████████████

14   BY MR. FORD:

15       Q    Sure. █████████████████████████

     ████████████████████████████████

17           MR. MILLER:  Objection to form.

18           THE WITNESS:  Yeah. ████████████████

     ██████████████████████████████████████

     ████████████████████████████████████

     ███████ ████████████████████████

     ████████████████  I don't really remember.

23   BY MR. FORD:

24       Q    But you weren't receiving it in realtime, I

25   guess --

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



Page 95

1    opportunity, do you recall ████████████████
█    ████████████████████

3        A    Oh, yes.

4        Q    What was another one?

5        A    ████████████████████████

█    ████████████████████████

7        Q    And what does that refer to?

8        A    ████████████████████████

23       Q    ████████████████████

25       Q    So just so I understand, the opportunity

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 130

```
 1    ends in 620, it reads, Nike is the most
 2    counterfeited brand.  Nike is the top selling
 3    sneaker brand on the second market.
 4           Is it your understanding that this
 5    sentence, "Nike is the most counterfeited brand," is
 6    with respect to all brands or sneaker brands or what
 7    is the -- when it's the most counterfeited, do you
 8    know what that's in relation to?
 9           MR. MILLER:  Objection to form.
10           THE WITNESS:  I don't know what it's in
11             reference to.  Could be either of the two
12             hypotheses you suggested.
13    BY MR. FORD:
14      Q    Do you personally have any understanding as
15    to whether Nike is the most counterfeited brand in
16    general or just within a particular segment?
17      A    I don't have personal knowledge.  I know
18    that I have heard statements before and I've never
19    asked the clarifying question, is that within our
20    industry or broader?
21      Q    But do you believe it's an accurate
22    statement that at least within some point of
23    reference Nike is the most counterfeited brand?
24           MR. MILLER:  Objection to form.
25           THE WITNESS:  We're the largest brand, so
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 131

