# EXHIBIT 4

PageVault

| | |
|---|---|
| Document title: | Bloomberg Billionaires Index - Phil Knight & family |
| Capture URL: | https://www.bloomberg.com/billionaires/profiles/philip-h-knight/ |
| Page loaded at (UTC): | Wed, 07 Aug 2024 16:49:40 GMT |
| Capture timestamp (UTC): | Wed, 07 Aug 2024 16:50:10 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 2 |
| Capture ID: | obrDvivuZUdduYYqRVWJ9N |
| User: | dchekhov |

PDF REFERENCE #:     tthVN2xCDvhpTqfifVEWcD



