# EXHIBIT 5



| | |
|---|---|
| Document title: | Athletic footwear market dominated by Asia-Pacific with 42% share - FDRA |
| Capture URL: | https://fdra.org/latest-news/athletic-footwear-market-dominated-by-asia-pacific-with-42-share |
| Page loaded at (UTC): | Fri, 02 Aug 2024 19:25:47 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 19:25:48 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | w2LCNeynqhAh7mEGjucGVk |
| User: | automation@page-vaul |

PDF REFERENCE #:     2YocNE19ya8HF6zSTY95Vf

**FDRA** — FOOTWEAR DISTRIBUTORS & RETAILERS OF AMERICA

ABOUT    ISSUES + ADVOCACY    NEWS + MEDIA    EVENTS    MEMBER SIGN-IN    FFANY    JOIN

# Athletic footwear market dominated by Asia-Pacific with 42% share

27 Sep **Athletic footwear market dominated by Asia-Pacific with 42% share**
Posted at 07:20h in Latest News by Andy Polk · Share

The athletic footwear market has been forecast to increase at a compound annual growth rate (CAGR) of 1.75% through to 2016, driven by the increasing demand for comfortable footwear, and the increasing demand for lightweight athletic shoes.

Having reliable, performance-specific shoes is important for achieving one's fitness goals, and purchasing a new pair is one way people motivate themselves to work out.

Asia Pacific is leading the athletic footwear market with maximum share and is expected to enjoy a 41.6% share of the market in 2018, closely followed by Europe. The North American market is growing at a relatively slower rate, due to high labour costs, raw material costs and strong competition.

Nike has been the undisputed leader in athletic footwear for some time now and is several times larger than its nearest competitor. Despite all of its success, the company is still managing to grow at a very impressive rate.

Nike is by far the world's largest athletic shoe manufacture, with an estimated market share of about 50%. The company also sells a wide range of apparel under its own brand, and affiliated brands such as Converse and Hurley.

Nike also faces competition from companies such as Under Armour. Under Armour's footwear sales grew by a CAGR of 37.1% during 2010-2012 to reach around $239 million in 2012.

Nike, Adidas, Puma and Asics are the key players in the global athletic footwear market, while several other players such as New Balance, Sketchers, Vans, Saucony and K-Swiss as well as various local brands also have a presence in the global footwear market.

One of the main challenges the market currently faces is the increasing availability of counterfeit products in the market. This is affecting the revenue as well as the brand name of global vendors.

---

Email: info@fdra.org
Phone: 202-737-5660
Fax: 202-645-0789

View Privacy Policy

**DC Office Location:**
200 Massachusetts Ave, NW,
Suite 700
Washington, DC 20001

**NY Office Location:**
450 Lexington Ave, 4th floor
New York, NY 10017

