# EXHIBIT 6



| | |
|---|---|
| Document title: | It's all about the shoes as Nike releases draw crowds – The Famuan |
| Capture URL: | https://www.thefamuanonline.com/2018/03/30/its-all-about-the-shoes-as-nike-releases-draw-crowds/ |
| Page loaded at (UTC): | Fri, 02 Aug 2024 21:06:42 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 21:06:44 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | jVudqPyxDpFmiMVfPP6M6e |
| User: | automation@page-vaul |

PDF REFERENCE #:    vVW67KCJMfeANnPHzhGz9K

About Us    Contact Us    Advertising

# THE FAMUAN

NEWS    LIFESTYLES    SPORTS    OPINIONS    E-EDITION    PODCASTS    CLASSIFIEDS

# It's all about the shoes as Nike releases draw crowds

March 30, 2018 2:03 pm    by Bria Sanford



It was a sneaker lover's delight this past weekend as two highly desired shoes released.

Nike released two of its most anticipated shoes of 2018: The Air Jordan 3 Retro "Tinker" released Saturday in select retailers and online at Nike.com while the Sean Wotherspoon's Air Max 97's released March Monday online at Nike.com as well as in select retail stores.

The Air Jordan 3 retro "Tinker" busted out the box in full force and is quite the eye catcher. The shoe sold for $200.

This release has caused the most commotion thus far among Jordan lovers, according to sneakernews.com.

They were first seen during Justin Timberlake's Super Bowl performance. The original design utilizes the classic white/white cement colorway with the white out Nike swoosh on the side. The most recent release called the "Tinker" is a reflection of designer Tinker Hatfield's original sketch of the shoe, and 30 years later Nike is finally bringing that idea to life in a "Fire Red" colorway that also features the Nike Air logo on the heel, and black Nike swoosh on the sides.

The Sean Wotherspoon Air Max 1/97 is pure eye candy. This is Nike's first-ever corduroy shoe.

It is dark green, brown, teal, pastel purple, pastel yellow with a denim strip backing and velour tongue that comes with a sticker patch. The shoes also feature the ubiquitous Nike swoosh patch and a smiley face along with two extra laces – one purple pair and one teal pair. It's quite versatile in its looks.

"For me personally, I think corduroy gets better with age," Wotherspoon said when interviewed about the design process by nicekicks.com.

1. Cathcart satisfies sweet cravings
2. Trump battles journalists at NABJ
3. Alum leading charge to reduce social media harm
4. FAMU softball coach resigns
5. Can an HBCU grad topple Trump?

**From Around The Web**

- BookTrib's Bites: Four Reads to Kickoff Spring
- Youth Take Down Tobacco
- Curbing Colorectal Cancer in Minority Populations
- Taking Action to Take Down Tobacco
- Ash Carter Exchange Showcases Innovation and National Security
- AI Expo for National Competitiveness Announces Key Sponsor
- 2102: PRETENSE, THE PLAY: New Literary Novel Overlays Tech Angst into a Stunning Future
- Why It's Important to Talk About Inheriting Wealth
- 100% of Latino Grads Start Trades Careers With Centro Educativo

It is dark green, brown, teal, pastel purple, pastel yellow with a denim strip backing and velour tongue that comes with a sticker patch. The shoes also feature the ubiquitous Nike swoosh patch and a smiley face along with two extra laces – one purple pair and one teal pair.  It's quite versatile in its looks.

 "For me personally, I think corduroy gets better with age," Wotherspoon said when interviewed about the design process by nicekicks.com.

A vintage lover, Sean is the owner of ROUNDTWO, which started off as just a Nike iD design before blowing up.



*Left to Right (Erik Thoms and two other winners of the pre-release) 3 out of 5*

"I want my design to win and I want everyone to realize how corduroy is the s**t," Wotherspoon said.

Although they were released, that doesn't mean everyone had the chance to get them. Nike gave App members the option to hold their spot a day before the release so that when the shoe dropped shoppers could immediately have them in their bags, and confirm their purchase. Other shoppers had to wait

Why It's Important to Talk About Inheriting Wealth

100% of Latino Grads Start Trades Careers With Centro Educativo Latino's Workforce Development Program

Sound Solutions: How Generative AI is Enhancing Business Communication

**Outside The Lines**

Hispanics and African Americans at Higher Risk for Eye Disease

African Americans at Higher Risk for Eye Disease

Infinity Kings: Final Book In A Favorite Fantasy Series

What You Need To Know About Keratoconus and the iLink Procedure

Vitamins and Minerals: Fortifying Against Poor Oral Health

Five Terms to Improve Financial Literacy

AI in Homebuying: Separating Fact from Fiction

Your Bank, Your Way: Choosing the Right Bank for Your Needs

Choose Beer Grown Here: Anheuser-Busch is First to Adopt U.S. Farmed Certification, Helping Shoppers Choose Products Made with U.S. Agricultural Ingredients

Your Child's Tomorrow Begins Today

View All

Command Brand and Hannah

Document title: It's all about the shoes as Nike releases draw crowds – The Famuan
Capture URL: https://www.thefamuanonline.com/2018/03/30/its-all-about-the-shoes-as-nike-releases-draw-crowds/
Capture timestamp (UTC): Fri, 02 Aug 2024 21:06:44 GMT
Page 2 of 4

*Left to Right (Erik Thoms and two other winners of the pre-release) 3 out of 5*

"I want my design to win and I want everyone to realize how corduroy is the s**t," Wotherspoon said.

Although they were released, that doesn't mean everyone had the chance to get them. Nike gave App members the option to hold their spot a day before the release so that when the shoe dropped shoppers could immediately have them in their bags, and confirm their purchase. Other shoppers had to wait outside of retailers and try their luck.

