# EXHIBIT 10



| | |
|---|---|
| Document title: | Investing In Sneakers Can Be A Better Investment Than Gold. Here's How. \| HuffPost Life |
| Capture URL: | https://www.huffpost.com/entry/sneakers-good-investment_n_5bd1f5ebe4b0d38b588143ee |
| Page loaded at (UTC): | Fri, 02 Aug 2024 19:25:29 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 19:25:33 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 14 |
| Capture ID: | thLyRBQJM5Gqhgc9LJBKdo |
| User: | automation@page-vaul |

PDF REFERENCE #:   4WknGCs3aywdG83YtJCAej

**What's Hot**


Harris Campaign Touts Massive $310 Million July Fundraising Haul


Simone Biles Turns 1 Of Donald Trump's Controversial Terms Into A Winning Tweet


Biden's Latest Ding Of Trump Was 'Mic-Drop Moment,' Says CNN's Dana Bash


Kamala Harris Is Making A Play For Georgia, But Can She Pull It Off?


Ex-Aide Highlights Uncle' Moment Tha

# HUFFPOST

Log In    SUPPORT US

NEWS    POLITICS    ENTERTAINMENT    LIFE    PERSONAL    VOICES    SHOPPING    ◊ PLAY PYRAMID SCHEME ◊    U.S. Edition

STYLE & BEAUTY    SNEAKERS    INVESTMENT    SNEAKER CULTURE

# Investing In Sneakers Can Be A Better Investment Than Gold. Here's How.

*Nike SB Dunk Low Reese Forbes Denims originally sold for $65 and are now reportedly worth over $4,000.*

By Julia Brucculieri
Oct 26, 2018, 05:45 AM EDT | **Updated** Oct 29, 2018

      LEAVE A COMMENT



00:03

When you think of investing your money, sneakers probably aren't the first thing that come to mind. But according to newly released research, some sneakers could be a better investment than gold.

The research, conducted by MyVoucherCodes — a voucher, coupon and discount deals 

better investment than gold.

The research, conducted by MyVoucherCodes — a voucher, coupon and discount deals website based in the U.K. — analyzed 50 pairs of sneakers that have been released over the years. According to the findings, some of the shoes have a resale value more than 60 times their original price.



**FROM OUR PARTNER**

3 Top Tips to Become Climate Forward



Recommended by Outbrain

For example, there are the Nike SB Dunk Low Reese Forbes Denims, which originally sold for $65 in 2002 and are now reportedly worth over $4,000. There are also the Yeezy 2 Red Octobers, which retailed for $250 in 2014 and are now worth $5,655. Financially speaking, that's a great return on investment. (The ROI is the gain from investment minus the cost of investment, divided by the cost of investment, according to Investopedia.)

The study found that all the sneakers listed increased in value more than gold did since they were released. (But note that some analysts have deemed gold a risky or bad investment, and in the past five years its value has fluctuated quite a lot.) MyVoucherCodes calculated the number in its report using StockX, which calls itself the online "stock market for things" and gives an average price for sneakers based on sales for the past year. To find the ROI, MyVoucherCodes used the original sale price and the average current sale price.

ADVERTISEMENT



Winter Skin Care Tips That Will Help You Stay Healthy During The Upcoming Cold Months!





### BEST FINDS


This 'Powerhouse' Stain Eraser Is Almost 50% Off Right Now


28 Pieces Of Clothing For People Who Love Summer But Hate Heat


Cat Trees Are Actually Really Important For Cats' Well-Being, According To A Behaviorist


People In Dry Desert Climates Say These Are Their Favorite Skin Care Potions


Reviewers Took These Sandals On Vacation And Walked Comfortably For Hours

"When we think of individuals building up a portfolio of investments, we usually associate it with property or stocks and shares," Anders Nilsson, spokesperson for MyVoucherCodes, said in an emailed statement. "While these may still prove a popular choice for many, it's interesting to see just how lucrative the footwear resale market has become, with some sneakers raking in a potential profit of thousands of dollars in a short space of time."

