# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


NIKE, INC.,

    Plaintiff,

  v.                  No. 1:22-CV-00983-VEC

STOCKX LLC,

    Defendant.


VIDEOTAPED DEPOSITION OF RON FARIS

Taken in behalf of the Defendant

December 7, 2022


*** HIGHLY CONFIDENTIAL ***

Page 2

1            BE IT REMEMBERED THAT pursuant to Federal
2       Rules of Civil Procedure, the deposition of RON
3       FARIS was taken before Julie A. Walter, CSR No.
4       90-0173 on December 7, 2022, commencing at the hour
5       of 9:16 a.m., the proceedings being reported in the
6       law offices of Stoel Rives, 760 SW Ninth Avenue,
7       Suite 3000, Portland, Oregon.
8                         *   *   *
9                       APPEARANCES
10      DLA PIPER
11         Ms. Tamar Duvdevani
12         Mr. Marc Miller
13         1251 Avenue of the Americas
14         New York, New York 10020
15         Counsel for the Plaintiff
16
17      DEBEVOISE & PLIMPTON LLP
18         Ms. Megan Bannigan
19         Ms. Kate Saba
20            919 Third Avenue
21           New York, New York 10022
22         Mr. Christopher Ford
23            650 California Street
24            San Francisco, California 94108
25

|    |    |    |
|----|----|----|
| 1  |    | target and actual customers for Nike's NFTs and |
| 2  |    | Digital Sneakers bearing the Asserted Marks."  Is |
| 3  |    | that correct? |
| 4  | A. | Correct. |
| 5  | Q. | Are you prepared to testify on that topic today? |
| 6  | A. | Yes, I am. |
| 7  | Q. | Did you do anything other than speak to counsel |
| 8  |    | yesterday to prepare to testify on behalf of Nike |
| 9  |    | on that topic? |
| 10 | A. | No, I did not. |
| 11 | Q. | Okay.  The next one, I believe, is Topic 10. |
| 12 |    | "Nike's plans to enter the custodial or 'vaulted' |
| 13 |    | market for physical sneakers, including but not |
| 14 |    | limited to vaulted physical sneakers associated |
| 15 |    | with NFTs."  Am I right that you've -- you are |
| 16 |    | prepared -- you are here to testify on behalf of |
| 17 |    | Nike on that topic today? |
| 18 | A. | Correct. |
| 19 | Q. | Did you do anything other than meet with counsel |
| 20 |    | yesterday to prepare for that topic? |
| 21 | A. | No. |
| 22 | Q. | Topic 11, "How, if at all, Nike has participated |
| 23 |    | and/or currently participates in the secondary |
| 24 |    | market for physical sneakers."  Are you prepared to |
| 25 |    | talk about that topic and testify on behalf of Nike |

Page 15

1      today?
2   A. Yes.
3   Q. And did you do anything other than meet with
4      counsel to prepare to testify on behalf of Nike for
5      that topic?
6   A. No, I did not.
7   Q. And to clarify, meet with counsel yesterday, as
8      we've been saying.
9   A. Yes.
10  Q. Okay.  Topic 12, "Any" analysis -- "analyses Nike
11     has performed, received, or reviewed of the impact
12     of the secondary market for sneakers on Nike's
13     current business, including but not limited to (i)
14     analyses on secondary-market pricing and sales
15     performance of Allegedly Counterfeited Products and
16     (ii) whether Nike has benefitted from the sale of
17     the Allegedly Counterfeited Products in the
18     secondary market."  Are you prepared to testify on
19     behalf of Nike as to that topic today?
20  A. Yes, I am.
21  Q. And did you do anything other than meet with
22     counsel yesterday to prepare to testify on behalf
23     of Nike on that topic?
24  A. No, I did not.
25  Q. 13, "Nike's plans to enter the secondary market for

Page 17

```
 1        your personal knowledge.  You understand that your
 2        individual deposition is what you have personal
 3        knowledge of.  Correct?
 4   A.   Correct.
 5   Q.   Okay.  And these eleven 30(b)(6) topics.  We'll see
 6        how efficient we can be to see if we can get done
 7        by 6 o'clock.
 8   A.   Great.
 9   Q.   Okay.  Did you look at documents in preparing for
10        your deposition yesterday?
11   A.   Yes.
12   Q.   And did you take any notes when you were preparing
13        for your deposition yesterday?
14   A.   No, I did not.
15   Q.   What's your current role at Nike?
16   A.   I'm the GM of -- VP and GM of Nike Virtual Studios.
17   Q.   So the vice president and general manager of Nike
18        Virtual Studios?
19   A.   That's corrected.
20   Q.   And what is Nike Virtual Studios?
21   A.   It's a new division created for the company to
22        focus on efforts in the Web3 metaverse and
23        blockchain space.
24   Q.   When you say "Web3 metaverse," what exactly are you
25        referring to?  I've heard a lot of different
```

```
                                                         Page 178
 1    A.   I have no idea if that's the correct data point.  I
 2         know it was just written on a slide.  I'm not sure
 3         if it's accurate.
 4    Q.   Okay.  Do you have any understanding of what role
 5         Nike sneakers play in the secondary market?
 6              MS. DUVDEVANI:  Objection.
 7              THE WITNESS:  When you say "what role," what do
 8         you mean by that?
 9    Q.   BY MS. BANNIGAN:  How popular they are in the
10         secondary market.
11    A.   I do believe that Nike product is popular on the
12         secondary market.
13    Q.   Do you believe it's the most popular brand of
14         sneakers on the secondary market?
15    A.   I don't know that for sure, but it wouldn't
16         surprise me if it was the most popular brand in the
17         secondary market.
18    Q.   And do you have any understanding of why it's such
19         a popular brand on the secondary market?
20    A.   [REDACTED]
```

