# EXHIBIT 16

PageVault

| | |
|---|---|
| Document title: | Campless - StockX News |
| Capture URL: | https://stockx.com/news/campless/ |
| Page loaded at (UTC): | Wed, 07 Aug 2024 16:48:39 GMT |
| Capture timestamp (UTC): | Wed, 07 Aug 2024 16:49:11 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 4 |
| Capture ID: | oFms6qk9xCYoTFMq5KvHVR |
| User: | dchekhov |

PDF REFERENCE #:    tZAZFgqo22VoVpSEcVG5as



### The Magazine
News and Editorials from StockX

AUGUST 30, 2013
LAST UPDATED ON AUGUST 29, 2022

# Campless

 Josh Luber

Campless is a "sneakerhead data" company. Our goal is to provide an unique view into the passionate sub-culture of sneaker collectors.

Today we do this by collecting eBay sneaker auctions and, using sophisticated statistical analyses, measure key data points like average price, volume and volatility, to name just three. By creating insight around **not just what a sneaker sells for, but everything related to that price – how many pairs are on the market, is the price increasing or decreasing, has it been consistent, etc.** – Campless provides a way to think more rationally about a marketplace that is sometimes ruled by whims and emotions.

For sneakerheads, it's the ultimate sneaker list – but for the first time ever, with real resell data. Rank sneakers by price or volume, track the value of your collection, or just learn more about your favorite sneakers. For the industry, it's an analytical market assessment of one of the fastest growing, most influential demographics in footwear.

And the more information you have, the better decisions you can make.

Whether you collect sneakers for love or for profit, the goal of Campless is the same: to provide you with sneaker data not available elsewhere, for you to browse at your leisure, or use to buy more kicks.

So feel free to keep camping because you love it, not because you have to.



share this article






Sneaker Profile: LeBron 9 Elite Miami Vice



# Related Articles




Customize Your StockX Experience ... Now With Egg Rolls
BY JOSH LUBER - JUN 2, 2016


Wale Explains StockX
BY JOSH LUBER - APR 19, 2016


360 Degree Images are
BY JOSH LUBER - MAR 8, 2016




The State of Jordan Resell (Spring 2016)
BY JOSH LUBER - JUN 1, 2016


A Sneaker Stock Market?
BY JOSH LUBER - MAR 24, 2016


This is What Hype Lo
BY JOSH LUBER - DEC 31, 2015



Josh Luber

StockX. Your Inbox.
Better together. Sign up for our newsletter.

email@example.com






ata Expert Says:
g drive adidas sales"
3, 2016

The State of Jordan Resell (Spring 2016)
BY JOSH LUBER - JUN 1, 2016

StockX

A Sneaker Stock Market?
BY JOSH LUBER - MAR 24, 2016

This is What Hype Lo
BY JOSH LUBER - DEC 31, 2015

Josh Luber

StockX. Your Inbox.
Better together. Sign up for our newsletter.

email@example.com →

StockX. Access the Now.

**About**
- How It Works
- Verification
- Newsroom
- Company
- Careers
- StockX Reviews
- Give $10, Get $10

**Help**
- Help Center
- Contact Us
- Product Suggestions
- Size Guide

**Sell**
- Selling Guide
- Professional Tools
- Scout
- Developers

**Air Jordan**
- Air Jordan 1
- Air Jordan 3
- Air Jordan 4
- Air Jordan 11
- Women's Jordan Shoes
- Air Jordan 5

**Adidas**
- Adidas Samba
- Adidas Campus
- Adidas Gazelle
- Adidas Handball Spezial
- Adidas AE
- Adidas Yeezy

**New Balance**
- New Balance 2002R
- New Balance 327
- New Balance 530
- New Balance 550
- New Balance 9060
- New Balance Aimé Leon Dore

**Nike**
- Nike Air Force 1
- Nike Air Max 1
- Nike Dunk
- Nike SB
- Women's Nike Dunks
- Nike Vomero

**Popular Releases**
- AJ1 Retro Low OG SP Travis Scott Canary (Women's)
- AJ4 Retro Military Blue (2024)
- AJ4 Retro Bred Reimagined
- AJ11 Retro Low Space Jam
- AJ Jumpman Jack TR Travis Scott Sail
- Supreme MM6 Maison Margiela Box Logo Tee White

**Apparel**
- Denim Tears
- Fear of God Essentials
- Nike Tech Fleece
- Supreme
- Travis Scott
- Yeezy GAP

**Accessories**
- Swatch X Omega
- Stanley
- Designer Sunglasses
- Louis Vuitton Accessories
- Gucci Accessories
- Supreme Accessories

Download on the App Store
GET IT ON Google Play

Terms Privacy ©2024 StockX. All Rights Reserved.

ENGLISH (US) ENGLISH (UK) ITALIANO DEUTSCH FRANÇAIS (FR) 繁體中文 日本語 ESPAÑOL (MX) ESPAÑOL (US) ESPAÑOL (ES)