# EXHIBIT 18

PageVault

| | |
|---|---|
| Document title: | Five Years of StockX - StockX News |
| Capture URL: | https://stockx.com/news/five-year-timeline/ |
| Page loaded at (UTC): | Tue, 06 Aug 2024 22:09:03 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 22:09:05 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 7 |
| Capture ID: | mFfQHe8yDXChCZTK45beMV |
| User: | automation@page-vaul |

PDF REFERENCE #:    r6FJ5y3s9k8dDZkHb3Eux7



# The Magazine
News and Editorials from StockX



ACCESSORIES - FEBRUARY 8, 2021
LAST UPDATED ON FEBRUARY 16, 2021

# Five Years of StockX

 StockX

In honor of our five-year anniversary, we present some of our most memorable events.

This article is part 2 of 14 in the series: **Five Years Of StockX**

StockX officially launched on February 8th, 2016, which means we are celebrating five years of StockX! From our global expansion to new product categories and partnerships, check out our highlights from the last five years of StockX history.





















# Related Articles




BY STOCKX - JUL 17, 2023



BY STOCKX - MAY 23, 2023



While You Wait H
BY STOCKX - DEC 16, 2022




StockX Team Member Spotlights
BY STOCKX - JUL 13, 2023



Sallys Sneakers is Built Different
BY STOCKX - MAR 27, 2023



Shop the Look: Cl
BY STOCKX - OCT 25, 2022

StockX

StockX. Your Inbox.
Better together. Sign up for our newsletter

email@example.com




StockX Team Member Spotlights
BY STOCKX - JUL 13, 2023

Sallys Sneakers is Built Different
BY STOCKX - MAR 27, 2023

Shop the Look: Cl
BY STOCKX - OCT 25, 202

StockX

StockX. Your Inbox.
Better together. Sign up for our newsletter.

email@example.com →

StockX. Access the Now.

**About**
How It Works
Verification
Newsroom
Company
Careers
StockX Reviews
Give $10, Get $10

**Help**
Help Center
Contact Us
Product Suggestions
Size Guide

**Sell**
Selling Guide
Professional Tools
Scout
Developers

**Air Jordan**
Air Jordan 1
Air Jordan 3
Air Jordan 4
Air Jordan 11
Women's Jordan Shoes
Air Jordan 5

**Adidas**
Adidas Samba
Adidas Campus
Adidas Gazelle
Adidas Handball Spezial
Adidas AE
Adidas Yeezy

**New Balance**
New Balance 2002R
New Balance 327
New Balance 530
New Balance 550
New Balance 9060
New Balance Aimé Leon Dore

**Nike**
Nike Air Force 1
Nike Air Max 1
Nike Dunk
Nike SB
Women's Nike Dunks
Nike Vomero

**Popular Releases**
AJ1 Retro Low OG SP Travis Scott Canary (Women's)
AJ4 Retro Military Blue (2024)
AJ4 Retro Bred Reimagined
AJ11 Retro Low Space Jam
AJ Jumpman Jack TR Travis Scott Sail
Supreme MM6 Maison Margiela Box Logo Tee White

**Apparel**
Denim Tears
Fear of God Essentials
Nike Tech Fleece
Supreme
Travis Scott
Yeezy GAP

**Accessories**
Swatch X Omega
Stanley
Designer Sunglasses
Louis Vuitton Accessories
Gucci Accessories
Supreme Accessories

Download on the App Store
GET IT ON Google Play

Terms Privacy ©2024 StockX. All Rights Reserved.

ENGLISH (US) ENGLISH (UK) ITALIANO DEUTSCH FRANÇAIS (FR) 简体中文 繁體中文 日本語 한국어 ESPAÑOL (MX) ESPAÑOL (US) ESPAÑOL (ES)






