# EXHIBIT 19

PageVault

| | |
|---|---|
| Document title: | How It Works - StockX |
| Capture URL: | https://stockx.com/about/how-it-works/ |
| Page loaded at (UTC): | Tue, 10 May 2022 20:23:47 GMT |
| Capture timestamp (UTC): | Tue, 10 May 2022 20:24:24 GMT |
| Capture tool: | 10.7.6 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 6 |
| Capture ID: | 8B3zAzv5MsVDzR6pKKNES1 |
| User: | pv-leslie |

PDF REFERENCE #:      r3GfLdFoyYBQSC3FwCHskS

NIKE0005790

StockX | Browse  News  About  Help  Login  Sign Up  Sell

# The Current Culture Marketplace

Our mission is to provide access to the world's most coveted items in the smartest way possible. Buy and sell the hottest sneakers, apparel, electronics, collectibles, trading cards and accessories.



Authentication  + + + + +         Buyers  + + + + +         Sellers  + + + + +



### 100% Verified Authentic

Every item sold goes through our proprietary multi-step verification process with our team of expert authenticators.

Learn More  + + + + +



### Transparent Pricing

Our real-time marketplace works just like the stock market – allowing you to buy and sell the most coveted items at their true market price.



### Global Access

Whether it's pre-release, regionally limited, or "sold out" – our millions of customers from over 200+ countries allow you to easily secure those hard-to-find, coveted items.



### No BS

No chargebacks, no taking photos, no writing catchy descriptions, and no dealing with rogue buyers or sellers. We handle everything to make sure you can buy and sell with complete confidence.



### Secure

Preserving the integrity of our marketplace means staying a step ahead. Our security and fraud systems, powered by our world class partners, have your personal information covered 24/7.



### Here For You

Thanks to our Help Center, Chatbot, and dedicated global-support staff, you can be sure that we are always available to answer any and every question regarding our marketplace.



Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 10 May 2022 20:24:24 GMT
Page 2 of 5
NIKE0005792



### Buying On StockX

We don't determine the price, you do. As a live marketplace, StockX empowers you to Bid and Buy at real-time prices that reflect the current demand.

Learn More About Buying  + + + + +



### Selling on StockX

Whether you're looking to make quick cash or start a reselling business, we have the tools to help you succeed.

Learn More About Selling  + + + + +

# What People Have to Say About StockX



So dope. Copped under retail and got them in 3 days! #GotItOnStockX

@TheEndGuyTEG





How StockX built a $1 billion sneaker resale empire

---

Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 10 May 2022 20:24:24 GMT

Page 3 of 5

NIKE0005793

# FAQs

**How do I buy on StockX?**

There are two ways to buy on StockX: placing a bid or Buying Now. A Bid signals your...

**How do I sell on StockX?**

There are two ways to sell on StockX: placing an Ask or Selling Now. An Ask signals your...

**When can I expect to receive my item?**

StockX strives to complete all orders within 7-12 business days, (that doesn't include...

**How do I pay for an item on StockX?**

Buyers can pay with all major credit cards, PayPal, Apple Pay, Google Pay, Venmo, Alipay,...

**Can I cancel my Bid?**

Once a sale has occurred, your Ask or Bid cannot be cancelled. This policy is in place to...

**How do I contact customer service and when can I expect to hear back?**

While most of your questions can be answered in our Help Center, we do have a team...

 Sneakers
 Apparel
 Electronics
 Collectibles
 Accessories
 Trading Cards
 NFTs

StockX. Access the Now.

Air Jordan    Yeezy    Recent Updates    Popular Releases    Streetwear    Supreme

StockX  Browse  News  About  Help  Login  Sign Up  Sell

### How do I buy on StockX?
There are two ways to buy on StockX: placing a bid or Buying Now. A Bid signals your...

### How do I sell on StockX?
There are two ways to sell on StockX: placing an Ask or Selling Now. An Ask signals your...

### When can I expect to receive my item?
StockX strives to complete all orders within 7-12 business days, (that doesn't include...

### How do I pay for an item on StockX?
Buyers can pay with all major credit cards, PayPal, Apple Pay, Google Pay, Venmo, Alipay,...

### Can I cancel my Bid?
Once a sale has occurred, your Ask or Bid cannot be cancelled. This policy is in place to...

### How do I contact customer service and when can I expect to hear back?
While most of your questions can be answered in our Help Center, we do have a team...

 Sneakers
 Apparel
 Electronics
 Collectibles
 Accessories
 Trading Cards
 NFTs

## StockX. Access the Now.

**Air Jordan**
Air Jordan 1
Jordan Golf Shoes
Air Jordan 3
Air Jordan 11
Air Jordan 4
Jordan 1 Mid

**Yeezy**
Yeezy Boost 350
Yeezy Boost 350 V2
Yeezy Boost 700
Yeezy 500
Yeezy Slides
Yeezy Foam RNNR

**Recent Updates**
The Drop List
Apple Airpods
Jordan 11 Cool Grey: By The Numbers
Xbox Series X
PS5
Yeezy GAP Hoodies

**Popular Releases**
Nike Dunk Low Georgetown
Nike Air Max 1 Patta
Nike Dunk Low Next Nature
Jordan 4 Red Thunder
Jordan 11 Cool Grey
Jordan 1 Bred Patent

**Streetwear**
Chrome Hearts
Essentials
Yeezy GAP
Palm Angels
Ivy Park
Eric Emanuel

**Supreme**
T-Shirts
Accessories
Supreme The North Face
Bottoms
Hoodies
Supreme Nike

Find Us on Social
  

Download Our App


Use Assistive Technology


 Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT
EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

---

Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 10 May 2022 20:24:24 GMT

Page 5 of 5

NIKE0005795