# EXHIBIT 24

                                                    Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - - - x

4    NIKE, INC.

5         Plaintiff

6    vs.                    CA No. 1:22-CV-000983-VEC

7    STOCKX LLC

8         Defendant

9    - - - - - - - - - - - - - - - - - - - - x

10

11        VIDEO DEPOSITION of CATHERINE TUCKER, PhD

12          Tuesday, July 11, 2023 - 12:13 p.m.

13                  DLA Piper LLP (US)

14                    33 Arch Street

15                 Boston, Massachusetts

16

17

18    Reporter:  Jill K. Ruggieri, RPR, RMR, FCRR, CRR

19

20

21

22

23

24

25

Page 2

1   APPEARANCES:

2

3   DLA Piper LLP (US)

4       Marc E. Miller, Esq.

5       Jane W. Wise, Esq.

6       1251 Avenue of the Americas

7       New York, New York 10020-1104

8       212.335.4500

9       marc.miller@dlapiper.com

10      jane.wise@dlapiper.com

11      Counsel for plaintiff

12

13  Debevoise & Plimpton LLP

14      Megan K. Bannigan, Esq.

15      Kate Saba, Esq.

16      66 Hudson Boulevard

17      New York, New York 10001

18      212.909.6000

19      mkbannigan@debevoise.com

20      ksaba@debevoise.com

21      Counsel for defendant

22

23  Videographer:  Geoffrey Bassett

24

25

```
                                           Page 87
 1                    MR. MILLER:  All right.  Let's
 2   take a short break before we go on to our next
 3   topic.
 4                    THE VIDEOGRAPHER:  The time is
 5   now 2:31, and we are off the record.
 6                    (Recess.)
 7                    THE VIDEOGRAPHER:  The time is
 8   2:44, and we are on the record.
 9   BY MR. MILLER:
10        Q    Okay.
11                    Dr. Tucker, can you go back to
12   your opening report, Exhibit No. 1, please?
13   And turn to paragraph No. 9.
14                    So I want to first focus on
15   paragraph 9a.  You start by saying:  "StockX --
16   like other online resale marketplaces --
17   creates value by using digital technologies to
18   make it easier for buyers and sellers to
19   trade."
20                    What do you mean by StockX
21   creates value?
22        A    By creating value, what I mean is
23   that it is creating value by reducing the
24   search, information, and transaction costs,
25   which these buyers and sellers would otherwise
```

Page 88

```
 1   experience.
 2        Q    And what is your support for that
 3   opinion?
 4        A    So if we go to the -- the paragraph
 5   where I introduce this opinion in the report,
 6   you will see there that I have a -- I first of
 7   all explain what coring is and how this
 8   reduction in costs releases the value of
 9   network effects.  And there, I cite some of the
10   academic literature on that point.
11                And then when I discuss StockX
12   in particular, I relate back various policies
13   it has which reduce these different categories
14   of -- of -- of costs.
15        Q    I'm sorry, what various policies of
16   StockX's are you referring to?
17        A    Oh, so those are the policies that I
18   discuss in the subsequent section of
19   paragraph 9a, such as having a streamlined
20   page, the pricing mechanism, the payment
21   processing system.
22                That's what I'm talking about in
23   terms of reducing search, information, and
24   transaction costs.
25        Q    Why are you referring to those items
```