# EXHIBIT 25

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.                    )
                              )
vs.                           ) CASE NO. 1:22-cv-00983-VEC
                              )
STOCKX, LLC                   )


ORAL VIDEOTAPED DEPOSITION
DEJONGH WELLS
August 30, 2023

ORAL VIDEOTAPED DEPOSITION OF DEJONGH WELLS, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 30th day of August, 2023, from 9:43 a.m. to 3:03 p.m., before Shauna Foreman, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of DLA Piper, 845 Texas Avenue, Suite 3800, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

                                                              Page 2

1                        APPEARANCES
2
3    FOR PLAINTIFF:
4         MICHAEL FLUHR, ESQ.
          GABRIELLE VELKES, ESQ.
5         DLA PIPER
          555 Mission Street
6         Suite 2400
          San Francisco, California  94105
7
     FOR DEFENDANT:
8
          MEGAN K. BANNIGAN, ESQ.
9         KATHYRN C. SABA, ESQ.
          DEVEBOISE PLIMPTON
10        66 Hudson Boulevard
          New York, New York  10001
11        E-mail: mbannigan@debevoise.com
12   ALSO PRESENT:
13        Cynthia Joseph, Videographer
          Kim Van Voorhis
14
15
16
17
18
19
20
21
22
23
24
25

Page 112

1  Q. At a point in my career, I spent 10 years
2  working on car crash cases.
3  A. Working on --
4  Q. Car crashes, for no clear reason. And so,
5  I spent a lot of time with the Kelly Blue Book over
6  the years. I want to get more into this idea that
7  StockX is for the sneaker market what the Kelly Blue
8  Book is for the car market.
9            Can you just tell me more about what
10 you mean by that?
11 A. So -- and this goes really to the -- the
12 beginning of 110 in my report where I write "StockX
13 is also valuable for any sneakerheads because it
14 provides detailed, otherwise difficult to obtain
15 information like sales history, average sales price
16 for every model of sneaker."
17           Just as I would or did on Kelly Blue
18 Book, I look at StockX to see the details about a
19 particular sneaker. The data that's available to us
20 as sneakerheads, we're able to pull a lot of that
21 data that wasn't available in years past prior to
22 StockX existing.
23 Q. Do you think that sneakerheads pay more
24 attention to price than non-sneakerheads?
25 A. Repeat the question.