# EXHIBIT 26

PageVault

| | |
|---|---|
| Document title: | Nike Blazer Low sacai KAWS Neptune Blue - DM7901-400 |
| Capture URL: | https://stockx.com/nike-blazer-low-sacai-kaws-blue |
| Page loaded at (UTC): | Tue, 30 Aug 2022 07:48:45 GMT |
| Capture timestamp (UTC): | Tue, 30 Aug 2022 07:48:59 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 6ffd92e9-b388-47e1-9d8e-185da57d7f93 |
| User: | pv-services6 |

PDF REFERENCE #:   q57Kdwr81fHqHnuL2dS68L

CONFIDENTIAL                                                                                                    NIKE0038834

# StockX

Skip to Main Content

Search for brand, color, etc.    Browse    News    About    Help    Sell    Login 

Home / Sneakers / Nike / Basketball / Nike Blazer Low Sacai KAWS Neptune Blue

## Nike Blazer Low
### sacai KAWS Neptune Blue

Verified Authentic    Condition: New

Sell for $140 or more



Price Currently Below Retail

Size:    All

Place Bid    Buy for $119

Last Sale:
**$163**
▲ $38 (30%)

View Asks    View Bids    View Sa



## Related Products


Nike Blazer Low sacai KAWS Reed
Lowest Ask
$121
Last Sale: $146


Nike Blazer Low sacai KAWS Red
Lowest Ask
$71
Last Sale: $141


Nike Blazer Low U2
Lowest Ask
$486
Last Sale: $175


Nike Blazer Low sacai Iron Grey
Lowest Ask
$95
Last Sale: $112


Nike Blazer Low sacai British Tan
Lowest Ask
$60
Last Sale: $77

## Product Details

| | |
|---|---|
| Style | DM7901-400 |
| Colorway | NEPTUNE BLUE/LIGHT BLUE-PINK-YELLOW |
| Retail Price | $140 |
| Release Date | 11/27/2021 |

### Product Description

The Nike Blazer Low sacai KAWS Neptune Blue features a Neptune Blue leather upper with multico overlapping eyestays and Swooshes, drawing inspiration from the palettes prevalent in KAWS' most renowned pieces of art. On the stacked outsole, KAWS XX insignias are debossed on the lateral toe Doubled tongues and laces add the finishing touch.

The Nike Blazer Low sacai KAWS Neptune Blue releases in November of 2021 and retailed for $140.

### Verified Authentic Sneakers
We Authenticate Every Item. Every Time.





## Price History



## 12-Month Historical





Document title: Nike Blazer Low sacai KAWS Neptune Blue - DM7901-400
Capture URL: https://stockx.com/nike-blazer-low-sacai-kaws-blue
Capture timestamp (UTC): Tue, 30 Aug 2022 07:48:59 GMT
Page 2 of 2
CONFIDENTIAL
NIKE0038836