# EXHIBIT 27



| | |
|---|---|
| Document title: | This Website Is the Stock Market for Nikes and Rolexes - WSJ |
| Capture URL: | https://www.wsj.com/articles/this-website-is-the-stock-market-for-nikes-and-rolexes-1543251772 |
| Page loaded at (UTC): | Tue, 06 Aug 2024 17:08:18 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 17:08:57 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 9 |
| Capture ID: | vYD1dihG3mrcRLE8CQsLvp |
| User: | cjlauzau |

PDF REFERENCE #:        ttsz8erMPTY2jVXE919vAS

# THE WALL STREET JOURNAL.

DEBEVOISE & PLIMPTON LIBRARY ▾

✉ WSJ NEWSLETTERS

English Edition ▾ | Print Edition | Video | Audio | Latest Headlines | More ▾

Latest | World | Business | U.S. | Politics | Economy | Tech | Markets & Finance | Opinion | Arts | Lifestyle | Real Estate | Personal Finance | Health | Style | Sports



Markets Roundup
The latest news & analysis

Fed's Rate Calculus | Yen Carry Trade | Streetwise | Stocks | Quick Takes | Market Data | Your Money | Newsletter

ON TREND

# This Website Is the Stock Market for Nikes and Rolexes

StockX, a Dan Gilbert backed start-up has revolutionized the secondary market for sneakers, streetwear, handbags and watches. With a new London office, it has its sights set on global expansion



By Jacob Gallagher  Follow
Nov. 26, 2018 12:02 pm ET

💬 7    🔗 Gift unlocked article



Mitch Blunt ILLUSTRATION: MITCH BLUNT

It was Tuesday, Nov. 13, 2018. Though Josh Luber would rather it didn't, in three days, Adidas was planning to re-release the Yeezy Boost 350 V2 "Zebra," a black-and-white striped version of its Kanye-West-designed sneaker. Mr. Luber, co-founder of StockX, an online trading platform for sneakers, streetwear,



Is It Worth Paying a Financial Advisor 1%?
smartasset
›

This is slam dunk if you need a balance transfer (2026)
The Motley Fool
›

Lazy People Keep Spending Too Much Money on These 5 Things
The Penny Hoarder
›

$6 AI firm holds 98 patents on cutting-edge tech top companies to use
Profitable News
›

WSJ | This Website Is the Stock Market for Nikes and Rolexes
Case 1:22-cv-00983-VEC   Document 260-27   Filed 08/08/24   Page 4 of 10
Gift unlocked article

and-white striped version of its Kanye-West-designed sneaker. Mr. Luber, co-founder of StockX, an online trading platform for sneakers, streetwear, handbags and watches, hates when companies disrupt his market strategy. "The one thing that breaks the supply-and-demand model and the purity of it in the secondary market is when brands artificially f--- with it when they restock stuff," said Mr. Luber, a scruffy 40-year-old who wore a hoodie throughout our interview. Within a week, his hypothesis was confirmed: Yeezy Zebras were trading for about $270 on StockX, just $50 above retail and well below their peak of $2,000.

Tracking sneaker values has long been Mr. Luber's obsession. In the late 2000s, he was a strategy analyst at IBM in New York who spent his nights trawling eBay for data on how much sought-after shoes were selling for on the secondary market. He compiled those figures into Campless, a sort of Kelly Blue Book for sneaker-resale value. But Mr. Luber wasn't satisfied with eBay. His beefs weren't limited to the bad photos that sellers posted or their habit of selling fakes. What really bugged him was the absence of price standardization. One dealer might peddle a pair of Nike Dunks for $100 and another might list the same shoes for $300. Mr. Luber envisioned a more orderly market, with a New York Stock Exchange-style ticker, that would make the value of a pair of sneakers transparent, in real time. When those Dunks sold for $100, everyone on the market would know about it, thus forcing other sellers to knock their prices down to the going rate.

