# EXHIBIT 28



| | |
|---|---|
| Document title: | Sneaker Sellers Wrestle With Price Spikes After Virgil Abloh's Death - The New York Times |
| Capture URL: | https://www.nytimes.com/2021/12/16/style/sneakers-price-spikes-virgil-abloh.html?searchResultPosition=1 |
| Page loaded at (UTC): | Tue, 06 Aug 2024 16:55:53 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 16:56:36 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 9 |
| Capture ID: | gnZ7jcrvb5YRrsqqtXy2YN |
| User: | cjlauzau |


ADVERTISEMENT

Google Pixel

A New Way to Find
Festival-Season Inspiration
The magic is with Circle to Search on Google Pixel 8 Pro.

Watch Now

Requires internet connection and compatible devices, apps,
and surfaces. Results may vary depending on visual matches.

# Sneaker Sellers Wrestle With Price Spikes After Virgil Abloh's Death

When unexpected tragedy, unsatiable hypebeasts and the rapidly growing resale market collide.

 Share full article



via Christie's

Enjoy unlimited access to all of The Times.

STYLE

SUBSCRIBE FOR $1/WEEK    LOG IN

*The New York Times*

By Jessica Testa

Dec. 16, 2021

One late Sunday morning last month, Tia Hall was having breakfast with her girlfriend when a series of alerts popped up on her phone.

"When we have website sales, we have this distinct *ding* on our phone," said Ms. Hall, who owns Sneak City, a store in Seattle that deals in new and pre-owned sneakers. "We were eating our oatmeal and then *ding ding ding ding ding*."

All of those sales were for Off-White shoes, Ms. Hall said. Within an hour, her inventory (about 20 pairs) had sold, including a Nike Air Jordan 1 design priced at $7,500.

By then, Ms. Hall had learned what incited the rush: the announcement that Virgil Abloh, the designer of Off-White and the men's artistic director for Louis Vuitton, was dead at 41 after a private battle with a rare cancer.

ADVERTISEMENT



Capital One | VENTURE X

Don't just get away.
Go further with the Venture X card.

Earn 75,000 bonus miles in your first 3 months.

Terms apply

LEARN MORE

In the immediate aftermath, sales and searches for Mr. Abloh's designs reportedly surged on resale websites. But prices also surged, as seen on StockX, the "Nasdaq for Sneakerheads," where sellers set asking prices and buyers can place bids. While Mr.

Enjoy unlimited access to all of The Times.

Abloh designed a range of clothes and accessories for Off-White and Louis Vuitton — as well as water bottles for Evian and home goods for Ikea, among other curiosities — the sneakers he released in collaboration with Nike have long been a fixation in the overactive sneaker market.

On StockX, for example, a pair of Jordan 1's were sold on Nov. 28, the day of Mr. Abloh's death, for $10,500; in the rest of the month, the shoe's price had not exceeded $7,549. (It was originally priced $190 in retailers in 2017.)

To people familiar with Mr. Abloh's legacy, this came as no surprise. He had been someone who could deftly pull the strings of the hype machine, and built the bridge between street wear and high fashion — and did it all "in limited supply," said Caitlin Donovan, who oversees handbags, street wear and sneakers at Christie's Americas.



via Nike

"Obviously the secondary market was going to see a huge spike," she said.

But the surge also raised ethical questions — not just for the large and somewhat faceless middleman platforms like StockX and Goat, but also for the comparatively smaller players in the sneaker game watching as prices skyrocketed.

ADVERTISEMENT

Enjoy unlimited access to all of The Times.        ∧



It was a dilemma that Jaysse Lopez of Urban Necessities, a large Las Vegas consignment store that sold more than 300 pairs of Off-White shoes on the day Mr. Abloh died, first considered a few years ago. He was having a conversation with his wife (and co-owner) about how people can manipulate the market when someone with a loyal following dies.

"I raised the question of, Was it fair for items to jump two, three, four or five times what they were worth before the demise of that person?" Mr. Lopez said. "So I basically built in restrictions."

If his consignors want to change their pricing, Mr. Lopez allows no more than a 15 percent increase without manager approval, a system that was first tested, he said, after the death of Kobe Bryant, another Nike collaborator, when sneaker resellers were scrutinized for profiting off renewed interest in his line.

Mr. Lopez also happens to be a collector of Mr. Abloh's work. About a week before the designer's death, he hosted a pop-up shop with eBay in Detroit, where he displayed "the 50," a series of 50 Nike Dunk Lows designed with Off-White that took him more than two months and $27,000 to collect. It may have been the first time all 50 had been exhibited in public by a private collector. (He has no plans to sell.)

