# EXHIBIT 29

Page Vault

| | |
|---|---|
| Document title: | How Stockx became the biggest sneaker marketplace - Sneakerjagers |
| Capture URL: | https://www.sneakerjagers.com/en/n/how-stockx-became-the-biggest-sneaker-marketplace/27074 |
| Page loaded at (UTC): | Fri, 02 Aug 2024 19:25:21 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 19:25:24 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 7 |
| Capture ID: | owSeiqvLQPKE7vWXK78Feq |
| User: | automation@page-vaul |

# How Stockx became the biggest sneaker marketplace

September 30, 2021 4:00 PM

Credits

**By**
Lotte

Tags

#stockx

***Notice:*** *We might receive a small commission for purchases made through these links. This will not affect the price you pay.*

Stockx is known as one of the largest marketplaces of sneakers and streetwear. The billion dollar company was founded in 2015 and has been the place for all exclusive models and items ever since. In a short time, the company has become wildly popular and impossible to imagine the sneaker world without it.

## Establishment of predecessor 'Campless'

Stockx was founded in 2016 by Josh Luber, Greg Schwartz, Dan Gilbert and Chris Kaufman. Luber was a big sneakerhead at the time and came up with the idea of designing a big search engine for sneakers. This would have all models listed and sellers and buyers could easily buy or sell their

Credits

**By**
Lotte

Tags

#endclothing #nike #stockx

was a big sneakerhead at the time and came up with the idea of designing a big search engine for sneakers. This would have all models listed and sellers and buyers could easily buy or sell their pairs.

Luber was born in 1978 and had been passionate about sneakers and collecting them since childhood. When he started studying law, he had to put his passion on hold. This did not mean that he was done with it, quite the opposite. Luber joined IBM in 2012 and started collecting sneaker data under the name 'Campless'.

*Josh Luber and his sneaker collection I Photo by Highsnobiety / Akhil Sesh*

Within three years, Luber had collected so much data on exclusive sneakers that he started pitching his idea to big companies like Nike, Complex and Fight Club. When no one wanted to invest in Luber and his 'Campless', he went his own way.

## The Stockx formula

Stockx was founded in February 2016. Stockx is a well-organised online catalogue with all sneaker models and streetwear items. In addition, sellers can also sell their sneakers via this platform.

In comparison with Marktplaats, all sneakers that are sold through StockX are professionally verified. The company checks the authenticity of every sneaker that is bought and sold so no fakes roll over the counter. Stockx also only sells new and unworn models.

*The authentication process at Stockx*



Credits

**By**
Lotte

Tags

#endclothing #nike #stockx

What also distinguishes Stockx from other resellers such as Ebay is that the price is not only determined by the seller. Stockx also takes a role in this and ensures that prices remain somewhat in check. When buying a sneaker, you can get insight into the rises and falls of the prices. In this way, the company remains transparent about the prices and you get insight into the market value of your pair.

### Stockx today

In September 2020, Josh Luber announced on his Instagram that he was leaving Stockx. The company had grown a lot in the four years and had a market value of one billion dollars in 2019. Luber's departure came as a shock to many. Fortunately, it did not mean the end of Stockx and the company has continued to grow over the past two years.







Credits

**By**
Lotte

Tags

#endclothing #nike #stockx

carhartt
FALL/WINTER 2024
EXPLORE THE COLLECTION

In recent years, Stockx has become a major player in the sneaker world. The market value of the company was estimated at 3.8 billion dollars in April 2021. The platform's collection has also expanded considerably since its inception. What started as a sneaker data company has grown into a marketplace where designer items, streetwear and electronics are sold and bought.

*Foto van Stockx*

Despite the extensive range, sneakers are still the trademark of Stockx. Exclusive models like the Nike MAG or the Nike Air Yeezy 2 'Red October' are available here and you won't find them anywhere else.

Want to get more of these messages and news? Download the Sneakerjagers app and stay up-to-date. Also don't forget to follow us on Instagram, Facebook and Twitter so you won't miss a single sneaker drop!

## Related articles





Find your Ctrl+K Sneakers Releases Resell Sale Guide Sustainable News App Shop

Watch

The Sneaker Update - Sneakerjagers podcast Ep. 56

By Lotte • 2 days ago

up to 50% off + 30% extra

Brand

Enjoy high discounts in the New Balance Sale

By Marielle • 3 days ago

Carhartt WIP
SS24 SALE

Newsfeed

Save up to 50% off in the Carhartt WIP SS24 Sale

By Marielle • 16 days ago

Sneaker Shopping Guide

Sneaker Shopping City Guide: the 13 best Sneaker Shops in Barcelona

By Rick • 19 days ago

NIKE
up to 50% off

Brand

Last hours of the Nike End of Season sale: check out these popular Air Max Steals

By Maren • a month ago

UP TO
50% OFF + EXTRA DISCOUNTS
GET 15% OFF ON ORDERS OVER 50€
OR 20% OFF ON ORDERS OVER 80€
IN THE END OF SEASON SALE.

Brand

PUMA sale madness: up to 50% + 20% EXTRA on selected basics

By Maren • a month ago

## Don't miss out.

Sign up for our newsletter to stay up to date

Email address | Sign up

Quick links
Brands
Models
Sale Guide

Company
About us
Jobs
Advertising

Support
Contact us
FAQ

Download our app

Download on the App Store
Get it on Google Play





Sneaker Shopping Guide

### Sneaker Shopping City Guide: the 13 best Sneaker Shops in Barcelona

By Rick • 19 days ago

Brand

### Last hours of the Nike End of Season sale: check out these popular Air Max Steals

By Maren • a month ago

Brand

### PUMA sale madness: up to 50% + 20% EXTRA on selected basics

By Maren • a month ago

## Don't miss out.

Sign up for our newsletter to stay up to date

Email address | Sign up

Quick links

- Brands
- Models
- Sale Guide
- Nike Air Max Day
- Sneaker Shopping Guide
- Sneaker Size Guide
- Sneaker FAQ

Company

- About us
- Jobs
- Advertising

Support

- Contact us
- FAQ

Download our app

Download on the App Store

Get it on Google Play

Disclaimer: When you click on links to various online stores on this site and make a purchase, this can result in Sneakerjagers earning a commission.

English

© 2024 Sneakerjagers — All rights reserved

Terms & conditions Privacy policy