# EXHIBIT 30

```
                                                        Page 1

 1

 2             UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3

 4    NIKE, INC.                         )
                                         )
 5             Plaintiff,                )
                                         )
 6    vs.                                ) No.
                                         ) 1:22-cv-00983-VEC
 7    STOCKX LLC,                        )
                                         )
 8             Defendants.               )
 9
10             The videotaped deposition of
11                     KARI KAMMEL
12    taken before JO ANN LOSOYA, CSR, RPR, CRR, pursuant
13    to the provisions to the taking of depositions at
14    444 West Lake Street, Chicago, Illinois commencing
15    at 9:45 a.m. on July 18, 2023.
16
17
18
19
20
21
22
23
24
25
```

```
                                                          Page 2

 1      PRESENT:
 2
             DLA PIPER LLP
 3           TAMAR DUVDEVANI
             MARC MILLER
 4           1251 Avenue of the Americas
             New York, New York 10020
 5           tamar.duvdevani@dlapiper.com
             marc.miller@dlapiper.com
 6                Appeared on behalf of Plaintiff.
 7
             DEBEVOISE & PLIMPTON LLP
 8           MEGAN K. BANNIGAN
             KATHRYN SABA
 9           919 Third Avenue
             New York, New York 10022
10           mkbannigan@debevoise.com
             ksaba@debevoise.com
11                Appeared on behalf of Defendants.
12      ALSO PRESENT:
13           KIM VAN VOORHIS,
             Nike, Inc.
14
15      VIDEOGRAPHER: Milo Savich
16      STENOGRAPHICALLY REPORTED BY:
        JO ANN LOSOYA, CSR, RPR, CRR
17      LICENSE #:   084-002437
18
19
20
21
22
23
24
25
```

Page 215

1   looking through that, and again, none of those are
2   actually authentication, because the brand is the
3   only one that can authenticate a product that is
4   produced by them.
5       Q.   Generally speaking, if counterfeiters
6   inundate platforms and some counterfeits still get
7   through the platform, does that necessarily mean
8   that the platform's anti-counterfeiting measures are
9   not beneficial in any way?
10      A.   So I don't know if I can speak to that
11  general statement.
12           Again, it would depend on the
13  platform, it would depend on what they're selling,
14  it would depend on, you know, what efforts they've
15  decided to pursue in response to
16  anti-counterfeiting.  A lot of -- a lot of factors
17  in there that would have to be considered.
18      Q.   So you can't say that stopping some
19  counterfeits is beneficial, correct?
20      A.   No.  I don't believe that's what I said.
21      Q.   Let me ask you then.  Can you say -- is
22  stopping counterfeits, regardless of the amount you
23  stop, beneficial?
24           MS. DUVDEVANI:  Objection.
25

1   BY THE WITNESS:
2       A.   So my entire life's work is around right
3   now anti-counterfeiting.  So if there's any -- if
4   there's any opportunity for someone to remove a
5   potential counterfeit good from the stream of
6   commerce, whether that's someone enforcing on Canal
7   Street, or a brand owner submitting for a notice and
8   take down or a law enforcement agent following up,
9   yes, the goal of all of brand protection and
10  anti-counterfeiting is to remove counterfeit --
11  counterfeit listings or counterfeit products,
12  depending on whether it's brick and mortar or any
13  e-commerce.
14      Q.   If a platform's anti-counterfeiting
15  measures still inadvertently allow some counterfeits
16  through, does that necessarily mean that the
17  platform is not trying to prevent the sale of
18  counterfeits?
19           MS. DUVDEVANI:  Objection.
20  BY THE WITNESS:
21      A.   Again, I can't speak to whether a
22  platform is trying or not.
23      Q.   You can't speak to whether the platform
24  is not trying or not?
25      A.   Correct.

```
                                                    Page 217
 1        Q.    Would you agree that no
 2   anti-counterfeiting program is perfect?
 3        A.    Specifically what do you mean by perfect?
 4        Q.    Would you agree that no
 5   anti-counterfeiting program is able to eliminate the
 6   threat of counterfeits?
 7        A.    Correct.  So no -- I would agree with
 8   that that no anti-counterfeiting program is able
 9   to -- and if you are talking in the context of
10   platforms, is able to entirely -- entirely eliminate
11   counterfeiting, which is why e-commerce platforms
12   that allow third party sellers are so risky because
13   of that and also why it was surprising for me that
14   StockX had claimed to essentially make sure almost
15   100 percent of their products were authentic and
16   they essentially eliminated counterfeiting in their
17   marketplace.
18        Q.    Do you know of any platforms that aren't
19   inundated with counterfeits?
20              MS. DUVDEVANI:  Objection.
21   BY THE WITNESS:
22        A.    Again, I haven't spoken to other
23   platforms specifically on levels of inundation by
24   similar sellers.  We know that counterfeiting is
25   increasing exponentially, particularly since the
```