# EXHIBIT 31

| | |
|---|---|
| Document title: | How to Buy - StockX |
| Capture URL: | https://stockx.com/about/buying |
| Page loaded at (UTC): | Fri, 02 Aug 2024 19:24:31 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 19:24:34 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 6 |
| Capture ID: | wmcMwT6Hw7H6R2St1w35Se |
| User: | automation@page-vaul |

PDF REFERENCE #:    eraBcExGghmxkAWG3kwWH2

# StockX

News  About  Help  Sell  Login  Sign Up

Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories

**BUYING ON STOCKX**

# Buying Grails Has Never Been Easier





Introducing Xpress Ship
3-Day Delivery

Shop Xpress Ship    Learn More



## Name Your Price

Buy Now at the lowest Ask, or place a lower Bid at the price you want to pay. We will send you immediate updates as prices move on your Bids. Bids can be renewed or let go when they're about to expire, and you'll be notified ahead of time.



## Browse Our Global Marketplace

Discover and shop the products you love from around the world. Doesn't matter if it's a recently sold out console or an internationally exclusive sneaker, you can always find them available for purchase on our marketplace.



## Make Data-Driven Purchases

Stay informed with powerful data to help you make the right purchases. View analytics like historical prices and time-stamped trades for every item to help you shop smarter.



## Enjoy with Confidence

Every item purchased on our platform is StockX Verified. This means that our global team of verification experts inspect every item to make sure you get what you want, in the condition you expect.

Learn More +++++

# 3 Steps For Success



## 01
### Bid or Buy

On StockX there are two ways to buy: Bid at the price of your choice and watch our dynamic marketplace come to life, or Buy Now at the lowest Ask to secure your item without any gamesmanship.



## We Verify

Kick back and relax while we get to work. We make sure items are shipped ASAP for verification. Once we verify your order, we ship it off to you!





Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories



03

**Flex on Everyone**

After we verify your order, we send it your way ASAP. Once it arrives you should feel free to flex on everyone by sharing with the hashtag #GotItOnStockX. We'll be sure to show you some love as well.






News  About  Help  Sell   Login   Sign Up

Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories

# FAQs

### How do I buy on StockX?

There are two ways to buy on StockX: placing a bid or Buying Now. A Bid signals your intent to buy - it is your financial offer for an item on StockX. You can also cancel or update your bid anytime before an Ask meets it.

Read more

### How long does StockX take to ship and deliver?

StockX strives to deliver your item to you within 7-12 business days. Although this may be slightly longer than you are used to, since the StockX marketplace deals with high value and rare products, we want to ensure that the items you purchase on our site meet our internal quality standards.

Read more

### How much does shipping cost for buyers?

Shipping fees vary based on a variety of factors including the price and size of the item, item type, shipping costs determined by our carrier partners, and the shipping destination of the Buyer. Buyers will always see the entire shipping cost prior to placing a Bid or Buy Now.

Read more

### Does StockX do returns?

Due to the anonymous nature of our live market, we are unable to offer return, exchanges or swaps - including if you ordered the wrong size. The good news is you can always resell with us if you no longer want your item.

Read more

### Why hasn't my seller shipped?

Don't worry! We are constantly working to ensure all sellers ship as soon as possible. Our average delivery to you is 7-12 business days from your order date, and it is always our goal to get the item to you sooner. If something happens and your item can't be delivered within a reasonable amount of time, we will attempt to find you another one at no additional cost. If we are unable to do so we will provide you with a full refund.

Read more

### How are the StockX buyer processing fees, import duties, and sales tax calculated?

Buyer processing fees, import duties, and sales tax are calculated based on your shipping address. As a buyer, you agree to pay any and all local, state, federal, or international taxes (including sales taxes) that may be due with respect to your purchase transaction.

Read more











additional cost. If we are unable to do so we will provide you with a full refund.

Read more

Read more

Read more


Sneakers


Apparel


Electronics


Collectibles


Accessories


Trading Cards


Shoes

# StockX. Access the Now.

| About | Help | Sell | Air Jordan | Adidas | New Balance |
|---|---|---|---|---|---|
| How It Works | Help Center | Selling Guide | Air Jordan 1 | Adidas Samba | New Balance 2002R |
| Verification | Contact Us | Professional Tools | Air Jordan 3 | Adidas Campus | New Balance 327 |
| Newsroom | Product Suggestions | Scout | Air Jordan 4 | Adidas Gazelle | New Balance 530 |
| Company | Size Guide | Developers | Air Jordan 11 | Adidas Handball Spezial | New Balance 550 |
| Careers | | | Women's Jordan Shoes | Adidas AE | New Balance 9060 |
| StockX Reviews | | | Air Jordan 5 | Adidas Yeezy | New Balance Aimé Leon Dore |
| Give $10, Get $10 | | | | | |

| Nike | Popular Releases | Apparel | Accessories | | |
|---|---|---|---|---|---|
| Nike Air Force 1 | AJ1 Retro Low OG SP Travis Scott Canary (Women's) | Denim Tears | Swatch X Omega |  | |
| Nike Air Max 1 | AJ4 Retro Military Blue (2024) | Fear of God Essentials | Stanley | | |
| Nike Dunk | AJ4 Retro Bred Reimagined | Nike Tech Fleece | Designer Sunglasses |  | |
| Nike SB | AJ11 Retro Low Space Jam | Supreme | Louis Vuitton Accessories |  | |
| Women's Nike Dunks | AJ Jumpman Jack TR Travis Scott Sail | Travis Scott | Gucci Accessories | | |
| Nike Vomero | Supreme MM6 Maison Margiela Box Logo Tee White | Yeezy GAP | Supreme Accessories | | |

       Terms    Privacy    ©2024 StockX. All Rights Reserved.

ENGLISH (US)   ENGLISH (UK)   ITALIANO   DEUTSCH   FRANÇAIS (FR)   简体中文   繁體中文   日本語   한국어   ESPAÑOL (MX)   ESPAÑOL (US)   ESPAÑOL (ES)