# EXHIBIT 32

PageVault

| | |
|---|---|
| Document title: | How It Works - StockX |
| Capture URL: | https://stockx.com/about/how-it-works/ |
| Page loaded at (UTC): | Tue, 30 Aug 2022 07:43:01 GMT |
| Capture timestamp (UTC): | Tue, 30 Aug 2022 07:43:35 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 0906ffbe-7c58-4566-9ac2-d6d8dd3a1032 |
| User: | pv-services6 |

PDF REFERENCE #:    hbH7Y5tbX8Dj9WqcQH5j43

CONFIDENTIAL    NIKE0038817



# The Current Culture Marketplace

Our mission is to provide access to the world's most coveted items in the smartest way possible. Buy and sell the hottest sneakers, apparel, electronics, collectibles, trading cards and accessories.

Authentication +++++    Buyers +++++    Sellers +++++



## Verified Authentic

Every item sold goes through our proprietary multi-step verification process with our team of expert authenticators.

Learn More +++++



## Transparent Pricing

Our real-time marketplace works just like the stock market – allowing you to buy and sell the most coveted items at their true market price.



## Global Access

Whether it's pre-release, regionally limited, or "sold out" – our millions of customers from over 200 countries allow you to easily secure those hard-to-find, coveted items.



## No BS

No chargebacks, no taking photos, no writing catchy descriptions, and no dealing with rogue buyers or sellers. We handle everything to make sure you can buy and sell with complete confidence.



## Secure

Preserving the integrity of our marketplace means staying a step ahead. Our security and fraud systems, powered by our world class partners, have your personal information covered 24/7.



## Here For You

Thanks to our Help Center, Chatbot, and dedicated global-support staff, you can be sure that we are always available to answer any and every question regarding our marketplace.









Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 30 Aug 2022 07:43:35 GMT
Page 2 of 4
CONFIDENTIAL
NIKE0038819



# What People Have to Say About StockX





# FAQs



Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 30 Aug 2022 07:43:35 GMT
Page 3 of 4
CONFIDENTIAL
NIKE0038820

# FAQs

**How do I buy on StockX?**
There are two ways to buy on StockX: placing a bid or Buying Now. A Bid signals your...

**How do I sell on StockX?**
There are two ways to sell on StockX: placing an Ask or Selling Now. An Ask signals your...

**When can I expect to receive my item?**
StockX strives to complete all orders within 7-12 business days, (that doesn't include...

**How do I pay for an item on StockX?**
Buyers can pay with all major credit cards, PayPal, Apple Pay, Google Pay, Venmo, Alipay,...

**Can I cancel my Bid?**
Once a sale has occurred, your Ask or Bid cannot be cancelled. This policy is in place to...

**How do I contact customer service and when can I expect to hear back?**
While most of your questions can be answered in our Help Center, we do have a team...

 Sneakers
 Apparel
 Electronics
 Collectibles
 Accessories
 Trading Cards
 NFTs

## StockX. Access the Now.

**Air Jordan**
- Air Jordan 1
- Jordan Golf Shoes
- Air Jordan 3
- Air Jordan 11
- Air Jordan 4
- Jordan 1 Mid

**Yeezy**
- Yeezy Boost 350
- Yeezy Boost 350 V2
- Yeezy Boost 700
- Yeezy 500
- Yeezy Slides
- Yeezy Foam RNNR

**Recent Updates**
- The Drop List
- Apple Airpods
- Jordan 11 Cool Grey: By The Numbers
- Xbox Series X
- PS5
- Yeezy GAP Hoodies

**Popular Releases**
- Nike Dunk Low Georgetown
- Nike Air Max 1 Patta
- Nike Dunk Low Next Nature
- Jordan 4 Red Thunder
- Jordan 11 Cool Grey
- Jordan 1 Bred Patent

**Streetwear**
- Chrome Hearts
- Essentials
- Yeezy GAP
- Palm Angels
- Ivy Park
- Eric Emanuel

**Supreme**
- T-Shirts
- Accessories
- Supreme The North Face
- Bottoms
- Hoodies
- Supreme Nike

Find Us on Social
Download Our App
Use Assistive Technology
Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT
EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 30 Aug 2022 07:43:35 GMT
Page 4 of 4
CONFIDENTIAL
NIKE0038821