# EXHIBIT 33

| | |
|---|---|
| Document title: | How It Works - StockX |
| Capture URL: | https://stockx.com/about/how-it-works/ |
| Page loaded at (UTC): | Tue, 04 Oct 2022 21:36:42 GMT |
| Capture timestamp (UTC): | Tue, 04 Oct 2022 21:37:00 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 9c9e9171-d7e0-4109-af71-2cad5c02ccdb |
| User: | pv-leslie |

PDF REFERENCE #:     v9fNWdiDyEojKfZPRpB6L4

CONFIDENTIAL                                                                                         NIKE0040114




### StockX Verified
Every item sold goes through our proprietary multi-step verification process with our team of expert authenticators.

Learn More +++++


### Transparent Pricing
Our real-time marketplace works just like the stock market – allowing you to buy and sell the most coveted items at their true market price.


### Global Access
Whether it's pre-release, regionally limited, or "sold out" – our millions of customers from over 200 countries allow you to easily secure those hard-to-find, coveted items.


### No BS
No chargebacks, no taking photos, no writing catchy descriptions, and no dealing with rogue buyers or sellers. We handle everything to make sure you can buy and sell with confidence.


### Secure
Preserving the integrity of our marketplace means staying a step ahead. Our security and fraud systems, powered by our world class partners, have your personal information covered 24/7.


### Here For You
Thanks to our Help Center, Chatbot, and dedicated global-support staff, you can be sure that we are always available to answer any and every question regarding our marketplace.



Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:37:00 GMT
Page 1 of 5
CONFIDENTIAL
NIKE0040115





Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:37:00 GMT
CONFIDENTIAL
Page 2 of 5
NIKE0040116

### Buying On StockX

We don't determine the price, you do. As a live marketplace, StockX empowers you to Bid and Buy at real-time prices that reflect the current demand.

Learn More About Buying  + + + + +



### Selling on StockX

Whether you're looking to make quick cash or start a reselling business, we have the tools to help you succeed.

Learn More About Selling  + + + + +

## What People Have to Say About StockX



Little guy is so stoked for his first pair of Yeezy's #gotitonstockx

@djmattbain





Don't remember being this Happy @stockx
Thanks Folded hands StockX #GotItOnStockX

@JohnnyS11294263

## FAQs

How do I buy on StockX?

How do I sell on StockX?

When can I expect to receive my item?

Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:37:00 GMT
Page 3 of 5
CONFIDENTIAL
NIKE0040117

StockX                                             Browse  News  About  Help  Login  Sign Up  Sell

### How do I buy on StockX?

There are two ways to buy on StockX: placing a bid or Buying Now. A Bid signals your intent to buy - it is your financial offer for an item on StockX. You can also cancel or update your bid anytime before an Ask meets it.

Read more

### How do I sell on StockX?

There are two ways to sell on StockX: placing an Ask or Selling Now. An Ask signals your intent to sell - it is a listing designating the specific price that you are willing to sell your item for.

Read more

### When can I expect to receive my item?

StockX strives to complete all orders within 7-12 business days, (that doesn't include weekends or holidays), however, most orders are completed sooner.

Read more

### How do I pay for an item on StockX?

Buyers can pay with all major credit cards, PayPal, Apple Pay, Google Pay, Venmo, Alipay, Sofort, or iDEAL payment. The credit cards we accept are Visa, MasterCard, American Express, JCB, UnionPay, and Discover. We accept debit and gift cards with major card brand logos.

Read more

### Can I cancel my Bid?

Once a sale has occurred, your Ask or Bid cannot be cancelled. This policy is in place to maintain marketplace integrity, as we need to ensure every Bid and Ask is real, active, and dependable.

Read more

### How do I contact customer service and when can I expect to hear back?

While most of your questions can be answered in our Help Center, we do have a team dedicated to helping you with your recent purchase or sale. You can connect with us on our contact us page or via Chat.

Read more

SHOP

 Sneakers
 Apparel
 Electronics
 Collectibles
 Accessories
 Trading Cards
 NFTs

## StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | The Drop List | Nike Dunk Low Georgetown | Chrome Hearts | T-Shirts |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Apple Airpods | Nike Air Max 1 Patta | Essentials | Accessories |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 11 Cool Grey: By The Numbers | Nike Dunk Low Next Nature | Yeezy GAP | Supreme The North Face |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Jordan 4 Red Thunder | Palm Angels | Bottoms |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 11 Cool Grey | Ivy Park | Hoodies |
| Jordan 1 Mid | Yeezy Foam RNNR | Yeezy GAP Hoodies | Jordan 1 Bred Patent | Eric Emanuel | Supreme Nike |

Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:37:00 GMT
Page 4 of 5
CONFIDENTIAL                                                              NIKE0040118

StockX                                                          Browse   News   About   Help   Login   Sign Up   Sell

anytime before an Ask meets it.

Read more

item for.

Read more

Read more

### How do I pay for an item on StockX?

Buyers can pay with all major credit cards, PayPal, Apple Pay, Google Pay, Venmo, Alipay, Sofort, or iDEAL payment. The credit cards we accept are Visa, MasterCard, American Express, JCB, UnionPay, and Discover. We accept debit and gift cards with major card brand logos.

Read more

### Can I cancel my Bid?

Once a sale has occurred, your Ask or Bid cannot be cancelled. This policy is in place to maintain marketplace integrity, as we need to ensure every Bid and Ask is real, active, and dependable.

Read more

### How do I contact customer service and when can I expect to hear back?

While most of your questions can be answered in our Help Center, we do have a team dedicated to helping you with your recent purchase or sale. You can connect with us on our contact us page or via Chat.

Read more

SHOP

 Sneakers
 Apparel
 Electronics
 Collectibles
 Accessories
 Trading Cards
 NFTs

## StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | The Drop List | Nike Dunk Low Georgetown | Chrome Hearts | T-Shirts |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Apple Airpods | Nike Air Max 1 Patta | Essentials | Accessories |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 11 Cool Grey: By The Numbers | Nike Dunk Low Next Nature | Yeezy GAP | Supreme The North Face |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Jordan 4 Red Thunder | Palm Angels | Bottoms |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 11 Cool Grey | Ivy Park | Hoodies |
| Jordan 1 Mid | Yeezy Foam RNNR | Yeezy GAP Hoodies | Jordan 1 Bred Patent | Eric Emanuel | Supreme Nike |

**Find Us on Social**    **Download Our App**   **Use Assistive Technology**    Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT      ©2021 StockX. All Rights Reserved.

EN IT DE FR ZH JA KO ES

Document title: How It Works - StockX
Capture URL: https://stockx.com/about/how-it-works/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:37:00 GMT
Page 5 of 5
CONFIDENTIAL                                                                                                         NIKE0040119