# EXHIBIT 34

| | |
|---|---|
| From: | Mark Porteous [markporteous@stockx.com] |
| Sent: | 3/24/2022 11:15:31 AM |
| To: | Yasmin Tekyi-Mensah [yasmintekyimensah@stockx.com] |
| CC: | Brandon Lockhart [brandonlockhart@stockx.com]; Dana Robinson [dana@stockx.com]; Derrick Register [derrickregister@stockx.com]; Jeffrey Russo [jeffrusso@stockx.com]; Katy Cockrel [katycockrel@stockx.com]; Tabitha Davenport [tabithadavenport@stockx.com]; John Lopez [johnlopez@stockx.com] |
| Subject: | Re: KAWS Jordans: Authentication Process |

Good morning all,



On Thu, Mar 24, 2022 at 9:44 AM Yasmin Tekyi-Mensah <yasmintekyimensah@stockx.com> wrote:
> Hi, team - we're hoping to hold a retro early this afternoon (2/3pm ET) with a larger team.
>
> Would you be able to share any of the background information before then? Timing, QA details, etc.
>
> Appreciate your help!
>
> On Wed, Mar 23, 2022 at 9:02 PM Yasmin Tekyi-Mensah <yasmintekyimensah@stockx.com> wrote:
>> I got a delivery failure for Brandon's email so please loop in anyone I may have missed that could weigh in.
>>
>>
>> On Wed, Mar 23, 2022 at 9:00 PM Yasmin Tekyi-Mensah <yasmintekyimensah@stockx.com> wrote:
>>> Hi, team -
>>>
>>> Following the social chatter today with the KAWS Jordan customer, we're looking for as much background as possible on the authentication process of the sneakers in question.
>>>
>>> This will help inform our reactive media statement. Could you share an overview of the order information, any QA steps, and initial outreach here for visibility?
>>>
>>> Anything else would be really helpful.
>>>
>>> Thanks!
>>> Yasmin
>>> --
>>>
>>> **Yasmin Tekyi-Mensah**

Confidential                                                                                                                             STX0108368

Sr. Social Media Manager

--

**Yasmin Tekyi-Mensah**
Sr. Social Media Manager

--

Mark Porteous
Director of Fraud/Market Integrity

Mark@stockx.com

StockX

Confidential                                                                                                                                                                        STX0108369