# EXHIBIT 36

Page 1

1

2                UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF NEW YORK

4                           -ooOoo-

5       NIKE, INC.,                    :

                Plaintiff,              :
6

7       vs.                             : No. 1:22-cv-00983-VEC

8       STOCKX LLC,                     :

                Defendant.              :
9
        _____ :
10

11
                     DEPOSITION OF BROCK HUBER
12                          TAKEN THROUGH
            ADVANCED REPORTING SOLUTIONS, a Veritext company
13

14

15
                  Taken on Thursday, June 29, 2023
16
                      9:30 a.m. to 12:38 p.m.
17

18
                     At HYATT CENTRIC PARK CITY
19                     3551 North Escala Court
                        Park City, Utah 84098
20

21

22

23

24

25    Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC

Page 2

```
 1                A P P E A R A N C E S
 2
     For the Plaintiff:
 3
                 Tamar Y. Duvdevani
 4               Marc E. Miller
                 DLA PIPER
 5               1251 Avenue of the Americas
                 New York, New York 10020-1104
 6               Tamar.duvdevani@dlapiper.com
                 Marc.miller@dlapiper.com
 7               (212) 335-4799
 8
     For the Defendant:
 9
                 Christopher S. Ford
10               DEBEVOISE & PLIMPTON LLP
                 650 California Street
11               San Francisco, California 94108
                 Csford@debevoise.com
12               (415) 738-5705
13
     For StockX:
14
                 Kevin Adams
15               Deputy General Counsel
                 StockX
16
17   Also Present: McKayla Largin (videographer)
18                         -ooOoo-
19
20
21
22
23
24
25
```

Page 8

1    course of business at StockX.  A seller was paired with
2    a buyer.  The buyer in this case being Roy Kim.  The
3    items were shipped from the seller to one of our
4    authentication centers, passed through our proprietary
5    verification process and were ultimately shipped out to
6    this buyer.
7        Q.   Okay.  And you stated in connection with
8    your testimony regarding Abe Zurita -- is that his last
9    name?
10       A.   Mm-hmm.
11       Q.   That the products that appear -- strike
12   that -- the order numbers associated with the products
13   that were shipped to Roy Kim were returned by Roy Kim;
14   is that correct?
15       A.   Yes.  That is correct.  That is our policy
16   and has always been our policy.  If an end buyer has an
17   issue with an order, they reach out to our customer
18   service.  They suspect something they received is
19   inauthentic.  We will initiate a review, which
20   typically starts with receiving some pictures of the
21   items in question.  And after that photographic review,
22   if we continue to have doubts with the order, we will
23   ask the buyer to send it back to us for an inspection,
24   like the one that Abe did here.
25       Q.   Okay.  So it's your testimony that Abe





Page 43

1  ██████████████████████████████  ████████████████████████
2  ████████████████████████████
3           █████████████████████████████████████
4  ███████████████████████████████████████
5  ██████████████████████████  █████████████████████
6  ████████████████████████████████████████
7  ████████████████████████████████████████████
8  ████████████████████████████████████████████
9  ██████████████████████████████████
10          ████████████████████████████████
11 ██████████████████████████████████████████████
12 ███████████████████████████████████████████
13 █████  █████████████████████████████████████

14       Q.    Okay.  Other than Roy Kim, was any other
15 StockX consumer shipped product from this group of bad
16 actors?
17       A.    We don't believe there is any reason to
18 suggest that more bad product went through our process
19 and made it through.
20             It's also important to realize a lot of
21 these bad actors will ship good product in an effort to
22 have positive account attributes in order to trick the
23 StockX verification process and our fraud team.
24       Q.    Why don't you have any reason to suggest
25 that more bad product went through and made it through?

Page 44

1    A.    We have a lot of good faith in our
2    verification process, that our authentication team, you
3    know, when following our operating procedures and
4    inspecting these like Abe and John did, would reject
5    these items.
6          And we don't -- we didn't have any other
7    buyers who complained about the products that they
8    received, and no reinspections were -- were necessary.
9    Q.    Okay.  So 33 of these clearly did not get
10   caught and made it to a customer.
11         So are you saying that you don't have any
12   reason to suspect that additional product made it
13   through simply because you didn't receive any other
14   complaints from consumers?
15   A.    That is a data point, we did not receive
16   any complaints from consumers.  But the other items
17   went through our verification process, which we stand
18   by.  And I think that it is important to note, while 33
19   is a totally dissatisfactory number, you know, Roy Kim,
20   as an individual, made 2,300-plus orders with StockX
21   that he has never had an issue before.  And he
22   continues to shop with us, even after this incident,
23   because he knows, you know, the quality of our program.

Page 45

1 ████████████████████████████
2 █ ██ ████████████████████████
3 ████████████████████████████
4 ████████████████████████  And so
5 again, I think, it's probably important to know with
6 this investigation that, you know, our -- the way our
7 platform works, the buyer and seller are anonymous to
8 each other, but they -- neither of them are anonymous
9 to us in any way.

Page 46

1  ██████████  ████████████████████
2  ████████████████████████████████ █
3  █████████████████

4       Q.    Sounds like it's a good time for a break
5  then.
6       A.    Yeah, let's do it.
7       Q.    Okay.
8             VIDEOGRAPHER:  We are off the record.  The
9  time is 10:30.
10            (Recess was taken.)
11            VIDEOGRAPHER:  We are back on the record.
12  The time is 10:50.
13            Counsel may proceed.
14  BY MS. DUVDEVANI:
15       Q.    Okay.  What did you do to prepare for
16  today's deposition?
17       A.    I spent some time with Abe Zurita.  I spent
18  some time with John Lopez, with Mark Porteous.  And
19  Jennifer from Mark Porteous' team and asked them
20  questions, given their varied involvement in the
21  preparation of these materials, and just asked them to
22  recall what they could about the -- the time about a
23  year ago.
24       Q.    Okay.  Did you do anything else?
25       A.    I prepared with the legal advisors as well.

Page 56

1  wouldn't punish the seller for that, because they
2  behaved appropriately.
3           There is a potential for any technology
4  company for there to be a bug, an order for some reason
5  doesn't work.  And so basically just -- in areas where
6  a transaction is unsuccessful, but the seller behaved
7  appropriately, we could potentially end up with
8  inventory.
9       Q.   Okay.  Does StockX ever get inventory from
10 products that are returned by consumers?
11      A.   Yes.  And it would, again, vary based on
12 why it was returned.  If we got an item that was
13 suspected to be inauthentic, we would not take it into
14 inventory.
15          We would, of course, make the buyer whole,
16 but those items would not go into a pool that could
17 potentially be resold.  And they ultimately get -- get
18 destroyed.
19          The other place we could have inventory is
20 if we have an agreement with a brand, again, it's not
21 going to be necessarily ours, but we have custody over
22 it, and it could be parked at one of our facilities.
23 And when it's sold, we could fulfill those items on
24 behalf of the brand, and it could come out of an
25 inventory account.

Page 60

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11     Q.    Okay.  What happened to the other sellers
12 that sold Roy Kim a fake product --
13     A.    So --
14 ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15     A.    So everybody that Mark and team were able,
16 in their analysis, to determine was part of this bad
17 actor group, that seemed to be emanating from a small
18 number of unique devices, was banned.
19     Q.    Anybody else?
20     A.    No.  I think outside of the folks who are
21 connected to the fraud ring, there wasn't anything that
22 looked like egregious, intentional abuse of the
23 platform.
24     Q.    Are you aware, looking at the Copy of
25 Referenced Social Media worksheet, which of the sellers