# EXHIBIT 37

# PageVault

| | |
|---|---|
| Document title: | What is the StockX Buyer Promise? |
| Capture URL: | https://stockx.com/help/articles/What-is-the-StockX-Buyer-Promise |
| Page loaded at (UTC): | Fri, 02 Aug 2024 19:24:54 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 19:24:55 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 3fnPbrRtghQtybPCcBHLUm |
| User: | automation@page-vaul |

PDF REFERENCE #:    5FnpHDPJhMbY2thw7kmJ5L

StockX Help Center

Help Center / Buying On Stockx / What Is The Stockx Buyer Promise

# What is the StockX Buyer Promise?

At StockX, our mission is to provide a safe and secure experience for buying and selling the world's most coveted items of current culture. Since our inception, over 35M+ products have passed our rigorous verification process. Our goal, as it always has been, is for customers to access the most sought after products without the fear of receiving incorrect or inauthentic goods.

The StockX Buyer Promise solidifies this mission by providing support for Buyers should we make a mistake (e.g. we ship you the wrong order, we incorrectly verify an item). In the unlikely event that this happens with your order, please submit a Buyer Promise Support Request form **within ten days of receiving your item** and we will work expeditiously to resolve the issue. As we require a case to be opened within ten days of receipt, we encourage you to open your package as soon as you receive it to ensure everything is as expected. **The item must be unworn and in the condition that it was delivered, with the StockX tag still attached, in order to be eligible for our Buyer Promise.**

In the event that StockX requests the item back, please allow 14 business days from the time we receive the item until resolution.

To read more about our verification process, check out our Verification page.

To learn more about our broader return policy, check out the FAQ: What is the StockX Return Policy?

< Back

## Customer Service Hours

**Live Chat**
Monday-Friday: 9am - 9pm ET
Saturday-Sunday: 10am - 6pm ET

**Phone**
Monday-Friday: 9am - 5pm ET

**Email**
Submit 24/7

### Need Help? Start Here

Provide us with a few details, and we will guide you to the right solution. Contact options include live chat, phone, or email if necessary.

Contact Us

