# EXHIBIT 40

| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/What-is-the-StockX-Buyer-Promise |
| Page loaded at (UTC): | Mon, 17 Apr 2023 20:12:35 GMT |
| Capture timestamp (UTC): | Mon, 17 Apr 2023 20:13:00 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 76.120.118.249 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Darwin (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | aDE6Kkp8TdqZjiDRDPq7gP |
| User: | pagevault-ian |

PDF REFERENCE #:    ubVAwwNKhQ33SoFpqxnWuP

CONFIDENTIAL
NIKE0081418

StockX Help Center

### What is the StockX Buyer Promise?
4/17/2023

At StockX, our mission is to provide a safe and secure experience for buying and selling the world's most coveted items of current culture. Since our inception, over 35M+ products have passed our rigorous verification process. Our goal, as it always has been, is for customers to access the most sought after products without the fear of receiving incorrect or inauthentic goods.

The StockX Buyer Promise solidifies this mission by providing support for Buyers should we make a mistake (e.g. we ship you the wrong order, we incorrectly verify an item). In the unlikely event that this happens with your order, please submit a Buyer Promise Support Request form **within ten days of receiving your item** and we will work expeditiously to resolve the issue. As we require a case to be opened within ten days of receipt, we encourage you to open your package as soon as you receive it to ensure everything is as expected. **The item must be unworn and in the condition that it was delivered, with the StockX tag still attached, in order to be eligible for our Buyer Promise**.

In the event that StockX requests the item back, please expect a resolution timeframe of approximately five business days from receiving your item.

To read more about our verification process, check out our Verification page.

To learn more about our broader return policy, check out the FAQ: What is the StockX Return Policy?

Did this information resolve your issue?   [Yes]  [No]

**Frequently Asked Questions**

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

[Contact Us]

---

Document title: StockX Help
Capture URL: https://stockx.com/help/articles/What-is-the-StockX-Buyer-Promise
Capture timestamp (UTC): Mon, 17 Apr 2023 20:13:00 GMT
Page 1 of 1

CONFIDENTIAL                                                                                                NIKE0081419