# EXHIBIT 41

```
                                                        Page 1
 1       HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
 2                 UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
 3

         NIKE, INC.,            :
 4              Plaintiff,      :  Case No. 1:22-cv-983
                                :
 5           v.                 :
         STOCKX LLC,            :
 6              Defendant.      :
         -------------------    :
 7

 8                 VIDEOTAPE DEPOSITION OF:
 9                       YASIR MALIK
10                    NEW YORK, NEW YORK
11                 THURSDAY, JANUARY 12, 2023
12
13
14
15
16
17
18
19
20
21
22
23
24       REPORTED BY:
         SILVIA P. WAGE, CCR, CRR, RPR
25       JOB NO. 5641354
```

Page 2

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2
3
                              January 12, 2023
4                             10:35 a.m.
5          Videotape deposition of YASIR MALIK,
6  held at the offices of DLA PIPER LLP (US), 1251
7  Avenue of the Americas, 27th Floor, Conference
8  Room 27A, New York, New York, pursuant to
9  agreement before SILVIA P. WAGE, a Certified
10 Shorthand Reporter, Certified Realtime Reporter,
11 Registered Professional Reporter, and Notary
12 Public for the States of New Jersey, New York and
13 Pennsylvania.
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                      Page 42
1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2    your way."
3             What does that sentence mean?
4        A.   Essentially, all orders that go
5    through -- for any user who makes a purchase
6    through the StockX platform, all their orders go
7    through our authentication process.
8        Q.   Okay.  And the authentication process
9    is to confirm that a product is 100 percent
10   authentic; is that right?
11       A.   I would say that it goes through our
12   authentication process and, like, we do our best
13   to make sure that it's authentic.
14       Q.   Okay.  Well, it says, "Once we make
15   sure it's 100 percent authentic, we will send it
16   your way."
17            Do you see that?
18       A.   I see that.
19       Q.   Okay.  Is that an incorrect
20   statement?
21       A.   My view is that we -- our goal is --
22   that every product goes through the
23   authentication process and, like, to the best of
24   our ability, like, everything generally that goes
25   through the process is authentic.  But
```

```
                                                        Page 43
1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2    occasionally understand that there's slipups to
3    that process.  And so, obviously, our goal that
4    if that was to ever happen was to generally just
5    make it right.
6           Q.   I've heard that statement before.
7                Alright.  Let's do the next one.
8                (Deposition Exhibit 10, 12/27/21
9    e-mail to Vault Inventory Trader from StockX
10   STX0121511 to STX0121513 marked Confidential, was
11   marked for identification.)
12          Q.   Mr. Malik, prior to preparing for
13   this deposition, did you ever say that your
14   100 percent authentic claim means that you
15   occasionally understand that there's slipups to
16   that process, so, obviously, our goal is to
17   generally make it right?
18          A.   Have -- is your -- is your question
19   have I said that before?
20          Q.   Yeah, vis-à-vis the 100 percent
21   authentic claims that we just looked at.
22          A.   I don't know if I've used this, like,
23   that same language.  But I think since I first
24   started working at StockX, I've always truly
25   believed that.
```