# EXHIBIT 42

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5    NIKE, INC.;                      )
                                       )
 6              Plaintiff,             )
                                       )
 7       vs.                           )  Case No.
                                       )  1:22-cv-00983-VEC
 8    STOCKX, LLC;                     )
                                       )
 9              Defendant.             )
      _____)
10
11
12
13         VIDEOTAPED DEPOSITION OF ROY IKHYUN KIM
14                  San Diego, California
15              Wednesday, February 8, 2023
16
17
18
19
20
21
22    Reported by:
      Lynda L. Fenn, CSR, RPR
23    CSR No. 12566
24
25
```

Page 2

1      IN THE UNITED STATES DISTRICT COURT
2      FOR THE SOUTHERN DISTRICT OF NEW YORK

5   NIKE, INC.;                    )
                                   )
6               Plaintiff,         )
                                   )
7        vs.                       ) Case No.
                                   ) 1:22-cv-00983-VEC
8   STOCKX, LLC;                   )
                                   )
9               Defendant.         )
    _____ )

13           VIDEOTAPED DEPOSITION of ROY IKHYUN KIM,
14      taken on behalf of Plaintiff, San Diego,
15      California, at 9:56 a.m. and ending at 1:40
16      p.m., Wednesday, February 8, 2023, reported by
17      Lynda L. Fenn, CSR No. 12566, Certified
18      Shorthand Reporter within and for the State of
19      California, pursuant to notice.

Page 25

1      A    Since 2018 is when I would probably say I
2    started reselling sneakers.
3      Q    Where do you purchase your sneakers?
4      A    I purchase them from retail stores.  From
5    StockX.  From Instagram sellers as well.
6           I purchase some from GOAT and eBay as well.
7      Q    Do you ever purchase directly from
8    retailers?
9      A    I do.
10     Q    Okay.
11          Can you give me some examples?
12     A    I've bought directly from Nike.  I've
13   brought directly from Adidas.  New Balance.
14          I also by from resellers like Foot Locker,
15   Champs, DTLR.
16          I mean any retailer that sells shoes, I've
17   probably brought from them in the past two years.
18     Q    And now you mentioned again StockX and
19   GOAT.
20     A    Uh-huh.
21     Q    Is there a resell platform that you used
22   most frequently before July 2022?
23     A    Yes, StockX is the main resell platform I
24   use.
25     Q    Okay.

```
                                                      Page 26
 1              And why did you use this platform the most?
 2         A    StockX offered the best prices.  As also a
 3    power buyer, I've had discounts on shipping so it
 4    made no sense economically to purchase through their
 5    platform.
 6         Q    Now, how much have you spent purchasing on
 7    StockX platform?
 8         A    Over a million dollars.
 9         Q    And if you can recall, do you know when you
10    made your first purchase from StockX?
11         A    Probably 2017, 2018.  But I have to look
12    that up to be specific.
13         Q    And how many purchases would you estimate
14    you've made from StockX to date?
15         A    Maybe around 5,000 shoes or so.
16         Q    And are you familiar with the StockX term
17    "power buyer"?
18         A    That was a phrase that I use.  They might
19    use it, but I'm not sure if they use it.
20         Q    And what does "power buyer" mean?
21         A    It's just somebody who -- if they spend a
22    certain amount within a quarter, they get discounted
23    shipping rates.
24         Q    And what amount is that, if you know?
25         A    I don't recall off the top of my head.
```

Page 31

```
 1      service you received from StockX after becoming a
 2      power buyer?
 3            A    Their customer service is generally pretty
 4      good just not in this particular case.  Generally,
 5      they are responsive to any issues that I have as a
 6      buyer or a seller within 24 hours.
 7                 In this case I didn't hear back them from.
 8            Q    And do you think that StockX made it easier
 9      for you to return products with issues?
10            A    I'm sorry, I don't understand your
11      question.
12            Q    Yeah.
13                 Did StockX make it easy for you to return
14      products with issues?
15            A    Outside of this particular scenario or
16      others?
17            Q    Well, let's focus on this particular
18      scenario.
19            A    In this scenario, yeah, once they received
20      the shoes and verified that, you know, they were
21      fake, it was easy for me to return.
22                 They sent me a bunch of shipping label and
23      I sent the shoes back with them.
24            Q    Okay.  How about in other situations?
25                 Does StockX make it easy for you to return
```

Page 102

1  A  Yes.
2  Q  Okay.  Since that time --
3  A  Uh-huh.
4  Q  -- can you estimate the number of purchases
5  that you have made through StockX?
