# EXHIBIT 45

Page Vault

| | |
|---|---|
| Document title: | StockX Snapshot: The State of Resale - StockX News |
| Capture URL: | https://stockx.com/news/state-of-resale |
| Page loaded at (UTC): | Wed, 07 Aug 2024 16:33:58 GMT |
| Capture timestamp (UTC): | Wed, 07 Aug 2024 16:34:04 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 28 |
| Capture ID: | niGui2C1quG42fYzVDSbAR |
| User: | automation@page-vaul |

PDF REFERENCE #:    ny7yQQc1qcAcpm8VQmLNuv



# StockX Snapshot: The State of Resale

A detailed look at the numbers that defined our marketplace in 2019 and what to expect in 2020.

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT

# State of Resale

A detailed look at the numbers that defined our marketplace in 2019 and what to expect in 2020.



The State of
The Market



# The State of
# The Market

Sources: Piper Jaffray "Taking Stock With Teens Survey" and "Sneakers Sizzle" Report | The NPD Group



33% of Gen Z Men and 26% of Gen Z Women consider themselves "Sneakerheads", and StockX is now a Top 10 favorite website among upper-income Gen Z men.

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT

# The State of The Market

# $6 BILLION

Size of Global Secondary Sneaker Market

## $100B

Size of Primary Sneaker Market

## 15-25%

Projected Size of Secondary
Market Relative to Primary Market
in 2025

Sources: Piper Jaffray "Taking Stock With Teens Survey" and "Sneakers Sizzle" Report / The NPD Group

## 60%

Share of Gen Z Males Who Report
Using StockX

## 29%

Share of Footwear Purchased
Online



29 %
Other sites

71 %
StockX

**Secondary Website Preference**

Gen Z Sneakerheads



33% of Gen Z Men and 26% of Gen Z Women consider themselves "Sneakerheads", and
StockX is now a Top 10 favorite website among upper-income Gen Z men.



The State of
StockX

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT

Page 4 of 27



The State of
StockX

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT



# The State of StockX

**6**

Global Authentication Centers

**750,000+**

Yeezys Authenticated (2019)



In the instance of our adidas Campus 80s MakerLab IPO, Bids came in from customers across 62 countries and outstripped product supply 10:1

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT



Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT

Page 7 of 27



International
Growth

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT



# International Growth

 Italy

 Netherlands

United Kingdom

 South Korea

Spain

 Japan

Germany

 Qatar

Growth

## +281%

Buyer GMV



Favorite Sneaker



Nike Air Max 1 Have a Nike Day



In 2019, StockX buyers came from 197 countries and territories, from Albania to Zimbabwe.

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT



# International Growth

Fastest Growing Markets (2019)

France    China

Italy    Netherlands

United Kingdom    South Korea

Spain    Japan

Germany    Qatar

Spain
Spain

### Growth

+383%

Nike Sales

### Favorite Sneaker

Nike Air Max 1 Have a Nike Day

In 2019, StockX buyers came from 197 countries and territories, from Albania to Zimbabwe.

# International Growth

Fastest Growing Markets (2019)



South Korea

| | | | |
|---|---|---|---|
| France | China | | |
| Italy | Netherlands | | |
| United Kingdom | South Korea | | |
| Spain | Japan | | |
| Germany | Qatar | | |

### Growth

**+210%**

Nike GMV

### Favorite Sneaker

Converse Run Star Hike JW Anderson Black



In 2019, StockX buyers came from 197 countries and territories, from Albania to Zimbabwe.

# International Growth

## Fastest Growing Markets (2019)

South Korea

France

China

Italy

Netherlands

United Kingdom

South Korea

Spain

Japan

Germany

Qatar

### Growth

+210%

Nike GMV

### Favorite Sneaker



Converse Run Star Hike JW Anderson Black

In 2019, StockX buyers came from 197 countries and territories, from Albania to Zimbabwe.



In 2019, StockX buyers came from 197 countries and territories, from Albania to Zimbabwe.





StockX
Sneaker Market



Sales of women's exclusive sneakers outpaced the overall
market by 80% in 2019.

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT                                    Page 14 of 27



| Brand | Market Share | Avg. Resale Price | Avg. Price Premium* |
|---|---|---|---|
|  Jordan | | $266 | 61% |
| adidas | | $295 | 36% |
| Nike | | $230 | 47% |
| CONVERSE | | $183 | 64% |
| BALENCIAGA | | $699 | -6% |
| VANS | | $121 | 61% |
| new balance | | $223 | 52% |

*Percentage Over/Under Retail

### Jordan 1

Market Share     Avg. Resale
23%              $260

### Yeezy 350

Market Share     Avg. Resale
18%              $280

### Air Force 1

Market Share     Avg. Resale
6%               $274



Sales of women's exclusive sneakers outpaced the overall market by 80% in 2019.

