# EXHIBIT 47

Page 1

```
 2    UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    Case No. 1:22-cv-00983-VEC
      ------------------------------------------x
 4    NIKE, INC.,
 5                        Plaintiff,
 6         - against -
 7    STOCKX LLC,
 8                        Defendant.
 9    ------------------------------------------x
10                  February 8, 2023
                    9:48 a.m.
11
12
13        VIDEOTAPED DEPOSITION of JOE PALLETT,
14    located at Debevoise & Plimpton LLC, 66
15    Hudson Boulevard, New York, New York 10001,
16    before Anthony Giarro, a Registered
17    Professional Reporter, a Certified Realtime
18    Reporter and a Notary Public of the State
19    of New York.
```

```
                                                         Page 2
 1
 2     A P P E A R A N C E S :
 3
 4
 5     DLA PIPER LLP
        Attorneys for Plaintiff
 6      1251 Avenue of the Americas
        New York, New York 10020
 7      212.335.4964
 8     BY:   TAMAR DUVDEVANI, ESQ.
             MARC MILLER, ESQ.
 9           tamar.duvdevani@dlapiper.com
             marc.miller@dlapiper.com
10
11
       DEBEVOISE & PLIMPTON LLP
12      Attorneys for Defendant
        919 Third Avenue
13      New York, New York  10022
14     BY:   MEGAN K. BANNIGAN, ESQ.
             MAI-LEE PICARD, ESQ.
15           mkbannigan@debevoise.com
             mpicard@debevoise.com
16
17
       DEBEVOISE & PLIMPTON LLP
18      Attorneys for Defendant
        650 California Street
19      San Francisco, California 94108
20     BY:   CHRISTOPHER FORD, ESQ.
             csford@debevoise.com
21
22     ALSO PRESENT:
23             ANTON EVANGELISTA, Videographer
               KIMBERLY VAN VOORHIS, ESQ., Nike
24
25
```

Page 43

1              JOE PALLETT
2     A     I was promoted to become the
3   director of connected product brand
4   protection.
5     Q     Is that your position today?
6     A     My title has changed to
7   director of authentication and
8   innovation.
9   ███████████████████████████████████████
10  ███████████████████████████████████████
11  ███████████████████████████████████████
12    Q     So let's start with your
13  original title:  Director of connected
14  product brand protection?
15    A     Yes.
16    Q     What was your role?
17  ███████████████████████████████████████
18  ███████████████████████████████████████
19  ███████████████████████████████████████
20  ███████████████████████████████████████
21  ███████████████████████████████████████
22  ███████████████████████████████████████
23  ███████████████████████████████████████
24  ███████████████████████████████████████
25  ███████████████████████████████████████

Page 160

1                JOE PALLETT

[lines 2–15 redacted]

16    Q     Going back to the beginning
17 of the deck or closer to the beginning of
18 the deck -- actually, let's look at the
19 page ending at 620.  It says, "Nike is
20 the most counterfeited brand."
21         Do you agree with that?
22    A     Yes.
23    Q     And that Nike is the top
24 selling sneaker brand on the second
25 market.

Page 172

1        JOE PALLETT



19              MS. DUVDEVANI:   Objection.

```
                                              Page 173
 1                    JOE PALLETT
 2  ███████████████████
 3           MS. DUVDEVANI:   Objection.
 4       A    No.
 5       Q    Why not?
 6  
 7  
 8  
 9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
```



Page 174

JOE PALLETT



Page 280

JOE PALLETT

