# EXHIBIT 53



| | |
|---|---|
| Document title: | The Official Real vs Fake Comparison Thread \| NikeTalk |
| Capture URL: | https://niketalk.com/threads/theofficial-real-vs-fake-comparison-thread.690734 |
| Page loaded at (UTC): | Fri, 02 Aug 2024 19:27:11 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 19:27:17 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 26 |
| Capture ID: | mJKzoyVuPWYoC4SxcPqiCn |
| User: | automation@page-vaul |




ADVERTISEMENT

☰    FORUMS ▾    WHAT'S NEW ▾    MEDIA ▾    MEMBERS ▾    🔍    LOG IN    |    REGISTER

**NIKETALK**
SINCE '99

PRICE/FAKE CHECKS

# THE OFFICIAL REAL VS FAKE COMPARISON THREAD

Thread in **'Price/Fake Checks'** Started by JumpmanATL7, Jul 23, 2020

Jul 23, 2020                                                                ⇄    #1



**JumpmanATL7**

💬 1,013    👍 1,583
Joined    May 22, 2014

I've often wished there was a free collection of real vs fake comparisons for Jordans. So I'm starting this thread with the hopes that we can all contribute our own comparisons. Or share a video that does a great job comparing real vs fake. The better the fake the better but the most important thing is knowing what you're comparing is definitely fake and definitely real. Fakes can vary a lot so just because there's one Concord 2018 real vs fake post doesn't mean you shouldn't add another one! Legit shoes can vary too so there's another reason to have multiple comparisons of the same shoe. If someone sells you a fake like what happened to me on the Concords I post below, take pics and comparison pics if you already have the legit pair!

Helping prevent people from paying resale prices for fakes should be one of the missions of an online sneaker community. **TRYING TO PASS "UA" OFF AS LEGIT IS NOT COOL, THATS EXACTLY WHAT I AM TRYING TO FIGHT AGAINST.** (EDIT: In fact, I'm tired of seeing the term 'UA' unless it's an acronym for UNAUTHENTIC, which it's not. Do some research and you will find that fakes and authentics are NOT made in the same factory. The term 'unauthorized authentic' or whatever else there is is nothing more than the creation of savvy replica sellers.)

Not many years ago it wasn't nearly as much of an issue because fakes were easy to spot. With people now charging money to do legit checks this could be a great FREE resource for me and others.

Since the bred 11 is still highly sought after and somewhat a recent release as well as having some really good fakes out there, I will kick this off with a real vs fake bred 11. I got the pics from a real vs fake video from HEAT Ledger, you should check out his video below for the in depth comparison which is really well done. He's been super helpful doing legit checks for free and has already helped me not get scammed a couple times in the short time I've been in contact with him. I look forward to his next real vs fake video. He says he's not an expert but he has been doing legit checks for 10 years so he may be a little modest. VIDEO:

THREAD GALLERY





modest. VIDEO:





Check out the toe box. Reps will often have a more bulbous toe box, bigger not as sleek.







**THREAD GALLERY**



VIEW FULL GALLERY

ADVERTISEMENT





Now look at the shape here the curve from the toe box all the way up the entire upper at the laces.



Whereas on the rep it's more of just a straight slanted line, no nice curve.



THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT







Look at how the 23 is misaligned on the left and a bolder print all around.



Top of jumpman is right in the middle of the 23.



THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT





Top of jumpman is too high at the 2





Look at the shape and size of this part of the outsole.

Last edited: Sep 10, 2020

Deleted member 42060, JRepp23 and SteveSteve72

| Jul 23, 2020 | | Share | #2 |



**JumpmanATL7**

💬 1,013    👍 1,583

Joined    May 22, 2014

THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT





Look at the different shape and size here.

FORUMS ⌄    WHAT'S NEW ⌄    MEDIA ⌄    MEMBERS ⌄        LOG IN    REGISTER

---

Jul 23, 2020    ⤳    #3

**JRepp23**

💬 10,513    👍 22,998

joined    Oct 6, 2016

Last edited: Nov 13, 2021

👍 PremioBinSoleFlyUnion

---

Jul 23, 2020    ⤳    #4

**JRepp23**

💬 10,513    👍 22,998

joined    Oct 6, 2016

The early edition of fake cords have the "orange peel" pl. The ankle collar almost matches the 2016 pe. The jumpman height to the liner matches the 2016 also. The soles are too blue as well. Fakes pl thickness matches originals, unfortunately.

