# EXHIBIT 54

| | |
|---|---|
| Document title: | eBay Authenticity Guarantee \|\| eBay.com |
| Capture URL: | https://pages.ebay.com/authenticity-guarantee/index_app.html |
| Page loaded at (UTC): | Wed, 07 Aug 2024 16:56:12 GMT |
| Capture timestamp (UTC): | Wed, 07 Aug 2024 16:56:43 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 5 |
| Capture ID: | gx2rkBkCnW1QVGPLtKGSh6 |
| User: | dchekhov |

PDF REFERENCE #:    cSfkJ5r3arVFPX8nUuyNrr



## Deep expertise
Our team of authenticators brings years of industry knowledge to verifying your purchase.

## Meticulous inspection
Your item is carefully inspected inside and out to make sure it's authentic and matches the listing.

## Premium Service
Once it's authenticated, your item receives premium packaging and is shipped directly to you.

# Our experts share your passion



**Sneakers**
Get to know the team of knowledgeable sneakerheads authenticating your kicks.



**Watches**
See inside Stoll & Co., where our watch authentication partners scrutinize every detail.

# How it works

## How it works




**Make your purchase**

Items with the Authenticity Guarantee checkmark automatically go through our authentication process, so you know you're getting exactly what's described in the listing.




**We authenticate it**

Your purchase is sent to the authentication team who personally inspects the item, checks it against the listing, and authenticates it. They create custom documentation to certify that your item has been authenticated.




### 3
### It's shipped with care

After authentication, your item is carefully packaged with its custom documentation and shipped directly to you.



## Explore by category



**Sneakers**

Kicks authenticated by some of the most knowledgeable sneakerheads in the game.

Learn more



**Handbags**

Industry experts carefully inspect your luxury handbags.

Learn more



**Watches**

Timepieces authenticated by the world-renowned team at Stoll & Co.

Learn more



It's easier than ever to sell your items with confidence

## Explore by category





