# EXHIBIT 55

Case 1:22-cv-00983-VEC    Document 380-55    Filed 08/08/24    Page 2 of 2



STX0805901