# EXHIBIT 56



SHOP | SUBMIT REQUEST

FLIGHT CLUB / GENERAL INQUIRIES / GENERAL INQUIRIES

🔍 Search by keyword

# GENERAL INQUIRIES

## ARE ALL PRODUCTS SOLD AT FLIGHT CLUB AUTHENTIC?

Yes, all of our inventory is guaranteed authentic.

3 years ago · Updated

Have more questions? Submit a request

**Was this article helpful?**

✓ Yes     ✗ No

2 out of 4 found this helpful

### Articles in this section

- HOW IS FLIGHT CLUB DIFFERENT FROM OTHER FOOTWEAR RETAILERS?
- WHAT DETERMINES THE PRICE OF SHOES?
- HOW CAN I FIND A SPECIFIC SHOE?
- ARE ALL PRODUCTS SOLD AT FLIGHT CLUB AUTHENTIC?
- WHAT DOES 'CONDITIONAL' MEAN?

### Related articles

- WHAT DOES 'CONDITIONAL' MEAN?
- HOW LONG WILL IT TAKE FOR MY ORDER TO SHIP?
- HOW IS FLIGHT CLUB DIFFERENT FROM OTHER FOOTWEAR RETAILERS?
- WHAT DETERMINES THE PRICE OF SHOES?
- WHAT IS FLIGHT CLUB'S RETURN POLICY?

---

| My Account | Flight Club | Support | Top Categories | Follow Us |
|---|---|---|---|---|
| Manage Account | Our History | Contact Support | New Arrivals | f  🐦  📷 |
| My Orders | Stores | FAQ | Air Jordan | |
| Track My Order | Consignment | Shipping & Returns | YEEZY | |
| Sell | Media Relations | Size Guide | Adidas | |
| | Jobs | Terms of Use | Off-White | |
| | | Privacy Policy | New Balance | |

© 2020 Flight Club New York LLC. All Rights Reserved

STX0805880