# EXHIBIT 57

FLIGHT CLUB / GENERAL INQUIRIES / GENERAL INQUIRIES

# GENERAL INQUIRIES

## HOW IS FLIGHT CLUB DIFFERENT FROM OTHER FOOTWEAR RETAILERS?

We're a ship-to-verify and consignment marketplace, meaning we source products from independent sellers who use our platform to sell shoes. All shoes are authenticated and verified to be as described by our team of trained specialists.

2 years ago · Updated

Have more questions? Submit a request

Was this article helpful?

✓ Yes    ✗ No

1 out of 1 found this helpful

**Articles in this section**

- HOW IS FLIGHT CLUB DIFFERENT FROM OTHER FOOTWEAR RETAILERS?
- WHAT DETERMINES THE PRICE OF SHOES?
- HOW CAN I FIND A SPECIFIC SHOE?
- ARE ALL PRODUCTS SOLD AT FLIGHT CLUB AUTHENTIC?
- WHAT DOES 'CONDITIONAL' MEAN?

**Related articles**

- WHAT DETERMINES THE PRICE OF SHOES?
- ARE ALL PRODUCTS SOLD AT FLIGHT CLUB AUTHENTIC?
- HOW LONG WILL IT TAKE FOR MY ORDER TO SHIP?
- WHAT IS FLIGHT CLUB'S RETURN POLICY?
- WHAT DOES 'CONDITIONAL' MEAN?



| My Account | Flight Club | Support | Top Categories | Follow Us |
|---|---|---|---|---|
| Manage Account | Our History | Contact Support | New Arrivals | |
| My Orders | Stores | FAQ | Air Jordan | |
| Track My Order | Consignment | Shipping & Returns | YEEZY | |
| Sell | Media Relations | Size Guide | Adidas | |
| | Jobs | Terms of Use | Off-White | |
| | | Privacy Policy | New Balance | |

© 2020 Flight Club New York LLC. All Rights Reserved

STX0805882