# EXHIBIT 58

PageVault

| | |
|---|---|
| Document title: | The RealReal Experts - The RealReal |
| Capture URL: | https://promotion.therealreal.com/therealreal-experts/# |
| Page loaded at (UTC): | Tue, 06 Aug 2024 22:08:26 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 22:08:28 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | qWZwojuEezDTKoxSbPGfkE |
| User: | automation@page-vaul |

PDF REFERENCE #:    4hhnNUErgBXRq5wztgjVJs

The RealReal

NEW ARRIVALS    DESIGNERS    WOMEN    MEN    JEWELRY    WATCHES    HOME    KIDS    SALE    CONSIGN    Search

## We Authenticate Every Item

**Authentication-as-a-Service™**

The RealReal has the most rigorous authentication process in the marketplace.

Have questions about our commitment to authenticity?

See our most commonly asked authenticity questions and watch the video below for more information.

**TRR Authentication Labs™**

As the largest marketplace for authenticated luxury consignment, The RealReal has authenticated millions of items.

This provides us with unparalleled data to support our experts in combating counterfeits and building trust in resale.

Experts in the TRR Authentication Labs use this data and their deep expertise to innovate new processes for

authentication using automation, artificial intelligence, and machine learning.

The results of this innovation include technologies like TRR Vision and TRR Shield, which help us to fight counterfeit products.

These and other proprietary technologies enable The RealReal to efficiently authenticate and list thousands of items daily,

ensuring that our customers can continue to confidently extend the life cycle of luxury.

**TRR Vision™**

TRR Vision leverages The RealReal's proprietary machine learning model to predict the likelihood of inauthenticity.

TRR Vision capabilities are scaling to cover more products across more categories over time.

Improved efficiency and enhanced automation enables more efficient scaling of our business model.

**TRR Shield™**

TRR Shield is the first step in our multi-step authentication process.

It is a machine learning model that considers more than 50 attributes to identify the highest risk products

out of the thousands of items that are delivered to TRR Authentication Labs each day.

TRR Shield enables us to route the highest risk items to our most capable and experienced authenticators for

the most intensive scrutiny.

Every counterfeit product our experts and systems find is a learning opportunity to make TRR Shield more capable.

OUR AUTHENTICATION PROCESS

TRR vision capabilities are scaling to cover more products across more categories over time.

Improved efficiency and enhanced automation enables more efficient scaling of our business model.

## TRR Shield™

TRR Shield is the first step in our multi-step authentication process.

It is a machine learning model that considers more than 50 attributes to identify the highest risk products out of the thousands of items that are delivered to TRR Authentication Labs each day.

TRR Shield enables us to route the highest risk items to our most capable and experienced authenticators for the most intensive scrutiny.

Every counterfeit product our experts and systems find is a learning opportunity to make TRR Shield more capable.

## OUR AUTHENTICATION PROCESS

There is no other resale company doing more to remove fakes from the market and put counterfeiters out of business.

## A SUSTAINABLE LUXURY COMPANY

Honoring heritage brands and extending the lifecycle of luxury items.

©2024 The RealReal, Inc.


CE100 USA