# EXHIBIT 59



GOAT SUPPORT / GENERAL / FAQ

🔍 Search by keyword

# FAQ

## How do I know if the Items are real?

We work hard to ensure items sold on GOAT are authentic and offer an Assurance of Authenticity. If we determine items you purchase are inauthentic or they are not as described, we'll notify you and offer a full refund.

**GOAT Support**
5 months ago · Updated

Have more questions? Submit a request

**Was this article helpful?**

✓ Yes    ✗ No

6 out of 8 found this helpful

### Articles in this section

Why have I been asked to confirm my identity?

I confirmed my identity, but the page says confirmation failed

How do I reset my password?

What is GOAT?

How does GOAT work?

How Do I Delete My Account

How do I contact you?

Does GOAT have a phone number I can call?

What is the Assurance of Authenticity?

How do I know if the Items are real?

SEE MORE

### Related articles

What is the Assurance of Authenticity?

When will I receive my order?

How do I contact you?

What is GOAT?

Do you accept purchases over the phone or email?



ASSURANCE OF AUTHENTICITY    PURCHASES AND RETURNS
CAREERS    SUPPORT
PRIVACY    TERMS





STX0805899