# EXHIBIT 60

**PageVault**

| | |
|---|---|
| Document title: | Assurance of Authenticity \| GOAT CA |
| Capture URL: | https://www.goat.com/en-ca/verification |
| Page loaded at (UTC): | Fri, 02 Aug 2024 22:02:55 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 22:03:22 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 2 |
| Capture ID: | efVo97VTuA4VQoeih6bF8g |
| User: | dchekhov |

PDF REFERENCE #:    6xSdhuCJQqce3CtpXMzSyV

- About Us
- Fee Policy
- Copyright
- Selling with GOAT
- Terms
- Privacy Policy
- Shipping, Purchases, and Returns
- Assurance of Authenticity
- GOAT Clean Terms
- GOAT Group Drop-off Policy
- Buyer Protection Policy
- Gift Card Terms

## ASSURANCE OF AUTHENTICITY

Our goal is to be the most trusted platform for footwear, apparel and accessories.

Sourcing from the world's premium boutiques and retailers, as well as our sellers and trusted network of partners, we aim to only sell authentic, high-quality products.

Our resale products and our trusted partners are verified or vetted by a variety of means, such as digital authentication, in-hand verification, and/or machine learning technology. By doing so, we seek to ensure the product you purchase is both authentic and as described.

To support our verification process, we have logged hundreds of thousands of data points on products to evaluate their authenticity. Additionally, our team of authentication specialists goes through mandatory training and inspects details from the label to stitching, texture to color, and so much more.

If, when using Ship-to-Verify as your shipping method, your product is found to be inauthentic or not as described, we reserve the right – at our option and in our sole discretion – to provide you with the same item from a different seller or a full refund for your order.

For purchases where the item is shipped directly from one of our selected partners or sellers, we ask that you contact us to report an issue with your order. This can be completed by submitting a GOAT customer service request or through our GOAT Assist feature located within the GOAT app on your order page. If we determine that your item is inauthentic or does not match its listing, your request will be processed pursuant to our Buyer Protection Policy.

It's our hope that through our efforts, we can create a safe and trustworthy global platform.

About | Buy | Shipping and Returns | Sell | Support | Terms | Privacy | Cookies Settings | Location Preferences | Sitemap

Sign up for exclusive promos, popular releases & more

© 2024 1661, Inc. All Rights Reserved

Document title: Assurance of Authenticity | GOAT CA
Capture URL: https://www.goat.com/en-ca/verification
Capture timestamp (UTC): Fri, 02 Aug 2024 22:03:22 GMT
Page 1 of 1