# EXHIBIT 63

PageVault

| | |
|---|---|
| Document title: | Is Stadium Goods Legit? - Stadium Goods Journal |
| Capture URL: | https://www.stadiumgoods.com/en-us/article/is-stadium-goods-legit |
| Page loaded at (UTC): | Fri, 02 Aug 2024 19:24:48 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 19:24:49 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | 9iQfyCQCcMNWDgDW8geYor |
| User: | automation@page-vaul |

PDF REFERENCE #:    fvmUBFtyQ4rJZerecE2r5T



STADIUM GOODS

# Is Stadium Goods Legit?

Rest assured, all Stadium Goods products are 100% authentic.

By Stadium Goods  |  December 20, 2022

It's been brought to our attention that some of the sneaker-buying community has a burning question that only we could answer definitively: Is Stadium Goods legit? The answer is a resounding **YES**.

When you shop at Stadium Goods, you shop from a business that was founded to be a place where the products we love could be bought and sold safely, with a premium on trust and authenticity. We're just as invested in the culture of sneakers and streetwear as you are, and our commitment to providing the highest quality products, services and customer support reflects that.

Our commitment to authenticity starts with our staff. The employees at Stadium Goods are the most passionate and knowledgeable in the industry, and possess a wealth of knowledge that in many cases goes beyond decades of experience.

Now let's talk about why Stadium Goods is legit in more specific terms.

**Guaranteed Authenticity**

In addition to our staff's unrivaled expertise, we also provide the most thorough inspection process in the sneaker reselling market. We physically inspect all of our inventory. Every last item.

Upon receiving a product, let's say a sneaker, for example, we examine material, stitching, and color by hand. Packaging is also inspected for authenticity. Once an item is verified and processed, it is held in our warehouses to ensure quality control and prompt delivery.

So, you're probably wondering about how we source our inventory, right? Simply put, the products we receive are brought to us by trusted suppliers. That's just another way we guarantee authenticity: we work with partners we have formed long lasting relationships with.

In addition to physical inspections by our staff and sourcing products from trusted partners, we employ a variety of technical methods to ensure our inventory's authenticity. As innovators in the marketplace, we are at the forefront of using emerging technologies to identify counterfeit products.

UNLOCK $10 OFF

Subscribe to our mailing list and receive $10 off your first purchase

SIGN UP

For Stadium Goods, sneakers and streetwear aren't just our business: they're our lifestyle. We understand that what you wear tells a story about who you are, where you've been, and even where you want to go in life. We know this because we've lived it and continue to live it. It goes back to what we said earlier: We're just as invested in the culture of sneakers and streetwear as you are, and our commitment to providing the highest quality products, services and customer support reflects that.

**A Premium Experience**

What distinguishes Stadium Goods from our competitors? It's simple: we hold our own inventory, which means our products are ready for shipping as soon as they're bought. Unlike our competitors, Stadium Goods is the only aftermarket that pre-authenticates its **entire** inventory. Since our products are in stock and ready to ship, it's our mission to get you your items quickly and seamlessly.

Our convenient shipping experience goes both ways. In the event you would like to return an item purchased at Stadium Goods, we provide a free return policy that's as easy to follow as our buying process. For full details on our return policies, please click HERE.



Our convenient shipping experience goes both ways. In the event you would like to return an item purchased at Stadium Goods, we provide a free return policy that's as easy to follow as our buying process. For full details on our return policies, please click HERE.

## Search the Archives

Connect with us

### ABOUT US
- Our Mission
- Authenticity
- Locations
- Careers
- Upcoming Releases
- Journal
- Site Map

### SUPPORT
- Track Your Order
- Delivery & Returns
- Guest Return
- FAQs
- International Payments
- Stadium Discord Server
- Student Discount
- Accessibility
- Contact Us

### SIGN UP FOR NEWS & PROMOTIONS

Email Address*    SIGN UP

Opt out at any time by clicking Unsubscribe at the bottom of any of our emails. By signing up you agree with our Terms and Conditions and Privacy Policy

### REFER A FRIEND
Give friends $20 off their first order, and you'll get $20 off when they make a purchase.

REFER A FRIEND

### BEST SELLERS
- Jordan 1
- Jordan 3
- Jordan 4
- Jordan 11
- Kobe
- Nike Air Force 1
- Nike Dunk
- Adidas Samba
- Adidas Gazelle
- New Balance 9060
- Asics Gel 1130

### NEW RELEASES
- Travis Scott x Air Jordan 1 Low WMNS "Canary Yellow"
- Air Jordan 4 Military Blue
- Nina Chanel Abney x Air Jordan 3 "Bicoastal"
- Air Jordan 11 Low "Space Jam"
- Travis Scott Jumpman Jack "Sail"
- Kobe 4 Protro "Bicoastal"
- Nike SB Dunk Low "Futura Laboratories"
- JJJJound x Adidas Samba "Mesa"
- Action Bronson x New Balance

### POPULAR RELEASES
- Air Jordan 4 Reimagined "Bred"
- Travis Scott x Air Jordan 1 Low WMNS "Olive"
- Nike Dunk Low "Grey Fog"
- Adidas Samba OG "Cardboard"
- Adidas Samba OG WMNS "Collegiate Green"
- Asics Gel 1130 "Canyon"
- New Balance 9060 "Shadow"
- Yeezy Slide "Slate Grey"

### RECENT NEWS
- Best Jordan 1s
- Best White Sneakers
- Stadium Supply Blog
- Y2K Style Guide to Sneakers
- Yeezy Slides Size Guide

## UNLOCK $10 OFF
Subscribe to our mailing list and receive $10 off your first purchase

SIGN UP