# EXHIBIT 64













STX0805884