# EXHIBIT 65



STX0805883