# EXHIBIT 66

🔒 **PageVault**

| | |
|---|---|
| Document title: | Your sneakers are waiting! |
| Capture URL: | https://www.stadiumgoods.com/en-us/authenticity# |
| Page loaded at (UTC): | Mon, 05 Aug 2024 19:46:35 GMT |
| Capture timestamp (UTC): | Mon, 05 Aug 2024 19:52:52 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 5 |
| Capture ID: | ukZmtesJ8YQFvpjxX3FAU6 |
| User: | dchekhov |

PDF REFERENCE #:     ii2N4JZyq5aipntS4veT6D

NEW RELEASES | JORDAN | NIKE | ADIDAS | NEW BALANCE | ASICS | YEEZY | WOMENS | KIDS | APPAREL | BRANDS | SALE



AUTHENTICITY

Our business is built on trust, and every item we sell is guaranteed authentic.

TRUST    THE TEAM    PROCESS    TECHNOLOGY

TRUST

## Culture and Community

We're a community of connoisseurs with a deep history in the culture of sneakers and streetwear. Stadium Goods was founded to be a place where the products we love could be bought and sold safely, with a premium on trust and authenticity.



THE TEAM

## Decades of Experience

Our commitment to authenticity starts with our staff. The employees of Stadium Goods are the most experienced and passionate in the business, with a wealth of expertise that in many cases reaches back decades. Every member of the team understands that our business runs on trust, and that their knowledge and training are the foundations of that trust.





STADIUM GOODS

TRUST    THE TEAM    PROCESS    TECHNOLOGY



**THE TEAM**

From working in the legendary sneaker shops of the '90s to founding and editing the sneaker blogs of the '00s to partnering with some of the biggest brands in the world in the '10s, we've lived sneaker and streetwear culture since its earliest days.

Our mission is simple: We've built the kind of business—built on trust, authenticity, and passion—that we'd like to shop at.



**PROCESS**

**Best In Class Inspection**

In addition to our staff's unrivalled expertise, we also boast the most thorough inspection process in the business. Unlike some retailers, we physically inspect our inventory.



**EXPERIENCE**

Our staff are dedicated sneaker connoisseurs and the most experienced in the business



**EDUCATION**

Our expert staff regularly research new products and counterfeiting techniques



**PHYSICAL INSPECTIONS**

We examine material, stitching, and color by hand. Packaging is also inspected for authenticity.









**SOURCING**
We source our inventory from trusted suppliers

**TECHNOLOGY**
We employ a variety of technologies to ensure chain of custody within our warehouses.

**ON-SITE INVENTORY**
All of our products are held in our warehouses to ensure quality control and prompt delivery



TECHNOLOGY
**Ensuring Your Security**

In addition to physical inspections by our staff, we employ a variety of technical methods to ensure our inventory's authenticity. As innovators in the market, we are at the forefront of using emerging technology to identify counterfeit products.

### ABOUT US
- Our Mission
- Authenticity
- Locations
- Careers
- Upcoming Releases
- Journal
- Site Map

### SUPPORT
- Track Your Order
- Delivery & Returns
- Guest Return
- FAQs
- International Payments
- Stadium Discord Server
- Student Discount
- Accessibility
- Contact Us

### SIGN UP FOR NEWS & PROMOTIONS
Email Address*      **SIGN UP**

Opt out at any time by clicking Unsubscribe at the bottom of any of our emails. By signing up you agree with our Terms and Conditions and Privacy Policy

**REFER A FRIEND**
Give friends $20 off their first order, and you'll get $20 off when they make a purchase.

**REFER A FRIEND**

### BEST SELLERS
- Jordan 1
- Jordan 3
- Jordan 4
- Jordan 11
- Kobe
- Nike Air Force 1
- Nike Dunk
- Adidas Samba
- Adidas Gazelle
- New Balance 9060

### NEW RELEASES
- Travis Scott x Air Jordan 1 Low WMNS "Canary Yellow"
- Air Jordan 4 Military Blue
- Nina Chanel Abney x Air Jordan 3 "Bicoastal"
- Air Jordan 11 Low "Space Jam"
- Travis Scott Jumpman Jack "Sail"
- Kobe 4 Protro "Bicoastal"
- Nike SB Dunk Low "Futura Laboratories"
- JJJJound x Adidas Samba "Mesa"

### POPULAR RELEASES
- Air Jordan 4 Reimagined "Bred"
- Travis Scott x Air Jordan 1 Low WMNS "Olive"
- Nike Dunk Low "Grey Fog"
- Adidas Samba OG "Cardboard"
- Adidas Samba OG WMNS "Collegiate Green"
- Asics Gel 1130 "Canyon"
- New Balance 9060 "Shadow"
- Yeezy Slide "Slate Grey"

### RECENT NEWS
- Best Jordan 1s
- Best White Sneakers
- Stadium Supply Blog
- Y2K Style Guide to Sneakers
- Yeezy Slides Size Guide

