# EXHIBIT 71



| HOME | SHOP ⌄ | BY SIZE ⌄ | EBAY | WORN | CONTACT | SOLE STEALS | MORE ⌄ |

Home > WORN > OFF WHITE

**Shop By**

All WORN
ADIDAS
AIR FORCE 1
FOAMPOSITE
JORDAN
NEW BALANCE
NIKE BASKETBALL
NIKE DUNK & SB
NIKE RUNNING
NIKE(OTHER)
OFF WHITE
TRAVIS SCOTT
WORN
YEEZY

**WORN**

Sort by: Date, new to old

Showing Products 1 - 4 of 4

   

| OFF WHITE NIKE BLAZER GRIM REAPER - SIZE 8 (WORN) (NO EXTRA LACES) | OFF WHITE NIKE AIR MAX 90 DESERT ORE - SIZE 11.5 (WORN) | OFF WHITE AIR MAX 97 MENTA - SIZE 11 (WORN) | OFF WHITE NIKE BLAZER GRIM REAPER - SIZE 7.5 (WORN) |
| --- | --- | --- | --- |
| 475⁰⁰ | 700⁰⁰ | 850⁰⁰ | 525⁰⁰ |

WE INSPECT AND AUTHENTICATE EVERY WORN PAIR AT NO CHARGE TO YOU.

WE GO THROUGH A METICULOUS, DEEP CLEANING PROCESS WITH EACH WORN PAIR. THIS INCLUDES THE REMOVAL OF DIRT, GRIME, LINT AND HAIR.  WE CLEAN  THE INSIDE, OUTSIDE, AND SOLES OF EVERY PAIR AS BEST AS POSSIBLE.

ALTHOUGH EACH PAIR IS WORN, WE WANT YOU, OUR VALUED CUSTOMER TO EXPERIENCE AN ENJOYABLE PURCHASE OF A LIKE NEW PRODUCT, EACH AND EVERY TIME YOU DECIDE TO COP SOME HEAT WITH SOLE SUPREMACY.

SORRY BUT WE DO NOT ACCEPT REFUNDS OR EXCHANGES.

THE EXACT SHOE YOU ARE RECEIVING WILL BE THE ONES PICTURED. WE DO NOT SEND EXTRA PICTURES.

ALL PAIRS COME IN ORIGINAL BOX UNLESS STATED. WE WILL DO OUR BEST TO BE TRANSPARENT WITH ANY FLAWS TO THE SHOES OR BOX.

WE HOPE TO CONTINUE TO EARN YOUR BUSINESS WITH OUR QUALITY PRODUCTS.

THANK YOU

**QUICK LINKS**

Search
About Us
Ebay
FAQ

**GET IN TOUCH**

BUY. SELL. TRADE.

© 2022 Sole Supremacy
POS and Ecommerce by Shopify

STX0805891