# EXHIBIT 72

 

## About Project Blitz

Don't be confused. With over 4,000 different styles of footwear products in stock alone, Project BLITZ is anything but a consignment shop. Over a decade in the making, Project BLITZ is the premier destination for all enthusiasts of the sneaker and street fashion cultures where sought out and rare coveted merchandise can be found. No knock off's or bootlegs here, every item sold in the Project BLITZ boutique is 100% authentic and is on hand in our inventory. From footwear to apparel to accessories; those hard-to-find rare gems and limited releases that you missed can be found in our store. Every brand and product is carefully curated in order for us to deliver our most rarest collections to you. Along with our extensive collection of products, Project BLITZ will also offer incentives and early release opportunities which means no more waking up early or having to wait in a line that wraps around the block. If you value your time, Project BLITZ is the perfect online destination for you.

## Sign Up For The Newsletter.

Your email here...

SUBSCRIBE →



**Shop**
Nike
Yeezys
Converse
Air Jordans
Supreme

**Company**
Vault
About Us
Consignment
FAQ's
Contact Us

**Legal**
Privacy Policy
Terms & Conditions
Cookie Policy





© 2022 Project Blitz. All rights reserved

POWERED BY PROTON

STX0805892