# EXHIBIT 73

# INDEX

search ...

Index Merch | Sizes | Brands | New Arrival | Pre-Owned | Our Store

home / faq

## faq

**returns/exchanges**
**all sales are final; there are no returns or exchanges.**

are the shoes 100% authentic?
we guarantee that all shoes are authentic.

why are there different prices on the same product?
prices are set by the individual sellers that work with our knowledgeable staff to set sale prices. prices vary depending on condition, rarity, and/or size availability.

do you accept visa/mastercard/american express gift cards?
no, we do not accept any gift cards.

are your pictures original?
yes, all of our pictures are taken in-house.

can i cancel/change my order?
yes, you can change or cancel your order only if we have not shipped your product out. however you must contact us immediately requesting to cancel/change your order.

do you accept trades?
no, we do not accept trades.

can i see more pictures of the shoes?
yes, please email us indicating the product name and size and we will send additional pictures as soon as possible with.

what shipping services are used?
we ship fedex ground in continental us and usps for international services or apo/fpo.

do you provide tracking information?
yes, we provide you with a tracking number.

do you ship signature required?
yes, all shipments will have a required signature upon delivery. if the package is sent back to us because of multiple attempts to deliver with required signature fails you will be responsible for further shipping charges if you request to have us resend the package.

when i track my order with the given tracking number it does not work.
it usually takes a few hours for it to update into the system.

where do you ship the order?
we only ship to the billing address associated with the credit card.

how long does it take for my order to arrive?
2-6 business days.

how do you ship the product?
all orders are shipped double boxed to ensure optimal safety.

do you offer a wish list?
yes, contact us with the product name and size you are looking for along with your contact info and once we come across that product we will contact you.

do you charge sales taxes?
no, we do not charge sales tax.



indexpdx
sun-fri 12:00pm-6:00pm
sat 12:00am 7:00pm
114 nw 3rd ave
portland, or 97209
(503) 208-3599

info@indexpdx.com

**customer service**
contact us
my account
shipping policy
return & exchange policy
terms & conditions
privacy
faq

**social links**

© 2022 indexpdx

design & development by graticle