# EXHIBIT 74

![PageVault]

| | |
|---|---|
| Document title: | FAQ \| Sole Supremacy |
| Capture URL: | https://www.solesupremacy.com/pages/faq |
| Page loaded at (UTC): | Wed, 07 Aug 2024 16:33:22 GMT |
| Capture timestamp (UTC): | Wed, 07 Aug 2024 16:33:24 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | rtbC3GW16Mag5HYqY1vWGN |
| User: | automation@page-vaul |

PDF REFERENCE #:    bBeJzeTzGiCeMTagidS11w





| HOME | SHOP | BY SIZE | EBAY | WORN | CONTACT | SOLE STEALS | MORE |

Home › FAQ

# FAQ

**Are all shoes authentic?**

All shoes are guaranteed to be 100% authentic. We do not sell, accept, or otherwise deal with fakes or factory variants. Buy with confidence as all shoes offered for sale are thoroughly inspected by our knowledgeable staff for condition and authenticity.

**Do you buy shoes?**

Yes, we offer QUICK CASH aka DIRECT PURCHASE. We will buy your shoes directly from you for a REASONABLE price. Please email us at solesupremacy510@gmail.com with items for sale and we will offer you a quote.

NON LOCALS(anyone who ships) - we DO NOT pay for shoes until shoes are received at our shop and inspected for condition and authenticity. After inspection is done you will be paid via paypal gift. If goods received are not authentic, you will have to pay shipping back or we will donate them to charity.

To receive a full quote all shoes must come with original box & accessories and must not have factory issues/blemishes/damaged box, etc. Shoes also must be shipped within 48 hours of form being sent to you via email for quote to be honored or else it can change up or down depending on the market.

If you receive a quote from another physical store higher than us, we will attempt to match or beat their price if proof of offer is valid. Request of a price match must be done before deal is made.

**Do you trade shoes?**

YES, ONLY IN STORE. We trade if the offer is reasonable. When trading, we need to BENEFIT or we'd rather make a sale. Email us your offers.

NO TRADES THROUGH SHIPMENTS. However, you can mail in your shoes and receive online store credit which is 5% more than quick cash.

**Are all shoes wearable?**

Shoes over 7 years old are not guaranteed suitable for wear. Wear at your own risk.

**What forms of payment do you accept?**

We gladly accept Visa, MasterCard, American Express, Discover, or regular account payments all through PayPal.

**Do I have to pay sales tax?**

Only CA residents are required to pay sales tax.

**What is your return policy?**

All sales are final. No refunds, no exchanges unless wrong item is sent.

**How long does it take for items to arrive?**

All orders are shipped within 24-48 hours of order being place excluding weekends or Holidays. Typical cut off time to get an order shipped the same day is 10AM PT(but not guaranteed). All items are shipped via FED EX GROUND and arrive within 1 to 7 business days of order being shipped depending where you live. We also give the option for FED EX 2 DAY on all orders except Beater Boxes.

**Do you ship international?**

We currently ship to Canada. We are not responsible for custom or duty fees.

**How much does shipping cost?**

We ship for $15 per pair via FED EX Ground in CA & $18 per pair to other states. However Hawaii and Alaska are $30 per pair. These rates DO NOT apply to EBAY. (EXCLUDES BEATER BOXES). In addition, we will not ship to an UNCONFIRMED ADDRESS, so please make sure your address is confirmed or a refund will be given. (same as credit card billing address).

**Do I get a tracking number?**

The email address you used via Pay Pal will automatically get sent a tracking number after your product has been processed for mailing.

**Do you have a physical store?**

Yes we do. We are located in Newark, CA. You can find all of our contact information through our contact link located on our homepage.

authenticity. After inspection is done you will be paid via paypal gift. If goods received are not authentic, you will have to pay shipping back or we will donate them to charity.

To receive a full quote all shoes must come with original box & accessories and must not have factory issues/blemishes/damaged box etc. Shoes also must be shipped within 48 hours of form being sent to you via email for quote to be honored or else it can change up or down depending on the market.

If you receive a quote from another physical store higher than us, we will attempt to match or beat their price if proof of offer is valid. Request of a price match must be done before deal is made.

**Do you trade shoes?**

YES, ONLY IN STORE. We trade if the offer is reasonable. When trading, we need to BENEFIT or we'd rather make a sale. Email us your offers.

NO TRADES THROUGH SHIPMENTS. However, you can mail in your shoes and receive online store credit which is 5% more than quick cash.

**Are all shoes wearable?**

Shoes over 7 years old are not guaranteed suitable for wear. Wear at your own risk.

**What forms of payment do you accept?**

We gladly accept Visa, MasterCard, American Express, Discover, or regular account payments all through PayPal.

**Do I have to pay sales tax?**

Only CA residents are required to pay sales tax.

**What is your return policy?**

All sales are final. No refunds, no exchanges unless wrong item is sent.

**How long does it take for items to arrive?**

All orders are shipped within 24-48 hours of order being place excluding weekends or Holidays. Typical cut off time to get an order shipped the same day is 10AM PT(but not guaranteed). All items are shipped via FED EX GROUND and arrive within 1 to 7 business days of order being shipped depending where you live. We also give the option for FED EX 2 DAY on all orders except Beater Boxes.

**Do you ship international?**

We currently ship to Canada. We are not responsible for custom or duty fees.

**How much does shipping cost?**

We ship for $15 per pair via FED EX Ground in CA & $18 per pair to other states. However Hawaii and Alaska are $30 per pair. These rates DO NOT apply to EBAY. (EXCLUDES BEATER BOXES). In addition, we will not ship to an UNCONFIRMED ADDRESS, so please make sure your address is confirmed or a refund will be given. (same as credit card billing address).

**Do I get a tracking number?**

The email address you used via Pay Pal will automatically get sent a tracking number after your product has been processed for mailing.

**Do you have a physical store?**

Yes we do. We are located in Newark, CA. You can find all of our contact information through our contact link located on our homepage.

---

## QUICK LINKS

Search
About Us
Ebay
FAQ

## GET IN TOUCH

BUY. SELL. TRADE.

  



© 2024 Sole Supremacy

POS and Ecommerce by Shopify

