# EXHIBIT 76

Page 1

1            UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF NEW YORK

3                    ---oOo---

4

5   NIKE, INC.,                    )
                                   )
6            Plaintiff,            )
                                   )
7   vs.                            )   No. 1:22-cv-00983-VEC
                                   )
8   STOCKX LLC,                    )
                                   )
9            Defendant.            )
   _____)

10

11

12         H I G H L Y   C O N F I D E N T I A L

13            OUTSIDE ATTORNEYS' EYES ONLY

14        VIDEOTAPED DEPOSITION OF JOHN LOPEZ

15             SAN FRANCISCO, CALIFORNIA

16           THURSDAY, FEBRUARY 23, 2023

17

18

19

20

21   STENOGRAPHICALLY REPORTED BY:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23   CSR LICENSE NO. 9830

24   JOB NO. 5688745

25

```
                                              Page 2

 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF NEW YORK

 3                     ---oOo---

 4

 5

   NIKE, INC.,                )

 6                            )

            Plaintiff,        )

 7                            )

   vs.                        )   No. 1:22-cv-00983-VEC

 8                            )

   STOCKX LLC,                )

 9                            )

            Defendant.        )

10  _____)

11

12

13

14        Videotaped Deposition of John Lopez, taken

15     on behalf of the Plaintiff, Pursuant to Notice, on

16     Thursday, February 23, 2023, beginning at

17     9:27 a.m., and ending at 6:55 p.m., before me,

18     ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR, CLR ~

19     License No. 9830.

20

21

22

23

24

25
```

```
                                              Page 25
 1        A    It was, yes.

 2        Q    And when did that start?

 3        A    I joined the company in August of 2018.

 4   August 6th, to be exact.

 5        Q    How long were you a Level 1 authenticator

 6   before you were promoted to a Level 2 authenticator?

 7        A    I would say about six to eight months into my

 8   time at the company.

 9        Q    And for how long did you hold the role of

10   Level 2 authenticator?

11        A    Again, I -- I don't have an exact time frame,

12   but I would say -- I would say about six months as

13   well.

14        Q    And is the change in role from Level 2

15   authenticator to the AQA --

16        A    Yeah.

17        Q    -- is that a promotion?

18        A    That was a promotion, yes.

19        Q    How long were you in the AQA role?

20        A    I would say about a year as well.  Eight

21   months to a year.

22        Q    And is the change in role from AQA to Level 3

23   authent- -- authenticator also a promotion?

24        A    That was a promotion as well, yes.

25        Q    Is that a standard career track for someone
```

Page 26

1    in the authentication position at StockX?

11        Q    So why did you become an AQA between Level 2

12    and 3 authenticator?

13        A    So there was a need in our New Jersey

14    warehouse at the time for an authentication quality

15    assurance role.  And I did interview for that role,

16    and I was able to assume the position at that time.

17        Q    What's the difference between an AQA role and

18    an authenticator role at StockX?

Page 27

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

██████████████

    █    ██████████████████████████

    █    ████████████████████████████

██████████████████████

    █    ██████████████████████

    █    ████████████████████████████

██████████████████

11    Q    Were you employed prior to joining StockX in

12    August of 2018?

13    A    I actually was -- I -- sorry.  Can you just

14    rephrase that question.

15    Q    Sure.  Prior to joining StockX in August of

16    2018, did you have a job before that?

17    A    I -- I had an LLC.  I ran my own business at

18    the time.

19    Q    What -- what sort of business were you

20    running at that time?

21    A    A sneaker buy/sell/trade shop,

22    brick-and-mortar store.

23    Q    What was the name of your brick-and-mortar

24    sneaker store?

25    A    The Sole Market LLC.  S-O-L-E.

Page 39

1      Q    Do you know what's included in that

2   background check?

3      A    No, I do not.

4      Q    Are individuals that are hired to be

5   authenticators at StockX interviewed?

6      A    They are, yes.

7      Q    How many interviews do they sit for?

8      A    I don't know the exact number, but I can tell

9   you my personal experience.  I had three interviews.

10     Q    Once an individual is hired at StockX as an

11  authenticator, is there an on-boarding process?

12     A    There is, yes.

13     Q    Can you describe the on-boarding process for

14  an authenticator at StockX, please.

Page 40



Page 121



Page 122



Page 136



Page 158





**Page 159**



**Page 164**





Page 198



Page 204

1        MR. MILLER:  Can I have the next one.  Can

2    you mark those two, please.

3        (Documents marked Exhibits 11 - 12

4         for identification.)

5        MR. MILLER:  So Mr. Lopez, you've been handed

6    two documents.

7    Q    The first one has been marked as Exhibit 11,

8    and that's the one that's titled:

9        (As read):

10        "Jordan 1 High OG SP Fragment Design x Travis

11    Scott."

12        Do you see that?

13    A    I do, yes.

14    Q    Okay.  And it's bearing Bates stamp

15    STX0058653 through '58669.

16        Do you see that?

17    A    I do, yes.

18    Q    Okay.  What is this document?

Page 205



Page 208

1    please.   This is a document titled:

2            (As read):

3    ▮          ████████████████████████████████

4    ▮    ███████████████

5            Do you see that?

6        A    I do, yes.

7        Q    Okay.  And it's bearing Bates Nos. STX0058670

8    through '58693.

9            What is this document?

10   ▮    ▮    ████████████████████████████████████

11   ▮    ████████████████

12   ▮    ▮    ██████████████████████████

13   ▮    ▮    ██████████████

14   ▮    ▮    ████████████████████████

15   ▮    ███████████

16   ▮    ▮    █████████████████

17   ▮    ▮    ███████████████████████

18   ▮    ▮    ███████████████████████████

19   ▮    ▮    ██████████████████████████████

20   ▮    ████████████████████████████████████████

21   ▮    ████████████████████

22   ▮    ▮    ██  ██████████████████

23   ▮    ████████████████████████

24   ▮    ▮    █████████████████████████████████

25   ▮    ████████████████████████████████

Page 209

██████████████████████████████████████

██████████████████████

████  ████  ████████████████████████

████████████████████████████████████████

████████████████████

```
 6              MR. MILLER:  This is 13; right?

 7              STENOGRAPHIC REPORTER:  13.

 8              MR. MILLER:  Thanks.

 9              (Document marked Exhibit 13

10               for identification.)

11              MR. MILLER:  All right.

12      Q    Mr. Lopez, you've been handed a document from

13   the court reporter labeled as Exhibit 13.  It's

14   bearing Bates Nos. STX0106086 to '6087.

15              Do you see that?

16      A    I do, yes.

17      Q    Do you recognize this document?

18      A    Just give me a moment to read the document,

19   please.

20      Q    Sure.

21      A    (Witness reading document.)

22              Okay.

23      Q    Do you recognize this document?

24      A    I do, yes.

25      Q    What is this document?
```



**Page 210**





**Page 214**