# EXHIBIT 77

PageVault

| | |
|---|---|
| Document title: | Verification - StockX |
| Capture URL: | https://stockx.com/about/verification/ |
| Page loaded at (UTC): | Tue, 04 Oct 2022 21:32:36 GMT |
| Capture timestamp (UTC): | Tue, 04 Oct 2022 21:33:36 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | d61c98a0-f20f-402e-aae6-4e4848887eb7 |
| User: | pv-leslie |

PDF REFERENCE #:    1TLdo4J1HbwLhHpNm947RX

CONFIDENTIAL                                                                         NIKE0040098

















Document title: Verification - StockX
Capture URL: https://stockx.com/about/verification/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:33:36 GMT
Page 1 of 5
CONFIDENTIAL
NIKE0040099

additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.

risk and ever-evolving embedded technologies within the products to enhance our verification efforts.



### Quality Assurance

A final check in our verification process, our QA experts ensure the product meets our high standards.



# Hear From Our Team



"In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money."

Siebe
Authenticator, Veldhoven



"I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see."

Alex
Authenticator, Tempe






Document title: Verification - StockX
Capture URL: https://stockx.com/about/verification/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:33:36 GMT
Page 2 of 5
CONFIDENTIAL
NIKE0040100





Alex
Authenticator, Tempe



## Committed to Quality

Over the years, our team members have verified tens of millions of products.

We've compiled data from every product we've verified on StockX to build a database of elements that don't meet our standards. Our database is updated daily and constantly serves to keep our team educated and up to date.

## Fighting Counterfeits

Like it or not, counterfeits are a problem for current culture goods on the secondary market. The quality of fake items has increased, as has the quantity of unauthorized items (often made in the same factory as the real items).

StockX has always been committed to fighting counterfeits and fraud on our platform. We remain one of the few marketplaces committed to physically reviewing 100% of the items that pass through our platform.

Our efforts have led to rejecting over 1.4 million items valued over $400 million.

StockX will continue to invest in the people, processes, and technology to stay ahead of the fraudsters so we can improve the purchase experience for our customers.



## Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



Document title: Verification - StockX
Capture URL: https://stockx.com/about/verification/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:33:36 GMT
Page 3 of 5
CONFIDENTIAL
NIKE0040101



# FAQs

### Are shoes sold on StockX considered "Deadstock"?

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are complete with original box including the box lid and the box label indicating the shoe size, as would be acceptable for sale at a retail location.

Read more

### What does the verification process entail for Buyers?

Once a product arrives to StockX from the seller, our dedicated verification team begins a thorough inspection, making sure it meets our condition guidelines. They receive constant training and industry updates to remain experts.

Read more

### What kind of streetwear is sold on StockX?

StockX defines streetwear as brand new if it is unworn and in flawless condition. In-store tags and/or generic plastic bags are NOT required for a streetwear item to be considered brand new.

Read more

### Can I return my item after I've received it?

Due to the anonymous nature of our live market, we are unable to offer return, exchanges or swaps - including if you ordered the wrong size. The good news is you can always resell with us if you no longer want your item.

### How are the StockX buyer processing fees, import duties, and sales tax calculated?

Buyer processing fees, import duties, and sales tax are calculated based on your shipping address. As a buyer, you agree to pay any and all local, state, federal, or international taxes (including sales taxes) that may be due with

### What are the shipping instructions?

1. Go to My Account > Selling > Pending. Here you will be able to access and print your shipping label and order invoice. Place the printed invoice inside the original packaging of the product being sold.

Read more

Document title: Verification - StockX
Capture URL: https://stockx.com/about/verification/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:33:36 GMT
Page 4 of 5
CONFIDENTIAL
NIKE0040102

StockX    Browse    News    About    Help    Login    Sign Up    Sell

Read more

Read more

Read more

**Can I return my item after I've received it?**

Due to the anonymous nature of our live market, we are unable to offer return, exchanges or swaps - including if you ordered the wrong size. The good news is you can always resell with us if you no longer want your item.

Read more

**How are the StockX buyer processing fees, import duties, and sales tax calculated?**

Buyer processing fees, import duties, and sales tax are calculated based on your shipping address. As a buyer, you agree to pay any and all local, state, federal, or international taxes (including sales taxes) that may be due with respect to your purchase transaction.

Read more

**What are the shipping instructions?**

1. Go to My Account > Selling > Pending. Here you will be able to access and print your shipping label and order invoice. Place the printed invoice inside the original packaging of the product being sold.

Read more

 Sneakers
 Apparel
 Electronics
 Collectibles
 Accessories
 Trading Cards
 NFTs

## StockX. Access the Now.

**Air Jordan**
Air Jordan 1
Jordan Golf Shoes
Air Jordan 3
Air Jordan 11
Air Jordan 4
Jordan 1 Mid

**Yeezy**
Yeezy Boost 350
Yeezy Boost 350 V2
Yeezy Boost 700
Yeezy 500
Yeezy Slides
Yeezy Foam RNNR

**Recent Updates**
The Drop List
Apple Airpods
Jordan 11 Cool Grey: By The Numbers
Xbox Series X
PS5
Yeezy GAP Hoodies

**Popular Releases**
Nike Dunk Low Georgetown
Nike Air Max 1 Patta
Nike Dunk Low Next Nature
Jordan 4 Red Thunder
Jordan 11 Cool Grey
Jordan 1 Bred Patent

**Streetwear**
Chrome Hearts
Essentials
Yeezy GAP
Palm Angels
Ivy Park
Eric Emanuel

**Supreme**
T-Shirts
Accessories
Supreme The North Face
Bottoms
Hoodies
Supreme Nike

Find Us on Social
  

Download Our App

Use Assistive Technology


Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT
EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

Document title: Verification - StockX
Capture URL: https://stockx.com/about/verification/
Capture timestamp (UTC): Tue, 04 Oct 2022 21:33:36 GMT
Page 5 of 5
CONFIDENTIAL
NIKE0040103