# EXHIBIT 78

🔒 PageVault

| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/Are-shoes-sold-on-StockX-considered-deadstock |
| Page loaded at (UTC): | Mon, 17 Apr 2023 20:14:23 GMT |
| Capture timestamp (UTC): | Mon, 17 Apr 2023 20:14:49 GMT |
| Capture tool: | 10.20.27 |
| Collection server IP: | 76.120.118.249 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Darwin (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 4FGaawFpbbWJefguUgAxex |
| User: | pagevault-ian |

PDF REFERENCE #:    4tv2HAPyix5EMZkzzB2S1P

CONFIDENTIAL
NIKE0081426

StockX Help Center

## What is the condition of items sold on StockX?
2/22/2023

### Sneakers & Shoes

Sneakers and shoes sold on StockX are considered "deadstock," which means that they're new and unworn at the time of sale. Deadstock sneakers must include the original box, the box lid, and the box label indicating the shoe size.

With sneakers sold at retail, some pairs will pass StockX's verification despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections. Shoes may also pass verification despite the box having minimal damage from shipping, discoloration from storage and/or any normal wear and tear due to aging.

StockX also maintains a small number of B-Grades on our site. B-Grade is a mark/grade given to sneakers that have minor imperfections in manufacturing. You can determine if an item is B-Grade by reviewing the product page, as this will be specified within the product's title. This mark/grade is commonly found stamped on the tag inside the shoe or on the shoe box.

### Electronics

Electronics sold on StockX are in brand new condition, with the packaging still sealed, and all retail accessories included. There cannot be any sign of damage, usage, or tampering.

StockX also carries a selection of refurbished electronics from manufacturer-licensed partners. You can determine if an electronic is refurbished by reviewing the product page, as this will be specified within the product's title. Warranty eligibility will be determined by the manufacturer.

### Apparel

Apparel sold on StockX must be brand new, unworn, in flawless condition, and include any of the original accessories that came with the product from the manufacturer.

### Watches

Watches sold on StockX must be brand new, unworn, in flawless condition, and must include the original, non-expired warranty card.

### Collectibles

Collectibles sold on StockX must be brand new, in flawless condition, and include all original packaging. Some may have minor paint defects or manufacturing flaws that are uncontrollable. For more in-depth information on the conditions of collectibles, please refer to the links below:

- Art Prints
- Graded Comic Books
- KAWS Figurines
- Bearbricks
- Funko Pop! Figures
- Skate Decks

### Trading Cards

Trading Cards sold on StockX can be either "raw" or professionally graded. Sealed Boxes are also available on StockX and must be brand new and sealed in their original packaging. For more detailed information on Trading Card conditions, please visit here.

### Wallets

Wallets that are sold on StockX are in brand new condition. However, as with wallets and accessories sold at retail, some items will pass StockX's verification despite having been tried on, placed on display and/or having slight manufacturer flaws and imperfections. We strongly encourage every Seller to include any additional original tags, and/or boxes and dust-bags but these are not required as they will vary depending on the original purchase location.

### Handbags

StockX requires all handbags to be in brand new condition. StockX defines this as unworn and in pristine condition. However, as with bags and accessories sold at retail, some items will pass StockX's verification despite having been tried on, placed on display and/or having slight manufacturer flaws and imperfections.

### Belts

All belts accepted by StockX are in brand new condition. However, as with belts and accessories sold at retail, some items will pass StockX's verification despite having been tried on, placed on display and/or having slight manufacturer flaws and imperfections.

We do not accept personalized belts, meaning no extra holes or modifications. We strongly encourage every Seller to include any additional original tags, and/or boxes and dust-bags but these are not required as they will vary depending on the original purchase location.

### Glasses

StockX requires all glasses to be in brand new condition. StockX defines this as unworn and in pristine condition. However, as with glasses and accessories sold at retail, some items will pass StockX's verification despite having been tried on, placed on display and/or having slight manufacturer flaws and imperfections.

Did this information resolve your issue?    [Yes]  [No]

**Frequently Asked Questions**

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

[Contact Us]

Document title: StockX Help
Capture URL: https://stockx.com/help/articles/Are-shoes-sold-on-StockX-considered-deadstock
Capture timestamp (UTC): Mon, 17 Apr 2023 20:14:49 GMT
Page 1 of 1
CONFIDENTIAL
NIKE0081427