# EXHIBIT 79

| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/As-a-Buyer-what-happens-to-my-order-if-an-item-fails-verification |
| Page loaded at (UTC): | Tue, 17 May 2022 21:03:10 GMT |
| Capture timestamp (UTC): | Tue, 17 May 2022 21:03:26 GMT |
| Capture tool: | 10.7.9 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 3 |
| Capture ID: | 6zMxyYwgMhb4Ff1ssYBp3k |
| User: | pv-leslie |

PDF REFERENCE #:     6M8A7oDePdazgDXSpEPDhG

NIKE0005910

Case 1:22-cv-00983-VEC   Document 200-79   Filed 08/08/24   Page 3 of 4

## As a Buyer, what happens to my order if an item fails verification?

5/13/2022

It's important to StockX that you receive a high quality item, so if an item doesn't meet our internal standards and fails verification, StockX will make every effort to connect you with a new Seller.

Because the new Seller must then package and ship the item, if you're connected with a new Seller as a result of a failed verification you can expect a small increase in wait time as the new item is shipped to StockX and verified. However, since StockX plans for an average sale lifecycle of 7-12 days, many of these transactions will still take place during the original sales window.

While StockX strives to ensure you get your item as quickly as possible, we also want to fulfill our role as a trusted marketplace for high quality goods, and stringent verification standards are a part of that.

**I'm not interested in being linked with a new Seller, can I cancel my order?**

StockX always attempts to complete a sale for you first as a result of an order failing verification, and does not generally allow you to cancel a sale as a result of an item failing verification.

The good news is that StockX honors your original purchase price in the event of a linked sale, so you'll never be charged more as a result of an item you bought failing verification.

**What happens if I'm not matched with a new Seller?**

If StockX is unable to match you with a new Seller as a result of your purchase failing verification, you will be refunded your full purchase price.

| Did this information resolve your issue? | Yes | No |
|---|---|---|

**Frequently Asked Questions**

My Account

Recent Purchases FAQ

Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us

## As a Buyer, what happens to my order if an item fails verification?

5/13/2022

It's important to StockX that you receive a high quality item, so if an item doesn't meet our internal standards and fails verification, StockX will make every effort to connect you with a new Seller.

Because the new Seller must then package and ship the item, if you're connected with a new Seller as a result of a failed verification you can expect a small increase in wait time as the new item is shipped to StockX and verified. However, since StockX plans for an average sale lifecycle of 7-12 days, many of these transactions will still take place during the original sales window.

While StockX strives to ensure you get your item as quickly as possible, we also want to fulfill our role as a trusted marketplace for high quality goods, and stringent verification standards are a part of that.

**I'm not interested in being linked with a new Seller, can I cancel my order?**

StockX always attempts to complete a sale for you first as a result of an order failing verification, and does not generally allow you to cancel a sale as a result of an item failing verification.

The good news is that StockX honors your original purchase price in the event of a linked sale, so you'll never be charged more as a result of an item you bought failing verification.

**What happens if I'm not matched with a new Seller?**

If StockX is unable to match you with a new Seller as a result of your purchase failing verification, you will be refunded your full purchase price.

| Did this information resolve your issue? | Yes | No |
|---|---|---|

**Frequently Asked Questions**

My Account

Recent Purchases FAQ

Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us