# EXHIBIT 80

| | |
|---|---|
| Document title: | Selling - StockX |
| Capture URL: | https://stockx.com/about/selling/ |
| Page loaded at (UTC): | Wed, 07 Aug 2024 16:56:55 GMT |
| Capture timestamp (UTC): | Wed, 07 Aug 2024 16:57:48 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 7 |
| Capture ID: | 9PuzE64ufk36PGGT9F3paN |
| User: | dchekhov |

PDF REFERENCE #:    qaCuU5RmNzaKftcXPedbPC

# StockX

News  About  Help  Sell   Login   Sign Up

Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories

## Selling

Overview   Start Selling   Fees   Resources   FAQs

**SELLING ON STOCKX**

# Sell. Get Paid. Repeat.

Get Started  + + + + +



## 01 Sell Quick with Zero BS

Just search for your product and set your price. You won't need to take product pictures, share personal information, or negotiate with potential Buyers.

## 02 Reach Millions

Our global reach extends to millions of customers in over 200 countries and territories. You're guaranteed to discover someone who can't wait to purchase the item you're selling.

## 03 Unlock Rewards

We pride ourselves on having some of the lowest commission rates in the industry and we want to share our thanks for making it happen. The more you sell, the lower your rates.



StockX | News | About | Help | Sell | Login | Sign Up

Brands | Deals | New | Men | Women | Kids | Sneakers | Shoes | Apparel | Accessories | More Categories

Selling — Overview | Start Selling | Fees | Resources | FAQs

## Start Selling In 4 Easy Steps

 Get Started

### No Approval Needed! Sign Up & Sell

Your earnings, your rules. All you have to do is select a payout method and currency from our available options.



### Create Smarter Listings

Decide when to sell and how to sell using the historical sales data for every item on our marketplace.



### Ship Us Your Sold Items

We require that you send us the sold item within two business days. Simply print the label we send and follow our shipping guidelines to ensure your products arrive safely at our verification center.



### Get Paid

We release your payouts as soon as we confirm your sold items are new and StockX Verified.



## Control How You Sell

You can either place an Ask or Sell Now.

An Ask lets you select the price you'd like to sell your item for. If you have the lowest Ask, Buyers who place a matching Bid will automatically Buy from you. Looking for a faster solution? Select "Sell Now" on the product page to sell your item on the spot to the highest Bid.

Learn More





StockX | News About Help Sell | Login | Sign Up

Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories

Selling                                    Overview   Start Selling   Fees   Resources   FAQs

# Level Up & Enjoy The Benefits

Whether you're reselling a new purchase, growing a business, or creating a side-hustle, we've developed an intelligent, global marketplace that works for anyone, anywhere.

|  | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| Sales Required | - | 12 or | 40 or | 200 or | 800 or |
| Sales ($) Required | - | $1,500 | $5,000 | $25,000 | $100,000 |
| Transaction Fee | 9.0% | 8.5% | 8.0% | 7.5% | 7.0% |
| Rewards & Advanced Features | + Retail Drop-off** | + Retail Drop-off**<br>+ Bulk Shipping** | + Eligible for up to 2.0% off seller fees via Bonus Discounts<br>+ Retail or Verification Center Drop-off**<br>+ Bulk Shipping**<br>+ Early Payout (Subject to Restrictions)<br>+ Power Exclusive Customer Support**<br><br>LEARN MORE ABOUT OUR ADVANCED TOOLS | + Eligible for up to 2.0% off seller fees via Bonus Discounts<br>+ Retail or Verification Center Drop-off**<br>+ Bulk Shipping**<br>+ Early Payout (Subject to Restrictions)<br>+ Power Exclusive Customer Support**<br><br>LEARN MORE ABOUT OUR ADVANCED TOOLS | + Eligible for up to 2.0% off seller fees via Bonus Discounts<br>+ Retail or Verification Center Drop-off**<br>+ Bulk Shipping**<br>+ Early Payout<br>+ Power Exclusive Customer Support**<br>+ Bespoke Partnership Opportunities<br>+ Dedicated Account Manager<br><br>LEARN MORE ABOUT OUR ADVANCED TOOLS |

**(Available in certain countries/regions only)

Note: All sellers also have a 3% payment processing rate in addition to the StockX transaction rate.

Your seller level is determined by your sales activity (number of sales OR the total value of sales in USD) on StockX

StockX    News  About  Help  Sell   Login   Sign Up

Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories

Selling    Overview   Start Selling   Fees   Resources   FAQs

Activity resets at the end of each calendar quarter. You must continue selling in order to maintain your Seller Level. You can level up at any point mid-quarter once you reach the sales requirements for the next level.

## Catch Up With The Latest Developments



### Industry Trends & Insights

We'll keep you informed on any updates we make at StockX.

