# EXHIBIT 81

Page Vault

| | |
|---|---|
| Document title: | Authentication - StockX |
| Capture URL: | https://stockx.com/about/authentication/ |
| Page loaded at (UTC): | Thu, 25 Aug 2022 19:48:25 GMT |
| Capture timestamp (UTC): | Thu, 25 Aug 2022 19:49:30 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 53fdba6a-af51-4259-aa3f-e1b7fdffb3dc |
| User: | pv-leslie |

PDF REFERENCE #: 1jSKvRXiLEzUzuCeaDGBf3





StockX Browse News About Help Login Sign Up Sell

# We Authenticate Every Item. Every Time.

Shop on StockX with complete confidence knowing every purchase is Verified Authentic.

## Trust The Process

Our global team of experts uses a rigorous, multi-step verification process.

VERIFIED
VERIFIED
VERIFIED

### Condition

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.

### Packaging

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.

### Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.

### Advanced Technology

We use machine learning to aid our authenticators in catching every minor detail.

### Quality Assurance

A final check in our authentication practice, our QA experts ensure the product meets our high standards.

Document title: Authentication - StockX
Capture URL: https://stockx.com/about/authentication/
Capture timestamp (UTC): Thu, 25 Aug 2022 19:49:30 GMT
Page 1 of 5

CONFIDENTIAL NIKE0038784


Browse News About Help Login Sign Up Sell

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.

A final check in our authentication practice, our QA experts ensure the product meets our high standards.

### Experience

There's no substitute for experience. We've inspected over 35 million items on behalf of our customers.

AUTHENTIC
AUTHENTIC
AUTHENTIC

## Hear From Our Team

"

**In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.**

Siebe
Authenticator, Veldhoven

"

**I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's**

Document title: Authentication - StockX
Capture URL: https://stockx.com/about/authentication/
Capture timestamp (UTC): Thu, 25 Aug 2022 19:49:30 GMT
Page 2 of 5
CONFIDENTIAL
NIKE0038785



I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.

Alex
Authenticator, Tempe

StockX Authentication: By the Numbers
StockX has rejected more than
$400M
worth of products that did not meet authentication standards
(Since 2016)
Authenticators have stopped more than
$60M
worth of fake sneakers from trading on the platform
(Since 2016)
On average, more than
1M
products go through StockX's authentication process every month
(Last 12 Months)
35M+
products have gone through StockX's authentication process
(Since 2016)
StockX has
11
authentication centers around the world
The company launched
5
new authentication centers in the last two years
Today, the StockX team includes more than
300
authenticators globally

# Committed to Quality

Over the years, our team members have authenticated tens of millions of products.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.

For more information on how we quantify our high standards and protect our customers, please read our report: Big Facts – Verified Authentic.

# Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.

How To Authenticate the 990 V3 Joe Freshgoods "Outside Clothes" | Details ...
Share
Verified Authentic



StockX Browse News About Help Login Sign Up Sell

Verified Authentic
New Balance 990v3 Joe Freshgoods
Watch on YouTube

# FAQs

**Are shoes sold on StockX considered "Deadstock"?**

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are...

**What does the verification process entail for Buyers?**

Once a product arrives to StockX from the seller, our dedicated verification team begins...

**What kind of streetwear is sold on StockX?**

StockX defines streetwear as brand new if it is unworn and in flawless condition....

**Can I return my item after I've received It?**

Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

**How are the StockX buyer processing fees, import duties, and sales tax calculated?**

Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

**What are the shipping instructions?**

1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

SHOP

Sneakers

Apparel

Electronics

Collectibles

Accessories

Trading Cards

NFTs

Document title: Authentication - StockX
Capture URL: https://stockx.com/about/authentication/
Capture timestamp (UTC): Thu, 25 Aug 2022 19:49:30 GMT
Page 4 of 5
CONFIDENTIAL
NIKE0038787

StockX Browse News About Help Login Sign Up Sell

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are...

Once a product arrives to StockX from the seller, our dedicated verification team begins...

StockX defines streetwear as brand new if it is unworn and in flawless condition....

### Can I return my item after I've received It?

Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

### How are the StockX buyer processing fees, import duties, and sales tax calculated?

Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

### What are the shipping instructions?

1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

SHOP

Sneakers

Apparel

Electronics

Collectibles

Accessories

Trading Cards

NFTs

## StockX. Access the Now.

**Air Jordan**
Air Jordan 1
Jordan Golf Shoes
Air Jordan 3
Air Jordan 11
Air Jordan 4
Jordan 1 Mid

**Yeezy**
Yeezy Boost 350
Yeezy Boost 350 V2
Yeezy Boost 700
Yeezy 500
Yeezy Slides
Yeezy Foam RNNR

**Recent Updates**
The Drop List
Apple Airpods
Jordan 11 Cool Grey: By The Numbers
Xbox Series X
PS5
Yeezy GAP Hoodies

**Popular Releases**
Nike Dunk Low Georgetown
Nike Air Max 1 Patta
Nike Dunk Low Next Nature
Jordan 4 Red Thunder
Jordan 11 Cool Grey
Jordan 1 Bred Patent

**Streetwear**
Chrome Hearts
Essentials
Yeezy GAP
Palm Angels
Ivy Park
Eric Emanuel

**Supreme**
T-Shirts
Accessories
Supreme The North Face
Bottoms
Hoodies
Supreme Nike

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

Document title: Authentication - StockX
Capture URL: https://stockx.com/about/authentication/
Capture timestamp (UTC): Thu, 25 Aug 2022 19:49:30 GMT
Page 5 of 5

CONFIDENTIAL

NIKE0038788