# EXHIBIT 82

PageVault

| | |
|---|---|
| Document title: | Big Facts: Verified Authentic - StockX |
| Capture URL: | https://stockx.com/about/sx-market-insights/big-facts-verified-authentic/ |
| Page loaded at (UTC): | Mon, 13 Jun 2022 16:09:29 GMT |
| Capture timestamp (UTC): | Mon, 13 Jun 2022 16:10:45 GMT |
| Capture tool: | 10.7.14 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 6 |
| Capture ID: | 7hTUr4PvgsFqdi4fDP79v9 |
| User: | pagevault-steve |

NIKE0006776

StockX  Browse   News   About   Help   Login   Sign Up   ( Sell )

Newsroom                          Our News   In The News   Brand Assets   Company

StockX

Browse    News    About    Help    Login    Sign Up    **Sell**

Newsroom

Our News    In The News    Brand Assets    Company

SHARE







# Big Facts

## Verified Authentic

**Download Full Report Here**

Just over 35 million products have gone through StockX's authentication process, and the team has grown to include more than 300 authenticators around the world. This report highlights the core components of StockX's rigorous authentication process and the company's global network of authentication centers. Even more granular, the report identifies quality control metrics including the top reasons products are rejected during the authentication process and the most common fake products caught by StockX authenticators.



Newsroom

Our News    In The News    Brand Assets    Company

Detroit

Portland

Toronto

Eindhoven

Hong Kong

Seoul

Moonachie

London

Melbourne

Tempe

Atlanta

## Quality Control

Authentication is about more than just stopping fakes. Over the last 12 months, the presence of manufacturing defects was the top reason products were rejected during StockX's authentication process.

In the last 12 months alone, StockX protected customers by rejecting more than

**300,000** products worth more than

**$100M** in value.

### Reasons Products are Rejected by StockX:

(Last 12 Months)

24%
Manufacturing Defects

4%
Other Reasons

11%
Wrong Size

11%
Wrong Product

20%
Damaged Box

Browse  News  About  Help  Login  Sign Up  **Sell**

Newsroom                                    Our News    In The News    Brand Assets    Company

Damaged Box

14%
Fake Product

16%
Used Product

If a seller's product is rejected, StockX aims to connect the buyer with a new seller immediately.

*The last 12 months: June 1, 2021, to May 31, 2022.
**Damaged Box: In certain situations, StockX provides buyers with the opportunity to accept a product with a slightly damaged box.

## StockX Authentication: By the Numbers

StockX has rejected more than

# $400M

worth of products that did not meet authentication standards

(Since 2016)

Authenticators have stopped more than

# $60M

worth of fake sneakers from trading on the platform

(Since 2016)

On average, more than

# 1M

products go through StockX's authentication process every month

(Last 12 Months)

Authenticators maintain a

# 99.96%

accuracy rate

(Last 12 Months)

*The last 12 months: June 1, 2021 to May 31, 2022.

## The Winning Formula

StockX's authentication process combines human identification, expert knowledge, and cutting-edge AI technology.

**Human Expertise** + **Expansive Database** + **Technology**

Touch and smell can be critical components when determining authenticity

StockX's proprietary database includes billions of brand and product-specific data points

Use of AI helps ensure the most minor details are taken into consideration

## Fakes Busted







Document title: Big Facts: Verified Authentic - StockX
Capture URL: https://stockx.com/about/sx-market-insights/big-facts-verified-authentic/
Capture timestamp (UTC): Mon, 13 Jun 2022 16:10:45 GMT

NIKE0006781