# EXHIBIT 83



| | |
|---|---|
| Document title: | Big Facts: Current Culture Index 2023 - StockX |
| Capture URL: | https://stockx.com/about/sx-market-insights/big-facts-current-culture-index-2023/ |
| Page loaded at (UTC): | Tue, 06 Aug 2024 22:08:36 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 22:08:39 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 9 |
| Capture ID: | rjPwtuYBc37myXt4gM8vhQ |
| User: | automation@page-vaul |

PDF REFERENCE #:   uGne6Vs1S4Xwps7BLaj7c5

StockX

News  About  Help  Sell  Login  Sign Up

Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories

Newsroom

Our News   In The News   Brand Assets   Company

Document title: Big Facts: Current Culture Index 2023 - StockX
Capture URL: https://stockx.com/about/sx-market-insights/big-facts-current-culture-index-2023/
Capture timestamp (UTC): Tue, 06 Aug 2024 22:08:39 GMT
Page 1 of 8






# Sneakers

The same five names – Nike, Jordan Brand, adidas, New Balance, and Converse – once again held the top five spots on StockX's list of best-selling sneaker brands in 2022. But a new collection of fast-growing brands is looking to challenge these sneaker power players.

## Sneakers

### Fastest-Growing Brands

| Brand | Trade Growth (2022) |
|---|---|
| SALOMON | 2,277% |
| HOKA | 713% |
| Rick Owens | 522% |
| THE NORTH FACE | 338% |

### Salomon

With a year-over-year trade increase north of 2,000%, Salomon was the fastest-growing sneaker brand on StockX in 2022.

### Hoka

Hoka continued on its growth trajectory, seeing 713% growth year-over-year and ranking as the No. 12 top-traded sneaker brand overall on StockX in 2022.

### Louis Vuitton

| | |
|---|---|
| (image) | 522% |
| THE NORTH FACE | 338% |
| PUMA | 326% |

*Only brands with at least 200 trades in 2021 were considered



...oka climbed 14th with trades seeing 713% growth year-over-year and ranking as the No. 12 top-traded sneaker brand overall on StockX in 2022.

### Louis Vuitton

Though LV (No. 9) didn't make the top five fastest-growing list, the brand did see a 141% trade spike in sneakers in 2022. The increased interest comes as the brand prepares to embark on a new chapter in its creative direction.

## 2022's Winning Sneakers

### Most Trades on Release Week:
**Jordan 11 Retro Cherry (2022)**



The holiday Jordan 11 drop is one of the most anticipated every year, and 2022 was no different.

### Top-Traded Silhouette:
**Nike Dunk Low**



Dunk mania went mainstream in 2022.

### Highest Price Premium:
**Nike Air Force 1 Low Off-White Brooklyn**



**912%**
Avg. Price Premium in 2022

Arguably the most publicized sneaker release of the year.

## Apparel

2022 brought plenty of movement on StockX's list of top-traded apparel brands. Most notably, Fear of God pushed Supreme out of the top spot for the first time in the platform's history.

### Apparel
**Top Brands**
Total Trades (2022)

| Rank* | Brand |
|---|---|
| 1 ▲1 | FEAR OF GOD |
| 2 ▼1 | Supreme |
| 3 ▲2 | Nike |

### Apparel Brands Making Moves



**Sp5der ▲28**
The young label Sp5der is one to watch, with trades up more than 1,000% year-over-year on StockX.



**Moncler ▲33**
Moncler turned 70 in 2022, but remained top-of-mind with young consumers thanks to a wide array of brand collaborations.



| | |
|---|---|
| 3 ▲2 | Nike |
| 4 | Cactus Jack |
| 5 ▲1 | BAPE |

*Symbols indicate YoY change

Moncler turned 70 in 2022, but remained top-of-mind with young consumers thanks to a wide array of brand collaborations.

**Aimé Leon Dore** ▲21
Teaming up with New Balance helped ALD see an apparel sales bump on StockX, with trades jumping 265% year-over-year.

# Accessories

For the second year in a row, Supreme and Telfar hold the No. 1 and No. 2 spots on StockX's list of top-traded accessories brands. Below, we look at some of the brands that saw the biggest year-over-year trade growth.

## Accessories

### Fastest-Growing Brands

| Brand | Trade Growth (2022) |
|---|---|
| swatch | 7,416% |
| New Era | 720% |
| Gallery Dept. | 478% |
| Chanel | 145% |
| KAWS | 81% |

*Only brands with at least 200 trades in 2021 were considered



**Swatch**
Swatch clinched 7,416% trade growth to become the fastest-growing accessories brand on StockX in 2022.



**New Era**
Collaborations with the likes of Takashi Murakami and Fear of God helped New Era close 2022 with a 720% trade increase.



**Gallery Dept.**
The Y2K trend isn't over yet. Gallery Dept. saw 478% trade growth in 2022 as demand for the brand's trucker hats soared.

*Only brands with at least 200 trades in 2021 were considered

# Collectibles & Electronics

LEGO moves up two spots to land at No. 1, and Bearbrick overtakes KAWS to land at No. 2. In the world of electronics, Finalmouse broke into the top five.

## Collectibles

**Top Brands**
Total Trades (2022)

| Rank* | Brand |
|---|---|
| 1 ▲2 | LEGO |
| 2 | BE@RBRICK |
| 3 ▼2 | KAWS |
| 4 ▲1 | Funko |
| 5 ▼1 | Supreme |

*Symbols indicate YoY change

## Electronics

**Top Brands**
Total Trades (2022)

| Rank* | Brand |
|---|---|
| 1 | SONY |
| 2 | NVIDIA |
| 3 | Microsoft |
| 4 | Apple |
| 5 ▲2 | finalmouse |

*Symbols indicate YoY change

# Verification Check

Every item traded on StockX is put through a rigorous process and verified by one of StockX's expert authenticators.

**1M+**
Average number of products inspected by StockX authenticators monthly
(2022)

**~$100M**
Combined value of the 330,000+ products StockX rejected in 2022 for failure to meet verification standards

**Average number of products inspected by StockX authenticators monthly**
(2022)

**Combined value of the 330,000+ products StockX rejected in 2022 for failure to meet verification standards**

**300+**
authenticators globally
(2022)

**13**
authentication centers around the world
(2022)

# A Look Ahead: 2023



### Soccer Mania
2022 spurred a soccer revival, sending demand for classic silhouettes like the adidas Samba and adidas Gazelle to dizzying new highs. Searches for Samba and Gazelle on StockX increased by triple digits in 2022, and year-over-year trades shot up 553% and 222% respectively. Meanwhile, labels ranging from Supreme to Palace x Gucci dropped new collections with soccer jerseys, bringing even more attention and energy to the sport. With the Women's World Cup taking place this summer and more exciting releases on the way, we're expecting an even bigger focus on soccer in 2023.



### Women-Centered Luxury Collabs
Designer-streetwear collabs have been around for years, but with the introduction of Jacquemus x Nike in 2022, we've ushered in a new era for partnerships.



### Late 2000s Runners
Sneaker silhouettes reminiscent of late 2000s runners saw a rise in 2022. And demand for styles like New Balance's 2002R and Asics' GEL Kayano 14 – both originally introduced in 2008 – remains high as we kick off the new year. These sneakers offer comfort without compromising on style, and much-hyped collaborations with the likes of JJJJound, Joe Freshgoods, and Salehe Bembury have made new releases that much more appealing.

### Outdoor Brands Continue Their Reign






