# EXHIBIT 84

PageVault

| | |
|---|---|
| Document title: | Big Facts: Current Culture Index 2024 - StockX |
| Capture URL: | https://stockx.com/about/zh-tw/sx-market-insights/big-facts-current-culture-index-2024/ |
| Page loaded at (UTC): | Tue, 06 Aug 2024 22:08:15 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 22:08:18 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 11 |
| Capture ID: | 2twcysSagWV89JqBP6JEev |
| User: | automation@page-vaul |

PDF REFERENCE #:     ff8v89ySiQhHF5VRht3txF

StockX

新聞 關於 幫助 出售    登入  註冊

品牌  特惠  全新  男款  女款  兒童  球鞋  鞋類  服飾  配件  更多類別

Newsroom    Our News    In The News    Brand Assets    Company








January 2024
Snapshot
StockX
Big Facts
Current Culture Index 2024
This report looks at the brands, products, and metrics that defined StockX in 2023 along with our predictions for the year ahead.
StockX Milestones
2023 made for new global milestones – StockX surpassed 50 million lifetime trades and set new trade records in key markets including France, Mexico and Spain.
50M+ lifetime trades
15M+ lifetime buyers
1.7M+ lifetime sellers
2023 Brings Record Trades in New Markets
FRANCE
MEXICO
SPAIN
Female Users Grow to 38% in 2023

Document title: Big Facts: Current Culture Index 2024 - StockX
Capture URL: https://stockx.com/about/zh-tw/sx-market-insights/big-facts-current-culture-index-2024/
Capture timestamp (UTC): Tue, 06 Aug 2024 22:08:18 GMT
Page 3 of 10

### Oakley

Oakley is having another moment, and not just for its sunglasses. The California-based brand saw sneaker trades increase an impressive 157% on StockX last year. Favorites include the 90s-era Factory Team sub-line and a collaboration with Brain Dead.

Other top movers: Mihara Yasuhiro (No. 1, 1,502%); On Running (No. 2, 695%)

*Percentages reflect a brand's year-over-year trade growth on StockX, 2023 vs. 2022.
**Only brands with at least 250 trades in 2022 were considered.

*Symbols indicate YoY change

# Shoes

Ugg (No. 1) and Crocs (No. 2) maintained their positions on StockX's list of top-traded shoe brands, while Birkenstock moved up one spot to No. 3.



## Shoe Brands Making Moves

### Ugg
Ugg is both the No. 1 top-traded and the No. 1 fastest-growing brand in StockX's 'shoes' category – an achievement no other brand can claim in 2023. In addition to seeing record trades, Ugg closed the year with 154% growth over 2022.

### Gucci
With more consumers traveling in 2023, Gucci (No. 2 fastest-growing shoe brand) saw trades jump 85% thanks to demand for sandals and pool slides.

### Crocs
Crocs (No. 4) could do no wrong in 2023 – the brand achieved 51% growth, thanks to highly successful collabs that ran the gamut from food to film.

Other top movers: Birkenstock (No. 3, 70%); Polo Ralph Lauren (No. 5, 36%)

*Percentages reflect a brand's year-over-year trade growth on StockX, 2023 vs. 2022.
**Only brands with at least 100 trades in 2022 were considered.

## Shoes
### Top Brands
Total Trades (2023)

| Rank* | Brand |
|---|---|
| 1 | UGG australia |
| 2 | crocs |
| 3 ▲1 | BIRKENSTOCK |
| 4 ▼1 | Timberland |
| 5 ▲1 | GUCCI |

*Symbols indicate YoY change

Other top movers: Birkenstock (No. 3, 70%); 22 Studios (No. 5, 36%).

*Percentages reflect a brand's year-over-year trade growth on StockX, 2023 vs. 2022.
**Only brands with at least 100 trades in 2022 were considered.

# Apparel

Fear of God held on to the No. 1 spot on StockX's list of top-traded apparel brands. Below, we also look at some of the brands that saw the biggest year-over-year trade growth.

## Apparel
### Top Brands
Total Trades (2023)

| Rank* | Brand |
|---|---|
| 1 | FEAR OF GOD |
| 2 | Supreme |
| 3 | Nike |
| 4 | Cactus Jack |
| 5 | BAPE |

*Symbols indicate YoY change

## Apparel Brands Making Moves



### Arc'teryx
Arc'teryx (No. 3 fastest-growing apparel brand) achieved 186% growth year-over-year, proving that outdoor performance wear has cemented its place in hype culture.

