# EXHIBIT 114

Page Vault

| | |
|---|---|
| Document title: | True to You, True to Us - StockX News |
| Capture URL: | https://web.archive.org/web/20220622214117/https://stockx.com/news/true-to-you-true-to-us-sxd22/?utm_source=twitter&utm_medium=tweet&utm_campaign=stockx&utm_content=urlgenius |
| Page loaded at (UTC): | Thu, 01 Aug 2024 15:27:50 GMT |
| Capture timestamp (UTC): | Thu, 01 Aug 2024 15:27:52 GMT |
| Capture tool: | 2.61.5 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | rrjDJ2H9JYmeF3ottxXkSv |
| User: | automation@page-vaul |




## StockX

### The Magazine
News and Editorials from StockX

JUNE 21, 2022

# True to You, True to Us



**Elhadji Mare**
Elhadji is a Content Manager and Writer @ StockX



We sit down with two key authenticators to learn about the ins and outs of StockX's authentication process

This article is part 10 of 7 in the series: **StockX Day 2022**

When StockX launched in 2016, we set out to solve a prevalent problem within the sneaker community: counterfeits. Fake products continue to circulate the market and the numbers are only growing, as NC State University has researched, the amount of fakes in the market has increased from "$30B in the 1980s, and now exceed[ing] $600B in trade" in 2022 alone. And with sneakers being one of the biggest counterfeited products fueling the market, alongside luxury goods like handbags and watches, at StockX we make sure to stop fakes from getting into the hands of our customers. Every day, StockX authenticators examine thousands of products, ranging from sneakers to electronics, ensuring the quality of each item is top tier for our buyers. We chatted with two key authenticators from our Detroit Ops center to learn more about the ins and outs of their job and why they continue doing what they do best.

share this article



Document title: True to You, True to Us - StockX News
Capture URL: https://web.archive.org/web/20220622214117/https://stockx.com/news/true-to-you-true-to-us-sxd22/?…
Capture timestamp (UTC): Thu, 01 Aug 2024 15:27:52 GMT
Estimated post date: 06/22/2022 9:41:17 PM

item is top tier for our buyers. We chatted with two key authenticators from our Detroit Ops center to learn more about the ins and outs of their job and why they continue doing what they do best.

Being an authenticator was once a niche job. For people like Justin Mupas, who is now one of StockX's most experienced authenticators, finding this unique job was a dream come true. "Being a sneakerhead and collecting sneakers for years prior to becoming an authenticator attracted me to this position," says Mupas. "It seems rare that someone could take a hobby and passion, such as sneakers, and turn it into a career." One can find similar stories from most of our authenticators at StockX, as many are now able to mix their passion for sneakers, streetwear, handbags, and other collectible products, with a full-time job.

StockX Sneaker Authenticator Justin Mupas going in-depth on how we authenticate the Air Jordan 1 Patent Bred.

Some have even been authenticating products independently since before StockX was founded. Ryan Burke, Team Captain for authentication and Quality Assurance at StockX, has been authenticating sneakers for over a decade, ever since he discovered his love for footwear. "I've been in the sneaker game since 2011, so when I would purchase shoes I would look for what I knew to look for," says Burke. "StockX really gave me the tools to take my authentication skills to the next level." And being an authenticator at StockX helps develop their skills even further, as both Mupas and Burke say they've each looked at over 100,000 sneakers since they started.

share this article





their skills even further, as both Mupas and Burke say they've each looked at over 100,000 sneakers since they started.

When it comes to authenticating goods in the day-to-day, authenticators utilize their years of knowledge and experience with products and put them into practice. For Mupas, who's been in the sneaker game for years, his approach is looking "at the overall quality of the sneaker – the build, the structure, the stitching. All the way down to the box and accessories, making sure it's up to brand standards." Our authenticators don't just look for fake products, but also look at the quality of the item. From sneakers to electronics, details including the box, the make and model of the product, and the extra accessories that come with, all must be intact to pass authentication on StockX.

Justin Mupas and Ryan Burke are just two of the more than 300 authenticators across 11 authentication centers worldwide. As StockX has a 99.96% authentication accuracy rate, customers can have faith that the items they purchase are authenticated by people deeply rooted in the communities that amplify these products. Just like any sneakerhead, both Mupas and Burke get a kick out of spending their time around sneakers. For Burke, it's about Nike SB. "I've been wearing Nike SBs as long as I can remember and looking at the different shoes brings back so many memories," he says. While for Mupas, being around old and rare pairs makes the job even that more worthwhile. "I do enjoy authenticating older and rare sneakers that don't come through our authentication Center on a regular basis," Mupas says. "Being an authenticator keeps my passion for sneakers going."

For a more hands-on look at what goes into our authentication process, check out the video of our very own Justin Mupas showing the ins and outs of authenticating the Air Jordan 1 Patent Bred.

**UPDATE:** All StockX Day Scavenger Hunt codes have been found and redeemed. There are no codes left. Thanks for hunting!

---



share this article





### Elhadji Mare

Elhadji is a Content Manager and Writer @ StockX

---

StockX. **Your Inbox.**

email@example.com

Document title: True to You, True to Us - StockX News
Capture URL: https://web.archive.org/web/20220622214117/https://stockx.com/news/true-to-you-true-to-us-sxd22/?…
Capture timestamp (UTC): Thu, 01 Aug 2024 15:27:52 GMT
Estimated post date: 06/22/2022 9:41:17 PM

pairs makes the job even that more worthwhile. "I do enjoy authenticating older and rare sneakers that don't come through our authentication Center on a regular basis," Mupas says. "Being an authenticator keeps my passion for sneakers going."

For a more hands-on look at what goes into our authentication process, check out the video of our very own Justin Mupas showing the ins and outs of authenticating the Air Jordan 1 Patent Bred.

**UPDATE:** All StockX Day Scavenger Hunt codes have been found and redeemed. There are no codes left. Thanks for hunting!

share this article

Next Up
The Spin 6-17-22





### Elhadji Mare
Elhadji is a Content Manager and Writer @ StockX



StockX. *Your Inbox.*
Better together. Sign up for our newsletter.

email@example.com →

## StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Apparel | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Best Sneakers Releasing | Jordan 4 Infrared | Chrome Hearts | Supreme Box Logo |
| Kids Jordans | Yeezy Boost 350 V2 | Alexander McQueen Shoes | Nike Cortez Union LA Grain | Essentials | T-Shirts |
| Womens Jordans | Yeezy Boost 700 | Gucci Belts | Nike Cortez Union LA Off Noir | Gallery Dept | Accessories |
| Air Jordan 11 | Yeezy Boots | Xbox Series X | Jordan 9 Particle Grey | Vlone | Supreme The North Face |
| Air Jordan 4 | Yeezy Slides | PS5 | Nike Air More Uptempo Navy | AMIRI Jeans | Bottoms |
| Jordan 1 Mid | Yeezy Foam RNNR | Kanye West Hoodies | Nike Air Force 1 Low White | Off-White Hoodies | Hoodies |

Find Us on Social          Download Our App          Use Assistive Technology          🖨 Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS

EN  EN-GB  IT  DE  FR  FR-CA  ZH-CN  ZH-TW  JA  KO  ES-MX  ES-US  ES-ES

©2022 StockX. All Rights Reserved.

Document title: True to You, True to Us - StockX News
Capture URL: https://web.archive.org/web/20220622214117/https://stockx.com/news/true-to-you-true-to-us-sxd22/?…
Capture timestamp (UTC): Thu, 01 Aug 2024 15:27:52 GMT
Estimated post date: 06/22/2022 9:41:17 PM