# EXHIBIT 115

<a>
</a>



| | |
|---|---|
| Document title: | Authentication - StockX |
| Capture URL: | https://web.archive.org/web/20220626083404/https://stockx.com/about/authentication |
| Page loaded at (UTC): | Fri, 02 Aug 2024 19:25:14 GMT |
| Capture timestamp (UTC): | Fri, 02 Aug 2024 19:25:16 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 6 |
| Capture ID: | 3NWK6i6kLw4zGeX9syegtu |
| User: | automation@page-vaul |

PDF REFERENCE #:     tzSU1CgAV4JnF7n9gL8Awe



# Guaranteed Authenticity.

Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.



# Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:





### Condition

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.



### Construction

With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.



### Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.



### Packaging

to ensure a product's authenticity.

### Packaging

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.

purchase on StockX will match any retail purchase experience.

### Advanced Technology

We use machine learning to aid our authenticators in catching every minor detail.

### Quality Assurance

A final check in our authentication practice, our QA experts ensure nothing slips through the cracks.



# Hear From Our Team



" In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.

Siebe
Authenticator, Veldhoven

Case 1:22-cv-00983-VEC    Document 260-115    Filed 08/08/24    Page 5 of 7



> I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.
>
> Alex
> Authenticator, Tempe



## Committed to Quality

Over the years, our team members have authenticated tens of millions of products at a 99.96% accuracy rate.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.

For more information on how we quantify our high standards and protect our customers, please read our report: Big Facts – Verified Authentic.

## Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



Authenticating the Air Jordan 1 Patent Bred | StockX





# FAQs

**Are shoes sold on StockX considered "Deadstock"?**

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are...

**What does the verification process entail for Buyers?**

Once a product arrives to StockX from the seller, our dedicated verification team begins...

**What kind of streetwear is sold on StockX?**

StockX defines streetwear as brand new if it is unworn and in flawless condition....

**Can I return my item after I've received It?**

Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

**How are the StockX buyer processing fees, import duties, and sales tax calculated?**

Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

**What are the shipping instructions?**

1. Go to My Account > Selling > Pending. Here you will be able to access and print your...



| | |
|---|---|
| Once a product arrives at StockX from the seller, our dedicated verification team begins... | → |

| | |
|---|---|
| What kind of streetwear is sold on StockX?<br><br>StockX defines streetwear as brand new if it is unworn and in flawless condition.... | → |

| | |
|---|---|
| Can I return my item after I've received It?<br><br>Due to the anonymous nature of our live market, we are unable to offer return, exchanges... | → |

| | |
|---|---|
| How are the StockX buyer processing fees, import duties, and sales tax calculated?<br><br>Buyer processing fees, import duties, and sales tax are calculated based on your shipping... | → |

| | |
|---|---|
| What are the shipping instructions?<br><br>1. Go to My Account > Selling > Pending. Here you will be able to access and print your... | → |

SHOP
SHOP


Sneakers


Apparel


Electronics