# EXHIBIT 118

**StockX**

# Guaranteed Authenticity.

Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.



# Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:



### Condition

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.



### Construction

With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.



### Packaging

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.



We use cookies to understand how you use our site and to improve your experience. By continuing to use our website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking technologies. To learn more, please click on Privacy Policy.

Privacy Policy     Okay

NIKE0000281





### Quality Assurance

A final check in our authentication practice, our QA experts ensure nothing slips through the cracks.



### Advanced Technology

We use machine learning to aid our authenticators in catching every minor detail.



### Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.



We use cookies to understand how you use our site and to improve your experience. By continuing to use our website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking technologies. To learn more, please click on Privacy Policy.    Privacy Policy    Okay

NIKE0000282



> In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.

**Siebe**
Authenticator, Veldhoven



> I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.

**Alex**
Authenticator, Tempe



We use cookies to understand how you use our site and to improve your experience. By continuing to use our website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking technologies. To learn more, please click on Privacy Policy.

Privacy Policy          Okay

NIKE0000283

Case 1:22-cv-00983-VEC     Document 207-18     Filed 08/08/24     Page 5 of 8



# Committed to Quality

Over the years, our team members have authenticated tens of millions of products at a 99.95% accuracy rate.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.



# Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.

Authenticating The Sail Off-White Air Jordan 5 | Details Authenticated

We use cookies to understand how you use our site and to improve your experience. By continuing to use our website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking technologies. To learn more, please click on Privacy Policy.    Privacy Policy    Okay

NIKE0000284

Case 1:22-cv-00983-VEC    Document 207-118    Filed 08/08/24    Page 6 of 8



NIKE0000285



We use cookies to understand how you use our site and to improve your experience. By continuing to use our website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking technologies. To learn more, please click on Privacy Policy.

Privacy Policy    Okay

NIKE0000286



We use cookies to understand how you use our site and to improve your experience. By continuing to use our website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking technologies. To learn more, please click on Privacy Policy.    Privacy Policy    Okay

NIKE0000287