# EXHIBIT 120

Page 1

1          UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF NEW YORK

3                   ---oOo---

4

5   NIKE, INC.,

6               Plaintiff,

7     vs.              CASE NO. 1:22-CV-00983-VEC

8   STOCKX LLC,

9               Defendant.

   _____

10

11

12       VIDEOTAPED DEPOSITION OF SARAH BUTLER

13            San Francisco, California

14            Tuesday, August 15, 2023

15

16

17

18

19

20

21

22

23   Stenographically Reported by:  Ashley Soevyn,
     CSR No. 12019

24   Job No. 5968272

25   Pages 1 - 224

```
                                                    Page 2
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                     ---oOo---
 4
 5   NIKE, INC.,
 6                   Plaintiff,
 7      vs.               CASE NO. 1:22-CV-00983-VEC
 8   STOCKX, LLC,
 9                   Defendant.
```

_____

```
10
11
12
13
14
15                   Videotaped Deposition of
16   SARAH BUTLER, taken on behalf of the Plaintiff Nike,
17   Inc., Pursuant to Notice, at the offices of DLA
18   Piper, 555 Mission Street, San Francisco, California
19   beginning at 8:56 a.m.  and ending at 4:51 p.m. on
20   Tuesday, August 15, 2023, before me, ASHLEY SOEVYN,
21   Certified Shorthand Reporter No. 12019.
22
23
24
25
```

```
                                             Page 58
 1   this case as to whether sales of Nike and
 2   Jordan-branded goods on StockX's platforms are
 3   attributable to the false and/or misleading claims
 4   made by StockX?
 5              MR. FORD:  Object to form.
 6              THE WITNESS:  And so, the reason I
 7   clarified with the word "data" is I've not been
 8   asked to look at sales data.  I've been asked to
 9   look at whether or not the allegedly false
10   statements have an impact on consumers willingness
11   to use the StockX platform.
12   BY MR. MILLER:
13        Q    Okay.  Understood.  And is that what
14   you've been asked to look at, that assignment
15   responding to the issue of whether or not the sales
16   of Nike and Jordan-branded goods on StockX's
17   platform are attributable to the false and/or
18   misleading claims made by StockX?
19        A    And just to clarify, when you say
20   "sales," I'm understanding that to mean actual sales
21   data that have or sales that have occurred.  I'm not
22   applying or calculating some rate at which sales are
23   or are not attributable.  I've been asked to design
24   a survey to evaluate whether or not these statements
25   have an impact on consumer purchasing behavior and
```

Page 59

```
 1    the results show that they don't.
 2         Q    So if I'm understanding you correctly,
 3    you are offering an expert opinion in this case as
 4    to whether consumers were interested in purchasing
 5    Nike and Jordan-branded goods on the StockX platform
 6    because of the false and/or misleading claims made
 7    by StockX?
 8              MR. FORD:  Object to form of the
 9    question.
10              THE WITNESS:  I don't think that's quite
11    how I'd characterize it.  The survey evaluates
12    whether or not the presence or absence of the
13    allegedly false or misleading claims would have an
14    impact on consumers interest in using the StockX
15    website.
16         Q    To purchase Nike or Jordan-branded
17    sneakers?
18         A    They are certainly shown Nike or --
19    sorry, did you say Jordan --
20         Q    Yes.
21         A    -- sneakers?  They are certainly shown
22    that as part of the survey.  So yes, those sneakers
23    are present and held constant in the test and the
24    control.
25         Q    Is your survey designed to test consumer
```

Page 62

```
 1    advertising claim from the rest of the advertising
 2    claims that you were testing?
 3        A    I'm not sure what you mean by "isolate."
 4        Q    What do you understand the word "isolate"
 5    to mean?
 6        A    Well, I understand the word "isolate."  I
 7    don't understand what you mean in the context of the
 8    survey.  It is shown on a separate page, that is a
 9    different page from other pages that were shown.
10        Q    So is that how you were able to isolate
11    the 100 percent advertising -- sorry, the 100
12    percent authentic advertising claim from the other
13    advertising claims that you were testing?
14        A    Again, not sure what you are intending to
15    mean by isolate.  The 100 percent authentic claim
16    was shown as part of the pages that were tested in a
17    survey as it appears in the real world, or had
18    appeared in the real world.
19        Q    And is it your opinion that consumers
20    interest in purchasing Nike or Jordan-branded goods
21    on StockX's platform is not attributable to the
22    100 percent authentic advertising claim?
23        A    Well, the survey results demonstrate that
24    the authentication claims including -- yeah, the
25    authentication claims or statements including the
```

Page 63

1    100 percent authentic statement, does not have an

2    impact on consumers willingness to purchase a pair

3    of sneakers using the StockX platform.

