# EXHIBIT 122

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 1

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
3

     NIKE, INC.,              :
4           Plaintiff,         :   Case No. 22-cv-983
                              :
5            v.                :
     STOCKX LLC,               :
6           Defendant.         :
     ------------------        :
7
8              VIDEOTAPE DEPOSITION OF:
9                BARBARA DELLI CARPINI
10                 NEW YORK, NEW YORK
11               TUESDAY, JANUARY 10, 2023
12
13
14
15
16
17
18
19
20
21
22
23
24    REPORTED BY:
      SILVIA P. WAGE, CCR, CRR, RPR
25    JOB NO. 5593380

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 2

1  **HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY**
2
3
                                       **January 10, 2023**
4                                      **9:41 a.m.**
5            **Videotape deposition of BARBARA DELLI**
6    **CARPINI, held at the offices of DEBEVOISE &**
7    **PLIMPTON LLP, 919 Third Avenue, New York, New**
8    **York, pursuant to agreement before SILVIA P.**
9    **WAGE, a Certified Shorthand Reporter, Certified**
10   **Realtime Reporter, Registered Professional**
11   **Reporter, and Notary Public for the States of New**
12   **Jersey, New York and Pennsylvania.**
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 21

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2      Q.  And then, finally, Topic 40, all harm
3  to Nike stemming from Nike's causes of action in
4  this case.
5          Are you prepared to testify on behalf
6  of Nike on that topic today?
7      A.  Yes.
8      Q.  ████████████████████████████████
   ████████████████████████████████████
   ████████████
            ██  ███████████████████
            ██  ███████████████████████████
   ████████████████████████████
   ██  ██  ██
15     Q.  And my understanding is you're
16  currently employed at Nike, correct?
17     A.  Correct.
18     Q.  And what is your position?
19     A.  I'm the Vice President for global
20  brand protection and digital IP enforcement and I
21  lead the global brand protection team.
22     Q.  Where are you based?
23     A.  I'm based in Italy.
24     Q.  How long have you been in that
25  current position?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 149

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2         A.   No.
3         Q.   Okay.  Are there certain deviations
4    or issues that are within normal quality control
5    bounds that might come up but they don't signify
6    a counterfeit product?
7              MS. DUVDEVANI:  Objection.
8         A.   So our products go through quality
9    controls.  And if they have defect, they are
10   qualified as such.  But those are genuine
11   products.
12        Q.   Okay.  ■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■    ■■
■■    ■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■
■■■■■■■■■    ■■■■■■
■■    ■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■    ■■■■■■■■■■■■■■■■■ ■
■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■
■■    ■■■■■■■■■■■■■■■■

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 151

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  process?
3          MS. DUVDEVANI: Objection.
4      A.  ███████████████████ ██████
   ████████████████████████████████
       ██ ████████████████████████████
   ██████████████████████████
       ██ ████
       ██ ████████████████████████
   ██████████████████████████████████
   ██████████████████████████████████
       ██ ████████████████████████
       ██ ████
          ██████████████████████████
   ██████████████
          ██████████████████████
   ██████████████████████████████████
   ██████████████████████████████████
   ██████████████
              ████████████ ████████
       ██ ████
       ██ ██████████████████████████
   ████████████████████████
   ████████████
25         MS. DUVDEVANI: Objection.

**Page 229**

1  **HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY**
2  listings and --
3      A.   Yeah, I do.
4           MS. DUVDEVANI:  Objection.
5      Q.   Right?
6           ███████████████████
7  ███████████████████████████████
8      A.   No.
9      Q.   ███████████████████████
10 ███████████████████████████
11 ████████
12     A.   No.
13     Q.   ██████████████████████████
14 ██████████████████████████████
15       █  ████████████████████
16 ████████
17         ██████████████████
18       █  ████████████████████
19 ██████████        █████████████████
20       █  ██████████████████████
21 ███████████████████████████████
22 █████████████████████████
23       █    █    ███████████████
24 █████████████████████████████████
25 █████████████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 241

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2    ████████████████████████████████████████████
3         Q.   What do you mean by that?  How would
4    you quantify it?
5         A.   Based on the number that is sold you
6    will quantify how much damage has been done to
7    Nike.
8         Q.   So do you have a figure --
9         A.   On top of the financial and the image
10   damage to the brand, reputation damage as well
11   will add up, in my view.
12        Q.   Okay.  So -- but what I want to try
13   to understand right now is the financial damage.
14   ████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████
     ████████████  ████████
     ██  ████████████████████
     ████████████████████  ████████████████
     ████████████████████████
     ████████████████████████
     ██  ████████████████████
     ██  ████████
     ██  ████████████████████████
25                       What is the alleged harm to Nike from

