# EXHIBIT 125

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    NIKE, INC.,                        )

          Plaintiff,                    )

5                                       )

                                        )

6     vs.                               ) Case No.:

                                        ) 1:22-cv-00983-VEC

7    STOCKX LLC,                        )

          Defendant.                    )

8    _____)

9

10

11

12

13    HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

14         VIDEO-RECORDED 30(b)(6) DEPOSITION OF

15                  MELANIE HARRIS

16                  Portland, Oregon

17       Thursday, January 19, 2023; 9:43 a.m.

18

19

20

21

22    REPORTED BY:

23    Victoria A. Guerrero, CSR, RPR, CRR

24    Job No. 5593367

25    Pages 1 through 340

Page 2

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    NIKE, INC.,                        )

         Plaintiff,                     )

5                                       )

                                        )

6       vs.                             ) Case No.:

                                        ) 1:22-cv-00983-VEC

7    STOCKX LLC,                        )

         Defendant.                     )

8    _____)

9

10

11

12

13

14

15

16         BE IT REMEMBERED that, pursuant to Federal

17    Rules of Civil Procedure, the deposition of MELANIE

18    HARRIS taken on behalf of the Defendant was taken

19    before Victoria A. Guerrero, Certified Shorthand

20    Reporter, Registered Diplomate Reporter, Registered

21    Merit Reporter, and Certified Realtime Reporter, on

22    Thursday, January 19, 2023, commencing at the hour

23    of 9:43 a.m., at Stoel Rives LLP, 760 SW Ninth

24    Avenue, Suite 3000, in the City of Portland, County

25    of Multnomah, State of Oregon.
```

1       Q       Okay.   When did Nike first begin exploring,

2       entering the Metaverse or digital goods space?

3       A       ████████████████████████████████████████

████ ██████████████████████████████████

5       Q       And what was your role in that process?

6       A       So I lead strategy at Nike.

7       Q       Uh-huh.

8       A       We began looking at, as we always do,

9       future opportunities to innovate and serve our

10      consumers in a Nike right way.  My role was first

11      tasking a team to continue to do that in the course

12      of their work.

13              Second, taking the initial proposal from

14      the team on this being an area that we should

15      consider.  Third, guiding the team through the work

16      to consider it in a meaningful and thoughtful way.

17      And, fourth, sharing the proposal with those more

18      senior to me, principally our CEO.

19      Q       You said you lead strategy at Nike.  What

20      is your formal title at Nike?

21      A       VP of strategy and development.

22      Q       How long have you been in that role?

23      A       Since 2019.

24      Q       Did you work at Nike prior to?

25      A       No.

Page 142

1    deck.  But without having looked at it, I probably

2    wouldn't have remembered the specifics.

3         Q    Yeah.  I guess, what were you refreshed as

4    to when you looked at the deck?

5         A    You know, that he saw it as another way for

6    us to -- ████████████████████████████████████████

     ████████████████████████████████████████████

8         Q    Okay.  I'm going to flip to page 11 of the

9    deck.  There seems to be page numbers at the bottom

10   right-hand corner.  And here the slide says, ████

     ██████████████████████████████████████████████

     ████████████████████████████████████████

13        Do you know what this idea was from him?

14        A    As I read it today, ████████████████████

     ████████████████████████████████████████████████

     ████████████████████████

17        Q    Did you consider any of these ideas?

18        A    Certainly the first one.

19        Q    Any of the others?

20        A    The third one.

21        Q    What about two or four?

22        A    No.

23        Q    ██████████████████████████████████████

     ███████████████████████████████████████████████

     ███████████████████████████████████████████████

Page 143

2        Why didn't you consider that idea?

3    A    It's not our line of business.

4    Q    What specifically is not your line of

5  business?

6    A    There are elements in the subtext.  So

7  being able to buy Nike product is something.

13    A    Correct.

14    Q

15    A    That is what I mean.

16    Q    As part of Nike Virtual Studios and the

17  .swoosh platform that Nike recently launched, is

18  there a plan or have there been discussions about

19  potentially allowing owners of virtual creations to

20  trade them with each other?

21    A

Page 175

1    A    Is it accurate that that's what it says?

2    It is accurate that that's what it says.  That is

3    not Nike's strategy.

4    Q    ████████████████████████████████

    ████████████████████

6    A    No.

7    Q    ███████████████████████████████████

    ████████████████████████████████████

    ████████████████

10    A    No.

11    Q    ████████████████████████████████

    ████████████████████████████████████████

13    A    Have I heard any?  I can tell you why.  One

14    of the key tenants of our strategy is a --

15    maintaining the integrity, strength, and love of our

16    brand.  And part of that relies on us having a clear

17    and trusted relationship with our consumers.

18    ████████████████████████████

    █████████████    ████████████████████████████

    ████████████████████████████████████████████

    ███████████████████████████████    ████████████

    ███████████████████████████████████

    ███████████████████████████████████████████

    ████████████████████████████

    ████████████████████    -- well, I guess, I'l