# EXHIBIT 1

Hi,

Please find the details below:

Order date - 22/03/2022
Received date - 29/03/2022
Order number -

Product name- Nike air force 1 low 07

Thanks



On Sat, 2 Apr 2022 at 02:22, support@stockx.com <support@stockx.com> wrote:
> Hey again Charlotte,
> Due to the anonymous nature of our live marketplace, we are unable to offer returns, exchanges, or swaps of any kind - including if you ordered the wrong size. As we are not a regular retail store, we do not hold any inventory. We do always recommend reselling your item if you no longer wish to keep it. However, you are certainly entitled to your rights to return as an UK customer.
> I am attaching a withdrawal form to fill out at your earliest convenience. Please attach this to your email response after it is filled out.
> - The date the item was ordered on
> - The date the order was received
> - The order number
> - The name of the product
> - Your name
> - Your complete address (including zip code, city, and country)
> And since you have already provided me photos of the StockX hangtag I do not need that so thank you for that.
> Once I receive this information I can process your return for a full refund. I look forward to your response at your earliest convenience.
> Best,
> Corey

Confidential                                                                                                                                                                                      STX0209132