# EXHIBIT 3

HIGHLY CONFIDENTIAL

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT.
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4   NIKE, INC.,
 5                   Plaintiff,
 6           vs.                    Case No. 22-CV-983 (VEC)
 7   STOCKX, LLC,
 8                   Defendant.
 9   _____
10
11               HIGHLY CONFIDENTIAL
12
13       The Videotaped Deposition of JACOB FENTON,
14       Taken at 28 West Adams Avenue, Suite 1500,
15       Detroit, Michigan,
16       Commencing at 8:48  a.m.,
17       Friday, December 2, 2022,
18       Before Stenographic Shorthand Reporter,
19       Lori Ann Baldwin, CSR-5207, RPR, CRR.
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 2

```
 1   APPEARANCES:
 2
 3   TAMAR Y. DUVDEVANI
 4   GABRIELLE VELKES
 5   DLA Piper LLP (US)
 6   1251 Avenue of the Americas
 7   New York, New York 10020-1104
 8   212.335.4799
 9   tamar.duvdevani@dlapiper.com
10   gabrielle.velkes@us.dlapiper.com
11        Appearing on behalf of Plaintiff.
12
13   CHRISTOPHER S. FORD
14   Debevoise & Plimpton LLP
15   650 California Street
16   San Francisco, California 94108
17   415.738.5705
18   csford@debevoise.com
19        Appearing on behalf of Defendant.
20
21
22
23
24
25   APPEARANCES (Continued)...
```

HIGHLY CONFIDENTIAL

Page 158

1    A.    He looks after our buyer experience.



21   A.    Sorry.  This one is a different image.
22              MS. BANNIGAN:  I'm not sure that's what it
23   actually -- that's not what it says.  This is a
24   different image.
25              MS. DUVDEVANI:  Oh, you're right.  I

HIGHLY CONFIDENTIAL

Page 159

1  apologize.  Putting that back.
2  BY MS. DUVDEVANI:
3  Q.  This one says, "A final check on our authentication
4  process, our QA expert ensures that nothing slips
5  through the cracks."
6      Same question:  Is that a true statement?
7  A.  Yeah.  Yes, it is.

20  Q.  Where is Tim O'Malley located?
21  A.  He's a remote employee.  I think he lives in North
22  Carolina.
23  Q.  Is he still an employee of the company?
24  A.  He is.
25  Q.  By the way, do you know who Paul Foley is?