# EXHIBIT 4

Page 1

1             UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF NEW YORK
3                      ---oOo---
4
5   NIKE, INC.,                )
                               )
6            Plaintiff,        )
                               )
7   vs.                        )   No. 1:22-cv-00983-VEC
                               )
8   STOCKX LLC,                )
                               )
9            Defendant.        )
    _____)
10
11
12       H I G H L Y   C O N F I D E N T I A L
13            OUTSIDE ATTORNEYS' EYES ONLY
14        VIDEOTAPED DEPOSITION OF JOHN LOPEZ
15             SAN FRANCISCO, CALIFORNIA
16            THURSDAY, FEBRUARY 23, 2023
17
18
19
20
21  STENOGRAPHICALLY REPORTED BY:
22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23  CSR LICENSE NO. 9830
24  JOB NO. 5688745
25

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF NEW YORK
 3                        ---oOo---
 4
 5
     NIKE, INC.,                  )
 6                                )
             Plaintiff,           )
 7                                )
     vs.                          )  No. 1:22-cv-00983-VEC
 8                                )
     STOCKX LLC,                  )
 9                                )
             Defendant.           )
10   _____)
11
12
13
14        Videotaped Deposition of John Lopez, taken
15   on behalf of the Plaintiff, Pursuant to Notice, on
16   Thursday, February 23, 2023, beginning at
17   9:27 a.m., and ending at 6:55 p.m., before me,
18   ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR, CLR ~
19   License No. 9830.
20
21
22
23
24
25
```



