# EXHIBIT 8

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5   NIKE, INC.,                )
                                )
 6           Plaintiff,         )
                                )
 7   vs.                        )  No. 1:22-cv-00983-VEC
                                )
 8   STOCKX LLC,                )
                                )
 9           Defendant.         )
     _____)
10
11
12        H I G H L Y   C O N F I D E N T I A L
13           OUTSIDE ATTORNEYS' EYES ONLY
14    STOCKX 30(b)(6) VIDEOTAPED DEPOSITION OF BROCK HUBER
15              SAN FRANCISCO, CALIFORNIA
16             WEDNESDAY, FEBRUARY 22, 2023
17
18
19
20
21   STENOGRAPHICALLY REPORTED BY:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23   CSR LICENSE NO. 9830
24   JOB NO. 5688666
25
```

Page 2

```
1              UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF NEW YORK
3                        ---oOo---
4
5
    NIKE, INC.,                  )
6                                )
            Plaintiff,           )
7                                )
    vs.                          )   No. 1:22-cv-00983-VEC
8                                )
    STOCKX LLC,                  )
9                                )
            Defendant.           )
10  _____)
11
12
13
14          StockX 30(b)(6) Videotaped Deposition of
15     Brock Huber, taken on behalf of the Plaintiff,
16     Pursuant to Notice, on Wednesday, February 22,
17     2023, beginning at 8:40 a.m., and ending at
18     4:43 p.m., before me, ANDREA M. IGNACIO, CSR, RPR,
19     CCRR, CRR, CLR ~ License No. 9830.
20
21
22
23
24
25
```

Page 17

1   A   You know, if you -- if you wanted to review
2   any of the financial statements we provided in
3   specific detail, I'd be happy to do that.
4   ▮ ███████████████████████████████████████
5   ▮ ███████████████████████████████████████
6   ▮ █████████████████████████████████
7   ▮ ███████████████████████████████████████
8   ▮ ███████████████████████████████████████
9   ▮ ████████████████████
10  Q   Okay.  When a seller has a product rejected
11  because it is determined to be inauthentic, what is
12  that seller told about the product it attempted to
13  sell?
14          MS. BANNIGAN:  Objection to form.
15          THE WITNESS:  I think -- I think there's
16  generally a misunderstanding.  And -- and -- and for
17  sure I saw this when we would talk, as an example,
18  with the investor community around our verification
19  process.
20          So our verification process -- well, it's
21  actually probably easier to take a step back at sort
22  of the history of marketplaces to begin with.
23          So prior to the founding of StockX, it was
24  very difficult to transact in limited edition
25  sneakers, other collectibles, in a safe way.

Page 18

1            And, you know, speaking -- this is my own
2    personal experience as someone who was interested in
3    the stuff since I was in middle school and high
4    school.
5            You know, we -- we had to -- people who are
6    interested in sneakers, a sneakerhead, as I identify
7    myself, we spent time on Internet forums:  NikeTalk,
8    InStyle Shoes.
9            And if you wanted to purchase these shoes,
10   which were primarily -- they're almost always, in all
11   cases, sold out instantly upon release -- you would
12   literally agree through private messages and, believe
13   it or not, send a money order to a stranger on the
14   Internet and hope that you were going to receive
15   product, hope the product you were going to receive
16   were -- that you received was what was promised.
17           If you fast-forward a little bit, the early
18   iterations of marketplaces came to be.  And those
19   marketplaces were in a posture where they would
20   remediate issues that a buyer and seller might have
21   after the fact.
22           So if the seller and buyer agreed to a
23   transaction around a pair of Air Jordan 1s in the
24   powder blue color or whatever you want to choose as an
25   example, the seller would effectively ship whatever

Page 19

1  the heck they wanted to that buyer.
2           And if the buyer had an issue, they would
3  have to take pictures of it, get in contact with
4  customer service at whatever the marketplace was.
5           The radical difference with StockX is that we
6  first organized that purchasing experience, and then
7  injected our verification process in the middle.  So
8  instead of having to remediate issues after the fact,
9  there was a single unbiased party, StockX, that sat in
10 the middle of that transaction.
11          And in order to provide that experience, we
12 had to create a verification process.  And our
13 verification process is our own proprietary process
14 with standards that we've created to determine what
15 items are or are not eligible to be sold on our
16 platform, based on that process we created.
17          MS. DUVDEVANI:  All right.
18    Q    Mr. Huber, that did not answer my question at
19 all.
20          I simply asked, and I'll ask again:  When a
21 seller ships a product to StockX, to an authentication
22 center or a verification center or whatever StockX is
23 referring to it right now, and that product is
24 rejected by StockX because it is deemed to be
25 inauthentic, what is that seller told by StockX?