# EXHIBIT 9

Page 1

1            UNITED STATES DISTRICT COURT

2         FOR THE SOUTHERN DISTRICT OF NEW YORK

3                    ---oOo---

4

5   NIKE, INC.,

6               Plaintiff,

7      vs.              CASE NO. 1:22-CV-00983-VEC

8   STOCKX LLC,

9               Defendant.

_____

10

11

12        VIDEOTAPED DEPOSITION OF SARAH BUTLER

13            San Francisco, California

14            Tuesday, August 15, 2023

15

16

17

18

19

20

21

22

23   Stenographically Reported by:  Ashley Soevyn,
     CSR No. 12019

24   Job No. 5968272

25   Pages 1 - 224

1              UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3                      ---oOo---

4

5    NIKE, INC.,

6                    Plaintiff,

7       vs.                CASE NO. 1:22-CV-00983-VEC

8    STOCKX, LLC,

9                    Defendant.

_____

10

11

12

13

14

15                    Videotaped Deposition of

16    SARAH BUTLER, taken on behalf of the Plaintiff Nike,

17    Inc., Pursuant to Notice, at the offices of DLA

18    Piper, 555 Mission Street, San Francisco, California

19    beginning at 8:56 a.m.  and ending at 4:51 p.m. on

20    Tuesday, August 15, 2023, before me, ASHLEY SOEVYN,

21    Certified Shorthand Reporter No. 12019.

22

23

24

25

Page 29

```
 1                Design analysis and critique of surveys
 2                use to measure consumer perceptions,
 3                and the materiality of advertising
 4                claims."
 5          Are you offering an expert opinion in
 6    this matter related to those categories?
 7        A    Yes.  The survey that I designed
 8    evaluates the materiality, or the impact of the
 9    authentication statements that Nike has alleged are
10    misleading to consumers.
11        Q    And are you offering an opinion in this
12    matter related to a survey that measures consumer
13    perceptions?
14        A    I have not conducted a consumer
15    perceptions survey in this matter, no.
16        Q    What types of surveys have you used to
17    measure materiality of advertising claims?  Can you
18    describe them?
19        A    Not sure what you mean by types of
20    surveys.
21        Q    Okay.  You don't have a way to describe
22    them, or do you call them by a certain name?
23        A    No, I mean, I think it depends on what
24    you're trying to evaluate what the claims are, what
25    hypothesis you're testing.
```

```
                                              Page 30
 1          Q     Okay.  What type of materiality of the
 2    advertising claims in this case, what kind of
 3    surveys did you design?
 4          A     So I designed a survey that has both the
 5    test and a control to evaluate whether the
 6    authentication statements would have an impact on
 7    consumers purchasing intentions.
 8          Q     And would you describe that type of
 9    survey with a certain name?
10          A     I think I probably describe it as I just
11    described it.
12          Q     Okay.  Are you familiar with the term
13    "purchase interest survey"?
14          A     As a general description, sure.
15    Questions that evaluate consumers' purchase
16    interest.  Those are types of questions one can ask,
17    yes.
18          Q     Is it fair to say that you conducted a
19    purchase interest survey in this case?
20          A     Again, I mean, I think the survey has an
21    experimental component, so it evaluates and isolates
22    the impact of particular statements related
23    certainly to consumers' purchasing intentions.
24          Q     Have you designed -- actually, strike
25    that.  Let me ask that a different way.
```

Page 51

```
 1        A    Well, I think as I articulate in
 2   paragraphs eight and nine, I was asked to respond to
 3   a portion of Mr. Hansen's report where I believe
 4   he -- I quoted in paragraph 8, he asserts, quote,
 5   assuming that StockX advertising claims about it's
 6   authentication were false and StockX authenticated
 7   and facilitated the sale of counterfeit Nike
 8   Jordan-branded sneakers, my analysis indicates that
 9   StockX has benefited by earning ill-gotten profits
10   derived from falsely and/or misleadingly claiming
11   that every Nike and Jordan-brand good sold on its
12   platform was 100 percent authentic.
13        Q    So you were asked to respond to that
14   portion of Mr. Hansen's opinion?
15        A    That's correct.
16        Q    And are you offering an expert opinion
17   that responds to that portion of Mr. Hansen's
18   report?
19        A    Well, I think as I articulate in
20   paragraph 9, I was asked by counsel to determine
21   whether these allegedly false statements would
22   influence or have an impact on consumers' decisions
23   to purchase sneakers -- or use the StockX platform
24   to purchase sneakers.  And I understand that that
25   analysis or the analysis I conducted is in part a
```

Page 52

1    response to Mr. Hansen's report.

