# EXHIBIT 10

PageVault

| | |
|---|---|
| Document title: | UGG: The Buyer's Guide - StockX News |
| Capture URL: | https://stockx.com/news/ugg-the-buyers-guide/ |
| Page loaded at (UTC): | Tue, 17 Sep 2024 20:08:32 GMT |
| Capture timestamp (UTC): | Tue, 17 Sep 2024 20:09:10 GMT |
| Capture tool: | 10.50.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.6367.243 Safari/537.36 |
| Operating system: | Linux (Node 20.15.1) |
| PDF length: | 6 |
| Capture ID: | vPahHnEf6HfU4PrLxu8hTb |

PDF REFERENCE #:     vnscptEkK5WmHcZwh4npve




JANUARY 18, 2023

# UGG: The Buyer's Guide



Hannah Rodway



A comprehensive Buyer's Guide to everything UGG.

This article is part 39 of 27 in the series: **StockX Buyer's Guides**

From their birth in 1978, the rise of UGG reached its peak around 2008 with Hollywood's hottest such as Jennifer Aniston and Paris Hilton, making them the go-to footwear choice, just about every teenage girl owned a pair, or something similar in that era. Originally an icon in the surfing communities of California, these ultra-cosy sheepskin boots took over the globe and have since made their resurgence extending into the markets of homeware and menswear.





share this article



The UGG caught on quickly with the younger generation as it served those who enjoyed a more relaxed lifestyle alongside outdoor activities – surfers from SoCal to skiers of Aspen. As more people embraced this cozy aesthetic, the brand pivoted into luxury footwear and found themselves featured in fashion magazines which took them into mainstream fashion. Once UGG conquered the fashion capitals of New York and London, the world became their oyster and the brand exploded in popularity.

The classic Chestnut Boot is their flagship model recognized by many but has since been overshadowed by future releases as new trends emerge in footwear. The brand also continued to extend its reach by diving into apparel and accessories for both men and women. UGG has seen collaborations with brands such as Telfar, Neighborhood, Bape, and more. Taking cues from the rising popularity of mules and slides, UGG brought their trademark sheepskin materials to these modern day lifestyle essentials. Today, the most wearable silhouettes from UGG include their slip-ons; the Scuffette Slipper, Tasman Slipper and Fluff Yeah Slide.





share this article

Document title: UGG: The Buyer&#39;s Guide - StockX News
Capture URL: https://stockx.com/news/ugg-the-buyers-guide/
Capture timestamp (UTC): Tue, 17 Sep 2024 20:09:10 GMT    Page 2 of 5



## How versatile are UGGs for outdoor wear?

Depending on the model you buy, each one is designed with its use in mind – whether it's an indoor Slipper or an outdoor Boot. UGGs primary material of sheepskin is very versatile in its use for cozying up indoors or staying toasty while outside. After all, they originated as a boot for pulling on after a surf. The weather resistant outsole of the Boot will ensure suitability for anywhere you want to take them.



## What is the most popular UGG for this winter?

Right now, the UGG Classic Ultra Mini is the top seller in the footwear dept. They are the heavily chopped version of the original all star Boot, short in stature making them super



**UGG Classic Ultra Mini Boot Chestnut (Women's)**
Lowest Ask **$115**

**UGG Tazz Slipper Chestnut (Women's)**
Lowest Ask **$92**

share this article



StockX | The Magazine — News and Editorials from StockX

Right now, the UGG Classic Ultra Mini is the top seller in the footwear dept. They are the heavily chopped version of the original all star Boot, short in stature making them super easy to slip on and off. The UGG Tazz Slipper and Tasman Slipper are also popular. Another short cut model designed for convenience and comfortability.



UGG Classic Ultra Mini Boot Chestnut (Women's)
Lowest Ask **$115**

UGG Tazz Slipper Chestnut (Women's)
Lowest Ask **$92**

share this article



UGG Classic Ultra Mini Boot Chestnut (Women's)
Lowest Ask
**$115**

UGG Tasman Slipper Chestnut (Women's)
Lowest Ask
**$90**

UGG Tazz Slipper Chestnut (Women's)
Lowest Ask
**$92**



## Related Articles



4 Unexpected Sneaker Silhouettes to Watch in 2023
BY HANNAH RODWAY - JAN 11, 2023

A Women's Perfect Fit | Nike Air Max 1 Patta Waves White
BY HANNAH RODWAY - DEC 9, 2022

A Women's Perfect Fit | Jordan 4 Retro A Ma Maniére Violet Ore
BY HANNAH RODWAY - DEC 2, 2022



   

Document title: UGG: The Buyer&#39;s Guide - StockX News
Capture URL: https://stockx.com/news/ugg-the-buyers-guide/
Capture timestamp (UTC): Tue, 17 Sep 2024 20:09:10 GMT                                                                          Page 5 of 5