Case 1:22-cv-00983-VEC    Document 302-12    Filed 09/09/24    Page 1 of 10

# EXHIBIT 12

| | |
|---|---|
| Document title: | The Buyer's Guide To Yeezy Slides - StockX News |
| Capture URL: | https://stockx.com/news/the-buyers-guide-yeezy-slides/ |
| Page loaded at (UTC): | Tue, 17 Sep 2024 20:10:39 GMT |
| Capture timestamp (UTC): | Tue, 17 Sep 2024 20:11:19 GMT |
| Capture tool: | 10.50.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.6367.243 Safari/537.36 |
| Operating system: | Linux (Node 20.15.1) |
| PDF length: | 9 |
| Capture ID: | atoJYJy1yM5XtDYoiCm4mm |

PDF REFERENCE #:     2FXGth5n7JBkFKdUJKuYdm

StockX 

The Magazine
News and Editorials from StockX

SNEAKERS - JANUARY 22, 2021
LAST UPDATED ON FEBRUARY 15, 2022

# The Buyer's Guide: Yeezy Slides

**Morgan Baylis**
Morgan is a writer and sneaker analyst based in Detroit, MI. He is the Content Coordinator of StockX.

With so little information available on Yeezy's latest hit, we put together a comprehensive guide to Yeezy Slides. Find out everything you need to know before purchasing your next pair.



adidas Yeezy Slide Bone
Lowest Ask **$216**

adidas Yeezy Slide Resin
Lowest Ask **$73**



This article is part 7 of 27 in the series: **StockX Buyer's Guides**

This last year was all about change. Change in the way we work, entertain, and even how we shop for shoes. The global shift from offices to work-from-home, outdoor environments to living rooms, and personal gatherings to online has fundamentally altered how we think about fashion. To take one small example: right now, one of the most popular Yeezys on the StockX market aren't sneakers at all. It's a **Yeezy slide**.

After all of the years that Yeezy dominated the resale market with its sneakers, Yeezy Slides are a marked change. They are unlike anything we have seen from the brand, and their history is new and unfamiliar. Yeezy Slides are so new that information and experience aren't readily available for most buyers that are looking to cop a pair. To assist your buying needs, we rounded up our insights and data for a comprehensive buyer's guide, to make your next purchase a little bit easier. Here is everything you need to know about Yeezy Slides.

## History

## History

Yeezy Slides have opened up the world of Yeezy to a larger audience that extends far beyond sneakers. But none of this would have been possible without their predecessor, Yeezy Slippers.



Image by Splash News

In 2018, Yeezy ventured further into leisure footwear with the first-ever line of Yeezy Slippers. You may remember these slippers when Kanye went viral for wearing a pair that were a few sizes too small, or when he wore a pair that were 50 sizes too big. The Yeezy Slippers look more like slides than the typical mule slipper that one would wear to take out the recycling. Nevertheless, these slippers expanded Yeezy's range of comfort. They released in various materials, ranging from nylon to fleece to neoprene, each featuring a signature velcro enclosure and thick sole. The first pairs of Yeezy Slippers were only available at retailers who carried Yeezy's full line of clothing and sold out as soon as they hit shelves. Based on how quickly the slippers sold out at the retail level and their resale prices, it's safe to assume that the supply of the Yeezy Slippers was scarce. The average pair of Yeezy Slippers resells at a 100% price premium, which is impressive for a slipper that retails for almost two Benjamins.

The after-market success of Yeezy Slippers proved that demand for Yeezy footwear transcended the sneaker space. The following year, the brand responded to that demand and unveiled the Yeezy Slide.

## Colorways



adidas Yeezy Slide Bone
Lowest Ask **$216**

adidas Yeezy Slide Resin
Lowest Ask **$73**



The first run of Yeezy Slides debuted in three colorways: Bone, Resin, and Desert Sand. Each pair features a thick EVA foam construction to provide lightweight durability and a soft footbed for extra comfort. Unlike the Yeezy Slippers, the Slides ditched the velcro strap in favor of a more minimal approach, opting for a sleek one-piece upper. The next slew of Yeezy Slide colorways didn't arrive until fall 2020, when Earth Brown, Soot, and Core colorways were added to the lineup.

