# EXHIBIT 14

**PageVault**

| | |
|---|---|
| Document title: | Outerwear Anyone Would Love - StockX News |
| Capture URL: | https://stockx.com/news/outerwear-anyone-would-love/ |
| Page loaded at (UTC): | Tue, 17 Sep 2024 20:05:43 GMT |
| Capture timestamp (UTC): | Tue, 17 Sep 2024 20:06:37 GMT |
| Capture tool: | 10.50.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.6367.243 Safari/537.36 |
| Operating system: | Linux (Node 20.15.1) |
| PDF length: | 8 |
| Capture ID: | nd9VwY9kj8S2gZdXVMBirZ |

PDF REFERENCE #:    4x3qPLuRQo5GEFpU8Wx2BX



**StockX**

**The Magazine**
News and Editorials from StockX

APPAREL - NOVEMBER 15, 2023

# Outerwear Anyone Would Love



Exsar Arguello
Exsar Arguello is an Editorial freelancer for StockX.



Coats, Jackets, and Hoodies - oh my!

Temperatures are dropping, the sun is setting sooner, and before you know it, we'll be slicing some turkey and enjoying the cozy vibes with friends and family. Whether you're holiday shopping for yourself, your significant other, or that cousin you haven't seen in a while, everyone needs a solid outerwear piece, and these won't disappoint.












## The North Face 1996 Retro Nuptse 700 Fill Packable Jacket

It wouldn't be a great outwear list without giving some love to The North Face, a brand that's no stranger in current culture thanks to a slew of collaborations with Supreme and Gucci to name a few. But beyond the hype is a brand with a heritage, designed to keep you protected from the elements.

Crafted from 100% recycled fabric, the iconic The North Face 1996 Retro Nuptse Jacket reimagines the outerwear brand's timeless and possibly most beloved design. Similar to the classic Nuptse Jacket, this eco-friendly iteration includes 700 Fill down, a collapsible hood, and a water-resistant finish.

We went with black because of its easy styling potential. Whether you're dressing it up with a nice sweater and trousers underneath or need something warm to run errands, there is no question that this jacket will be worn week after week this fall/winter season.



## Stussy Cosmos Reversible Jacket



share this article



## Stüssy Cosmos Reversible Jacket

Stüssy and wool zip-ups have been a goated combo for years, and every season the streetwear giant releases new designs on an already timeless silhouette. A personal favorite from this list, we had to include the Stüssy Cosmos Reversible Jacket. Inspired by the galaxies, stars, and alien worlds that dominate the heavens, the jacket features a beautiful cosmic print over a black wool zip-up.

If you want to go for a more slick, uniform look, turn the jacket inside out to reveal a 100% nylon exterior with functional pockets. This jacket is the jack of all trades — a great statement piece or subtle uniform outwear jacket, depending on the occasion.



## Travis Scott Utopia A2 Hooded Sweatshirt

For all the Cactus Jack fans, we included the Travis Scott Utopia A2 Hooded Sweatshirt, a great blend of subtle details on a beautiful all-brown hoodie. Offered in brown, this hoodie is made from a dense blend of cotton and polyester. The front showcases a vibrant 'Utopia' print in a graffiti-style font, and the back exhibits a vertical arrangement of four skull graphics. Completing the design are a pullover hood, ribbed waistband, and cuffs, along with a kangaroo pouch pocket.

The beauty of this piece is in the details. It features a slightly cropped and boxy fit, a great on-trend cut that will get plenty of wear as a layering piece during the colder days, and an everyday hoodie during the warmer ones.


share this article



This beauty of this piece is in the details. It features a slightly cropped and boxy fit, a great on-trend cut that will get plenty of wear as a layering piece during the colder days, and an everyday hoodie during the warmer ones.



## Nike x NOCTA Tech Fleece Hoodie

For all the activewear dogs in the family, we have the Nike x NOCTA Tech Fleece Hoodie in a vibrant cobalt blue colorway. Constructed from Tech Fleece fabric, a plush and lightweight double-faced blend of cotton and polyester, it boasts a reflective NOCTA logo and Swoosh on the front, as well as a singular front pocket. Introduced in December 2020, NOCTA is a sub-label of Nike curated by Drake, celebrated for its unique takes on popular silhouettes from Nike.

This would make a great gift for that special someone who loves to stay active and look great — a statement piece that exudes confidence. Hurry — this item was a hot drop on StockX, and you'll want to secure yours sooner rather than later.







## Supreme Burberry Denim Trucker Jacket

Supreme always seems to shine during the fall/winter, and the brand is no stranger to experimenting while simultaneously with their outerwear on classic garments like trucker jackets, work jackets, coats, and varsity jackets.

To finish off our list, we're going all out with the Supreme Burberry Denim Trucker Jacket in Pink — an admittedly loud piece printed over the iconic Burberry monogram print. It's a jacket that screams luxury despite being a trucker jacket, showcasing both influences of streetwear and heritage luxury at play.

Unveiled in the inaugural collaboration between Supreme and Burberry, the Pink Nova Check Supreme Burberry Denim Trucker Jacket was one of the offerings, complemented by two additional color options and over 40 other apparel pieces. Crafted from 100% cotton, this Denim Trucker Jacket showcases an embroidered Supreme Burberry logo on its back. The more you look at it, the better the jacket gets. If you're looking to outdo your family this holiday season, this might be the piece to gift — or just keep it for yourself.

**Happy Shopping**





## Related Articles

   






**Exsar Arguello**

Exsar Arguello is an Editorial freelancer for StockX.

Case 1:22-cv-00983-VEC   Document 302-14   Filed 09/05/24   Page 9 of 9







Document title: Outerwear Anyone Would Love - StockX News
Capture URL: https://stockx.com/news/outerwear-anyone-would-love/
Capture timestamp (UTC): Tue, 17 Sep 2024 20:06:37 GMT

Page 7 of 7