# EXHIBIT 3

⛔ Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

   Home  My Network  Jobs  Messaging  Notifications  Me ▼  For Business ▼  Try Premium now



**Pete Forester** (He/Him)

Content Expert and Editorial Director

NYU

● New York University

Phoenix, Arizona, United States · **Contact info**

**500+** connections

Connect    Message    More

### Activity
819 followers

**Pete Forester** commented on a post • 3w

Like Eric Palm said, the typeface is an important historical reference and parallel. In terms of the color - no shade on you, but mostly a note: The base font being seemingly black and white (it's a dark blue), has meant that they've been …show more

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

**Pete Forester** commented on a post • 2mo

Corey is the best! You want to work with Corey!!

Show all comments →

## Experience

**Marketing and Content Strategist**
Freelance
Sep 2022 - Present · 2 yrs 1 mo

Helping brands and business owners hone their visions, find their voices, and communicate with their audiences.

◆ Copywriting, Content Strategy and +1 skill

 **Career Break**
Jul 2022 - Aug 2022 · 2 mos
New York

 **Editorial Director**
StockX · Full-time
Oct 2019 - Jun 2022 · 2 yrs 9 mos
Greater New York City Area

Lead US-based Editorial team of seven for daily publishing, campaign planning and execution, SEO-optimization and micro-site development while guiding Global Teams' Editorial Strategies. Directed development of an entirely new CMS. Oversaw the creation of platforms for underrepresented voices on StockX channels. Directed Editorial major campaign growth by 4.4x with minor budget spend. Lead cross-team functionality with Creative, Legal, Business Development, Growth (SEO), Product, Go To Market, and Engineering. Managed budget and relationships with outside Engineering/Development vendors.

◆ Project Management, Copy Editing and +11 skills

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

 

 **Identity Director**
Great Bowery · Full-time
Oct 2018 - Oct 2019 · 1 yr 1 mo
Greater New York City Area

Assembled new international art department from subsidiary art departments, and social media, marketing, and brand teams from the agencies under the Great Bowery umbrella. Managed team of 20. Created and curated original content for all rosters. Created new revenue streams and creative processes. Shaped messaging for all projects produced through agency with agency objectives.

◆ Project Management, Copy Editing and +9 skills

 **Contributing Writer**
Complex Media · Freelance
Feb 2014 - Oct 2019 · 5 yrs 9 mos
New York, NY

For Complex Magazine and Sole Collector: Executed commissions and pitches with a focus on Men's Sneakers, Style and Current Events. This included reporting, personal essays highlighting Popular Culture, exclusive coverage of international releases from major brands Also operated as a writer of Weekend Daily News with minimal editorial oversight. Also contributed to First We Feast and NTRSCTN.

In 2014, I published "What It's Like to Be a Gay Sneakerhead in a Bro-Driven Culture" with Complex Networks that created a firestorm at a time when LGBTQIA+ representation in Sneaker Culture was almost non-existent. The response was a mix between very positive and very negative and set the scene for an ongoing and valuable conversation. I continued to write annual pieces in this vein for three years.

◆ Breaking News and Journalism

🛑 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**



## Education

**New York University**
Bachelor's Degree, Theater / Acting
2004 - 2007

◈ Microsoft Office and Public Speaking

**Upright Citizen's Brigade**
Completion, Sketch Comedy Writing
2011 - 2011

◈ Public Speaking

**Show all 3 educations →**

## Skills

**Leadership**

✖ 2 experiences across StockX and 1 other company

**Breaking News**

 2 experiences across Complex Media and 1 other company

**Show all 42 skills →**

## Publications

**Why Gay Pride Sneakers Mean More Than You Know**
Sole Collector · Jun 9, 2015

🛑  Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

The Gay Pride Collections that sneaker companies are beginning to release every June are more than just a few flashy pairs of sneakers. They are an indicator of community, a voice for the unheard, and a reminder that none of us are alone. Get the full story at SoleCollector.com

**You're Doing It Wrong: How You Can Be Better at Using Sneakers for Good**

Sole Collector · Apr 11, 2015

Show publication ↗

Sneakerheads can do better than giving away new sneakers for attention on social media. Using a little know-how and ingenuity, dozens of lives can be affected from …

Show all 8 publications →

## Honors & awards

**Leadership Recognition**
Issued by StockX · Mar 2022

  Associated with StockX

**Leadership Recognition**
Issued by StockX · Jan 2022

  Associated with StockX

Show all 5 honors & awards →

## Interests

**Companies**



**NBCUniversal**
1,138,096 followers

⛔ Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

**Hearst Magazines**
148,993 followers

\+ Follow

Show all companies →

Ad · · ·

Tune in to hear David Ellis on the Healthcare Insider podcast.

Chris, find clinical talent on LinkedIn.

Learn more

### More profiles to browse

**Emily Ford, CPSM** · 3rd+
Proposal & BD Professional | Designer | Winner of Work

🔒 Message

**Ted Caine** · 3rd+
Lead Administrator

🔒 Message

**JaKaila Mustafa** · 3rd+
Copywriter at StockX

\+ Follow

🛑 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

🔒 Message

Zach Guerra · 3rd+
Building Cool Stuff

🔒 Message

Show all

### People you may know



**Aurora D. Brown**
Law Office of Aurora D. Brown/GEICO Staff Counsel

➕ Connect

**JJ Lyons**
Creating the technology stack for Evenly Orthodontics using Appian integrated with several OOTB technologies.

➕ Connect

**T. Latrice Carmichael, EMPP**
Government Affairs

➕ Connect

**Chris Pagnani, MD**
Medical Director & Founder at Rittenhouse Psychiatric Associates

➕ Connect



**Donald Metcalf**
The Law Office of Donald Metcalf

🛑 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

**Show all**

**Promoted** ···


**Special Offer: $1/Week**
Get in-depth coverage of the markets, tech and more.


**Flexible online courses**
Complete just one course each month at NU to balance work, life and school.


**Manage your biz, easily**
Manage your sales, inventory, marketing, payments, and more—all on GoDaddy.

| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions |  **Questions?** Visit our Help Center. | Select Language |
| Professional Community Policies | Careers | Marketing Solutions | | English (English) ▼ |
| Privacy & Terms ▼ | Ad Choices | Advertising | ⚙ **Manage your account and privacy** Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | 🛡 **Recommendation transparency** Learn more about Recommended Content. | |

LinkedIn Corporation © 2024