# EXHIBIT 4



 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

## Experience


**Founder**
The Second Friday
May 2021 - Present · 3 yrs 5 mos
New York, New York, United States


**Senior Manager, Marketing**
KICKS CREW · Full-time
Nov 2023 - Aug 2024 · 10 mos
New York, New York, United States


**Performance Marketing Manager**
Stadium Goods · Full-time
Oct 2022 - Nov 2023 · 1 yr 2 mos
New York, New York, United States

◆ Performance Marketing


**StockX**
Full-time · 3 yrs 7 mos

**SEO Manager**
Apr 2022 - Nov 2022 · 8 mos
Detroit, Michigan, United States

**Marketing Coordinator**
Jan 2020 - Apr 2022 · 2 yrs 4 mos
Detroit, Michigan, United States

**Content Intern**
May 2019 - Jan 2020 · 9 mos
Greater Detroit Area


**Producer**
The Row · Contract

9/4/24, 9:56 AM

🛑 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

## Education

**University of Cincinnati**
Minor, Fashion/Apparel Design

**University of Cincinnati Carl H. Lindner College of Business**
Bachelor's degree, Marketing
Grade: Magna Cum Laude

## Skills

Start-up Leadership

Start-up Ventures

Show all 23 skills →

## Languages

English

## Interests

**Companies**   Groups   Newsletters   Schools

**Greater Cincinnati Foundation**
9,849 followers

\+ Follow

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

+ Follow

Show all companies →

## Causes

Arts and Culture • Civil Rights and Social Action • Economic Empowerment • Education • Health • Human Rights

Ad ···
Find qualified candidates for hard-to-fill roles on LinkedIn.



Chris, uncover hidden talent.

Get started

**More profiles to browse**



**Ross Adrian Yip** · 3rd+
Founder and COO at KICKS CREW

 Message



**Johnny Mak** · 3rd+
Cofounder & CEO at KICKS CREW - We're Hiring!

+ Follow

⛔ Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

+ Follow

**Greig Bennett** · 3rd+
Brand Architect

🔒 Message

**Anthony Kan** · 3rd+
Social Media Associate

🔒 Message

Show all

**People you may know**

**Aurora D. Brown**
Law Office of Aurora D. Brown/GEICO Staff Counsel

👤+ Connect

**JJ Lyons**
Creating the technology stack for Evenly Orthodontics using Appian integrated with several OOTB technologies.

👤+ Connect

**T. Latrice Carmichael, EMPP**
Government Affairs

👤+ Connect



⛔ Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

Act now with our Labor Day sale.



**Set up your store, fast.**
Auto-generate product descriptions and sync with marketplaces. Start today.



**Explore 190+ programs**
We're offering $30 Million in New Student Scholarships! WSCUC Accredited.

| About | Accessibility | Talent Solutions | ❓ **Questions?** Visit our Help Center. | Select Language |
|---|---|---|---|---|
| Professional Community Policies | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ▾ | Ad Choices | Advertising | ⚙️ **Manage your account and privacy** Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | 🛡️ **Recommendation transparency** Learn more about Recommended Content. | |

LinkedIn Corporation © 2024