# EXHIBIT 7

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 1

1      HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2                 UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
3

       NIKE, INC.,              :
4               Plaintiff,      :  Case No. 22-cv-983
                                :
5               v.              :
       STOCKX LLC,              :
6               Defendant.      :
       ------------------       :

7
8                  VIDEOTAPE DEPOSITION OF:
9                   BARBARA DELLI CARPINI
10                    NEW YORK, NEW YORK
11                 TUESDAY, JANUARY 10, 2023
12
13
14
15
16
17
18
19
20
21
22
23
24      REPORTED BY:
        SILVIA P. WAGE, CCR, CRR, RPR
25      JOB NO. 5593380

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 2

1        HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2

3

                              January 10, 2023

4                              9:41 a.m.

5              Videotape deposition of BARBARA DELLI

6        CARPINI, held at the offices of DEBEVOISE &

7        PLIMPTON LLP, 919 Third Avenue, New York, New

8        York, pursuant to agreement before SILVIA P.

9        WAGE, a Certified Shorthand Reporter, Certified

10       Realtime Reporter, Registered Professional

11       Reporter, and Notary Public for the States of New

12       Jersey, New York and Pennsylvania.

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 21

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2          Q.  And then, finally, Topic 40, all harm

3    to Nike stemming from Nike's causes of action in

4    this case.

5          Are you prepared to testify on behalf

6    of Nike on that topic today?

7          A.  Yes.

8          Q.  ██████████████████████████████████

     █████████████████████████████████████████████

     ███████████████████████

     ███████      ██████████████████████

     ███████      ███████████████████████████████

     ████████████████████████████████████

     ███████      ████

15         Q.  And my understanding is you're

16    currently employed at Nike, correct?

17         A.  Correct.

18         Q.  And what is your position?

19         A.  I'm the Vice President for global

20    brand protection and digital IP enforcement and I

21    lead the global brand protection team.

22         Q.  Where are you based?

23         A.  I'm based in Italy.

24         Q.  How long have you been in that

25    current position?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 22

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

1

2          A.   Six years.

3          Q.   And how long have you been at Nike?

4          A.   Since 2005.

5          Q.   Okay.  And so why don't you give me a

6     bit of your background at Nike.

7               What other positions have you held

8     there?

9          A.   Yeah.  So I started in 2005 in Nike

10    Italy as brand protection adviser.

11               (Stenographer clarification.)

12          A.   Nike Italy as brand protection

13    advisor.

14               After five years I moved to our

15    European headquarters based in the Netherlands as

16    a brand protection associate Counsel.

17               And after four years, I got promoted

18    to digital IP -- digital brand protection and was

19    leading the global digital effort.

20               And after that I was promoted to ---

21    in 2016 to global brand protection senior

22    director first and then last year to Vice

23    President global brand protection and digital IP

24    enforcement.

25          Q.   Got it.  Thank you.

Page 25

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2         Q.   And as lead of global brands

3    projection, are you head of brand protection?

4         A.   Correct.

5         Q.   And how many people report to you?

6         A.   ████████████████████████████████

     ██████████████████    ████████████████████████

     ████████████████████████████████████████████

     ██████████████████████████████████████████████

     ██████████████████████████████████

11        Q.   ████████████████████████████████████

     ████████

     ████   ████████████

14        Q.   So how many direct reports do you

15   have?

16        A.   ████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████

     ████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████

     ██████████████████████████████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 26

1          HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2          ███████████████████████████████████  And

3          then Joe Pallett who is --

4                    THE STENOGRAPHER:  I'm sorry.  You're

5          a little fast --

6                    THE WITNESS:  Sorry.  I can go

7          slower.

8                    THE STENOGRAPHER:  -- and I'm not

9          familiar with your accent.

10                   THE WITNESS:  You are right.

11                   THE STENOGRAPHER:  I'm so sorry.

12                   THE WITNESS:  You are right.

13                   MS. BANNIGAN:  Just tell us what you

14         need until and so we get it right.

15                   THE STENOGRAPHER:  Well, it's

16         recorded; but resources reporting to me,

17         dedicated to?

18              A.  ██████████████████████████

██   ████████████████   ████████████████████

██   ██████████   ████████████████

██             ██████████████████████████

██        ████████████████████████████

██   ████████████████████████

██             ████████████████████

██             ██████████████████████████



1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2         Q.  And then how about the head of

3    authentication and innovation?

