# EXHIBIT 8

HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

    Plaintiff,

 v.                    No. 1:22-CV-00983-VEC

STOCKX LLC,

    Defendant.

VIDEOTAPED DEPOSITION OF LAURA RIZZA

Taken in behalf of the Defendant

February 1, 2023

*** HIGHLY CONFIDENTIAL ***

HIGHLY CONFIDENTIAL

Page 2

1    BE IT REMEMBERED THAT pursuant to Federal
2    Rules of Civil Procedure, the deposition of LAURA
3    RIZZA was taken before Julie A. Walter, CSR No.
4    90-0173 on February 1, 2023, commencing at the hour
5    of 9:42 a.m., the proceedings being reported in the
6    law offices of Stoel Rives, 760 SW Ninth Avenue,
7    Suite 3000, Portland, Oregon.
8                    *   *   *
9                 APPEARANCES
10   DLA PIPER
11     Mr. Marc Miller
12     1251 Avenue of the Americas
13     New York, New York 10020
14     Counsel for the Plaintiff
15
16   DEBEVOISE & PLIMPTON LLP
17    Mr. Christopher Ford
18       650 California Street
19       San Francisco, California 94108
20    Ms. Mai-Lee Picard
21       919 Third Avenue
22       New York, New York 10022
23       Counsel for the Defendant
24
25

1     THE WITNESS:  How do you mean?
2  Q.  BY MR. FORD: ███████████████████
   ███████████████████
   ███████████████████
   ███████████
6     MR. MILLER:  Objection.
7     THE WITNESS: ███████████████████
   ███████████████
9  Q.  BY MR. FORD:  Like what?
10 A.  ███████████████████
   ███████████████████
   ███████████████████
   ███████████████████
   ███████
   ███████████████████
   ███████████████████
   ███████████████████
   ███████████  Is that right?
19    MR. MILLER:  Objection.
20    THE WITNESS:  It really depended on the
21 circumstance.  I don't really feel comfortable
22 generalizing.
23 Q.  BY MR. FORD: ███████████████
   ███████████████
25    MR. MILLER:  Objection.

Case 1:22-cv-00983-VEC Document 304-1 Filed 09/06/24 Page 5 of 17
Case 1:22-cv-00983-VEC Document 274-81 Filed 09/05/24 Page 55 of 177

HIGHLY CONFIDENTIAL

Page 26

```
1            THE WITNESS:  Not really.
2     Q.  BY MR. FORD:  So that's what I'm trying to
3     understand is is it the case that it was -- ▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8            MR. MILLER:  Objection to form.
9            THE WITNESS:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12    Q.  BY MR. FORD:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15    A.  Not specifically.
16    Q.  But generally?
17           MR. MILLER:  Objection.
18           THE WITNESS:  I'm not sure.
19    Q.  BY MR. FORD:  Okay.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      ▓▓▓▓▓▓▓▓▓▓▓▓▓
25           MR. MILLER:  Objection to form.
```

```
 1        and start again.
 2        [REDACTED]
          [REDACTED]
          [REDACTED]
          [REDACTED]
 6             MR. MILLER:  Objection.
 7             THE WITNESS:  Yes.
 8   Q.   BY MR. FORD:  Who else?
 9   A.   [REDACTED]
          [REDACTED]
11   Q.   And who is -- who is Ms. -- well, maybe we can
12        spell that for the reporter.  I think I know the
13        spelling.
14   A.   Yeah, it's Marie-Ange, hyphenated, A-N-G-E, and
15        it's B-O-Y-E-R.
16   Q.   And who is Ms. Boyer?
17   A.   She is a member of NIKE's brand protection team,
18        and I'm not sure what her title was at that time or
19        what it is now.
20   Q.   [REDACTED]
          [REDACTED]
22             MR. MILLER:  Objection.
23             THE WITNESS:  [REDACTED]
          [REDACTED]
          [REDACTED]
```

HIGHLY CONFIDENTIAL

Page 114

```
1    Q.   BY MR. FORD:  ████████████████████
     ██████████████████████████████████████
3         MR. MILLER:  Objection.
4         THE WITNESS:  ███████████████████
     ██████████████████████████████████
     ██████████████
7    Q.   BY MR. FORD:  ████████████████████
     ████████████████████████
9         MR. MILLER:  Objection.
10        THE WITNESS:  ██████████████████
████████████████████████████████████████████
█████████████████████
13   Q.   BY MR. FORD:  I see.  █████████████
     ███████████████████████████████████████
     ███████████████████████████████████████
     █████████████████████  Is that --
17   A.   I wouldn't say that.
18        MR. MILLER:  Hold on.
19        Objection.
20   Q.   BY MR. FORD:  ████████████████████
     ██████████████████████
22        MR. MILLER:  Objection.
23        THE WITNESS:  ██████████████████
████████████████████████████████████████████
     ████████████████
```

HIGHLY CONFIDENTIAL

Page 171

1  Q.  Okay. And what did you do upon arriving to the
2      address? I assume that this is the address where
3      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  A.  Yes, that's correct.
5  Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1        THE WITNESS:  I don't remember.

