# EXHIBIT 9

Page 1

1

2    UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF NEW YORK

3    Case No. 1:22-cv-00983-VEC

     -----------------------------------------x

4    NIKE, INC.,

5                          Plaintiff,

6            - against -

7    STOCKX LLC,

8                          Defendant.

9    -----------------------------------------x

10                       February 8, 2023

                         9:48 a.m.

11

12

13        VIDEOTAPED DEPOSITION of JOE PALLETT,

14   located at Debevoise & Plimpton LLC, 66

15   Hudson Boulevard, New York, New York 10001,

16   before Anthony Giarro, a Registered

17   Professional Reporter, a Certified Realtime

18   Reporter and a Notary Public of the State

19   of New York.

20

21

22

23

24

25

```
 1
 2      A P P E A R A N C E S :
 3
 4
 5      DLA PIPER LLP
         Attorneys for Plaintiff
 6       1251 Avenue of the Americas
         New York, New York 10020
 7       212.335.4964
 8      BY:  TAMAR DUVDEVANI, ESQ.
              MARC MILLER, ESQ.
 9            tamar.duvdevani@dlapiper.com
              marc.miller@dlapiper.com
10
11
        DEBEVOISE & PLIMPTON LLP
12       Attorneys for Defendant
         919 Third Avenue
13       New York, New York  10022
14      BY:  MEGAN K. BANNIGAN, ESQ.
              MAI-LEE PICARD, ESQ.
15            mkbannigan@debevoise.com
              mpicard@debevoise.com
16
17
        DEBEVOISE & PLIMPTON LLP
18       Attorneys for Defendant
         650 California Street
19       San Francisco, California 94108
20      BY:  CHRISTOPHER FORD, ESQ.
              csford@debevoise.com
21
22      ALSO PRESENT:
23              ANTON EVANGELISTA, Videographer
                KIMBERLY VAN VOORHIS, ESQ., Nike
24
25
```

Page 16

JOE PALLETT



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 17



18      Q         Let's flip to Topic 31, same

19  document.

20              Before I ask you about 31,

21  did you do anything specifically to

22  prepare to testify on behalf of Nike on

23  the Topic 23 that we were just speaking

24  about?

25      A         We reviewed it and discussed

1          JOE PALLETT

2

3

4

5

6

7          Q          Were those in e-mails or

8     other types of documents?

9          A          E-mails.  And there was a

10    spreadsheet produced

11

12         Q          Was the spreadsheet the

13    preliminary findings documents that you

14    mentioned?

15         A          Yes.

16         Q          Were you on the e-mails

17    with -- was it --

18         A          Mary.

19         Q          Were you on the e-mails with

20    Mary Ange?

21         A          Yes.

22         Q          And what did those documents

23    refresh your recollection as to?

24

25

Page 25



JOE PALLETT

A     Through an e-mail.

Q     And who is Mary Ange exactly?

A     She's a member of the brand protection team that reports to me.

Q     Where is she based?

A     At our European headquarters in the Netherlands.

```
 1                    JOE PALLETT
 2        A        Two years.
 3        Q        Until about 2015?
 4        A        Yeah.
 5        Q        And then what did you do
 6    from there?
 7        A        Following a series of
 8    stretch assignments, I joined the brand
 9    protection team.
10        Q        What do you mean by a series
11    of stretch assignments?
12        A        Stretch assignments are
13    something that exist at Nike that allow
14    employees to spend a certain amount of
15    their workweek working outside of their
16    primary job to explore other options
17    within the company.
18        Q        So did you do stretch
19    assignments within brand protection?
20        A        Yes.
21        Q        And that led to being hired
22    full-time by brand protection?
23        A        Yes.
24        Q        Do you recall when you
25    started working full-time for brand
```

Page 39

1                          JOE PALLETT

2        protection?

3              A          2015.

4              Q          What was your position when

5        you first started in brand protection?

6              A          Initially operations and

7        reporting manager.

8

9

10

11

12

13

14

15

16

17              Q          How long did you hold that

18        role for?

19              A          I think about two years.

20

21

22

23

24

25              Q          So what were your primary

Page 44

1                          JOE PALLETT

2

3        Q          You said your title changed.

4                   What is your title today?

5        A          Director of authentication

6   and innovation.

7        Q          And how has your role

8   changed?

Page 92



1                    **JOE PALLETT**

11    A        Sure.

12            MS. DUVDEVANI:   Objection.

1                    JOE PALLETT

2       Q        Do you recognize this

3    document?

4       A        I do.

5       Q        What is this document?

6       A        It's a one-page document

7    broadly describing the background,

8    objectives, what potential next steps

9    there are, challenges, individuals

10   involved in a project that ███████████

11   ██████████████████████████████████████

12   ██████████████████████████████████████

13      Q        Were you involved in this

14   project at all?

