# EXHIBIT 16

Page Vault

| | |
|---|---|
| Document title: | Why Nike's Quality Control Is Suddenly Under Scrutiny \| Gear Patrol |
| Capture URL: | https://www.gearpatrol.com/style/shoes-boots/a43364644/nike-quality-control-stockx-fakes/ |
| Page loaded at (UTC): | Tue, 27 Aug 2024 20:29:23 GMT |
| Capture timestamp (UTC): | Tue, 27 Aug 2024 20:30:37 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 7 |
| Capture ID: | 4KuBBvdL4wKCxqnjHcSBkn |
| User: | dchekhov |



**Good Clean Done**

Keep your job site cleaner and safer than ever with tough cleaning brands from The Home Depot.

SPONSORED BY THE HOME DEPOT

LEARN MORE

Home / Footwear / How-To's & Explainers

# Why Nike's Quality Control Is Suddenly Under Scrutiny

**Problems with the Air Jordan 3 'White Cement' Reimagined keep cropping up as Nike fights a legal battle against high-quality counterfeits.**




@jcollector2323



**By Evan Malachosky**

Published March 20, 2023   ·   Updated April 19, 2023

Published March 28, 2023 • Updated April 19, 2023

Has Nike's quality control gotten worse? There's certainly a big uptick of anecdotal reports pointing out botched products. A bevy of recent Tweets call out mismatched logos, missing (or bolded) patterns, misshapen heels and more.



THIS WEEK IN GEAR
**The Four Best Cars in the World**
GEAR PATROL

Most of them cite the recently released Air Jordan 3 'White Cement' Reimagined, a popular reissue and shoo-in for sneaker of the year. And while it may make some sneakerheads's year-end lists, the $229 shoe has been a disappointment for many. Anecdotes about the popular Panda Dunk are a dime a dozen, too, from unfinished stitches to missing parts.

@Nike @Jumpman23 what the hell is going on? Quality control needs to be checked. pic.twitter.com/Lb2qwz8ehi

— Ansar M (@BigKid_MadCity) March 17, 2023

Double logo factory-flawed "White Cement" AJ3 👀🔥 pic.twitter.com/kenIaHwqfL

— Nice Kicks (@nicekicks) March 13, 2023

All of this comes as Nike wages a legal war against sneaker resale site StockX, which Nike says has sold over 100 fake Nike sneakers — 38 of them in a single purchase to a reseller. But StockX says the shoes passed authentication checks Nike itself approved. The implication?

Document title: Why Nike&#39;s Quality Control Is Suddenly Under Scrutiny | Gear Patrol
Capture URL: https://www.gearpatrol.com/style/shoes-boots/a43364644/nike-quality-control-stockx-fakes/
Capture timestamp (UTC): Tue, 27 Aug 2024 20:30:37 GMT

All of this comes as <u>Nike wages a legal war against resale site StockX</u>, which Nike says has sold over 100 fake Nike sneakers — 38 of them in a single purchase to a reseller. But StockX says the shoes passed authentication checks Nike itself approved. The implication? Fakes are eclipsing the genuine item in quality.

Canadian sneaker program the <u>Sockjig Sneaker Podcast</u> has been in touch with the reseller who purchased the 38 fake pairs that passed StockX's Nike-approved authenticity checks. The shoes, Air Jordan 1s in the University Blue, Mocha, and Hyper Royal Jordan colorways, had been purchased at an all-time low price. Why? "Very good quality fakes [flooded] the market in summer of 2022, which is why the market had dipped on them," <u>Sockjig explains</u>. The reseller has since returned the fakes to StockX for a full refund, but not before Nike came by to inspect them.

StockX, for its part, has responded, emphasizing its commitment to customer satisfaction.



PENDLETON WHISKY

IT'S NOT JUST POURED, IT'S EARNED

EXPLORE NOW

"We take customer protection extremely seriously, and we've invested millions to fight the proliferation of counterfeit products that virtually every global marketplace faces today," <u>StockX said in a statement</u>. "Nike's latest filing is not only baseless but also is curious given that their own brand protection team has communicated confidence in our authentication program, and that hundreds of Nike employees – including current senior executives – use StockX to buy and sell products."

Nike has declined to comment publicly, preferring to settle its issues with StockX in court. In terms of shoes with quality control issues, Nike is accepting returns of affected pairs, as always, and cannot guarantee a

Nike has declined to comment publicly, preferring to settle its issues with StockX in court. In terms of shoes with quality control issues, Nike is accepting returns of affected pairs, as always, and cannot guarantee a one-for-one swap for a pair without problems.

