# EXHIBIT 18

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF NEW YORK

3                 ---oOo---

4

5   NIKE, INC.,              )
                             )

6         Plaintiff,     )
                             )

7   vs.                 )  No. 1:22-cv-00983-VEC
                             )

8   STOCKX LLC,           )
                             )

9         Defendant.     )
   _____)

10

11

12       H I G H L Y   C O N F I D E N T I A L

13          OUTSIDE ATTORNEYS' EYES ONLY

14       VIDEOTAPED DEPOSITION OF JOHN LOPEZ

15          SAN FRANCISCO, CALIFORNIA

16        THURSDAY, FEBRUARY 23, 2023

17

18

19

20

21   STENOGRAPHICALLY REPORTED BY:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23   CSR LICENSE NO. 9830

24   JOB NO. 5688745

25

Page 2

1           UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF NEW YORK

3                   ---oOo---

4

5

   NIKE, INC.,                )

6                              )

           Plaintiff,          )

7                              )

   vs.                         )   No. 1:22-cv-00983-VEC

8                              )

   STOCKX LLC,                 )

9                              )

           Defendant.          )

10  _____)

11

12

13

14        Videotaped Deposition of John Lopez, taken

15    on behalf of the Plaintiff, Pursuant to Notice, on

16    Thursday, February 23, 2023, beginning at

17    9:27 a.m., and ending at 6:55 p.m., before me,

18    ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR, CLR ~

19    License No. 9830.

20

21

22

23

24

25

Page 26

1   in the authentication position at StockX?

11       Q   So why did you become an AQA between Level 2
12   and 3 authenticator?
13       A   So there was a need in our New Jersey
14   warehouse at the time for an authentication quality
15   assurance role.  And I did interview for that role,
16   and I was able to assume the position at that time.

1
2
3
4
5
6
7
8
9
10

11   Q   Were you employed prior to joining StockX in
12   August of 2018?
13   A   I actually was -- I -- sorry.  Can you just
14   rephrase that question.
15   Q   Sure.  Prior to joining StockX in August of
16   2018, did you have a job before that?
17   A   I -- I had an LLC.  I ran my own business at
18   the time.
19   Q   What -- what sort of business were you
20   running at that time?
21   A   A sneaker buy/sell/trade shop,
22   brick-and-mortar store.
23   Q   What was the name of your brick-and-mortar
24   sneaker store?
25   A   The Sole Market LLC.  S-O-L-E.

1

2

3

4

5

6

7

8    Q    What do you mean by "defect"?

9    A    Defect is a broad term.  But essentially,

10   it's a manufacturing issue that is caught at the

11   authentication process.

12    Q    And can you be more specific by what you mean

13   with "manufacturing issue"?

14    A    I don't know how else to put it.

15        Would you like some examples?

16    Q    Sure.

17    A    An example would be a glue stain -- a

18   noticeable glue stain on a sneaker.  Poor aging or

19   poor storage.  So if one of our sellers leaves a shoe

20   out in -- in -- in the sun or it gets yellow, that is

21   something we deem as a defect or a non-passable

22   defect, and so on and so forth.

23    Q    Is that a manufacturing issue?

24    A    In that example that I gave, no, that would

25   not be.

1      Q    Okay.  So other than a glue stain, what other

2  manufacturing issue examples can you please provide?

3      A    Another example would be a stitching defect,

4  either a loose stitching or a missing stitching.

5  Other examples could be heavy creasing, either on a

6  toebox or a heel, without the shoe being worn.

7      Q    Any others?

8      A    Nothing I can think of right now.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                          Let me ask it a

1  different way.

2  ███████████████████████████████████

3  ███████████████████████████████████

4  ███████████████████████████████████

5          MR. FORD:  Objection to form.

6  ███████████████████████████████████

7  ███████████████████████████████████

8          MR. MILLER:  May I have this one?

9          MS. VELKES:  Uh-huh.

10          MR. MILLER:  Hold it for both, and we'll get

11  a different print of it.

12          MS. VELKES:  Okay.

13          MR. MILLER:  All right.

14          Why don't we stop here.  We'll take a lunch

15  break.  It seems we have to reprint a couple of

16  documents that got the bottom cut off, for some

17  reason.

