# EXHIBIT 19

HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

    Plaintiff,

 v.                      No. 1:22-CV-00983-VEC

STOCKX LLC

    Defendant.

VIDEOTAPED DEPOSITION OF MIKE CHILD

Taken in behalf of the Defendant

December 9, 2022

\*\*\* HIGHLY CONFIDENTIAL \*\*\*

HIGHLY CONFIDENTIAL

Page 2

```
 1        BE IT REMEMBERED THAT pursuant to Federal
 2   Rules of Civil Procedure, the deposition of MIKE
 3   CHILD was taken before Julie A. Walter, CSR No.
 4   90-0173 on December 9, 2022, commencing at the hour
 5   of 11:26 a.m., the proceedings being reported in
 6   the law offices of Stoel Rives, 760 SW Ninth
 7   Avenue, Suite 3000, Portland, Oregon.
 8                      *   *   *
 9                    APPEARANCES
10   DLA PIPER
11      Mr. Marc Miller
12      1251 Avenue of the Americas
13      New York, New York 10020
14      Counsel for the Plaintiff
15
16   DEBEVOISE & PLIMPTON LLP
17      Ms. Megan Bannigan
18      Ms. Kate Saba
19        919 Third Avenue
20        New York, New York 10022
21      Mr. Christopher Ford
22        650 California Street
23        San Francisco, California 94108
24
25
```

Page 145

1  Q.  BY MR. FORD:  But they have not been yet?
2  A.  That's correct.
3  Q.  [REDACTED]

7       MR. MILLER:  Objection to form.
8       THE WITNESS:  [REDACTED]
9  Q.  BY MR. FORD:  [REDACTED]

11      MR. MILLER:  Objection to form.
12      THE WITNESS:  [REDACTED]
13 Q.  BY MR. FORD:  Do the Cryptokicks IRL sneakers use
14     any form of near-field communication technology?
15      MR. MILLER:  Objection to form.
16      THE WITNESS:  Yes.
17 Q.  BY MR. FORD:  You understand that NFC is a way --
18     an acronym for near-field communication technology?
19      MR. MILLER:  Objection to form.
20      THE WITNESS:  I do understand that.
21 Q.  BY MR. FORD:  How do the Cryptokicks IRL sneakers
22     use NFC technology?
23      MR. MILLER:  Objection to form.
24      THE WITNESS:  The Cryptokicks IRL sneakers have
25     a near-field communication chip imbedded in the

HIGHLY CONFIDENTIAL

Page 243

1      THE WITNESS:  Yes.
2  Q.  BY MR. FORD:  What did you purchase from StockX
3      most recently?
4  A.  If I recall correctly, I think the most recent
5      purchase was a pair of Nike Dunk sneakers.
6  Q.  What colorway?
7  A.  I think they were blue.
8  Q.  Why did you purchase a pair of Nike Dunk sneakers
9      from StockX?
10 A.  I wanted a pair of sneakers.  I wanted that pair of
11     sneakers.
12 Q.  Why didn't you purchase them from Nike directly?
13 A.  I attempted to, but I didn't win the draw.
14 Q.  I see.
15     So this was a pair of sneakers that Nike
16     released -- sorry, withdrawn.
17     What do you mean by "I didn't win the draw"?
18 A.  I entered a draw on the SNKRS app, and I did not
19     win the draw.  So I did not get the pair of
20     sneakers through Nike.
21 Q.  But you still wanted them?
22 A.  That's correct.
23 Q.  And prior to the pair of blue Nike Dunk sneakers,
24     what did you purchase from StockX?
25 A.  Other pairs of sneakers.