# EXHIBIT 23

StockX Mail - Checking in



Greg Schwartz <greg@stockx.com>

## Checking in
1 message

**Johnson, Lance** <Lance.Johnson@nike.com>  
To: Josh Luber <josh@stockx.com>, "greg@stockx.com" <greg@stockx.com>

Tue, Mar 20, 2018 at 2:03 AM

Josh and Greg,



As a next step, I'll schedule a call for later this week. Targeting Thursday, if that works for you. I'm flexible on times. Would 10am, 11am or 1pm Pacific be available?

I'll also check in with Tim from Comms to catch up on the conversation you had last week.

Hope you're well!

Lance

Sent from my iPhone

https://mail.google.com/mail/b/AO3mRRZqv-eADZR6tIDHbowr4KtqTsLySrw41PftuArO08pxgYZO/u/0/?ik=8c29b8f5a9&view=pt&search=all&permthid=thread-f...    1/1

Confidential
STX0773022