# EXHIBIT 25

**To:** Steinfeld, Isaiah[Isaiah.Steinfeld@nike.com]
**Cc:** Miao, Will (ETW - FLEX)[Will.Miao@nike.com]; Redmond, Eric[Eric.Redmond@nike.com]; Michael-Rill, Callista (ETW - FLEX)[Callista.Michael-Rill@nike.com]; Olivier Van Calster [olivier@stockx.com]; greg@stockx.com[greg@stockx.com]; markwalz@stockx.com[markwalz@stockx.com]; vegas@stockx.com[vegas@stockx.com]; josh@stockx.com [josh@stockx.com]; Joe Boehm[joeb@stockx.com]
**From:** Adam Wolf[adam@stockx.com]
**Sent:** Tue 1/29/2019 2:53:49 PM Coordinated Universal Time
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Thanks Isaiah, look forward to discussing next steps on a visit to Detroit when you are ready.
Regards,
Adam

On Sun, Jan 27, 2019 at 2:36 PM Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com> wrote:

> Hi Adam,
> Thank you again for your help with everything, our London visit was very helpful. We have all been in transit back to the states over the last couple of days and are beginning to work out next steps.
>
> We'd love to find time in the coming weeks to sit down with Vegas and team [redacted]. We're working backwards against the launch dates which if I remember correctly (forgive me a bit jet-lagged) is in April.
>
> Excited for the next steps, we'll be in touch this week. Thank you all again for your help to make our London visit happen. Hope you all have a good weekend!
>
> Best,
> Isaiah
>
> Sent from my iPhone
>
> On Jan 25, 2019, at 12:19 PM, Adam Wolf <adam@stockx.com> wrote:
>
>> Isaiah, Eric, Callista and Will,
>> Hope the visit in London was informative and helpful. Our team enjoyed having your visit. Please let us know if there are follow up questions and how you all would like to proceed with next steps.
>> Best,
>> Adam
>>
>> On Wed, Jan 16, 2019 at 6:26 PM Miao, Will (ETW - FLEX) <Will.Miao@nike.com> wrote:
>>
>>> Olivier,
>>>
>>> Attending from our side will be Isaiah, Callista, and Eric (all cc'ed here). Looking forward to it!
>>>
>>> --
>>>
>>> **Will Miao**
>>>
>>> Entrepreneur in Residence
>>>
>>> Advanced Innovation | Nike, Inc. <image001.png>
>>>
>>> 954.478.5984 | Will.Miao@Nike.com
>>>
>>>> **From:** Olivier Van Calster <olivier@stockx.com>
>>>> **Date:** Tuesday, January 15, 2019 at 11:45 PM
>>>> **To:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
>>>> **Cc:** Adam Wolf <adam@stockx.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "greg@stockx.com" <greg@stockx.com>, "markwalz@stockx.com" <markwalz@stockx.com>, "vegas@stockx.com" <vegas@stockx.com>, "josh@stockx.com" <josh@stockx.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Joe Boehm <joeb@stockx.com>
>>>> **Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up
>>>>
>>>> Sounds good - excited to have you guys over.
>>>>
>>>> Can you confirm who exactly will be onsite in London next Thursday?

I'll follow up on logistics, address details etc.

Olivier

On 16 Jan 2019, at 02:06, Miao, Will (ETW - FLEX) <Will.Miao@nike.com> wrote:

Hi Adam, Olivier,

Fantastic – thanks for accommodating us! ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ An initial video call would work fine; we definitely want to figure out a time to discuss further in Detroit. We're confirming a few things on our end, but will propose a few dates for you shortly.

Let me know if you have any other questions. Olivier -- looking forward to meeting!

Best,

Will

--

**Will Miao**

Entrepreneur in Residence

Advanced Innovation | Nike, Inc. <image001.png>

954.478.5984 | Will.Miao@Nike.com

---

**From:** Adam Wolf <adam@stockx.com>
**Date:** Tuesday, January 15, 2019 at 10:47 AM
**To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Cc:** "greg@stockx.com" <greg@stockx.com>, "markwalz@stockx.com" <markwalz@stockx.com>, "vegas@stockx.com" <vegas@stockx.com>, "josh@stockx.com" <josh@stockx.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Joe Boehm <joeb@stockx.com>, Olivier Van Calster <olivier@stockx.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi Isaiah,

Thank you for the note. We be happy to host you and the team at our authentication center in London next Thursday. I am adding our GM of Europe, Olivier to help coordinate. **It would be helpful to provide an agenda or list of questions you like to cover with the Ops team in London.** Vegas and Joe are also on this email and can work directly with you to schedule a ▮▮▮▮▮▮▮▮▮▮ ideo call. We be happy for your team to come to Detroit post the visit to discuss as well as cover any additional operation questions with our Ops team here. Let's look at the calendar to find a mutually convenient date when you are ready to schedule.

Any questions please let me know.

Thanks,

Adam

--

**Adam Wolf**

StockX
SVP, Business Development
---
248.835.0564 cell
adam@stockx.com

stockx.com

--

**Adam Wolf**

**StockX**
**SVP, Business Development**

---

248.835.0564 cell
adam@stockx.com
stockx.com

CONFIDENTIAL

NIKE0035741