# EXHIBIT 26

**To:** Redmond, Eric[Eric.Redmond@nike.com]; Udit, Shashwat[Shashwat.Udit@nike.com]
**Cc:** Miao, Will (ETW - FLEX)[Will.Miao@nike.com]; Michael-Rill, Callista (ETW - FLEX)[Callista.Michael-Rill@nike.com]
**From:** Steinfeld, Isaiah[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1A4B36CE5BB042878A8BE85B392CB158-DUTY, ISAIA]
**Sent:** Tue 2/19/2019 12:00:50 AM Coordinated Universal Time
**Subject:** Re: [redacted]

Hi Eric and Shashwat,

So excited to have you on the trip with us. We are meeting with StockX on Wednesday at 9:30am. We'd love to sync up with you the night before or earlier that morning before hand. We were thinking it'd be good to resync and [redacted]

[redacted]

Our hotel is about a 5 minute drive or 8 minute walk to StockX from the Hotel. We touchdown in Detroit tomorrow night at 8pm. Below is our phone numbers if you need to get ahold of us.

Will Miao – Ph: 954-478-5984
Isaiah Steinfeld – Ph: 415-849-8900
Callista Michael-Rill – Ph: 310-713-1971

See you all in Detroit!

Best,
Isaiah

--
**Isaiah Steinfeld**
Entrepreneur
Valiant Labs | Nike, Inc. [redacted]
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

**From:** "Redmond, Eric" <Eric.Redmond@nike.com>
**Date:** Monday, February 18, 2019 at 3:04 PM
**To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Cc:** "Udit, Shashwat" <Shashwat.Udit@nike.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Subject:** Re: [redacted]

None for me. Thanks for the follow up!

Eric


On Feb 18, 2019 at 2:58 PM, <Callista (ETW - FLEX) Michael-Rill> wrote:

Hi there,

Following up regarding any dietary restrictions. Let me know when you get a sec!

Thanks,
Callista

**From:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Date:** Friday, February 15, 2019 at 5:21 PM
**To:** "Redmond, Eric" <Eric.Redmond@nike.com>
**Cc:** "Udit, Shashwat" <Shashwat.Udit@nike.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Subject:** Re: [redacted]

Hi Eric,

We missed you today but are looking forward to the trip next week!

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

We connected with Shashwat and realized we hadn't let you know what hotel we're staying in – sorry about that. We'll be at The Foundation in Detroit. Also, you can bill your flight and hotel to Company Code: 100 and Cost Center: 0000104590. Let us know if you have any trouble with these.

One more question – StockX has asked for any dietary restrictions/allergies so they can order lunch for our visit on Wednesday. Do you or Shashwat have any?

Excited to kick off our partnership in Detroit! Feel free to reach out with any other questions in the meantime.

Happy Friday,
Callista

---

**From:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Date:** Wednesday, February 13, 2019 at 8:29 AM
**To:** "Redmond, Eric" <Eric.Redmond@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re: [redacted]

Hi Eric,

Not a problem at all, glad you did! We've been making the rounds internally this week with leadership at various levels and our work has been received really well. We are good to go for next week and will be booking our trip today. Thanks again for your partnership, excited to spend some time with you at the warehouse this Friday and next week in Detroit.

Best,
Isaiah

--
**Isaiah Steinfeld**
Entrepreneur
Valiant Labs | Nike, Inc. [redacted]
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

**From:** "Redmond, Eric" <Eric.Redmond@nike.com>
**Date:** Saturday, February 9, 2019 at 4:17 PM
**To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re: [redacted]

Alright. I didn't want to book at the last minute, and ticket prices were climbing, so we already booked our flights to Detroit on the 19th-20th. So if it turns out the trip isn't in the cards, [redacted]

Eric

---

**From:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Date:** Friday, February 8, 2019 at 10:50 AM
**To:** "Redmond, Eric" <Eric.Redmond@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re: [redacted]

Hi Eric,

Apologies on the delayed reply. [redacted] hat said, I have a 90% confidence that the trip is still a go and will keep you posted. Thanks for your patience and help here!

Best,
Isaiah

--
**Isaiah Steinfeld**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc. [redacted]
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

**From:** "Redmond, Eric" <Eric.Redmond@nike.com>
**Date:** Thursday, February 7, 2019 at 11:02 AM
**To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re: [redacted]

Hey just two of us, me and Shashwat. We planned to fly in on the 19th and fly out on the evening of the 20th, so just one night there. With flights and rooms, I figure around $2k or so total, but haven't crunched numbers yet.

Eric

---

**From:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Date:** Wednesday, February 6, 2019 at 3:11 PM
**To:** "Redmond, Eric" <Eric.Redmond@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re:

Hi Eric,

Can you send over the list of everyone from your side that you think would be on the trip and what legs of the trip (duration) they'd be able to join? Doing the rough math to see how much we can carry and see what makes most sense. Thanks.

