# EXHIBIT 27

**To:** Adam Wolf[adam@stockx.com]
**Cc:** Steinfeld, Isaiah[Isaiah.Steinfeld@nike.com]; Tiffany Cerana[tiffanycerana@stockx.com]; Greg Schwartz[greg@stockx.com]; Mark Walz[markwalz@stockx.com]; Stephen Winn [vegas@stockx.com]; Josh Luber[josh@stockx.com]; Joe Boehm[joeb@stockx.com]; Miao, Will (ETW - FLEX)[Will.Miao@nike.com]
**From:** Michael-Rill, Callista (ETW - FLEX)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5AD7BE7847D7452F8FDB5CDB99C8AA49-MICHAELRILL]
**Sent:** Mon 2/18/2019 11:39:45 PM Coordinated Universal Time
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up
**Attachment:** [redacted]

Adam & team,

[redacted]

Looking forward to seeing you all Wednesday morning. We're planning to be at your offices at 9:30am, and are hoping to have access to a room with whiteboards for our initial workshops if possible. Please let us know if there's anything else we should be aware of, otherwise we'll see you all then!

Thanks,
Callista

---

**From:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Date:** Friday, February 15, 2019 at 6:32 PM
**To:** Adam Wolf <adam@stockx.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Cc:** Tiffany Cerana <tiffanycerana@stockx.com>, Greg Schwartz <greg@stockx.com>, Mark Walz <markwalz@stockx.com>, Stephen Winn <vegas@stockx.com>, Josh Luber <josh@stockx.com>, Joe Boehm <joeb@stockx.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi Adam,

[redacted] Look forward to meeting up with you next week. Hope you have a good weekend, see you all Wednesday.

Best,
Isaiah

--
**Isaiah Steinfeld**
Entrepreneur
Valiant Labs | Nike, Inc. [redacted]
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

**From:** Adam Wolf <adam@stockx.com>
**Date:** Friday, February 15, 2019 at 9:17 AM
**To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Cc:** Tiffany Cerana <tiffanycerana@stockx.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, Greg Schwartz <greg@stockx.com>, Mark Walz <markwalz@stockx.com>, Stephen Winn <vegas@stockx.com>, Josh Luber <josh@stockx.com>, Joe Boehm <joeb@stockx.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Apologies for the delay. [redacted]
Regards,
Adam

On Mon, Feb 11, 2019 at 6:52 PM Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com> wrote:

Hi Tiffany – no worries! [redacted]
[redacted] before we come out there next week.

Thanks!
Callista

---

**From:** Tiffany Cerana <tiffanycerana@stockx.com>
**Date:** Friday, February 8, 2019 at 12:34 PM
**To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Adam Wolf <adam@stockx.com>
**Cc:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, Greg Schwartz <greg@stockx.com>, Mark Walz <markwalz@stockx.com>, Stephen Winn <vegas@stockx.com>, Josh Luber <josh@stockx.com>, Joe Boehm <joeb@stockx.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Subject:** RE: <External>Re: StockX x Nike Valiant Labs: Follow up

Please disregard and delete the previous attached document from this email as it was sent in error.

Sorry for the confusion and noise.

**Tiffany Cerana**
StockX
Office Manager

419.304.7337 cell
tiffanycerana@stockx.com
stockx.com

---

**From:** Tiffany Cerana <tiffanycerana@stockx.com>
**Sent:** Friday, February 8, 2019 3:16 PM
**To:** 'Michael-Rill, Callista (ETW - FLEX)' <Callista.Michael-Rill@nike.com>; Adam Wolf <adam@stockx.com>
**Cc:** 'Steinfeld, Isaiah' <Isaiah.Steinfeld@nike.com>; Greg Schwartz <greg@stockx.com>; Mark Walz <markwalz@stockx.com>; Stephen Winn <vegas@stockx.com>; Josh Luber <josh@stockx.com>; Joe Boehm <joeb@stockx.com>; 'Miao, Will (ETW - FLEX)' <Will.Miao@nike.com>
**Subject:** RE: <External>Re: StockX x Nike Valiant Labs: Follow up

Hello-

███████████████████████████████████████████ If there is anything else needed or any questions please let me know.

