# EXHIBIT 28

**To:** Michael-Rill, Callista (ETW - FLEX)[Callista.Michael-Rill@nike.com]
**Cc:** Steinfeld, Isaiah[Isaiah.Steinfeld@nike.com]
**From:** Brandi Berry[brandipatton-berry@stockx.com]
**Sent:** Tue 6/11/2019 6:58:03 PM Coordinated Universal Time
**Subject:** Re: <External>Trip to StockX Details - Tuesday June 18th
**Attachment:** Nike Visit 6.18.19.docx

Good Afternoon,

Please send me over discussion topics that you would like to talk about to each department.
Attached is the proposed itinerary for June 18th.

Thanks!

On Mon, Jun 10, 2019 at 12:59 PM Brandi Berry <brandipatton-berry@stockx.com> wrote:

> Great thank you!
>
> On Mon, Jun 10, 2019 at 12:06 PM Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com> wrote:
>
>> Hi Brandi,
>>
>> I wanted to update you that one other team member will be coming with us next week. His name is Nick Tzaperas. Please let me know if you need any other information. Thank you!
>>
>> Callista
>>
>> **From:** Brandi Berry <brandipatton-berry@stockx.com>
>> **Date:** Monday, June 10, 2019 at 6:36 AM
>> **To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
>> **Cc:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
>> **Subject:** Re: <External>Trip to StockX Details - Tuesday June 18th
>>
>> Thank you!!!
>>
>> On Fri, Jun 7, 2019 at 5:29 PM Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com> wrote:
>>
>> Thanks Brandi! We appreciate your help. I will go ahead and cancel the meeting on June 20th right now, thank you for checking on that.
>>
>> **From:** Brandi Berry <brandipatton-berry@stockx.com>
>> **Date:** Friday, June 7, 2019 at 7:53 AM
>> **To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
>> **Cc:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
>> **Subject:** Re: <External>Trip to StockX Details - Tuesday June 18th
>>
>> Good Morning!
>>
>> Just wanted to keep you in the loop that sometime next week, I will send you the proposed itinerary for your on site visit on June 18th - I am currently finalizing details.
>>
>> Also, is it possible to cancel the meeting on Thursday June 20th at 12:30PM by chance? Since you all are coming on the 18th, we will probably go over everything for that week.
>>
>> Also, Joe will be in Chicago for a DHL Board meeting so he won't be able to attend.
>>
>> Please let me know if you have any questions or concerns. Thanks!
>>
>> On Fri, May 31, 2019 at 1:12 PM Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com> wrote:
>>
>> Hi Brandi,

CONFIDENTIAL  NIKE0036138

Thanks so much for your help coordinating our visit.

We are planning to fly in the previous evening so we are able to arrive any time on the 18th. We are hoping to actually spend a few hours at the Authentication Center ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I think 2-3 hours should be good. Based on that, we are happy to go to the Authentication Center first and then meet with leadership at the office, or start at the office – let us know what works best for everyone's day. I believe the team is also setting up a forecasting session with outside experts (I think this is what you all typically host on Fridays) while we're there – not sure how long those typically run for but that will probably need to be fit into the day.

So overall we need:

2-3 hours at the Authentication Center

2-3 hours for meetings with leadership at the office

X hours for forecasting session (let us know how long these usually last)

We are totally fine with however you want to arrange the day to work best for everyone. Let us know if you have any questions about these pieces that we can help clarify.

We are still determining who from our team will be joining, but it will definitely be me (Callista Michael-Rill) and Isaiah Steinfeld. If other team members are added to the trip I will update you with their information.

Thanks again!

Callista

---

**From:** Brandi Berry <brandipatton-berry@stockx.com>
**Date:** Friday, May 31, 2019 at 7:52 AM
**To:** "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Subject:** <External>Trip to StockX Details - Tuesday June 18th

Hi Callista & Isaiah,

My name is Brandi and I am Joe Boehm's assistant.

I am reaching out to you in regards to coordinating your trip to StockX on Tuesday June 18th.

Please let me know the following:

- What time is good for you all to come - we are flexible to move our schedules if needed

- First and last name of the people who will be joining (so that I can add the names into the visitor badge system)

Once I know a time, I am going to work on scheduling time for you to speak to the following people:

- Mark (Engineering)

- Vegas (Product)

- Joe (Operations)

I will also include a tour to the StockX Authentication Center in Detroit.

Please let me know if you have any questions or concerns. Thanks!

--

**Brandi Patton-Berry**

**StockX**

Executive Assistant

—

248.469.2294

brandipb@stockx.com

stockx.com

--

**Brandi Patton-Berry**

**StockX**

Executive Assistant

—

248.469.2294

brandipb@stockx.com

stockx.com

--

**Brandi Patton-Berry**

**StockX**

Executive Assistant

—

248.469.2294

brandipb@stockx.com

stockx.com

--
**Brandi Patton-Berry**
**StockX**
Executive Assistant

—
248.469.2294
brandipb@stockx.com
stockx.com

--
**Brandi Patton-Berry**
**StockX**
Executive Assistant

—
248.469.2294
brandipb@stockx.com
stockx.com

CONFIDENTIAL