# EXHIBIT 29

**To:** Michael-Rill, Callista (ETW - FLEX)[Callista.Michael-Rill@nike.com]
**Cc:** Steinfeld, Isaiah[Isaiah.Steinfeld@nike.com]
**From:** Brandi Berry[brandipatton-berry@stockx.com]
**Sent:** Wed 6/19/2019 6:04:31 PM Coordinated Universal Time
**Subject:** Re: <External>Visit to StockX HQ - Details

Thank you! Glad everything went smoothly yesterday.

On Tue, Jun 18, 2019 at 4:29 PM Michael-Rill, Callista (ETW - FLEX) <Callista.Michael-Rill@nike.com> wrote:

> Hi Brandi,
>
> Just wanted to say thanks so much for all of your help coordinating our visit. We just wrapped up the day and everything went great. Sorry to hear that you were out sick today and hope you feel better soon!
>
> Thanks again,
>
> Callista
>
> **From:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
> **Date:** Tuesday, June 18, 2019 at 8:36 AM
> **To:** Brandi Berry <brandipatton-berry@stockx.com>, "Michael-Rill, Callista (ETW - FLEX)" <Callista.Michael-Rill@nike.com>
> **Subject:** Re: <External>Visit to StockX HQ - Details
>
> Thank you, Brandi! See you all soon.
>
> Get Outlook for iOS
>
> **From:** Brandi Berry <brandipatton-berry@stockx.com>
> **Sent:** Tuesday, June 18, 2019 8:15:39 AM
> **To:** Michael-Rill, Callista (ETW - FLEX); Steinfeld, Isaiah
> **Subject:** <External>Visit to StockX HQ - Details
>
> Good Morning,
>
> As promised, below are the trip details to the StockX HQ:
>
> Address: 1046 Woodward Ave Detroit, MI 48226-1906
>
> **Feel free to park at this location: 1142 Farmer St Detroit MI 48226**
>
> 
>
> **NOTE**: Bring your parking slip inside so that it can be validated once you leave. **We advise that you arrive 15 minutes early to find a parking spot and to get checked in before your meeting. Please don't forget your I.D!**

CONFIDENTIAL                                                                                                                    NIKE0038001

The parking structure is located directly across the street from our building (One Campus Martius building) - photo below:



**Please walk into the doors to the right of the white van - if you see Tim Hortons or a man shoe shining inside, your in the right place! :)**

From there, you will check in at the lobby and someone will escort you to the 10th floor. I am out of the office today so Tiffany Cerena will come and grab you from the 10th floor lobby and will be your go to person if you have any questions.

Also, please see attached updated itinerary of today's visit.

Thanks!

--

**Brandi Patton-Berry**

**StockX**

**Executive Assistant**

—

248.469.2294

brandipb@stockx.com

stockx.com


--
**Brandi Patton-Berry**
**StockX**
**Executive Assistant**
—
248.469.2294
brandipb@stockx.com
stockx.com

CONFIDENTIAL                                                                                                                                         NIKE0038002