# EXHIBIT 35

1
2               UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4    NIKE, INC.                      )
                                     )
5              Plaintiff,            )
                                     )
6    vs.                             ) No.
                                     ) 1:22-cv-00983-VEC
7    STOCKX LLC,                     )
                                     )
8              Defendants.           )
9
10             The videotaped deposition of
11                      KARI KAMMEL
12   taken before JO ANN LOSOYA, CSR, RPR, CRR, pursuant
13   to the provisions to the taking of depositions at
14   444 West Lake Street, Chicago, Illinois commencing
15   at 9:45 a.m. on July 18, 2023.
16
17
18
19
20
21
22
23
24
25

```
 1    PRESENT:
 2
          DLA PIPER LLP
 3        TAMAR DUVDEVANI
          MARC MILLER
 4        1251 Avenue of the Americas
          New York, New York 10020
 5        tamar.duvdevani@dlapiper.com
          marc.miller@dlapiper.com
 6             Appeared on behalf of Plaintiff.
 7
          DEBEVOISE & PLIMPTON LLP
 8        MEGAN K. BANNIGAN
          KATHRYN SABA
 9        919 Third Avenue
          New York, New York 10022
10        mkbannigan@debevoise.com
          ksaba@debevoise.com
11             Appeared on behalf of Defendants.
12   ALSO PRESENT:
13        KIM VAN VOORHIS,
          Nike, Inc.
14
15   VIDEOGRAPHER: Milo Savich
16   STENOGRAPHICALLY REPORTED BY:
     JO ANN LOSOYA, CSR, RPR, CRR
17   LICENSE #:  084-002437
18
19
20
21
22
23
24
25
```

Page 16

1  the former director of the center who had been
2  contacted and then another one from -- I'm not sure
3  who it was but someone that was looking for expert
4  witnesses for them for this case.
5      Q.  One of the outside counsel?
6      A.  Correct.
7      Q.  Do you have a written retention or
8  engagement agreement with Nike for this case?
9      A.  I do.
10     Q.  Do you recall when that was executed?
11     A.  I want to say sometime early fall, maybe
12  late summer of last year.
13     Q.  2022?
14     A.  That's correct.
15     Q.  ████████████████████████████████
   ██████████████
        █  ██████████████████████
   █████████████████████████████████████
   █████████████████
        █  ██████████████████████
   ████████████████████████
        █  ██████████████████████████████
   █████████████████████████████████
   ███████████████████████████
   ██████████████████████████

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400

```
                                              Page 17
 1          Q.    When did that occur?
 2          A.    So I want to say it was early fall
 3    of 2019.
 4          Q.    Who invited you?
 5          A.    I don't remember.  My director was the
 6    one who received the invitation.  At the time I was
 7    an assistant director.  So myself and another A-CAPP
 8    Center employee went out to do the training.
 9          Q.    What kind of training did you do?
10          A.    Again, it was about the A-CAPP Center and
11    what we do as far as research, education, and
12    outreach, and then current trends in counterfeiting
13    that we see from our research and our work with
14    other brands and other organizations doing
15    anti-counterfeiting and brand protection.
16          Q.    How long was that session?
17          A.    I don't remember exactly, but it probably
18    would have been one to two hours.
19          Q.    ████████████████████████████████████████
      ████████████████████
              █  ██████████████████████████████████████████
      ██████████████████████
              █  ██████████████████████████████████████████
              █  ████████████████████████████████████
      ████████████████████████████
```

Page 18

```
 1        Q.    [REDACTED]
          [REDACTED]
                ■    [REDACTED]
                ■    [REDACTED]
          [REDACTED]
          [REDACTED]
                ■    [REDACTED]
          [REDACTED]
          [REDACTED]
          [REDACTED]
                ■    [REDACTED]
                ■    [REDACTED]
          [REDACTED]
          [REDACTED]
          [REDACTED]
          [REDACTED]
17        Q.    What did you discuss at that meeting --
18   well, actually, withdraw.
19              What was the purpose of that meeting?
20        A.    So the purpose of that meeting was to
21   talk about A-CAPP Center research.  This is a type
22   of meeting that we hold often with different
23   organizations to talk about our research and our
24   research capacity and capability to do different
25   projects.
```

Page 21

1     appropriately.
2          Q.   Do you recall what they were interested
3     in?
4          A.   Again, there was a lot of interest about
5     the A-CAPP Center, which is pretty common.  Some
6     organizations know about us, some don't.  And then
7     just general trends about counterfeiting which,
8     again, is a pretty standard request.
9          Q.   To date, do you know how many hours you
10    have billed Nike for your work as an expert witness
11    on this case?
12         A.   I don't know off the top of my head, but
13    I want to say maybe between like 60 and 80.
14         Q.   Have you been paid -- do you know how
15    much you have been paid to date for your work?
16         A.   I don't know the exact amount but I'm
17    guessing it's probably around 50,000, $60,000.
18         Q.   Are you acting as an expert witness in
19    your personal capacity or on behalf of A-CAPP?
20         A.   So I'm acting as an expert witness based
21    on my position at A-CAPP, but not as -- not as a
22    representative of A-CAPP or Michigan State
23    University.
24         Q.   So you're being paid personally.  The
25    $50,000 is going directly to you, correct?

