# EXHIBIT 37

**To:** Maureen Lesko[maureenlesko@stockx.com]
**Cc:** Greg Schwartz[greg@stockx.com]; Pallett, Joe[Joe.Pallett@nike.com]; Scott@stockx.com[Scott@stockx.com]
**From:** Fogarty, Brian[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6FAC002C042646DC94272802C9FDD21C-FOGARTY, BR]
**Sent:** Tue 1/5/2021 11:41:53 PM Coordinated Universal Time
**Subject:** RE: <External>Re: StockX Air Jordan 11 Jubilee

Thanks, Maureen. Appreciate the response. We will get back to you when we have more to share.

**From:** Maureen Lesko <maureenlesko@stockx.com>
**Sent:** Tuesday, January 5, 2021 3:02 PM
**To:** Fogarty, Brian <Brian.Fogarty@nike.com>
**Cc:** Greg Schwartz <greg@stockx.com>; Pallett, Joe <Joe.Pallett@nike.com>; Scott@stockx.com
**Subject:** Re: <External>Re: StockX Air Jordan 11 Jubilee

Hi Brian,

I just wanted to close out the loop on your original email requesting the seller's personal information for further investigation. We are happy to provide the seller's information to the local authorities should a report be filed regarding the non-authentic sneakers. We are unfortunately not permitted to provide a customer's information to a third party without their express consent or as part of an investigation (via subpoena or search warrant).

If you have filed a report with the local authorities please feel free to give them my contact information below so that we can assist in this investigation in every way possible.

Please reach out to me if you require anything further.

Thank you.

Maureen Lesko
StockX
Senior Counsel
Cell: (734) 672-4517


On Mon, Dec 28, 2020 at 9:15 PM Fogarty, Brian <Brian.Fogarty@nike.com> wrote:
Greg,

We appreciate that StockX takes this issue seriously and promptly acted to remove the product. As we closely watch laws and legislation around secondary liability for digital marketplaces evolve (proposed amendments to the Lanham Act, for example), we believe there is and will continue to be a clear distinction between the "good" actors and the "bad" actors in the meantime.

Thanks,
Brian

Sent from my iPad

> On Dec 28, 2020, at 3:31 PM, Greg Schwartz <greg@stockx.com> wrote:

> Joe, also wanted to share that we removed the Size 13.5 Jubilee from our catalog and there were never any orders delivered to customers in that size. We don't always know what sizes will be part of a Nike release, unfortunately. This type of information would be very helpful to get pre-release.

> We had a good conversation with Brian back in 2019 around potential areas of collaboration. It would be great to revisit this dialog and explore ways that we could work together given our shared focus on combating counterfeit products in the market.

> Let us know if it makes sense to hop on a call to discuss in the new year.

> -Greg

>> On Mon, Dec 28, 2020 at 2:23 PM Greg Schwartz <greg@stockx.com> wrote:
>> Hi Joe - thanks for reaching out. Adding Maureen from our Legal team to review and circle back.

>> Brian - would be great to catch-up in the new year. Hope you're doing well.

>> -Greg

>>> On Mon, Dec 28, 2020 at 1:50 PM Pallett, Joe <Joe.Pallett@nike.com> wrote:
>>> Hello Scott and Greg,

>>> My name is Joe Pallett and I am Director of Authentication and Innovation with the Nike Brand Protection team. Please see the attached

CONFIDENTIAL                                                                                                                                                          NIKE0030428

documents for a matter I am hoping to discuss with you.

Have a very Happy New Year and I look forward to hearing from you.

Joe Pallett
Nike, Inc. Director Brand Protection, Authentication & Innovation
Joe.pallett@nike.com

CONFIDENTIAL         NIKE0030429