# EXHIBIT 39

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Content Provider | Account | Project | Owner | Description | | |
| 2 | hazel.clarabridge.net | Nike | Nike Prod | Stephanie.Winner@nike.com | | | |
| 3 | | | | | | | |
| 4 | TITLE | | | | | | |
| 5 | Feedback | | | | | | |
| 6 | | | | | | | |
| 7 | ORGANIZATION FILTERS | | | | | | |
| 8 | | | | | | | |
| 9 | DASHBOARD FILTERS | | | | | | |
| 10 | Date Range 02/02/2022 12:00 AM - 05/04/2022 11:59 PM / Source Id is audio + 4 more / Stockx Category A | | | | | | |
| 11 | | | | | | | |
| 12 | QUICK FILTER | | | | | | |
| 13 | All Feedback | | | | | | |
| 14 | | | | | | | |
| 15 | DATE RUN | DATE EXPORTED | | | | | |
| 16 | | 05/31/2022 10:17 AM | | | | | |
| 17 | | | | | | | |
| 18 | Periods | | | | | | |
| 19 | | Custom | 02/02/2022 12:00 AM (UTC-08:00) - 05/04/2022 11:59 PM (UTC-07:00) | | | | |
| 20 | | | | | | | |
| 21 | DATASET VOLUME | 20 | | | | | |
| 22 | | | | | | | |
| 23 | Sentence | Sentence Id | Date | Effort | Emotional | Sentiment | Source |
| 24 | If you feel the product is fake, I highly suggest to contact StockX to check on it or proceed with their return option. | 1089365165 | 04/26/2022 9:01 pm | | | Negative (-2) | cs web chat |
| 25 | I just need to know if the product I purchased from StockX is authentic or not. | 1089365171 | 04/26/2022 9:01 pm | | | Neutral (0) | cs web chat |
| 26 | I would highly suggest to work with StockX for returning this product. | 1089366256 | 04/26/2022 8:19 pm | | | Neutral (0) | cs web chat |
| 27 | The item bought from stockx, we can not confirm if it is a genuine Nike product. | 1065541652 | 04/13/2022 1:30 pm | | | Positive (1) | cs web chat |
| 28 | It is beyond obvious goat n stockx n stadium goods bots buy up majority of the product from real ppl who want to wear the kicks . | 1062953343 | 04/13/2022 12:06 pm | | High (5) | Neutral (0) | neod nike app chat |
| 29 | But there is many red flags about the product that you received from StockX and she is concerned it may be conference. | 1050881024 | 04/07/2022 7:06 pm | | Low (1) | Negative (-2.5) | audio |
| 30 | But you just said the from StockX deed of the product right. | 1044618376 | 04/04/2022 8:21 pm | | | Neutral (0) | audio |
| 31 | So if I really want a pair of shoes from you I just got a StockX and I over paid for a pair of shoes and StockX or whoever is going on to StockX is making money off your product. | 1043788338 | 04/03/2022 1:54 pm | | | Neutral (0) | audio |
| 32 | It is a defect in the product it is not anything to do with StockX. | 1040700345 | 04/01/2022 2:47 pm | | | Negative (-2) | audio |
| 33 | If you can into the on any kind of browser you are going to see like this product is going to be available for different carriers like StockX. | 1034219689 | 03/29/2022 2:40 pm | | | Neutral (0) | audio |
| 34 | StockX and get into their the website and try to see more details about how to get the product. | 1034219922 | 03/29/2022 2:40 pm | | | Neutral (0) | audio |
| 35 | how GOAT and stockx buy high quantity of product | 1034278007 | 03/29/2022 1:45 am | | | Neutral (0) | cs web chat |
| 36 | I think that StockX is a good place to buy this product | 1026143220 | 03/24/2022 6:52 am | | | Positive (2) | cs web chat |
| 37 | Good product, But limited stocks, PLEASE more stock in Jordan and Nike Dunk shoes because its very exensive when you buy in StockX, Goat, and other Reselling Flatform | 1003993294 | 03/10/2022 6:58 am | | | Positive (2.5) | post cs surveys |
| 38 | I see someone StockX but that is not like a guarantee the product because I mean I work for Nike and we do not have those released anytime soon. | 996251835 | 03/08/2022 6:45 pm | | | Neutral (0) | audio |
| 39 | There is no specific way to tell you if the product is authentic or not item purchased in StockX. | 982802197 | 03/03/2022 12:21 pm | | | Neutral (0) | cs web chat |
| 40 | I need to find out what really happened to my product and realistically I just wanted my shoes and not to have to pay $300 for them on StockX. | 953662903 | 02/14/2022 4:29 pm | | | Neutral (0) | post cs surveys |
| 41 | Happy to help you any Nike product related questions only on the Nike app or Nike.com, not StockX.. | 948878790 | 02/10/2022 10:16 pm | | Low (1) | Neutral (0) | neod nike app chat |

NIKE0039094

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 42 | Just curious - when the product is available at####I placed the order at####it was pending sold out in less than 1 minute but then I go to GOAT, StockX , Flight Club & they already have it listed for sale over doubled the price. | 939876933 | 02/04/2022 7:56 pm | | | Negative (-2.5) | neod nike app chat |
| 43 | It is really sad that if you can not afford to pay StockX prices you are essentially screwed, as they set up bots to purchase the product and then jack the prices. | 939490302 | 02/04/2022 7:25 pm | | High (5) | Strongly Negative (-3.125) | neod nike app chat |
| 44 | i was also just confused because i see verified resellers such as stockx already selling the product | 937836691 | 02/03/2022 3:18 am | | Low (1) | Negative (-1) | cs web chat |
| 45 | To make sure of that Qr code, since this is bought in StockX, I will need you to contact the original retailer first regarding the product as we do not want to interfere with their policy. | 939834955 | 02/02/2022 6:52 pm | | | Neutral (0) | neod nike app chat |

NIKE0039094