# EXHIBIT 41

**To:** Steinfeld, Isaiah[Isaiah.Steinfeld@nike.com]
**From:** Sarah David[sarahdavid@stockx.com]
**Sent:** Tue 9/18/2018 9:27:32 PM Coordinated Universal Time
**Subject:** RE: <External>Re: Isaiah Steinfeld x StockX Intro

Also, one more thing. Can you let me know who, if anyone will be joining you in Detroit?

Thanks!

**Sarah David**
StockX
Executive Assistant

586.258.6075 cell
sarahdavid@stockx.com
stockx.com

---

**From:** Sarah David <sarahdavid@stockx.com>
**Sent:** Tuesday, September 18, 2018 5:26 PM
**To:** 'Steinfeld, Isaiah' <Isaiah.Steinfeld@nike.com>
**Subject:** RE: <External>Re: Isaiah Steinfeld x StockX Intro

Hi Isaiah,

10/3 works best on our end, can we confirm that date?

Also, have you ever been to Detroit to see everything? We have a Detroit tour, which is a tour of the city that we'd love for you to join if you haven't already done so yet.

Let me know and we can work on logistics!

Thanks,

**Sarah David**
StockX
Executive Assistant

586.258.6075 cell
sarahdavid@stockx.com
stockx.com

---

**From:** Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com>
**Sent:** Monday, September 17, 2018 6:24 PM
**To:** Sarah David <sarahdavid@stockx.com>
**Subject:** Re: <External>Re: Isaiah Steinfeld x StockX Intro

Hi Sarah,

Thanks for following up. I have availability open October 1st through the 3rd and then tied up for a couple weeks, but my availability opens back up until October 15th - 26th. Please let me know if you have any questions or need more information. Thanks so much for your help, look forward to meeting everyone!

Best,
Isaiah

--
**Isaiah Steinfeld**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc.
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

**From:** Sarah David <sarahdavid@stockx.com>
**Date:** Monday, September 17, 2018 at 9:16 AM
**To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Subject:** RE: <External>Re: Isaiah Steinfeld x StockX Intro

Hi Isaiah,

Following up here to see what availability you have in the upcoming weeks.

Thanks!

**Sarah David**
StockX
Executive Assistant

---

586.258.6075 cell
sarahdavid@stockx.com
stockx.com

---

**From:** Sarah David <sarahdavid@stockx.com>
**Sent:** Friday, September 14, 2018 4:10 PM
**To:** 'Steinfeld, Isaiah' <Isaiah.Steinfeld@nike.com>
**Subject:** RE: <External>Re: Isaiah Steinfeld x StockX Intro

(bcc'ing the group for scheduling purposes)

Hi Isaiah,

Can you propose a few dates that you'd be able to visit StockX?

Thanks,

**Sarah David**
StockX
Executive Assistant

---

586.258.6075 cell
sarahdavid@stockx.com
stockx.com

---

**From:** Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com>
**Sent:** Thursday, September 13, 2018 2:06 PM
**To:** Josh Luber <josh@stockx.com>
**Cc:** David, Sarah <sarahdavid@stockx.com>; Adam Wolf <adam@stockx.com>; Joe Boehm <joeb@stockx.com>; Greg Schwartz <greg@stockx.com>; Russ Amidon <russ@stockx.com>
**Subject:** Re: <External>Re: Isaiah Steinfeld x StockX Intro

Just heard the funding announcement, that's amazing! Congrats everyone!

So stoked for you all, this has always been my favorite part of startup life. That perfect moment right after funding where you tighten all the necessary pieces, re-up on resources and kick everything into overdrive again. Excited to see what's next.

I'll work with Sarah to find a time that works best, see you all soon!

Best,
Isaiah

--
**Isaiah Steinfeld**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc. ■
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

**From:** Josh Luber <josh@stockx.com>
**Date:** Wednesday, September 12, 2018 at 8:22 PM
**To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Cc:** "David, Sarah" <sarahdavid@stockx.com>, Adam Wolf <adam@stockx.com>, Joe Boehm <joeb@stockx.com>, Greg Schwartz <greg@stockx.com>, Russ Amidon <russ@stockx.com>
**Subject:** Re: <External>Re: Isaiah Steinfeld x StockX Intro

Absolutely

Sarah is copied here. She can work with you to find a date that is both asap but also when I'm in town....

Looking forward to it

CONFIDENTIAL                                                                                                                    NIKE0038175

On Wed, Sep 12, 2018 at 7:47 PM Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com> wrote:
Thanks, Brian! Moving you to bcc to spare your inbox.

Hey StockX crew, nice to meet you all, huge fan of what you all are building.

Josh, so great to meet you too. I've never been to Detroit but have always wanted to come out, excited to finally make it happen. As Brian mentioned, I'm ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. If you have time in the next couple of weeks I'd love to come to Detroit and meet with everyone. Let me know what makes sense for timing, look forward to meeting.

-Isaiah
--
**Isaiah Steinfeld**
Entrepreneur in Residence
Advanced Innovation | Nike, Inc.
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

---

**From:** Josh Luber <josh@stockx.com>
**Date:** Tuesday, September 11, 2018 at 8:47 PM
**To:** "Roesler, Brian" <Brian.Roesler@nike.com>, "David, Sarah" <sarahdavid@stockx.com>, Adam Wolf <adam@stockx.com>, Joe Boehm <joeb@stockx.com>
**Cc:** Greg Schwartz <greg@stockx.com>, Russ Amidon <russ@stockx.com>, "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
**Subject:** <External>Re: Isaiah Steinfeld x StockX Intro

Brian

Good to hear from you.

Isaiah, nice to meet you. Let me know what you are thinking. Would love to show you everything here in Detroit....the authentication operation is WAY bigger than when Brian was here :)

Adding a few people for awareness

Josh

On Tue, Sep 11, 2018 at 9:35 PM Roesler, Brian <Brian.Roesler@nike.com> wrote:
Hey StockX crew,

It's Brian Roesler from Nike's Valiant Labs. We chatted last year during StockX day about ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Turns out the future is now.

CC'd is Isaiah Steinfeld who is leading our efforts on that front. He'd love to grab some time / swing through Detroit to chat more about it.

Isaiah, I'll let you take it from here.

Thanks,

Brian

--
Error! Filename not specified.

**Josh Luber**
CEO | StockX
---
404-441-4408
josh@stockx.com

--


**Josh Luber**
CEO | StockX

CONFIDENTIAL
NIKE0038176

404-441-4408
josh@stockx.com

CONFIDENTIAL

NIKE0038177