# EXHIBIT 43

**To:** ▮▮▮@ice.dhs.gov]; Sarah David[sarahdavid@stockx.com]; Greg Schwartz[greg@stockx.com]; ▮▮▮@ice.dhs.gov]
**Cc:** ▮▮▮@ice.dhs.gov]; Fogarty, Brian[Brian.Fogarty@nike.com]
**From:** Pallett, Joe[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7FA81DAE58544B65BEA45F6679D309F7-PALLETT, JO]
**Sent:** Tue 1/26/2021 8:33:04 PM Coordinated Universal Time
**Subject:** RE: <External>RE: StockX & E-Commerce Working Group

Thank you, I've added ▮▮▮

Joe Pallett
Nike, Inc. Director Brand Protection, Authentication & Innovation
Joe.pallett@nike.com

---

**From:** ▮▮▮@ice.dhs.gov>
**Sent:** Tuesday, January 26, 2021 12:25 PM
**To:** Sarah David <sarahdavid@stockx.com>; Greg Schwartz <greg@stockx.com>; ▮▮▮@ice.dhs.gov>
**Cc:** Pallett, Joe <Joe.Pallett@nike.com>; ▮▮▮@ice.dhs.gov>; Fogarty, Brian <Brian.Fogarty@nike.com>
**Subject:** <External>RE: StockX & E-Commerce Working Group

Please add in ▮▮▮ from IPR Center side also.

[redacted]

---

**From:** Sarah David <sarahdavid@stockx.com>
**Sent:** Monday, January 25, 2021 5:36 PM
**To:** Greg Schwartz <greg@stockx.com>; ▮▮▮@ice.dhs.gov>
**Cc:** Pallett, Joe <Joe.Pallett@nike.com>; ▮▮▮@ice.dhs.gov>; Fogarty, Brian <Brian.Fogarty@nike.com>
**Subject:** Re: StockX & E-Commerce Working Group

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Hi guys,

1:00pm ET on 2/3 works great. Can you also add seanmccartney@stockx.com as well?

Thank you!

**Sarah David**
Executive Assistant
586.258.6075
sarahdavid@stockx.com

---

**From:** Greg Schwartz <greg@stockx.com>
**Date:** Sunday, January 24, 2021 at 10:53 PM
**To:** ▮▮▮@ice.dhs.gov>
**Cc:** "Pallett, Joe" <Joe.Pallett@nike.com>, ▮▮▮@ice.dhs.gov>, "Fogarty, Brian" <Brian.Fogarty@nike.com>, Sarah David <SarahDavid@stockx.com>
**Subject:** Re: StockX & E-Commerce Working Group

Joe, thanks for the introduction.

▮▮▮ great to connect. Looking forward to meeting and learning more about the E-Commerce Working Group. As Joe noted, authentication is at the core of our model so I think it will be a productive conversation.

I'm adding Sarah who can help with scheduling on my end.

Thanks,

--
**Greg Schwartz**
StockX
COO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

greg@stockx.com
stockx.com

On Sat, Jan 23, 2021 at 10:48 AM ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ @ice.dhs.gov> wrote:
All, February 2 or 3 work for me. I look forward to speaking with you to tell you more about our efforts. Bill

---

**From:** Pallett, Joe <Joe.Pallett@nike.com>
**Date:** Friday, Jan 22, 2021, 4:21 PM
**To:** ▇▇▇▇▇▇▇▇▇▇ @ice.dhs.gov>, Greg Schwartz <greg@stockx.com>
**Cc:** ▇▇▇▇▇▇▇▇▇▇ @ice.dhs.gov>, Fogarty, Brian <Brian.Fogarty@nike.com>
**Subject:** StockX & E-Commerce Working Group

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Hello ▇▇,

My name is Joe Pallett and I'm Nike Brand Protection's Director of Authentication and Innovation. Agent ▇▇▇▇ recently spoke to you about StockX and the IPR Center's E-Commerce Working Group .

In that vein, I'd like to introduce you to StockX' COO Greg Schwartz, cc'd here. Greg is interested in learning more about the program and how StockX may fit it.

Nike is interested ensuring that counterfeit products bearing Nike's marks are stopped from entering the stream of commerce at all points, particularly on secondary markets such as StockX, whose reputation for authenticating product creates very high resale prices.

Greg and ▇▇ would you be able to meet and discuss for 30 minutes at any of the below times?

- Tuesday February 2: 11 AM-2PM EST
- Wednesday February 3: 1-3 PM EST
- Thursday February 4: 2-4 PM EST

I'd be happy to arrange the meeting and make introductions.

Thank you,

Joe Pallett
Nike, Inc. Director Brand Protection, Authentication & Innovation
Joe.pallett@nike.com

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY