# EXHIBIT 45

| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/Is-StockX-affiliated-with-any-of-the-brands-you-sell-on-your-site |
| Page loaded at (UTC): | Thu, 29 Sep 2022 14:18:08 GMT |
| Capture timestamp (UTC): | Thu, 29 Sep 2022 14:19:06 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 40d6b75a-e368-4924-8f57-8a9bd90353eb |
| User: | pv-leslie |

PDF REFERENCE #:     9fuxncu7zzqJ1sqaF7hxgh

CONFIDENTIAL                                                                                                                    NIKE0040010

StockX   Help Center                Ask a question                            English (US)

## Is StockX affiliated with any of the brands you sell on your site?
9/28/2022

Unless stated otherwise, StockX is not affiliated with any of the brands we sell on the platform. StoxkX Verified is our own designation and not endorsed by any brands sold on StockX.

| Did this information resolve your issue? | Yes | No |

**Frequently Asked Questions**

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us

---