# EXHIBIT 46

**Page Vault**

| | |
|---|---|
| Document title: | Sole Retriever on Twitter: ""StockX Verified is our own designation and not endorsed by any brands sold on StockX."" / Twitter |
| Capture URL: | https://twitter.com/SoleRetriever/status/1590823228150538242 |
| Page loaded at (UTC): | Wed, 16 Nov 2022 15:26:59 GMT |
| Capture timestamp (UTC): | Wed, 16 Nov 2022 15:28:55 GMT |
| Capture tool: | 10.10.3 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.168 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 10 |
| Capture ID: | eixpovzpaPASr5rDkgoFGe |
| User: | anna |

PDF REFERENCE #:    w4hgiTtejMHM4r7uDbM7KH

CONFIDENTIAL

NIKE0041144

Twitter

**Sole Retriever**
@SoleRetriever

···

"StockX Verified is our own designation and not endorsed by any brands sold on StockX."

Sole Retriever @SoleRetriever · Nov 10 · ✏️
StockX removes "100% Authentic" from its product pages 🤔

s/o @sockjig & IG: sneakerstrut

rtrv.in/3UMQcJC

# StockX

| Nike Dunk Low Retro | Nike Dunk Low Retro |
| White Black Panda (2021) | White Black Panda (2021) |
| ~~Verified Authentic~~  Condition: New | Condition: New |

9:46 PM · Nov 10, 2022 · Twitter Web App

**12** Retweets   **7** Quote Tweets   **85** Likes

💬   🔁   ♡   ⬆️

👤  Tweet your reply                    Reply

**carson** @crsn_jnes10 · Nov 10
Replying to @SoleRetriever
What
💬   🔁   ♡ 3   ⬇️   ⬆️

**chipster** @ChysGotSole · Nov 10
Replying to @SoleRetriever
What does that even mean
💬   🔁   ♡ 2   ⬇️   ⬆️

**marwan** @marwheezyy · Nov 10
Replying to @ChysGotSole and @SoleRetriever
Authenticated to the best of their abilities and checklist
💬   🔁   ♡ 6   ⬇️   ⬆️

**cbaker051810@gmail.com** @chase73663957 · Nov 10
Replying to @SoleRetriever
They been fake
💬   🔁   ♡   ⬇️   ⬆️

**SnkrBrian** @SnkrBrian · Nov 10
Replying to @SoleRetriever

**Relevant people**

**Sole Retriever**    Follow
@SoleRetriever
We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 👟 | Tweets may be affiliated

**sockjig** ✅    Follow
@sockjig
I talk about buying and selling sneakers, Sockjig Sneaker Podcast, and also drop socks sometimes. Size 12. The game is the game.

**What's happening**

NHL · Last night
**Maple Leafs at Penguins**

**#Warzone2**
Play #Warzone2 for Free Today
📣 Promoted by Call of Duty

Trending in United States    ···
**#RIPJimmyFallon**
Trending with Twitter 2.0

Trending in United States    ···
**Only in America**
10.9K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: Sole Retriever on Twitter: &quot;&quot;StockX Verified is our own designation and not endorsed by any brands sold on StockX.&quot;&quot; / Twitter
Capture URL: https://twitter.com/SoleRetriever/status/1590823228150538242
Capture timestamp (UTC): Wed, 16 Nov 2022 15:28:55 GMT
Page 1 of 9
CONFIDENTIAL
NIKE0041145

