# EXHIBIT 48

Page 1

1                UNITED STATES DISTRICT COURT
2             FOR THE NORTHERN DISTRICT OF NEW YORK
3                         ---oOo---
4
5   NIKE, INC.,                )
                               )
6            Plaintiff,        )
                               )
7   vs.                        )   No. 1:22-cv-00983-VEC
                               )
8   STOCKX LLC,                )
                               )
9            Defendant.        )
    _____)
10
11
12         H I G H L Y   C O N F I D E N T I A L
13              OUTSIDE ATTORNEYS' EYES ONLY
14    STOCKX 30(b)(6) VIDEOTAPED DEPOSITION OF BROCK HUBER
15                 SAN FRANCISCO, CALIFORNIA
16               WEDNESDAY, FEBRUARY 22, 2023
17
18
19
20
21  STENOGRAPHICALLY REPORTED BY:
22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23  CSR LICENSE NO. 9830
24  JOB NO. 5688666
25

```
            UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF NEW YORK
                      ---oOo---


NIKE, INC.,                  )
                             )
          Plaintiff,         )
                             )
vs.                          )  No. 1:22-cv-00983-VEC
                             )
STOCKX LLC,                  )
                             )
          Defendant.         )
_____)
```

     StockX 30(b)(6) Videotaped Deposition of
Brock Huber, taken on behalf of the Plaintiff,
Pursuant to Notice, on Wednesday, February 22,
2023, beginning at 8:40 a.m., and ending at
4:43 p.m., before me, ANDREA M. IGNACIO, CSR, RPR,
CCRR, CRR, CLR ~ License No. 9830.

1            MS. BANNIGAN:  Objection.

2            THE WITNESS:  Yeah.  So again, we -- we sit

3    in the middle of every transaction.  We authenticate,

4    verify every single item that's sold on the platform.

5            And so what that process looks like is, every

6    time a seller and a buyer agree on a price for an

7    item, that seller is then required to ship that item

8    to one of our authentication centers, which is what we

9    have always called them and which is what we call them

10   today.

11           In that process, we have a team of highly

12   trained and technology-enabled authenticators that

13   check for a variety of factors.

14           The most common issues we would have in the

15   authentication verification process would be that the

16   wrong item is sent in.  The item has been used prior

17   to being shipped in, and we only accept brand-new

18   items.  And we also check for discrepancies, such as

19   manufacturing defects.

20           MS. DUVDEVANI:  Unbelievable.

21           THE WITNESS:  We attempt to correct for items

22   that have enough variation in them that, according to

23   our standard, we think they may appear to be

24   inauthentic.

25           And if we find an item that doesn't meet,

Page 22

1    again, the standard that we created that is our
2    standard for -- for an item being eligible to be
3    transacted on our platform, we -- our authenticator,
4    who is, you know, hands-on in their pod with that item
5    in their hands, will trouble the item.

1 ████████████████████████████████████████

2 ████████████████████████████████████████

3 ██████████████████████████████████

4 ████████████

5          MS. DUVDEVANI:  Q.  Do you explain why it
6   failed the inspection?
7       A    We give some level of detail, but it is not
8   always entirely specific.
9       Q    What do you mean by "some level of detail"?
10      A    We may say, as an example, "Variation in
11  materials."
12      Q    Do you give any more details than that?
13      A    Generally speaking, no.  No -- nothing too
14  specific.
15      Q    Why not?
16      A    The main takeaway when that happens is that
17  the item is not eligible to transact on our platform.
18  And the seller is notified that it's not eligible and
19  is given the opportunity to, in some cases, pay.  In
20  other cases, we waive the fee to have that item
21  shipped back to them where it's clear it's not
22  welcomed to be transacted on our platform.

██    █ ████████████████████████████████████

██    ████████████████████████████████████████

██    ██████████████████████

Page 24

1   █████████████       ████████
2   █████████       █████████████████████
3   ████████████████████████████████████
4   ████████████████████████████████████
5   ████████████████████████████████████
6   █████████████████████████████████████
7   ██████████████████████

8           So we have heard anecdotes of folks
9   purchasing something, as an example, directly from an
10  Adidas store and coming to StockX to sell it and it
11  failing our authentication and verification process.
12          So it is not our job, our position, our role
13  to -- when a consumer provides an item that
14  potentially may be inauthentic and is a low-volume
15  seller and what we would just call a typical consumer,
16  to confiscate that property, because we're not legally
17  designating it as a counterfeit item.
18          We are saying, This is not welcomed to be
19  transacted in our platform.  If you'd like to pay a
20  fee, you may have your item back.
21          MS. DUVDEVANI:  Q.  How come StockX doesn't
22  give -- well, strike that.
23          Is it your testimony that StockX doesn't
24  provide more details about why they determine that a
25  potential product is inauthentic to the seller?

