# EXHIBIT 50

| | |
|---|---|
| From: | Mark Porteous [markporteous@stockx.com] |
| Sent: | 3/24/2022 11:15:31 AM |
| To: | Yasmin Tekyi-Mensah [yasmintekyimensah@stockx.com] |
| CC: | Brandon Lockhart [brandonlockhart@stockx.com]; Dana Robinson [dana@stockx.com]; Derrick Register [derrickregister@stockx.com]; Jeffrey Russo [jeffrusso@stockx.com]; Katy Cockrel [katycockrel@stockx.com]; Tabitha Davenport [tabithadavenport@stockx.com]; John Lopez [johnlopez@stockx.com] |
| Subject: | Re: KAWS Jordans: Authentication Process |

Good morning all,



On Thu, Mar 24, 2022 at 9:44 AM Yasmin Tekyi-Mensah <yasmintekyimensah@stockx.com> wrote:
Hi, team - we're hoping to hold a retro early this afternoon (2/3pm ET) with a larger team.

Would you be able to share any of the background information before then? Timing, QA details, etc.

Appreciate your help!

On Wed, Mar 23, 2022 at 9:02 PM Yasmin Tekyi-Mensah <yasmintekyimensah@stockx.com> wrote:
I got a delivery failure for Brandon's email so please loop in anyone I may have missed that could weigh in.

On Wed, Mar 23, 2022 at 9:00 PM Yasmin Tekyi-Mensah <yasmintekyimensah@stockx.com> wrote:
Hi, team -

Following the social chatter today with the KAWS Jordan customer, we're looking for as much background as possible on the authentication process of the sneakers in question.

This will help inform our reactive media statement. Could you share an overview of the order information, any QA steps, and initial outreach here for visibility?

I know we tried to pull security footage earlier today but tapes had already expired. Anything else would be really helpful.

Thanks!
Yasmin
--

**Yasmin Tekyi-Mensah**

Confidential

Sr. Social Media Manager
--

**Yasmin Tekyi-Mensah**
Sr. Social Media Manager

--
Mark Porteous
Director of Fraud/Market Integrity

Mark@stockx.com

StockX

Confidential                                                                                                                            STX0108369