# EXHIBIT 51


CONFIDENTIAL NIKE0041164