# EXHIBIT 54

Good evening,

Did you really message with the intent that it would resolve the issue with the product you sent me? This product is unacceptable and should not have been sold to me. The lawsuit Nike has filed against you all for reselling fake sneakers is very much public. If this product made it through quality control to my front door that is very sad. I have never heard the excuse of mass production for a poor quality product especially not sneakers of this caliber and price point. I have already filed a dispute with my bank. You all can either refund me the full balance and receive your product back in return to scam the next customer. Or my bank will request the money. Either way I will get my money back and will never utilize your company again.

On Thursday, May 19, 2022, 16:16, support@stockx.com <support@stockx.com> wrote:

Hi Ashley,

Thanks again for your patience here!

We completely understand how important it is to make sure you receive the proper product in the proper condition. The good news is we had our verification team look at your photos, and we see that this item would be acceptable per our deadstock conditions and from a retail shop or manufacturer.

Please remember that the item is produced on a large scale and will feature natural manufacturer differences and variances. When we inspect every item, we look for two things:

1. The item is authentic
2. The item is in a condition that would be accepted at a retail location.

Nike and their Quality Control department passed these shoes to be sold on the retail level. We unfortunately do not have control over the manufacturer's production or quality control standards and must work with products that they have cleared for release. Glue, stitching, material, and slight paint variances are common in all mass-produced shoes.

I know how frustrating it can be when the item you purchase does not live up to your expectations and this is why I am trying my best to help. I am more than willing to offer you a discount code of $35 USD off of your next purchase with us or a partial refund of $25 USD off the current purchase to help accommodate the inconvenience with this order.

If you do not wish to keep this item, you are always welcome to relist

them back on StockX as long as they are in the same condition we sent them to you! Please let us know how you would like to proceed with this order as I am looking forward to your response.

Best,

Noah

Confidential

STX0220605