# EXHIBIT 55

HIGHLY CONFIDENTIAL

Page 1

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    NIKE, INC.,

5                    Plaintiff,

6            vs.                Case No. 22-CV-983 (VEC)

7    STOCKX, LLC,

8                    Defendant.

9    _____

10              *** HIGHLY CONFIDENTIAL ***

11

12          The Videotaped Deposition of RUSSELL AMIDON,

13          Taken at 28 West Adams Avenue, Suite 1500,

14          Detroit, Michigan,

15          Commencing at 10:06 a.m.,

16          Wednesday, November 30, 2022,

17          Before Stenographic Shorthand Reporter,

18          Lori Ann Baldwin, CSR-5207, RPR, CRR.

19

20

21

22

23

24

25

```
 1   APPEARANCES:

 2

 3   TAMAR Y. DUVDEVANI

 4   GABRIELLE VELKES

 5   DLA Piper LLP (US)

 6   1251 Avenue of the Americas

 7   New York, New York 10020-1104

 8   212.335.4799

 9   tamar.duvdevani@dlapiper.com

10   gabrielle.velkes@us.dlapiper.com

11        Appearing on behalf of Plaintiff.

12

13   CHRISTOPHER S. FORD

14   Debevoise & Plimpton LLP

15   650 California Street

16   San Francisco, California 94108

17   415.738.5705

18   csford@debevoise.com

19        Appearing on behalf of Defendant.

20

21

22

23

24

25   APPEARANCES (Continued)...
```

HIGHLY CONFIDENTIAL

1      your counsel tells you not to answer a question based

2      on privilege.  Got it?

3   A.   Got it.

4   Q.   Okay.  All right.  So 2016, was that when -- did

5        you -- did you begin working at StockX when it was

6        founded?

7   A.   I did not.

8   Q.   Okay.  How long had it been in existence at the time

9        you began working for the company?

10  A.   I believe we launched StockX a -- a month or two

11       before.

12  Q.   Okay.  Is your title the same today as it was in 2016?

13  A.   It is not.

14  Q.   Okay.  Can you take me through your employment history

15       at StockX?

16  A.   Sure.  From 2016 to 2018, I led our Customer Service

17       team, so my title was Director of Customer Experience.

18            In 2018, transitioned to Senior Director of

19       VIP Relations, and -- from 2018 to 2020.  And 2020 to

20       present, it is Senior Director of Account Management.

21  Q.   What were your duties and responsibilities in your

22       position as Senior Director of VIP Relations from 2018

23       to 2020?

24  A.   Sure.  I had a few different roles, one of which was

25       starting to communicate with what we call power buyers

HIGHLY CONFIDENTIAL

Page 13

```
 1          following month, if they hit that target, we will give
 2          you an additional one percent off your -- your seller
 3          fee.
 4     Q.   Okay.  So fair to say that sellers are incentivized to
 5          sell as much as possible on the StockX platform, is
 6          that fair?
 7                    MR. FORD:  Objection to the form.
 8     A.   I think it's fair to say that sellers are incentivized
 9          to sell more, but we do have a cap of where you can
10          receive a break.
11     BY MS. DUVDEVANI:
12     Q.   What does that mean?
13     A.   It means that there's only, there's a ceiling in -- of
14          how much fees you can have break -- have a break on
15          your account.
16     Q.   And what's the ceiling?
17     A.   The lowest sell fee you can achieve is a six percent
18          seller fee.
19     Q.   Can you elaborate a bit about that in terms of numbers
20          and how that works?
21                    MR. FORD:  Objection to the form.
22     A.   So any seller has the opportunity to move their seller
23          fee by selling more or behaving with those
24          behavior-based bonuses to go from ten percent seller
25          fee down to six percent seller fee.  And we have that
```

HIGHLY CONFIDENTIAL

Page 14

1       based on our seller level, so if you are a brand new

2       seller and never sold anything today, you are

3       considered a Level 1 at a 10 percent rate and you have

4       all quarter to potentially reach that Level 5 status

5       which is 250 sales in a quarter.

