# EXHIBIT 57

Page Vault

| | |
|---|---|
| Document title: | What happens when a Seller breaks the rules? |
| Capture URL: | https://stockx.com/help/en-GB/articles/what-happens-when-a-seller-breaks-the-rules |
| Page loaded at (UTC): | Tue, 27 Aug 2024 21:19:33 GMT |
| Capture timestamp (UTC): | Tue, 27 Aug 2024 21:20:01 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 2 |
| Capture ID: | d1reKZGYsLqAUubFc7HEob |
| User: | dchekhov |

PDF REFERENCE #:        aqbXs1pNEbrysHUniujphg

**StockX** Help Center

Ask a question

English (UK)

Login

Sign Up

Help Center / What Happens When A Seller Breaks The Rules

## What happens when a Seller breaks the rules?

Failure to complete a sale may result in a penalty fee equivalent to 15% of the transaction price, with a minimum charge of $15 USD or local currency equivalent.

Your account can be subject to a penalty fee if you fail to ship the item within the allotted time period (typically two working days) or if you sell and ship StockX an item that does not meet our condition guidelines or doesn't match the item exactly as it is described on StockX.
StockX cannot guarantee that your original receipt will be returned to you if an item fails verification.

StockX has no obligation to return items that do not conform to the description (including, but not limited to, if the item is not new and unworn, is not the size stated or does not include the original box) or are counterfeit (in which case, StockX may turn those items over to the proper authorities) at your expense.

Failure to comply with our policy may result in a review and account suspension. For additional details, please visit our FAQ: Why is my account on hold?

More information on this policy can be found in our terms.

‹ Back



### Customer Service Hours

**Live Chat**
Monday - Friday: 9am - 5pm GMT

**Email**
Submit 24/7

### Need Help? Start Here

Provide us with a few details and we will direct you to the right solution.

Contact Us

