# EXHIBIT 58

PageVault

| | |
|---|---|
| Document title: | What does the verification process entail for Sellers? |
| Capture URL: | https://stockx.com/help/articles/what-does-the-verification-process-entail-for-sellers |
| Page loaded at (UTC): | Thu, 29 Aug 2024 17:56:27 GMT |
| Capture timestamp (UTC): | Thu, 29 Aug 2024 17:56:28 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | nGnT8BwPC25x9tGUgsUqZ4 |
| User: | automation |

PDF REFERENCE #:    ipahxrpyhcNJRnLRVA4Qbj

# StockX Help Center

Help Center / What Does The Verification Process Entail For Sellers

## What does the verification process entail for Sellers?

Once the product arrives at StockX, our dedicated verification team begins a thorough inspection, making sure it meets our condition guidelines. Only after being verified will the product be sent to the Buyer.

The exact nature of the verification process varies by item, and you can always learn more about the specific quality standards we adhere to by browsing our FAQ: How does verification help me as a Buyer or a Seller?

**What happens if my item fails verification?**
In most cases, if an item is unable to successfully complete verification, we will return the item to the shipping address listed on the Seller's StockX account. However, keep in mind that StockX has no obligation to return items that do not conform to the description (including, without limitation, that the item is not new and unworn, is not the correct identified size, or does not include the original box), or are counterfeit (in which case, StockX may turn those items over to the proper authorities) at your cost.

For sneakers, all required accessories or extras will be returned along with the item in the event it is unable to successfully complete our verification process. However, we cannot guarantee that any receipts, extra stickers, and/or tags will be returned, regardless of the item.

< Back

### Customer Service Hours

**Live Chat**
Monday-Friday: 9am - 9pm ET
Saturday-Sunday: 10am - 6pm ET

**Phone**
Monday-Friday: 9am - 5pm ET

**Email**
Submit 24/7



### Need Help? Start Here

Provide us with a few details, and we will guide you to the right solution. Contact options include live chat, phone, or email if necessary.



Contact Us

