# EXHIBIT 64



CONFIDENTIAL                                                                                                   NIKE0039496