# EXHIBIT 66

**PageVault**

| | |
|---|---|
| Document title: | What Is Nike's Return Policy? \| Nike Help |
| Capture URL: | https://www.nike.com/help/a/returns-policy |
| Page loaded at (UTC): | Tue, 27 Aug 2024 20:23:53 GMT |
| Capture timestamp (UTC): | Tue, 27 Aug 2024 20:23:54 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | anXsVSDPz3sNgECwNTgJp4 |
| User: | automation |

PDF REFERENCE #:    xuc6nWo9euYLsWAQDa9Asu

 

| New | Men | Women | Kids | Jordan | Sale |

# GET HELP

What can we help you with?

## WHAT IS NIKE'S RETURN POLICY?

We give you 60 days to try out your Nike purchase to make sure it works for you.

Here's what you need to know:

- You can return most items for any reason within 60 days of an online order delivery or Nike store purchase (some exceptions apply).
- Proof of purchase is required to return.
- Items purchased at Nike Clearance stores cannot be returned.
- Returns are free for Nike Members.

So go ahead, shop with confidence and enjoy your 60-day trial.

[ SHOP NIKE.COM ]   [ FIND A STORE ]   [ LEARN HOW TO RETURN ]

Please note, if you purchased Nike items at another retailer, you'll need to return the purchase to that retailer.

## FAQs

**How do I return an online order?**
Nike Members and guests can return online orders at most Nike stores (except Nike Clearance stores) or ship their return back to us. Check out our return instructions for more information.

**How do I return a Nike store purchase?**
You can take the items you want to return and your proof of purchase to any Nike store (except Nike Clearance stores).

**What about defective or flawed items?**
We stand behind our shoes and gear. If it's been less than 60 days since your purchase, simply return the item. If it's been more than 60 days and your item is potentially defective or flawed, please see our warranty information for additional details.

**Does Nike offer price adjustments?**
Yes, we offer Nike Members price adjustments for eligible items. Please see our price adjustment page for more information.

## OTHER TERMS

We reserve the right to require and electronically capture consumer information from a valid state or government ID for all returns/exchanges. We maintain a database of consumer return activity created solely for the purpose of authorizing returns and exchanges. We do not sell the information captured through this process. We also reserve the right to limit returns/exchanges made with or without receipts for any reason.

### Contact Us



**Chat with us**
Products & Orders: 4 am - 11 pm PT
7 days a week



**Call us**
1-800-806-6453
Products & Orders: 4 am - 11 pm PT, 7 days a week
NRC, NTC & .SWOOSH: 8 am - 5 pm PT, Mon - Fri
Company Info & Inquiries: 7 am - 4 pm PT, Mon - Fri



**Find a Store**

We reserve the right to require and electronically capture consumer information from a valid state or government ID for all returns/exchanges. We maintain a database of consumer return activity created solely for the purpose of authorizing returns and exchanges. We do not sell the information captured through this process. We also reserve the right to limit returns/exchanges made with or without receipts for any reason.

## Help Us Improve
Was this page helpful?

Yes    No

Related

HOW DO I RETURN MY NIKE ORDER?

HOW DO I EXCHANGE MY NIKE ORDER?

Where Is My Refund?

WHAT IS THE NIKE MEMBER PRICE ADJUSTMENT POLICY?

### Resources
Gift Cards
Find a Store
Membership
Nike x NBA
Nike Journal
Site Feedback

### Help
Get Help
Order Status
Shipping and Delivery
Returns
Order Cancellation
Payment Options
Gift Card Balance
Contact Us

### Company
About Nike
News
Careers
Investors
Purpose
Sustainability

### Promotions & Discounts
Student
Military
Teacher
First Responders & Medical Professionals
Birthday

🌐 United States

© 2024 Nike, Inc. All Rights Reserved    Guides ⌄    Terms of Sale    Terms of Use    Nike Privacy Policy    Your Privacy Choices    CA Supply Chains Act