# EXHIBIT 68

| | |
|---|---|
| Document title: | Nike's Ongoing Struggle With Quality Control Issues - Kicks-1-2 |
| Capture URL: | https://kicksonetwo.rossdwyer.com/2016/02/14/nikes-ongoing-struggle-with-quality-control-issues |
| Page loaded at (UTC): | Wed, 04 Sep 2024 01:31:23 GMT |
| Capture timestamp (UTC): | Wed, 04 Sep 2024 01:31:25 GMT |
| Capture tool: | 2.62.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | eMDqFZ4iSsASK4FspdXwwz |
| User: | automation |

PDF REFERENCE #:        wvzAaGSLzSiLhWLiDfFrgi



Home    Point of View    News    Pictures    Music    Style    Events    Interviews    About KicksOneTwo    Contact

# Nike's Ongoing Struggle With Quality Control Issues

February 14, 2016 by Ross Dwyer



Quality control. It's very important for any footwear or apparel company. You've got to make sure that the products you're putting out adhere to your standards of quality and make your customers happy. The retail market is a fickle one, and customers will turn on a brand quickly if their quality control isn't up to par.

When you're a company the size of Nike, this can be very tough. If you make millions of pairs of shoes, there's bound to be some that aren't up to snuff. However, this seems to be an ongoing struggle for them, as they've had problems with more than a few shoes over the course of the last year.

First, it was the "Bred" AJKO's. Most pairs that were shipped to retailers had mold issues. This isn't something that Nike could have controlled in production, but it still wasn't a good look. They apologized, recalled the shoes, and moved on. No harm, no

**Search ...**

### Recent Posts

What I've Learned From KicksOneTwo

Starting Five: Yoseph Tesfay

Starting Five: OG Rob

How Can Foot Locker Right The Ship?

Why the Supreme x Nike x NBA Collaboration Misses the Mark

### Recent Comments

Vivian on 5 Great Brands For People Who Love Supreme

Timothy Brown on Is Virgil Abloh Nike's New Michael Jordan?

UltraboostFtw on Which Boost Is Best? Ultra Boost VS NMD's

Oscar ocampo on Boost All Year: The Ultra Boost ATR Is Here For The Fall/Winter

Oscar ocampo on Boost All Year: The Ultra Boost ATR Is Here For The Fall/Winter

### Archives

March 2018

February 2018

to be an ongoing struggle for them, as they've had problems with more than a few shoes over the course of the last year.

First, it was the "Bred" AJKO's. Most pairs that were shipped to retailers had mold issues. This isn't something that Nike could have controlled in production, but it still wasn't a good look. They apologized, recalled the shoes, and moved on. No harm, no foul..right?

Everything was quiet for a while, and then yesterday's release of the OG "White Cement" Jordan IV's ran into some troubles. Several pairs were shipped either scratched or with black or blue glue stains Here's what the defective pairs looked like



Not a great look, right? When customers have been waiting for a shoe this many years and it releases with flaws like this (that some would argue makes the shoe unwearable), it's not a good look for the company or their retailers. Some pairs were recalled, but suffice to say that there were some very sour sneakerheads yesterday when they saw the scuffs and marks on their beloved kicks.

And that's not all. There's another one (DJ Khaled voice). Most stores are beginning to receive their shipments of the all-white Roshe Runs, which are always a great spring/summer seller. However, they're not pristine either. Several of them feature prominent pink stains, which ruins the clean all-white upper of the shoe.

Why's this happening? We can't say. Your guess is as good as ours, but whatever it is, Nike needs to hurry up and get it together. Factory defects just flat-out aren't acceptable, and they don't want to disappoint the general public…or give Kanye another reason to mock them. Here's hoping they get it together.

Have you ever purchased a defective pair of shoes, or one with quality control issues? If so, what were they? Let us know in the comments or on Twitter, check out our Facebook page for daily updates, and, as always, be sure to follow us on Instagram for all the fire sneaker pictures you can handle.

–RDwyer

Share KicksOneTwo


- Point of View
< 3 Designer Shoes You Can (Easily) Work Into Your Rotation

## Archives

March 2018
February 2018
January 2018
December 2017
November 2017
September 2017
June 2017
May 2017
April 2017
March 2017
February 2017
January 2017
December 2016
November 2016
October 2016
September 2016
August 2016
July 2016
June 2016
May 2016
April 2016
March 2016
February 2016
January 2016
December 2015
November 2015
October 2015
September 2015
August 2015
July 2015
June 2015
May 2015
April 2015
March 2015
February 2015
January 2015
December 2014
November 2014
October 2014

Share KicksOneTwo

**Point of View**
< 3 Designer Shoes You Can (Easily) Work Into Your Rotation
> Music Mondays: February 15th

# 3 thoughts on "Nike's Ongoing Struggle With Quality Control Issues"



**Logan**
October 30, 2016 at 12:51 am

A lot of the all black roshe 1's had unusually heavy glue stains. On several pair too. I went to 3 different stores until I found a clean pair.

A lot of the Jordan 1 Breds (2016) have mid sole stiching inaccuracies. Some Have the mid sole stitch go straight down to the swoosh and some stichings stop a few cm away from the swoosh. Its really makes it hard to decipher authentic pairs.

Reply



**Sam**
May 19, 2017 at 5:31 pm

Yes!!! It looks like the shoes got wet and hang dry. Brand new but wrinkle. Air Jordan 4 Pure Money ( All White )

Reply



**Allison Bennett**
August 8, 2017 at 11:33 am

Nike swoosh melted on my compression pants...awesome!

Reply

# Leave a Comment

January 2015
December 2014
November 2014
October 2014
September 2014
August 2014
July 2014
June 2014
May 2014
February 2014

**Categories**

About KicksOneTwo
Events
Interviews
Music
News
Pictures
Point of View
Style

**Sam**
May 19, 2017 at 5:31 pm

Yes!!! It looks like the shoes got wet and hang dry. Brand new but wrinkle. Air Jordan 4 Pure Money ( All White )

Reply

**Allison Bennett**
August 8, 2017 at 11:33 am

Nike swoosh melted on my compression pants...awesome!

Reply

## Leave a Comment

[ Name * ]
[ Email * ]
[ Website ]

☐ Save my name, email, and website in this browser for the next time I comment.

[Post Comment]

© 2024 Kicks-1-2 • Built with GeneratePress