# EXHIBIT 75

![PageVault logo]

| | |
|---|---|
| Document title: | Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Royals through…" |
| Capture URL: | https://www.instagram.com/p/CfprXUSpU-r/ |
| Page loaded at (UTC): | Tue, 12 Jul 2022 20:32:11 GMT |
| Capture timestamp (UTC): | Tue, 12 Jul 2022 20:32:13 GMT |
| Capture tool: | 2.37.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.5058.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 9 |
| Capture ID: | paaMoXFPnqReZoLyg3DZnD |
| User: | pagevault-jordan |

PDF REFERENCE #:     j9cBNoA7wwi7o33sz8ueV3

CONFIDENTIAL                                                                                                       NIKE0036330



Document title: Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya…
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 1 of 8
CONFIDENTIAL
NIKE0036331



Document title: Roy ▢ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 2 of 8
CONFIDENTIAL
NIKE0036332



**sneakerstrut** • Follow

**sneakerstrut** This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Royals through StockX over the last month. Of those, 36 have failed authentication at CheckCheck and LegitCheck app. I haven't tried to sell them through eBay or Goat, but somebody else who's been buying their pairs from StockX told me these pairs have been failing through Goat authentication at a very high rate.

This means that StockX's authentication on these pairs is only 42% accurate - 58% of pairs they are selling will be marked as "not legit" consistently by other sources.

There's a huge problem here.

Of course, StockX support is silent when brought up through support channels. Any human authentication system is gonna have errors, but whatever StockX is doing right now is not working. And the ability to fix these errors is nearly non-existent. #stockx

Edited • 6d

**ivanmarquez_23** on a real note..... how much for 10.5?

6d  135 likes

— Hide replies

Document title: Roy ☐ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 3 of 8
CONFIDENTIAL
NIKE0036333





**239.jsp** @simmaknow ON GOD BRO paying an app to legit check a physical product, ill advised
4d

**hwiya320** Dang sorry to hear it buddy😩
6d  4 likes

**ivanmarquez_23** jk i love you and hope you get reimbursed. absolutely ridiculous how you been getting the shit end of the stick recently
6d  5 likes

**asian.kicks** unreal
5d  7 likes

**manifreshldn** can we see the orders/invoice proof that these are actually ordered from stockx.. Too many people tryna drag stockx for a viral moment
5d  51 likes

— Hide replies

**239.jsp** @manifreshldn this is true these are false statistics
4d  1 like

**tlee.88** Wow
6d  1 like

**hannacol2** 😳
6d  1 like

**sudsnspuds11** Imagine owning a business that is projected to be valued at $30 billion by 2030 and you only get shit correct maybe 50% of the time...WOW! I've only bought a handful of kicks off of StockX but after seeing this, I think those days are numbered....
5d  11 likes

— Hide replies

**239.jsp** @sudsnspuds11 if this was actually true then maybe try testing GOAT and Ebay with the same method. Use shitty apps to check your shoes and the real statistic is how many times checkcheck and legitcheck get it wrong
4d

**jonseo** This makes me worried about my Mocha's! I bought them Feb 2021. I don't think the fakes were as good back then, trying to CheckCheck them but can't add credits for some reason.
6d  4 likes

— Hide replies

**239.jsp** @jonseo dont waste your money on an app bro get em legit checked in person u actually trust an APP more than StockX?
4d

**jonseo** @239.jsp when I bought them I had someone come with me and take a look at them for me. But this is getting out of hand with the reps.
4d

Document title: Roy 🔲 on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 5 of 8
CONFIDENTIAL                                                                                                                                    NIKE0036335



<mark>Case 1:22-cv-00983-VEC   Document 304-75   Filed 09/06/24   Page 8 of 10</mark>

this is getting out of hand with the reps.
4d

**239.jsp** @jonseo Reps are super good now that i personally think legit checking is dead. You aren't safe shopping anywhere getting fakes is a risk buying online
4d  1 like

**pete.sneaks** I got fake Travis af1 that came with crusty socks in the toe boxes from goat with the dashed lines. Couldn't get someone to talk to so returned them under their new policy and took the 20$ loss for shipping
6d  10 likes

**dieguitoc107** sorry that happened to you bro😔
1d

**dadinsneakers** Even though you obviously have the money to drop on this, it still sucks that it's such a huge L. Thanks for being committed enough to the game to bring the attention to this.
4d

**bexarvisions** This is nuts.
6d  1 like

**flaneur.ny** @stockx @nike @jumpman23 FIGHTTTT
6d

**tinkersneaker** this sucks but no one is surprised, right? but why would trust @stockx like that? you should have known better.
5d  1 like

— Hide replies

**mvjd__** @tinkersneaker this has been happening since 2018 just became a bigger issue as they grew as a company too. Plus in the beginning I know people who didn't even legit check their shit from stock x, but needed 10 opinions when buying locally.
5d  3 likes

**239.jsp** @tinkersneaker Im more suprised you trust digital legit checking services more than in person ur tweakin bro
4d

**4jonesworld** @payweather_
4d

**elpunto_23** @stockx smh
6d  1 like

**jj_fu1** @stockx
5d

**manuel__anarchy** Honestly StockX needs to be banned! this is not the first nor will it be the last time we hear bad news from them terrible company!!! @stockx
6d  5 likes

**jj_fu1** @stockx
5d  1 like

<mark>Document title: Roy ☐   on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya...
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 6 of 8
CONFIDENTIAL                                                                                                          NIKE0036336</mark>



More posts from sneakerstrut

  



Document title: Roy ⬜ on Instagram: "This is what $10,000+ of fake sneakers that passed through @stockx looks like. I bought about 62 pairs of Uni/Mocha/Hyper Roya…
Capture URL: https://www.instagram.com/p/CfprXUSpU-r/
Capture timestamp (UTC): Tue, 12 Jul 2022 20:32:13 GMT
Page 7 of 8
CONFIDENTIAL
NIKE0036337



Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Hashtags  Locations  Instagram Lite  Contact Uploading & Non-Users

English  © 2022 Instagram from Meta