# EXHIBIT 81

| | |
|---|---|
| From: | StockX [noreply@stockx.com] |
| Sent: | 1/28/2022 10:29:15 AM |
| To: | |
| Subject: | 👆 Order Confirmed: Jordan 1 Retro High White University Blue Black (Size 8) |

StockX






Verified + Shipped

Delivered

## Order Confirmation

**Estimated Arrival:**
08-02-2022 - 15-02-2022

Congrats! Your latest StockX purchase is on the way. You can expect to receive it by 15-02-2022. To check your order's status and delivery timing, visit stockx.com/buying.

Due to the global impact of COVID-19, your order may run into unexpected delays.



### Jordan 1 Retro High White University Blue Black

- Style ID: 555088-134
- Us M Men's Size: 8
- Condition: New, 100% Authentic
- Order number: 32985400-32885159

| | |
|---|---|
| **Purchase Price:** | €442 |
| **Processing Fee:** | €22.10 |
| **Shipping:** | €9.75 |
| **TOTAL PAYMENT** | **€473.85*** |

**View Order**

*All applicable duties and VAT are included in the total price of this item.*

### Frequently Asked Questions

- How long does it take to receive my order?
- My Bid just got accepted. Can I cancel it?
- Can I change my address if my Bid is accepted?

- **Email Settings**

- **Help**
- **Jobs**





©2022 StockX. All Rights Reserved.

The sender of this email is StockX located at 1046 Woodward Avenue, Detroit, MI 48226, USA

Update email settings

CONFIDENTIAL
NIKE0040536