# EXHIBIT 82

| | |
|---|---|
| **From:** | StockX [noreply@stockx.com] |
| **Sent:** | 1/28/2022 11:43:07 AM |
| **To:** | |
| **Subject:** | 👆 Order Confirmed: Jordan 1 Retro High OG Patent Bred (Size 9) |

StockX






Congrats! Your latest StockX purchase is on the way. You can expect to receive it by 15-02-2022. To check your order's status and delivery timing, visit stockx.com/buying.

Due to the global impact of COVID-19, your order may run into unexpected delays.



### Jordan 1 Retro High OG Patent Bred

- Style ID: 555088-063
- Us M Men's Size: 9
- Condition: New, 100% Authentic
- Order number: 32986461-32886220

| | |
|---|---|
| Purchase Price: | €269 |
| Processing Fee: | €12.11 |
| Shipping: | €9.75 |
| **TOTAL PAYMENT** | **€290.86*** |

View Order

*All applicable duties and VAT are included in the total price of this item.

### Frequently Asked Questions

- How long does it take to receive my order?
- My Bid just got accepted. Can I cancel it?
- Can I change my address if my Bid is accepted?

- **Email Settings**
- **Help**

- **Jobs**



©2022 StockX. All Rights Reserved.

The sender of this email is StockX located at 1046 Woodward Avenue, Detroit, MI 48226, USA

Update email settings