Case 1:22-cv-00983-VEC Document 271-84 Filed 11/06/24 Page 1 of 4

# EXHIBIT 84

PageVault

| | |
|---|---|
| Document title: | Nike Valiant Labs |
| Capture URL: | https://www.crunchbase.com/organization/nike-valiant-labs/org_similarity_overview |
| Page loaded at (UTC): | Wed, 28 Aug 2024 15:43:46 GMT |
| Capture timestamp (UTC): | Wed, 28 Aug 2024 15:44:18 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | pz7qRQau1YeGqiY2JVZGKn |
| User: | dchekhov |




INVESTMENT FIRM

# Nike Valiant Labs

CONNECT TO CRM | SAVE

Summary | People | Signals & News | Similar Companies



## Similar Companies

Powered by AI

Companies like **Nike Valiant Labs** include **Kenvue**, **Harvest Health and Recreation**, and **Sleep Reset**.

### Volt Athletics

Seattle, Washington, United States • 31 Contacts • 11-50 employees

Apps | Artificial Intelligence (AI) | Consumer | +6 MORE

Volt Athletics delivers hyper-personalized, AI-powered training plans to millions of athletes and teams worldwide.

**Nike Valiant Labs** and **Volt Athletics** share similar industries

SAVE These companies are similar

### Clear Comfort Water

Boulder, Colorado, United States • 20 Contacts • 11-50 employees

Impact Investing | Personal Health | Recreation | +4 MORE

Clear Comfort Water is a non-chlorine recreational water disinfection systems that range from spas to Water Parks.

**Nike Valiant Labs** and **Clear Comfort Water** share similar industries

SAVE These companies are similar

### BulkSupplements.com

Henderson, Nevada, United States • 14 Contacts • 51-100 employees

Consumer Goods | Dietary Supplements | Fitness | +4 MORE

BulkSupplements.com is a manufacturing company that supplies nutritional supplement ingredients to both businesses and consumers.

**Nike Valiant Labs** and **BulkSupplements.com** share similar industries

SAVE These companies are similar

SHOW MORE




Unlock even more features with Crunchbase Pro

START YOUR FREE TRIAL




Document title: Nike Valiant Labs
Capture URL: https://www.crunchbase.com/organization/nike-valiant-labs/org_similarity_overview
Capture timestamp (UTC): Wed, 28 Aug 2024 15:44:18 GMT




Document title: Nike Valiant Labs
Capture URL: https://www.crunchbase.com/organization/nike-valiant-labs/org_similarity_overview
Capture timestamp (UTC): Wed, 28 Aug 2024 15:44:18 GMT