# EXHIBIT 86

**To:** DeLibero, Jeremy[Jeremy.DeLibero@nike.com]
**From:** Steinfeld, Isaiah[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1A4B36CE5BB042878A8BE85B392CB158-DUTY, ISAIA]
**Sent:** Tue 11/6/2018 7:06:34 PM Coordinated Universal Time
**Subject:** Fwd: <External>Re: Nike Valiant Labs x StockX

---

Sent from my iPhone

Begin forwarded message:

> **From:** Greg Schwartz <greg@stockx.com>
> **Date:** November 1, 2018 at 1:42:57 PM PDT
> **To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
> **Cc:** Josh Luber <josh@stockx.com>, Adam Wolf <Adam@StockX.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>
> **Subject: Re: <External>Re: Nike Valiant Labs x StockX**
>
> Isaiah, thanks for the update. ██████████████████████████████████ If you need something more formal from us at this point, let me know.
>
> -Greg
>
> On Nov 1, 2018, at 2:44 PM, Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com> wrote:
>
>> Hi all,
>>
>> Hope you had a great Halloween and the end of year is treating you well. I wanted to follow up and give an update on where we are. ███████████████████████████████████████████████████ plan to start working with Vegas, Ramin and team closer in the new year.████████████████████████████
>> ████████████████████████████████████████████████████████████
>> ████████████████████████████████████████████████████████████
>>
>> Please let me know if you have any questions or need anything from us. Thanks again, looking forward to catching up soon.
>>
>> Best,
>> Isaiah
>>
>> Also, huge congrats on the London/International Launch!
>>
>> --
>> **Isaiah Steinfeld**
>> Entrepreneur in Residence
>> Advanced Innovation | Nike, Inc. <image001.png>
>> (415) 849.8900 (m)
>> Isaiah.Steinfeld@Nike.com

> **From:** Greg Schwartz <greg@stockx.com>
> **Date:** Wednesday, October 10, 2018 at 12:04 PM
> **To:** "Steinfeld, Isaiah" <Isaiah.Steinfeld@nike.com>
> **Cc:** Josh Luber <josh@stockx.com>, "Miao, Will (ETW - FLEX)" <Will.Miao@nike.com>, Adam Wolf <Adam@StockX.com>
> **Subject:** <External>Re: Nike Valiant Labs x StockX
>
> Thanks, Isaiah. Looking forward to the next steps here. Adding Adam Wolf (Business Development) for awareness ████████
> ██████████████████████████████████
>
> -Greg
> On Oct 10, 2018, at 8:01 PM, Steinfeld, Isaiah <Isaiah.Steinfeld@nike.com> wrote:
>
>> Hi Josh and Greg,
>>
>> It was great chatting with you both the other day. Thanks for taking time from your busy schedule to meet and learn more about the ████████████████ we're focused on. We appreciate the discussion and meaningful feedback ████████████████████
>> ████████████████████████████████████████████████████████████
>>
>> Also, Bruce's tour of Detroit was incredible, you have a beautiful city and it's exciting to see what you all are doing there.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY                                                                                          NIKE0036135

Best,
Isaiah and Will


--
Isaiah Steinfeld
Entrepreneur in Residence
Advanced Innovation | Nike, Inc. <image001.png>
(415) 849.8900 (m)
Isaiah.Steinfeld@Nike.com

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

NIKE0036136