# EXHIBIT 92




U.S. Immigration and Customs Enforcement
Homeland Security Investigations

# ILLICIT E-COMMERCE

## E-COMMERCE INITIATIVE

In 2017, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), as the lead agency of the National Intellectual Property Rights Coordination Center (IPR Center), initiated its E-Commerce Initiative to combat the growing issue of the sale and distribution of counterfeit and dangerous goods on the internet through online sales platforms, illicit websites, social media and the Dark Web. This initiative includes Business-to-Business (B2B), Business-to-Consumer (B2C), and Consumer-to-Consumer (C2C) platforms.

Through its E-Commerce Initiative, the IPR Center employs criminal enforcement, strategic partnerships, and external and internal training to target those who manufacture, distribute and sell counterfeit goods over the internet.  The sharing of information between the 24 IPR Center partners and businesses active in e-commerce, such as online platforms, payment processors, advertisers, and express consignment providers is an integral part of this initiative. This collaboration will produce actionable leads for law enforcement to develop into criminal investigations and prosecutions, and packages for businesses to assist them with initiating civil and administration action against violators.

## OPERATION IN OUR SITES

Operation In Our Sites (IOS) continues, as a viable part of the E-Commerce Initiative, by targeting organizations that distribute counterfeit products through infringing internet websites and social media sites. IOS is focused on developing long term investigations that identify targets in the U.S., assets and financial schemes used in operating infringing websites domestically and internationally.  Through this strategy, HSI seeks to arrest and prosecute offenders and seize assets and domain names/websites.



The criminally seized domain names are redirected to the IPR Center seizure banner.

This Banner provides a conduit for the public to provide information on IPR violations and also serves as a method of educating the public about IP theft. The IPR Center continues to develop new and innovative strategies to protect intellectual property rights and seeks to adapt to the ever changing environment on the internet.



www.iprcenter.gov

January 2019