# EXHIBIT 95

PageVault

| | |
|---|---|
| Document title: | What is Nike's returns policy? \| Nike Help |
| Capture URL: | https://www.nike.com/si/help/a/returns-policy-eu |
| Page loaded at (UTC): | Tue, 27 Aug 2024 20:23:51 GMT |
| Capture timestamp (UTC): | Tue, 27 Aug 2024 20:23:53 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | h5HBRCFuurUWPrabTs36iG |
| User: | automation |

PDF REFERENCE #:    gAu4DjDK4xBky6Snxz3TYc



Find a Store | Help | Join Us | Sign In



New & Featured   Men   Women   Kids   Sale

# GET HELP

What can we help you with?

## WHAT IS NIKE'S RETURNS POLICY?

### NIKE APP AND NIKE.COM ORDERS

When you shop Nike online, either in the Nike App or on Nike.com, you can return items that are **unworn and unwashed and still have their product tags attached** within 30 days of an online order delivery (some exceptions apply). That includes custom Nike By You sneakers.

**SHOP NIKE.COM**    **LEARN HOW TO RETURN**

And remember, returns are free for Nike Members.

**JOIN US AS A NIKE MEMBER**

### NIKE STORE PURCHASES

You can also return Nike store purchases within 30 days of the purchase date, as long as the items are unworn and unwashed and still have their product tags attached (some exceptions apply). Just take your items and proof of purchase back to the original purchase location.

**FIND A NIKE STORE**

## FAQs

**How do I return a Nike.com or Nike App order?**
Nike Members just need to sign in before starting their free returns from their orders page. For guest orders, access your order with your order number and email address. Check out our return instructions for more information.

**How do I return items purchased at a Nike store?**
Returning your Nike store purchase is easy. Take your items that are unworn and unwashed and still have their product tags attached back to the original purchase location with your proof of purchase (some exceptions apply). If you are unable to return the items at the same store, please contact us to discuss your options.

**Can I return defective or faulty items?**
We stand behind our shoes and gear. That's why you can return defective or faulty products with a valid proof of purchase within two years of the online or in-store purchase date.

If you have a potentially defective or faulty item, and it's within 30 days of your purchase, the items are eligible for the standard return option that works best for you. After 30 days, you'll need to contact us to start the returns process.

In addition, some Nike products have specific written guarantees and/or warranties—please check the label, hang tag or warranty card for details and return information.

Related

### Contact Us



Chat with us
7:00 - 0:00
7 days a week

Call us
+386 (0) 1600 1436
9:00 - 21:00
Monday - Friday
9:00 - 18:00
Saturday



Find a Store



We think you are in United States.
Update your location?

Slovenia    **United States**

### How do I return a Nike.com or Nike App order?
Nike Members just need to <u>sign in</u> before starting their free returns from their orders page. For guest orders, <u>access your order</u> with your order number and email address. Check out <u>our return instructions</u> for more information.

### How do I return items purchased at a Nike store?
Returning your Nike store purchase is easy. Take your items that are unworn and unwashed and still have their product tags attached back to the original purchase location with your proof of purchase (<u>some exceptions apply</u>). If you are unable to return the items at the same store, please <u>contact us</u> to discuss your options.

### Can I return defective or faulty items?
We stand behind our shoes and gear. That's why you can return defective or faulty products with a valid proof of purchase within two years of the online or in-store purchase date.

If you have a potentially defective or faulty item, and it's within 30 days of your purchase, the items are eligible for the standard <u>return option</u> that works best for you. After 30 days, you'll need to <u>contact us</u> to start the returns process.

In addition, some Nike products have specific written guarantees and/or warranties—please check the label, hang tag or warranty card for details and return information.

Related

**HOW DO I RETURN MY NIKE ORDER?**

**HOW DO I EXCHANGE MY NIKE ORDER?**

---

**Resources**
- Gift Cards
- Find a Store
- Nike Journal
- Become a Member
- Feedback
- Promo Codes

**Help**
- Get Help
- Order Status
- Shipping and Delivery
- Returns
- Payment Options
- Contact Us
- Reviews

**Company**
- About Nike
- News
- Careers
- Investors
- Sustainability
- Purpose

🌐 Slovenia

We think you are in United States. Update your location?
Slovenia | United States

© 2024 Nike, Inc. All rights reserved    Guides ⌄    Terms of Use    Terms of Sale    Company Details    Privacy