# EXHIBIT 96

PageVault

| | |
|---|---|
| Document title: | Do Nike Shoes Have a Warranty? \| Nike Help |
| Capture URL: | https://www.nike.com/help/a/shoe-warranty |
| Page loaded at (UTC): | Wed, 28 Aug 2024 15:41:09 GMT |
| Capture timestamp (UTC): | Wed, 28 Aug 2024 15:41:11 GMT |
| Capture tool: | 2.61.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/127.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | 31NUgEvDW2dXfj4tqRaRLq |
| User: | automation |

PDF REFERENCE #:   itF4RSH77fKSF8rKnYGXt7

Case 1:22-cv-00983-VEC    Document 304-96    Filed 09/06/24    Page 3 of 5

# GET HELP

What can we help you with?

## DO NIKE SHOES HAVE A WARRANTY?

We stand behind all of our shoes and gear. If your Nike shoes or apparel develop a material or workmanship flaw within two years of the manufacture date, we want to get you back in the game.

If you believe your item is flawed, and it's **within 60 days of your purchase**, you can simply return it to us for a full refund. For Nike.com and Nike App purchases, please see **our return instructions** (and if you want to try to exchange the item, you'll need to give us a call). For Nike store purchases, you'll want to take your item back to a Nike store.

If it's been longer than 60 days, and less than two years since the manufacture date (located on the item's tag), and the item has developed a flaw, here's what you need to do:

- **Nike.com and Nike App Orders:** Please contact us to return the item. (This includes digital Nike.com orders placed at a Nike Store.)

- **Nike Store Purchases:** Even after 60 days, you'll still need to return the item to a Nike store. If you cannot visit in person, **contact the store** to discuss your options.

- **Nike Authorized Store Purchases:** Please return your shoes to the original place of purchase. We work with authorized retailers to accept returns for products with a material or workmanship flaw. If you cannot return to the original place of purchase, or if the retailer has referred you back to Nike, you can **file a claim**.

Some Nike products have specific written guarantees and/or warranties. In those cases, details and return information would be included on the label, hang tag, or warranty card that came with the item.

## FAQs

**Are broken or flawed parts of shoes, such as shoelaces, charms, insoles, and spikes, eligible for replacement?**
No. Any removable components that come with a shoe, including, but not limited to, shoelaces, charms, insoles, and spikes, are not eligible for replacement.

**How do I check the status of my claim?**
Please visit **nikeclaims.com** to check the status of your claim.



### Contact Us

**Company Info & Inquiries**
1-800-806-6453
7 am - 4 pm PT
Mon - Fri





New   Men   Women   Kids   Jordan   Sale



## Help Us Improve
Was this page helpful?

 Yes    No

### Related

**WHAT IS NIKE'S RETURN POLICY?**

**NIKE TENNIS OUTSOLE DURABILITY GUARANTEE**

---

### Resources
Gift Cards
Find a Store
Membership
Nike x NBA
Nike Journal
Site Feedback

### Help
Get Help
Order Status
Shipping and Delivery
Returns
Order Cancellation
Payment Options
Gift Card Balance
Contact Us

### Company
About Nike
News
Careers
Investors
Purpose
Sustainability

### Promotions & Discounts
Student
Military
Teacher
First Responders & Medical Professionals
Birthday

United States

© 2024 Nike, Inc. All Rights Reserved   Guides   Terms of Sale   Terms of Use   Nike Privacy Policy   Your Privacy Choices   CA Supply Chains Act



## Help Us Improve
Was this page helpful?

 Yes     No

### Related

**WHAT IS NIKE'S RETURN POLICY?**

**NIKE TENNIS OUTSOLE DURABILITY GUARANTEE**

| Resources | Help | Company | Promotions & Discounts | 🌐 United States |
|---|---|---|---|---|
| Gift Cards | Get Help | About Nike | Student | |
| Find a Store | Order Status | News | Military | |
| Membership | Shipping and Delivery | Careers | Teacher | |
| Nike x NBA | Returns | Investors | First Responders & Medical Professionals | |
| Nike Journal | Order Cancellation | Purpose | Birthday | |
| Site Feedback | Payment Options | Sustainability | | |
| | Gift Card Balance | | | |
| | Contact Us | | | |

© 2024 Nike, Inc. All Rights Reserved    Guides ⌄    Terms of Sale    Terms of Use    Nike Privacy Policy    Your Privacy Choices    CA Supply Chains Act