# EXHIBIT 98

                                        Page 1

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
2

    NIKE, INC.                  )
3                               )
    vs.                         ) CASE NO. 1:22-cv-00983-VEC
4                               )
    STOCKX, LLC                 )
5

6

7               ORAL VIDEOTAPED DEPOSITION
8                     DEJONGH WELLS
9                    August 30, 2023
10

11         ORAL VIDEOTAPED DEPOSITION OF DEJONGH WELLS,
12    produced as a witness at the instance of the
13    Plaintiff and duly sworn, was taken in the
14    above-styled and numbered cause on the 30th day of
15    August, 2023, from 9:43 a.m. to 3:03 p.m., before
16    Shauna Foreman, Certified Shorthand Reporter in and
17    for the State of Texas, reported by computerized
18    stenotype machine at the offices of DLA Piper, 845
19    Texas Avenue, Suite 3800, Houston, Texas, pursuant to
20    the Federal Rules of Civil Procedure and the
21    provisions stated on the record or attached hereto.
22

23

24

25

```
                                               Page 2
 1                    A P P E A R A N C E S
 2
 3   FOR PLAINTIFF:
 4        MICHAEL FLUHR, ESQ.
          GABRIELLE VELKES, ESQ.
 5        DLA PIPER
          555 Mission Street
 6        Suite 2400
          San Francisco, California  94105
 7
     FOR DEFENDANT:
 8
          MEGAN K. BANNIGAN, ESQ.
 9        KATHYRN C. SABA, ESQ.
          DEVEBOISE PLIMPTON
10        66 Hudson Boulevard
          New York, New York  10001
11        E-mail: mbannigan@debevoise.com
12   ALSO PRESENT:
13        Cynthia Joseph, Videographer
          Kim Van Voorhis
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 99

1      Q.   And if you look at Paragraph 103, you're

2   talking about security measures taken by on-line

3   platforms.

4                You say, "In my experience, older

5   sneakerheads with whom I have interacted tend to be

6   skeptical of the accuracy of any authenticity

7   guarantees such as the one StockX offers."

8                What is your understanding of the

9   StockX guarantee or authenticity guarantee?

10     A.   StockX offers, through their platform --

11  and it really goes back to, again, for sneakerheads

12  by sneakerheads.  But having that ability to have it

13  verified, looked at by someone, all of the sneakers

14  that go through their platform, that gives

15  sneakerheads some comfort or -- or makes them feel

16  better that they may not get a fake pair of sneakers

17  because it's always a risk in the game, in

18  sneakerhead culture, that you could end up with a

19  fake pair of sneakers.  So this is a little bit of

20  a -- this program is a little bit of an insurance

21  policy.

22     Q.   You wrote that older sneakerheads tend to

23  be skeptical -- let's take a step back.

24                What do you understand the StockX

25  authenticity guarantee to be?

```
                                            Page 108

 1        Q.   I had asked you something a little while
 2   ago, and I think we got away from it and I'm not sure
 3   I got the answer to it.  I just want to make sure I
 4   get the answer to it.
 5                Do you recall any specific discussion
 6   about the authenticity guarantee in those
 7   conversations?
 8        A.   I have to ask for more clarification.  So
 9   conversations that I'm having with other
10   sneakerheads?  Is that the question?
11        Q.   Yes.
12        A.   That the -- that the authenticity program
13   does exist in the first place or what -- I'm not sure
14   what the question is there.
15        Q.   I'm asking whether you recall any
16   discussion among those sneakerheads concerning the
17   authenticity guarantee.
18        A.   Yes, I do recall people writing and talking
19   about it, sharing information that, "Hey, if these
20   sneakers are fake, I'm going to get my money back."
21        Q.   And to be clear, I'm not referencing the
22   offer to return.  I'm talking specifically about the
23   100 percent -- 100 percent language.
24                Do you recall any discussion about
25   that language?
```

```
 1        A.   I do.  The language -- the conversation
 2   around that language is that StockX does lay
 3   eyes/hands on each product that goes through their
 4   market, through their website.
 5        Q.   Do you recall anything else about those
 6   conversations?
 7        A.   No.
 8        Q.   Have you seen any surveys of StockX
 9   customers concerning how they would have perceived or
10   did perceive the StockX authenticity guarantee?
11        A.   No, I haven't seen any surveys.
12        Q.   Have you seen any other type of consumer
13   research about how StockX customers perceived the
14   StockX authenticity guarantee?
15        A.   No, I haven't.
16        Q.   Can you turn to page -- Pages 5 and 6 of
17   your report?
18        A.   Can I call for a timeout to use the
19   restroom right now, a break?
20        Q.   Absolutely.
21             THE VIDEOGRAPHER:  We are going off
22   the record.  The time is 1:49.
23             (Recess from 1:49 p.m. to 2:05 p.m.)
24             THE VIDEOGRAPHER:  We are back on the
25   record.  The time is 2:05.
```