UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br> Defendant. | Civil Action No.: 1:22-cv-00983-VEC |

### DECLARATION OF TAMAR Y. DUVDEVANI IN SUPPORT OF NIKE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Tamar Y. Duvdevani, declare as follows:

1. I am a partner at DLA Piper LLP (US) and attorney of record for Plaintiff Nike, Inc. ("Nike"). I submit this Declaration in connection with Nike's Motion for Partial Summary Judgment and to place before the Court relevant deposition testimony and documents.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Nike's Form 10-K for the fiscal year ending in May 31, 2023. This report is publicly available through the United States Securities & Exchange Commission at: https://www.sec.gov/Archives/edgar/data/320187/000032018723000039/nke-20230531.htm.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0069754-809.

4. Attached hereto as **Exhibit 3** is a true and correct copy of "Interbrand: Best Global Brands 2023," INTERBRAND, https://learn.interbrand.com/hubfs/Best-Global-Brands-2023-Report.pdf.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0000379.

1

6.  Attached as **Exhibit 5** is a true and correct copy of Big Facts: Current Culture Index 2021," StockX Annual Report (2021) available at https://stockx.com/news/current-culture-index-2021/.

7.  Attached as **Exhibit 6** is a is a true and correct copy of "StockX Snapshot: The State of Resale;" (Jan. 17, 2020) available at https://stockx.com/news/state-of-resale/.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0065789 – NIKE0065794.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0065796 – NIKE0065803.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0065833– NIKE0065844.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0007145.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0007167.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0025809.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0007165.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0007166.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0007130.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0007152.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0007125– NIKE0007126.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0007111.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0007113 – NIKE0007114.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 1,370,283 generated on August 7, 2024.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 3,725,535 generated on August 7, 2024.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 3,627,820 generated on August 7, 2024.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 1,558,100 generated on August 7, 2024.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 1,742,019 generated on August 7, 2024.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 978,952 generated on August 7, 2024.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 1,214,930 generated on August 7, 2024.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 1,325,938 generated on August 7, 2024.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 977,190 generated on August 7, 2024.

30. Attached hereto as **Exhibit 29** is a true and correct copy of the United States Patent and Trademark Office's Trademark Status and Document Retrieval printout for U.S. Registration No. 1,323,343 generated on August 7, 2024.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0016943.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0018147.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0025748.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0025036.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0014657.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0020106-110.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0009035.

38. Attached hereto as **Exhibit 37** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0013298.

39. Attached as **Exhibit 38** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0021544.

40. Attached hereto as **Exhibit 39** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0011345-47.

41. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the January 10, 2023, videotaped deposition transcript of Barbara Delli Carpini.

42. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts from the February 8, 2023, videotaped deposition transcript of Joe Pallett.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE006776-81.

44. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by StockX, LLC ("StockX") in connection with this matter bearing Bates Numbers STX0018010 – 014. This document was marked as Exhibit 4 to the December 2, 2022, Videotaped Deposition of Jacob Fenton, and Exhibit 16 to the February 23, 2023, Videotaped Deposition of John Lopez.

45. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0064441-44.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0783975 – 86.

47. Attached hereto as **Exhibit 46** is a true and correct copy of excerpts from the June 29, 2023, Videotaped 30(b)(6) Deposition Transcript of StockX's Brock Huber.

48. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0752605 – 29. This document was marked as Exhibit 8 to the February 23, 2023, Videotaped Deposition of John Lopez.

49. Attached hereto as **Exhibit 48** is a true and correct copy of excerpts from the February 23, 2023, Videotaped Deposition Transcript of John Lopez.

50. Attached hereto as **Exhibit 49** is a true and correct copy of excerpts from the February 22, 2023, 30(b)(6) Videotaped Deposition Transcript of StockX's Brock Huber.

51. Attached hereto as **Exhibit 50** is a true and correct copy of an affidavit from the Internet Archive with true and correct copies of Internet Archive screenshots attached.

52. Attached hereto as **Exhibit 51** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0000016-17.

53. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0039854 – 40006.

