# Exhibit 02



CONFIDENTIAL

NIKE0069754

**Interbrand**

Best
Global
Brands
2022

# Brands as
# Acts of Leadership

# Inclusive by Design

Nike enters the top 10 for the first time ever, with an 18% increase YOY and a brand value of 50,289 $m—arguably the most inclusive brand on the planet, built from a core belief that everyone is an athlete. Nike's stance on inclusion—celebrating life through sport— captures the zeitgeist and stands in direct contrast to the 'status quo' in which outdated ideals, apathy and historic legacy have led to a divide that many brands have unwittingly perpetuated. Sarah Reinertsen is a former Paralympian who had to wear special medical footwear for years, which she says made her feel 'othered.' Sarah is also a designer at the FlyEase Innovation team at Nike, which has developed Nike's first universally designed shoe—rather than using straps or laces, it simply hinges open and closed, so the wearer just needs to slip their foot in and

push down. Sarah said: "I was really tired of being told 'those are the shoes that are for you because you have a disability,' so I think we've been very deliberate in that we might be designing for people with disabilities, but this shoe is for everybody," she says. There are many slip-on shoes on the market, but the FlyEase line is designed with both fashion and the needs of people with disabilities in mind.

The Go FlyEase is proof that universal design can actually lead to a product that's better for everyone—to that end the brand quickly sold out of the Go at launch in February 2021 and faced some criticism from the disabled community as it quickly sold out. While Nike never intended artificial scarcity—it supplied tens of thousands of pairs for launch— the company had to quickly address shortages.

**FIND OUT MORE**

Interbrand's Inclusive Design practice works with its talent, partners and clients to break down the design divide, by removing barriers across every brand experience. Every touchpoint of a customer journey has the potential to make life better. As a result of their efforts, brands who champion a wider spectrum of human need are starting to experience some key benefits. So, with a view to future-proofing ourselves, our societies and our economies, we want to help our clients move from 'passive' to 'purposeful' in their inclusivity efforts.

CONFIDENTIAL

NIKE0069755



Top 100

For the first time ever, the total brand value of the Best Global Brands has reached over $3 trillion. To be precise, the overall value of the Top 100 brands is $3,088,930m, a 16% rise from 2021 ($2,667,524m). This year sees the fastest rate of brand value growth ever recorded, demonstrating the growing contribution a company's brand has in driving its economic success. While financial markets have shown significant swings over the last few years, the value of the world's strongest brands have steadily increased, driving customer choice, loyalty and margins.

CONFIDENTIAL

NIKE0069756

# Top 10 Brands

In the top ten brands we see exponential growth and the emergence of a 'super league.' Built on a foundation of exceptional experiences and strong integrity, these companies can move in multiple directions, growing their share in customers' lives, along with their brand value and market cap.

It's increasingly difficult to fit the Top 10 into categories (what do Apple and Google do?), but things become much clearer when taking the perspective of customer jobs to be done (what aspects of consumers lives they

address). Apple helps us Connect, Do, Belong, Play, Pay and—more recently—Thrive. Rumor has it that soon it may help us Move, too. Google helps us get many jobs done, like Learn, Connect, Move—and even Dwell. Nike—not a FAANG—helps us Thrive and Express ourselves. We can think along the same lines for the likes of Microsoft or Disney.

Ultimately, these organizations are building businesses around their brand (in contrast to the traditional approach of building brand around a product)—and it's setting them apart from the rest of the pack.

| | | 2022 Brand Value (USD M) | 2021 Brand Value (USD M) | % Change (CY) | Rank 2022 / 2021 | |
|---|---|---|---|---|---|---|
| Apple | Technology | 482,215 | 408,251 | 18% | 1 | 1 |
| Microsoft | Technology | 278,288 | 210,191 | 32% | 2 | 3 |
| amazon | Technology | 274,819 | 249,249 | 10% | 3 | 2 |
| Google | Technology | 251,751 | 196,811 | 28% | 4 | 4 |
| SAMSUNG | Technology | 87,689 | 74,635 | 17% | 5 | 5 |
| Toyota | Automotive | 59,757 | 54,107 | 10% | 6 | 7 |
| Coca-Cola | Beverages | 57,535 | 57,488 | 0% | 7 | 6 |
| Mercedes | Automotive | 56,103 | 50,866 | 10% | 8 | 8 |
| Disney | Media | 50,325 | 44,183 | 14% | 9 | 10 |
| Nike | Sporting Goods | 50,289 | 42,538 | 18% | 10 | 11 |

CONFIDENTIAL

NIKE0069757



| 01 | 02 | 03 | 04 | 05 |
|---|---|---|---|---|
| Apple | Microsoft | amazon | Google | SAMSUNG |
| +18% | +32% | +10% | +28% | +17% |
| 482,215 $m | 278,288 $m | 274,819 $m | 251,751 $m | 87,689 $m |
| 06 | 07 | 08 | 09 | 10 |
| Toyota | Coca-Cola | Mercedes | Disney | Nike |
| +10% | 0% | +10% | +14% | +18% |
| 59,757 $m | 57,535 $m | 56,103 $m | 50,325 $m | 50,289 $m |
| 11 | 12 | 13 | 14 | 15 |
| McDonald's | TESLA | BMW | LOUIS VUITTON | CISCO |
| +6% | +32% | +11% | +21% | +14% |
| 48,647 $m | 48,002 $m | 46,331 $m | 44,508 $m | 41,298 $m |
| 16 | 17 | 18 | 19 | 20 |
| Instagram | FACEBOOK | IBM. | intel. | SAP |
| +14% | -5% | +3% | -8% | +5% |
| 36,516 $m | 34,538 $m | 34,242 $m | 32,916 $m | 31,497 $m |
| 21 | 22 | 23 | 24 | 25 |
| Adobe | CHANEL | HERMÈS PARIS | J.P.Morgan | YouTube |
| +23% | +32% | +27% | +14% | +16% |
| 30,660 $m | 29,259 $m | 27,398 $m | 24,335 $m | 24,268 $m |

CONFIDENTIAL

NIKE0069758



CONFIDENTIAL

NIKE0069759



# Top 100

Against a background of profound global economic, social and technological change, the 2021 Best Global Brands report recorded the largest brand growth ever. The combined value of the top 100 brands increased from $2,326,491 million in 2020 to $2,667,524 million in 2021, an overall increase of 15%.

The fastest growing, most valuable and top performing sector remains technology. The digital trends that have underpinned strong growth in this sector show no sign of abating and the different professional and personal ways in which consumers rely on cloud-based technology, artificial intelligence, streaming and subscription-based services bolster this sector. Technology's representation in the rankings reflects this; the top three brands, Apple, Amazon and Microsoft, make up 62.3% of the total value of the top ten brands.



NIKE0069760



| 01 | 02 | 03 | 04 | 05 |
|---|---|---|---|---|
| Apple | amazon | Microsoft | Google | SAMSUNG |
| +26%<br>408,251 $m | +24%<br>249,249 $m | +27%<br>210,191 $m | +19%<br>196,811 $m | +20%<br>74,635 $m |
| 06 | 07 | 08 | 09 | 10 |
| Coca-Cola | Toyota | Mercedes-Benz | McDonald's | Disney |
| +1%<br>57,488 $m | +5%<br>54,107 $m | +3%<br>50,866 $m | +7%<br>45,865 $m | +8%<br>44,183 $m |
| 11 | 12 | 13 | 14 | 15 |
| Nike | BMW | LOUIS VUITTON | T≡SLⱭ | FACEBOOK |
| +24%<br>42,538 $m | +5%<br>41,631 $m | +16%<br>36,766 $m | +184%<br>36,270 $m | +3%<br>36,248 $m |
| 16 | 17 | 18 | 19 | 20 |
| cisco | intel. | IBM. | Instagram | SAP |
| +6%<br>36,228 $m | -3%<br>35,761 $m | -5%<br>33,257 $m | +23%<br>32,007 $m | +7%<br>30,090 $m |
| 21 | 22 | 23 | 24 | 25 |
| Adobe | CHANEL | HERMÈS<br>PARIS | J.P.Morgan | HONDA |
| +36%<br>24,832 $m | +4%<br>22,109 $m | +20%<br>21,600 $m | +6%<br>21,401 $m | -2%<br>21,315 $m |

Times Square, New York, NY October, 2021, Interbrand Best Global Brands 2021

17

CONFIDENTIAL

NIKE0069761

# Biggest Risers

2021's top risers shared strong performances on three brand strength factors: Participation, Agility and Direction. The technology giants Apple, Microsoft and Amazon continue to shine, making up the top ten alongside fast risers Salesforce and Adobe.

But the real champion is Tesla, recording a near-tripling of its brand value resulting in a striking 26-point rise to 14th place. Tesla's meteoric rise was achieved with a ubiquitous social media presence that enhanced its brand values, consolidating its position as the world-leading Electric Vehicle manufacturer. It's core purpose, "to accelerate the world's transition to sustainable energy", clearly resonates with a growing, loyal consumer-base and demonstrates how successful brands woo consumers with a clear, coherent vision. Even with anecdotal reports of reliability issues, Tesla customers score high satisfaction, significantly above peers in this sector.

Another rapid riser is Salesforce, which demonstrated effective agility to diversify its acquisition and portfolio strategy and propel growth. Thanks to this, Salesforce is the fastest-growing enterprise software company globally, both for personal and professional use. It's ambitious product-led growth strategy and innovation has expanded its user-base and community and has facilitated the continued rollout of software globally on several dimensions, including its Covid-19 relief efforts.

Apple, the world's top brand for the ninth consecutive year, continues to lead the way in in direction ensuring that everyone in its organization is moving towards a clear, ambitious goal. It has diversified further into health care, (with the Apple Watch now recording blood oxygen levels), subscription-services in entertainment, data-storage and music, it has continued to stay close to customers and it continues to find strong online retail solutions despite complications caused by the pandemic. Ultimately, Apple still demonstrates remarkable direction and a brand value that centres on providing the consumer a simple, seamless experience, which reflects its significant 26% increase in brand value.



| | | |
|---|---|---|
| Automotive | | |
| Business services | | |
| Financial services | | |
| Technology | | |
| Electronics | | |
| Sporting goods | | |

| | | |
|---|---|---|
| Tesla | 36,270 $m | 184% growth |
| Salesforce | 14,770 $m | 37% growth |
| Adobe | 24,832 $m | 36% growth |
| PayPal | 14,322 $m | 36% growth |
| Microsoft | 210,191 $m | 27% growth |
| Apple | 408,251 $m | 26% growth |
| Nintendo | 9,197 $m | 26% growth |
| Amazon | 249,249 $m | 24% growth |
| Nike | 42,538 $m | 24% growth |
| Zoom | 5,536 $m | 24% growth |



NIKE0069762



CONFIDENTIAL

NIKE0069783

# Top
# 100
→

The 100 Best Global Brands is a two-track table in 2020 with 43% of brands growing, and 57% declining in value (vs 29% declining in 2019). This years' winners are notable for particularly fast growth; the average increase amongst the top 3 brands alone was 50%.

