# Exhibit 04









NIKE0000379