# Exhibit 05

stockx.com /news/current-culture-index-2021/

# StockX Snapshot: Current Culture Index

Jesse Einhorn : : 1/13/2021




©2024 StockX. All Rights Reserved.




January 13, 2021



Jesse Einhorn

Senior Economist at StockX

This annual report reveals the key facts and trends driving the growth of our marketplace.

This annual report reveals the key facts and trends driving the growth of our marketplace.

2020 was a year of extraordinary growth for StockX and unprecedented disruption across the broader market. Our latest Snapshot report – the annual Current Culture Index – reveals the key facts, figures, and storylines behind this pivotal year. Jordan Brand reigned supreme on the sneaker market; next-gen gaming consoles from PlayStation and Xbox rocketed to the top of our sales rankings; trading cards and collectibles saw exponential growth, and newer names like Cactus Jack and Anti Social Social Club made waves. The platform had a record-breaking year, processing 7.5M trades and $1.8B in GMV. Check out the full Snapshot report for a detailed accounting of the best-selling brands, hottest products, and market-moving artists, plus a glimpse of what to expect in the year ahead.

You can download the full report here. Or keep scrolling and read below:




# StockX Snapshot:

## Current Culture Index 2021

After a year of transformative change and disruption, e-commerce platforms have emerged stronger than ever. From the convenience and access afforded by online shopping, to the value of direct relationships with customers, the advantages of marketplaces like StockX have never been more pronounced.

The platform saw record-breaking growth in 2020 as our global community expanded and worldwide demand for coveted, limited-edition items reached dizzying highs. In this report, we take a look at the products, brands, facts and figures that defined our marketplace in 2020 and what to expect in the year ahead.

# State of StockX

**7.5M+**
2020 TRADES






2020 GMV

900,000 LIFETIME SELLERS

2020 GMV

200M+ GLOBAL VISITORS IN 2020

ACTIVE BUYERS UP 90+% YoY

## GROWTH DRIVERS

- Female users up **100+%** YoY
- Electronics trades up **75x** (Q4 vs. Q3 2020)
- Non-US buyers up **100+%** YoY

$2.8B STOCKX VALUATION




Big Facts

StockX achieved break-even in Q3 2020.

# Sneakers

## Top Brands
Total Trades (2020)

| Rank* | Brand | Avg. Price Premium (Above Retail) |
|---|---|---|
| 1 | Jordan | 54% |
| 2 | Nike | 46% |
| 3 | adidas | 32% |
| 4 | CONVERSE | 30% |
| 5 ▲1 | new balance | 39% |
| 6 ▲10 | YEEZY (Not inclusive of adidas Yeezy) | 203% |
| 7 ▼2 | VANS | 39% |

* Symbols indicate YoY change

## Top Silhouettes
Total Trades (2020)
















**Big Facts**

StockX is a **top-ten** preferred footwear brand among male teens.

Source: Piper Sandler "Taking Stock With Teens" Report, Fall 2020

# Electronics

# Electronics

## Top Electronics Categories

Total Trades (2020)



1 Gaming Consoles




2 Graphics Cards



3 Headphones & Headsets



4 Gaming Accessories







5 Games

Launched in 2020, StockX's electronics vertical boasts **300+** products from more than a **dozen** different brands.

## Total Trades

PlayStation 5 vs. Xbox Series X/S




## Big Facts

Based on GMV, the top two products in 2020 across all categories on StockX were the **PlayStation 5 Blu-Ray Edition (No. 1)** and the **Xbox Series X (No. 2).**

# Apparel & Accessories

# Apparel & Accessories

## Top Collaborations
Total Trades (2020)



1 Supreme x The North Face




2 Cactus Jack x McDonald's



3 Nike x Stüssy




4 Juice WRLD x Vlone




5 Supreme x Yohji Yamamoto

## Top Brands
Total Trades (2020)

| Rank* | Brand | Avg. Price Premium (Above Retail) |
|---|---|---|
| 1 | Supreme | 67% |
| 2 ▲2 | CACTUS JACK | 53% |
| 3 ▲2 | FEAR OF GOD | 50% |
| 4 ▼2 | BAPE | 11% |
| 5 ▲3 | | 45% |
| 6 ▲53 | ANTI SOCIAL SOCIAL CLUB | 75% |
| 7 ▲2 | Off-White™ | -18% |

* Symbols indicate YoY change

**Big Facts**

While **Louis Vuitton** still holds the **No. 1** spot as the best-selling brand for luxury accessories on StockX, we've seen major gains from new names like **Telfar**, which ranked **No. 3** on this year's list.

# Collectibles & Trading Cards

## Top Artists/Brands
Total Trades (2020)



1 KAWS

2 Supreme




3 Bearbrick




4 Virgil Abloh



5 Takashi Murakami

## Best-Selling Players
Total Trades (2020)



1 Luka Doncic (NBA)



2 Zion Williamson (NBA)



3 Ja Morant (NBA)



4 Michael Jordan (NBA)



5 LeBron James (NBA)

## Big Facts

In 2020, Pokémon card sales on StockX increased **100x**, fueled by high demand from buyers in Germany and the UK.




