# Exhibit 06



StockX Snapshot: The State of Resale



StockX Drops 2017: The State of Resale | StockX News

The State of The Market



Size of Global Secondary Sneaker Market

## $100B

Size of Primary Sneaker Market

## 60%

Share of Gen Z Males Who Report Using StockX

## 15-25%

Projected Size of Secondary Market Relative to Primary Market in 2025

## 29%

Share of Footwear Purchased Online



Secondary Website Preference

Gen Z Sneakerheads

Sources: Piper Jaffray "Taking Stock With Teens Survey" and "Sneakers Sizzle" Report | The NPD Group

 33% of Gen Z Men and 26% of Gen Z Women consider themselves "Sneakerheads", and StockX is now a Top 10 favorite website among upper-income Gen Z men.





State of StockX

# $1+ BILLION

Gross Merchandise Value (2019)

## ~1000

Total Team Members

## 6

Global Authentication Centers

## 100+%

Registration Growth (2019)

## 197

Countries and Territories with StockX buyers

## 750,000+

Yeezys Authenticated (2019)



In the instance of our adidas Campus 80s MakerLab IPO, Bids came in from customers across 62 countries and outstripped product supply 10:1



International
Growth

France



StockX Snapshot: The State of the Sneaker Resale News



Yeezy Boost 350 V2 Cream White



Yeezy Boost V2 Black Non-Reflective

StockX Chapter of The State of the Sale | StockX News



Nike Air Max 1 Have a Nike Day



Germany

Growth

+274%

New Sellers

Favorite Sneaker

Yeezy Boost 350 V2 Cream White

China

China

Growth

## 10,000+

Yeezy 350 Clay Sales

Favorite Sneaker



Yeezy Boost 350 V2 Clay

Netherlands





**Netherlands**

Growth

**+250%**

Jordan Sales

Favorite Sneaker

Nike Air Max 1 Have a Nike Day

StockX Snapshot: The State of Resale | StockX News



# South Korea

Growth

## +210%

Nike GMV

Favorite Sneaker

Converse Run Star Hike JW Anderson Black

# Japan



Qatar

Growth

## +1,486%

adidas Sales

Favorite Sneaker



Yeezy Boost V2 Black Non-Reflective

In 2019, StockX buyers came from 197 countries and territories, from Albania to Zimbabwe.



StockX Sneaker Market

| Brand | Market Share | Avg. Resale Price | Avg. Price Premium* |
|---|---|---|---|
| Jordan | | $266 | 61% |
| adidas | | $295 | 36% |
| Nike | | $230 | 47% |
| Converse | | $183 | 64% |
| BALENCIAGA | | $699 | -6% |
| Vans | | $121 | 61% |
| new balance | | $223 | 52% |

*Percentage Over/Under Retail

## Top Silhouettes by Market Share

Pictured: Best Selling Colorway



**Jordan 1**
Market Share 23%    Avg. Resale $260

**Yeezy 350**
Market Share 18%    Avg. Resale $280

**Air Force 1**
Market Share 6%    Avg. Resale $274


Sales of women's exclusive sneakers outpaced the overall market by 80% in 2019.

StockX Snapshot: The State of Resale | StockX News



## StockX Streetwear Market

| Brand | Avg. Resale Price | Avg. Price Premium* |
|---|---|---|
| Supreme | $170 | 69% |
| (Bape) | $189 | 14% |
| KITH | $186 | 31% |
| (Travis Scott) | $128 | 76% |
| FEAR OF GOD | $132 | 20% |
| Off-White™ | $205 | -10% |
| PALACE | $132 | 80% |

*Percentage Over/Under Retail

## Top Accessories by Market Share

Pictured: Best Selling Item



**Shoulder Bag**

| Avg. Resale | Avg. Premium |
|---|---|
| $133 | 68% |



**Waist Bag**

| Avg. Resale | Avg. Premium |
|---|---|
| $145 | 55% |



**Backpack**

| Avg. Resale | Avg. Premium |
|---|---|
| $211 | 38% |



Travis Scott artist merch accounted for 10 of the top 100 streetwear items released in 2019.



