# Exhibit 08

Page Vault

| | |
|---|---|
| Document title: | Best Jordans Of 2020: The Ultimate Guide - StockX News |
| Capture URL: | https://stockx.com/news/en-gb/best-jordans-of-2020/ |
| Page loaded at (UTC): | Fri, 17 Feb 2023 22:07:08 GMT |
| Capture timestamp (UTC): | Fri, 17 Feb 2023 22:07:36 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | 21a92baa-c9c4-4197-b76a-d6fc8946163a |
| User: | anna |

PDF REFERENCE #:        uyBgJKMPfqXgiaw7aYh4Hv

CONFIDENTIAL

NIKE0065795

StockX
News and Editorials from StockX



SNEAKERS · DECEMBER 17, 2020

# Best Air Jordans of 2020

StockX



### Chris Danforth
Sneaker Contributor
@c_danforth

Jordan 4 Retro Off-White Sail (W)
Lowest Ask **$900**

Jordan 1 Retro High 85 Varsity Red
Lowest Ask **$389**

Jordan 1 Retro High Dark Mocha
Lowest Ask **$440**

share this article



For many, sneaker culture starts and ends with Air Jordan. So what better place to kick-off our yearly recaps than with the best Jordans of 2020?

One of the most successful sportswear franchises of all time, and the namesake of perhaps the greatest athlete to ever step foot on a basketball court, Jordan Brand had another landmark year in 2020.

This year, Jordan introduced the Air Jordan XXXV, but the collector's market continued to be focused on retro models from the '80s and '90s like the I, IV and V; models that Jordan himself wore on the court. Jordan also expanded on its portfolio of collaborators, venturing into the luxury space by creating high and low-top Jordan Is alongside Dior. Non-OG retro colourways continued to pack the weekly calendar of sneaker releases as well.

In May, Netflix and ESPN premiered their miniseries 'The Last Dance,' which recapped the career of Michael Jordan, specifically focusing on his final season with the Chicago Bulls. In the wake of this series, after-market prices for Jordan sneakers surged significantly, especially with regards to OG models and colourways worn by Jordan, including the "Chicago" 1.

These are the biggest (and best selling) Air Jordans of 2020.

## Most Expensive:




---

Document title: Best Jordans Of 2020: The Ultimate Guide - StockX News
Capture URL: https://stockx.com/news/en-gb/best-jordans-of-2020/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:07:36 GMT

CONFIDENTIAL
NIKE0065796

StockX



## Air Jordan I Retro High Dior

It should come as little surprise that the most expensive Jordan sneaker on the 2020 after-market is the luxe Nike Air Jordan 1 Dior. Debuted on the Dior runway midway through 2019, the highly anticipated luxury collaboration finally released in 2020, to much fanfare. Dior Homme Creative Director Kim Jones (an outspoken collector of Jordan sneakers himself) commissioned the collaboration, which was also worked on by Dior's head footwear designer Thibo Denis.

The French fashion house's approach to constructing the shoe was to create it like a Dior handbag, with the same attention to detail in the form of Italian leather, painted edges, and other hand-finished touches. Created in high and low-top versions, the shoe features details like enlarged Swoosh with a custom Dior oblique pattern, and an "Air Dior" wings logo on the collar.

Definitely, the most talked-about and arguably the best Jordan of 2020, the Air Jordan 1 Dior High sold for an average price of £7,428, while the lows earned an average resell price of £5,003.

