# Exhibit 09

PageVault

| | |
|---|---|
| Document title: | The Best Nike Shoes for Men in 2020 - StockX News |
| Capture URL: | https://stockx.com/news/the-best-nike-shoes-for-men/ |
| Page loaded at (UTC): | Fri, 17 Feb 2023 22:11:05 GMT |
| Capture timestamp (UTC): | Fri, 17 Feb 2023 22:11:45 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 12 |
| Capture ID: | a7a44804-95e3-4868-a115-26eef0d51649 |
| User: | anna |

PDF REFERENCE #:     x8YwPSgugP2ZXBz3bTPYBP

CONFIDENTIAL                                                         NIKE0065833

StockX

The Hype
News and Editorials from StockX




SNEAKERS - FEBRUARY 28, 2020

# The Best Nike Shoes for Men in 2020


**Morgan Baylis**
Morgan is a writer and sneaker analyst based in Detroit, MI. He is the Content Coordinator of StockX.





With new men's Nike shoes releasing every week, we listed the best Nike shoes for men in 2020.

There is a reason why we can't go into a room without seeing a Swoosh on someone's feet. Nike is the beating heart of the sneaker industry. They have created trends and industry standards with a relentless pursuit of new and innovative performance technology. With thousands of designs to choose from, there is an age-old question that has never been answered: what are the best Nikes for men? Well, today we have the answer- or at least something like an answer. The best Nikes for men is subjective. Everyone has a different definition and perspective of what "the best" is. To some, the best might mean a shoe that you can walk 25 miles in and your back will still feel amazing. To others, the best is a shoe that will appreciate over time, proving itself a smart investment. To others still, it could mean something completely different.

In compiling our list of the best Nike shoes for men, we tried to address each of these varied considerations.

These are the best Nikes for men.

## Comfort



share this article




Document title: The Best Nike Shoes for Men in 2020 - StockX News
Capture URL: https://stockx.com/news/the-best-nike-shoes-for-men/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:11:45 GMT
Page 1 of 11
CONFIDENTIAL
NIKE0065834



### Nike React Presto

The ultimate goal in life is to find the best pair of sneakers for your feet. It's not easy to find a pair that you can't go a day without because of how comfortable and reliable they are. Luckily, the Nike Air Presto has been a staple of comfort since its arrival in 2000. Despite all of Nike's technological developments in the last 20 years, the Presto is still here and has kept up with the times. The most recent update, the Nike React Presto, combines the upper of a Presto's classic silhouette with an upgraded React sole to maximize comfort. These are perfect for the long days that keep you on your feet all while having a clean look that will prepare you for any setting, making them unquestionably one of the best Nikes for men.



### Nike Air Max 270 React

Why is it that the Nike Air unit has a renowned identity and the rest of the foam sole does not? We don't think it's fair and apparently Nike didn't either. React technology is Nike's most innovative and responsive foam innovation to date and is now featured in many of their sneakers. The Nike Air Max 270 React is one of the best Nikes for men because it combines the best of both worlds, providing ultimate comfort throughout the entire sole.







**Nike Flyknit Trainer**

The sole of a shoe isn't the only aspect that should be considered when searching for the best and most comfortable Nike. There are cases where the shape of the silhouette clash with your foot shape and all comfort is lost. Nike found a solution with Flyknit technology. The Nike Flyknit Trainer brings flexibility that most shoes can't deliver, allowing your foot shape to become the silhouette. Its woven upper moves with your foot, eliminating the discomfort that comes with uppers that don't fit in the right places.



| Nike React Presto Barely Volt | Nike Air Max 270 React Bauhaus | Nike Air Max 270 React Optical |
| --- | --- | --- |
| Lowest Ask | Lowest Ask | Lowest Ask |
| $181 | $183 | $117 |

# Investment



**Nike Air Force 1 Low Off-White**

The best Nikes for men are more than just shoes, they are also an investment. Virgil Abloh has proven throughout his many Nike collaborations that sneakers can acquire value at



share this article

Document title: The Best Nike Shoes for Men in 2020 - StockX News
Capture URL: https://stockx.com/news/the-best-nike-shoes-for-men/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:11:45 GMT
Page 3 of 11
CONFIDENTIAL                                                    NIKE0065836

The best Nikes for men are more than just shoes, they are also an investment. Virgil Abloh has proven throughout his many Nike collaborations that sneakers can acquire value at rapids rates, just like stocks. One shoe that has been rapidly appreciating in value is the Nike Air Force 1 Low Off-White. After retailing at just $170 in 2017, they now hold an average resale value of $1,625, which amounts to an 856% price premium. In just the last year, these shoes have increased by a whopping $684. With deadstock quantities becoming more scarce, we expect this Air Force 1 Off-White to gain even more value as time goes on, making them on of Nike's best shoes for investment purposes



### Nike Air Force 1 CLOT 1World

Some Nike grails don't start to appreciate until more people buy into the hype. In the last year, CLOT has been on a hot streak with Air Force 1 releases. These quick-strike sellouts have caused us to look back and appreciate older CLOT releases that didn't drop with the same hype that exists today. The growing appreciation for silk-covered CLOT Forces has caused the Nike Air Force 1 CLOT 1World (2018) to spike in value by $478 in the last year. These AF1s now average a resale value of $768 at a 284% premium.



