# Exhibit 10

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 1,370,283
Registered Nov. 12, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## AIR JORDAN

NIKE, INC. (OREGON CORPORATION)
3900 S. W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR AND ATHLETIC CLOTHING, NAMELY, SHIRTS, PANTS, SHORTS, AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-28-1984; IN COMMERCE 11-28-1984.

SER. NO. 536,336, FILED 5-7-1985.

TERESA M. RUPP, EXAMINING ATTORNEY

NIKE0007145