# Exhibit 11

Case: 1:22-cv-03195 Document #: 11 Filed: 06/17/22 Page 63 of 86 PageID #:322

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,725,535** NIKE, INC. (OREGON CORPORATION)
Registered Dec. 15, 2009 ONE BOWERMAN DRIVE, DF4
BEAVERTON, OR 97005

**Int. Cl.: 25** FOR: FOOTWEAR; APPAREL, NAMELY, SHIRTS, PANTS, SHORTS AND SWEATBANDS; JACKETS, HATS, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK** FIRST USE 1-25-1985; IN COMMERCE 1-25-1985.
**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NO. 1,370,283.

THE MARK CONSISTS OF A DESIGN OF A BASKETBALL WITH WINGS ON THE LEFT AND RIGHT SIDE OF THE BASKETBALL WITH THE WORDS "AIR JORDAN" ABOVE THE BASKETBALL.

SER. NO. 77-753,704, FILED 6-5-2009.

HOWARD SMIGA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

NIKE0007167