# Exhibit 12

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,627,820
Registered May 26, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# JUMPMAN

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR; APPAREL, NAMELY, PANTS, SHORTS, SHIRTS, T-SHIRTS, SWEAT SHIRTS, SWEAT PANTS, JACKETS, SOCKS, CAPS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-276,692, FILED 9-11-2007.

DAWN FELDMAN, EXAMINING ATTORNEY