# Exhibit 13

Case: 1:22-cv-03195 Document #: 11 Filed: 06/17/22 Page 61 of 86 PageID #:320

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,558,100
Registered Sep. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR, T-SHIRTS, SHORTS, PULLOVERS, PANTS, WARM-UP SUITS AND TANK TOPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-24-1987; IN COMMERCE 11-24-1987.

SER. NO. 728,115, FILED 5-13-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

NIKE0007165