# Exhibit 14

Int. Cls.: **18 and 25**

Prior U.S. Cls.: **3 and 39**

**Reg. No. 1,742,019**

United States Patent and Trademark Office  Registered Dec. 22, 1992

## TRADEMARK
## PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: ALL-PURPOSE SPORTS BAGS AND BACKPACKS IN CLASS 18 (U.S. CL. 3).
   FIRST USE 1-31-1988; IN COMMERCE 1-31-1988.
FOR: FOOTWEAR AND CLOTHING, NAMELY, PANTS, SHORTS, SHIRTS, T-SHIRTS, SWEATSHIRTS, TANK TOPS, WARM-UP SUITS, JACKETS, HATS AND CAPS, AND SOCKS, IN CLASS 25 (U.S. CL. 39).
   FIRST USE 11-24-1987; IN COMMERCE 11-24-1987.
   OWNER OF U.S. REG. NO. 1,558,100 AND OTHERS.

SN 74-000,758, FILED 11-16-1989.

JANICE O'LEAR, EXAMINING ATTORNEY