# Exhibit 16

Case: 1:22-cv-03195 Document #: 11 Filed: 06/17/22 Page 5 of 86 PageID #:264

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,214,930
Registered Nov. 2, 1982

TRADEMARK
Principal Register

# NIKE

BRS Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 978,952 and 1,153,938.

Ser. No. 302,504, filed Mar. 23, 1981.

ERNEST H. LAND, Primary Examiner

NIKE0007152