# Exhibit 17

Case: 1:22-cv-03195 Document #: 11 Filed: 06/17/22 Page 25 of 86 PageID #:284

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Reg. No. 1,325,938
Registered Mar. 19, 1985

## TRADEMARK
Principal Register



NIKE0007125

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005, by merger from
BRS, Inc. (Oregon corporation)
Beaverton, Oreg.

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190, 1,153,938 and others.

Ser. No. 302,503, filed Mar. 23, 1981.

ERNEST H. LAND, Examining Attorney

NIKE0007126