# Exhibit 18

Case: 1:22-cv-03195 Document #: 11 Filed: 06/17/22 Page 12 of 86 PageID #:271

# United States Patent Office

977,190
Registered Jan. 22, 1974

## PRINCIPAL REGISTER
## Trademark

Ser. No. 414,177, filed Jan. 31, 1972

BRS, Inc. (Oregon corporation)
6175 SW. 112th Ave.
Beaverton, Oreg. 97005

For: ATHLETIC SHOES WITH SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES, in CLASS 22 (INT. CL. 25).

For: ATHLETIC SHOES WITHOUT SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES, in CLASS 39 (INT. CL. 25).

First use June 18, 1971; in commerce June 18, 1971.

NIKE0007111