# Exhibit 19

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**　　Reg. No. 1,323,343
　　　　　　　　　　　　　　　　　　　　　　　　　　　Registered Mar. 5, 1985

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)　　　　　For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
3900 SW. Murray Blvd.　　　　　　　　　First use Jun. 18, 1971; in commerce Jun. 18, 1971.

NIKE0007113

Beaverton, Oreg. 97005, by merger from BRS, Inc. (Oregon corporation) Beaverton, Oreg.

Owner of U.S. Reg. Nos. 977,190, 1,145,473 and others.

Ser. No. 304,275, filed Apr. 3, 1981.

PAMELA RASK, Examining Attorney

NIKE0007114