# Exhibit 21



|  |  |  |  |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-08-07 17:57:12 EDT | | |
| **Mark:** | AIR JORDAN | | |
| **US Serial Number:** | 77753704 | **Application Filing Date:** | Jun. 05, 2009 |
| **US Registration Number:** | 3725535 | **Registration Date:** | Dec. 15, 2009 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Feb. 01, 2020 | | |
| **Publication Date:** | Sep. 29, 2009 | | |

## Mark Information

|  |  |
|---|---|
| **Mark Literal Elements:** | AIR JORDAN |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of a design of a basketball with wings on the left and right side of the basketball with the words "AIR JORDAN" above the basketball. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 03.17.01 - Bird wings shown alone or as part of something other than associated animal; Wings of birds, shown alone or as part of something other than associated animal<br>21.03.20 - Basketballs<br>24.09.07 - Advertising, banners; Banners |

## Related Properties Information

|  |  |
|---|---|
| **Claimed Ownership of US Registrations:** | 1370283 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |  |  |
|---|---|---|---|
| **For:** | Footwear; Apparel, namely, shirts, pants, shorts [ and sweatbands] ; Jackets, hats; Sweatshirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 25, 1985 | **Use in Commerce:** | Jan. 25, 1985 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Nike, Inc.
**Owner Address:** One Bowerman Drive
Beaverton, OREGON UNITED STATES 970056453
**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** OREGON

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Jennifer Martin Reynolds
**Attorney Primary Email Address:** Nike.Docket@nike.com          **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Jennifer Martin Reynolds
One Bowerman Drive
Beaverton, OREGON UNITED STATES 97005-6453
**Phone:** 5036716453
**Correspondent e-mail:** Nike.Docket@nike.com Nike_TMdocketing@cardinal-ip.com          **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 04, 2024 | NOTICE OF SUIT | |
| Oct. 24, 2023 | NOTICE OF SUIT | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 21, 2022 | NOTICE OF SUIT | |
| Nov. 29, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 29, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 29, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 29, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 29, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 06, 2022 | NOTICE OF SUIT | |
| Aug. 05, 2022 | NOTICE OF SUIT | |
| Jun. 22, 2022 | NOTICE OF SUIT | |
| Jun. 09, 2022 | NOTICE OF SUIT | |
| May 13, 2022 | NOTICE OF SUIT | |
| May 12, 2022 | NOTICE OF SUIT | |
| May 10, 2022 | NOTICE OF SUIT | |
| Apr. 14, 2022 | NOTICE OF SUIT | |
| Apr. 11, 2022 | NOTICE OF SUIT | |
| Mar. 09, 2022 | NOTICE OF SUIT | |
| Mar. 04, 2022 | NOTICE OF SUIT | |
| Mar. 02, 2022 | NOTICE OF SUIT | |

| Date | Event |
|---|---|
| Nov. 09, 2021 | NOTICE OF SUIT |
| Aug. 10, 2021 | NOTICE OF SUIT |
| Aug. 06, 2021 | NOTICE OF SUIT |
| Feb. 01, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Feb. 01, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Feb. 01, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jan. 29, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Dec. 13, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Dec. 13, 2019 | TEAS SECTION 8 & 9 RECEIVED |
| Dec. 15, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED |
| Feb. 23, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Feb. 23, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 22, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Feb. 22, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Feb. 22, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Dec. 15, 2015 | TEAS SECTION 8 & 15 RECEIVED |
| Dec. 15, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Apr. 28, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Apr. 28, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 24, 2014 | NOTICE OF SUIT |
| Mar. 22, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 22, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 17, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 17, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jun. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 15, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 15, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Dec. 15, 2009 | REGISTERED-PRINCIPAL REGISTER |
| Sep. 29, 2009 | PUBLISHED FOR OPPOSITION |
| Sep. 09, 2009 | NOTICE OF PUBLICATION |
| Aug. 26, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Aug. 26, 2009 | ASSIGNED TO LIE |
| Aug. 21, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 21, 2009 | ASSIGNED TO EXAMINER |
| Jun. 10, 2009 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Jun. 09, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 09, 2009 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Feb. 01, 2020 |

## Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 4 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91282059 | **Filing Date:** | Nov 29, 2022 |
| **Status:** | Terminated | **Status Date:** | Sep 12, 2023 |

| | |
|---|---|
| **Interlocutory Attorney:** | MARY B MYLES |

| Defendant | |
|---|---|
| **Name:** | Grupo Flexi De Leon, S.A.P.I. de C.V. |
| **Correspondent Address:** | EVAN W. TALLEY<br>DUNLAP CODDING P.C.<br>609 W. SHERIDAN AVENUE<br>OKLAHOMA CITY OK UNITED STATES , 73102 |
| **Correspondent e-mail:** | etalley@dunlapcodding.com , docketing@dunlapcodding.com , jakehurst@dunlapcodding.com , ecampbell@dunlapcodding.com , joseland@dunlapcodding.com , litigation@dunlapcodding.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| AIRSHOCK | | 90858487 | |

| Plaintiff(s) | |
|---|---|
| **Name:** | Nike, Inc. |
| **Correspondent Address:** | HELEN HILL MINSKER<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 W. MADISON STREET, SUITE 4200<br>CHICAGO IL UNITED STATES , 60602-4231 |
| **Correspondent e-mail:** | helen.minsker@arnoldporter.com , michael.harris@arnoldporter.com , michael.kientzle@arnoldporter.com , kathleen.duffy@arnoldporter.com , kim.hedgren@arnoldporter.com , trademarkdocketing@arnoldporter.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| AIR | | 75975988 | 2068075 |
| AIR | | 90059816 | 6695024 |
| AIR270 | | 88824186 | 6124768 |
| AIR-SOLE | | 73172398 | 1145812 |
| NIKE AIR | | 73368773 | 1284386 |
| NIKE AIR | | 73799044 | 1571066 |
| NIKE AIR | | 73391596 | 1307123 |
| AIR JORDAN | | 73536336 | 1370283 |
| AIR JORDAN | | 77753704 | 3725535 |
| AIR MAX | | 73714272 | 1508348 |
| AIR FLIGHT | | 74132298 | 1686515 |
| AIR FORCE I | | 77443326 | 3520484 |
| NIKE AIR VAPORMAX | | 86315323 | 5286596 |
| NIKE SHOX | | 75918603 | 2970902 |
| AIR | | 97056361 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 11 | TERMINATED | Sep 12, 2023 | |
| 10 | BD DECISION: OPP DISMISSED W/O PREJ | Sep 12, 2023 | |
| 9 | W/DRAW OF APPLICATION | Sep 05, 2023 | |
| 8 | EXTENSION OF TIME GRANTED | Jul 12, 2023 | |
| 7 | D MOT FOR EXT W/ CONSENT | Jul 12, 2023 | |
| 6 | CONSOLIDATED W/92081086; TRIAL DATES REMAIN | Jan 19, 2023 | |
| 5 | P MOT TO CONSOLIDATE | Jan 17, 2023 | |
| 4 | ANSWER | Jan 09, 2023 | |
| 3 | INSTITUTED | Nov 29, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 29, 2022 | Jan 08, 2023 |
| 1 | FILED AND FEE | Nov 29, 2022 | |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92081086 | **Filing Date:** | Nov 29, 2022 |

| | |
|---|---|
| **Status:** Terminated | **Status Date:** Sep 12, 2023 |
| **Interlocutory Attorney:** MARY B MYLES | |

### Defendant

**Name:** Grupo Flexi De Leon, S.A.P.I. de C.V.

**Correspondent Address:** EVAN W. TALLEY
DUNLAP CODDING, P.C.
609 W. SHERIDAN AVENUE
OKLAHOMA CITY OK UNITED STATES , 37510

**Correspondent e-mail:** tmclient@dunlapcodding.com , etalley@dunlapcodding.com , ecampbell@dunlapcodding.com , joseland@dunlapcodding.com , docketing@dunlapcodding.com , litigation@dunlapcodding.com , jakehurst@dunlapcodding.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| AIRSHOCK | | 90858476 | 6869416 |

