# Exhibit 22

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-08-07 17:54:43 EDT |
| **Mark:** | JUMPMAN |

# JUMPMAN

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77276692 | **Application Filing Date:** | Sep. 11, 2007 |
| **US Registration Number:** | 3627820 | **Registration Date:** | May 26, 2009 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jan. 10, 2020 | | |

**Publication Date:** Jan. 01, 2008  **Notice of Allowance Date:** Mar. 25, 2008

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | JUMPMAN |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Footwear; apparel, namely, pants, shorts, shirts, t-shirts, sweat shirts, sweat pants, jackets, socks, caps, hats | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2009 | **Use in Commerce:** | Jan. 01, 2009 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Nike, Inc. |
| **Owner Address:** | One Bowerman Drive |

| | |
|---|---|
| | Beaverton, OREGON UNITED STATES 970056453 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | OREGON |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Jennifer Martin Reynolds |
| **Attorney Primary Email Address:** | Nike.Docket@nike.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Jennifer Martin Reynolds<br>One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 97005-6453 |
| **Phone:** | 5036716453 |
| **Correspondent e-mail:** | Nike.Docket@nike.com Nike_TMdocketing@cardinal-ip.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 29, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 29, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 29, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 29, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 29, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 04, 2022 | NOTICE OF SUIT | |
| Jan. 10, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 10, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 10, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 10, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 22, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 22, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| May 26, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Feb. 23, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 23, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 08, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jun. 08, 2015 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jun. 05, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| May 20, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| May 20, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 28, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Apr. 28, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 24, 2014 | NOTICE OF SUIT | |
| Mar. 22, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 22, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 17, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 17, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 15, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 15, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | |
|---|---|
| May 26, 2009 | REGISTERED-PRINCIPAL REGISTER |
| Apr. 20, 2009 | LAW OFFICE REGISTRATION REVIEW COMPLETED |
| Apr. 17, 2009 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Apr. 13, 2009 | ASSIGNED TO EXAMINER |
| Apr. 13, 2009 | ASSIGNED TO EXAMINER |
| Apr. 10, 2009 | STATEMENT OF USE PROCESSING COMPLETE |
| Mar. 24, 2009 | USE AMENDMENT FILED |
| Apr. 10, 2009 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Mar. 24, 2009 | TEAS STATEMENT OF USE RECEIVED |
| Mar. 24, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 24, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 20, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 22, 2008 | SOU EXTENSION 1 GRANTED |
| Sep. 22, 2008 | SOU EXTENSION 1 FILED |
| Sep. 22, 2008 | SOU TEAS EXTENSION RECEIVED |
| Aug. 27, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 27, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 25, 2008 | NOA MAILED - SOU REQUIRED FROM APPLICANT |
| Jan. 01, 2008 | PUBLISHED FOR OPPOSITION |
| Dec. 12, 2007 | NOTICE OF PUBLICATION |
| Nov. 27, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Nov. 27, 2007 | ASSIGNED TO LIE |
| Oct. 23, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Oct. 19, 2007 | ASSIGNED TO EXAMINER |
| Sep. 15, 2007 | NOTICE OF PSEUDO MARK MAILED |
| Sep. 14, 2007 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

| | |
|---|---|
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Jan. 10, 2020 |