# Exhibit 23

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-08-07 18:00:42 EDT |
| **Mark:** |  |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73728115 | **Application Filing Date:** | May 13, 1988 |
| **US Registration Number:** | 1558100 | **Registration Date:** | Sep. 26, 1989 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Mar. 06, 2020 | | |
| **Publication Date:** | Jul. 04, 1989 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Design Search Code(s):** | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men
02.01.19 - Athletes (men); Golfer; Men, athletes, strongmen; Strongmen
02.09.05 - Humans, including men, women and children, depicted running; Running, humans
02.09.19 - Diving, humans; Humans, including men, women and children, depicted playing games or engaged in other sports; Playing games or sports, humans |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | FOOTWEAR, T-SHIRTS, SHORTS, PULLOVERS, PANTS, WARM-UP SUITS AND TANK TOPS | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 24, 1987 | **Use in Commerce:** | Nov. 24, 1987 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | |
|---|---|
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | NIKE, INC. |
| **Owner Address:** | One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 970056453 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | OREGON |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Jennifer Martin Reynolds |
| **Attorney Primary Email Address:** | Nike.Docket@nike.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Jennifer Martin Reynolds<br>One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 97005-6453 |
| **Phone:** | 5036716453 |
| **Correspondent e-mail:** | Nike_TMdocketing@cardinal-ip.com Nike.Docket@nike.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 04, 2024 | NOTICE OF SUIT | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 21, 2022 | NOTICE OF SUIT | |
| Nov. 29, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 29, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 29, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 29, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 29, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 06, 2022 | NOTICE OF SUIT | |
| Aug. 05, 2022 | NOTICE OF SUIT | |
| Jun. 22, 2022 | NOTICE OF SUIT | |
| Jun. 09, 2022 | NOTICE OF SUIT | |
| May 13, 2022 | NOTICE OF SUIT | |
| May 12, 2022 | NOTICE OF SUIT | |
| May 10, 2022 | NOTICE OF SUIT | |
| Apr. 14, 2022 | NOTICE OF SUIT | |
| Apr. 11, 2022 | NOTICE OF SUIT | |
| Mar. 09, 2022 | NOTICE OF SUIT | |
| Mar. 04, 2022 | NOTICE OF SUIT | |
| Mar. 02, 2022 | NOTICE OF SUIT | |
| Nov. 09, 2021 | NOTICE OF SUIT | |
| Aug. 10, 2021 | NOTICE OF SUIT | |
| Aug. 06, 2021 | NOTICE OF SUIT | |
| Nov. 10, 2020 | NOTICE OF SUIT | |
| May 13, 2020 | NOTICE OF SUIT | |
| Mar. 06, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 06, 2020 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |

| Date | Event |
|---|---|
| Mar. 06, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Mar. 04, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Jan. 14, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jan. 14, 2020 | TEAS SECTION 8 & 9 RECEIVED |
| Sep. 26, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED |
| Feb. 23, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Feb. 23, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Apr. 28, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Apr. 28, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 24, 2014 | NOTICE OF SUIT |
| Mar. 22, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 22, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 28, 2013 | NOTICE OF SUIT |
| May 08, 2012 | NOTICE OF SUIT |
| Apr. 26, 2012 | NOTICE OF SUIT |
| Oct. 28, 2011 | NOTICE OF SUIT |
| Oct. 17, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 17, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 16, 2011 | NOTICE OF SUIT |
| Jul. 21, 2011 | NOTICE OF SUIT |
| Jun. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| May 11, 2011 | NOTICE OF SUIT |
| May 04, 2011 | NOTICE OF SUIT |
| Mar. 24, 2011 | NOTICE OF SUIT |
| Mar. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 15, 2011 | NOTICE OF SUIT |
| Jan. 11, 2011 | NOTICE OF SUIT |
| Jan. 10, 2011 | NOTICE OF SUIT |
| Jan. 10, 2011 | NOTICE OF SUIT |
| Jan. 03, 2011 | NOTICE OF SUIT |
| Dec. 10, 2010 | NOTICE OF SUIT |
| Oct. 15, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 15, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Mar. 09, 2010 | NOTICE OF SUIT |
| Dec. 31, 2009 | NOTICE OF SUIT |
| Oct. 26, 2009 | NOTICE OF SUIT |
| Jun. 24, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 24, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 22, 2009 | ASSIGNED TO PARALEGAL |
| Apr. 16, 2009 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Apr. 16, 2009 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Apr. 01, 2009 | TEAS SECTION 8 & 9 RECEIVED |
| Oct. 01, 2008 | NOTICE OF SUIT |
| Sep. 25, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 29, 2008 | NOTICE OF SUIT |
| Sep. 26, 2008 | CASE FILE IN TICRS |
| Sep. 05, 2008 | NOTICE OF SUIT |
| Aug. 05, 2008 | NOTICE OF SUIT |
| Jul. 07, 2008 | NOTICE OF SUIT |

| Date | Description |
|---|---|
| Jul. 07, 2008 | NOTICE OF SUIT |
| Jun. 25, 2008 | NOTICE OF SUIT |
| Jun. 25, 2008 | NOTICE OF SUIT |
| Jun. 23, 2008 | NOTICE OF SUIT |
| Jun. 20, 2008 | NOTICE OF SUIT |
| Jun. 20, 2008 | NOTICE OF SUIT |
| Jun. 16, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 05, 2008 | NOTICE OF SUIT |
| Jun. 04, 2008 | NOTICE OF SUIT |
| Jun. 03, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 21, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| May 12, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| May 12, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 06, 2008 | NOTICE OF SUIT |
| Apr. 01, 2008 | NOTICE OF SUIT |
| Mar. 31, 2008 | NOTICE OF SUIT |
| Mar. 31, 2008 | NOTICE OF SUIT |
| Mar. 28, 2008 | NOTICE OF SUIT |
| Mar. 27, 2008 | NOTICE OF SUIT |
| Mar. 27, 2008 | NOTICE OF SUIT |
| Mar. 26, 2008 | NOTICE OF SUIT |
| Mar. 26, 2008 | NOTICE OF SUIT |
| Mar. 20, 2008 | NOTICE OF SUIT |
| Mar. 20, 2008 | NOTICE OF SUIT |
| Mar. 20, 2008 | NOTICE OF SUIT |
| Mar. 18, 2008 | NOTICE OF SUIT |
| Mar. 13, 2008 | NOTICE OF SUIT |
| Mar. 13, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 03, 2008 | NOTICE OF SUIT |
| Mar. 03, 2008 | NOTICE OF SUIT |
| Mar. 03, 2008 | NOTICE OF SUIT |
| Feb. 26, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |

