# Exhibit 25

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-08-07 18:03:04 EDT |
| **Mark:** | NIKE |

# NIKE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 72414176 | **Application Filing Date:** | Jan. 31, 1972 |
| **US Registration Number:** | 978952 | **Registration Date:** | Feb. 19, 1974 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Apr. 30, 2024 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | NIKE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | ATHLETIC SHOES WITH SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES | | |
| **International Class(es):** | 025 | **U.S Class(es):** | 022 - Primary Class |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 18, 1971 | **Use in Commerce:** | Jun. 18, 1971 |
| **For:** | ATHLETIC SHOES WITHOUT SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES | | |
| **International Class(es):** | 025 | **U.S Class(es):** | 039 - Primary Class |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 18, 1971 | **Use in Commerce:** | Jun. 18, 1971 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | | | |
|---|---|---|---|
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | NIKE, INC. |
| **Owner Address:** | One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 970056453 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | OREGON |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Jennifer Martin Reynolds |
| **Attorney Primary Email Address:** | Nike.Docket@nike.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Jennifer Martin Reynolds<br>One Bowerman Drive<br>Beaverton, OREGON United States 97005-6453 |
| **Phone:** | 5036716453 |
| **Correspondent e-mail:** | Nike.Docket@nike.com Nike_TMdocketing@cardinal-ip.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 30, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 30, 2024 | REGISTERED AND RENEWED (FOURTH RENEWAL - 10 YRS) | 70187 |
| Apr. 30, 2024 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 70187 |
| Apr. 29, 2024 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Apr. 29, 2024 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | |
| Apr. 29, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 04, 2024 | NOTICE OF SUIT | |
| Jan. 04, 2024 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 19, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 21, 2022 | NOTICE OF SUIT | |
| Nov. 29, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 29, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 29, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 29, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 29, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 06, 2022 | NOTICE OF SUIT | |
| Aug. 05, 2022 | NOTICE OF SUIT | |
| Jun. 22, 2022 | NOTICE OF SUIT | |
| Jun. 09, 2022 | NOTICE OF SUIT | |
| May 13, 2022 | NOTICE OF SUIT | |
| May 12, 2022 | NOTICE OF SUIT | |
| May 10, 2022 | NOTICE OF SUIT | |
| Apr. 14, 2022 | NOTICE OF SUIT | |
| Apr. 11, 2022 | NOTICE OF SUIT | |
| Mar. 09, 2022 | NOTICE OF SUIT | |
| Mar. 04, 2022 | NOTICE OF SUIT | |

| | |
|---|---|
| Mar. 02, 2022 | NOTICE OF SUIT |
| Feb. 15, 2022 | NOTICE OF SUIT |
| Jan. 07, 2022 | NOTICE OF SUIT |
| Nov. 09, 2021 | NOTICE OF SUIT |
| Aug. 10, 2021 | NOTICE OF SUIT |
| Aug. 06, 2021 | NOTICE OF SUIT |
| Jun. 29, 2021 | NOTICE OF SUIT |
| May 11, 2021 | NOTICE OF SUIT |
| Mar. 24, 2021 | NOTICE OF SUIT |
| Mar. 11, 2021 | NOTICE OF SUIT |
| Feb. 12, 2021 | NOTICE OF SUIT |
| Feb. 11, 2021 | NOTICE OF SUIT |
| Feb. 09, 2021 | NOTICE OF SUIT |
| Jan. 15, 2021 | NOTICE OF SUIT |
| Dec. 03, 2020 | NOTICE OF SUIT |
| Feb. 23, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Feb. 23, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Apr. 28, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Apr. 28, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 24, 2014 | NOTICE OF SUIT |
| Jan. 17, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Jan. 17, 2014 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) |
| Jan. 17, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jan. 15, 2014 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Jan. 15, 2014 | TEAS SECTION 8 & 9 RECEIVED |
| Nov. 21, 2013 | NOTICE OF SUIT |
| Mar. 22, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 22, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 17, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 17, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jun. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 15, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 15, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Jun. 23, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 23, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 25, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Aug. 27, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 27, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 07, 2008 | CASE FILE IN TICRS |
| Feb. 04, 2004 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) |
| Feb. 04, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Nov. 25, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Nov. 25, 2003 | TEAS SECTION 8 & 9 RECEIVED |
| Oct. 19, 1993 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Sep. 09, 1993 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 |
| Aug. 28, 1979 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** GENERIC WEB UPDATE     **Date in Location:** Apr. 30, 2024

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| **Total Assignments:** 3 | **Registrant:** BRS, INC. |

### Assignment 1 of 3

**Conveyance:** MERGER 19811231OR
**Reel/Frame:** 0422/0627                                           **Pages:** 14
**Date Recorded:** Jun. 25, 1982
**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** BRS, INC.                                         **Execution Date:** Jan. 19, 1982
**Legal Entity Type:** UNKNOWN                 **State or Country Where Organized:** No Place of Organization Found

**Assignee**

**Name:** NIKE, INC.
**Legal Entity Type:** UNKNOWN                 **State or Country Where Organized:** No Place of Organization Found
**Address:** No Assignee Address Found

**Correspondent**

**Correspondent Name:** SCHUYLER, BANNER, ET AL.
**Correspondent Address:** ONE THOUSAND CONN. AVE.
ONE THOUSAND CONN. AVE.
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

### Assignment 2 of 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Reel/Frame:** 0945/0448                                           **Pages:** 15
**Date Recorded:** Apr. 01, 1993
**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** NIKE, INC.                                         **Execution Date:** Feb. 15, 1993
**Legal Entity Type:** CORPORATION        **State or Country Where Organized:** OREGON

**Assignee**

**Name:** BRS, INC.
**Legal Entity Type:** CORPORATION        **State or Country Where Organized:** OREGON
**Address:** ONE BOWERMAN DRIVE BEAVERTON, OREGON 97005-6453

**Correspondent**

**Correspondent Name:** BANNER, BIRCH, MCKIE & BECKETT
**Correspondent Address:** ALAN S. COOPER
1001 G STREET, N.W.
WASHINGTON, D.C. 20001-4597

**Domestic Representative - Not Found**

### Assignment 3 of 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 1159/0220 | **Pages:** | 16 |
| **Date Recorded:** | May 31, 1994 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

| Assignor | | | |
|---|---|---|---|
| **Name:** | BRS, INC. | **Execution Date:** | May 27, 1994 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |

| Assignee | | | |
|---|---|---|---|
| **Name:** | NIKE, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |
| **Address:** | ONE BOWERMAN DRIVE<br>BEAVERTON, OREGON 970056453 | | |

| Correspondent | |
|---|---|
| **Correspondent Name:** | BANNER, BIRCH, MCKIE & BECKETT |
| **Correspondent Address:** | ERIC T. FINGERHUT<br>ELEVENTH FLOOR<br>1001 G STREET, N.W.<br>WASHINGTON, D.C. 20001-4597 |

**Domestic Representative - Not Found**