# Exhibit 27

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-08-07 18:07:31 EDT |
| **Mark:** | NIKE |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 73302503 | **Application Filing Date:** | Mar. 23, 1981 |
| **US Registration Number:** | 1325938 | **Registration Date:** | Mar. 19, 1985 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Dec. 10, 2014 | | |

**Publication Date:** Jul. 20, 1982

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | NIKE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Design Search Code(s):** | 24.17.15 - Check marks |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 977190, 1153938 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Footwear | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 18, 1971 | **Use in Commerce:** | Jun. 18, 1971 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |

|  |  |  |  |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | NIKE, INC. |
| **Owner Address:** | One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 970056453 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | OREGON |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Jennifer Martin Reynolds |
| **Attorney Primary Email Address:** | Nike.Docket@nike.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Jennifer Martin Reynolds<br>One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 97005-6453 |
| **Phone:** | 5036716453 |
| **Correspondent e-mail:** | Nike_TMdocketing@cardinal-ip.com  Nike.Docket@nike.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 04, 2024 | NOTICE OF SUIT | |
| Mar. 19, 2024 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 21, 2022 | NOTICE OF SUIT | |
| Nov. 29, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 29, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 29, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 29, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 29, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 06, 2022 | NOTICE OF SUIT | |
| Aug. 05, 2022 | NOTICE OF SUIT | |
| Jun. 22, 2022 | NOTICE OF SUIT | |
| Jun. 09, 2022 | NOTICE OF SUIT | |
| May 13, 2022 | NOTICE OF SUIT | |
| May 12, 2022 | NOTICE OF SUIT | |
| May 10, 2022 | NOTICE OF SUIT | |
| Apr. 14, 2022 | NOTICE OF SUIT | |
| Apr. 11, 2022 | NOTICE OF SUIT | |
| Mar. 09, 2022 | NOTICE OF SUIT | |
| Mar. 04, 2022 | NOTICE OF SUIT | |
| Mar. 02, 2022 | NOTICE OF SUIT | |
| Nov. 09, 2021 | NOTICE OF SUIT | |
| Aug. 10, 2021 | NOTICE OF SUIT | |
| Aug. 06, 2021 | NOTICE OF SUIT | |

| Date | Event |
|---|---|
| Aug. 06, 2021 | NOTICE OF SUIT |
| Nov. 10, 2020 | NOTICE OF SUIT |
| May 13, 2020 | NOTICE OF SUIT |
| Feb. 23, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Feb. 23, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Apr. 28, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Apr. 28, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Dec. 10, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Dec. 10, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) |
| Dec. 10, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Dec. 08, 2014 | TEAS SECTION 8 & 9 RECEIVED |
| Mar. 24, 2014 | NOTICE OF SUIT |
| Nov. 21, 2013 | NOTICE OF SUIT |
| Mar. 22, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 22, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| May 08, 2012 | NOTICE OF SUIT |
| Apr. 26, 2012 | NOTICE OF SUIT |
| Oct. 28, 2011 | NOTICE OF SUIT |
| Oct. 17, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 17, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 16, 2011 | NOTICE OF SUIT |
| Jul. 21, 2011 | NOTICE OF SUIT |
| Jun. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| May 11, 2011 | NOTICE OF SUIT |
| May 04, 2011 | NOTICE OF SUIT |
| Mar. 24, 2011 | NOTICE OF SUIT |
| Mar. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 15, 2011 | NOTICE OF SUIT |
| Jan. 11, 2011 | NOTICE OF SUIT |
| Jan. 10, 2011 | NOTICE OF SUIT |
| Jan. 10, 2011 | NOTICE OF SUIT |
| Jan. 03, 2011 | NOTICE OF SUIT |
| Dec. 10, 2010 | NOTICE OF SUIT |
| Oct. 15, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 15, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Mar. 09, 2010 | NOTICE OF SUIT |
| Dec. 31, 2009 | NOTICE OF SUIT |
| Oct. 26, 2009 | NOTICE OF SUIT |
| Jun. 24, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 24, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 01, 2008 | NOTICE OF SUIT |
| Sep. 25, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 29, 2008 | NOTICE OF SUIT |
| Sep. 08, 2008 | NOTICE OF SUIT |
| Sep. 05, 2008 | NOTICE OF SUIT |
| Aug. 27, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 27, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 05, 2008 | NOTICE OF SUIT |
| Jul. 08, 2008 | NOTICE OF SUIT |
| Jul. 07, 2008 | NOTICE OF SUIT |

