# Exhibit 28

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-08-07 18:05:27 EDT |
| **Mark:** |  |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 72414177 | **Application Filing Date:** | Jan. 31, 1972 |
| **US Registration Number:** | 977190 | **Registration Date:** | Jan. 22, 1974 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Apr. 04, 2024 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Design Search Code(s):** | 26.17.08 - Band, one (geometric); Bar, one; Line, one; One line, band, bar or angle  26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved  26.17.12 - Angles (geometric); Chevrons |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | ATHLETIC SHOES WITH SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES | | |
| **International Class(es):** | 025 | **U.S Class(es):** | 022 - Primary Class |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 18, 1971 | **Use in Commerce:** | Jun. 18, 1971 |
| **For:** | ATHLETIC SHOES WITHOUT SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES | | |
| **International Class(es):** | 025 | **U.S Class(es):** | 039 - Primary Class |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 18, 1971 | **Use in Commerce:** | Jun. 18, 1971 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | NIKE, INC. |
| **Owner Address:** | One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 970056453 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | OREGON |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Jennifer Martin Reynolds |
| **Attorney Primary Email Address:** | Nike.Docket@nike.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Jennifer Martin Reynolds<br>One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 97005 |
| **Phone:** | 5036716453 |
| **Correspondent e-mail:** | Nike.Docket@nike.com  Nike_TMdocketing@cardinal-ip.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 04, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 04, 2024 | NOTICE OF SUIT | |
| Apr. 04, 2024 | REGISTERED AND RENEWED (FOURTH RENEWAL - 10 YRS) | |
| Apr. 04, 2024 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 04, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 15, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 22, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 21, 2022 | NOTICE OF SUIT | |
| Nov. 29, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 29, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 29, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 29, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 29, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 06, 2022 | NOTICE OF SUIT | |
| Sep. 02, 2022 | NOTICE OF SUIT | |
| Aug. 05, 2022 | NOTICE OF SUIT | |
| Jun. 22, 2022 | NOTICE OF SUIT | |
| Jun. 09, 2022 | NOTICE OF SUIT | |
| May 13, 2022 | NOTICE OF SUIT | |
| May 12, 2022 | NOTICE OF SUIT | |
| May 10, 2022 | NOTICE OF SUIT | |
| Apr. 14, 2022 | NOTICE OF SUIT | |
| Apr. 11, 2022 | NOTICE OF SUIT | |

| Date | Event |
|---|---|
| Mar. 09, 2022 | NOTICE OF SUIT |
| Mar. 04, 2022 | NOTICE OF SUIT |
| Mar. 02, 2022 | NOTICE OF SUIT |
| Feb. 17, 2022 | NOTICE OF SUIT |
| Feb. 15, 2022 | NOTICE OF SUIT |
| Nov. 09, 2021 | NOTICE OF SUIT |
| Aug. 10, 2021 | NOTICE OF SUIT |
| Aug. 06, 2021 | NOTICE OF SUIT |
| Aug. 06, 2021 | NOTICE OF SUIT |
| Mar. 31, 2021 | NOTICE OF SUIT |
| Mar. 30, 2021 | NOTICE OF SUIT |
| Feb. 23, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Feb. 23, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 16, 2017 | NOTICE OF SUIT |
| Mar. 16, 2017 | NOTICE OF SUIT |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Apr. 28, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Apr. 28, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 24, 2014 | NOTICE OF SUIT |
| Jan. 22, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Jan. 22, 2014 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) |
| Jan. 22, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jan. 16, 2014 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Jan. 16, 2014 | TEAS SECTION 8 & 9 RECEIVED |
| Nov. 21, 2013 | NOTICE OF SUIT |
| Mar. 22, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 22, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 17, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 17, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jul. 18, 2011 | NOTICE OF SUIT |
| Jun. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jan. 03, 2011 | NOTICE OF SUIT |
| Oct. 15, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 15, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Jun. 23, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 23, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 03, 2009 | NOTICE OF SUIT |
| Sep. 25, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 25, 2008 | NOTICE OF SUIT |
| Aug. 27, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 27, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 14, 2008 | CASE FILE IN TICRS |
| Aug. 04, 2008 | NOTICE OF SUIT |
| Jul. 22, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| Mar. 28, 2008 | NOTICE OF SUIT |

| | |
|---|---|
| Mar. 12, 2008 | NOTICE OF SUIT |
| Jan. 28, 2008 | NOTICE OF SUIT |
| Mar. 03, 2004 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) |
| Mar. 03, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jan. 15, 2004 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Jan. 15, 2004 | TEAS SECTION 8 & 9 RECEIVED |
| Oct. 14, 1993 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Aug. 30, 1993 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 |
| Jan. 21, 1980 | REGISTERED - SEC. 8 (6-YR) ACCEPTED |
| Jun. 03, 1981 | REGISTERED - SEC. 15 ACKNOWLEDGED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Apr. 04, 2024

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 3                **Registrant:** BRS, INC.

### Assignment 1 of 3

**Conveyance:** MERGER 19811231OR
**Reel/Frame:** 0422/0627                **Pages:** 14
**Date Recorded:** Jun. 25, 1982
**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** BRS, INC.                **Execution Date:** Jan. 19, 1982
**Legal Entity Type:** UNKNOWN          **State or Country Where Organized:** No Place of Organization Found

**Assignee**

**Name:** NIKE, INC.
**Legal Entity Type:** UNKNOWN          **State or Country Where Organized:** No Place of Organization Found
**Address:** No Assignee Address Found

**Correspondent**

**Correspondent Name:** SCHUYLER, BANNER, ET AL.
**Correspondent Address:** ONE THOUSAND CONN. AVE.
ONE THOUSAND CONN. AVE.
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

### Assignment 2 of 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Reel/Frame:** 0945/0448                **Pages:** 15
**Date Recorded:** Apr. 01, 1993
**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** NIKE, INC.                **Execution Date:** Feb. 15, 1993
**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** OREGON

**Assignee**

**Name:** BRS, INC.

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |
| **Address:** | ONE BOWERMAN DRIVE BEAVERTON, OREGON 97005-6453 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | BANNER, BIRCH, MCKIE & BECKETT |
| **Correspondent Address:** | ALAN S. COOPER<br>1001 G STREET, N.W.<br>WASHINGTON, D.C. 20001-4597 |

**Domestic Representative - Not Found**

## Assignment 3 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 1159/0220 | **Pages:** | 16 |
| **Date Recorded:** | May 31, 1994 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | BRS, INC. | **Execution Date:** | May 27, 1994 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | NIKE, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |
| **Address:** | ONE BOWERMAN DRIVE<br>BEAVERTON, OREGON 970056453 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | BANNER, BIRCH, MCKIE & BECKETT |
| **Correspondent Address:** | ERIC T. FINGERHUT<br>ELEVENTH FLOOR<br>1001 G STREET, N.W.<br>WASHINGTON, D.C. 20001-4597 |

**Domestic Representative - Not Found**