# Exhibit 29

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-08-07 18:06:34 EDT |
| Mark: |  |

| | | | |
|---|---|---|---|
| US Serial Number: | 73304275 | Application Filing Date: | Apr. 03, 1981 |
| US Registration Number: | 1323343 | Registration Date: | Mar. 05, 1985 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. | | |
| Status Date: | Feb. 17, 2015 | | |
| Publication Date: | Jun. 15, 1982 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | None |
| Standard Character Claim: | No |
| Mark Drawing Type: | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| Design Search Code(s): | 24.17.15 - Check marks |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 977190, 1145473 and others |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Footwear | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 039 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 18, 1971 | Use in Commerce: | Jun. 18, 1971 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |

| | | | |
|---|---|---|---|
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Nike, Inc. |
| **Owner Address:** | One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 970056453 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | OREGON |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Jennifer Martin Reynolds |
| **Attorney Primary Email Address:** | Nike.Docket@nike.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Jennifer Martin Reynolds<br>One Bowerman Drive<br>Beaverton, OREGON UNITED STATES 97005-6453 |
| **Phone:** | 5036716453 |
| **Correspondent e-mail:** | Nike_TMdocketing@cardinal-ip.com  Nike.Docket@nike.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 04, 2024 | NOTICE OF SUIT | |
| Mar. 05, 2024 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 27, 2022 | NOTICE OF SUIT | |
| Dec. 21, 2022 | NOTICE OF SUIT | |
| Nov. 29, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Nov. 29, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 29, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 29, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 29, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 29, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 06, 2022 | NOTICE OF SUIT | |
| Sep. 02, 2022 | NOTICE OF SUIT | |
| Aug. 05, 2022 | NOTICE OF SUIT | |
| Jun. 22, 2022 | NOTICE OF SUIT | |
| Jun. 09, 2022 | NOTICE OF SUIT | |
| May 13, 2022 | NOTICE OF SUIT | |
| May 12, 2022 | NOTICE OF SUIT | |
| May 10, 2022 | NOTICE OF SUIT | |
| Apr. 14, 2022 | NOTICE OF SUIT | |
| Apr. 11, 2022 | NOTICE OF SUIT | |
| Mar. 09, 2022 | NOTICE OF SUIT | |
| Mar. 04, 2022 | NOTICE OF SUIT | |
| Mar. 02, 2022 | NOTICE OF SUIT | |
| Feb. 17, 2022 | NOTICE OF SUIT | |
| Feb. 15, 2022 | NOTICE OF SUIT | |
| Nov. 09, 2021 | NOTICE OF SUIT | |
| Aug. 10, 2021 | NOTICE OF SUIT | |

| Date | Event |
|---|---|
| Aug. 06, 2021 | NOTICE OF SUIT |
| Aug. 06, 2021 | NOTICE OF SUIT |
| Mar. 31, 2021 | NOTICE OF SUIT |
| Mar. 30, 2021 | NOTICE OF SUIT |
| Nov. 10, 2020 | NOTICE OF SUIT |
| May 13, 2020 | NOTICE OF SUIT |
| Feb. 23, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Feb. 23, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 16, 2017 | NOTICE OF SUIT |
| Mar. 16, 2017 | NOTICE OF SUIT |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Feb. 10, 2017 | NOTICE OF SUIT |
| Apr. 28, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Apr. 28, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Feb. 17, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Feb. 17, 2015 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) |
| Feb. 17, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Feb. 17, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Feb. 02, 2015 | TEAS SECTION 8 & 9 RECEIVED |
| Mar. 24, 2014 | NOTICE OF SUIT |
| Nov. 21, 2013 | NOTICE OF SUIT |
| Mar. 22, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 22, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 26, 2012 | NOTICE OF SUIT |
| Oct. 28, 2011 | NOTICE OF SUIT |
| Oct. 17, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 17, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 16, 2011 | NOTICE OF SUIT |
| Jul. 21, 2011 | NOTICE OF SUIT |
| Jun. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| May 11, 2011 | NOTICE OF SUIT |
| May 04, 2011 | NOTICE OF SUIT |
| Mar. 24, 2011 | NOTICE OF SUIT |
| Mar. 15, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Mar. 15, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 15, 2011 | NOTICE OF SUIT |
| Jan. 11, 2011 | NOTICE OF SUIT |
| Jan. 10, 2011 | NOTICE OF SUIT |
| Jan. 10, 2011 | NOTICE OF SUIT |
| Jan. 03, 2011 | NOTICE OF SUIT |
| Dec. 10, 2010 | NOTICE OF SUIT |
| Oct. 15, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Oct. 15, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Mar. 30, 2010 | NOTICE OF SUIT |
| Mar. 09, 2010 | NOTICE OF SUIT |
| Dec. 31, 2009 | NOTICE OF SUIT |
| Oct. 26, 2009 | NOTICE OF SUIT |
| Jun. 24, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 24, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 01, 2008 | NOTICE OF SUIT |
| Sep. 25, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 29, 2008 | NOTICE OF SUIT |
| Sep. 08, 2008 | NOTICE OF SUIT |

