# Exhibit 30




**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1370283        SERIAL NO. 73/536336        PAPER NO.
                                                              MAILING DATE: 04/13/92

MARK: AIR JORDAN

REGISTRANT: NIKE, INC.

CORRESPONDENCE ADDRESS:
  KATHY J. MCKNIGHT
  BANNER, BIRCH, MCKIE & BECKETT
  11TH FLOOR, 1001 G STREET, N.W.
  WASHINGTON, DC  20001-4597

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

  MARY E. BOWMAN
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500  EXT. 36

NIKE0016943