# Exhibit 31

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Monday, February 22, 2016 11:00 PM |
| To: | Nike.Trademark@nike.com |
| Cc: | marion.costello@nike.com |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3725535: AIR JORDAN (Stylized/Design) |

**Serial Number:** 77753704
**Registration Number:** 3725535
**Registration Date:** Dec 15, 2009
**Mark:** AIR JORDAN (Stylized/Design)
**Owner:** Nike, Inc.

Feb 22, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

Class(es):
025


TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77753704. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

NIKE0018147

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3725535 |
| **REGISTRATION DATE** | 12/15/2009 |
| **SERIAL NUMBER** | 77753704 |
| **MARK SECTION** | |
| MARK | AIR JORDAN (stylized and/or with design) |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | Jaime M. Lemons |
| FIRM NAME | Nike, Inc. |
| STREET | ONE BOWERMAN DRIVE, DF-3 |
| CITY | BEAVERTON |
| STATE | Oregon |
| POSTAL CODE | 97005 |
| COUNTRY | United States |
| PHONE | 503-671-6453 |
| FAX | 503-646-6926 |
| EMAIL | Nike.Docket@nike.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Nike, Inc. |
| STREET | One Bowerman Drive, Nike 55 |
| CITY | BEAVERTON |
| STATE | Oregon |
| POSTAL CODE | 97005 |
| COUNTRY | United States |
| PHONE | 503-671-6453 |
| FAX | 503-646-6926 |
| EMAIL | Nike.Trademark@nike.com;marion.costello@nike.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |

NIKE0018148

| | |
|---|---|
| **GOODS OR SERVICES TO BE DELETED** | sweatbands |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Footwear; apparel, namely, shirts, pants, shorts; jackets, hats; sweatshirts |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-14619724685-20151215172817572381_._air_jordan_and_wings_shoe.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\777\537\77753704\xml4\8150002.JPG |
| **SPECIMEN DESCRIPTION** | digital image of the mark on the goods |

**OWNER SECTION (current)**

| | |
|---|---|
| **NAME** | Nike, Inc. |
| **STREET** | One Bowerman Drive, DF4 |
| **CITY** | Beaverton |
| **STATE** | Oregon |
| **ZIP/POSTAL CODE** | 97005 |
| **COUNTRY** | United States |
| **PHONE** | 503-671-6453 |
| **FAX** | 503-646-6926 |
| **EMAIL** | XXXX |

**LEGAL ENTITY SECTION (current)**

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Oregon |

**PAYMENT SECTION**

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |

**SIGNATURE SECTION**

| | |
|---|---|
| **SIGNATURE** | /Per J. Enfield/ |
| **SIGNATORY'S NAME** | Per J. Enfield |
| **SIGNATORY'S POSITION** | Associate General Counsel |
| **DATE SIGNED** | 12/15/2015 |
| **SIGNATORY'S PHONE NUMBER** | 503-671-2695 |
| **PAYMENT METHOD** | DA |

| **FILING INFORMATION** ||
|---|---|
| **SUBMIT DATE** | Tue Dec 15 18:52:41 EST 2015 |
| **TEAS STAMP** | USPTO/S08N15-XXX.XXX.XXX.XX-20151215185241099606-3725535-550c833ef3dfacecc1db5632e441b0db506eff1ff4ab63af31f0eff1da183f0-DA-5897-20151215172817572381 |

NIKE0018150

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 3725535
**REGISTRATION DATE:** 12/15/2009

**MARK:** (Stylized and/or with Design, AIR JORDAN (see, mark)

The owner, Nike, Inc., a corporation of Oregon, having an address of
   One Bowerman Drive, DF4
   Beaverton, Oregon 97005
   United States
   503-671-6453
   503-646-6926
   XXXX (not authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 025, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration: sweatbands

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class: Footwear; apparel, namely, shirts, pants, shorts; jackets, hats; sweatshirts

For the remaining goods or services, the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with these goods or services. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital image of the mark on the goods.

**Original PDF file:**
SPN0-14619724685-20151215172817572381_._air_jordan_and_wings_shoe.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
The registrant's current Correspondence Information: Jaime M. Lemons of Nike, Inc.
   ONE BOWERMAN DRIVE, DF-3
   BEAVERTON, Oregon 97005
   United States


The registrant's proposed Correspondence Information: Nike, Inc.
   One Bowerman Drive, Nike 55
   BEAVERTON, Oregon 97005
   United States



The phone number is 503-671-6453.

The fax number is 503-646-6926.

The email address is Nike.Trademark@nike.com;marion.costello@nike.com.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee,

NIKE0018151

if necessary.

**Declaration**

*The mark is in use in commerce on or in connection with the goods/services, or to indicate membership in the collective membership organization, identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the United States Patent and Trademark Office or in a court.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Per J. Enfield/     Date: 12/15/2015
Signatory's Name: Per J. Enfield
Signatory's Position: Associate General Counsel
Signatory's Phone Number: 503-671-2695

Serial Number: 77753704
Internet Transmission Date: Tue Dec 15 18:52:41 EST 2015
TEAS Stamp: USPTO/S08N15-XXX.XXX.XXX.XX-201512151852
41099606-3725535-550c833ef3dfacecc1db563
2e441b0db506eff1ff4ab63af31f0eff1da183f0
-DA-5897-20151215172817572381

NIKE0018152



NIKE0018153

**ROUTING SHEET TO POST REGISTRATION (PRU)**   **Registration Number:** 3725535



**Serial Number:** 77753704



**RAM Sale Number:** 3725535

**RAM Accounting Date:** 20151216

**Total Fees:** $300

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20151215 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20151215 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20151215

NIKE0018154



NIKE0018155