# Exhibit 32

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Monday, June 8, 2015 11:00 PM |
| To: | Nike.docket@nike.com |
| Cc: | marion.costello@nike.com |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3627820: JUMPMAN |

**Serial Number:** 77276692
**Registration Number:** 3627820
**Registration Date:** May 26, 2009
**Mark:** JUMPMAN
**Owner:** Nike, Inc.

Jun 8, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

Class(es):
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77276692. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3627820 |
| **REGISTRATION DATE** | 05/26/2009 |
| **SERIAL NUMBER** | 77276692 |
| **MARK SECTION** | |
| **MARK** | JUMPMAN |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | Jaime M. Lemons |
| **FIRM NAME** | Nike, Inc. |
| **STREET** | ONE BOWERMAN DRIVE, DF-3 |
| **CITY** | BEAVERTON |
| **STATE** | Oregon |
| **POSTAL CODE** | 97005 |
| **COUNTRY** | United States |
| **PHONE** | 503-671-6453 |
| **FAX** | 503-646-6926 |
| **EMAIL** | Nike.Docket@nike.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Nike, Inc. |
| **STREET** | One Bowerman Drive |
| **CITY** | BEAVERTON |
| **STATE** | Oregon |
| **POSTAL CODE** | 97005 |
| **COUNTRY** | United States |
| **PHONE** | 503-671-6453 |
| **FAX** | 503-646-6926 |
| **EMAIL** | Nike.docket@nike.com;marion.costello@nike.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 025 |
| **GOODS OR SERVICES** | Footwear; apparel, namely, pants, shorts, shirts, t-shirts, sweat shirts, sweat pants, jackets, socks, caps, hats |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\772\766\77276692\xml4\8150002.JPG |
| **SPECIMEN DESCRIPTION** | digital image of the mark on packaging of the goods |
| **OWNER SECTION (current)** | |
| **NAME** | Nike, Inc. |
| **STREET** | One Bowerman Drive |
| **CITY** | Beaverton |
| **STATE** | Oregon |
| **ZIP/POSTAL CODE** | 97005 |
| **COUNTRY** | United States |
| **PHONE** | 503-671-6453 |
| **FAX** | 503-646-6926 |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Oregon |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Per J. Enfield/ |
| **SIGNATORY'S NAME** | Per J. Enfield |
| **SIGNATORY'S POSITION** | Associate General Counsel |
| **DATE SIGNED** | 05/20/2015 |
| **SIGNATORY'S PHONE NUMBER** | 503-671-2695 |
| **PAYMENT METHOD** | DA |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed May 20 19:16:07 EDT 2015 |
| **TEAS STAMP** | USPTO/S08N15-XXX.XXX.XXX.XX-20150520191607488933-3627820-5302fcb86b59c85080b628ff8324f1db65303b726f78d1dfd282c6c5621f2fa480-DA-5709-20150520184306720379 |

NIKE0025750

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3627820
**REGISTRATION DATE:** 05/26/2009

**MARK:** JUMPMAN

The owner, Nike, Inc., a corporation of Oregon, having an address of
   One Bowerman Drive
   Beaverton, Oregon 97005
   United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 025, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Footwear; apparel, namely, pants, shorts, shirts, t-shirts, sweat shirts, sweat pants, jackets, socks, caps, hats; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital image of the mark on packaging of the goods.
Specimen File1
The registrant's current Correspondence Information: Jaime M. Lemons of Nike, Inc.
   ONE BOWERMAN DRIVE, DF-3
   BEAVERTON, Oregon (OR) 97005
   United States


The registrant's proposed Correspondence Information: Nike, Inc.
   One Bowerman Drive
   BEAVERTON, Oregon (OR) 97005
   United States



The phone number is 503-671-6453.

The fax number is 503-646-6926.

The email address is Nike.docket@nike.com;marion.costello@nike.com.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The mark is in use in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. Section 1062(c), and is still in use in commerce on or in connection with all goods/services listed in the existing registration. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the United States Patent and Trademark Office or in a court.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Per J. Enfield/     Date: 05/20/2015
Signatory's Name: Per J. Enfield
Signatory's Position: Associate General Counsel
Signatory's Phone Number: 503-671-2695

Serial Number: 77276692
Internet Transmission Date: Wed May 20 19:16:07 EDT 2015
TEAS Stamp: USPTO/S08N15-XXX.XXX.XXX.XX-201505201916
07488933-3627820-5302fcb86b59c85080b628f
f8324f1db65303b726f78d1dfd282c6c5621f2fa
480-DA-5709-20150520184306720379

NIKE0025752



NIKE0025753

## ROUTING SHEET TO POST REGISTRATION (PRU)

Registration Number: 3627820

Serial Number: 77276692

RAM Sale Number: 3627820

RAM Accounting Date: 20150521

Total Fees: $300

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20150520 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20150520 | $200 | 1 | 1 | $200 |

Physical Location:   - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

Transaction Date:   20150520

NIKE0025754



NIKE0025755