# Exhibit 33



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.    1558100        SERIAL NO. 73/728115        PAPER NO.
                                                                MAILING DATE:  05/28/96

MARK: (MISCELLANEOUS DESIGN)

REGISTRANT: NIKE, INC.

CORRESPONDENCE ADDRESS:
  KATHY J. McKNIGHT
  BANNER & ALLEGRETTI, LTD.
  ELEVENTH FLOOR
  1001 G STREET, N.W.
  WASHINGTON, DC  20001-4597

Please furnish the following
in all correspondence:

1.  Your phone number and zip code.
2.  Mailing date of this action.
3.  Affidavit-Renewal Examiner's name.
4.  The address of all correspondence
    not containing fees should include
    the words "Box 5".
5.  Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

---

 PATRICIA ANN EVERETT
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500  EXT. 42

NIKE0025036