# Exhibit 34



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, VA 22202-3513

REGISTRATION NO. 1742019   SERIAL NO. 74/000758   PAPER NO.
MAILING DATE: Jun 29, 1999

MARK: (MISCELLANEOUS DESIGN)

REGISTRANT: NIKE, INC.

CORRESPONDENCE ADDRESS:           TMPRU
  KATHY J. MCKNIGHT
  SHAW PITTMAN POTTS & TROWBRIDGE
  2300 N STREET NW
  WASHINGTON, DC 20037-1128

Please furnish the following in all correspondence:
1. Your phone number and ZIP Code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. Mark all correspondence to the attention of "PRU" using the above address.
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

---

PATRICIA ANN EVERETT
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500 EXT. 132

NIKE0014657