# Exhibit 35

TRADEMARK ACTION REPORT PROCESS DATE: 10/14/93 PAGE: 1

SERIAL NUMBER [AM032]: 72/414176 FILING DATE [AM016]: 1972/01/31

EXAMINING ATTORNEY [AM025]: EXAMINER # NOT PRESENT

LAW OFFICE [AM024]: NNN
CURRENTLY AN INTENT APPLICATION: NO FILED AS INTENT APPLICATION: NO
PUBLICATION DATE [AM020]: NNNN/NN/NN
REGISTRATION NUMBER [AM031]: 0978952 REGISTRATION DATE [AM022]: 1974/02/19
STATUS: REGISTERED - BACKFILE

MARK [AM028]: NIKE

MARK DRAWING CODE [AM029]: 1000

MARK TYPE:
Trademark [AM058]

WIPO DESIGN CODE [WP003]:

REGISTER: Principal [AM086]

AMENDED/REGISTER: NNNNNN

DATE REGISTER AMND [AM014]: NNNN/NN/NN

DATE OF LAST RENEWAL [AM126]: NNNN/NN/NN

RENEWAL: NO

RE-PUBLISHED SEC 12(C) [AM077]: NO

DATE PUB SEC 12C [AM021]: NNNN/NN/NN

SECTION 8 ACCEPTED: YES

SECTION 15 ACKNOWLEDGED: YES

CHANGE IN REGISTRATION [AM044]: NO

PRIME CLASSIFICATION [CL010]: 022

CLASS STATUS: ACTIVE

SERIAL NUMBER [AM032]: 72/414176 (CONTINUED)

CLASS STATUS DATE: 1983/03/01

INTL CLASS(ES) [CL003]: 025

US CLASS(ES) [CL005]: 022

DATE OF FIRST USE [CL007]: 1971/06/18

DATE OF FIRST USE IN COMM [CL008]: 1971/06/18

USE IN ANOTHER FORM [AF***0]:

USE IN ANOTHER FORM [AF***1]:

USE IN ANOTHER FORM [AF***2]:

GOODS AND SERVICES [GS****]: ATHLETIC SHOES WITH SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES

PRIME CLASSIFICATION [CL010]: 039

CLASS STATUS: ACTIVE

CLASS STATUS DATE: 1983/03/01

INTL CLASS(ES) [CL003]: 025

US CLASS(ES) [CL005]: 039

DATE OF FIRST USE [CL007]: 1971/06/18

DATE OF FIRST USE IN COMM [CL008]: 1971/06/18

USE IN ANOTHER FORM [AF***0]:

USE IN ANOTHER FORM [AF***1]:

USE IN ANOTHER FORM [AF***2]:

GOODS AND SERVICES [GS****]: ATHLETIC SHOES WITHOUT SPIKES AND ATHLET

TRADEMARK ACTION REPORT PROCESS DATE: 10/14/93 PAGE: 3

SERIAL NUMBER [AM032]: 72/414176 (CONTINUED)

IC UNIFORMS FOR USE WITH SUCH SHOES

CERTIFICATION STMT [CS0000]:

ATTORNEY DOCKET NUMBER: NNNNNNNNNNNN

ATTORNEY [AT0000]:

CORR. NAME/ADDRESS [AM001]: ? *add*

DOMESTIC REP [DR0000]:

AMEND TO A REG/RENEWAL CERT. [A0****]:

CERT. OF CORRECTION OF REG [B0****]:

CONCURRENT USE STMT [CU****]:

DESCRIPTION OF MARK [DM0000]:

DISCLAIMER /PREDETERMINED TEXT [D10000]:

INTERFERENCE STATEMENT [IN0000]:

LINING AND STIPPLING STATEMENT [LS0000]:

NAME/PORTRAIT DESC. / CONSENT [N00000]:

ORDER REST. SCOPE/CLAIM OF REG [OR****]:

SECTION 2(F) [AM078]: NO

SECTION 2(F) IN PART [AM079]: NO

SECTION 2(F) LIMITATION STMNT. [TF0000]:

TRANSLATION OF WORDS IN MARK [TR0000]:

FOREIGN ENTRY NUMBER [FN006]: NNN

FOREIGN COUNTRY OF ORIGIN [FN008]: NO FRGN CNTY CODE

FOREIGN APPL. NUMBER [FN007]: NNNNNNNNNNNN

SERIAL NUMBER [AM032]: 72/414176 (CONTINUED)

FOREIGN APPL. FILING DATE [FN001]: NNNN/NN/NN

FOREIGN REG NUMBER [FN009]: NNNNNNNNNNNN

FOREIGN REGISTRATION DATE [FN002]: NNNN/NN/NN

FOREIGN REG. EXPIRATION [FN003]: NNNN/NN/NN

FOREIGN RENEWAL REG NUMBER [FN010]: NNNNNNNNNNNN

FOREIGN REG. RENEWED [FN004]: NNNN/NN/NN

FOREIGN REG. RENEWED EXP [FN005]: NNNN/NN/NN

PRIORITY CLAIMED: NO

ASSIGN. NAME CHANGE [NC9999]:

PRIOR U.S. REGISTRATION [PR002]: NONE

APPLICANT [PY017]: ORIGINAL REGISTRANT - FIRST NAME

ENTRY NUMBER [PY006]: 01

NAME [PY014]: BRS, INC.

ENTITY TYPE [PY005]: CORPORATION

CITIZENSHIP [PY003]: OREGON

COMPOSED OF [CO****]:

ENTITY STATEMENT [EN****]:

DBA/AKA STATEMENT [DB****]:

ADDRESS [PY001]: NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
[PY002]: 6175 SW. 112TH AVE.

CITY [PY004]: BEVERTON

STATE/COUNTRY [PY019]: OREGON

TRADEMARK ACTION REPORT PROCESS DATE: 10/14/93 PAGE: 5

SERIAL NUMBER [AM032]: 72/414176 (CONTINUED)

ZIP CODE [PY020]: 97005

CANCELLATION:

LAST EVENT IN PROSECUTION HISTORY:

SECTION 9 PAPER FILED

ELEMENTS AMENDED:

ELEMENTS CORRECTED:

ELEMENTS RESTRICTED:

add

41-PY

NC

99