# Exhibit 37



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO. 1325938    SERIAL NO. 73/302503    PAPER NO.
MAILING DATE: 10/24/90

MARK: NIKE (AND DESIGN)

REGISTRANT: NIKE, INC.

CORRESPONDENCE ADDRESS:
KATHY J. MCKNIGHT
BANNER BIRCH MCKIE & BECKETT
ONE THOMAS CIRCLE, NW
WASHINGTON, DC 20005

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

CATHERINE HILL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

NIKE0013298