# Exhibit 38

REGISTRATION NO 977,190                          Jan. 22, 1974
                                                 ISSUED
                                                 12-C PUB

RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED

BY  BRS, Inc.

ON  May 19, 1981

☐ SEC. 8 - AFFIDAVIT ACCEPTED
☒ SEC. 15 - AFFIDAVIT FILED
  BY DIRECTION OF THE COMMISSIONER           bw

                                  DIRECTOR, TRADEMARK EXAMINING OPERATION
  1 JUN 1981

FORM PTOL-136 A        William W. Beckett, Schuyler,
(REV. 8-76)            Birch, McKie & Beckett
AFFIDAVIT              1000 Connecticut Ave., N. W.
ACKNOWLEDGMENT         Washington, D. C.  20036

U.S. DEPARTMENT OF COMMERCE - PATENT AND TRADEMARK OFFICE

NIKE0021544