# Exhibit 39



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO. 1323343 SERIAL NO. 73/304275 PAPER NO.
MAILING DATE: 05/23/90

MARK: (MISCELLANEOUS DESIGN)

REGISTRANT: Nike, Inc.

CORRESPONDENCE ADDRESS:
WILLIAM W. BECKETT
SCHUYLER, BANNER, BIRCH, MCKEE & BECKETT
ONE THOMAS CIRCLE, N.W.
WASHINGTON, DC 20005

Please furnish the following in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence not containing fees should include the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

BARBARA HARPER
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

200 34 TM




IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Mark: | Swoosh Design |
| Registration No.: | 1,323,343 |
| International Class: | 25 |

COMBINED AFFIDAVIT UNDER §§ 8 & 15

STATE OF OREGON )
: SS:-
COUNTY OF WASHINGTON )

A. Thomas Niebergall, being duly sworn, states that he is Assistant Secretary of Nike, Inc., a corporation of Oregon; that said corporation owns Registration No. 1,323,343 issued March 5, 1985, as shown by the records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in connection with footwear in commerce among the several states which lawfully may be regulated by Congress for five consecutive years next preceding the execution of this Affidavit to the present; that said mark is still in use in connection with the aforesaid goods in commerce among the several states which lawfully may be regulated by Congress as evidenced by the attached specimen showing the mark as currently used; that there has been no final decision adverse to said corporation's claim to ownership of said mark, to its right to register the same or maintain it on the register; and that there is no proceeding involving any of said rights pending and not finally disposed of either in the Patent and Trademark Office or in the courts.

POWER OF ATTORNEY

The undersigned hereby appoints William W. Beckett, Alan S. Cooper, Kathy J. McKnight and Donna J. Bunton, all members of the Bar of the highest court of the District of Columbia, and Mary Gronlund, a member of the Bar of the highest court of the State of New York, and each of them, c/o Banner, Birch, McKie and Beckett,

120 03/19/90 1323343 2 311 200.00 CK

One Thomas Circle, N.W., Washington, D.C. 20005, telephone number (202) 296-5500, as its attorneys to transact all business in the Patent and Trademark Office in connection with the above matter.

All correspondence and telephone communications should be addressed to Kathy J. McKnight, c/o Banner, Birch, McKie & Beckett, One Thomas Circle, N.W., Washington, D.C. 20005, telephone number (202) 296-5500, which also is the address and telephone number of each of the listed attorneys.

NIKE, INC.

By: A. Thomas Niebergall
A. Thomas Niebergall
Assistant Secretary

Signed before me this 5th day of March, 1990.

Melanie L. Sedler
Notary Public

SEAL

My commission expires:
5/20/93