# Exhibit 40

*Redacted Public Version*

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 1

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2                UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
3

        NIKE, INC.,              :
4            Plaintiff,           :  Case No. 22-cv-983
                                  :
5            v.                   :
        STOCKX LLC,               :
6            Defendant.           :
        ------------------        :
7
8              VIDEOTAPE DEPOSITION OF:
9                BARBARA DELLI CARPINI
10                 NEW YORK, NEW YORK
11              TUESDAY, JANUARY 10, 2023
12
13
14
15
16
17
18
19
20
21
22
23
24      REPORTED BY:
        SILVIA P. WAGE, CCR, CRR, RPR
25      JOB NO. 5593380

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 2

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2
3
4           January 10, 2023
           9:41 a.m.
5       Videotape deposition of BARBARA DELLI
6  CARPINI, held at the offices of DEBEVOISE &
7  PLIMPTON LLP, 919 Third Avenue, New York, New
8  York, pursuant to agreement before SILVIA P.
9  WAGE, a Certified Shorthand Reporter, Certified
10 Realtime Reporter, Registered Professional
11 Reporter, and Notary Public for the States of New
12 Jersey, New York and Pennsylvania.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  A P P E A R A N C E S:
3
   DLA PIPER LLP (US)
4  Attorneys for Plaintiff
   1251 Avenue of the Americas 27th Floor
5  New York, New York 10020-1104
   (212) 335-4500
6  Tamar.duvdevani@dlapiper.com
   Marc.miller@us.dlapiper.com
7  BY: TAMAR DUVDEVANI, ESQ.
     BY: MARC MILLER, ESQ.
8
9  DEBEVOISE & PLIMPTON LLP
   Attorneys for Defendants
10 919 Third Avenue
   New York, New York 10022
11 (212) 909-600
   Mkbannigan@debevoise.com
12 Ksaba@debevoise.com
   Askapyur@debevoise.com
13 BY: MEGAN BANNIGAN, ESQ.
     BY: KATHRYN SABA, ESQ.
14   BY: ANITA KAPYUR, ESQ.
15
16 A L S O  P R E S E N T:
17
   KIMBERLY VAN VOORHIS, ESQ.
18 IN-HOUSE NIKE
19
   MARCELO RIVERA
20 VIDEOGRAPHER
21
22
23
24
25

Page 4

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2         I N D E X
3  WITNESS: BARBARA DELLI CARPINI       PAGE
4  EXAMINATION BY MS. BANNIGAN           9
   EXAMINATION BY MS. DUVDEVANI        271
5  EXAMINATION BY MS. BANNIGAN         277
6         E X H I B I T S
7  NO.        DESCRIPTION           PAGE
8  Exhibit 1   Notice of Deposition of Nike,  16
9              Inc.
   Exhibit 2   presentation titled, "     85
10             NIKE0040131 to NIKE0040160
11             marked Highly Confidential -
               Outside Counsel's Eyes Only
12 Exhibit 3   Plaintiff Nike Inc.'s         120
               Supplemental Responses and
13             Objections to Defendant
               StockX LLC's Second Set of
14             Interrogatories
   Exhibit 4   document titled, "Product    171
15             Authentication," NIKE0035919
               marked Highly Confidential -
16             Outside Counsel's Eyes Only
   Exhibit 5   presentation titled, "Legit," 174
17             NIKE0035611 to NIKE0035650
               marked Highly Confidential -
18             Outside Counsel's Eyes Only
   Exhibit 6   enlarged spreadsheet produced 184
19             in native NIKE0039044
   Exhibit 7   Plaintiff Nike Inc.'s        185
20             Responses and Objections to
               Defendant's StockX LLC Third
21             Set of Interrogatories
   Exhibit 8   enlarged spread sheet        205
22             NIKE0039436
   Exhibit 9   5/12/22 e-mail from          255
23                    @gmail.com to
               Counterfeit@Nike.com
24             NIKE0040617 marked
               Confidential
25

