# Exhibit 42

PageVault

| Document title: | Big Facts: Verified Authentic - StockX |
|---|---|
| Capture URL: | https://stockx.com/about/sx-market-insights/big-facts-verified-authentic/ |
| Page loaded at (UTC): | Mon, 13 Jun 2022 16:09:29 GMT |
| Capture timestamp (UTC): | Mon, 13 Jun 2022 16:10:45 GMT |
| Capture tool: | 10.7.14 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 6 |
| Capture ID: | 7hTUr4PvgsFqdi4fDP79v9 |
| User: | pagevault-steve |

PDF REFERENCE #: kQ1zGstmKjoQvckNTyexuD



StockX

Browse News About Help Login Sign Up Sell

Newsroom

Our News In The News Brand Assets Company

StockX
Always Verified
Authentic
Since 2016 ©
Since 2016 ©
Always Verified
Authentic
Since 2016 ©
StockX

Document title: Big Facts: Verified Authentic - StockX
Capture URL: https://stockx.com/about/sx-market-insights/big-facts-verified-authentic/
Capture timestamp (UTC): Mon, 13 Jun 2022 16:10:45 GMT
Page 1 of 5
NIKE0006777



StockX Browse News About Help Login Sign Up 

Newsroom Our News In The News Brand Assets Company

SHARE

# Big Facts

## Verified Authentic

Download Full Report Here

Just over 35 million products have gone through StockX's authentication process, and the team has grown to include more than 300 authenticators around the world. This report highlights the core components of StockX's rigorous authentication process and the company's global network of authentication centers. Even more granular, the report identifies quality control metrics including the top reasons products are rejected during the authentication process and the most common fake products caught by StockX authenticators.

June 2022
Snapshot
StockX
Big Facts
Verified Authentic
Just over 35 million products have gone through StockX's authentication process, and the team has grown to include more than 300 authenticators around the world. This report highlights the core components of StockX's rigorous authentication process and the company's global network of authentication centers. Even more granular, the report identifies quality control metrics including the top reasons products are rejected during the authentication process and the most common fake products caught by StockX authenticators.
Global Network Growth
StockX's investment in authentication has increased every year since 2016. Today, the StockX team comprises more than 300 authenticators across four continents, but they aren't the only experts on the frontlines. Nearly 200 additional team members, from knowledge managers to quality assurance specialists, support this critical function.
StockX has 11 authentication centers around the world
The company launched 5 new authentication centers in the last two years
Today, the team comprises more than 300 authenticators globally

Document title: Big Facts: Verified Authentic - StockX
Capture URL: https://stockx.com/about/sx-market-insights/big-facts-verified-authentic/
Capture timestamp (UTC): Mon, 13 Jun 2022 16:10:45 GMT
Page 2 of 5

NIKE0006778



the world

last two years

Detroit

Portland

Toronto

Eindhoven

Hong Kong

Seoul

Moonachie

London

Melbourne

Tempe

Atlanta

# Quality Control

Authentication is about more than just stopping fakes. Over the last 12 months, the presence of manufacturing defects was the top reason products were rejected during StockX's authentication process.

In the last 12 months alone, StockX protected customers by rejecting more than **300,000** products worth more than **$100M** in value.

**Reasons Products are Rejected by StockX:**
(Last 12 Months)

4% Other Reasons

24% Manufacturing Defects

11% Wrong Size

11% Wrong Product

20% Damaged Box

Damaged Box
14%
Fake Product
16%
Used Product
If a seller's product is rejected, StockX aims to connect the buyer with a new seller immediately.
*The last 12 months: June 1, 2021, to May 31, 2022.
**Damaged Box: In certain situations, StockX provides buyers with the opportunity to accept a product with a slightly damaged box.
StockX Authentication: By the Numbers
StockX has rejected more than
$400M
worth of products that did not meet authentication standards
(Since 2016)
Authenticators have stopped more than
$60M
worth of fake sneakers from trading on the platform
(Since 2016)
On average, more than
1M
products go through StockX's authentication process every month
(Last 12 Months)
Authenticators maintain a
99.96%
accuracy rate
(Last 12 Months)
*The last 12 months: June 1, 2021, to May 31, 2022.
The Winning Formula
StockX's authentication process combines human identification, expert knowledge, and cutting-edge AI technology.
Human Expertise + Expansive Database + Technology
Ai
Touch and smell can be critical components when determining authenticity
StockX's proprietary database includes billions of brand and product-specific data points
Use of AI helps ensure the most minor details are taken into consideration
Fakes Busted

©2021 StockX. All Rights Reserved.

Document title: Big Facts: Verified Authentic - StockX
Capture URL: https://stockx.com/about/sx-market-insights/big-facts-verified-authentic/
Capture timestamp (UTC): Mon, 13 Jun 2022 16:10:45 GMT

