# Exhibit 44

**Page Vault**

| | |
|---|---|
| Document title: | StockX launches its first Authentication Center in Mexico providing enhanced, localized customer experience – StockX |
| Capture URL: | https://stockx.com/about/stockx-launches-its-first-authentication-center-in-mexico-providing-enhanced-localized-customer-experience/ |
| Page loaded at (UTC): | Tue, 14 Feb 2023 18:21:56 GMT |
| Capture timestamp (UTC): | Tue, 14 Feb 2023 18:21:57 GMT |
| Capture tool: | 2.42.3 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.5412.0 Safari/537.36 |
| Operating system: | linux x64 (Node v16.15.1) |
| PDF length: | 4 |
| Capture ID: | 6T6gq5ru3WwdYdqjne3yWw |
| User: | automation@page-vaul |

PDF REFERENCE #:    iid4fe79fAKmDBt7TAUz3e

CONFIDENTIAL

NIKE0064441

**StockX**

Browse  News  About  Help  Sell  | Login |  **Sign Up**

Newsroom

Our News    In The News    Brand Assets    Company

# StockX launches its first Authentication Center in Mexico providing enhanced, localized customer experience

PUBLISHED JAN 30, 2023 - PRESS RELEASES

SHARE

f

𝕏

𝓅

in

✉

— Immediate benefits include faster shipping and payouts for buyers and sellers —

— New launch grows StockX's global authentication center network to 14 facilities worldwide —

**January 30, 2023 [DETROIT] –** StockX, a trusted global platform for consuming and trading current culture products, today announced the opening of a new authentication center in Mexico City, Mexico. While customers in Mexico have long had access to the StockX catalog – which today features more than 200,000 items ranging from sneakers, collectibles, and electronics to apparel and accessories – the new brick-and-mortar location enables the platform to provide a range of customer experience enhancements. The 14th authentication center in StockX's growing global network, the new facility means increased access to local supply and faster shipping for buyers, along with quicker payouts, bulk shipping, and drop-off functionality for local sellers.

One of StockX's key differentiators, its comprehensive, industry-leading verification process has long been core to the customer experience. The company's authentication centers function as critical nodes within its global supply chain network. Sellers ship their products to these locations, where they are first verified by StockX authenticators before being sent to a buyer. Globally, on average, more than 1 million products are inspected by StockX authenticators monthly. StockX has opened four new authentication centers since the start of 2021, and the company turned away nearly $100M worth of products that didn't meet its stringent verification standards in 2022 alone.

CONFIDENTIAL
NIKE0064442

**StockX**

Browse  News  About  Help  Sell    Login    Sign Up

Newsroom

Our News    In The News    Brand Assets    Company

standards in 2022 alone.

"The launch of this new authentication center in Mexico signifies our commitment to providing a safe and secure experience to our buyers and sellers around the world," said Greg Schwartz, co-founder and COO at StockX. "Not only does this localized service allow us to meet increasing demand across the region, but it also ensures we can deliver on our promise to be a trusted global marketplace for current culture. We're always working to up our game, and investing in facilities, people, technology, and processes that serve our community will help us build a strong foundation for growth in Latin America."

The authentication center opening is the latest in a series of customer enhancements StockX has introduced in the Mexican market. Since 2022, consumers in the region have benefited from local language and currency, and innovations including All-In Pricing. This proprietary, tech-forward feature expertly matches Mexican buyers with Mexican sellers in order to further improve shipping times and fees, and ensures the company continues to live up to its promise to deliver a best-in-class experience.

"Mexico City is home to a highly engaged community of sneaker and streetwear enthusiasts who already rely on our platform for access to coveted products and brands. That, coupled with the city's rich history in art, music, and culture, made it the perfect place for us to plant roots," said Rodrigo Mazal, Director, Mexico and Latin America. "There is growing demand for the StockX platform across Latin America, and our first authentication center on the ground is an important step in serving our buyers and sellers in the region."

In just over six years, StockX has become one of the leading online platforms in the world, processing sales in more than 200 countries and territories, and in 2022, surpassed more than 12 million lifetime buyers and over 40 million lifetime trades. Since the start of the pandemic, hundreds of thousands first-time sellers started using StockX, and it now has more than 1.5 million lifetime sellers. With a growing international customer base, and a diverse catalog of current culture products, StockX unlocks access and economic opportunity for millions of buyers and sellers around the world. Learn more at www.stockx.com.

**About StockX**

CONFIDENTIAL

NIKE0064443

**About StockX**

StockX prides itself on being a leading Detroit-based technology company focused on the large and growing online marketplace for sneakers, apparel, accessories, electronics, collectibles and trading cards.  StockX's powerful platform connects sellers and buyers of in-demand items around the world using dynamic pricing mechanisms.  This approach provides access and visibility to the marketplace driven by real-time information that allows buyers and sellers to determine and carry out transactions based on market value.  The StockX platform incorporates hundreds of brands in diverse categories, collectibles from artists including KAWS and Takashi Murakami, and electronics from leading manufacturers such as Sony, Microsoft, Nvidia and Apple.  StockX was launched in 2016, has more than 1,500 employees and 14 authentication centers around the world. To learn more, visit www.stockx.com

### 



StockX. Access the Now.

| Air Jordan | Yeezy | Popular Releases | Apparel | Nike | Sell |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Lightning McQueen Crocs | Supreme | Nike Dunk | Selling Guide |
| Air Jordan Release Dates | Yeezy Boost 350 V2 | NikeCraft GPS Yellow | Essentials | Nike Blazer | Professional Tools |
| Womens Jordans | Yeezy Boost 700 | Jordan 2 J Balvin | Chrome Hearts | Nike Air Force 1 | Scout |
| Air Jordan 11 | Yeezy Boots | adidas Samba | Vlone | Women's Air Force 1s | Developers |
| Air Jordan 4 | Yeezy Slides | Jordan 1 Yellow Toe | Nike Tech Fleece | Women's Nike Dunks | |
| Jordan 1 Mid | Yeezy Foam RNNR | Converse Chuck Taylor | Yeezy GAP | Women's Nike Shoes | |

Find Us on Social

Download Our App

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS

©2023 StockX. All Rights Reserved.

EN | EN-GB | IT | DE | FR | FR-CA | ZH-CN | ZH-TW | JA | KO | ES-MX | ES-US | ES-ES

CONFIDENTIAL

NIKE0064444