# Exhibit 45

*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-151224-L5V0C9
**CASE TITLE**:CURRENT ORDER - SALES
**CONTACT REASON**:CANCELLED SALE OR PENALTY FEE INQUIRY
**ORDER NUMBER**: 27952429
**CREATED ON**: 10/14/2021 3:38 PM
**STATUS**: RESOLVED
**ORIGIN**: HELP PAGE
**CASE DESCRIPTION**: THE ITEM IS NOT FAKE, THE PIC THE STAFF SENT ME CAN CONFIRM IT; THE OUTSIDE PACKAGING HAVE BEEN REMOVED SOME LABEL LIKE SHIPPING TO MY ADDRESS BUT AS IN THE PIC THE TEE IS ORIGINAL. PLEASE TELL ME IF PROVIDING A RECEIPT OF THE ORDER CAN FIX THIS, THIS IS THE SECOND TIME I GET REJECTED FOR SELLING SOMETHING THAT'S NOT FAKE, THE FIRST WAS A PAIR OF NIKE SHOES FOR WOMEN, I CAN PROVIDE A RECEIPT FOR IT TOO. I ALSO GOT BACK TO LEVEL 1 SELLER WHICH I DON'T KNOW THE REASON SINCE I DIDN'T GOT A NOTICE FOR THE SHOES. LET ME KNOW ABOUT THIS, THANK YOU VERY MUCH FOR THE UNDERSTANDING AND PATIENCE.
**ATTACHMENT URL:** ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**:
**CUSTOMER NAME**:

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 10/14/2021 3:38 PM | D365-PROD-HelpPage-Contact | Email | StockX Case # CAS-151224-L5V0C9 Current Order - Sales CRM:0096440 |

| | | | |
|---|---|---|---|
| | | | Hey there Egli!<br><br>Thank you for reaching out to StockX Support. We've received your message and Case #CAS-151224-L5V0C9: &quot;Current Order - Sales&quot; has been created.<br><br>We are currently experiencing longer than average wait times. We share your sense of urgency and will generally respond to you via email within 48 hours. Please only submit one case per inquiry.<br><br>If you haven't already provided the following information, please reply to this email with it to help us serve you faster:<br><br>- Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>Our Customer Support Team will respond to you as quickly as we can, generally within 24 hours. While we share your urgency, please only submit one case per inquiry.<br><br>The most current order information will always be found at stockx.com/account.<br>For information on payout setup, account verification, payout history viewing, and payout tracking, visit our payout support |

| | | | |
|---|---|---|---|
| | | | center (https://stockx.hyperwallet.com/hw2web/consumer/page/contact.xhtml).<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Page (http://help.stockx.com), as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br><br>http://help.stockx.com/ |
| 10/15/2021 11:22 AM | Balir Jouini | Email | CRM:0198488<br><br>Hi Egli ,<br><br>Thanks for contacting us and using the StockX . |

| | | | |
|---|---|---|---|
| | | | I'm sorry to hear that the product failed the verification.<br><br>Unfortunately , the decision can't be overturned as the product has already been sent back to you ,<br><br>Don't hesitate to come back to us if you have any question,<br><br>Regards ,<br><br>Balir |
| 10/15/2021 11:23 AM | Balir Jouini | Case Resolution | failed auth |
| 10/15/2021 5:02 PM | SYSTEM | Email | Re: CRM:0198488<br><br>Can I at least get the 15USD fee lifted? My products are not bought and sold as fake, please understand this. Thank you.Il giorno 15 ott 2021, alle ore 13:22, support@stockx.com ha scritto:Hi Egli ,Thanks for contacting us and using the StockX .I'm sorry to hear that the product failed the verification.Unfortunately , the decision can't be overturned as the product has already been sent back to you ,Don't hesitate to come back to us if you have any question,Regards ,Balir |
| 10/16/2021 11:55 AM | Dalma Cseh | Email | CRM:0458391<br><br>Dear Egli,<br><br>Thank you for getting back to us an dI hope you have been doing good. I'll be happy to assist you today.<br><br>It has been brought to my attention that you would like us to remove the $15 penalty for your recently failed order. I understand completely where you are coming form, it isn't great when you are expecting to have your sale completed but it can't go through. We will have to take a second look into this, so I would like to ask you to allow us a some extra time to do so. In the meanwhile I would like to raise your attention to our recently updated Seller Program, that you can read more about here. This might be useful for you to better see what the idea and logicis behind our seller levels and |

