# Exhibit 50

INTERNET ARCHIVE
archive.org

# AFFIDAVIT OF NATHANIEL E FRANK-WHITE

1.  I am a Records Request Processor at the Internet Archive. I make this declaration of my own personal knowledge.

2.  The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3.  The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a display of available dates. The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4.  The archived data made viewable and browsable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5.  The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL". Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6.  Attached hereto as Exhibit A are true and accurate copies of browser screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each printout.



7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: _____07/18/2024_____

*Nathaniel Frank-White*
Nathaniel E Frank-White

> **Please see attached
> All Purpose
> Jurat form
> for additional
> Notary Events**

# JURAT ATTACHMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ___Texas_____ }

COUNTY OF ___Hunt_____ }

The foregoing instrument was subscribed and sworn before me this date of ___07/18/2024___, by ___Nathaniel Frank-White_____

This notarial act was an online notarization.

Document Notarized using a Live Audio-Video Connection



NOTARY PUBLIC
STATE OF TEXAS
HEATHER MAYO
ELECTRONIC NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID: 134814539
COMMISSION EXP: MARCH 20 2028

(Notary Seal)

Notary's Signature_____ _Heather Mayo_____

Registration No.: ___134814539_____

Commission Expiration Date:___March 20, 2028_____



EXHIBIT A

https://web.archive.org/web/20220531221712/https://stockx.com/nike-dunk-low-racer-blue-white





5 captures
16 May 2022 - 17 Mar





**StockX**

Search for brand, color, etc.

Browse  News  About  Help  Login  **Sign Up**  **Sell**

Home / Sneakers / Nike / Dunk / Low / Nike Dunk Low Racer Blue White

# Nike Dunk Low
## Racer Blue White

100% Authentic    Condition: New





Size:                                            All ∨

**Buy** or Bid         Lowest Ask
                       --

**Sell** or Ask        Highest Bid
                       --

Last Sale:
€137                   View Asks   View Bids   View Sales
▲ €17 (14%)

---

## Related Products

---

## Product Details

| | | | |
|---|---|---|---|
| Style | DD1391-401 | Colorway | RACER BLUE/WHITE |
| Retail Price | $100 | | |

---

## Price History



| 1M | 3M | 6M | YTD | 1Y | All | View Sales > |

Nothing to see here.
No data available.

## 12-Month Historical

| | | |
|---|---|---|
| **-- - --**<br>12-Month Trade Range | **-- - --**<br>All-Time Trade Range | **--**<br>Volatility |
| **--**<br>Number of Sales | **--**<br>Price Premium | **--**<br>Average Sale Price |



https://web.archive.org/web/20210115155158/https://stockx.com/nike-sb-dunk-low-black-white-gum


https://stockx.com/nike-sb-dunk-low-black-white-gum

1 capture
15 Jan 2021

JAN
**15**
2020  **2021**  2022

About this capture

HOME / SNEAKERS / NIKE / SB / SB DUNK LOW / NIKE SB DUNK LOW BLACK WHITE GUM

SHARE    PORTFOLIO    FOLLOW

# Nike SB Dunk Low Black White Gum

Condition: **New**  |  Ticker: NK-SBDLBKWTG  |  **100% Authentic**

Size
All

Last Sale  **$325** ▲+$26 (9%)

Size 11  |  View All Sales



$289
Lowest Ask

Buy
or Bid

View All Asks



$321
Highest Bid

Sell
or Ask

View All Bids



STYLE 854866-019    COLORWAY BLACK/GUM LIGHT BROWN-WHITE    RETAIL PRICE $90    RELEASE DATE 12/10/2016

 52 WEEK HIGH $425 | LOW $100    ▌▊ TRADE RANGE (12 MOS.) **$261 - $389**    ░░ VOLATILITY **19.7%**

LATEST SALES

12 MONTH HISTORICAL

# OF SALES
**94**

PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)
**261.1%**

**Sign up for free to view all recent sales data**


SIGNUP

or login



AVERAGE SALE PRICE

$214

| Air Jordan | Travis Scott | Recent Updates | Popular Releases | adidas | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Travis Scott McDonald's | The Drop List | Jordan 13 Starfish | adidas Yeezy Boost 350 | T-Shirts |
| Air Jordan 11 | Travis Scott Franchise | 8 Charts That Explain Sneakers In 2020 | Jordan 4 Starfish (W) | adidas Yeezy Boost 350 V2 | Accessories |
| Womens Jordans | Travis Scott Astroworld | Best Streetwear Of 2020 | Nike SB Dunk Low Street Hawker | adidas Yeezy Boost 700 V3 | Supreme The North Face |
| Kids Jordans | Travis Scott Hoodies | Xbox Series X | Jordan 5 Low Chinese New Year | adidas Yeezy Boost 380 | Bottoms |
| Air Jordan 3 | Travis Scott Shirts | PS5 | adidas Yeezy Boost 700 Sun | adidas Yeezy QNTM | Hoodies |
| Jordan 1 Mid | Travis Scott Nike | Yeezy Slides | New Balance 920 Sneakerstuff | adidas NMD | Box Logo |

Region    English en    Currency

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

IT | DE | FR | ZH | JA

©2021 StockX. All Rights Reserved.

https://web.archive.org/web/20190330101626/https://stockx.com/nike-sb-dunk-low-black-pigeon

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/nike-sb-dunk-low-black-pigeon
6 captures
8 Jan 2019 - 11 Mar 2...
JAN **MAR** DEC
**30**
2018 **2019** 2020
About this capture



stock**X**   Q Search for brand, color, etc.   Browse  News  App  Portfolio  About  FAQ  Login  Sign Up   **Sell**   $USD

HOME / SNEAKERS / NIKE / SB / SB DUNK LOW / NIKE SB DUNK LOW BLACK PIGEON

↑ SHARE   + PORTFOLIO   +FOLLOW

# Nike SB Dunk Low Black Pigeon

Condition: **New** | Ticker: **NK-SBDULBKP** | **100% Authentic**

Size
All ∨

Last Sale **$273** ▲+$8 (3%)
Size: 8.5 | View All Sales

| **$175** Lowest Ask | **Buy** or Bid |
Size 6 | View All Asks

| **$262** Highest Bid | **Sell** or Ask |
Size: 11 | View All Bids


Nike SB Dunk Low Black Pigeon



STYLE 883232-008     COLORWAY BLACK/BLACK-SIENNA     RETAIL PRICE $110
RELEASE DATE 2017-11-11

🕐 52 WEEK
HIGH $480 | LOW $96

📊 TRADE RANGE (12 MOS.)
$254 - $292

〽️ VOLATILITY
6.9%

**LATEST SALES OF NIKE SB DUNK LOW BLACK PIGEON**



🕐 12 MONTH HISTORICAL

# OF SALES
1027

PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)
148.2%

Sign up for free to view all recent sales data

**SIGN UP**

or log in

AVERAGE SALE PRICE

$212

Nothing to see yet.
But since you're here, did you know that...
We almost named the company "Basket"...
You're welcome.

| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Yeezy 700 Geode | Yeezy 350 Clay | Jordan 1 Sail Phantom | adidas Yeezy Boost 350 | Nike Air Max 90 Mars Landing | Supreme |
| Jordan 1 Sail Phantom | Yeezy 350 Trfrm | Jordan 6 Black Infrared | adidas Yeezy 500 | Nike Air Max 90 Off-White Desert | Kith |
| Yeezy 350 Clay | Jordan 1 Sail Phantom | Jordan 1 UNC Patent | adidas Yeezy Boost 700 | Nike Air Foamposite One Memphis | Off-White |
| Yeezy 350 Trfrm | Yeezy 700 Geode | Jordan 6 Aleali May | adidas Yeezy Powerphase | Nike Air Max Tailwind Supreme White | Bape |
| Yeezy 350 Hyperspace | Jordan 3 Tinker University Red | Jordan 3 Tinker University Red | adidas Ultra Boost | Nike Air Max 1 Susan | Palace |
| Jordan 3 Tinker University Red | Jordan 1 Travis Scott | Jordan 1 Travis Scott | adidas NMD | Nike Air Max 97 Neon Seoul | Kaws |

Get the app 

Proudly Built in Detroit

FAQ | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS

©2019 StockX. All Rights Reserved.

https://web.archive.org/web/20190520140546/https://stockx.com/nike-sb-dunk-low-panda-pigeon

INTERNET ARCHIVE
WayBackMachine
https://stockx.com/nike-sb-dunk-low-panda-pigeon

11 captures
13 Jan 2019 – 16 Jul 2

JAN **MAY** MAR
◄ **20** ►
2018 **2019** 2021  ▼ About this capture

stockX    Q Search for brand, color, etc.        Browse   News   App   Portfolio   About   FAQ   Login   Sign Up   **Sell**      USD

HOME / SNEAKERS / NIKE / SB / SB DUNK LOW / NIKE SB DUNK LOW STAPLE PANDA PIGEON          ↑ SHARE   + PORTFOLIO   + FOLLOW

# Nike SB Dunk Low Staple Panda Pigeon

Condition: **New**  |  Ticker: **SBDNKL-PP**  |  **100% Authentic**

Size
**All** ⌄

Last Sale  **$251** ▼-$57 (-19%)
Size: 10.5 | View All Sales





Size: 11 | View All Asks          Size: 6.5 | View All Bids

Nike SB Dunk Low Staple Panda Pigeon

○ ─────────────

**STYLE** BV1310-013

**COLORWAY** BLACK/WHITE-GREEN GUSTO

**RETAIL PRICE** $100

**RELEASE DATE** 2019-01-15

Kung Fu Panda would probably lose his mind after seeing the Nike SB Dunk Low Staple Panda Pigeon. This Nike SB comes in a white upper with black accents, white Nike "Swoosh", black midsole and translucent sole. These sneakers released in January 2019 and retailed for $110. Grab this sneaker grail for your collection today on StockX.

