# Exhibit 51



https://stockx.com/nike-dunk-low-retro-white-black-2021

February 2, 2022

NIKE0000016





https://stockx.com/nike-dunk-low-retro-white-black-2021                    February 2, 2022