# Exhibit 52

https://web.archive.org/web/20210611095001/https://stockx.com/news/always-authentic-never-fake/

CONFIDENTIAL
NIKE0039854


https://stockx.com/news/always-authentic-never-fake/    Go

7 captures
30 May 2019 - 11 Jun 2021

MAR **JUN** JUL
◄ **11** ►
2020 **2021** 2022




▼ About this capture



The Magazine

News and Editorials from StockX

🔍    ☰

# StockX: Always Authentic, Never Fake



**Kevin Kosanovich**

Kevin holds a Ph.D. in American studies and is an expert in American cultural history and hip-hop. He is the Senior Content Manager at StockX.

Before StockX, how did you know your shoes weren't fake? You didn't have much assurance that the sneakers you bought online were authentic. Maybe you could squint at the product photo, or read the seller's reviews, but you were really only armed with a hope and a prayer.

Now with StockX, you're guaranteed that the goods you purchase are 100% verified authentic, never fake. Every item bought and sold on StockX goes through a rigorous authentication process, putting the hammer down on scammers and bootleggers. It's tough work, but we're up to the task.

**StockX Kiboshes the Fakes**

Here's how we do it:

+ We perform a 2-stage process for identifying fakes

+ Step 1: Verification

  + During the verification process, we verify everything about the product.

  + We verify product accuracy: does the product match the invoice

  + We verify size: You might think this is a simple, but we have to check this every time.

  + We verify color: You need to be able to flex in the right colorway.

  + We verify condition: we evaluate deadstock quality and check for any and all product defects

+ Step 2 is Authentication: A multi-point inspection across the entire product making sure the buyer gets the authentic product, never fake.

  + We verify and perform a detailed review of the packaging: are the boxes undamaged; do they match the product; is the packaging legit

CONFIDENTIAL

+ We verify and perform a detailed review of all product materials: are all the materials used in the product real. All leather, no pleather, never fake.

+ We verity and perform a detailed review of product construction: do all seams, stitching, glueing, and other construction details correspond to the product

+ As a result of our authentication process, less than .3% of customers are ever unhappy with their products

Every product passes every single step in the authentication process before they reach the seller: always authentic, never fake. Why do we do this? Why do we invest so much time and energy to train authenticators, and test and re-test every conceivable detail of every product? Simple: because it's what we do.

This is StockX. Now you know.



share this article

f  y  P  ✉





## Kevin Kosanovich

Kevin holds a Ph.D. in American studies and is an expert in American cultural history and hip-hop. He is the Senior Content Manager at StockX.

StockX. *Your Inbox.*
Better together. Sign up for our newsletter.

email@example.com →

| Air Jordan | adidas | Recent Updates | Popular Releases | LEGO | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | adidas Yeezy Boost 350 | The Drop List | Jordan 1 Court Purple (W) | LEGO Star Wars | T-Shirts |
| Jordan Golf Shoes | adidas Yeezy Boost 350 V2 | Most Expensive LEGO Sets | Nike Dunk High fragment | LEGO Architecture | Accessories |
| Air Jordan 3 | adidas Yeezy Boost 700 V3 | Yeezy 350 V2 Buyer's Guide | Nike Dunk Low Michigan | LEGO Botanical Collection | Supreme The North Face |
| Air Jordan 11 | adidas Yeezy Boost 380 | Xbox Series X | Nike Dunk Low Varsity Green | LEGO Disney | Bottoms |
| Air Jordan 11 Low | adidas QNTM | PS5 | Jordan 6 Electric Green | LEGO Ninjago | Hoodies |
| Jordan 1 Mid | adidas NMD | Eevee Heroes Pokémon TCG Preview | Yeezy 500 Taupe Light | LEGO City | Supreme Nike |

y  f  🔵  ▶    🍎  🤖    🔵❯▣                        ✿ Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT
EN  IT  DE  FR  ZH  JA                                              ©2021 StockX. All Rights Reserved.

https://web.archive.org/web/20210427125053/https://stockx.com/

CONFIDENTIAL                                    NIKE0039857



**Sneakers**   Streetwear   Electronics   Collectibles   Handbags   Watches



### Popular Brands

See All

   

### Most Popular ❓

See All

  

| adidas Yeezy Boost 700 Bright Blue | Jordan 5 Retro Raging Bull Red (2021) | Yeezy Slide Resin | Jordan 1 Retro High OG Hyper Royal | Jordan 11 Retro Low Legend Blue |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $343 | $228 | $190 | $263 | $250 |
| 1937 Sold | 1368 Sold | 1124 Sold | 1018 Sold | 976 Sold |

### New Lowest Ask ❓

See All

   

| Nike Free 5.0+ Red Violet | adidas Y-3 Kaiwa Yellow | Nike Free Run 3.0 V4 | Nike Hyperdunk UNDFTD | Nike Zoom Evidence 2.2 |

CONFIDENTIAL

NIKE0039858



Nike Free 5.0... (W)
Lowest Ask
**$96**
An Hour Ago

Wolf Grey University Blue
Lowest Ask
**$393**
An Hour Ago

Bring Back Pack Olive
Lowest Ask
**$123**
An Hour Ago

Black
Lowest Ask
**$374**
An Hour Ago

Lowest Ask
**$135**
An Hour Ago

## New Highest Bids ?

See All

adidas ZX 2K Boost Ninja Time In Yellow
Highest Bid
**$110**
An Hour Ago

Nike SB Dunk High NBA Cavs
Highest Bid
**$225**
An Hour Ago

Nike Air Max Plus AM1 University Red
Highest Bid
**$225**
An Hour Ago

ASICS Gel-Saga II Footpatrol
Highest Bid
**$345**
An Hour Ago

adidas Prophere Core Black Cloud White
Highest Bid
**$94**
An Hour Ago



Browse Thousands of Sneakers on our Live Marketplace

| Air Jordan | adidas | Recent Updates | Popular Releases | Nike Air Max | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | adidas Yeezy Boost 350 | The Drop List | Jordan 4 University Blue | Nike Air Max 1 | T-Shirts |
| Jordan Golf Shoes | adidas Yeezy Boost 350 V2 | Shining Fates Pokémon Box | Jordan 6 Travis Scott British Khaki | Nike Air Max 90 | Accessories |
| Air Jordan 4 | adidas Yeezy Boost 700 V3 | Shining Fates Pokémon Preview | Jordan 1 Zoom CMFT Aleali May | Nike Air Max 95 | Supreme The North Face |
| Womens Jordans | adidas Yeezy Boost 380 | Xbox Series X | Nike sacai Vaporwaffle Sesame | Air Max Day: Global Guide | Bottoms |
| Air Jordan 5 | adidas QNTM | PS5 | Nike sacai Vaporwaffle Dark Iris | Air Max 90 Bacon Details | Hoodies |
| Jordan 1 Mid | adidas NMD | Air Jordan 1 Buyer's Guide | Jordan 13 Gym Red Flint | Air Max Day: Cities and Collabs | Supreme Nike |

Region | English en | Currency

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

IT   DE   FR   ZH   JA

©2021 StockX. All Rights Reserved.

NIKE0039859

https://web.archive.org/web/20200310152754/https://stockx.com/

CONFIDENTIAL
NIKE0039860

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/
3,699 captures
24 Jul 2001 - 12 Sep 2022
FEB **MAR** APR
2019 **2020** 2021
**10**



stockX    Browse    News    App    Portfolio    About    Help    Login    Sign Up    Sell

# Buy & Sell
## Authentic Sneakers

🔍 Search...

**Sneakers**    Streetwear    Collectibles    Handbags    Watches




## Nø Curator
### Contemporary Artists on Their Own Terms
Feat. Ghica Popa, Reina Koyano, and Tristan E

### Popular Brands    See All






### Most Popular ⓘ    See All







| Jordan 3 Retro UNC (2020) | Nike Air Force 1 Low Supreme White | Jordan 1 Retro High Pine Green Black | adidas Yeezy Boost 350 V2 Earth | Nike LD Waffle Sacai White Nylon |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$258** | **$182** | **$180** | **$245** | **$279** |
| 5032 Sold | 1165 Sold | 1124 Sold | 792 Sold | 754 Sold |

### New Lowest Ask ⓘ    See All







CONFIDENTIAL

NIKE0039861

| Nike M2K Tekno Orange Burst | Jordan 1 Low Black Toe (GS) | Nike ZoomX Vaporfly Next% Volt | Jordan 1 Retro Shadow (2013) | Nike Air Max FF 720 Medium Olive Light Bone |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$150** | **$152** | **$300** | **$339** | **$130** |
| 2 Hours Ago | 2 Hours Ago | 2 Hours Ago | 2 Hours Ago | 2 Hours Ago |

## New Highest Bids ❓

See All

    

| Nike Air Force 1 Low Realtree Orange | Nike Air Max Deluxe Blue Force | Nike Exp-X14 Medium Olive | Jordan XXXII Low Chicago Win Like 96 | Converse Chuck Taylor All-Star 70s Hi JW |
|---|---|---|---|---|
| Highest Bid | Highest Bid | Highest Bid | Highest Bid | Highest Bid |
| **$76** | **$120** | **$80** | **$175** | **$100** |
| 2 Hours Ago | 2 Hours Ago | 2 Hours Ago | 2 Hours Ago | 2 Hours Ago |

