# Exhibit 54

PageVault

| | |
|---|---|
| Document title: | Authentication - StockX |
| Capture URL: | https://stockx.com/about/authentication/ |
| Page loaded at (UTC): | Mon, 13 Jun 2022 16:11:36 GMT |
| Capture timestamp (UTC): | Mon, 13 Jun 2022 16:12:09 GMT |
| Capture tool: | 10.7.14 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 6 |
| Capture ID: | mQd9n9RNGNdQmsa75xp6Kq |
| User: | pagevault-steve |

# Guaranteed Authenticity.

Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.



## Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:


### Condition
We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.


### Construction
With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.


### Packaging
Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.




### Accessories
From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.


### Advanced Technology
We use machine learning to aid our authenticators in catching every minor detail.

StockX

Browse News About Help Login Sign Up 
Sell

standards to deliver a brand new product.

We use machine learning to aid our authenticators in catching every minor detail.

### Quality Assurance

A final check in our authentication practice, our QA experts ensure nothing slips through the cracks.

## Hear From Our Team

"In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.

Siebe
Authenticator, Veldhoven

"I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.

Alex







StockX Browse News About Help Login Sign Up Sell

Alex
Authenticator, Tempe

StockX Authentication: By the Numbers

StockX has rejected more than **$400M** worth of products that did not meet authentication standards (Since 2016)

Authenticators have stopped more than **$60M** worth of fake sneakers from trading on the platform (Since 2016)

On average, more than **1M** products go through StockX's authentication process every month (Last 12 Months)

**35M+** products have gone through StockX's authentication process (Since 2016)

StockX has **11** authentication centers around the world

The company launched **5** new authentication centers in the last two years

Today, the StockX team includes more than **300** authenticators globally

Authenticators maintain a **99.96%** accuracy rate (Last 12 Months)

# Committed to Quality

Over the years, our team members have authenticated tens of millions of products at a 99.96% accuracy rate.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.

For more information on how we quantify our high standards and protect our customers, please read our report: Big Facts – Verified Authentic.

# Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



StockX Browse News About Help Login Sign Up Sell

# FAQs

### Are shoes sold on StockX considered "Deadstock"?

StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are...

### What does the verification process entail for Buyers?

Once a product arrives to StockX from the seller, our dedicated verification team begins...

### What kind of streetwear is sold on StockX?

StockX defines streetwear as brand new if it is unworn and in flawless condition....

### Can I return my item after I've received It?

Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

### How are the StockX buyer processing fees, import duties, and sales tax calculated?

Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

### What are the shipping instructions?

1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

SHOP

Sneakers

Apparel

Electronics

Collectibles

Accessories

Trading Cards

NFTs

StockX. Access the Now.

Document title: Authentication - StockX
Capture URL: https://stockx.com/about/authentication/
Capture timestamp (UTC): Mon, 13 Jun 2022 16:12:09 GMT
Page 4 of 5
NIKE0006789


StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are...

Once a product arrives to StockX from the seller, our dedicated verification team begins...

StockX defines streetwear as brand new if it is unworn and in flawless condition....

Can I return my item after I've received It?

Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

How are the StockX buyer processing fees, import duties, and sales tax calculated?

Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

What are the shipping instructions?

1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

SHOP

Sneakers

Apparel

Electronics

Collectibles

Accessories

Trading Cards

NFTs

StockX. Access the Now.

**Air Jordan**
Air Jordan 1
Jordan Golf Shoes
Air Jordan 3
Air Jordan 11
Air Jordan 4
Jordan 1 Mid

**Yeezy**
Yeezy Boost 350
Yeezy Boost 350 V2
Yeezy Boost 700
Yeezy 500
Yeezy Slides
Yeezy Foam RNNR

**Recent Updates**
The Drop List
Apple Airpods
Jordan 11 Cool Grey: By The Numbers
Xbox Series X
PS5
Yeezy GAP Hoodies

**Popular Releases**
Nike Dunk Low Georgetown
Nike Air Max 1 Patta
Nike Dunk Low Next Nature
Jordan 4 Red Thunder
Jordan 11 Cool Grey
Jordan 1 Bred Patent

**Streetwear**
Chrome Hearts
Essentials
Yeezy GAP
Palm Angels
Ivy Park
Eric Emanuel

**Supreme**
T-Shirts
Accessories
Supreme The North Face
Bottoms
Hoodies
Supreme Nike

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT
EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.