# Exhibit 56

Case 1:22-cv-00983-VEC    Document 207-58    Filed 08/08/24    Page 2 of 9

## StockX

# The Current Culture Marketplace

Our mission is to provide access to the world's most coveted items in the smartest way possible. Buy and sell the hottest sneakers, apparel, electronics, collectibles, trading cards and accessories.



| Authentication | + + + + + |
| Buyers | + + + + + |
| Sellers | + + + + + |



**100% Verified Authentic**

NIKE0000170

StockX

Learn More  + + + + +



## Transparent Pricing

Our real-time marketplace works just like the stock market – allowing you to buy and sell the most coveted items at their true market price.



## Global Access

Whether it's pre-release, regionally limited, or "sold out" – our millions of customers from over 200+ countries allow you to easily secure those hard-to-find, coveted items.



## No BS

No chargebacks, no taking photos, no writing catchy descriptions, and no dealing with rogue buyers or sellers. We handle everything to make sure you can buy and sell with complete confidence.



## Secure

Preserving the integrity of our marketplace means staying a step ahead. Our security and fraud systems, powered by our world class partners, have your personal information covered 24/7.





NIKE0000171



StockX

## Here For You

Thanks to our Help Center, Chatbot, and dedicated global-support staff, you can be sure that we are always available to answer any and every question regarding our marketplace.



The Power's In Your Hands

NIKE0000172

**StockX**     🔍



### Buying On StockX

We don't determine the price, you do. As a live marketplace, StockX empowers you to Bid and Buy at real-time prices that reflect the current demand.

**Learn More About Buying   + + + + +**

### Selling on StockX

Whether you're looking to make quick cash or start a reselling business, we have the tools to help you succeed.

**Learn More About Selling   + + + + +**

# What People Have to Say About StockX

NIKE0000173



# FAQs

**What is a Bid, how do I buy on StockX?**
There are two ways to buy on StockX: placing a bid or Buying Now. A Bid signals your...

**What is an Ask, how do I sell on StockX?**
There are two ways to sell on StockX: placing an Ask or Selling Now. An Ask signals your...

**How long does it take to receive my order?**
StockX strives to complete all orders within 7-12 business days, (that doesn't include...

**What form of payment does StockX accept?**
Buyers can pay with all major credit cards, PayPal, Apple Pay, Google Pay, Venmo, Alipay,...

**My Bid/Ask just got accepted. Can I cancel it?**
Once a sale has occurred, your Ask or Bid cannot be cancelled. This policy is in place to...

**How do I contact customer service and when can I expect to hear back?**
While most of your questions can be answered in our Help Center, we do have a team...

NIKE0000174

# SHOP



Sneakers

Streetwear

Electronics

Collectibles

NIKE0000175

☰   **StockX**   🔍



Handbags



Watches

## StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | The Drop List | Nike Dunk Low Georgetown | Chrome Hearts | T-Shirts |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Apple Airpods | Nike Air Max 1 Patta | Essentials | Accessories |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 11 Cool Grey: By The Numbers | Nike Dunk Low Next Nature | Yeezy GAP | Supreme The North Face |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Jordan 4 Red Thunder | Palm Angels | Bottoms |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 11 Cool Grey | Ivy Park | Hoodies |
| Jordan 1 Mid | Yeezy Foam RNNR | Yeezy GAP Hoodies | Jordan 1 Bred Patent | Eric Emanuel | Supreme Nike |

### Find Us on Social

   

### Download Our App

 

### Use Assistive Technology



🏭 Proudly Built in Detroit

NIKE0000176

StockX

EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

NIKE0000177