# Exhibit 57



Verification is the new authentication, but our comprehensive approach remains unchanged. While product authenticity remains core to our analysis, our verification process is a better reflection of our broader value proposition that we provide customers by reviewing all products sold on StockX.

We look at a range of indicators before sending a product onto a buyer and there are a number of reasons why a product may fail to meet our elevated standard of excellence, including incorrect size, missing accessories, a damaged box, a manufacturer defect, if it shows signs of previous wear, and of course, if the item is fake. Since our inception, StockX authenticators have reviewed more than 35 million products and we continue to invest in new technologies to use alongside human inspection and refine our policies to best serve the customer.

CONFIDENTIAL
NIKE0041163