# Exhibit 58

| | |
|---|---|
| Document title: | StockX on Twitter: "You may have noticed we updated the name of our verification process, but the work our team does every day to meet our elevated standard of excellence has not changed. https://t.co/voPO0LrbKT https://t.co/sWAn7bfkw5" / Twitter |
| Capture URL: | https://twitter.com/stockx/status/1590883295931543554 |
| Page loaded at (UTC): | Wed, 16 Nov 2022 15:15:31 GMT |
| Capture timestamp (UTC): | Wed, 16 Nov 2022 15:18:56 GMT |
| Capture tool: | 10.10.3 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.168 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 24 |
| Capture ID: | wwT7QmwEXZiHsh3LpoSFd9 |
| User: | anna |

PDF REFERENCE #:      adqQM1ShYrJ5Gy2VvewQHN

CONFIDENTIAL



**StockX** ✓
@stockx
⊘ Official

You may have noticed we updated the name of our verification process, but the work our team does every day to meet our elevated standard of excellence has not changed. stockx.com/about/verifica...

1:45 AM · Nov 11, 2022 · Twitter Web App

43 Retweets    32 Quote Tweets    235 Likes

Tweet your reply                                   Reply

**Ivy** @NYivy · Nov 11
Replying to @stockx
Didn't notice you've been holding my sneakers hostage since March #crooks

○ 1

**StockX** ✓ @stockx · Nov 11
⊘ Official
Replying to @NYivy
Hello! Thanks for bringing this up and choosing StockX. Every day we are improving our communications channels. We could confirm that your case was escalated to our specialist team via email. They will reach out to you soon. We remain at your disposal.

**NBA MiddleAgedBoy** @PadrinoProxies · Nov 11
Replying to @stockx
If I buy a pair from stockx, I should be able to sell that same pair back to stockx, correct?

○ 1

**StockX** ✓ @stockx · 18h
⊘ Official
Replying to @PadrinoProxies
Hello there! You can resell your items at any time, as long as they meet our product guidelines (visit here to check: bit.ly/3u36u6q). To get more details about our selling process, check here: bit.ly/3x9AKib. Thanks!

---

**Relevant people**



**StockX** ✓        Follow
@stockx
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

**What's happening**

NCAA Men's Basketball · Last night
**Wildcats at Spartans**



**#Warzone2**
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2022 Twitter, Inc.

---



Replying to @PadrinoProxies
Hello there! You can resell your items at any time, as long as they meet our product guidelines (visit here to check: bit.ly/3u36u6q). To get more details about our selling process, check here: bit.ly/3x9AKib. Thanks!

EyeQ @eyeq8402 · Nov 11
Replying to @stockx
Case # CAS-2300551-Q6C4Q5 I had an item showing DELIVERED to your facility 2 weeks ago. Opened a case. Have the drop off receipt and because the ups worker didn't scan my package on a scale, I'm out of luck and my package is just lost in your authentication warehouse? Any help?

StockX ⊘ @stockx · Nov 11
⊘ Official
Replying to @eyeq8402
Hello there! We can see our team received your most recent response, and will be contacting you with additional details soon. Please keep an eye out for updates!

Rebecca Batheja @RebeccaBatheja · Nov 11
Replying to @stockx
My StockX account was recently hacked, and my email was changed preventing me access back into my account. I sent an email using your Help Center, but I have not heard back about my message and I'm worried because I have both sales and buying in process. Can you please HELP!
3    3    2

StockX ✓ @stockx · Nov 11
⊘ Official
Replying to @RebeccaBatheja
Hello there! We would surely like to help, but it looks like we are unable to send you a DM first due to your profile settings. Please check! You can also reach out via email at bit.ly/35rRwgC by clicking the 'Contact Us' button at the bottom of the page.
1

Oram @Oram8228 · Nov 12
Replying to @stockx
i just want to know 1 thing if i buy from u and i got fake shoe i can return it and got my money back?
2    2

StockX ✓ @stockx · Nov 14
⊘ Official
Replying to @Oram8228
Hello there! If there are issues identified with the item received, we will be happy to start an investigation to find the best solution for you. Please visit here so you can get details about our requirements, policy, and more: bit.ly/3739VRZ. Thanks!

