# Exhibit 59



| | |
|---|---|
| Document title: | Scott Cutler on Twitter: "Since 2016, we've invested countless resources in our comprehensive approach to ensuring product authenticity for every single customer." / Twitter |
| Capture URL: | https://twitter.com/cutlerscott/status/1590889547172564992 |
| Page loaded at (UTC): | Wed, 16 Nov 2022 15:12:32 GMT |
| Capture timestamp (UTC): | Wed, 16 Nov 2022 15:15:27 GMT |
| Capture tool: | 10.10.3 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.168 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 4 |
| Capture ID: | 4nsec8WJsnHGVrWJJ8AHEi |
| User: | anna |

PDF REFERENCE #:    k7gjfZwFrXhvUpL55GUJ72

CONFIDENTIAL

NIKE0041094





Document title: Scott Cutler on Twitter: &quot;Since 2016, we&#39;ve invested countless resources in our comprehensive approach to ensuring product authenticity for…
Capture URL: https://twitter.com/cutlerscott/status/1590889547172564992
Capture timestamp (UTC): Wed, 16 Nov 2022 15:15:27 GMT

CONFIDENTIAL

NIKE0041096



Document title: Scott Cutler on Twitter: &quot;Since 2016, we&#39;ve invested countless resources in our comprehensive approach to ensuring product authenticity for...
Capture URL: https://twitter.com/cutlerscott/status/1590889547172564992
Capture timestamp (UTC): Wed, 16 Nov 2022 15:15:27 GMT

CONFIDENTIAL

NIKE0041097