# Exhibit 60

*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-1349271-Q1X7F4
**CASE TITLE**:CURRENT ORDER - PURCHASE
**CONTACT REASON**:SHIPPING AND DELIVERY OPTIONS
**ORDER NUMBER**:
**CREATED ON**: 5/11/2022 3:32 PM
**STATUS**: RESOLVED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: ORDER #:

NIKE IS SAYING YOUR SELLING FAKES. HOW DO I KNOW THE SHOES I PURCHASED ARE AUTHENTIC?
**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**:
**CUSTOMER NAME**: MICHAEL

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 5/11/2022 3:32 PM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1349271-Q1X7F4 Current Order - Purchase CRM:01370553660 |

Hey there Michael!

Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1349271-Q1X7F4: &quot;Current Order - Purchase&quot; has been created.

If you haven't already provided the following information, please
reply to this email with it to help us serve you faster:

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

Our Customer Support Team will respond to you as quickly as we can, generally within 24 hours. While we share your urgency, please only submit one case per inquiry.

The most current order information will always be found at stockx.com/account.
For information on payout setup, account verification, payout history viewing, and payout tracking, visit our
Payout Support Center.

We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our
Help Center, as it may have the answers you are

Confidential
STX0779942

| | | | |
|---|---|---|---|
| | | | looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |
| 5/11/2022<br>9:06 PM | Arianny Abreu | Email | Current Order - Purchase CRM:00870004156<br>Dear Michael,<br><br><br>Thanks for reaching out to the StockX support team! I hope you and your loved ones are doing well and having a beautiful day so far. I understand Nike is saying our shoes are fake and you would like to know if the shoes you purchased are authentic, Ireally understand your position, I am a buyer as well and I know this can cause some concerns. |

Confidential
STX0779943

| | | | | Thank you for bringing these inquiries to our attention, I would be more than glad to help you with this matter. |
|---|---|---|---|---|
| | | | | I can confirm that at StockX, we are committed to providing customers with authentic, quality items that align with our condition standards. Our authentication team members receive consistent training to ensure they remain experts in the field. |
| | | | | As part of our verification process, each item that passes through our facility receives a thorough inspection prior to being sent on to the Buyer. In instances where the item does not quite meet our quality standards whether that be for manufacturing defects, deemed as worn or inauthentic, etc. We will first attempt to link the Buyer with a new, comparable Seller when possible, and issue a full refund for the order when it is not. |
| | | | | I would like to inform you that we take customer protection extremely seriously, and we've invested millions to fight the proliferation of counterfeit products that virtually every global marketplace faces today. Nike's latest filing is not only baseless but also is curious given that their own brand protection team has communicated confidence in our authentication program, and that hundreds of Nike employees including current senior executives use StockX to buy and sell products. |
| | | | | This latest tactic amounts to nothing more than a panicked and desperate attempt to resuscitate its losing legal case against our innovative Vault NFT program that revolutionizes the way that consumers can buy, store, and sell collectibles safely, efficiently, and sustainably. Nike's challenge has no merit and clearly demonstrates their lack of understanding of the modern marketplace. |
| | | | | StockX boasts a group of more than 300 authenticators across 11 authentication locations who have a 99.95 percent accuracy rate. StockX |

| | | | |
|---|---|---|---|
| | | | currently has international offices in London, UK, in Eindhoven, the Netherlands, and has authentication facilities in Detroit's Corktown neighborhood, Moonachie, NJ, and Tempe, AZ.<br><br>The shoes that our buyer received it's 100% legit! With over 1,000 employees and six authentication centers, operating in almost 200 countries, If StockX is unable to match you with a new Seller as a result of your purchase failing verification, you will be refunded your full purchase price. Rest assured your the shoes that you bought are 100 percent authentic.<br><br>Hoping I was able to alleviate your concerns about this matter and feel free to reach back out with any further questions or concerns. StockX will be always here for you. Thank you for choosing StockX, we are always happy to help!<br><br>Sweetest Regards,<br>Arianny |
| 5/12/2022 5:26 PM | Arianny Abreu | Case Resolution | Yes |
| 5/13/2022 4:00 AM | Stella D365-PROD-Stella | Customer Voice survey response | |

## Emails:

| Date | Email |
|---|---|
| 5/11/2022 3:32 PM | From : support@stockx.com To▮▮▮▮▮▮▮▮<br>Subject :  StockX Case # CAS-1349271-Q1X7F4 Current Order - Purchase CRM:01370553660<br>Created on behalf of: Solvvy D365-PROD-Solvvy<br>Content : Refer History section |

| 5/11/2022 9:06 PM | From : support@stockx.com To<br>Subject :  Current Order - Purchase CRM:00870004156<br>Created on behalf of: Arianny Abreu<br>Content : Refer History section |
|---|---|

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|
| 5/11/2022 9:07 PM | Arianny Abreu | Nike information | Information was educated | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| | | | |
| | | | |

## Post:

| Date | Type | Teammate | Text |
|---|---|---|---|