# Exhibit 61

*Redacted Public Version*

I still don☐t believe any of y☐all no more I want my money back for all the fake shoes I bought from you guys

Sent from my iPhone

> On May 11, 2022, at 1:10 PM, [redacted] wrote:
>
> I want all my money back 4K I spent I took all my shoes somewhere to see if they was real and they told me they all fake
>
> Sent from my iPhone
>
>> On May 11, 2022, at 1:08 PM, support@stockx.com wrote:
>>
>> Greetings Robert,
>> Thank you for reaching our to StockX, I hope you and your loved ones are doing well. I am following up with you regarding your concerns about the authenticity of your purchases on our marketplace, since our chat interaction was disconnected. I m sorry about that. I would be happy to continue assisting you!
>> I understand your concerns regarding the authenticity of your items following the recent claims by Nike. Our team in CS generally does not discuss legal matters. However please allow me to reassure you that each item that passes through our facility receives a thorough inspection prior to being sent to the Buyer. Our skilled authenticators receive consistent training to ensure that the item is authentic and within our condition guidelines as part of the verification process. Our global team of expert authenticators uses a rigorous, multi-step verification procedure that each buyer receives a purchase that is 100% Verified Authentic. In instances where an item may not meet our quality standards, we will link the Buyer with a new, comparable Seller when possible, and issue a full refund when it is not. We are committed to providing a safe, authentic marketplace to trade current culture.
>> I hope I was able to clear your concerns! please contact us back if you have any additional questions. We are always happy to help. We cherish your choice to be part of the StockX Family!
>> Wishing you the best,
>> Dhayannifer.

Confidential

Hello

Sent from my iPhone

> On May 11, 2022, at 10:20 PM ██████████ wrote:
>
> I still don't believe any of y'all no more I want my money back for all the fake shoes I bought from you guys
>
> Sent from my iPhone
>
>> On May 11, 2022, at 1:10 PM ██████████ wrote:
>>
>> I want all my money back 4K I spent I took all my shoes somewhere to see if they was real and they told me they all fake
>>
>> Sent from my iPhone
>>
>>> On May 11, 2022, at 1:08 PM, support@stockx.com wrote:
>>>
>>> Greetings Robert,
>>> Thank you for reaching our to StockX, I hope you and your loved ones are doing well. I am following up with you regarding your concerns about the authenticity of your purchases on our marketplace, since our chat interaction was disconnected. I m sorry about that. I would be happy to continue assisting you!
>>> I understand your concerns regarding the authenticity of your items following the recent claims by Nike. Our team in CS generally does not discuss legal matters. However please allow me to reassure you that each item that passes through our facility receives a thorough inspection prior to being sent to the Buyer. Our skilled authenticators receive consistent training to ensure that the item is authentic and within our condition guidelines as part of the verification process. Our global team of expert authenticators uses a rigorous, multi-step verification procedure that each buyer receives a purchase that is 100% Verified Authentic. In instances where an item may not meet our quality standards, we will link the Buyer with a new, comparable Seller when possible, and issue a full refund when it is not. We are committed to providing a safe, authentic marketplace to trade current culture.
>>> I hope I was able to clear your concerns! please contact us back if you have any additional questions. We are always happy to help. We cherish your choice to be part of the StockX Family!
>>> Wishing you the best,
>>> Dhayannifer.

Confidential
STX0220180

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div><span style="font-size:12pt">Greetings Robert,</span></div>

<div> </div>

<div><span style="font-size:12pt">Thank you for following up with StockX. I hope you
and your loved ones are doing well. I understand you are sadly still concerned about
the verification of your items purchased with us and are requesting a full refund of
all your transactions. I would be glad to continue assisting you and provide the
pertinent information.</span></div>

<div> </div>

<div><span style="font-size:12pt">Every item that arrives at any StockX verification
center and is received by our skilled authenticators must go through a thorough
inspection that consists of a rigorous, multi-step verification procedure that ensures
the item is authentic and within our condition guidelines to be sent to the buyer.
Furthermore, our global team of expert authenticators receives consistent training to
ensure their skills are always polished. If an item does not pass our verification
process, it is not sent to the buyer and as a result of your purchase failing
verification, you will be refunded your full purchase price.</span></div>

