# Exhibit 62

Hi- it's not due to recent claims why these Nike's are inauthentic. It's VERY obvious just by looking at the swoosh. I take this very serious as I am a customer at stock x.
What are the next steps to return this pair?

Sent from my iPhone

On May 11, 2022, at 2:59 PM, support@stockx.com wrote:

Hey Sarah,
Thanks for reaching out to StockX!
I understand your concerns regarding the authenticity of your recent purchase following the recent claims by Nike.

Our team in CS generally does not discuss legal matters.

Please know, that each item that passes through our facility receives a thorough inspection prior to being sent to the Buyer. Our skilled authenticators receive consistent training to ensure that the item is authentic and within our condition guidelines as part of the verification process.

In instances where an item may not meet our quality standards, we will link the Buyer with a new, comparable Seller when possible, and issue a full refund when it is not. We are committed to providing a safe, authentic marketplace to trade current culture.

We are always here to help at StockX!

Thanks,
Tiffany

Confidential
STX0220248