# Exhibit 63

*Redacted Public Version*

Hey there Dee!

Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1350932-H9P7R4: "Current Order - Purchase" has been created.
If you haven't already provided the following information, please reply to this email with it to help us serve you faster:

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

Our Customer Support Team will respond to you as quickly as we can, generally within 24 hours. While we share your urgency, please only submit one case per inquiry.

The most current order information will always be found at stockx.com/account.
For information on payout setup, account verification, payout history viewing, and payout tracking, visit our Payout Support Center.

We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!

We look forward to connecting with you soon!

Thank you,
StockX Support
https://stockx.com/help

Confidential                                                                                                                                                                                                                                                                                                                STX0220356

Thank you for quick response with this matter.

Below is the request information:
☐ email address
☐ order number - 37068858
☐ amid the Nike lawsuit against Stockx and receiving a pair of fake Yeezy that were ☐authentic☐ via Stockx, please cancel my order for number 37068857 and refund via original payment method immediately.

Thank you for your assistance in this matter

Dez Torres


On Wed, May 11, 2022 at 2:05 PM support@stockx.com <support@stockx.com> wrote:
> Hey there Dee!
>
> Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1350932-H9P7R4: "Current Order - Purchase" has been created.
> If you haven't already provided the following information, please reply to this email with it to help us serve you faster:
>
> - Email address associated with your StockX account
> - Order # if applicable
> - Description of your case
>
> Our Customer Support Team will respond to you as quickly as we can, generally within 24 hours. While we share your urgency, please only submit one case per inquiry.
>
> The most current order information will always be found at stockx.com/account.
> For information on payout setup, account verification, payout history viewing, and payout tracking, visit our Payout Support Center.
>
> We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!
>
> We look forward to connecting with you soon!
>
> Thank you,
> StockX Support
> https://stockx.com/help

Confidential

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div>Hello Dee,</div>

<div> </div>

<div>

<div>I understand your concerns regarding the authenticity of the item you purchased,
following the recent claims made by Nike. </div>

<div> <br>

Our team in CS generally does not discuss legal matters, but here is the link to our
official statement on the matter.</div>

<div> <br>

Please know, each item that passes through our facility receives a thorough inspection
prior to being sent to the Buyer. Our skilled authenticators receive consistent
training to ensure that the item is authentic and within our condition guidelines as
part of the verification process.</div>

<div> <br>

In instances where an item may not meet our quality standards - whether that be for
manufacturing defects, deemed as worn or inauthentic, etc. - we will link the Buyer
with a new, comparable Seller when possible, and issue a full refund when it is not.
 We are committed to providing a safe, authentic marketplace to trade current
culture.</div>

<div> <br>

We stand firm in our process and the ability of our authentication team members to
identify any concerns in the quality of items as they are received. As StockX strives
to uphold a safe and reliable experience for both Buyers and Sellers, it is important
for both sides to follow through with order so as to maintain marketplace integrity.
When you purchase an item either via a Bid or Buy Now, you are signaling your intent to
proceed with the purchase.</div>

<div> </div>

<div>We value our customers and we are committed to providing a safe, authentic
marketplace to trade current culture.</div>

