# Exhibit 64

*Redacted Public Version*

Hey there Natalie!

Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1393058-N3R5W4: "Returns / Exchanges" has been created.

We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.

If you haven't already provided the following information, please reply to this email with it to help us serve you faster:

- Photo(s) of the issue to which you're referring
- Photo of the StockX verification tag still attached to your item
- Photo of the QR code on the back of the tag.

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!

We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!

We look forward to connecting with you soon!

Thank you,
StockX Support
https://stockx.com/help

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div><span style="font-size:10pt"><strong id="docs-internal-guid-
751b0932-7fff-6865-86a3-83de01066808" style="font-weight:normal"><span
style="background-color:transparent; color:#000000; font-family:Arial; font-
style:normal; font-variant:normal; font-weight:400; text-decoration:none; vertical-
align:baseline; white-space:pre-wrap">Hey Natalie,</span></strong></span></div>


<div>

<p dir="ltr" style="-webkit-text-stroke-width:0px; color:#000000; font-
family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt;
orphans:2; text-align:start; text-decoration-color:initial; text-decoration-
style:initial; text-decoration-thickness:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"> </p>


<p dir="ltr" style="-webkit-text-stroke-width:0px; color:#000000; font-
family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt;
orphans:2; text-align:start; text-decoration-color:initial; text-decoration-
style:initial; text-decoration-thickness:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"><span style="font-size:10pt"><strong
style="font-weight:normal"><span style="background-color:transparent; color:#000000;
font-family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap">I understand your
concerns regarding the authenticity of the item you purchased, following the recent
claims made by Nike. </span></strong></span></p>

<span style="font-size:10pt"><span style="-webkit-text-stroke-width:0px; color:#000000;
display:inline !important; float:none; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-style:normal; font-variant-caps:normal; font-variant-
ligatures:normal; font-weight:400; letter-spacing:normal; orphans:2; text-align:start;
text-decoration-color:initial; text-decoration-style:initial; text-decoration-
thickness:initial; text-indent:0px; text-transform:none; white-space:normal; widows:2;
word-spacing:0px"> </span></span>


<p dir="ltr" style="-webkit-text-stroke-width:0px; color:#000000; font-
family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt;
orphans:2; text-align:start; text-decoration-color:initial; text-decoration-
style:initial; text-decoration-thickness:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"><span style="font-size:10pt"><strong
id="docs-internal-guid-751b0932-7fff-6865-86a3-83de01066808" style="font-
weight:normal"><span style="background-color:transparent; color:#000000; font-
family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap">Our team in CS
generally does not discuss legal matters, but here is the link to our </span><a
href="https://stockx.com/about/stockx-statement-on-authentication-program/"
style="text-decoration: none;"><u style="background-color:transparent; color:#1155cc;
font-family:Arial; font-size:11pt; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:underline; vertical-align:baseline; white-space:pre-
wrap">official statement</u></a><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap"> on
the matter.</span></strong><br>

<br>

<span style="font-family:Arial; white-space:pre-wrap">Before StockX, authentication
```

wasn�t widely offered by secondary marketplaces and as a result, consumers didn�t have much trust in the resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job function focused on authentication. Authentication has always been at the core of our experience and has long

STX0223751

set the industry standard. </span><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">Please
know, each item that passes through our facility receives a thorough inspection prior
to being sent to the Buyer. Our skilled authenticators receive consistent training to
ensure that the item is authentic and within our condition guidelines as part of the
verification process.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">In
addition to this, we have a team of subject matter experts with knowledge of specific
products that identify and track critical issues and information at the product and
brand level. We also have an internal team that is dedicated to managing our
proprietary information and ensuring the latest information and industry trends are
accounted for in our systems. </span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">In
instances where an item may not meet our quality standards - whether that be for
manufacturing defects, deemed as worn or inauthentic, etc. - we will link the Buyer
with a new, comparable Seller when possible, and issue a full refund when it is not.
 We are committed to providing a safe, authentic marketplace to trade current
culture.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">We
stand firm in our process and the ability of our authentication team members to
identify any concerns in the quality of items as they are received. Due to this, we are
not currently accepting returns for items that have successfully completed our
verification process and are outside of our standard return time
frame.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">We
value our customers and we are committed to providing a safe, authentic marketplace to
trade current culture</span></strong></span></p>

<p dir="ltr" style="-webkit-text-stroke-width:0px; color:#000000; font-
family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt;
orphans:2; text-align:start; text-decoration-color:initial; text-decoration-
style:initial; text-decoration-thickness:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"> </p>

<p dir="ltr" style="-webkit-text-stroke-width:0px; color:#000000; font-
family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt;
orphans:2; text-align:start; text-decoration-color:initial; text-decoration-
style:initial; text-decoration-thickness:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"><span style="font-size:10pt"><strong

Confidential

