# Exhibit 73

| | |
|---|---|
| Document title: | (9) StockX on Twitter: "According to our Authentication team, scammers tend to focus on hyped collabs and colorways. See which other brands made the list for most attempted fakes in our latest BIG FACTS report: https://t.co/CM3SH04npN https://t.co/ZkgGfLxTP4" / Twitter |
| Capture URL: | https://twitter.com/stockx/status/1535269302533730306 |
| Page loaded at (UTC): | Fri, 24 Jun 2022 19:52:05 GMT |
| Capture timestamp (UTC): | Fri, 24 Jun 2022 19:53:39 GMT |
| Capture tool: | 10.7.17 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 6 |
| Capture ID: | 3XVxaYb1XPhEgpx6itxN8p |
| User: | pv-leslie |

PDF REFERENCE #:     tgkZeUcHVv9huDLiE496ua

CONFIDENTIAL
NIKE0038943



Document title: (9) StockX on Twitter: &quot;According to our Authentication team, scammers tend to focus on hyped collabs and colorways. See which other brands…
Capture URL: https://twitter.com/stockx/status/1535269302533730306
Capture timestamp (UTC): Fri, 24 Jun 2022 19:53:39 GMT
CONFIDENTIAL

Page 1 of 5
NIKE0038944



Document title: (9) StockX on Twitter: &quot;According to our Authentication team, scammers tend to focus on hyped collabs and colorways. See which other brands…
Capture URL: https://twitter.com/stockx/status/1535269302533730306
Capture timestamp (UTC): Fri, 24 Jun 2022 19:53:39 GMT
Page 2 of 5
CONFIDENTIAL
NIKE0038945





Document title: (9) StockX on Twitter: &quot;According to our Authentication team, scammers tend to focus on hyped collabs and colorways. See which other brands…
Capture URL: https://twitter.com/stockx/status/1535269302533730306
Capture timestamp (UTC): Fri, 24 Jun 2022 19:53:39 GMT
Page 4 of 5
CONFIDENTIAL
NIKE0038947



Document title: (9) StockX on Twitter: &quot;According to our Authentication team, scammers tend to focus on hyped collabs and colorways. See which other brands…
Capture URL: https://twitter.com/stockx/status/1535269302533730306
Capture timestamp (UTC): Fri, 24 Jun 2022 19:53:39 GMT
Page 5 of 5
CONFIDENTIAL
NIKE0038948