# Exhibit 74

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Case No.  No. 1:22-cv-00983-VEC
-------------------------------------x
NIKE, INC.,

                  Plaintiff,

      -against-

STOCKX LLC,

                  Defendant.
-------------------------------------x

             August 24, 2023
             10:07 a.m.

    Video-recorded Deposition of
RICHARD LaMAGNA, an Expert Witness, taken
by Plaintiff, located at DLA Piper, 1251
Avenue of the Americas, New York, New
York, taken before Dawn Matera, a
Certified Shorthand Reporter and Notary
Public for the State of New York.

                                                                Page 2
1
2  A P P E A R A N C E S:
3
      DLA PIPER
4     Attorneys for Plaintiff
         1251 Avenue of the Americas
5        New York, New York 10020
         (212)335-4500
6
      By: MICHAEL HYNES, ESQ.
7         michael.hynes@dlapiper.com
          GABRIELLE VELKES, ESQ.
8         gabrielle.velkes@dlapiper.com
9
10    DEBEVOISE & PLIMPTON LLP
      Attorneys for Defendant
11       66 Hudson Boulevard
         New York, New York 10001
12       (212)909-6000
13    By: MEGAN K. BANNIGAN, ESQ.
          mbannigan@debevoise.com
14        ANITA KAPYUR, Law Clerk
          akapyur@debevoise.com
15
16
17 ALSO PRESENT:
18    LAURA LEWIS, ESQ., In-house Counsel StockX
19    KIM VAN VOORIS, ESQ., In-House Counsel
20    MATTHEW CHIN-QUEE, Legal Videographer
21             ~oOo~
22
23                              10:05:50
24                              10:05:50
25

                                                                Page 3
 1
 2         THE VIDEOGRAPHER: Good morning.     10:06:51
 3   We are going on the record at 10:07     10:06:51
 4   a.m. on August 24th, 2023.  This is     10:06:54
 5   media unit one of the videotaped        10:07:00
 6   deposition of Rich LaMagna in the       10:07:02
 7   matter Nike, Inc. v. StockX LLC in the  10:07:07
 8   District Court, Southern District of    10:07:13
 9   New York, case number 22-CV-0983.  The  10:07:14
10   deposition is being held at 1251        10:07:22
11   Avenue of the Americas, New York, New   10:07:25
12   York.                                   10:07:27
13         My name is Matthew Chin-Quee      10:07:28
14   representing Veritext and I am the      10:07:30
15   videographer.  The court reporter is    10:07:33
16   Dawn Matera from the firm Veritext.     10:07:34
17         Will all counsel please           10:07:38
18   introduce yourself.                     10:07:41
19         MR. HYNES: Michael Hynes from     10:07:44
20   DLA Piper for the plaintiff.            10:07:45
21         MS. VELKES: Gabrielle Velkes      10:07:47
22   from DLA Piper for the plaintiff.       10:07:50
23         MS. VAN VOORHIS: Kim              10:07:52
24   Van Voorhis from Nike, Inc.             10:07:53
25         MS. BANNIGAN: Good morning,       10:07:55

                                                                Page 4
 1
 2        Megan Bannigan from Debevoise &         10:07:57
 3   Plimpton on behalf of StockX.  And           10:07:59
 4   with me is my colleague from Debevoise       10:08:02
 5   Anita Kapyur and in-house counsel,           10:08:05
 6   general counsel of StockX Laura Lewis.       10:08:09
 7         THE VIDEOGRAPHER: Thank you.           10:08:14
 8   Will the court reporter swear in the         10:08:15
 9   witness, please.                             10:08:16
10   R I C H A R D  L a M A G N A, the
11   Witness herein, having first been duly
12   sworn by the Notary Public, was examined
13   and testified as follows:
14   EXAMINATION BY MR. HYNES:                    10:08:27
15   Q.   Good morning, Mr. LaMagna.              10:08:27
16   A.   Good morning Mr. Hynes.                 10:08:29
17   Q.   Do you understand that you're           10:08:30
18   here to have your deposition taken?          10:08:31
19   A.   I do.                                   10:08:35
20   Q.   And do you know in what case            10:08:36
21   your deposition is being taken?              10:08:37
22   A.   Yes, I do.                              10:08:39
23   Q.   Which one?                              10:08:39
24   A.   Nike versus StockX.                     10:08:40
25   Q.   Do you know what that case is?          10:08:42

                                                                Page 5
 1
 2   A.   Yes.                                    10:08:44
 3   Q.   Can you tell me?                        10:08:44
 4   A.   It concerns allegations of              10:08:45
 5   counterfeit, false advertising and unfair    10:08:48
 6   business practices.                          10:08:53
 7   Q.   Do you know what StockX is?             10:08:54
 8   A.   Yes, I do.                              10:08:55
 9   Q.   Can you tell me what you think          10:08:57
10   it is?                                       10:08:58
11   A.   It's an online secondary market         10:08:58
12   platform.                                    10:09:01
13   Q.   I think I know what you mean by         10:09:02
14   online, but could you tell me what you       10:09:05
15   mean by secondary market platform?           10:09:07
16   A.   Secondary market is a market            10:09:09
17   similar to Amazon or eBay where people       10:09:12
18   buy and sell products as opposed to a        10:09:17
19   direct vendor, as opposed to a vendor        10:09:24
20   such as Target or Walmart or something       10:09:27
21   like that.                                   10:09:30
22   Q.   Okay.  Would you agree that             10:09:31
23   counterfeit Nike products were sold on       10:09:37
24   the StockX platform?                         10:09:39
25   A.   No, I would not agree with              10:09:40

