# Exhibit 76

| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/I-sold-an-item-on-StockX-and-it-failed-the-authentication-process-however-I-believe-it-should-have-passed-What-can-I-do |
| Page loaded at (UTC): | Fri, 24 Jun 2022 19:49:41 GMT |
| Capture timestamp (UTC): | Fri, 24 Jun 2022 19:49:55 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 975e58f3-d95f-4ab1-8a94-09f3c2149efd |
| User: | pv-leslie |

PDF REFERENCE #:    vt2mouTHqZyTR3SACzCZdn

CONFIDENTIAL                                                                 NIKE0038992

**StockX** | Help Center | Ask a Question | English (US)

# I sold an item on StockX and it failed the authentication process, however I believe it should have passed. What can I do?

6/23/2022

StockX maintains rigorous internal guidelines to ensure that everything on the site meets our standards.

During our verification process, discrepancies are initially noted by our authenticators. From there, your item is sent to our Quality Assurance group who takes a second look. QA performs their own review of the item, determines if the product meets the standards that StockX and the manufacturer has set, and makes a final decision.

You can be sure that every item that does not pass our verification process is reviewed by a minimum of two separate teams before a final decision is made.

If you believe a discrepancy exists, you can Contact Us with your appeal. To request a review, contact us with the following information:

- Order number
- Failure reason as provided by StockX
- Photo(s) of product
- Why you believe the item should have passed verification

If your item is reviewed and your authentication failure is reversed, a shipping label will be sent to you to send your item back to StockX for re-verification. Your payout for the original sale amount will be issued once the item is received and verified.

If your item is reviewed and your authentication failure is upheld, the decision on the transaction will be considered final.

Did this information resolve your issue?   Yes   No

**Frequently Asked Questions**

My Account

Recent Purchases FAQ

Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us

CONFIDENTIAL                                                                                      NIKE0038993