# Exhibit 81

*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-107387-V8V6Z3
**CASE TITLE**:RETURNS / EXCHANGES
**CONTACT REASON**:CONCERNS WITH THE ITEM CONDITION
**ORDER NUMBER**: 27380662
**CREATED ON**: 10/5/2021 4:38 AM
**STATUS**: RESOLVED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: UPDATED DESCRIPTION [10/5/2021 4:39:36 AM UTC]

ORDER #: 27480903-27380662

HI, I RECEIVED THESE DUNKS, AND THEY'RE EITHER FAKE OR DEFECTIVE. I
DOUBT NIKE WOULD MANUFACTURE THEM SO POORLY. THESE BEING MY SECOND
PAIR, I'M NOT SATISFIED. THIS SHOULD HAVE BEEN PICKED UP AT THE
AUTHENTICATION CENTRE.

HOPE TO HEAR FROM YOU ASAP.

KIND REGARDS
STEVE

----------------------------------------

ORDER #: 27480903-27380662

HI, I RECEIVED THESE DUNKS, AND THEY'RE EITHER FAKE OR DEFECTIVE. I
DOUBT NIKE WOULD MANUFACTURE THEM SO POORLY. THESE BEING MY SECOND
PAIR, I'M NOT SATISFIED. THIS SHOULD HAVE BEEN PICKED UP AT THE
AUTHENTICATION CENTRE.

HOPE TO HEAR FROM YOU ASAP.

KIND REGARDS
STEVE

**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN
DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

STX0775180

**CUSTOMER EMAIL:** 
**CUSTOMER NAME:**

## History:

| Date | Created by | Activity Type | Subject |
|------|-----------|---------------|---------|
| 10/5/2021 4:38 AM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-107387-V8V6Z3 Returns / Exchanges CRM:0137878<br><br>Hey there<br><br>Thank you for reaching out to StockX Support. We've received your message and Case #CAS-107387-V8V6Z3: &quot;Returns / Exchanges&quot; has been created.<br><br>We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.<br><br>If you haven't already provided the following information, please reply to this email with it to help us serve you faster:<br><br>- Photo(s) of the issue to which you're referring<br>- Photo of the StockX verification tag still attached to your item<br>- Photo of the QR code on the back of the tag. |

STX0775181

| | | | |
|---|---|---|---|
| | | | - Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Page (http://help.stockx.com), as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br><br>http://help.stockx.com/ |
| 10/5/2021<br>5:19 PM | Tristan Wilson | Email | Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size<br>CRM:0022520<br><br>Hey Steve,<br><br>I hope your day is going well, my name is Tristan and I'm a product specialist here at StockX and I would like to thank you for reaching out.<br><br>I see that you are reaching out regarding Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy to take a look into how I can further assist you in this matter.<br><br>Please reach back out with the following photos below: |

STX0775182

| | | | Any specific flaws you have noticed (Send More Photos)<br>Shoebox Label<br>Sizing Tags (In both shoes)<br>Left and Right sides of the sneakers<br>Outsoles of the sneakers<br><br>We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!<br><br>Thanks,<br><br>Tristan |
|---|---|---|---|
| 10/6/2021<br>1:47 PM | Tristan Wilson | Email | RE: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520<br><br>Hey Steve,<br><br>I hope your morning is going well, and that your week is off to a good start.<br><br>I just wanted to check back in one last time before we have to close this case tomorrow due to no response.<br><br>Please reach back out if you are still in need of assistance.<br><br>Best,<br><br>Tristan<br><br>------------------ Original Message ------------------<br>From: support@stockx.com |

STX0775183

&lt;support@stockx.com&gt;;
Received: Tue Oct 05 2021 10:19:51 GMT-0700
(Mountain Standard Time)
To: Steve Jason

Subject: Order: 27380662 - Nike Dunk Low
Championship Red (2021) (SIZE: 8.5) Us M Men's
Size CRM:0022520

Hey Steve,

I hope your day is going well, my name is Tristan and
I'm a product specialist here at StockX and I would
like to thank you for reaching out.

I see that you are reaching out regarding Order:
27380662 - Nike Dunk Low Championship Red
(2021) (SIZE: 8.5) Us M Men's Size authenticity, and
I'm happy to take a look into how I can further assist
you in this matter.

