# Exhibit 82

*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-1172912-B0Y2Q3
**CASE TITLE**:RETURNS / EXCHANGES
**CONTACT REASON**:CONCERNS WITH THE ITEM CONDITION
**ORDER NUMBER**: 35588133
**CREATED ON**: 4/8/2022 9:09 PM
**STATUS**: RESOLVED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: THE ZOOMX VAPORFLY IS THE BEST MARATHON RUNNING SHOE IN THE WORLD. I HAVE OWNED 7 OF THESE SHOES AND I AM UTTERLY DISAPPOINTED THAT STOCKX VERIFICATION PROCESS WOULD MISS A BALANT FAKE VAPORFLY SHOE TO BE SHIPPED TO ME. THIS SHOE HAS QUALITY ISSUES WHICH SCREAM FAKE, SEE THE PICTURES ATTACHED OF THE WEIGHT AND LOGO INDENTATION AS WELL AS SAGGY MESH OF THE SHOE. NOT ONLY THAT THE FOAM IS NOT ZOOMX THIS IS A CONCRETE FOAM IT IS NOT NIKES AUTHENTIC WORLD RENOWNED ZOOMX. HOW YOU GUYS MISSED THIS IS BEYOND ME. PLEASE REFUND MY ORDER.
**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**:
**CUSTOMER NAME**: SEBASTIAN

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 4/8/2022 9:09 PM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332 |

|  |  |  | Hey there Sebastian!<br><br>Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1172912-B0Y2Q3: &quot;Returns / Exchanges&quot; has been created.<br><br>We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.<br><br>If you haven't already provided the following information, please reply to this email with it to help us serve you faster:<br><br>- Photo(s) of the issue to which you're referring<br>- Photo of the StockX verification tag still attached to your item<br>- Photo of the QR code on the back of the tag.<br><br>- Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our<br>Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |

Confidential

| | | | |
|---|---|---|---|
| 4/8/2022 9:16 PM | SYSTEM | Email | Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br><br>Additional picturesOn Fri, Apr 8, 2022, 4:09 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey there Sebastian!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1172912-B0Y2Q3: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you soon!Thank you,StockX Supporthttps://stockx.com/help |
| 4/9/2022 5:03 PM | Austin Short | Email | Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br><br>Hey Sebastian,<br><br>Thank you for choosing StockX! I'm sorry to hear that you believe this pair ofNike ZoomX Vaporfly NEXT% 2s may be inauthentic. We definitely want to look further into this for you.<br><br>I appreciate the photos you have sent so far, but in |

order to thoroughly review and document your case we ask that you please send the following photos as well.

Closer shot of shoe box label

Shoe size tag

Outsoles (bottoms) of the shoes

Side profile shots of both shoes (each side)

Once we have these additional photos we will have a couple of our senior authenticators review all of your photos and your specific concerns.

Please follow up with these photos at your earliest convenience.

Thanks,

Austin

Confidential                                                                                                                        STX0777393

------------------- Original Message -------------------
From: Sebastian
Received: Fri Apr 08 2022 17:11:25 GMT-0400 (Eastern Daylight Time)
To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;
Subject: Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332


Additional pictures


On Fri, Apr 8, 2022, 4:09 PM  support@stockx.com &lt;support@stockx.com&gt; wrote:

Hey there Sebastian!

Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1172912-B0Y2Q3: "Returns / Exchanges" has been created.

We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.

If you haven't already provided the following information, please reply to this email with it to help us serve you faster:

- Photo(s) of the issue to which you're referring
- Photo of the StockX verification tag still attached to your item

Confidential                                                                                                                                    STX0777394

|  |  |  | - Photo of the QR code on the back of the tag.<br><br>- Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our  Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |
|---|---|---|---|
| 4/9/2022 6:51 PM | SYSTEM | Email | Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br><br>Notice the extra fabric on the shoe as well as the foam is one big piece. Not the zoomx foam. Vaporfly foam is two pieces together not oneOn Sat, Apr 9, 2022, 12:07 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Sebastian,Thank you for choosing StockX! I'm sorry to hear that you believe this pair ofNike ZoomX Vaporfly NEXT% 2s may be inauthentic. We definitely want to look further into this for you.I appreciate the photos you have sent so far, but in order to thoroughly review and document your case we ask that you please send the following photos as well.Closer shot of shoe box labelShoe size tagOutsoles (bottoms) of the shoesSide profile shots of both shoes (each side)Once we have these additional photos we |

| | | | |
|---|---|---|---|
| | | | will have a couple of our senior authenticators review all of your photos and your specific concerns.Please follow up with these photos at your earliest convenience.Thanks,Austin------------------- Original Message -------------------From: Sebastian ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉;;Received: Fri Apr 08 2022 17:11:25 GMT-0400 (Eastern Daylight Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332Additional pictures On Fri, Apr 8, 2022, 4:09 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey there Sebastian!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1172912-B0Y2Q3: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you soon!Thank you,StockX Supporthttps://stockx.com/help |
| 4/11/2022 2:56 PM | Austin Short | Email | Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br><br>Hey Sebastian,<br><br><br><br>Thank you for following up with these additional photos, and further explaining your concerns. |

