# Exhibit 83

*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-1220821-S8R7N1
**CASE TITLE**:RETURNS / EXCHANGES
**CONTACT REASON**:CONCERNS WITH THE ITEM CONDITION
**ORDER NUMBER**: 35668923
**CREATED ON**: 4/18/2022 4:14 PM
**STATUS**: RESOLVED
**ORIGIN**: HELP PAGE
**CASE DESCRIPTION**: I RECEIVED MY NIKE DUNK PANDAS TODAY I'M CONCERNED WITH THE AUTHENTICITY AND QUALITY OF THE PRODUCT. I RECEIVED IT WITH LOTS OF SCUFFS, THE LACES DAMAGED, LOTS OF PILLING IN THE SEAMS AND STAINING ON THE TAG. I HAVE A TON OF PICTURES BUT I CAN ONLY ATTACH 3 MB.
**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**:
**CUSTOMER NAME**: KEAIRA

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 4/18/2022 4:14 PM | D365-PROD-HelpPage-Contact | Email | StockX Case # CAS-1220821-S8R7N1 Returns / Exchanges CRM:00960180348<br><br>Hey there Keaira! |

Confidential

STX0777764

Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1220821-S8R7N1: &quot;Returns / Exchanges&quot; has been created.

We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.

If you haven't already provided the following information, please reply to this email with it to help us serve you faster:

- Photo(s) of the issue to which you're referring
- Photo of the StockX verification tag still attached to your item
- Photo of the QR code on the back of the tag.

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!

We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our
Help Center, as it may have the answers you are looking for!

We look forward to connecting with you soon!

Thank you,
StockX Support
https://stockx.com/help

Confidential      STX0777765

| 4/18/2022 4:20 PM | SYSTEM | Email | Re: StockX Case # CAS-1220821-S8R7N1 Returns / Exchanges CRM:00960180348<br><br>On Mon, Apr 18, 2022 at 12:14 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey there Keaira!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1220821-S8R7N1: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you soon!Thank you,StockX Supporthttps://stockx.com/help |
| 4/18/2022 4:26 PM | SYSTEM | Email | Re: StockX Case # CAS-1220821-S8R7N1 Returns / Exchanges CRM:00960180348<br><br>On Mon, Apr 18, 2022 at 12:14 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey there Keaira!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1220821-S8R7N1: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the |

Confidential

| | | | |
|---|---|---|---|
| | | | tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you soon!Thank you,StockX Supporthttps://stockx.com/help |
| 4/18/2022 4:54 PM | Tina Padre Juan | Email | Returns / Exchanges CRM:06750006929<br>Hey Keaira,<br><br>Thanks for reaching out to StockX Support. I hope you are doing well! I see that you are contacting us regarding your order #35668923 for theNike Dunk High Panda (2021) (W).I understand that you believe that this purchase you received from us does not meet our deadstock conditions. My name is Tina, I'm a product specialist here and I would be more than happy to assist.<br><br>I'm very sorry to hear that you have concerns with your purchase. Our verification teamtakes the authentication very seriously and inspects each item sold to ensure that it is 100% authentic. The pilling in the seams and the leftover glue residue are common manufacturing defects that are found in most, if not all, Nike Dunk releases.Prior to shipping them to you, the shoes areverified in person with our experts. Since you are questioning your item, I can have our Sr. Authentication team can review your purchase.<br><br>At this time, if you could please reply to this email with clear pictures of the following:<br><br>- Shoebox label<br><br>- Sizing tag inside of both shoes<br><br>- Left and right shoe outsoles<br><br>Again, I'm sorry to hear that you are having |

| | | | |
|---|---|---|---|
| | | | concerns. This will help me better understand the item you are reaching out about as I look forward to assisting you!Please reach back out at your earliest convenience with these additional pictures. I hope to hear from you soon! Thank you for contacting StockX.<br><br>Best regards,<br><br>Tina |
| 4/18/2022 5:10 PM | SYSTEM | Email | Re: Returns / Exchanges CRM:06750006929<br><br>On Mon, Apr 18, 2022 at 12:54 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Keaira,Thanks for reaching out to StockX Support. I hope you are doing well! I see that you are contacting us regarding your order #35668923 for theNike Dunk High Panda (2021) (W).I understand that you believe that this purchase you received from us does not meet our deadstock conditions. My name is Tina, I'm a product specialist here and I would be more than happy to assist. I'm very sorry to hear that you have concerns with your purchase. Our verification teamtakes the authentication very seriously and inspects each item sold to ensure that it is 100% authentic. The pilling in the seams and the leftover glue residue are common manufacturing defects that are found in most, if not all, Nike Dunk releases.Prior to shipping them to you, the shoes areverified in person with our experts. Since you are questioning your item, I can have our Sr. Authentication team can review your purchase.At this time, if you could please reply to this email with clear pictures of the following:- Shoebox label- Sizing tag inside of both shoes- Left and right shoe outsolesAgain, I'm sorry to hear that you are having concerns. This will help me better understand the item you are reaching out about as I look forward to assisting you!Please reach back out at your earliest convenience with these additional pictures. I hope to hear from you soon! Thank you for contacting StockX.Best regards,Tina |
| 4/18/2022 8:53 PM | Tina Padre Juan | Email | Returns / Exchanges CRM:06750006950<br><br>Hey Keaira, |

