# Exhibit 84

*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-1052129-L5F1M5
**CASE TITLE**:RETURNS / EXCHANGES
**CONTACT REASON**:CONCERNS WITH THE ITEM CONDITION
**ORDER NUMBER**: 34583307
**CREATED ON**: 3/20/2022 7:34 PM
**STATUS**: RESOLVED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: UPDATED DESCRIPTION [3/20/2022 7:42:51 PM UTC]

HELLO, I THINK I HAVE RECEIVED A  COUNTERFEIT SHOE OR PAIR OF NIKE DUNK
LOW CHAMPIONSHIP COURT PURPLE. THE SWOOSHES ON THE LEFT SHOE(THE
SHOE WITH THE TAG) APPEARS TO BE MADE WITH A DIFFERENT MATERIAL THAN
THE ONE RIGHT SHOE. THERE ARE SEVERAL NOTICEABLE DIFFERENCES BETWEEN
THE LEFT AND RIGHT SHOE.

1. THE MATERIAL IS ROUGHER ON THE LEFT SHOE THAN THE RIGHT\
2. THE LEATHER DOES NOT HAVE THAT PUFFY LOOK OR FEEL AND IS MORE
FLATTENED OUT.
3. THE MATERIAL ON THE RIGHT SHOE IS SOFTER COMPARED TO THE LEFT

----------------------------------------

UPDATED DESCRIPTION [3/20/2022 7:42:15 PM UTC]

HELLO, I THINK I HAVE RECEIVED A  COUNTERFEIT SHOE OR PAIR OF NIKE DUNK
LOW CHAMPIONSHIP COURT PURPLE. THE SWOOSHES ON THE LEFT SHOE(THE
SHOE WITH THE TAG) APPEARS TO BE MADE WITH A DIFFERENT MATERIAL THAN
THE ONE RIGHT SHOE. THERE ARE SEVERAL NOTICEABLE DIFFERENCES BETWEEN
THE LEFT AND RIGHT SHOE.

1. THE MATERIAL IS ROUGHER ON THE LEFT SHOE THAN THE RIGHT\
2. THE LEATHER DOES NOT HAVE THAT PUFFY LOOK OR FEEL AND IS MORE
FLATTENED OUT.
3. THE MATERIAL ON THE RIGHT SHOE IS SOFTER COMPARED TO THE LEFT

----------------------------------------

UPDATED DESCRIPTION [3/20/2022 7:36:05 PM UTC]

STX0774927

HELLO, I THINK I HAVE RECEIVED A  COUNTERFEIT SHOE OR PAIR OF NIKE DUNK LOW CHAMPIONSHIP COURT PURPLE. THE SWOOSHES ON THE LEFT SHOE(THE SHOE WITH THE TAG) APPEARS TO BE MADE WITH A DIFFERENT MATERIAL THAN THE ONE RIGHT SHOE. THERE ARE SEVERAL NOTICEABLE DIFFERENCES BETWEEN THE LEFT AND RIGHT SHOE.

1. THE MATERIAL IS ROUGHER ON THE LEFT SHOE THAN THE RIGHT\
2. THE LEATHER DOES NOT HAVE THAT PUFFY LOOK OR FEEL AND IS MORE FLATTENED OUT.
3. THE MATERIAL ON THE RIGHT SHOE IS SOFTER COMPARED TO THE LEFT

-----------------------------------------

HELLO, I THINK I HAVE RECEIVED A  COUNTERFEIT SHOE OR PAIR OF NIKE DUNK LOW CHAMPIONSHIP COURT PURPLE. THE SWOOSHES ON THE LEFT SHOE(THE SHOE WITH THE TAG) APPEARS TO BE MADE WITH A DIFFERENT MATERIAL THAN THE ONE RIGHT SHOE. THERE ARE SEVERAL NOTICEABLE DIFFERENCES BETWEEN THE LEFT AND RIGHT SHOE.

