# Exhibit 85

*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-1150122-W6N4G8
**CASE TITLE**:RETURNS / EXCHANGES
**CONTACT REASON**:CONCERNS WITH THE ITEM CONDITION
**ORDER NUMBER**: 35241126
**CREATED ON**: 4/5/2022 3:51 PM
**STATUS**: RESOLVED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: MY ITEM RECIEVED ISN'T AUTHENTIC I USED ANOTHER SERVICE CALLED CHECK CHECK AND THESE AREN'T AUTHENTIC SNEAKERS I WOULD LIKE A RETURN  YOU CAN CLEARLY SEE ALL TYPES OF GLUE STAINS ON THE SNEAKERS THE INSOLES AREN'T EVEN THE REAL NIKE INSOLE
**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**: ███████████████████
**CUSTOMER NAME**: MEASHA ███████

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 4/5/2022 3:52 PM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1150122-W6N4G8 Returns / Exchanges CRM:01370466383<br><br>Hey there Measha!<br><br>Thank you for reaching out to StockX Support. We've |

| | | | received your message and Case #CAS-1150122-W6N4G8: &quot;Returns / Exchanges&quot; has been created.<br><br>We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.<br><br>If you haven't already provided the following information, please reply to this email with it to help us serve you faster:<br><br>- Photo(s) of the issue to which you're referring<br>- Photo of the StockX verification tag still attached to your item<br>- Photo of the QR code on the back of the tag.<br><br>- Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our<br>Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |

Confidential                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 STX0777120

| 4/5/2022 4:18 PM | SYSTEM | Email | Re: StockX Case # CAS-1150122-W6N4G8 Returns / Exchanges CRM:01370466383<br><br>Hello, my email associated is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and my order number is35341367-35241126. My issue at hand is these toddler sneakers aren't authentic In any way I can clearly see glue stains and the sole isn't like mines which are authentic I would like a return for store credit or something to return these sneakers. Stock x didn't verify these sneakers. Additionally I have had them checked by CheckCheck and other sneaker checkers and they failed. When I purchased the sneakers I was paying for an authentic shoe not these. Please return There are visible glue stains all around the shoe indicating that they aren't authentic, I don't see how these passed the verification. I will dispute this with my bank because this is unacceptable I thought I was getting an authentic Nike shoe but this has so much glue stains that's so visible to the eye.Please accept this returnSent from Yahoo Mail for iPhoneOn Tuesday, April 5, 2022, 11:52 AM, support@stockx.com &lt;support@stockx.com&gt; wrote:<br><br>Hey there Measha!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1150122-W6N4G8: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you |

| | | | |
|---|---|---|---|
| | | | soon!Thank you,StockX Supporthttps://stockx.com/help |
| 4/5/2022 10:38 PM | Toni Clark | Email | CRM:07980005122<br>Hey Measha,<br><br>I hope you are doing well. Thank you so much for reaching out to StockX Support in regards to the order (Jordan 1 Retro High OG Patent Bred). My name is Antonio, I am a product specialist here at StockX and I am more than happy to be assisting you with your concern.<br><br>I am deeply sorry to hear about the inconvenience you are facing with your most recent purchase and would like to assure you we are here to help. This is not the experience we want you to have, especially on your first purchase! Thank you for notifying us so we could help remedy the situation for you.<br><br>Please send us the photos of the details below for our review:<br><br>Box label<br><br>Size tags<br><br>Outsoles of the sneakers<br><br>Once I receive these images, I will review them with our Sr. Authentication team and follow up with you with the next course of action!<br><br>Thank you for choosing StockX.<br><br>Antonio |
| 4/6/2022 8:58 PM | SYSTEM | Email | Re: CRM:07980005122<br><br>Thank you so much for your reply.Sent from Yahoo Mail for iPhoneOn Tuesday, April 5, 2022, 6:39 PM, support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Measha,I hope you are doing well. Thank you so much for reaching out to StockX Support in |

Confidential
STX0777122

| | | | |
|---|---|---|---|
| | | | regards to the order (Jordan 1 Retro High OG Patent Bred). My name is Antonio, I am a product specialist here at StockX and I am more than happy to be assisting you with your concern.I am deeply sorry to hear about the inconvenience you are facing with your most recent purchase and would like to assure you we are here to help. This is not the experience we want you to have, especially on your first purchase! Thank you for notifying us so we could help remedy the situation for you.Please send us the photos of the details below for our review:Box labelSize tagsOutsoles of the sneakersOnce I receive these images, I will review them with our Sr. Authentication team and follow up with you with the next course of action!Thank you for choosing StockX.Antonio |
| 4/6/2022 9:26 PM | Toni Clark | Email | CRM:07980005184<br><br>Hey Measha,<br><br>I hope all is well, thank you for the photos.<br><br>I am having our team review the images you provide of the item. Once they do they will follow up with me and I will get back to you with a solution. I ask for your patience as they should get back to me within the next 1-2 days. In the meantime please feel free to ask any questions in this email thread.<br><br>Thank you for choosing StockX.<br><br>Antonio |
| 4/6/2022 9:57 PM | SYSTEM | Email | Re: CRM:07980005184<br><br>Thank you again for your time. I think I was just alarmed hence the shoes doesn't have the same insole and has an abundance of visible glue.Thank you again for your helpSent from Yahoo Mail for iPhoneOn Wednesday, April 6, 2022, 5:47 PM, support@stockx.com &lt;support@stockx.com&gt; |

