# Exhibit 86

*Redacted Public Version*

Good evening,

So are you telling me you 2 are the only customer service specialist in the entire company? As in the work supervisor, the manager, the owners? This can't be standard practice the fact that you didn't even offer to exchange the shoe after stating that you know the shoe is defective would have even been the bare minimum. However if you refuse to escalate my request up your chain of command I will continue letting my bank deal with this unresolved matter.

-Ashley

On Saturday, May 21, 2022, 13:16, support@stockx.com <support@stockx.com> wrote:

> Ashley,
> In regards to this matter, my colleague Noah and myself are both Buyer Product Complaint Specialists. We have full authority on matters like this. We are in constant contact with Sr. Authenticators and the Verification team. We work along side them on matters such as this.
> Again I'm sorry that you don't agree with our team on this matter but the shoes were verified when they were initially authenticated and reviewed again with the pictures that you provided. As stated, mass produced shoes will normally have common issues with excessive glue stains or stitching variances. This is directly from being manufactured on a massive scale.
> As my colleague stated, if you do not wish to keep them, you are always welcome to re-list them back on StockX for sale.
> Best,
> Erik
> ------------------ Original Message ------------------
> **From:** Ashley
> **Received:** Fri May 20 2022 11:51:33 GMT-0400 (Eastern Daylight Time)
> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> **Subject:** Re: CRM:07210003898
>
> Good morning,
> Please escalate my case to your supervisor. There is no way I would resell someone else defective, counterfeit sneakers and the fact that you suggested that is absurd.
>
> - Ashley
>
> On Friday, May 20, 2022, 10:02, support@stockx.com <support@stockx.com> wrote:
>
>> Hi Ashley,
>> I do understand you may not fully agree with the results however I am customer service so I am sadly unable to overturn the decision! As a product specialist here at StockX and a sneaker enthusiast, I can assure you that these are very very typical Nike quality, especially for dunks! I also kindly recommend checking out Nike Dunk quality on Youtube or different sources as well!
>> I also understand your concerns regarding the authenticity of your recent purchase following the recent claims by Nike. Our team in CS generally does not discuss legal matters but here is the link to our official statement on the matter: here
>> The good news is that we are a marketplace, and not a store, so you can resell them on StockX if you are truly unsatisfied with your purchase! We would suggest doing so at a price you are comfortable with and with the verification tag still attached if that is how you decide to move forward.
>> Thanks!
>> Noah

Confidential