# Exhibit 87

*Redacted Public Version*

Good evening,

I'm not asking you to be the manufacturers of the shoes. What I am asking is for you all to the right thing. I do not care if Nike did authorize you to sell the shoes. You know that the shoes are defected and should not have passed quality control. And I don't care if the standards ok Nike are low that they did. It is not ok that you all are taking advantage of people and screwing them out of their money. I deserve better. Every customer that patronizes your business should be treated better. We deserve quality products. The money we spend is not defective so why is it the products we are receiving are? I will not rest until the right thing is done. Which is either give me a full refund or exchange the shoes for an authentic shoe that is not defective.

-Ashley Cage

On Saturday, May 21, 2022, 18:03, support@stockx.com <support@stockx.com> wrote:

> Ashley,
> We are not the manufacturers of these shoes. Nike and their Quality Control department passed these shoes to be sold on the retail level. Meaning that these shoes passed their Quality Control standards. We unfortunately do not have control over the manufacturer's production or quality control standards and must work with products that they have cleared for release.
> As me and my colleague has stated, which was information provided by the Verification team, that this item would be acceptable per our deadstock conditions and from a retail shop or manufacturer. Since they passed these shoes to be sold on the retail level.
> If you do not wish to keep them, you are always welcome to re-list them back on StockX for sale.
> Best,
> Erik
> -----------------Original Message------------------
> **From:** Ashley
> **Received:** Sat May 21 2022 17:46:23 GMT-0400 (Eastern Daylight Time)
> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> **Subject:** Re: CRM:07210003898
>
> Good evening,
> Please escalate my case up to your supervisor. You've already admitted the shoe is defective and has some variable differences in them. This is not right and I will not stop until this issue is resolved to both parties standards. Thank you.

Confidential
STX0220624

Inline image

Confidential
STX0220625

Inline image

Confidential
STX0220626

Inline image

Confidential
STX0220627

Inline image

Confidential                                                                                                                                                                                                                        STX0220628

 Inline image

On Saturday, May 21, 2022, 17:09, Ashley ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Good evening,
So are you telling me you 2 are the only customer service specialist in the entire company? As in the work supervisor, the manager, the owners? This can☐t be standard practice the fact that you didn☐t even offer to exchange the shoe after stating that you know the shoe is defective would have even been the bare minimum. However if you refuse to escalate my request up your chain of command I will continue letting my bank deal with this unresolved matter.

-Ashley

On Saturday, May 21, 2022, 13:16, support@stockx.com <support@stockx.com> wrote:

Ashley,
In regards to this matter, my colleague Noah and myself are both Buyer Product Complaint Specialists. We have full authority on matters like this. We are in constant contact with Sr. Authenticators and the Verification team. We work along side them on

matters such as this.
Again I'm sorry that you don't agree with our team on this matter but the shoes were verified when they were initially authenticated and reviewed again with the pictures that you provided. As stated, mass produced shoes will normally have common issues with excessive glue stains or stitching variances. This is directly from being manufactured on a massive scale.
As my colleague stated, if you do not wish to keep them, you are always welcome to re-list them back on StockX for sale.
Best,
Erik

------------------ Original Message ------------------
**From:** Ashley
**Received:** Fri May 20 2022 11:51:33 GMT-0400 (Eastern Daylight Time)
**To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
**Subject:** Re: CRM:07210003898

Good morning,
Please escalate my case to your supervisor. There is no way I would resell someone else defective, counterfeit sneakers and the fact that you suggested that is absurd.

- Ashley

On Friday, May 20, 2022, 10:02, support@stockx.com <support@stockx.com> wrote:

> Hi Ashley,
> I do understand you may not fully agree with the results however I am customer service so I am sadly unable to overturn the decision! As a product specialist here at StockX and a sneaker enthusiast, I can assure you that these are very very typical Nike quality, especially for dunks! I also kindly recommend checking out Nike Dunk quality on Youtube or different sources as well!
> I also understand your concerns regarding the authenticity of your recent purchase following the recent claims by Nike. Our team in CS generally does not discuss legal matters but here is the link to our official statement on the matter: here
> The good news is that we are a marketplace, and not a store, so you can resell them on StockX if you are truly unsatisfied with your purchase! We would suggest doing so at a price you are comfortable with and with the verification tag still attached if that is how you decide to move forward.
> Thanks!
> Noah

Confidential
STX0220630