```
 1         yes.  It's consistent with that.
 2     BY MR. FORD:
 3         Q    When you say "the largest brand" there, do
 4     you mean largest brand within the sneaker industry?
 5              MR. MILLER:  Objection to form.
 6              THE WITNESS:  Yes.  We're also the largest
 7          apparel brand, but yes.
 8     BY MR. FORD:
 9         Q    That's helpful.  So your understanding is
10     Nike is the largest apparel brand as well as the
11     largest sneaker brand?
12         A    Yes.
13         Q    So is it your understanding also that Nike
14     is the most counterfeited sneaker brand?
15              MR. MILLER:  Objection to form.
16              THE WITNESS:  Is it my understanding.  I
17          don't have specific facts on it, but it
18          certainly wouldn't surprise me.  And I've heard
19          statements like that frequently in my time at
20          Nike.
21     BY MR. FORD:
22         Q    From other Nike employees?
23         A    Yes.
24         Q    Including Nike Brand Protection employees?
25         A    Including gray market employees.  I can't
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
                                             Page 181
 1           exactly other than what's in the appendix.  We
 2           didn't talk about this specifically.
 3      BY MR. FORD:
 4           Q    So if you look -- when you say the
 5      appendix, do you mean these next --
 6           A    Yes.
 7           Q    -- three slides that refer to adidas, Blue
 8      Bite, Foot Locker, GOAT.
 9           A    Yes.
10           Q    Let me just take these in turn.  Does Nike
11      consider adidas a competitor?
12           A    Yes.
13           Q    Does Nike consider Blue Bite a competitor?
14           A    No.
15           Q    Do you know what Blue Bite is?
16           A    No.
17           Q    Does Nike consider Foot Locker a
18      competitor?
19           A    Probably.  More a partner.
20           Q    Do you know what GOAT is?
21           A    Yes.
22           Q    Does Nike consider GOAT a competitor?
23           A    Probably not.
24           Q    Does Nike consider StockX a competitor?
25           A    Probably not.
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 183

```
 1      that we've been discussing?
 2          A    Yes.
 3          Q    And you write below that, ███████
```



```
21               MR. MILLER:  Objection to form.
22               THE WITNESS:  I am the global leader of
23          new commerce partners.  So I don't run every
24          partnership, but yes, I would consider them
25          part of the scope of my role.
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 184

1    BY MR. FORD:

2        Q    ██████████████████████████████

████████████████████████████████████ ███████

███████████████████████████████████████████

██████

████  █████

████  ████████████████████████████████████

████████████████████████████████████████

████  █████  ███████████  ████████████████████

██████████████████████████████████████████████

████████████████████████  █████████████████

██████████████████████████████████████████

███████████████████████████████████████████  ███

██████████████████████████████  ██████████████████

██████████████████████

16       Q    Does your team -- actually, withdrawn.

17   ███████████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████████████

██████████████

21            MR. MILLER:  Objection to form.

22            THE WITNESS:  I don't think I understand

23       the question.

24   BY MR. FORD:

25       Q    Sure.  Let me try again.  Do you have

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 208

1    well as the SNKRS app?

2         A    Yes.  And mobile web, yes.

3         Q    What was the difference between the Nike --

4    general Nike commerce app, as you put it, and the

5    SNKRS app?

6              MR. MILLER:  Objection to form.

7              THE WITNESS:  There are a lot of

8         differences.  The experience is different, the

9         products sold there are different, the

10        consumers themselves are different.

11   BY MR. FORD:

12        Q    In what way are the consumers different?

13        A    I should actually say the occasion that is

14   served is different.  This SNKRS app is more around

15   -- more maybe culturally leading, cultural pushing

16   styles that are oftentimes more allocated and it's

17   serving more that style of sport.

18             And our Nike app is more, we sell

19   sportswear there, too, but it's more serving the

20   performance occasion, people who want to run, people

21   who want to play soccer.  And it's more grounded

22   there.

23   BY MR. FORD:

24        Q    When you say that the SNKRS app has styles

25   that are oftentimes more allocated, what do you mean

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



Page 209

1    by "allocated"?

2        A

3

4

5

6

7

8

9

10    BY MR. FORD:

11        Q

12

13            MR. MILLER:  Objection to form.

14            THE WITNESS:  I don't know that at any

15        level of detail.  It's not in the scope of my

16        role.

17    BY MR. FORD:

18        Q    That's fine.  Why was the deck that we're

19    looking at here as Exhibit 7 put together?

20        A

21

22

23        Q    So this deck was put together in and around

24    April of 2019; is that right?

25        A    Looks like it.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 221

1    BY MR. FORD:

2        Q    I see.  So less chicken and egg and more

3    sort of iterative development of the business model

4    alongside deeper learnings about consumer

5    preferences?

6        A    Yes.

7        Q    The third bullet there says, it's -- not a

8    bullet, but the third line says, ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

██████  ████████  ██████

██  ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

19                MR. MILLER:  Objection.  And I will

20            caution the witness to answer that question

21            without revealing any information that would

22            have been given to you by counsel.  So if you

23            can answer the question without revealing any

24            attorney-client communications, you can, but

25            I'm giving you that caution.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 222

1          THE WITNESS:  Okay.  We felt that there
2     were key risks to -- that we learned from
3     consumers.  And -- just generally.  And I think
4     the two key ones, from my recollection, one is
5     not from a legal perspective, but from a
6     consumer perspective -- let me start with this
7     one.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 263

1          Q    So there would have been a final version of

2     this deck where these comments would have been

3     resolved and removed?

4               MR. MILLER:  Objection to form.

5               THE WITNESS:  Yes.  There should have been

6          a final version of this deck.  Although, at

7          some point, as I said, we decided to move away

8          from this.  But I don't -- I don't remember

9          when that was.

10    BY MR. FORD:

11         Q    ████████████████████████████████████

      ████████████████████████████████████████████

      ████   ████

      ████   ████████████████████████████████████

      ████████████████████████████████████████████████

      ████████

      ████   ██████████████████████████

      ████   ████████████████████████████████

      ██████████████████████████████

      ████████████████████████████████████

      ████████████████████████████████████████████

      ██████████████████

23              MR. MILLER:  Objection to form.

24              THE WITNESS:  Pre-COVID.  So sometime

25         between May and, you know, September,

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 282