Small sneaker retailers like Kith, APB and private sellers received the shoe.

APB Tallahassee held a pre-release party for the Sean Wotherspoon Air max's Sunday evening, where participants were asked questions and could win a ticket to purchase the shoes on the release date.

Erik Thoms a local resident of Tallahassee was among the crowd and her luck was up

"the guy asked what date was the original air max released, and everyone kept saying 1987, 1987 .. but he said the date, and when he picked me I said the date which is March 26 1987 and I won the shoes".

For Erik the toughest things in life just seen to come easy. For this two-time winner. Not only did she luck up on the Wotherspoons', but she also won the Jordan Tinkers the day before.

They were too fresh not to wear out of the store.

There was a total of five winners at the pre-release and the store raffled away the remaining of the shoes at the official release, there were 11 winners on the release day.

The Official release was a lengthy process. Between 12 p.m. – 4 p.m.  the store handed out raffle tickets. Participants returned at 5 p.m. to trade in their original tickets for another ticket, wrote their size or a random size on the ticket and placed the ticket with the size on it in the ticket bag.

Store manager James said "A lot of people wanted the shoe, people were lined up outside camping out the night before, and I gave out a lot of tickets, even to homeless people."

Everyone had a shot at winning, some of us are just luckier than others.

Stephen a sophomore FSU Student, skipped class for the release

I asked him why he loved the shoe Stephen replied "because the shoe is badass"

He continued "I love the colorway and the style, they go with everything, the corduroy is creative and I'm a big fan or Air Max 1's and the single sole look, I just love the style of the shoe."

Both amazing shoes have left a hard trail to follow. For more upcoming shoe releases check out sneakernews.com

---

Today

View All

- Command Brand and Hannah Brown are giving away $50,000 to bring college students design dreams to life
- The Honor Society of Phi Kappa Phi Awards 2024 Fellowships
- Procter & Gambles Tide, Downy and Gain Lighten the Financial Load for College Students, Kicking-Off Second Annual Tide x Downy x Gain Scholarship Sweepstakes
- GradGuard Urges College Students and Families to Safeguard Their Investments in Higher Education
- MILLION STORIES LAUNCHES NEW SHOW THE FINANCE COUCH THAT ADDRESSES STUDENTS FINANCIAL CONCERNS
- The Honor Society of Phi Kappa Phi Announces Study Abroad Grant Recipients
- Shoff Promotions Comic Book & Sports Card Show
- DoSomething.org Kicks Off Voter Catalyst Network to Drive Gen Zs Engagement in the 2024 Presidential Election
- Global Atlantic Launches College Scholarship Program
- NOW Available: Comcast Launches NOW Brand Prepaid Internet and Mobile Services Nationwide

View All

---

# THE FAMUAN

About Us    Contact Us    Advertising

© 2024 College Media Network, a Uloop company

Small sneaker retailers like Kith, APB and private sellers received the shoe.

APB Tallahassee held a pre-release party for the Sean Wotherspoon Air max's Sunday evening, where participants were asked questions and could win a ticket to purchase the shoes on the release date.

Erik Thoms a local resident of Tallahassee was among the crowd and her luck was up

"the guy asked what date was the original air max released, and everyone kept saying 1987, 1987 .. but he said the date, and when he picked me I said the date which is March 26 1987 and I won the shoes".

For Erik the toughest things in life just seen to come easy. For this two-time winner. Not only did she luck up on the Wotherspoons', but she also won the Jordan Tinkers the day before.

They were too fresh not to wear out of the store.

There was a total of five winners at the pre-release and the store raffled away the remaining of the shoes at the official release, there were 11 winners on the release day.

The Official release was a lengthy process. Between 12 p.m. – 4 p.m. the store handed out raffle tickets. Participants returned at 5 p.m. to trade in their original tickets for another ticket, wrote their size or a random size on the ticket and placed the ticket with the size on it in the ticket bag.

Store manager James said "A lot of people wanted the shoe, people were lined up outside camping out the night before, and I gave out a lot of tickets, even to homeless people."

Everyone had a shot at winning, some of us are just luckier than others.

Stephen a sophomore FSU Student, skipped class for the release

I asked him why he loved the shoe Stephen replied "because the shoe is badass"

He continued "I love the colorway and the style, they go with everything, the corduroy is creative and I'm a big fan or Air Max 1's and the single sole look, I just love the style of the shoe."

Both amazing shoes have left a hard trail to follow. For more upcoming shoe releases check out sneakernews.com

- bring college students design dreams to life
- The Honor Society of Phi Kappa Phi Awards 2024 Fellowships
- Procter & Gambles Tide, Downy and Gain Lighten the Financial Load for College Students, Kicking-Off Second Annual Tide x Downy x Gain Scholarship Sweepstakes
- GradGuard Urges College Students and Families to Safeguard Their Investments in Higher Education
- MILLION STORIES LAUNCHES NEW SHOW THE FINANCE COUCH THAT ADDRESSES STUDENTS FINANCIAL CONCERNS
- The Honor Society of Phi Kappa Phi Announces Study Abroad Grant Recipients
- Shoff Promotions Comic Book & Sports Card Show
- DoSomething.org Kicks Off Voter Catalyst Network to Drive Gen Zs Engagement in the 2024 Presidential Election
- Global Atlantic Launches College Scholarship Program
- NOW Available: Comcast Launches NOW Brand Prepaid Internet and Mobile Services Nationwide

View All

THE FAMUAN

About Us   Contact Us   Advertising

© 2024 College Media Network, a Uloop company