## But before you go and blow your entire paycheck on a pair of sneakers, there are a few things to consider

For one thing, not every pair of sneakers is going to give you a stellar return on investment. And a sneaker's potential resale value can't always be accurately predicted.

According to sneaker lover and popular YouTube personality Mr. Foamer Simpson, sneakers *can* be a good investment, but it's not as simple as buying just any old pair of shoes.

"It's tricky," he said. "There's a guessing game or element of unpredictability that makes it exciting for some collectors. With sneakers, you kind of never know. Sure, you know what sneakers are more limited or which ones were harder to get, but even with that, it fluctuates a lot. A sneaker that was very valuable two years ago might all of a sudden crash and no longer be valuable."

DJ Delz, the creator of The Sneaker Addict, agreed, telling HuffPost, "[Sneakers] are a good investment, but you have to know what you're doing, because some sneakers will skyrocket in value, but then they'll just drop. As fast as they go up, they will go down."

Even if you have a pair of valuable shoes in your collection, you need to find someone who's willing and able to spend top dollar if you want to cash in. Simpson acknowledged that could be a challenge because there's "a very, very, very small target market" of people who spend a ton of money on sneakers.

ADVERTISEMENT

### THE GOOD LIFE
A completely essential daily guide to achieving the good life.

address@email.com    SIGN UP

By entering your email and clicking Sign Up, you're agreeing to let us send you customized marketing messages about us and our advertising partners. You are also agreeing to our Terms of Service and Privacy Policy.








MIKE LAWRIE VIA GETTY IMAGES

Nike Air Yeezy 2 Red October sneakers. They retailed for $250 in 2014 and are now worth $5,655.

## There are some things that make a shoe more valuable

The supply and demand model is definitely important when it comes to determining a shoe's value. The lower the supply (or the rarer the shoe) and the higher the demand, the more valuable a pair of sneakers will likely be.

Delz, who said he owns about 500 pairs of shoes, said, "The whole situation with sneakers is that when they're limited, everyone wants them, [and] they can't get them. You always hear that saying 'You want what you can't have.'"

People really have to *want* the shoes to make the demand go up, Simpson said.

"It could be a one of one sneaker from some brand no one heard of that nobody wants, and, yeah, it's limited, but there's no demand there," he said. "It's how limited they are in relation to how many people want them, basically."

As Delz explained it, "If they made a hundred million pairs of the hypest shoe out there, people wouldn't be hype-beasting off of them."

ADVERTISEMENT



As Delz explained it, "If they made a hundred million pairs of the hypest shoe out there, people wouldn't be hype-beasting off of them."

You can look at Yeezy sneakers as an example. Simpson said that when Kanye West started collaborating with Adidas, resale prices were through the roof. Now they've gone down. The September 2018 Yeezy Boost 350s were released in "mass quantities, giving an unprecedented number of fans worldwide direct access to [them] at retail price," according to a press release. West has said that he wants everyone to wear his shoes. (A spokesperson for MyVoucherCodes said that that Yeezy release prompted the study.) In other words, the supply has increased. As an apparent result, the demand for his shoes appears to be declining, according to Sole Collector.

"Value-wise, [Yeezy Boosts] are nowhere near where they were a couple years ago, and a big part of that is the supply and demand thing," Simpson explained. "They're making more pairs. Maybe not as many people want them — whatever the case is. 'How many people want them, and how many are we going to release?' That's kind of what sets the market."

The physical condition of the shoes is also important. In order for sneakers to remain at their peak value, they should almost always be unworn. You still might sell valuable shoes "for a pretty penny" even if they have been worn, he said, but they probably won't be worth as much as unworn shoes. He noted that the one case in which sneakers might increase in value after being worn is if they were worn during a major game by a famous athlete, like Lebron James or Michael Jordan.