Page 179

```
 1    A.    [REDACTED]
             [REDACTED]
             [REDACTED]
             [REDACTED]
       Q.    [REDACTED]
             [REDACTED]
       Q.    [REDACTED]
             [REDACTED]
             [REDACTED]
             [REDACTED]
       Q.    [REDACTED]
             [REDACTED]
             [REDACTED]
             [REDACTED]
15           MS. DUVDEVANI:  Objection.
16     Q.    BY MS. BANNIGAN:  I'm trying to understand what
17           your testimony is.
18           MS. DUVDEVANI:  Objection.
19           THE WITNESS:  [REDACTED]
             [REDACTED]
             [REDACTED]
22     Q.    BY MS. BANNIGAN: [REDACTED]
             [REDACTED]
             [REDACTED]
             [REDACTED]
```

Page 180

1  A.  ████████████████████████████████████████
     ████████████████████████████████████
     ██████████████████████
4  Q.  What are the other ones?
5  A.  █████████████████████████████████
     █████████████████████████████████████████
     ███████████
8  Q.  When you were head of the SNKRS app, did you ever
9      discuss ████████████████████████████████
        ██████████████████
11 A.  When I was heading the SNKRS app, ████████████████
     ██████████████████████████████████████████
     █████████  █████████████████████████████████
     █████████████████
15 Q.  And did you have any insight or understanding as to
16     why those decisions were made?
17 A.  No. ████████████████████████████████████████
     ██████████████████████████████████████
     █ ███████████████████████████████████████
     ██████████████████████████████████████
     ███████████████████████████
     █ ███████████████████████████████████████
     ████████████████████████████████████
     ██████████████       ████████████████████
     ████████████████████████████████████

Page 200

```
 1    Q.    Got it.  Did you have any involvement other than
 2          being somebody who was interviewed to give
 3          information?
 4    A.    I -- we gave -- as the team at Valiant Labs, I
 5          think it was Brittany in conjunction with the folks
 6          at Valiant Labs.  I'm pretty sure.  We gave one of
 7          our product managers from our team on a stretch
 8          assignment to go and work with that team to figure
 9          out what would be opportunities that we would look
10          at to explore opportunities.
11    Q.    ████████████████████████████████████████████████
              ████████████████████████████████████████
              ██████████████
14          MS. DUVDEVANI:  Objection.
15    Q.    BY MS. BANNIGAN:  ██████████████████████████
```

```
                                                          Page 201
 1    Q.   And when I say "plans," are we talking concrete
 2         plans or are there potential plans to build it in
 3         the future?
 4    A.   ████████████████████████████████████████████████
      ████████████████████████████████
      █   ████████████████████████████████████████████
      █   ██████
      █   ████████████████████████████████████████████████
      █   ███████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ████
      █   █████████████████████████████
      █   ████████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ██████
 22   A.   ████████████████████████████████████████████████
      █   ████████████████████████████████████████████████
      █   ██████████████████████████████████████
      █   ████████████████████████████████████████████████
```

```
                                                        Page 263
 1     ████████████████████████████████████████████████████████
 2     Q.   Okay.  Do you know who the target consumers for
 3          these -- each of these products are?
 4     A.   Yes.
 5     Q.   Who are they?
 6     A.   The target -- our target market for these, when
 7          they're -- typically most of those shoes, if not
 8          all of them, are sold in SNKRS, and so they're --
 9          ████████████████████████████████████████████████
       ████████████████████████████████████████████████████████
       ████████████████████████████████████████████████
12     Q.   For each of them?
13     A.   Yes.
14     Q.   And so who are at actual consumers for these
15          products?
16     A.   Well, oftentimes that -- those shoes will sell out
17          quickest, so they are very much -- our consumers
18          will be like -- the general mass, those -- ████
       ████████████████████████████████████████████████████████
       ████████████████████████████████████████████████████████
       ████████████████████████████████████████████████████████
       ████████████████████████████████████████████████████████
       ████████████████████████████████████████████████████████
       ██████████████████████████████████████████████████
       ████████████████████████████████████████████████
```

Page 267

1     probably more significant.
2  Q.  BY MS. BANNIGAN:  And when you say your competitor
3     in the primary market, ████████████████████
   ██ ████████████████████████████████  ██████
   ██ ████████████
   ██ ██████████████████████████████████
   ██ ███
   ██ ████████████████████████████████████
   ██ ██████████████████
   ██ ██████████████████████
   ██ ████████████████████████████████████
   ██ ████████████
   ██ ██████████  ████████████████████████████
   ██ ██████████████████████████
   ██ ██████████████████████████
   ██ ████████████████████████
   ██ ████████████████████
18 Q.  Has it ever?
19 A.  To my knowledge, no.
20              (Exhibit 21 marked)
21        MS. BANNIGAN:  Exhibit 21 was just handed to
22     the witness.  It's a document, an email with the
23     Bates stamp NIKE0029559.  At the top, it's an email
24     chain to Daniel Heaf from Ron Faris on
25     October 25th, 2021.