Around that same time, Dan Gilbert, the founder of mortgage lending company Quicken Loans, noticed that his teenage son was flipping sneakers on eBay for profit. Intrigued, Mr. Gilbert founded a research team on sneaker reselling who discovered what Mr. Luber was working on. Mr. Gilbert bought Campless in 2015 and the pair joined forces (along with COO Greg Schwartz), launching StockX, "the stock market of things," based in Mr. Gilbert's hometown of Detroit in February 2016.



The sprawling, sneaker-filled StockX offices in Detroit. PHOTO: STOCKX

Today, StockX employs nearly 550 people worldwide, and has added watches, handbags and streetwear (including widely hyped hoodies, T-shirts and even skateboards from brands like Fear of God, Off-White and Bathing Ape) to its marketplace. Mr. Luber explained that StockX only deals in rarefied products that balance liquidity and scarcity. A. J. Crew gingham shirt will never be on StockX because it's too common, nor will a Picasso painting, because it's too



Is It Worth Paying a Financial Advisor 1%?
smartasset



This is slam dunk if you need a balance transfer (2026)
The Motley Fool



Lazy People Keep Spending Too Much Money on These 5 Things
The Penny Hoarder

$6 AI firm holds 98 patents on cutting-edge tech top companies to use
Profitable News

**MOST POPULAR NEWS**

1. Is This 1987 All Over Again? What's Driving the Market Meltdown? 

2. Drinking Too Much Water Can Actually Be Dangerous 

3. 'Zombie' Condos, Angry Residents and a Ruling That Stunned Miami's Developers 

4. Kamala Harris Picks Minnesota Gov. Tim Walz as Running Mate

5. Sexual-Abuse Case Rocking Israel's Military Broke After Doctors Sounded Alarm

**MOST POPULAR OPINION**

1. Opinion: The Easy Money Reckoning Arrives 

2. Opinion: The Reinvention of Kamala Harris 

that balance liquidity and scarcity. A J. Crew gingham shirt will never be on StockX because it's too common, nor will a Picasso painting, because it's too rare. A variety of Nike Air Jordans of which only 1,000 pairs may exist is ripe for StockX's marketplace.

Because of these items' scarcity, fakes remain a major issue on the resale market. StockX only accepts new merchandise and employs over 100 authenticators to identify counterfeits. "When we started the business three years ago, we couldn't go to LinkedIn and find sneaker authenticators," said Mr. Luber. "We basically created that career." It takes about 90 days to train authenticators who use scales, durometers (to measure density) and apps to spot fakes. Korre Jefferson, 20, a retail associate in Brooklyn, N.Y., said he liked knowing that someone had validated the authenticity of the sweater and pair of sneakers he purchased on StockX this year: "Sometimes on [resale marketplace] Grailed you might have someone selling something that's clearly fake, so it's nice to have that security with StockX." Over email, Grailed co-founder Jake Metzger explained, "We have a team of experienced moderators combing the site every day looking for suspicious users and listings. Any user caught actively selling fake merchandise is banned from the platform."

When a transaction is "completed" on StockX's website, that's really only the beginning. The seller then sends the shoes to one of StockX's four authentication centers (Detroit, Tempe, Ariz., Moonachie, N.J. and the latest outpost in London), where they are authenticated and shipped out to the buyer. If all goes to plan, the turnaround at the authentication center takes less than a day.



An employee at StockX inspects a pair of Nikes for authenticity. PHOTO: STOCKX

Further mitigating risk for the buyer, StockX acts as a middleman for payment and does not release proceeds of the sale to the seller until the shoes have been verified. Carlos Chavez, 34, an engineer and part-time sneaker seller in Los Angeles, prefers using StockX (or GOAT, a rival app) to eBay, after he experienced a "chargeback," in which PayPal froze his proceeds of a sale for two weeks because the buyer used a counterfeit payment.