"I understand that the value goes up, but it also has to be within reason," he said. "I just think from a moral standpoint that the focus in the first few minutes or hours shouldn't be on 'How much can I capitalize off this?'"

ADVERTISEMENT

Enjoy unlimited access to all of The Times.




Share full article

At Sneak City, which does not consign but has a buy-sell-trade model, Ms. Hall did not modify pricing between hearing of Mr. Abloh's death and selling out of his products, she said (unlike many StockX sellers).



Serena Williams showing off her Nike x Off-White sneakers at the Met Costume Institute gala in 2019. Karsten Moran for The New York Times

Since then, the store has replenished some of its inventory of previously owned Off-White sneakers, and prices are up.

"That's the nature of the sneaker market," Ms. Hall said. "When people come in now to sell shoes, we look at StockX as the price reference, and we've upped our offers to reflect the market."

When Ms. Donovan at Christie's learned of Mr. Abloh's death, she initially wanted to remove a large lot of Nike x Off-White sneakers set to be auctioned in December, "out of respect," she said. (Consigned in October, the lot's estimated value started at $60,000.) Ultimately, she decided not to advertise the listing or put it on social media.

Still, people found the listing, and Mr. Abloh's death brought "overnight a huge jump in bidding," Ms. Donovan said. The auction closed on Dec. 9 at $62,500.

Tracking the market today, Ms. Donovan said the initial frenzy has calmed, but she expects resale value to remain strong. (The heightened StockX prices gradually fell in the days after Mr. Abloh's death, though they appear, from listings of recent sales, to be generally higher than when Mr. Abloh was alive.)

"The idea of not being able to have a part of his larger impact in

Enjoy unlimited access to all of The Times.

fashion I think made people really want to go out and get a piece of it," Ms. Donovan said. "For some of the bigger pieces, it's going to stay that way. If anything, as we get farther away from the new designs, it could even go upward."

A version of this article appears in print on Dec. 16, 2021, Section D, Page 8 of the New York edition with the headline: After a Death, a Surge in Demand. Order Reprints | Today's Paper | Subscribe

See more on: Christie's

 Share full article

## Explore Our Style Coverage

The latest in fashion, trends, love and more.

- **The Life and Death of a Political Meme:** Speed and novelty are two essential elements when it comes to out-memeing a political opponent.

- **What Is the 'It' Water Bottle?:** Stanley's reign appears to be ending, with Owala, Lululemon and Hydro Flask all competing for affection among teens and tweens.

- **Wearing Used Clothes:** Our fashion critic offers guidance to a reader seeking to refine their daughter's thrifty wardrobe while respecting her fashion choices.

- **What Is 'Brat' Green?:** The color entered the zeitgeist as the branding for "Brat," the album released in early June by the British pop provocateur Charli XCX.

- **80 Years of Teen Beauty Trends:** Here's a timeline of glitter and gloss, from the 1940s (Tangee!) to today (Fenty!).

ADVERTISEMENT

Enjoy unlimited access to all of The Times.    ∧



Bella Hadid Responds to Backlash
Over Adidas Ad Campaign

Vowing to Always 'Meet in
Montauk' — Just Like Their
Favorite Movie

What's Rattling Trump: The Size of
Harris's Crowds

Opinion: Joe Manchin Is Forcing an
Agonizing Trade-Off on Climate Change

Ina Jaffe, Dogged and Award-Winning
NPR Reporter, Dies at 75

*Hiroko Masuike/The New York Times*

Your Feet Are Killing Me

*Alan Tansey*

New Construction Blocking the
View? 'If You Can't Beat Them, Join
Them.'

*Cheyanna de Nicola*

After Two Weeks of Dating,
Committed to Being by Each Other's
Side

It's a Big Day for a Very Important
Oyster

Deputy Killed and Two Others
Wounded in Ambush Shooting in
Florida, Sheriff Says

This N.Y.C. Tourist Hub Has Become
Trash-Strewn Chaos for Everyone

Former F.B.I. Agent Sentenced to Life
Plus 20 Years for Sexually Abusing
Child

**Editors' Picks**

*Yon Marsh Natural History/Alamy*

How Did Roses Get Their Thorns?

*Christopher Simpson for The New York Times. Food Stylist:
Simon Andrews. Prop Stylist: Paige Hicks.*

How Healthy Are Tomatoes?