6  A  Probably around like two thousand, three --
7  two thousand, three thousand.  A couple thousand
8  pairs, sorry, two or three thousand pairs of shoes.
9  Q  Two or three thousand pairs of shoes?
10 A  I know it's a million dollars because it
11 shows up on my StockX profile, but I don't think they
12 give you the number of items bought.
13 Q  Okay.
14    But it certainly -- there's been a million
15 -- you've made a million dollars in buys since the
16 year 2017?
17 A  Yes.
18 Q  Okay.
19 A  That's correct.
20 Q  How often do you go on the StockX platform?
21 A  Daily.
22 Q  Okay.
23    You mentioned when you were discussing
24 StockX, I believe, that one of the services they
25 provide is to review the product before it is sent to

Page 105

1   Q   Is it that same time period since 2017?
2   A   It is, yes.
3   Q   Okay.
4       Is there a reason that you use StockX so
5   much more than these other two platforms?
6   A   I prefer the buying experience and it's
7   actually cheaper to buy on StockX relative to the
8   other platforms that they have on the market.
9   Q   Okay.
10      Are you particular where you buy your
11  collectable sneakers?
12      MS. REINCKENS:  Objection; form.
13      THE WITNESS:  Only to the extent that the
14  price matters to me.
15      MR. POTTER:  Okay.
16  BY MR. POTTER:
17  Q   So, if the price was appropriate, would you
18  buy from any source?
19  A   If the price was appropriate, I would buy
20  from any source with an authentication component to
21  it.  But all things considered, if it's the same
22  price I would prefer to buy on StockX.
23  Q   You mentioned that you prefer the buying
24  experience on StockX?
25  A   I do.

Page 106

1      Q    Can you elaborate on that, please?  What
2  about the buying experience do you prefer?
3      A    I prefer the app experience.  I prefer the
4  fact that I can set a bid price, which is the price
5  I'd want to pay, and then the seller can choose to
6  match it, which a lot of other platforms do not
7  allow.
8           And generally speaking, the customer
9  experience I've had at StockX when I've had issues
10 has generally been more responsive than both eBay and
11 GOAT.
12     Q    So I believe you said that you would only
13 purchase collectable sneakers through a channel that
14 would provide some sort of authentication?
15     A    Yeah, for resale.  For -- obviously I don't
16 prefer retail to begin with, but yes.  When it comes
17 to resale, yes.
18     Q    Understood.
19     A    Or secondhand, I apologize.
20     Q    Do you believe that's representative of the
21 buying pattern of sneaker collectors generally?
22     A    I would imagine so, yes.
23     Q    And that's based on your experience dealing
24 with sneaker collectors --
25     A    Yes.

Page 109

```
 1      these shoes to be real or are authentic.
 2           Q    Did you say that you believe CheckCheck
 3      communicates with replica makers in China?
 4           A    That's -- that's my speculation, but I
 5      don't have any information about it.
 6                But they have an understanding of fake
 7      shoes more than the average consumer does.
 8           Q    Okay.  Has anybody ever told you that --
 9      that they deal directly with replica makers in China?
10           A    No.
11           Q    Okay.
12                Have you ever had any opportunity to
13      independently verify the accuracy of CheckCheck's
14      authentication?
15           A    No, because authenticity is hard to make a
16      final judgment on.  These are all signals -- one of
17      many signals that we use as sneaker resellers to
18      understand -- to understand whether these are real
19      shoes or not.
20           Q    When you say these are one of the signals
21      we use to understand whether these are real shoes or
22      not --
23           A    Uh-huh.
24           Q    -- what do you mean by that?
25           A    So, as a sneaker reseller, we can never be
```

Page 110

1  a hundred percent sure of the authenticity of the
2  shoe.
3          Only Nike can really -- only Nike really
4  can give that determination.
5          So with things like CheckCheck and Legit
6  Check, we'll also -- I'll also talk to other sneaker
7  resellers who have familiarity with certain shoes,
8  because they see more of a certain type of shoe so
9  they know what to look for on the fakes and I'll rely
10 on some of their judgments.
11         So, it's not like a single source where,
12 like, all right, Legit Check App failed it so I know
13 it's fake.