# Streetwear Market

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT





StockX
Streetwear Market

| PALACE | $132 | 80% | | Avg. Resale $211 | Avg. Premium 38% |

*Percentage Over/Under Retail

Travis Scott artist merch accounted for 10 of the top 100 streetwear items released in 2019.

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT

Page 17 of 27



| | | |
|---|---|---|
| | $128 | 70% |
| FEAR OF GOD | $132 | 20% |
| Off-White™ | $205 | -10% |
| PALACE | $132 | 80% |

*Percentage Over/Under Retail



Avg. Resale: $145   Avg. Premium: 55%

**Backpack**

Avg. Resale: $211   Avg. Premium: 38%



FUN FACT

Travis Scott artist merch accounted for 10 of the top 100 streetwear items released in 2019.



StockX
Luxury Market

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT



StockX
Luxury Market

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT



# StockX
# Luxury Market

| | |
|---|---|
| Supreme | $2,921 |
| MCM | $401 |
| CHANEL | $2,589 |

## Top Luxury Handbag Brands
### Avg. Resale Price

| | |
|---|---|
| AUDEMARS PIGUET | $18,069 |
| PATEK PHILIPPE GENÈVE | $34,818 |
| TUDOR | $34,141 |

## Top Luxury Watch Brands
### Avg. Resale Price

**FUN FACT**

The most hyped handbag of 2019 was Virgil Abloh's Monogram Prism Keepall which resold for over $5,000 or 40% above retail.

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT

Top Luxury Handbag Brands
Avg. Resale Price

Top Luxury Watch Brands
Avg. Resale Price



**FUN FACT** The most hyped handbag of 2019 was Virgil Abloh's Monogram Prism Keepall which resold for over $5,000 or 40% above retail.

StockX
Collectibles and Trading Cards

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT



StockX

Collectibles and Trading
Cards

Rookie Card increased 200% in 2019.

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT



## Top Artist/Brand Collectibles

Total Sales (2019)

## Most Active Trading Cards

Combined Bids+Asks (2019)



The average resale value of Luka Doncic's 2018 Panini Prizm Rookie Card increased 200% in 2019.



The average resale value of Luka Doncic's 2018 Panini Prizm Rookie Card increased 200% in 2019.





## A Look Ahead
## 2020

### Smaller Brands Go Big

In 2019, smaller brands like New Balance became major players on the resale market, and with a roster of A-list endorsers that includes Kawhi Leonard, Coco Gauff, and Jaden Smith, 2020 should be another big year for the brand.

Document title: StockX Snapshot: The State of Resale - StockX News
Capture URL: https://stockx.com/news/state-of-resale
Capture timestamp (UTC): Wed, 07 Aug 2024 16:34:04 GMT

# A Look Ahead: 2020



## Travis Scott's Reign

Travis Scott's blockbuster collabs helped push Jordan Brand to the #1 spot in our 2019 sneaker rankings, and we expect his upcoming projects with Nike to solidify his secondary market dominance.



## Artist Merch

In 2019, artist merch was among the fastest-growing segments of our streetwear marketplace, and as more and more artists release limited capsules to commemorate their albums and tours, we expect that growth to accelerate.



## Women + Sneakers

Women's exclusive sneaker releases nearly doubled their share of the secondary market in 2019, and as brands step up their efforts to court this demographic, expect the popularity of women's sneakers - and the number of women identifying as "sneakerheads" - to increase.



## Smaller Brands Go Big

In 2019, smaller brands like New Balance became major players on the resale market, and with a roster of A-list endorsers that includes Kawhi Leonard, Coco Gauff, and Jaden Smith, 2020 should be another big year for the brand.

Women's exclusive sneaker releases nearly doubled their share of the secondary market in 2019, and as brands step up their efforts to court this demographic, expect the popularity of women's sneakers - and the number of women identifying as "sneakerheads" - to increase.



## Smaller Brands Go Big

In 2019, smaller brands like New Balance became major players on the resale market, and with a roster of A-list endorsers that includes Kawhi Leonard, Coco Gauff, and Jaden Smith, 2020 should be another big year for the brand.



## The New Man Bag

Hyped luxury luggage and men's bags — like the Supreme x Rimowa collaboration and Virgil Abloh's Prism Keepall — proved that men are increasingly interested in these product categories, and we see no signs the hype will fade.



## Gen Z Market Power

With nearly 1 in 3 Gen Z consumers identifying as 'sneakerheads', this younger generation is driving rapid growth in the secondary market, and with the overwhelming majority choosing StockX as their preferred marketplace, they will continue to propel our business growth in 2020.