👍 PremioBinSoleFlyUnion

---

Jul 23, 2020    ⤳    #5

**JRepp23**

💬 10,513    👍 22,998

joined    Oct 6, 2016

From what I see, the pl thickness is the easiest tell of these recent XIs.

👍 PremioBinSoleFlyUnion

THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT

---

Jul 24, 2020    ⤳    #6

**JumpmanATL7**

💬 1,013    👍 1,583

Joined    May 22, 2014

❝ JRepp23 said: ⊙

> From what I see, the pl thickness is the easiest tell of these recent XIs.

❞

Speaking of pl thickness, check out how crazy thick the pl is on these fake concords I got sold which I returned so unfortunately don't have anymore to take more pics. I should have gotten pics of under the insole. I was AFRAID I would forget something. While these aren't the best fakes in the world I thought it was worth a comparison. Let me add that the right shoe had a way worse toe box and I used that one to show the difference better. Not sure if that was the wiser decision.

Also note that the fakes were the most uncomfortable shoes I've ever worn in my life and that's not hyperbole. I know not all fakes are like this but it is worth mentioning the night and day difference in comfort.

Also note that the fakes were the most uncomfortable shoes I've ever worn in my life and that's not hyperbole. I know not all fakes are like this but it is worth mentioning the night and day difference in comfort.



This fake box is really obvious just look at the wrong font for the 9. Also on these fakes the trademarking is always absent on the Nike Air logo. See the red sticker on the fake box? Seller was arrogant enough to not heatgun off this sticker from the Chinese fake factory



The right shoe had a more bulbous toe box than the left so I used that one for more of an obvious difference but maybe I shouldn't have now that I think about it. Too late now.



THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT



Now even legit Jumpmans won't have perfect stitching but this is horrible when you look up close I mean that's awful



Look at the ankle cut on the fake and how you can see the stitching. Almost always on

THREAD GALLERY




VIEW FULL GALLERY

ADVERTISEMENT



Avis® Summer Sale – Pay Now To Save More

Best Avis Summer Prices When You Log In Or Sign Up For Free. Plus Up To 35% Off On Pay Now. Enjoy Avis®'s…



Look at the ankle cut on the fake and how you can see the stitching. Almost always on legit you will never see the stitching here and if you do just barely. Also here is a good look at how much thicker the fakes patent leather is



Here you can really see the difference in pl thickness. Also look how some of the letters on the JUMPMAN JORDAN hardly have any pixelization/waviness or none at all. It is normal for the M to have very little though. Also look at the difference in the mesh fabric the different patterns especially when you look up close on the tongue



The difference between the mesh fabric is more obvious in this pic



Look how the traction pods on the fake are a more blue purple and the legit are more of a true purple.



THREAD GALLERY





VIEW FULL GALLERY

ADVERTISEMENT

Avis® Summer Sale - Pay Now To Save More

Best Avis Summer Prices When You Log In Or Sign Up For Free. Plus Up To 35% Off On Pay Now. Enjoy Avis®'s...







NIKETALK
*SINCE '99*

☰    FORUMS ▾    WHAT'S NEW ▾    MEDIA ▾    MEMBERS ▾    🔍    |  LOG IN    REGISTER



Look at how the real shoe tree is more purple where the fake is more of a blue. Also in person it was easy to see a difference in that the fake one has standout singular specs of glitter here and there where the real one was completely consistent.

Last edited: Jul 28, 2020

:thumbsup: JRepp23

---

Jul 24, 2020    ↗ #7



**JumpmanATL7**

💬 1,013    👍 1,583
Joined    May 22, 2014



Again we see the Nike Air trademark absent on the fakes. Also look at how the fakes have a bolder font more easily noticeable on the R of the AIR.

Below check out the weights. Interesting that the fakes are actually heavier, with the fakes shoe trees being lighter than the real shoe trees, you can do the math.



THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT





Avis® Summer Sale - Pay Now To Save More

Best Avis Summer Prices When You Log In Or Sign Up For Free. Plus Up To 35% Off On Pay Now. Enjoy Avis®'s...



Sz 9 REAL without shoe tree 449g

Sz 9 REAL with shoe tree 484g

Sz 9 FAKE without shoe tree 454g

THREAD GALLERY




VIEW FULL GALLERY

ADVERTISEMENT



Avis® Summer Sale - Pay Now To Save More

Best Avis Summer Prices When You Log In Or Sign Up For Free. Plus Up To 35% Off On Pay Now. Enjoy Avis®'s...