Learn More  +++++



### StockX for Professional Sellers

StockX's advanced seller tools, features, and resources for sellers.

Learn More  +++++

## Real Stories From Sellers Like You

" I recently decided to sell some Jordan 1 highs in the gym red colour-way on StockX. This was after I struggled to sell them on eBay and Depop. They sold within a week and I shipped them out on Monday. They were collected by UPS from the drop spot the same day and

" Wanted to thank you on behalf of my brother, myself, and now my parents who just started selling too! We honestly started this only hoping to sell 1 sneaker a day. We talk all the time how we can't believe all the help you and StockX have given us and because of that,

" As a trusted stockx seller and frequent user I have nothing but positivity to say. I have never, in my 3 years of use, had an issue that has gone unsolved with this company. I have also made a small amount of purchase with StockX and can also confirm that every purchase has

StockX | News About Help Sell | Login | Sign Up

Brands | Deals | New | Men | Women | Kids | Sneakers | Shoes | Apparel | Accessories | More Categories

Selling | Overview | Start Selling | Fees | Resources | FAQs

received my payout. They were authenticated the same day and funds released. I transferred the money within minutes from PayPal into my bank account. I am massively impressed with the all round service and would most definitely recommend StockX to sellers!!

Adam in Great Britain

done it without you and the team there. Thank you for always taking such good care of us!

Jinyoung in Washington DC

continue using StockX

Owen in Great Britain

# FAQs

**How do I sell on StockX?**

There are two ways to sell on StockX: placing an Ask or Selling Now. An Ask signals your intent to sell - it is a listing designating the specific price that you are willing to sell your item for...

Read more

**As a seller, how and when do I get paid?**

Payout settings are powered by our partner, Hyperwallet (a PayPal service). When editing or updating your payout information, please note that you will be taken to a new window...

Read more

**How much does shipping cost for sellers?**

As a Seller, your shipping cost is deducted from your total payout. Shipping costs vary based on where you're selling from and what you're selling...

Read more

**I just sold. How long do I have to ship?**

Once a transaction is complete, your shipping deadline can be found in the confirmation email we sent after your Ask was accepted or under your account page...

Read more

**How does StockX define deadstock?**

Sneakers and shoes sold on StockX are considered "deadstock," which means that they're new and unworn at the time of sale...

Read more

**How can I submit a request for an item to be added to StockX?**

Don't see an item that you would like to place an Ask or Bid on? Submit your request to us using the Product Suggestion Form...

Read more

# StockX

News  About  Help  Sell  Login  Sign Up

Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories

Selling                                   Overview  Start Selling  Fees  Resources  FAQs

Read more                    Read more

## Start selling in minutes

Get Started  + + + + +

# StockX. Access the Now.

| About | Help | Sell | Air Jordan | Adidas | New Balance |
|---|---|---|---|---|---|
| How It Works | Help Center | Selling Guide | Air Jordan 1 | Adidas Samba | New Balance 2002R |
| Verification | Contact Us | Professional Tools | Air Jordan 3 | Adidas Campus | New Balance 327 |
| Newsroom | Product Suggestions | Scout | Air Jordan 4 | Adidas Gazelle | New Balance 530 |
| Company | Size Guide | Developers | Air Jordan 11 | Adidas Handball Spezial | New Balance 550 |
| Careers | | | Women's Jordan Shoes | Adidas AE | New Balance 9060 |
| StockX Reviews | | | Air Jordan 5 | Adidas Yeezy | New Balance Aimé Leon Dore |
| Give $10, Get $10 | | | | | |

| Nike | Popular Releases | Apparel | Accessories | | |
|---|---|---|---|---|---|
| Nike Air Force 1 | AJ1 Retro Low OG SP Travis Scott Canary (Women's) | Denim Tears | Swatch X Omega |  | |
| Nike Air Max 1 | AJ4 Retro Military Blue (2024) | Fear of God Essentials | Stanley | | |
| Nike Dunk | AJ4 Retro Bred Reimagined | Nike Tech Fleece | Designer Sunglasses | | |
| Nike SB | AJ11 Retro Low Space Jam | Supreme | Louis Vuitton Accessories | | |
| Women's Nike Dunks | AJ Jumpman Jack TR Travis Scott Sail | Travis Scott | Gucci Accessories | | |
| Nike Vomero | Supreme MM6 Maison Margiela Box Logo Tee White | Yeezy GAP | Supreme Accessories | | |



Terms  Privacy  ©2024 StockX. All Rights Reserved.

ENGLISH (US)  ENGLISH (UK)  ITALIANO  DEUTSCH  FRANÇAIS (FR)  繁體中文  日本語  ESPAÑOL (MX)  ESPAÑOL (US)  ESPAÑOL (ES)