### Represent & Corteiz
UK-born streetwear brand Represent (No. 2) saw impressive gains, growing 361%. Corteiz – another UK native – narrowly missed the top five fastest-growing rankings, landing at No. 6 with 113% trade growth year-over-year.

### Stüssy
Though it didn't rank among the top five fastest-growing apparel brands, streetwear staple Stüssy made one of the biggest jumps on the list, moving from No. 22 in 2022 to the No. 11 top-traded apparel brand in 2023.

Other top movers: Denim Tears (No. 1, 694%); Drake (No. 4, 160%); Sp5der (No. 5, 145%)

*Percentages reflect a brand's year-over-year trade growth on StockX, 2023 vs. 2022.
**Only brands with at least 100 trades in 2022 were considered.

# Accessories

StockX's list of top-traded accessories brands saw lots of changes in 2023. Swatch moved up to No. 2 thanks to successful collaborations, Telfar was bumped down to No. 3, and Louis Vuitton broke into the top five.

# Accessories

StockX's list of top-traded accessories brands saw lots of changes in 2023. Swatch moved up to No. 2 thanks to successful collaborations, Telfar was bumped down to No. 3, and Louis Vuitton broke into the top five.

## Accessories Brands Making Moves



### Jacquemus
Jacquemus – which offers luxury at a more accessible price point compared to other French fashion labels – saw trades surge by 111%, making it the No. 3 fastest-growing accessories brand on StockX in 2023.



### Coach
Coach (No. 4) saw trades tick up 77%, fueled almost entirely by demand for the Swinger 20 Bag in Cherry Print. Based on a 1980s archival Coach design, the bag quickly sold out online and continues to trade for a premium on StockX.



### Louis Vuitton
LV moved up one spot to rank among the top five best-selling accessories brands on StockX in 2023. With Pharrell's appointment, the brand is poised for a new chapter in 2024.

Other top movers: Oakley (No. 1, 268%); Jordan (No. 2, 199%); Corteiz (No. 5, 68%)

*Percentages reflect a brand's year-over-year trade growth on StockX, 2023 vs. 2022.
**Only brands with at least 100 trades in 2022 were considered.

## Accessories
### Top Brands
Total Trades (2023)

| Rank* | Brand |
|---|---|
| 1 | Supreme |
| 2 ▲1 | swatch |
| 3 ▼1 | TELFAR |
| 4 ▲1 | Nike |
| 5 ▲1 | LOUIS VUITTON |

*Symbols indicate YoY change

# Collectibles & Electronics

Bearbrick moved up one spot and overtook Lego to land at No. 1 in collectibles. In the electronics space, Apple and Meta made gains to land at No. 2 and No. 4 respectively.

## Collectibles
### Top Brands
Total Trades (2023)

| Rank* | Brand |
|---|---|

## Electronics
### Top Brands
Total Trades (2023)

| Rank* | Brand |
|---|---|



## Verification Check

Every item traded on StockX is put through a rigorous verification process facilitated by one of StockX's verification experts.



StockX Verification Centers stretch across **three** continents.

North America   Europe   Asia

The StockX team includes **hundreds** of verification experts around the world.

In the last 12 months, StockX protected customers by rejecting more than

# 325,000

products — collectively valued at more than

# $80M

— because they didn't meet the company's verification standards.



Every purchase on StockX is backed by our Buyer Promise. Should we make a mistake (e.g. we ship you the wrong order, we incorrectly verify an item), we'll make it right.

# A Look Ahead: 2024



### Bid Adieu to Boring
Sneaker brands played it safe in 2023, with classic retro models and neutral colorways dominating the release cycle. We're predicting a resurgence of out-of-the-box designs in the new year. Think vibrant prints and pony hair, head-turning styles like the Martine Rose Nike Shox MR4 Mule, and more first-of-their-kind silhouettes like Cactus Plant Flea Market's futuristic Air Flea 2.



### Hardwood Hits
Performance basketball has been on a hot streak with Kevin Durant's KD line, Ja Morant's Ja 1 shoes, and LaMelo Ball's MB.01 all performing well throughout 2023. But the category got its biggest boost late in the year with the relaunch of the Kobe line. Other hot entrants – including Anthony Edwards' AE 1, Devin Booker's first signature shoe, and a rumored release from Jerry Lorenzo – have us excited for the new year.