4         Q    And again, focusing just on the

5    advertising claim of 100 percent authentic, does

6    your survey measure the impact of that particular

7    advertising claim had on consumer purchasing

8    decisions?

9         A    Well, if I understand your question, the

10   survey does measure the extent to which 100 percent

11   authentic as well as other advertising claims had an

12   impact on consumers willingness to purchase sneakers

13   using the StockX platform.

14        Q    Okay.  But separate from the other

15   advertising claims that tested, does your survey

16   measure the impact that the 100 percent authentic

17   advertising claim had on consumer purchasing

18   decisions?

19        A    Well, since the impact is essentially

20   zero that we measure, I mean, you could portion out

21   zero.  But zero cut into pieces is still zero, so it

22   doesn't have an impact.  I mean, the survey results

23   demonstrate that there is not an impact of using the

24   authentication statements relative to those

25   statements not appearing.

```
                                        Page 83
```

1    report that I believe the data from my survey can be

2    used to address or can inform a response to.

3         Q    So you're not directly rebutting the

4    portion of Mr. Hansen's opinion that you just

5    pointed me to?

6         A    I certainly --

7              MR. FORD:  Objection to the form of the

8    question.  Sorry.

9              THE WITNESS:  Apologies.  I am certainly

10   providing an opinion that is responsive to an

11   assessment that the profits or sales or consumers --

12   the revenue is all derived from these false and

13   misleading statements.  So the impact of the false

14   and misleading statements.

15        Q    So your expert report is not titled

16   opinion that's responsive to that portion of

17   Mr. Hansen's opinion, right?

18        A    If you're simply asking me what the title

19   of the report is, it's Expert Rebuttal Report of

20   Sarah Butler.  And then, I think in paragraph 8, as

21   we've discussed at length, I articulate and

22   reference the paragraph in Mr. Hansen's report -- he

23   has another similar paragraph in his amended report

24   to which I am responding and I explain in paragraph

25   9 what the assignment was.

                                                    Page 125

1          Q    On what?

2          A    That depends on the population to which

3    you're trying to extrapolate.  It depends on the

4    manner in which the sample was drawn.  It depends on

5    the results that are observed.  So it depends.

6          Q    Okay.  In this case, do you believe that

7    409 respondents that completed the survey met that

8    minimum threshold?

9          A    Well, the 409 respondents are certainly a

10   sufficient sample size to allow me to assess whether

11   there is a statistically significant difference in

12   the distribution of likelihood of purchasing between

13   the two groups.  And I've run those tests across a

14   whole array of different calculations, and the

15   results demonstrate that the results aren't

16   statistically significantly different between the

17   two groups.

18         Q    Okay.  What factors or facts did you

19   consider to make the assessment that 409 respondents

20   that took your survey were a sufficient sample size?

21         A    So by running the statistical test I can

22   evaluate whether or not there is a difference

23   between the two groups.

24              I mean, typically, you can run a

25   difference of proportions between two populations

Page 126

1    even at sample sizes of 50.  So certainly 409, two

2    hundred in each group, is a sufficient amount of

3    data to evaluate whether there is a statistically

4    significant difference between the distribution of

5    responses between the two populations.

6            Q    Did you consider any factors about the

7    population to which you are trying to extrapolate

8    when deciding that 409 respondents were a sufficient

9    population for this study?

10           A    So if I'm understanding your question, I

11   have not extrapolated with a confidence interval

12   around the results here to some other population.

13   The study is designed to evaluate whether there is a

14   statistically significant difference between the two

15   groups that are being measured.  And we have

16   sufficient amounts of data to allow us to evaluate

17   whether the variation between the purchase intention

18   between these two groups is statistically

19   significantly different.

20           Q    Okay.  When you say you "have not

21   extrapolated with a confidence interval around

22   results here to some other population," what do you

23   mean?

24           A    Well, you're using the word extrapolation

25   which to me means I have a point estimate here