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 242

1　　HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2　　Nike's false advertising claim?
3　　　　A. ███████████████████████
███████████████████
　　　　　█　██████████████████████
　　　　　█　██████████████████████
　　　██████████████████████
　　　　　█　████████████████
　　　　　█　███████████████████
　　████████████████████████████
　　████████████████████████████
　　　█　██████████████████████
　　　█████
　　　　　█　█████████████████
　　████████████████████████████
　　███████████████████
　　　█　████████
18　　　　Q. Excuse me, sold on StockX's website.
19　　　　　MS. DUVDEVANI: Objection.
20　　　　Q. Let me state that more clearly.
21　　　　　████████████████████
　　████████████████████████████
　　█████████████████
　　　　　████████████　██████████
　　　█　█

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 244

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9         Q.   Who are Nike's core competitors in
10 footwear?
11        A.   Adidas, Pumas Under Armour --
12             (Stenographer clarification.)
13        A.   Adidas, Puma, Under Armour, a number
14 of sporting good companies out there are Nike
15 competitor, main Nike competitor.
16        Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18             MS. DUVDEVANI:  Objection.
19        A.   What do you mean by that?
20        Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 246

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2       A.   Those are the ones that come to my
3  mind.
4       Q.   ████████████████████████████████



Page 247

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  conduct or existence?
3          MS. DUVDEVANI:  Objection.
4      A.  Can you repeat the question please?
5      Q.  Sure.
6  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓
9          MS. DUVDEVANI:  Objection.
10     A.  ▓▓▓▓▓▓▓▓▓▓▓▓
11     Q.  Not that you're aware of?
12     A.  I don't know.
13     Q.  Who would know?
14     A.  I guess the business team.
15     Q.  Who?
16     A.  People who looks after the digital
17  sales.
18     Q.  Who, who would that be?
19     A.  I don't know on the top of my mind.
20     Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓
    ▓ ▓▓▓▓▓▓▓▓▓▓▓
    ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 248

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9       Q.   Have you ever purchased any shoes on
10 StockX?
11      A.   No.
12      Q.   [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23           MS. BANNIGAN:  Let's take a five to
24 ten-minute break and I'll see how much more I
25 have left.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 261

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2          A.   To those IP infringements, I rely on
3     the lawyers here who made the determination, as I
4     haven't.  I believe I've said that before.
5          Q.   Okay.  █████████████████████████
    ██████████████████████████████████████
    ██████████████████████████████████████
    ██  ████████████████
9          Q.   Okay.  Now, going back to the
10    counterfeiting and the false advertising claims.
11    I think you mentioned two categories,
12    reputational harm and financial harm, correct?
13         A.   Correct.
14         Q.   ████████████████████████████
    ████████████████████████
    ████████████████  █████████
    ██  ██████████████████████████████
    ████████████████████████████████████████
    ██  █████  ██████████████████████████
    █████████████████████████████████████████
    ███████████████████████████████████
    █████████████████████████████████
    █████████████████████████████████
    █████████████████████████████████████

Page 262

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2    ▮
3             MS. DUVDEVANI:  Objection.
4         A.  ▮
5    ▮
6    ▮
7    ▮
8    ▮
9    ▮
10   ▮
11   ▮
12   ▮
13   ▮
14        Q.  Okay.  ▮
15   ▮
16   ▮
17            MS. DUVDEVANI:  Objection.
18        A.  Repeat the question please.
19        Q.  Okay.  ▮
20   ▮
21   ▮
22            MS. DUVDEVANI:  Objection.
23        A.  ▮
24   ▮
25   ▮

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 270

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2       Q.   You're aware that StockX has made
3  that claim?
4       A.   Yeah.
5       Q.   How has Nike been harmed by StockX's
6  advertising "100 percent verified authentic"?
7            MS. DUVDEVANI:  Objection.
8       A.   ██████████████████████████████
   ██████  ████████████████████████
   ████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████████
   ██████████████
15      Q.   Okay.  ██████████████████████████
   ████████████████████████████████
   ████████████████████████████████████
   ██████████████████████████████
   ██████████████████████
20           MS. DUVDEVANI:  Objection.
21      A.   I will defer to what the Counsels
22 have brought forward with the complaint.
23      Q.   So, as you sit here today,████████
   ████████████████████████████████
   ████████████████████████████████████

```
                                                    Page 271

 1      HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
 2      ████████████████████████████████
 3              MS. DUVDEVANI:  Objection.
 4      ██  ██
 5              MS. BANNIGAN:  Okay.  Let's take five
 6      minutes.  I might be done.
 7              MS. DUVDEVANI:  Okay.
 8              THE VIDEOGRAPHER:  The time is
 9      4:50 p.m. and we're going off the record.
10              (Recess taken 4:52 to 4:59 p.m.)
11              THE VIDEOGRAPHER:  The time is
12      4:58 p.m. and we're back on the record.
13              MS. BANNIGAN:  I have no further
14      questions.
15              We do object to the witness's
16      preparation for several of the 30(b)(6) topics,
17      which we can discuss going forward.
18              Is there any redirect?
19              MS. DUVDEVANI:  There is redirect.
20      EXAMINATION BY MS. DUVDEVANI:
21          Q.  Okay.  If we can go back to, I think,
22      it's Exhibit No. 1.
23              MS. BANNIGAN:  The 30(b)(6) notice?
24              MS. DUVDEVANI:  Yes.
25          A.  Alright.
```