2        Q    So are you offering an opinion that

3    responds to Mr. Hansen's opinion?

4        A    I am offering an opinion that is

5    responsive to Mr. Hansen's report in which he makes

6    an assessment that the false and misleading claims

7    had a particular impact on consumer behavior or

8    purchasing intentions.

9        Q    And where in Mr. Hansen's opinion does he

10   opine on consumer behavior and purchasing

11   intentions?

12       A    Well, I think he is suggesting or

13   indicating that the sales of the particular goods

14   are due to the claims -- here he cites a specific

15   claim, 100 percent authentic.

16       Q    I'm not sure that I'm following your

17   answer.  Where in Mr. Hansen's opinion is he opining

18   on consumer behavior and purchasing intention?

19            MR. FORD:  I will just object to this to

20   the extent you have not provided Ms. Butler with the

21   entirety of Mr. Hansen's opinion.

22            THE WITNESS:  Yeah, so I was going to

23   say, I certainly cite the paragraphs in his report

24   that are cited in paragraph 8, but if you would like

25   to provide me with his report, I can take a look at

```
                                        Page 54
 1        Q    A false or misleading allegation?  I
 2   don't understand.
 3        A    I'm sorry, a false or misleading
 4   statement -- that Nike alleges is false or
 5   misleading as to 100 percent authentic.
 6        Q    So are you offering an opinion that
 7   StockX's revenues for sales of Nike or
 8   Jordan-branded goods are attributable to something
 9   other than the false or misleading advertising
10   claims?
11        A    I'm not making an assessment of profits
12   or revenues.  I am examining the extent to which
13   these allegedly false statements have an impact on
14   consumers' purchasing decisions.
15        Q    And you believe that is responding to an
16   opinion that Mr. Hansen is offering in this case?
17        A    Well, I think as I articulate in
18   paragraph 9, my understanding is that it can
19   potentially inform a response to Mr. Hansen's
20   report.  And as I articulate in that paragraph, I
21   understand there is another expert who is responding
22   directly to Mr. Hansen.
23        Q    What does it mean to "inform a response
24   to Mr. Hansen's report"?
25        A    I understand that the data I produced
```

                                            Page 55

 1    from the survey may be useful in providing another

 2    expert with relevant evidence.

 3         Q    Okay.  And so to be clear, you're not

 4    responding to Mr. Hansen's expert opinion in this

 5    case, right?

 6               MR. FORD:  Object to form.

 7               THE WITNESS:  If by responding to his

 8    opinion, you mean I am calculating some kind of

 9    damages estimate.  No, that's not what I've been

10    asked to do.  My understanding is that an assessment

11    of the extent to which these authentication

12    statements may impact consumer behavior is a

13    relevant piece of evidence that may also be used to

14    inform a response to doctor -- or, sorry,

15    Mr. Hansen's opinions.

16    BY MR. MILLER:

17         Q    Okay, Ms. Butler.  I'm not sure I'm

18    following your answer, so let me just ask it again.

19               Are you responding to Mr. Hansen's expert

20    opinion in this case?

21               MR. FORD:  Objection to form.

22               THE WITNESS:  So I think as I already

23    articulated, I'm not offering an opinion as to

24    damages.  That's not my role in this case.  I have

25    designed a survey that evaluates whether or not the

                                              Page 56

1    authentication statements have had an impact on

2    consumer purchasing behavior -- would have an impact

3    on consumer purchasing behavior.  And I understand

4    that that evidence is maybe useful in informing a

5    response to doctor -- sorry, Mr. Hansen.