## How Much Do Yeezy Slides Cost?

If you are able to cop a pair of Yeezy Slides at the retail price, they cost around $55. Hitting on a pair for this low of a price isn't common because they typically sell out immediately after they release. Comfort and style aren't the only factors that play into the massive demand of Yeezy Slides. Price appreciation and the opportunity to profit in the resale market also drive sell-outs. As a result, the cost of a pair of Slides can vary greatly over time.





adidas Yeezy Slide Bone
Lowest Ask $216

adidas Yeezy Slide Resin
Lowest Ask $73

The chart above shows the average weekly price on StockX for the first three Yeezy Slide colorways: Bone, Resin, and Desert Sand. For a few months after they released in December of 2019, prices for Yeezy Slides stayed relatively low. During this time period, all three colorways averaged resale prices of around $80, or 46% over retail. Then, after the first four months, Yeezy Slides skyrocketed in value and never looked back. In Q4 of 2020, the first three Yeezy Slides colorways averaged resale prices of over $250, sitting at a massive 360% price premium. The Slides now yield some of the highest price premiums in the entire Yeezy line – far more than the majority of adidas Yeezy 350s.

If you plan on purchasing Yeezy Slides before they reach stratospheric premiums, our data


Case 1:22-cv-00983-VEC    Document 302-12    Filed 09/05/24    Page 6 of 10

The Magazine
News and Editorials from StockX

If you plan on purchasing Yeezy Slides before they reach stratospheric premiums, our data suggests that the first four months after release are an ideal time to purchase. After that, it's possible that supply on the market will diminish, leading to a huge spike in value as we saw with the original colorways.

## How Do Yeezy Slides Fit Into Your Wardrobe?

Yeezy Slides are some of the most universal products in Yeezy's catalog. They are comfortable enough to wear as an easy-to-put-on slide when you're at home, but they are also stylish enough to wear with a pair of pants on the street. The possibilities to flex in Yeezy Slides are endless. But if you are still unclear on how Yeezy Slides might fit into your rotation, here are some suggestions on how to style them.

## How To Style Yeezy Slides





adidas Yeezy Slide Bone
Lowest Ask $216

adidas Yeezy Slide Resin
Lowest Ask $73

You don't have to drastically change your at-home uniform to stylishly pull off Yeezy Slides. They compliment almost anything you would want to wear while lounging indoors. Pair them with a clean cozy fit, like the Fear of God Essentials Hoodie and a pair of Eric Emmanuel basketball shorts when relaxing in style. A cozy pair of Hidden NY socks are a perfect addition if you want to accentuate your off-duty drip.



**adidas Yeezy Slide Bone**
Lowest Ask
$216



**Fear of God Essentials Pullover Hoodie Applique Logo Buttercream**
Lowest Ask
$175



**Eric Emanuel EE Basic Short Forest/Yellow**
Lowest Ask
$—







**adidas Yeezy Slide Bone**
Lowest Ask $216

**adidas Yeezy Slide Resin**
Lowest Ask $73

If you find that your Yeezy Slides are so comfortable that you never want to take them off, there are ways to rock them on the town without making them the crown jewel of your fit. Wearing a pair of printed pants like the Supreme Double Knee Painter Pant Woods creates a new focal point in your look so that your Slides can be a subtle complement.

The open-toed design will display those socks to the world, so you want to make sure that your sock game is A1. A clean pair of socks like the CPFM Tube Socks are a great choice if you are trying to add a low-key flex to your fit. Staple items like the Hidden NY Paisley Hoodie Olive and ALD New York Mets Wool Cap can help tie everything together.

Document title: The Buyer&#39;s Guide To Yeezy Slides - StockX News
Capture URL: https://stockx.com/news/the-buyers-guide-yeezy-slides/
Capture timestamp (UTC): Tue, 17 Sep 2024 20:11:19 GMT
Page 5 of 8

![StockX] The Magazine — News and Editorials from StockX

you are trying to add a low-key flex to your fit. Staple items like the Hidden NY Paisley Hoodie Olive and ALD New York Mets Wool Cap can help tie everything together.



## Summary

Yeezy slides are a perfect blend of comfort, flexibility, and flex. And if you buy at the right time, they offer an affordable entry point into an otherwise-expensive Yeezy catalog. Just don't wait too long to cop. When it comes to the Yeezy slide market, decisive buyers are the most rewarded.


adidas Yeezy Slide Bone
Lowest Ask $216


adidas Yeezy Slide Resin
Lowest Ask $73


adidas Yeezy Slide Desert Sand
Lowest Ask $299

share this article




## Related Articles










Document title: The Buyer&#39;s Guide To Yeezy Slides - StockX News
Capture URL: https://stockx.com/news/the-buyers-guide-yeezy-slides/
Capture timestamp (UTC): Tue, 17 Sep 2024 20:11:19 GMT
Page 8 of 8