4         A.  Joe Pallett.

5         Q.

24         Q.  When you say, "business partners,"

25    what did you mean by that?

Page 30

1      HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2              A.  No.
3              Q.  Do you understand what I mean by --
4              A.  Yeah.
5              Q.  -- "committee," "working group,"
6      "task force"?
7              A.  Yeah.
8              Q.  None that you can think of?
9              A.  No.
10             Q.  So what's the purpose of fighting
11     counterfeits at Nike?
12             A.  First of all, it's to protect the
13     authenticity of the connection Nike has with its
14     own consumers.  We -- our team, entire team,
15     engages with law enforcement all around the world
16     in order to provide the support when it comes to
17     detentions or detection or seizures of
18     counterfeit products sold or imported or also
19     appearing online.
20             Q.  When you say, "it's to protect the
21     authenticity of the connection Nike has with its
22     own consumers," what do you mean by that,
23     specifically?
24             A.  Making sure that we clean the
25     marketplace as much as possible from counterfeit

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 31

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

```
 1
 2        in order to have consumers facing counterfeit is
 3        less as possible in the marketplace.
 4             Q.   Why is that important?
 5             A.   It's important because counterfeit
 6        misleads consumers because counterfeit is not a
 7        product that Nike manufactures because it's
 8        something that -- it's a crime that is pursued ex
 9        official almost everywhere and we support that
10        kid of enforcement.
11             Q.   Do counterfeits harm Nike's brand?
12             A.   Definitely.
13             Q.   How?
14             A.   From many ways.  Counterfeit can be
15        of bad quality, so harming health and the
16        consumer itself.  It harms our business because
17        think of a person who want to buy a pair of shoes
18        for his son or daughter.  Think of a mom buying a
19        pair of Nike shoes spending a lot of money
20        because counterfeit can be found at a very high
21        price and then being misled and thinking that
22        that's a Nike product.  So that's a harm to our
23        image.  And it's also a financial harm because,
24        obviously, that's a sale that gets away from
25        Nike.
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 32

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

1        Q.   For the example about the mom being

2   misled, how does that harm Nike, specifically?

3        A.   Someone who buys a product convinced

4   to be buying a counterfeit and then finding out

5   later on that it's a counterfeit product

6   believing that the source of that poor quality

7   product, for example, is coming from Nike is

8   definitely harmful to our brand.

9        Q.   I see.

10       So it's harmful to your brand if they

11   don't find out the source because they might

12   think that the Nike product is low quality?

13       A.   Yeah.  It can also be a harmful

14   product based on the (INAUDIBLE.)  It'S going to

15   create a damage to the person who uses such

16   product.

17       Q.   And when you say, there's financial

18   harm to Nike from counterfeits, what do you mean

19   by that, specifically?

20       A.   So there are certain sales of

21   counterfeit that take away sales from Nike,

22   obviously.  And on top of that, you know, the

23   damage that counterfeit create to our brand has

24   also financially impact.


Page 33

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2         Q.   So financial harm, does that assume

3   that the person who purchased the counterfeits

4   could have purchased the shoes from Nike

5   directly?

6         A.   Yeah.

7             MS. DUVDEVANI:   Objection.

8         Q.   ████████████████████████

    ████████████████████████████████████

    ████████████████████████████████

    ████████████████

12            MS. DUVDEVANI:   Objection.

13        A.   ██████████████████████████

    ████████

    ████     █████████████   ██████████████

    █████████████████

    █████████████████████

    █████████████████████████

    ████     ██████████████████████

    ████     ██████████████████████████

    ████     ██████████████████████████

    ████████████████████████████

    ████████   ██████████████████████

    █████████████

25            Q.   What private investigators do you

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY





HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 36

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2    ██████████████████████

█    ███ ██████ ████████████████████

█    ███████████████████████

█    ███ ██████

█    ███ █████████████████

█    ████████████████████████

█    ████

█    ███ █████████████████

█    █████████████████

11        Q.   Who is the head of the gray market

12   team?

13        A.   Chira Pizzol.

14        Q.   And do you have an understanding of

15   what a gray market good is?

16        A.   Yeah.

17        Q.   What is it?

18        A.   It's a product that has been sold

19   outside the Nike network.

20        Q.   Does that mean a product produced or

21   manufactured by Nike that's been sold outside of

22   its authorized distribution?

23        A.   Yeah.

24        Q.   ████████████████████████████████

█    █████████████████

1       HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2                   A.    ████

███      ████    ████████

███      ████    ████████████████████████████

███      ████████████████████████████████████████████

███      ███████████████████████

███      ████    ████████████████████████████████████

███      ████    ██████████████████████████████████