2    Q.   BY MR. FORD: ██████████████████████

HIGHLY CONFIDENTIAL

Page 173

1   A.   Yes.

2   Q.   When was that?

3   A.   If memory serves, I believe it was in July.

4   Q.   █████████████████████████████

█          █████

█   █   ████  ████████████████████████

█          █████████████

█   █   ████████████

█   █   ██

█   █   ███  ████████████████████████

█          ████

█   █   ███

█   █   ████████████████████████████

█          █████████████████████████

█          █████████████████████████████

█          █████████████████████████████

█          █████████████████████████████

█          █████████████

█   █   █████████████████████████████

█          ██████████████████████████████

█          ████████████████████

█   █   ████████████████████████████

█          ██████████████

24   A.   At that time we were moving pretty quickly, so the

25          products that were flagged as counterfeit were set

[Page content redacted]

[Page contents redacted]

HIGHLY CONFIDENTIAL

Page 176

1  A. Yeah, I believe that's correct.

2  Q. █████████████████████████████

███ ██ ████████████████████████████████████

███ ██ ██████████████████████████████

███ ██ █████████████████████████████

███ ██ ██ ████████████████████████████

███ ██ ██ ██████████████████████████████

███ ██ ██████████████████████████████

███ ██ ████████████████████ █████████████

███ ██ ████████████████████████

███ ██ ██ ██████████████████████████████

███ ██ ██ ██████████████████████████████

███ ██ ██████████████████████████████

███ ██ ████████████████████████████

███ ██ ████████████████████████

███ ██ ██ ██████████████

███ ██ ██████████████████████████

███ ██ ████████████████████████

███ ██ ██ ████████████████████████████████

███ ██ ██████████████████████████████

███ ██ ████████████████████████████ ██████

███ ██ ██████████████████████████ ██████████

███ ██ ████████████████████████ ██████

███ ██ ██████████████████████████████████

███ ██ ██████████████████████████████████

HIGHLY CONFIDENTIAL

Page 177

1 ████████████████████████████████████████
█ █ ████████████████████████████████
█ ████████████████████████████████████████
█ █ ████████████████████████████████████
█ ████████████████████████████████████████
█ ██████████████████████████████████
█ ████████████████████████████████████████
█ ████
█ █ ████████████████████████████████████
█ ██████████████████████████████████
█ ████████████████████████████████████
█ ████████████
█ █ ████████████████████████████████
█ ████████████████████████████████████████
█ ██████████████████████████████████████
█ ████████ ████████████████████████
█ ████████████
█ ██████████ ████████
█ ██████████ ██████████████
█ ██████████████████
█ █ ██████████████ ████████████████
█ ██████████████████████████████
█ ██████████████████████████
█ ████████████
█ █ ██████████████████████████

HIGHLY CONFIDENTIAL

Page 183

1   Q.   BY MR. FORD: Sure. I know it was a long question.
2        Do these two pages that are titled "Identified
3        May 27th, 2022," pairs 1 through 15 set out all of
4        the counterfeit or allegedly counterfeit product
5        that you identified -- sorry, NIKE product that you
6        identified during your May 27th, 2022, visit to the
7        ████████████████████?
8        MR. MILLER: Objection to form.
9        THE WITNESS: Yes.
10  Q.   BY MR. FORD: If you look at this, there are
11       columns from the Excel spreadsheet. ████████████
    ████████████████████████████████████████████████████
    ████████████████████████████████████████████████████
    ████████████████████████
15       Why were there columns specifically for "StockX
16       Tag" and "StockX Receipt" in this spreadsheet?
17  A.   I was trying to document what was in the boxes.
18  Q.   For the items where there is a no under StockX
19       receipt, does that mean there was no receipt of any
20       kind in the boxes or just that there was no StockX
21       receipt in the boxes?
22  A.   There was no receipt of any kind.
23  Q.   Other than the items that are photographed here,
24       was there anything in these boxes of any kind, or
25       is this a complete documentation of what you saw in

HIGHLY CONFIDENTIAL

Page 184

1       these product boxes?
2 A.  I did my best to do a complete documentation of
3       what I found in the boxes.
4 Q.  So if we look at the Pair 1, ████████████████
      ████████████████████████████████████████████
      ████████████████████.
7 A.  Right.
8 Q.  Was that your determination?
9 A.  ████████████████████████████████████████
      ████████████████████████████████████████████
      ████████████████████████████████████████████
      ████████████████████████████████
      ████████████████████████████
14 A.  I don't --
15       MR. MILLER: Objection.
16       THE WITNESS: ████████████████████████
      ████████████████████████
18 Q.  BY MR. FORD: Okay. ████████████████████████
      ████████████████ ████████████████████████
      ████ ████████████████████
      █ ████████████████████████████████████████████
      ████ ████████████████████████████████████████
      ████████████████████████████████████████████
      █ ████████████████████████████████████████████
      ████████████████████

1   ███████████████████████████████████

2   Q.  And did you take -- did you take all of these

3       photographs?

4   A.  I did, yes.

5   Q.  ███████████████████████████████████████████████

    ████████

    ▪ ████████████████

    ▪ ████████████████

9   A.  Yes.

10  Q.  Okay.  So does this, these 48 pairs, reflect all of

11      the counterfeit or allegedly counterfeit NIKE

12      product that you identified during the July 22nd,

13      2022, ████████████████████?

14          MR. MILLER:  Objection.

15          THE WITNESS:  That's correct.

16  Q.  BY MR. FORD:  Okay.  So for all of these products,

17      both the ones from ███████████████████████████████

    ███████████████████████████████████████████████

    ███████████████████████████████████████████████████

    ███████████████████████████████████████████████████████

    ██████████████████████████████████

22          MR. MILLER:  Objection.

23          THE WITNESS:  ██ ████████████████████████████

    ███████████████████████

25  Q.  BY MR. FORD:  To your knowledge, did anyone else at