15      A        I was.

16      Q        What was your role?

17   ██████████████████████████████████████

18   ██████████████████████████████████████

19   ██████████████████████████████████████

20   ██████████████████████████████████████

21   ██████████████████████████████████████

22      Q        So the project was called

23   the ███████ Project?

24      A        Yes.

25      Q        Broadly speaking, what was

Page 132

2    the ████████ Project?

7        Q        What was the purpose of the

8    ████████ Project?

9        A        So I wasn't involved in

10   developing the purpose of it. ████████

14       Q        Valiant Labs, what exactly

15   is that?

16       A        It's an odd group that

17   exists at Nike that is given -- given

18   some freedom to explore new business

19   concepts.

20       Q        Does the group still exist

21   today?

22       A        I don't know.

23       Q        Have you done any other

24   projects with the group, other than

25   ████████

Page 134



Page 135

JOE PALLETT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 143

JOE PALLETT



Page 144

1                    JOE PALLETT

2

3              How would you describe it?

13        Q        Any other concerns about the

14        Project?

15        A        Not from my perspective, no.

16        Q        Looking at this document

17   that's in front of you --

18        A        Yes.

19        Q        -- towards the top, there's

20   an orange heading that says "Objectives

21   and Outcomes."

22              Do you see that?

23        A        Yes.

24        Q        And there's some boxes

25   underneath.

Page 165

1                    **JOE PALLETT**



11              MS. DUVDEVANI:   Objection.

12        Q        Do you agree with that?

JOE PALLETT



Page 167

JOE PALLETT



Page 168

1                          J O E   P A L L E T T


Page 169



1                    J O E   P A L L E T T



JOE PALLETT



Q        Got it.

Page 172

JOE PALLETT



MS. DUVDEVANI:    Objection.

```
 1                    JOE PALLETT
 2   she's referring to.  But she could have
 3   purchased intentionally, a counterfeit
 4   product.
 5        Q        Have you heard the term
 6   fakes factory before?
 7        A        I mean I'm assuming I read
 8   this e-mail.  But we don't commonly use
 9   that term.
10        Q        The last sentence in that
11   paragraph says, "They also let us know
12   this product came to them with a fake
13   StockX tag on it as well.  So it's a
14   double whammy."
15                 Have you heard of fake
16   StockX tags appearing before?
17        A        Yes.
18        Q        In what context?
19
20
21
22        Q        Can you be more specific?
23
24
25
```

Page 182

JOE PALLETT

```
 1
 2   ████████████  ██  ████████████      And they
 3   have StockX tags, the little green tags
 4   attached to them.
 5          Q        That are fake?
 6          A        We believe that they're
 7   fake.  We have no way of verifying that.
 8          Q        What's your basis for
 9   believing that they're fake?
10          A        They're attached to
11   counterfeit shoes.
12          Q        Anything else?
13          A        No.
14          Q        If you go to the next e-mail
15   in time from Vic Lortz --
16          A        This is on page 498 that
17   ends in 498?
18          Q        No.  Sorry.  496.  We're
19   going the other way.
20          A        Yeah.
21   ████████████████████████████████████
22   ████████████████████████████████████
23   ████████████████████████████████████
24   ████████████████████████████████████
25   ████████████████████████████████████
```

1                  JOE PALLETT

2   to me.

3       Q       What did you do with them

4   once you received them?

5             MS. DUVDEVANI:  Objection.

6       A       I inspected them myself and

7   then stored them in the brand protection

8   evidence locker.

9       Q       How did you inspect them?

1              JOE PALLETT

2              MS. DUVDEVANI:  If you're

3    about to state -- I'm going to direct

4    you not to make any statements about

5    what you discussed with counsel for

6    Nike.

7              THE WITNESS:  Okay.

8

9

10

11

12

13

14

15              MS. DUVDEVANI:  I'm going to

16    object and instruct the witness not

17    to answer on the basis of

18    attorney-client privilege.

19

20

21

22

23

24

25

Page 279



    Q        And what did you learn at
that meeting?

                MS. DUVDEVANI:   Again, just

    A        Four.

Page 280

JOE PALLETT



Page 281

1                    JOE PALLETT

13              Then what did you do with

14   the shoes?

15       A       Locked them in the evidence

16   locker.

17       Q       Have you looked at them

18   since?

19       A       They were removed from the

20   evidence locker, so that we could take

21   photographs of them.

22       Q       Anything else?

23       A       No.

24               MS. BANNIGAN:  We're going

25       to mark as Exhibit 13, a document

Page 299



14       Q       Do you recall anything else
15    you did with the shoe?
16       A       Put it in the storage
17    locker.
18       Q       It's in the storage locker
19    now with the other ones?
20       A       Yes.
21       Q       For all of these -- how many
22    of them -- is it four total or five
23    total?
24       A       Four.
25       Q

Page 300



15   MS. DUVDEVANI:   Objection.

1

2

3

4

5

6

7               MS. DUVDEVANI:  Objection.

8      A     I'm sorry.  Could you try

9  that one again?