StockX pledged a similar commitment. "While we can't comment on pending litigation, we are confident in our legal defenses and have continuously supplied appropriate information in a timely manner," StockX tells *Gear Patrol.* "We stand by our verification process as one of the first and best in the industry, and in 2022 alone, rejected more than 330K products worth nearly $100M."

"StockX also has a Buyer Promise in place, which is central to our mission of offering a safe and secure marketplace for both buyers and sellers. If we make a mistake and incorrectly verify an item, we're committed to making it right for our customers."

We'll update this story as the lawsuit unfolds, and more information about the alleged quality control issues inevitably surface.

---

### Read More


Nike and Tiffany's Sneaker Collab: Everything You Should Know


Action Bronson's New Balance Collab: Everything You Need to Know


The Best New Clothing, Footwear and Style Accessories of 2023 (So Far)



CZ SMART
LIVE SMART. LOOK SMART.
CITIZEN    CZ SMART    Shop Now

Nike has declined to comment publicly, preferring to settle its issues with StockX in court. In terms of shoes with quality control issues, Nike is accepting returns of affected pairs, as always, and cannot guarantee a one-for-one swap for a pair without problems.

StockX pledged a similar commitment. "While we can't comment on pending litigation, we are confident in our legal defenses and have continuously supplied appropriate information in a timely manner," StockX tells *Gear Patrol.* "We stand by our verification process as one of the first and best in the industry, and in 2022 alone, rejected more than 330K products worth nearly $100M."

"StockX also has a Buyer Promise in place, which is central to our mission of offering a safe and secure marketplace for both buyers and sellers. If we make a mistake and incorrectly verify an item, we're committed to making it right for our customers."

We'll update this story as the lawsuit unfolds, and more information about the alleged quality control issues inevitably surface.

## Read More


Nike and Tiffany's Sneaker Collab: Everything You Should Know


Action Bronson's New Balance Collab: Everything You Need to Know


The Best New Clothing, Footwear and Style Accessories of 2023 (So Far)


CZ SMART
LIVE SMART. LOOK SMART.
CITIZEN CZ SMART
Shop Now





**RUNNING**

### Hands-On Preview: Nike Brings Back a Cult Running Shoe



**TRAVEL AND ADVENTURE**

### This Under-the-Radar Suitcase Raises the Bar for Aluminum Luggage



**TRAINING & RECOVERY**

### First Look: Nike's New Sneaker Collab Could Revolutionize Active Recovery

# GEAR PATROL

Founded in 2007, Gear Patrol is the definitive buying guide for enthusiasts. Our independent experts test the best in cars, tech, home, outdoors, style and watches. We combine hands-on testing, decades of experience and original photography to craft buying reports, reviews and guides. Why? Because we believe everyone deserves the best product.

**NEWS**

Home Page
Audio
Cars
Deals
Drink
Fitness
Food
Grooming
Home
Motorcycles
Outdoors
Style
Tech
Watches

**FEATURES**

Buying Guides
Gift Guides
How-Tos & Explainers
Interviews
Profiles & Features
Reviews
Videos

**GUIDES**

Best New Gear
Counterpoint
Today's Best Deals
Further Details
Kind of Obsessed
Product Support
Today in Gear
Watches You Should Know

**EDITOR'S PICKS**

The Fitness Awards
The Outdoor Awards
The Style Awards
The Tech Awards
The GP100
This Year in Gear

**SUBSCRIBE**

Gear Patrol Newsletters
DPReview Newsletters

**ABOUT**

Masthead
Work With Us
Advertise
Licensing and Accolades
How We Test Products
Press Room
Pitch a Product

Gear Patrol Studios

Work with our award-winning creative services studio and advertising agency to bring your brand or product story to life. Learn more.

**Follow us**   Instagram   YouTube   Facebook   Flipboard   TikTok   RSS

© 2024 GPS Media | For Life's Pursuits™

Contact Us   Accessibility   Privacy Policy   Report a Bug   v1.0.0

Information from your device can be used to personalize your ad experience. Do not sell or share my personal information.

---

Document title: Why Nike&#39;s Quality Control Is Suddenly Under Scrutiny | Gear Patrol
Capture URL: https://www.gearpatrol.com/style/shoes-boots/a43364644/nike-quality-control-stockx-fakes/
Capture timestamp (UTC): Tue, 27 Aug 2024 20:30:37 GMT