18          MR. FORD:  AQA process.

19          MR. MILLER:  Yeah.

20          THE VIDEOGRAPHER:  I'm going to switch media.

21          This marks the end of Media No. 3 in the

22  deposition of John Lopez.

23          The time is 12:31 p.m.  We are off the

24  record.

25          (Lunch break taken at 12:31 p.m.)



23    Q   How long do authenticators -- well, strike

24   that.  Let me ask it differently.

25            How long does an authenticator 1, on average,

```
 1   spend authenticating a single pair of shoes?
 2            MR. FORD:  Objection to form.
 3            THE WITNESS:  I can't give you an exact time
 4   or average on -- on -- on that.
 5            MR. MILLER:  Q.  Why not?
 6       A    Every -- every authenticator and every rate
 7   is different at this current time.
 8       Q    When you were a Level 1 authenticator, how
 9   much time, on average, did you spend authenticating a
10   single pair of shoes?
11       A    I don't recall.  I don't have an exact number
12   for you.
13       Q    Is there an authenticator at StockX who is
14   known for spending the least amount of time
15   authenticating a single pair of shoes?
16       A    I don't know that.
17            MR. FORD:  Objection to form.
18            MR. MILLER:  Q.  Have you ever heard anyone
19   at StockX saying that it takes roughly 90 seconds, on
20   average, for an authenticator to spend authenticating
21   a single pair of shoes?
22       A    I can't say that I recall that.
23       Q    You've never heard that?
24            MR. FORD:  Objection to form.
25            THE WITNESS:  No, I can't recall that.
```

Page 122



Page 128



Page 129



1

2

3

4

5

6

7

8     Q   So StockX receives products in authentication

9    centers for Nike shoes before they are released

10    through Nike.com website or the sneakers app?

11         MR. FORD:  Objection to the form of the

12    question.

13         THE WITNESS:  StockX does receive pairs --

14    pairs before they are released by Nike.com, yes.

15         MR. MILLER:  Q.  How does that happen?

16         MR. FORD:  Objection --

17         MR. MILLER:  Q.  Where do they come from?

18         MR. FORD:  Objection to form.

19         THE WITNESS:  I cannot say where they are

20    coming from, but they are coming from our sellers on

21    the platform.

22         MR. MILLER:  Q.  Do you know how sellers on

23    StockX's platform obtain pairs of Nike shoes before

24    they are released by Nike through the Nike.com website

25    or the sneakers app?

1      A    I do not.

2      Q    Do you know if that happens for every Nike

3   shoe that's going to be released into the market?

4           MR. FORD:  Objection to the form.

5           THE WITNESS:  Can you rephrase that, please.

6           MR. MILLER:  Q.  Do you know how often

7   sellers on StockX's platform will send pairs of Nike

8   shoes before the release date on the Nike.com platform

9   or sneakers app?

10          MR. FORD:  Objection to form.

11          THE WITNESS:  I don't know.  I don't have an

12  answer for the amount.

13          MR. MILLER:  Q.  Would you say it happens

14  regularly?

15     A    Define what you mean by "regularly."

16     Q    If we're talking about ten releases of Nike

17  shoes, ten different pairs, of those ten, how often

18  will StockX receive product in its authentication

19  centers before the Nike.com or sneakers app release

20  date?

21          MR. FORD:  Objection to the form.

22          THE WITNESS:  Yeah, I would not be able to

23  put an exact number on that.

24          MR. MILLER:  Q.  Would you be able to

25  estimate?

```
 1        A    No --

 2             MR. FORD:  Same --

 3             THE WITNESS:  -- I would not.

 4             MR. FORD:  Same objection.

 5             THE WITNESS:  Yeah.

 6             MR. MILLER:  Q.  You don't know one way or

 7   the other?

 8        A    I -- I would not be able to speculate on

 9   that.

10             (Document marked Exhibit 8

11              for identification.)

12             MR. MILLER:  All right.

13        Q    Mr. Lopez, you've been handed a document by

14   the court reporter marked as Exhibit 8.  It is bearing

15   Bates Nos. STX0752605 through '752642.

16             Do you see that?

17        A    I do, yes.

18        Q    Do you recognize this document?

19        A    I do, yes.

20        Q    What is this?

21

22

23

24

25
```