--
**Isaiah Steinfeld**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc.
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

**From:** "Redmond, Eric" <Eric.Redmond@nike.com>
**Date:** Wednesday, February 6, 2019 at 1:07 PM
**To:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re:

Great thanks. In that case, I'll go ahead and schedule a flight for the day prior, and out the evening of the 20th. I'll wait for your signal on sleeping accommodations. I don't think we need to accompany you to NYC, although it does sound interesting. Good luck.

Also, is there a cost center code I can bill this trip to? Vlad's budget is inflexible, and I think we're going to have to charge this to Valiant. If not, let me know, and we can potentially call in.

Thanks,
Eric

---

**From:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Date:** Wednesday, February 6, 2019 at 11:22 AM
**To:** "Redmond, Eric" <Eric.Redmond@nike.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re:

Hi Eric,

[redacted] but still ironing those details out. Either way, we'll be flying into Detroit the night before the meetings (exactly when TBD) -- we'll circle back once we know.

Cheers,
--
**Will Miao**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc.
954.478.5984 | Will.Miao@Nike.com

---

**From:** "Redmond, Eric" <Eric.Redmond@nike.com>
**Date:** Tuesday, February 5, 2019 at 3:26 PM
**To:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re:

I'm about to schedule a flight. Do you have a particular itinerary to follow?

Eric

---

**From:** "Redmond, Eric" <Eric.Redmond@nike.com>
**Date:** Monday, February 4, 2019 at 8:21 PM
**To:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Eggert, Heidi" <Heidi.Eggert@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY                                                                NIKE0037538

**Subject:** Re: █████████████████████

Miao,

This looks like a good schedule.

Also, Roger cannot attend, so it'll be me (Eric) and Shashwat. What are your travel plans? Fly in and out that day, or fly in the night before?

Eric

---

**From:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Date:** Friday, February 1, 2019 at 11:57 AM
**To:** "Redmond, Eric" <Eric.Redmond@nike.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Eggert, Heidi" <Heidi.Eggert@nike.com>
**Cc:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** 

Hey Eric,

Perfect! We'd love to have Shashwat and Roger join in on the meetings. We're putting together an agenda for the visit – is there anything you'd like to add before we send it over to StockX? I arranged the warehouse visit first thing so that your team can gain context before diving into solutioning.

StockX x Nike Valiant Labs Visit Agenda - Feb 20, 2019

09:00a - 10:00a StockX warehouse visit

10:00a - 10:30a Travel to StockX offices

12:00p - 01:00p Lunch

02:30p - 03:00p Wrap up

Cheers,
--
**Will Miao**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc. ███
954.478.5984 | Will.Miao@Nike.com

---

**From:** "Redmond, Eric" <Eric.Redmond@nike.com>
**Date:** Friday, February 1, 2019 at 10:44 AM
**To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Eggert, Heidi" <Heidi.Eggert@nike.com>
**Cc:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re: ███████████████████

Isaish,

Our intention was to attend your trip to Detroit in some capacity. We have four folks from our team involved in this project in some capacity, but I think it'd be helpful if two of the guys can tag along (Shashwat and Roger). ███████████████████████████████████████
i███████████████

We should certainly try and meet up beforehand. Let's set something up on the 15th, and we can head to your area at the Pearl. It'd be nice to get out of our hovel for a while.

Eric

---

**From:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Date:** Friday, February 1, 2019 at 10:11 AM
**To:** "Eggert, Heidi" <Heidi.Eggert@nike.com>, "Redmond, Eric" <Eric.Redmond@nike.com>
**Cc:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Subject:** Re: ███████████████████████

Hi all,

We're beginning to plan our next trip to visit StockX in Detroit (their HQ) and wanted to see if you wanted to come along in some capacity. We're meeting

Also, wanted to put time on your calendar to meet up on next steps from a technical perspective. Will is in town the week of the 11th and we have time open on the 14th and 15th. We'd love to setup a workshop or planning session with you all to iron out details. Let me know who you think should be in this meeting and we'll set it up.

Have a great weekend, talk soon!

Best,
Isaiah

--
**Isaiah Steinfeld**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc.
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

From: "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
Date: Tuesday, January 29, 2019 at 2:15 PM
To: "Eggert, Heidi" <Heidi.Eggert@nike.com>, "Redmond, Eric" <Eric.Redmond@nike.com>
Cc: "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
Subject:

Hi Heidi,

Eric, thanks so much for joining our visit in London with StockX, I'm glad you were able to walk through that with us. Not sure if you're able to but we have another trip in the works                                                                                                         would love to have you or someone from your team along. We'll keep you posted as we move forward.

Thank you all again for the partnership, it's truly a breath of fresh air and I'm excited to see what amazing things we can bring to life. Please let us know if you have any questions or need anything from us.

Hope all is well, talk soon.

Best,
Isaiah

--
**Isaiah Steinfeld**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc.
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com