Thank you,

**Tiffany Cerana**
StockX
Office Manager

419.304.7337 cell
tiffanycerana@stockx.com
stockx.com

---

**From:** Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com>
**Sent:** Thursday, February 7, 2019 1:57 PM
**To:** Adam Wolf <adam@stockx.com>
**Cc:** Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com>; Greg Schwartz <greg@stockx.com>; Mark Walz <markwalz@stockx.com>; Stephen Winn <vegas@stockx.com>; Josh Luber <josh@stockx.com>; Joe Boehm <joeb@stockx.com>; Tiffany Cerana <tiffanycerana@stockx.com>; Miao, Will (ETW - FLEX) <Will.Miao@nike.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi Adam – please see attached in Word form.

Thanks!
Callista

---

**From:** Adam Wolf <adam@stockx.com>
**Date:** Wednesday, February 6, 2019 at 5:50 PM
**To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Cc:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, Greg Schwartz <greg@stockx.com>, Mark Walz <markwalz@stockx.com>, Stephen Winn <vegas@stockx.com>, Josh Luber <josh@stockx.com>, Joe Boehm <joeb@stockx.com>, Tiffany Cerana <tiffanycerana@stockx.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Thanks Callista for sending this over. We need this in word format for review and will revert with any feedback.

Thank you,
Adam

On Feb 6, 2019, at 7:24 PM, Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com> wrote:

> Hi all,
>
> Looking forward to the 20th.
>
> ███████████████████████████████████████████
>
> Thanks!
> Callista
>
> ---
>
> **From:** Tiffany Cerana <tiffanycerana@stockx.com>
> **Date:** Monday, February 4, 2019 at 8:06 AM
> **To:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Adam Wolf <adam@stockx.com>

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Cc: "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, Greg Schwartz <greg@stockx.com>, Mark Walz <markwalz@stockx.com>, Stephen Winn <vegas@stockx.com>, Josh Luber <josh@stockx.com>, Joe Boehm <joeb@stockx.com>
Subject: RE: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi there,

Thank you for the agenda below. We will review and if there are any questions or any timing concerns we will circle back.

Thanks,

**Tiffany Cerana**
StockX
Office Manager

419.304.7337 cell
tiffanycerana@stockx.com
stockx.com

---

From: Miao, Will (ETW - FLEX) <Will.Miao@nike.com>
Sent: Friday, February 1, 2019 6:33 PM
To: Tiffany Cerana <tiffanycerana@stockx.com>; Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com>; Adam Wolf <adam@stockx.com>
Cc: Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com>; Greg Schwartz <greg@stockx.com>; Mark Walz <markwalz@stockx.com>; Stephen Winn <vegas@stockx.com>; Josh Luber <josh@stockx.com>; Joe Boehm <joeb@stockx.com>
Subject: Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi Tiffany,

Thanks for confirming the 20th! Here's a rough agenda for the meetings below. Let us know how timing works on your end – we can compress / re-arrange the meetings as needed.

**StockX x Legit Team Visit**

Proposed Agenda

Feb 20, 2019



12:00p - 01:00p StockX warehouse visit



Looking forward to our visit.

Best,

--
**Will Miao**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc. <image001.png>
954.478.5984 | Will.Miao@Nike.com

---

From: Tiffany Cerana <tiffanycerana@stockx.com>
Date: Friday, February 1, 2019 at 10:54 AM
To: "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Adam Wolf <adam@stockx.com>
Cc: "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, Greg Schwartz <greg@stockx.com>, Mark Walz <markwalz@stockx.com>, Stephen Winn <vegas@stockx.com>, Josh Luber <josh@stockx.com>, Joe

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY                                    NIKE0035905

Boehm <joeb@stockx.com>
**Subject:** RE: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi there,

We can confirm the 20th and I will put a hold in the calendar for each of the leaders as well. I know you are working through the agenda, but would you happen to have a timeframe for the meeting that I could put into the calendar and/or reschedule any meetings on our end if needed?

Please let me know.

**Tiffany Cerana**
StockX
Office Manager

419.304.7337 cell
tiffanycerana@stockx.com
stockx.com

---

**From:** Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com>
**Sent:** Friday, February 1, 2019 1:03 PM
**To:** Tiffany Cerana <tiffanycerana@stockx.com>; Adam Wolf <adam@stockx.com>
**Cc:** Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com>; Miao, Will (ETW - FLEX) <Will.Miao@nike.com>; Greg Schwartz <greg@stockx.com>; Mark Walz <markwalz@stockx.com>; Stephen Winn <vegas@stockx.com>; Josh Luber <josh@stockx.com>; Joe Boehm <joeb@stockx.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi Tiffany,

Appreciate your help here! February 20th works for us. We have some thoughts on an agenda and will send something over to you all. If you're able to confirm that date, we'll get working on travel plans.