Page 55

1    that?
2         A.    So I was part of the A-CAPP Center's
3    initial team that led our first -- the first and the
4    only educational program in brand protection and
5    anti-counterfeiting in the US as well as the world
6    because there are no formal education programs
7    within universities.  So we put that together
8    including structures on how to build a brand
9    protection team, and from that we have received many
10   inquiries.
11                 Since I have been with the center
12   over eight years, we receive phone calls on a weekly
13   basis from brands throughout the US as well as the
14   world.  I believe I have worked with over
15   500 organizations, I think about 200 of them have
16   been brands, talking about their brand protection
17   teams in various stages from non-existent to some
18   that are fully performed.
19        Q.    So the education program that you just
20   referenced that you put -- that you were part of the
21   team that created that, what's that called?
22        A.    That's called the A-CAPP Center's Brand
23   Protection Professional Certificate.
24        Q.    What exactly is the A-CAPP Center's Brand
25   Protection Professional Certificate?

1        A.    It's 17 online courses that are designed
2    to give A to Z brand protection basics.  So it is
3    not comprehensive of everything, but we have
4    received many inquiries over the years about people
5    that have never heard of about brand protection or
6    anti-counterfeiting.  And initially we used to
7    consult with all of them on the phone, and we
8    decided to create this to give a baseline so that
9    people could take the course, and understand it.
10                 And it was initially designed for
11    brands, but over the years we have seen everyone
12    from vendors taking it to law firms to others who
13    are seeking to learn more about the phenomenon of
14    the trademark counterfeiting.
15        Q.    What was your role in creating that
16    program?
17        A.    So it was part of one of my very first
18    tasks at the Center when I was initially an outreach
19    specialist and then later the assistant director for
20    education and outreach.  So the project took about
21    two and a half years, and I was the lead on it.  So
22    I was responsible for working with all the subject
23    matter experts, for working with all of our
24    academics, both in the Center but also throughout
25    campus that we work with, to bring that together to

Page 57

1 create this curriculum.

2           We had received many requests over
3 the years, again because there is no degree in brand
4 protection or anti-counterfeiting to create it, so
5 we worked to do that. And that's something that I'm
6 still engaged in today. So...

7     Q.   When you mentioned that you've -- you
8 said -- did you -- is your testimony that you have
9 talked to 200 brands about their brand protection
10 programs? What exactly -- I want to clarify what
11 you said so I understand it.

12     A.   Sure.

13           So I have been engaged in some way
14 with over 200 brands on issues of brand protection
15 and anti-counterfeiting. Not all of them have been
16 about brand protection teams exactly or brand
17 protection programs, but it would have been about
18 something to do with anti-counterfeiting or brand
19 protection.

20     Q.   Do you ever speak to brands specifically
21 about their brand protection program and offer
22 advice on their brand protection program?

23     A.   So, in response to the first part of your
24 question, yes, I speak to brands about their brand
25 protection programs. So oftentimes we will refer

```
 1    them to our best practices, and talk about proactive
 2    and reactive approaches, how important those are.
 3    Sometimes they will share with us information about
 4    their programs; sometimes they won't, they'll just
 5    ask questions, depending on what that is.
 6              In the past before I became director,
 7    the prior directors would often consult, at no
 8    charge often, for some of these brands to sort of
 9    walk them through what they -- what were considered
10    best practices based on our research.
11        Q.   It sounds like it's essentially teaching
12    these brands about what the best practices are that
13    they should implement.
14              Is that an accurate statement?
15        A.   Yes, that's correct.  And we also tell
16    brands that they are the only ones that can
17    determine what exactly is the best brand protection
18    program for themselves, given their business models,
19    their product lines, where they're selling their
20    products.  There's many, many factors that go into
21    what that might look like at a given company or
22    even, you know, with different products.
23        Q.   When you say you have consulted on the
24    design of brand protection programs or
25    anti-counterfeiting programs, is this what you're
```