Tweet

They been fake

💬   🔁   ♡   ⬇   📤

**SnkrBrian** @SnkrBrian · Nov 10
Replying to @SoleRetriever
Explain in fortnite terms

💬 1   🔁   ♡ 6   ⬇   📤

**MENTALsalami** @MentalSalami · Nov 10
Replying to @SnkrBrian and @SoleRetriever

GUGU GAGA?!
GIF ALT

💬   🔁   ♡ 4   ⬇   📤

**Dylano** @Dylano_ · Nov 10
Replying to @SoleRetriever
"We just made it up"

💬   🔁   ♡ 1   ⬇   📤

**ugh.luv** @sussyworm · Nov 10
Replying to @SoleRetriever
Never ordering off there again

💬 1   🔁   ♡ 5   ⬇   📤

**Eve 🐕** @SOLE_EVE98 · Nov 10
Replying to @sussyworm and @SoleRetriever
Same

💬   🔁   ♡   ⬇   📤

**Brenden** @burninglowkey · Nov 10
Replying to @SoleRetriever
So is this legal speak to stop future lawsuits?

💬   🔁   ♡ 1   ⬇   📤

**ChrisDaGoofy 🥴🤡** @KAI_SENPAII · Nov 10
Replying to @SoleRetriever
Niggas, authentication team gave up. All them damn B grade dunks 😂😭

💬   🔁   ♡ 4   ⬇   📤

**Heavy D** @OhVAw8LuvHer · Nov 10
Replying to @SoleRetriever
So basically if you get a fake it is what it is... they just verifying it's a new sneaker

💬   🔁   ♡ 11   ⬇   📤

**Run Chappy Run** @RunWithChappy · Nov 10
Replying to @SoleRetriever
Some lawyer convinced them this will absolve them from liability for selling

## Relevant people



**Sole Retriever** @SoleRetriever   **Follow**
We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 👟 | Tweets may be affiliated

**sockjig** ✔ @sockjig   **Follow**
I talk about buying and selling sneakers, Sockjig Sneaker Podcast, and also drop socks sometimes. Size 12. The game is the game.

## What's happening



NHL · Last night
**Maple Leafs at Penguins**

**#Warzone2**
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
Trending with Twitter 2.0

Trending in United States
**Only in America**
10.9K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: Sole Retriever on Twitter: &quot;&quot;StockX Verified is our own designation and not endorsed by any brands sold on StockX.&quot;&quot; / Twitter
Capture URL: https://twitter.com/SoleRetriever/status/1590823228150538242
Capture timestamp (UTC): Wed, 16 Nov 2022 15:28:55 GMT
Page 2 of 9
CONFIDENTIAL
NIKE0041146

Tweet

sneaker

💬    ⟲    ♡ 11    ⇩    ⬆

**Run Chappy Run** @RunWithChappy · Nov 10
Replying to @SoleRetriever
Some lawyer convinced them this will absolve them from liability for selling fakes...

💬    ⟲    ♡ 11    ⇩    ⬆

**floyd taylor** @raidersince74 · Nov 10
Replying to @SoleRetriever
Just trademark IDK

💬    ⟲    ♡ 1    ⇩    ⬆

**A.O.** 🌎 @AOtooTALL · Nov 10
Replying to @SoleRetriever

💬    ⟲    ♡ 7    ⇩    ⬆

**M**ENTAL**salami** @MentalSalami · Nov 10
Replying to @SoleRetriever

GIF   ALT

💬    ⟲    ♡    ⇩    ⬆

Juno @juno_fn · Nov 10

## Relevant people



**Sole Retriever** ✓
@SoleRetriever
[Follow]
We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 🔪 | Tweets may be affiliated

**sockjig** ✓
@sockjig
[Follow]
I talk about buying and selling sneakers, Sockjig Sneaker Podcast, and also drop socks sometimes. Size 12. The game is the game.

## What's happening



NHL · Last night
**Maple Leafs at Penguins**

**#Warzone2**
Play #Warzone2 for Free Today
📷 Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
Trending with Twitter 2.0

Trending in United States
**Only in America**
10.9K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: Sole Retriever on Twitter: &quot;&quot;StockX Verified is our own designation and not endorsed by any brands sold on StockX.&quot;&quot; / Twitter
Capture URL: https://twitter.com/SoleRetriever/status/1590823228150538242
Capture timestamp (UTC): Wed, 16 Nov 2022 15:28:55 GMT
Page 3 of 9
CONFIDENTIAL
NIKE0041147

Tweet

**Relevant people**



Sole Retriever
@SoleRetriever

**Follow**

We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 🔪 | Tweets may be affiliated

sockjig ✓
@sockjig

**Follow**

I talk about buying and selling sneakers, Sockjig Sneaker Podcast, and also drop socks sometimes. Size 12. The game is the game.