Page 25

1           MS. BANNIGAN:  I'm just going to caution you
2     not to get into any privileged information.  So just
3     facts.
4           THE WITNESS:  Sure.
5           I don't think that my list of reasons was
6     exhaustive.  I do not have, off the top of my head,
7     every code that we could potentially provide via
8     e-mail to a customer about why an item failed
9     authentication.
10          But it is, to the best of my knowledge, that
11    we do not send an e-mail that would tell a customer
12    that their product was fake.
13          MS. DUVDEVANI:  Q.  Why not?
14     A    Again, it's a part of our process.  The point
15    of the process is to deem items, according to our
16    standard, eligible to be traded on our platform.
17          And if an item has characteristics that might
18    make our authentication team suspicious, we will not
19    allow it to trade.
20          In that process, we may block items that the
21    brand, such as Nike, would call authentic.  We may
22    also block items that Nike as a brand may call
23    inauthentic.
24     Q    How do you know what items Nike would call
25    authentic or inauthentic?

Page 60

1  how we are going to communicate with our customer
2  base, drive a good experience.





Page 66



Page 133

1  ■ ████████████████████████████████████████
2  ■ ██████████████████████████
3  ■       ██████████   ██████████████
4  ■       ████████   ████████████████
5  ■ ████████████████████████████████████████
6  ■ ██████████████████████████████████████
7  ■ ████████████████████████████████████████████
8  ■ ██████
9  ■          ████████████   ████

10        Q   If StockX did not guarantee the authenticity
11   of the Nike brand products it enables the selling of,
12   would any of the costs allocated to the revenue in
13   this exhibit be avoided?
14           MS. BANNIGAN:  Objection to form.
15           THE WITNESS:  As a general response that I
16   believe answers your question, StockX has invested
17   hundreds of millions of dollars to the development of
18   and execution of our proprietary authentication and
19   verification process.
20           Prior to our existence, there was no scaled
21   or reputable marketplace player that conducted
22   authentication and verification for every product that
23   sold on its marketplace.
24           And due to the experience that we provided,
25   we have lifted the level of competition around us, and

1  other marketplaces have begun to offer a competing
2  service that presumes to identify -- or to
3  authenticate and verify items sold on their platform.
4         So the overall impact of StockX relative to
5  consumer fraud and the buying and selling of items
6  that may appear to be inauthentic has been improved by
7  our existence.
8         We have made it more difficult for bad actors
9  to exist.  We have helped lift the entire industry
10 around us.  And we believe that that not only protects
11 our consumers, but also provides benefits to creators
12 of branded product everywhere.
13        MS. DUVDEVANI:  Q.  What's your factual basis
14 to testify under oath that you've made it more
15 difficult for bad actors to exist when you've offered
16 bad actors a platform with which to sell counterfeit
17 products?
18        MS. BANNIGAN:  Objection to form.
19        THE WITNESS:  Well, I think that the way that
20 you said that was, if not completely opposite of the
21 truth, pretty close.
22        MS. DUVDEVANI:  Q.  How so?
23        Let me ask you this, Mr. Huber:  Your -- your
24 authenticators claim to stop thousands of fake
25 products from getting to consumers a month; correct?

1  A   That is correct.
2  Q   And does that also mean that --
3  A   Well, I'm sorry. Let me -- let me pause.
4  Q   Okay.
5  A   Our authenticators stop thousands of products
6  that do not meet our verification standard from
7  reaching end buyers.
8  Q   Including --
9  A   And we have cancelled --
10 Q   Go ahead.
11 A   -- millions -- I believe the -- the correct
12 answer is hundreds of millions of dollars of
13 transactions for items that did not meet our
14 verification process.
15     Our verification process, again, it's very
16 important to recognize, verifies for right product,
17 right condition, right size, no manufacturing defect,
18 no other suspicious variances.
19     And we protect both the buyer and the seller
20 in these transactions through our proprietary
21 verification process.
22     And we have made it more difficult for
23 potential sellers of items that may appear to be
24 inauthentic to sell those on our platform.
25     And because of the offering that we had,