6               But once you've reached Level 5, there's no

7       additional bonus.  So you -- you can get to 5, and

8       once you get both bonuses, that's your cap

9       essentially.

10  BY MS. DUVDEVANI:

11  Q.    You mentioned tooling as well, is that right, do I

12        remember that correctly?

13  A.    That is correct.

14  Q.    Okay.  What does tooling mean?

15  A.    We have a few products that sellers can use to more

16        efficiently manage their seller inventory.  So one of

17        which is something called StockX Pro where, if you are

18        interested in using that tool, we can send you an

19        invitation link.  It's just a URL to an adjacent site

20        of ours.

21                And then the second one is a recently

22        acquired tool called "Scout."  And any seller can go

23        and use that.  And it's essentially the same thing,

24        a -- almost like a record keeping of your sales and

25        the location of where you sold it, but it can sync to

Page 15

1       StockX and have your items listed on our platform.

2   Q.  What do you mean by location of where you sold?

3   A.  So in Scout, if you sold your item on StockX, for

4       example, it would record that it was sold to StockX

5       for that price and all the details.  But if you

6       decided to sell it elsewhere, either another

7       marketplace or offline or at a -- to another person,

8       an individual, you can -- you can record where that

9       sale happened just for your records for -- for tax

10      purposes or reporting.

11  Q.  What type of products do power sellers sell on the

12      platform?

13              MR. FORD:  Objection to form.

14  A.  We have, I believe, six different verticals and they

15      sell all, they can sell up to any and all products on

16      our site.

17  BY MS. DUVDEVANI:

18  Q.  I understand that they can sell any products on your

19      site.

20              My question is what products do power

21      sellers actually sell on your site?

22              MR. FORD:  Object to the form.

23  A.  I would say the majority of the pow -- our existing

24      power sellers sell mostly sneakers, apparel, and

25      collectibles, while we also have electronics and

HIGHLY CONFIDENTIAL

Page 16

```
 1        handbags and other things, but those would be the --
 2        the main three.
 3   BY MS. DUVDEVANI:
 4   Q.   And of those main three, do you know which are the
 5        highest volume products that are sold by power
 6        sellers?
 7   A.   Sneakers.
 8                  MR. FORD:  Sorry.  Objection to the form.
 9        Just give me a second.
10   BY MS. DUVDEVANI:
11   Q.   Okay.  Any particular type of sneakers?
12   A.   Any -- all brands really.  It's hard to say.
13   Q.   What's the highest selling brand of sneakers on
14        StockX?
15                  MR. FORD:  Object to the form.
16   A.   I'm really not sure.  I'm not sure.
17   BY MS. DUVDEVANI:
18   Q.   Who would know the answer to that?
19   A.   It would be our -- probably our BI team, essentially
20        our Data Analytics team.
21   Q.   Are there documents that reflect the highest selling
22        categories of products and brands of products on
23        StockX?
24                  MR. FORD:  Objection to the form.
25   A.   I'm not sure.
```

HIGHLY CONFIDENTIAL

Page 26

1    learn and hopefully correct that mistake or, you know,

2    determine whether the claim was real.

▮ ▮ ████████████████████████████████████

▮ ▮ ███████████████████████████

▮ ▮        ███████      ████████████

▮ ▮ ██████████████████████

▮ ▮ ████████████

▮ ▮ ████████████████████████████████████

▮ ▮ █████████████████

▮ ▮        ███████      ████████████

▮ ▮ ████████████████████████████████████

▮ ▮ ████████████████    ███████████████

▮ ▮ ████████████████████████████████████

▮ ▮ ████████████████████████████ no.

15   BY MS. DUVDEVANI:

16   Q.   Okay.  Who would know then, if not you?

17               MR. FORD:  Objection to the form.

18   A.   I'm not sure, but, like I said prior, our Operations

19        team is the team who -- that is dedicated to our

20        authentication.

21   BY MS. DUVDEVANI:

22   Q.   You mentioned power seller inventory.  Do you know

23        where power sellers get their inventory?