54. Attached hereto as **Exhibit 53** is a true and correct copy of Defendant's First Supplemental Objections and Responses to Plaintiff's Third Set of Interrogatories, dated March 21, 2023.

55. Attached hereto as **Exhibit 54** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0006785 – 790.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0000281 - 287.

57. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0000170 - 177.

58. Attached hereto as **Exhibit 57** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0041163.

59. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0041098 – 112.

60. Attached hereto as **Exhibit 59** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0041094 - 097.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0779941 - 946.

62. Attached hereto as **Exhibit 61** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0220179 - 188.

63. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0220248 - 254.

64. Attached hereto as **Exhibit 63** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0220356 – 364.

65. Attached hereto as **Exhibit 64** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0223750 – 769.

66.     Attached hereto as **Exhibit 65** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0038955 – 959.

67.     Attached hereto as **Exhibit 66** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0038792 - 798.

68.     Attached hereto as **Exhibit 67** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0006782 - 784.

69.     Attached hereto as **Exhibit 68** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0020185 – 188.  This was marked as Exhibit 11 to the December 2, 2022, Videotaped Deposition of Jacob Fenton, and Exhibit 24 to the June 29, 2023, Videotaped Deposition of Brock Huber.

70.     Attached hereto as **Exhibit 69** is a true and correct copy of excerpts from the December 2, 2023, Videotaped Deposition Transcript of Jacob Fenton.

71.     Attached hereto as **Exhibit 70** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0016703 - 869.

72.     Attached hereto as **Exhibit 71** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0018453 - 499.  This was marked as Exhibit 6 to the December 2, 2022, Videotaped Deposition of Jacob Fenton.

73.     Attached hereto as **Exhibit 72** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0020523 - 534.

74.     Attached hereto as **Exhibit 73** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers NIKE00389434.

75.     Attached hereto as **Exhibit 74** is a true and correct copy of excerpts from the August 24, 2023, Videotaped Deposition of Richard LaMagna.

76. Attached hereto as **Exhibit 75** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0019984. This document was marked as Exhibit 13 to the December 2, 2022, Videotaped Deposition of Jacob Fenton.

77. Attached hereto as **Exhibit 76** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0038992 - 993.

78. Attached hereto as **Exhibit 77** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0803943 - 946.

79. Attached hereto as **Exhibit 78** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0020225 - 268. This document was marked as Exhibit 14 to the December 2, 2022, Videotaped Deposition of Jacob Fenton.

80. Attached hereto as **Exhibit 79** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0021481 – 498. This document was marked as Exhibit 16 to the December 2, 2022, Videotaped Deposition of Jacob Fenton.

81. Attached hereto as **Exhibit 80** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0774265 – 281.

82. Attached hereto as **Exhibit 81** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0775180 – 211.

83. Attached hereto as **Exhibit 82** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0777390 – 407.

84. Attached hereto as **Exhibit 83** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0777764 – 771.

85. Attached hereto as **Exhibit 84** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0774927 – 949.

86. Attached hereto as **Exhibit 85** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0777119 – 127.

87. Attached hereto as **Exhibit 86** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0220611.

88. Attached hereto as **Exhibit 87** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0220624 – 630.

89. Attached hereto as **Exhibit 88** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0802167 – 199.

90. Attached hereto as **Exhibit 89** is a true and correct copy of excerpts from the November 30, 2022, Videotaped Deposition transcript of Russell Amidon.

91. Attached hereto as **Exhibit 90** is a true and correct copy Plaintiff Nike, Inc.'s Supplemental Responses and Objections to Defendant StockX LLC's Fourth Set of Interrogatories, dated March 21, 2023.

92. Attached hereto as **Exhibit 91** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0061163 - 172.

93. Attached hereto as **Exhibit 92** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0143917.

94. Attached hereto as **Exhibit 93** is a true and correct copy of the Expert Report of Catherine Tucker, dated May 5, 2023.