It's clear that in 2020, strong brands have become stronger as a result of the COVID effect, which has accelerated digital transformation trends, such as cloud-based tech and streaming, across sectors, reinforcing the dominance of technology first brands. Average brand growth across the grid is 14% but in technology it's 20%. The top three brands are tech brands and they grew an average of 50%.



Best Global Brand 2020 Report

NIKE0069764

# Biggest Risers →

| Amazon | 60% growth |
| Microsoft | 53% growth |
| Spotify | 52% growth |
| Netflix | 41% growth |
| Adobe | 41% growth |
| PayPal | 38% growth |
| Apple | 38% growth |
| Salesforce.com | 34% growth |
| Nintendo | 31% growth |
| MasterCard | 17% growth |

Technology
Media
Business Service
Financial Service
Electronics

**amazon**

**Microsoft**

**Adobe**

**Spotify**

**PayPal**

**NETFLIX**

**salesforce**

**Nintendo**

**mastercard**

Spotify, Netflix and Amazon are among the biggest risers in ranking amid global COVID-19 lockdowns. Notably, however, Microsoft has also entered the top three. The fastest risers in 2020 (brands experiencing double digit % growth) significantly outperformed other brands on three Brand Strength factors - Empathy, Agility and Affinity.

Behind Microsoft's incredible transformation is an extraordinary cultural shift, underpinned by empathy – regarded by Nadella as a leadership trait as much as a business priority and an innovation ethos, he connects the core of the business with customers' needs through a deep sense of empathy.

Amazon, who invested over $28 billion on R&D in 2018, is making agility exponential. Powered by real-time data, AI and machine learning, its moves – from daily, one-to-one interactions to category changing Iconic Moves such as the introduction of the Prime membership – are effectively shifting fulfilment expectations in much of the world.

Spotify has developed deep affinity with customers. From its proposition, which promises to put the world's music in your pocket, to its partnerships with platforms that are central to culture (mobile networks, gaming devices) perhaps its most iconic move is using its customer data to tell stories about how its embedded in the emotional and social lives of customers around the world.

Also of note: more than half of the top growing brands have significant subscription model businesses.

| 01 | 02 | 03 | 04 | 05 |
|---|---|---|---|---|
| Apple | amazon | Microsoft | Google | SAMSUNG |
| +38% | +60% | +53% | -1% | +2% |
| 322,999 $m | 200,667 $m | 166,001 $m | 165,444 $m | 62,289 $m |
| 06 | 07 | 08 | 09 | 10 |
| Coca-Cola | TOYOTA | Mercedes | McDonald's | Disney |
| -10% | -8% | -3% | -6% | -8% |
| 56,894 $m | 51,595 $m | 49,268 $m | 42,816 $m | 40,773 $m |
| 11 | 12 | 13 | 14 | 15 |
| BMW | intel | FACEBOOK | IBM | Nike |
| -4% | -8% | -12% | -14% | +6% |
| 39,756 $m | 36,971 $m | 35,178 $m | 34,885 $m | 34,388 $m |
| 16 | 17 | 18 | 19 | 20 |
| CISCO | LOUIS VUITTON | SAP | Instagram | HONDA |
| -4% | -2% | +12% | New | -11% |
| 34,119 $m | 31,720 $m | 28,011 $m | 26,060 $m | 21,694 $m |
| 21 | 22 | 23 | 24 | 25 |
| CHANEL | J.P.Morgan | AMERICAN EXPRESS | ups | IKEA |
| -4% | +6% | -10% | +6% | +3% |
| 21,203 $m | 20,220 $m | 19,458 $m | 19,161 $m | 18,870 $m |

Best Global Brand 2020 Report                                                         35

NIKE0069765



# Iconic
# Moves

Transforming
customer
expectations

**B**est
**G**lobal
**B**rands
**2**019

CONFIDENTIAL

NIKE0069766

# CUMULATIVE BRAND VALUE OF THE 100 BEST GLOBAL BRANDS



### 2001*
988,287 $m



250,000 $m
125,000 $m   $
50,000 $m
20,000 $m

| Alcohol | Energy | Retail |
| --- | --- | --- |
| Apparel | Financial Services | Pharmaceutical |
| Automotive | FMCG | Sporting Goods |
| Beverages | Logistics | Technology |
| Business Services | Luxury | Telecom Services |
| Diversified | Media | Tobacco |
| Electronics | Restaurants | Toys & Games |

*In 2001 (the first year in which the table included 100 brands), the cumulative brand value residing in the world's top 100 brands was $988B. Today, that value stands at $2.1T—representing a 4.4% average CAGR and more than 2.1x increase in total value.

To make the data easily comparable and readable, logos are representative only. True representation of the logos can be found on the Best Global Brands ranking table.

CONFIDENTIAL                                                                                      NIKE0069767





CONFIDENTIAL

NIKE0069768

## MAKING ICONIC MOVES: FIVE STEPS

**1** **Cultivate continuous change**
Iconic Moves never happen in isolation; they are accelerations within a process of continuous improvement — and this requires brands to be constantly in touch and in tune with their customers, transforming data and observation into insight — and offering new, better, and different on a near daily basis.

The great ecosystem brands that lead our ranking have revolutionized the relationship between customers and businesses, substituting the traditional feedback loop with continuous adaptability.

And so have, interestingly, the fastest-growing luxury brands, albeit in a completely different way: by anticipating the formation of new cultural patterns, sensing the shifts in values, and finding their role in it.

**2** **Sense the weak signals**
Iconic Moves are, by definition, rare. They happen at precisely the right time, capturing the zeitgeist and creating a before and an after.

There are a number of conditions that signal that your business and your arena might be ripe for an Iconic Move. Recognizing these signals in due course is critical to owning the future. They broadly fall into four categories.

*Customers*: for instance, is there a widespread frustration in the experience? Are customers using outdated technology? Are rising concerns, such as environmental protection, absent from the offering?

*Operations*: for instance, is innovation increasingly R&D-led rather than customer-led? Are the business and the category losing customer data to other players?

*Competition*: for example, is loyalty declining in the category with customers? Are new players starting to penetrate the market with new business models?

*Performance*: are margins being eroded? Is the role of brand in choice relatively low, with no outliers? Is innovation becoming incremental, and driving diminishing returns?

Based on these reflections, we expect to see Iconic Moves reshaping in the short-term categories such as banking, insurance, real estate, and air travel. Those moves will define the future shape and shapers of those categories.

**3** **Seek alignment**
Iconic Moves are not self-serving stunts, but powerful means to an end — conceived and designed to accelerate the business's progression along its desired trajectory, seeking an alignment (or realignment) between customers, the business, and their interactions.

And it does start with customers.

Nike's Kaepernick campaign combined a deep understanding of the brand's US and non-US target audiences — demographics and orientation — a strong underlying business case and a well-orchestrated content and product drop.

Lego's first movie, grossing nearly $500 million, focused on reaching a new generation of 'builders,' leading into a long tail content and product innovation, with a considerable revenue and profit uplift; in the year after its release, Lego reported a sales uplift of 25%.

CONFIDENTIAL

NIKE0069769



# TOP 100

NIKE0069770

| 01 | 02 | 03 | 04 | 05 |
|---|---|---|---|---|
| Apple | Google | amazon | Microsoft | Coca-Cola |
| +9%<br>234,241 $m | +8%<br>167,713 $m | +24%<br>125,263 $m | +17%<br>108,847 $m | -4%<br>63,365 $m |
| 06 | 07 | 08 | 09 | 10 |
| SAMSUNG | TOYOTA | Mercedes-Benz | McDonald's | Disney |
| +2%<br>61,098 $m | +5%<br>56,246 $m | +5%<br>50,832 $m | +4%<br>45,362 $m | +11%<br>44,352 $m |
| 11 | 12 | 13 | 14 | 15 |
| BMW | IBM | intel | Facebook | CISCO |
| +1%<br>41,440 $m | -6%<br>40,381 $m | -7%<br>40,197 $m | -12%<br>39,857 $m | +3%<br>35,559 $m |
| 16 | 17 | 18 | 19 | 20 |
| Nike | LOUIS VUITTON | ORACLE | GE | SAP |
| +7%<br>32,376 $m | +14%<br>32,223 $m | +1%<br>26,288 $m | -22%<br>25,566 $m | +10%<br>25,092 $m |
| 21 | 22 | 23 | 24 | 25 |
| HONDA | CHANEL | AMERICAN EXPRESS | pepsi | J.P.Morgan |
| +3%<br>24,422 $m | +11%<br>22,134 $m | +13%<br>21,629 $m | -1%<br>20,488 $m | +8%<br>19,044 $m |



Interbrand Best Global Brands 2019
The ranking of the 100 most valuable global brands