# Global Growth

## 2020 StockX GMV




## Big Facts

StockX has **10** authentication centers and Drop-Off locations across **three** continents.

## Key Markets

| MARKET | GROWTH STAT | BRAND SPOTLIGHT |
|---|---|---|
| UK | **+150%** YoY Buy-side Trades | Pokémon: Purchased **2x** global average |
| France | **+260%** YoY New Buyers | Nike: Purchased **1.5x** global average |
| Canada | **+120%** YoY Sell-side Trades | FEAR OF GOD: Purchased **2x** global average |




# A Look Ahead: 2021



### Walking the Walk: Sustainable Sneakers

From the Nike Space Hippie to the Yeezy Foam Runner, StockX customers spent more than **$10 million** on sustainable footwear in 2020. As more consumers seek out ethical and eco-friendly products, a growing number



of brands will look to synthesize sustainability and fashion.



## Collaboration Craze Takes Over Gaming

Gaming's popularity reached new heights during quarantine, as did limited-edition collaborations between gaming and streetwear brands. From Travis Scott x Fortnite merch to BAPE mousepads, these partnerships drove more than **5,000** trades in 2020, and we expect this trend will accelerate in 2021.




## Side Hustle Nation

Amidst the pandemic, huge numbers of people turned to reselling as a side hustle, and new category growth on StockX created more opportunity than ever before. In 2020, over **60%** of sellers on StockX were new to the platform. In the year ahead, we predict even more budding entrepreneurs will tap StockX to turn their passion into profits.



## Jordan Mid Mania

In 2020, the Jordan 1 Mid silhouette took Europe by storm, accounting for as much as **50%** of Jordan sales in select markets. In 2021, we expect Mid mania to make a transatlantic journey to US shores, as their price accessibility and OG colorways make the model an increasingly attractive option for American buyers.



## Trading Cards Revival

Trading cards have seen a resurgence in popularity, with sales on StockX up an incredible **4,000%** in 2020. Whether motivated by nostalgia or investment opportunity, the renewed interest and surge in demand will drive the category to new highs in 2021.




## Mid-Size Brands Make Waves

The streetwear landscape was once dominated by a few big names (think Supreme and BAPE) but brands like **Fear of God** and **Cactus Jack** are increasingly stealing market share. Gen Z consumers — who are at the forefront of current culture — will continue to propel new brands into the limelight.



## Global Trade Accelerates

Following the release of the Yeezy Boost 350 Cinder in March 2020, sellers in the UK exported the sneakers to buyers in **67** different countries across six continents. When the PlayStation 5 was released in November 2020, it became an instant international sensation and sellers in the US exported the consoles to **71** different countries. Global demand for current culture products continues to accelerate, and thanks to StockX, even more buyers and sellers around the world will be able to trade on the global market.



Jesse Einhorn

Senior Economist at StockX

StockX. Your Inbox.

Better together. Sign up for our newsletter.

# StockX Privacy Preference Center

When you visit any website, it may store or retrieve information on your browser, mostly in the form of cookies. This information might be about you, your preferences or your device and is mostly used to make the site work as you expect it to. The information does not usually directly identify you, but it can give you a more personalized web experience. Because we respect your right to privacy, you can choose not to allow some types of cookies. Click on the different category headings to find out more and change our default settings. However, blocking some types of cookies may impact your experience of the site and the services we are able to offer.
StockX Privacy Policy

## Manage Consent Preferences

### Strictly Necessary Cookies

Always Active

These cookies are necessary for the website to function and cannot be switched off in our systems. They are usually only set in response to actions made by you which amount to a request for services, such as setting your privacy preferences, logging in or filling in forms. You can set your browser to block or alert you about these cookies, but some parts of the site will not then work. These cookies do not store any personally identifiable information.

### Performance Cookies

These cookies allow us to count visits and traffic sources so we can measure and improve the performance of our site. They help us to know which pages are the most and least popular and see how visitors move around the site. All information these cookies collect is aggregated and therefore anonymous. If you do not

allow these cookies we will not know when you have visited our site, and will not be able to monitor its performance.

**Targeting Cookies**

These cookies may be set through our site by our advertising partners. They may be used by those companies to build a profile of your interests and show you relevant adverts on other sites. They do not store directly personal information, but are based on uniquely identifying your browser and internet device. If you do not allow these cookies, you will experience less targeted advertising.

- **Social Media Cookies**

  label

  These cookies are set by a range of social media services that we have added to the site to enable you to share our content with your friends and networks. They are capable of tracking your browser across other sites and building up a profile of your interests. This may impact the content and messages you see on other websites you visit. If you do not allow these cookies you may not be able to use or see these sharing tools.

**Functional Cookies**

These cookies enable the website to provide enhanced functionality and personalisation. They may be set by us or by third party providers whose services we have added to our pages. If you do not allow these cookies then some or all of these services may not function properly.

## Back



label

Consent Leg.Interest

label

label

label

- View Cookies

- Name

  cookie name