# Luxury Market

StockX Luxury Market

**Top Luxury Handbag Brands**

Avg. Resale Price









TUDOR

**Top Luxury Watch Brands**

Avg. Resale Price

The most hyped handbag of 2019 was Virgil Abloh's Monogram Prism Keepall which resold for over $5,000 or 40% above retail.





StockX Collectibles and Trading Cards











Top Artist/Brand Collectibles

Total Sales (2019)

Luka Doncic

Michael Jordan

Ken Griffey Jr.

Pete Alonso

LeBron James

Most Active Trading Cards

Combined Bids+Asks (2019)

 The average resale value of Luka Doncic's 2018 Panini Prizm Rookie Card increased 200% in 2019.





A Look Ahead: 2020



### Travis Scott's Reign

Travis Scott's blockbuster collabs helped push Jordan Brand to the #1 spot in our 2019 sneaker rankings, and we expect his upcoming projects with Nike to solidify his secondary market dominance.



### Artist Merch

In 2019, artist merch was among the fastest-growing segments of our streetwear marketplace, and as more and more artists release limited capsules to commemorate their albums and tours, we expect that growth to accelerate.

7/17/24, 10:47 AM
Case 1:22-cv-00983-VEC     Document 207-6     Filed 08/08/24     Page 31 of 34
StockX & Impact of The State of the Resale Market News



## Women + Sneakers

Women's exclusive sneaker releases nearly doubled their share of the secondary market in 2019, and as brands step up their efforts to court this demographic, expect the popularity of women's sneakers - and the number of women identifying as "sneakerheads" - to increase.



## Smaller Brands Go Big

In 2019, smaller brands like New Balance became major players on the resale market, and with a roster of A-list endorsers that includes Kawhi Leonard, Coco Gauff, and Jaden Smith, 2020 should be another big year for the brand.



### The New Man Bag

Hyped luxury luggage and men's bags — like the Supreme x Rimowa collaboration and Virgil Abloh's Prism Keepall — proved that men are increasingly interested in these product categories, and we see no signs the hype will fade.



### Gen Z Market Power

With nearly 1 in 3 Gen Z consumers identifying as 'sneakerheads', this younger generation is driving rapid growth in the secondary market, and with the overwhelming majority choosing StockX as their preferred marketplace, they will continue to propel our business growth in 2020.

# StockX. Access the Now.

**Air Jordan**

Air Jordan 1

Air Jordan Release Dates

Womens Jordans

Air Jordan 11

Air Jordan 4

Jordan 1 Mid

**New Balance**

New Balance 327

New Balance 530

New Balance 550

New Balance 574

New Balance 2002R

New Balance Aimé Leon Dore

**Popular Releases**

Jordan 1 Retro High OG Royal Reimagined

Jordan 11 Retro DMP Defining Moments (2023)

Air Jordan 3 Retro Fear (2023)

Air Jordan 12 Retro Cherry (2023)

Popular Searches

Popular Brands

**Apparel**

Supreme

Fear of God Essentials

Chrome Hearts

Vlone

Nike Tech Fleece

Yeezy GAP

**Nike**

Nike Dunk

Nike Blazer

Nike Air Force 1

Women's Air Force 1s

Women's Nike Dunks

Women's Nike Shoes

**Sell**

Selling Guide

Professional Tools

Scout

Developers

**Women's**

Women's Sneakers

Women's Shoes

Women's Apparel

Women's Accessories

UGG

UGG Tazz Platform

**Accessories**

Swatch X Omega Mission To The Moon

Supreme Field Waist Bag

Jordan Monogram Duffle Bag

Marc Jacobs Tote Medium

Gucci NY Yankees Cap

**About**

How It Works

Verification

Newsroom

Company

Careers

**Help**

Help Center

Contact Us

Product Suggestions

Size Guide

 

Terms    Privacy    ©2024 StockX. All Rights Reserved.

ENGLISH (US)    ENGLISH (UK)    ITALIANO    DEUTSCH    FRANÇAIS (FR)    简体中文    繁體中文    日本語    한국어    ESPAÑOL (MX)    ESPAÑOL (US)    ESPAÑOL (ES)