### Top Selling:



## Air Jordan XIII Retro "Flint" (2020)



Jordan 4 Retro Off-White Sail (W)

Lowest Ask **$900**



Jordan 1 Retro High 85 Varsity Red

Lowest Ask **$389**



Jordan 1 Retro High Dark Mocha

Lowest Ask **$440**

share this article



Document title: Best Jordans Of 2020: The Ultimate Guide - StockX News
Capture URL: https://stockx.com/news/en-gb/best-jordans-of-2020/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:07:36 GMT
CONFIDENTIAL

NIKE0065797

The Magazine
News and Features from StockX

StockX

### Air Jordan XIII Retro "Flint" (2020)

The "Flint" Air Jordan XIII was the most-sold sneaker on StockX this year, meaning it had to score high on our list of the best Jordans of 2020. The disparity between American and European sales illustrates a divergence in the two markets, as the "Flint" XIII put up big numbers in the United States, but it was simply not a major seller across the water. This May release was likely bolstered by ESPN & Netflix's 'The Last Dance,' the final episode of which debuted on May 17, while the "Flint" XIII dropped 13 days later on May 30.

Over the course of the year, an astonishing 56,000+ pairs were sold on StockX.

## Highest Price Premium:



### Air Jordan 1 & Air Ship "New Beginnings"

For 2020's NBA All-Star Game, Jordan Brand made sure to keep a couple tricks up its sleeve. The "New Beginnings" pack was remarkable for a few reasons. First, it included the first-ever Air Ship retro. Nike has always been reticent to fully acknowledge the Air Ship's importance within the Jordan canon, until now. The accompanying Jordan 1 came with a remastered shape, including reimagined proportions like added ankle padding and a higher cut, making the shoe similar to the sneakers MJ actually wore in '85.

On average, the "New Beginnings" pack sold for 362% above its retail price.

## Editor's Picks:





Jordan 4 Retro Off-White Sail (W)
Lowest Ask $900

Jordan 1 Retro High 85 Varsity Red
Lowest Ask $389

Jordan 1 Retro High Dark Mocha
Lowest Ask $440

share this article





Document title: Best Jordans Of 2020: The Ultimate Guide - StockX News
Capture URL: https://stockx.com/news/en-gb/best-jordans-of-2020/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:07:36 GMT
CONFIDENTIAL

NIKE0065798

The Magazine
News and Editorials from StockX



## Off-White x Nike Air Jordan IV & V

Nike and Off-White's inaugural "The Ten" collaboration in 2017 changed the landscape of sneaker collaborations, and the  Jordan 1 "Chicago" included in that drop became one of the most expensive Jordan 1 collaborations on the market currently.

Virgil and Nike refreshed their partnership with 2020, by serving up new takes of the IV and V. The Jordan IV "Sail" offered up a natural, monochromatic colourway with deconstructed elements, as well as mesh on the toe box and quarter.

The same "Sail" treatment and deconstructed elements were also applied to the Jordan V, while Virgil also added a hole-punch treatment to the sneaker, as an abstract expression of Nike Air.

The Off-White x Nike Air Jordan IV "Sail" secured an average resale premium of 500% and an average price of £855. The Off-White x Nike Air Jordan V performed best in its Toddler version, selling for 150% above retail, while adult sizes sold for 140% above retail.



## Air Jordan I Retro High 85 "Varsity Red"

Featuring the same remastered shape as the Jordan I from the "New Beginnings" pack, this "Varsity Red" edition was limited to 23,000 pairs, and initially released at All-Star Weekend in Chicago. This best Jordan of 2020 contender presents a new spin on the "Bred" colour scheme, with notably different colour blocking on the toe. The leather used on this pair was also smoother compared to its "Bred" counterpart, making it one of our top Jordans of 2020. Added accoutrements included individual dust bags, and an OG-inspired hangtag.

The Nike Air Jordan I High 85 "Varsity Red" sold for an average price of £532, a 217% premium.



Jordan 4 Retro Off-White Sail (W)
Lowest Ask $900

Jordan 1 Retro High 85 Varsity Red
Lowest Ask $389

Jordan 1 Retro High Dark Mocha
Lowest Ask $440

share this article

CONFIDENTIAL
NIKE0065799

premium.