### Nike SB Dunk Low Staple Panda Pigeon

The world is in a Nike Dunk craze and we are all about it, and any list of the best Nikes for men has to include at least one Dunk. The Dunk is historic, originating as one of the first basketball shoes worn by Nike-sponsored NCAA teams. Dunks from the early- to mid-2000s have shown the main surge, some even reaching the five-figure range. The key to investing is to buy low and watch value soar, so you want to enter the game when the trend starts rising. With that being said, The Nike SB Dunk Low Staple Panda Pigeon has shown



share this article

basketball shoes worn by Nike-sponsored NCAA teams. Dunks from the early- to mid-2000s have shown the main surge, some even reaching the five-figure range. The key to investing is to buy low and watch value soar, so you want to enter the game when the trend starts rising. With that being said, The Nike SB Dunk Low Staple Panda Pigeon has shown the potential to become tomorrow's grail. In a year since its 2019 release, the Panda Pigeon has seen a $141 increase in trade value. This might seem like small change compared to the increase of older dunks, but these are still relatively new and show no signs of slowing down.



# Rarest



### Nike MAG Back to the Future

When Marty McFly hopped out of the Delorean in Back to the Future II, we were introduced to one of the best Nikes to ever grace a silver screen: the Nike MAG. Decades later, Nike auctioned off a limited number of the Nike Mag Back To The Future (2011) with all proceeds going to The Michael J. Fox Foundation for Parkinson's Research. This unofficial release caused these shoes to become one of the most scarce Nikes in existence with only 29 pairs sold on StockX in the last 12 months.



Document title: The Best Nike Shoes for Men in 2020 - StockX News
Capture URL: https://stockx.com/news/the-best-nike-shoes-for-men/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:11:45 GMT
Page 5 of 11
CONFIDENTIAL
NIKE0065838

StockX

The Magazine
News and Editorials from StockX

sold on StockX in the last 12 months.



### Nike Dunk SB Low Paris

The best Nikes are so unique that even two of the same shoe are different. The Nike Dunk SB Low Paris released for the White Dunk: Evolution of an Icon art event in Paris. A limited 202 pairs were released, each pair unique. The featured artwork of French painter Bernard Buffet was applied to the canvas that Nike cut out for each shoe. In almost 17 years since their release, Paris Dunks are still reselling but in extremely low quantities. These Dunks are so rare, only five have sold on StockX in the past year, averaging a resale price of $17,626.



### Nike Air Yeezy 2 Red October

It makes sense that arguably one of the most famous musicians of all time has one of the best Nikes to ever release. The Nike Air Yeezy 2 Red October single-handedly sent the secondary sneaker market to Mars after its instant sell-out release in 2013. This Yeezy 2 would be the last to release in Kanye's Nike saga, making it the most memorable. Some hype comes and goes, but for a rare sneaker like the Red Octobers, it never dies. Only 63 pairs have resold on StockX in the past 12 months with values reaching $6,802 on average, making it the most valuable Kanye West sneaker to date.



share this article

Document title: The Best Nike Shoes for Men in 2020 - StockX News
Capture URL: https://stockx.com/news/the-best-nike-shoes-for-men/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:11:45 GMT
CONFIDENTIAL

Page 6 of 11

NIKE0065839

StockX — The Magazine
News and Editorials from StockX



### NikeCraft Mars Yard 1.0

If we were told 10 years ago that the best signature Nike didn't involve an athlete or a musician then we would have refused to believe it. In 2012, Tom Sachs did the unthinkable and partnered with Nike to release the NikeCraft Mars Yard 1.0. This shoe was only available at his Space Program event in New York, bypassing an online release. After the trailing releases of the Mars Yard 2.0 and Mars Yard Overshoe, the original Mars Yard has become even more scarce in the secondary market. In the past year, only seven pairs have sold on StockX, making it one of the most exclusive non-sample sneakers to hit the market.



| Nike MAG Back to the Future (2011) | Nike SB Dunk Low Paris | Nike Air Yeezy 2 Red October |
|---|---|---|
| Lowest Ask $21658 | Lowest Ask $81200 | Lowest Ask $15500 |

## In Demand





share this article

### Air Force 1 Low White '07

The classics will always be up for consideration when it comes to picking the best Nike shoes for men. It's special when a shoe is timeless and remains in style regardless of fast-changing trends. Nike Air Force 1s will always be the most well-known Nike silhouette because of the impact it has had on sneaker design and the duration in which it has been popular. In just the last 12 months, over 18,000 pairs of the Air Force 1 Low White '07 have sold on StockX. These sales are astronomical for a shoe that has been around for almost 40 years and has made it the best selling Nike for men.