### Plaintiff(s)

**Name:** Nike, Inc.

**Correspondent Address:** HELEN HILL MINSKER
ARNOLD & PORTER KAYE SCHOLER LLP
70 W. MADISON STREET, SUITE 4200, IP DOCKETING
CHICAGO IL UNITED STATES , 60602

**Correspondent e-mail:** helen.minsker@arnoldporter.com , michael.harris@arnoldporter.com , michael.kientzle@arnoldporter.com , kathleen.duffy@arnoldporter.com , kim.hedgren@arnoldporter.com , trademarkdocketing@arnoldporter.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| AIR | | 75975988 | 2068075 |
| AIR | | 90059816 | 6695024 |
| AIR270 | | 88824186 | 6124768 |
| AIR-SOLE | | 73172398 | 1145812 |
| NIKE AIR | | 73368773 | 1284386 |
| NIKE AIR | | 73799044 | 1571066 |
| NIKE AIR | | 73391596 | 1307123 |
| AIR JORDAN | | 73536336 | 1370283 |
| AIR JORDAN | | 77753704 | 3725535 |
| AIR MAX | | 73714272 | 1508348 |
| AIR FLIGHT | | 74132298 | 1686515 |
| AIR FORCE I | | 77443326 | 3520484 |
| NIKE AIR VAPORMAX | | 86315323 | 5286596 |
| NIKE SHOX | | 75918603 | 2970902 |
| AIR | | 97056361 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 10 | TERMINATED | Sep 12, 2023 | |
| 9 | COMMR ORDER CANCELLING REG | Sep 12, 2023 | |
| 8 | BD DECISION: CAN DENIED W/O PREJ | Sep 12, 2023 | |
| 7 | VOLUNTARY SURRENDER OF REGISTRATION | Sep 05, 2023 | |
| 6 | CONSOLIDATED W/91282059; TRIAL DATES REMAIN | Jan 19, 2023 | |
| 5 | P MOT TO CONSOLIDATE | Jan 17, 2023 | |
| 4 | ANSWER | Jan 09, 2023 | |
| 3 | INSTITUTED | Nov 29, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 29, 2022 | Jan 08, 2023 |
| 1 | FILED AND FEE | Nov 29, 2022 | |

### Type of Proceeding: Opposition

**Proceeding** 91278263   **Filing Date:** Aug 30, 2022

|  |  |  |  |
|---|---|---|---|
| **Number:** | | | |
| **Status:** | Awaiting Expiration of Appeal Period | **Status Date:** | Jul 09, 2024 |
| **Interlocutory Attorney:** | TASHIA A BUNCH | | |

### Defendant

|  |  |
|---|---|
| **Name:** | Timothy Jinks |
| **Correspondent Address:** | TIMOTHY JINKS<br>6231 HANNA COURT<br>CHARLOTTE NC UNITED STATES , 28212 |
| **Correspondent e-mail:** | timjinks@gmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| 4IR | | 90659215 | |