| Date | Event |
|---|---|
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 11, 2008 | NOTICE OF SUIT |
| Feb. 03, 2008 | NOTICE OF SUIT |
| Feb. 03, 2008 | NOTICE OF SUIT |
| Jan. 31, 2008 | NOTICE OF SUIT |
| Jan. 28, 2008 | NOTICE OF SUIT |
| Jan. 28, 2008 | NOTICE OF SUIT |
| Jan. 21, 2008 | NOTICE OF SUIT |
| Jan. 21, 2008 | NOTICE OF SUIT |
| Jul. 12, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Mar. 22, 2007 | NOTICE OF SUIT |
| May 04, 1996 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Sep. 22, 1995 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Sep. 26, 1989 | REGISTERED-PRINCIPAL REGISTER |
| Jul. 04, 1989 | PUBLISHED FOR OPPOSITION |
| Jun. 03, 1989 | NOTICE OF PUBLICATION |
| Mar. 09, 1989 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Feb. 13, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 30, 1989 | NON-FINAL ACTION MAILED |
| Jan. 17, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 14, 1988 | NON-FINAL ACTION MAILED |
| Jul. 05, 1988 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Mar. 06, 2020 |

## Assignment Abstract Of Title Information

**Summary**

| | |
|---|---|
| **Total Assignments:** 2 | **Registrant:** NIKE, INC. |

**Assignment 1 of 2**

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |
| **Reel/Frame:** | 0945/0448 |
| **Pages:** | 15 |
| **Date Recorded:** | Apr. 01, 1993 |
| **Supporting Documents:** | No Supporting Documents Available |

**Assignor**

| | |
|---|---|
| **Name:** NIKE, INC. | **Execution Date:** Feb. 15, 1993 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** OREGON |

**Assignee**

| | |
|---|---|
| **Name:** BRS, INC. | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** OREGON |
| **Address:** ONE BOWERMAN DRIVE BEAVERTON, OREGON 97005-6453 | |

**Correspondent**

**Correspondent** BANNER, BIRCH, MCKIE & BECKETT

|  |  |
|---|---|
| **Name:** |  |
| **Correspondent Address:** | ALAN S. COOPER<br>1001 G STREET, N.W.<br>WASHINGTON, D.C. 20001-4597 |

**Domestic Representative - Not Found**

**Assignment 2 of 2**

|  |  |  |  |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |  |  |
| **Reel/Frame:** | 1159/0220 | **Pages:** | 16 |
| **Date Recorded:** | May 31, 1994 |  |  |
| **Supporting Documents:** | No Supporting Documents Available |  |  |

**Assignor**

|  |  |  |  |
|---|---|---|---|
| **Name:** | BRS, INC. | **Execution Date:** | May 27, 1994 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |

**Assignee**

|  |  |  |  |
|---|---|---|---|
| **Name:** | NIKE, INC. |  |  |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |
| **Address:** | ONE BOWERMAN DRIVE<br>BEAVERTON, OREGON 970056453 |  |  |

**Correspondent**

|  |  |
|---|---|
| **Correspondent Name:** | BANNER, BIRCH, MCKIE & BECKETT |
| **Correspondent Address:** | ERIC T. FINGERHUT<br>ELEVENTH FLOOR<br>1001 G STREET, N.W.<br>WASHINGTON, D.C. 20001-4597 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

|  |  |
|---|---|
| **Number of Proceedings:** | 10 |

**Type of Proceeding: Opposition**

|  |  |  |  |
|---|---|---|---|
| **Proceeding Number:** | 91235231 | **Filing Date:** | Jun 19, 2017 |
| **Status:** | Terminated | **Status Date:** | Dec 20, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM |  |  |

**Defendant**

|  |  |
|---|---|
| **Name:** | Gronk Nation, LLC |
| **Correspondent Address:** | FRANK M CAPRIO<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>200 CLINTON AVE WEST STE 900<br>HUNTSVILLE AL UNITED STATES , 35801 |

**Associated marks**

| Mark |  | Application Status | Serial Number | Registration Number |
|---|---|---|---|---|
|  |  |  | 87012317 |  |

**Plaintiff(s)**

|  |  |
|---|---|
| **Name:** | Nike, Inc. |
| **Correspondent Address:** | HELEN HILL MINSKER<br>BANNER & WITCOFF LTD<br>10 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO IL UNITED STATES , 60606 |

| | | | |
|---|---|---|---|
| **Correspondent e-mail:** | hminsker@bannerwitcoff.com , aheinze@bannerwitcoff.com , mhouston@bannerwitcoff.com , bwptotm@bannerwitcoff.com , bwlitdocket@bannerwitcoff.com | | |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| | | 74000758 | 1742019 |
| | | 73728115 | 1558100 |
| | | 78719454 | 3428287 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 8 | TERMINATED | Dec 20, 2017 | |
| 7 | BD DECISION: SUSTAINED | Dec 20, 2017 | |
| 6 | NOTICE OF DEFAULT | Oct 06, 2017 | |
| 5 | TRIAL DATES RESET | Aug 18, 2017 | |
| 4 | NOTICE OF DEFAULT | Aug 15, 2017 | |
| 3 | PENDING, INSTITUTED | Jun 26, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 26, 2017 | Aug 05, 2017 |
| 1 | FILED AND FEE | Jun 19, 2017 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91218512 | **Filing Date:** | Feb 27, 2017 |
| **Status:** | Terminated | **Status Date:** | Apr 17, 2017 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