| | |
|---|---|
| Jul. 07, 2008 | NOTICE OF SUIT |
| Jun. 25, 2008 | NOTICE OF SUIT |
| Jun. 25, 2008 | NOTICE OF SUIT |
| Jun. 20, 2008 | NOTICE OF SUIT |
| Jun. 20, 2008 | NOTICE OF SUIT |
| Jun. 16, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 05, 2008 | NOTICE OF SUIT |
| Jun. 04, 2008 | NOTICE OF SUIT |
| Jun. 03, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 22, 2008 | NOTICE OF SUIT |
| May 21, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 06, 2008 | NOTICE OF SUIT |
| Apr. 01, 2008 | NOTICE OF SUIT |
| Mar. 31, 2008 | NOTICE OF SUIT |
| Mar. 31, 2008 | NOTICE OF SUIT |
| Mar. 28, 2008 | NOTICE OF SUIT |
| Mar. 27, 2008 | NOTICE OF SUIT |
| Mar. 27, 2008 | NOTICE OF SUIT |
| Mar. 26, 2008 | NOTICE OF SUIT |
| Mar. 26, 2008 | NOTICE OF SUIT |
| Mar. 20, 2008 | NOTICE OF SUIT |
| Mar. 20, 2008 | NOTICE OF SUIT |
| Mar. 18, 2008 | NOTICE OF SUIT |
| Mar. 13, 2008 | NOTICE OF SUIT |
| Mar. 13, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 03, 2008 | NOTICE OF SUIT |
| Mar. 03, 2008 | NOTICE OF SUIT |
| Feb. 26, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 11, 2008 | NOTICE OF SUIT |
| Feb. 03, 2008 | NOTICE OF SUIT |
| Feb. 03, 2008 | NOTICE OF SUIT |

| | |
|---|---|
| Jan. 31, 2008 | NOTICE OF SUIT |
| Jan. 28, 2008 | NOTICE OF SUIT |
| Jan. 28, 2008 | NOTICE OF SUIT |
| Jan. 21, 2008 | NOTICE OF SUIT |
| Jan. 21, 2008 | NOTICE OF SUIT |
| Jul. 12, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Mar. 22, 2007 | NOTICE OF SUIT |
| May 03, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| May 03, 2005 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| May 03, 2005 | ASSIGNED TO PARALEGAL |
| Mar. 21, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Mar. 21, 2005 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Mar. 21, 2005 | TEAS SECTION 8 & 9 RECEIVED |
| Oct. 03, 1990 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Sep. 27, 1990 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 |
| Sep. 19, 1990 | RESPONSE RECEIVED TO POST REG. ACTION |
| Jul. 03, 1990 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 |
| Apr. 18, 1990 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Mar. 19, 1985 | REGISTERED-PRINCIPAL REGISTER |
| Jan. 14, 1985 | OPPOSITION TERMINATED NO. 999999 |
| Jan. 03, 1985 | OPPOSITION DISMISSED NO. 999999 |
| Sep. 13, 1982 | OPPOSITION INSTITUTED NO. 999999 |
| Jul. 20, 1982 | PUBLISHED FOR OPPOSITION |
| Jun. 08, 1982 | NOTICE OF PUBLICATION |
| May 25, 1982 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Mar. 03, 1982 | NON-FINAL ACTION MAILED |
| Feb. 16, 1982 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Dec. 10, 2014 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 3 | **Registrant:** | NIKE, INC. |