| Date | Description |
|---|---|
| Sep. 05, 2008 | NOTICE OF SUIT |
| Aug. 27, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 27, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Aug. 05, 2008 | NOTICE OF SUIT |
| Jul. 08, 2008 | NOTICE OF SUIT |
| Jul. 07, 2008 | NOTICE OF SUIT |
| Jul. 07, 2008 | NOTICE OF SUIT |
| Jun. 25, 2008 | NOTICE OF SUIT |
| Jun. 25, 2008 | NOTICE OF SUIT |
| Jun. 20, 2008 | NOTICE OF SUIT |
| Jun. 20, 2008 | NOTICE OF SUIT |
| Jun. 16, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 13, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 06, 2008 | NOTICE OF SUIT |
| Jun. 05, 2008 | NOTICE OF SUIT |
| Jun. 04, 2008 | NOTICE OF SUIT |
| Jun. 03, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| Jun. 02, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 29, 2008 | NOTICE OF SUIT |
| May 22, 2008 | NOTICE OF SUIT |
| May 21, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| May 20, 2008 | NOTICE OF SUIT |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 10, 2008 | NOTICE OF SUIT |
| Apr. 06, 2008 | NOTICE OF SUIT |
| Apr. 01, 2008 | NOTICE OF SUIT |
| Mar. 31, 2008 | NOTICE OF SUIT |
| Mar. 31, 2008 | NOTICE OF SUIT |
| Mar. 28, 2008 | NOTICE OF SUIT |
| Mar. 27, 2008 | NOTICE OF SUIT |
| Mar. 27, 2008 | NOTICE OF SUIT |
| Mar. 26, 2008 | NOTICE OF SUIT |
| Mar. 26, 2008 | NOTICE OF SUIT |
| Mar. 20, 2008 | NOTICE OF SUIT |
| Mar. 20, 2008 | NOTICE OF SUIT |
| Mar. 18, 2008 | NOTICE OF SUIT |
| Mar. 13, 2008 | NOTICE OF SUIT |
| Mar. 13, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 12, 2008 | NOTICE OF SUIT |
| Mar. 03, 2008 | NOTICE OF SUIT |
| Mar. 03, 2008 | NOTICE OF SUIT |
| Feb. 26, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |

| | |
|---|---|
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 18, 2008 | NOTICE OF SUIT |
| Feb. 11, 2008 | NOTICE OF SUIT |
| Feb. 03, 2008 | NOTICE OF SUIT |
| Feb. 03, 2008 | NOTICE OF SUIT |
| Jan. 31, 2008 | NOTICE OF SUIT |
| Jan. 28, 2008 | NOTICE OF SUIT |
| Jan. 28, 2008 | NOTICE OF SUIT |
| Jan. 21, 2008 | NOTICE OF SUIT |
| Jan. 21, 2008 | NOTICE OF SUIT |
| Jul. 12, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Apr. 26, 2007 | NOTICE OF SUIT |
| Mar. 22, 2007 | NOTICE OF SUIT |
| Mar. 17, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Mar. 17, 2005 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Feb. 10, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Feb. 10, 2005 | TEAS SECTION 8 & 9 RECEIVED |
| Feb. 10, 2005 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| May 08, 1990 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Mar. 13, 1990 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Apr. 24, 1985 | REPRINTING REGISTRATION CERTIFICATE |
| Mar. 26, 1985 | SEC 7 REQUEST FILED |
| Mar. 05, 1985 | REGISTERED-PRINCIPAL REGISTER |
| Dec. 20, 1984 | OPPOSITION TERMINATED NO. 999999 |
| Nov. 20, 1984 | OPPOSITION DISMISSED NO. 999999 |
| Aug. 02, 1982 | OPPOSITION INSTITUTED NO. 999999 |
| Jun. 15, 1982 | PUBLISHED FOR OPPOSITION |
| Jun. 01, 1982 | NOTICE OF PUBLICATION |
| Apr. 07, 1982 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Feb. 04, 1982 | NON-FINAL ACTION MAILED |
| Dec. 29, 1981 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Feb. 17, 2015 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 3 | **Registrant:** | Nike, Inc. |

### Assignment 1 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER 19811231OR | | |
| **Reel/Frame:** | 0422/0627 | **Pages:** | 14 |
| **Date Recorded:** | Jun. 25, 1982 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | BRS, INC. | **Execution Date:** | Jan. 19, 1982 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |

|  |  |  |  |
|---|---|---|---|
|  | **Assignee** |  |  |
| **Name:** | NIKE, INC. |  |  |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | No Assignee Address Found |  |  |

|  |  |
|---|---|
| **Correspondent** |  |
| **Correspondent Name:** | SCHUYLER, BANNER, ET AL. |
| **Correspondent Address:** | ONE THOUSAND CONN. AVE. ONE THOUSAND CONN. AVE. WASHINGTON, DC 20036 |

**Domestic Representative - Not Found**

## Assignment 2 of 3

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |
| **Reel/Frame:** | 0945/0448 |
| **Pages:** | 15 |
| **Date Recorded:** | Apr. 01, 1993 |
| **Supporting Documents:** | No Supporting Documents Available |

|  |  |  |  |
|---|---|---|---|
|  | **Assignor** |  |  |
| **Name:** | NIKE, INC. | **Execution Date:** | Feb. 15, 1993 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |

|  |  |  |  |
|---|---|---|---|
|  | **Assignee** |  |  |
| **Name:** | BRS, INC. |  |  |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |
| **Address:** | ONE BOWERMAN DRIVE BEAVERTON, OREGON 97005-6453 |  |  |

|  |  |
|---|---|
| **Correspondent** |  |
| **Correspondent Name:** | BANNER, BIRCH, MCKIE & BECKETT |
| **Correspondent Address:** | ALAN S. COOPER 1001 G STREET, N.W. WASHINGTON, D.C. 20001-4597 |

**Domestic Representative - Not Found**

## Assignment 3 of 3

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |
| **Reel/Frame:** | 1159/0220 |
| **Pages:** | 16 |
| **Date Recorded:** | May 31, 1994 |
| **Supporting Documents:** | No Supporting Documents Available |

|  |  |  |  |
|---|---|---|---|
|  | **Assignor** |  |  |
| **Name:** | BRS, INC. | **Execution Date:** | May 27, 1994 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |

|  |  |  |  |
|---|---|---|---|
|  | **Assignee** |  |  |
| **Name:** | NIKE, INC. |  |  |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OREGON |
| **Address:** | ONE BOWERMAN DRIVE BEAVERTON, OREGON 970056453 |  |  |

|  |  |
|---|---|
| **Correspondent** |  |
| **Correspondent Name:** | BANNER, BIRCH, MCKIE & BECKETT |
| **Correspondent Address:** | ERIC T. FINGERHUT ELEVENTH FLOOR |

1001 G STREET, N.W.
WASHINGTON, D.C. 20001-4597

**Domestic Representative - Not Found**