Page 5

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2          E X H I B I T S
3  NO.        DESCRIPTION           PAGE
4  Exhibit 10  5/12/22 e-mail 0040617 from  257
                    @gmail.com to
5             Counterfeit@Nike.com
              NIKE0040620 to NIKE0040623
6             marked Confidential
7
          PREVIOUSLY MARKED EXHIBITS
8
   NO.        DESCRIPTION   PAGE
9
             NONE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 - 5)

```
                                                    Page 6                                                         Page 8
 1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY    1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
 2                   - - -                              2        If there are any objections to
 3            DEPOSITION SUPPORT INDEX                  3   proceeding, please state them at the time of your
 4                   - - -                              4   a appearance.
 5                                                      5        Counsel and all present will now
 6   Direction to Witness Not to Answer                 6   state their appearance and affiliations for the
     Page Line                                          7   record beginning with noticing attorney.
 7                                                      8        MS. BANNIGAN:  Good morning.  This is
       76   22                                          9   Megan Bannigan from Debevoise & Plimpton on
 8     188  15                                         10   behalf of StockX.  With me today are my
 9                                                     11   colleagues Kathryn Saba and Anita Kapyur also
     Request for Production of Documents               12   from StockX -- also from Debevoise on behalf of
10   Page Line                                         13   StockX.
11     87   24                                         14        MS. DUVDEVANI:  Good morning.  Tamar
12                                                     15   Duvdevani, DLA Piper LLP on behalf of Plaintiff
     Stipulations                                      16   Nike, Inc.  I am joined by my colleague Marc
13   Page Line                                         17   Miller also of DLA Piper and Kim Van Voorhis of
14     205  14                                         18   Nike, Inc.
15                                                     19        Good morning.
     Question Marked                                   20        THE VIDEOGRAPHER:  Will the Court
16   Page Line                                         21   Reporter please swear in the witness.
17                                                     22        THE STENOGRAPHER:  Ms. Carpini, if
18                                                     23   you could please raise your right hand so I can
     Reservation                                       24   administer the oath.
19   Page Line                                         25        BARBARA DELLI CARPINI,
20
21
     Motion to Strike
22   Page Line
23
24
25

                                                    Page 7                                                         Page 9
 1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY    1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
 2        THE VIDEOGRAPHER:  Good morning.              2   Nike Retail B.V., Via Castigelioni 8,
 3   We're going on the record at 9:40 a.m. on          3   Milano, Italy, after having been duly sworn,
 4   January 10th, 2023.                                4   was examined and testified as follows:
 5        Please note that the microphones are          5        THE STENOGRAPHER:  Thank you.
 6   sensitive and may pick up whispering and private   6        You may proceed.
 7   conversations.  Please mute your phones at this    7   EXAMINATION BY MS. BANNIGAN:
 8   time.                                              8        Q.  Thanks for joining us today.
 9        Audio and video recording will                9        As you heard, I'm Megan Bannigan from
10   continue to take place unless all parties agree  10   Debevoise & Plimpton on behalf of StockX.
11   to go off the record.                            11   [redacted]
12        This is Media Unit 1 of the video           12   [redacted]
13   recorded deposition of Ms. Barbara Carpini in the 13  [redacted]
14   matter of StockX LLC.                            14   [redacted]
15        This deposition is being held at            15   [redacted]
16   Debevoise & Plimpton located at 919 Third Avenue,16   [redacted]
17   New York, New York.                              17   [redacted]
18        My name is Marcelo Rivera                   18   [redacted]
19   representing Veritext Legal Solutions and I am   19   [redacted]
20   the Videographer.  The Court Reporter is Silvia  20   ground rules.  Although I'm assuming they're
21   Wage in association with Veritext Legal          21   pretty similar.
22   Solutions.                                       22        Your testimony is under oath today.
23        I am not related to any party in this       23   It's going to be taken down by the Stenographer.
24   action.  Nor am I financially interested in the  24   Let's please try not to talk over each other.
25   outcome.                                         25   So, if you could let me finish my questions, I'll
```

Page 18

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2       Q. Yeah.
3       ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
10  ▇
    ▇
11  ▇
    ▇
12  ▇
    ▇
13  ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇

Page 19

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2       Q. Okay. Are you prepared to testify
3   today on this topic?
4       A. Yes.
5       Q. Skipping down to 28, you've been
6   designated by Nike to speak on this topic; is
7   that correct?
8       A. Yes.
9       ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
20      A. Yes.
21      Q. Topic 30, "Nike's effort to monitor
22  secondary marketplaces for counterfeit products
23  bearing the asserted marks."
24      Are you prepared to testify on behalf
25  of Nike on Topic 30 today?