| | | | |
|---|---|---|---|
| | | | how can you maintain a higher level.<br><br>We will let back to you as soon as possible. Let us know if you have further questions until then!<br><br>Thank you and have a wonderful weekend,<br><br>Dalma |
| 10/16/2021 1:51 PM | SYSTEM | Email | Re: CRM:0458391<br><br>Thank you very much for doing soIl giorno 16 ott 2021, alle ore 13:55, support@stockx.com ha scritto:Dear Egli,Thank you for getting back to us an dI hope you have been doing good. I'll be happy to assist you today.It has been brought to my attention that you would like us to remove the $15 penalty for your recently failed order. I understand completely where you are coming form, it isn't great when you are expecting to have your sale completed but it can't go through. We will have to take a second look into this, so I would like to ask you to allow us a some extra time to do so. In the meanwhile I would like to raise your attention to our recently updated Seller Program, that you can read more about here. This might be useful for you to better see what the idea and logicis behind our seller levels and how can you maintain a higher level.We will let back to you as soon as possible. Let us know if you have further questions until then!Thank you and have a wonderful weekend,Dalma |
| 10/18/2021 1:32 PM | Alison-Gala Rodriguez-Martin | Email | Re: CRM:0458391<br><br>Hi Egli!<br><br>Thanks so much for reaching out to StockX!<br><br>I hope you are having an amazing start to the week.<br><br>I am reviewing your case and what you mention, I understand that you feel frustrated with the decision of our authenticators. |

|  |  |  | However I assure you that our team is trained extensively and directly from the brands to spot any irregularities in the items we receive.<br><br>I recommend taking this item back to the place you bought it and discus this directly with them.<br><br>I can waive the fee if you provide me with proof of purchase but I do not recommend you try to sell this again in StockX as it will fail verification again.<br><br>Is best that you return to the shop to discuss this with them.<br><br>I understand that this can be something where you have no knowledge or responsibility in.<br><br>As per the Nike Sneakers, you mentioned these failed authentication because the wrong size was sent but that's a completely different reason, this happens too.<br><br>Let me know if there is anything else that I can do to help.<br><br>Best,<br><br>Alison |
|---|---|---|---|
| 10/18/2021 1:32 PM | SYSTEM | Case Resolution | Resolved - Information Provided |

Confidential
STX0783980

## Emails:

| Date | Email |
|---|---|
| 10/14/2021 3:38 PM | From : support@stockx.com To ▮▮▮▮▮▮<br>Subject :  StockX Case # CAS-151224-L5V0C9 Current Order - Sales CRM:0096440<br>Created on behalf of: D365-PROD-HelpPage-Contact<br>Content :<br><br>Hey there<br>Egli!<br><br>Thank you for reaching out to StockX Support. We've received your message and Case #CAS-151224-L5V0C9: &quot;Current Order - Sales&quot; has been created.<br><br>We are currently experiencing longer than average wait times. We<br>share your sense of urgency and will generally respond to you via email within 48 hours. Please only submit one case per inquiry. |

If you haven't already provided the following information, please reply to this email with it to help us serve you faster:

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

Our Customer Support Team will respond to you as quickly as we can, generally within 24 hours. While we share your urgency, please only submit one case per inquiry.

The most current order information will always be found at stockx.com/account. For information on payout setup, account verification, payout history viewing, and payout tracking, visit our payout support center (https://stockx.hyperwallet.com/hw2web/consumer/page/contact.xhtml).

We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Page (http://help.stockx.com), as it may have the answers you are looking for!

We look forward to connecting with you soon!