**LATEST SALES OF NIKE SB DUNK LOW STAPLE PANDA PIGEON**

⊕ **12 MONTH HISTORICAL**

**# OF SALES**
**3676**

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)
**150.6%**

**Sign up for free to view all recent sales data**

**SIGN UP**

or log in

AVERAGE SALE PRICE

**$300**

Nothing to see yet.
But since you're here, did you know that...
Zoom Air was originally called Tensile Air...
You're welcome.

| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Yeezy 350 Glow | Jordan 4 Bred | Jordan 1 Travis Scott | adidas Yeezy Boost 350 | Nike Fear Of God Raid Black | Supreme |
| Jordan 4 Bred | Yeezy 350 Clay | Jordan 4 Bred | adidas Yeezy 500 | Nike Fear Of God Moc Black | Kith |
| Jordan 4 Bred Update | Yeezy 350 Glow In The Dark | Jordan 1 Twist | adidas Yeezy Boost 700 | Nike LD Waffle Sacai Blue | Off-White |
| Jordan 1 Travis Scott | Jordan 1 Travis Scott | Jordan 1 SB Light Bone | adidas Yeezy Powerphase | Nike LD Waffle Sacai Green | Bape |
| Jordan 1 SB Lakers | Jordan 1 Twist | Jordan 1 SB Lakers | adidas Ultra Boost | Nike Blazer Sacai Snow Beach | Palace |
| Jordan 1 SB Light Bone | Yeezy 700 Analog | Jordan 11 Low Light Bone | adidas NMD | Nike Blazer Sacai Black Legend | Kaws |

Get the app     Proudly Built in Detroit

FAQ | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS          ©2019 StockX. All Rights Reserved.

https://web.archive.org/web/20200630025448/https://stockx.com/nike-dunk-low-sp-university-orange-marine-2020

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/nike-dunk-low-sp-university-orange-marine-2020
5 captures
29 Jun 2020 - 3 May 2

stock**X**    Search for brand, color, etc.    Browse  News  App  Portfolio  About  Help  Login  Sign Up    Sell

HOME / SNEAKERS / NIKE / BASKETBALL / NIKE DUNK LOW SP CHAMP COLORS UNIVERSITY ORANGE MARINE (2020)    SHARE  PORTFOLIO  FOLLOW

# Nike Dunk Low SP Champ Colors University Orange Marine (2020)

Condition: **New**  |  Ticker: **NK-NIDLSUOUM**  |  **100% Authentic**

| Size All | Last Sale **$296** ▼-$2 (-1%) | |
|---|---|---|
| | Size 12 \| View All Sales | |



**$265**
Lowest Ask
**Buy** or Bid

Size -- | View All Asks



**$293**
Highest Bid
**Sell** or Ask

Size -- | View All Bids

Nike Dunk Low SP Champ Colors University Orange Marine (2020)

**STYLE** CU1727-800

**COLORWAY** UNIVERSITY ORANGE/MARIN...

**RETAIL PRICE** $100

**RELEASE DATE** 06/24/2020

Nike brings back an alternate Syracuse Dunk colorway with the Nike Dunk Low Champ Colors, now available on StockX. The original Champ Colors Dunk Low made its debut in 2004, providing an alternate take on the original Nike Dunk Low Syracuse. For the very first time, the Champ Colors colorway received a retro in the summer of 2020, continuing Nike's heatwave of Dunk releases.

The Nike Dunk Low Champ Colors features a dark navy leather upper with orange overlays and detailing. Yellow Nike branding on the tongue, white midsoles, and navy outsoles complete the design. These Dunk Lows released in June of 2020 and retailed for $100 USD.

| 🕐 52 WEEK | ⓘ TRADE RANGE (12 MOS.) | ⁄⁄⁄ VOLATILITY |
|---|---|---|
| HIGH $400 \| LOW $205 | $285 - $307 | 3.6% |

**LATEST SALES**

🕐 12 MONTH HISTORICAL

# OF SALES
**949**



PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)

196.0%

AVERAGE SALE PRICE

$281

Sign up for free to view all recent sales data

SIGNUP

or login

Nothing to see yet.

**Recent Updates**
History Of Nike Logo
Best 2020 SNKRS Releases
Yeezy Supply Vs Demand
Best New Nike Shoes
Yeezy Foam RNNR
Nintendo Switch Lite

**Popular Releases**
Jordan 13 Flint
Jordan 1 Royal Toe
Jordan 11 Low Concord
Jordan 1 Tie Dye
Yeezy QNTM Barium
Yeezy Foam RNNR Ararat

**Air Jordan**
Air Jordan 1
Air Jordan 11
Air Jordan 3
Air Jordan 4
Air Jordan 5
Air Jordan 13

**adidas**
adidas Yeezy Boost 350
adidas Yeezy Boost 500
adidas Yeezy Boost 700
adidas Yeezy Boost 380
adidas Yeezy Powerphase
adidas NMD

**Nike**
Nike Air Force 1
Nike SB
Nike Lebron
Nike Dunk
Nike Air Max 90
Nike Kobe

**Streetwear**
Supreme
Kith
Off-White
Bape
Palace
Kaws

Region     |     English en     |     Currency

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS | ACCESSIBILITY STATEMENT
IT   DE   FR   ZH   JA
©2020 StockX. All Rights Reserved.

https://web.archive.org/web/20200326162924/https://stockx.com/nike-dunk-low-sp-kentucky

https://stockx.com/nike-dunk-low-sp-kentucky

INTERNET ARCHIVE
WaybackMachine
8 captures
26 Mar 2020 - 8 Dec 2

2019  2020  2022

stockX    🔍 Search for brand, color, etc.    Browse  News  App  Portfolio  About  Help  Login  Sign Up    Sell

HOME / SNEAKERS / NIKE / BASKETBALL / DUNK / NIKE DUNK LOW SP KENTUCKY (2020)

↑ SHARE    + PORTFOLIO    + FOLLOW

# Nike Dunk Low SP Kentucky (2020)

Condition: **New** | Ticker: NK-NIDLSKWV | **100% Authentic**

Size
All ⌄

Last Sale $221 ▲+$1 (0%)
Size 10.5 | View All Sales

$176 **Buy** or Bid
Lowest Ask

$266 **Sell** or Ask
Highest Bid

Size -- | View All Asks    Size -- | View All Bids


Nike Dunk Low SP Kentucky (2020)

○

**STYLE** CU1726-100

**COLORWAY** WHITE/VARSITY ROYAL

**RETAIL PRICE** $100

**RELEASE DATE** 03/14/2020

Nike celebrated the 35th Anniversary of the Nike Dunk by releasing the Nike Dunk Low SP Syracuse (2020), now available on StockX. The Nike Dunk debuted as part of the 1985 Nike College Color's program, a program that delivered footwear in the school colors of 12 popular basketball programs allowing fans to support their favorite teams from head to toe. This Kentucky colorway was among the first collegiate colorways Nike released, breaking the mold for colorways used on basketball shoes.

**read more**



🕒 **52 WEEK**
HIGH $638 | LOW $165

📊 **TRADE RANGE (12 MOS.)**
$206 - $236

〽 **VOLATILITY**
6.8%

LATEST SALES

🕒 **12 MONTH HISTORICAL**

**# OF SALES**
2209

Nothing to see yet.

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)

121.0%

---

**AVERAGE SALE PRICE**

$243

| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Best Nikes For Women | Nike Dunk Low SP Kentucky | Jordan 3 UNC | adidas Yeezy Boost 350 | Nike SB Dunk Low Travis Scott | Supreme |
| Most Comfortable Sneakers | Nike Dunk Low SP Syracuse | Jordan 1 Pine Green | adidas Yeezy 500 | Nike Dunk Low SP Syracuse | Kith |
| Yeezy 350 Desert Sage | Jordan 1 Pine Green | Jordan 1 UNC to Chicago Leather | adidas Yeezy Boost 700 | Nike Dunk Low SP Kentucky | Off-White |
| Nike SB Dunk Low Travis Scott | Nike SB Dunk Low Travis Scott | Jordan 5 Off White | adidas Yeezy Powerphase | Nike SB Dunk Safari | Bape |
| Nike Dunk Low SP Kentucky | Yeezy 350 Desert Sage | Jordan XXXIV Bayou Boys | adidas Ultra Boost | Nike Air Force 1 Low Supreme White | Palace |
| Nike Dunk Low SP Syracuse | Nike SB Dunk Low Safari | Jordan 1 Zoom White Racer Blue | adidas NMD | Nike Air Force 1 Low Supreme Black | Kaws |

| United States | English en | $ USD |
|---|---|---|

🐦 f 📷 ▶    🍎 🤖    ⚙ Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS

IT    DE    FR    ZH    JA

©2020 StockX. All Rights Reserved.

https://web.archive.org/web/20210814061009/https://stockx.com/nike-dunk-low-unc-2021



https://stockx.com/nike-dunk-low-unc-2021

5 captures
20 May 2021 - 2 Jun 2...

MAY **AUG** SEP
**14**
2020 **2021** 2023

HOME / SNEAKERS / NIKE / BASKETBALL / DUNK / NIKE DUNK LOW UNC (2021)

↑ SHARE    + PORTFOLIO    + FOLLOW

# Nike Dunk Low UNC (2021)

Condition: **New**  |  Ticker: NK-NIDLUWU2  |  **100% Authentic**

Size:
All ⌄

Last Sale **$322** ▲+$22 (7%)

Size: 9.5  |  View All Sales


$285 **Buy**
Lowest Ask **or Bid**

View All Asks


$385 **Sell**
Highest Bid **or Ask**

View All Bids



○ ────────────────────

🌐 52 WEEK HIGH $506 | LOW $200    📊 TRADE RANGE (12 MOS.) $297 - $347    〽 VOLATILITY 7.6%

**LATEST SALES**

View All Sales

| ⇕ SIZE | ⇕ SALE PRICE | ▾ DATE | TIME |
|---|---|---|---|

Nothing to see yet.

🌐

**12 MONTH HISTORICAL**

**# OF SALES**
15754

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)
222.0%

**AVERAGE SALE PRICE**
$294



| Air Jordan | Yeezy | Recent Updates | Popular Releases | Fear of God | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | The Drop List | Jordan 1 Low Fragment Travis Scott | Fear of God Essentials | T-Shirts |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Nintendo Switch OLED | Jordan 1 High Pollen | Fear of God | Accessories |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 3 Buyer's Guide | Jordan 1 High Seafoam | Fear of God Essentials Kids | Supreme The North Face |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Yeezy 350 V2 Light | Fear of God Nike | Bottoms |
| Air Jordan 11 Low | Yeezy Slides | PS5 | Jordan 12 Utility | Fear of God Essentials Hoodies | Hoodies |
| Jordan 1 Mid | Yeezy Foam RNNR | CGC Graded Comic Books | adidas Forum Bad Bunny Black | Most Popular Fear of God | Supreme Nike |

Region | English | Currency

✿ Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN | IT | DE | FR | JA | KO | ES

©2021 StockX. All Rights Reserved.

https://web.archive.org/web/20220327004112/https://stockx.com/nike-dunk-high-panda



INTERNET ARCHIVE
**WayBackMachine**
https://stockx.com/nike-dunk-high-high-panda

4 captures
6 Mar 2021 - 9 Jun 202...

2021   **2022**   2023



**StockX**    🔍 Search for brand, color, etc.    Browse  News  About  Help  Login  **Sign Up**   **Sell**

Home / Sneakers / Nike / Dunk / High / Nike Dunk High Panda

# Nike Dunk High
## Panda

`100% Authentic`  `Condition: New`





| Size: | All ⌄ |
|---|---|

| **Buy**<br>or Bid | Size: 7<br>€3,060 |
|---|---|
| **Sell**<br>or Ask | Size: 10.5<br>€546 |

Last Sale:

We use cookies to understand how you use our site and to improve your experience. By continuing to use our
website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking
technologies. To learn more, please click on Privacy Policy.