**Browse Thousands of Sneakers on our Live Marketplace**

## Latest News    See All

**Chopped & Screwed with the Travis Scott Nike SB Dunk Low | Details | StockX**
Tamar Davis - 03/09/2020

**That's 5 | Ilan Hall**
Kevin Kosanovich - 03/09/2020

**Atlanta | StockX City Guide**
StockX - 03/06/2020

**Pantone Color Of The Year 2020: Classic Blue**
Hadjj Mare - 03/06/2020

**The Drop List 3.4.20**
Tamar Davis - 03/05/2020

## Release Calendar    See All

**Mar | 10** ⊕
Nike LD Waffle Sacai Black Nylon
▼ ASK: $250
[BID]

**Mar | 10** ⊕
Nike LD Waffle Sacai White Nylon
▼ ASK: $279
[BID]

**Mar | 14** ⊕
adidas Yeezy Boost 350 V2 Desert Sage
▼ ASK: $300
[BID]

**Mar | 14** ⊕
Nike Dunk Low SP Syracuse (2020)
▼ ASK: $283

**Mar | 14** ⊕
Nike Dunk Low SP Kentucky (2020)
▼ ASK: $283

**Mar | 14** ⊕
Jordan 1 Retro High Zoom White Racer Blue
▼ ASK: $277

---

NK-FRN2018BKWHW **$69 ▲**     MTCNF3-BMS **$156 ▲**     AD-PODS3CBKCWT **$80 ▲**     SLFS-TB **$52 ▲**     GL3-RCHAMPBLCK **$257 ▲**

| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Jordan 5 Off White Data | Jordan 3 UNC | Jordan 3 UNC | adidas Yeezy Boost 350 | Nike SB Dunk Low Travis Scott | Supreme |
| Nike SB Dunk Low Travis Scott Data | Nike Air Force 1 Supreme White | Jordan 1 Pine Green | adidas Yeezy 500 | Kith | Kith |
| Nike SB Dunk Low Travis Scott | Jordan 1 Pine Green | Jordan 1 UNC to Chicago Leather | adidas Yeezy Boost 700 | Nike SB Dunk Low Plum | Off-White |
| Jordan 3 UNC | Nike SB Dunk Low Travis Scott | Jordan 5 Off White | adidas Yeezy Powerphase | Nike SB Dunk Low Strangelove | Bape |
| Nike Air Force 1 Supreme Black | Yeezy 350 Earth | Jordan 1 Low Paris | adidas Ultra Boost | Nike LeBron 17 Low Tune Squad | Palace |
| Nike Air Force 1 Supreme White | Yeezy 350 Tail Light | Jordan 1 Mid Milan | adidas NMD | Nike Air Force 1 Low Supreme White | Kaws |
| | | | | Nike Air Force 1 Low Supreme Black | |

CONFIDENTIAL

NIKE0039862



CONFIDENTIAL

NIKE0039863

https://web.archive.org/web/20200315055442/https://stockx.com/

CONFIDENTIAL

NIKE0039864

https://stockx.com/
INTERNET ARCHIVE WayBackMachine
3,599 captures
24 Jul 2001 - 12 Sep 2022
FEB MAR APR
15
2019 2020 2021
About this capture



Buy & Sell
# Authentic Sneakers

Q Search...

**Sneakers**    Streetwear    Collectibles    Handbags    Watches



Deep Clean
Shop the Yeezy 350 Desert Sage

**Popular Brands**    See All

   

**Most Popular** ?    See All

    

adidas Yeezy Boost 350 V2 Desert Sage
Lowest Ask
**$272**
3190 Sold

Nike LD Waffle Sacai White Nylon
Lowest Ask
**$206**
1929 Sold

Jordan 3 Retro UNC (2020)
Lowest Ask
**$240**
1897 Sold

Jordan 1 Retro High Zoom White Racer Blue
Lowest Ask
**$220**
1698 Sold

Nike LD Waffle Sacai Black Nylon
Lowest Ask
**$192**
1583 Sold

**New Lowest Ask** ?    See All

    

CONFIDENTIAL    NIKE0039865

adidas EQT Basketball Adv Carbon Collegiate
Lowest Ask
**$85**
2 Hours Ago

Nike Air Max 90 Ultra 2.0 SI Cool Grey Total
Lowest Ask
**$175**
2 Hours Ago

Balenciaga Track Orange Blue
Lowest Ask
**$560**
2 Hours Ago

Nike Air Max 2017 Pure Platinum
Lowest Ask
**$105**
2 Hours Ago

Nike MX 720 818 University Red Black
Lowest Ask
**$139**
2 Hours Ago

## New Highest Bids ❓

See All











Nike Air Max 270 ISPA Blue Void Terra Orange
Highest Bid
**$60**
2 Hours Ago

adidas D.O.N. Issue #1 Amazing Spider Man
Highest Bid
**$128**
2 Hours Ago

Converse Chuck Taylor All-Star 70s Hi Gameday
Highest Bid
**$95**
2 Hours Ago

Nike Coast Classic SP Black
Highest Bid
**$35**
2 Hours Ago

Nike ISPA Joyride Envelope Blue Hero
Highest Bid
**$79**
2 Hours Ago

### Browse Thousands of Sneakers on our Live Marketplace

## Latest News    See All

**Cosigned | Hip-Hop And Japan**
Kevin Kosanovich - 03/13/2020

**Update Regarding COVID-19**
StockX - 03/12/2020

**New Streetwear In February: Needle Movers**
Nick Matthies - 03/12/2020

**The Drop List 3.12.20**
Tamar Davis - 03/12/2020

**Nike Air Max 90 30th Anniversary Highlight: Infrared**
Hadjj Mare - 03/10/2020

## Release Calendar    See All

**Mar | 13** ⊕
Jordan XXXIV Bayou Boys
▼ ASK: $269
BID

**Mar | 14** ⊕
Jordan 1 Retro High Zoom White Racer Blue
▼ ASK: $220
BID

**Mar | 14** ⊕
Nike Dunk Low SP Kentucky (2020)
▼ ASK: $244
BID

**Mar | 14** ⊕
adidas Yeezy Boost 350 V2 Desert Sage
▼ ASK: $272

**Mar | 14** ⊕
Nike Dunk Low SP Syracuse (2020)
▼ ASK: $249

**Mar | 14** ⊕
Nike SB Dunk Low Safari
▼ ASK: $326

| KYR4-MIDNVY $65 ▼ | DLLRD2-FC $50 ▼ | AMPLS-SEQUA $135 ▲ | AM4-MILAN $73 ▼ | DDSRCT-TRPBK $72 ▲ | NK-AA052 |

| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Nike SB Dunk Low Travis Scott Data | Nike Dunk Low SP Kentucky | Jordan 3 UNC | adidas Yeezy Boost 350 | Nike SB Dunk Low Travis Scott | Supreme |
| Nike SB Dunk Low Travis Scott | Nike Dunk Low SP Syracuse | Jordan 1 Pine Green | adidas Yeezy 500 | Nike Dunk Low SP Syracuse | Kith |
| Nike SB Dunk Low SP Kentucky | Jordan 1 Pine Green | Jordan 1 UNC to Chicago Leather | adidas Yeezy Boost 700 | Nike Dunk Low SP Kentucky | Off-White |
| Nike Dunk Low SP Syracuse | Nike SB Dunk Low Travis Scott | Jordan 5 Off White | adidas Yeezy Powerphase | Nike SB Dunk Safari | Bape |
| Nike Dunk Low Safari | Yeezy 350 Desert Sage | Jordan XXXIV Bayou Boys | adidas Ultra Boost | Nike Air Force 1 Low Supreme White | Palace |
| Yeezy 350 Desert Sage | Nike SB Dunk Low Safari | Jordan 1 Zoom White Racer Blue | adidas NMD | Nike Air Force 1 Low Supreme Black | Kaws |

CONFIDENTIAL

NIKE0039866



NIKE0039867

https://web.archive.org/web/20201104024533/https://stockx.com/

CONFIDENTIAL                                                  NIKE0039868



## Buy & Sell Authentic Sneakers

Search...

**Sneakers**    Streetwear    Collectibles    Handbags    Watches



### Popular Brands

See All

   

### Most Popular

See All

| Jordan 1 Retro High Dark Mocha | Jordan 5 Retro OFF-WHITE Sail | adidas Yeezy Boost 350 V2 Natural | adidas Yeezy Boost 350 V2 Carbon | Jordan 1 Retro High Dark Mocha (GS) |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$279** | **$405** | **$249** | **$245** | **$307** |
| 2216 Undefined | 1494 Undefined | 991 Undefined | 793 Undefined | 739 Undefined |

### New Lowest Ask

See All

NIKE0039869



OFF-WHITE Motowrap Black
Lowest Ask
**$357**
9 Minutes Ago

Nike Squash Type Black Anthracite
Lowest Ask
**$55**
9 Minutes Ago

Balenciaga Track Trainer Gold (W)
Lowest Ask
**$461**
9 Minutes Ago

Nike Air Max 98 I-95
Lowest Ask
**$80**
10 Minutes Ago

Puma Suede Classic Bobbito Garcia Ochre
Lowest Ask
**$1,550**
10 Minutes Ago

**New Highest Bids**                                                    See All

Nike Dunk High Mighty Crown
Highest Bid
**$200**
9 Minutes Ago

Nike SB Dunk Low Pro Dark Russet Cedar
Highest Bid
**$938**
8 Minutes Ago

Clarks Desert Boot Brick Red
Highest Bid
**$50**
10 Minutes Ago

Nike PG 1 Black University Gold
Highest Bid
**$93**
11 Minutes Ago

adidas Yeezy Desert Boot Oil
Highest Bid
**$535**
11 Minutes Ago

> **Browse Thousands of Sneakers on our Live Marketplace**



**Latest News**                See All

**StockX Gaming Consoles Launch - FAQs & Important Info**
Drew - 11/04/2020

**The Drop List 11.2.20**
Hadjj Mare - 11/02/2020

**adidas Yeezy 700 V3 Arzareth | Details**
Hadjj Mare - 11/01/2020

**The Best Halloween Treats for Your Feet**
Kevin Kosanovich - 10/30/2020

**Scary Savings On Seller Fees**
StockX - 10/30/2020

**Release Calendar**                See All

**Nov | 4** ⊕
adidas Top Ten Hi Star Wars The Mandalorian The Child
▼ ASK: $122
BID

**Nov | 4** ⊕
adidas NMD R1 Star Wars The Mandalorian (GS)
▼ ASK: $143
BID

**Nov | 6** ⊕
Nike LeBron 18 Los Angeles By Day
▼ ASK: $222
BID

**Nov | 9** ⊕
Nike Air Max 90 Infrared (2020)
▼ ASK: $135
BID

**Nov | 10** ⊕
Nike Dunk Low Veneer (2020)
▼ ASK: $265
BID

**Nov | 12** ⊕
Jordan 5 Retro What The
▼ ASK: $251
BID

| Recent Updates | Popular Releases | Air Jordan | adidas | Supreme | Electronics |
| --- | --- | --- | --- | --- | --- |
| The Drop List | Jordan 1 Dark Mocha | Air Jordan Women | adidas Yeezy Boost 350 | T-Shirts | Xbox Series X |
| Yeezy 700 V3 Arzareth Details | Jordan 5 Off-White Sail | Air Jordan Kids | adidas Yeezy Boost 500 | Accessories | Xbox Series S |
| Behind The Scenes: Chinatown Market | Nike Sacai VaporWaffle | Air Jordan 1 Women | adidas Yeezy Boost 700 | Headwear | Xbox One |
| Xbox Series X | Jordan 5 What The | Air Jordan 1 Low | adidas Yeezy Boost 380 | Bottoms | PS5 |
| Supreme Fall/Winter Is Here | Yeezy 350 V2 Fade | Air Jordan Off-White | adidas Yeezy QNTM | Hoodies | PS4 |