Ryan Air @Ryann75 · Nov 11
Replying to @stockx
Refund me @stockx
1

Rommie Boo ✓ @Aero1164 · Nov 11
Replying to @stockx
14% fake product? Wow
1    1



## Relevant people

StockX ✓
@stockx
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

**Follow**

## What's happening



NCAA Men's Basketball · Last night
**Wildcats at Spartans**

#Warzone2
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
CONFIDENTIAL
Page 2 of 23
NIKE0041100



Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
CONFIDENTIAL
Page 3 of 23
NIKE0041101

Sheltop @sheltop07 · Nov 11
Replying to @stockx
This is laughable.

Simps Shoes @SimpsShoeShop · Nov 11
Replying to @stockx
You guys are terrible. Ordered once from you will never make that mistake again. Still haven't been able to wear what I bought. Damaged you guys did nothing.
♡ 5

J□E @T3AMIHOP · Nov 11
Replying to @stockx
@SneakerPhetish
💬 1

YouTube Guy @SneakerPhetish · Nov 11
Replying to @T3AMIHOP and @stockx
Sounds good

Bryan Rivera @thisbryanguy001 · Nov 11
Replying to @stockx
So have you ever authenticated items?
♡ 10

LeQwane @LeQwane · Nov 11
Replying to @stockx
Update tomorrow...



newsletter.getalerts.io
The StockX stats you want to see | The Alerts Daily Newsletter
Get sneaker info in your inbox daily, and never miss another drop. Join 15,273 sneakerheads using Alerts. 🧨
♡ 3

Adrian Watson @AdeezyAdrian · Nov 11
Replying to @stockx
Big fakes getting through 😭😭😭
♡ 1

🇮🇹 Dane Patrick 🍀 @SpartanDario · Nov 11
Replying to @stockx

Relevant people



StockX ✓
@stockx
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions? stockx.com/help

Follow

What's happening

NCAA Men's Basketball · Last night
Wildcats at Spartans



#Warzone2
Play #Warzone2 for Free Today
📣 Promoted by Call of Duty

Trending in United States
#RIPJimmyFallon
40.4K Tweets

Trending in United States
So Ukraine
64.8K Tweets

US elections · LIVE
Washington: Election news and updates

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 4 of 23
CONFIDENTIAL
NIKE0041102



### Relevant people



**StockX** ✓
@stockx
⊘ Official

The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

**Follow**

### What's happening

NCAA Men's Basketball · Last night
**Wildcats at Spartans**

#Warzone2
Play #Warzone2 for Free Today
▣ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more



Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**vnds** @vndsnk · Nov 11
Replying to @stockx
How many times are you guys going to let things blow out of hand and then respond retroactively?

If you posted this before changing terminology, it would've mitigated the reaction from the community. Be proactive and get ahead of the "story"

💬          ⟲          ♡ 8          ⬇          ⬆

**J◻E** @T3AMIHOP · Nov 11
Replying to @stockx
So what I'm Getting at is that  Stockx gonna get more strict on defects ... funny thing is Nike qc been more trash for the past 5 years.

💬 1          ⟲          ♡ 7          ⬇          ⬆

**Ushi** @thatboygud · Nov 11
Replying to @T3AMIHOP and @stockx
They will continue the same way with a % of fakes getting though they have just changed this as Nike outted them so they need to cover themselves for lawsuits

# StockX Removes Claims that Sneakers are Authentic

Cheyenne Falcon | Nov 10, 2022

In the midst of an ongoing legal battle with Nike, StockX has removed claims from their product page that identifies sneakers as "Authentic." The resale giant was called out by Nike earlier this year for their unreliable authentication process. Nike alleged that StockX's "99.95% authentication accuracy rate" is a baseless claim and the Swoosh even purchased four fake pairs from the consignment platform to prove it.