<div> </div>

<div><span style="font-size:12pt">In regards to your request for a refund. Due to the
anonymous nature of our live market, we are unable to offer refunds, exchanges, or
swaps of any kind - If perhaps there is an issue with the item you received, you should
contact us within 3 days of the order being marked as delivered for us to be able to
further assist. After this time passes, our department in charge cannot begin working
towards a resolution. </span></div>

<div><span style="font-size:12pt"> </span></div>

<div><span style="font-size:12pt">You can find further information within our
FAQ:</span></div>

<div> </div>

<div><span style="font-size:12pt">- <a href="https://stockx.com/help/articles/What-is-
the-StockX-verification-process">What is the StockX verification process?</a><br>

- <a href="https://stockx.com/help/articles/How-does-verification-help-me-as-a-buyer-
or-a-seller">How does verification help me as a Buyer or a Seller?</a><br>

- <a href="https://stockx.com/help/articles/As-a-Buyer-what-happens-to-my-order-if-an-
item-fails-verification">As a Buyer, what happens to my order if an item fails
verification?</a><br>

- <a href="https://stockx.com/help/articles/What-happens-if-my-item-gets-lost-or-
damaged-while-buying-or-selling-on-StockX">What happens if my item gets lost or damaged
while buying or selling on StockX?</a></span></div>

<div> </div>

<div><span style="font-size:12pt">I hope I was able to clear your concerns! please
contact us back if you have any additional questions. We are always happy to help. We
cherish your choice to be part of the StockX Family!</span></div>

<div> </div>

<div><span style="font-size:12pt">Wishing you the best,<br>
```

```
Dhayannifer.</span><br>
 </div></div>
```

Confidential
STX0220182

Don�t care no more I want all my money back pls

Sent from my iPhone

On May 14, 2022, at 12:31 PM, support@stockx.com wrote:


Greetings Robert,
Thank you for following up with StockX. I hope you and your loved ones are doing well. I understand you are sadly still concerned about the verification of your items purchased with us and are requesting a full refund of all your transactions. I would be glad to continue assisting you and provide the pertinent information.
Every item that arrives at any StockX verification center and is received by our skilled authenticators must go through a thorough inspection that consists of a rigorous, multi-step verification procedure that ensures the item is authentic and within our condition guidelines to be sent to the buyer. Furthermore, our global team of expert authenticators receives consistent training to ensure their skills are always polished. If an item does not pass our verification process, it is not sent to the buyer and as a result of your purchase failing verification, you will be refunded your full purchase price.
In regards to your request for a refund. Due to the anonymous nature of our live market, we are unable to offer refunds, exchanges, or swaps of any kind - If perhaps there is an issue with the item you received, you should contact us within 3 days of the order being marked as delivered for us to be able to further assist. After this time passes, our department in charge cannot begin working towards a resolution.
You can find further information within our FAQ:
- What is the StockX verification process?
- How does verification help me as a Buyer or a Seller?
- As a Buyer, what happens to my order if an item fails verification?
- What happens if my item gets lost or damaged while buying or selling on StockX?
I hope I was able to clear your concerns! please contact us back if you have any additional questions. We are always happy to help. We cherish your choice to be part of the StockX Family!
Wishing you the best,
Dhayannifer.

Confidential
STX0220183

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div><span style="font-size:12pt">Greetings Robert,</span></div>

<div> </div>

<div><span style="font-size:12pt">Thank you for following up with StockX. Hoping this
email finds you well. I understand that some questions remain concerning the refund
request for your past purchases with us. I would be glad to continue assisting
you.</span></div>

<div> </div>

<div><span style="font-size:12pt">As per my last email. Given the anonymous nature of
our live market, we are unable to offer refunds, exchanges, or swaps of any kind. If
there is an issue with the item you received, you should contact us within three days
of the order being marked as delivered for us to be able to further assist. After this
time passes, our department in charge cannot begin working towards a resolution. Since
all of your purchases have passed the verification/authentication process and have
already passed this period, we are unable to issue any refund.</span></div>

<div> </div>

<div><span style="font-size:12pt">Nevertheless, a great benefit of the marketplace is
that you can quickly and easily resell any purchases back on StockX that you do not
wish to keep, as long as they are in the same "Deadstock" conditions as you had
received them. You can find further instructions within our FAQ: "<a
href="https://stockx.com/help/articles/How-do-I-sell-on-StockX">How do I sell on
StockX?</a>", "<a href="https://stockx.com/help/en-GB/articles/Are-shoes-sold-on-
StockX-considered-deadstock">Are shoes sold on StockX considered "Deadstock</a>"?"
&amp; "<a href="https://stockx.com/help/articles/What-is-the-difference-between-sell-
now-and-an-ask">What is the difference between "Sell Now</a>" and an "Ask"?". Allow me
to offer you a step-by-step guide on how to list/sell an item on our marketplace; if
you would like to receive it, please let me know!</span></div>

<div> </div>

<div><span style="font-size:12pt">Please, contact us back if you have any additional
questions. We are always happy to help. Thank you for choosing to be part of the StockX
Family!</span></div>

<div> </div>

<div><span style="font-size:12pt">Wishing you the best,<br>
Dhayannifer.</span></div></div>
```