<div> </div>

<div>Thank you,<br>

Eli</div>

</div></div>
```

Confidential                                                                                                          STX0220358

Thank you for your email.

Please move forward with canceling my order and processing a refund immediately.

Thank you,

Dez

On Wed, May 11, 2022 at 4:24 PM support@stockx.com <support@stockx.com> wrote:
> Hello Dee,
> I understand your concerns regarding the authenticity of the item you purchased, following the recent claims made by Nike.
>
> Our team in CS generally does not discuss legal matters, but here is the link to our official statement on the matter.
>
> Please know, each item that passes through our facility receives a thorough inspection prior to being sent to the Buyer. Our skilled authenticators receive consistent training to ensure that the item is authentic and within our condition guidelines as part of the verification process.
>
> In instances where an item may not meet our quality standards - whether that be for manufacturing defects, deemed as worn or inauthentic, etc. - we will link the Buyer with a new, comparable Seller when possible, and issue a full refund when it is not. We are committed to providing a safe, authentic marketplace to trade current culture.
>
> We stand firm in our process and the ability of our authentication team members to identify any concerns in the quality of items as they are received. As StockX strives to uphold a safe and reliable experience for both Buyers and Sellers, it is important for both sides to follow through with order so as to maintain marketplace integrity. When you purchase an item either via a Bid or Buy Now, you are signaling your intent to proceed with the purchase.
> We value our customers and we are committed to providing a safe, authentic marketplace to trade current culture.
> Thank you,
> Eli

Confidential
STX0220359

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><p dir="ltr" style="line-height:1.2; margin-bottom:12pt; margin-
top:12pt">Hey Dee,</p>

<p dir="ltr">Welcome to the StockX support team! I'm happy to assist you regarding your
purchase concerns related to the order #37068857 for the Jordan 9 Retro Chile Red (GS).
Hopefully I will clarify your doubts!</p>

<p dir="ltr">Unfortunately, order cancellation is not allowed in StockX. Once a Bid and
Ask match and the order is confirmed, it can no longer be canceled. The integrity of
the marketplace depends on it.</p>

<p dir="ltr">We work as a live marketplace, where we connect buyers and sellers around
the world, before you receive your items StockX makes sure that you will receive your
items in good conditions with the verification process.  As a buyer myself, I
totally understand your feelings. I wanted to let you know that me as the rest of
StockX works for the authenticity of your items and our customers' experiences.</p>

<p dir="ltr">For more information, you can check our FAQ: <a
href="https://stockx.com/help/articles/How-does-verification-help-me-as-a-buyer-or-a-
seller">How does verification help me as a Buyer or a Seller?</a></p>

<p dir="ltr">Also, I wanted to let you know that if you doubt your product, you always
can contact us in the time frame of 3 days if you have any complaint with the item
received.</p>

<p dir="ltr">Dee, it was a pleasure helping you with your purchase concerns. I hope you
find this information helpful, we thank you for your patience and understanding. StockX
support will remain at your disposal for any further assistance, we are glad that you
chose us!</p>

<p dir="ltr">Best,</p>

<p dir="ltr">Juan</p></div>
```

Confidential
STX0220360

Please cancel my order and refund to original payment method immediately.

Thank you for your assistance with this matter.

Dez

On Wed, May 11, 2022 at 7:44 PM support@stockx.com <support@stockx.com> wrote:

> Hey Dee,
>
> Welcome to the StockX support team! I'm happy to assist you regarding your purchase concerns related to the order #37068857 for the Jordan 9 Retro Chile Red (GS). Hopefully I will clarify your doubts!
>
> Unfortunately, order cancellation is not allowed in StockX. Once a Bid and Ask match and the order is confirmed, it can no longer be canceled. The integrity of the marketplace depends on it.
>
> We work as a live marketplace, where we connect buyers and sellers around the world, before you receive your items StockX makes sure that you will receive your items in good conditions with the verification process. As a buyer myself, I totally understand your feelings. I wanted to let you know that me as the rest of StockX works for the authenticity of your items and our customers' experiences.
>
> For more information, you can check our FAQ: How does verification help me as a Buyer or a Seller?
>
> Also, I wanted to let you know that if you doubt your product, you always can contact us in the time frame of 3 days if you have any complaint with the item received.
>
> Dee, it was a pleasure helping you with your purchase concerns. I hope you find this information helpful, we thank you for your patience and understanding. StockX support will remain at your disposal for any further assistance, we are glad that you chose us!
>
> Best,
>
> Juan