```
style="font-weight:normal"><span style="background-color:transparent; color:#000000;
font-family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-
wrap">Best,</span></strong></span></p>


<p dir="ltr" style="-webkit-text-stroke-width:0px; color:#000000; font-
family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt;
orphans:2; text-align:start; text-decoration-color:initial; text-decoration-
style:initial; text-decoration-thickness:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"> </p>


<p dir="ltr" style="-webkit-text-stroke-width:0px; color:#000000; font-
family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt;
orphans:2; text-align:start; text-decoration-color:initial; text-decoration-
style:initial; text-decoration-thickness:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"><span style="font-size:10pt"><strong
style="font-weight:normal"><span style="background-color:transparent; color:#000000;
font-family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap">Tristan
</span></strong></span></p>


</div></div>
```

If your authentication process was in fact effective as you describe, how did Nike purchase multiple sets of fakes from your website? Would those fakes not have gone through the authentication process? Clearly it's flawed and as a result purchasers are ending up with inauthentic products that can't be returned and can't be resold.

Get Outlook for Android

---

**From:** support@stockx.com <support@stockx.com>
**Sent:** Monday, May 23, 2022 10:30:13 AM
**To:** Natalie G███████████
**Subject:** Not Eligible For Return CRM:00220002214

Hey Natalie,
I understand your concerns regarding the authenticity of the item you purchased, following the recent claims made by Nike.
Our team in CS generally does not discuss legal matters, but here is the link to our official statement on the matter.

Before StockX, authentication wasn�t widely offered by secondary marketplaces and as a result, consumers didn�t have much trust in the resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job function focused on authentication. Authentication has always been at the core of our experience and has long set the industry standard.

Please know, each item that passes through our facility receives a thorough inspection prior to being sent to the Buyer. Our skilled authenticators receive consistent training to ensure that the item is authentic and within our condition guidelines as part of the verification process.

In addition to this, we have a team of subject matter experts with knowledge of specific products that identify and track critical issues and information at the product and brand level. We also have an internal team that is dedicated to managing our proprietary information and ensuring the latest information and industry trends are accounted for in our systems.

In instances where an item may not meet our quality standards - whether that be for manufacturing defects, deemed as worn or inauthentic, etc. - we will link the Buyer with a new, comparable Seller when possible, and issue a full refund when it is not. We are committed to providing a safe, authentic marketplace to trade current culture.

We stand firm in our process and the ability of our authentication team members to identify any concerns in the quality of items as they are received. Due to this, we are not currently accepting returns for items that have successfully completed our verification process and are outside of our standard return time frame.

We value our customers and we are committed to providing a safe, authentic marketplace to trade current culture
Best,
Tristan

STX0223754

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div style="direction:ltr">

<div>Hey Natalie,</div>

<div> </div>

<div>Thanks for reaching back out those accusations are baseless and haven't been
proven.</div>

<div> </div>

<div>We apologize that you may feel this way, but we'll be unable to return all a
return on this item.</div>

<div> </div>

<div>I can have our team review photos for a second verification if you'd like. Looking
forward to hearing back from you soon.</div>

<div> </div>

<div>Best,</div>

<div> </div>

<div>Tristan</div>

<div> </div>

<div><br>
 </div>

<div id="newsignature" style="display:none"> </div>

<span style="font-family:Tahoma,Verdana,Arial; font-size:small">-------------------
Original Message -------------------<br>

<strong>From:</strong> Natalie G &lt;                        gt;;<br>

<strong>Received:</strong> Mon May 23 2022 11:20:18 GMT-0700 (Mountain Standard
Time)<br>

<strong>To:</strong> support &lt;support@stockx.com&gt;; support
&lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;<br>

<strong>Subject:</strong> Re: Not Eligible For Return CRM:00220002214</span><br>

<br>

<meta http-equiv="Content-Type" content="text/html; charset=utf-8"> <meta
content="text/html; charset=utf-8">

<div dir="ltr">If your authentication process was in fact effective as you describe,
how did Nike purchase multiple sets of fakes from your website? Would those fakes not
have gone through the authentication process? Clearly it's flawed and as a result
purchasers are ending up with inauthentic products that can't be returned and can't be
resold.

<div> </div>

<div dir="auto" id="ms-outlook-mobile-signature">Get <a href="https://aka.ms/AAb9ysg">
Outlook for Android</a></div>
```