                                                      2 (Pages 2 - 5)

Page 142

```
 2   Q.  Okay.  Would you, based on your      14:26:01
 3   experience, would you agree with me that  14:26:04
 4   consumers are harmed when they            14:26:07
 5   unknowingly purchase counterfeit          14:26:09
 6   products?                                 14:26:11
 7   A.  Harmed in what way?                   14:26:11
 8   Q.  In any way.                           14:26:17
 9   A.  Are you talking about physical        14:26:18
10   harm?  Are you talking about financial    14:26:20
11   harm?                                     14:26:23
12   Q.  Any kind of harm you want.            14:26:24
13   A.  Consumers certainly can be            14:26:26
14   harmed if they purchased counterfeit      14:26:28
15   goods, inauthentic goods.                 14:26:32
16   Q.  Do you agree that the sale of         14:26:35
17   counterfeits can lead to a loss of        14:26:38
18   revenue from legitimate businesses?       14:26:41
19   A.  That depends on the situation.        14:26:42
20   I wouldn't make that an across-the-board  14:26:45
21   judgment.                                 14:26:47
22   Q.  But it's possible, right?             14:26:48
23   A.  Well, again, it depends.              14:26:49
24   Q.  Do you agree with me that the         14:26:57
25   sale of counterfeits can translate into   14:26:59
```

Page 143

```
 2   lost jobs and opportunities for the U.S.  14:27:01
 3   economy?                                  14:27:05
 4   A.  Yes, that's -- and that's             14:27:05
 5   something that I believe is addressed in  14:27:08
 6   the Homeland Security material.           14:27:09
 7   Q.  Do you agree that the sale of         14:27:13
 8   counterfeits can compete with and/or      14:27:21
 9   replace genuine sales?                    14:27:23
10   A.  Depends on the situation.  Not        14:27:24
11   if those sales have already been -- there 14:27:31
12   has already been a first sale, then I     14:27:34
13   find it hard to imagine how the brand     14:27:37
14   holder can suffer any monetary damage if  14:27:42
15   there is a second sale.                   14:27:47
16   Q.  What do you mean by second            14:27:48
17   sale?                                     14:27:51
18   A.  Well, as an example, let's say        14:27:51
19   I buy an item of apparel.  I decide I     14:27:53
20   don't like it or I decide it doesn't fit  14:27:59
21   or whatever, and I want to sell it on a   14:28:02
22   third-party market.  I don't think the    14:28:06
23   seller or manufacturer of that piece of   14:28:09
24   apparel loses anything because they have  14:28:11
25   already made the sale.                    14:28:14
```

Page 144

```
 2   Q.  In your example, is there only        14:28:24
 3   one sale, one garment?                    14:28:27
 4   A.  Well, a pair of shoes.                14:28:29
 5   Q.  I'm not following you.  Can you       14:28:32
 6   break that down for me with like an       14:28:33
 7   example?                                  14:28:40
 8   A.  Sure, a StockX example or             14:28:40
 9   something that could be applicable to     14:28:42
10   StockX.  If somebody buys a pair of       14:28:43
11   sneakers and they don't wear them and     14:28:46
12   they decide "I really don't want to keep  14:28:48
13   these sneakers" or "Gee, I think the      14:28:50
14   price has gone up on these sneakers" and  14:28:54
15   they turn around and want to sell it, how 14:28:56
16   has -- how has Nike suffered any damage   14:29:00
17   from that?                                14:29:03
18   Q.  Well, I guess if the person           14:29:04
19   bought a counterfeit set of sneakers      14:29:08
20   instead of an authentic set of sneakers,  14:29:09
21   then they lost out on the sale, right?    14:29:12
22   A.  Well, but that presumes that          14:29:14
23   that person would have bought that from   14:29:15
24   Nike, that set or pair of sneakers from   14:29:20
25   Nike.                                     14:29:25
```

Page 145

```
 2   Q.  Do you agree that the Internet        14:29:36
 3   made counterfeit investigations in a      14:29:38
 4   counterfeit seller is more difficult and  14:29:44
 5   costly?                                   14:29:47
 6   A.  Yes.                                  14:29:47
 7   Q.  Do you agree the sale of              14:29:48
 8   counterfeits can harm the reputation of   14:29:50
 9   the IP rights holder?                     14:29:52
10   A.  The sale of counterfeits, just        14:29:53
11   in general?                               14:29:56
12   Q.  Yes.                                  14:29:57
13   A.  Can harm the reputation, yes,         14:29:58
14   it can.                                   14:30:02
15   Q.  Do you agree with me that Nike        14:30:03
16   is one of the most counterfeited footwear 14:30:08
17   brands in the world?                      14:30:12
18   A.  I haven't done any research,          14:30:13
19   but I've read that it is.  I suspect it   14:30:15
20   probably is.                              14:30:20
21   Q.  Do you know whether Nike              14:30:21
22   counterfeit sneakers can be made with     14:30:24
23   hazardous or toxic materials?             14:30:26
24   A.  I don't know.  I don't know           14:30:28
25   what kind of materials they are made      14:30:33
```

37 (Pages 142 - 145)