Please reach back out with the following photos
below:

> Any specific flaws you have noticed (Send
More Photos)
> Shoebox Label
> Sizing Tags (In both shoes)
> Left and Right sides of the sneakers
> Outsoles of the sneakers

We will follow up with you after reviewing the
images that you send. Please feel free to reach back
out if you have any other questions or concerns.
Looking forward to hearing back from you!

Thanks,

Tristan

STX0775184

| 10/6/2021<br>5:35 PM | SYSTEM | Email | Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520<br><br>Hi Tristan,Please see attached photos. My previous email didn't send because it was too large.On Wed, 6 Oct 2021 at 7:43 pm, Steve Jason ███████ ████████████████████ wrote:Hi Tristan,Please see attached video. I've already sent photos.Additional photos request are attached as well.Thanks TristanOn Wed, 6 Oct 2021 at 4:19 am, support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Steve,I hope your day is going well, my name is Tristan and I'm a product specialist here at StockX and I would like to thank you for reaching out.I see that you are reaching out regarding Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy to take a look into how I can further assist you in this matter.Please reach back out with the following photos below:Any specific flaws you have noticed (Send More Photos)Shoebox LabelSizing Tags (In both shoes)Left and Right sides of the sneakersOutsoles of the sneakersWe will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!Thanks,Tristan |
| 10/6/2021<br>6:28 PM | Tristan Wilson | Email | Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520<br><br><br>Hey Steve,<br><br><br>Thanks for reaching back out with the requested images.<br><br><br>I am going to reach out to our Senior Authenticators for further insight on this review. They will reach back out to me within 1-2 business days as they review the images. I will follow up with you after I |

STX0775185

receive clarification on this review.

Be in touch soon,
Tristan

------------------ Original Message ------------------
From: Steve Jason █████████

█████████████████████████████████████

Received: Wed Oct 06 2021 10:30:04 GMT-0700
(Mountain Standard Time)
To: Case 09535118 &lt;support@stockx.com&gt;;
support@stockx.com &lt;support@stockx.com&gt;;
Subject: Re: Order: 27380662 - Nike Dunk Low
Championship Red (2021) (SIZE: 8.5) Us M Men's
Size CRM:0022520

Hi Tristan,

Please see attached photos. My previous email
didn't send because it was too large.

On Wed, 6 Oct 2021 at 7:43 pm, Steve Jason ████████
███████████████████████████████ wrote:

Hi Tristan,

STX0775186

Please see attached video. I've already sent photos.

Additional photos request are attached as well.


Thanks Tristan

On Wed, 6 Oct 2021 at 4:19 am,
support@stockx.com &lt;support@stockx.com&gt;
wrote:


Hey Steve,

I hope your day is going well, my name is Tristan and
I'm a product specialist here at StockX and I would
like to thank you for reaching out.

I see that you are reaching out regarding Order:
27380662 - Nike Dunk Low Championship Red
(2021) (SIZE: 8.5) Us M Men's Size authenticity, and
I'm happy to take a look into how I can further assist
you in this matter.

Please reach back out with the following photos
below:


        Any specific flaws you have noticed (Send
More Photos)

STX0775187

| | | | |
|---|---|---|---|
| | | | Shoebox Label<br>Sizing Tags (In both shoes)<br>Left and Right sides of the sneakers<br>Outsoles of the sneakers<br><br>We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!<br><br>Thanks,<br><br>Tristan |
| 10/8/2021<br>2:34 AM | Tristan Wilson | Email | Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520<br><br><br>Hey Steve,<br><br><br>Thanks for reaching back out, I can confirm I should be hearing back from the team tomorrow.<br><br><br>I'll reach back out as soon as I hear back from them.<br><br><br>Best, |

STX0775188

Tristan

------------------ Original Message ------------------
From: support@stockx.com
&lt;support@stockx.com&gt;;
Received: Wed Oct 06 2021 11:29:28 GMT-0700
(Mountain Standard Time)
To: Steve Jason ████████
████████████████████████████
Subject: Re: Order: 27380662 - Nike Dunk Low
Championship Red (2021) (SIZE: 8.5) Us M Men's
Size CRM:0022520

Hey Steve,

Thanks for reaching back out with the requested
images.

I am going to reach out to our Senior Authenticators
for further insight on this review. They will reach
back out to me within 1-2 business days as they
review the images. I will follow up with you after I
receive clarification on this review.