|  |  |  | At this time I'm having a couple of our senior authenticators review all of the photos you have sent, as well as your specific concerns. Once I hear back from them I will follow up with you, and should be able to do so within 1-2 business days. |
|---|---|---|---|
|  |  |  | If you have any questions in the meantime please let us know. I will be in touch with you as soon as I hear back from the appropriate team. |
|  |  |  | Thanks, |
|  |  |  | Austin |
|  |  |  | ------------------- Original Message -------------------<br>From: Sebastian ███████████<br>████████████████████████<br>Received: Sat Apr 09 2022 14:47:10 GMT-0400 (Eastern Daylight Time)<br>To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;<br>Subject: Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332 |
|  |  |  | Notice the extra fabric on the shoe as well as the foam is one big piece. Not the zoomx foam. Vaporfly foam is two pieces together not one |

Confidential             STX0777397

| | | | On Sat, Apr 9, 2022, 12:07 PM support@stockx.com &lt;support@stockx.com&gt; wrote: |
|---|---|---|---|
| | | | Hey Sebastian, |
| | | | Thank you for choosing StockX! I'm sorry to hear that you believe this pair of Nike ZoomX Vaporfly NEXT% 2s may be inauthentic. We definitely want to look further into this for you. |
| | | | I appreciate the photos you have sent so far, but in order to thoroughly review and document your case we ask that you please send the following photos as well. |
| | | | Closer shot of shoe box label |
| | | | Shoe size tag |
| | | | Outsoles (bottoms) of the shoes |
| | | | Side profile shots of both shoes (each side) |
| | | | Once we have these additional photos we will have a couple of our senior authenticators review all of your photos and your specific concerns. |
| | | | Please follow up with these photos at your earliest convenience. |
| | | | Thanks, |
| | | | Austin |

------------------- Original Message -------------------
From: Sebastian

Received: Fri Apr 08 2022 17:11:25 GMT-0400 (Eastern Daylight Time)
To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;
Subject: Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332

Additional pictures

On Fri, Apr 8, 2022, 4:09 PM  support@stockx.com &lt;support@stockx.com&gt; wrote:

Hey there Sebastian!

|  |  |  |  | Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1172912-B0Y2Q3: "Returns / Exchanges" has been created.<br><br>We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.<br><br>If you haven't already provided the following information, please reply to this email with it to help us serve you faster:<br><br>- Photo(s) of the issue to which you're referring<br>- Photo of the StockX verification tag still attached to your item<br>- Photo of the QR code on the back of the tag.<br><br>- Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |

Confidential                                                                                                                                                      STX0777400

| | | | |
|---|---|---|---|
| 4/11/2022 3:03 PM | SYSTEM | Email | Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br><br>Please provide update.On Sat, Apr 9, 2022, 1:46 PM Sebastian ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:Notice the extra fabric on the shoe as well as the foam is one big piece. Not the zoomx foam. Vaporfly foam is two pieces together not oneOn Sat, Apr 9, 2022, 12:07 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Sebastian,Thank you for choosing StockX! I'm sorry to hear that you believe this pair ofNike ZoomX Vaporfly NEXT% 2s may be inauthentic. We definitely want to look further into this for you.I appreciate the photos you have sent so far, but in order to thoroughly review and document your case we ask that you please send the following photos as well.Closer shot of shoe box labelShoe size tagOutsoles (bottoms) of the shoesSide profile shots of both shoes (each side)Once we have these additional photos we will have a couple of our senior authenticators review all of your photos and your specific concerns.Please follow up with these photos at your earliest convenience.Thanks,Austin-------------------- Original Message -------------------From: Sebastian▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;Received: Fri Apr 08 2022 17:11:25 GMT-0400 (Eastern Daylight Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332Additional pictures On Fri, Apr 8, 2022, 4:09 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey there Sebastian!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1172912-B0Y2Q3: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please |

| | | | |
|---|---|---|---|
| | | | reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you soon!Thank you,StockX Supporthttps://stockx.com/help |
| 4/12/2022 1:50 PM | Austin Short | Email | Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br><br>Hey Sebastian,<br><br>Thank you for your patience with this matter.<br><br>We had a couple of our senior authenticators look at your photos, and we see that this item would be acceptable per our deadstock condition standards and from retail shop or manufacturer.<br><br>Please remember that the item is produced on a large scale and will feature natural manufacturer differences and variances. When we inspect every item, we look for two things:<br><br>1. The item is authentic<br>2. The item is in a condition that would be accepted at a retail location.<br><br>The good news is that we are a marketplace, and not a store, so you can resell them on StockX if you are truly unsatisfied with your purchase! We would suggest doing so at a price you are comfortable with and with the verification tag attached if that is how you decide |