Confidential                                                                                                                                                                                                                                                                                                                                                                                                                            STX0777768

| | | | |
|---|---|---|---|
| | | | Thank you for the additional pictures! I really appreciate it.<br><br>I will be reaching out to our Sr. Authentication team on your behalf and forwarding the pictures that you provided to gain further insight into your order. Please allow 1-4 business days for them to follow upwith me. As soon as I hear back from them, I will be contacting you via email.<br><br>I do appreciate your patience with this investigation. I will be contacting you soon! If you have any other questions or concerns in the meantime, please reach back out to our support team. Thank you for contacting StockX!<br><br>Best regards,<br><br>Tina |
| 4/18/2022 8:54 PM | Tina Padre Juan | Task | 35668923 fake claim |
| 4/22/2022 11:42 PM | Tina Padre Juan | Email | Returns / Exchanges CRM:06750007053<br><br>Hey Keaira,<br><br>Thank you for reaching out to StockX Support regarding your concerns about order #35668923 for theNike Dunk High Panda (2021) (W). I would be more than happy to provide you with further information.<br><br>Our Sr. Authentication team has reached back out to me regarding the concerns you are having with your shoes. After reviewing your images, it was brought to my attention that there were no red flags found and these shoes look to be deadstock!<br><br>Thispair has passed the manufacturer's quality check and therefore our Authentication team is to honor their products in the condition as they were released in unless something uncommon is found.<br><br>While I understand that you are not completely satisfied with this purchase, please remember that these have been manufactured in a factory, and as a result may feature natural flaws due to mass |

| | | | |
|---|---|---|---|
| | | | production. I'm sorry to say that I won't be able to return this item since it was found to be passable within our deadstock conditions.<br><br>I do apologize for the inconvenience that this may have caused and I appreciate your patience throughout this investigation. If you do not wish to keep the item, I do recommend relisting it on our website! Please reach back out to our support team if you have any other questions or concerns. Thank you for contacting StockX!<br><br>Best,<br><br>Tina |
| 4/22/2022 11:42 PM | Tina Padre Juan | Case Resolution | confirmed ds |

## Emails:

| Date | Email |
|---|---|
| 4/18/2022 4:14 PM | From : support@stockx.com To :Keaira ▬▬▬▬<br>Subject :  StockX Case # CAS-1220821-S8R7N1 Returns / Exchanges CRM:00960180348<br>Created on behalf of: D365-PROD-HelpPage-Contact<br>Content : Refer History section |
| 4/18/2022 4:20 PM | From : ▬▬▬▬▬▬▬▬▬▬ To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1220821-S8R7N1 Returns / Exchanges CRM:00960180348<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/18/2022 4:26 PM | From : ▬▬▬▬▬▬▬▬▬▬ To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1220821-S8R7N1 Returns / Exchanges CRM:00960180348<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/18/2022 4:54 PM | From : support@stockx.com To :Keaira ▬▬▬▬<br>Subject :  Returns / Exchanges CRM:06750006929<br>Created on behalf of: Tina Padre Juan<br>Content : Refer History section |
| 4/18/2022 5:10 PM | From ▬▬▬▬▬▬▬▬▬▬ To :support, support, support@stockx.com<br>Subject :  Re: Returns / Exchanges CRM:06750006929<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/18/2022 8:53 PM | From : support@stockx.com To ▬▬▬▬▬▬▬▬▬▬<br>Subject :  Returns / Exchanges CRM:06750006950 |

|  | Created on behalf of: Tina Padre Juan<br>Content : Refer History section |
|---|---|
| 4/22/2022 11:42 PM | From : support@stockx.com To :Keaira<br>Subject :  Returns / Exchanges CRM:06750007053<br>Created on behalf of: Tina Padre Juan<br>Content : Refer History section |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|
| 4/18/2022 8:54 PM | Tina Padre Juan |  | Due: 4/22/2022 2:00 PM | Canceled<br>Canceled<br>Completed:4/22/2022 |

## Notes:

| Date | Created by | Subject | Note |  |
|---|---|---|---|---|
| 4/18/2022 4:14 PM | SYSTEM | Image |  |  |
| 4/18/2022 8:53 PM | Tina Padre Juan | fake claim | https://encore.stockx.io/orders/35668923 |  |
|  |  |  |  |  |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

## Post:

| Date | Type | Teammate | Text |
|---|---|---|---|

Confidential
STX0777771