1. THE MATERIAL IS ROUGHER ON THE LEFT SHOE THAN THE RIGHT\
2. THE LEATHER DOES NOT HAVE THAT PUFFY LOOK OR FEEL AND IS MORE FLATTENED OUT.
3. THE MATERIAL ON THE RIGHT SHOE IS SOFTER COMPARED TO THE LEFT

**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

**Customer Details:**

**CUSTOMER EMAIL**: ███████████████
**CUSTOMER NAME**: SPENCER ██████

**History:**

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 3/20/2022 7:34 PM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1052129-L5F1M5 Returns / Exchanges CRM:01370423738 |

Confidential

Hey there
Spencer!

Thank you for reaching out to StockX Support.
We've received your message and Case #CAS-
1052129-L5F1M5: &quot;Returns /
Exchanges&quot; has been created.

We're sorry to hear that you are unsatisfied with the
item you received from StockX. We know it can be
disappointing when the item you receive isn't
exactly what you expected.

If you haven't already provided the following
information, please reply to this email with it to help
us serve you faster:

- Photo(s) of the issue to which you're referring
- Photo of the StockX verification tag still attached to
your item
- Photo of the QR code on the back of the tag.

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

We will follow up with you after reviewing your
images, typically within 24 hours. While we share
your urgency, please only submit one case per
inquiry. Thanks so much for your patience and
cooperation!

We're working hard to improve the service we
provide you, including resolving your issues faster.
Remember to check out our
Help Center, as it may have the answers you are
looking for!

We look forward to connecting with you soon!

Thank you,
StockX Support
https://stockx.com/help

| | | | |
|---|---|---|---|
| | | | |
| 3/20/2022 7:36 PM | SYSTEM | Email | StockX Case # CAS-1052129-L5F1M5 Returns / Exchanges CRM:00000000001 |

Hi Spencer,

Thank you for reaching out to StockX. We noticed you already contacted us about a similar issue, CAS-1052129-L5F1M5. In order to help you more quickly and efficiently, we've added this new inquiry to your original case.

Our customer service team usually responds within 24 hours, and we'll review all recent inquiries associated with your case at that time.

Thank you for being a StockX customer and we look forward to supporting you soon.

STX0774930

| | | | |
|---|---|---|---|
| | | | |
| 3/20/2022 7:40 PM | Kamaria Bryant | Email | StockX CRM:07450001856<br><br>Hey Spencer,<br><br>I am sorry to hear that you believe the item you received is not authentic. Prior to shipping the item to you, we verify it in-person with our authentication experts who inspect each item to ensure that it meets our condition standards. With that being said, we're certainly happy to review your purchase. Please send us photos of the details below for our review.<br><br>Box label indicating the size<br>Size tag inside of the sneaker<br>Left and Right sides of the sneakers<br>Outsoles of the sneakers<br>The StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag.<br><br>Once our team has reviewed these images we will follow up with you.<br><br>Thank you,<br>Maria |
| 3/20/2022 7:42 PM | SYSTEM | Email | StockX Case # CAS-1052129-L5F1M5 Returns / Exchanges CRM:00000000001 |

STX0774931

| | | | |
|---|---|---|---|
| | | | Hi Spencer,<br><br>Thank you for reaching out to StockX. We noticed you already contacted us about a similar issue, CAS-1052129-L5F1M5. In order to help you more quickly and efficiently, we've added this new inquiry to your original case.<br><br>Our customer service team usually responds within 24 hours, and we'll review all recent inquiries associated with your case at that time.<br><br>Thank you for being a StockX customer and we look forward to supporting you soon. |
| 3/20/2022 7:42 PM | SYSTEM | Email | StockX Case # CAS-1052129-L5F1M5 Returns / Exchanges CRM:00000000001 |

Confidential

Hi Spencer,

Thank you for reaching out to StockX. We noticed you already contacted us about a similar issue, CAS-1052129-L5F1M5. In order to help you more quickly and efficiently, we've added this new inquiry to your original case.

Our customer service team usually responds within 24 hours, and we'll review all recent inquiries associated with your case at that time.

Thank you for being a StockX customer and we look forward to supporting you soon.