| | | | |
|---|---|---|---|
| | | | wrote:Hey Measha,I hope all is well, thank you for the photos.I am having our team review the images you provide of the item. Once they do they will follow up with me and I will get back to you with a solution. I ask for your patience as they should get back to me within the next 1-2 days. In the meantime please feel free to ask any questions in this email thread.Thank you for choosing StockX.Antonio |
| 4/6/2022 10:08 PM | Toni Clark | Email | CRM:07980005188<br><br>Hey Measha,<br><br>You're welcome, for starters, I can tell you that PS sizes do not have to same insoles as adults. Once I receive feedback I'll provide the details.<br><br>Best,<br><br>Antonio |
| 4/7/2022 12:02 AM | Toni Clark | Email | CRM:07980005202<br>Hey Measha,<br><br>Thank you for your patience.<br><br>I just received word from our senior authenticator that these shoes are indeed authentic. No red flags or anything out of the ordinary was found on these shoes. The shoe build, material quality, appearance of the box, size label, and overall composition of the shoes all check out with real pairs.<br><br>While I understand that you are not completely satisfied with this purchase, we, unfortunately, do not have control over the manufacturer's production standards and must work with products that they have cleared for release.Glue, stitching, and slight paint variances are common in these mass-produced shoes.<br><br>If you do not wish to keep them, you are always welcome to relist them back on StockX for sale. Please let us know if you need anything else.<br><br>Best, |

| | | | |
|---|---|---|---|
| | | | Antonio |
| 4/7/2022 12:02 AM | Toni Clark | Case Resolution | |
| 4/7/2022 12:22 AM | SYSTEM | Email | Re: CRM:07980005188<br><br>Ok thank you so muchSent from Yahoo Mail for iPhoneOn Wednesday, April 6, 2022, 6:08 PM, support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Measha,You're welcome, for starters, I can tell you that PS sizes do not have to same insoles as adults. Once I receive feedback I'll provide the details.Best,Antonio |
| 4/8/2022 1:26 PM | Toni Clark | Email | CRM:07980005207<br>Hey Measha,<br><br>You're welcome.<br><br>Thank you for choosing StockX.<br><br>Antonio |
| 4/8/2022 1:26 PM | Toni Clark | Case Resolution | |

### Emails:

| Date | Email |
|---|---|
| 4/5/2022 3:52 PM | From : support@stockx.com To :Measha <br>Subject :  StockX Case # CAS-1150122-W6N4G8 Returns / Exchanges CRM:01370466383<br>Created on behalf of: Solvvy D365-PROD-Solvvy<br>Content : Refer History section |
| 4/5/2022 4:18 PM | From :                                         To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1150122-W6N4G8 Returns / Exchanges CRM:01370466383<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |

| | |
|---|---|
| 4/5/2022 10:38 PM | From : support@stockx.com To :Measha ▮▮▮▮<br>Subject :  CRM:07980005122<br>Created on behalf of: Toni Clark<br>Content : Refer History section |
| 4/6/2022 8:58 PM | From : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ To :support, support, support@stockx.com<br>Subject :  Re: CRM:07980005122<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/6/2022 9:26 PM | From : support@stockx.com To :Measha ▮▮▮▮<br>Subject :  CRM:07980005184<br>Created on behalf of: Toni Clark<br>Content : Refer History section |
| 4/6/2022 9:57 PM | From : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ To :support, support, support@stockx.com<br>Subject :  Re: CRM:07980005184<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/6/2022 10:08 PM | From : support@stockx.com To :Measha ▮▮▮▮<br>Subject :  CRM:07980005188<br>Created on behalf of: Toni Clark<br>Content : Refer History section |
| 4/7/2022 12:02 AM | From : support@stockx.com To :Measha ▮▮▮▮<br>Subject :  CRM:07980005202<br>Created on behalf of: Toni Clark<br>Content : Refer History section |
| 4/7/2022 12:22 AM | From : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ To :support, support, support@stockx.com<br>Subject :  Re: CRM:07980005188<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/8/2022 1:26 PM | From : support@stockx.com To :Measha ▮▮▮▮<br>Subject :  CRM:07980005207<br>Created on behalf of: Toni Clark<br>Content : Refer History section |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|
| 4/5/2022 3:51 PM | SYSTEM | Image | | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|------|------|----------|------------|
|      |      |          |            |
|      |      |          |            |

Post:

| Date | Type | Teammate | Text |
|------|------|----------|------|

Confidential
STX0777127