```
 1          outside the scope.
 2               THE WITNESS:  I did not.  Nor the
 3          additional 20, on slide 12, partners who are
 4          mentioned.
 5     BY MR. FORD:
 6          Q     There's a lot of partners in here.
 7          A     █████████████████████
 8          Q     Okay.  You can set that aside.
 9          A     I'd love to read this, actually.  It's
10     fascinating.
11          Q     So moving away from your 30(b)(6)
12     designated testimony since, I think, as you've
13     testified, ████████████████████████████████
       ████████████████████████████  have you personally ever
15     purchased anything on StockX?
16          A     I have.
17          Q     What have you purchased on StockX?
18          A     I purchased two AWOKs in the early days,
19     back in the day, as I was getting to know the
20     partner and understanding how they work, I like to
21     do that.  And I also purchased a handful of Jordans
22     for my nephew.
23          Q     I apologize for being less familiar with
24     the brands here.  Can you maybe spell -- you said
25     you purchased two AWOKs?
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 283

1        A    Yeah.  Very cool shoes.  They're Anna

2    Wintour OKs.  We did a collaboration with Anna

3    Wintour of Vogue and she signs everything she

4    approves of A-W-O-K.

5        Q    Ah, I see.

6        A    So they're Jordan, AJ1 and AJ3.  So two of

7    our Jordan, like, kind of franchises.  And then she

8    used her materials and her color and, you know,

9    they're her design.

10        Q    And those are Nike shoes that were sold in

11    collaboration with Anna Wintour?

12        A    Yes.

13        Q    So other than the two AWOKs, what else did

14    you -- have you purchased on StockX?

15        A    A handful of Jordans for my nephew, which

16    is -- Jordan is a Nike brand.

17        Q    When you say a "handful," about how many?

18        A    Two or three.

19        Q    And during what time period did you make

20    those purchases?

21        A    2016 to last March.

22        Q    When you say "last March," you mean March

23    of 2022?

24        A    Yes.

25        Q    Do you recall what the last purchase you

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 284

1      made on StockX was?

2          A    One of my nephew's Jordans.

3          Q    Have you purchased anything on StockX

4      besides the Nike shoes that you just described?

5          A    No.  I don't believe so.

6          Q    Have you ever sold anything on StockX?

7          A    No.

8          Q    Have you ever returned or disputed any of

9      the items you purchased on StockX?

10         A    No.

11         Q    Are you satisfied with your purchases from

12     StockX?

13         A    Um, I like the AWOKs.  Yeah.

14         Q    Why weren't you able to purchase the AWOKs

15     from Nike directly?

16         A    They were --

17             MR. MILLER:  Objection to form.

18             THE WITNESS:  ████████████████████

       ████████████████████  And to be honest, I didn't

20          even try in the initial sale and then saw them

21          around and decided I liked them, so hunted them

22          down.

23     BY MR. FORD:

24         Q    And what about the Jordans you purchased

25     for your nephew, why did you buy them on StockX?

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
                                              Page 285

 1              MR. MILLER:  Objection to form.

 2              THE WITNESS:  They were out of stock on

 3         Nike.

 4    BY MR. FORD:

 5         Q    Have you ever purchased anything from GOAT?

 6         A    That's a good question.  I don't believe

 7    so.

 8         Q    Have you ever purchased anything from

 9    Stadium Goods?

10         A    No.

11         Q    Have you ever purchased anything from

12    Flight Club?

13         A    No.

14         Q    Have you ever purchased Nike products on

15    any secondary marketplace other than StockX?

16         A    Yes.

17         Q    What other marketplace?

18         A    Farfetch.

19         Q    What have you purchased -- what Nike

20    products have you purchased from Farfetch?

21         A    Similarly some Jordans that I liked.

22         Q    For yourself?

23         A    For myself.

24         Q    About how many?

25         A    Two or three.
```