A shoe that's designed in collaboration with a high-profile figure — Delz pointed to one of his pairs, Jordan 2 Retro Eminem (The Way I Am) sneakers — will also likely be worth more.

"If it has some kind of connection to a superstar or legend out there," Delz said, that could help increase the value.

ADVERTISEMENT




## But a lot of it comes down to hype

"Hype is everything. It's absolutely everything to how a sneaker goes up in value," Delz said. "Everything I told you ... from the limited amounts, wanting what you can't have and then having artists attached to it — that all has to do with hype. That's what it's all about."

Hype, Simpson said, is a funny thing because it, like a shoe's value, can be unpredictable. For that reason, shoes aren't necessarily a sound financial investment.

"It can get a little tricky because you don't always know," Simpson said.

That said, Simpson and Delz agreed you can make a living buying and reselling sneakers. But you have to be smart about it.

"There's always something you can resell. There's a market for a lot of stuff, and with sneakers, people make a killing off it," Delz said, although he cautioned that it might not prove to be a fruitful long-term gig.

"It's like any business. You've got to apply business principles to it," Simpson said. "There are people who definitely make great livings doing that, but it has to be organized and well thought out, and you have to be well practiced in the area. It's a business, so if you apply good business sense and savvy, then like in any realm, you'll be successful."

ADVERTISEMENT



### RELATED

SNEAKERS | INVESTMENT | SNEAKER CULTURE | MYVOUCHERCODES

GO TO HOMEPAGE

Support Us

## RELATED

**SNEAKERS** | **INVESTMENT** | **SNEAKER CULTURE** | **MYVOUCHERCODES**

Kate Wears The Same Classic Sneakers As Princess Diana 

7 Ways To Keep Your White Sneakers Looking Fresh This Summer 

The Ugly Sneakers Everyone Is Wearing This Summer 

GO TO HOMEPAGE      LEAVE A COMMENT

Suggest a correction | Submit a tip

ADVERTISEMENT

AdChoices    Sponsored

## FROM OUR PARTNER



**Neurologists Amazed: Barefoot Shoes are The Best Thing You Can Do in 2024**
Barefoot Vitality | Paid

**Doctor: Sleep Apnea Treatment Without CPAP (It's Genius)**
Sleep Apnea News | Paid

Recommended by Outbrain



Barefoot Vitality | Paid

Sleep Apnea News | Paid

Recommended by Outbrain



GO TO HOMEPAGE

Support Us

## HUFFPOST SHOPPING'S BEST FINDS

This Viral Dental Trend Is Not Only Dangerous, But Illegal Too

Let These Bidet Experts Convince You Why A Bidet Is The Best Option For Your Butt

## MORE IN LIFE

**FOOD & DRINK**
There's Really Only 1 Surefire Way To Know If You're Eating Enough Protein

**LIFE**
FYI, JD Vance Isn't The First Man To Resent Cat Ladies — They've Always Been Politicized

**MONEY**
Low Bank Account Balance? Maybe 'Funflation' Is The Problem.

**HOME & LIVING**



But Lil Nas X's limited drop of 666 pairs of Nike Air Max shoes provoked conservative

00:16                           01:17



**[Gallery] Restaurant in Texas Had The Guts to Put This On Their Sign**
HomeTalk | Paid

Recommended by Outbrain

# HUFFPOST SHOPPING'S BEST FINDS

This Viral Dental Trend Is Not Only Dangerous, But Illegal Too

Let These Bidet Experts Convince You Why A Bidet Is The Best Option For Your Butt

# MORE IN LIFE

**What's Hot**

 Harris Campaign Touts Massive $310 Million July Fundraising Haul

 Simone Biles Turns 1 Of Donald Trump's Controversial Terms Into A Winning Tweet

 Biden's Latest Ding Of Trump Was 'Mic-Drop Moment,' Says CNN's Dana Bash

 Kamala Harris Is Making A Play For Georgia, But Can She Pull It Off?