"I've sold on both eBay and Grailed but the big reason I prefer StockX for shoes is to not be scammed," said Mr. Chavez, who in September used his funds from flipping sneakers to finance a vacation to Oaxaca with his wife. In a statement, an eBay spokesperson noted that it offers a money-back guarantee if a buyer identifies a counterfeit and that since 1998 it has had the Verified Rights Owner Program (VeRO), which allows brands themselves to more easily report fake


identifies a counterfeit and that since 1998 it has had the Verified Rights Owner Program (VeRO), which allows brands themselves to more easily report fake items on eBay. Further, in October 2017 eBay launched "eBay Authenticate" which inspects and validates luxury items such as Prada handbags and Rolex watches.

For its part, StockX takes a cut of every sale: 9.5% on sneakers and streetwear, 9.9% on any watch sale and 14.5% for any handbag sale. The vast majority of transactions involve sneakers or streetwear, with items from the highly sought-after brand Supreme comprising about 85% of StockX's clothing sales.

Advertisement

Though expansion across all four categories is important, Mr. Luber stressed that StockX's future success really lies in expanding the sneaker-buying market. His target buyer, he said, is "that guy who bought his last pair of shoes at Foot Locker or Nike.com, and never in a million years would've tried to wade through eBay to buy a pair of Jordans or Yeezys." By Mr. Luber's estimation, the United States sneaker resale market is currently a $2 billion industry, while the primary sneaker market is at $19.6 billion according to the market analysts at NPD Group. If StockX can convert a sliver of those primary market customers, the website's profits could be significant.

The aim is not to turn novices into sneakerheads willing to pay 11 times the retail cost for a pair of Nike's Off-White Air Jordans. Rather Mr. Luber would like to create a destination for sneaker buyers of every ilk. He noted that a lot of items on StockX do sell for less than their sticker price: "Sometimes it's just access. It's a general-release shoe from three years ago, but it's just not available on Nike.com so now you can get it on StockX."

In further attempts to expand its reach, last month StockX opened an office in London and has its sights set on China. There are regional differences here and there—fewer basketball sneakers in Europe, more Nike Air Force Ones in New York—but by and large, users want the same sneakers and clothes whether they're in Brussels or Brooklyn. Often these days, that means Yeezys, Off-White Nikes and Supreme.

For Lucio Nunes, 20, a student in Switzerland who has sold shoes on StockX for two years, using the London office has improved his selling experience. Shipping rates are cheaper, as he no longer has to send his shoes further abroad, and his money clears faster. Still he said, the one downside to StockX is that it has lowered prices throughout the sneaker flipping-world. "The prices are much more visible because everyone looks at StockX and takes it as the market price," said Mr. Nunes. It's harder to cheat the market when the ticker price is just a click away.

said Mr. Nunes. It's harder to cheat the market when the ticker price is just a click away.

**Corrections & Amplifications**
An earlier version of this article incorrectly stated that StockX took 14.5% of the proceeds of any watch sale. It takes 9.9% of any watch sale. (Nov. 26, 2018)

**MORE IN STYLE & FASHION**

- Mark Zuckerberg's New Image: Gold Chains and Gen-Z Curls  August 2, 2024
- For Trump's Biggest Fans, the Assassination Attempt Makes for a Great Shirt  July 18, 2024
- Before the Paris Olympics, the Fashion Olympics  June 24, 2024
- Fashion's Boring-and-Expensive Era Is Over  June 18, 2024
- There's a New Golden Rule for Style: The Widest Pants Win  June 14, 2024

Write to Jacob Gallagher at Jacob.Gallagher@wsj.com

**SHOW CONVERSATION (7)** ⌄

**What to Read Next**

Advertisement

LIFE

# From Venture Capital to a Shocking Olympic Gold: The Wild Ride of an American Cyclist

August 5, 2024

Seven years ago, Alaska's Kristen Faulkner didn't know how to clip her bike shoes into her bike pedals. Now she's a champion in Paris.



LIFE

# Essay | The Self-Checkout Revolution

June 20, 2024

From cash registers to bar-code scanning to today's self-service kiosks, technology keeps changing the relationship between retailers and customers.