*Bryan Gardner for The New York Times. Food Stylist: Greg Lofts.*

What Does It Mean to Slice Steak
Against the Grain?

ADVERTISEMENT

**The New York Times**

Go to Home Page »

| NEWS | ARTS | LIFESTYLE | OPINION | MORE | ACCOUNT |
|------|------|-----------|---------|------|---------|
| Home Page | Books | Health | Today's Opinion | Audio | ⊤ Subscribe |
| U.S. | Best Sellers Book List | Well | Columnists | Games | ⊥ Manage My Account |
| World | Dance | Food | Editorials | Cooking | 🗐 Home Delivery |
| Politics | Movies | Restaurant Reviews | Guest Essays | Wirecutter | ⊤ Gift Subscriptions |
| New York | Music | Love | Op-Docs | The Athletic | |
| Education | Pop Culture | Travel | Letters | Jobs | Group Subscriptions |
| Sports | Television | Style | Sunday Opinion | Video | Gift Articles |
| Business | Theater | Fashion | Opinion Video | Graphics | Email Newsletters |
| Tech | Visual Arts | Real Estate | Opinion Audio | Trending | NYT Licensing |
| Science | | T Magazine | | Live Events | |

Enjoy unlimited access to all of The Times.    ⌃



Hiroko Masuike/The New York Times

**Your Feet Are Killing Me**



Alan Tansey

**New Construction Blocking the View? 'If You Can't Beat Them, Join Them.'**

Cheyanne de Nicola

**After Two Weeks of Dating, Committed to Being by Each Other's Side**

**It's a Big Day for a Very Important Oyster**

**Deputy Killed and Two Others Wounded in Ambush Shooting in Florida, Sheriff Says**

**This N.Y.C. Tourist Hub Has Become Trash-Strewn Chaos for Everyone**

**Former F.B.I. Agent Sentenced to Life Plus 20 Years for Sexually Abusing Child**

**Editors' Picks**



Yon Marsh Natural History/Alamy

**How Did Roses Get Their Thorns?**

Christopher Simpson for The New York Times. Food Stylist: Simon Andrews. Prop Stylist: Paige Hicks.

**How Healthy Are Tomatoes?**

Bryan Gardner for The New York Times. Food Stylist: Greg Lofts.

**What Does It Mean to Slice Steak Against the Grain?**

ADVERTISEMENT

Sipping is **believing.**

GUESS THE STARBUCKS WORDLE

Try any five letter word — after each guess, the tile color will show you how close you are to the right answer

🟩 Green means the right letter in the right spot
🟨 Yellow means the right letter in the wrong spot
⬜ Gray means the letter isn't in the answer word

SHOP NOW

Q W E R T Y U I O P
A S D F G H J K L
Enter Z X C V B N M x



**The New York Times**

| NEWS | ARTS | LIFESTYLE | OPINION | MORE | ACCOUNT |
|---|---|---|---|---|---|
| Home Page | Books | Health | Today's Opinion | Audio | ✦ Subscribe |
| U.S. | Best Sellers Book List | Well | Columnists | Games | ⚲ Manage My Account |
| World | Dance | Food | Editorials | Cooking | ▤ Home Delivery |
| Politics | Movies | Restaurant Reviews | Guest Essays | Wirecutter | 🎁 Gift Subscriptions |
| New York | Music | Love | Op-Docs | The Athletic | |
| Education | Pop Culture | Travel | Letters | Jobs | Group Subscriptions |
| Sports | Television | Style | Sunday Opinion | Video | Gift Articles |
| Business | Theater | Fashion | Opinion Video | Graphics | Email Newsletters |
| Tech | Visual Arts | Real Estate | Opinion Audio | Trending | |
| Science | | T Magazine | | Live Events | NYT Licensing |
| Weather | | | | Corrections | Replica Edition |
| The Great Read | | | | Reader Center | Times Store |
| Obituaries | | | | TimesMachine | |
| Headway | | | | The Learning Network | |
| Visual Investigations | | | | School of The NYT | |
| The Magazine | | | | inEducation | |

© 2024 The New York Times Company   NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

✐ Your Privacy Choices

**Enjoy unlimited access to all of The Times.**

---

Document title: Sneaker Sellers Wrestle With Price Spikes After Virgil Abloh's Death - The New York Times
Capture URL: https://www.nytimes.com/2021/12/16/style/sneakers-price-spikes-virgil-abloh.html?searchResultPosition=1
Capture timestamp (UTC): Tue, 06 Aug 2024 16:56:36 GMT