14         And then, you know, in my case I went from
15 Legit -- I'm sorry, I went from CheckCheck App to
16 Legit Check App to double check it.  And then I also
17 took a look at it myself based on some research on
18 what was happening with some of these SKUs in terms
19 of defects in the more recent replica batches.
20     Q   But you don't personally know whether
21 CheckCheck is correct when it says a shoe is
22 authentic or not?
23     A   Correct.  I don't know for sure, yes.
24     Q   Okay.
25         And what is Legit Check?

Page 113

1  have -- I've submitted shoes with defects that I
2  don't believe are real defects.
3       Q   I see.
4           And I believe you mentioned earlier that
5  you prefer the customer experience at StockX to the
6  customer experience at GOAT; is that right?
7       A   That is true, yes.
8       Q   And is the experience with customer service
9  one of the factors that leads to that conclusion?
10      A   It is.
11      Q   Okay.
12          So you experience with customer service at
13 StockX in your opinion was better than at GOAT?
14      A   Yes, by a mile.
15      Q   Can you elaborate on why -- on why that is?
16      A   Yeah, GOAT will sometimes not respond to
17 tickets for weeks.  I've had issues where I've taken
18 two to three weeks of continuously emailing them to
19 resolve an issue.
20          With StockX, generally speaking, I get a
21 response within one or two business days and most of
22 my issues are resolved to my satisfaction in the
23 sense they'll, you know -- in terms of selling
24 they'll, like, refund the fact that they -- that I
25 had to pay for the shipping to get the shoes back.

Page 115

1   customer service regarding any of those purchases?
2        A   The only time I had to reach out to eBay
3   was when there's a billing issue, but not anything
4   related to shoes or the orders.
5        Q   Okay.
6            And how does that experience compare to
7   your customer service experience at StockX?
8        A   It's very, very difficult.
9        Q   At eBay?
10       A   Yes.  There isn't like a direct line you
11  can really reach out to.  I had to dig around to find
12  emails for people to make it happen.
13       Q   In the history of your shoe sneaker
14  purchasing --
15       A   Uh-huh.
16       Q   -- have you ever purchased fakes -- fake
17  sneakers, inauthentic sneakers from GOAT?
18       A   Not to my knowledge, no.
19       Q   Have you ever suspected that you did?
20       A   As sneaker heads, we're conditioned to
21  think that any shoes is likely -- it could be fake
22  that comes through these platforms.
23           But I've not got any definitive feelings
24  about GOAT selling fakes, no.
25       Q   Have you purchased fakes through any other

Page 116

1  platforms or any other channels?
2        A   Yes, through Instagram sellers.  And at one
3  time I used Grailed App, which is a little bit
4  different, but I did get fakes through those --
5  through those apps.
6        Q   Do those, to your knowledge, employ any
7  authentication processes?
8        A   They do not, no.
9        Q   Have you noticed any change in the quality
10 of replica or counterfeit sneakers over time?
11       A   Yes, definitely.
12       Q   In what way?
13       A   So certain SKUs, like the three that I had
14 purchased, have become far more accurate and we call
15 -- in the secret community we call them one-to-one
16 replicas where they become virtually
17 indistinguishable from the real shoes.
18           And certainly these SKUs, given their
19 popularity, have been the major focus for replica
20 makers to build a one-to-one version.
21           So, yes, absolutely over the past year.  In
22 some ways some of these shoes -- especially even
23 Yeezys -- are virtually indistinguishable from the
24 real shoe now.
25       Q   What about shoes with defects?  Have you

Page 157

1          Q    After you received the refunds from StockX
2     for the Uni, the Hyper Royal and the Mocha, did you
3     continue to purchase sneakers through the StockX
4     platform?
5          A    I did.
6          Q    Approximately how many sneakers have you
7     purchased through StockX -- how many pairs of
8     sneakers have you purchased through StockX since that
9     time?
10         A    Over a thousand, I'm guessing.  A lot.
11         Q    And have any of those -- have you believed
12    that any of those are not authentic?
13         A    No, I have not.
14         Q    Have you bought Nike sneakers, as well as
15    other brand?
16         A    I have, yes.
17         Q    And are you -- are you continuing to
18    currently make purchases through StockX?
19         A    I am, yes.
20         Q    What percentage of the shoes that you
21    purchased through StockX since July 2022 were Nikes?
22    An estimate is fine.
23         A    Ninety percent plus.
24         Q    You were also in communication with Nike's
25    litigation counsel in July of '22; correct?