FORUMS ▾   WHAT'S NEW ▾   MEDIA ▾   MEMBERS ▾   🔍   | LOG IN   REGISTER



Sz 9 FAKE with
shoe tree 484g

Last edited: Jul 27, 2020

| Aug 14, 2020 | | ⤴ #8 |



**Blackf1fiddy**

💬 36    👍 2
Joined   Sep 19, 2019

Would you be able to help me with my post?

ADVERTISEMENT



---

THREAD GALLERY







VIEW FULL GALLERY

ADVERTISEMENT



Avis® Summer Sale - Pay Now To Save More

Best Avis Summer Prices When You Log In Or Sign Up For Free. Plus Up To 35% Off On Pay Now. Enjoy Avis®'s...

| Sep 9, 2020 | | ⤴ #9 |



**JumpmanATL7**

💬 1,013    👍 1,583

I'm gonna do the 2016 Jordan 11 space jams here. Yes they're 4 years old but still sought after and highly faked.
Once again I'm taking screen shots from my boy HEAT Ledger's video here



HOW TO: Tell If Your 2016 Jordan 11 Space Jams are...



FORUMS    WHAT'S NEW    MEDIA    MEMBERS



JumpmanATL7

1,013    1,583

Joined    May 22, 2014



Like Heat Ledger says in the video, anyone can put a fake shoe in a real box so I also don't want to put much emphasis on the box but might as well get that out of the way.







THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT



Avis® Summer Sale - Pay Now To Save More

Best Avis Summer Prices When You Log In Or Sign Up For Free. Plus Up To 35% Off On Pay Now. Enjoy Avis®'s...



Now on to the shoes.



THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT



Avis® Summer Sale - Pay Now To Save More

Best Avis Summer Prices When You Log In Or Sign Up For Free. Plus Up To 35% Off On Pay Now. Enjoy Avis®'s...





The 45 stitching on the fakes isn't as thick or consistent. Also notice the pl edges

THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT



Avis® Summer Sale -
Pay Now To Save More



Just like the breds in the OP, look at the shape difference here in the side profile view.



THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT





Avis® Summer Sale -
Pay Less To Save More



Look at the difference in shape here. And also look at the 3rd space tag, look how overly white the letters are.

Last edited: Sep 13, 2020

👍 PremioBinSoleFlyUnion

Sep 10, 2020                                                    🔗    #10



**JumpmanATL7**

💬  1,013      👍  1,583
Joined    May 22, 2014



K



Look at the different toe boxes. This is what the reps tend to mess up.



## THREAD GALLERY



**VIEW FULL GALLERY**

ADVERTISEMENT



**Avis® Summer Sale -**

 







Last edited: Sep 13, 2020

**THREAD GALLERY**



VIEW FULL GALLERY

Nov 24, 2020                                    ⬐  #11



My dude HEAT Ledger on YouTube dropped another real vs fake video for the Union 4 off noirs. Yet again real good stuff

ADVERTISEMENT



Avis® Summer Sale -

X

☰

# NIKETALK
##### SINCE '99

FORUMS ▾    WHAT'S NEW ▾    MEDIA ▾    MEMBERS ▾    🔍    | LOG IN    | REGISTER



**JumpmanATL7**

💬 1,013    👍 1,583

Joined    May 22, 2014

---

Dec 17, 2020                                    ⬀    #12

**B**

**barcaz98**

💬 2    👍 0

Joined    Dec 17, 2020

Legit Check on these Yeezy 700 Mauves' please?



Share

Yeezy 700 Mauve                                          1 / 8

---

Jan 15, 2021                                    ⬀    #13



**JumpmanATL7**

💬 1,013    👍 1,583

Joined    May 22, 2014

Another real vs fake video posted by my dude HEAT Ledger this time it's the Jordan 1 Mocha. This one should be helpful as we know the Jordan 1 is extremely popular right now and the fakes can be stupid accurate.



**THREAD GALLERY**



**VIEW FULL GALLERY**

ADVERTISEMENT



**Avis® Summer Sale -**

X





Also he just posted one for the black OW5 which honestly isn't quite as good as the fake isn't the best but the commentary is good

Sep 3, 2021    #14



**Girl Thats Jules**

4,241    7,191
Joined    Mar 27, 2007

This is a great thread, we need an update.