### What's Old is New
From Supreme x Corteiz to Pharrell Williams' new chapter at Louis Vuitton, the most attractive team-ups in 2024 may be those that mix old and new. Heritage streetwear brands like Supreme and Stüssy remain ever-popular on the resale market, but newcomers also flourished in 2023 – the fastest-growing apparel brands on StockX are younger labels like Denim Tears (+694%), Represent (+361%), Sp5der (+145%), and Corteiz (+113%). Is uniting the old guard and the new the secret to success?

flourished in 2023 – the fastest-growing apparel brands on StockX are younger labels like Denim Tears (+694%), Represent (+361%), Sp5der (+145%), and Corteiz (+113%).
Is uniting the old guard and the new the secret to success?

*Percentages reflect a brand's year-over-year trade growth on StockX, 2023 vs. 2022.



### Y2K Runners Aren't Going Anywhere

Retro-inspired runners had a breakout year in 2023, and demand isn't slowing this year. Running shoes have made their way into mainstream sneaker culture, with brands like Asics and New Balance leading the charge. Many of the year's fastest-growing sneaker silhouettes – the Asics Gel-1130 and Gel Kayano 14, New Balance's 530, and Nike's Zoom Vomero 5 – have running roots. We expect to see even more demand for these mesh upper styles in 2024.



### Investing in Luxury

Value was top-of-mind for shoppers in 2023, and that won't change in the new year. Consumers will continue to think about price and value, and future investment potential will play a bigger role in purchasing decisions. On StockX, Louis Vuitton Bumbags and Goyard totes are some of the products showing consistent price appreciation.



### Leaning Into Loafers

Consumers will continue to diversify their closets in 2024, which we expect will mean even more growth for StockX's shoe category. Sneakers aren't going away, but more and more consumers are embracing a pre-pandemic formal aesthetic, and brands are delivering. Dr. Martens and Supreme teamed up for a loafer collaboration that helped Dr. Martens see a 33% spike in trades on StockX in 2023. Today's loafers aren't office-bound – they look just as good paired with faded jeans as they do with tailored trousers.

**StockX**

## Leaning Into Loafers

Consumers will continue to diversify their closets in 2024, which we expect will mean even more growth for StockX's shoe category. Sneakers aren't going away, but more and more consumers are embracing a pre-pandemic formal aesthetic, and brands are delivering. Dr. Martens and Supreme teamed up for a loafer collaboration that helped Dr. Martens see a 33% spike in trades on StockX in 2023. Today's loafers aren't office-bound – they look just as good paired with faded jeans as they do with tailored trousers.

StockX

StockX - 探索潮流行情

**Air Jordan**
Air Jordan 1
Air Jordan 高爾夫球鞋
Air Jordan 4
Air Jordan 5
Womens Jordans
Jordan 1 Mid

**Yeezy**
Yeezy Boost 350
Yeezy Boost 350 V2
Yeezy Boost 700 V3
Yeezy Boost 380
Yeezy Foam RNNR
Yeezy Slide

**最新消息**
每週發售播報
精靈寶可夢 (神奇寶貝) 盒裝
Bearbrick 43代盲盒 100%
Xbox Series X
PS5
Air Max: By The Numbers

**最新發售**
Nike Dunk Low Union Passport Pack Argon
Hoka One One Anacapa Low Gore-Tex Black
Nike Blazer Low Sacai White Patent Leather
Nike Blazer Low Off-White University Red
Nike Dunk Low Next Nature White Black (W)
Nike Vaporwaffle sacai Black Gum

**Nike**
Nike Dunk Low
sacai
Nike Air Max
Nike Air Force 1
Dunk High
Nike Kobe

**Supreme**
T恤類
配飾
Supreme The North Face
下身類
帽T類
Supreme Nike

Download on the App Store

幫助 什麼是 StockX 隱私 條款 工作機會 聯繫我們
產品建議 媒體新聞 輔助聲明 ©2024 StockX. 版權所有。

ENGLISH (US) ENGLISH (UK) ITALIANO DEUTSCH FRANÇAIS (FR) 简体中文 繁體中文 日本語 한국어 ESPAÑOL (MX) ESPAÑOL (US) ESPAÑOL (ES)