6    BY MR. MILLER:

7        Q    Okay, and that -- that response, at least

8    to your understanding, is being offered by Dr. Vigil

9    in this case, correct?

10       A    I understand that Dr. Vigil is responding

11   to Mr. Hansen's damages calculations.  That's

12   correct.

13       Q    And what are you responding to with

14   respect to Mr. Hansen's expert opinion that's being

15   offered in this case?

16            MR. FORD:  Objection to form.

17            THE WITNESS:  So again, I understand the

18   context of my analysis and survey takes place within

19   an assessment of the extent to which these

20   authentication statements have or have not -- and

21   the survey tests that -- have or have not had an

22   impact on consumer purchasing behavior.

23       Q    Sure.  I understand that's what your

24   survey set out to test, but what I'm asking for and

25   you haven't answered yet is:  What from Mr. Hansen's

Page 58

```
1    this case as to whether sales of Nike and
2    Jordan-branded goods on StockX's platforms are
3    attributable to the false and/or misleading claims
4    made by StockX?
5              MR. FORD:  Object to form.
6              THE WITNESS:  And so, the reason I
7    clarified with the word "data" is I've not been
8    asked to look at sales data.  I've been asked to
9    look at whether or not the allegedly false
10   statements have an impact on consumers willingness
11   to use the StockX platform.
12   BY MR. MILLER:
13       Q    Okay.  Understood.  And is that what
14   you've been asked to look at, that assignment
15   responding to the issue of whether or not the sales
16   of Nike and Jordan-branded goods on StockX's
17   platform are attributable to the false and/or
18   misleading claims made by StockX?
19       A    And just to clarify, when you say
20   "sales," I'm understanding that to mean actual sales
21   data that have or sales that have occurred.  I'm not
22   applying or calculating some rate at which sales are
23   or are not attributable.  I've been asked to design
24   a survey to evaluate whether or not these statements
25   have an impact on consumer purchasing behavior and
```

Page 59

1     the results show that they don't.

2          Q    So if I'm understanding you correctly,

3     you are offering an expert opinion in this case as

4     to whether consumers were interested in purchasing

5     Nike and Jordan-branded goods on the StockX platform

6     because of the false and/or misleading claims made

7     by StockX?

8               MR. FORD:  Object to form of the

9     question.

10              THE WITNESS:  I don't think that's quite

11    how I'd characterize it.  The survey evaluates

12    whether or not the presence or absence of the

13    allegedly false or misleading claims would have an

14    impact on consumers interest in using the StockX

15    website.

16         Q    To purchase Nike or Jordan-branded

17    sneakers?

18         A    They are certainly shown Nike or --

19    sorry, did you say Jordan --

20         Q    Yes.

21         A    -- sneakers?  They are certainly shown

22    that as part of the survey.  So yes, those sneakers

23    are present and held constant in the test and the

24    control.

25         Q    Is your survey designed to test consumer

Page 62

1   advertising claim from the rest of the advertising

2   claims that you were testing?

3        A    I'm not sure what you mean by "isolate."

4        Q    What do you understand the word "isolate"

5   to mean?

6        A    Well, I understand the word "isolate."  I

7   don't understand what you mean in the context of the

8   survey.  It is shown on a separate page, that is a

9   different page from other pages that were shown.

10       Q    So is that how you were able to isolate

11  the 100 percent advertising -- sorry, the 100

12  percent authentic advertising claim from the other

13  advertising claims that you were testing?

14       A    Again, not sure what you are intending to

15  mean by isolate.  The 100 percent authentic claim

16  was shown as part of the pages that were tested in a

17  survey as it appears in the real world, or had

18  appeared in the real world.

19       Q    And is it your opinion that consumers

20  interest in purchasing Nike or Jordan-branded goods

21  on StockX's platform is not attributable to the

22  100 percent authentic advertising claim?

23       A    Well, the survey results demonstrate that

24  the authentication claims including -- yeah, the

25  authentication claims or statements including the

Page 63

1  100 percent authentic statement, does not have an

2  impact on consumers willingness to purchase a pair

3  of sneakers using the StockX platform.