███      ████████████████████████████████████████████

███      ████████████████████████████████████████████████

███      ████████████████████████████████

12              (Stenographer clarification.)

13                  A.    ████████████

███      ████    ██████████████████████████████████████

███      █████████████████████████

███      ████    ████████████████████    ████████████████████

███      ██████████████████████████████████████████████████

███      █████████████████████████

███      ████    ██████████████████████████████████

███      ████    ████████████████████████████████

███      ███████████████████████

███      ████    ██████████████████████████████████

███      ██████████████████████

███      ████    ████████████████

███      ████    ████████████████████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Page 149

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2        A.   No.

3        Q.   Okay.   Are there certain deviations

4    or issues that are within normal quality control

5    bounds that might come up but they don't signify

6    a counterfeit product?

7            MS. DUVDEVANI:   Objection.

8        A.   So our products go through quality

9    controls.   And if they have defect, they are

10   qualified as such.   But those are genuine

11   products.

12       Q.   Okay.

Page 167

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2         Q.   Okay.   What exactly were they looking

3    for from you?

4         A.   ██████████████████████████████

     ████████████

6         Q.   Where or in what context?

7         A.   ██████████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 195

1     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2     manager who has been supporting the entire
3     function with authentication as well.
4          Q.  What is her day-to-day role?
5          A.  She works under Joe Pallett in
6     authentication and innovation as well.  She's
7     based out of our European headquarters, just to
8     clarify.
9          Q.  And where is that based?
10         A.  In the Netherlands.
11         Q.  That's right.  You said that.  Thank
12    you.
13              So, if you look at the first page of
14    this spreadsheet.
15         A.  The page, not the cover you are
16    referring to, right?  There was a cover here.
17         Q.  Yes, yes, I'm looking at the first
18    page of the --
19         A.  Okay.
20         Q.  The first page of the actual
21    spreadsheet.
22         A.  Of the file, okay.
23         Q.  Towards the bottom it looks like
24    ████████████████████████████████████████████
      ██   ████████

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 196

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2         A.   Uh-huh.

3         Q.   ████████████████████████████████

4         A.   Uh-huh.

5         Q.   It looks like the first one is 112

6    and the other one is 113.  I just want to make

7    sure we're on the same line here.

8         A.   112, yes, and 113, yes.

9         Q.   For the shoe at 112, do you know

10   which of any of the asserted trademarks were on

11   this shoe?

12             MS. DUVDEVANI:  Objection.

13        A.   ███████████████████████████████

     ██████████████████████████████

     █████████████████████████████████

     ████████████████████

17        Q.   Okay.  And do you know who actually

18   purchased the shoe?

19        A.   ████████████████████████████

     █   █████████████████████████

     █   ████████████████████████████

     █   █████████████████████

23        Q.   And do you know -- was it Laura Rizza

24   instructing them or somebody from the gray market

25   team?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 239

1          HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2               Q.   Why?

3               A.   Because our legal department asserted

4          they must be infringing.

5                    (There is a discussion off the

6          record.)

7               Q.   Okay.  Are you familiar with the

8          counterfeiting cause of action in this

9          litigation?

10              A.   Yeah.

11              Q.   Has Nike been harmed by the alleged

12         counterfeiting?

13              A.   Yes.

14              Q.   How?

15              A.   ██████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████    ████████████████

████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

24              Q.   How, specifically, has Nike's image

25         been harmed by the sale of the alleged

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 240

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2    counterfeits on StockX's website?
3                MS. DUVDEVANI:  Objection.
4          A.  Nike is always harmed by the sale of
5    counterfeit products.
6          Q.  Can you give me anymore detail?
7                MS. DUVDEVANI:  Objection.
8          A.  I believe I've answered to this
9    question already several times.  So Nike gets
10   harmed by counterfeit being sold in the
11   marketplace because consumers would believe that
12   those are genuine while they could be harming
13   consumers along with taking away sales from Nike
14   as well.
15         Q.  █████████████████████████████████████████
     ████████████████████████████████████████████
     █████████████████████████████████████████████████
     ██████████████████████
19               MS. DUVDEVANI:  Objection.
20         A.  ███████████████
     ██  ███████  ████████████████████████████
     ████████████████████████████████████████████████
     ███████████████████████████████████████
24               MS. DUVDEVANI:  Objection.
25         A.  ████████████████████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 241

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2    ████████████████████████████████████████████

3        Q.  What do you mean by that?  How would