10     Q     Sure.

11           So other than this

12  investigation that we're talking about --

13  withdrawn that.

14

15

16

17

18

19

20

21     Q     I believe that you're

22  familiar with Roy Kim?

23     A     Yes.

24     Q     Who is Roy Kim?

25     A     Roy Kim is a shoe collector

Page 307

1                    JOE PALLETT

2

3

4

5

6        Q         You said that Mr. Kim is a

7    shoe collector and trader from San Diego.

8                  What do you mean by that?

9        A         He collects shoes.

10       Q         Do you know anything else

11   about his background with respect to

12   collecting shoes?

13       A         No.

14       Q         Did you ask him anything

15   about his shoe collection?

16       A         No.

17       Q         Did you ever meet Mr. Kim?

18       A         Briefly, yes.

19       Q         And what were the

20   circumstances in which you met Mr. Kim?

21       A         He invited us to his house

22   to inspect a product that he was

23   suspicious was counterfeit.

24       Q         Did you go to his house?

25       A         Yes.

JOE PALLETT



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



JOE PALLETT

Page 310

JOE PALLETT



Page 311

JOE PALLETT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 312

1                    **JOE PALLETT**

▐███████████████████████████████████

6          Q          Did you have any
7     conversations with Mr. Kim while you were
8     there?
9          A          No.  He offered me something
10    to drink.  That was about it.
11         Q          Did he -- was he -- so you
12    did this outside on his back porch?
13         A          Yeah.  I got a bad sunburn.
14         Q          Was he outside while you
15    were doing it?
16         A          No.
17         Q          Did he come out at all while
18    you were doing it?
19         A          He came out to see how
20    things were going.
21         Q          Did he ask whether you were
22    finding counterfeits?
23         A          He didn't ask me.
24         Q          Did you give him any
25    information about your results?

Page 313

1                    JOE PALLETT

2          A        At the end, I confirmed that

3     four of the pairs that he was suspicious

4     were authentic.

5          Q        Did you give him that

6     information?

7          A        Yes.

8          Q        Did you tell him which

9     pairs?

10         A        Yes.

11         Q        Did you tell him anything

12    else?

13         A        Not that I can recall.

14

15

16

17

18

19

20

21

22

23

24

25

1                          JOE PALLETT

2

3

4

5

6

7        Q        Did anyone go with you to

8   Roy Kim's house?

9        A        Yes.

10        Q        Who?

11        A        An attorney named Melissa.

12        Q        Melissa who?

13        A        I don't remember her last

14   name.

15        Q        She was an attorney from

16   Nike?

17        A        No.

18                 MS. DUVDEVANI:  Melissa

19        Reinckens.

20                 MS. BANNIGAN:  From DLA?

21                 MS. DUVDEVANI:  Correct.

22        Q        And what did Melissa do

23   while you were there?

24        A        She sat by the shoes and let

25   me do my work.

```
 1                     JOE PALLETT
 2        Q         Did she inspect the shoes at
 3    all?
 4        A         No.
 5        Q         Were any of the shoes in
 6    Mr. Kim's possession missing a StockX tag
 7    or a receipt?
 8        A         Yes.
 9        Q         And were you able to
10    conclude -- in that scenario, how was
11    Nike able to conclude that the shoes were
12    sold by StockX?
13        A         I don't know.
14                  MS. DUVDEVANI:  Objection.
15        Q         Is Nike able to conclude
16    that those shoes were sold by StockX?
17                  MS. DUVDEVANI:  Objection.
18        A         I don't know.
19                  MS. BANNIGAN:  We're going
20        to mark this as Exhibit 15.
21                  (The above-referred-to
22        document was marked as Exhibit 15 for
23        identification, as of this date.)
24                  MS. DUVDEVANI:  Any idea
25        approximately how much longer we're
```

```
 1                    JOE PALLETT
 2      going today?
 3                MS. BANNIGAN:  I think we
 4      have less than an hour left.  So less
 5      than an hour.
 6                MS. DUVDEVANI:  Okay.
 7      Q        This is a chart with the
 8   beginning Bates Stamp NIKE0029087.  Given
 9   the size we printed it, you can't see the
10   Bates Stamp on the document.  But that
11   was the Bates Stamp it was produced with
12   by Nike.
13                You recognize this chart?
14      A        Yes.
15      Q        Did you make it?
16      A        Yes.
17      Q        When did you make it?
18      A        After visiting Roy Kim.
19      Q        Why did you make this chart?
20      A        To document the findings
21   that I made after inspecting Roy Kim's
22   shoes.
23      Q        And does this chart
24   accurately reflect your findings?
25      A        Yes.
```