Page 135



Page 136



Page 174

```
 1        Q    I see.

 2             MR. MILLER:   Okay.   Why don't we take a

 3    break.

 4             THE VIDEOGRAPHER:   This marks the end of

 5    Media No. 4 in the deposition of John Lopez.

 6             The time is 2:54 p.m.  We are off the record.

 7             (Recess taken.)

 8             THE VIDEOGRAPHER:   This marks the beginning

 9    of Media No. 5 in the deposition of John Lopez.

10             The time is 3:10 p.m.  We are on the record.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 178



Page 179



Page 199



1          MR. MILLER:  Can I have the next one.  Can

2    you mark those two, please.

3          (Documents marked Exhibits 11 - 12

4           for identification.)

5          MR. MILLER:  So Mr. Lopez, you've been handed

6    two documents.

7      Q   The first one has been marked as Exhibit 11,

8    and that's the one that's titled:

9          (As read):

10         "Jordan 1 High OG SP Fragment Design x Travis

11   Scott."

12         Do you see that?

13     A   I do, yes.

14     Q   Okay.  And it's bearing Bates stamp

15   STX0058653 through '58669.

16         Do you see that?

17     A   I do, yes.

18     Q   Okay.  What is this document?

19

20

21

22

23

24

25

Page 205



1    please.   This is a document titled:

2         (As read):

3

4

5         Do you see that?

6    A    I do, yes.

7    Q    Okay.  And it's bearing Bates Nos. STX0058670

8  through '58693.

9         What is this document?

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6              MR. MILLER:  This is 13; right?

7              STENOGRAPHIC REPORTER:  13.

8              MR. MILLER:  Thanks.

9              (Document marked Exhibit 13

10              for identification.)

11             MR. MILLER:  All right.

12        Q    Mr. Lopez, you've been handed a document from

13     the court reporter labeled as Exhibit 13.  It's

14     bearing Bates Nos. STX0106086 to '6087.

15             Do you see that?

16        A    I do, yes.

17        Q    Do you recognize this document?

18        A    Just give me a moment to read the document,

19     please.

20        Q    Sure.

21        A    (Witness reading document.)

22             Okay.

23        Q    Do you recognize this document?

24        A    I do, yes.

25        Q    What is this document?

Page 214



Page 235



23       A    So Nike classifies some products that don't

24  meet their standards as B grade.  And we do not allow

25  B grade -- B grade shoes on our StockX platform, with

1    very small exceptions.

2        Q    How do you know that Nike classifies certain

3    products as B grade?

4        A    My experience as a Nike consumer.

5        Q    What is B grade?

6        A    That is a Nike term, so I don't know the

7    specifics on exactly what that means.  But from my

8    understanding, it means it didn't pass their initial

9    quality standards.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 244



Page 252



Page 253



Page 261



Page 262



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 264



Page 265



```
12          MR. MILLER:  You can put that document aside.

13          Let's just go off the record.  Take another

14   short break.

15          THE VIDEOGRAPHER:  This marks the end of

16   Media No. 6 in the deposition of John Lopez.

17          The time is 5:41 p.m.  We are off the record.

18          (Recess taken.)

19          THE VIDEOGRAPHER:  This marks the beginning

20   of Media No. 7 in the deposition of John Lopez.

21          The time is 5:53 p.m.  We are on the record.

22          (Document marked Exhibit 18

23           for identification.)

24          MR. MILLER:  All right.

25      Q   Mr. Lopez, you've been handed a document
```

```
 1            "What about the stitch line under the
 2    insole?"
 3            Do you know what he's referring to there?
 4       A    Yes.  So it appears to be a -- a misplaced
 5    stitch on the insole there on the left shoe.
 6       Q    Which page are you looking at?
 7            Could you just identify it for the record by
 8    the Bates number.
 9       A    Sure.  It is '007768.
10            And I can circle that as well.
11            (Witness complies.)
12       Q    And you respond to Mr. Malekzadeh pointing
13    that stitch out to you by saying:
14            (As read):
15            "Normal Nike defects.  Mass produced shoe."
16            What did you mean by that?
17       A    What I mean by that is, this particular shoe
18    was released in high quantities.  So there are
19    examples where, you know, the quality or the standards
20    will not be perfect on each one.
21       Q    How do you know that?
22       A    I know that from my personal experience with
23    this particular shoe as well as my experience with
24    StockX.
25       Q    And what is this particular shoe?
```