Thank you so much for the offer on hotel accommodations; I'll let you know if it looks like we'll need to take you up on that as we firm up our plans.

Thanks again,
Callista

---

**From:** Tiffany Cerana <tiffanycerana@stockx.com>
**Date:** Friday, February 1, 2019 at 9:49 AM
**To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Adam Wolf <adam@stockx.com>
**Cc:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Redmond, Eric" <Eric.Redmond@nike.com>, Greg Schwartz <greg@stockx.com>, Mark Walz <markwalz@stockx.com>, Stephen Winn <vegas@stockx.com>, Josh Luber <josh@stockx.com>, Joe Boehm <joeb@stockx.com>
**Subject:** RE: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi Callista,

Wanted to circle back on this for you. There is some availability on Tuesday, February 20th if that works on your end. Would you be able provide us a proposed agenda for the visit?

We also wanted to provide you with our corporate nightly hotel rate if you are interested. We have a corporate rate at Greektown Casino Hotel which is $149 + tax per night and is down the street from our main office location. If you are interested, I can help with the booking the reservations and provided you with the additional details.

Please let me know and/or if you have any additional questions.

Thank you,

**Tiffany Cerana**
StockX
Office Manager

419.304.7337 cell
tiffanycerana@stockx.com
stockx.com

---

**From:** Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com>
**Sent:** Thursday, January 31, 2019 8:08 PM
**To:** Adam Wolf <adam@stockx.com>
**Cc:** Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com>; Miao, Will (ETW - FLEX) <Will.Miao@nike.com>; Redmond, Eric <Eric.Redmond@nike.com>; greg@stockx.com; markwalz@stockx.com; vegas@stockx.com; josh@stockx.com; Joe Boehm <joeb@stockx.com>; Tiffany Cerana <tiffanycerana@stockx.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY                                                                                                  NIKE0035906

Hi Adam,

Thanks for the quick reply. We unfortunately have to be in Portland for a presentation that day, but the next week looks great for us anywhere from February 18-20. Do any of those dates work for you all?

Thanks again!
Callista

---

**From:** Adam Wolf <adam@stockx.com>
**Date:** Thursday, January 31, 2019 at 1:33 PM
**To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
**Cc:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Redmond, Eric" <Eric.Redmond@nike.com>, "greg@stockx.com" <greg@stockx.com>, "markwalz@stockx.com" <markwalz@stockx.com>, "vegas@stockx.com" <vegas@stockx.com>, "josh@stockx.com" <josh@stockx.com>, Joe Boehm <joeb@stockx.com>, Tiffany Cerana <tiffanycerana@stockx.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Hi Callista,
How does Feb 12th look for you?

If not we can look at dates later in the month but that is the one day I know as of now we will have our senior leaders for Ops, Engineering, and Product in the office.
Thanks,
Adam

On Thu, Jan 31, 2019 at 1:33 PM Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com> wrote:
Hi Adam & team,

We're excited to come out to Detroit [REDACTED]

[REDACTED]

Please let us know if you have any questions in the meantime. Looking forward to what's coming up!

Callista

---

**From:** Adam Wolf <adam@stockx.com>
**Date:** Tuesday, January 29, 2019 at 6:54 AM
**To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Cc:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Redmond, Eric" <Eric.Redmond@nike.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Olivier Van Calster <olivier@stockx.com>, "greg@stockx.com" <greg@stockx.com>, "markwalz@stockx.com" <markwalz@stockx.com>, "vegas@stockx.com" <vegas@stockx.com>, "josh@stockx.com" <josh@stockx.com>, Joe Boehm <joeb@stockx.com>
**Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up

Thanks Isaiah, look forward to discussing next steps on a visit to Detroit when you are ready.
Regards,
Adam

On Sun, Jan 27, 2019 at 2:36 PM Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com> wrote:
Hi Adam,

Thank you again for your help with everything, our London visit was very helpful. We have all been in transit back to the states over the last couple of days and are beginning to work out next steps.

We'd love to find time in the coming weeks to sit down with Vegas and team [REDACTED] We're working backwards against the launch dates which if I remember correctly (forgive me a bit jet-lagged) is in April.