1   referring to, or is that -- is it something else
2   that you are referring to?
3       A.   Yes, that's what I'm referring to.
4       Q.   Okay.  Is it ever a situation, I'm not
5   sure if we've covered this, where a brand will come
6   to you and say "This is what we're doing.  Is this
7   what we should be doing?"  Is a conversation like
8   that typical?
9            MS. DUVDEVANI:  Objection.
10  BY THE WITNESS:
11      A.   Occasionally that has happened.
12      Q.   Can you name any brands where that has
13  happened?
14      A.   No, we usually don't discuss which brands
15  we speak to.  In a lot of cases, we also sign NDAs
16  if we're going to be discussing specifically about a
17  certain brand protection program with a brand.
18      Q.   How many NDAs have you signed in that
19  context?
20      A.   I don't know the number off the top of my
21  head.
22      Q.   Okay.  Any estimate?
23      A.   Probably somewhere between 15 and 20.
24      Q.   Of those 15 and 20, are all those
25  conversations you were personally involved in or

```
 1   someone at the A-CAPP Center was involved in?
 2        A.   I would have been involved in those
 3   specific ones in one way or the other.
 4        Q.   Okay.  What do you mean by that?
 5        A.   It might have been when I was an outreach
 6   specialist.  It might have been when I was the
 7   assistant director of education and outreach.  Or it
 8   might have been as recently as when I'm director.
 9        Q.   Did your role change depending on what --
10   withdraw that.
11             Did your involvement change depending
12   on what your title and position was at the time?
13        A.   Yes.
14        Q.   Okay.  Why don't you tell me a little bit
15   about your work.
16             So you joined the A-CAPP Center in
17   2015, I believe?
18        A.   Yes, that's correct.
19        Q.   That's when you were an outreach
20   specialist?
21        A.   That's correct.
22        Q.   Did you have any counterfeiting
23   experience before that time?
24        A.   Some.  It had been limited to personal
25   experience.  But I had seen through my other -- my
```

Page 92

```
 1        A.    No.
 2        Q.    Have you learned any other thing about
 3   sneakerheads at any point during your work?
 4        A.    During my work at the Center?
 5        Q.    Sure.
 6        A.    No.
 7        Q.    How about other than at your work at the
 8   Center?
 9        A.    Only from the materials I reviewed.
10        Q.    In the context of this case?
11        A.    Yes.
12        Q.    Okay.  Have you ever studied advertising
13   or marketing?
14        A.    I have not, no.
15        Q.    So you are not an expert in advertising
16   or marketing, correct?
17        A.    That's correct.
18        Q.    Have you ever conducted a consumer
19   perception survey?
20        A.    I have not, but my research team, as I
21   mentioned before, is conducting one as we speak.
22        Q.    Other than that, do you have any
23   experience with conducting a consumer perception
24   survey?
25        A.    No.
```

Page 93

```
1        Q.    Are you an expert in consumer perception
2    surveys?
3        A.    No.
4        Q.    Have you ever conducted any consumer
5    research at all?
6        A.    No.
7        Q.    Are you an expert in conducting consumer
8    research?
9        A.    No.
10       Q.    Okay.  We went over the publications
11   listed on the fourth page of your CV.  Does that
12   list all of your publications?
13       A.    There are some on Page 5 as well that
14   goes onto the back side, and to the best of my
15   recollection, yes, they're all here.
16       Q.    Okay.  And does your CV accurately list
17   all of the courses you have taught and your
18   presentations and interviews other than, of course,
19   the one that the June presentation you mentioned
20   earlier?
21       A.    To the best of my recollection, yes, my
22   goal is to get all of them on here.
23       Q.    Have you ever taught any classes
24   specifically on counterfeiting in the footwear
25   industry?
```

Page 191

```
 1    rebuttal report, which is any of these items that
 2    were suspected to be potentially counterfeit by the
 3    consumers they were told that these are
 4    imperfections that must have been by Nike's
 5    manufacturing team, even though they have no
 6    evidence of what Nike's manufacturing processes are
 7    or any quality issues around that, which means that
 8    the consumers are left thinking that Nike has a
 9    quality issue when, in fact, it's most likely a
10    potential counterfeit.
11         Q.    Did you investigate whether StockX has
12    ever suspended sellers from its platform?
13         A.    I did not do a separate investigation of
14    that.
15         Q.    Okay.  You testified earlier that you're
16    not a consumer perception expert, correct?
17         A.    I am not.
18         Q.    Do you have any experience analyzing what
19    messages consumers might takeaway from specific
20    language on websites?
21         A.    I don't, but my colleagues at A-CAPP
22    Center do specialize in that.
23         Q.    Did you conduct any study in this case of
24    what messages, if any, consumers took away from the
25    language on StockX's website?
```

Page 192

```
 1        A.    I was not asked to.
 2        Q.    Are you aware of any study that Nike
 3   conducted regarding what messages, if any, consumers
 4   took away from the language on StockX's website?
 5        A.    I'm not aware of any.
 6        Q.    When did you first learn of StockX?
 7        A.    The company in general?
 8        Q.    Yeah.
 9        A.    Probably a few years ago.
10        Q.    Did you ever study or analyze StockX
11   before this case came up?
12        A.    No.
13        Q.    Prior to your work on this case, did you
14   ever look at the anti-counterfeiting efforts or the
15   brand protection efforts that StockX takes?
16        A.    No.  And I don't recall ever seeing them
17   at any of the conferences where e-commerce platforms
18   are most likely talking about that.  So and no, I
19   did not.
20        Q.    What did you know about StockX prior to
21   this case?
22        A.    So I knew that they sold essentially
23   high-end sneakers and that was mostly from, as I
24   mentioned, one of our former students, who was very
25   interested in that.
```