---

GIF ALT

🗨  ⇄  ♡  ⬇  ⬆

**lune** @lune_fn · Nov 10
Replying to @SoleRetriever
What that mean

🗨  ⇄  ♡  ⬇  ⬆

**Ethan V** @ItsEmbazz · Nov 10
Replying to @SoleRetriever
For everyone confused, what they tried to say is they are not putting the tags under shoes because it is something StockX created and is presumably already embedded in their platform. Not putting the tag is because brands do not advertise their shoes as stockX verified, etc.

🗨 1  ⇄  ♡  ⬇  ⬆

**Ethan V** @ItsEmbazz · Nov 10
Replying to @ItsEmbazz and @SoleRetriever
So basically it's a safety net for them if they do ship fakes because you bought something that does have 100% verified from direct retailers, but individuals who sell on stockX. Makes sense?

🗨 2  ⇄  ♡  ⬇  ⬆

**Shibuyen Zen** @KingKaffeJoe · Nov 10
Replying to @ItsEmbazz and @SoleRetriever
Same as all the other platforms

🗨 1  ⇄  ♡ 1  ⬇  ⬆

**Ethan V** @ItsEmbazz · Nov 10
Replying to @KingKaffeJoe and @SoleRetriever
Yup they have their own authentication process, but that doesn't mean they have to provide, just like eBay until they introduced theirs.

🗨  ⇄  ♡  ⬇  ⬆

**Etane Rock** @EtaneRock12 · Nov 10
Replying to @SoleRetriever
Rep city coming

🗨  ⇄  ♡ 1  ⬇  ⬆

**mango seed** @Tywoodss · Nov 10
Replying to @SoleRetriever
Thee stock verification group 😂😂



🗨 2  ⇄  ♡ 6  ⬇  ⬆

**Baykix** @Baykix1 · Nov 10
Replying to @Tywoodss and @SoleRetriever
👏 A diverse group attempting to do their best in servin the people!

---

**What's happening**

NHL · Last night
**Maple Leafs at Penguins**

#Warzone2
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
Trending with Twitter 2.0

Trending in United States
**Only in America**
10.9K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2022 Twitter, Inc.

Document title: Sole Retriever on Twitter: &quot;&quot;StockX Verified is our own designation and not endorsed by any brands sold on StockX.&quot;&quot; / Twitter
Capture URL: https://twitter.com/SoleRetriever/status/1590823228150538242
Capture timestamp (UTC): Wed, 16 Nov 2022 15:28:55 GMT
Page 4 of 9
CONFIDENTIAL
NIKE0041148

Tweet

🔍 Search Twitter

💬 2    🔁    ♡ 6    ⬇    ⬆

**Baykix** @Baykix1 · Nov 10
Replying to @Tywoodss and @SoleRetriever
👏 A diverse group attempting to do their best in servin the people!

💬 2    🔁 1    ♡ 4    ⬇    ⬆

**mango seed** @Tywoodss · Nov 10
Replying to @Baykix1 and @SoleRetriever
They not trying hard enough fam

💬    🔁    ♡ 1    ⬇    ⬆

**Gorilla Mask** @GorillaMask_ · Nov 10
Replying to @SoleRetriever
Time to chargeback any purchases on stockx for not being able to verify authenticity

💬    🔁    ♡ 2    ⬇    ⬆

**Daniel Anderson** @DANOEMYTE · Nov 10
Replying to @SoleRetriever
Well there goes the last nail 🏏

💬    🔁    ♡    ⬇    ⬆

**O P** @OscarPr31751228 · Nov 10
Replying to @SoleRetriever
Fuckk stock x come buy from me 😂 120% authentic

💬 5    🔁 1    ♡ 39    ⬇    ⬆

**Brian Sickels** @bsickels20 · Nov 10
Replying to @OscarPr31751228 and @SoleRetriever
Been trying bro! What's up

💬    🔁    ♡    ⬇    ⬆

**Mithreigndeer | Rhaenyr** @reigndeergames · Nov 10
Replying to @SoleRetriever
LMAO it never mattered to begin with

💬    🔁    ♡    ⬇    ⬆

**Little Valentine** @MyValentine420 · Nov 10
Replying to @SoleRetriever
This is why I prefer goat

💬    🔁    ♡ 1    ⬇    ⬆

**Smokey** @Smokeys_Kickz · Nov 10
Replying to @SoleRetriever
ebay or goat it is.

💬    🔁    ♡ 1    ⬇    ⬆

**Eve** 👟 @SOLE_EVE98 · Nov 10
Replying to @SoleRetriever
Took all my bids off and put them on goat . D

💬 1    🔁    ♡    ⬇    ⬆

**Jonathan** @snoopie_bigdog · Nov 10
Replying to @SOLE_EVE98 and @SoleRetriever
Nah goat just as bad

💬    🔁    ♡    ⬇    ⬆

**grumpy_asian** 👾🧪 @grumpy_asian_hk · Nov 10
Replying to @SoleRetriever
Nike litigation, they cant claim 100% authentic

### Relevant people



**Sole Retriever** @SoleRetriever    **Follow**
We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 👟 | Tweets may be affiliated

**sockjig** ✔ @sockjig    **Follow**
I talk about buying and selling sneakers, Sockjig Sneaker Podcast, and also drop socks sometimes. Size 12. The game is the game.

### What's happening



NHL · Last night
**Maple Leafs at Penguins**

**#Warzone2**
Play #Warzone2 for Free Today
Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
Trending with Twitter 2.0

Trending in United States
**Only in America**
10.9K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

Document title: Sole Retriever on Twitter: &quot;&quot;StockX Verified is our own designation and not endorsed by any brands sold on StockX.&quot;&quot; / Twitter
Capture URL: https://twitter.com/SoleRetriever/status/1590823228150538242
Capture timestamp (UTC): Wed, 16 Nov 2022 15:28:55 GMT
Page 5 of 9
CONFIDENTIAL
NIKE0041149

Tweet

Replying to @SOLE_EVE56 and @SoleRetriever

Nah goat just as bad

**grumpy_asian** 🥇🧪 @grumpy_asian_hk · Nov 10
Replying to @SoleRetriever
Nike litigation, they cant claim 100% authentic

**FrylockFB** @FrryeKevin · Nov 10
Replying to @SoleRetriever
RepX is in full effect now. Buyers beware.

♡ 1

**Felix** @Felix51223307 · Nov 10
Replying to @SoleRetriever

GIF

**Ringer** @mmmatches · Nov 10
Replying to @SoleRetriever
Just like being "verified" on Twitter

**Adam** @savill_adam · Nov 10
Replying to @SoleRetriever
removing 100% Authentic doesn't change anything other than the words being removed, they still use a similar if not the same verification process as their competitors

♡ 2

**Wade** @_oneWade · Nov 11
Replying to @savill_adam and @SoleRetriever
If they have removed it from the site completely, then it makes a HUGE difference. The 100% Authentic means you have legal recourse if you receive non-authentic sneakers. Without it then you're probably up shitz creek!

**Adam** @savill_adam · Nov 11
Replying to @_oneWade and @SoleRetriever
if you check their competitors i don't think they state that products are 100% authentic either tbh but it's still a safer way to buy sneakers aftermarket

♡ 1

**Relevant people**



**Sole Retriever**
@SoleRetriever
Follow
We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 👟 | Tweets may be affiliated

**sockjig** ✔
@sockjig
Follow
I talk about buying and selling sneakers, Sockjig Sneaker Podcast, and also drop socks sometimes. Size 12. The game is the game.

**What's happening**



NHL · Last night
**Maple Leafs at Penguins**

**#Warzone2**
Play #Warzone2 for Free Today
📢 Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
Trending with Twitter 2.0

Trending in United States
**Only in America**
10.9K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: Sole Retriever on Twitter: &quot;&quot;StockX Verified is our own designation and not endorsed by any brands sold on StockX.&quot;&quot; / Twitter
Capture URL: https://twitter.com/SoleRetriever/status/1590823228150538242
Capture timestamp (UTC): Wed, 16 Nov 2022 15:28:55 GMT
CONFIDENTIAL
Page 6 of 9
NIKE0041150

Replying to @_oneWade and @SoleRetriever

if you check their competitors i don't think they state that products are 100% authentic either tbh but it's still a safer way to buy sneakers aftermarket

Winter ✔ @bootybannedit · Nov 11
Replying to @savill_adam @_oneWade and @SoleRetriever
Word everyone coming fro stock x when they aren't the only company to do this . They are the scapegoat . There is nothing more authentic than getting it at retail period

♡ 1

Hvwk @Hvwkmoon · Nov 11
Replying to @SoleRetriever
Excuse me?

spokanerob @spokanerob · Nov 11
Replying to @SoleRetriever
70% of the time we get it right every time

GIF ALT IT'S SCIENCE

Chef Brokyardee @the_mooshoo · Nov 11
Replying to @SoleRetriever
Then charge more fees for the verification. Lmao!!

FakeX @StealXDaddy · Nov 11
Replying to @SoleRetriever

FakeX @StealXDaddy · Nov 11
#GotItOnStockX
What exactly does Stockx make money from?
Show this poll

## Relevant people



**Sole Retriever**
@SoleRetriever
[ Follow ]
We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 🔪 | Tweets may be affiliated

**sockjig** ✔
@sockjig
[ Follow ]
I talk about buying and selling sneakers, Sockjig Sneaker Podcast, and also drop socks sometimes. Size 12. The game is the game.

## What's happening

NHL · Last night
**Maple Leafs at Penguins**



#Warzone2
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
Trending with Twitter 2.0

Trending in United States
**Only in America**
10.9K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: Sole Retriever on Twitter: &quot;&quot;StockX Verified is our own designation and not endorsed by any brands sold on StockX.&quot;&quot; / Twitter
Capture URL: https://twitter.com/SoleRetriever/status/1590823228150538242
Capture timestamp (UTC): Wed, 16 Nov 2022 15:28:55 GMT
CONFIDENTIAL

NIKE0041151



Tweet

FakeX @StealXDaddy · Nov 11
#GotItOnStockX
What exactly does Stockx make money from?
Show this poll

BulletNtheHead @Turpentinehurt · Nov 11
Replying to @SoleRetriever
Here's my question Ebay and everyone else is going to have to do the same thing if it's going off that sometimes they sell fakes?

Baykix @Baykix1 · Nov 10
Replying to @SoleRetriever
Still ah reach! They just covering the legal sh**!  Silently got some type of disposition from the Nike lawsuit.

1

## Relevant people



**Sole Retriever**
@SoleRetriever    Follow

We democratize access, knowledge and discovery to all of the latest sneaker drops and information - amongst other things. 🔪 | Tweets may be affiliated

**sockjig** ✓
@sockjig    Follow

I talk about buying and selling sneakers, Sockjig Sneaker Podcast, and also drop socks sometimes. Size 12. The game is the game.

## What's happening



NHL · Last night
**Maple Leafs at Penguins**

**#Warzone2**
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
Trending with Twitter 2.0

Trending in United States
**Only in America**
10.9K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.





CONFIDENTIAL

NIKE0041153