Page 136

1   other marketplaces felt competitive pressure to also
2   create these types of services for their customers.
3       Q   Has there been a decrease in the number of
4   fake products that are sent to authentication centers
5   over the years or an increase in the number of
6   products that are sent to authentication centers over
7   the years?
8           MS. BANNIGAN:  Objection to form.
9           THE WITNESS:  So, you know, I -- I'd prefer
10  to look at specific documents that -- that may -- to
11  the extent we've produced them, that may quantify the
12  specifics.
13          However, at the very least, anecdotally, to
14  my knowledge, we originally saw a higher percentage of
15  fakes coming through our platform as -- or -- sorry --
16  not fakes -- items that appeared to be inauthentic, as
17  fraudsters initially tested the quality of our
18  authentication and verification process in the early
19  days of the StockX platform.
20          However, we have policies in place that
21  punish and ban sellers who attempt to not uphold their
22  end of the sales contract:  either not shipping it to
23  us, shipping the wrong item, shipping the wrong size,
24  shipping it used, shipping without accessories,
25  shipping it with a missing or damaged box, shipping a

Page 137

1  product that has significant variances, so as to raise
2  suspicion of our authentication process.
3          And -- and so we -- by punishing these
4  sellers through penalty fees, through outright
5  banning, it has become a less -- we have become a less
6  desirable avenue.
7          MS. DUVDEVANI:  Q.  Isn't it possible that
8  the sellers of counterfeit products have just gotten
9  more sophisticated, and you don't know --
10         MS. BANNIGAN:  Objection --
11         MS. DUVDEVANI:  Q.  -- that additional fakes
12 are being passed through your platform?
13         MS. BANNIGAN:  Objection to form.
14         THE WITNESS:  We have the utmost confidence
15 in our authentication process:  the way it's been
16 designed, the way that our team members that work in
17 the authentication centers are trained, from the
18 ▮▮▮▮▮ training window that they're required to
19 complete in order to become a lane one authenticator,
20 to the stand -- the weekly standup meetings, to the
21 weekly/biweekly bulletins we post, to the standard
22 guides that we provide around many brands of product
23 that we authenticate and verify, across the many
24 categories that we authenticate and verify.
25         We do recognize that the folks who have

Page 244

```
1   handed you a document that's been designated as
2   Exhibit 24, containing the Bates ranges STX '20185
3   through '20188.
4       Q    Do you recognize this document?
5       A    I do not.
```



```
19           But I think, as I've said a few times today,
20  our proprietary authentication and verification
21  process is at the heart of what we do.  There is no
22  item, save for items that come directly from a brand
23  or creator partner, that does not pass through our
24  authentication and verification process.
25           And as I talked about earlier, there was not
```

Page 245

1  anyone doing this prior to our success in removing
2  some of the friction points around purchasing the --
3  the items in the categories in which we transact.
4        And because we've started doing it, and
5  because we took a stand against unverified product,
6  many other competitors have joined our industry in the
7  secondary market and attempted to replicate our
8  authentication and verification process and have their
9  own authentication and verification processes.
10     Q   Is authentication important to your
11 consumers?
12     A   It is very important to the experience that
13 every item that transacts on our platform go through
14 our authentication and verification process to correct
15 for the potential areas of disappointment for a buyer:
16 wrong size, wrong color, wrong product, missing
17 accessories, damaged, manufacturing defect, other
18 variances.  And we correct for those before the buyer
19 takes receipt of the product.
20        And that is one of the main -- one of the key
21 reasons why you would transact on StockX as opposed to
22 in person at your local mall parking lot or on another
23 platform that does not have the same commitment to
24 authentication and verification.

Page 246

1  ████████ ██████████
2  █████████████████████████████████
3  ████████████████████ █
4  ████████████████████████
5  █ ████████████████████████████
6  ████████
7  █ █████████████████
8  █ █████████████████████████████
9  ██████████████████████████████
10 ████████████████████████ ████
11 ███████████
12 ██████████████████████
13 █████████████████████████████████
14 █████████████████████████████████
15 ███████████████████ ██████████
16 █████████████████████████████████
17 █████████████████████████████████
18 ██████████████
19 █ ███████████████████████
20 ███████████████████████
21 █ █████████████████████████
22 ████████████████████████
23        MS. DUVDEVANI:  Okay.  Let's take a break.  I
24 might be done.
25        MS. BANNIGAN:  Okay.