24               MR. FORD:  Objection to the form.

25   A.   I know that they source their product from anywhere

HIGHLY CONFIDENTIAL

```
 1        they can get the product from.  I think that we, as I
 2        mentioned before, the goal is always to -- to sell
 3        more, but I can't say with certainty where exactly
 4        their inventory comes from.
 5   BY MS. DUVDEVANI:
 6   Q.   And is that a correct statement for every single power
 7        seller you've ever dealt with, you don't know where
 8        they get any of their inventory?
 9             MR. FORD:  Objection to form.
10   A.   I -- I can't -- I can't say with certainty that
11        they're from, you know, I have suspicion by seeing
12        what products that they sell where they get it from,
13        but I can't with certainty say that I know their
14        source of inventory.
15   BY MS. DUVDEVANI:
16   Q.   What are your suspicions?
17   A.   Just that if I see them selling a particular brand or
18        a particular item, I might come to the conclusion that
19        they got it from a particular site or -- or a
20        particular -- yeah, a particular website or brand or
21        something.
22   Q.   And why is that?
23             MR. FORD:  Objection to form.
24   A.   If I see where their -- the products that they're
25        selling and I see maybe a pattern of brand or style, I
```

HIGHLY CONFIDENTIAL

Page 28

1      can at least come to a -- I can guess where they maybe

2      have got that product, just because not every site

3      would carry that product.

4   BY MS. DUVDEVANI:

5   Q.    Can you give me an example?

6   A.    Sure.  If someone's selling only Adidas Yeezy

7         products --

8                    THE REPORTER:  Adidas?

9                    THE WITNESS:  Sorry.  Adidas Yeezy

10        products.

11                   THE REPORTER:  Thank you.

12                   THE WITNESS:  Y-E-E-Z-Y.

13  A.    -- I can come to the conclusion that they got it from,

14        you know, a Yeezy supply or Adidas, at least I can

15        guess where they're sourcing their products from.

16               But again, I don't know with a hundred

17        percent certainty where a seller gets their product

18        from.

19  BY MS. DUVDEVANI:

20  Q.    Do you have power sellers that have a high volume of

21        Nike and Jordan-branded inventory?

22                   MR. FORD:  Objection to form.

23  A.    Yeah, I think so.

24  BY MS. DUVDEVANI:

25  Q.    You think so or you know so?

Page 31

```
 1          some of your power sellers get their products.  I was
 2          asking about your suspicions regarding the power
 3          sellers that have high volumes of Nike and Jordan
 4          products.
 5                    MR. FORD:  Objection to form.
 6    A.    And what's the question?
 7    BY MS. DUVDEVANI:
 8    Q.    The question is:  Do you have suspicions as to where
 9          any of those power sellers obtained their products?
10                    MR. FORD:  Objection to form.
11    A.    I really don't know.  I think "suspicion" may be the
12          wrong word because I, my team, personally, we have an
13          Authentication team that we are confident in, that
14          that is where we -- we don't ask where sellers get
15          their inventory, so we don't, it is not a talking
16          point or something that my team focuses on because we
17          know that every product will get checked anyway before
18          it gets sent to the buyer.
19    BY MS. DUVDEVANI:
20    Q.    Why don't you ask your power sellers where they get
21          their inventory?
22                    MR. FORD:  Objection to form.
23    A.    It's similar to what I -- I just said, I think,
24          because we have an authentication service that looks
25          at every item before it gets to a buyer.  We really
```

Page 32

1    don't focus on it, that being, where their source is

2    because it doesn't matter to us where their source is

3    because we have that authentication process that we

4    are confident in.

5  BY MS. DUVDEVANI:

6  Q.   How much do you know about the authentication process?

7              MR. FORD:  Objection to form.

8  A.   Very little.  My job is really just to create the

9    customer experience for our sellers.

10 BY MS. DUVDEVANI:

11 Q.   Okay.  What is a -- strike that.

12              I understand that StockX has pre-release

13    for certain products, is that right?

14              MR. FORD:  Objection to the form.

15 A.   Can you potentially clarify?

16 BY MS. DUVDEVANI:

17 Q.   Sure.

18 A.   Yeah.

19 Q.   Well, do you know what I mean by "pre-release"?

20 A.   No.

21 Q.   Okay.  Does StockX offer for sale products that have

22    yet to be released by the brand?

23              MR. FORD:  Objection to form.

24 A.   From my understanding, our Catalogue team adds

25    products to the site.  I don't know when and why they

HIGHLY CONFIDENTIAL

Page 40

1    BY MS. DUVDEVANI:

2    Q.    When was the last time you saw this document?

3    A.    I don't recall.

4    Q.    Did you see this -- strike that.

5          What is this document?



HIGHLY CONFIDENTIAL

Page 41



HIGHLY CONFIDENTIAL

**Page 42**



HIGHLY CONFIDENTIAL

**Page 47**



HIGHLY CONFIDENTIAL

Page 48

HIGHLY CONFIDENTIAL

Page 49

9   BY MS. DUVDEVANI:

10  Q.   Are you aware of any instances where power sellers

11       were suspended as a result of selling fakes?

12              MR. FORD:  Objection to form.

13  A.   Generally speaking, yes.

14  BY MS. DUVDEVANI:

15  Q.   Generally speaking, you're aware of instances where

16       power sellers were suspended as a result of selling

17       fakes?

18              MR. FORD:  Objection to form.

19  A.   Generally speaking, I'm aware that we have suspended

20       power sellers if they send product that we do not

21       think are inauthentic.

22  BY MS. DUVDEVANI:

23  Q.   What happens after the suspension?

24  A.   The -- I think one of two things can happen for

25       Level 4 and 5.  One, they stay suspended forever.

MARKED FOR IDENTIFICATION:

DEPOSITION EXHIBIT 7

STX0772981-STX0772985

12:49 p.m.

14  BY MS. DUVDEVANI:

15  Q.   Mr. Amidon, the court reporter has just handed you a

16       document designated as Exhibit 7.  Take a look.

17  A.   Okay.

18  Q.   Who is Alana Meeks?

19  A.   I do not know her, but I believe she's on our Social

20       Media team.

21  Q.   Okay.  So you see on the second-to-last page of this

22       email, Alana sends an email regarding an Instagram

23       post, right?

24  A.   I do.

25  Q.   Okay.  And she writes, "Among other things, the user,

HIGHLY CONFIDENTIAL

Page 80

1       who also goes by 'Roy,' has stated to have reached out

2       to support channels but has been met with silence."

3              Do you see that?

4  A.   I do.

5  Q.   Okay.  And then if you look above, Jacob adds a few

6       more people to the email chain.  And among other

7       things, Jacob writes, "Andy, is it true that we

8       haven't responded to this CS contacts?"

9  A.   I do.

10 Q.   What does "CS" mean?

11 A.   Customer Service.

12 Q.   So what is this asking?  That nobody responded to Roy?

13              MR. FORD:  Objection to form.

14 BY MS. DUVDEVANI:

15 Q.   I'll strike that.

16              Is -- as far as you understand, is Jacob

17       asking Andy whether it is true that StockX has not

18       responded to Roy's reach-out via Customer Service?

19              MR. FORD:  Objection to form.

20 A.   It appears that he as -- is asking Andy if it is true

21       that Roy's claim that he has been met with silence is

22       true.

23 BY MS. DUVDEVANI:

24 Q.   Okay.  And then if you look at the page 772983, you

25       see that you are added, "Power buyer out of

Page 81

```
 1          California, so adding Russ for awareness."  Do you see
 2          that?
 3   A.     I do.
 4   Q.     And then looking up further in the email, there's a
 5          response from Sean McCartney.  Who is Shawn McCartney?
 6   A.     He is our leader of Operations -- he leads our
 7          Operations team.  I don't know his title off the top
 8          of my head.
 9   Q.     And who is Beth Ann Calhoun?
10   A.     She is one of the leaders in Customer Service.
11   Q.     So Beth Ann Calhoun writes, "I have found three cases
12          that teammates have had sitting in queue without
13          answer."  What does that mean?
14                  MR. FORD:  Objection to form.
15   A.     I'm not sure either.  Sorry.  I don't know.
16   BY MS. DUVDEVANI:
17   Q.     What is it, do you know what it means "sitting in
18          queue without answer" in the context of StockX
19          Customer Service?
20                  MR. FORD:  Objection to form.
21   A.     I'm not sure.
22   BY MS. DUVDEVANI:
23   Q.     Do I need to ask Beth Ann Calhoun what she meant here,
24          or is there someone else that you think would know the
25          answer to my question?
```

HIGHLY CONFIDENTIAL

Page 82

```
 1              MR. FORD:  Objection to form.
 2   A.   Since Beth Ann Calhoun is the leader in Customer
 3        Service, I would imagine she would know that answer.
 4   BY MS. DUVDEVANI:
 5   Q.   Do you know what it means by "cases," when she says,
 6        "I have found three cases"?
 7              MR. FORD:  Objection to form.
 8   A.   I do.  One case is a ticket submitted by a customer to
 9        our Customer Service team.
10   BY MS. DUVDEVANI:
11   Q.   And "teammates," does that mean Customer Service
12        teammates?
13              MR. FORD:  Objection to form.
14   A.   I'm not sure, but I would imagine so.
15   BY MS. DUVDEVANI:
16   Q.   Okay.  And "sitting in queue without answer," does
17        that mean StockX has yet to respond to the ticket?
18              MR. FORD:  Objection to form.
19   A.   I'm not sure, but I would imagine that's what it
20        means.
21   BY MS. DUVDEVANI:
22   Q.   And looking at the page 772982, there is an email from
23        Derrick Register from 5:46 p.m. on July 7th.  Do you
24        see that?
25   A.   Yes.
```

Page 87

1          sold fake pairs of shoes other than Roy Kim?

2                    MR. FORD:  Objection to form.

3     A.   I don't remember specific instances.

4     BY MS. DUVDEVANI:

5     Q.   Is this the only one you remember?

6     A.   This is the only one I remember.

7                    MARKED FOR IDENTIFICATION:

8                    DEPOSITION EXHIBIT 8

9                    STX00772942-STX0072945

10                   1:03 p.m.

11    MS. DUVDEVANI:

12    Q.   Mr. Amidon, the court reporter just handed you a

13         document that's been designated as Exhibit 8.

14    A.   Okay.

15    Q.   Do you recognize this document?

16    A.   I do.

17    Q.   When was the last time you saw this document?

18    A.   Yesterday.

19    Q.   Okay.  On page 772944 you send an email to Roy on

20         July 7th, 2022.  Do you see that?

21    A.   I do.

22    Q.   And you write, "Hey Roy, we saw your post and didn't

23         see any inquiries sent to Customer Service about the

24         issue.  So I wanted to reach out and help."

25                   Do you see that?

Page 88

1    A.    I do.

2    Q.    But was that true?

3                MR. FORD:  Objection to form.

4    A.    I'm not sure if it was true.

5    BY MS. DUVDEVANI:

6    Q.    And the last email that we just looked at, Mr. Amidon,

7          it said on July 6th that your Customer Service

8          representatives located three cases that have yet to

9          be answered, right?

10               MR. FORD:  Objection to form.

11   A.    If I recall, it just said that there were three cases,

12         but I don't, I didn't know what the other part of that

13         meant.

14   BY MS. DUVDEVANI:

15   Q.    Okay.  Did you then call Roy Kim when he gave you his

16         number?

17   A.    I did.

18   Q.    And what did you say to him and what did he say to

19         you?

20               MR. FORD:  Objection to form.

21   A.    I spoke to him about his Instagram post and introduced

22         who I was, this is the first time I spoke to him, and

23         offered to assist in what he would like to proceed

24         next with, and we discussed returning the shoes for

25         further inspection.

HIGHLY CONFIDENTIAL

Page 89

```
 1   BY MS. DUVDEVANI:
 2   Q.   Anything else you remember about that conversation?
 3   A.   I remember him being very pleasant and said that he
 4        would -- would like to send some sneakers back and
 5        would get back to me with how many labels he would
 6        need because he would prefer to send them in bigger
 7        boxes then -- rather than individual labels.
 8   Q.   How many times have you spoken on the phone to
 9        Roy Kim?
10   A.   I believe twice.
11   Q.   Okay.  So was that the first time that we just went
12        over?
13   A.   Yes.
14   Q.   What was the second time?
15   A.   The second time was after we received the items back,
16        I called him to tell them they were items that indeed
17        should not have passed our authentication process and
18        apologized for the inconvenience, told him that we
19        would be refunding him for the product and I did offer
20        him to come visit us in Detroit because he appeared to
21        be a long-time customer.
22   Q.   When you told him that indeed they should not have
23        passed authentication, did you mean they were fake?
24             MR. FORD:  Objection to form.
25   A.   I told him that they were at minimum a defect, and
```

Page 90

```
 1          when I say "defect," I mean a -- a manufacturing
 2          defect and that they possibly could have been
 3          inauthentic and that was what I was told by our
 4          Authentication team.
 5    BY MS. DUVDEVANI:
 6    Q.    Sorry.  What were you told by your Authentication
 7          team?
 8    A.    My Authentication team told me that they were, at
 9          minimum, defective, which is a manufacturing defect,
10          and that it was possible that they were inauthentic,
11          but we should not have passed them along to the buyer.
12    Q.    So your Authentication team did not know if they were
13          fake or if they were a defect, is that right?
14                   MR. FORD:  Objection to form.
15    A.    I'm not, as I mentioned before, I'm not the expert, so
16          I was just relaying information.
17    BY MS. DUVDEVANI:
18    Q.    But that's what you were told by your Authentication
19          team?
20                   MR. FORD:  Objection to form.
21    A.    Yes.
22    BY MS. DUVDEVANI:
23    Q.    And I see that you, on the first page of the email,
24          gave him, gave Roy Kim a $500 code, is that right?
25    A.    Yes.
```

HIGHLY CONFIDENTIAL

Page 91

1    Q.    And what does that mean?

2    A.    That was a discount code to use for a future purchase

3          and to apologize for the convenience.

4                    MR. FORD:   Objection to form.

5    BY MS. DUVDEVANI:

6    Q.    The inconvenience of being sold fake pairs of shoes?

7    A.    From my perspective, and what my job is, the

8          inconvenience of potentially not responding to him,

9          or -- and having him deal with the situation where he

10         did not receive a good customer experience, so that is

11         why I made the decision to -- to do that.

12   Q.    Okay.

13                    MARKED FOR IDENTIFICATION:

14                    DEPOSITION EXHIBIT 9

15                    ZK_NIKE_000812-ZK_NIKE_000813

16                    1:11 p.m.

17   BY MS. DUVDEVANI:

18   Q.    Mr. Amidon, the court reporter has just handed you an

19         exhibit designated -- strike that -- a document

20         designated as Exhibit 9.  Do you see that?

21   A.    Yes.

22   Q.    Okay.  On the first page of the document, Michael

23         writes to you a number, do you see that, 734, et

24         cetera?  Do you know what that number is?

25   A.    That is a order number.

HIGHLY CONFIDENTIAL

1      this document?

2   A.   Yes.  I believe this was around the time where we

3      learned that his business was in receivership where it

4      seemed like his business was no longer operating.  And

5      we saw a lot of inbound packages from his accounts and

6      they were sent back.  And it appears we did not know

7      specifically why.  And it was not clear if they were

8      from us or not because there were a lot of items that

9      did not have tags or invoices.

10  Q.   Is there any other way for StockX to determine whether

11     or not they sold a product other than tags or

12     invoices?

13             MR. FORD:  Objection to form.

14  A.   Without our verification tag, to my understanding,

15     there is not any other way to know if it came directly

16     from StockX.

17  BY MS. DUVDEVANI:

18  Q.   Okay.  The sentence almost towards the bottom of the

19     page, it says, "Looking at the tracking, I am seeing

20     around 10 to 20 percent of these orders that have been

21     delivered to our ACs and verified as fake."

22             Do you know what that means?

23             MR. FORD:  Objection to the form.

24  A.   That 10 to 20 percent of these orders that were

25     delivered to our Authentication Center were verified