95. Attached hereto as **Exhibit 94** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0005895 - 897.

96. Attached hereto as **Exhibit 95** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0005904 - 906.

97. Attached hereto as **Exhibit 96** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0069542 – 544.

98. Attached hereto as **Exhibit 97** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0040016 – 017.

99. Attached hereto as **Exhibit 98** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0205937.

100. Attached hereto as **Exhibit 99** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0204960.  This document was marked as Exhibit 1 to the June 29, 2023, Videotaped Deposition of Brock Huber

101. Attached hereto as **Exhibit 100** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0211768.

102. Attached hereto as **Exhibit 101** is a true and correct compilation of photographs taken from the Roy Kim investigation produced by Nike in connection with this matter bearing Bates Numbers NIKE0039739, NIKE0039726, NIKE0039581, NIKE0039622, NIKE0039634, NIKE0039636, NIKE0039617, NIKE0039733, NIKE0039604, NIKE0039593, NIKE0039658, NIKE0039611, NIKE0039584, NIKE0039695, NIKE0039555, NIKE0039735, NIKE0039659, NIKE0039722, NIKE0039718, NIKE0039731, NIKE0039624, NIKE0039639, NIKE0039571, NIKE0039734, NIKE0039701, NIKE0039609, NIKE0039587, NIKE0039623, NIKE0039602, NIKE0039725, NIKE0039717, and NIKE0039698.

103. Attached hereto as **Exhibit 102** is a true and correct compilation of receipts related to the Roy Kim investigation produced by Nike in connection with this matter bearing Bates

Numbers NIKE0039637, NIKE0039613, NIKE0039724, NIKE0039715, NIKE0039641, NIKE0039693, NIKE0039565, NIKE0039588, NIKE0039664, NIKE0039697, NIKE0039556, NIKE0039620, NIKE0039597, NIKE0039671, NIKE0039750, NIKE0039661, NIKE0039667, NIKE0039615, NIKE0039719, NIKE0039737, NIKE0039743, NIKE0039752, NIKE0039678, NIKE0039577, NIKE0039746, NIKE0039612, NIKE0039740, NIKE0039728, NIKE0039554, and NIKE0039607.

104. Attached hereto as **Exhibit 103** is a true and correct compilation of photographs taken from the Zadeh Kicks investigation of documents produced by Nike in connection with this matter bearing Bates Numbers NIKE0039545, NIKE0039517, NIKE0039507, NIKE0039476, NIKE0039446, NIKE0039495, NIKE0039479, NIKE0039123, NIKE0039327, NIKE0039126, NIKE0039336, NIKE0039369, NIKE0039215, NIKE0039173, NIKE0039163, NIKE0039132, NIKE0039416, NIKE0039134, NIKE0039414, NIKE0039306, NIKE0039372, NIKE0039371, NIKE0039183, NIKE0039186, NIKE0039364, NIKE0039244, NIKE0039429, NIKE0039432, NIKE0039130, NIKE0039133, NIKE0039213, NIKE0039128, NIKE0039231, NIKE0039159, NIKE0039164, NIKE0039137, NIKE0039165, NIKE0039418, NIKE0039119, and NIKE0039212.

105. Attached hereto as **Exhibit 104** is a true and correct compilation of receipts related to the Zadeh Kicks investigation produced by Nike in connection with this matter bearing Bates Numbers NIKE0039513, NIKE0039469, NIKE0039437, NIKE0039514, NIKE0039496, NIKE0039457, NIKE0039530, NIKE0039192, NIKE0039226, NIKE0039395, NIKE0039312, NIKE0039390, NIKE0039313, NIKE0039332, NIKE0039148, NIKE0039382, NIKE0039141, NIKE0039127, NIKE0039217, NIKE0039236, NIKE0039195, NIKE0039365, NIKE0039340, NIKE0039122, NIKE0039201, NIKE0039240, NIKE0039314, NIKE0039248, NIKE0039319,

NIKE0039356, NIKE0039252, NIKE0039253, NIKE0039413, NIKE0039268, NIKE0039297, NIKE0039302, NIKE0039174, NIKE0039288, NIKE0039389, and NIKE0039179.

106. Attached hereto as **Exhibit 105** is a true and correct copy of Defendant StockX LLC's Second Supplemental Responses and Objections to Plaintiff Nike, Inc.'s Second Set of Requests for Admission, dated March 17, 2023.

107. Attached hereto as **Exhibit 106** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0081471.

108. Attached hereto as **Exhibit 107** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0029087.

109. Attached hereto as **Exhibit 108** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0039436.

110. Attached hereto as **Exhibit 109** is a true and correct copy of excerpts from the February 1, 2023, Videotaped Deposition transcript of Laura Rizza.

111. Attached hereto as **Exhibit 110** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806024.

112. Attached hereto as **Exhibit 111** is a true and correct copy of excerpts from the February 8, 2023, Videotaped Deposition Transcript of Roy Ikhyun Kim.

113. Attached hereto as **Exhibit 112** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0036330 - 338.

114. Attached hereto as **Exhibit 113** is a true and correct copy of document produced by StockX in connection with this matter bearing Bates Numbers STX0772942 – 945. This document was marked as Exhibit 8 to the November 30, 2022 Videotaped Deposition of Russell Amidon.

115.	Attached hereto as **Exhibit 114** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0029032.

116.	Attached hereto as **Exhibit 115** is a true and correct copy of a July 25, 2022. Letter from Nike, Inc. counsel to StockX, LLC counsel in this matter.

117.	Attached hereto as **Exhibit 116** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806022.

118.	Attached hereto as **Exhibit 117** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806023.

119.	Attached hereto as **Exhibit 118** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806003.

120.	Attached hereto as **Exhibit 119** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806004.

121.	Attached hereto as **Exhibit 120** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806001.

122.	Attached hereto as **Exhibit 121** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806002.

123.	Attached hereto as **Exhibit 122** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806015.

124.	Attached hereto as **Exhibit 123** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806016.

125.	Attached hereto as **Exhibit 124** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0025865 - 893.

126. Attached hereto as **Exhibit 125** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0099158– 9178.

127. Attached hereto as **Exhibit 126** is a true and correct copy of documents produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_004355 to ZK_NIKE_004357.

128. Attached hereto as **Exhibit 127** is a true and correct copy of documents produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_007980 to ZK_NIKE_007981.

129. Attached hereto as **Exhibit 128** is a true and correct copy of documents produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_009134 and ZK_NIKE_009135.

130. Attached hereto as **Exhibit 129** is a true and correct copy of a document produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Number ZK_NIKE_009137.

131. Attached hereto as **Exhibit 130** is a true and correct copy of documents produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_009759 and ZK_NIKE_009760.

132. Attached hereto as **Exhibit 131** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0774239.

133. Attached hereto as **Exhibit 132** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0806056.

134. Attached hereto as **Exhibit 133** is a true and correct copy of a printout of the website: https://www.tencent.com/en-us/business.html, taken on August 8, 2024.

135. Attached hereto as **Exhibit 134** is a true and correct copy of a printout of the website: https://mail.163.com/, taken on August 8, 2024.

136. Attached hereto as **Exhibit 135** is a true and correct excerpt of a document produced by StockX in connection with this matter bearing Bates Number STX0169627.

137. Attached hereto as **Exhibit 136** is a true and correct copy of document produced by Nike in connection with this matter bearing Bates Numbers NIKE0036550- 555.

138. Attached hereto as **Exhibit 137** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0773067.

139. Attached hereto as **Exhibit 138** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0773072 - 075.

140. Attached hereto as **Exhibit 139** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0029088 - 089.

141. Attached hereto as **Exhibit 140** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0039092.

142. Attached hereto as **Exhibit 141** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0039101.

143. Attached hereto as **Exhibit 142** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0039100.

144. Attached hereto as **Exhibit 143** is a true and correct is a true and correct copy of excerpts from the July 18, 2023 videotaped deposition of Kari Kammel.

145. Attached hereto as **Exhibit 144** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0037734 – 742.

146. Attached hereto as **Exhibit 145** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0040517 – 520.

147. Attached hereto as **Exhibit 146** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0040533 – 536.

148. Attached hereto as **Exhibit 147** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0040571– 574.

149. Attached hereto as **Exhibit 148** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0040497– 498.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on August 8, 2024 in New York, New York.

By: */s/ Tamar Y. Duvdevani*
      Tamar Y. Duvdevani