CONFIDENTIAL

# Activating
# Brave



**Best
Global
Brands
2018**

CONFIDENTIAL

| 01 Apple +16% 214,480 $m | 02 Google +10% 155,506 $m | 03 amazon +56% 100,764 $m | 04 Microsoft +16% 92,715 $m | 05 Coca-Cola -5% 66,341 $m | 06 SAMSUNG +6% 59,890 $m | 07 TOYOTA +6% 53,404 $m | 08 Mercedes +2% 48,601 $m | 09 f -6% 45,168 $m | 10 McDonald's +5% 43,417 $m | 11 intel +10% 43,293 $m | 12 IBM -8% 42,972 $m |
| 13 BMW -1% 41,006 $m | 14 DISNEP -2% 39,874 $m | 15 CISCO +8% 34,575 $m | 16 GE -26% 32,757 $m | 17 Nike +11% 30,120 $m | 18 LOUIS VUITTON +23% 28,152 $m | 19 ORACLE -5% 26,133 $m | 20 HONDA +4% 23,682 $m | 21 SAP +1% 22,885 $m | 22 pepsi +2% 20,798 $m | 23 CHANEL New 20,005 $m | 24 Mercedes +8% 19,139 $m |
| 25 ZARA -5% 17,712 $m | 26 J.P.Morgan +12% 17,567 $m | 27 IKEA -5% 17,458 $m | 28 Gillette -7% 16,864 $m | 29 ups +3% 16,849 $m | 30 H&M -8% 16,826 $m | 31 Pampers +1% 16,617 $m | 32 HERMÈS PARIS +15% 16,372 $m | 33 Budweiser +2% 15,627 $m | 34 accenture +14% 14,214 $m | 35 Ford +3% 13,995 $m | 36 HYUNDAI +3% 13,535 $m |
| 37 NESCAFÉ +3% 13,053 $m | 38 ebay -2% 13,017 $m | 39 GUCCI +30% 12,942 $m | 40 NISSAN +6% 12,213 $m | 41 VW +6% 12,201 $m | 42 Audi -1% 12,187 $m | 43 PHILIPS +5% 12,104 $m | 44 Goldman Sachs +6% 11,769 $m | 45 citi +9% 11,577 $m | 46 HSBC +6% 11,208 $m | 47 AXA 0% 11,118 $m | 48 L'ORÉAL +4% 11,102 $m |
| 49 Allianz +8% 10,821 $m | 50 adidas +17% 10,772 $m | 51 Adobe +19% 10,748 $m | 52 PORSCHE +6% 10,707 $m | 53 Kellogg's -3% 10,634 $m | 54 hp +9% 10,433 $m | 55 Canon +1% 10,380 $m | 56 SIEMENS +1% 10,132 $m | 57 Starbucks +10% 9,615 $m | 58 DANONE +2% 9,533 $m | 59 SONY +10% 9,316 $m | 60 3M +2% 9,104 $m |
| 61 VISA +15% 9,021 $m | 62 Nestlé +2% 8,938 $m | 63 Morgan Stanley +7% 8,902 $m | 64 Colgate +4% 8,859 $m | 65 Hewlett Packard Enterprise -9% 8,157 $m | 66 NETFLIX +45% 8,111 $m | 67 Cartier +1% 7,646 $m | 68 HUAWEI +14% 7,578 $m | 69 Santander +13% 7,547 $m | 70 mastercard. +19% 7,545 $m | 71 KIA +4% 6,925 $m | 72 FedEx +10% 6,890 $m |
| 73 PayPal +22% 6,621 $m | 74 LEGO -7% 6,533 $m | 75 salesforce -23% 6,432 $m | 76 Panasonic +5% 6,293 $m | 77 Johnson&Johnson +3% 6,231 $m | 78 LAND ROVER +2% 6,221 $m | 79 DHL +3% 5,881 $m | 80 TIFFANY +18% 5,760 $m | 81 Dior +6% 5,755 $m | 82 CATERPILLAR +10% 5,730 $m | 83 TIFFANY & CO. -5% 5,642 $m | 84 JACK DANIELS +6% 5,641 $m |
| 85 Corona Extra +16% 5,517 $m | 86 KFC +3% 5,481 $m | 87 Heineken +4% 5,393 $m | 88 JOHN DEERE +12% 5,375 $m | 89 Shell +9% 5,276 $m | 90 MINI +3% 5,254 $m | 91 Dior +1.5% 5,235 $m | 92 Spotify New 5,176 $m | 93 HARLEY-DAVIDSON -9% 5,161 $m | 94 BURBERRY -3% 4,969 $m | 95 PRADA +2% 4,812 $m | 96 Sprite -2% 4,733 $m |
| 97 JOHNNIE WALKER +7% 4,731 $m | 98 Hennessy New 4,722 $m | 99 Nintendo New 4,696 $m | 100 SUBARU New 4,214 $m | | | | | | | | |

# Grow.
# Change.
# Grow.

**Interbrand**
**Best**
**Global**
**Brands**
**2017**

NIKE0069774

Interbrand 33

# Top 100 Ranking



NIKE0069775

# Sporting Goods

## 2 Brands

The sports sector has risen on its merits (and luxury's slight slip) to become this year's #2 Top Growing Sector. Brands are combining fashion, sports, and lifestyle to expand and deepen their reach, and thriving on partnerships with culture stars and sports icons alike. They're also tapping into widely-held values with innovative eco-offerings and equality-driven campaigns, while making leaps with new materials and technologies.



**adidas**

**Nike**

*"In this new and constantly changing environment, there are new players, new materials, new technologies, and new demand: Exclusive designs can be sold out in a couple of hours all over the world."*

**Beto Almeida**
Managing Director, Interbrand São Paulo

**+10.1%**

**Sector Growth**

**1.9%**

of the table at

**36,238 $m**

NIKE0069776

# Anatomy of Growth

**Interbrand Best Global Brands 2016**

NIKE0069777

# Top 100

# BEST GLOBAL BRANDS 2015



# BRANDS AT THE SPEED OF LIFE

Interbrand

CONFIDENTIAL                                                                                                          NIKE0069779

# 100 Best Global Brands



| 01 Apple | 02 Google | 03 Coca-Cola | 04 Microsoft | 05 IBM |
|---|---|---|---|---|
| +43% 170,276 $m | +12% 120,314 $m | -4% 78,423 $m | +11% 67,670 $m | -10% 65,095 $m |
| 06 TOYOTA | 07 SAMSUNG | 08 GE | 09 McDonald's | 10 amazon |
| +16% 49,048 $m | 0% 45,297 $m | -7% 42,267 $m | -6% 39,809 $m | +29% 37,948 $m |
| 11 BMW | 12 Mercedes-Benz | 13 Disney | 14 intel | 15 CISCO |
| +9% 37,212 $m | +7% 36,711 $m | +13% 36,514 $m | +4% 35,415 $m | -3% 29,854 $m |
| 16 ORACLE | 17 Nike | 18 hp | 19 HONDA | 20 LOUIS VUITTON |
| +5% 27,283 $m | +16% 23,070 $m | -3% 23,056 $m | +6% 22,975 $m | -1% 22,250 $m |
| 21 H&M | 22 Gillette | 23 Facebook | 24 Pepsi | 25 American Express |
| +5% 22,222 $m | -3% 22,218 $m | +54% 22,029 $m | +3% 19,622 $m | -3% 18,922 $m |

| 26 SAP | 27 IKEA | 28 Pampers | 29 ups | 30 ZARA |
|---|---|---|---|---|
| +8% 18,768 $m | +4% 16,541 $m | +8% 15,267 $m | +2% 14,723 $m | +16% 14,031 $m |
| 31 Budweiser | 32 ebay | 33 J.P.Morgan | 34 Kellogg's | 35 VW |
| +7% 13,943 $m | -3% 13,940 $m | +10% 13,749 $m | -6% 12,637 $m | -9% 12,545 $m |
| 36 NESCAFÉ | 37 HSBC | 38 | 39 HYUNDAI | 40 Canon |
| +7% 12,257 $m | -11% 11,656 $m | +6% 11,578 $m | +8% 11,293 $m | -4% 11,278 $m |
| 41 HERMÈS PARIS | 42 accenture | 43 L'ORÉAL | 44 Audi | 45 citi |
| +22% 10,944 $m | +9% 10,800 $m | +6% 10,798 $m | +5% 10,328 $m | +12% 9,784 $m |
| 46 Xerox | 47 PHILIPS | 48 AXA | 49 NISSAN | 50 GUCCI |
| +9% 9,526 $m | -8% 9,400 $m | +14% 9,254 $m | +19% 9,082 $m | -14% 8,882 $m |

CONFIDENTIAL

NIKE0069780

## 17. Nike

**Sporting Goods**
**23,070 Sm**
**+16%**

Some brands strive to win favor with fashionistas; others cultivate credibility among sports enthusiasts. And then there's Nike – the company that established its name among athletes now hosts runway shows, collaborates with top designers, and is the most-mentioned fashion brand on Instagram. It's invested years of research in creating a new sports bra, a woven-yarn running shoe, and a soccer cleat that rises above the ankle. Now, it's turning up the focus on the female market.

While the sportswear giant has long made women's apparel, brands like Under Armour (UA) and Lululemon have been far more vocal in their courtship of women. To woo new women buyers, Nike cast 27 top female athletes in a runway show, recently opened its first women's-only retail store, and launched its biggest-ever female-focused advertising push with the "Better for It" campaign. The company predicts that its women's line could add USD $2 billion in additional sales by 2017.

Nike has announced that fiscal 2015 marked its most profitable year ever in North America. It's also made inroads in China – where it had previously struggled with unsold inventory and tame reception to product launches. Compared to its brand positioning in the U.S. and Europe, Nike has cultivated a more premium brand in China by reducing inventory and repositioning its stores. Nike's second women's-only retail store is slated to open in Shanghai soon.

Nike continues to adapt its message of personal empowerment for a new generation. In addition to "Better for It," there was the whimsical World Cup–themed "Winner Stays On," a tribute to LeBron James following his NBA defeat, and an ode to the last-place marathon finisher. The brand also created variations of the iconic "Just Do It" tagline for countries like South Korea, China, and Turkey.

Change is in the air for Nike. Earlier this year, cofounder Phil Knight announced plans to retire in 2016. The man who made "Just Do It" a household phrase has long claimed to be in the business of entertainment, a statement he's backed with eye-catching media blitzes like the pop-up LED-screen "Zoom City Arena" in NYC, built to display customized content and interactive training programs during the NBA All-Star Weekend. New CEO Mark Parker is expected to continue Knight's legacy.

CONFIDENTIAL

NIKE0069781

bestglobalbrands.com
#BGB2014



Best Global Brands 2014

**Best Global Brands 2014**

Interbrand

Creating and managing
brand value™



Interbrand

Creating and managing
brand value™

AGE
OF
YOU

NIKE0069782



| 21 H&M | 22 Nike | 23 American Express | 24 Pepsi |
| 25 SAP | 26 IKEA | 27 UPS | 28 eBay |
| 29 Facebook | 30 Pampers | 31 Volkswagen | 32 Kellogg's |
| 33 HSBC | 34 Budweiser | 35 J.P. Morgan | 36 Zara |
| 37 Canon | 38 Nescafé | 39 Ford | 40 Hyundai |

| 41 Gucci | 42 Philips | 43 L'Oréal | 44 Accenture |
| 45 Audi | 46 Hermés | 47 Goldman Sachs | 48 Citi |
| 49 Siemens | 50 Colgate | 51 Danone | 52 Sony |
| 53 AXA | 54 Nestlé | 55 Allianz | 56 Nissan |
| 57 Thomson Reuters | 58 Cartier | 59 adidas | 60 Porsche |

CONFIDENTIAL

NIKE0069783

# Best Global Brands 2013

**Interbrand**  Creating and managing brand value™



NIKE0069784





## Pepsi
**+8%**
17,892 $m



Pepsi is progressing on its reset effort after several challenging years. Pepsi's first global campaign, "Live for Now," has helped define its purpose, bringing its core values to life. A stronger overall focus on the consumer experience is elevating Pepsi's connections with consumers. The brand hired its first Chief Design Officer, Mauro Porcini, to drive appeal and elicit consumer interest through innovation and design. Ongoing consumer engagement with key celebrity integrations, such as making Beyoncé the brand's Creative Director, have revived and amplified its role as a pop culture icon. Viral hits like the "Uncle Drew" videos and the "Wheel of Levy" microsite are winning fans, while Pepsi Pulse provides consumers with real-time, sharable content, allowing for more intimate engagement with the brand. Though the cola category faces challenges, Pepsi has responded positively and proactively. In March 2013, the brand unveiled a new single-serve bottle for its Pepsi trademark portfolio, marking its first design update since 1996. The brand is addressing key consumer concerns, such as sugar content, via the lower calorie version of its flagship beverage, Pepsi Next. Building a reputation for its environmental efforts, Pepsi was awarded the 2012 Stockholm Industry Water Award for reducing its water consumption. Delivering a holistic expression of its brand and continuing to engage millions of people around the world through music and digital platforms, Pepsi is making a comeback.

## American Express
**+12%**
17,646 $m

American Express may have been founded in 1850, but this hasn't stopped the credit card company from finding fresh ways to build relevance and anticipate future needs for its consumer and business clients. Amex has continued to invest in meaningful social and digital experiences, including partnering with Twitter to enable cardholders to make purchases with a hashtag. As part of its digital and mobile commitment, the brand has made strategic investments in upgrading its technology platforms and realigning operations to improve productivity and service quality, while building capabilities for the future. These investments are already helping drive higher average spend and growth in its cardmember base. The iconic brand also continued addressing the needs of small business owners via its OPEN platform. Its third annual Small Business Saturday last November saw a record turnout, while OPEN is now helping women entrepreneurs better compete for government contracts via the ChallengeHER partnership with the US Small Business Administration. Amex has downsized its Corporate Travel division while bringing in new customers with its first prepaid card, Bluebird, in partnership with Walmart. Despite these successes, Amex's reputation took a hit when it was fined in October for violating consumer protection laws. Despite this setback, Amex strives to live up to its mission to be "the world's most respected service brand," and has been recognized as J.D. Powers' top US credit card company since 2007.

## Nike
**+13%**
17,085 $m



Nike continues to cement its reputation as the world's leading innovator in sportswear, footwear, and sporting goods. The brand returned to growth in the past year with revenue increasing across every category and region, up 16 percent to USD $24.1 billion, the highest rate in 15 years. *Fast Company* recognized Nike's groundbreaking initiatives, calling it the most innovative company of 2013. The "Flyknit" racer, a shoe created from a single piece of thread rather than layers of fabric, is a revolutionary sustainable approach to manufacturing that shows Nike is still at the forefront in sporting apparel. Additionally, the game-changing Nike+ FuelBand, a wearable technology that records, connects, and inspires the wearer to "just do it," is one of the most impressive consumer releases of the past two years. It's a clear signal that Nike has moved beyond conventional category boundaries toward creating a true lifestyle brand. Nike continued partnering with the world's elite athletes, including Rafael Nadal and LeBron James, but the brand also experienced the risk of celebrity endorsements, cutting ties with Lance Armstrong after his high-profile doping scandal. Looking to 2014, the FIFA World Cup presents a real opportunity to challenge adidas's football supremacy, given Nike's sponsorship of host nation Brazil. Nike's enduring dominance, "always on the offense," lies in the strength of, and commitment to, its brand, a mythology it continues to evolve, develop and communicate in every interaction with consumers.

## SAP
**+7%**
16,676 $m



As the role of Big Data and use of mobile grow exponentially, and at a time when 63 percent of global transaction revenue touches an SAP system, the brand is evolving and expanding its business. SAP experienced robust growth, with a 17 percent increase in revenue from 2011 to 2012, and continued strong growth in the first half of 2013. Its focus on two key areas, Big Data analytics and cloud-based solutions, has paid dividends. Through its SAP HANA platform, the brand is bringing its Big Data analytics expertise to bear, allowing for real-time analysis of both CRM and ERP data, all with cloud infrastructure to reduce the burden on its clients. Not only is SAP keenly focused on helping clients more effectively address efficiency, motivate and engage employees, and gain real-time insights, but it's also committed to making its own business more environmentally sustainable. It's also strengthening its human capital and making its workforce more diverse. Renewable sources made up 60 percent of the energy SAP consumed last year and in the brand's 2012 Annual Report, it committed to increasing employee engagement to 82 percent. Earlier this year, SAP announced that by 2020, one percent of its 65,000 global workforce will be individuals on the Autism spectrum, leveraging and celebrating their analytical and computational skills and perspective. By continuing to focus on innovation, internal brand engagement, and stewardship, SAP's success will also continue.



CONFIDENTIAL

NIKE0069786

# Best
# Global
# Brands
# 2012



The definitive guide to
the 100 Best Global Brands

**Interbrand**  Creating and managing
brand value™

CONFIDENTIAL

NIKE0069787

## 26

Nike
+4%
15,126 $m



A global icon that transcends its category, Nike continually increases the power of its brand through innovation — its greatest strength. In 2012, Nike delivered numerous game-changing products and slyly leveraged the London Olympics to its advantage. An "ambush marketer" rather than an official Olympic sponsor, the brand attracted publicity, spotlighted new products and managed, as always, to link world-renowned athletes to its latest offerings. As part of its long-term growth strategy, Nike announced its intention to divest its Cole Haan and Umbro businesses, which will allow it to focus its resources on driving growth in the Nike, Jordan, Converse, and Hurley brands. Nike is also using social media skillfully to generate awareness and buzz, while continuing to engage the public through events and contests like The Chance, an athletic talent search. It is also expanding its breadth by incorporating technology platforms into all of the work it does, which has kept Nike well ahead of competitors. Though Nike is increasingly seen as a sustainability leader, the company still needs to improve its supply chain and environmental record. In this regard, initiatives such as "Zero Discharge of Hazardous Chemicals" in manufacturing by 2020, are highly relevant for the brand.

## 27

UPS
+4%
13,088 $m



Holding steady at #27, UPS saw its brand value rise slightly this year. Slow growth in the US economy and an overall decrease in international volume, however, have stymied what might have otherwise been a banner year for the renowned global logistics provider. Dedicated to further enabling worldwide commerce, UPS focused on strategic acquisitions to bolster its capabilities and presence in both international markets and the business-to-consumer sector. In fact, a defining milestone for the brand was the announced acquisition of Netherlands-based TNT, an international express and mail delivery services company. The acquisition would be the largest in UPS's 105-year history, and would provide an integrated network that expands its presence in Europe, Asia, and Latin America. Additionally, new services in the consumer space, such as MyChoice in the US and alternate delivery locations in other global markets, will position UPS to extend its solutions beyond the enterprise and into the growing consumer area. Building upon its legacy in sustainability, UPS was one of only 10 US corporations to achieve an A+ status for superior transparency in 2012. The company also made significant progress in boosting its global fleet of 2,500 alternative fuel vehicles. Such efforts not only prove that UPS has successfully aligned sustainability with its core brand proposition of logistics, but have also earned it a spot (#43) in Interbrand's 2012 Best Global Green Brands report. Additionally, brand-building improvements in the communities it serves have helped UPS land among the top tier of companies creating positive social change.

## 28

IKEA
+8%
12,808 $m



Providing well-designed furniture at affordable prices, IKEA is the world's largest furniture retailer. In the past year, IKEA kept close to customers, furthered green business practices, and remained competitive in spite of rising material costs. IKEA also doubled its Facebook and Twitter followers and created the Shared Space website where customers can post pictures of rooms they've redecorated. IKEA is also enhancing customers' brand experiences by developing a take-back program for used furniture and innovating a new furniture line that seamlessly integrates consumer electronics. The brand is also leveraging the credibility earned from designing furniture for the urban dweller to design and build entire urban neighborhoods, doing its part to solve the affordable housing shortage. Though IKEA was criticized this year for clear-cutting in old-growth forests, it has a strong sustainability record overall. IKEA now has 17 stores powered by solar panels in the US, and a wind turbine project currently underway in Sweden will soon power all IKEA buildings and operations in its native country.

## 29

Kellogg's
+6%
12,068 $m



After a tough year in 2010, Kellogg's has a new CEO at the helm and is ushering in change with new product introductions like a Special K cookbook and its first gluten-free cereal to the US market. While Kellogg's has long had a reputation for offering healthy, wholesome food, revelations that Kellogg's contributed funds to defeat Proposition 37—a GMO-labeling initiative in California—has put a dent in the big K. With a strong brand identity, popular product lines, and a new focus on overseas growth, Kellogg's will continue to be a strong force in the FMCG category. As consumers become more educated—and determined to avoid ingredients perceived as unhealthy—Kellogg's will have to prioritize transparency and take steps to transition away from genetically modified ingredients. This is especially important for a brand whose heritage rests on the promise of healthy food.

## 30

Canon
+3%
12,029 $m



Canon faced multiple difficulties this past year: a stronger yen, Europe's debt crisis, and slow economic recovery in the US. The brand has responded to these challenges by making product innovation and corporate citizenship top priorities. In 2012, current chairman and CEO, Fujio Mitarai, returned to the role of President and announced his vision for Canon to achieve the number one position in all of its core businesses. This year, the company made its largest acquisition in its history, purchasing Dutch print maker, Oce, for USD $1 billion. While the integration is still underway, it should boost Canon's product lineup beyond that of competitors like HP and Epson. Canon's investment in R&D and strong commitment to technology and innovation has contributed to Canon's slight rise in brand value.

CONFIDENTIAL

NIKE0069788



Best Global Brands 2012

Interbrand — Creating and managing brand value™

NIKE0069780

# BEST GLOBAL BRANDS 2011

Interbrand — Creating and managing brand value™

Defining "Brand"

–

World Changing Brands

–

Top Trends

–

The 100 Most Valuable Brands

–

Brand Sector Overviews

–

Brand Strength



www.BestGlobalBrands.com

CONFIDENTIAL

NIKE0069790

## 21

**H&M**



+2%

16,459$m



Cotton prices have been squeezing results for fast-fashion chains, but destination brands like Swedish-based H&M are still in high demand. H&M maintains a global presence in 40 countries with over 2,300 stores, adding more than 200 in the past year alone. Its modern basics and tailored fits appeal to millions as they offer the latest trends at affordable pricing. Holding true to this business concept of "quality at the best price," H&M remains a destination brand through new collections and guest designers, such as Lanvin and Versace, though in recent years, heavy price-based activity, particularly in the U.S., has confused some customers who are seeing it as too similar to discounters. H&M also engages in corporate social responsibility through its H&M Conscious program and partnership with UNICEF. All of this activity is heavily promoted across the social media and blogging communities.

## 22

**PEPSI**

+4%

14,590$m



Pepsi has remained very true to its 2008 redesign and repositioning. The Pepsi Refresh Project, which is bringing hundreds of innovative ideas to life, is core to Pepsi's overall positioning and is widely recognized and understood by its target consumer. Some question whether this campaign actually drives soda sales. However, what's certainly clear is that it has been effective in increasing Pepsi's digital presence, which has had a positive impact on the brand overall. This year, expansion in international markets has led to significant growth. However, developed markets proved less positive in this hard-fought category.

## 23

**AMERICAN EXPRESS**

+5%

14,572$m



Heritage and consumer knowledge have helped American Express benefit from the brief economic rebound. It still remains a leading case study in financial services branding and portfolio management. It has weathered the credit storm well. Despite consumers' increasingly negative perceptions of the credit card business in general, American Express has seen little impact on its brand image. This year saw American Express enter the prepaid debit card space. Additionally, the brand focused on its small business market; for example, by offering businesses points for buying online ads. American Express continues to innovate in the social media space. Its partnerships with Foursquare and Facebook show that it is continually pushing what it can do as a product and working to engage with customers on a deeper level.

## 24

**SAP**

+14%

14,542$m



SAP remains a market-leader in business systems and software, and the company is highly profitable. Its long-running "Run Better" ad campaign remains a very powerful leadership statement as it remains focused on its innovation strategy by creating game-changing, customer-centered technologies for in-memory computing, mobile, and cloud computing. Its Business ByDesign service enables companies to run best-practice software solutions through the cloud and avoid IT installation. Additionally, the SAP High-Performance Analytic Appliance (SAP HANA), which allows customers to analyze what's happening in their businesses in real-time, continues to gain momentum. Through its 2010 acquisition of Sybase, SAP has become a leader in enterprise mobility, setting the stage for the growth of unwired enterprise as mobile devices continue to evolve. While recent performance has been strong, the appointment of SAP's new CMO has many watching to see where he will take the brand next.

## 25

**NIKE**

+6%

14,528$m



Nike is an icon of global brand-building. Despite stagnant sales at the group level, Nike rallies its devotees with inspiring campaigns like Write the Future, its 2010 World Cup tie-in, and The Chance, a search for undiscovered soccer talent in the U.K. Additionally, Nike continues to sponsor high-profile sports leaders such as Kobe Bryant, Lebron James, Roger Federer, and the Inter Milan Football Club. With millions of Facebook fans spread across its many sub-brands, Nike maintains a phenomenally successful social media presence. Nike has worked aggressively to improve its CSR image through sustained action, including establishing codes of conduct for every factory manufacturing Nike products and assigning an internal team to ensure that it is enforced. Despite these efforts, the brand has recently come under fire from environmental groups, along with other apparel manufacturers, for the use of toxic chemicals in its supply chain. Nike quickly responded with a pledge to eliminate the use of hazardous chemicals in its products by 2020 and continues to invest in other CSR initiatives.

CONFIDENTIAL

NIKE0069791



ENGLISH ▼    |    CONTACT US    |    SEARCH SITE

# Interbrand
Creating and managing brand value™

ABOUT US    OUR WORK    KNOWLEDGE    BEST GLOBAL BRANDS    NEWS ROOM    CAREER

**BEST GLOBAL BRANDS 2011**

LAUNCHED OCTOBER 4TH, 2011

Top 100 Brands

- Interactive Charts
- Methodology
- Top Brand Interviews
- Articles



**SIGN UP FOR UPDATES**



**2011 REPORT:**
Read Online
Download
For iPad
Top 100 Poster

PREVIOUS YEARS

2011 ranking
2010 ranking
2009 ranking
2008 ranking
2007 ranking
2006 ranking
2005 ranking
2004 ranking
2003 ranking
2002 ranking
2001 ranking

# 2011 Ranking of the Top 100 Brands

| | Rank | Previous Rank | Brand | Region/Country | Sector | Brand Value ($m) |
|---|---|---|---|---|---|---|
| ⊞ | 1 | 1 | Coca-Cola | United States | Beverages | 71,861 |
| ⊞ | 2 | 2 | IBM | United States | Business Services | 69,905 |
| ⊞ | 3 | 3 | Microsoft | United States | Computer Software | 59,087 |
| ⊞ | 4 | 4 | Google | United States | Internet Services | 55,317 |
| ⊞ | 5 | 5 | GE | United States | Diversified | 42,808 |
| ⊞ | 6 | 6 | McDonald's | United States | Restaurants | 35,593 |
| ⊞ | 7 | 7 | intel | United States | Electronics | 35,217 |
| ⊞ | 8 | 17 | Apple | United States | Electronics | 33,492 |
| ⊞ | 9 | 9 | Disney | United States | Media | 29,018 |
| ⊞ | 10 | 10 | hp | United States | Electronics | 28,479 |
| ⊞ | 11 | 11 | Toyota | Japan | Automotive | 27,764 |
| ⊞ | 12 | 12 | Mercedes-Benz | Germany | Automotive | 27,445 |
| ⊞ | 13 | 14 | Cisco | United States | Business Services | 25,309 |
| ⊞ | 14 | 8 | Nokia | Finland | Electronics | 25,071 |
| ⊞ | 15 | 15 | BMW | Germany | Automotive | 24,554 |
| ⊞ | 16 | 13 | Gillette | United States | FMCG | 23,997 |
| ⊞ | 17 | 19 | Samsung | South Korea | Electronics | 23,430 |
| ⊞ | 18 | 16 | LV | France | Luxury | 23,172 |
| ⊞ | 19 | 20 | Honda | Japan | Automotive | 19,431 |
| ⊞ | 20 | 22 | Oracle | United States | Business Services | 17,262 |
| ⊞ | 21 | 21 | H&M | Sweden | Apparel | 16,459 |
| ⊞ | 22 | 23 | Pepsi | United States | Beverages | 14,590 |

CONFIDENTIAL    NIKE0069792



**BEST GLOBAL BRANDS 2011**

Now Available for iPad!

PRESS & MEDIA

**Karen Burke**
Global Chief
Communications Officer
+1 212 798-7646

**Lindsay Beltzer**
Global Public Relations
Associate
+1 212 798-7786

BGB BADGE

Are you a Best Global
Brand? Contact **Jessica
McHie** for the BGB badge
and guidelines for usage.

TOP 100
BEST GLOBAL
BRAND 2011

Interbrand

BEST GLOBAL GREEN BRANDS

Which brands lead when it
comes to the environment.
Find out in our **Best Global
Green Brands** report.

BEST GLOBAL
GREEN BRANDS

Interbrand

VIDEOS

Visit our Best Global
Brands 2011 **YouTube
playlist** to watch some of
our videos surrounding
the launch.

| | | | | | |
|---|---|---|---|---|---|
| + | 23 | 24 | | United States | Financial Services | 14,572 |
| + | 24 | 26 | SAP | Germany | Business Services | 14,542 |
| + | 25 | 25 | Nike | United States | Sporting Goods | 14,528 |
| + | 26 | 36 | amazon.com | United States | Internet Services | 12,758 |
| + | 27 | 31 | UPS | United States | Transportation | 12,536 |
| + | 28 | 29 | J.P.Morgan | United States | Financial Services | 12,437 |
| + | 29 | 30 | Budweiser | United States | Alcohol | 12,252 |
| + | 30 | 27 | NESCAFÉ | Switzerland | Beverages | 12,115 |
| + | 31 | 28 | IKEA | Sweden | Home Furnishings | 11,863 |
| + | 32 | 32 | HSBC | United Kingdom | Financial Services | 11,792 |
| + | 33 | 33 | Canon | Japan | Electronics | 11,715 |
| + | 34 | 35 | Kellogg's | United States | FMCG | 11,372 |
| + | 35 | 34 | SONY | Japan | Electronics | 9,880 |
| + | 36 | 43 | ebay | United States | Internet Services | 9,805 |
| + | 37 | 39 | THOMSON REUTERS | Canada | Media | 9,515 |
| + | 38 | 37 | | United States | Financial Services | 9,091 |
| + | 39 | 44 | GUCCI | Italy | Luxury | 8,763 |
| + | 40 | 45 | L'ORÉAL | France | FMCG | 8,699 |
| + | 41 | 42 | PHILIPS | Netherlands | Electronics | 8,658 |
| + | 42 | 40 | citi | United States | Financial Services | 8,620 |
| + | 43 | 41 | DELL | United States | Electronics | 8,347 |
| + | 44 | 48 | ZARA | Spain | Apparel | 8,065 |
| + | 45 | 47 | accenture | United States | Business Services | 8,005 |
| + | 46 | 49 | SIEMENS | Germany | Diversified | 7,900 |
| + | 47 | 53 | VW | Germany | Automotive | 7,857 |
| + | 48 | 38 | Nintendo | Japan | Electronics | 7,731 |
| + | 49 | 46 | Heinz | United States | FMCG | 7,609 |

CONFIDENTIAL    NIKE0069793

| | | | | | |
|---|---|---|---|---|---|
| + | 50 | 50 | *Chevrolet* | United States | Automotive | 7,483 |
| + | 51 | 51 | Colgate | United States | FMCG | 7,127 |
| + | 52 | 58 | DANONE | France | FMCG | 6,936 |
| + | 53 | 56 | AXA | France | Financial Services | 6,694 |
| + | 54 | 52 | Morgan Stanley | United States | Financial Services | 6,634 |
| + | 55 | 57 | Nestlé | Switzerland | FMCG | 6,613 |
| + | 56 | 54 | BlackBerry | Canada | Electronics | 6,424 |
| + | 57 | 59 | xerox | United States | Electronics | 6,414 |
| + | 58 | 55 | MTV | United States | Media | 6,383 |
| + | 59 | 63 | Audi | Germany | Automotive | 6,171 |
| + | 60 | 62 | adidas | Germany | Sporting Goods | 6,154 |
| + | 61 | 65 | HYUNDAI | South Korea | Automotive | 6,005 |
| + | 62 | 60 | KFC | United States | Restaurants | 5,902 |
| + | 63 | 61 | Sprite | United States | Beverages | 5,604 |
| + | 64 | 70 | CATERPILLAR | United States | Diversified | 5,598 |
| + | 65 | 64 | AVON | United States | FMCG | 5,376 |
| + | 66 | 69 | HERMÈS | France | Luxury | 5,356 |
| + | 67 | 67 | Allianz | Germany | Financial Services | 5,345 |
| + | 68 | 68 | Santander | Spain | Financial Services | 5,088 |
| + | 69 | 73 | Panasonic | Japan | Electronics | 5,047 |
| + | 70 | 77 | Cartier | France | Luxury | 4,781 |
| + | 71 | 71 | Kleenex | United States | FMCG | 4,672 |
| + | 72 | 72 | | Germany | Automotive | 4,580 |
| + | 73 | 76 | TIFFANY & CO. | United States | Luxury | 4,498 |
| + | 74 | 81 | | Netherlands | Energy | 4,483 |
| + | 75 | 82 | VISA | United States | Financial Services | 4,478 |
| + | 76 | 66 | YAHOO! | United States | Internet Services | 4,413 |

CONFIDENTIAL    NIKE0069794

| | | | | | |
|---|---|---|---|---|---|
| + | 77 | 79 | | France | Alcohol | 4,383 |
| + | 78 | 78 | | United States | Alcohol | 4,319 |
| + | 79 | 74 | BARCLAYS | United Kingdom | Financial Services | 4,259 |
| + | 80 | 88 | | United States | Computer Software | 4,170 |
| + | 81 | 83 | PIZZA HUT | United States | Restaurants | 4,092 |
| + | 82 | 80 | CREDIT SUISSE | Switzerland | Financial Services | 4,090 |
| + | 83 | 75 | | United States | FMCG | 4,072 |
| + | 84 | 84 | GAP | United States | Apparel | 4,040 |
| + | 85 | 90 | 3M | United States | Diversified | 3,945 |
| + | 86 | 85 | Corona Extra | Mexico | Alcohol | 3,924 |
| + | 87 | 87 | NIVEA | Germany | FMCG | 3,883 |
| + | 88 | 92 | | United Kingdom | Alcohol | 3,842 |
| + | 89 | 89 | | United Kingdom | Alcohol | 3,841 |
| + | 90 | NEW | NISSAN | Japan | Automotive | 3,819 |
| + | 91 | 93 | Heineken | Netherlands | Alcohol | 3,809 |
| + | 92 | 86 | UBS | Switzerland | Financial Services | 3,799 |
| + | 93 | 95 | ARMANI | Italy | Luxury | 3,794 |
| + | 94 | 94 | ZURICH | Switzerland | Financial Services | 3,769 |
| + | 95 | 100 | BURBERRY | United Kingdom | Luxury | 3,732 |
| + | 96 | 97 | | United States | Restaurants | 3,663 |
| + | 97 | NEW | JOHN DEERE | United States | Diversified | 3,651 |
| + | 98 | NEW | HTC | Taiwan | Electronics | 3,605 |
| + | 99 | 91 | Ferrari | Italy | Automotive | 3,591 |
| + | 100 | 98 | | United States | Automotive | 3,512 |

**ABOUT US**
Interbrand
Interbrand Companies
  InterbrandHealth
  Interbrand Design
  Forum
  BrandWizard

**OUR WORK**
By Client
By Discipline
  Analytics
  Brand Strategy
  Brand Valuation
  Corporate Design

**KNOWLEDGE**
Branding Studies
Papers & Articles
Blog
Books
Brandchannel
IQ

**BEST GLOBAL BRANDS**
2011 Report
2010 Report
Previous Years
Methodology
Best Global Green
Brands

**NEWS ROOM**
Press Releases
In the News
Awards & Recognition

**OFFICES**
Our Local C
Contact Fo

CONFIDENTIAL NIKE0069795



# BEST GLOBAL BRANDS 2010

# BEST GLOBAL BRANDS 2010

Interbrand® Creating and managing brand value℠

NIKE0069796

# 24

**13,944 $m ▼ - 7%**

## AMERICAN EXPRESS

While **American Express**'s brand value is still far from what it was in 2008, it has weathered the financial crisis fairly well. Now more than ever, a credit card that requires you to pay it off monthly and is prudent about who it offers credit to, looks like a safe investment. Moreover, no other credit card company successfully charges and justifies an annual fee like **Amex**, and with new credit card regulation impending, its revenue model is much less at risk than competitors'. As Warren Buffett recently said in an interview with CNBC, "American Express is going to be around forever." However, this hasn't kept the brand immune from its own share of embarrassments. For example, in April, Amex signaled to the world that it was in trouble when it offered a small number of cardholders with ongoing debt issues US $300 each to pay off their account balances and close accounts – a move that was made to reduce the risk of defaults.

# 25

**13,706 $m ▲ + 4%**

## NIKE

It would be hard to think of a brand that has a clearer, more consistent heritage than **Nike**. From its name to its positioning, victory is the thread that runs through the brand. While Nike's spending on endorsements, promotions and advertising has not grown in its most recent fiscal year, the brand has been focused on the ROI of its US $2.35 billion global marketing budget. One success has been the company's ability to create content that attracts millions of viewers without any supporting advertising. Competition from adidas, however, means that Nike still needs to focus on upping the stakes. In particular, it could improve when it comes to social media, as this is one area where it trails adidas. This year, despite some hits for its support of Tiger Woods throughout his scandal (as well as negative criticism for its ad that aired on the subject), the brand seems to have escaped relatively unscathed. Additionally, Nike continues to focus on reversing its "children in sweatshops" image through good corporate citizenship.

# 26

**12,756 $m ▲ + 5%**

## SAP



**SAP** continues its steady rise. It launched a new campaign, **"It's Time for a Clear New World,"** which clarified this shift to customer needs, showing how SAP solutions offer businesses transparency and accountability. It remains one of the most globally integrated among big IT firms, with most of its 50,000-plus employees now working outside of Germany, in areas like Bangalore and Silicon Valley. SAP continues to grow its social media community and corporate citizenship practice through initiatives like **EcoHub**, an online marketplace for customers to discover, evaluate and buy **SAP's Ecosystem** solutions. But, while the brand has excelled in certain areas, this year its attempt to offer software as an online service (called **Business byDesign**) wasn't a huge success. SAP's decision to raise maintenance fees, which customers have to pay to get upgrades and support on products they have previously bought, proved unpopular. In January 2010, after months of complaints, it was forced to scrap the fee increases. This year, the recession also forced SAP to cut costs sharply and lay off nearly 4,000 employees.

# 27

**12,753 $m ▼ - 4%**

## NESCAFÉ



While **NESCAFÉ** continues to differentiate itself as a pioneer in providing coffee, the rise in popularity of Starbucks and independent coffeehouses in the past 10 years has made competition stiff and altered consumption patterns. Overall, its long-term performance looks less positive than its history. Meanwhile, its focus on **Nespresso**, its next-generation product, has been at the expense of the masterbrand and now **NESCAFÉ** looks like a brand on the decline. In the instant coffee market, it also faces strong competition from Starbucks's VIA. Still, **NESCAFÉ** has stayed competitive when it comes to corporate citizenship programs; it supports indigenous coffee farmers and has been working on creating sustainable packaging and manufacturing.

CONFIDENTIAL



ENGLISH ▼ | CONTACT US | SEARCH SITE

ABOUT US    OUR WORK    KNOWLEDGE    BEST GLOBAL BRANDS    NEWS ROOM    CAREERS    OFFICES

## BEST GLOBAL BRANDS 2010

# BEST GLOBAL BRANDS

## 2010 rankings

Print

Top 100 Brands

Methodology

Brand Leader Conversations



SIGN UP
FOR UPDATES



Read online:
Full Report

Downloads:
Report (US format)
Report (UK format)
Top 100 Poster

CHARTS & GRAPHS

TOP RISERS & FALLERS
See which brands
experienced the biggest
change in brand value in
2010.



INDUSTRY INSIGHTS
Find out which sectors
performed best from 2008
to 2010.



PREVIOUS YEARS

2010 ranking
2009 ranking
2008 ranking
2007 ranking
2006 ranking
2005 ranking
2004 ranking
2003 ranking
2002 ranking
2001 ranking

| | Rank | Previous Rank | Brand | Country of Origin | Sector | Brand Value ($m) | Change in Brand Value |
|---|------|---------------|-------|-------------------|--------|------------------|------------------------|
| ⊞ | 1 | 1 | Coca-Cola | United States | Beverages | 70,452 | 2% |
| ⊞ | 2 | 2 | IBM | United States | Business Services | 64,727 | 7% |
| ⊞ | 3 | 3 | Microsoft | United States | Computer Software | 60,895 | 7% |
| ⊞ | 4 | 7 | Google | United States | Internet Services | 43,557 | 36% |
| ⊞ | 5 | 4 | GE | United States | Diversified | 42,808 | -10% |
| ⊞ | 6 | 6 | McDonald's | United States | Restaurants | 33,578 | 4% |
| ⊞ | 7 | 9 | intel | United States | Electronics | 32,015 | 4% |
| ⊞ | 8 | 5 | NOKIA | Finland | Electronics | 29,495 | -15% |
| ⊞ | 9 | 10 | Disney | United States | Media | 28,731 | 1% |
| ⊞ | 10 | 11 | hp | United States | Electronics | 26,867 | 12% |
| ⊞ | 11 | 8 | TOYOTA | Japan | Automotive | 26,192 | -16% |
| ⊞ | 12 | 12 | Mercedes-Benz | Germany | Automotive | 25,179 | 6% |
| ⊞ | 13 | 13 | Gillette | United States | FMCG | 23,298 | 2% |
| ⊞ | 14 | 14 | CISCO | United States | Business Services | 23,219 | 5% |
| ⊞ | 15 | 15 | BMW | Germany | Automotive | 22,322 | 3% |
| ⊞ | 16 | 16 | LV | France | Luxury | 21,860 | 4% |
| ⊞ | 17 | 20 | Apple | United States | Electronics | 21,143 | 37% |
| ⊞ | 18 | 17 | Marlboro | United States | Tobacco | 19,961 | 5% |
| | 19 | 19 | | South Korea | Electronics | 19,491 | 11% |
| | 20 | 18 | | Japan | Automotive | 18,506 | 4% |
| | 21 | 21 | | Sweden | Apparel | 16,136 | 5% |
| | 22 | 24 | | United States | Business Services | 14,881 | 9% |
| | 23 | 23 | | United States | Beverages | 14,061 | 3% |
| | 24 | 22 | | United States | Financial Services | 13,944 | -7% |

NIKE0069798



**BGB BADGE**

Are you a Best Global Brand? Contact **Lindsay Beltzer** for the BGB badge and guidelines for usage.

**TOP 100 BEST GLOBAL BRAND 2010**

Interbrand

**PRESS & MEDIA**

Lindsay Beltzer
+1 212 798-7786

| | | | | | | |
|---|---|---|---|---|---|---|
| ⊞ | 25 | 26 | | United States | Sporting Goods | 13,706 | 4% |
| ⊞ | 26 | 27 | | Germany | Business Services | 12,756 | 5% |
| ⊞ | 27 | 25 | | Switzerland | Beverages | 12,753 | -4% |
| ⊞ | 28 | 28 | | Sweden | Home Furnishings | 12,487 | 4% |
| ⊞ | 29 | 37 | | United States | Financial Services | 12,314 | 29% |
| ⊞ | 30 | 30 | | United States | Alcohol | 12,252 | 4% |
| ⊞ | 31 | 31 | | United States | Transportation | 11,826 | 2% |
| ⊞ | 32 | 32 | | United Kingdom | Financial Services | 11,561 | 10% |
| ⊞ | 33 | 33 | | Japan | Electronics | 11,485 | 10% |
| ⊞ | 34 | 29 | | Japan | Electronics | 11,356 | -5% |
| ⊞ | 35 | 34 | | United States | FMCG | 11,041 | 6% |
| ⊞ | 36 | 43 | | United States | Internet Services | 9,665 | 23% |
| ⊞ | 37 | 38 | | United States | Financial Services | 9,372 | 1% |
| ⊞ | 38 | 39 | | Japan | Electronics | 8,990 | -2% |
| ⊞ | 39 | 40 | | Canada | Media | 8,976 | 6% |
| ⊞ | 40 | 36 | | United States | Financial Services | 8,887 | -13% |
| ⊞ | 41 | 35 | | United States | Electronics | 8,880 | -14% |
| ⊞ | 42 | 42 | | Netherlands | Electronics | 8,696 | 7% |
| ⊞ | 43 | 46 | | United States | Internet Services | 8,453 | 15% |
| ⊞ | 44 | 41 | | Italy | Luxury | 8,346 | 2% |
| ⊞ | 45 | 44 | | France | FMCG | 7,981 | 3% |
| ⊞ | 46 | 48 | | United States | FMCG | 7,534 | 4% |
| ⊞ | 47 | 45 | | United States | Business Services | 7,481 | -3% |
| ⊞ | 48 | 50 | | Spain | Apparel | 7,468 | 10% |
| ⊞ | 49 | 47 | | Germany | Diversified | 7,315 | 0% |
| | 50 | 49 | | United States | Automotive | 7,195 | 3% |
| | 51 | 52 | | United States | FMCG | 6,919 | 6% |
| | 52 | 57 | | United States | Financial Services | 6,911 | 8% |
| | 53 | 55 | | Germany | Automotive | 6,892 | 6% |
| | 54 | 63 | | Canada | Electronics | 6,762 | 32% |
| | 55 | 54 | | United States | Media | 6,719 | 3% |

NIKE0069799

| | | | | | | |
|---|---|---|---|---|---|---|
| ⊞ | 56 | 53 | AXA | France | Financial Services | 6,694 | 3% |
| ⊞ | 57 | 58 | Nestlé | Switzerland | FMCG | 6,548 | 4% |
| ⊞ | 58 | 60 | DANONE | France | FMCG | 6,363 | 7% |
| ⊞ | 59 | 56 | xerox | United States | Electronics | 6,109 | -5% |
| ⊞ | 60 | 61 | KFC | United States | Restaurants | 5,844 | 2% |
| ⊞ | 61 | NEW | Sprite | United States | Beverages | 5,777 | N/A |
| ⊞ | 62 | 62 | adidas | Germany | Sporting Goods | 5,495 | 2% |
| ⊞ | 63 | 65 | Audi | Germany | Automotive | 5,461 | 9% |
| ⊞ | 64 | 67 | AVON | United States | FMCG | 5,072 | 3% |
| ⊞ | 65 | 69 | HYUNDAI | South Korea | Automotive | 5,033 | 9% |
| ⊞ | 66 | 64 | YAHOO! | United States | Internet Services | 4,958 | -3% |
| ⊞ | 67 | 81 | Allianz | Germany | Financial Services | 4,904 | 28% |
| ⊞ | 68 | NEW | Santander | Spain | Financial Services | 4,846 | N/A |
| ⊞ | 69 | 70 | HERMES PARIS | France | Luxury | 4,782 | 4% |
| ⊞ | 70 | 66 | CATERPILLAR | United States | Diversified | 4,704 | -6% |
| ⊞ | 71 | 71 | Kleenex | United States | FMCG | 4,536 | 3% |
| ⊞ | 72 | 74 | Porsche | Germany | Automotive | 4,404 | 4% |
| ⊞ | 73 | 75 | Panasonic | Japan | Electronics | 4,351 | 3% |
| ⊞ | 74 | NEW | BARCLAYS | United Kingdom | Financial Services | 4,218 | N/A |
| ⊞ | 75 | 80 | Johnson&Johnson | United States | FMCG | 4,155 | 8% |
| ⊞ | 76 | 76 | TIFFANY & CO. | United States | Luxury | 4,127 | 3% |
| ⊞ | 77 | 77 | Cartier | France | Luxury | 4,052 | 2% |
| ⊞ | 78 | NEW | Jack Daniel's | United States | Alcohol | 4,036 | N/A |
| | 79 | 82 | MOËT & CHANDON | France | Alcohol | 4,021 | 7% |
| | 80 | NEW | | Switzerland | Financial Services | 4,010 | N/A |
| | 81 | 92 | | Netherlands | Energy | 4,003 | 24% |
| | 82 | 94 | | United States | Financial Services | 3,998 | 26% |
| | 83 | 79 | | United States | Restaurants | 3,973 | 2% |
| | 84 | 78 | | United States | Apparel | 3,981 | 1% |
| | 85 | NEW | | Mexico | Alcohol | 3,847 | N/A |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⊞ | 86 | 72 | UBS | Switzerland | Financial Services | 3,812 | -13% |
| ⊞ | 87 | 86 | NIVEA | Germany | FMCG | 3,734 | 5% |
| ⊞ | 88 | 95 | Adobe | United States | Computer Software | 3,626 | 15% |
| ⊞ | 89 | 84 | | United Kingdom | Alcohol | 3,624 | -2% |
| ⊞ | 90 | NEW | 3M | United States | Diversified | 3,586 | N/A |
| ⊞ | 91 | 88 | Ferrari | Italy | Automotive | 3,562 | 1% |
| ⊞ | 92 | NEW | | United Kingdom | Alcohol | 3,557 | N/A |
| ⊞ | 93 | NEW | Heineken | Netherlands | Alcohol | 3,516 | N/A |
| ⊞ | 94 | NEW | ZURICH | Switzerland | Financial Services | 3,496 | N/A |
| ⊞ | 95 | 89 | | Italy | Luxury | 3,443 | 4% |
| ⊞ | 96 | 91 | LANCÔME | France | FMCG | 3,403 | 5% |
| ⊞ | 97 | 90 | | United States | Restaurants | 3,339 | 2% |
| ⊞ | 98 | 73 | | United States | Automotive | 3,281 | -24% |
| ⊞ | 99 | 100 | Campbells | United States | FMCG | 3,241 | 5% |
| ⊞ | 100 | 98 | BURBERRY | United Kingdom | Luxury | 3,110 | 0% |

**ABOUT US**
Interbrand
Interbrand Companies
  InterbrandHealth
  Interbrand Design
  Forum
  BrandWizard
Interbrand Foundation

**OUR WORK**
By Client
By Discipline
  Analytics
  Brand Strategy
  Brand Valuation
  Corporate Design
  Digital Strategy
  Digital Brand
  Management
  Health
  Internal Brand
  Engagement
  Naming
  Packaging Design
  Retail
  Verbal Identity

**KNOWLEDGE**
Branding Studies
Papers & Articles
Blog
Books
Brandchannel

**BEST GLOBAL BRANDS**
2010 Report
Previous Years
Methodology

**NEWS ROOM**
Press Releases
In the News
Awards & Recognition

**OFFICES**
Our Local Offices
Contact Form

SIGN UP
FOR UPDATES

Takethenational from

CONFIDENTIAL
NIKE0069801



# Best Global Brands 2009

The Definitive Guide to the World's Most Valuable Brands

Creating and managing brand value™

Interbrand

Insights and opportunities for the future
Profiles of the top 100 brands
Focused industry reports

Interbrand    Creating and managing brand value™

www.interbrand.com

NIKE0069802



**18** ↓
17,803 $m   -7%

**19** ↓
17,518 $m   -1%

### Honda

Increased motorcycle sales are offsetting Honda's losses as its auto sales crumble in the U.S., Japan, and Europe. While Honda's revenue has been affected by the recession, the brand continues to build strength. The fact that Honda never produced large SUVs and trucks is now an advantage. As other automakers are increasing production of their small cars, Honda is cashing in on its reputation of reliability, fuel efficiency, and craftsmanship.

### Samsung

Samsung had another successful year. Strong product development has resulted in global leadership in the television segment, and in improving its position from the third to second player in mobile phones. New concept shops have been successful in translating to a more expert and demanding audience by showing the benefits of engaging with the brand. However, challenging conditions in the components business compromised overall brand value creation last year.



**23** ↑
13,706 $m   3%

**24** ↓
13,699 $m   -1%

### Pepsi

Pepsi is a brand on the rise. In the past year, it went through a complete design refresh of its entire product line in an effort to spur sales. It also introduced new, limited edition products such as Pepsi Natural and Pepsi Throwback–products made with the natural sugars of the 1970s. Its new campaign, "Refresh Everything" has been incited by successful as well, creating buzz in the U.S. This and the introduction of Pepsi Raw indicate that Pepsi is doing all it can to catch up to Coke by raising the innovation stakes.

### Oracle

Oracle has seen more category leadership as it beats out competitors in application sales and new software license revenues. With the recent purchase of Sun Microsystems, Oracle also acquired MySQL, and entered the hardware category. Its partnership with HP on a new database machine puts Oracle on track to steal market share from both Microsoft and IBM. As Oracle invests US $3 billion a year in R&D, its future success looks promising.



**20** ↑
15,433 $m   12%

### Apple

The recession won't take a bite out of this Apple. Declining Mac sales and fears for the company's future without brand visionary Steve Jobs, were outweighed by record high iPod sales, doubling sales for the iPod Touch, and all-time high market share for Mac OS software. Price might be a barrier for cost-conscious consumers, but Apple responded quickly with high margin, low priced products like the US $99 iPhone and a new, voice-activated iPod Shuffle. The Apple brand is the most supported within its industry, and among the most iconic of relatively young brands in the world.



**25** ↑
13,317 $m   2%

**26** ↑
13,179 $m   4%

### Nescafé

Nescafé, which was founded in the 1930s, still continues to grow sales today–quite a feat given the recessionary conditions and pressure from private label store brands in this very mature category. That said, Nescafé generates most value from its high margins, not necessarily growth. The brand has approached the challenging market as an opportunity, increasing ad spend by six percent to consolidate the customer relationship when media was cheap. Additionally, Nestlé is dedicating resources to a new campaign for its flagship brand address ing price, taste, and bean quality. Recently, it has even made aggressive moves to target a new competitor in instant coffee, Starbucks VIA.

### Nike

Instead of cutting back like many of its competitors, Nike has done well by staying the course and moving ahead with big strategic plans–a move that served it well in the last recession when it then pulled out ahead of industry leader, Reebok. This year, it unveiled a line of eco-friendly products, which aim to use sustainable, recyclable materials. Ultimately, the move should translate into better profit margins for the future. While there have been layoffs twice this year–the first time since 1998–indicating problems with the cost structure during the downturn, Nike is still far ahead of its closest competitor, adidas.



**21** ↑
15,375 $m   11%

**22** ↓
14,971 $m   -32%

### H&M

Unlike competitors such as the Gap, Swedish clothing store chain H&M said that it plans to create between 6,000 and 7,000 new jobs during the year by opening 225 new stores around the world. H&M continues to diversify with product mix, store expansion, and design. While CEO Rolf Eriksen's summer 2009 retirement has sparked a potential succession issue, H&M's continued focus on "nano fashion" (real time adaptability), price, CSR, and fashion designer collections have helped it grow.

### American Express

American Express is feeling the effects of the credit crisis, suffering a surge in delinquencies and job cuts. Its public image has also suffered from the credit card crisis. Bolstered by its new bank holding status, the firm has reduced exposure to riskier credit card products and is focused on its core charge card offering. Its extensive investment in its brand through advertising, loyalty programs, sponsorships, and key partnerships show the firm's focus to solidify the brand's trusted and premium image and to maintain the brand's iconic status.



**27** ↓
12,106 $m   -1%

### SAP

With the launch of its new global campaign, "It's time for a clear new world," SAP is focusing its message on the visionary and powerful real-time role that its software plays in business partnerships. Having reported heavy investments in R&D for 2008, SAP must keep its promise clear and its product stronger in an increasingly competitive market when many are vying for its longstanding customer base. SAP is doing well by continuing to invest in their brand as a strategic asset during this economic crisis.

CONFIDENTIAL

NIKE0069803



ENGLISH ▾  |  CONTACT US  |

EARCH
SEARCH SITE

ABOUT US    OUR WORK    KNOWLEDGE    BEST GLOBAL BRANDS    NEWS ROOM    CAREERS    OFFICES

**BEST GLOBAL BRANDS**

Each year the Best Global Brands generates increasing amounts of interest from companies and practitioners associated with brands.

We've enjoyed leading the discussion to help organizations understand and grow the value of their brands.

BEST GLOBAL BRANDS 2009
For more on the 2009 report, click here

BEST GLOBAL BRANDS HOME
Return to the Best Global Brands homepage.

METHODOLOGY
Read about our method for valuing brands

PREVIOUS YEARS
2010 ranking
2009 ranking
2008 ranking
2007 ranking
2006 ranking
2005 ranking
2004 ranking
2003 ranking
2002 ranking
2001 ranking

# BEST GLOBAL BRANDS

## 2009 RANKINGS                                                          Print

| | Rank | Previous Rank | Brand | Country of Origin | Sector | Brand Value ($m) | Change in Brand Value |
|---|---|---|---|---|---|---|---|
| ⊞ | 1 | 1 | Coca-Cola | United States | Beverages | 68,734 | 3% |
| ⊞ | 2 | 2 | IBM | United States | Business Services | 60,211 | 2% |
| ⊞ | 3 | 3 | Microsoft | United States | Computer Software | 56,647 | -4% |
| ⊞ | 4 | 4 | GE | United States | Diversified | 47,777 | -10% |
| ⊞ | 5 | 5 | NOKIA | Finland | Electronics | 34,864 | -3% |
| ⊞ | 6 | 8 | McDonald's | United States | Restaurants | 32,275 | 4% |
| ⊞ | 7 | 10 | Google | United States | Internet Services | 31,980 | 25% |
| ⊞ | 8 | 6 | TOYOTA | Japan | Automotive | 31,330 | -8% |
| ⊞ | 9 | 7 | intel | United States | Electronics | 30,636 | -2% |
| ⊞ | 10 | 9 | Disney | United States | Media | 28,447 | -3% |
| ⊞ | 11 | 12 | hp | United States | Electronics | 24,096 | 2% |
| ⊞ | 12 | 11 | Mercedes-Benz | Germany | Automotive | 23,867 | -7% |
| | 13 | 14 | | United States | FMCG | 22,841 | 4% |
| | 14 | 17 | | United States | Business Services | 22,030 | 3% |
| | 15 | 13 | | Germany | Automotive | 21,671 | -7% |
| | 16 | 16 | | France | Luxury | 21,120 | -2% |

| | | | | | | |
|---|---|---|---|---|---|---|
| + | 17 | 18 | Marlboro | United States | Tobacco | 19,010 | -11% |
| + | 18 | 20 | HONDA | Japan | Automotive | 17,803 | -7% |
| + | 19 | 21 | SAMSUNG | South Korea | Electronics | 17,518 | -1% |
| + | 20 | 24 | (apple) | United States | Electronics | 15,433 | 12% |
| + | 21 | 22 | H&M | Sweden | Apparel | 15,375 | 11% |
| + | 22 | 15 | | United States | Financial Services | 14,971 | -32% |
| + | 23 | 26 | (pepsi) | United States | Beverages | 13,706 | 3% |
| + | 24 | 23 | ORACLE | United States | Business Services | 13,699 | -1% |
| + | 25 | 28 | | Switzerland | Beverages | 13,317 | 2% |
| + | 26 | 29 | (nike) | United States | Sporting Goods | 13,179 | 4% |
| + | 27 | 31 | SAP | Germany | Business Services | 12,106 | -1% |
| + | 28 | 35 | IKEA | Sweden | Home Furnishings | 12,004 | 10% |
| + | 29 | 25 | SONY | Japan | Electronics | 11,953 | -12% |
| + | 30 | 33 | Budweiser | United States | Alcohol | 11,833 | 3% |
| + | 31 | 30 | ups | United States | Transportation | 11,594 | -8% |
| + | 32 | 27 | HSBC | United Kingdom | Financial Services | 10,510 | -20% |
| + | 33 | 36 | Canon | Japan | Electronics | 10,441 | -4% |
| | 34 | 39 | | United States | FMCG | 10,428 | 7% |
| | 35 | 32 | | United States | Electronics | 10,291 | -12% |
| | 36 | 19 | | United States | Financial Services | 10,254 | -49% |
| | 37 | 37 | | United States | Financial Services | 9,550 | 11% |

NIKE0069805

| | | | | | | |
|---|---|---|---|---|---|---|
| ⊞ | 38 | 38 | | United States | Financial Services | 9,248 | -10% |
| ⊞ | 39 | 40 | Nintendo | Japan | Electronics | 9,210 | 5% |
| ⊞ | 40 | 44 | THOMSON REUTERS | Canada | Media | 8,434 | 1% |
| ⊞ | 41 | 45 | GUCCI | Italy | Luxury | 8,182 | -1% |
| ⊞ | 42 | 43 | PHILIPS | Netherlands | Electronics | 8,121 | -2% |
| ⊞ | 43 | 58 | amazon.com | United States | Internet Services | 7,858 | 22% |
| ⊞ | 44 | 51 | L'OREAL | France | FMCG | 7,748 | 3% |
| ⊞ | 45 | 47 | accenture | United States | Business Services | 7,710 | -3% |
| ⊞ | 46 | 46 | ebay | United States | Internet Services | 7,350 | -8% |
| ⊞ | 47 | 48 | SIEMENS | Germany | Diversified | 7,308 | -8% |
| ⊞ | 48 | 56 | Heinz | United States | FMCG | 7,244 | 9% |
| ⊞ | 49 | 49 | Ford | United States | Automotive | 7,005 | -11% |
| ⊞ | 50 | 62 | ZARA | Spain | Apparel | 6,789 | 14% |
| ⊞ | 51 | 61 | WRIGLEY | United States | FMCG | 6,731 | 10% |
| ⊞ | 52 | 57 | Colgate | United States | FMCG | 6,550 | 2% |
| ⊞ | 53 | 55 | AXA | France | Financial Services | 6,525 | -7% |
| | 54 | 52 | | United States | Media | 6,523 | -9% |
| | 55 | 53 | | Germany | Automotive | 6,484 | -8% |
| | 56 | 59 | | United States | Electronics | 6,431 | 1% |
| | 57 | 42 | | United States | Financial Services | 6,399 | -25% |

NIKE0069806

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⊞ | 58 | 63 | Nestlé | Switzerland | FMCG | 6,319 | 13% |
| ⊞ | 59 | 60 | CHANEL | France | Luxury | 6,040 | -5% |
| ⊞ | 60 | 66 | DANONE | France | FMCG | 5,960 | 10% |
| ⊞ | 61 | 64 | KFC | United States | Restaurants | 5,722 | 3% |
| ⊞ | 62 | 70 | adidas | Germany | Sporting Goods | 5,397 | 6% |
| ⊞ | 63 | 73 | BlackBerry | Canada | Electronics | 5,138 | 7% |
| ⊞ | 64 | 65 | YAHOO! | United States | Internet Services | 5,111 | -7% |
| ⊞ | 65 | 67 | Audi | Germany | Automotive | 5,010 | -7% |
| ⊞ | 66 | 68 | CATERPILLAR | United States | Diversified | 5,004 | -5% |
| ⊞ | 67 | 69 | AVON | United States | FMCG | 4,917 | -7% |
| ⊞ | 68 | 71 | | Switzerland | Luxury | 4,609 | -7% |
| ⊞ | 69 | 72 | ROLEX | South Korea | Automotive | 4,604 | -5% |
| ⊞ | 70 | 76 | HERMÈS PARIS | France | Luxury | 4,598 | 1% |
| ⊞ | 71 | 74 | Kleenex | United States | FMCG | 4,404 | -5% |
| ⊞ | 72 | 41 | UBS | Switzerland | Financial Services | 4,370 | -50% |
| ⊞ | 73 | 50 | | United States | Automotive | 4,337 | -43% |
| | 74 | 75 | | Germany | Automotive | 4,234 | -8% |
| | 75 | 78 | | Japan | Electronics | 4,225 | -1% |
| | 76 | 80 | | United States | Luxury | 4,008 | -50% |
| | 77 | 79 | | France | Luxury | 3,968 | -6% |

NIKE0069807

| | | | | | | |
|---|---|---|---|---|---|---|
| ⊞ | 78 | 77 | GAP | United States | Apparel | 3,922 | -10% |
| ⊞ | 79 | 81 | Wendy's | United States | Restaurants | 3,876 | -5% |
| ⊞ | 80 | 92 | Johnson & Johnson | United States | FMCG | 3,847 | 7% |
| ⊞ | 81 | 82 | Allianz | Germany | Financial Services | 3,831 | -5% |
| ⊞ | 82 | 83 | MOET & CHANDON | France | Alcohol | 3,754 | -5% |
| ⊞ | 83 | 84 | bp | United Kingdom | Energy | 3,716 | -5% |
| ⊞ | 84 | 89 | | United Kingdom | Alcohol | 3,698 | 3% |
| ⊞ | 85 | 88 | DURACELL | United States | Electronics | 3,563 | -3% |
| ⊞ | 86 | 98 | NIVEA | Germany | FMCG | 3,557 | 5% |
| ⊞ | 87 | 91 | PRADA | Italy | Luxury | 3,530 | -2% |
| ⊞ | 88 | 93 | Ferrari | Italy | Automotive | 3,527 | 0% |
| ⊞ | 89 | 94 | | Italy | Luxury | 3,303 | -6% |
| ⊞ | 90 | 85 | | United States | Restaurants | 3,263 | -16% |
| ⊞ | 91 | NEW | LANCÔME | France | FMCG | 3,235 | N/A |
| ⊞ | 92 | 97 | | Netherlands | Energy | 3,228 | -7% |
| ⊞ | 93 | NEW | | United States | Restaurants | 3,223 | N/A |
| ⊞ | 94 | 100 | VISA | United States | Financial Services | 3,170 | -5% |
| | 95 | NEW | | United States | Computer Software | 3,161 | N/A |
| | 96 | 90 | | Japan | Automotive | 3,158 | -12% |
| | 97 | NEW | | Germany | Sporting Goods | 3,154 | N/A |
| | 98 | NEW | | United Kingdom | Luxury | 3,095 | N/A |

NIKE0069808

| | | | | | | |
|---|---|---|---|---|---|---|
| + | 99 | NEW | | United States | Luxury | 3,094 | N/A |
| + | 100 | NEW | | United States | FMCG | 3,081 | N/A |

RSS | BOOKMARK COPYRIGHT © 2011 INTERBRAND. ALL RIGHTS RESERVED | brandchannel

NIKE0069809