### Air Jordan 1 Retro High "Royal Toe"

For this retro release, Jordan Brand hybridized two 1985 Jordan 1 models; mixing elements of the "Royal" and "Black Toe" colour schemes. Using the colour blocking of the OG "Black Toe" as a starting point, Jordan then applied hits of "Royal" blue on the toe, ankle and outsole, as well as a white Wings logo to the collar. While the storytelling of this collaboration may have lacked the richness of some of Jordan's collaborations from 2020, or releases like the "New Beginnings" pack, it's clear that there was a voracious appetite for this non-OG colourway, as it was one of our customer's favourite Jordans of 2020, ranking as the second most-commonly sold Jordan sneaker this year.

Second only to the "Flint" XIII, the Air Jordan I "Royal Toe" saw nearly 50,000 sales on StockX in 2020.



Jordan 4 Retro Off-White Sail (W)
Lowest Ask $900

Jordan 1 Retro High 85 Varsity Red
Lowest Ask $389

Jordan 1 Retro High Dark Mocha
Lowest Ask $440

share this article





### Air Jordan IV RetroUnion "Guava Ice"

Another esteemed Jordan collaborator, Union's Chris Gibbs delivered a divisive Jordan IV this year, as a follow-up to his Jordan I collaboration in 2018. When images first hit the web, some Jordan fans baulked at the snubbed tongue, which Gibbs later revealed could be unstitched to resemble a more familiar Jordan IV tongue. Gibbs once again showed his keen ability to tell stories through products, and if Jordan Brand doesn't wind up tapping Union for

Document title: Best Jordans Of 2020: The Ultimate Guide - StockX News
Capture URL: https://stockx.com/news/en-gb/best-jordans-of-2020/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:07:36 GMT

Page 5 of 8

CONFIDENTIAL

NIKE0065800

this year, as a follow-up to his Jordan I collaboration in 2018. When images first hit the web, some Jordan fans baulked at the snubbed tongue, which Gibbs later revealed could be unstitched to resemble a more familiar Jordan IV tongue. Gibbs once again showed his keen ability to tell stories through products, and if Jordan Brand doesn't wind up tapping Union for a third collaboration, we would be greatly surprised.

The Union-exclusive "Guava Ice" colourway sold for an average of 214% above retail.



### Air Jordan I Retro High "Court Purple"

The Air Jordan I "Court Purple" were among a bevvy of non-OG colourways introduced in 2020, including the "Bio Hack", "Light Smoke", and others. What makes "Court Purple" a front-runner for the best Jordan of 2020? Even Kanye West couldn't resist lacing up a pair and posting his on-foot photo on Twitter (before deleting it). Naturally, this made it one of the most searched colourways on StockX. The 2020 edition does differ slightly from the similar 2018 version, the latter of which differed via black panels on the toe box and lace stay.

Nearly 40,000 pairs of the Air Jordan I "Court Purple" were sold on StockX this year.



### Air Jordan IV Retro "Black Cat" (2020)

This year, the no-fuss "Black Cat" Jordan IV was treated to a retro release for the first time ever, which is kind of a big deal. This murdered out Jordan IV first released in 2006, and the



Jordan 4 Retro Off-White Sail (W)

Lowest Ask $900

Jordan 1 Retro High 85 Varsity Red

Lowest Ask $389

Jordan 1 Retro High Dark Mocha

Lowest Ask $440

share this article



CONFIDENTIAL
NIKE0065801

This year, the no-fuss "Black Cat" Jordan IV was treated to a retro release for the first time ever, which is kind of a big deal. This murdered out Jordan IV first released in 2006, and the name "Black Cat" derived from one of Jordan's nicknames. Nubuck leather is complemented by graphite matte finishes, while Jumpman logos on the tongue and heel blend in seamlessly with the stealthy colour scheme. These are a cheat code. What else is there to say?

Over 20,000 pairs of the Air Jordan IV "Black Cat" were sold on StockX in 2020.



### Air Jordan I Retro High "Dark Mocha"

Yet another non-OG Jordan I colourway that did not linger on shelves. If you see some similarities between this Air Jordan I "Dark Mocha" and Travis Scott's reverse-Swoosh Jordan I from 2019, you're not alone. It's difficult to deny that the brown tones on the "Dark Mocha" edition are pretty similar to Travis Scott's collaborative model, and many saw this as an opportunity to secure the look of Scott's collaboration for less. Social media was quick to pick up on this comparison as well, with memes and reviews that drew comparisons between the two Jordan Is.

Over 27,000 pairs of the Air Jordan 1 "Dark Mocha" were flipped on StockX in 2020.



Jordan 4 Retro Off-White Sail (W)
Lowest Ask $900

Jordan 1 Retro High 85 Varsity Red
Lowest Ask $389

Jordan 1 Retro High Dark Mocha
Lowest Ask $440

share this article




### Air Jordan I Retro High (Oklahoma Sooners PE)

Document title: Best Jordans Of 2020: The Ultimate Guide - StockX News
Capture URL: https://stockx.com/news/en-gb/best-jordans-of-2020/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:07:36 GMT

CONFIDENTIAL

NIKE0065802

**StockX**

The Magazine
News and Editorials from StockX





Jordan 4 Retro Off-White
Sail (W)
Lowest Ask $900

Jordan 1 Retro High 85
Varsity Red
Lowest Ask $389

Jordan 1 Retro High Dark
Mocha
Lowest Ask $440

share this article

Next Up
Literally Just Vibing

### Air Jordan I Retro High (Oklahoma Sooners PE) & Air Jordan I Retro High (Georgetown PE)

Player exclusives and friends-and-family models from Jordan Brand are some of the most covetable sneakers, and some of the most expensive on the aftermarket, specifically because they are never available to the public. While most of have little chance of ever owning a Jordan PE, occasionally some pairs do find their way onto StockX.

This year, just one pair each of player-exclusive Jordan 1s from Oklahoma and Georgetown sold for £3,644 and £4,012 respectively. What makes these models different from a regular Jordan 1, aside from the fact that they're only given to players and staff? Exotic leathers feature throughout, like faux stingray and reptile-embossed leather, while school logos appear on the tongue. This extra attention to detail ensures both releases make our best Jordans of 2020 list.

   StockX

**StockX.** Your Inbox.
Better together. Sign up for our newsletter.

email@example.com →

## StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Apparel | Nike |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Red and Black Jordans: A Guide | Jordan 4 Military Black | Nike | Nike Dunks |
| Air Jordan 5 | Yeezy Boost 350 V2 | Salomon | Nike Dunk Low Panda | Essentials | Air Force 1 |
| Air Jordan 3 | Yeezy Boost 700 | Is StockX Legit? | VLONE | VLONE | Air Max 1 |
| Air Jordan 11 | Yeezy 500 | Top Telfar Bags | Telfar Shopping Bag Small | Nike Tech Fleece | Women's Nikes |
| Air Jordan 4 | Yeezy Slides | PS5 Controllers & Accessories | Swatch x Omega Moonwatch | Yeezy GAP | Nike TN |
| Jordan 1 Mid | Yeezy Foam RNNR | adidas Samba | Cortoiz Alcatraz Hoodie | Supreme | Nike x sacai |
|  |  |  | Jordan 1 Travis Scott Reverse Mocha |  |  |

Find Us on Social

Download Our App

🔨 Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN   EN-GB   IT   DE   FR   FR-CA   ZH-CN   ZH-TW   JA   KO   ES-MX   ES-US

©2023 StockX. All Rights Reserved.

Document title: Best Jordans Of 2020: The Ultimate Guide - StockX News
Capture URL: https://stockx.com/news/en-gb/best-jordans-of-2020/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:07:36 GMT
Page 8 of 8
CONFIDENTIAL
NIKE0065803