### Nike LD Waffle Sacai

The Nike LD Waffle Sacai was hands down the best Nike men's release of 2019 and that carries more weight than you would think. It's not often we see a brand new design in today's market rise to the top and become one of the best selling Nikes on StockX. Between both of the original LD Waffle Sacai colorways, almost 18,000 pairs have sold in the past 12 months on StockX. The demand is sky-high for this collaboration and with future sneakers between Nike and Sacai on the horizon, we don't see it falling any time soon.





### Nike Blazer Mid '77 Vintage

Just like the Air Force 1, the Nike Blazer Mid '77 Vintage is a timeless Nike Basketball design that will always be a mainstay in sneaker culture. Its longevity and eternal popularity make it

### Nike Blazer Mid '77 Vintage

Just like the Air Force 1, the Nike Blazer Mid '77 Vintage is a timeless Nike Basketball design that will always be a mainstay in sneaker culture. Its longevity and eternal popularity make it one of the best Nike shoes for men. In just the past year nearly 10,000 pairs of the Nike Blazer Mid '77 have sold on StockX, making them the third best-selling Nike. This is a shoe that is truly built to impress on any occasion and looks better with age and wear.



## Outside the Box



### Nike Zoom Terra Kiger 5 Off-White (W)

If there is a (W) at the end of a sneaker's name don't assume that it is only for women. Some of the best Nike shoes for men aren't even released in men's sizing, and sometimes what a man needs is to go outside his comfort zone. Both Nike and Jordan Brand have a history of releasing some of their best colorways in women's sizing and last year, Virgil Abloh and Nike released a variety of women's sneakers that everyone wanted. The Nike Zoom Terra Kiger 5 Off-White (W) ranked as one of the best selling sneakers for men and women over the last 12 months. The white colorway recorded the second-most sales in the Nike sneaker category overall with over 10,700 pairs sold.




Document title: The Best Nike Shoes for Men in 2020 - StockX News
Capture URL: https://stockx.com/news/the-best-nike-shoes-for-men/
Capture timestamp (UTC): Fri, 17 Feb 2023 22:11:45 GMT
Page 9 of 11
CONFIDENTIAL
NIKE0065842



## Air Vapormax 2019 Cactus Plant Flea Market (W)

When one of the most hyped sneakers of the year releases in women's sizing, you shouldn't let a silly little size tag prevent you from flexing to the max. The Air Vapormax 2019 Cactus Plant Flea Market (W) was one the best Nike shoes for men and women last year for the simple fact that we have never seen a shoe like this. An externally attached Swoosh with DIY feeling Cactus Plant graphics made this release a stand out, marking an unforgettable entrance to the sneaker game for CPFM.



## Nike Daybreak Undercover Black Sail (W)

The best Nikes for men are the shoes that slowly rise to the top and dominate the streets. If any shoe carried more validity in real life than on any sneaker blog or social feed, it would be the Nike Daybreak Undercover Black Sail (W). We are actually surprised that this sneaker didn't receive a ton of hype online due to its striking resemblance to the Sacai LD Waffle, a.k.a Reigning Sneaker of the Year. Although this shoe was released in both men's and women's sizing, all sizes were accounted for in each colorway's size runs. This levels the playing field, making releases inclusive for everybody.



| Nike Zoom Terra Kiger 5 Off-White White (W) | Nike Zoom Terra Kiger 5 Off-White Black (W) | Nike Air VaporMax 2019 Cactus Plant Flea Market (W) |
|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask |
| $153 | $183 | $450 |







### Nike Daybreak Undercover Black Sail (W)

The best Nikes for men are the shoes that slowly rise to the top and dominate the streets. If any shoe carried more validity in real life than on any sneaker blog or social feed, it would be the Nike Daybreak Undercover Black Sail (W). We are actually surprised that this sneaker didn't receive a ton of hype online due to its striking resemblance to the Sacai LD Waffle, a.k.a Reigning Sneaker of the Year. Although this shoe was released in both men's and women's sizing, all sizes were accounted for in each colorway's size runs. This levels the playing field, making releases inclusive for everybody.

| Nike Zoom Terra Kiger 5 Off-White White (W) | Nike Zoom Terra Kiger 5 Off-White Black (W) | Nike Air VaporMax 2019 Cactus Plant Flea Market (W) |
|---|---|---|
| Lowest Ask $153 | Lowest Ask $183 | Lowest Ask $450 |

**share this article**

**Next Up**
Win the Travis Scott SB Dunks For $1



### Morgan Baylis

Morgan is a writer and sneaker analyst based in Detroit, MI. He is the Content Coordinator of StockX.