### Plaintiff(s)

|  |  |
|---|---|
| **Name:** | NIKE, Inc. |
| **Correspondent Address:** | HELEN HILL MINSKER<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 W. MADISON STREET, SUITE 4200, IP DOCKETING<br>CHICAGO IL UNITED STATES , 60602 |
| **Correspondent e-mail:** | helen.minsker@arnoldporter.com , michael.harris@arnoldporter.com , michael.kientzle@arnoldporter.com , kathleen.duffy@arnoldporter.com , kim.hedgren@arnoldporter.com , trademarkdocketing@arnoldporter.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| AIR | | 75975988 | 2068075 |
| AIR | | 90059816 | 6695024 |
| AIR270 | | 88824186 | 6124768 |
| AIR-SOLE | | 73172398 | 1145812 |
| NIKE AIR | | 73368773 | 1284386 |
| NIKE AIR | | 73799044 | 1571066 |
| NIKE AIR | | 73391596 | 1307123 |
| AIR JORDAN | | 73536336 | 1370283 |
| AIR JORDAN | | 77753704 | 3725535 |
| AIR MAX | | 73714272 | 1508348 |
| AIR FLIGHT | | 74132298 | 1686515 |
| AIR TRAINER MAX | | 74254999 | 1789463 |
| AIR FORCE I | | 77443326 | 3520484 |
| NIKE AIR VAPORMAX | | 86315323 | 5286596 |
| AIR | | 97056361 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 14 | FINAL DECISION: OPP SUSTAINED | Jul 09, 2024 | |
| 13 | SUBMITTED FOR FINAL DECISION | Mar 18, 2024 | |
| 12 | P MAIN BRIEF: TM RULE 2.128 | Jan 16, 2024 | |
| 11 | P DECLARATION OF DAVID SCHECHTER EX U | Aug 03, 2023 | |
| 10 | P DECLARATION OF DAVID SCHECHTER EXS P-T | Aug 03, 2023 | |
| 9 | P DECLARATION OF DAVID SCHECHTER EXS A-O | Aug 03, 2023 | |
| 8 | P DECLARATION OF DAVID SCHECHTER | Aug 03, 2023 | |
| 7 | P TESTIMONY | Aug 03, 2023 | |
| 6 | INITIAL DISCLOSURES NO CONSIDERATION | Dec 13, 2022 | |
| 5 | D INITIAL DISCLOSURES | Dec 12, 2022 | |
| 4 | ANSWER | Sep 08, 2022 | |
| 3 | INSTITUTED | Aug 30, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 30, 2022 | Oct 09, 2022 |

| 1 | FILED AND FEE | Aug 30, 2022 |
|---|---|---|

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91277965 | **Filing Date:** | Aug 15, 2022 |
| **Status:** | Terminated | **Status Date:** | Feb 01, 2023 |
| **Interlocutory Attorney:** | JILL M MCCORMACK | | |

### Defendant

| | |
|---|---|
| **Name:** | Cole, Edward |
| **Correspondent Address:** | JANET KAUFMAN<br>JK LEGAL SERVICES APC<br>144 W. D. ST. STE. 101<br>ENCINITAS CA UNITED STATES , 92024 |
| **Correspondent e-mail:** | jank@jklegalservices.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| AIR PERFORMANCE | | 90769919 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | NIKE, Inc. |
| **Correspondent Address:** | HELEN HILL MINSKER<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 W. MADISON STREET SUITE 4200, IP DOCKETING<br>CHICAGO IL UNITED STATES , 60602 |
| **Correspondent e-mail:** | helen.minsker@arnoldporter.com , michael.harris@arnoldporter.com , kathleen.duffy@arnoldporter.com , kim.hedgren@arnoldporter.com , trademarkdocketing@arnoldporter.com , michael.kientzle@arnoldporter.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| AIR | | 75975988 | 2068075 |
| AIR | | 90059816 | 6695024 |
| AIR270 | | 88824186 | 6124768 |
| AIR-SOLE | | 73172398 | 1145812 |
| NIKE AIR | | 73368773 | 1284386 |
| NIKE AIR | | 73799044 | 1571066 |
| NIKE AIR | | 73391596 | 1307123 |
| AIR JORDAN | | 73536336 | 1370283 |
| AIR JORDAN | | 77753704 | 3725535 |
| AIR MAX | | 73714272 | 1508348 |
| AIR FLIGHT | | 74132298 | 1686515 |
| AIR TRAINER MAX | | 74254999 | 1789463 |
| AIR FORCE I | | 77443326 | 3520484 |
| NIKE AIR VAPORMAX | | 86315323 | 5286596 |
| AIR | | 97056361 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 8 | TERMINATED | Feb 01, 2023 | |
| 7 | BD DECISION: OPP DISMISSED W/O PREJ | Feb 01, 2023 | |
| 6 | W/DRAW OF APPLICATION W/ CONSENT | Jan 31, 2023 | |
| 5 | D CHANGE OF CORRESP ADDRESS | Sep 23, 2022 | |
| 4 | ANSWER | Sep 23, 2022 | |
| 3 | INSTITUTED | Aug 15, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 15, 2022 | Sep 24, 2022 |
| 1 | FILED AND FEE | Aug 15, 2022 | |