### Defendant

| | |
|---|---|
| **Name:** | Palm Beach Crossfit Inc. |
| **Correspondent Address:** | DANIEL LUSTIG<br>PIKE & LUSTIG LLP- TURNPIKE LAW<br>2465 MERCER AVE, STE 204<br>WEST PALM BEACH FL UNITED STATES , 33401 |
| **Correspondent e-mail:** | daniel@turnpikelaw.com , pleadings@turnpikelaw.com , pike@turnpikelaw.com |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| | | 86137841 | |
| | | 86157625 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Nike, Inc. |
| **Correspondent Address:** | HELEN HILL MINSKER<br>BANNER & WITCOFF LTD<br>10 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO IL UNITED STATES , 60606 |
| **Correspondent e-mail:** | hminsker@bannerwitcoff.com , mharris@bannerwitcoff.com , mhouston@bannerwitcoff.com , bwlitdocket@bannerwitcoff.com , bwptotm@bannerwitcoff.com |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| | | 74000758 | 1742019 |
| | | 73728115 | 1558100 |
| | | 78719454 | 3428287 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 28 | P MOT FOR EXT W/ CONSENT | Feb 27, 2017 | |
| 27 | TERMINATED | Mar 30, 2017 | |
| 26 | BD DECISION: DISMISSED W/O PREJ | Mar 30, 2017 | |

| | | | |
|---|---|---|---|
| 25 | W/DRAW OF APPLICATION | Mar 01, 2017 | |
| 24 | P OPP/RESP TO MOTION | Feb 09, 2017 | |
| 23 | D MOT FOR EXT W/O CONSENT | Feb 06, 2017 | |
| 22 | EXTENSION OF TIME GRANTED | Jan 31, 2017 | |
| 21 | P MOT FOR EXT W/ CONSENT | Jan 23, 2017 | |
| 20 | EXTENSION OF TIME GRANTED | Jan 23, 2017 | |
| 19 | EXTENSION OF TIME GRANTED | Jan 21, 2017 | |
| 18 | P MOT FOR EXT W/ CONSENT | Dec 21, 2016 | |
| 17 | EXTENSION OF TIME GRANTED | Dec 08, 2016 | |
| 16 | P MOT FOR EXT W/ CONSENT | Dec 01, 2016 | |
| 15 | ANSWER | Mar 18, 2016 | |
| 14 | TRIAL DATES RESET | Feb 22, 2016 | |
| 13 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Dec 21, 2015 | |
| 12 | D OPP/RESP TO MOTION | Nov 29, 2015 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Nov 12, 2015 | |
| 10 | ANSWER | Oct 13, 2015 | |
| 9 | D MOTION TO DISMIS GRANTED IN PART | Sep 11, 2015 | |
| 8 | D REPLY IN SUPPORT OF MOTION | Dec 11, 2014 | |
| 7 | P OPP/RESP TO MOTION | Nov 21, 2014 | |
| 6 | SUSP PEND DISP OF OUTSTNDNG MOT | Nov 18, 2014 | |
| 5 | D MOT TO DISMISS: FRCP 12(B) | Nov 03, 2014 | |
| 4 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2014 | |
| 3 | PENDING, INSTITUTED | Sep 24, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 24, 2014 | Nov 03, 2014 |
| 1 | FILED AND FEE | Sep 24, 2014 | |

## Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** | 91215387 |
| **Filing Date:** | Mar 12, 2014 |
| **Status:** | Terminated |
| **Status Date:** | Sep 26, 2014 |
| **Interlocutory Attorney:** | CHERYL S GOODMAN |

### Defendant

| | |
|---|---|
| **Name:** | Naomi R. Melton, Chelsea R. Melton and Adelaide S. Melton |
| **Correspondent Address:** | NAOMI R MELTON<br>5814 KNOLLWOOD TRL<br>SPRING TX UNITED STATES , 77373 4985 |
| **Correspondent e-mail:** | meltonnaomi@ymail.com , asmelton2002@yahoo.com , meltonchelsea@yahoo.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| #IDOTHIS LIFE IN ACTION | | 85960046 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Nike, Inc. |
| **Correspondent Address:** | HELEN HILL MINSKER<br>BANNER & WITCOFF LTD<br>TEN SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO IL UNITED STATES , 60606 |
| **Correspondent e-mail:** | bwlitdocket@bannerwitcoff.com , hminsker@bannerwitcoff.com , aking@bannerwitcoff.com , esullivan@bannerwitcoff.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 74000758 | 1742019 |
| | | 73728115 | 1558100 |
| | | 78719454 | 3428287 |

| **Prosecution History** | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 10 | TERMINATED | Sep 26, 2014 | |
| 9 | BD DECISION: DISMISSED W/O PREJ | Sep 26, 2014 | |
| 8 | W/DRAW OF OPPOSITION | Sep 08, 2014 | |
| 7 | TRIAL DATES RESET | Aug 15, 2014 | |
| 6 | MOT TO AMEND APPLICATION | Jun 02, 2014 | |
| 5 | MOT TO AMEND APPLICATION | May 19, 2014 | |
| 4 | ANSWER | Apr 18, 2014 | |
| 3 | PENDING, INSTITUTED | Mar 12, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 12, 2014 | Apr 21, 2014 |
| 1 | FILED AND FEE | Mar 12, 2014 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91211132 | **Filing Date:** | Jun 17, 2013 |
| **Status:** | Terminated | **Status Date:** | Oct 17, 2013 |
| **Interlocutory Attorney:** | BENJAMIN U OKEKE | | |

| **Defendant** | |
|---|---|
| **Name:** | Johnny Randell Holland and Shirvon Arnell Holland |
| **Correspondent Address:** | JOHNNY RANDELL HOLLAND<br>102 WHITNEY PL<br>GOLDSBORO NC UNITED STATES , 27530-9117 |
| **Correspondent e-mail:** | shirvonah@hotmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 85661632 | |

| **Plaintiff(s)** | |
|---|---|
| **Name:** | Nike, Inc. |
| **Correspondent Address:** | HELEN HILL MINSKER<br>BANNER & WITCOFF LTD<br>TEN SOUTH WACKER DRIVE SUITE 3000<br>CHICAGO IL UNITED STATES , 60606 |
| **Correspondent e-mail:** | hminsker@bannerwitcoff.com,aking@bannerwitcoff.com,bwlitdocket@bannerwitcoff.com , mhouston@bannerwitcoff.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 74000758 | 1742019 |
| | | 73728115 | 1558100 |
| | | 78719454 | 3428287 |
| | | 78719454 | 3428287 |

| **Prosecution History** | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 6 | TERMINATED | Oct 17, 2013 | |
| 5 | BD DECISION: SUSTAINED | Oct 17, 2013 | |
| 4 | NOTICE OF DEFAULT | Aug 15, 2013 | |
| 3 | PENDING, INSTITUTED | Jun 17, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 17, 2013 | Jul 27, 2013 |
| 1 | FILED AND FEE | Jun 17, 2013 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91187177 | **Filing Date:** | May 10, 2013 |

|  |  |  |  |
|---|---|---|---|
| **Status:** | Terminated | **Status Date:** | Oct 04, 2018 |
| **Interlocutory Attorney:** | GEOFFREY MCNUTT | | |

| Defendant |||
|---|---|---|
| **Name:** | Flight Club New York LLC ||
| **Correspondent Address:** | DANIEL I SCHLOSS<br>GREENBERG TRAURIG LLP<br>200 PARK AVENUE, 38TH FLOOR<br>NEW YORK NY UNITED STATES , 10166 ||
| **Correspondent e-mail:** | schlossd@gtlaw.com , biancoc@gtlaw.com , nytmdkt@gtlaw.com ||

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| FLIGHT CLUB NEW YORK | | 76669857 | |
| FLIGHT CLUB LOS ANGELES | | 76669859 | |

| Plaintiff(s) |||
|---|---|---|
| **Name:** | Nike, Inc. ||
| **Correspondent Address:** | HELEN HILL MINSKER<br>BANNER & WITCOFF LTD<br>10 S WACKER DRIVE, SUITE 3000<br>CHICAGO IL UNITED STATES , 60606 ||
| **Correspondent e-mail:** | hminsker@bannerwitcoff.com , aheinze@bannerwitcoff.com , bwlitdocket@bannerwitcoff.com , bwptotm@bannerwitcoff.com ||

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
|  | | 73728115 | 1558100 |
|  | | 74000758 | 1742019 |
| FLIGHT | | 78261504 | 2910530 |
| AIR FLIGHT | | 74132298 | 1686515 |
| AIR SOLO FLIGHT | | 74132126 | 1668590 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 117 | TERMINATED | Oct 04, 2018 | |
| 116 | BD DECISION: OPP DISMISSED W/O PREJ | Oct 04, 2018 | |
| 115 | MOT TO AMEND APPLICATION | Sep 21, 2018 | |
| 114 | EXTENSION OF TIME GRANTED | Jul 16, 2018 | |
| 113 | STIP FOR EXT | Jul 11, 2018 | |
| 112 | EXTENSION OF TIME GRANTED | May 10, 2018 | |
| 111 | STIP FOR EXT | May 09, 2018 | |
| 110 | EXTENSION OF TIME GRANTED | Mar 12, 2018 | |
| 109 | STIP FOR EXT | Mar 08, 2018 | |
| 108 | EXTENSION OF TIME GRANTED | Jan 10, 2018 | |
| 107 | STIP FOR EXT | Jan 09, 2018 | |
| 106 | EXTENSION OF TIME GRANTED | Nov 14, 2017 | |
| 105 | P MOT FOR EXT W/ CONSENT | Nov 14, 2017 | |
| 104 | EXTENSION OF TIME GRANTED | Sep 18, 2017 | |
| 103 | P MOT FOR EXT W/ CONSENT | Sep 15, 2017 | |
| 102 | EXTENSION OF TIME GRANTED | Jul 18, 2017 | |
| 101 | P MOT FOR EXT W/ CONSENT | Jul 17, 2017 | |
| 100 | EXTENSION OF TIME GRANTED | May 08, 2017 | |
| 99 | P MOT FOR EXT W/ CONSENT | May 08, 2017 | |
| 98 | EXTENSION OF TIME GRANTED | Mar 21, 2017 | |
| 97 | CHANGE OF CORRESP ADDRESS | Mar 21, 2017 | |
| 96 | P MOT FOR EXT W/ CONSENT | Mar 21, 2017 | |
| 95 | EXTENSION OF TIME GRANTED | Jan 19, 2017 | |

| | | | |
|---|---|---|---|
| 94 | P MOT FOR EXT W/ CONSENT | Jan 18, 2017 | |
| 93 | EXTENSION OF TIME GRANTED | Nov 15, 2016 | |
| 92 | P MOT FOR EXT W/ CONSENT | Nov 15, 2016 | |
| 91 | EXTENSION OF TIME GRANTED | Sep 15, 2016 | |
| 90 | P MOT FOR EXT W/ CONSENT | Sep 14, 2016 | |
| 89 | EXTENSION OF TIME GRANTED | Jul 20, 2016 | |
| 88 | P MOT FOR EXT W/ CONSENT | Jul 19, 2016 | |
| 87 | EXTENSION OF TIME GRANTED | May 23, 2016 | |
| 86 | P MOT FOR EXT W/ CONSENT | May 23, 2016 | |
| 85 | TRIAL DATES RESET | Apr 25, 2016 | |
| 84 | P APPEARANCE / POWER OF ATTORNEY | Apr 21, 2016 | |
| 83 | RESPONSE DUE 30 DAYS (DUE DATE) | Mar 24, 2016 | Apr 23, 2016 |
| 82 | P REQ TO W/DRAW AS ATTORNEY | Mar 23, 2016 | |
| 81 | EXTENSION OF TIME GRANTED | Mar 19, 2016 | |
| 80 | P MOT FOR EXT W/ CONSENT | Feb 05, 2016 | |
| 79 | EXTENSION OF TIME GRANTED | Nov 13, 2015 | |
| 78 | P MOT FOR EXT W/ CONSENT | Nov 06, 2015 | |
| 77 | EXTENSION OF TIME GRANTED | Aug 15, 2015 | |
| 76 | P MOT FOR EXT W/ CONSENT | Aug 10, 2015 | |
| 75 | EXTENSION OF TIME GRANTED | May 15, 2015 | |
| 74 | P MOT FOR EXT W/ CONSENT | May 11, 2015 | |
| 73 | EXTENSION OF TIME GRANTED | Feb 24, 2015 | |
| 72 | D MOT FOR EXT W/ CONSENT | Feb 09, 2015 | |
| 71 | EXTENSION OF TIME GRANTED | Nov 14, 2014 | |
| 70 | D MOT FOR EXT W/ CONSENT | Nov 11, 2014 | |
| 69 | EXTENSION OF TIME GRANTED | Aug 21, 2014 | |
| 68 | D MOT FOR EXT W/ CONSENT | Aug 14, 2014 | |
| 67 | EXTENSION OF TIME GRANTED | Jun 18, 2014 | |
| 66 | STIP TO REOPEN DISCOVERY | Jun 13, 2014 | |
| 65 | TRIAL DATES REMAIN AS SET | Apr 14, 2014 | |
| 64 | P MOT FOR EXT W/ CONSENT | Apr 10, 2014 | |
| 63 | CHANGE OF CORRESP ADDRESS | Apr 07, 2014 | |
| 62 | EXTENSION OF TIME GRANTED | Jan 23, 2014 | |
| 61 | D MOT FOR EXT W/ CONSENT | Jan 10, 2014 | |
| 60 | EXTENSION OF TIME GRANTED | Oct 21, 2013 | |
| 59 | D MOT FOR EXT W/ CONSENT | Oct 10, 2013 | |
| 58 | EXTENSION OF TIME GRANTED | Jul 17, 2013 | |
| 57 | D MOT FOR EXT W/ CONSENT | Jul 12, 2013 | |
| 56 | EXTENSION OF TIME GRANTED | May 14, 2013 | |
| 55 | P MOT FOR EXT W/ CONSENT | May 10, 2013 | |
| 54 | EXTENSION OF TIME GRANTED | Mar 12, 2013 | |
| 53 | P MOT FOR EXT W/ CONSENT | Mar 11, 2013 | |
| 52 | EXTENSION OF TIME GRANTED | Jan 09, 2013 | |
| 51 | P MOT FOR EXT W/ CONSENT | Jan 09, 2013 | |
| 50 | EXTENSION OF TIME GRANTED | Nov 09, 2012 | |
| 49 | P MOT FOR EXT W/ CONSENT | Nov 09, 2012 | |
| 48 | EXTENSION OF TIME GRANTED | Sep 12, 2012 | |
| 47 | P MOT FOR EXT W/ CONSENT | Sep 12, 2012 | |
| 46 | EXTENSION OF TIME GRANTED | Jul 16, 2012 | |
| 45 | P MOT FOR EXT W/ CONSENT | Jul 16, 2012 | |
| 44 | CHANGE OF CORRESPONDENCE ADDRESS | Jul 12, 2012 | |
| 43 | EXTENSION OF TIME GRANTED | May 18, 2012 | |
| 42 | P MOT FOR EXT W/ CONSENT | May 16, 2012 | |
| 41 | EXTENSION OF TIME GRANTED | Mar 15, 2012 | |
| 40 | P MOT FOR EXT W/ CONSENT | Mar 15, 2012 | |

| | | | |
|---|---|---|---|
| 39 | EXTENSION OF TIME GRANTED | Jan 13, 2012 | |
| 38 | P MOT FOR EXT W/ CONSENT | Jan 13, 2012 | |
| 37 | EXTENSION OF TIME GRANTED | Nov 14, 2011 | |
| 36 | P MOT FOR EXT W/ CONSENT | Nov 14, 2011 | |
| 35 | EXTENSION OF TIME GRANTED | Sep 16, 2011 | |
| 34 | P MOT FOR EXT W/ CONSENT | Sep 16, 2011 | |
| 33 | EXTENSION OF TIME GRANTED | Jul 22, 2011 | |
| 32 | D MOT FOR EXT W/ CONSENT | Jul 22, 2011 | |
| 31 | EXTENSION OF TIME GRANTED | May 19, 2011 | |
| 30 | P MOT FOR EXT W/ CONSENT | May 19, 2011 | |
| 29 | EXTENSION OF TIME GRANTED | Mar 22, 2011 | |
| 28 | P MOT FOR EXT W/ CONSENT | Mar 22, 2011 | |
| 27 | EXTENSION OF TIME GRANTED | Jan 19, 2011 | |
| 26 | P MOT FOR EXT W/ CONSENT | Jan 19, 2011 | |
| 25 | EXTENSION OF TIME GRANTED | Nov 22, 2010 | |
| 24 | P MOT FOR EXT W/ CONSENT | Nov 22, 2010 | |
| 23 | EXTENSION OF TIME GRANTED | Sep 21, 2010 | |
| 22 | P MOT FOR EXT W/ CONSENT | Sep 21, 2010 | |
| 21 | EXTENSION OF TIME GRANTED | Jul 20, 2010 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jul 20, 2010 | |
| 19 | EXTENSION OF TIME GRANTED | May 17, 2010 | |
| 18 | D MOT FOR EXT W/ CONSENT | May 17, 2010 | |
| 17 | EXTENSION OF TIME GRANTED | Mar 24, 2010 | |
| 16 | P MOT FOR EXT W/ CONSENT | Mar 24, 2010 | |
| 15 | EXTENSION OF TIME GRANTED | Jan 26, 2010 | |
| 14 | D MOT FOR EXT W/ CONSENT | Jan 26, 2010 | |
| 13 | EXTENSION OF TIME GRANTED | Dec 14, 2009 | |
| 12 | P MOT FOR EXT W/ CONSENT | Dec 14, 2009 | |
| 11 | EXTENSION OF TIME GRANTED | Oct 20, 2009 | |
| 10 | D MOT FOR EXT W/ CONSENT | Oct 20, 2009 | |
| 9 | EXTENSION OF TIME GRANTED | Aug 28, 2009 | |
| 8 | P MOT FOR EXT W/ CONSENT | Aug 28, 2009 | |
| 7 | EXTENSION OF TIME GRANTED | Jul 06, 2009 | |
| 6 | P MOT FOR EXT W/ CONSENT | Jul 06, 2009 | |
| 5 | MOTION TO AMEND ANSWER/AMENDED ANSWER OR COUNTERCLAIM | Jan 14, 2009 | |
| 4 | ANSWER | Dec 08, 2008 | |
| 3 | PENDING, INSTITUTED | Oct 27, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 27, 2008 | Dec 06, 2008 |
| 1 | FILED AND FEE | Oct 27, 2008 | |

## Type of Proceeding: Cancellation

| | |
|---|---|
| **Proceeding Number:** | 92050244 |
| **Filing Date:** | May 10, 2013 |
| **Status:** | Terminated |
| **Status Date:** | Oct 04, 2018 |
| **Interlocutory Attorney:** | KATIE W MCKNIGHT |

### Defendant

| | |
|---|---|
| **Name:** | Flight Club of New York LLC |
| **Correspondent Address:** | DANIEL I SCHLOSS<br>GREENBERG TRAURIG LLP<br>200 PARK AVENUE 38TH FLOOR<br>NEW YORK NY UNITED STATES , 10166 |
| **Correspondent e-mail:** | schlossd@gtlaw.com , biancoc@gtlaw.com , nytmdkt@gtlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

| FLIGHT CLUB | | 77218579 | 3531860 |
|---|---|---|---|

| Plaintiff(s) | |
|---|---|
| **Name:** | Nike, Inc. |
| **Correspondent Address:** | HELEN HILL MINSKER<br>BANNER & WITCOFF LTD<br>10 SOUTH WACKER DRIVE SUITE 3000<br>CHICAGO IL UNITED STATES , 60606 |
| **Correspondent e-mail:** | bwlitdocket@bannerwitcoff.com , hminsker@bannerwitcoff.com , aheinze@bannerwitcoff.com , bwptotm@bannerwitcoff.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
|  |  | 73728115 | 1558100 |
|  |  | 74000758 | 1742019 |
| FLIGHT |  | 78261504 | 2910530 |
| AIR FLIGHT |  | 74132298 | 1686515 |
| AIR SOLO FLIGHT |  | 74132126 | 1668590 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 118 | TERMINATED | Oct 04, 2018 | |
| 117 | BD DECISION: CAN DENIED W/O PREJ | Oct 04, 2018 | |
| 116 | W/DRAW OF PET FOR CANCELLATION | Sep 21, 2018 | |
| 115 | TRIAL DATES RESET | Jul 16, 2018 | |
| 114 | STIP FOR EXT | Jul 11, 2018 | |
| 113 | TRIAL DATES RESET | May 14, 2018 | |
| 112 | STIP FOR EXT | May 09, 2018 | |
| 111 | TRIAL DATES RESET | Mar 12, 2018 | |
| 110 | STIP FOR EXT | Mar 08, 2018 | |
| 109 | EXTENSION OF TIME GRANTED | Jan 12, 2018 | |
| 108 | STIP FOR EXT | Jan 09, 2018 | |
| 107 | EXTENSION OF TIME GRANTED | Nov 14, 2017 | |
| 106 | STIP FOR EXT | Nov 14, 2017 | |
| 105 | EXTENSION OF TIME GRANTED | Sep 18, 2017 | |
| 104 | STIP FOR EXT | Sep 15, 2017 | |
| 103 | EXTENSION OF TIME GRANTED | Jul 25, 2017 | |
| 102 | STIP FOR EXT | Jul 17, 2017 | |
| 101 | EXTENSION OF TIME GRANTED | May 11, 2017 | |
| 100 | STIP FOR EXT | May 08, 2017 | |
| 99 | EXTENSION OF TIME GRANTED | Mar 27, 2017 | |
| 98 | CHANGE OF CORRESP ADDRESS | Mar 21, 2017 | |
| 97 | STIP FOR EXT | Mar 21, 2017 | |
| 96 | EXTENSION OF TIME GRANTED | Jan 24, 2017 | |
| 95 | STIP FOR EXT | Jan 18, 2017 | |
| 94 | EXTENSION OF TIME GRANTED | Nov 21, 2016 | |
| 93 | STIP FOR EXT | Nov 15, 2016 | |
| 92 | TRIAL DATES RESET | Sep 20, 2016 | |
| 91 | STIP FOR EXT | Sep 14, 2016 | |
| 90 | TRIAL DATES RESET | Jul 30, 2016 | |
| 89 | STIP FOR EXT | Jul 19, 2016 | |
| 88 | TRIAL DATES RESET | Jun 28, 2016 | |
| 87 | P MOT FOR EXT W/ CONSENT | May 23, 2016 | |
| 86 | TRIAL DATES RESET | May 17, 2016 | |
| 85 | TRIAL DATES REMAIN AS SET | May 06, 2016 | |
| 84 | P APPEARANCE / POWER OF ATTORNEY | Apr 21, 2016 | |
| 83 | P REQ TO W/DRAW AS ATTORNEY | Mar 23, 2016 | |
| 82 | STIP NOTED AND APPROVED | Feb 16, 2016 | |

| | | |
|---|---|---|
| 81 | STIP FOR EXT | Feb 05, 2016 |
| 80 | EXTENSION OF TIME GRANTED | Nov 27, 2015 |
| 79 | P MOT FOR EXT W/ CONSENT | Nov 06, 2015 |
| 78 | EXTENSION OF TIME GRANTED | Aug 18, 2015 |
| 77 | P MOT FOR EXT W/ CONSENT | Aug 10, 2015 |
| 76 | EXTENSION OF TIME GRANTED | May 18, 2015 |
| 75 | STIP FOR EXT | May 11, 2015 |
| 74 | EXTENSION OF TIME GRANTED | Feb 11, 2015 |
| 73 | STIP FOR EXT | Feb 09, 2015 |
| 72 | EXTENSION OF TIME GRANTED | Nov 28, 2014 |
| 71 | STIP FOR EXT | Nov 11, 2014 |
| 70 | EXTENSION OF TIME GRANTED | Aug 21, 2014 |
| 69 | STIP FOR EXT | Aug 14, 2014 |
| 68 | EXTENSION OF TIME GRANTED | Jun 28, 2014 |
| 67 | STIP FOR EXT | Jun 13, 2014 |
| 66 | EXTENSION OF TIME GRANTED | May 05, 2014 |
| 65 | STIP FOR EXT | Apr 10, 2014 |
| 64 | CHANGE OF CORRESP ADDRESS | Apr 07, 2014 |
| 63 | EXTENSION OF TIME GRANTED | Jan 15, 2014 |
| 62 | STIP FOR EXT | Jan 10, 2014 |
| 61 | EXTENSION OF TIME GRANTED | Oct 17, 2013 |
| 60 | STIP FOR EXT | Oct 10, 2013 |
| 59 | EXTENSION OF TIME GRANTED | Jul 19, 2013 |
| 58 | STIP FOR EXT | Jul 12, 2013 |
| 57 | EXTENSION OF TIME GRANTED | May 15, 2013 |
| 56 | P MOT FOR EXT W/ CONSENT | May 10, 2013 |
| 55 | EXTENSION OF TIME GRANTED | Mar 12, 2013 |
| 54 | P MOT FOR EXT W/ CONSENT | Mar 11, 2013 |
| 53 | EXTENSION OF TIME GRANTED | Jan 09, 2013 |
| 52 | P MOT FOR EXT W/ CONSENT | Jan 09, 2013 |
| 51 | EXTENSION OF TIME GRANTED | Nov 09, 2012 |
| 50 | P MOT FOR EXT W/ CONSENT | Nov 09, 2012 |
| 49 | EXTENSION OF TIME GRANTED | Sep 12, 2012 |
| 48 | P MOT FOR EXT W/ CONSENT | Sep 12, 2012 |
| 47 | EXTENSION OF TIME GRANTED | Jul 16, 2012 |
| 46 | P MOT FOR EXT W/ CONSENT | Jul 16, 2012 |
| 45 | D CHANGE OF CORRESP ADDRESS | Jul 12, 2012 |
| 44 | EXTENSION OF TIME GRANTED | May 18, 2012 |
| 43 | P MOT FOR EXT W/ CONSENT | May 16, 2012 |
| 42 | EXTENSION OF TIME GRANTED | Mar 15, 2012 |
| 41 | P MOT FOR EXT W/ CONSENT | Mar 15, 2012 |
| 40 | EXTENSION OF TIME GRANTED | Jan 13, 2012 |
| 39 | P MOT FOR EXT W/ CONSENT | Jan 13, 2012 |
| 38 | EXTENSION OF TIME GRANTED | Nov 14, 2011 |
| 37 | P MOT FOR EXT W/ CONSENT | Nov 14, 2011 |
| 36 | EXTENSION OF TIME GRANTED | Sep 16, 2011 |
| 35 | P MOT FOR EXT W/ CONSENT | Sep 16, 2011 |
| 34 | EXTENSION OF TIME GRANTED | Jul 22, 2011 |
| 33 | P MOT FOR EXT W/ CONSENT | Jul 22, 2011 |
| 32 | EXTENSION OF TIME GRANTED | May 19, 2011 |
| 31 | P MOT FOR EXT W/ CONSENT | May 19, 2011 |
| 30 | EXTENSION OF TIME GRANTED | Mar 22, 2011 |
| 29 | P MOT FOR EXT W/ CONSENT | Mar 22, 2011 |
| 28 | EXTENSION OF TIME GRANTED | Jan 19, 2011 |
| 27 | P MOT FOR EXT W/ CONSENT | Jan 19, 2011 |

| | | | |
|---|---|---|---|
| 26 | EXTENSION OF TIME GRANTED | Nov 22, 2010 | |
| 25 | P MOT FOR EXT W/ CONSENT | Nov 22, 2010 | |
| 24 | EXTENSION OF TIME GRANTED | Sep 21, 2010 | |
| 23 | P MOT FOR EXT W/ CONSENT | Sep 21, 2010 | |
| 22 | EXTENSION OF TIME GRANTED | Jul 20, 2010 | |
| 21 | P MOT FOR EXT W/ CONSENT | Jul 20, 2010 | |
| 20 | EXTENSION OF TIME GRANTED | May 17, 2010 | |
| 19 | P MOT FOR EXT W/ CONSENT | May 17, 2010 | |
| 18 | EXTENSION OF TIME GRANTED | May 17, 2010 | |
| 17 | P MOT FOR EXT W/ CONSENT | May 17, 2010 | |
| 16 | EXTENSION OF TIME GRANTED | Mar 24, 2010 | |
| 15 | P MOT FOR EXT W/ CONSENT | Mar 24, 2010 | |
| 14 | EXTENSION OF TIME GRANTED | Jan 26, 2010 | |
| 13 | D MOT FOR EXT W/ CONSENT | Jan 26, 2010 | |
| 12 | EXTENSION OF TIME GRANTED | Dec 14, 2009 | |
| 11 | P MOT FOR EXT W/ CONSENT | Dec 14, 2009 | |
| 10 | EXTENSION OF TIME GRANTED | Oct 20, 2009 | |
| 9 | D MOT FOR EXT W/ CONSENT | Oct 20, 2009 | |
| 8 | EXTENSION OF TIME GRANTED | Aug 28, 2009 | |
| 7 | P MOT FOR EXT W/ CONSENT | Aug 28, 2009 | |
| 6 | EXTENSION OF TIME GRANTED | Jul 06, 2009 | |
| 5 | P MOT FOR EXT W/ CONSENT | Jul 06, 2009 | |
| 4 | ANSWER | Jan 05, 2009 | |
| 3 | PENDING, INSTITUTED | Nov 24, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 24, 2008 | Jan 03, 2009 |
| 1 | FILED AND FEE | Nov 21, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91187397 | **Filing Date:** | Nov 06, 2008 |
| **Status:** | Terminated | **Status Date:** | Feb 20, 2009 |
| **Interlocutory Attorney:** | MICHAEL B ADLIN | | |

### Defendant

| | |
|---|---|
| **Name:** | QUIAODAN (CHINA) CO., LTD. |
| **Correspondent Address:** | CCPIT; Patent & Trademark Law Office<br>10/F, Ocean Plaza<br>158 Fuxingmennei Street<br>100031 Beijing CHINA |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 79048670 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | NIKE, INC. |
| **Correspondent Address:** | Kevin C. Parks<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, 180 N. Stetson Ave., Suite 4900<br>Chicago IL UNITED STATES , 60601 |
| **Correspondent e-mail:** | kparks@leydig.com , mcalkins@leydig.com , trademark@leydig.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 73728115 | 1558100 |
| | | 74000758 | 1742019 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Feb 20, 2009 | |
| 5 | BOARD'S DECISION: SUSTAINED | Feb 20, 2009 | |
| 4 | NOTICE OF DEFAULT | Jan 06, 2009 | |
| 3 | PENDING, INSTITUTED | Nov 08, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 08, 2008 | Dec 18, 2008 |
| 1 | FILED AND FEE | Nov 06, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91184205 | **Filing Date:** | May 20, 2008 |
| **Status:** | Terminated | **Status Date:** | Apr 23, 2009 |
| **Interlocutory Attorney:** | FRANCES S WOLFSON | | |

### Defendant

| | |
|---|---|
| **Name:** | JIANLIANG LIN |
| **Correspondent Address:** | JOHNSON MENG<br>1900 S. DEL MAR AVENUE, STE 203<br>SAN GABRIEL CA UNITED STATES , 91776-5137 |
| **Correspondent e-mail:** | mengzs@yahoo.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 77301210 | |
| | | 77302901 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Nike, Inc. |
| **Correspondent Address:** | Kevin C. Parks<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, 180 N. Stetson Avenue, Suite 4900<br>Chicago IL UNITED STATES , 60601-6731 |
| **Correspondent e-mail:** | kparks@leydig.com , mcalkins@leydig.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 73728115 | 1558100 |
| | | 74000758 | 1742019 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 9 | TERMINATED | Apr 23, 2009 | |
| 8 | BD'S DECISION: DISMISSED W/O PREJUDICE | Apr 23, 2009 | |
| 7 | WITHDRAWAL OF APPLICATION WITH CONSENT | Mar 05, 2009 | |
| 6 | EXTENSION OF TIME GRANTED | Jan 23, 2009 | |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Jan 23, 2009 | |
| 4 | ANSWER | Jun 27, 2008 | |
| 3 | PENDING, INSTITUTED | May 20, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 20, 2008 | Jun 29, 2008 |
| 1 | FILED AND FEE | May 20, 2008 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91182458 | **Filing Date:** | Feb 14, 2008 |
| **Status:** | Terminated | **Status Date:** | May 27, 2008 |
| **Interlocutory Attorney:** | FRANCES S WOLFSON | | |

| | Defendant | | | |
|---|---|---|---|---|
| **Name:** | Nelson, Scott | | | |
| **Correspondent Address:** | Jacqueline Zion<br>PEARL COHEN ZEDEK LATZER LLP<br>1500 BROADWAY<br>NEW YORK NY UNITED STATES , 10036-4068 | | | |
| **Correspondent e-mail:** | trademarks@pczlaw.com | | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 77080466 | |

| | Plaintiff(s) | | | |
|---|---|---|---|---|
| **Name:** | Nike, Inc. | | | |
| **Correspondent Address:** | Kevin C. Parks<br>Leydig, Voit & Mayer Ltd.<br>Two Prudential Plaza, 180 N. Stetson AveSuite 4900<br>Chicago IL UNITED STATES , 60601 | | | |
| **Correspondent e-mail:** | trademark@leydig.com , kparks@leydig.com , mcalkins@leydig.com | | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 73728115 | 1558100 |
| | | 74000758 | 1742019 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | May 27, 2008 | |
| 5 | BOARD'S DECISION: SUSTAINED | May 27, 2008 | |
| 4 | NOTICE OF DEFAULT | Apr 09, 2008 | |
| 3 | PENDING, INSTITUTED | Feb 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 14, 2008 | Mar 25, 2008 |
| 1 | FILED AND FEE | Feb 14, 2008 | |

## Type of Proceeding: Opposition

| **Proceeding Number:** | 91178040 | **Filing Date:** | Jun 22, 2007 |
|---|---|---|---|
| **Status:** | Terminated | **Status Date:** | Apr 25, 2008 |
| **Interlocutory Attorney:** | CHERYL A BUTLER | | |

| | Defendant | |
|---|---|---|
| **Name:** | ETW CORP. subsituted for John Ruggiero | |
| **Correspondent Address:** | JOHN S. ONEY<br>JOHN S. ONEY LAW OFFICE<br>2865 BRIGHTON ROAD<br>SHAKER HEIGHTS OH UNITED STATES , 44120 | |
| **Correspondent e-mail:** | john@johnoneylaw.com | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 78956301 | |

| | Plaintiff(s) | |
|---|---|---|
| **Name:** | Nike, Inc., ETW Corp. | |
| **Correspondent Address:** | Kevin C. Parks<br>Leydig, Voit & Mayer, Ltd.<br>180 North Stetson Avenue, Two Prudential Plaza, Suite 4900<br>Chicago IL UNITED STATES , 60601 | |
| **Correspondent e-** | kparks@leydig.com | |

mail:

| **Associated marks** | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| | | 73728115 | 1558100 |
| | | 74000758 | 1742019 |

| **Prosecution History** | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 13 | TERMINATED | Apr 25, 2008 | |
| 12 | BD'S DECISION: DISMISSED W/O PREJUDICE | Apr 25, 2008 | |
| 11 | D'S POWER OF ATTORNEY | Apr 02, 2008 | |
| 10 | WITHDRAWAL OF OPPOSITION | Feb 26, 2008 | |
| 9 | EXTENSION OF TIME GRANTED | Jan 07, 2008 | |
| 8 | STIPULATION FOR AN EXTENSION OF TIME | Jan 07, 2008 | |
| 7 | PAPER RECEIVED AT TTAB | Oct 23, 2007 | |
| 6 | D'S MOTION TO DISMISS - RULE 12(B) | Sep 04, 2007 | |
| 5 | P'S OPPOSITION/RESPONSE TO MOTION | Aug 21, 2007 | |
| 4 | D'S MOTION TO DISMISS - RULE 12(B) | Jul 31, 2007 | |
| 3 | PENDING, INSTITUTED | Jun 26, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 26, 2007 | Aug 05, 2007 |
| 1 | FILED AND FEE | Jun 22, 2007 | |