**Assignment 1 of 3**

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER 19811231OR | | |
| **Reel/Frame:** | 0422/0627 | **Pages:** | 14 |
| **Date Recorded:** | Jun. 25, 1982 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | BRS, INC. | **Execution Date:** | Jan. 19, 1982 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | NIKE, INC. | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |

| | |
|---|---|
| **Address:** | No Assignee Address Found |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | SCHUYLER, BANNER, ET AL. |
| **Correspondent Address:** | ONE THOUSAND CONN. AVE.<br>ONE THOUSAND CONN. AVE.<br>WASHINGTON, DC 20036 |

**Domestic Representative - Not Found**

### Assignment 2 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0945/0448 | **Pages:** | 15 |
| **Date Recorded:** | Apr. 01, 1993 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

#### Assignor

| | | | |
|---|---|---|---|
| **Name:** | NIKE, INC. | **Execution Date:** | Feb. 15, 1993 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |

#### Assignee

| | | | |
|---|---|---|---|
| **Name:** | BRS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |
| **Address:** | ONE BOWERMAN DRIVE BEAVERTON, OREGON 97005-6453 | | |

#### Correspondent

| | |
|---|---|
| **Correspondent Name:** | BANNER, BIRCH, MCKIE & BECKETT |
| **Correspondent Address:** | ALAN S. COOPER<br>1001 G STREET, N.W.<br>WASHINGTON, D.C. 20001-4597 |

**Domestic Representative - Not Found**

### Assignment 3 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 1159/0220 | **Pages:** | 16 |
| **Date Recorded:** | May 31, 1994 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

#### Assignor

| | | | |
|---|---|---|---|
| **Name:** | BRS, INC. | **Execution Date:** | May 27, 1994 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |

#### Assignee

| | | | |
|---|---|---|---|
| **Name:** | NIKE, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |
| **Address:** | ONE BOWERMAN DRIVE<br>BEAVERTON, OREGON 970056453 | | |

#### Correspondent

| | |
|---|---|
| **Correspondent Name:** | BANNER, BIRCH, MCKIE & BECKETT |
| **Correspondent Address:** | ERIC T. FINGERHUT<br>ELEVENTH FLOOR<br>1001 G STREET, N.W.<br>WASHINGTON, D.C. 20001-4597 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91066468 | **Filing Date:** | Aug 13, 1982 |
| **Status:** | Terminated | **Status Date:** | Jan 14, 1985 |
| **Interlocutory Attorney:** | PAULA T HAIRSTON | | |

#### Defendant

**Name:** NIKE, INC., SUBSTITUTED AS PARTY-DEFENDA NT IN BRS, INC.

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NIKE | | 73302503 | 1325938 |

#### Plaintiff(s)

**Name:** BBC IMPORTS, INC.

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 16 | TERMINATED | Jan 14, 1985 | |
| 15 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jan 03, 1985 | |
| 14 | STIP TO TERMINATE OPPOSITION | Oct 11, 1984 | |
| 13 | D'S MOT. TO EXTEND DATES W/CONSENT APPROVED | Sep 13, 1984 | |
| 12 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 07, 1984 | |
| 11 | SUSPENDED | Mar 08, 1984 | |
| 10 | DEF'S CONSENTED MOTION TO EXTEND ANSWER | Feb 21, 1984 | |
| 9 | DEF'S REQUEST TO EXTEND ANSWER WITH CONSENT | Dec 20, 1983 | |
| 8 | DEF'S MOTION TO EXTEND ANSWER | Oct 20, 1983 | |
| 7 | DEF'S UNOPPOSED REQUEST TO EXTEND ANSWER | Aug 22, 1983 | |
| 6 | DEF'S REQUEST TO EXTEND ANSWER | Apr 22, 1983 | |
| 5 | DEF'S MOTION TO EXTEND ANSWER | Feb 22, 1983 | |
| 4 | DEF'S UNOPPOSED REQUEST TO EXTEND ANSWER | Dec 22, 1982 | |
| 3 | DEF'S MOTION TO EXTEND ANSWER | Oct 22, 1982 | |
| 2 | PENDING, INSTITUTED | Sep 13, 1982 | |
| 1 | FILED | Aug 13, 1982 | |