Page 20

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2       A. Yes.
3       ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
10      Q. Topic 39, Nike's response to each of
11  StockX's interrogatories to Nike including the
12  identity of each person who provided information
13  relevant to such responses and the information
14  provided by such persons. You've been designated
15  to talk on that topic as well.
16      Are you prepared to talk on that
17  topic today?
18      A. Yeah, I am.
19      ▇
    ▇
    ▇
    ▇
    ▇
    ▇

Page 21

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2       Q. And then, finally, Topic 40, all harm
3   to Nike stemming from Nike's causes of action in
4   this case.
5       Are you prepared to testify on behalf
6   of Nike on that topic today?
7       A. Yes.
8       ▇
    ▇
    ▇
    ▇
    ▇
    ▇
    ▇
15      Q. And my understanding is you're
16  currently employed at Nike, correct?
17      A. Correct.
18      Q. And what is your position?
19      A. I'm the Vice President for global
20  brand protection and digital IP enforcement and I
21  lead the global brand protection team.
22      Q. Where are you based?
23      A. I'm based in Italy.
24      Q. How long have you been in that
25  current position?

6 (Pages 18 - 21)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 22

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2     A. Six years.
3     Q. And how long have you been at Nike?
4     A. Since 2005.
5     Q. Okay. And so why don't you give me a
6 bit of your background at Nike.
7     What other positions have you held
8 there?
9     A. Yeah. So I started in 2005 in Nike
10 Italy as brand protection adviser.
11     (Stenographer clarification.)
12     A. Nike Italy as brand protection
13 advisor.
14     After five years I moved to our
15 European headquarters based in the Netherlands as
16 a brand protection associate Counsel.
17     And after four years, I got promoted
18 to digital IP -- digital brand protection and was
19 leading the global digital effort.
20     And after that I was promoted to ---
21 in 2016 to global brand protection senior
22 director first and then last year to Vice
23 President global brand protection and digital IP
24 enforcement.
25     Q. Got it. Thank you.

Page 23

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2     And what's your educational
3 background?
4     A. I started low. I'm lawyer admitted
5 at the Bar in Italy.
6     THE STENOGRAPHER: I'm sorry. You're
7 speaking too low and I can't hear you.
8     A. Sorry. I am a lawyer and I am
9 admitted at the bar in Italy.
10     Q. And what year were you admitted to
11 the bar in Italy?
12     A. I was admitted in 2006.
13     Q. And of the positions that you held at
14 Nike were any of those legal positions?
15     MS. DUVDEVANI: Objection.
16     Q. You can answer.
17     A. The role in the Netherlands was brand
18 production associate Counsel and was a bigger
19 role. I'm still part of the legal department.
20     Q. So is your role as lead of the global
21 brand protection team, is that a legal role? Do
22 you act as a lawyer to the legal brand protection
23 team?
24     MS. DUVDEVANI: Objection.
25     A. Can I go?

Page 24

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2     Q. Yes.
3     MS. DUVDEVANI: Yes, unless I say not
4 to answer. I'm going to be saying objection
5 today.
6     A. No, that as an operational role.
7     Q. Okay. So you noted you're still part
8 of the legal team what did you mean by that?
9     A. We are -- we operate --
10     (Stenographer clarification.)
11     A. We operate under the umbrella of the
12 OGC, which is the office Of the General Counsel
13 and we work within our team with lawyers as well.
14     Q. So the brand projection division or
15 -- wait, what's the right term to call --
16     A. Brand protection department.
17     Q. Department sits under the General
18 Counsel's office?
19     A. Correct.
20     Q. Okay. And you have lawyers on the
21 team?
22     Even though your position is
23 operational, there are lawyers on the team who
24 you interact with?
25     A. Yes, correct.

Page 25

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2     Q. And as lead of global brands
3 projection, are you head of brand protection?
4     A. Correct.
5     Q. And how many people report to you?
6     [redacted]
7     [redacted]
8     [redacted]
9     [redacted]
10    [redacted]
11    [redacted]
12    [redacted]
13    [redacted]
14     Q. So how many direct reports do you
15 have?
16    [redacted]
17    [redacted]
18    [redacted]
19    [redacted]
20    [redacted]
21    [redacted]
22    [redacted]
23    [redacted]
24    [redacted]
25    [redacted]

7 (Pages 22 - 25)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 26

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ And
3  then Joe Pallett who is --
4      THE STENOGRAPHER: I'm sorry. You're
5  a little fast --
6      THE WITNESS: Sorry. I can go
7  slower.
8      THE STENOGRAPHER: -- and I'm not
9  familiar with your accent.
10     THE WITNESS: You are right.
11     THE STENOGRAPHER: I'm so sorry.
12     THE WITNESS: You are right.
13     MS. BANNIGAN: Just tell us what you
14 need until and so we get it right.
15     THE STENOGRAPHER: Well, it's
16 recorded; but resources reporting to me,
17 dedicated to?
18  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓
24     Is this where we are, right?
25  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Page 27

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
[Lines 2-23 redacted]

Page 28

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2      Q. And then how about the head of
3  authentication and innovation?
4      A. Joe Pallett.
[Lines 5-23 redacted]
24     Q. When you say, "business partners,"
25 what did you mean by that?

Page 29

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2      A. Business in our distribution system
3  think about Nike sales or Nike direct, digital
4  business partners.
5      Q. Do you mean internal business
6  partners?
7      A. Internal business partners.
8      Q. Who do you report to?
9      A. I report to the Deputy General
10 Counsel Rob Leinwand, who is based at our global
11 headquarters.
12     Q. And do you provide legal advice to
13 Nike in any way --
14     MS. DUVDEVANI: Objection.
15     Q. -- in your position?
16     MS. DUVDEVANI: Objection.
17     A. I don't at the moment.
18     Q. Do you sit on any committees or
19 working groups at Nike?
20     A. Can you please clarify what you mean
21 by that?
22     Q. Are there any internal committees or
23 groups that you're a part of that you sit on,
24 task force or -- I'm not exactly sure of the
25 terminology that Nike uses.

8 (Pages 26 - 29)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 30

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2     A. No.
3     Q. Do you understand what I mean by --
4     A. Yeah.
5     Q. -- "committee," "working group,"
6  "task force"?
7     A. Yeah.
8     Q. None that you can think of?
9     A. No.
10    Q. So what's the purpose of fighting
11 counterfeits at Nike?
12    A. First of all, it's to protect the
13 authenticity of the connection Nike has with its
14 own consumers. We -- our team, entire team,
15 engages with law enforcement all around the world
16 in order to provide the support when it comes to
17 detentions or detection or seizures of
18 counterfeit products sold or imported or also
19 appearing online.
20    Q. When you say, "it's to protect the
21 authenticity of the connection Nike has with its
22 own consumers," what do you mean by that,
23 specifically?
24    A. Making sure that we clean the
25 marketplace as much as possible from counterfeit

Page 31

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  in order to have consumers facing counterfeit is
3  less as possible in the marketplace.
4     Q. Why is that important?
5     A. It's important because counterfeit
6  misleads consumers because counterfeit is not a
7  product that Nike manufactures because it's
8  something that -- it's a crime that is pursued ex
9  official almost everywhere and we support that
10 kid of enforcement.
11    Q. Do counterfeits harm Nike's brand?
12    A. Definitely.
13    Q. How?
14    A. From many ways. Counterfeit can be
15 of bad quality, so harming health and the
16 consumer itself. It harms our business because
17 think of a person who want to buy a pair of shoes
18 for his son or daughter. Think of a mom buying a
19 pair of Nike shoes spending a lot of money
20 because counterfeit can be found at a very high
21 price and then being misled and thinking that
22 that's a Nike product. So that's a harm to our
23 image. And it's also a financial harm because,
24 obviously, that's a sale that gets away from
25 Nike.

Page 32

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2     Q. For the example about the mom being
3  misled, how does that harm Nike, specifically?
4     A. Someone who buys a product convinced
5  to be buying a counterfeit and then finding out
6  later on that it's a counterfeit product
7  believing that the source of that poor quality
8  product, for example, is coming from Nike is
9  definitely harmful to our brand.
10    Q. I see.
11       So it's harmful to your brand if they
12 don't find out the source because they might
13 think that the Nike product is low quality?
14    A. Yeah. It can also be a harmful
15 product based on the (INAUDIBLE.) It'S going to
16 create a damage to the person who uses such
17 product.
18    Q. And when you say, there's financial
19 harm to Nike from counterfeits, what do you mean
20 by that, specifically?
21    A. So there are certain sales of
22 counterfeit that take away sales from Nike,
23 obviously. And on top of that, you know, the
24 damage that counterfeit create to our brand has
25 also financially impact.

Page 33

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2     Q. So financial harm, does that assume
3  that the person who purchased the counterfeits
4  could have purchased the shoes from Nike
5  directly?
6     A. Yeah.
7     MS. DUVDEVANI: Objection.
8-25 [REDACTED]

9 (Pages 30 - 33)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Page 34
1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 35
1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 36
1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

11    Q. Who is the head of the gray market
12 team?
13    A. Chira Pizzol.
14    Q. And do you have an understanding of
15 what a gray market good is?
16    A. Yeah.
17    Q. What is it?
18    A. It's a product that has been sold
19 outside the Nike network.
20    Q. Does that mean a product produced or
21 manufactured by Nike that's been sold outside of
22 its authorized distribution?
23    A. Yeah.
24

Page 37
1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

10 (Pages 34 - 37)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Page 38
1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 39
1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
4          MS. DUVDEVANI:  Objection.

Page 40
1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 41
1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

11 (Pages 38 - 41)

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Page 238

Page 239

24  Q. How, specifically, has Nike's image
25  been harmed by the sale of the alleged

Page 240

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  counterfeits on StockX's website?
3      MS. DUVDEVANI:  Objection.
4      A. Nike is always harmed by the sale of
5  counterfeit products.
6      Q. Can you give me anymore detail?
7      MS. DUVDEVANI:  Objection.
8      A. I believe I've answered to this
9  question already several times.  So Nike gets
10 harmed by counterfeit being sold in the
11 marketplace because consumers would believe that
12 those are genuine while they could be harming
13 consumers along with taking away sales from Nike
14 as well.
15      Q.
16
17
18
19      MS. DUVDEVANI:  Objection.
20
21
22
23
24      MS. DUVDEVANI:  Objection.
25      A.

Page 241

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2
3      Q. What do you mean by that?  How would
4  you quantify it?
5      A. Based on the number that is sold you
6  will quantify how much damage has been done to
7  Nike.
8      Q. So do you have a figure --
9      A. On top of the financial and the image
10 damage to the brand, reputation damage as well
11 will add up, in my view.
12     Q. Okay.  So -- but what I want to try
13 to understand right now is the financial damage.
14
15
16
17
18
19
20
21
22
23
24
25      What is the alleged harm to Nike from

61 (Pages 238 - 241)

Page 242

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  Nike's false advertising claim?
3       A.  ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒
18      Q.  Excuse me, sold on StockX's website.
19          MS. DUVDEVANI:  Objection.
20      Q.  Let me state that more clearly.
21  ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒

Page 243

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2       Q.  ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒
6       Q.  Does Nike allege that its harm stems
7   from lost sales?
8       A.  Can you repeat that please?
9       Q.  Sure.
10          Does Nike allege that its harm stems
11  from lost sales?
12          MS. DUVDEVANI:  Objection.
13      A.  Repeat it please.
14      Q.  Sure.
15          Does Nike allege that its harm
16  related to the false advertising claims stems
17  from lost sales?
18          MS. DUVDEVANI:  Objection.
19      Q.  Or comes from lost sales?
20      A.  Yeah.
21      Q.  Yes.
22  ▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Page 244

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
9       Q.  Who are Nike's core competitors in
10  footwear?
11      A.  Adidas, Pumas Under Armour --
12          (Stenographer clarification.)
13      A.  Adidas, Puma, Under Armour, a number
14  of sporting good companies out there are Nike
15  competitor, main Nike competitor.
16      Q.  ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒
18          MS. DUVDEVANI:  Objection.
19      A.  ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒
▒▒▒▒

Page 245

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2       Q.  And so how does Nike allege harm from
3   lost sales when Nike is not a participant in the
4   secondary market like StockX?
5           MS. DUVDEVANI:  Objection.
6           THE WITNESS:  Do I need to answer
7   this?
8       Q.  Yes.
9       A.  So I said before we are talking about
10  counterfeit products.  We were talking about
11  counterfeit products.
12      Q.  And I'm talking about the false
13  advertising claims now.
14      A.  Okay.  ▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
25      Q.  Anything else?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 262

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
3    MS. DUVDEVANI: Objection.
4    A. ▮
12    MS. DUVDEVANI: Objection.
13    ▮
14    Q. Okay. If StockX fails to detect a
15 counterfeit on its website, how does that harm
16 Nike?
17    MS. DUVDEVANI: Objection.
18    A. Repeat the question please.
19    Q. Okay. ▮
22    MS. DUVDEVANI: Objection.
23    A. ▮

Page 263

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
6    Q. Okay. So your answer is the same as
7 before, correct?
8    A. Yeah.
9    Q. ▮
13    MS. DUVDEVANI: Objection.
14    A. The sale of counterfeit always harm
15 Nike. I believe I've said this several times.
16    Q. ▮

Page 264

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
7    MS. DUVDEVANI: Objection.
10    Q. If a buyer purchases a counterfeit
11 shoe from StockX's website and believes that it's
12 an authentic Nike shoe, does that harm Nike?
13    MS. DUVDEVANI: Objection.
14    A. Yes, it does.
21    MS. DUVDEVANI: Objection.
22    THE WITNESS: Sorry.

Page 265

1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
3    MS. DUVDEVANI: Objection.
13    Q. Okay.
14    (Stenographer clarification.)
15    A. ▮
16    Q. How are you measuring the harm to
17 Nike based on the false advertising?
18    MS. DUVDEVANI: Objection.
19    A. I will defer to our lawyers'
20 determination on that.
21    Q. Okay. Does Nike believe that
22 StockX's advertising claims increase the number
23 of transactions on StockX's website?
24    MS. DUVDEVANI: Objection.
25    A. Please repeat the question. I didn't

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400

Page 278

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  with Bates No. 144 please.
3    A.  Uh-huh.
4  
5  
6  
7  
8  
9  
10 
11 
12 
13 
14 
15 
16 
17 
18 
19 
20 
21 
22 
23 
24 
25 

Page 279

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  
3  
4  
5  
6  
7  
8  
9  
10 
11 
12 
13    MS. BANNIGAN:  Okay.  I have no
14  further questions.
15    MS. DUVDEVANI:  Okay.  Neither do I.
16    THE VIDEOGRAPHER:  The time is
17  5:07 p.m. and we're going off the record.
18    (Time noted: 5:08 p.m.)
19 
20 
21 
22 
23 
24 
25 

Page 280

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2           C E R T I F I C A T E   O F   R E P O R T E R
3      I, SILVIA P. WAGE, a Certified Shorthand
4  Reporter, Certified Realtime Reporter and Registered
5  Reporter, herby certify that the witness in the
6  foregoing deposition was by me duly sworn to tell
7  the truth, the whole truth, and nothing but the
8  truth in the within-entitled cause; that said
9  deposition was taken down in shorthand by me, a
10 disinterested person, at the time and place
11 therein stated, and that the testimony of the
12 said witness was thereafter reduced to typewriting,
13 by computer, under my direction and supervision;
14 that before completion of the deposition, review
15 of the transcript [X] was [ ] was not requested.
16 If requested, any changes made by the deponent
17 (and provided to the reporter) during the period
18 allowed are appended hereto.
19   I further certify that I am not of counsel
20 or attorney for either or any of the parties to
21 the said deposition, nor in any way interested in
22 the event of this cause, and that I am not
23 related to any of the parties thereto.
24                                  January 12, 2023.
25 License No. 30X100182700

Page 281

1  Tamar Duvdevani, Esq.
2  Tamar.duvdevani@dlapiper.com
3           January 12, 2023.
4  RE: Nike, Inc. v. Stockx LLC
5   1/10/2023, Barbara Delli Carpini (#5593380)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 awilliams@veritext.com.
16 
17   Return completed errata within 30 days from
18 receipt of testimony.
19    If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21 
22         Yours,
23         Veritext Legal Solutions
24 
25