Thank you,
StockX Support

http://help.stockx.com/

Confidential
STX0783982

| | |
|---|---|
| | |
| 10/15/2021 11:22 AM | From : support@stockx.com To :<br>Subject :  CRM:0198488<br>Created on behalf of: Balir Jouini<br>Content :<br>Hi Egli ,<br><br>Thanks for contacting us and using the StockX .<br><br>I'm sorry to hear that the product failed the verification.<br><br>Unfortunately , the decision can't be overturned as the product has already been sent back to you ,<br><br>Don't hesitate to come back to us if you have any question,<br><br>Regards ,<br><br>Balir |
| 10/15/2021 5:02 PM | From : eglihysa@outlook.com To :Case 09535118, support@stockx.com<br>Subject :  Re: CRM:0198488<br>Created on behalf of: Andrew Jocson ADM<br>Content :<br>Can I at least get the 15USD fee lifted? My products are not bought and sold as fake, please understand this. Thank you.Il giorno 15 ott 2021, alle ore 13:22, support@stockx.com ha scritto:Hi Egli ,Thanks for contacting us and using the StockX .I'm sorry to hear that the product failed the verification.Unfortunately , the decision can't be overturned as the product has already been sent back to you ,Don't hesitate to come back to us if you have any question,Regards ,Balir |
| 10/16/2021 11:55 AM | From : support@stockx.com To :<br>Subject :  CRM:0458391<br>Created on behalf of: Dalma Cseh<br>Content :<br><br>Dear Egli, |

Confidential

| | |
|---|---|
| | Thank you for getting back to us an dI hope you have been doing good. I'll be happy to assist you today.<br><br>It has been brought to my attention that you would like us to remove the $15 penalty for your recently failed order. I understand completely where you are coming form, it isn't great when you are expecting to have your sale completed but it can't go through. We will have to take a second look into this, so I would like to ask you to allow us a some extra time to do so. In the meanwhile I would like to raise your attention to our recently updated Seller Program, that you can read more about here. This might be useful for you to better see what the idea and logicis behind our seller levels and how can you maintain a higher level.<br><br>We will let back to you as soon as possible. Let us know if you have further questions until then!<br><br>Thank you and have a wonderful weekend,<br><br>Dalma |
| 10/16/2021 1:51 PM | From : eglihysa@outlook.com To :Case 09535118, support@stockx.com, X X<br>Subject :  Re: CRM:0458391<br>Created on behalf of: Andrew Jocson ADM<br>Content :<br>Thank you very much for doing soIl giorno 16 ott 2021, alle ore 13:55, support@stockx.com ha scritto:Dear Egli,Thank you for getting back to us an dI hope you have been doing good. I'll be happy to assist you today.It has been brought to my attention that you would like us to remove the $15 penalty for your recently failed order. I understand completely where you are coming form, it isn't great when you are expecting to have your sale completed but it can't go through. We will have to take a second look into this, so I would like to ask you to allow us a some extra time to do so. In the meanwhile I would like to raise your attention to our recently updated Seller Program, that you can read more about here. This might be useful for you to better see what the idea and logicis behind our seller levels and how can you maintain a higher level.We will let back to you as soon as possible. Let us know if you have further questions until then!Thank you and have a wonderful weekend,Dalma |
| 10/18/2021 1:32 PM | From : support@stockx.com To<br>Subject :  Re: CRM:0458391<br>Created on behalf of: Alison-Gala Rodriguez-Martin<br>Content :<br>Hi Egli! |

Confidential

STX0783984

Thanks so much for reaching out to StockX!

I hope you are having an amazing start to the week.

I am reviewing your case and what you mention, I understand that you feel frustrated with the decision of our authenticators.

However I assure you that our team is trained extensively and directly from the brands to spot any irregularities in the items we receive.

I recommend taking this item back to the place you bought it and discus this directly with them.

I can waive the fee if you provide me with proof of purchase but I do not recommend you try to sell this again in StockX as it will fail verification again.

Is best that you return to the shop to discuss this with them.

I understand that this can be something where you have no knowledge or responsibility in.

As per the Nike Sneakers, you mentioned these failed authentication because the wrong size was sent but that's a completely different reason, this happens too.

Let me know if there is anything else that I can do to help.

Best,

Confidential
STX0783985

|  | Alison |
|---|---|
|  |  |

### Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

### Notes:

| Date | Created by | Subject | Note |  |
|---|---|---|---|---|
|  |  |  |  |  |

### Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

### Post:

| Date | Type | Teammate | Text |
|---|---|---|---|
| 10/14/2021 3:38 PM | Auto Post | SYSTEM | D365-PROD-HelpPage-ContactCurrent Order - Sales |
| 10/15/2021 11:23 AM | Auto Post | SYSTEM |  |
| 10/15/2021 12:02 PM | Auto Post | Stella D365-PROD-Stella | Stella request d66dcabe-ed75-48d3-857f-4fa031b486ea |