Privacy Policy    **Okay**

## Related Products

| Nike Dunk High Panda (2021) | Nike Dunk High Panda (2021) (W) | Nike Dunk High Panda (GS) (2021) | Nike Dunk High Nikebook | Nike Dunk High Up Panda (W) |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| €239 | €125 | €165 | €1,084 | €134 |
| Last Sale: €233 | Last Sale: €139 | Last Sale: €172 | Last Sale: €476 | Last Sale: €133 |

## Product Details

| | |
|---|---|
| Style | 323955-101 |
| Colorway | WHITE/BLACK-SAIL |
| Retail Price | $150 |
| Release Date | 01/01/2008 |

https://web.archive.org/web/20191206203418/https://stockx.com/jordan-1-retro-low-chicago-2016


INTERNET ARCHIVE
WayBackMachine
https://stockx.com/jordan-1-retro-low-chicago-2016
Go
6 captures
21 Nov 2019 - 28 Sep
DEC  NOV
06
2016  2019  2022
About this capture

HOME / SNEAKERS / AIR JORDAN / 1 / JORDAN 1 RETRO LOW CHICAGO (2016)

↑ SHARE    + PORTFOLIO    + FOLLOW

# Jordan 1 Retro Low Chicago (2016)

Condition: **New**  |  Ticker: AJ1L-CHICAGO16  |  **100% Authentic**

Size
**All** ⌄


Last Sale  **$670** ▲ +$46 (7%)
Size 9.5  |  View All Sales


**$300** — **Buy**
Lowest Ask — or Bid
Size 17  |  View All Asks


**$460** — **Sell**
Highest Bid — or Ask
Size 9.5  |  View All Bids

🖼 Jordan 1 Retro Low Chicago (2016)



**STYLE** 705329-600    **COLORWAY** VARSITY RED/BLACK-WHITE    **RETAIL PRICE** $130    **RELEASE DATE** 02/14/2016

| 🕐 52 WEEK<br>HIGH $670 \| LOW $171 | ▌▮ TRADE RANGE (12 MOS.)<br>**$534 - $806** | ⫴ VOLATILITY<br>**20.3%** |
|---|---|---|

LATEST SALES

🕐 12 MONTH HISTORICAL

**# OF SALES**
182

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)
415.4%

Sign up for free to view all recent sales data

**SIGN UP**

or log in

**AVERAGE SALE PRICE**
$320



| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Jordan 1 Mid Clot | Jordan 1 Bloodline | Jordan 1 Fearless Zoom | adidas Yeezy Boost 350 | Nike Air Force 1 Cactus Jack | Supreme |
| Yeezy 350 Black Data | Yeezy 350 Black | Jordan 1 Mid Clot | adidas Yeezy 500 | Nike Air Force 1 Low Paranoise | Kith |
| Yeezy 350 Black | Jordan 1 Mid Fearless Maison | Jordan 1 Bloodline | adidas Yeezy Boost 700 | Nike Blazer Mid 77 Vintage White | Off-White |
| Jordan 11 Playoff Bred | Nike Air Force 1 Paranoise | Jordan 11 Bred | adidas Yeezy Powerphase | Nike Air Force 1 Gore-Tex | Bape |
| Jordan 1 Bloodlines | Jordan 11 Playoff Bred | Jordan 1 Low SB Desert Ore | adidas Ultra Boost | Nike Air Force 1 Low A Ma Maniere | Palace |
| | | | adidas NMD | | Kaws |

Region    English (en)    USD

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS
IT    DE    FR

©2019 StockX. All Rights Reserved.

https://web.archive.org/web/20200909222913/https://stockx.com/nike-dunk-low-off-white-university-red

https://stockx.com/nike-dunk-low-off-white-university-red

INTERNET ARCHIVE WayBackMachine

14 captures
25 Dec 2019 - 27 Dec



Search for brand, color, etc.

Browse   News   App   About   Help   Login   Sign Up    Sell

HOME / SNEAKERS / NIKE / BASKETBALL / DUNK / NIKE DUNK LOW OFF-WHITE UNIVERSITY RED

SHARE    PORTFOLIO    FOLLOW

# Nike Dunk Low Off-White University Red

Condition: **New** | Ticker: DNKL-OWUR | **100% Authentic**



Size

All

Last Sale  **$610** ▲+$20 (3%)

Size 11 | View All Sales



**$536** Buy
Lowest Ask   or Bid

Size -- | View All Asks



**$679** Sell
Highest Bid   or Ask

Size -- | View All Bids

Nike Dunk Low Off-White University Red

**STYLE** CT0856-600

**COLORWAY** UNIVERSITY RED/UNIVERSIT_

**RETAIL PRICE** $170

**RELEASE DATE** 12/20/2019

Virgil Abloh pays homage to skate culture's adoption of 1980's Nike Basketball silhouettes with the Nike Dunk Low Off-White University Red, now available on StockX. When Nike unveiled the Dunk as the centerpiece of their Nike College Color's program in 1985, seven different colleges were represented in the first colorways offered. The university red colorway tributes UNLV's school colors.

This Dunk Low is comprised of a wolf grey leather upper with university red overlays. A unique secondary lacing system, zip-ties, and signature Off-White text on the sides completes the design. These sneakers released in December of 2019 for $170.

52 WEEK HIGH $2,200 | LOW $315    TRADE RANGE (12 MOS.) $559 - $661    VOLATILITY 8.4%


LATEST SALES

12 MONTH HISTORICAL

# OF SALES

**8854**

---

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)

**258.8%**

---

**AVERAGE SALE PRICE**

**$540**

**Sign up for free to view all recent sales data**

SIGNUP

or login

Nothing to see yet.

| Air Force 1 | Supreme | Recent Updates | Popular Releases | Air Jordan | adidas |
|---|---|---|---|---|---|
| Air Force 1 Low White | T-Shirts | The Drop List | Jordan 1 Bio Hack | Air Jordan 1 | adidas Yeezy Boost 350 |
| Air Force 1 Supreme | Accessories | Jordan 1 Dior Details | Yeezy 700 V3 Arzareth | Air Jordan 11 | adidas Yeezy Boost 500 |
| Air Force 1 Reveal | Headwear | Best Air Force 1s | Jordan 1 Space Hippie | Air Jordan 3 | adidas Yeezy Boost 700 |
| Air Force 1 React | Bottoms | Xbox Series X | Nike Dunk Low Community Garden | Air Jordan 4 | adidas Yeezy Boost 380 |
| Air Force 1 Travis Scott | Hoodies | Supreme Fall/Winter Is Here | Yeezy 380 Pepper | Air Jordan 5 | adidas Yeezy Powerphase |
| Air Force 1 G-Dragon | Box Logo | Nintendo Switch Lite | Jordan 5 SE Oregon | Air Jordan 13 | adidas NMD |

| Region | English en | Currency |
|---|---|---|

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

IT  DE  FR  ZH  JA

©2020 StockX. All Rights Reserved.

https://web.archive.org/web/20220815035338/https://stockx.com/about/authentication/

INTERNET ARCHIVE https://stockx.com/about/authentication/
WayBackMachine 58 captures 8 Apr 2021 - 27 Nov 2023
JUL AUG SEP
15
2021 2022 2023
About this capture

# We Authenticate Every Item. Every Time.

Shop on StockX with complete confidence knowing every purchase is Verified Authentic.



# Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:





## Condition

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.



## Construction

With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.



## Packaging

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.





## Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.



## Advanced Technology

We use machine learning to aid our authenticators in catching every minor detail.



## Quality Assurance

A final check in our authentication practice, our



...QA experts ensure nothing slips through the cracks.

AUTHENTIC
AUTHENTIC
AUTHENTIC

# Hear From Our Team



"

In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.

Siebe
Authenticator, Veldhoven

"

I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.

Alex
Authenticator, Tempe



# Committed to Quality

Over the years, our team members have authenticated tens of millions of products.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.

For more information on how we quantify our high standards and protect our customers, please read our report: Big Facts – Verified Authentic.



# Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



# FAQs

**Are shoes sold on StockX considered "Deadstock"?**

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are...

**What does the verification process entail for Buyers?**

Once a product arrives to StockX from the seller, our dedicated verification team begins...

**What kind of streetwear is sold on StockX?**

StockX defines streetwear as brand new if it is unworn and in flawless condition....

**Can I return my item after I've received It?**

Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

**How are the StockX buyer processing fees, import duties, and sales tax calculated?**

Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

**What are the shipping instructions?**

1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

SHOP
SHOP


Sneakers


Apparel


Electronics


Collectibles


Accessories


Trading Cards


NFTs

# StockX. Access the Now.

## Air Jordan
Air Jordan 1
Jordan Golf Shoes
Air Jordan 3
Air Jordan 11
Air Jordan 4
Jordan 1 Mid

## Yeezy
Yeezy Boost 350
Yeezy Boost 350 V2
Yeezy Boost 700
Yeezy 500
Yeezy Slides
Yeezy Foam RNNR

## Recent Updates
The Drop List
Apple Airpods
Jordan 11 Cool Grey: By The Numbers
Xbox Series X
PS5
Yeezy GAP Hoodies

## Popular Releases
Nike Dunk Low Georgetown
Nike Air Max 1 Patta
Nike Dunk Low Next Nature
Jordan 4 Red Thunder
Jordan 11 Cool Grey
Jordan 1 Bred Patent

## Streetwear
Chrome Hearts
Essentials
Yeezy GAP
Palm Angels
Ivy Park
Eric Emanuel

## Supreme
T-Shirts
Accessories
Supreme The North Face
Bottoms
Hoodies
Supreme Nike

---

## Find Us on Social

## Download Our App

## Use Assistive Technology

Proudly Built in Detroit

---

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

https://web.archive.org/web/20220626083404/https://stockx.com/about/authentication/



https://stockx.com/about/authentication/
58 captures
8 Apr 2021 - 27 Nov 2023



# Guaranteed Authenticity.

Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.



# Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:





## Condition

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.



## Construction

With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.



## Packaging

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.





## Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.



## Advanced Technology

We use machine learning to aid our authenticators in catching every minor detail.



## Quality Assurance

A final check in our authentication practice, our



QA experts ensure nothing slips through the cracks.

# Hear From Our Team



"

In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.

Siebe
Authenticator, Veldhoven

"

I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.

Alex
Authenticator, Tempe



# Committed to Quality

Over the years, our team members have authenticated tens of millions of products at a 99.96% accuracy rate.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.

For more information on how we quantify our high standards and protect our customers, please read our report: Big Facts – Verified Authentic.



# Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



**Details Verified Authentic**

Watch on ▶ YouTube

# FAQs

**Are shoes sold on StockX considered "Deadstock"?**

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are... →

**What does the verification process entail for Buyers?**

Once a product arrives to StockX from the seller, our dedicated verification team begins... →

**What kind of streetwear is sold on StockX?**

StockX defines streetwear as brand new if it is unworn and in flawless condition.... →

**Can I return my item after I've received It?**

Due to the anonymous nature of our live market, we are unable to offer return, exchanges... →

**How are the StockX buyer processing fees, import duties, and sales tax calculated?**

Buyer processing fees, import duties, and sales tax are calculated based on your shipping... →

**What are the shipping instructions?**

1. Go to My Account > Selling > Pending. Here you will be able to access and print your... →

SHOP
SHOP

 Sneakers
 Apparel
 Electronics
 Collectibles
 Accessories
 Trading Cards
 NFTs

# StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | The Drop List | Nike Dunk Low Georgetown | Chrome Hearts | T-Shirts |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Apple Airpods | Nike Air Max 1 Patta | Essentials | Accessories |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 11 Cool Grey: By The Numbers | Nike Dunk Low Next Nature | Yeezy GAP | Supreme The North Face |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Jordan 4 Red Thunder | Palm Angels | Bottoms |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 11 Cool Grey | Ivy Park | Hoodies |
| Jordan 1 Mid | Yeezy Foam RNNR | Yeezy GAP Hoodies | Jordan 1 Bred Patent | Eric Emanuel | Supreme Nike |

**Find Us on Social**

**Download Our App**

**Use Assistive Technology**

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

https://web.archive.org/web/20210409034050/https://stockx.com/about/authentication/

https://stockx.com/about/authentication/

58 captures
9 Apr 2021 - 27 Nov 2023

# Guaranteed Authenticity.

Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.



# Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:





### Condition

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.



### Construction

With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.



### Packaging

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.





### Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.



### Advanced Technology

We use machine learning to aid our authenticators in catching every minor detail.



### Quality Assurance

A final check in our authentication practice, our



QA experts ensure nothing slips through the cracks.

# Hear From Our Team



" In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.

Siebe
Authenticator, Veldhoven

" I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.

Alex
Authenticator, Tempe



# Committed to Quality

Over the years, our team members have authenticated tens of millions of products at a 99.95% accuracy rate.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.



# Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



# FAQs

**How does StockX define Deadstock?**
→

**How does the Verification process work?**
→

**How does StockX define brand new streetwear?**
→

**Are returns or exchanges allowed?**
→

**How are the StockX buyer processing fees, import duties, and sales tax calculated?**
→

**What are the shipping instructions?**
→

SHOP
SHOP

 Sneakers
 Streetwear
 Electronics
 Collectibles
 Handbags
 Watches

| Air Jordan | adidas | Recent Updates | Popular Releases | Artist Merch | Supreme |
| --- | --- | --- | --- | --- | --- |
| Air Jordan 1 | adidas Yeezy Boost 350 | The Drop List | Air Jordan 5 Raging Bulls | Travis Scott | T-Shirts |
| Jordan Golf Shoes | adidas Yeezy Boost 350 V2 | Shining Fates Pokémon Box | Air Jordan 12 Low Easter | Juice WRLD | Accessories |

Air Jordan 4 | adidas Yeezy Boost 700 V3 | Shining Fates Pokémon Preview | Nike SB Dunk Low Wasted Youth | The Weeknd | Supreme The North Face
Womens Jordans | adidas Yeezy Boost 380 | Xbox Series X | Air Jordan 9 Change The World | Playboi Carti | Bottoms
Air Jordan 5 | adidas Yeezy QNTM | PS5 | Nike Air Structure OG | Pop Smoke | Hoodies
Jordan 1 Mid | adidas NMD | Air Max: By The Numbers | Nike Air Tuned Max Celery | Kid Cudi | Supreme Nike

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

©2021 StockX. All Rights Reserved.

https://web.archive.org/web/20171119005223/https://stockx.com/air-jordan-1-retro-high-off-white-chicago

INTERNET ARCHIVE WayBackMachine
https://stockx.com/air-jordan-1-retro-high-off-white-chicago
122 captures
29 Aug 2017 - 27 Jan 2024

AUG NOV MAR
19
2016 2017 2018  ▼ About this capture

stockX         Search for brand, color, etc.   🔍         Browse  Blog  App  Portfolio  About  Login / Sign Up    Sell

HOME / BROWSE / AIR JORDAN / ONE          ↑ SHARE    + PORTFOLIO    +FOLLOW

# Jordan 1 Retro High Off-White Chicago

Condition: **Deadstock**  |  Ticker: **AJ1H-OFFWHTCHI**  |  **100% Authentic**

Size
**All** ∨



Last Sale  **$5,000** ▲+$273 (6%)
Size 8 | View All Sales



**$4,995**       **Buy**
Lowest Ask    or Bid

Size 14 | View All Asks



**$5,007**       **Sell**
Highest Bid    or Ask

Size 10.5 | View All Bids



○ ━━━━━━━━━━━━━━━━━━━━━━━━━━━

**STYLE** AA3834-101

**COLORWAY** WHITE/BLACK-VARSITY RED

**RETAIL PRICE** $190

**RELEASE DATE** 2017-09-09

The Off-White x Air Jordan 1 Retro High OG was one of the most highly anticipated footwear collaborations of 2017. It marked the first time Virgil Abloh, founder of the Milan-based fashion labled and Jordan Brand had teamed up. Nicknamed "The 10" edition, this pair comes in the original Chicago-themed white, black and varsity red colorway. Featuring a white, red and black-based deconstructed leather upper with a Swooshless medial side branded with "Off-White for Nike Air Jordan 1, Beaverton, Oregon, USA © 1985." Other details include: floppy ankle collars with

**read more**

🕐 **52 WEEK**
HIGH $7,567 | LOW $3,430

📊 **TRADE RANGE (12 MOS.)**
$4,214 - $5,786

📊 **VOLATILITY**
15.7%



**RELATED PRODUCTS**



**JORDAN 1 OG CELTICS**
**$190**
LAST SALE: $220



**JORDAN XXXII CEO**
**$185**
LAST SALE: $151



**JORDAN 1 RETRO BANNED (2011)**
**$940**
LAST SALE: $1,310



**JORDAN 1 RETRO BLACK TOE**
**$339**
LAST SALE: $360



**JORDAN 1 RETRO HIGH OFF-WHITE**
**$1,680**
LAST SALE: $1,680

## LATEST SALES OF JORDAN 1 RETRO HIGH OFF-WHITE CHICAGO

Latest sales are from StockX and other marketplaces, apps, and resellers.

**OKAY, I UNDERSTAND**



View All Sales

Zoom 1m 3m 6m YTD 1y All    From Jan 9, 2018  To Mar 12, 2018

18. Jan    28. Jan    8. Feb    22. Feb    6. Mar    12. Mar

**12 MONTH HISTORICAL**

**# OF SALES**
**317**

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)
**2531.6%**

**AVERAGE SALE PRICE**
**$4766**

FAQ | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS

**Recent Updates**
Off White x Jordan 1 Chicago
Rolex Watches For Sale
Omega Watches For Sale
Louis Vuitton Neverfull
Louis Vuitton Bags

**Popular Releases**
Yeezy 350 V2 Cream
Yeezy 350 V2 Zebra
Yeezy 350 V2 Black Red
Yeezy Boost V2 Beluga
Supreme x Louis Vuitton

**Air Jordan**
KAWS x Jordan 4
Jordan 1 Retro Bred 2016
Jordan 11 Retro Space Jam
Jordan 1 Royal 2017
Jordan 11 Retro Gym Red

**adidas**
adidas Yeezy Boost
adidas Ultra Boost
adidas NMD
adidas NMD Japan Triple Black
adidas Yeezy Powerphase Calabasas

**Nike**
Nike Air VaporMax
Clot x Nike Air VaporMax
Nike LeBron
Nike KD
Nike Air Max

©2017 StockX. All Rights Reserved.

⚙ Proudly Built in Detroit

https://web.archive.org/web/20200612221614/https://stockx.com/jordan-1-retro-bred-2016

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/jordan-1-retro-bred-2016
86 captures
29 Aug 2017 - 7 Jun 2024

JUL JUN SEP
12
2019 2020 2021  ▼ About this capture

 stockX

🔍 Search for brand, color, etc.

Browse  News  App  Portfolio  About  Help  Login  Sign Up   Sell

HOME / SNEAKERS / AIR JORDAN / 1 / JORDAN 1 RETRO BRED "BANNED" (2016)

↑ SHARE      + PORTFOLIO      + FOLLOW

# Jordan 1 Retro Bred "Banned" (2016)

Condition: **New**  |  Ticker: **AJ1-BRED16**  |  **100% Authentic**

Size
**All** ⌄

Last Sale **$753** ▼ -$47 (-6%)
Size 12.5  |  View All Sales


$320 — Lowest Ask — Buy or Bid
Size --  |  View All Asks


$871 — Highest Bid — Sell or Ask
Size --  |  View All Bids



○ ─────────────────────

**STYLE** 555088-001

**COLORWAY** BLACK/VARSITY RED-WHITE

**RETAIL PRICE** $160

**RELEASE DATE** 09/03/2016

2016 marks the first time in 3 years that the Air Jordan Retro 1 High OG "Bred" colorway returns. There seems to be Air Jordan 1 colorways released every year but none carry the prestige of the classic Chicago-inspired versions like the black and Varsity Red version commonly referred to as the "banned" Air Jordans. Jordan Brand reintroduced the "OG" versions of the Jordan 1, which featured "Nike Air" labeling on the tongue and on the insoles back in 2013. Jordan collectors often place a higher value on these tiny details because when the original Nike Air

**read more**

🕐 **52 WEEK**
HIGH $1,420 | LOW $210

▊▍ **TRADE RANGE (12 MOS.)**
$640 - $865

⦙⦙⦙ **VOLATILITY**
14.9%

LATEST SALES

🕐 **12 MONTH HISTORICAL**

**# OF SALES**
2195



**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)





https://web.archive.org/web/20190717002536/https://stockx.com/jordan-1-retro-bred-2016

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/jordan-1-retro-bred-2016
86 captures
29 Aug 2017 - 7 Jun 2024

stock**X**    Q Search for brand, color, etc.     Browse   News   App   Portfolio   About   FAQ   Login   Sign Up   ( Sell )

HOME / SNEAKERS / AIR JORDAN / 1 / JORDAN 1 RETRO BRED "BRED" (2016)     ↑ SHARE   + PORTFOLIO   + FOLLOW

# Jordan 1 Retro Bred "Banned" (2016)

Condition: **New**  I  Ticker: **AJ1-BRED16**  I  **100% Authentic**

| Size | Last Sale $295 ▼-$320 (-52%) | $291 Buy | $580 Sell |
|------|------|------|------|
| All ⌄ | Size: 15  I  View All Sales | **Lowest Ask** or Bid | **Highest Bid** or Ask |

Size: 16  |  View All Asks          Size 7  |  View All Bids



**STYLE** 555088-001

**COLORWAY** BLACK/VARSITY RED-WHITE

**RETAIL PRICE** $160

**RELEASE DATE** 09/03/2016

2016 marks the first time in 3 years that the Air Jordan Retro 1 High OG "Bred" colorway returns. There seems to be Air Jordan 1 colorways released every year but none carry the prestige of the classic Chicago-inspired versions like the black and Varsity Red version commonly referred to as the "banned" Air Jordans. Jordan Brand reintroduced the "OG" versions of the Jordan 1, which featured "Nike Air" labeling on the tongue and on the insoles back in 2013. Jordan collectors often place a higher value on these tiny details because when the original Nike Air

**read more**

| ⏱ 52 WEEK | ▮▮ TRADE RANGE (12 MOS.) | ░░ VOLATILITY |
|------|------|------|
| HIGH $700 I LOW $140 | $223 - $367 | 24.4% |

**LATEST SALES OF JORDAN 1 RETRO BRED "BANNED" (2016)**

⏱ 12 MONTH HISTORICAL

# OF SALES
## 2858

**PRICE PREMIUM**



(OVER ORIGINAL RETAIL PRICE)

84.4%

**AVERAGE SALE PRICE**

$476



Nothing to see yet.

Sign up for free to view all recent sales data

SIGN UP

or log in

**Recent Updates**

Yeezy 350 Antlia
Yeezy 350 Black
Yeezy 350 Black Update
Nike Blazer Sacai High Snow Beach
Nike Blazer Sacai High Blue Legend
Jordan 4 Raptors

**Popular Releases**

Jordan 1 Black Gym Red
Yeezy 350 Black
Yeezy 350 Lundmark
Jordan 5 Michigan 5
Nike Zoom Terra Kiger 5 Off-White White

**Air Jordan**

Jordan 1 Travis Scott
Jordan 8 White Aqua (W)
Jordan 1 Mid Yellow Toe
Jordan 7 Patta
Jordan 1 Black Gym Red White Sail
Jordan 14 Reverse Ferrari

**adidas**

adidas Yeezy Boost 350
adidas Yeezy 500
adidas Yeezy Boost 700
adidas Yeezy Powerphase
adidas Ultra Boost
adidas NMD

**Nike**

Nike Tailwind 79 Stranger Things Independence Day
Nike Cortez Stranger Things Independence Day
Nike Blazer Mid Stranger Things Independence Day
Nike Zoom Terra Kiger 5 Off-White Black
Nike Zoom Terra Kiger 5 Off-White White
Nike Blazer Sacai Blue Legend

**Streetwear**

Supreme
Kith
Off-White
Bape
Palace
Kaws

English (en)    $ USD

Get the app

Proudly Built in Detroit

©2019 StockX. All Rights Reserved.

https://web.archive.org/web/20190326034604/https://stockx.com/jordan-1-retro-bred-2016

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/jordan-1-retro-bred-2016
86 captures
29 Aug 2017 - 7 Jun 2024
2018 **2019** 2020
FEB **MAR** JUL
◄ **26** ►
About this capture

stock**X**    Q Search for brand, color, etc.    Browse  News  App  Portfolio  About  FAQ  Login  Sign Up  Sell    $USD

HOME / SNEAKERS / AIR JORDAN / 1 / JORDAN 1 RETRO BRED "BANNED" (2016)    ↑ SHARE   + PORTFOLIO   + FOLLOW

# Jordan 1 Retro Bred "Banned" (2016)

Condition: **New** | Ticker: **AJ1-BRED16** | **100% Authentic**

Size
All ˅    Last Sale **$500** ▲+$230 (85%)    Size: 11 | View All Sales



$259 **Buy** Lowest Ask or Bid
Size: 18 | View All Asks



$635 **Sell** Highest Bid or Ask
Size: 9.5 | View All Bids

Jordan 1 Retro Bred "Banned" (2016)

○────────────

**STYLE** 555088-001

**COLORWAY** BLACK/VARSITY RED-WHITE

**RETAIL PRICE** $160

**RELEASE DATE** 2016-09-03

2016 marks the first time in 3 years that the Air Jordan Retro 1 High OG "Bred" colorway returns. There seems to be Air Jordan 1 colorways released every year but none carry the prestige of the classic Chicago-inspired versions like the black and Varsity Red version commonly referred to as the "banned" Air Jordans. Jordan Brand reintroduced the "OG" versions of the Jordan 1, which featured "Nike Air" labeling on the tongue and on the insoles back in 2013. Jordan collectors often place a higher value on these tiny details because when the original Nike Air

**read more**

🕐 **52 WEEK**
HIGH $700 | LOW $120

📊 **TRADE RANGE (12 MOS.)**
$375 - $625

🎚 **VOLATILITY**
25.0%

**LATEST SALES OF JORDAN 1 RETRO BRED "BANNED" (2016)**

🕐 **12 MONTH HISTORICAL**

**# OF SALES**
**2645**

**PRICE PREMIUM**

Case 1:22-cv-00983-VEC    Document 307-1    Filed 08/08/24    Page 65 of 108

(OVER ORIGINAL RETAIL PRICE)

212.5%

**AVERAGE SALE PRICE**

$463

Sign up for free to view all recent sales data

SIGN UP

or log in

Nothing to see yet.

But since you're here, did you know that...

Shaq wore all Reebok to meet with Nike back in the day, Phil
Knight is still salty about it....

You're welcome.

**Recent Updates**

Yeezy 700 Geode
Jordan 1 Sail Phantom
Yeezy 700 Inertia
Yeezy 350 Clay
Yeezy 350 Trfrm
Yeezy 350 Hyperspace

**Popular Releases**

Yeezy 700 Inertia
Yeezy 350 Clay
Yeezy 350 Trfrm
Yeezy 350 Hyperspace
Jordan 1 Sail Phantom
Yeezy 700 Geode

**Air Jordan**

Jordan 1 Sail Phantom
Jordan 6 Black Infrared
Jordan 1 UNC Patent
Jordan 3 Tinker University Red
Jordan 1 Sail Phantom
Jordan 13 Atmosphere Grey

**adidas**

adidas Yeezy Boost 350
adidas Yeezy 500
adidas Yeezy Boost 700
adidas Yeezy Powerphase
adidas Ultra Boost
adidas NMD

**Nike**

Nike Air Max 90 Mars Landing
Nike Air Max 1 Have A Nike Day
Nike Adapt BB
Nike Air Foamposite One Memphis
Nike Air Max Tailwind Supreme White
Nike React Element 87 Royal Tint

**Streetwear**

Supreme
Kith
Off-White
Bape
Palace
Kaws

Get the app

Proudly Built in Detroit

https://web.archive.org/web/20180708083913/https://stockx.com/jordan-1-retro-bred-2016


INTERNET ARCHIVE
WayBackMachine
https://stockx.com/jordan-1-retro-bred-2016
86 captures
29 Aug 2017 - 7 Jun 2024

JUN  JUL  AUG
◀ 08 ▶
2017  2018  2019
About this capture



Browse  Blog  App  Portfolio  About  Login  Sign Up  Sell

# Jordan 1 Retro Bred "Banned" (2016)

Condition: **New** | Ticker: AJ1-BRED16 | **100% Authentic**

Size
**All** ⌄

Last Sale **$359** ▼-$121 (-25%)
Size: 12 | View All Sales

| $225 Lowest Ask | Buy or Bid |
| --- | --- |

Size: 18 | View All Asks

| $520 Highest Bid | Sell or Ask |
| --- | --- |

Size: 8.5 | View All Bids


Jordan 1 Retro Bred "Banned" (2016)

STYLE 555088-001

COLORWAY BLACK/VARSITY RED-WHITE

RETAIL PRICE $160

RELEASE DATE 2016-09-03

2016 marks the first time in 3 years that the Air Jordan Retro 1 High OG "Bred" colorway returns. There seems to be Air Jordan 1 colorways released every year but none carry the prestige of the classic Chicago-inspired versions like the black and Varsity Red version commonly referred to as the "banned" Air Jordans. Jordan Brand reintroduced the "OG" versions of the Jordan 1, which featured "Nike Air" labeling on the tongue and on the insoles back in 2013. Jordan collectors often place a higher value on these tiny details because when the original Nike Air

**read more**

🕐 52 WEEK
HIGH $827 | LOW $65

📊 TRADE RANGE (12 MOS.)
$307 - $411

🎚 VOLATILITY
14.6%

**RELATED PRODUCTS**



JORDAN 1 RETRO
**$177**
LAST SALE: $409



JORDAN 1 RETRO BLACK TOE
**$484**
LAST SALE: $577



JORDAN 1 RETRO BRED 2016
**$438**
LAST SALE: $497



JORDAN 1 RETRO BLACK TOE
**$630**
LAST SALE: $544



JORDAN 1 RETRO BRED (1994)
**$1,723**
LAST SALE: $1,325

**LATEST SALES** OF JORDAN 1 RETRO BRED "BANNED" (2016)

| SIZE | SALE PRICE | DATE | TIME |
|------|-----------|------|------|
| 18 | $255 | Saturday, September 10, 2016 | 9:47 pm EST |
| 18 | $250 | Wednesday, September 14, 2016 | 1:44 am EST |
| 18 | $230 | Friday, September 16, 2016 | 12:34 am EST |
| 18 | $215 | Sunday, September 18, 2016 | 12:46 am EST |
| 18 | $175 | Saturday, March 25, 2017 | 12:30 pm EST |

View All Sales

🕐 **12 MONTH HISTORICAL**

**# OF SALES**
**3503**

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)
**124.4%**

**AVERAGE SALE PRICE**
**$428**

HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS | DEVELOPERS

**Recent Updates**
Yeezy Butter Release
Yeezy 350 Butter
Nike React Element 87 Sail
Nike React Elemnet 87 Black
Yeezy 500 Black
Yeezy 500 Super Moon Yellow

**Popular Releases**
Yeezy 350 Butter
Nike React Element 87 Sail
Nike React Element 87 Black
Yeezy 500 Black
Jordan 1 Off White UNC
Jordan 4 Travis Scott

**Air Jordan**
Jordan 4 Levi's Black
Jordan 4 Levi's White
Jordan 4 Travis Scott
Jordan 3 Retro Black Pack
Jordan 1 Off White UNC
Jordan 1 Hyper Royal

**adidas**
adidas Yeezy Boost
adidas Ultra Boost
adidas NMD
adidas NMD Pharrell
adidas Yeezy Powerphase Calabasas
adidas Iniki

**Nike**
Nike React Element 87 Sail
Nike React Element 87 Black
Air Max 97 Metallic Gold
Kobe Protro 1 MPLS
Air Force 1 Low Just Do It
Air Max 1/97 Sean Wotherspoon

©2018 StockX. All Rights Reserved.                      🔧 Proudly Built in Detroit

https://web.archive.org/web/20180422081758/https://stockx.com/jordan-1-retro-bred-2016

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/jordan-1-retro-bred-2016
86 captures
29 Aug 2017 - 7 Jun 2024
2017 **2018** 2019 ▼ About this capture
JAN **APR** MAY
**22**



stock**X**

Search for brand, color, etc.    Browse | Blog | App | Portfolio | About | Login / Sign Up | Sell

HOME / SNEAKERS / AIR JORDAN / ONE / JORDAN 1 RETRO BRED "BANNED" (2016)

↑ SHARE    + PORTFOLIO    + FOLLOW

# Jordan 1 Retro Bred "Banned" (2016)

Condition: **Deadstock** | Ticker: **AJ1-BRED16** | **100% Authentic**

Size
**All** ⌄



Last Sale **$529** ▲ **+$104 (24%)**
Size: 9.5 | View All Sales



$169 — Buy
Lowest Ask — or Bid

Size: 18 | View All Asks



$510 — Sell
Highest Bid — or Ask

Size: 8.5 | View All Bids

Jordan 1 Retro Bred "Banned" (2016)

○──────────────────○

**STYLE** 555088-001

**COLORWAY** BLACK/VARSITY RED-WHITE

**RETAIL PRICE** $160

**RELEASE DATE** 2016-09-03

2016 marks the first time in 3 years that the Air Jordan Retro 1 High OG "Bred" colorway returns. There seems to be Air Jordan 1 colorways released every year but none carry the prestige of the classic Chicago-inspired versions like the black and Varsity Red version commonly referred to as the "banned" Air Jordans. Jordan Brand reintroduced the "OG" versions of the Jordan 1, which featured "Nike Air" labeling on the tongue and on the insoles back in 2013. Jordan collectors often place a higher value on these tiny details because when the original Nike Air

**read more**

🕐 52 WEEK
HIGH $827 | LOW $65

📊 TRADE RANGE (12 MOS.)
$410 - $648

⚡ VOLATILITY
22.5%

**RELATED PRODUCTS**



JORDAN 1
RETRO
**$177**
LAST SALE: $409



JORDAN 1 RETRO
BLACK TOE
**$484**
LAST SALE: $577



JORDAN 1 RETRO
BRED 2016
**$438**
LAST SALE: $497

JORDAN 1 RETRO
BLACK TOE
**$630**
LAST SALE: $544



JORDAN 1 RETRO
BRED (1994)
**$1,723**
LAST SALE: $1,325

**LATEST SALES** OF JORDAN 1 RETRO BRED "BANNED" (2016)

| SIZE | SALE PRICE | DATE | TIME |
|---|---|---|---|
| 18 | $255 | Saturday, September 10, 2016 | 9:47 pm EST |
| 18 | $250 | Wednesday, September 14, 2016 | 1:44 am EST |
| 18 | $230 | Friday, September 16, 2016 | 12:34 am EST |
| 18 | $215 | Sunday, September 18, 2016 | 12:46 am EST |
| 18 | $175 | Saturday, March 25, 2017 | 12:30 pm EST |

View All Sales

12 MONTH HISTORICAL

**# OF SALES**
**3659**

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)
**230.6%**

**AVERAGE SALE PRICE**
**$420**



https://web.archive.org/web/20171119005249/https://stockx.com/jordan-1-retro-bred-2016


https://stockx.com/jordan-1-retro-bred-2016
86 captures
29 Aug 2017 - 7 Jun 2024



Search for brand, color, etc.    🔍

Browse   Blog   App   Portfolio   About   Login / Sign Up   Sell

HOME / BROWSE / AIR JORDAN / ONE

↑ SHARE    + PORTFOLIO    + FOLLOW

# Jordan 1 Retro Bred "Banned" (2016)

Condition: **Deadstock** | Ticker: **AJ1-BRED16** | **100% Authentic**

Size **All** ⌄

Last Sale **$436** ▲+$86 (25%)
Size 18 | View All Sales

**$145** Buy or Bid — **Lowest Ask**
Size 18 | View All Asks

**$441** Sell or Ask — **Highest Bid**
Size 9.5 | View All Bids



◯ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**STYLE** 555088-001

**COLORWAY** BLACK/VARSITY RED-WHITE

**RETAIL PRICE** $160

**RELEASE DATE** 2016-09-03

2016 marks the first time in 3 years that the Air Jordan Retro 1 High OG "Bred" colorway returns. There seems to be Air Jordan 1 colorways released every year but none carry the prestige of the classic Chicago-inspired versions like the black and Varsity Red version commonly referred to as the "banned" Air Jordans. Jordan Brand reintroduced the "OG" versions of the Jordan 1, which featured "Nike Air" labeling on the tongue and on the insoles back in 2013. Jordan collectors often place a higher value on these tiny details because when the original Nike Air

**read more**

🕐 **52 WEEK**
HIGH $827 | LOW $65

▮▮ **TRADE RANGE (12 MOS.)**
$362 - $510

▯▮▯ **VOLATILITY**
17.1%

**RELATED PRODUCTS**



JORDAN 1 RETRO
**$177**
LAST SALE: $409



JORDAN 1 RETRO BLACK TOE
**$484**
LAST SALE: $577



JORDAN 1 RETRO BRED 2016
**$438**
LAST SALE: $497



JORDAN 1 RETRO BLACK TOE
**$630**
LAST SALE: $544



JORDAN 1 RETRO BRED (1994)
**$1,723**
LAST SALE: $1,325



### LATEST SALES OF JORDAN 1 RETRO BRED "BANNED" (2016)

Latest sales are from StockX and other marketplaces, apps, and resellers.

OKAY, I UNDERSTAND

View All Sales

Zoom  1m  3m  6m  YTD  1y  All     From  Aug 25, 2016  To  Feb 14, 2020

12 MONTH HISTORICAL

# OF SALES
4338

PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)
172.5%

AVERAGE SALE PRICE
$384



FAQ | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS

| Recent Updates | Popular Releases | Air Jordan | adidas | Nike |
|---|---|---|---|---|
| Off White x Jordan 1 Chicago | Yeezy 350 V2 Cream | KAWS x Jordan 4 | adidas Yeezy Boost | Nike Air VaporMax |
| Rolex Watches For Sale | Yeezy 350 V2 Zebra | Jordan 1 Retro Bred 2016 | adidas Ultra Boost | Clot x Nike Air VaporMax |
| Omega Watches For Sale | Yeezy 350 V2 Black Red | Jordan 11 Retro Space Jam | adidas NMD | Nike LeBron |
| Louis Vuitton Neverfull | Yeezy Boost V2 Beluga | Jordan 1 Royal 2017 | adidas NMD Japan Triple Black | Nike KD |
| Louis Vuitton Bags | Supreme x Louis Vuitton | Jordan 11 Retro Gym Red | adidas Yeezy Powerphase Calabasas | Nike Air Max |

©2017 StockX. All Rights Reserved.

Proudly Built in Detroit

https://web.archive.org/web/20180128164238/https://stockx.com/jordan-1-retro-chicago-2015


https://stockx.com/jordan-1-retro-chicago-2015
29 captures
7 Jun 2016 - 2 Apr 2024



Search for brand, color, etc.    🔍

Browse   Blog   App   Portfolio   About   Login / Sign Up   Sell

HOME / BROWSE / AIR JORDAN / ONE

⤴ SHARE    + PORTFOLIO    + FOLLOW

# Jordan 1 Retro Chicago (2015)

Condition: **Deadstock** | Ticker: AJ1-CHI15 | **100% Authentic**

Size
All ⌄

Last Sale **$499** ▲+$18 (4%)
Size 13.5 | **View All Sales**

| **$400** | **Buy** |
| Lowest Ask | or Bid |

Size 13 | **View All Asks**

| **$631** | **Sell** |
| Highest Bid | or Ask |

Size 8.5 | **View All Bids**



○ ────────────────────────

| **STYLE** 555088-101 | **COLORWAY** WHITE/VARSITY RED-BLACK | **RETAIL PRICE** $160 | **RELEASE DATE** 2015-05-30 |

| 🕐 **52 WEEK** | 📊 **TRADE RANGE (12 MOS.)** | 🔀 **VOLATILITY** |
| HIGH $835 I LOW $300 | **$409 - $589** | **18.0%** |

**RELATED PRODUCTS**







| JORDAN 1 RETRO | JORDAN 1.5 RETRO CHICAGO | JORDAN 1 RETRO CHICAGO BULLS | JORDAN 1 RETRO LOW BRED | JORDAN 1 RETRO CHICAGO (1994) |
| **$800** | **$450** | **$553** | **$353** | **$3,375** |
| LAST SALE: $916 | LAST SALE: $348 | LAST SALE: $750 | LAST SALE: $636 | LAST SALE: $2,889 |

**LATEST SALES OF JORDAN 1 RETRO CHICAGO (2015)**

**Latest sales are from StockX and other marketplaces, apps, and**

🕐 **12 MONTH HISTORICAL**





https://web.archive.org/web/20191225100456/https://stockx.com/jordan-1-retro-chicago-2015



INTERNET ARCHIVE
WayBackMachine
https://stockx.com/jordan-1-retro-chicago-2015
29 captures
7 Jun 2016 - 2 Apr 2024

stockX    Search for brand, color, etc.    Browse  News  App  Portfolio  About  Help  Login  Sign Up   Sell

HOME / SNEAKERS / AIR JORDAN / 1 / JORDAN 1 RETRO CHICAGO (2015)

↑ SHARE    + PORTFOLIO    + FOLLOW

# Jordan 1 Retro Chicago (2015)

Condition: **New**  |  Ticker: **AJ1-CHI15**  |  **100% Authentic**

Size
**All** ⌄

Last Sale  **$818** ▼-$217 (-21%)
Size 10.5  |  View All Sales

**$385** **Buy**
**Lowest Ask** **or Bid**

Size 16  |  View All Asks

**$850** **Sell**
**Highest Bid** **or Ask**

Size 8.5  |  View All Bids

STYLE 555088-101    COLORWAY WHITE/VARSITY RED-BLACK    RETAIL PRICE $160    RELEASE DATE 05/30/2015

🕐 52 WEEK
HIGH $1,319 | LOW $191

📊 TRADE RANGE (12 MOS.)
**$645 - $991**

⚡ VOLATILITY
**21.2%**

## RELATED PRODUCTS

Jordan 1 Retro
Hare Jordan (2015)
Lowest Ask
**$275**
Last Sale: $335

Jordan 1 Retro
KO Bred (2015)
Lowest Ask
**$170**
Last Sale: $249

Jordan 1 Retro
AJKO Chicago
Lowest Ask
**$259**
Last Sale: $250

Jordan 1 Retro
Chicago (1994)
Lowest Ask
**$2,300**
Last Sale: $2,675

Jordan 1.5 Retro
Chicago (2015)
Lowest Ask
**$400**
Last Sale: $400

## LATEST SALES

Zoom  1M  3M  6M  YTD  1Y  **All**

🕐 12 MONTH HISTORICAL

# OF SALES
966



PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)

411.3%

AVERAGE SALE PRICE
$767

View All Sales

| SIZE | SALE PRICE | DATE | TIME |
|------|-----------|------|------|
| 11 | $1,799 | Tuesday, October 27, 2020 | 5:12 PM EST |
| 9.5 | $1,700 | Tuesday, October 27, 2020 | 8:39 AM EST |
| 10 | $1,600 | Monday, October 26, 2020 | 10:44 PM EST |
| 10.5 | $1,800 | Monday, October 26, 2020 | 9:05 AM EST |
| 10 | $1,700 | Monday, October 26, 2020 | 6:41 AM EST |



**Recent Updates**
Nike Off-White Dunk Low Green
Nike Off-White Dunk Low Michigan
Nike Off-White Dunk Low Red
Yeezy 350 Yechell
Jordan 11 Playoff Bred Data

**Popular Releases**
Jordan 3 Animal Instinct
Jordan 11 Playoff Bred
Nike Dunk Low Off-White Red
Nike Dunk Low Off-White Michigan
Yeezy 350 V2 Yechell

**Air Jordan**
Jordan 3 Retro Animal Instinct
Jordan 11 Bred
Jordan 1 Mid Clot
Jordan 1 Mid SE Fearless Maison
Jordan 1 Shattered Backboard 3.0

**adidas**
adidas Yeezy Boost 350
adidas Yeezy 500
adidas Yeezy Boost 700
adidas Yeezy Powerphase
adidas Ultra Boost
adidas NMD

**Nike**
Nike Dunk Low Viotech
Nike Air Force 1 Low G-Dragon
Nike Dunk Low Off-White Red
Nike Dunk Low Off-White Michigan
Nike Dunk Low Off-White Green

**Streetwear**
Supreme
Kith
Off-White
Bape
Palace
Kaws

United States    English (en)    $ USD

✿ Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS
IT  DE  FR

©2019 StockX. All Rights Reserved.

https://web.archive.org/web/20200508124244/https://stockx.com/jordan-1-retro-chicago-2015





Nothing to see here.

**Recent Updates**
What Are Banned Jordans?
Nike Air Max 90 Highlight
Jordan 1 Court Purple
Yeezy 700 Alvah
Nike Air Zoom Stussy Fossil
Jordan 6 Retro DMP

**Popular Releases**
Jordan 1 Court Purple
Nike Air Zoom Stussy Fossil
Jordan 6 Retro DMP
Yeezy 700 Alvah
Yeezy 350 Linen
Yeezy 350 Cinder

**Air Jordan**
Jordan 1 Court Purple
Jordan 6 Retro DMP
Jordan 3 UNC
Jordan 1 UNC to Chicago Leather
Jordan 5 Off White
Jordan 1 Zoom White Racer Blue

**adidas**
adidas Yeezy Boost 350
adidas Yeezy 500
adidas Yeezy Boost 700
adidas Yeezy Powerphase
adidas Ultra Boost
adidas NMD

**Nike**
Jordan 1 Court Purple
Jordan 4 Rasta
Jordan 6 Retro DMP
Nike SB Dunk Low Travis Scott
Nike Air Zoom Spiridon Platinum
Nike Air Zoom Spiridon Fossil

**Streetwear**
Supreme
Kith
Off-White
Bape
Palace
Kews

Region    English en    Currency

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS
IT | DE | FR | ZH | JA

©2020 StockX. All Rights Reserved.

https://web.archive.org/web/20210506133725/https://stockx.com/jordan-1-retro-chicago-2015



INTERNET ARCHIVE
WayBackMachine
https://stockx.com/jordan-1-retro-chicago-2015
29 captures
7 Jun 2016 - 2 Apr 2024

Home

sneakers

Air Jordan

1

Jordan 1 Retro Chicago (2015)

↑SHARE

Portfolio Portfolio + FollowFollow

Jordan 1 Retro Chicago (2015)

Condition: New

|

Ticker: AJ1-CHI15

|

100% Authentic

Size:

All ⌄

Last Sale
$2,101
+$1,242
(144%)
Size: 10.5

View All Sales
$1,345
Lowest Ask
Buy
or Bid
View All Asks
$1,990
Highest Bid
Sell
or Ask
View All Bids

Jordan 1 Retro Chicago (2015)
Home
sneakers
Air Jordan
1
Jordan 1 Retro Chicago (2015)
↑SHARE
🐦
📘
📌
✉
➕ Portfolio Portfolio➕ FollowFollow
Retail Price: $160
|
Condition:New
Last Sale
$2,101
+$1,242(144%)
View All Sales
Style
555088-101
Colorway
White/Varsity Red-Black
Retail Price
$160
Release Date
05/30/2015
gauge
52 Week
High $3,250 | Low $518
chart
Trade Range (12 Mos.)
$1,786 - $2,417
volatility
Volatility
15.0%

Latest Sales

View All Sales

Sign up for free to view all recent sales data

SIGNUP

or login

Nothing to see yet.

gauge

12 Month Historical

# of Sales

610

Price Premium

(Over Original Retail Price)

1213.3%

Average Sale Price

$1,627

gauge

52 Week

High $3,250 | Low $518

chart

Trade Range (12 Mos.)

$1,786 - $2,417

volatility

Volatility

15.0%

| Air Jordan | adidas | Recent Updates | Popular Releases | Funko! Pop | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | adidas Yeezy Boost 350 | The Drop List | Air Jordan 1 Patina | Funko! Pop Anime | T-Shirts |
| Jordan Golf Shoes | adidas Yeezy Boost 350 V2 | Shining Fates Pokémon Box | Yeezy 500 Enflame | Funko! Pop Star Wars | Accessories |
| Air Jordan 4 | adidas Yeezy Boost 700 V3 | Shining Fates Pokémon Preview | Air Jordan 11 Low Legend Blue | Funko! Pop Marvel | Supreme The North Face |
| Womens Jordans | adidas Yeezy Boost 380 | Xbox Series X | Air Jordan 7 Flint | Funko! Pop Pokémon | Bottoms |
| Air Jordan 5 | adidas QNTM | PS5 | Air Jordan 11 Low Citrus | Funko! Pop Disney | Hoodies |
| Jordan 1 Mid | adidas NMD | Most Expensive Funko! Pops | Crocs Classic Clog Palace | Funko! Pop Heroes | Supreme Nike |

Region    English en    Currency

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

IT    DE    FR    ZH    JA                                ©2021 StockX. All Rights Reserved.

https://web.archive.org/web/20220108132012/https://stockx.com/air-jordan-1-retro-high-og-patent-bred

https://stockx.com/air-jordan-1-retro-high-og-patent-bred    Go

15 captures
26 Dec 2021 - 27 Jan 2024

JAN
08
2021  2022  2023   About this capture
FEB

# StockX

Browse   News   About   Help   Login   Sign Up   Sell

Home / Sneakers / Air Jordan / 1 / Jordan 1 Retro High OG Patent Bred

## Jordan 1 Retro High OG

Patent Bred

`100% Authentic`   `Condition: New`





Size:                                    All ⌄

**Buy**
or Bid

Size: 8.5
**$355**

**Sell**
or Ask

Size: 13
**$461**

Last Sale:
**$446**
▼ -$19 (-4.1%)

[ View Asks ]  [ View Bids ]  [ View Sales ]

## Related Products

| | | | | |
|---|---|---|---|---|
| Jordan 1 Retro High OG Patent Bred (GS) | Jordan 1 Retro High OG Patent Bred (PS) | Jordan 1 Retro High OG Patent Bred (TD) | Jordan 1 Retro High Bred Toe | Jordan 1 Retro High Strap Bred |
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$249** | **$146** | **$125** | **$635** | **$375** |
| Last Sale: $272 | Last Sale: $150 | Last Sale: $125 | Last Sale: $700 | Last Sale: $569 |

## Product Details

| | |
|---|---|
| Style | 555088-063 |
| Colorway | BLACK/WHITE-VARSITY RED |
| Retail Price | $170 |
| Release Date | 12/30/2021 |

**Product Description**

The Air Jordan 1 High Bred Patent features black and red patent leather upper with signature weaved Nike Air tongue labels. From there, a classic Wings logo on the collar and a white with red Air sole complete the retro design.

The Air Jordan 1 High Bred Patent releases in December of 2021 and retails for $170.

# StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Best Sneakers Releasing | Jordan 11 Cool Grey | Chrome Hearts | Supreme Box Logo |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Supreme Box Logo Hoodie | Yeezy 350 V2 Beluga Reflective | Essentials | T-Shirts |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 11 Cool Grey | Jordan 1 Hand Crafted | Yeezy GAP | Accessories |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Nike Dunk Low Goldenrod | Palm Angels | Supreme The North Face |
| Air Jordan 4 | Yeezy Slides | PS5 | Crocs Salehe Bembury | Ivy Park | Bottoms |
| Jordan 1 Mid | Yeezy Foam RNNR | Halo Infinite | Jordan 1 Bred Patent | New Era | Hoodies |

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

©2022 StockX. All Rights Reserved.

https://web.archive.org/web/20220222074258/https://stockx.com/jordan-1-retro-chicago-2015

INTERNET ARCHIVE
WayBackMachine
https://stockx.com/jordan-1-retro-chicago-2015
29 captures
7 Jun 2010 - 2 Apr 2024
DEC FEB OCT
22
2021 2022 2024
About this capture

## StockX

Browse  News  About  Help  Login  Sign Up  ( Sell )

 

Home / Sneakers / Air Jordan / 1 / Jordan 1 Retro Chicago (2015)

# Jordan 1 Retro
## Chicago (2015)

( 100% Authentic )  ( Condition: New )





| Size: | All ˅ |
|---|---|

| **Buy** or Bid | Size: 15 $1,592 |
|---|---|
| **Sell** or Ask | Size: 9 $1,890 |

Last Sale:
**$2,439**
▲ $130 (5.6%)

[ View Asks ]  [ View Bids ]  [ View Sales ]

## Related Products


Jordan 1 Retro Chicago (1994)
Lowest Ask
**$3,400**
Last Sale: $2,851


Jordan 1.5 Retro Chicago (2015)
Lowest Ask
**$484**
Last Sale: $547


Jordan 1 Retro Hare Jordan (2015)
Lowest Ask
**$298**
Last Sale: $270


Jordan 1 Retro Chicago (2013)
Lowest Ask
**$1,077**
Last Sale: $1,191


Jordan 1 Retro Low Hare Jordan (2015)
Lowest Ask
**$707**
Last Sale: $999



## Product Details

| Style | 555088-101 |
|---|---|
| Colorway | WHITE/VARSITY RED-BLACK |
| Retail Price | $160 |
| Release Date | 5/30/2015 |

**Product Description**

The shoe that started it all. In 1984, Nike unveiled the Nike Air Jordan and captivated the world. The design merged sports and fashion worlds with its luxe appeal, and now is a street classic. In 2015, Jordan Brand reissued the Chicago colorway in its original form with the Jordan 1 Retro

Read More



https://web.archive.org/web/20220315144109/https://stockx.com/air-jordan-1-retro-high-off-white-chicago

INTERNET ARCHIVE
WayBackMachine
https://stockx.com/air-jordan-1-retro-high-off-white-chicago
122 captures
29 Aug 2017 - 27 Jun 2024



**StockX**

Search for brand, color, etc.

Browse   News   About   Help   Login   **Sign Up**   Sell



Home / Sneakers / Air Jordan / 1 / OFF-WHITE / Jordan 1 Retro High Off-White Chicago

# Jordan 1 Retro High

## Off-White Chicago

100% Authentic    Condition: New

Jordan 1 Retro High Off-White Chicago 0



Size: _____ All ∨

**Buy** or Bid    Size: 9    **$6,512**

**Sell** or Ask    Size: 8    **$6,100**

Last Sale:
**$6,501**
▲ $926 (17%)

View Asks    View Bids    View Sales

## Related Products

| Jordan 1 Retro High Off-White White | Jordan 1 Retro High Off-White University Blue | Jordan 1 Retro High Off-White White (GS) | Jordan 1 Retro High Fearless UNC Chicago | Jordan 1 Retro High Trophy Room Chicago |
|---|---|---|---|---|
| Jordan 1 Retro High Off-White White | Jordan 1 Retro High Off-White University Blue | Jordan 1 Retro High Off-White White (GS) | Jordan 1 Retro High Fearless UNC Chicago | Jordan 1 Retro High Trophy Room Chicago |
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$4,996** | **$1,648** | **$2,435** | **$355** | **$1,875** |
| Last Sale: $3,819 | Last Sale: $1,960 | Last Sale: $2,970 | Last Sale: $467 | Last Sale: $1,852 |

## Product Details

| Style | AA3834-101 |
|---|---|
| Colorway | WHITE/BLACK-VARSITY RED |
| Retail Price | -- |
| Release Date | 11/09/2017 |

The Off-White x Air Jordan 1 Retro High OG was one of the most highly anticipated footwear collaborations of 2017. It marked the first time Virgil Abloh, founder of the Milan-based fashion label and Jordan Brand had teamed up. Nicknamed "The 10" edition, this pair comes in the

Read More

https://web.archive.org/web/20220422025110/https://stockx.com/air-jordan-1-retro-high-og-a-ma-maniere

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/air-jordan-1-retro-high-og-a-ma-maniere
29 captures
15 Nov 2021 - 29 Feb 202
MAR APR OCT
◀ 22 ▶
2021 2022 2024 ▼ About this capture

# StockX

Browse News About Help Login **Sign Up** (Sell)

Home / Sneakers / Air Jordan / 1 / Jordan 1 Retro High OG A Ma Maniére

⊕ ♡ ⇥

# Jordan 1 Retro High OG

## A Ma Maniére

100% Authentic    Condition: New





Size:                                          All ⌄

| **Buy** or Bid | Size: 16 **$250** |
| **Sell** or Ask | Size: 13 **$410** |

Last Sale:
**$340**
▼ -$139 (-29%)

[ View Asks ] [ View Bids ] [ View Sales ]

## Related Products

| Jordan 1 Retro High OG A Ma Maniére (PS) | Jordan 1 Retro High OG A Ma Maniére (TD) | Jordan 1 Retro High OG Laney | Jordan 1 Retro High OG Black | Jordan 1 Retro High OG Brotherhood |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$89** | **$82** | **$611** | **$413** | **$158** |
| Last Sale: $96 | Last Sale: $100 | Last Sale: $1,000 | Last Sale: $789 | Last Sale: $161 |

## Product Details

| | | |
|---|---|---|
| Style | DO7097-100 | The Air Jordan 1 A Ma Maniére features a premium cracked leather upper with burgundy reptilian-textural leather collars and Swooshes. Silky quilted lining and custom woven tongue and insole labels add a sense of luxury. At the base, a yellowed sole provides a vintage feel to complete the design. |
| Colorway | SAIL/BURGUNDY CRUSH | |
| Retail Price | $200 | The Air Jordan 1 A Ma Maniére released in November of 2021 and retailed for $200. |
| Release Date | 12/03/2021 | |

# StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Apparel | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Best Sneakers Releasing | Yeezy Foam RNNR Sulfur | Chrome Hearts | Supreme Box Logo |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Swatch x Omega | Jordan 2 Union LA Grey Fog | Essentials | T-Shirts |
| Air Jordan 3 | Yeezy Boost 700 | Finalmouse Starlight Poseidon | Jordan 2 Union LA Rattan | Gallery Dept | Accessories |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | New Balance 550 Joe Freshgoods | Vlone | Supreme The North Face |
| Air Jordan 4 | Yeezy Slides | PS5 | New Balance 2002R Joe Freshgoods | Moncler | Bottoms |
| Jordan 1 Mid | Yeezy Foam RNNR | Swatch x Omega Moonswatch | Nike Air Force 1 Low White | Stussy | Hoodies |

Find Us on Social

Download Our App

Use Assistive Technology

 Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS

EN   EN-GB   IT   DE   FR   FR-CA   ZH-CN   ZH-TW   JA   KO   ES-MX   ES-US   ES-ES

©2022 StockX. All Rights Reserved.

https://web.archive.org/web/20220419170344/https://stockx.com/air-jordan-1-retro-high-dark-mocha

Case 1:22-cv-00983-VEC   Document 305-52   Filed 11/08/24   Page 101 of 108

INTERNET ARCHIVE
WayBack Machine
https://stockx.com/air-jordan-1-retro-high-dark-mocha
30 captures
1 Nov 2020 - 15 Dec 2023
MAR APR AUG
19
2020 2022 2023
About this capture

# StockX

Browse   News   About   Help   Login   **Sign Up**   **Sell**

Home / Sneakers / Air Jordan / 1 / High / Jordan 1 Retro High Dark Mocha

## Jordan 1 Retro High
Dark Mocha

100% Authentic    Condition: New





Size:                          All ⌄

**Buy**
**or Bid**          Size: 8.5
                    **$437**

**Sell**
**or Ask**          Size: 5.5
                    **$700**

Last Sale:
**$456**             View Asks   View Bids   View Sales
▼ -$55 (-11%)

## Related Products

| Jordan 1 Retro High Dark Mocha (GS) | Jordan 1 Retro High Patent Dark Obsidian | Jordan 1 Retro High OG Dark Marina Blue | Jordan 1 Retro High Strap Dark Grey Anthracite | Jordan 1 Retro High OG Dark Marina Blue (GS) |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$450** | **$270** | **$170** | **$349** | **$123** |
| Last Sale: $565 | Last Sale: $311 | Last Sale: $195 | Last Sale: $120 | Last Sale: $124 |

## Product Details

| | | |
|---|---|---|
| Style | 555088-105 | Jordan Brand continued their Black Toe design theme in 2020 and released the Jordan 1 High Dark Mocha, now available on StockX. The Dark Mocha 1 was one of the most anticipated releases in 2020 due to its familiar colorblocking that referenced two of the greatest Jordan 1s of all-time, the Jordan 1 Travis Scott and the Jordan 1 Black Toe. |
| Colorway | SAIL/DARK MOCHA-BLACK-BLACK | |
| Retail Price | $170 | |
| Release Date | 10/31/2020 | **Read More** |

# StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Apparel | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Best Sneakers Releasing | Yeezy Foam RNNR Sulfur | Chrome Hearts | Supreme Box Logo |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Swatch x Omega | Jordan 2 Union LA Grey Fog | Essentials | T-Shirts |
| Air Jordan 3 | Yeezy Boost 700 | Finalmouse Starlight Poseidon | Jordan 2 Union LA Rattan | Gallery Dept | Accessories |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | New Balance 550 Joe Freshgoods | Vlone | Supreme The North Face |
| Air Jordan 4 | Yeezy Slides | PS5 | New Balance 2002R Joe Freshgoods | Moncler | Bottoms |
| Jordan 1 Mid | Yeezy Foam RNNR | Swatch x Omega Moonswatch | Nike Air Force 1 Low White | Stussy | Hoodies |

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

©2022 StockX. All Rights Reserved.

https://web.archive.org/web/20220403230020/https://stockx.com/air-jordan-1-retro-high-og-patent-bred

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/air-jordan-1-retro-high-og-patent-bred
15 captures
26 Dec 2021 - 27 Jan 2024
2021 2022 2023





# StockX

Browse    News    About    Help    Login    **Sign Up**    ( Sell )

Home / Sneakers / Air Jordan / 1 / Jordan 1 Retro High OG Patent Bred

# Jordan 1 Retro High OG

## Patent Bred

( 100% Authentic )  ( Condition: New )





Size:                                                    All ∨

**Buy** or Bid        Size: 4
                     **$222**

**Sell** or Ask       Size: 14
                     **$380**

Last Sale:
**$274**        [ View Asks ] [ View Bids ] [ View Sales ]
▼ -$130 (-32%)

## Related Products

| Jordan 1 Retro High OG Patent Bred (GS) | Jordan 1 Retro High OG Patent Bred (PS) | Jordan 1 Retro High OG Patent Bred (TD) | Jordan 1 Retro High Bred Toe | Jordan 1 OG Bred (1985) |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$180** | **$140** | **$108** | **$626** | **$120,000** |
| Last Sale: $270 | Last Sale: $140 | Last Sale: $123 | Last Sale: $645 | Last Sale: $16,931 |

## Product Details

| | |
|---|---|
| Style | 555088-063 |
| Colorway | BLACK/WHITE-VARSITY RED |
| Retail Price | $170 |
| Release Date | 12/30/2021 |

**Product Description**

The Air Jordan 1 High Bred Patent features black and red patent leather upper with signature weaved Nike Air tongue labels. From there, a classic Wings logo on the collar and a white with red Air sole complete the retro design.

The Air Jordan 1 High Bred Patent releases in December of 2021 and retails for $170.

# StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Apparel | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Best Sneakers Releasing | Jordan 1 High '86 Georgetown | Chrome Hearts | Supreme Box Logo |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Jordan 1 '85 Georgetown | Nike Dunk Low Union Argon | Essentials | T-Shirts |
| Air Jordan 3 | Yeezy Boost 700 | Best Supreme Box Logo Collabs | Nike Dunk Low Union Court Purple | Yeezy GAP | Accessories |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Nike Blazer Low sacai White | Vlone | Supreme The North Face |
| Air Jordan 4 | Yeezy Slides | PS5 | Nike Blazer Low sacai Black | Moncler | Bottoms |
| Jordan 1 Mid | Yeezy Foam RNNR | Most Affordable Nike Dunks | Nike Air Force 1 Low White | New Era | Hoodies |

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

©2022 StockX. All Rights Reserved.

https://web.archive.org/web/20220517151514/https://stockx.com/air-jordan-11-retro-cool-grey-2021


INTERNET ARCHIVE
WaybackMachine
https://stockx.com/air-jordan-11-retro-cool-grey-2021
48 captures
4 Sep 2021 - 15 Dec 2023
APR MAY AUG
◀ 17 ▶
2021 2022 2023
About this capture



Search for brand, color, etc.

Browse   News   About   Help   Login   **Sign Up**   Sell

Home / Sneakers / Air Jordan / 11 / Jordan 11 Retro Cool Grey (2021)

⊕  ♡  ⇥

# Jordan 11 Retro
## Cool Grey (2021)

[100% Authentic]   [Condition: **New**]



○————————

| | |
|---|---|
| Size: | All ⌄ |

| Place Bid | Buy for $217 |
|---|---|

Sell for $381 or Ask for More →

Last Sale:
**$350**
▲ $79 (29%)

| View Asks | View Bids | View Sales |
|---|---|---|

## Related Products



| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
|---|---|---|---|---|
| -- | -- | -- | -- | -- |
| Last Sale: -- | Last Sale: -- | Last Sale: -- | Last Sale: -- | Last Sale: -- |

## Product Details

| | |
|---|---|
| Style | CT8012-005 |
| Colorway | MEDIUM GREY/MULTI-COLOR/MULTI-COLOR |
| Retail Price | $225 |
| Release Date | 12/11/2021 |

**Product Description**

Since its debut in 2001, the Air Jordan 11 Cool Grey has become one of the most celebrated colorways in the Jordan 11 catalog.

The Air Jordan 11 Cool Grey (2021) features a Cool Grey Durabuck upper with patent leather overlays and a signature Jumpman embroidery on the collar. From there, a white midsole and an icy blue translucent outsole complete the design.

The Air Jordan 11 Cool Grey (2021) released in December of 2021 and retails for $225.