NIKE0039871

https://web.archive.org/web/20210316005501/https://stockx.com/

CONFIDENTIAL                                                                                NIKE0039872

INTERNET ARCHIVE
WayBackMachine
https://stockx.com/
3,599 captures
24 Jul 2001 – 12 Sep 2022

# Buy & Sell

Authentic Sneakers

Search...

Sneakers     Streetwear     Electronics     Collectibles     Handbags     Watches

Popular Brands                                                                    See All

Most Popular                                                                      See All

| adidas Yeezy Boost 700 V2 Cream | Jordan 1 Retro High White University Blue Black | Nike Dunk Low Retro White Black (2021) | Nike Dunk High Syracuse (2021) | Jordan 6 Retro Carmine (2021) |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$345** | **$330** | **$210** | **$194** | **$244** |
| 2726 Undefined | 1648 Undefined | 1232 Undefined | 1075 Undefined | 966 Undefined |

New Lowest Ask                                                                    See All

| Jordan 1 Mid Half Blue Polka Dot Swoosh (GS) | Nike Air Force 1 Low White 2018 (W) | Nike LeBron 17 James Gang | Jordan 1 Retro Japan Grey (2001) | Jordan 13 Retro Starfish |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$258** | **$74** | **$105** | **$533** | **$221** |
| 7 Minutes Ago | 7 Minutes Ago | 7 Minutes Ago | 7 Minutes Ago | 7 Minutes Ago |

CONFIDENTIAL

NIKE0039873

New Highest Bids

See All

| | | | | |
|---|---|---|---|---|
| Off-White Spray Stripes Slides Black | Nike SB Blazer Vapor Summit White Obsidian | Nike LeBron Witness III Black Gold | Jordan 1 Low Barely Grey Frosted Spruce (GS) | adidas Ultra Boost 2021 Rams |
| Highest Bid | Highest Bid | Highest Bid | Highest Bid | Highest Bid |
| **$60** | **$35** | **$75** | **$406** | **$127** |
| 7 Minutes Ago | 7 Minutes Ago | 7 Minutes Ago | 7 Minutes Ago | 7 Minutes Ago |

Browse Thousands of Sneakers on our Live Marketplace

Latest News

See All

The Drop List 03/15/21
Morgan Baylis - 03/15/2021
Max Partners: Air Max Cities and Collaborations
StockX - 03/15/2021
Supreme Nike Hoodie: Supreme Pick Of The Week
Nick Matthies - 03/12/2021
25% Off Seller Fees For 24 Hours
StockX - 03/12/2021
Nike Air Max 90 "Bacon" | Details
Hadji Mare - 03/09/2021
Release Calendar See All

Mar | 15
plus sign

Nike Dunk Low Orange Pearl
Ask: $248 | Bid: $320
BID ASK

Mar | 15
plus sign

Nike Dunk Low Green Strike (W)
Ask: $215 | Bid: $278
BID ASK

Mar | 15
plus sign

CONFIDENTIAL

NIKE0039874

adidas Yeezy Boost 380 Covellite
Ask: $215 | Bid: $250
BIDASK
Mar | 19
plus sign

adidas Yeezy QNTM Sea Teal
Ask: $269 | Bid: $250
BIDASK
Mar | 19
plus sign

Nike Air Max 95 Kim Jones Total Volt
Ask: $1,000 | Bid: $169
BIDASK
Mar | 20
plus sign

Jordan 3 Retro Georgetown (2021)
Ask: $238 | Bid: $271
BIDASK

| Air Jordan | adidas | Recent Updates | Popular Releases | Nike Air Max | Supreme |
|---|---|---|---|---|---|
| Jordan 13 | adidas Yeezy Boost 350 | The Drop List | Air Jordan 1 University Blue | Nike Air Max 1 | T-Shirts |
| Air Jordan 1 | adidas Yeezy Boost 350 V2 | Shining Fates Pokémon Box | Nike Dunk High Syracuse | Nike Air Max 90 | Accessories |
| Air Jordan 4 | adidas Yeezy Boost 700 | Shining Fates Pokémon Preview | Nike SB Dunk High Carpet | Nike Air Max 95 | Supreme The North Face |
| Womens Jordans | adidas Yeezy Boost 700 V3 | Xbox Series X | Nike Dunk High SE All-Star | Nike Air Max 97 | Bottoms |
| Air Jordan 5 | adidas Yeezy Boost 380 | PS5 | Yeezy Boost 700 v2 Cream | Nike Air Max Plus | Hoodies |
| Jordan 1 Mid | adidas Yeezy QNTM | adidas Raf Simons Buyer's Guide | Reebok Club C Awake NY | Nike Air Max 270 | Supreme Nike |
| | adidas NMD | | | | |

NIKE0039875



https://web.archive.org/web/20210427125053/https://stockx.com/

CONFIDENTIAL                                                                                      NIKE0039877



**Sneakers**   Streetwear   Electronics   Collectibles   Handbags   Watches



**Popular Brands**                                                    See All

**Most Popular** ❓                                                    See All

| adidas Yeezy Boost 700 Bright Blue | Jordan 5 Retro Raging Bull Red (2021) | Yeezy Slide Resin | Jordan 1 Retro High OG Hyper Royal | Jordan 11 Retro Low Legend Blue |
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $343 | $228 | $190 | $263 | $250 |
| 1937 Sold | 1368 Sold | 1124 Sold | 1018 Sold | 976 Sold |

**New Lowest Ask** ❓                                                  See All

Nike Free 5.0+ Red Violet    adidas Y-3 Kaiwa Yellow    Nike Free Run 3.0 V4    Nike Hyperdunk UNDFTD    Nike Zoom Evidence 2.2

NIKE0039878



Nike Free ...
(W)

Lowest Ask
**$96**

An Hour Ago

Lowest Ask
**$393**

An Hour Ago

Wolf Grey University Blue

Lowest Ask
**$123**

An Hour Ago

Bring Back Pack Olive

Lowest Ask
**$374**

An Hour Ago

Black

Lowest Ask
**$135**

An Hour Ago

## New Highest Bids ⍰

See All

adidas ZX 2K Boost Ninja Time In Yellow

Highest Bid
**$110**

An Hour Ago

Nike SB Dunk High NBA Cavs

Highest Bid
**$225**

An Hour Ago

Nike Air Max Plus AM1 University Red

Highest Bid
**$225**

An Hour Ago

ASICS Gel-Saga II Footpatrol

Highest Bid
**$345**

An Hour Ago

adidas Prophere Core Black Cloud White

Highest Bid
**$94**

An Hour Ago

**Browse Thousands of Sneakers on our Live Marketplace**



| Air Jordan | adidas | Recent Updates | Popular Releases | Nike Air Max | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | adidas Yeezy Boost 350 | The Drop List | Jordan 4 University Blue | Nike Air Max 1 | T-Shirts |
| Jordan Golf Shoes | adidas Yeezy Boost 350 V2 | Shining Fates Pokémon Box | Jordan 5 Travis Scott British Khaki | Nike Air Max 90 | Accessories |
| Air Jordan 4 | adidas Yeezy Boost 700 V3 | Shining Fates Pokémon Preview | Jordan 1 Zoom CMFT Aleali May | Nike Air Max 95 | Supreme The North Face |
| Womens Jordans | adidas Yeezy Boost 380 | Xbox Series X | Nike sacai Vaporwaffle Sesame | Air Max Day: Global Guide | Bottoms |
| Air Jordan 5 | adidas QNTM | PS5 | Nike sacai Vaporwaffle Dark Iris | Air Max 90 Bacon Details | Hoodies |
| Jordan 1 Mid | adidas NMD | Air Jordan 1 Buyer's Guide | Jordan 13 Gym Red Flint | Air Max Day: Cities and Collabs | Supreme Nike |

Region | English en | Currency

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

IT  DE  FR  ZH  JA

©2021 StockX. All Rights Reserved.

NIKE0039879

https://web.archive.org/web/20210429025111/https://stockx.com/

CONFIDENTIAL                                                                                     NIKE0039880





NIKE0039881



DFB
Lowest Ask
**$111**
An Hour Ago

Turbo Green
Lowest Ask
**$103**
An Hour Ago

Wake and Bake
Lowest Ask
**$75**
An Hour Ago

Diamond Supply Co White
Lowest Ask
**$515**
An Hour Ago

Lakers
Lowest Ask
**$192**
An Hour Ago

## New Highest Bids ?

**See All**

adidas NMD R1 Core
Black Mesh "Tokyo"
Highest Bid
**$215**
An Hour Ago

Nike Air Force 1 '06 Triple
White (TD)
Highest Bid
**$60**
An Hour Ago

Nike React Phantom Run
Flyknit 2 Photo Blue
Highest Bid
**$120**
An Hour Ago

adidas Prophere Bleached
Black Solar Red
Highest Bid
**$50**
An Hour Ago

Nike Dunk SB High Statue
of Liberty
Highest Bid
**$520**
An Hour Ago

**Browse Thousands of Sneakers on our Live Marketplace**



**Air Jordan**
Air Jordan 1
Jordan Golf Shoes
Air Jordan 4
Womens Jordans
Air Jordan 5
Jordan 1 Mid

**adidas**
adidas Yeezy Boost 350
adidas Yeezy Boost 350 V2
adidas Yeezy Boost 700 V3
adidas Yeezy Boost 380
adidas QNTM
adidas NMD

**Recent Updates**
The Drop List
Shining Fates Pokémon Box
Shining Fates Pokémon Preview
Xbox Series X
PS5
Air Jordan 1 Buyer's Guide

**Popular Releases**
Jordan 4 University Blue
Jordan 6 Travis Scott British Khaki
Jordan 1 Zoom CMFT Aleali May
Nike sacai Vaporwaffle Sesame
Nike sacai Vaporwaffle Dark Iris
Jordan 13 Gym Red Flint

**Nike Air Max**
Nike Air Max 1
Nike Air Max 90
Nike Air Max 95
Air Max Day: Global Guide
Air Max 90 Bacon Details
Air Max Day: Cities and Collabs

**Supreme**
T-Shirts
Accessories
Supreme The North Face
Bottoms
Hoodies
Supreme Nike

Region | English en | Currency

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT
IT  DE  FR  ZH  JA

©2021 StockX. All Rights Reserved.

CONFIDENTIAL

NIKE0039882

https://web.archive.org/web/20170829213329/https://stockx.com/how-it-works

CONFIDENTIAL

NIKE0039883

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/how-it-works
266 captures
29 Aug 2017 - 4 Sep 2022
2016 2017 2018

stock**X**

Search for brand, color, etc.    Browse   Blog   App   Portfolios   About   Login / Sign Up   Sell



# THE STOCK MARKET FOR THINGS

StockX is the world's first stock market for things — a live 'bid/ask' marketplace. Buyers place bids, sellers place asks and when a bid and ask meet, the transaction happens automatically. Retro Jordans, Nikes, Yeezys and more — now 100% authentic guaranteed.

# THE BASICS



## ANONYMITY

Never worry about legit buyers or sellers — we're in the middle.



## TRANSPARENCY

Real-time market data for intelligent buying and selling.



## AUTHENTICITY

Our experts authenticate every product sold on StockX.

# BUYING ON STOCKX



## BID (BUY)

Make an offer that any seller can accept; or purchase immediately at the lowest Ask.



## AUTHENTICATE
Seller ships to us. We authenticate, then we release funds to the seller.



## PROSPER
We ship to you. You sip a daiquiri, knowing you will never get a fake.

LEARN MORE ABOUT BUYING ON STOCKX

# SELLING ON STOCKX



## ASK (SELL)
List an item for sale; or sell immediately at the highest Bid.



## AUTHENTICATE
Ship your item within 2 business days. We authenticate, then we ship to the buyer.



## PROSPER
We release funds to you. You sip a daiquiri, knowing you will never get a chargeback.

LEARN MORE ABOUT SELLING ON STOCKX

FAQ | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS | DEVELOPERS

  

NIKE0039885

## Recent Updates

Off White x Jordan 1 Chicago

Rolex Watches For Sale

Omega Watches For Sale

Louis Vuitton Neverfull

Louis Vuitton Bags

## Popular Releases

Yeezy 350 V2 Cream

Yeezy 350 V2 Zebra

Yeezy 350 V2 Black Red

Yeezy Boost V2 Beluga

Supreme x Louis Vuitton

## Air Jordan

KAWS x Jordan 4

Jordan 1 Retro Bred 2016

Jordan 11 Retro Space Jam

Jordan 1 Royal 2017

Jordan 11 Retro Gym Red

## adidas

adidas Yeezy Boost

adidas Ultra Boost

adidas NMD

adidas NMD Japan Triple Black

adidas Yeezy Powerphase Calabasas

## Nike

Nike Air VaporMax

Clot x Nike Air VaporMax

Nike LeBron

Nike KD

Nike Air Max

©2017 StockX. All Rights Reserved.

⚙ Proudly Built in Detr

NIKE0039886

https://web.archive.org/web/20220317090524/https://stockx.com/nike-sb-dunk-low-ben-jerrys-chunky-dunky

CONFIDENTIAL

NIKE0039887

 INTERNET ARCHIVE
https://stockx.com/nike-sb-dunk-low-ben-jerrys-chunky-durky    Go

40 captures
24 May 2020 - 10 Sep 2022

AUG **MAR** SEP
◀ **17** ▶
2021 **2022** 2023  ▼ About this capture

 

## StockX

🔍 Search for brand, color, etc.

Browse   News   About   Help   Login   **Sign Up**   Sell

Home / Sneakers / Nike / SB / SB Dunk Low / Nike SB Dunk Low Ben & Jerry's Chunky Dunky

📷 ♥ ➤

# Nike SB Dunk Low

## Ben & Jerry's Chunky Dunky

( 100% Authentic )  ( Condition: New )





| Size: | ⌄ |
|---|---|

| **Buy** or Bid | Size: 8 **$1,222** |
|---|---|
| **Sell** or Ask | Size: 15 **$2,700** |

Last Sale:
**$1,350**
▼ -$130 (-8.8%)

[ View Asks ]   [ View Bids ]   [ View Sales ]

## Related Products

| Nike SB Dunk Low Ben & Jerry's Chunky Dunky (F... | Nike Dunk SB High Cheech & Chong | Nike Dunk SB High Mork & Mindy | Nike SB Dunk Low VX1000 | Nike SB Dunk Low Goofy Boy |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$1,944** | **$999** | **$500** | **$459** | **$496** |
| Last Sale: $2,730 | Last Sale: $1,170 | Last Sale: $800 | Last Sale: $431 | Last Sale: $675 |

❯

## Product Details

| | | |
|---|---|---|
| Style | CU3244-100 | |
| Colorway | MULTI-COLOR/MULTI-COLOR | |
| Retail Price | $100 | |
| Release Date | 05/26/2020 | |

**Product Description**
Nike SB and Ben & Jerry's joined forces to add a new animated release to SB history with the Nike SB Dunk Low Ben & Jerry's Chunky Dunky, now available on StockX. Drawing inspiration from Ben & Jerry's colorful ice cream pint packaging, this release goes

**Read More**

**Read More**

NIKE0039888

CONFIDENTIAL

NIKE0039889

https://web.archive.org/web/20220403230020/https://stockx.com/air-jordan-1-retro-high-og-patent-bred

CONFIDENTIAL

NIKE0039890

INTERNET ARCHIVE
WayBackMachine
https://stockx.com/air-jordan-1-retro-high-og-patent-bred    Go
9 captures
26 Dec 2021 - 3 Apr 2022
FEB APR MAY
◀ 03 ▶
2021 2022 2023  ▼ About this capture

## StockX

Browse  News  About  Help  Login   **Sign Up**   ( Sell )

Home / Sneakers / Air Jordan / 1 / Jordan 1 Retro High OG Patent Bred

# Jordan 1 Retro High OG

## Patent Bred

( 100% Authentic )  ( Condition: New )





| Size: | All ⌄ |
|---|---|

| **Buy** or Bid | Size: 4 **$222** |
|---|---|
| **Sell** or Ask | Size: 14 **$380** |

Last Sale:
**$274**
▼ -$130 (-32%)

( View Asks )  ( View Bids )  ( View Sales )

## Related Products

| Jordan 1 Retro High OG Patent Bred (GS) | Jordan 1 Retro High OG Patent Bred (PS) | Jordan 1 Retro High OG Patent Bred (TD) | Jordan 1 Retro High Bred Toe | Jordan 1 OG Bred (1985) |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$180** | **$140** | **$108** | **$626** | **$120,000** |
| Last Sale: $270 | Last Sale: $140 | Last Sale: $123 | Last Sale: $645 | Last Sale: $16,931 |

## Product Details

| | |
|---|---|
| Style | **555088-063** |
| Colorway | **BLACK/WHITE-VARSITY RED** |
| Retail Price | **$170** |
| Release Date | **12/30/2021** |

**Product Description**

The Air Jordan 1 High Bred Patent features black and red patent leather upper with signature weaved Nike Air tongue labels. From there, a classic Wings logo on the collar and a white with red Air sole complete the retro design.

The Air Jordan 1 High Bred Patent releases in December of 2021 and retails for $170.

NIKE0039891



https://web.archive.org/web/20220129005855/https://stockx.com/nike-dunk-high-black-white-total-orange-2021

CONFIDENTIAL

NIKE0039893



INTERNET ARCHIVE https://stockx.com/nike-dunk-high-black-white-total-orange-2021 Go

2 captures
30 Sep 2021 - 29 Jan 2022

 

# StockX

Browse    News    About    Help    Login    Sign Up    Sell



Home / Sneakers / Nike / Dunk / High / Nike Dunk High Black White (2021)

## Nike Dunk High
### Black White (2021)

100% Authentic    Condition: New





| | |
|---|---|
| Size: | All ∨ |
| **Buy** or Bid | Size: 15 **$196** |
| **Sell** or Ask | Size: 5.5 **$230** |

Last Sale:
**$198**
▼ -$1 (-0.5%)

View Asks    View Bids    View Sales

  

## Related Products

| Nike Dunk Low White Black (2021) (W) | Nike Dunk High Syracuse (2021) | Nike Dunk Low Retro White Black (2021) | Nike Dunk High Panda (2021) | Nike Dunk High Syracuse (2021) (W) |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$232** | **$168** | **$250** | **$275** | **$160** |
| Last Sale: $248 | Last Sale: $169 | Last Sale: $300 | Last Sale: $281 | Last Sale: $237 |

## Product Details

| | | | |
|---|---|---|---|
| Style | DD1399-105 | Colorway | WHITE/BLACK-TOTAL ORANGE |
| Retail Price | $110 | | |

CONFIDENTIAL



https://web.archive.org/web/20220124202100/https://stockx.com/nike-blazer-low-sacai-kaws-blue

CONFIDENTIAL

NIKE0039896

INTERNET ARCHIVE
**WayBackMachine**
https://stockx.com/nike-blazer-low-sacai-kaws-blue
Go
4 captures
5 Sep 2021 - 24 Jan 2022
DEC JAN FEB
◀ **24** ▶
2021 **2022** 2023
About this capture

## StockX

Browse    News    About    Help    Login    Sign Up    ( Sell )

Home / Sneakers / Nike / Basketball / Other / Nike Blazer Low Sacai KAWS Neptune Blue

### Nike Blazer Low

sacai KAWS Neptune Blue

( 100% Authentic )  ( Condition: New )



| **Buy**<br>or Bid | Size: 4.5<br>**$125** |
|---|---|
| **Sell**<br>or Ask | Size: 13<br>**$175** |

Last Sale:
**$184**
▲ $1 (0.0%)

[ View Asks ]  [ View Bids ]  [ View Sales ]

**Related Products**

**Product Details**

| | |
|---|---|
| Style | DM7901-400 |
| Colorway | NEPTUNE BLUE/LIGHT BLUE-PINK-YELLOW |
| Retail Price | $140 |
| Release Date | 11/27/2021 |

**Product Description**

The Nike Blazer Low sacai KAWS Neptune Blue features a Neptune Blue leather upper with multicolored overlapping eyestays and Swooshes, drawing inspiration from the palettes prevalent in KAWS' most renowned pieces of art. On the stacked outsole, KAWS XX insignias are debossed on the lateral toe. Doubled tongues and laces add the finishing touch.

The Nike Blazer Low sacai KAWS Neptune Blue releases in November of 2021 and retailed for $140.

CONFIDENTIAL

NIKE0039897



NIKE0039898

https://web.archive.org/web/20220127134828/https://stockx.com/adidas-yeezy-boost-350-v2-light

CONFIDENTIAL
NIKE0039899

https://stockx.com/adidas-yeezy-boost-350-v2-light

INTERNET ARCHIVE
Wayback Machine
10 captures
11 Aug 2021 – 27 Jan 2022

DEC  JAN  FEB
27
2021  2022  2023
About this capture

# StockX

Browse  News  About  Help  Login  Sign Up  ( Sell )

Home / Sneakers / Adidas / Yeezy / 350 / V2 / Adidas Yeezy Boost 350 V2 Light

## adidas Yeezy Boost 350 V2
Light

( 100% Authentic )  ( Condition: New )



| Size: | All ∨ |

| **Buy** or Bid | Size: 10.5 $260 |
| **Sell** or Ask | Size: 6.5 $301 |

Last Sale:
**$315**
▲ $34 (12%)

[ View Asks ]  [ View Bids ]  [ View Sales ]

## Related Products

| adidas Yeezy Boost 350 V2 Light (Infant) | adidas Yeezy Boost 350 V2 Light (Kids) | adidas Yeezy Boost 350 V2 Tail Light | adidas Yeezy Boost 350 V2 Carbon | adidas Yeezy Boost 350 V2 Israfil |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $196 | $285 | $329 | $209 | $275 |
| Last Sale: $222 | Last Sale: $275 | Last Sale: $399 | Last Sale: $265 | Last Sale: $293 |

## Product Details

| | | |
|---|---|---|
| Style | GY3438 | |
| Colorway | LIGHT/LIGHT/LIGHT | |
| Retail Price | $220 | |
| Release Date | 8/28/2021 | |

**Product Description**

At a glance, the Yeezy Boost 350 V2 Light arrives in a clean triple white color palette, but when exposed to light, the white Primeknit upper changes to light pink and its mesh side stripe to dark yellow. An off-white Boost sole and canvas heel tab add the finishing touches.

The adidas Yeezy Boost 350 V2 Light released in August of 2021 and retailed for $220.

CONFIDENTIAL

NIKE0039900



CONFIDENTIAL

NIKE0039901

https://web.archive.org/web/20180715225322/https://stockx.com/rolex-datejust-16013-champagne

CONFIDENTIAL

NIKE0039902



INTERNET ARCHIVE **WayBack Machine** https://stockx.com/rolex-datejust-16013-champagne    Go

**1 capture**
15 Jul 2018                                                                2017 **2018** 2019 ▼ About this capture

**stockX**    Q Search for brand, color, etc.    Browse  Blog  App  Portfolio  About  Login  Sign Up  Sell

HOME / WATCHES / ROLEX / DATEJUST / ROLEX DATEJUST 16013    ↑ SHARE   + PORTFOLIO   +FOLLOW

# Rolex Datejust 16013

Condition: **Pre-Owned: Excellent**  |  Ticker: **RLX-DTJST-...**  |  **100% Authentic**  |  **What's Included?**

Box & Papers ❷
**No Preference** ⌄

Last Sale  **$3,310** ▼-$190 (-5%)
Box & Papers: Not In...  |  View All Sales

| $-- | Buy |
|---|---|
| Lowest Ask | or Bid |

Box & Papers -- | View All Asks

| $2,000 | Sell |
|---|---|
| Highest Bid | or Ask |

Box & Papers: Includ... | View All Bids



  

**REFERENCE NUMBER** 16013   **CASE SIZE** 36MM   **CASE MATERIAL** STAINLESS STEEL   **BAND** STEEL/YELLOW GOLD   **MOVEMENT** AUTOMATIC
**DIAL** CHAMPAGNE

🌐 **52 WEEK HIGH** $4,000 | **LOW** $2,900    📊 **TRADE RANGE (12 MOS.)** $2,990 - $3,630    ⚡ **VOLATILITY** 9.7%

**RELATED PRODUCTS**



**ADIDAS YEEZY BOOST 350 V2**
**$353**
LAST SALE: $365

NVIDIA GEFORCE RTX 3070 FOUNDERS
**$536**
LAST SALE: $535



**LOUIS VUITTON POCHETTE DAMIER**
**$529**
LAST SALE: $502



**VINYL FIGURE YOUTOOZ DEAD**
**$275**
LAST SALE: $278



**SUPREME SUPER SOAKER 50 WATER**
**$50**
LAST SALE: $47

CONFIDENTIAL                                                                NIKE0039903





CONFIDENTIAL

NIKE0039904

https://web.archive.org/web/20190513093057/https://stockx.com/rolex-explorer-ii-216570-black

CONFIDENTIAL

NIKE0039905

INTERNET ARCHIVE
WayBackMachine
https://stockx.com/rolex-explorer-i-216570-black     Go
3 captures
4 Oct 2017 - 13 May 2019

JUL  MAY  JUN
◀  13  ▶
2017  2019  2020   ▼ About this capture

stock**X**     🔍 Search for brand, color, etc.     Browse  News  App  Portfolio  About  FAQ  Login  Sign Up   Sell     $USD

HOME / WATCHES / ROLEX / EXPLORER / ROLEX EXPLORER II 216570

↑ SHARE    + PORTFOLIO    +FOLLOW

# Rolex Explorer II 216570

Condition: **Pre-Owned: Excellent**  |  Ticker: RX-216570B...  |  **100% Authentic**  |  **What's Included?**

Box & Papers ❓
**No Preference** ⌄

Last Sale  **$7,500** ▼-$750 (-9%)
: Included | View All Sales

| -- | **Buy** |
|---|---|
| Lowest Ask | **or Bid** |

-- | **View All Asks**

| **$8,500** | **Sell** |
|---|---|
| **Highest Bid** | **or Ask** |

-- | **View All Bids**

Rolex Explorer II 216570




**REFERENCE NUMBER** 216570

**CASE SIZE** 42MM

**CASE MATERIAL** STAINLESS STEEL

**BAND** STAINLESS STEEL

**MOVEMENT** AUTOMATIC

**DIAL** BLACK

The Rolex Explorer II, ref. 216570 is the watch Rolex wants you to buy if you often find yourself in situations where from the ambient light around you, you can't tell if it's daytime or nighttime. If you're in a cave or a pyramid, or a polar location where the sun doesn't rise or set for months on end, this is the kit you need bar none - with an aggressive 42mm steel case (updated from 40mm on the predecessor 16570), a dedicated, new, larger, more shockproof movement, the in-house automatic caliber 3187, and a true collector-coined "Maxi" dial the 216570 makes no pretense that this watch is for professional use. Perhaps though, what has delighted Rolex enthusiasts more than

**read more**

**RELATED PRODUCTS**

| Rolex Explorer II 216570 | Rolex Explorer II 226570 | Rolex Explorer 124270 | Rolex Explorer 124273 | Rolex Explorer 214270 |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$25,854** | **$16,000** | **$10,500** | **$11,249** | **$16,404** |
| Last Sale: $10,399 | Last Sale: -- | Last Sale: $8,000 | Last Sale: -- | Last Sale: $5,500 |

**LATEST SALES OF ROLEX EXPLORER II 216570**

🕐 **12 MONTH HISTORICAL**

CONFIDENTIAL

NIKE0039906



# OF SALES

--

PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)

--

AVERAGE SALE PRICE

--



Sign up for free to view all recent sales data

SIGN UP

or log in

Nothing to see yet.
But since you're here, did you know that...
Three different brands (Seiko, Zenith, and Heuer) released the first automatic
chronograph in 1969...
You're welcome.

| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Jordan 4 Bred | Jordan 4 Bred | Jordan 1 Travis Scott | adidas Yeezy Boost 350 | Nike Fear Of God Raid Black | Supreme |
| Jordan 4 Bred Update | Yeezy 350 Clay | Jordan 4 Bred | adidas Yeezy 500 | Nike Fear Of God Moc Black | Kith |
| Jordan 1 Travis Scott | Jordan 1 Travis Scott | Jordan 1 Twist | adidas Yeezy Boost 700 | Nike LD Waffle Sacai Blue | Off-White |
| Jordan 1 Twist | Yeezy 350 Glow in The Dark | Jordan 1 SB Light Bone | adidas Yeezy Powerphase | Nike LD Waffle Sacai Green | Bape |
| Jordan 1 SB Lakers | Jordan 1 Twist | Jordan 1 SB Lakers | adidas Ultra Boost | Nike Blazer Sacai Snow Beach | Palace |
| Jordan 1 SB Light Bone | Yeezy 700 Analog | Jordan 1 Crimson Tint | adidas NMD | Nike Blazer Sacai Black Legend | Kaws |

Get the app 

FAQ  |  HOW IT WORKS  |  REVIEWS  |  PRIVACY  |  TERMS  |  JOBS  |  CONTACT  |  PRODUCT REQUEST  |  PRESS

Proudly Built In Detroit

©2019 StockX. All Rights Reserved.

CONFIDENTIAL

NIKE0039907

https://web.archive.org/web/20191211222943/https://stockx.com/casio-gshock-gmwb-5000-d1-white

CONFIDENTIAL

NIKE0039908

https://stockx.com/casio-gshock-gmwb-5000-d1-white
2 captures
11 Dec 2019 - 7 Mar 2021

HOME / WATCHES / CASIO / G-SHOCK / CASIO G-SHOCK GMWB5000D-1

↑ SHARE     + PORTFOLIO     + FOLLOW

# Casio G-Shock GMWB5000D-1

Condition: **Pre-Owned: Excellent** | Ticker: **CS-5000-D1...** | **100% Authentic**

Box & Papers ⓘ
No Preference ⌄

Last Sale **$351** ▼-$4 (-1%)
Box & Papers Includ... | View All Sales

**$394** Buy
Lowest Ask or Bid
Box & Papers Includ... | View All Asks

**$351** Sell
Highest Bid or Ask
Box & Papers Includ... | View All Bids



| REFERENCE NUMBER GMW-B 5000 D-1 | CASE SIZE 44MM | CASE MATERIAL STAINLESS STEEL | BAND STAINLESS STEEL | MOVEMENT AUTOMATIC |
| | | DIAL WHITE | | |

🕐 52 WEEK HIGH $530 | LOW $301      ▮▮ TRADE RANGE (12 MOS.) $323 - $379      ⦚⦚ VOLATILITY 7.9%

**LATEST SALES**

🕐 12 MONTH HISTORICAL

### # OF SALES
## 195

### PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)
---

View All Sales

| ↕ SIZE | ↕ SALE PRICE | ↓ DATE | TIME |

### AVERAGE SALE PRICE





Nothing to see yet.



| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Nike Waffle Racer Off-White White | Nike Waffle Racer Off-White Black | Jordan 1 Fearless Zoom | adidas Yeezy Boost 350 | Nike Dunk Low Viotech | Supreme |
| Nike Waffle Racer Off-White Black | Nike Waffle Racer Off-White White | Jordan 1 Mid Clot | adidas Yeezy 500 | Nike Air Force 1 Low G-Dragon | Kith |
| Yeezy 350 Black Data | Yeezy 350 Black | Jordan 1 Mid SE Fearless Maison | adidas Yeezy Boost 700 | Nike Blazer Mid 77 Vintage White | Off-White |
| Jordan 11 Playoff Bred | Yeezy 350 V2 Yeezreel | Jordan 1 Bred | adidas Yeezy Powerphase | Nike Air Force 1 Gore-Tex | Bape |
| Jordan 11 Playoff Bred Data | | Jordan 1 Low SB Desert Ore | adidas Ultra Boost | Nike Air Force 1 Low A Ma Maniere | Palace |
| | | | adidas NMD | | Kaws |

United States | English (en) | $ USD

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS
IT   DE   FR

©2019 StockX. All Rights Reserved.

NIKE0039910

https://web.archive.org/web/20191225221524/https://stockx.com/supreme-the-velvet-underground-nico-hooded-sweatshirt-multicolor

CONFIDENTIAL

NIKE0039911

INTERNET ARCHIVE
WayBackMachine
https://stockx.com/supreme-the-velvet-underground-nico-hooded-sweatshirt-multicolor
Go
3 captures
25 Dec 2019 - 17 Aug 2021
DEC JUN
25
2018 2019 2021
About this capture

stockX    Q Search for brand, color, etc.    Browse  News  App  Portfolio  About  Help  Login  Sign Up    Sell

HOME / STREETWEAR / SUPREME / TOPS/SWEATSHIRTS / SUPREME THE VELVET UNDERGROUND NICO HOODED SWEATSHIRT MULTICOLOR    ↑SHARE  +PORTFOLIO  +FOLLOW

# Supreme The Velvet Underground Nico Hooded Sweatshirt Multicolor

Condition: **New**  |  Ticker: SUP-THVUNHSMC  |  **100% Authentic**

Size
**All** ⌄

Last Sale **$180** ▲+$20 (13%)
Size L | View All Sales


**$165** Buy
Lowest Ask  or Bid
Size M  |  View All Asks


**$195** Sell
Highest Bid  or Ask
Size S  |  View All Bids



**SEASON** FW19    **COLOR** MULTICOLOR    **RELEASE DATE** 09/19/2019    **RETAIL** $198

⊕ 52 WEEK HIGH $300 | LOW $150        📊 TRADE RANGE (12 MOS.) $168 - $192        ⥮ VOLATILITY 6.9%

RELATED PRODUCTS



Supreme The Velvet
Underground Hooded
Lowest Ask
**$180**
Last Sale: $200

Supreme The Velvet
Underground Hooded
Lowest Ask
**$178**
Last Sale: $283

Supreme The Velvet
Underground Hooded
Lowest Ask
**$299**
Last Sale: $173

Supreme The Velvet
Underground Drawing
Lowest Ask
**$60**
Last Sale: $45

Supreme The Velvet
Underground Tee Light
Lowest Ask
**$68**
Last Sale: $70

LATEST SALES

⊕ 12 MONTH HISTORICAL

CONFIDENTIAL                                                                        NIKE0039912

# OF SALES
571

PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)
-9.1%

View All Sales

| SIZE | SALE PRICE | DATE | TIME |
|------|-----------|------|------|

AVERAGE SALE PRICE
$224

Nothing to see yet.



**Recent Updates**
Nike Off-White Dunk Low Green
Nike Off-White Dunk Low Michigan
Nike Off-White Dunk Low Red
Yeezy 350 Yecheil
Jordan 11 Playoff Bred Data

**Popular Releases**
Jordan 3 Animal Instinct
Jordan 11 Playoff Bred
Nike Dunk Low Off-White Red
Nike Dunk Low Off-White Michigan
Yeezy 350 V2 Yecheil

**Air Jordan**
Jordan 3 Retro Animal Instinct
Jordan 11 Bred
Jordan 1 Mid Clot
Jordan 1 Mid SE Fearless Maison
Jordan 1 Shattered Backboard 3.0

**adidas**
adidas Yeezy Boost 350
adidas Yeezy 500
adidas Yeezy Boost 700
adidas Yeezy Powerphase
adidas Ultra Boost
adidas NMD

**Nike**
Nike Dunk Low Viotech
Nike Air Force 1 Low G-Dragon
Nike Dunk Low Off-White Red
Nike Dunk Low Off-White Michigan
Nike Dunk Low Off-White Green

**Streetwear**
Supreme
Kith
Off-White
Bape
Palace
Kaws

United States | English (en) | $ USD

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS
IT   DE   FR

©2019 StockX. All Rights Reserved.

NIKE0039913

https://web.archive.org/web/20200102054328/https://stockx.com/supreme-the-north-face-expedition-jacket-black

CONFIDENTIAL

NIKE0039914

INTERNET ARCHIVE
**WayBack Machine**
2 captures
2 Jan 2020 - 1 Nov 2020

https://stockx.com/supreme-the-north-face-expedition-jacket-black   Go

JAN 02 NOV   2019 2020 2021   About this capture

**stockX**   🔍 Search for brand, color, etc.

Browse   News   App   Portfolio   About   Help   Login   Sign Up   **Sell**

HOME / STREETWEAR / SUPREME / JACKETS / SUPREME THE NORTH FACE EXPEDITION (FW18) JACKET BLACK

↑SHARE   + PORTFOLIO   +FOLLOW

# Supreme The North Face Expedition (FW18) Jacket Black

Condition: **New** | Ticker: **SP-TNFEJBK** | **100% Authentic**

Size
**All** ˅

Last Sale **$985** ▲+$35 (4%)
Size L | View All Sales


$999
**Lowest Ask**   **Buy** or Bid
Size XL | View All Asks


$1,200
**Highest Bid**   **Sell** or Ask
Size S | View All Bids



   

**SEASON** FW18

**COLOR** BLACK

**RELEASE DATE** 11/29/2018

**RETAIL** $498

In what was their fourth collaboration of 2018 with The North Face, Supreme brought the heat, potentially saving the best collab for last. As always, this jacket turned heads and features a classic all black design. Utilizing materials from two other frequent collaborators, GORE-TEX and Cordura, this jacket is built not only to look incredible, but to survive the elements as well. This Expedition Jacket retailed for $498 and released on November 29th, 2018. Place a bid today to stay warm this winter.

⊙ 52 WEEK HIGH $1,584 | LOW $721        ▐▐ TRADE RANGE (12 MOS.) $817 - $1,153        ⫴⫴ VOLATILITY 17.0%

**LATEST SALES**

⊙ 12 MONTH HISTORICAL

# OF SALES

CONFIDENTIAL                                                                                    NIKE0039915



CONFIDENTIAL

NIKE0039916

https://web.archive.org/web/20200110065055/https://stockx.com/louis-vuitton-multi-pochette-accessoires-monogram-khaki

CONFIDENTIAL

NIKE0039917

INTERNET ARCHIVE
WayBack Machine
https://stockx.com/louis-vuitton-multi-pochette-accessoires-monogram-khaki
2 captures
10 Jan 2020 - 7 Nov 2020

stockX    Q Search for brand, color, etc.    Browse  News  App  Portfolio  About  Help  Login  Sign Up  **Sell**

HOME / HANDBAGS / LOUIS VUITTON / OTHER / LOUIS VUITTON MULTI POCHETTE ACCESSOIRES MONOGRAM KHAKI

↑SHARE   + PORTFOLIO   +FOLLOW

# Louis Vuitton Multi Pochette Accessoires Monogram Khaki

Condition: **Pre-Owned: Excellent** | Ticker: **LV-MLTPCHMKK** | **100% Authentic**

Last Sale $2,199 ▲+$49 (2%)
View All Sales



View All Asks





View All Bids



**DIMENSIONS** 6.3H 9.45W 2.36D STRAP 22 HAND...

**MATERIAL** COATED CANVAS/LEATHER

**RETAIL** $1,640

**COLOR** KHAKI

**HARDWARE** GOLD-TONE

The hottest bag of the season, the Multi Pochette features a hybrid of Pochettes in varying sizes coated in LV's monogram canvas leather. The Pochette Accessoires, Mini Pochette Accessoires, and round coin purse also come with a removable Louis Vuitton inscribed Khaki strap and gold-tone chain.

🕐 52 WEEK HIGH $2,798 | LOW $1,850    ▊▌ TRADE RANGE (12 MOS.) $2,098 - $2,300    ⁞⁞ VOLATILITY 4.6%

**LATEST SALES**

🕐 12 MONTH HISTORICAL

NIKE0039918





NIKE0039919

https://web.archive.org/web/20200302015508/https://stockx.com/bearbrick-bait-gold-bar-400-gold

CONFIDENTIAL

NIKE0039920



https://stockx.com/bearbrick-bait-gold-bar-400-gold

HOME / COLLECTIBLES / BEARBRICK / 400% / BEARBRICK BAIT GOLD BAR 400% GOLD

⬆SHARE  + PORTFOLIO  +FOLLOW

# Bearbrick Bait Gold Bar 400% Gold

Condition: New | Ticker: BB-BAGB4GLD | 100% Authentic

Last Sale **$445** ▲+$95 (27%)

View All Sales

**$454** **Buy**
Lowest Ask or Bid

View All Asks

**$318** **Sell**
Highest Bid or Ask

View All Bids



SEASON 2017    COLOR GOLD    RETAIL $120    DIMENSIONS 11 IN / 28 CM

🕐 52 WEEK HIGH $445 | LOW $165    📊 TRADE RANGE (12 MOS.) $403 - $487    ⣏⣽ VOLATILITY 9.4%

**RELATED PRODUCTS**



400%    100%    1000%    400%    100% & 400% Set

CONFIDENTIAL    NIKE0039921

Bearbrick BAIT x
Lowest Ask
**$374**
Last Sale: $272

Bearbrick Bait Gold Bar
Lowest Ask
**$60**
Last Sale: $80

Bearbrick BAIT x
Lowest Ask
**$1,495**
Last Sale: $1,305

Bearbrick Kabuki Gold
Lowest Ask
**$149**
Last Sale: –

Bearbrick BAIT x
Lowest Ask
**$173**
Last Sale: $160

**LATEST SALES**

**12 MONTH HISTORICAL**

**# OF SALES**

**54**

Everybody knows knowledge is power. On StockX, you can see how much an item sold for in the past and how much it's selling for right now.

**THANKS!**

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)

**270.8%**

**AVERAGE SALE PRICE**

**$288**

**Recent Updates**
All Star Weekend Drop List
Jordan 5 Off White Data
Jordan 1 Pine Green
Nike SB Dunk Low Travis Scott
Yeezy 350 Earth
Yeezy 350 Tail Light

**Popular Releases**
Jordan 1 Pine Green
Nike SB Dunk Low Travis Scott
Yeezy Boost 700 MMVN Orange
Jordan 1 UNC to Chicago Leather
Yeezy 350 Earth
Yeezy 350 Tail Light

**Air Jordan**
Jordan 3 CHI
Jordan 1 Pine Green
Jordan 1 UNC to Chicago Leather
Jordan 1 High 85
Jordan 5 Off White
Jordan 1 Mid Milan

**adidas**
adidas Yeezy Boost 350
adidas Yeezy 500
adidas Yeezy Boost 700
adidas Yeezy Powerphase
adidas Ultra Boost
adidas NMD

**Nike**
Nike SB Dunk Low Travis Scott
Nike Dunk Low Plum
Nike SB Dunk Low Strangelove
Nike LeBron 17 Low Tune Squad
Nike SB Dunk High Spectrum
Nike Fear Of God 1 The Question

**Streetwear**
Supreme
Kith
Off-White
Bape
Palace
Kaws

United States | English (en) | $ USD

Proudly Built in Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS
IT   DE   FR   ZH

©2020 StockX. All Rights Reserved.

NIKE0039922

https://web.archive.org/web/20200328102327/https://stockx.com/air-jordan-1-retro-high-zoom-white-racer-blue

CONFIDENTIAL

NIKE0039923





stockX

🔍 Search for brand, color, etc.

Browse   News   App   Portfolio   About   Help   Login   Sign Up   **Sell**

HOME / SNEAKERS / AIR JORDAN / 1 / JORDAN 1 RETRO HIGH ZOOM WHITE RACER BLUE

⬆SHARE    + PORTFOLIO    +FOLLOW

# Jordan 1 Retro High Zoom White Racer Blue

Condition: **New**  |  Ticker: **AJ1HZ-WRB**  |  **100% Authentic**

**Size**

All ⌄

Last Sale **$215** ▲+$8 (4%)
Size 12.5  |  View All Sales

**$180**
Lowest Ask

**Buy** or Bid

Size --  |  View All Asks

**$501**
Highest Bid

**Sell** or Ask

Size --  |  View All Bids



○ ───────────────────────

**STYLE** CK6637-104

**COLORWAY** WHITE/RACER BLUE-WHITE

**RETAIL PRICE** $175

**RELEASE DATE** 03/14/2020

Jordan Brand revamped a classic silhouette with the release of the Jordan 1 Retro High Zoom White Racer Blue, now available on StockX. Nike Zoom technology is incorporated in this design for the ultimate cushioning experience.

This Jordan 1 Retro High consists of a white leather upper with a mixture of mesh, patent leather, and translucent TPU overlays. An icy outsole, blue interior, and Zoom branding above the Swoosh completes the design. These sneakers released in March of 2020 and retailed for $175.

🕐 **52 WEEK HIGH** $691 | **LOW** $155      📊 **TRADE RANGE (12 MOS.)** $118 - $312      ⚡ **VOLATILITY** 45.3%

**RELATED PRODUCTS**

CONFIDENTIAL                                                                    NIKE0039924



| Jordan 1 Retro High Zoom Fearless | Jordan 1 Retro High Zoom Crater | Jordan 1 High Zoom Air CMFT Psychic Blue (W) | Jordan Zoom Separate White Blue | Jordan 1 Low Racer Blue White |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$238** | **$88** | **$210** | **$100** | **$170** |
| Last Sale: $255 | Last Sale: $159 | Last Sale: $189 | Last Sale: $80 | Last Sale: $150 |

**LATEST SALES**



Zoom   1M   3M   6M   YTD   1Y   **All**

300
200
100
0

17. Feb    24. Feb    2. Mar    9. Mar    16. Mar    23. Mar

View All Sales

| ⇕ SIZE | ⇕ SALE PRICE | ▾ DATE | TIME |
|---|---|---|---|

Nothing to see yet.

🕐 **12 MONTH HISTORICAL**

**# OF SALES**
**5391**

**PRICE PREMIUM**
(OVER ORIGINAL RETAIL PRICE)
**22.9%**

**AVERAGE SALE PRICE**
**$233**



| Recent Updates | Popular Releases | Air Jordan | adidas | Nike | Streetwear |
|---|---|---|---|---|---|
| Best Nikes For Women | Nike Dunk Low SP Kentucky | Jordan 3 UNC | adidas Yeezy Boost 350 | Nike SB Dunk Low Travis Scott | Supreme |
| Best Yeezys in 2020 | Nike Dunk Low SP Syracuse | Jordan 1 Pine Green | adidas Yeezy 500 | Nike Dunk Low SP Syracuse | Kith |
| Yeezy 350 Desert Sage | Jordan 1 Pine Green | Jordan 1 UNC to Chicago Leather | adidas Yeezy Boost 700 | Nike Dunk Low SP Kentucky | Off-White |
| Nike SB Dunk Low Travis Scott | Nike SB Dunk Low Travis Scott | Jordan 5 Off White | adidas Yeezy Powerphase | Nike SB Dunk Safari | Bape |
| Nike Dunk Low SP Kentucky | Yeezy 350 Desert Sage | Jordan XXXIV Bayou Boys | adidas Ultra Boost | Nike Air Force 1 Low Supreme White | Palace |
| Nike Dunk Low SP Syracuse | Nike SB Dunk Low Safari | Jordan 1 Zoom White Racer Blue | adidas NMD | Nike Air Force 1 Low Supreme Black | Kaws |

United States | English en | $ USD

🐦 f 📷 ▶        🍎 🤖

⚙ Proudly Built In Detroit

HELP | HOW IT WORKS | REVIEWS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT REQUEST | PRESS
IT   DE   FR   ZH   JA

©2020 StockX. All Rights Reserved.

NIKE0039925

https://web.archive.org/web/20201112034634/https://stockx.com/dior-card-holder-dior-x-kaws-with-yellow-bees-black

CONFIDENTIAL
NIKE0039926



https://stockx.com/dior-card-holder-dior-x-kaws-with-yellow-bees-black

**3 captures**
8 Apr 2019 - 12 Nov 2020

2019 **2020** 2021

Search for brand, color, etc.

Browse  News  App  About  Help  Login  Sign Up  **Sell**

HOME / HANDBAGS / DIOR / COLLECTORS / DIOR X KAWS CARD HOLDER YELLOW BEES BLACK

## Dior x Kaws Card Holder Yellow Bees Black







| **Buy** or Bid | Lowest Ask **$405** |
| --- | --- |

View All Asks

| **Sell** or Ask | Highest Bid **$322** |
| --- | --- |

View All Bids

Last Sale: $382 -$16 (4.19%)                    View All

Condition: New

Verification: 100% Authentic

Product Details

We use cookies to understand how you use our site and to improve your experience. By continuing to use our website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking technologies. To learn more, please click on Privacy Policy.                    Privacy Policy    Okay

What's the first thing Kim Jones does after being appointed Dior's Haute Couturier and its make-up men legendary artist, Brian "KAWS" Donnelly. This Brooklyn artist takes on Dior's logo and bee design, giving a new interpretation of the brand. Even though Jones' capsule collection holds a modern theme, there is no lack in reference and respect to the history of Dior's aesthetic. So if you are a fan of both luxury and art, StockX has got you covered!...

**Read More**

⊙ 52 WEEKHIGH $399 | LOW $234        ▍▌TRADE RANGE (12 MOS.) $361 - $404        �ılı VOLATILITY 5.7%

**LATEST SALES**

TICKER: D-DXSCHYBB

⊙ 12 MONTH HISTORICAL

# OF SALES
**50**

PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)
**28.7%**

AVERAGE SALE PRICE
**$318**



Sign up for free to view all recent sales data

**SIGNUP**

or login

                    NIKE0039927

Nothing to see yet.



NIKE0039928

https://web.archive.org/web/20210205071231/https://stockx.com/kobe-bryant-1996-topps-rookie-138

CONFIDENTIAL

NIKE0039929

INTERNET ARCHIVE
WayBackMachine
https://stockx.com/kobe-bryant-1996-topps-rookie-138
2 captures
20 Dec 2019 – 5 Feb 2021
DEC FEB MAR
05
2019 2021 2022
About this capture

HOME / COLLECTIBLES / TRADING CARDS / BASKETBALL / LOS ANGELES LAKERS / KOBE BRYANT 1996 TOPPS ROOKIE #138

↑ SHARE   + PORTFOLIO   + FOLLOW

# Kobe Bryant 1996 Topps Rookie #138

Condition: **Graded** | Ticker: TP-KB1TR96 | **100% Authentic**

Grade
**All** ⌄

Last Sale **$575** ▼ -$1,375 (-71%)

Grade PSA 8 | View All Sales


**$299** **Buy**
Lowest Ask **or Bid**
View All Asks


**$10,000** **Sell**
Highest Bid **or Ask**
View All Bids



**YEAR** 1996

**SET NUMBER** #138

The Kobe Bryant 1996-97 Topps Rookie is one of the most recognizable base rookies cards of the 'Black Mamba'. In the 1996 NBA Draft, Kobe was selected 13th overall by the Charlotte Hornets straight out of Lower Merion High School in Philadelphia but was subsequently traded to the Los Angeles Lakers on draft night. For the next two decades, Kobe played the game of basketball with unmatched intensity and dedication, winning five championships and one NBA MVP award among other accolades, becoming a cultural icon. Playing alongside Shaquille O'Neal and Paul Gasol at different points of his career, while echoeing the playing style of Michael Jordan, Kobe created an **read more**

🕐 52 WEEKHIGH $5,992 | LOW $100      📊 TRADE RANGE (12 MOS.) -$1,133 – $2,283      ⚊ VOLATILITY **297.0%**

**RELATED PRODUCTS**



Kobe Bryant 1996 Topps Chrome Rookie #138
Lowest Ask
**$1,000**
Last Sale: $3,443



Kobe Bryant 1997 Topps #171
Lowest Ask
**$89**
Last Sale: $90



Kobe Bryant 1996 UD3 Rookie #19
Lowest Ask
**$150**
Last Sale: $500

Kobe Bryant 1996 Skybox E-X2000 Rookie #30
Lowest Ask
**$35,000**
Last Sale: $450



Kobe Bryant 1996 Hoops Sheets Rookie
Lowest Ask
**$499**
Last Sale: $250

>

CONFIDENTIAL                                                                                     NIKE0039930



CONFIDENTIAL

NIKE0039931

https://web.archive.org/web/20210419150801/https://stockx.com/telfar-shopping-bag-small-bubblegum-pink

CONFIDENTIAL

NIKE0039932

INTERNET ARCHIVE
WaybackMachine
https://stockx.com/telfar-shopping-bag-small-bubblegum-pink    Go
2 captures
18 Apr 2021 - 1 Oct 2021
APR OCT
◀ 19 ▶
2020 **2021** 2022
▼ About this capture

HOME / HANDBAGS / TELFAR / TELFAR SHOPPING BAG SMALL BUBBLEGUM PINK

# Telfar Shopping Bag Small Bubblegum Pink in Vegan Leather with Silver-tone





**Buy or Bid**
Lowest Ask
**$176**
View All Asks

**Sell or Ask**
Highest Bid
**$154**
View All Bids

Last Sale: $197  +$15  (+8.11%)    View All

Condition: New

Verification: 100% Authentic    +

Product Details    +



We use cookies to understand how you use our site and to improve your experience. By continuing to use our website or by closing this notice you acknowledge that you agree to our use of cookies and other tracking technologies. To    **Privacy Policy**    **Okay**

🕐 **52 WEEKHIGH $385 | LOW $138**    📊 **TRADE RANGE (12 MOS.)** $193 - $201    ⚡ **VOLATILITY** 2.1%

**LATEST SALES**

Ticker: T-SMLBGPSB

Span: 1M  3M  6M  YTD  1Y  All

12 MONTH HISTORICAL

# OF SALES
**2048**

PRICE PREMIUM
(OVER ORIGINAL RETAIL PRICE)
**33.3%**

View All

SIZE

Sign up for free to view all recent sales data

**SIGNUP**

or login

AVERAGE SALE PRICE
**$216**

Nothing to see yet.

NIKE0039933



CONFIDENTIAL

NIKE0039934

https://web.archive.org/web/20210811223402/https://stockx.com/nike-dunk-low-retro-white-black-2021

CONFIDENTIAL

NIKE0039935



HOME / SNEAKERS / NIKE / BASKETBALL / NIKE DUNK LOW RETRO WHITE BLACK (2021)

↑ SHARE    + PORTFOLIO    + FOLLOW

# Nike Dunk Low Retro White Black (2021)

Condition: **New**  |  Ticker: NK-NIDLRWBWBK  |  **100% Authentic**

Size:
**All** ⌄

Last Sale **$255** ▼-$38 (-13%)

Size: 8 | View All Sales



$255
Lowest Ask

**Buy**
or Bid

View All Asks



$350
Highest Bid

**Sell**
or Ask

View All Bids



○

🔵 52 WEEK HIGH $757 | LOW $139      📊 TRADE RANGE (12 MOS.) $222 - $288      ⋮⋮ VOLATILITY 12.9%

**RELATED PRODUCTS**



| Nike Dunk Low White Black (2021) (W) | Nike Dunk Low Retro White Black (GS) | Nike Dunk Low Retro White Black (PS) | Nike Dunk High Black White (2021) | Nike Dunk Low Retro White Black (TD) |
|---|---|---|---|---|
| Nike Dunk Low White Black (2021) (W) | Nike Dunk Low Retro White Black (GS) | Nike Dunk Low Retro White Black (PS) | Nike Dunk High Black White (2021) | Nike Dunk Low Retro White Black (TD) |
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$177** | **$134** | **$70** | **$125** | **$59** |
| Last Sale: $188 | Last Sale: $152 | Last Sale: $71 | Last Sale: $122 | Last Sale: $70 |

❯

**LATEST SALES**

Zoom  1M  3M  6M  YTD  1Y  All

🔵

**12 MONTH HISTORICAL**

**# OF SALES**

**49721**

CONFIDENTIAL

NIKE0039936



NIKE0039937

https://web.archive.org/web/20220504112519/https://stockx.com/swatch-x-omega-bioceramic-moonswatch-mission-to-uranus-so33l100-pale-blue

CONFIDENTIAL

NIKE0039938

INTERNET ARCHIVE
WayBack Machine
https://stockx.com/swatch-x-omega-bioceramic-moonswatch-mission-to-uranus-so33l100-pale-blue    Go
4 captures
28 Mar 2022 - 18 May 2022
MAR  MAY  JUN
◀ 04 ▶
2021  2022  2023  ▼ About this capture




## StockX

Browse  News  About  Help  Login   **Sign Up**   ( Sell )

Home / Accessories / Other Brands / Swatch / Swatch X Omega Bioceramic Moonswatch Mission To Uranus SO33L100

⊕ ♡ ⇥

# Swatch x Omega Bioceramic Moonswatch Mission to Uranus
SO33L100

[ 100% Authentic ]   [ Condition: New ]






| | |
|---|---|
| **Buy** or Bid | Lowest Ask **$786** |
| **Sell** or Ask | Highest Bid **$700** |

Last Sale:
**$750**
▼ -$30 (-3.8%)

[ View Asks ]  [ View Bids ]  [ View Sales ]

## Related Products








| Swatch x Omega Bioceramic Moonswatch... | Swatch x Omega Bioceramic Moonswatch... | Swatch x Omega Bioceramic Moonswatch... | Swatch x Omega Bioceramic Moonswatch... | Swatch x Omega Bioceramic Moonswatch... |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$1,464** | **$599** | **$800** | **$763** | **$466** |
| Last Sale: $1,455 | Last Sale: $565 | Last Sale: $786 | Last Sale: $735 | Last Sale: $464 |

## Product Details

| | |
|---|---|
| Reference Number | SO33L100 |
| Case Size | 42MM |
| Case Material | BIOCERAMIC |
| Band | FABRIC |

Swatch and Omega are paying tribute to a distant world with the Swatch x Omega Bioceramic Moonswatch Mission to Uranus (SO33L100). The watch features the iconic Omega Moonwatch in a vibrant pale blue colorway in homage to the Greek God of the Sky. A white velcro strap matches the finishes of the watch, reminiscent of the gas giant Uranus, which resides some 1.8 billion miles from the

**Read More**

NIKE0039939



NIKE0039940