💬 1          ⟲          ♡          ⬇          ⬆

**16 Year Old Jason** @fatgroceries · Nov 11
Replying to @stockx
I'm willing to send these shoes back to get my refund

Document title: StockX on Twitter: "You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
CONFIDENTIAL

Page 5 of 23

NIKE0041103



Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT

CONFIDENTIAL

Page 6 of 23

NIKE0041104



**kix** @nicheitem · Nov 11
Replying to @stockx
if it's an "elevated standard of excellence", write "100% authentic guaranteed" since you're so confident.

your credibility will get worse over time. as if it's not bad enough. during a recession

people have switched to @goatapp & @ebaysneakers

The odds are not in your favor..

💬 2      ⟲ 21      ♡ 21

**spokanerob** @spokanerob · Nov 11
Replying to @nicheitem @stockx and 2 others
And their price went up at.the same time

💬        ⟲        ♡ 1

**Felipe** @dre81pipe · Nov 11
Replying to @stockx
Your standard are pretty low, @bbb_us

💬        ⟲        ♡ 1

😎 @CesarG3O5 · Nov 11
Replying to @stockx
Other reasons - smells like loud 😂

💬        ⟲        ♡

**BH9919** @BHSD2123 · Nov 11
Replying to @stockx
Na Nike just proved there point so you change it to cover yourself

💬        ⟲        ♡

**Warren Meyers** @WarrenRMeyers · Nov 11
Replying to @stockx
You sold me fakes and won't do anything about it. You said they're fake TODAY when I used scamX to resell them. I look forward to the class action law suit.

💬 1      ⟲ 1      ♡ 3

**DresX** 🐎 @Drizzydre65 · Nov 11
Replying to @WarrenRMeyers and @stockx
You can dispute the authentication bro just reach out to chat

💬        ⟲        ♡

**Phil** @PhreshLife · Nov 11
Replying to @stockx and @sockjig
💬

💬        ⟲        ♡

**BOOOTYYMONSTAA** @xsuspectx_ · Nov 11
Replying to @stockx
Didn't Nike catch you guys selling fakes ???

💬        ⟲        ♡ 2

**TheSneakerbox** @SuriyalsSupreme · Nov 11
Replying to @stockx
20% of Damaged boxes and mainly it's because YOU are damaging them. Improve that stat to be lower and you'd see more efficiency off it...or sell damaged boxes and gain yourself that extra 20%...but nah, charge the sellers that $15 instead.

## Relevant people



**StockX** ✓
@stockx
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

[ Follow ]

## What's happening



NCAA Men's Basketball · Last night
**Wildcats at Spartans**

**#Warzone2**
Play #Warzone2 for Free Today
▣ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 7 of 23
CONFIDENTIAL
NIKE0041105



**TheSneakerbox** @SuriyaIsSupreme · Nov 11
Replying to @stockx
20% of Damaged boxes and mainly it's because YOU are damaging them.
Improve that stat to be lower and you'd see more efficiency off it...or sell
damaged boxes and gain yourself that extra 20%...but nah, charge the
sellers that $15 instead.

◯          ⇄          ♡ 39          ⬇          ⬆

**Brian** @Blp264 · Nov 11
Replying to @stockx
Once again @stockx admitting to sell fakes smh

◯          ⇄          ♡ 3          ⬇          ⬆

**Edward** @KENEDJR · Nov 11
Replying to @stockx
If you can't guarantee the product is authentic and you'll only promise to do
the best you can then thats a problem.

◯          ⇄          ♡ 1          ⬇          ⬆

**josh obetts** @Obe1nonly · Nov 11
Replying to @stockx
My reason for failed sales was always "odor" but them your company
couldn't specify anything else. Just rob me the 15$ shipping for my own
item back. 🐱

◯ 2          ⇄ 1          ♡ 4          ⬇          ⬆

**R.Sosaaa** @iTweet_iSkeet · Nov 11
Replying to @Obe1nonly and @stockx
I had the same issue bro I sold a box logo hoodie that I bought from stock x
about a year ago , I left it in the packaged and never opened it.. the day I
sold it .. I shipped it .. they said it had an odor ... these slobs either don't
shower or take their lunch by the merchandise

◯          ⇄          ♡ 2          ⬇          ⬆

**Michael Soto** @2CozyMike · Nov 11
Replying to @stockx
cap

◯          ⇄          ◯          ⬇          ⬆

**manuelsiordia** @manuelsiordiaa · Nov 11
Replying to @stockx
please add the pie slice for when you guys dmg boxes and it fails
verification

◯          ⇄          ♡ 1          ⬇          ⬆

**Jo Do** @Jodotor · Nov 11
Replying to @stockx
@hay95400

◯          ⇄          ◯          ⬇          ⬆

**DJ Matt Murdock** @djmattmurdock · Nov 11
Replying to @stockx
Lol

◯          ⇄          ♡ 1          ⬇          ⬆

**Isma06** @IsmaB06 · Nov 11
Replying to @stockx
Has not changed. 🤣

◯          ⇄          ◯          ⬇          ⬆

**sojudaddy** @sojudaddy1 · Nov 11
Replying to @stockx

---

**Relevant people**



**StockX** ✓
@stockx          [ Follow ]
⊘ Official
The live marketplace of current
culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

**What's happening**

NCAA Men's Basketball · Last night
**Wildcats at Spartans**

**#Warzone2**
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States          · · ·
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States          · · ·
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and
updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



---

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 8 of 23
CONFIDENTIAL
NIKE0041106

← Tweet

Replying to @stockx
Has not changed. 🤣

○   ⇄   ♡   ⇩   ⬆

**sojudaddy** @sojudaddy1 · Nov 11    ···
Replying to @stockx
There is ZERO explanation here for the name change and the
"Authenticated" tag being replaced by "Condition: New". StockX has always
made shady moves that neglect customer service to improve their profit
margins and it's clear that this is another move in that behavioral pattern

○   ⇄   ♡ 1   ⇩   ⬆

**NewGenerationAndresParody** ✓ @geovanimejia77 · Nov 11    ···
Replying to @stockx
Then why did you remove it



○   ⇄   ♡   ⇩   ⬆

**Drewskii** @Shotby_Drew · Nov 11    ···
Replying to @stockx
Like if you're never using StockX again

○   ⇄   ♡   ⇩   ⬆

**Eazy** @Im_Eazyxbl · Nov 11    ···
Replying to @stockx
Everything is fake from you guys please just shit it down

○   ⇄   ♡   ⇩   ⬆

**Enrique** @eYeezy777 · Nov 11    ···
Replying to @stockx
Don't believe the 24% of "factory Defects " more like they fake ...Nike sends
out janky authentic pairs to customers bad stiching etc

○   ⇄   ♡   ⇩   ⬆

**Smoking Monkey** @shockthemonkey_ · Nov 11    ···
Replying to @stockx

**Relevant people**



**StockX** ✓
@stockx
⊘ Official
The live marketplace of current
culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

Follow

**What's happening**

NCAA Men's Basketball · Last night
**Wildcats at Spartans**



#Warzone2
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States    ···
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States    ···
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and
updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
CONFIDENTIAL
Page 9 of 23
NIKE0041107



**WE KNOW THAT'S CAP**

**Bayron Chávez** @Josebayron2012 · Nov 11
Replying to @stockx
Now you sell fake without get any lawsuit

**Bayron Chávez** @Josebayron2012 · Nov 11
Replying to @stockx
I will never buy StockX , goat is more cheaper and have better verification system

♡ 1

**Julian** @jdizzl32370 · Nov 11
Replying to @stockx
That's an easy answer. It's best to not do business with Scam-X and take my business elsewhere. Goodbye, Scam-X!

**Wowzx** @Wowzzr · Nov 11
Replying to @stockx
Lmfaooooo no one's using your service ever again

**Ob1** @fqqdc7wfhc · Nov 11
Replying to @stockx
If authenticity is not guaranteed any more, why would I buy on your platform ? Seems like you lost a good client today.

**Ricardo Rodríguez** @angacito · Nov 11
Replying to @stockx You're running out of ideas. During all these years it's been excuse after excuse. You had a good foundation on your customers but you never capitalized on them and instead of improving ur customer service you got greedy n greedy. In the end you reap what you saw

♡ 1

**Oshima** @checkingemail · Nov 11
Replying to @stockx
😂😂😂

**cz.dilyan** @czDilyan1 · Nov 11
Replying to @stockx
everyone with a brain knows that absolutely nothing has changed. what has simply happened is you have removed legal liability on your part to ensure that the product is essentially "real". not that you ever made your wrongs right with customers.

♡ 6

**S24** @S24_yall · Nov 11
Replying to @stockx
Damaged box. 😂😂 I recieved my order with a damage box. yea right.



**Relevant people**

**StockX** ✓
@stockx                Follow
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help



**What's happening**

NCAA Men's Basketball · Last night
**Wildcats at Spartans**

**#Warzone2**
Play #Warzone2 for Free Today
🔲 Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

CONFIDENTIAL                                                                                                NIKE0041108



ngit with customers.

💬    ⇄    ♡ 6    ⬇    ⬆

**S24** @S24_yall · Nov 11 · · ·
Replying to @stockx
Damaged box. 😂😂 I recieved my order with a damage box. yea right.

💬    ⇄    ♡    ⬇    ⬆

**PopWarnerBlueDevil** @BlueDevilMidget · Nov 11 · · ·
Replying to @stockx
@StockXSneakers y'all still not paying out if @UPS Store lost the package but tracking says it didn't leave the store/Drop Off location? Seems illegal, but we'll see

💬 1    ⇄    ♡    ⬇    ⬆

**PopWarnerBlueDevil** @BlueDevilMidget · Nov 11 · · ·
Replying to @BlueDevilMidget @stockx and 2 others
1) @stockx @StockXSneakers refused to initiate a @ups claim
2) opened a @ups claim myself, the claim was paid to StockX as they are the "shipper"
3) StockX refused to payout still after the claim was sent to them
4) order Cancelled:Seller did not ship
🤷

💬    ⇄    ♡ 1    ⬇    ⬆

**low-key** @SneakersExotic · Nov 11 · · ·
Replying to @stockx
I would never buy off @stockx again. Worst customer service, long shipping process. When I pay resale I use goat. Thanks @goatapp for having the best customer service, fastest shipping and having a site that doesn't hide fees. Y'all the 🐐 literally

💬    ⇄    ♡ 1    ⬇    ⬆

**Finley-James Gunn** @FinGunn1999 · Nov 12 · · ·
Replying to @stockx
Surprised seller didn't ship is not on there, surely that is higher than only being a part of the 4% of 'other'

💬    ⇄    ♡    ⬇    ⬆

**Jayson Fraone** @Jay_Fraone · Nov 12 · · ·
Replying to @stockx
I will never buy from yous again, and I tell my friends too

💬    ⇄    ♡ 1    ⬇    ⬆

**Jamie Swing** @JamieSwing · Nov 13 · · ·
Replying to @stockx
Welp, I'm definitely never ordering through StockX again

💬    ⇄    ♡    ⬇    ⬆

**sean Morris** @seanfromchitown · Nov 11 · · ·
Replying to @stockx
Lmfao

### Relevant people



**StockX** ✓
@stockx
⊘ Official
The live marketplace of current culture. Shipping worldwide. #GotItOnStockX Questions? stockx.com/help

Follow

### What's happening

NCAA Men's Basketball · Last night
**Wildcats at Spartans**

**#Warzone2**
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States    · · ·
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States    · · ·
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2022 Twitter, Inc.

CONFIDENTIAL

NIKE0041109



**StockX Removes Claims that Sneakers are Authentic**

Cheyenne Faleon | Nov 10, 2022

---

**hoosmike** @hoosmike1 · Nov 11
Replying to @stockx
I need help I ordered shoes stockx had a problem with the seller and now I have no shoes or my money no update for a week

---

**Jovany Nieves** @Jovany_Nieves · Nov 11
Replying to @stockx
There is no absolute way to verify authenticity in kicks if the creators don't share in how. It's all anecdotal evidence.

---

**Franklin Enrique Garcia** @FranklinEnri007 · Nov 12
Replying to @stockx
Is the app, or website down? It seems that I can not load any StockX pages?

Last Name

Username
Username

Email
Email

Phone Number
Phone Number

Shoe Size
U.S. Men's

3.5 | 6.5

There was a problem communicating with StockX.

OK

---

**MstvGroup** @MstvGroup · Nov 12
Replying to @stockx
Stockx was good while it lasted. Such a shame, many companies are doing a better job and have less fees than Stockx. I can see this the beginning of the

---

**Relevant people**



**StockX** ✓
@stockx
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

Follow

**What's happening**

NCAA Men's Basketball · Last night
**Wildcats at Spartans**



#Warzone2
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

---

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 12 of 23
CONFIDENTIAL
NIKE0041110







**MstvGroup** @MstvGroup · Nov 12
Replying to @stockx
Stockx was good while it lasted. Such a shame, many companies are doing a better job and have less fees than Stockx. I can see this the beginning of the end for them.

**TruthLedger456** @MoneyMind456 · Nov 12
Replying to @stockx
I sent yall some used sneakers a few times, and I still got paid.

**812soles** @812soleshop · Nov 14
Replying to @stockx
You reject items that "fail to meet our elevated standards of excellence, including missing accessories, a damaged box, a manufacturer defect". Yet, you told me you couldn't control these things and denied me a return when I received a product in this condition

○ 2

**812soles** @812soleshop · Nov 14
Replying to @812soleshop and @stockx

Thank you for contacting StockX support in regards to your recent purchase for the Nike SB Dunk Low Pro Why So Sad? (SIZE: 9.5). I am sorry to hear that you are unsatisfied with your purchase. My name is Jordan and I'll be sure to provide you with as much assistance regarding your concern.

First and foremost, I would like to apologize for your recent Buying experience. It is always our intention to create a seamless order experience for our users and I apologize for any frustration that this purchase may have caused you!

After taking a closer look at your photos, I went ahead and contacted our authentication team for further review of this item to ensure we can get this resolved as soon as possible.

Once our team reviewed the photos provided, it was determined that your Nike SB Dunk Low Pro Why So Sad does meet our deadstock conditions. The issue that you are referring to has been a consistent manufacturing variance throughout the production of this item. Additionally, we do allow for items to be tried on for fitment as they would in a retail shop, and this variance could also be a result of that.

We understand that you are not completely satisfied with your purchase and I truly apologize for any frustration this may have caused you. These items  have been manufactured in a factory, and as a result may feature natural flaws due to mass production which falls within our conditions guidelines.

While I understand that you are not completely satisfied with this purchase, we, unfortunately, do not have control over the manufacturer's production standards and must work with products that they have cleared for release.

**poem** @poem_that · Nov 15

---

## Relevant people

**StockX** ✔
@stockx
Follow
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

## What's happening

NCAA Men's Basketball · Last night
**Wildcats at Spartans**

**#Warzone2**
Play #Warzone2 for Free Today
Ⓟ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT

CONFIDENTIAL
NIKE0041111



Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 14 of 23
CONFIDENTIAL
NIKE0041112



nike.com
Nike. Just Do It
Nike delivers innovative products, experiences and services to inspire
athletes.

○ 1            ⟲            ♡            ⬇            ⬆

**Bobby Dreveny** @RFDthree · Nov 13                                    ···
Replying to @saulsberry007 and @stockx
...because you specialize in re-selling out of stock shoes. You're either:

(a) the facilitator of the transaction/exchange

or

(b) an acquirer yourself, like any specialty sneaker shop

Part of their model requires buying inventory from Nike to make sure there
is scarcity

○            ⟲            ♡            ⬇            ⬆

**FakeX** @StealXDaddy · Nov 11                                         ···
Replying to @stockx
Their coo is afraid to face any suggestions head on
The garbage

Greg Schwartz
@gregxschwartz

**You're blocked**

You can't follow or see @gregxschwartz's Tweets.
Learn more

○            ⟲            ♡ 3          ⬇            ⬆

**neff johnson** @neff_j_x48 · Nov 11                                   ···
Replying to @stockx and @sockjig
How the fuck do you not pass a with a mgf defect lol that means it's
#authentic lol cuz it's factory flawed ijs

○            ⟲            ♡            ⬇            ⬆

**BUY HIGH SELL LOW** ✓ @Quathegodd · Nov 11                            ···
Replying to @stockx
Man I can shit in a bag and box it up and it will still pass verification stop the
lies

○            ⟲            ♡            ⬇            ⬆

**Relevant people**



StockX ✓            [ Follow ]
@stockx
⊘ Official
The live marketplace of current
culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

**What's happening**

NCAA Men's Basketball · Last night
**Wildcats at Spartans**



**#Warzone2**
Play #Warzone2 for Free Today
⊡ Promoted by Call of Duty

Trending in United States                                              ···
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States                                              ···
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and
updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our...
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 15 of 23
CONFIDENTIAL
NIKE0041113







CONFIDENTIAL

NIKE0041114







Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 17 of 23
CONFIDENTIAL
NIKE0041115





### Relevant people

**StockX** ✓
@stockx
**Follow**
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

### What's happening

NCAA Men's Basketball - Last night
**Wildcats at Spartans**



**#Warzone2**
Play #Warzone2 for Free Today
⊡ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**junior** @JuniorWinsAgain · Nov 11
Replying to @stockx
This is dumb. -1

**FakeX** @StealXDaddy · Nov 11
Replying to @stockx
Why are you so confident saying that and why aren't you running for president of the United States?

**FakeX** @StealXDaddy · Nov 11
Replying to @stockx

> **zippiddi** @zippiddi · Nov 10
> Replying to @nicekicks and @stockx
> Stock X Authenticators
>
> GIF

**FakeX** @StealXDaddy · Nov 11
Replying to @stockx

> #GotItOnStockX - Buy authentic. Be authentic. @stockx sneakers shipping worldwide. Questions? stockx.com/contact
> Joined November 2016 · 113.4K Followers
> Followed by GnteLol, MaxMaxValue, and 15 others you follow
>
> Hello there! Thanks for reaching out to StockX. We understand how you feel, as you have not received your payout. Do not worry, we are here to help you! To further assist you, we ask you to please provide us with the following information:
>
> -Can you please confirm your sign-up email?

Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 18 of 23
CONFIDENTIAL
NIKE0041116



Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 19 of 23
CONFIDENTIAL
NIKE0041117



**FakeX** @StealXDaddy · Nov 11
Replying to @stockx
Let's observe a moment of silence for the world's biggest fraud platform

**Lu** @Martin95Lu · Nov 11
Replying to @stockx
Damn it. I've bought hundreds of thousands of dollars, but now you are getting more and more rubbish. I think a bunch of fake shoes are irresponsible. It's really embarrasing for you!

♡ 1

**Brian** @brian_eats_wrld · Nov 11
Replying to @stockx
I hope @goatapp absorbs your shitty company or puts you all out of business.

**FakeX** @StealXDaddy · Nov 11
Replying to @stockx
It's funny when Stockx goes to great lengths to hide fake sneaker🥴

**DonJuan** @1juanDon · Nov 11
Replying to @stockx
#dontbuyfromstockx @stockx scammed me #gotitonstockx

happy to take a further look into this for you.

Thank you for sharing the photos of your item. After reviewing them in more detail, I was able to confirm that this does meet all of our standards here at StockX. This means that your item would be acceptable per StockX's and the manufacturer's quality standards.

StockX ensures that each item that you purchase must undergo a rigorous multi-step authentication process. This means that every item must be brand new and deadstock. Our authenticators are trained to go through, on average, 90 different checkpoints to determine authenticity and verify that a sneaker meets our deadstock condition standard. You can find more information on

♡ 1    ♡ 2

**FakeX** @StealXDaddy · Nov 11
Replying to @stockx

### Relevant people



**StockX** ✔
@stockx
Follow
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

### What's happening

NCAA Men's Basketball · Last night
**Wildcats at Spartans**



**#Warzone2**
Play #Warzone2 for Free Today
⏸ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ⋯
© 2022 Twitter, Inc.

CONFIDENTIAL
NIKE0041118



Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT
Page 21 of 23
CONFIDENTIAL
NIKE0041119



**FakeX** @StealXDaddy · Nov 11
Replying to @stockx
twitter.com/margare0084136...

We should thank StockX, they are just selling fakes now, but in the near future, they will just rob them

> **Margaret** @Margare00841362 · Oct 25
> Replying to @cutlerscott
> It's impossible to get someone in customer service to answer my questions! You sent my package to the wrong address. I want my money back asap! Do not buy anything from this company! They are thieves.

**Y.R Sneaks** @theycallmeyossi · Nov 11
Replying to @stockx
Only 14% are fake products 👹

**J. Maxwell** @supermax913 · 12h
Replying to @stockx
Covering your ass more like it haha

**Na Mean Ya Heard** @imjuju23 · Nov 11
Replying to @stockx
Ya fucking suck

**Obi wan Kenobi- The Mandalorian** @MerengueMando14 · Nov 11
Replying to @stockx
I'll stick with you guys 💪 I've gotten at least 10 pairs of shoes and they all checked out never had issues 👟

○ 2

**EDM Jake Paul** @KennyJamess · Nov 11
Replying to @stockx
Except your verification staff are fucking idiots

○ 1

**My Name** @sleEper83nYc · Nov 11
Replying to @stockx and @sockjig
24% manufacturer defect 😂😂 who the fuck you kidding? I done got multiple kicks from you with some of the WORST defects ive ever seen. Yall need to stop with ur bullshit charts

**black smurf** @blacksm74527479 · Nov 11
Replying to @stockx
Na MF y'all some bull🦅. Sent me fakes twice and refunded my money. If I ever buy from y'all again it will be a cold day in hell 🙅

○ 1

**jonny t** @jonth0mas · Nov 11
Replying to @stockx
Hi, fuck you!



**Relevant people**

**StockX** ✓
@stockx
⊘ Official
The live marketplace of current culture. Shipping worldwide.
#GotItOnStockX Questions?
stockx.com/help

Follow

**What's happening**



NCAA Men's Basketball · Last night
**Wildcats at Spartans**

#Warzone2
Play #Warzone2 for Free Today
▶ Promoted by Call of Duty

Trending in United States
**#RIPJimmyFallon**
40.4K Tweets

Trending in United States
**So Ukraine**
64.8K Tweets

US elections · LIVE
**Washington: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

CONFIDENTIAL
NIKE0041120



Document title: StockX on Twitter: &quot;You may have noticed we updated the name of our verification process, but the work our team does every day to meet our…
Capture URL: https://twitter.com/stockx/status/1590883295931543554
Capture timestamp (UTC): Wed, 16 Nov 2022 15:18:56 GMT

CONFIDENTIAL

NIKE0041121