There an issue with all my kicks they all fake that a problem

Sent from my iPhone

> On May 15, 2022, at 10:34 AM, support@stockx.com wrote:
>
> Greetings Robert,
> Thank you for following up with StockX. Hoping this email finds you well. I understand that some questions remain concerning the refund request for your past purchases with us. I would be glad to continue assisting you.
> As per my last email. Given the anonymous nature of our live market, we are unable to offer refunds, exchanges, or swaps of any kind. If there is an issue with the item you received, you should contact us within three days of the order being marked as delivered for us to be able to further assist. After this time passes, our department in charge cannot begin working towards a resolution. Since all of your purchases have passed the verification/authentication process and have already passed this period, we are unable to issue any refund.
> Nevertheless, a great benefit of the marketplace is that you can quickly and easily resell any purchases back on StockX that you do not wish to keep, as long as they are in the same "Deadstock" conditions as you had received them. You can find further instructions within our FAQ: "How do I sell on StockX?", "Are shoes sold on StockX considered "Deadstock"?" & "What is the difference between "Sell Now" and an "Ask"?". Allow me to offer you a step-by-step guide on how to list/sell an item on our marketplace; if you would like to receive it, please let me know!
> Please, contact us back if you have any additional questions. We are always happy to help. Thank you for choosing to be part of the StockX Family!
> Wishing you the best,
> Dhayannifer.

Confidential
STX0220185

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div><span style="font-size:12pt">Greetings Robert,</span></div>

<div> </div>

<div><span style="font-size:12pt">Thank you for following up with StockX. I understand
you still have some doubts regarding the verification status of your purchases and the
refund request for said orders. I would be glad to continue assisting you.</span></div>

<div> </div>

<div><span style="font-size:12pt">Circling back on the verification of your purchase
concern. Our team in CS generally does not discuss legal matters; however, we
strongly emphasize that each item that passes through our facilities goes through
a thorough inspection that consists of a rigorous, multi-step verification procedure
that ensures the item is authentic and within our condition guidelines to be sent to
the buyer. If an item does not pass our verification process, it is not sent to
the buyer and as a result of your purchase failing verification, you will be refunded
your full purchase price. Since you have received all the orders you are requesting a
refund from, this means they have indeed passed the verification process and are indeed
considered 100% Verified Authentic.</span></div>

<div> </div>

<div><span style="font-size:12pt">Following up on the refund request, please remember
that as you have received each item and were satisfied with the purchases, and did not
contact about any issues on any of the sneakers purchased within three days of them
being delivered, we are unable to issue any refund for any of these orders.
Nevertheless, please keep in mind that a great benefit of the marketplace is that
you can quickly and easily resell any purchases back on StockX that you do not wish to
keep, as long as they are in the same "Deadstock" conditions as you had received them.
You can find further instructions within our FAQ: "<a
href="https://stockx.com/help/articles/How-do-I-sell-on-StockX">How do I sell on
StockX?</a>" and "<a href="https://stockx.com/help/articles/What-is-the-difference-
between-sell-now-and-an-ask">What is the difference between "Sell Now" and an
"Ask"?</a>". Allow me to offer you a step-by-step guide on how to list/sell an item on
our marketplace, if you would like to receive it, please let me know!</span></div>

<div> </div>

<div><span style="font-size:12pt">Please, contact us back if you have any additional
questions. We are always happy to help. Thank you for choosing to be part of the StockX
Family!<br>

 <br>

Wishing you the best,<br>

Dhayannifer.</span></div></div>
```

Confidential                                                                                                                                          STX0220186

I want all my money

Sent from my iPhone

On May 19, 2022, at 2:40 PM, support@stockx.com wrote:

Greetings Robert,
Thank you for following up with StockX. I understand you still have some doubts regarding the verification status of your purchases and the refund request for said orders. I would be glad to continue assisting you.
Circling back on the verification of your purchase concern. Our team in CS generally does not discuss legal matters; however, we strongly emphasize that each item that passes through our facilities goes through a thorough inspection that consists of a rigorous, multi-step verification procedure that ensures the item is authentic and within our condition guidelines to be sent to the buyer. If an item does not pass our verification process, it is not sent to the buyer and as a result of your purchase failing verification, you will be refunded your full purchase price. Since you have received all the orders you are requesting a refund from, this means they have indeed passed the verification process and are indeed considered 100% Verified Authentic.
Following up on the refund request, please remember that as you have received each item and were satisfied with the purchases, and did not contact about any issues on any of the sneakers purchased within three days of them being delivered, we are unable to issue any refund for any of these orders. Nevertheless, please keep in mind that a great benefit of the marketplace is that you can quickly and easily resell any purchases back on StockX that you do not wish to keep, as long as they are in the same "Deadstock" conditions as you had received them. You can find further instructions within our FAQ: "How do I sell on StockX?" and "What is the difference between "Sell Now" and an "Ask"?". Allow me to offer you a step-by-step guide on how to list/sell an item on our marketplace, if you would like to receive it, please let me know!
Please, contact us back if you have any additional questions. We are always happy to help. Thank you for choosing to be part of the StockX Family!

Wishing you the best,
Dhayannifer.

Confidential                                                                                                                                                                                      STX0220187

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div>Hey Robert,</div>

<div> </div>

<div>

<div>Before StockX, authentication wasn�t widely offered by secondary marketplaces and as a result, consumers didn�t have much trust in the resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job function focused on authentication. Authentication has always been at the core of our experience and has long set the industry standard. </div>

<div> </div>

<div>Please know, each item that passes through our facility receives a thorough
inspection prior to being sent to the Buyer. Our skilled authenticators receive
consistent training to ensure that the item is authentic and within our condition
guidelines as part of the verification process.</div>

<div> </div>

<div>In addition to this, we have a team of subject matter experts with knowledge of
specific products that identify and track critical issues and information at the
product and brand level. We also have an internal team that is dedicated to managing
our proprietary information and ensuring the latest information and industry trends are
accounted for in our systems. </div>

<div> </div>

<div>In instances where an item may not meet our quality standards - whether that be
for manufacturing defects, deemed as worn or inauthentic, etc. - we will link the Buyer
with a new, comparable Seller when possible, and issue a full refund when it is not.
 We are committed to providing a safe, authentic marketplace to trade current
culture.</div>

<div> </div>

<div>We stand firm in our process and the ability of our authentication team members to
identify any concerns in the quality of items as they are received. Due to this, we are
not currently accepting returns for items that have successfully completed our
verification process and are outside of our standard return time frame.</div>

<div> </div>

<div>We value our customers and we are committed to providing a safe, authentic
marketplace to trade current culture.</div>

<div> </div>

<div>Best, Justin<br>
 </div>

<div> </div>
</div></div>
```

Confidential                                                                                                                              STX0220188