Confidential                                                                                                                                                                                                   STX0220361

```html
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica Neue',sans-serif;"><p dir="ltr" style="line-height:1.2; margin-bottom:12pt; margin-top:12pt">Hey Dee,</p>

<p dir="ltr">Thanks for reaching out to StockX regarding your request to cancel your order #37068857 for Jordan 9 Retro Chile Red (GS) because you have some concerns with the Nike claim, I will inform you.</p>

<p dir="ltr">I regret to say that we cannot cancel the order, our policy has changed recently and before it was really hard to make exceptions to cancel, now it is almost impossible unless it is your first purchase. You can see some more info here in this FAQ.</p>

<p dir="ltr"><a href="https://stockx.com/help/articles/Can-I-cancel-my-purchase">https://stockx.com/help/articles/Can-I-cancel-my-purchase</a></p>

<p dir="ltr">The good news is you can always resell with us if you no longer want your item and as long as they are in the same condition that you received them in, I will share with you a FAQ that contains information about how to sell if you are interested in.</p>

<p dir="ltr"><a href="https://stockx.com/help/articles/How-do-I-sell-on-StockX">https://stockx.com/help/articles/How-do-I-sell-on-StockX</a></p>

<p dir="ltr"> I hope you find this information helpful and we thank you for the understanding provided regarding our policies. Remember that StockX will remain at your disposal for any further assistance.</p>

<p dir="ltr">Farewell,</p>

<p dir="ltr">Juan</p></div>
```

Confidential    STX0220362

Stockx has not received the order from the seller yet. Please cancel the order and refund my money or I will dispute the charge based on the Nike lawsuit that stockx sells fake shoes even though they claim they're legit.

Thank you

On Thu, May 12, 2022 at 5:35 PM support@stockx.com <support@stockx.com> wrote:

> Hey Dee,
>
> Thanks for reaching out to StockX regarding your request to cancel your order #37068857 for Jordan 9 Retro Chile Red (GS) because you have some concerns with the Nike claim, I will inform you.
>
> I regret to say that we cannot cancel the order, our policy has changed recently and before it was really hard to make exceptions to cancel, now it is almost impossible unless it is your first purchase. You can see some more info here in this FAQ.
>
> https://stockx.com/help/articles/Can-I-cancel-my-purchase
>
> The good news is you can always resell with us if you no longer want your item and as long as they are in the same condition that you received them in, I will share with you a FAQ that contains information about how to sell if you are interested in.
>
> https://stockx.com/help/articles/How-do-I-sell-on-StockX
>
> I hope you find this information helpful and we thank you for the understanding provided regarding our policies. Remember that StockX will remain at your disposal for any further assistance.
>
> Farewell,
>
> Juan

Confidential                                                                                                                                                      STX0220363

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div>Hey Dee,</div>

<div> </div>

<div>Thank you for reaching back!</div>

<div><br>
StockX does not normally offer cancellations in accordance with our cancellation policy
in order to maintain marketplace integrity. Fortunately, a great benefit of the
marketplace is that you can quickly and easily resell any purchases back on StockX you
do not wish to keep. In doing so, you can potentially turnover a greater profit for the
item than what you originally paid for!</div>

<div><br>
Nonetheless, I am happy to make a one-time exception! I have cancelled order
# 37068857 and issued a full refund. Please allow 1-5 business days for processing
before your refund is reflected back into your payment method. As we are making a one-
time exception for you for this order, please be advised that we may be unable to grant
the same exception for possible future cancellation requests in order to adhere to our
cancellation policy. We therefore ask that you please be more careful when making your
purchases going forward. With this in mind going forward, you are all set!</div>

<div> </div>

<div>I totally understand your concerns regarding the authenticity of the item you
purchased, following the recent claims made by Nike, as I would be concerned about this
matter if I were on your shoes.</div>

<div> </div>

<div>Our team in CS generally does not discuss legal matters, but here is the link to
our official statement on the matter in case you want an <a
href="https://stockx.com/about/stockx-statement-on-authentication-program/">official
statement</a> by our company.</div>

<div> </div>

<div>Please know, each item that passes through our facility receives a thorough
inspection prior to being sent to the Buyer. Our skilled authenticators receive
consistent training to ensure that the item is authentic and within our condition
guidelines as part of the verification process.</div>

<div> </div>

<div>We value our customers and we are committed to providing a safe, authentic
marketplace to trade current culture, and we will keep working as hard as possible to
achieve this goal.</div>

<div> </div>

<div>Thank you for following up with us, and I hope that you have a great rest of your
day. We appreciate you reaching out to the StockX support team!</div>

<div><br>
Sincerely,<br>
Johan</div></div>
```

Confidential      STX0220364