Confidential

STX0223755

```
<hr style="display:inline-block; width:98%" tabindex="-1">

<div dir="ltr" id="divRplyFwdMsg"><span style="color:#000000; font-family:Calibri,sans-
serif; font-size:11pt"><strong>From:</strong> support@stockx.com
&lt;support@stockx.com&gt;<br>

<strong>Sent:</strong> Monday, May 23, 2022 10:30:13 AM<br>

<strong>To:</strong> Natalie G &lt;             &gt;<br>

<strong>Subject:</strong> Not Eligible For Return CRM:0C220002214</span>


<div> </div>

</div>


<div>

<div style="font-family:Arial,'Segoe UI','Helvetica Neue',sans-serif; font-size:10pt">

<div><span style="font-size:10pt"><strong id="x_docs-internal-guid-751b0932-7fff-6865-
86a3-83de01066808" style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">Hey Natalie,</span></strong></span></div>


<div>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>


<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">I understand your concerns regarding the authenticity of the item you
purchased, following the recent claims made by Nike. </span></strong></span></p>

<span style="font-size:10pt"><span style="color:#000000; display:inline!important;
float:none; font-family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; orphans:2; text-align:start; text-decoration-
color:initial; text-decoration-style:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"> </span></span>


<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong id="x_docs-internal-guid-751b0932-7fff-6865-86a3-83de01066808"
style="font-weight:normal"><span style="background-color:transparent; color:#000000;
font-family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap">Our team in CS
generally does not discuss legal matters, but here is the link to our </span><a
href="https://links.stockx.com/ls/click?upn=4e1ZPARBVhKgFYDCVIhsPZXRi6V-2Bp86M8-
2Fvq7d4JXb-2FaP1SdVdq0IndMJUNezmQycPs65-2FDZth9AuNxD162wHLTT-2BThLH7gGm-2F6j93KLgyY-
```

```
3Dh8-B_m7skL6CatqOplDsrhH-2FBD-
2FOqPPdplYVTmTm6AKcHryKBaFaK3uEICHpZW2W5ytf6zHKWSzzuh2KjUuKTSF2hWJDprlyLzLYDMJEpcmr2G6F
yiPlSd7mjEX8ubR-2B3EeP3CM5js-2Bb9eRMu5Rmr1Lcv3epYttNqWaTpqDCzTnJ-
2BADgny2wanThFmeyqaqJkdcFRIzpoJZi5v-2FxDN-2BI-2FBJq3lA-3D-3D" style="text-
decoration:none"><u style="background-color:transparent; color:#1155cc; font-
family:Arial; font-size:11pt; font-style:normal; font-variant:normal; font-weight:400;
text-decoration:underline; vertical-align:baseline; white-space:pre-wrap">official
statement</u></a><span style="background-color:transparent; color:#000000; font-
family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap"> on the
matter.</span></strong><br>

<br>

<span style="font-family:Arial; white-space:pre-wrap">Before StockX, authentication
```
wasn�t widely offered by secondary marketplaces and as a result, consumers didn�t have much trust in the
resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job
function focused on authentication. Authentication has always been at the core of our experience and has long
set the industry standard. </span><br>

```
<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">Please
know, each item that passes through our facility receives a thorough inspection prior
to being sent to the Buyer. Our skilled authenticators receive consistent training to
ensure that the item is authentic and within our condition guidelines as part of the
verification process.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">In
addition to this, we have a team of subject matter experts with knowledge of specific
products that identify and track critical issues and information at the product and
brand level. We also have an internal team that is dedicated to managing our
proprietary information and ensuring the latest information and industry trends are
accounted for in our systems. </span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">In
instances where an item may not meet our quality standards - whether that be for
manufacturing defects, deemed as worn or inauthentic, etc. - we will link the Buyer
with a new, comparable Seller when possible, and issue a full refund when it is not.
 We are committed to providing a safe, authentic marketplace to trade current
culture.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">We
stand firm in our process and the ability of our authentication team members to
identify any concerns in the quality of items as they are received. Due to this, we are
not currently accepting returns for items that have successfully completed our
verification process and are outside of our standard return time
frame.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">We
value our customers and we are committed to providing a safe, authentic marketplace to
```

Confidential

trade current culture</span></strong></span></p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-size:10pt"><strong style="font-weight:normal"><span style="background-color:transparent; color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">Best,</span></strong></span></p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-size:10pt"><strong style="font-weight:normal"><span style="background-color:transparent; color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">Tristan </span></strong></span></p>

</div>

</div>

<img alt="" border="0" src="https://links.stockx.com/wf/open?upn=chHsh060ANFxhqifJdxrSyR4ekT9dc9mln-2FpuKuiwz1tXZI9Iy-2BMUf-2BOmRMCwsV6eWmMsztZZ67fV95kC4920U39kbFeYCAYbtqPB9yN0TZh81wQx5JC1eO7P-2FBiUt-2Bco-2Fnq6kKWY2yjpE-2BffoMihOUfHWdfNKc0WU81s77e-2F-2B3-2FEDYM93TR-2F7xchcrlziGwjzvJaX718yz0kEri2MSUUiI9GiWK9d5XUaac-2F7-2F9ssc-3D" style="border-width:0!important; height:1px!important; margin-bottom:0!important; margin-left:0!important; margin-right:0!important; margin-top:0!important; padding-bottom:0!important; padding-left:0!important; padding-right:0!important; padding-top:0!important; width:1px!important"></div>

</div>

</div></div>

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div style="direction:ltr">

<div>Hey Natalie,</div>


<div> </div>


<div>I hope your morning is going well, and that your week is going well too. I just
wanted to check back in one last time before we have to close this case tomorrow due to
no response.</div>

<div>
<p class="p1">Please reach back out if you are still in need of assistance.</p>

<p class="p1">Best,</p>

<p class="p1">Tristan </p>
</div>


<div id="newsignature" style="display:none"> </div>

<span style="font-family:Tahoma,Verdana,Arial; font-size:small">-------------------
Original Message -------------------<br>

<strong>From:</strong> support@stockx.com &lt;support@stockx.com&gt;;<br>

<strong>Received:</strong> Mon May 23 2022 12:18:32 GMT-0700 (Mountain Standard
Time)<br>

<strong>To:</strong> Natalie G &lt;                        gt;;<br>

<strong>Subject:</strong> Re: Not Eligible For Return CRM:00220002214</span><br>

<br>

<meta http-equiv="Content-Type" content="text/html; charset=utf-8">

<div dir="ltr">

<div style="font-family:Arial,'Segoe UI','Helvetica Neue',sans-serif; font-size:10pt">

<div style="direction:ltr">

<div>Hey Natalie,</div>


<div> </div>


<div>Thanks for reaching back out those accusations are baseless and haven't been
proven.</div>


<div> </div>


<div>We apologize that you may feel this way, but we'll be unable to return all a
return on this item.</div>


<div> </div>


<div>I can have our team review photos for a second verification if you'd like. Looking
forward to hearing back from you soon.</div>


<div> </div>


<div>Best,</div>
```

Confidential

STX0223759

```
<div> </div>

<div>Tristan</div>

<div> </div>

<div><br>
 </div>

<div id="newsignature"> </div>
<span style="font-family:Tahoma,Verdana,Arial; font-size:small">-------------------
Original Message -------------------<br>
<strong>From:</strong> Natalie G &lt;                    &gt;;<br>
<strong>Received:</strong> Mon May 23 2022 11:20:18 GMT-0700 (Mountain Standard
Time)<br>
<strong>To:</strong> support &lt;support@stockx.com&gt;; support
&lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;<br>
<strong>Subject:</strong> Re: Not Eligible For Return CRM:00220002214</span><br>
<br>
<meta content="text/html; charset=utf-8"> <meta content="text/html; charset=utf-8">

<div dir="ltr">If your authentication process was in fact effective as you describe,
how did Nike purchase multiple sets of fakes from your website? Would those fakes not
have gone through the authentication process? Clearly it's flawed and as a result
purchasers are ending up with inauthentic products that can't be returned and can't be
resold.

<div> </div>

<div dir="auto" id="ms-outlook-mobile-signature">Get <a href="https://aka.ms/AAb9ysg">
Outlook for Android</a></div>

<hr style="display:inline-block; width:98%" tabindex="-1">

<div dir="ltr" id="divRplyFwdMsg"><span style="color:#000000; font-family:Calibri,sans-
serif; font-size:11pt"><strong>From:</strong> support@stockx.com
&lt;support@stockx.com&gt;<br>
<strong>Sent:</strong> Monday, May 23, 2022 10:30:13 AM<br>
<strong>To:</strong> Natalie G &lt;nguerra@hotmail.ca&gt;<br>
<strong>Subject:</strong> Not Eligible For Return CRM:00220002214</span>

<div> </div>

</div>

<div>
<div style="font-family:Arial,'Segoe UI','Helvetica Neue',sans-serif; font-size:10pt">
<div><span style="font-size:10pt"><strong id="x_docs-internal-guid-751b0932-7fff-6865-
86a3-83de01066808" style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">Hey Natalie,</span></strong></span></div>

<div>
```

**Confidential**

```
<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">I understand your concerns regarding the authenticity of the item you
purchased, following the recent claims made by Nike. </span></strong></span></p>

<span style="font-size:10pt"><span style="color:#000000; display:inline!important;
float:none; font-family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; orphans:2; text-align:start; text-decoration-
color:initial; text-decoration-style:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"> </span></span>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong id="x_docs-internal-guid-751b0932-7fff-6865-86a3-83de01066808"
style="font-weight:normal"><span style="background-color:transparent; color:#000000;
font-family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap">Our team in CS
generally does not discuss legal matters, but here is the link to our </span><a
href="https://links.stockx.com/ls/click?upn=4e1ZPARBVhKgFYDCVIhsP2XRi6V-2Bp86M8-
2Fvq7d4JXb-2FaP1SdVdq0IndMJUNezmQycPs65-2FDZth9AuNxD162wHLTT-2BThLH7qGm-2F6j93KLgyY-
3Dh8-B_m7skL6CatqOplDsrhH-2FBD-
2FOqPPdpLYVTmTm6AKcHryKBaFaK3uEICHpZW2W5ytf6zHKWSzruh2KjUuKTSF2hWJDprlyLzLYDMJEpcmrz2G6F
yiP1Sd7mjEX8ubR-2B3EeP3CM5js-2Bb9eRMu5Rmr1Lcv3epYttNqWaTpqDCzTnJ-
2BADgny2wanThFmeyqaqJkdcFRIzpoJZi5v-2FxDN-2BI-2FBJq3lA-3D-3D" style="text-
decoration:none"><u style="background-color:transparent; color:#1155cc; font-
family:Arial; font-size:11pt; font-style:normal; font-variant:normal; font-weight:400;
text-decoration:underline; vertical-align:baseline; white-space:pre-wrap">official
statement</u></a><span style="background-color:transparent; color:#000000; font-
family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap"> on the
matter.</span></strong><br>

<br>

<span style="font-family:Arial; white-space:pre-wrap">Before StockX, authentication
wasn�t widely offered by secondary marketplaces and as a result, consumers didn�t have much trust in the
resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job
function focused on authentication. Authentication has always been at the core of our experience and has long
set the industry standard. </span><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">Please
know, each item that passes through our facility receives a thorough inspection prior
to being sent to the Buyer. Our skilled authenticators receive consistent training to
```

Confidential
STX0223761

ensure that the item is authentic and within our condition guidelines as part of the
verification process.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">In
addition to this, we have a team of subject matter experts with knowledge of specific
products that identify and track critical issues and information at the product and
brand level. We also have an internal team that is dedicated to managing our
proprietary information and ensuring the latest information and industry trends are
accounted for in our systems. </span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">In
instances where an item may not meet our quality standards - whether that be for
manufacturing defects, deemed as worn or inauthentic, etc. - we will link the Buyer
with a new, comparable Seller when possible, and issue a full refund when it is not.
 We are committed to providing a safe, authentic marketplace to trade current
culture.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">We
stand firm in our process and the ability of our authentication team members to
identify any concerns in the quality of items as they are received. Due to this, we are
not currently accepting returns for items that have successfully completed our
verification process and are outside of our standard return time
frame.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">We
value our customers and we are committed to providing a safe, authentic marketplace to
trade current culture</span></strong></span></p>


<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>


<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">Best,</span></strong></span></p>


<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>

```
<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">Tristan </span></strong></span></p>

</div>

</div>

<img alt="" border="0"
src="https://links.stockx.com/wf/open?upn=chHsh060ANFxhqifJdxrSyR4ekT9dc9m1n-
2FpuKuiwz1tXZI9Iy-2BMUf-
2B0mRMCwsV6eWmMsztZZ67fV95kC4920U39kbFeYCAYbtqPB9yN0TZh81wQx5JC1eO7P-2FBiUt-2Bco-
2Fnq6kKWY2yjpE-2BffoMihOUfHWdfNKc0WU8ls77e-2F-2B3-2FEDYM93TR-
2F7xchcrLziGwjzvJaX7l8yz0kEri2MSUUil9GiWK9d5XUaac-2F7-2F9ssc-3D" style="border-
width:0!important; height:1px!important; margin-bottom:0!important; margin-
left:0!important; margin-right:0!important; margin-top:0!important; padding-
bottom:0!important; padding-left:0!important; padding-right:0!important; padding-
top:0!important; width:1px!important"></div>

</div>

</div>

</div>

</div>

</div></div>
```

STX0223763

```
<div data-wrapper="true" style="font-size:10pt;font-family:Arial,'Segoe UI','Helvetica
Neue',sans-serif;"><div style="direction:ltr">

<div>Hey Natalie,</div>


<div> </div>


<div>I hope your day is going well. However, due to no response, I am going to go ahead
and close this inquiry as we can only keep them open for a couple of days after your
last response.<br>

<br>

When you reach back out someone will be here to help again. Please reach back out with
```
the requested information and we�ll pick up where we left off. <br>
```
<br>

Best, </div>


<div> </div>


<div>Tristan</div>


<div id="newsignature" style="display:none"> </div>

<span style="font-family:Tahoma,Verdana,Arial; font-size:small">-------------------
Original Message -------------------<br>

<strong>From:</strong> support@stockx.com &lt;support@stockx.com&gt;;<br>

<strong>Received:</strong> Tue May 24 2022 08:21:55 GMT-0700 (Mountain Standard
Time)<br>
```
<strong>To:</strong> Natalie G &lt;████████████gt;;<br>
```
<strong>Subject:</strong> Re: Not Eligible For Return CRM:00220002214</span><br>

<br>

<meta http-equiv="Content-Type" content="text/html; charset=utf-8">

<div dir="ltr">

<div style="font-family:Arial,'Segoe UI','Helvetica Neue',sans-serif; font-size:10pt">

<div style="direction:ltr">

<div>Hey Natalie,</div>


<div> </div>


<div>I hope your morning is going well, and that your week is going well too. I just
wanted to check back in one last time before we have to close this case tomorrow due to
no response.</div>


<div>

<p class="p1">Please reach back out if you are still in need of assistance.</p>


<p class="p1">Best,</p>


<p class="p1">Tristan </p>

</div>


<div id="newsignature"> </div>
```

STX0223764

```
<span style="font-family:Tahoma,Verdana,Arial; font-size:small">-------------------
Original Message -------------------<br>

<strong>From:</strong> support@stockx.com &lt;support@stockx.com&gt;;<br>

<strong>Received:</strong> Mon May 23 2022 12:18:32 GMT-0700 (Mountain Standard
Time)<br>

<strong>To:</strong> Natalie G &lt;█████████████████&gt;;<br>

<strong>Subject:</strong> Re: Not Eligible For Return CRM:00220002214</span><br>

<br>

<meta content="text/html; charset=utf-8">

<div dir="ltr">

<div style="font-family:Arial,'Segoe UI','Helvetica Neue',sans-serif; font-size:10pt">

<div style="direction:ltr">

<div>Hey Natalie,</div>

<div> </div>

<div>Thanks for reaching back out those accusations are baseless and haven't been
proven.</div>

<div> </div>

<div>We apologize that you may feel this way, but we'll be unable to return all a
return on this item.</div>

<div> </div>

<div>I can have our team review photos for a second verification if you'd like. Looking
forward to hearing back from you soon.</div>

<div> </div>

<div>Best,</div>

<div> </div>

<div>Tristan</div>

<div> </div>

<div><br>
 </div>

<div id="newsignature"> </div>

<span style="font-family:Tahoma,Verdana,Arial; font-size:small">-------------------
Original Message -------------------<br>

<strong>From:</strong> Natalie G &lt;█████████████gt;;<br>

<strong>Received:</strong> Mon May 23 2022 11:20:18 GMT-0700 (Mountain Standard
Time)<br>

<strong>To:</strong> support &lt;support@stockx.com&gt;; support
&lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;<br>
```

Confidential

STX0223765

```
<strong>Subject:</strong> Re: Not Eligible For Return CRM:00220002214</span><br>

<br>

<meta content="text/html; charset=utf-8"> <meta content="text/html; charset=utf-8">

<div dir="ltr">If your authentication process was in fact effective as you describe,
how did Nike purchase multiple sets of fakes from your website? Would those fakes not
have gone through the authentication process? Clearly it's flawed and as a result
purchasers are ending up with inauthentic products that can't be returned and can't be
resold.

<div> </div>

<div dir="auto" id="ms-outlook-mobile-signature">Get <a href="https://aka.ms/AAb9ysg">
Outlook for Android</a></div>

<hr style="display:inline-block; width:98%" tabindex="-1">

<div dir="ltr" id="divRplyFwdMsg"><span style="color:#0C0000; font-family:Calibri,sans-
serif; font-size:11pt"><strong>From:</strong> support@stockx.com
&lt;support@stockx.com&gt;<br>

<strong>Sent:</strong> Monday, May 23, 2022 10:30:13 AM<br>

<strong>To:</strong> Natalie G &lt;████████████████gt;<br>

<strong>Subject:</strong> Not Eligible For Return CRM:0C220002214</span>

<div> </div>

</div>

<div>

<div style="font-family:Arial,'Segoe UI','Helvetica Neue',sans-serif; font-size:10pt">

<div><span style="font-size:10pt"><strong id="x_docs-internal-guid-751b0932-7fff-6865-
86a3-83de01066808" style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">Hey Natalie,</span></strong></span></div>

<div>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">I understand your concerns regarding the authenticity of the item you
purchased, following the recent claims made by Nike. </span></strong></span></p>

<span style="font-size:10pt"><span style="color:#000000; display:inline!important;
float:none; font-family:&quot;Segoe UI&quot;,&quot;Helvetica Neue&quot;,sans-serif;
font-style:normal; font-variant-caps:normal; font-variant-ligatures:normal; font-
weight:400; letter-spacing:normal; orphans:2; text-align:start; text-decoration-
```

Confidential

```
color:initial; text-decoration-style:initial; text-indent:0px; text-transform:none;
white-space:normal; widows:2; word-spacing:0px"> </span></span>


<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong id="x_docs-internal-guid-751b0932-7fff-6865-86a3-83de01066808"
style="font-weight:normal"><span style="background-color:transparent; color:#00000;
font-family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap">Our team in CS
generally does not discuss legal matters, but here is the link to our </span><a
href="https://links.stockx.com/ls/click?upn=4e1ZPARBVhKgFYDCVIhsPZXRi6V-2Bp86M8-
2Fvq7d4JXb-2FaP1SdVdq0IndMJUNezmQycPs65-2FDZth9AuNxD162wHLTT-2BThLH7gGm-2F6j93KLgyY-
3Dh8-B_m7skL6CatqOplDsrhH-2FBD-
2FOqPPdpLYVTmTm6AKcHryKBaFaK3uEICHpZW2W5ytf6zHKWSzruh2KjUuKTSF2hWJDprlyLzLYDMJEpcmr2G6F
yiP1Sd7mjEX8ubR-2B3EeP3CM5js-2Bb9eRMu5Rmr1Lcv3epYttNqWaTpqDCzTnJ-
2BADgny2wanThFmeyqaqJkdcFRIzpoJZi5v-2FxDN-2BI-2FBJq3lA-3D-3D" style="text-
decoration:none"><u style="background-color:transparent; color:#1155cc; font-
family:Arial; font-size:11pt; font-style:normal; font-variant:normal; font-weight:400;
text-decoration:underline; vertical-align:baseline; white-space:pre-wrap">official
statement</u></a><span style="background-color:transparent; color:#000000; font-
family:Arial; font-style:normal; font-variant:normal; font-weight:400; text-
decoration:none; vertical-align:baseline; white-space:pre-wrap"> on the
matter.</span></strong><br>

<br>

<span style="font-family:Arial; white-space:pre-wrap">Before StockX, authentication
```
wasn�t widely offered by secondary marketplaces and as a result, consumers didn�t have much trust in the resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job function focused on authentication. Authentication has always been at the core of our experience and has long set the industry standard. </span><br>

```
<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">Please
know, each item that passes through our facility receives a thorough inspection prior
to being sent to the Buyer. Our skilled authenticators receive consistent training to
ensure that the item is authentic and within our condition guidelines as part of the
verification process.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">In
addition to this, we have a team of subject matter experts with knowledge of specific
products that identify and track critical issues and information at the product and
brand level. We also have an internal team that is dedicated to managing our
proprietary information and ensuring the latest information and industry trends are
accounted for in our systems. </span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">In
instances where an item may not meet our quality standards - whether that be for
manufacturing defects, deemed as worn or inauthentic, etc. - we will link the Buyer
with a new, comparable Seller when possible, and issue a full refund when it is not.
 We are committed to providing a safe, authentic marketplace to trade current
culture.</span></strong><br>
```

Confidential                                                                    STX0223767

```
<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">We
stand firm in our process and the ability of our authentication team members to
identify any concerns in the quality of items as they are received. Due to this, we are
not currently accepting returns for items that have successfully completed our
verification process and are outside of our standard return time
frame.</span></strong><br>

<br>

<strong style="font-weight:normal"><span style="background-color:transparent;
color:#000000; font-family:Arial; font-style:normal; font-variant:normal; font-
weight:400; text-decoration:none; vertical-align:baseline; white-space:pre-wrap">We
value our customers and we are committed to providing a safe, authentic marketplace to
trade current culture</span></strong></span></p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">Best,</span></strong></span></p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"> </p>

<p dir="ltr" style="color:#000000; font-family:&quot;Segoe UI&quot;,&quot;Helvetica
Neue&quot;,sans-serif; font-size:medium; font-style:normal; font-variant-caps:normal;
font-variant-ligatures:normal; font-weight:400; letter-spacing:normal; line-
height:1.38; margin-bottom:0pt; margin-top:0pt; orphans:2; text-align:start; text-
decoration-color:initial; text-decoration-style:initial; text-indent:0px; text-
transform:none; white-space:normal; widows:2; word-spacing:0px"><span style="font-
size:10pt"><strong style="font-weight:normal"><span style="background-
color:transparent; color:#000000; font-family:Arial; font-style:normal; font-
variant:normal; font-weight:400; text-decoration:none; vertical-align:baseline; white-
space:pre-wrap">Tristan </span></strong></span></p>

</div>

</div>

<img alt="" border="0"
src="https://links.stockx.com/wf/open?upn=chHsh060ANFxhqifJdxrSyR4ekT9dc9mln-
2FpuKu1wz1tXZI9Iy-2BMUf-
2BOmRMCwsV6eWmMsztZZ67fV95kC4920U39kbFeYCAYbtqPB9yN0TZh81wQx5JC1eO7P-2FBiUt-2Bco-
2Fnq6kKWY2yjpE-2BffoMihOUfHWdfNKc0WU8ls77e-2F-2B3-2FEDYM93TR-
2F7xchcrlziGwjzvJaX7l8yz0kEri2MSUUiI9GiWK9d5XUaac-2F7-2F9ssc-3D" style="border-
width:0!important; height:1px!important; margin-bottom:0!important; margin-
left:0!important; margin-right:0!important; margin-top:0!important; padding-
```

                                                                   STX0223768

```
bottom:0!important; padding-left:0!important; padding-right:0!important; padding-
top:0!important; width:1px!important"></div>
```

```
</div>
```

```
</div>
```

```
</div>
```

```
</div>
```

```
</div>
```

```
</div>
```

```
</div>
```

```
</div></div>
```

**Confidential**