Page 146

```
 2  with.  I have no expertise in              14:30:35
 3  manufacturing.                             14:30:38
 4     Q.   Is there anything in your view     14:31:13
 5  that makes the StockX platform attractive  14:31:17
 6  to counterfeiters?                         14:31:18
 7     A.   The StockX platform as compared    14:31:20
 8  to other platforms or as compared to       14:31:30
 9  what?                                      14:31:34
10     Q.   As compared to anything.           14:31:34
11     A.   Compared to anything.  No, I       14:31:39
12  think it's actually less attractive to     14:31:44
13  counterfeiters because in my experience    14:31:47
14  in law enforcement, anti-counterfeiting    14:31:49
15  work, criminals, and I'm not talking       14:31:52
16  about the one-off, you know, guy who       14:31:55
17  unknowingly sells a pair of counterfeit.   14:31:59
18  I'm talking about organized consistent     14:32:02
19  sellers of counterfeit.  They seek the     14:32:08
20  path of least resistance.  They are going  14:32:11
21  to go somewhere where there is not very    14:32:13
22  much scrutiny.  And StockX goes through    14:32:16
23  great lengths to try to avoid              14:32:19
24  counterfeits.                              14:32:21
25     Q.   So counterfeit fraud rings that    14:32:26
```

Page 147

```
 2  are organized tend to target platforms     14:32:29
 3  that don't provide a lot of resistance;    14:32:35
 4  is that fair?                              14:32:39
 5     A.   That don't provide a lot of        14:32:40
 6  what?                                      14:32:42
 7     Q.   Resistance?                        14:32:44
 8     A.   Resistance.  Would you mind        14:32:44
 9  repeating the question?                    14:32:48
10     Q.   Yeah, I don't think it was very    14:32:49
11  good.  So if you don't mind, I would       14:32:51
12  rather ask another question.               14:32:55
13     A.   Okay.  I don't mind.               14:32:56
14     Q.   Thanks.  So you said that or       14:33:00
15  you testified that you think StockX is     14:33:02
16  less attractive to counterfeiters          14:33:05
17  because, "In my experience in law          14:33:09
18  enforcement and anti-counterfeiting work,  14:33:11
19  criminals, and I'm not talking about the   14:33:14
20  one-off, the guy that just sells a pair    14:33:17
21  of counterfeit.  I'm talking about         14:33:20
22  organized consistent sale of counterfeit.  14:33:22
23  They seek the path of least resistance."   14:33:26
24          Do you remember that?              14:33:27
25     A.   Yes.                               14:33:28
```

Page 148

```
 2     Q.   I'm trying to understand that.     14:33:29
 3  Is your testimony that organized           14:33:30
 4  counterfeiters, okay, like a ring -- are   14:33:33
 5  you familiar with that phrase, "ring"?     14:33:37
 6     A.   Yes.                               14:33:38
 7     Q.   What is that?                      14:33:38
 8     A.   Well, a ring is a group of         14:33:39
 9  people.                                    14:33:41
10     Q.   A group of organized criminals?    14:33:43
11     A.   Criminals.                         14:33:46
12     Q.   Who were trying to put together    14:33:47
13  a counterfeit scheme, right?               14:33:48
14     A.   Right.  People who conspire        14:33:50
15  with one another.                          14:33:53
16     Q.   And they are generally             14:33:54
17  sophisticated at this, right?              14:33:56
18     A.   I would say most of them are.      14:33:57
19     Q.   And is it your testimony that      14:33:59
20  that type of ring is going to target the   14:34:00
21  platforms that are the least rigorous in   14:34:03
22  their authentication; is that fair?        14:34:07
23     A.   Yes.                               14:34:09
24     Q.   And do you think if a ring like    14:34:13
25  that targeted a secondary market           14:34:14
```

Page 149

```
 2  platform, that would indicate a weakness   14:34:20
 3  in its authentication program?             14:34:23
 4     A.   Not necessarily.                   14:34:25
 5     Q.   Would it be an indication of a     14:34:32
 6  robust program?                            14:34:35
 7     A.   Well, you know, it could be an     14:34:36
 8  indication of a robust program.  It could  14:34:41
 9  be an indication, you know, of other       14:34:44
10  things, depending on the objectives of     14:34:46
11  the counterfeiters or the people selling   14:34:50
12  counterfeit.                               14:34:52
13     Q.   Okay.  That's fair.  But in        14:34:53
14  general would you agree with me that the   14:34:54
15  counterfeit ring would be more apt to      14:34:59
16  target a platform whose authentication     14:35:03
17  process was less rigorous?                 14:35:05
18     A.   I think in general that is         14:35:09
19  probably the situation.  That criminals    14:35:11
20  go for the path of least resistance.       14:35:16
21     Q.   And in your experience, would      14:35:17
22  that ring continue to use a platform if    14:35:22
23  it was able to kind of accomplish their    14:35:23
24  goal?                                      14:35:25
25     A.   Presumably.  That is kind of a     14:35:26
```

Page 150

2  hypothetical, but presumably they would          14:35:34
3  want to keep making money if it's                14:35:35
4  profitable for them.                             14:35:37
5     Q.   And they would keep using the            14:35:38
6  same platform, you know, that allowed            14:35:39
7  them to pull off the counterfeiting              14:35:42
8  scheme, right?                                   14:35:44
9     A.   Possibly.  Possibly.                     14:35:44
10    Q.   You have seen that in your               14:35:48
11 experience, though, haven't you?                 14:35:49
12    A.   I have seen where the same               14:35:51
13 individuals or the same front companies          14:35:53
14 are selling things on third-party                14:35:55
15 platforms, yeah.  But, you know, it's not        14:35:58
16 a hard and fast rule.  But generally,            14:36:01
17 again, they seek the path of least               14:36:03
18 resistance.                                      14:36:05
19    Q.   And would you agree with me              14:36:07
20 that the longer the scheme goes on, the          14:36:09
21 larger the indicia of a weakness in the          14:36:12
22 controls of the platform?                        14:36:14
23    A.   When you say the longer the              14:36:23
24 scheme goes on.  You mean the longer they        14:36:25
25 continue to sell?                                14:36:27

Page 151

2     Q.   Yes.                                     14:36:28
3     A.   Sometimes criminals become               14:36:34
4  comfortable in what they are doing.  It          14:36:38
5  might be that they think there is not            14:36:40
6  enough scrutiny or resistance and it             14:36:41
7  might not be.                                    14:36:44
8         So it's hard to say because               14:36:45
9  that's kind of a hypothetical.                   14:36:47
10    Q.   Okay.  I understand.  Does the           14:36:49
11 StockX platform have a global reach?             14:36:59
12    A.   I believe it is accessible               14:37:02
13 globally.                                        14:37:11
14    Q.   Does StockX facilitate sales             14:37:12
15 from China direct to consumers?                  14:37:14
16    A.   Direct to consumers?                     14:37:17
17    Q.   I'm sorry, that's wrong.                 14:37:20
18 Another bad question.                            14:37:22
19    A.   Okay.                                    14:37:23
20    Q.   Sorry.  Can someone in China             14:37:23
21 who hypothetically has a counterfeit set         14:37:29
22 of Nike sneakers to sell use the StockX          14:37:35
23 platform to deliver those shoes to the           14:37:37
24 U.S.?                                            14:37:40
25    A.   Hypothetically, I think they             14:37:44

Page 152

2  can.  To my knowledge, it's not limited          14:37:46
3  geographically, as far as I know.                14:37:52
4     Q.   Are those two things attractive          14:37:53
5  to counterfeiters, having a global reach         14:37:59
6  and allowing shipments from China to             14:38:02
7  reach the end user?                              14:38:04
8     A.   I think they could be                    14:38:05
9  attractive, yeah.                                14:38:08
10    Q.   Is there anything that you can           14:38:12
11 think of that makes Nike products                14:38:14
12 especially attractive to counterfeiters?         14:38:16
13    A.   I'm sorry, is there anything             14:38:18
14 that makes Nike products attractive?             14:38:21
15    Q.   Yeah, especially attractive to           14:38:24
16 counterfeiters?                                  14:38:27
17    A.   Well, I think one thing that             14:38:27
18 makes it very attractive to                      14:38:31
19 counterfeiters is this whole notion of a         14:38:33
20 limited supply, limited editions of shoes        14:38:37
21 that become collectors' items or at least        14:38:41
22 very sought after, very desirable to the         14:38:46
23 point where people will pay way above            14:38:48
24 market value.  And that, I think, acts as        14:38:51
25 a magnet to counterfeiters because the           14:38:55

Page 153

2  profits are so good, so high.                    14:38:58
3         And it's been my experience in            14:39:02
4  the anti- counterfeiting field that of           14:39:03
5  course there are different levels of             14:39:07
6  counterfeit, but the counterfeiters save         14:39:10
7  the good stuff, if you will, for markets         14:39:12
8  like the United States, Europe,                  14:39:14
9  Australia.                                       14:39:17
10    Q.   So would you agree with me that          14:39:24
11 the StockX has attributes that are               14:39:26
12 attractive to counterfeiters and Nike            14:39:28
13 makes products that are attractive to            14:39:30
14 counterfeiters?                                  14:39:32
15    A.   Nike's products, I think, are            14:39:33
16 attractive to counterfeiters.  They are          14:39:35
17 highly desirable.  But I think that              14:39:38
18 because StockX does so much to eliminate         14:39:42
19 counterfeits, it's less attractive to            14:39:45
20 counterfeiters.                                  14:39:48
21    Q.   Based on your determination              14:39:50
22 that there is a robust process in place?         14:39:55
23    A.   Based on my determination of my          14:39:57
24 assessment of their program.  Also based         14:40:02
25 on what their employees, what their key          14:40:05

Page 182

2  recollection, the only online platform          15:38:29
3  was eBay. They were not selling                 15:38:32
4  pharmaceuticals. The people who were            15:38:33
5  selling pharmaceuticals had their own           15:38:35
6  websites.                                        15:38:37
7    Q.  Can you give me one example in            15:38:37
8  your 25-year history where you yourself         15:38:43
9  participated in collaboration between a         15:38:45
10 brand and an online platform?                   15:38:47
11   A.  Well, actually, yes, when I was           15:38:49
12 at Microsoft --                                 15:38:56
13   Q.  Great. Let's talk about that.             15:38:56
14   A.  -- we collaborated with eBay.             15:38:58
15   Q.  Okay. And was Windows 95 being            15:39:01
16 sold on eBay?                                   15:39:06
17   A.  I don't remember which version            15:39:08
18 of Windows or Office. But they were             15:39:09
19 being sold on eBay. We would contact            15:39:12
20 eBay. I actually got to know the lawyer         15:39:16
21 in charge of those issues for eBay at the       15:39:20
22 time, and we would exchange information         15:39:27
23 on bad actors.                                  15:39:29
24   Q.  Okay. And would eBay give you             15:39:32
25 information about the sellers?                  15:39:39

Page 183

2    A.  Sometimes they did. Sometimes             15:39:40
3  they were careful about sharing that. It        15:39:42
4  was mostly we, as the brand, would be           15:39:51
5  providing information to them to help           15:39:53
6  them either identify, you know, the             15:39:55
7  postings of where the products are being        15:39:58
8  sold and then collaborating, sharing            15:40:02
9  information in terms of the sellers.            15:40:05
10   Q.  Now, eBay didn't actually take            15:40:08
11 physical possession of the Windows -- I         15:40:09
12 am sorry, the Microsoft products, right?        15:40:11
13   A.  No, they don't. Actually,                 15:40:14
14 their motto is either it comes --               15:40:16
15 merchandise comes directly from the             15:40:21
16 seller to the buyer or from an eBay             15:40:23
17 warehouse.                                      15:40:26
18   Q.  So they are like a matchmaker,            15:40:26
19 right, correcting a buyer to a seller?          15:40:28
20   A.  Somewhat. That's the nature of            15:40:35
21 online platforms. You could look at it          15:40:36
22 as like a big flea market, if you will,         15:40:38
23 or an open market where you have                15:40:42
24 different vendors.                              15:40:45
25   Q.  Do you think Microsoft would              15:40:46

Page 184

2  have collaborated with eBay, if eBay was        15:40:48
3  returning the counterfeit Windows 95            15:40:51
4  CD-ROMs back to the counterfeiters?             15:40:56
5    A.  You know, that's a                        15:40:57
6  hypothetical.                                   15:41:02
7    Q.  Absolutely.                               15:41:05
8    A.  And I know what you're getting            15:41:06
9  at, but StockX has a different model. I         15:41:08
10 don't know that they returned the               15:41:15
11 counterfeits or the inauthentic. I don't        15:41:16
12 think that applies here.                        15:41:21
13   Q.  Okay. Let's go to 14B here on             15:41:22
14 page 7 of your June 2nd, 2023 report.           15:41:25
15   A.  Okay.                                     15:41:29
16   Q.  And in the first sentence there           15:41:30
17 you write, "Professor Kammel ignores the        15:41:32
18 role of Nike in the proliferation of            15:41:35
19 counterfeit goods."                             15:41:41
20       Do you see that?                          15:41:42
21   A.  Yes.                                      15:41:42
22   Q.  Is it your opinion that Nike              15:41:43
23 plays a role in the proliferation of            15:41:44
24 counterfeit goods?                              15:41:47
25   A.  Well, you know, in the next               15:41:48

Page 185

2  sentence I say, "Nike increases demand          15:41:50
3  for counterfeits by artificially limiting       15:41:51
4  editions of certain desirable or high           15:41:55
5  heat sneakers, fails to provide a               15:41:58
6  consumers' marketplace."                        15:42:00
7       Yes, I do. I feel that because             15:42:03
8  of Nike's policies of limiting these            15:42:07
9  editions, new editions of sneakers.             15:42:11
10 Because of the incredibly high demand           15:42:13
11 it's going to encourage counterfeit,            15:42:21
12 possibly fraud. And where I disagree            15:42:23
13 with Professor Kammel is that I think           15:42:26
14 Nike bears some responsibility for              15:42:30
15 helping to identify the fraud and the           15:42:34
16 counterfeits. But they do nothing,              15:42:39
17 whereas, StockX does a lot.                     15:42:41
18   Q.  Nike does nothing where StockX            15:42:44
19 does a lot, that's your testimony?              15:42:47
20   A.  As far as getting counterfeits            15:42:49
21 off of third-party platforms, yeah.             15:42:53
22   Q.  Okay. And counterfeiting is a             15:42:55
23 crime, right?                                   15:42:59
24   A.  Counterfeiting is a crime.                15:42:59
25   Q.  And when counterfeit Nike shoes           15:43:01

47 (Pages 182 - 185)

## Page 186

```
 2  are sold Nike is a victim of that crime,      15:43:06
 3  right?                                        15:43:08
 4      A.  Generally speaking, yeah, they        15:43:08
 5  can be a victim.                              15:43:16
 6      Q.  So you're of the view that Nike      15:43:17
 7  played a role of the crime in which it is    15:43:20
 8  the victim?                                   15:43:22
 9      A.  Well, I think all brands have a      15:43:23
10  responsibility to do what they can to        15:43:26
11  avoid counterfeits.  And since they seem     15:43:30
12  to feel strongly that StockX has             15:43:32
13  counterfeits for sale, they have a           15:43:37
14  responsibility, I think, to work with        15:43:40
15  StockX and other platforms and also to       15:43:43
16  consumers.                                   15:43:47
17      I mean, at the end of the day            15:43:47
18  it's all about protecting consumers and      15:43:49
19  their interest.  Nike does not provide       15:43:51
20  any information for consumers to help        15:43:53
21  identify potential counterfeits.             15:43:56
22      Q.  I am just going to ask one more      15:44:11
23  time, and you can give the same answer if    15:44:12
24  you want.                                    15:44:14
25      Is it your view that Nike                15:44:15
```

## Page 187

```
 2  played a role in the crime of which it is    15:44:16
 3  the victim?                                   15:44:20
 4      A.  Nike has a responsibility for,       15:44:20
 5  basically, contributing to the problem of    15:44:31
 6  counterfeits on StockX.  Because of the      15:44:35
 7  limited edition, because of the value of     15:44:39
 8  these objects, counterfeiters are going      15:44:43
 9  to try to profit from that, try to take      15:44:49
10  advantage of that.  Nike places, from        15:44:52
11  what I can see, the responsibility on        15:44:56
12  StockX.                                      15:44:59
13      Q.  So is it your opinion that           15:45:20
14  StockX tries to protect its consumers,       15:45:21
15  but Nike does not try to protect its         15:45:25
16  consumers?                                   15:45:27
17      MS. BANNIGAN:  Objection.                15:45:28
18      A.  No, I think that's not exactly,      15:45:28
19  that's not what I said.  What I am saying    15:45:35
20  is that I think StockX goes to great         15:45:38
21  lengths with regard to its platform to       15:45:40
22  protect consumers.  And Nike fails to        15:45:42
23  provide any help to either consumers or      15:45:48
24  third-party platforms.  They just object.    15:45:52
25  I think they object completely to            15:45:57
```

## Page 188

```
 2  third-party platforms.                       15:45:59
 3      Q.  Can you go to 14E, which is on       15:46:00
 4  page 8 of your June 2nd, 2023 report.        15:46:10
 5      A.  Right.                               15:46:14
 6      Q.  Here you -- you wrote all of         15:46:14
 7  this, right?                                  15:46:23
 8      A.  I did.                               15:46:23
 9      Q.  No one else?                         15:46:24
10      A.  I think earlier I said I wrote       15:46:25
11  the entire report.                           15:46:26
12      Q.  Okay.  You definitely did?           15:46:27
13      A.  Is there a doubt about that?        15:46:31
14      Q.  Yes, is the frank answer.           15:46:38
15      MS. BANNIGAN:  Objection.                15:46:40
16      MR. HYNES:  I just asked his            15:46:43
17  question, counsel.                            15:46:45
18      Q.  If we go to E it says, "By          15:46:45
19  advocating responsibility for identifying    15:46:47
20  counterfeits in the secondary market,        15:46:50
21  Nike has shifted the burden for              15:46:52
22  protecting consumers onto marketplaces       15:46:53
23  like StockX that have to set their own       15:46:57
24  independent standards to verify products     15:46:59
25  are deemed appropriate for sale."            15:47:03
```

## Page 189

```
 2      Do you see that?                         15:47:05
 3      A.  Yes.                                 15:47:06
 4      Q.  Can we tell me what -- when you      15:47:07
 5  write "Independent standards" are you        15:47:10
 6  referring to a written set of standards?     15:47:12
 7      A.  Well, I am referring to the          15:47:14
 8  standards that StockX has adopted because    15:47:20
 9  they don't get any help from Nike as far     15:47:23
10  as product verification or product           15:47:27
11  authentication.  So they are left to         15:47:29
12  their own devices, basically.                15:47:34
13      Q.  My question is simply are the        15:47:36
14  standards in writing which you referred      15:47:38
15  to?                                           15:47:40
16      A.  Well, we can look at their           15:47:40
17  procedures.                                   15:47:42
18      Q.  Is that what you mean here,          15:47:43
19  their written procedures?                    15:47:45
20      A.  Shifted the burden of                15:47:47
21  protecting customers to set their own        15:47:50
22  independent standards to verify.  Well,      15:47:52
23  yes, it is the procedures and their          15:47:53
24  policies towards verification, which is      15:47:56
25  to physically identify every product,        15:47:58
```

48 (Pages 186 - 189)

Page 290

```
 1
 2   Q.  When you wrote this report, why        18:52:27
 3   didn't you just write, put paragraph 90    18:52:29
 4   right under paragraph 89?                  18:52:33
 5   A.  Because it's an appendix --            18:52:37
 6   it's submitted as an appendix, as a        18:52:38
 7   separate.  Appendicis are usually at the   18:52:40
 8   end.                                       18:52:47
 9   Q.  Why did you make paragraph 90          18:52:47
10   an appendix instead of putting it in the   18:52:48
11   body of the reports as 90 comes right      18:52:51
12   after 89?                                  18:52:54
13   A.  Because these are all, these           18:52:55
14   are research items.                        18:52:56
15       MR. HYNES:  Okay.  No further          18:53:02
16   questions.  Do you have anything?          18:53:03
17       MS. BANNIGAN:  No further              18:53:04
18   questions.                                 18:53:05
19       MR. HYNES:  Okay.  Then we are         18:53:06
20   off the record.                            18:53:08
21       THE VIDEOGRAPHER:  This marks          18:53:08
22   the end of the deposition.  We are         18:53:09
23   going off the record at 6:53 p.m.          18:53:11
24       (Time noted:  6:53 p.m.)
25
```

Page 291

```
 1
 2          ACKNOWLEDGMENT OF DEPONENT
 3
 4       I have read the foregoing
 5   transcript of my deposition and except
 6   for any corrections or changes noted on
 7   the errata sheet, I hereby subscribe to
 8   the transcript as an accurate record of
 9   the statements made by me.
10       _____
             RICHARD LaMAGNA
11
12   SUBSCRIBED AND SWORN before
13   and to me this ____ day of _____,
14   2023.
15       _____
                   NOTARY PUBLIC
17
18   My Commission Expires:
```

Page 292

```
 1
 2               CERTIFICATION
 3
 4       I, DAWN MATERA, a Notary Public
 5   for and within the State of New York, do
 6   hereby certify:
 7       That the witness whose testimony
 8   as herein set forth, was duly sworn by
 9   me; and that the within transcript is a
10   true record of the testimony given by
11   said witness.
12       I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I
15   am in no way interested in the outcome of
16   this matter.
17       IN WITNESS WHEREOF, I have
18   hereunto set my hand this 29th day of
19   August, 2023.
20
21
22       _Dawn Matera_
              DAWN MATERA
23
```

Page 293

```
 1
 2               I N D E X
 3   Witness                         Page
 4   RICHARD LaMAGNA                   4
 5   Examination By:
 6   Mr. Hynes                         4
 7   Ms. Bannigan                    267
 8   Mr. Hynes                       275
 9
10
11            E X H I B I T S
12   LaMagna                        Page
13   Exhibit 1  Expert report of Richard    28
              LaMagna
14
     Exhibit 2  Speech Transcript -         80
15         Richard C. LaMagna Oral
           Testimony Regarding
16         Anti-Counterfeiting
           Amendments of 2003
17
     Exhibit 3  Speech Transcript:          80
18         Richard C. LaMagna
           Testimony Before the House
19         Subcommittee on Courts,
           the Internet and
20         Intellectual Property, the
           Global Threat of Software
21         Counterfeiting
22   Exhibit 4  ISO Standard 22383         105
23   Exhibit 5  November 17th, 2020        118
              article by Taylor Lee
```

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 4:25 | Do you know what that case is? | Do you know what that case is **about**? | Transcription Error |
| 7:11-12 | My impression from the information that **I** read and learned | My impression from the information that **I've** read and learned | Transcription Error |
| 9:13 | Is that – | Is that – **I swear I'm** | Transcription Error |
| 11:21-22 | to make money off of **that** | to make money off of **those** | Transcription Error |
| 17:13-14 | **You** would say roughly, roughly three months ago. | **I** would say roughly, roughly three months ago. | Transcription Error |
| 21:10 | Roughly, yeah. | Roughly, **I think,** yeah. | Transcription Error |
| 22:24 | When did that call take place | **How long –** when did that call take place | Transcription Error |
| 26:07-08 | I don't know if I was ever **normally** instructed | I don't know if I was ever **formally** instructed | Transcription Error |
| 28:18-19 | We are going to mark this as LaMagna 1. | We are going to mark this as **Exhibit** LaMagna 1. | Transcription Error |
| 30:04-05 | And you issued an invoice that **tells** you how many hours | And you issued an invoice that **says** you how many hours | Transcription Error |

1

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 33:19-20 | So we'll get into the specifics a little bit. | So we'll get into the specifics **in** a little bit. | Transcription Error |
| 40:21-22 | I might **of** advised them on other anti-fraud measures. | I might **have** advised them on other anti-fraud measures. | Clarification |
| 42:13-14 | Is it your recommendation that the platform **provides** | Is it your recommendation that the platform **provide** | Clarification |
| 43:05-08 | if the platform had made a referral to law enforcement, **how** enforcement | if the platform had made a referral to law enforcement, **law** enforcement | Transcription Error |
| 49:18-19 | their online counterfeiting program | their online **anti-**counterfeiting program | Transcription Error |
| 55:13-15 | It's when a brand holder or an IP holder wants find out | It's when a brand holder or an IP holder wants **to** find out | Transcription Error |
| 61:15-16 | Well, for one I had a background, a **long** background | Well, for one I had a background, a **strong** background | Transcription Error |
| 61:24-62:02 | ISACA, which is Information Systems, Audit, Control Association. | ISACA, which is **the** Information Systems Audit **and** Control Association. | Clarification |

2

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 63:19-20 | I would not have **been as** an auditing function. | I would not have **had** an auditing function. | Transcription Error / Clarification |
| 69:12-13 | I did not see -- | I did not see **evidence where** - | Transcription Error |
| 77:05-06 | I know they hire so-called **sneaker-heads**. | I know they hire so-called **sneakerheads**. | Typographical Error |
| 79:10-11 | The information they provided **to** me | **It was** the information they provided**, for** me, | Transcription Error |
| 84:18-19 | Is there **anyway** that a user of Office 97 | Is there **any way** that a user of Office 97 | Typographical Error |
| 87:25-88:02 | the top **of** your consulting firm, right? | the top **is** your consulting firm, right? | Transcription Error |
| 107:09 | Ms. Laura **Ritza**. | Ms. Laura **Rizza**. | Typographical Error |
| 110:12 | I got there 9:30. | I got there **at** 9:30. | Transcription Error |
| 111:03 | Ms. **Sabba**. | Ms. **Saba**. | Typographical Error |
| 112:24-113:02 | I believe my assessment of their program was valid and effective assessment. | I believe my assessment of their program was **a** valid and effective assessment. | Transcription Error |

3

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 115:12-14 | Did you consult any authoritative sources in connection with your **valuation** | Did you consult any authoritative sources in connection with your **evaluation** | Transcription Error / Clarification |
| 117:23-24 | **There is** an example | **They're** an example | Transcription Error |
| 119:25 | In fact it somewhat **echos** | In fact it somewhat **echoes** | Typographical Error |
| 120:03-04 | So it's your testimony that this Gartner article **echos** | So it's your testimony that this Gartner article **echoes** | Typographical Error |
| 123:21-22 | they **measured** that against what's in the database | they **measure** that against what's in the database | Clarification |
| 130:22-23 | **Is** there any other authoritative sources | **Are** there any other authoritative sources | Clarification |
| 139:02-03 | did you examine **a** StockX program | did you examine **StockX's** program | Transcription Error |
| 141:03-04 | before you put the report together on **January** 2nd, 2023 | before you put the report together on **June** 2nd, 2023 | Clarification |
| 143:12-13 | then find it hard to imagine | then **I** find it hard to imagine | Transcription Error / Clarification |

4

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 161:24 | their credit? | their credit **cards**? | Transcription Error |
| 164:5-6 | it's a very large online seller **of** a third-party platform | it's a very large online seller, a third-party platform | Transcription Error |
| 164:9 | **they** have had **difficult** doing that. | **they've** had **difficulty with** doing that. | Transcription Error |
| 167:15 | **undo** emphasis | **undue** emphasis | Typographical Error |
| 170:11-13 | Do you think StockX could ever have honestly claimed that 100 percent of **their** products that **are** sold | Do you think StockX could ever have honestly claimed that 100 percent of **the** products that **it** sold | Transcription Error |
| 172:15 | sellers selling **counterfeit** | sellers selling **counterfeits** | Transcription Error |
| 183:14 | their **motto** is either it comes | their **model** is either it comes | Transcription Error |
| 184:9-11 | I don't know that they **returned** the counterfeits or the inauthentic. | I don't know that they **return** the counterfeits or the inauthentic **items**. | Transcription Error/ Clarification |
| 184:18-19 | proliferation of **counterfeit goods**." | proliferation of **counterfeits**." | Transcription Error |

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 184:23-24 | proliferation of **counterfeit goods**? | proliferation of **counterfeits**? | Transcription Error |
| 185:5-6 | fails to provide **a consumers'** marketplace. | fails to provide **consumers a** marketplace. | Transcription Error |
| 185:11 | it's going to encourage **counterfeit** | it's going to encourage **counterfeits** | Clarification |
| 188:19 | **advocating** responsibility | **abdicating** responsibility | Transcription Error |
| 194:19 | divulging anything, | divulging anything **secret**, | Transcription Error |
| 194:25 | what they did **was** very standard and typical | what they did **is** very standard and typical | Transcription Error |
| 195:2-3 | the anticounterfeiting field. **And** is not a trade secret. | the anticounterfeiting field **and** is not a trade secret. | Transcription Error |
| 195:23-24 | And number 33 is "National Prescription Opioid" | And number 33 is "**In Re:** National Prescription Opioid" | Transcription Error |
| 196:7 | I don't know the **exact** term | I don't know the **correct** term | Transcription Error |
| 196:12-13 | I was retained -- and I am still doing it. | I was retained – **it varied by case**; I am still doing it. | Transcription Error |

6

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 196:15-16 | four companies, **it's** depending on the case | four companies, depending on the case | Transcription Error |
| 197:24-25 | He could have protected his brand **and** himself | He could have protected his brand himself | Transcription Error |
| 199:13 | I would have to go back | I would **also** have to go back | Transcription Error |
| 201:13-15 | part of the research **of** Analysis Group was to go online | part of the research **that** Analysis Group **did** was to go online | Transcription Error/ Clarification |
| 204:5 | **Alp Vision** | **AlpVision** | Typographical Error |
| 204:7 | **Alp Vision** | **AlpVision** | Typographical Error |
| 204:9 | **Alp Vision** | **AlpVision** | Typographical Error |
| 204:19 | **Alp Vision** | **AlpVision** | Typographical Error |
| 205:11 | **Alp Vision** | **AlpVision** | Typographical Error |
| 205:18 | **Alp Vision** | **AlpVision** | Typographical Error |
| 205:21 | **Alp Vision** | **AlpVision** | Typographical Error |

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 207:11-12 | let's ask Laura to **go to** the room. | let's ask Laura to **leave** the room. | Transcription Error |
| 209:17-18 | **Alp Vision** | **AlpVision** | Typographical Error |
| 209:20-21 | **Alp Vision** | **AlpVision** | Typographical Error |
| 210:7 | **include** hyped limited drops | **includes** hyped limited drops | Transcription Error |
| 211:6-7 | What do you mean by artificial demand? | What do you mean by artificial demand? **Is it fake demand?** | Transcription Error |
| 213:2-3 | again, **but** I talked about | again, **what** I talked about | Transcription Error |
| 217:5 | StockX's **counterfeiting** program | StockX's **anticounterfeiting** program | Transcription Error |
| 219:6-9 | those were the **only** policies at that time, when in fact some of them I think existed before that. | those were the policies **only** at that time, when in fact some of them I think existed before that. | Clarification |
| 221:10-12 | Yeah, I think some of these I had looked at the article. I think that probably I saw it before June 2nd. | Yeah, I think some of these I had looked at the article -- I think that probably I saw it before June 2nd. | Transcription Error |

8

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 224:4-5 | I am not, you know, quite sure **for** the purpose of the question. | I am not, you know, quite sure the purpose of the question. | Transcription Error |
| 225:25-226:1 | I mean **largely** across the board in general. | I mean **broadly,** across the board, in general. | Transcription Error |
| 227:8-9 | same way as StockX or **when** the other platforms does. | same way as StockX or **one of** the other platforms does. | Transcription Error |
| 229:2-3 | That's right. Operating procedures. | That's right. **Their** operating procedures. | Transcription Error |
| 243:17-19 | If they didn't. If they were cavalier about it, they wouldn't fire people. | If they didn't, **if** they were cavalier about it, they wouldn't fire people. | Transcription Error |
| 252:14-15 | I recall correctly from the deposition | **If** I recall correctly from the deposition | Transcription Error |
| 256:13 | **Sneakerstrup** | **Sneakerstrut** | Transcription Error |
| 257:4 | 10,000 plus | $10,000+ | Transcription Error |
| 268:3 | one of **the** Professor Kammel's reports | one of Professor Kammel's reports | Clarification |

9

**Deposition Date:** 8/24/2023
**Deponent:** Richard LaMagna – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 268:9 | I **heard** that StockX refunded his money | I **learned** that StockX refunded his money | Transcription Error |
| 286:2 | **elicit** goods | **illicit** goods | Typographical Error |
| 290:7 | **Appendicis** | **Appendices** | Typographical Error |

I, Richard LaMagna, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on August 24, 2023; that I have made such corrections as appear noted herein; and that my testimony as contained herein, as corrected, is true and correct.

DATED this __26__ day of September, 2023.

*Richard C. LaMagna*

Richard LaMagna

10