Be in touch soon,
Tristan

------------------ Original Message ------------------
From: Steve Jason ████████
████████████████████████████
Received: Wed Oct 06 2021 10:30:04 GMT-0700
(Mountain Standard Time)
To: Case 09535118 &lt;support@stockx.com&gt;;
support@stockx.com &lt;support@stockx.com&gt;;
Subject: Re: Order: 27380662 - Nike Dunk Low
Championship Red (2021) (SIZE: 8.5) Us M Men's
Size CRM:0022520

Confidential

Hi Tristan,

Please see attached photos. My previous email didn't send because it was too large.

On Wed, 6 Oct 2021 at 7:43 pm, Steve Jason ███████ ████████████████████████ wrote:

Hi Tristan,

Please see attached video. I've already sent photos.

Additional photos request are attached as well.

Thanks Tristan

Confidential

On Wed, 6 Oct 2021 at 4:19 am,
support@stockx.com &lt;support@stockx.com&gt;
wrote:

Hey Steve,

I hope your day is going well, my name is Tristan and
I'm a product specialist here at StockX and I would
like to thank you for reaching out.

I see that you are reaching out regarding Order:
27380662 - Nike Dunk Low Championship Red
(2021) (SIZE: 8.5) Us M Men's Size authenticity, and
I'm happy to take a look into how I can further assist
you in this matter.

Please reach back out with the following photos
below:

      Any specific flaws you have noticed (Send
More Photos)
      Shoebox Label
      Sizing Tags (In both shoes)
      Left and Right sides of the sneakers
      Outsoles of the sneakers

We will follow up with you after reviewing the
images that you send. Please feel free to reach back
out if you have any other questions or concerns.
Looking forward to hearing back from you!

Thanks,

Tristan

STX0775191

| | | | |
|---|---|---|---|
| | | | |
| 10/8/2021 2:03 PM | Tristan Wilson | Email | Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520<br><br>Hey Steve,<br><br>After having a couple of our senior authenticators review the photos you have provided it has been communicated that the pair you have received is within the production standards for a pair of Nike Dunk Low Championship Red (2021), and we are not seeing anything out of the ordinary for this pair.<br><br>The good news is we have had this pair reviewed both in hand and via the photos you have provided and confirmed authenticity both times. If you are uninterested in keeping what you have received we would suggest reselling this pair on StockX, since they would pass verification once again.<br><br>If you have any other questions feel free to reach back out to us.<br><br>Thanks,<br><br>Tristan<br><br><br>------------------ Original Message ------------------<br>From: support@stockx.com<br>&Lt;support@stockx.com&gt;; |

Received: Thu Oct 07 2021 19:52:05 GMT-0700
(Mountain Standard Time)
To: Steve Jason ███████████
███████████████████████████████

Subject: Re: Order: 27380662 - Nike Dunk Low
Championship Red (2021) (SIZE: 8.5) Us M Men's
Size CRM:0022520

Hey Steve,

Thanks for reaching back out, I can confirm I should
be hearing back from the team tomorrow.

I'll reach back out as soon as I hear back from them.

Best,

Tristan

------------------ Original Message ------------------
From: support@stockx.com
&lt;support@stockx.com&gt;;
Received: Wed Oct 06 2021 11:29:28 GMT-0700
(Mountain Standard Time)
To: Steve Jason ███████████
███████████████████████████████

Subject: Re: Order: 27380662 - Nike Dunk Low
Championship Red (2021) (SIZE: 8.5) Us M Men's
Size CRM:0022520

Hey Steve,

STX0775193

Thanks for reaching back out with the requested images.

I am going to reach out to our Senior Authenticators for further insight on this review. They will reach back out to me within 1-2 business days as they review the images. I will follow up with you after I receive clarification on this review.

Be in touch soon,
Tristan

------------------ Original Message ------------------
From: Steve Jason ██████████
Received: Wed Oct 06 2021 10:30:04 GMT-0700 (Mountain Standard Time)
To: Case 09535118 &lt;support@stockx.com&gt;;
support@stockx.com &lt;support@stockx.com&gt;;
Subject: Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520

Hi Tristan,

Please see attached photos. My previous email didn't send because it was too large.

STX0775194

On Wed, 6 Oct 2021 at 7:43 pm, Steve Jason ████
████████████████████████ wrote:

Hi Tristan,

Please see attached video. I've already sent photos.

Additional photos request are attached as well.

Thanks Tristan

On Wed, 6 Oct 2021 at 4:19 am,
support@stockx.com &lt;support@stockx.com&gt;
wrote:

Hey Steve,

I hope your day is going well, my name is Tristan and
I'm a product specialist here at StockX and I would
like to thank you for reaching out.

I see that you are reaching out regarding Order:

STX0775195

| | | | 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy to take a look into how I can further assist you in this matter.<br><br>Please reach back out with the following photos below:<br><br>      Any specific flaws you have noticed (Send More Photos)<br>      Shoebox Label<br>      Sizing Tags (In both shoes)<br>      Left and Right sides of the sneakers<br>      Outsoles of the sneakers<br><br>We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!<br><br>Thanks,<br><br>Tristan |
| 10/8/2021 2:05 PM | Tristan Wilson | Case Resolution | Meets standards |

STX0775196

**Emails:**

| Date | Email |
|---|---|
| 10/5/2021 4:38 AM | **From : support@stockx.com To :Steve Jason** ▇▇▇<br>**Subject :  StockX Case # CAS-107387-V8V6Z3 Returns / Exchanges CRM:0137878**<br>**Created on behalf of: Solvvy D365-PROD-Solvvy**<br>**Content :**<br><br><br>**Hey there**<br>**Steve Jason!**<br><br>**Thank you for reaching out to StockX Support. We've received your message and Case #CAS-107387-V8V6Z3: &quot;Returns / Exchanges&quot; has been created.**<br><br>**We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.**<br><br>**If you haven't already provided the following information, please reply to this email with it to help us serve you faster:**<br><br>**- Photo(s) of the issue to which you're referring**<br>**- Photo of the StockX verification tag still attached to your item**<br>**- Photo of the QR code on the back of the tag.**<br><br>**- Email address associated with your StockX account**<br>**- Order # if applicable**<br>**- Description of your case**<br><br>**We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!**<br><br>**We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Page (http://help.stockx.com), as it may have the answers you are looking for!**<br><br>**We look forward to connecting with you soon!**<br><br>**Thank you,** |

STX0775197

| | StockX Support |
|---|---|
| | http://help.stockx.com/ |
| 10/5/2021 5:19 PM | From : support@stockx.com To :Steve Jason ████ Subject : Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520 Created on behalf of: Tristan Wilson Content : Hey Steve, I hope your day is going well, my name is Tristan and I'm a product specialist here at StockX and I would like to thank you for reaching out. I see that you are reaching out regarding Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy to take a look into how I can further assist you in this matter. Please reach back out with the following photos below:  Any specific flaws you have noticed (Send More Photos) Shoebox Label Sizing Tags (In both shoes) Left and Right sides of the sneakers Outsoles of the sneakers  We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you! Thanks, Tristan |
| 10/6/2021 1:47 PM | From : support@stockx.com To :Steve Jason ████ Subject : RE: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520 |

STX0775198

Created on behalf of: Tristan Wilson
Content :

Hey Steve,


I hope your morningis going well,and that your week is off to a good start.


I just wanted to check back in one last time before we have to close this case tomorrow due to no response.

Please reach back out if you are still in need of assistance.

Best,

Tristan


------------------ Original Message ------------------
From: support@stockx.com &lt;support@stockx.com&gt;;
Received: Tue Oct 05 2021 10:19:51 GMT-0700 (Mountain Standard Time)
To: Steve Jason██████████████████████████
Subject: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520


Hey Steve,

I hope your day is going well, my name is Tristan and I'm a product specialist here at StockX and I would like to thank you for reaching out.

I see that you are reaching out regarding Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy to take a look into how I can further assist you in this matter.

Please reach back out with the following photos below:


      Any specific flaws you have noticed (Send More Photos)
      Shoebox Label
      Sizing Tags (In both shoes)
      Left and Right sides of the sneakers
      Outsoles of the sneakers

Confidential

<table>
<tr><td></td><td>We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!<br><br>Thanks,<br><br>Tristan</td></tr>
<tr><td>10/6/2021 5:35 PM</td><td>**From** [REDACTED] **To :** Case 09535118, support@stockx.com<br>**Subject :** Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520<br>**Created on behalf of:** Andrew Jocson ADM<br>**Content :**<br>Hi Tristan,Please see attached photos. My previous email didn't send because it was too large.On Wed, 6 Oct 2021 at 7:43 pm, Steve Jason Kalim &lt;stevejason12@gmail.com&gt; wrote:Hi Tristan,Please see attached video. I've already sent photos.Additional photos request are attached as well.Thanks TristanOn Wed, 6 Oct 2021 at 4:19 am, support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Steve,I hope your day is going well, my name is Tristan and I'm a product specialist here at StockX and I would like to thank you for reaching out.I see that you are reaching out regarding Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy to take a look into how I can further assist you in this matter.Please reach back out with the following photos below:Any specific flaws you have noticed (Send More Photos)Shoebox LabelSizing Tags (In both shoes)Left and Right sides of the sneakersOutsoles of the sneakersWe will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!Thanks,Tristan</td></tr>
<tr><td>10/6/2021 6:28 PM</td><td>**From :** support@stockx.com **To :** Steve Jason [REDACTED]<br>**Subject :** Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520<br>**Created on behalf of:** Tristan Wilson<br>**Content :**<br><br><br>Hey Steve,<br><br><br>Thanks for reaching back out with the requested images.</td></tr>
</table>

Confidential

I am going to reach out to our Senior Authenticators for further insight on this review. They will reach back out to me within 1-2 business days as they review the images. I will follow up with you after I receive clarification on this review.

Be in touch soon,
Tristan

------------------- Original Message -------------------
From: Steve Jason ████████████████████████████
Received: Wed Oct 06 2021 10:30:04 GMT-0700 (Mountain Standard Time)
To: Case 09535118 &lt;support@stockx.com&gt;; support@stockx.com
&lt;support@stockx.com&gt;;
Subject: Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5)
Us M Men's Size CRM:0022520


Hi Tristan,


Please see attached photos. My previous email didn't send because it was too large.


On Wed, 6 Oct 2021 at 7:43 pm, Steve Jason ████████████
████████████████████████ wrote:


Hi Tristan,

Confidential

Please see attached video. I've already sent photos.

Additional photos request are attached as well.


Thanks Tristan


On Wed, 6 Oct 2021 at 4:19 am,  support@stockx.com
&lt;support@stockx.com&gt; wrote:


Hey Steve,

I hope your day is going well, my name is Tristan and I'm a product specialist here
at StockX and I would like to thank you for reaching out.

I see that you are reaching out regarding Order: 27380662 - Nike Dunk Low
Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy
to take a look into how I can further assist you in this matter.

Please reach back out with the following photos below:


       Any specific flaws you have noticed (Send More Photos)
       Shoebox Label
       Sizing Tags (In both shoes)
       Left and Right sides of the sneakers
       Outsoles of the sneakers

STX0775202

| | |
|---|---|
| | We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!<br><br>Thanks,<br><br>Tristan |
| 10/8/2021 2:34 AM | From : support@stockx.com To :Steve Jason █████<br>Subject :  Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520<br>Created on behalf of: Tristan Wilson<br>Content :<br><br><br>Hey Steve,<br><br><br>Thanks for reaching back out, I can confirm I should be hearing back from the team tomorrow.<br><br><br>I'll reach back out as soon as I hear back from them.<br><br><br>Best,<br><br><br>Tristan<br><br>------------------ Original Message ------------------<br>From: support@stockx.com &lt;support@stockx.com&gt;; |

STX0775203

Received: Wed Oct 06 2021 11:29:28 GMT-0700 (Mountain Standard Time)
To: Steve Jason █████████████████████
Subject: Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5)
Us M Men's Size CRM:0022520

Hey Steve,

Thanks for reaching back out with the requested images.

I am going to reach out to our Senior Authenticators for further insight on this
review. They will reach back out to me within 1-2 business days as they review the
images. I will follow up with you after I receive clarification on this review.

Be in touch soon,
Tristan

------------------ Original Message ------------------
From: Steve Jason ██████████████████████████
Received: Wed Oct 06 2021 10:30:04 GMT-0700 (Mountain Standard Time)
To: Case 09535118 &lt;support@stockx.com&gt;; support@stockx.com
&lt;support@stockx.com&gt;;
Subject: Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5)
Us M Men's Size CRM:0022520

Hi Tristan,

Please see attached photos. My previous email didn't send because it was too
large.

Confidential

On Wed, 6 Oct 2021 at 7:43 pm, Steve Jason ██████ ████████████████████████ wrote:

Hi Tristan,

Please see attached video. I've already sent photos.

Additional photos request are attached as well.

Thanks Tristan

On Wed, 6 Oct 2021 at 4:19 am,  support@stockx.com &lt;support@stockx.com&gt; wrote:

Hey Steve,

I hope your day is going well, my name is Tristan and I'm a product specialist here

STX0775205

at StockX and I would like to thank you for reaching out.

I see that you are reaching out regarding Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy to take a look into how I can further assist you in this matter.

Please reach back out with the following photos below:

       Any specific flaws you have noticed (Send More Photos)
       Shoebox Label
       Sizing Tags (In both shoes)
       Left and Right sides of the sneakers
       Outsoles of the sneakers

We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!

Thanks,

Tristan

| | |
|---|---|
| 10/8/2021 2:03 PM | **From : support@stockx.com To :Steve Jason** ▮▮▮▮<br>**Subject :  Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size CRM:0022520**<br>**Created on behalf of: Tristan Wilson**<br>**Content :**<br><br>**Hey Steve,** |

Confidential

After having a couple of our senior authenticators review the photos you have provided it has been communicated that the pair you have received is within the production standards for a pair of Nike Dunk Low Championship Red (2021), and we are not seeing anything out of the ordinary for this pair.

The good news is we have had this pair reviewed both in hand and via the photos you have provided and confirmed authenticity both times. If you are uninterested in keeping what you have received we would suggest reselling this pair on StockX, since they would pass verification once again.

If you have any other questions feel free to reach back out to us.

Thanks,

Tristan


------------------- Original Message -------------------
From: support@stockx.com &lt;support@stockx.com&gt;;
Received: Thu Oct 07 2021 19:52:05 GMT-0700 (Mountain Standard Time)
To: Steve Jason███████████
Subject: Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5)
Us M Men's Size CRM:0022520




Hey Steve,


Thanks for reaching back out, I can confirm I should be hearing back from the team tomorrow.


I'll reach back out as soon as I hear back from them.


Best,


Tristan

------------------- Original Message -------------------
From: support@stockx.com &lt;support@stockx.com&gt;;
Received: Wed Oct 06 2021 11:29:28 GMT-0700 (Mountain Standard Time)
To: Steve Jason █████████████████████
Subject: Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5)
Us M Men's Size CRM:0022520

Hey Steve,

Thanks for reaching back out with the requested images.

I am going to reach out to our Senior Authenticators for further insight on this review. They will reach back out to me within 1-2 business days as they review the images. I will follow up with you after I receive clarification on this review.

Be in touch soon,
Tristan

------------------- Original Message -------------------
From: Steve Jason █████████████████████
Received: Wed Oct 06 2021 10:30:04 GMT-0700 (Mountain Standard Time)
To: Case 09535118 &lt;support@stockx.com&gt;; support@stockx.com
&lt;support@stockx.com&gt;;
Subject: Re: Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5)
Us M Men's Size CRM:0022520

Hi Tristan,

Please see attached photos. My previous email didn't send because it was too large.

STX0775208

On Wed, 6 Oct 2021 at 7:43 pm, Steve Jason ███████
████████████████████████████

Hi Tristan,

Please see attached video. I've already sent photos.

Additional photos request are attached as well.

Thanks Tristan

On Wed, 6 Oct 2021 at 4:19 am,  support@stockx.com
&lt;support@stockx.com&gt; wrote:

Confidential

Hey Steve,

I hope your day is going well, my name is Tristan and I'm a product specialist here at StockX and I would like to thank you for reaching out.

I see that you are reaching out regarding Order: 27380662 - Nike Dunk Low Championship Red (2021) (SIZE: 8.5) Us M Men's Size authenticity, and I'm happy to take a look into how I can further assist you in this matter.

Please reach back out with the following photos below:

       Any specific flaws you have noticed (Send More Photos)
       Shoebox Label
       Sizing Tags (In both shoes)
       Left and Right sides of the sneakers
       Outsoles of the sneakers

We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!

Thanks,

Tristan

**Task:**

STX0775210

| Date | Created by | Description | Task Type | Closed |
|------|-----------|-------------|-----------|--------|
|      |           |             |           |        |

**Notes:**

| Date | Created by | Subject | Note | |
|------|-----------|---------|------|--|
| 10/5/2021 4:38 AM | SYSTEM | Image | | |
| 10/5/2021 4:38 AM | SYSTEM | Image | | |
| 10/5/2021 4:39 AM | SYSTEM | Image | | |
| 10/5/2021 4:39 AM | SYSTEM | Image | | |
| 10/5/2021 4:39 AM | SYSTEM | Image | | |
| | | | | |

**Conversation:**

| Date | Type | Teammate | Transcript |
|------|------|----------|-----------|
|      |      |          |           |
|      |      |          |           |

**Post:**

| Date | Type | Teammate | Text |
|------|------|----------|------|
|      |      |          |      |

STX0775211