| | | | |
|---|---|---|---|
| | | | to move forward.<br><br>I hope this helps alleviate your concerns. If you have any other questions moving forward please let us know.<br><br>Thank you for being apart of the StockX family.<br><br>Thanks,<br><br>Austin |
| 4/12/2022 1:56 PM | Austin Short | Case Resolution | authentic per fake claims |
| 4/12/2022 2:22 PM | SYSTEM | Email | Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br><br>No thus product is fake. The foam does not match it is not the zoomx foam how can you tell just from pictures?On Tue, Apr 12, 2022, 8:55 AM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Sebastian,Thank you for your patience with this matter.We had a couple of our senior authenticators look at your photos, and we see that this item would be acceptable per our deadstock condition standards and from retail shop or manufacturer.Please remember that the item is produced on a large scale and will feature natural manufacturer differences and variances. When we inspect every item, we look for two things:  1. The item is authentic  2. The item is in a condition that would be accepted at a retail location.The good news is that we are a marketplace, and not a store, so you can resell them on StockX if you are truly unsatisfied with your purchase! We would suggest doing so at a price you are comfortable with and with the verification tag attached if that is how you decide to move forward.I hope this helps alleviate your concerns. If you have any other questions moving forward please let us know.Thank you for being apart of the StockX family.Thanks,Austin |
| 4/12/2022 4:33 PM | Austin Short | Email | Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332 |

Confidential

| | | | |
|---|---|---|---|
| | | | Hey Sebastian,<br><br>Thank you for reaching back out to StockX. We are happy to further review this matter with you.<br><br>We hope that you understand that we'd never intentionally misinform you, or persuade your judgment to our benefit, as we only wanted to provide you relief knowing your shoes are indeed authentic.<br><br>In this case, our team has reviewed this pair both in hand and via the photos you have provided us with, and we have confirmed authenticity of this pair both times. We are not seeing anything out of the ordinary for this model.<br><br>This is why we do suggest selling these if you do not wish to keep them, as they would pass verification once again as long as they are sold in the same condition received. We recommend listing these at a price you are comfortable with and with the verification tag still attached.<br><br>If you have any questions regarding this, or anything else, please let us know. We appreciate your continued support of StockX.<br><br>Kind regards,<br><br>Austin |

| 4/12/2022 4:38 PM | Austin Short | Case Resolution | fake claims said these are good |
|---|---|---|---|
| 4/13/2022 6:01 PM | Stella D365-PROD-Stella | Customer Voice survey response | |

**Emails:**

| Date | Email |
|---|---|
| 4/8/2022 9:09 PM | From : support@stockx.com To :Sebastian<br>Subject :  StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Solvvy D365-PROD-Solvvy<br>Content : Refer History section |
| 4/8/2022 9:16 PM | From : ███████████ To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/9/2022 5:03 PM | From : support@stockx.com To :Sebastian<br>Subject :  Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Austin Short<br>Content : Refer History section |
| 4/9/2022 6:51 PM | From ███████████ :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/11/2022 2:56 PM | From : support@stockx.com To :Sebastian<br>Subject :  Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Austin Short<br>Content : Refer History section |
| 4/11/2022 3:03 PM | From ███████████ To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/12/2022 1:50 PM | From : support@stockx.com To :Sebastian<br>Subject :  Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Austin Short<br>Content : Refer History section |

| | | |
|---|---|---|
| 4/12/2022 2:22 PM | From ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Josh Allegri<br>Content : Refer History section | |
| 4/12/2022 4:33 PM | From : support@stockx.com To :Sebastia▮▮▮▮▮▮▮▮<br>Subject :  Re: StockX Case # CAS-1172912-B0Y2Q3 Returns / Exchanges CRM:01370475332<br>Created on behalf of: Austin Short<br>Content : Refer History section | |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|
| 4/8/2022 9:09 PM | SYSTEM | Image | | |
| 4/8/2022 9:09 PM | SYSTEM | Image | | |
| 4/8/2022 9:09 PM | SYSTEM | Image | | |
| 4/8/2022 9:09 PM | SYSTEM | Image | | |
| 4/8/2022 9:09 PM | SYSTEM | Image | | |
| 4/12/2022 1:55 PM | Austin Short | suggested selling - fake claims said this is authentic | | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| | | | |
| | | | |

## Post:

| Date | Type | Teammate | Text |
|---|---|---|---|

| 4/9/2022 4:51 PM | Auto Post | SYSTEM | Returns / ExchangesAustin Short# Omnichannel |
| --- | --- | --- | --- |
| 4/12/2022 1:56 PM | Auto Post | SYSTEM | Austin ShortSebastia███████ |
| 4/12/2022 2:06 PM | Auto Post | Stella D365-PROD-Stella | Stella request abaa9b60-fd51-4be3-b2f5-de672aecb044 |
| 4/12/2022 4:38 PM | Auto Post | SYSTEM | Austin ShortSebastia███████ |
| 4/12/2022 6:02 PM | Auto Post | Stella D365-PROD-Stella | Stella request d03589b5-b360-487c-b417-fa7627b93eb8 |

Confidential

STX0777407