STX0774933

| 3/20/2022 7:49 PM | SYSTEM | Email | Re: StockX CRM:07450001856 |
|---|---|---|---|
| | | | Hello, my apologies for all the submissions, I will have all the photos necessary and attached to a reply to this email.Best Regards,SpencerOn Sun, Mar 20, 2022 at 3:40 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Spencer,I am sorry to hear that you believe the item you received is not authentic. Prior to shipping the item to you, we verify it in-person with our authentication experts who inspect each item to ensure that it meets our condition standards. With that being said, we're certainly happy to review your purchase. Please send us photos of the details below for our review.Box label indicating the sizeSize tag inside of the sneakerLeft and Right sides of the sneakersOutsoles of the sneakersThe StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag.Once our team has reviewed these images we will follow up with you.Thank you,Maria |
| 3/20/2022 8:01 PM | Kamaria Bryant | Email | Re: StockX CRM:07450001856 |
| | | | Hey Spencer, |
| | | | Thanks for providing extra photos. Please also send us photos of the details below for our review. |
| | | | Box label indicating the size<br>Size tag inside of the sneaker<br>Outsoles of the sneakers<br>The StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag. |
| | | | Once our team has reviewed these images we will follow up with you. |
| | | | Thank you,<br>Maria |

STX0774934

| 3/20/2022 8:05 PM | SYSTEM | Email | Re: StockX CRM:07450001856 |
|---|---|---|---|
| | | | Hello,Here are all the photos I have taken, sorry for the trouble.Thereis a noticeable difference between the material of the left shoe with the swoosh on the shoe being more coarse and less puffy compared to the right shoe, this also applies to the leather on the front of the shoe where the shoelaces go through.. The pores of the material for the shoes on the closeups even have a different texture to them when you look at it. I tried my best to get good pictures but I am not the best photographer, but actually seeing the physical shoes would make it even more noticeable. the purple leatherBest Regards,SpencerOn Sun, Mar 20, 2022 at 3:47 PM Spencer Tom &lt;<span style="background:black;color:black">████████████</span> wrote:Hello, my apologies for all the submissions, I will have all the photos necessary and attached to a reply to this email.Best Regards,SpencerOn Sun, Mar 20, 2022 at 3:40 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Spencer,I am sorry to hear that you believe the item you received is not authentic. Prior to shipping the item to you, we verify it in-person with our authentication experts who inspect each item to ensure that it meets our condition standards. With that being said, we're certainly happy to review your purchase. Please send us photos of the details below for our review.Box label indicating the sizeSize tag inside of the sneakerLeft and Right sides of the sneakersOutsoles of the sneakersThe StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag.Once our team has reviewed these images we will follow up with you.Thank you,Maria |
| 3/20/2022 8:09 PM | SYSTEM | Email | Re: StockX CRM:07450001856 |
| | | | Hello Maria,Hopefullyeverything required should be attachedto the previous email, thank you for yourhelp.SpencerOn Sun, Mar 20, 2022 at 4:04 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Spencer, Thanks for providing extra photos. Please also send us photos of the details below for our review.Box label indicating the sizeSize tag inside of the sneakerOutsoles of the sneakersThe StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag.Once our team has reviewed these images we will follow up with you.Thank you,Maria |

STX0774935

| 3/20/2022 8:15 PM | Kamaria Bryant | Email | Re: StockX CRM:07450001856 |
|---|---|---|---|
| | | | Hey Spencer, |
| | | | Thanks for your quick response! I can completely understand that you want to make sure that your pair is 100% authentic. We are sending your photos and concerns to our senior authenticators to review. |
| | | | Please allow our team some time to look your item over. We will get back to you as soon as possible when the review is complete! Thank you again for your patience and cooperation with us. If you have any questions in the meantime, please feel free to ask! |
| | | | Thank you for contacting StockX! |
| | | | -Maria |
| | | | ------------------ Original Message ------------------<br>From: Spencer ███████<br>███████████████████████████<br>Received: Sun Mar 20 2022 16:07:47 GMT-0400 (Eastern Daylight Time)<br>To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;<br>Subject: Re: StockX CRM:07450001856 |
| | | | Hello Maria, |
| | | | Hopefullyeverything required should be attachedto the previous email, thank you for yourhelp. |
| | | | Spencer |

Confidential

| | | | |
|---|---|---|---|
| | | | On Sun, Mar 20, 2022 at 4:04 PM support@stockx.com &lt;support@stockx.com&gt; wrote: Hey Spencer, Thanks for providing extra photos. Please also send us photos of the details below for our review. Box label indicating the size Size tag inside of the sneaker Outsoles of the sneakers The StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag. Once our team has reviewed these images we will follow up with you. Thank you, Maria |
| 3/20/2022 9:13 PM | SYSTEM | Email | Re: StockX CRM:07450001856 Thank you for all your help!Have a great day,SpencerOn Sun., Mar. 20, 2022, 4:16 p.m. support@stockx.com, &lt;support@stockx.com&gt; wrote:Hey Spencer,Thanks for your quick response! I can completely understand that you want to make sure that your pair is 100% authentic. We are sending your photos and concerns to our senior authenticators to review.Please allow our team |

STX0774937

| | | | |
|---|---|---|---|
| | | | some time to look your item over. We will get back to you as soon as possible when the review is complete! Thank you again for your patience and cooperation with us. If you have any questions in the meantime, please feel free to ask!Thank you for contacting StockX!-Maria------------------ Original Message ------------------From: Spencer ███ Received: Sun Mar 20 2022 16:07:47 GMT-0400 (Eastern Daylight Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: StockX CRM:07450001856Hello Maria, Hopefullyeverything required should be attachedto the previous email, thank you for yourhelp.Spencer On Sun, Mar 20, 2022 at 4:04 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Spencer, Thanks for providing extra photos. Please also send us photos of the details below for our review.Box label indicating the sizeSize tag inside of the sneakerOutsoles of the sneakersThe StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag.Once our team has reviewed these images we will follow up with you.Thank you,Maria |
| 3/21/2022 2:15 AM | SYSTEM | Email | Re: StockX CRM:07450001856

Hello , I forgot to add this photo of the inside of the shoes. I noticed there is no size tag near the nike logo on the heel of the insole of the shoe which nike dunks usually have.Sorry to bother you again,SpencerOn Sun., Mar. 20, 2022, 5:12 p.m. Spencer ███ wrote:Thank you for all your help!Have a great day,SpencerOn Sun., Mar. 20, 2022, 4:16 p.m. support@stockx.com, &lt;support@stockx.com&gt; wrote:Hey Spencer,Thanks for your quick response! I can completely understand that you want to make sure that your pair is 100% authentic. We are sending your photos and concerns to our senior authenticators to review.Please allow our team some time to look your item over. We will get back to you as soon as possible when the review is complete! Thank you again for your patience and cooperation with us. If you have any questions in the meantime, please feel free to ask!Thank you for contacting StockX!-Maria------------------ Original Message ------------------From: Spencer ███ |

STX0774938

| | | | |
|---|---|---|---|
| | | | ████████████████ ;Received: Sun Mar 20 2022 16:07:47 GMT-0400 (Eastern Daylight Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: StockX CRM:07450001856Hello Maria, Hopefullyeverything required should be attachedto the previous email, thank you for yourhelp.Spencer On Sun, Mar 20, 2022 at 4:04 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Spencer, Thanks for providing extra photos. Please also send us photos of the details below for our review.Box label indicating the sizeSize tag inside of the sneakerOutsoles of the sneakersThe StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag.Once our team has reviewed these images we will follow up with you.Thank you,Maria |
| 3/21/2022 5:53 PM | Kamaria Bryant | Email | Re: StockX CRM:07450001856<br><br>Hey Spencer,<br><br>Thanks for being patient with us during the authenticity review of yourNike Dunk Low Championship Court Purple.I am very sorry that you are under the impression that the shoes you have received are not authentic. I have gone over the photos with our senior sneaker authenticator and they are not seeing anything that would suggest these shoes are not authentic.<br><br>Please keep in mind pairs can vary from one another due to being made on different production lines as well as different manufacturing facilities. The great news is this pair has been determined authentic during both reviews of your pair!<br><br>Since StockX ismarketplaceand not a storeyou can resell themif you are truly unsatisfied with your purchase! We would suggest doing so at a price you are comfortable with and with the verification tag still attached if that is how you decide to move forward.<br><br>I hope this helps clear things up. Follow up with us if |

STX0774939

you have any other questions moving forward.

Thank you,
Maria


------------------ Original Message ------------------
From: Spencer ███████████&gt;;
███████████████&gt;;
Received: Sun Mar 20 2022 22:14:01 GMT-0400
(Eastern Daylight Time)
To: support &lt;support@stockx.com&gt;; support
&lt;support@stockx.com&gt;; support@stockx.com
&lt;support@stockx.com&gt;;
Subject: Re: StockX CRM:07450001856


Hello , I forgot to add this photo of the inside of the
shoes. I noticed there is no size tag near the nike
logo on the heel of the insole of the shoe which nike
dunks usually have.


Sorry to bother you again,

Spencer


On Sun., Mar. 20, 2022, 5:12 p.m. Spencer ███
██████████████ wrote:

Thank you for all your help!

Have a great day,

Spencer


On Sun., Mar. 20, 2022, 4:16 p.m.
support@stockx.com, &lt;support@stockx.com&gt;
wrote:

STX0774940

Hey Spencer,

Thanks for your quick response! I can completely understand that you want to make sure that your pair is 100% authentic. We are sending your photos and concerns to our senior authenticators to review.

Please allow our team some time to look your item over. We will get back to you as soon as possible when the review is complete! Thank you again for your patience and cooperation with us. If you have any questions in the meantime, please feel free to ask!

Thank you for contacting StockX!

-Maria

------------------ Original Message ------------------
From: Spencer █████
Received: Sun Mar 20 2022 16:07:47 GMT-0400 (Eastern Daylight Time)
To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;
Subject: Re: StockX CRM:07450001856

Hello Maria,

Hopefullyeverything required should be attachedto the previous email, thank you for yourhelp.

Spencer

STX0774941

| | | | On Sun, Mar 20, 2022 at 4:04 PM support@stockx.com &lt;support@stockx.com&gt; wrote:<br><br>Hey Spencer,<br><br>Thanks for providing extra photos. Please also send us photos of the details below for our review.<br><br>    Box label indicating the size<br>    Size tag inside of the sneaker<br>    Outsoles of the sneakers<br>    The StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag.<br><br>Once our team has reviewed these images we will follow up with you.<br><br>Thank you,<br>Maria |
|---|---|---|---|
| 3/21/2022 6:13 PM | Kamaria Bryant | Case Resolution | |
| 3/21/2022 7:13 PM | SYSTEM | Email | Re: StockX CRM:07450001856 |

STX0774942

Hello,I forgot to mention there was no size tag on the heel of the insole. I had sent a picture last night. Was that also taken into consideration?Best regards,SpencerOn Mon., Mar. 21, 2022, 2:11 p.m. support@stockx.com, &lt;support@stockx.com&gt; wrote:Hey Spencer,Thanks for being patient with us during the authenticity review of yourNike Dunk Low Championship Court Purple.I am very sorry that you are under the impression that the shoes you have received are not authentic. I have gone over the photos with our senior sneaker authenticator and they are not seeing anything that would suggest these shoes are not authentic.Please keep in mind pairs can vary from one another due to being made on different production lines as well as different manufacturing facilities. The great news is this pair has been determined authentic during both reviews of your pair! Since StockX ismarketplaceand not a storeyou can resell themif you are truly unsatisfied with your purchase! We would suggest doing so at a price you are comfortable with and with the verification tag still attached if that is how you decide to move forward.I hope this helps clear things up. Follow up with us if you have any other questions moving forward.Thank you,Maria------------------- Original Message -------------------From: Spencer ███████ ███████████████████████Received: Sun Mar 20 2022 22:14:01 GMT-0400 (Eastern Daylight Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: StockX CRM:07450001856Hello , I forgot to add this photo of the inside of the shoes. I noticed there is no size tag near the nike logo on the heel of the insole of the shoe which nike dunks usually have. Sorry to bother you again,Spencer On Sun., Mar. 20, 2022, 5:12 p.m. Spencer ███████ ███████████████████████wrote:Thank you for all your help! Have a great day,Spencer On Sun., Mar. 20, 2022, 4:16 p.m. support@stockx.com, &lt;support@stockx.com&gt; wrote:Hey Spencer,Thanks for your quick response! I can completely understand that you want to make sure that your pair is 100% authentic. We are sending your photos and concerns to our senior authenticators to review.Please allow our team

STX0774943

| | | | |
|---|---|---|---|
| | | | some time to look your item over. We will get back to you as soon as possible when the review is complete! Thank you again for your patience and cooperation with us. If you have any questions in the meantime, please feel free to ask!Thank you for contacting StockX!-Maria------------------ Original Message ------------------From: Spencer ███████ Received: Sun Mar 20 2022 16:07:47 GMT-0400 (Eastern Daylight Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: StockX CRM:07450001856 Hello Maria, Hopefullyeverything required should be attachedto the previous email, thank you for yourhelp.Spencer On Sun, Mar 20, 2022 at 4:04 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Spencer, Thanks for providing extra photos. Please also send us photos of the details below for our review.Box label indicating the sizeSize tag inside of the sneakerOutsoles of the sneakersThe StockX verification tag still attached to the item, and a clear photo of the QR code on the back of the tag.Once our team has reviewed these images we will follow up with you.Thank you,Maria |
| 3/21/2022 7:51 PM | Ryan Alawar | Email | Re: StockX CRM:07450001856<br><br>Hey Spencer,<br><br><br>Thank you for the quick response. I do understand that this may not have been what you were expecting.<br><br><br>We do always try to provide you with a pair that is up to your expectations but we do have to work with items that are cleared for retail release by the manufacturer. With that being said, the reason why this pair is acceptable per our deadstock condition standards is that Nike released these with the concerns you have pointed out. |

STX0774944

| | | | Please, keep in mind that we do state in our Deadstock FAQ that some pairs will pass "Deadstock" inspection despite having slight manufacturer flaws and imperfections that are uncontrollable.<br><br>If you would rather return what you have received our team can review this pair along with the photos you have provided us and determine if this item should have passed our deadstock condition standards. If the item would pass again if resold we will return it back to you so you can sell the item if you would like. If the item does not meet our Deadstock standards we will provide you with a full refund.<br><br>Due to being a Live Marketplace, our prices fluctuate and this is why we recommend listing your item at a price that you are comfortable with if you decide to resell. Typically we have a no return/exchange policy so this would be a one-time exception.<br><br>Please feel free to follow up if you have any other questions or concerns. Thank you for your continued support with StockX!<br><br>Best,<br>Ryan |
|---|---|---|---|
| 3/23/2022<br>2:20 PM | Ryan Alawar | Email | CRM:07490002640<br><br>Hey Spencer, |

STX0774945

| | | | I hope you are doing well. |
| | | | I haven't heard from you in a couple of days in regards to returning your very first order for further review. I wanted to let you know that this case will be closed in the meantime. However, there are no worries at all. If you respond to this email with the requested information, your case will be right back at the top of my list. |
| | | | As always, please feel free to reach out to us if you have any additional questions or concerns as I will be more than happy to help. I hope you enjoy the rest of your day and look forward to hearing back from you! |
| | | | Thank you for your continued support with StockX! |
| | | | Best, Ryan |
| 3/23/2022 2:20 PM | Ryan Alawar | Case Resolution | |

**Emails:**

| Date | Email |
|---|---|
| 3/20/2022 7:34 PM | **From : support@stockx.com To :Spencer**▮▮▮<br>**Subject :  StockX Case # CAS-1052129-L5F1M5 Returns / Exchanges**<br>**CRM:01370423738**<br>**Created on behalf of: Solvvy D365-PROD-Solvvy**<br>**Content : Refer History section** |
| 3/20/2022 7:36 PM | **From : support@stockx.com To :Spencer**▮▮▮ |

STX0774946

| | Subject : StockX Case # CAS-1052129-L5F1M5 Returns / Exchanges CRM:00000000001<br>Created on behalf of: Kamaria Bryant<br>Content : Refer History section |
|---|---|
| 3/20/2022 7:40 PM | From : support@stockx.com To :Spencer █████<br>Subject : StockX CRM:07450001856<br>Created on behalf of: Kamaria Bryant<br>Content : Refer History section |
| 3/20/2022 7:42 PM | From : support@stockx.com To :Spencer █████<br>Subject : StockX Case # CAS-1052129-L5F1M5 Returns / Exchanges CRM:00000000001<br>Created on behalf of: Kamaria Bryant<br>Content : Refer History section |
| 3/20/2022 7:42 PM | From : support@stockx.com To :Spencer █████<br>Subject : StockX Case # CAS-1052129-L5F1M5 Returns / Exchanges CRM:00000000001<br>Created on behalf of: Kamaria Bryant<br>Content : Refer History section |
| 3/20/2022 7:49 PM | From :████████████To :support, support, support@stockx.com<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/20/2022 8:01 PM | From : support@stockx.com To :Spencer █████<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Kamaria Bryant<br>Content : Refer History section |
| 3/20/2022 8:05 PM | From ████████████To :support, support, support@stockx.com<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/20/2022 8:09 PM | From ████████████To :support, support, support@stockx.com<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/20/2022 8:15 PM | From : support@stockx.com To :Spencer █████<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Kamaria Bryant<br>Content : Refer History section |
| 3/20/2022 9:13 PM | From████████████To :support, support, support@stockx.com<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/21/2022 2:15 AM | From████████████To :support, support, support@stockx.com<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/21/2022 5:53 PM | From : support@stockx.com To :Spencer █████<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Kamaria Bryant |

STX0774947

| | Content : Refer History section |
|---|---|
| 3/21/2022 7:13 PM | From ███████████████ To :support, support, support@stockx.com<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/21/2022 7:51 PM | From : support@stockx.com To :Spencer ████<br>Subject : Re: StockX CRM:07450001856<br>Created on behalf of: Ryan Alawar<br>Content : Refer History section |
| 3/23/2022 2:20 PM | From : support@stockx.com To :Spencer ████<br>Subject : CRM:07490002640<br>Created on behalf of: Ryan Alawar<br>Content : Refer History section |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|
| 3/20/2022 7:34 PM | SYSTEM | Image | | |
| 3/20/2022 7:34 PM | SYSTEM | Image | | |
| 3/20/2022 7:36 PM | SYSTEM | Image | | |
| 3/20/2022 7:36 PM | SYSTEM | Image | | |
| 3/20/2022 7:36 PM | SYSTEM | Image | | |
| 3/20/2022 7:36 PM | SYSTEM | Image | | |
| 3/20/2022 7:42 PM | SYSTEM | Image | | |
| 3/20/2022 7:42 PM | SYSTEM | Image | | |
| 3/20/2022 7:42 PM | SYSTEM | Image | | |
| 3/20/2022 7:42 PM | SYSTEM | Image | | |
| 3/20/2022 7:42 PM | SYSTEM | Image | | |
| 3/20/2022 7:42 PM | SYSTEM | Image | | |
| 3/20/2022 7:43 PM | SYSTEM | Image | | |

STX0774948

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

## Conversation:

| Date | Type | Teammate | Transcript |
|------|------|----------|------------|
|  |  |  |  |
|  |  |  |  |

## Post:

| Date | Type | Teammate | Text |
|------|------|----------|------|
| 3/20/2022 7:34 PM | Auto Post | SYSTEM | Solvvy D365-PROD-SolvvyReturns / ExchangesSpencer Tom |
| 3/20/2022 7:36 PM | Auto Post | SYSTEM | Redundant case created via Solvvy |
| 3/20/2022 7:42 PM | Auto Post | SYSTEM | Redundant case created via Solvvy |
| 3/20/2022 7:42 PM | Auto Post | SYSTEM | Redundant case created via Solvvy |
| 3/23/2022 2:20 PM | Auto Post | SYSTEM | Ryan AlawarSpencer ███ |