 Ex-Aide Highlights Uncle' Moment Th

GO TO HOMEPAGE                        Support Us

**TRAVEL**
Here's How You Can Lounge At A Hotel Pool Without Actually Booking A Room

**RELATIONSHIPS**
Vacation Sex Is Just Better. Here's How To Make It Almost As Spicy At Home.

**SHOPPING**
If You Own Earbuds, You Need This Problem-Solver Gadget — And It's On Sale

**PARENTING**
The Funniest Tweets From Parents This Week




**LIFE**
The Funniest Tweets From Women This Week

**SHOPPING**
This Portable Ice Maker Is Half Off At Walmart — For A Limited Time

**SHOPPING**
James Baldwin Books To Celebrate The Influential Author's Birthday

**PARENTING**
9 Things To Look For When Renting An Airbnb With Kids

**SHOPPING**
Got Smoke? These Are The Highest-Rated HEPA Air Purifiers On Amazon

**SHOPPING**
48 Items That Are Under $25 And Worth Every Penny

**SHOPPING**
I Regret To Inform You The Elemis Cleansing Balm Is Worth Every Penny

**SHOPPING**
These Hotel-Like Pillows Are Somehow Under $25 Each

**SHOPPING**
These Women's UPF Tops Will Keep You Cool And Protected This Summer

**SHOPPING**
The Internet Says These Nice-Looking Men's Pants Are Great For Muscular Legs

**SHOPPING**
If You're Heading To College, These TikTok-Favorite Items Are Perfect For Your Dorm

**FOOD & DRINK**
Turbulence Knocks Instant Noodles Off Korean Air's Economy Menu




Support Us





SHOPPING

This 'Powerhouse' Stain Eraser Is Almost 50% Off Right Now

SHOPPING

The Moisturizer That Reviewers Call A 'Miracle In A Jar' Is Less Than $13

SHOPPING

This Appliance Will Deliver A Perfect Breakfast Sandwich In 5 Minutes — And It's 20% Off

LIFE

Thinking Of Eating Less Meat? Don't Skip This Crucial Step.






PARENTING

7 Relationship Issues That Parents Bring Up Most Often In Therapy

SHOPPING

People Share The 'Big Purchases' They Say Were Worth Every Penny

SHOPPING

Farmer's Market Vendors Told Us What Comfortable Shoes They Swear By

SHOPPING

Thousands Of People On The Internet Are Obsessed With This $9 Kitchen Tool






SHOPPING

31 Things That Must Have Been Designed By Geniuses

SHOPPING

This 'Stress-Free' Electric Nail File Takes The Guess Work Out Of Pet Claw Care

SHOPPING

This $9 Upgrade Has Been A Game-Changer For My Manicures

WELLNESS

This Is 1 Stretch You Should Be Doing More Of As You Age




It's 20% Off






PARENTING
SHOPPING
SHOPPING
SHOPPING

7 Relationship Issues That Parents Bring Up Most Often In Therapy

People Share The 'Big Purchases' They Say Were Worth Every Penny

Farmer's Market Vendors Told Us What Comfortable Shoes They Swear By

Thousands Of People On The Internet Are Obsessed With This $9 Kitchen Tool






SHOPPING
SHOPPING
SHOPPING
WELLNESS

31 Things That Must Have Been Designed By Geniuses

This 'Stress-Free' Electric Nail File Takes The Guess Work Out Of Pet Claw Care

This $9 Upgrade Has Been A Game-Changer For My Manicures

This Is 1 Stretch You Should Be Doing More Of As You Age






FOOD & DRINK
TRAVEL
SHOPPING

Did Your Delivery Food Arrive Cold? Read This Before You Eat It

Late For Your Flight? Here's How To Cut The Security Line Without Being A Jerk.

This Pocket-Sized Battery Pack Can Save You In A Pinch And It's Less Than $10