SPORTS

# He's Known as 'El Terrible'—and He Might Be the Greatest Olympic Athlete of All Time

26 min ago

Greco-Roman wrestler Mijain Lopez is a legend in his sport, a colossus who once went more than 10 years without giving up a single point. On Tuesday, after three years of semiretirement, he'll bid to make Olympic history.



LIFE

# Southwest Fans Wonder if the Airline Has Changed Forever

July 26, 2024

Southwest surprised its steadfast customers when it jettisoned its free-for-all seating system. Now, the airline's loyalists are wondering if the culture that set it apart is being dismantled.



**Freshpet customers are buying more in bulk to save money rather than buying less**

August 5, 2024

Freshpet looks to buck the trend of a sharp selloff in the broader stock market.



Continue To Article

**MANSION GLOBAL**

**Prices for Manhattan Townhouses Surged 12% in the Second Quarter**

August 2, 2024

While sales slipped, rising values reflect the market's overall strength



Continue To Article

ADVERTISEMENT — Dianomi

Is It Worth Paying a Financial Advisor 1%?
smartasset



Time to Sell NVDA? 50-Yr Wall Street Legend Weighs In
Chaikin Analytics



The "it card" of 2024 now

Today: Motley Fool is
Document title: This Website Is the Stock Market for Nikes and Rolexes - WSJ
Capture URL: https://www.wsj.com/articles/this-website-is-the-stock-market-for-nikes-and-rolexes-1543251772
Capture timestamp (UTC): Tue, 06 Aug 2024 17:08:57 GMT
Page 7 of 8



**DEALS & SALES**
The 26 Best Deals to Shop Online Right Now



**BANKING**
Here Are Today's Top 6-Month CD Rates



**BEDROOM**
This is the Best Cooling Pillow for a Good Night's Sleep



**STUDENT LOANS**
Best Student Loan Companies of 2024: Top Picks for Borrowers

---

ADVERTISEMENT                                                                 Dianomi

Is It Worth Paying a Financial Advisor 1%?
smartasset


Time to Sell NVDA? 50-Yr Wall Street Legend Weighs In
Chaikin Analytics


The "it card" of 2024 now has 0% intro APR until 2026
The Motley Fool


Today: Motley Fool is offering 60% off its top stock-picking service
The Motley Fool


Lazy People Keep Spending Too Much Money on These 5 Things
The Penny Hoarder


When to Retire: A Guide for Investors With $500k
Fisher Investments


BACK TO TOP ⌃

---

# THE WALL STREET JOURNAL.
a Dow Jones company

English Edition ▼                                                             Sign Out

| WSJ Membership | Customer Service | Tools & Features | Ads | More |
|---|---|---|---|---|
| The Journal Collection | Customer Center | Newsletters & Alerts | Advertise | About Us |
| Subscription Options | Contact Us | Guides | Commercial Real Estate Ads | Content Partnerships |
| Why Subscribe? | Cancel My Subscription | Topics | Place a Classified Ad | Corrections |
| Corporate Subscriptions | | My News | Sell Your Business | Jobs at WSJ |
| WSJ Higher Education Program | | RSS Feeds | Sell Your Home | News Archive |
| WSJ High School Program | | Video Center | Recruitment & Career Ads | Register for Free |
| Public Library Program | | Watchlist | Digital Self Service | Reprints & Licensing |
| WSJ Live | | Podcasts | | Buy Issues |
| Commercial Partnerships | | Visual Stories | | WSJ Shop |
| | | | | Dow Jones Press Room |
| | | | | Dow Jones Smart Money |

      

Dow Jones Products    Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Risk & Compliance
Buy Side from WSJ | WSJ Pro | WSJ Video | WSJ Wine | The Times

Privacy Notice | Cookie Notice | Copyright Policy | Data Policy | Terms of Use | Your Ad Choices | Accessibility

Copyright ©2024 Dow Jones & Company, Inc. All Rights Reserved.

---