👍 PremioBinSoleFlyUnion

ADVERTISEMENT

THREAD GALLERY



VIEW FULL GALLERY

ADVERTISEMENT



Avis® Summer Sale -



Jul 29, 2022    #15



**sharpshooter718**

5,476    4,562

I got a homie who been wearing fake XI's since 2010 or so...

Obviously the fakes have gotten better over the years but he's flagrant with it... He tried to tell me his website years ago when I use to see me rocking heat all the time..

The obvious sign of fake XI's is the front toe ... It's always too bulgy on the fakes.. when looking up from the top you can never see the tip of the toe box area.... Always a bit

Jul 29, 2022                                          #15



I got a homie who been wearing fake XI's since 2010 or so...

Obviously the fakes have gotten better over the years but he's flagrant with it... He tried to tell me his website years ago when he use to see me rocking heat all the time..



☰   **NIKETALK**          FORUMS ▾   WHAT'S NEW ▾   MEDIA ▾   MEMBERS ▾        🔍   LOG IN   REGISTER

May 1, 2024                                          #16



yeah the 11's are easily without question, get the most fakes produced.

**intojsagain88**

💬 74    👍 13
Joined    Dec 23, 2013

**THREAD GALLERY**



VIEW FULL GALLERY

YOU MUST LOG IN OR REGISTER TO REPLY HERE.

ADVERTISEMENT



**Avis® Summer Sale - Pay Now To Save More**

Best Avis Summer Prices When You Log In Or Sign Up For Free. Plus Up To 35% Off On Pay Now. Enjoy Avis®'s...

SPONSORED BY
WWW.AVIS.COM          Learn More

## SIMILAR THREADS

| | | | |
|---|---|---|---|
| just received the Jordan 8 Playoff retros y...<br>intojsagain88 · Apr 30, 2024 · Price/Fake Checks | 2<br>REPLIES | 820<br>VIEWS | May 2, 2024<br>intojsagain88 |
| Jordan 1 Travis Scott Mocha High - does th...<br>nycsneakerhead · Jan 27, 2024 · Price/Fake Checks | 4<br>REPLIES | 2K<br>VIEWS | Apr 4, 2024<br>Quiggles706 |
| Jordan 4 bred 2019 legit check!<br>dant10 · Nov 24, 2023 · Price/Fake Checks | 0<br>REPLIES | 1K<br>VIEWS | Nov 24, 2023<br>dant10 |
| Jordan 1 DZ5329-001 legit check please - b...<br>ike2112 · Jan 8, 2024 · Price/Fake Checks | 4<br>REPLIES | 2K<br>VIEWS | Jan 15, 2024<br>ike2112 |
| Online Stores | Review / Legit Check Thread<br>runyc · Jan 1, 2024 · Nike Retro | 3<br>REPLIES | 676<br>VIEWS | Jan 2, 2024<br>runyc |

Share:   🔴 📌 t ⓦ ✉ 🔗



**intojsagain88**

💬 74    👍 13

Joined    Dec 23, 2013



VIEW FULL GALLERY

ADVERTISEMENT

YOU MUST LOG IN OR REGISTER TO REPLY HERE.

## SIMILAR THREADS

| | | |
|---|---|---|
| just received the Jordan 8 Playoff retros y...<br>intojsagain88 · Apr 30, 2024 · Price/Fake Checks | 2<br>REPLIES | 820<br>VIEWS | May 2, 2024<br>intojsagain88 |
| Jordan 1 Travis Scott Mocha High - does th...<br>nycsneakerhead · Jan 27, 2024 · Price/Fake Checks | 4<br>REPLIES | 2K<br>VIEWS | Apr 4, 2024<br>Quiggles706 |
| Jordan 4 bred 2019 legit check!<br>dant10 · Nov 24, 2023 · Price/Fake Checks | 0<br>REPLIES | 1K<br>VIEWS | Nov 24, 2023<br>dant10 |
| Jordan 1 DZ5329-001 legit check please - b...<br>ike2112 · Jan 8, 2024 · Price/Fake Checks | 4<br>REPLIES | 2K<br>VIEWS | Jan 15, 2024<br>ike2112 |
| Online Stores | Review / Legit Check Thread<br>runyc · Jan 1, 2024 · Nike Retro | 3<br>REPLIES | 676<br>VIEWS | Jan 2, 2024<br>runyc |

Share: 

PRICE/FAKE CHECKS

ADVERTISEMENT

**The ultimate sneaker enthusiast community.**

ADVERTISE        CONTACT US        SHARE THIS PAGE

NikeTalk was created as a way of giving back to both the