4        Q    And again, focusing just on the

5  advertising claim of 100 percent authentic, does

6  your survey measure the impact of that particular

7  advertising claim had on consumer purchasing

8  decisions?

9        A    Well, if I understand your question, the

10 survey does measure the extent to which 100 percent

11 authentic as well as other advertising claims had an

12 impact on consumers willingness to purchase sneakers

13 using the StockX platform.

14       Q    Okay.  But separate from the other

15 advertising claims that tested, does your survey

16 measure the impact that the 100 percent authentic

17 advertising claim had on consumer purchasing

18 decisions?

19       A    Well, since the impact is essentially

20 zero that we measure, I mean, you could portion out

21 zero.  But zero cut into pieces is still zero, so it

22 doesn't have an impact.  I mean, the survey results

23 demonstrate that there is not an impact of using the

24 authentication statements relative to those

25 statements not appearing.

Page 66

1        Q     The first phrase there says:

2              (As read):

3                    "To inform response to Mr. Hansen's

4                    report."

5              There is a footnote 5, do you see that?

6        A     Yes.

7        Q     You say in footnote 5:

8              (As read):

9                    "I understand that Robert V is

10                   responding directly to Mr. Hansen's

11                   damages analysis."

12       A     Yes.

13       Q     Are you responding to Mr. Hansen's

14   damages analysis?

15       A     I am not offering a calculation or

16   estimation of damages, no.

17       Q     Okay.  Are you responding in some way to

18   Mr. Hansen's damages analysis?

19             MR. FORD:  Objection to the form of the

20   question.

21             THE WITNESS:  Sorry.  Again, I understand

22   that the evidence or a survey testing or

23   understanding the extent to which the authentication

24   statements have an impact on consumer behavior can

25   potentially be used to inform a response to

Page 67

1    Mr. Hansen's report.

2    BY MR. MILLER:

3         Q    So the title of your expert report is

4    Expert Rebuttal Report of Sarah Butler, right?

5         A    Yes.

6         Q    Whose opinion -- whose expert opinion are

7    you rebutting in this matter?

8              MR. FORD:  Objection to the form of the

9    question.

10             THE WITNESS:  I understand that the work

11   I conducted here is responsive to Mr. Hansen's

12   report.

13   BY MR. MILLER:

14        Q    So you are rebutting Mr. Hansen's expert

15   opinion; is that right?

16        A    I understand that the work I've done here

17   is responsive to and can enable a response to

18   Mr. Hansen's report.

19        Q    Is your expert opinion rebutting

20   Mr. Hansen's opinion in this matter?

21             MR. FORD:  Objection to the form of the

22   question.

23             THE WITNESS:  Again, to the extent that

24   Mr. Hansen's -- is, and if you would like to show me

25   his report that may be more efficient.  But to the

Page 68

1    extent that he is making an assessment as to the

2    extent to which profits or sales or consumers desire

3    to purchase a particular product is derived from

4    false or misleading statements, the survey that I

5    have done evaluates the extent to which those false

6    or misleading -- allegedly false or misleading

7    statements would have an impact on consumer

8    behavior.

9    BY MR. MILLER:

10        Q    Okay.  If I could direct you back to

11   paragraph 9 of your expert report.  You say that you

12   were:

13            (As read):

14                "Asked by counsel for StockX to

15                determine the extent to which, if at

16                all, allegedly false statements related

17                to authentication and verification

18                process, hereafter, parenthesis, quote,

19                authentication statements, close quote,

20                close parenthesis, found on StockX's

21                websites during relevant time period

22                influence consumers' decision to use

23                the site to purchase sneakers."

24            Do you see where I'm reading from?

25        A    Yes.

                                                    Page 73

1        Q    I'm trying to understand why you phrased

2   what your study was testing as influencing

3   consumers' decisions to use the site to purchase

4   sneakers as opposed to influencing consumers'

5   decisions to purchase sneakers?

6        A    Because the questions in the survey are

7   related to -- and the stimuli are related to the

8   site, that is advertising the sneakers.  It's not

9   asking them as to whether they would, given the

10  exposure, go purchase sneakers at Nordstrom.  That's

11  not part of the survey.

12       Q    Okay.  So your survey is designed to

13  measure the consumer's interest in using the StockX

14  website; is that right?

15       A    The survey is designed, and if you look

16  at the exact question, to evaluate the extent to

17  which the exposure to the authentication statements

18  would have some differential impact on consumers

19  likelihood to use the website to purchase a pair of

20  sneakers relative to those statements not being

21  present.

22       Q    Okay.  And just to be clear, you're not

23  offering an opinion in this case as to consumers'

24  decision to purchase sneakers, correct?

25       A    If your question is, is the survey

                                                    Page 83

 1    report that I believe the data from my survey can be

 2    used to address or can inform a response to.

 3         Q    So you're not directly rebutting the

 4    portion of Mr. Hansen's opinion that you just

 5    pointed me to?

 6         A    I certainly --

 7              MR. FORD:  Objection to the form of the

 8    question.  Sorry.

 9              THE WITNESS:  Apologies.  I am certainly

10    providing an opinion that is responsive to an

11    assessment that the profits or sales or consumers --

12    the revenue is all derived from these false and

13    misleading statements.  So the impact of the false

14    and misleading statements.

15         Q    So your expert report is not titled

16    opinion that's responsive to that portion of

17    Mr. Hansen's opinion, right?

18         A    If you're simply asking me what the title

19    of the report is, it's Expert Rebuttal Report of

20    Sarah Butler.  And then, I think in paragraph 8, as

21    we've discussed at length, I articulate and

22    reference the paragraph in Mr. Hansen's report -- he

23    has another similar paragraph in his amended report

24    to which I am responding and I explain in paragraph

25    9 what the assignment was.

```
                                                    Page 86
 1                    misleading advertising claims have
 2                    driven the kinds of consumer behavior
 3                    that is at issue in this case?"
 4          MR. FORD:  Same objection.
 5          THE WITNESS:  Not quite sure how to
 6    answer that.  It's not clear but -- so if the
 7    question is:  Is paragraph 15 -- again, I'm not
 8    clear on the question.
 9          But, so, maybe I can clearly state.  If
10    you look at paragraph 14, my understanding is that
11    Mr. Hansen's assesses that the -- what his
12    calculation is based on is that the profits are
13    derived from, quote, derived from falsely and/or
14    misleadingly claiming that every Nike and Jordan
15    brand goods sold on it's platform was 100 percent
16    authentic.  In paragraph 15, Mr. Hansen's discusses
17    that he's focused on trades in which included a U.S.
18    individual.  So my report is responsive to and
19    evaluates the extent to which for U.S. consumers the
20    authentication statements would have an impact on
21    their willingness to use the site to purchase
22    sneakers.
23       Q   Okay.  And that in your view is a
24    rebuttal to Mr. Hansen's opinion that you pointed me
25    to in paragraphs 14 and 15 of his opening report?
```

```
                                            Page 87
 1        A     In terms of classifying it as a rebuttal,
 2   I certainly understand that I'm evaluating the
 3   extent to which these authentication statements have
 4   an impact on consumer behavior.
 5        Q     Okay.  You've classified it as a
 6   rebuttal, right?  That's the title of your report?
 7        A     The title of the report is Expert
 8   Rebuttal Report of Sarah Butler, and I layout in
 9   both paragraphs 8 and 9 the context within which I
10   did the work and I also understand that the work
11   that I did may be used by another expert who may
12   respond directly to Mr. Hansen's.
13        Q     But you're not responding directly to
14   Mr. Hansen, or are you?
15        A     I think as we've discussed in paragraph
16   8, I articulate that the work that I have conducted
17   responds to Mr. Hansen's assumption or calculation
18   that all profits involving a U.S. individual, all of
19   these things are derived from -- that's the language
20   he uses, derived from or a result of the allegedly
21   false misleading statements.
22        Q     Okay.  And the survey that you designed
23   and implemented in this case and the opinion that
24   you're offering about the results of that survey
25   rebut Mr. Hansen's assumption that all profits
```