4    you quantify it?

5        A.  Based on the number that is sold you

6    will quantify how much damage has been done to

7    Nike.

8        Q.  So do you have a figure --

9        A.  On top of the financial and the image

10   damage to the brand, reputation damage as well

11   will add up, in my view.

12       Q.  Okay.  So -- but what I want to try

13   to understand right now is the financial damage.

14   ████████████████████████████████

██   ████████████████████████████████████████

██   ████████████████████████

17       MS. DUVDEVANI:  Objection.

18       A.  ████████████████████████

██   ████████████████████  ████████████████

██   ████████████████████████████

██   ████████████████████████████

██       ███  ████████████████

██       ███  ████████

██       ███  ████████████████

25       What is the alleged harm to Nike from



1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2    Nike's false advertising claim?

3        A.

18       Q.   Excuse me, sold on StockX's website.

19            MS. DUVDEVANI:   Objection.

20       Q.   Let me state that more clearly.

21

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 247

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2    conduct or existence?

3              MS. DUVDEVANI:  Objection.

4         A.  Can you repeat the question please?

5         Q.  Sure.

11        Q.  Not that you're aware of?

12        A.  I don't know.

13        Q.  Who would know?

14        A.  I guess the business team.

15        Q.  Who?

16        A.  People who looks after the digital

17   sales.

18        Q.  Who, who would that be?

19        A.  I don't know on the top of my mind.

20        Q.

Page 248

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2    ███████████████████████████████

▮    ███████████████████████████

▮    ██████████████

5              MS. DUVDEVANI:  Objection.

6         A.  █████████████

▮    ▮  ████████████████████

▮    ▮  █████████████

9         Q.  Have you ever purchased any shoes on

10   StockX?

11        A.  No.

12        Q.  ██████████████████████

▮    █████████████████████████████

▮    ███████████████████████████████████

▮         █████████████  ██████████

▮    ▮  ████████████████████

▮    ▮  ██████

▮         ████████████████████

▮    ███████████████████████████████

▮    ███████████████████████████████████

▮         █████████████  ██████████

▮    ▮  █████████

23             MS. BANNIGAN:  Let's take a five to

24   ten-minute break and I'll see how much more I

25   have left.



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 261

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2         A.  To those IP infringements, I rely on

3    the lawyers here who made the determination, as I

4    haven't.  I believe I've said that before.

5         Q.  Okay.

9         Q.  Okay.  Now, going back to the

10   counterfeiting and the false advertising claims.

11   I think you mentioned two categories,

12   reputational harm and financial harm, correct?

13        A.  Correct.

14        Q.

Page 262

1          HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2          ▮▮▮▮▮

3                    MS. DUVDEVANI:  Objection.

4          A.   ▮▮▮▮▮

           ▮    ▮   ▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           ▮        ▮▮▮▮▮▮▮  ▮▮▮▮▮

           ▮    ▮   ▮▮▮▮▮

14         Q.   Okay.  ▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮

17                   MS. DUVDEVANI:  Objection.

18         A.   Repeat the question please.

19         Q.   Okay.  ▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮

22                   MS. DUVDEVANI:  Objection.

23         A.   ▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           ▮   ▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

1     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2     ███████████████████████████████████████

      ████████████████████████████████████████████

      ████████████████████████████████████████████

      ████████

6          Q.   Okay.   So your answer is the same as

7     before, correct?

8          A.   Yeah.

9          Q.   ████████████████████████████████████

      ████████████████████████████████████████

      ██████████████████████████████████████████████

      ████████████   ██████████████████

13         MS. DUVDEVANI:   Objection.

14         A.   The sale of counterfeit always harm

15    Nike.   I believe I've said this several times.

16         Q.   ██████████████████████████████████

      ████████   ██████████████████████████████

      ███████████████████████

19         MS. DUVDEVANI:   Objection.

20         A.   ████████████████████████████████████

      ████████████████████████████████████████████

      ██████████████████████████████

      ███   ███████   ████████████████

      ███   █████████████████████

      ████████████████████████████████████████████

Page 264

1       HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2       ███████████████████████████████████

        ████████████████████████

        ████   ████████████████████████████████

        ███████████████████████████████████

        ██████

7               MS. DUVDEVANI:  Objection.

8               A.  ███████████████████████████

        ████████████████

10              Q.  If a buyer purchases a counterfeit

11      shoe from StockX's website and believes that it's

12      an authentic Nike shoe, does that harm Nike?

13              MS. DUVDEVANI:  Objection.

14              A.  Yes, it does.

15              Q.  █████

        ████   ████████████████████████████████████

        ███████████████████████████████

        ████   ████████████████████████

        ██████████████████████████

        ████   ██████████

21              MS. DUVDEVANI:  Objection.

22              THE WITNESS:  Sorry.

23              Q.  Is that correct?

24              A.  Also, correct.

25              Q.  ███████████████████████████████

```
 1        HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
 2        ██████████████████████
 3              MS. DUVDEVANI:  Objection.
 4          Q. ████████████████████████████
 █        ██████████████████████████████████
 █          ███ ██████████████████████████████
 █        ████████████████████████████  ██████████
 █        ██████
 █          ███ ██████████████████████████████
 █        ███████████████████████████████████████████
 █        ██████████████████████████
 █          ███ ████████████████████
13          Q.  Okay.
14              (Stenographer clarification.)
15          A.  ██████████████
16          Q.  How are you measuring the harm to
17        Nike based on the false advertising?
18              MS. DUVDEVANI:  Objection.
19          A.  I will defer to our lawyers'
20        determination on that.
21          Q.  Okay.  Does Nike believe that
22        StockX's advertising claims increase the number
23        of transactions on StockX's website?
24              MS. DUVDEVANI:  Objection.
25          A.  Please repeat the question.  I didn't
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

```
 1        HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
 2             Q.   You're aware that StockX has made
 3        that claim?
 4             A.   Yeah.
 5             Q.   How has Nike been harmed by StockX's
 6        advertising "100 percent verified authentic"?
 7                  MS. DUVDEVANI:  Objection.
 8             A. ███████████████████████████████████
   ██████████   ████████████████████████████
   ████████████████████████████████████████████
   ██████████████████████████████████████████████████
   ████████████████████████████████████████████
   ███████████████████████████████████████████████
   ██████████████
15             Q.   Okay. ████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████████████
   ██████████████████████████████████████
   ████████████████████████████
20                  MS. DUVDEVANI:  Objection.
21             A.   I will defer to what the Counsels
22        have brought forward with the complaint.
23             Q.   So, as you sit here today, ██████████
   ███████████████████████████████████████████████
   ████████████████████████████████████████████████
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 271

1    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

2    ████████████████████████████████

3              MS. DUVDEVANI:  Objection.

4         A.   ██████

5              MS. BANNIGAN:  Okay.  Let's take five

6    minutes.  I might be done.

7              MS. DUVDEVANI:  Okay.

8              THE VIDEOGRAPHER:  The time is

9    4:50 p.m. and we're going off the record.

10              (Recess taken 4:52 to 4:59 p.m.)

11              THE VIDEOGRAPHER:  The time is

12    4:58 p.m. and we're back on the record.

13              MS. BANNIGAN:  I have no further

14    questions.

15              We do object to the witness's

16    preparation for several of the 30(b)(6) topics,

17    which we can discuss going forward.

18              Is there any redirect?

19              MS. DUVDEVANI:  There is redirect.

20    EXAMINATION BY MS. DUVDEVANI:

21         Q.   Okay.  If we can go back to, I think,

22    it's Exhibit No. 1.

23              MS. BANNIGAN:  The 30(b)(6) notice?

24              MS. DUVDEVANI:  Yes.

25         A.   Alright.