Excited for the next steps, we'll be in touch this week. Thank you all again for your help to make our London visit happen. Hope you all have a good weekend!

Best,

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

Isaiah

Sent from my iPhone
On Jan 25, 2019, at 12:19 PM, Adam Wolf <adam@stockx.com> wrote:

> Isaiah, Eric, Callista and Will ,
> Hope the visit in London was informative and helpful. Our team enjoyed having your visit. Please let us know if there are follow up questions and how you all would like to proceed with next steps.
> Best,
> Adam
>
>> On Wed, Jan 16, 2019 at 6:26 PM Miao, Will (ETW - FLEX) <Will.Miao@nike.com> wrote:
>> Olivier,
>>
>> Attending from our side will be Isaiah, Callista, and Eric (all cc'ed here). Looking forward to it!
>>
>> --
>> **Will Miao**
>> Entrepreneur in Residence
>> Advanced Innovation | Nike, Inc. <image001.png>
>> 954.478.5984 | Will.Miao@Nike.com
>>
>>> **From:** Olivier Van Calster <olivier@stockx.com>
>>> **Date:** Tuesday, January 15, 2019 at 11:45 PM
>>> **To:** "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
>>> **Cc:** Adam Wolf <adam@stockx.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>, "greg@stockx.com" <greg@stockx.com>, "markwalz@stockx.com" <markwalz@stockx.com>, "vegas@stockx.com" <vegas@stockx.com>, "josh@stockx.com" <josh@stockx.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Joe Boehm <joeb@stockx.com>
>>> **Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up
>>>
>>> Sounds good - excited to have you guys over.
>>>
>>> Can you confirm who exactly will be onsite in London next Thursday?
>>>
>>> I'll follow up on logistics, address details etc.
>>>
>>> Olivier
>>>
>>>> On 16 Jan 2019, at 02:06, Miao, Will (ETW - FLEX) <Will.Miao@nike.com> wrote:
>>>>
>>>> Hi Adam, Olivier,
>>>>
>>>> Fantastic – thanks for accommodating us! [redacted]
>>>>
>>>> initial video call would work fine; we definitely want to figure out a time to discuss further in Detroit. We're confirming a few things on our end, but will propose a few dates for you shortly.
>>>>
>>>> Let me know if you have any other questions. Olivier -- looking forward to meeting!
>>>>
>>>> Best,
>>>> Will
>>>> --
>>>> **Will Miao**
>>>> Entrepreneur in Residence
>>>> Advanced Innovation | Nike, Inc. <image001.png>
>>>> 954.478.5984 | Will.Miao@Nike.com
>>>>
>>>>> **From:** Adam Wolf <adam@stockx.com>
>>>>> **Date:** Tuesday, January 15, 2019 at 10:47 AM
>>>>> **To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
>>>>> **Cc:** "greg@stockx.com" <greg@stockx.com>, "markwalz@stockx.com" <markwalz@stockx.com>, "vegas@stockx.com" <vegas@stockx.com>, "josh@stockx.com" <josh@stockx.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, Joe Boehm <joeb@stockx.com>, Olivier Van Calster <olivier@stockx.com>
>>>>> **Subject:** Re: <External>Re: StockX x Nike Valiant Labs: Follow up
>>>>>
>>>>> Hi Isaiah,
>>>>> Thank you for the note. We be happy to host you and the team at our authentication center in London next Thursday. I am adding our GM of Europe, Olivier to help coordinate. **It would be helpful to provide an agenda or list of questions you like to cover with the Ops team in London.** Vegas and Joe are also on this email and can work directly with you to schedule a

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

█████████ video call. We be happy for your team to come to Detroit post the visit to discuss as well as cover any additional operation questions with our Ops team here. Let's look at the calendar to find a mutually convenient date when you are ready to schedule.

Any questions please let me know.

Thanks,
Adam

--

**Adam Wolf**

StockX
SVP, Business Development
—
248.835.0564 cell
adam@stockx.com
stockx.com

--

**Adam Wolf**

StockX
SVP, Business Development
—
248.835.0564 cell
adam@stockx.com
stockx.com

--

**Adam Wolf**

StockX
SVP, Business Development
—
248.835.0564 cell
adam@stockx.com
stockx.com
<StockX Co-Development Agreement.pdf>

--

**Adam Wolf**

StockX
SVP, Business Development
—
248.835.0564 cell
adam@stockx.com
stockx.com

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY