# Exhibit 88

*Redacted Public Version*



CASE

## Case Details:

**CASE/TICKET NUMBER**:CAS-934052-Y2K3D0
**CASE TITLE**:BPC
**CONTACT REASON**:ORDER STATUS
**ORDER NUMBER**: 33651404
**CREATED ON**: 2/28/2022 11:31 PM
**STATUS**: RESOLVED
**ORIGIN**: VIRTUAL TEAMMATE
**CASE DESCRIPTION**: UPDATED DESCRIPTION [2/28/2022 11:57:51 PM UTC]

I RECEIVED MY ORDER AND AFTER REVIEWING I AM NOT CERTAIN THAT THE SHOE I RECEIVED IS 100% AUTHENTIC.THE TOE BOX PERFORATIONS/HOLES LOOK OUT OF PLACE AND DO NOT ALIGN AS THEY SHOULD. AS WELL AS THE BOTTOM OF THE SOLE DOES HAVE THE SAME MARKINGS AS THE PAIRS THAT I HAVE RECEIVED DIRECTLY FROM NIKE

----------------------------------------

HI, I RECEIVED MY ORDER AND AFTER REVIEWING I AM NOT CERTAIN THAT THE SHOE I RECEIVED IS 100% AUTHENTIC. THE TOE BOX PERFORATIONS/ HOLES LOOK OUT PLACE AND DO NOT CORRECTLY ALIGN AS THEY SHOULD. AS WELL AS THE BOTTOM OF THE SOLE DOES NOT HAVE THE SAME MARKINGS AS THE PAIRS I HAVE PURCHASE DIRECTLY FROM NIKE

**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**: [REDACTED]
**CUSTOMER NAME**: CIARA [REDACTED]

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 2/28/2022 11:21 PM | # Omnichannel | Conversation | Ciara [REDACTED] Live-Chat Workstream (NA, English) |

| | | | |
|---|---|---|---|
| 2/28/2022 11:50 PM | # Omnichannel | Conversation | Ciara [REDACTED] Live-Chat Workstream (NA, English) |
| 2/28/2022 11:57 PM | SYSTEM | Email | StockX Case # CAS-934052-Y2K3D0 Unknown CRM:00000000001<br><br>Hi Ciara,<br><br>Thank you for reaching out to StockX. We noticed you already contacted us about a similar issue, CAS-934052-Y2K3D0. In order to help you more quickly and efficiently, we've added this new inquiry to your<br>original case.<br><br>Our customer service team usually responds within 24 hours, and we'll review all recent inquiries associated with your case at that time.<br><br>Thank you for being a StockX customer and we look forward to supporting you soon. |

| | | | |
|---|---|---|---|
| | | | |
| 3/1/2022 12:02 AM | # Omnichannel | Conversation | Ciara [redacted] Live-Chat Workstream (NA, English) |
| 3/1/2022 12:09 AM | # Omnichannel | Conversation | Ciara [redacted] Live-Chat Workstream (NA, English) |
| 3/1/2022 12:16 AM | Sydney Eaton | Email | Regarding our chat conversation CRM:02170001246<br><br>Hey Ciara,<br><br>Thanks for contacting StockX! This is Sydney, the team member that you were speaking with during your chat conversation. I see that our chat disconnected while we were discussing your order #33651404. I wanted to reach out to make sure you still got the proper assistance.<br><br>Thank you for reaching out to StockX. I hope this email finds you well. I am deeply sorry to hear about the inconvenience you are facing with your most recent purchase and would like to assure you we are here to help. Thank you for notifying us so we could help remedy the situation for you.<br><br>With that being said, we are more than happy to review your purchase for order #33651404. Please send us the photos of the details below for our review:<br><br>Any specific flaws you have noticed<br><br>Box label<br><br>Size tag<br><br>Left and right sides of the sneakers<br><br>Outsoles of the sneakers |

| | | | |
|---|---|---|---|
| | | | The StockX verification tag attached to your item with a clear photo of the QR code on the back of the tag.<br><br>Once these photos have been received, I will be able to offer the best possible assistance. Thank you for your cooperation and understanding in advance. Looking forward to hearing back from you!<br><br>Thanks for allowing me to assist with your sneakers that were received in a condition that you did not expect. I hope you enjoy the rest of your day and stay safe. If you have any questions or concerns, feel free to reach back out. Thanks for choosing StockX!<br><br>Warm Regards,<br><br>Sydney |
| 3/1/2022 12:41 AM | SYSTEM | Email | Re: Regarding our chat conversation CRM:02170001246<br><br>Thanks for following up with me Sydney .The toe box holes/perforations look off and they do not align with other Jordan 1 pairs that I have received directly from Nike's sneakers app. The bottom of the sole looks off as well regarding the pattern that's on the bottom. I have enclosed pics belowSent from my iPhoneOn Feb 28, 2022, at 7:23 PM, support@stockx.com wrote:Hey Ciara,Thanks for contacting StockX! This is Sydney, the team member that you were speaking with during your chat conversation. I see that our chat disconnected while we were discussing your order #33651404. I wanted to reach out to make sure you still got the proper assistance.Thank you for reaching out to StockX. I hope this email finds you well. I am deeply sorry to hear about the inconvenience you are facing with your most recent purchase and would like to assure you we are here to help. Thank you for notifying us so we could help remedy the situation for you.With that being said, we are more than happy to review your purchase for order #33651404. Please send us the photos of the details below for our review:Any specific flaws you have noticedBox labelSize tagLeft and right sides of the sneakersOutsoles of the sneakersThe StockX verification tag attached to your item with a clear photo of the QR code on the back of the tag.Once these photos have been received, I |

| | | | |
|---|---|---|---|
| | | | will be able to offer the best possible assistance. Thank you for your cooperation and understanding in advance. Looking forward to hearing back from you!Thanks for allowing me to assist with your sneakers that were received in a condition that you did not expect. I hope you enjoy the rest of your day and stay safe. If you have any questions or concerns, feel free to reach back out. Thanks for choosing StockX!Warm Regards,Sydney |
| 3/1/2022 2:41 PM | Sydney Eaton | Email | Re: Regarding our chat conversation CRM:02170001246<br><br>Hey Ciara,<br><br>Thanks for reaching back out! I appreciate you providing photos showing the issues with the sneakers. In addition, could you also send the following pictures?<br><br>Size tag<br><br>Left and right sides of the sneakers<br><br>Outsoles of the sneakers<br><br>The StockX verification tag attached to your item with a clear photo of the QR code on the back of the tag.<br><br>Thank you in advance!<br><br>Warm Regards,<br><br>Sydney<br><br>------------------- Original Message -------------------<br>From: Ciara [redacted]<br>Received: Mon Feb 28 2022 19:40:39 GMT-0500 (Eastern Standard Time) |

To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
Subject: Re: Regarding our chat conversation CRM:02170001246

Thanks for following up with me Sydney .
The toe box holes/perforations look off and they do not align with other Jordan 1 pairs that I have received directly from Nike's sneakers app. The bottom of the sole looks off as well regarding the pattern that's on the bottom. I have enclosed pics below

Sent from my iPhone

On Feb 28, 2022, at 7:23 PM, support@stockx.com wrote:

Hey Ciara,

Thanks for contacting StockX! This is Sydney, the team member that you were speaking with during your chat conversation. I see that our chat disconnected while we were discussing your order #33651404. I wanted to reach out to make sure you still got the proper assistance.

Thank you for reaching out to StockX. I hope this email finds you well. I am deeply sorry to hear about the inconvenience you are facing with your most recent purchase and would like to assure you we are here to help. Thank you for notifying us so we could help remedy the situation for you.

With that being said, we are more than happy to review your purchase for order #33651404. Please send us the photos of the details below for our review:

Any specific flaws you have noticed

Box label

| | | | |
|---|---|---|---|
| | | | Size tag<br><br>Left and right sides of the sneakers<br><br>Outsoles of the sneakers<br><br>The StockX verification tag attached to your item with a clear photo of the QR code on the back of the tag.<br><br>Once these photos have been received, I will be able to offer the best possible assistance. Thank you for your cooperation and understanding in advance. Looking forward to hearing back from you!<br><br>Thanks for allowing me to assist with your sneakers that were received in a condition that you did not expect. I hope you enjoy the rest of your day and stay safe. If you have any questions or concerns, feel free to reach back out. Thanks for choosing StockX!<br><br>Warm Regards,<br><br>Sydney |
| 3/1/2022 6:09 PM | SYSTEM | Email | Re: Regarding our chat conversation CRM:02170001246<br><br>Hi Sydney, Sent from my iPhone> On Mar 1, 2022, at 9:43 AM, support@stockx.com wrote:> |
| 3/1/2022 6:15 PM | SYSTEM | Email | Re: Regarding our chat conversation CRM:02170001246<br><br>I also noticed that the cardboard inside the shoe does not include the words “Die Cut Sockliner” the same as my pair that come directly |

| | | | from Nike. The sockliner inside both pair of shoes are blank. The Jordan symbol looks off as well. I have included those pics as well. Sent from my iPhone&gt; On Mar 1, 2022, at 1:07 PM, Ciara ███████ ██████████████ wrote:&gt; &gt; &#65279;Hi Sydney,&gt; &lt;image0.jpeg&gt;&gt;&gt; &lt;image1.jpeg&gt;&gt;&gt; &lt;image2.jpeg&gt;&gt;&gt; &lt;image3.jpeg&gt;&gt;&gt; &lt;image7.jpeg&gt;&gt;&gt; &lt;image5.jpeg&gt;&gt;&gt; &lt;image6.jpeg&gt;&gt; &gt; &gt; Sent from my iPhone&gt; &gt;&gt; On Mar 1, 2022, at 9:43 AM, support@stockx.com wrote:&gt;&gt; |
|---|---|---|---|
| 3/4/2022 5:43 PM | SYSTEM | Email | Re: Regarding our chat conversation CRM:02170001246<br><br><br><br>Hi Sydney,<br><br>I wanted to check in with you regarding the status of my complaint since I have not heard anything back since I sent in the last pics you requested. Can you please provide me with a update ?<br><br>Sent from my iPhone<br><br>&gt; On Mar 1, 2022, at 1:07 PM, Ciara ██████ ██████████████ &gt; wrote:<br>&gt;<br>&gt; &#65279;Hi Sydney,<br>&gt; &lt;image0.jpeg&gt;<br>&gt; &lt;image1.jpeg&gt;<br>&gt; &lt;image2.jpeg&gt;<br>&gt; &lt;image3.jpeg&gt;<br>&gt; &lt;image7.jpeg&gt;<br>&gt; &lt;image5.jpeg&gt;<br>&gt; &lt;image6.jpeg&gt;<br>&gt;<br>&gt;<br>&gt; Sent from my iPhone<br>&gt;<br>&gt;&gt; On Mar 1, 2022, at 9:43 AM, support@stockx.com wrote:<br>&gt;&gt; |
| 3/5/2022 3:25 PM | # Omnichannel | Conversation | Ciara ███████ Live-Chat Workstream (NA, English) |

STX0802174

| 3/5/20<br>22 3:26<br>PM | #<br>Omnicha<br>nnel | Conversa<br>tion | Ciara ███████ Live-Chat Workstream (NA, English) |
|---|---|---|---|
| 3/6/20<br>22 2:47<br>PM | JD DeRiso | Email | CRM:00150001555<br>Good Day Ciara,<br><br>Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.<br><br>At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.<br><br>Looking forward to hearing back from you!<br><br>JD |
| 3/6/20<br>22 4:33<br>PM | SYSTEM | Email | Re: CRM:00150001555<br><br>Hi JD,I have included the requested photos below.Sent from my iPhoneOn Mar 6, 2022, at 9:49 AM, support@stockx.com wrote:&#65279;Good Day Ciara,Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.Looking forward to hearing back from you!JD&lt;41467950-408c-472f-8ce8-642955cee24b.jpeg&gt;&lt;570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg&gt;&lt;05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg&gt;&lt;Screen Shot 2022-02-23 at 6.01.52 PM.png&gt; |
| 3/6/20<br>22 9:04<br>PM | JD DeRiso | Email | Re: CRM:00150001555<br>------------------ Original Message ------------------From: Ciara ███████<br>████████; Received: Sun Mar 06 2022 11:31:47 GMT-0500 (Eastern Standard Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;; Subject: Re: CRM:00150001555 |

STX0802175

| | | | |
|---|---|---|---|
| | | | Hi JD,<br>I have included the requested photos below.<br><br>Sent from my iPhone<br><br>On Mar 6, 2022, at 9:49 AM, support@stockx.com wrote:<br><br><br><br>Good Day Ciara,<br><br>Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.<br><br>At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.<br><br>Looking forward to hearing back from you!<br><br>JD<br><br><41467950-408c-472f-8ce8-642955cee24b.jpeg><br><570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg><br><05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg><br><Screen Shot 2022-02-23 at 6.01.52 PM.png> |
| 3/6/2022 9:05 PM | JD DeRiso | Email | Re: CRM:00150001555 |

Hi Ciara,

Thanks for getting back to me with these images for review,

We take authentication very seriously at StockX! Our authenticators are committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've provided and get back to you once in the office.

We appreciate your patience and hope to resolve any concerns you have regarding your Pine Green Black Jordan 1 sneakers soon as possible!

Sincerely,

JD

------------------- Original Message -------------------
From: Ciara [redacted]
Received: Sun Mar 06 2022 11:31:47 GMT-0500 (Eastern Standard Time)
To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
Subject: Re: CRM:00150001555

Hi JD,
I have included the requested photos below.

Sent from my iPhone

On Mar 6, 2022, at 9:49 AM, support@stockx.com wrote:

Good Day Ciara,

Thanks for patiently awaiting for your case to be reviewed here at

| | | | StockX! The images that you provided for review are greatly appreciated.<br><br>At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.<br><br>Looking forward to hearing back from you!<br><br>JD<br><br><41467950-408c-472f-8ce8-642955cee24b.jpeg><br><br><570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg><br><br><05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg><br><br><Screen Shot 2022-02-23 at 6.01.52 PM.png> |
|---|---|---|---|
| 3/6/2022 9:43 PM | SYSTEM | Email | Re: CRM:00150001555<br><br>You're welcome and thank you for your help as well.I was initially working with Sydney regarding my concern and I provided several pictures to her as well regarding my concern. Were those pictures included in the case that you are sending to the Sr. Authenticator for review ?Sent from my iPhoneOn Mar 6, 2022, at 4:13 PM, support@stockx.com wrote:Hi Ciara,Thanks for getting back to me with these images for review,We take authentication very seriously at StockX! Our authenticators are committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've provided and get back to you once in the office.We appreciate your patience and hope to resolve any concerns you have regarding your Pine Green Black Jordan 1 sneakers soon as possible!Sincerely,JD------------------- Original Message -------------------From: Ciara [redacted] [redacted] ;Received: Sun Mar 06 2022 11:31:47 GMT-0500 (Eastern Standard Time)To: support |

| | | | |
|---|---|---|---|
| | | | &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: CRM:00150001555Hi JD, I have included the requested photos below.&lt;image0.jpeg&gt;&lt;image1.jpeg&gt;&lt;image2.jpeg&gt;&lt;image3.jpeg&gt; Sent from my iPhone On Mar 6, 2022, at 9:49 AM, support@stockx.com wrote:&#65279; Good Day Ciara,Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.Looking forward to hearing back from you!JD &lt;41467950-408c-472f-8ce8-642955cee24b.jpeg&gt;&lt;570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg&gt;&lt;05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg&gt;&lt;Screen Shot 2022-02-23 at 6.01.52 PM.png&gt;&lt;image3.jpeg&gt;&lt;image1.jpeg&gt;&lt;image0.jpeg&gt;&lt;image2.jpeg&gt; |
| 3/7/2022 12:20 AM | JD DeRiso | Email | Re: CRM:00150001555 Hey Ciara, You're welcome for the help! Yes, the pictures you provided to Sydney on February 28, 2022 that show the highlighted issues found with the toe boxes were also submitted for review! As promised, I'll message you with the results as soon as they're received by our Sr. Authenticator. Best wishes, JD ------------------ Original Message ------------------ From: Ciara ██████████████████████ Received: Sun Mar 06 2022 16:41:17 GMT-0500 (Eastern Standard Time) To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;; Subject: Re: CRM:00150001555 |

Confidential

You’re welcome and thank you for your help as well.
I was initially working with Sydney regarding my concern and I provided several pictures to her as well regarding my concern. Were those pictures included in the case that you are sending to the Sr. Authenticator for review ?

Sent from my iPhone

On Mar 6, 2022, at 4:13 PM, support@stockx.com wrote:

Hi Ciara,

Thanks for getting back to me with these images for review,

We take authentication very seriously at StockX! Our authenticators are committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've provided and get back to you once in the office.

We appreciate your patience and hope to resolve any concerns you have regarding your Pine Green Black Jordan 1 sneakers soon as possible!

Sincerely,

JD

------------------ Original Message ------------------
From: Ciara [redacted]
Received: Sun Mar 06 2022 11:31:47 GMT-0500 (Eastern Standard Time)
To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
Subject: Re: CRM:00150001555

Hi JD,
I have included the requested photos below.
<image0.jpeg>

<image1.jpeg>

<image2.jpeg>

<image3.jpeg>

Sent from my iPhone

On Mar 6, 2022, at 9:49 AM, support@stockx.com wrote:

Good Day Ciara,

Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.

At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.

Looking forward to hearing back from you!

JD

<41467950-408c-472f-8ce8-642955cee24b.jpeg>

<570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg>

<05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg>

<Screen Shot 2022-02-23 at 6.01.52 PM.png>

| | | | |
|---|---|---|---|
| | | | <image3.jpeg><br><br><image1.jpeg><br><br><image0.jpeg><br><br><image2.jpeg> |
| 3/7/2022 12:57 AM | SYSTEM | Email | Re: CRM:00150001555<br><br>Ok. Perfect !Sent from my iPhoneOn Mar 6, 2022, at 7:26 PM, support@stockx.com wrote:Hey Ciara,You're welcome for the help! Yes, the pictures you provided to Sydney on February 28, 2022 that show the highlighted issues found with the toe boxes were also submitted for review!As promised, I'll message you with the results as soon as they're received by our Sr. Authenticator.Best wishes,JD------------------- Original Message -------------------From: Ciara [redacted];Received: Sun Mar 06 2022 16:41:17 GMT-0500 (Eastern Standard Time)To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;Subject: Re: CRM:00150001555You're welcome and thank you for your help as well. I was initially working with Sydney regarding my concern and I provided several pictures to her as well regarding my concern. Were those pictures included in the case that you are sending to the Sr. Authenticator for review ? Sent from my iPhone On Mar 6, 2022, at 4:13 PM, support@stockx.com wrote: Hi Ciara,Thanks for getting back to me with these images for review,We take authentication very seriously at StockX! Our authenticators are committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've |

| | | | |
|---|---|---|---|
| | | | provided and get back to you once in the office.We appreciate your patience and hope to resolve any concerns you have regarding your Pine Green Black Jordan 1 sneakers soon as possible!Sincerely,JD------------------- Original Message -------------------From: Ciara ;Received: Sun Mar 06 2022 11:31:47 GMT-0500 (Eastern Standard Time)To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;Subject: Re: CRM:00150001555Hi JD, I have included the requested photos below. <image0.jpeg><image1.jpeg><image2.jpeg><image3.jpeg> Sent from my iPhone On Mar 6, 2022, at 9:49 AM, support@stockx.com wrote: Good Day Ciara,Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.Looking forward to hearing back from you!JD <41467950-408c-472f-8ce8-642955cee24b.jpeg><570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg><05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg><Screen Shot 2022-02-23 at 6.01.52 PM.png> <image3.jpeg><image1.jpeg><image0.jpeg><image2.jpeg> |
| 3/8/2022 2:01 PM | JD DeRiso | Email | Re: CRM:00150001555<br><br>Hey Ciara,<br><br>You're very welcome! At this time, your images are in the queue to be reviewed by our Sr. Authenticator and I expect for this process to be finalized by tomorrow. I'll continue to keep you updated as promised!<br><br>With gratitude,<br><br>JD<br><br>------------------- Original Message -------------------<br>From: Ciara<br>Received: Sun Mar 06 2022 19:56:23 GMT-0500 (Eastern Standard Time)<br>To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com |

| | | | |
|---|---|---|---|
| | | | <support@stockx.com>;<br>Subject: Re: CRM:00150001555<br><br>Ok. Perfect !<br><br>Sent from my iPhone<br><br>On Mar 6, 2022, at 7:26 PM, support@stockx.com wrote:<br><br>Hey Ciara,<br><br>You're welcome for the help! Yes, the pictures you provided to Sydney on February 28, 2022 that show the highlighted issues found with the toe boxes were also submitted for review!<br><br>As promised, I'll message you with the results as soon as they're received by our Sr. Authenticator.<br><br>Best wishes,<br><br>JD<br><br>------------------- Original Message -------------------<br>From: Ciara [redacted]<br>Received: Sun Mar 06 2022 16:41:17 GMT-0500 (Eastern Standard Time)<br>To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;<br>Subject: Re: CRM:00150001555<br><br>You’re welcome and thank you for your help as well. |

I was initially working with Sydney regarding my concern and I provided several pictures to her as well regarding my concern. Were those pictures included in the case that you are sending to the Sr. Authenticator for review ?

Sent from my iPhone

On Mar 6, 2022, at 4:13 PM, support@stockx.com wrote:

Hi Ciara,

Thanks for getting back to me with these images for review,

We take authentication very seriously at StockX! Our authenticators are committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've provided and get back to you once in the office.

We appreciate your patience and hope to resolve any concerns you have regarding your Pine Green Black Jordan 1 sneakers soon as possible!

Sincerely,

JD

------------------- Original Message -------------------
From: Ciara [redacted]
Received: Sun Mar 06 2022 11:31:47 GMT-0500 (Eastern Standard Time)
To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
Subject: Re: CRM:00150001555

Hi JD,

I have included the requested photos below.
<image0.jpeg>

<image1.jpeg>

<image2.jpeg>

<image3.jpeg>

Sent from my iPhone

On Mar 6, 2022, at 9:49 AM, support@stockx.com wrote:

Good Day Ciara,

Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.

At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.

Looking forward to hearing back from you!

JD

<41467950-408c-472f-8ce8-642955cee24b.jpeg>

<570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg>

<05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg>

<Screen Shot 2022-02-23 at 6.01.52 PM.png>

| | | | |
|---|---|---|---|
| | | | <image3.jpeg><br><br><image1.jpeg><br><br><image0.jpeg><br><br><image2.jpeg> |
| 3/8/2022 5:07 PM | JD DeRiso | Email | Re: CRM:00150001555<br><br>Hey Ciara,<br><br>I hope all is well with you at this time.<br><br>Our Sr. Authenticator has completed the review of the authenticity of the sneakers received through order 33651404.<br><br>After review, it was concluded that your Pine Green Black Jordan 1sneakers are 100% authentic as previously verified.<br><br>It was related that the overall construction of your sneakers including the toe box perforation alignments, all points featured on the sneaker box label, and the details of the size tags within the sneakers all check out as legit!<br><br>With these being Jordan 1 sneakers, the stitching that covers the point near the start of the swoosh(towards the back) wasconfirmed to be genuine and cleared by the manufacturer for sale through authorized retail sources. |

Peace of mind may be found in knowing that you may resell this pair on our platform, as long as they are in the same deadstock condition that you received them in. Also, it may help to keep the tag attached to the sneaker to link it back to your order.

I am happy that I was able to get this information over to you and hope it helps alleviate your concern about authenticity. It was a pleasure to be able to have your Pine Green Black Jordan 1 sneakers confirmed to be 100% authentic and free of uncommon imperfectionsfor you. If we may assist with anything else later in time, message us and we will be sure to help you out.

Thanks for choosing StockX! Enjoy the rest of your day!
JD

------------------- Original Message -------------------
From: support@stockx.com <support@stockx.com>;
Received: Tue Mar 08 2022 09:02:28 GMT-0500 (Eastern Standard Time)
To: Ciara [redacted]
Subject: Re: CRM:00150001555

Hey Ciara,

You're very welcome! At this time, your images are in the queue to be reviewed by our Sr. Authenticator and I expect for this process to be finalized by tomorrow. I'll continue to keep you updated as promised!

With gratitude,

JD

------------------- Original Message -------------------
From: Ciara [redacted]
Received: Sun Mar 06 2022 19:56:23 GMT-0500 (Eastern Standard Time)
To: support <support@stockx.com>; support

<support@stockx.com>; support@stockx.com
<support@stockx.com>;
Subject: Re: CRM:00150001555

Ok. Perfect !

Sent from my iPhone

On Mar 6, 2022, at 7:26 PM, support@stockx.com wrote:

Hey Ciara,

You're welcome for the help! Yes, the pictures you provided to Sydney on February 28, 2022 that show the highlighted issues found with the toe boxes were also submitted for review!

As promised, I'll message you with the results as soon as they're received by our Sr. Authenticator.

Best wishes,

JD

------------------- Original Message -------------------
From: Ciara [redacted]
Received: Sun Mar 06 2022 16:41:17 GMT-0500 (Eastern Standard Time)
To: support <support@stockx.com>; support
<support@stockx.com>; support@stockx.com
<support@stockx.com>;
Subject: Re: CRM:00150001555

You're welcome and thank you for your help as well.
I was initially working with Sydney regarding my concern and I provided several pictures to her as well regarding my concern. Were those pictures included in the case that you are sending to the Sr. Authenticator for review ?

Sent from my iPhone

On Mar 6, 2022, at 4:13 PM, support@stockx.com wrote:

Hi Ciara,

Thanks for getting back to me with these images for review,

We take authentication very seriously at StockX! Our authenticators are committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've provided and get back to you once in the office.

We appreciate your patience and hope to resolve any concerns you have regarding your Pine Green Black Jordan 1 sneakers soon as possible!

Sincerely,

JD

------------------- Original Message -------------------
From: Ciara [redacted]
Received: Sun Mar 06 2022 11:31:47 GMT-0500 (Eastern Standard Time)
To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
Subject: Re: CRM:00150001555

Hi JD,
I have included the requested photos below.
<image0.jpeg>

<image1.jpeg>

<image2.jpeg>

<image3.jpeg>

Sent from my iPhone

On Mar 6, 2022, at 9:49 AM, support@stockx.com wrote:

Good Day Ciara,

Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.

At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.

Looking forward to hearing back from you!

JD

<41467950-408c-472f-8ce8-642955cee24b.jpeg>

<570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg>

<05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg>

<Screen Shot 2022-02-23 at 6.01.52 PM.png>

| | | | |
|---|---|---|---|
| | | | <image3.jpeg><br><br><image1.jpeg><br><br><image0.jpeg><br><br><image2.jpeg> |
| 3/8/2022 5:12 PM | JD DeRiso | Case Resolution | Confirmed real by Sr. Authenticator |
| 3/8/2022 5:37 PM | SYSTEM | Email | Re: CRM:00150001555<br><br>Hi JD,Thank you following up with me. To be completely honest this does not really alleviate my concerns. The toe box perforations do not align with those of other pairs of Jordan 1's that I own and they look out of place and size. In fact one of the holes did not even punch all the way through.If I sell these back to Stock X are you able to reimburse me with another $20 off coupon? I used my coupon on this purchase which I am not satisfied withSent from my iPhoneOn Mar 8, 2022, at 12:16 PM, support@stockx.com wrote:Hey Ciara,I hope all is well with you at this time.Our Sr. Authenticator has completed the review of the authenticity of the sneakers received through order 33651404.After review, it was concluded that your Pine Green Black Jordan 1sneakers are 100% authentic as previously verified.It was related that the overall construction of your sneakers |

| | | | |
|---|---|---|---|
| | | | including the toe box perforation alignments, all points featured on the sneaker box label, and the details of the size tags within the sneakers all check out as legit!With these being Jordan 1 sneakers, the stitching that covers the point near the start of the swoosh(towards the back) wasconfirmed to be genuine and cleared by the manufacturer for sale through authorized retail sources.Peace of mind may be found in knowing that you may resell this pair on our platform, as long as they are in the same deadstock condition that you received them in. Also, it may help to keep the tag attached to the sneaker to link it back to your order.I am happy that I was able to get this information over to you and hope it helps alleviate your concern about authenticity. It was a pleasure to be able to have your Pine Green Black Jordan 1 sneakers confirmed to be 100% authentic and free of uncommon imperfectionsfor you. If we may assist with anything else later in time, message us and we will be sure to help you out.Thanks for choosing StockX! Enjoy the rest of your day!JD------------------ Original Message -------------------From: support@stockx.com <support@stockx.com>;Received: Tue Mar 08 2022 09:02:28 GMT-0500 (Eastern Standard Time)To: Ciara ;Subject: Re: CRM:00150001555Hey Ciara,You're very welcome! At this time, your images are in the queue to be reviewed by our Sr. Authenticator and I expect for this process to be finalized by tomorrow. I'll continue to keep you updated as promised!With gratitude,JD------------------- Original Message -------------------From: Ciara Received: Sun Mar 06 2022 19:56:23 GMT-0500 (Eastern Standard Time)To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;Subject: Re: CRM:00150001555Ok. Perfect ! Sent from my iPhone On Mar 6, 2022, at 7:26 PM, support@stockx.com wrote: Hey Ciara,You're welcome for the help! Yes, the pictures you provided to Sydney on February 28, 2022 that show the highlighted issues found with the toe boxes were also submitted for review!As promised, I'll message you with the results as soon as they're received by our Sr. Authenticator.Best wishes,JD------------------- Original Message -------------------From: Ciara Received: Sun Mar 06 2022 16:41:17 GMT-0500 (Eastern Standard Time)To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;Subject: Re: CRM:00150001555You're welcome and thank you for your help as well. I was initially working with Sydney regarding my concern and I provided several pictures to her as well regarding my concern. Were those pictures included in the case that you are sending to the Sr. Authenticator for review ? Sent from my iPhone On Mar 6, 2022, at 4:13 PM, support@stockx.com wrote: Hi Ciara,Thanks for getting back to me with these images for review,We take authentication very seriously at StockX! Our authenticators are |

| | | | committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've provided and get back to you once in the office.We appreciate your patience and hope to resolve any concerns you have regarding your Pine Green Black Jordan 1 sneakers soon as possible!Sincerely,JD------------------ Original Message -------------------From: Ciara ██████ ██████████████████ Received: Sun Mar 06 2022 11:31:47 GMT-0500 (Eastern Standard Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: CRM:00150001555Hi JD, I have included the requested photos below. &lt;image0.jpeg&gt;&lt;image1.jpeg&gt;&lt;image2.jpeg&gt;&lt;image3.jpeg&gt; Sent from my iPhone On Mar 6, 2022, at 9:49 AM, support@stockx.com wrote:&#65279; Good Day Ciara,Thanks for patiently awaiting for your case to be reviewed here at StockX! The images that you provided for review are greatly appreciated.At this time, we'll need clearerimages of the size tags inside the sneakers that show the style code and also the sneaker box size label. I've included examples of what will work.Looking forward to hearing back from you!JD &lt;41467950-408c-472f-8ce8-642955cee24b.jpeg&gt;&lt;570c337a-4d6e-4ee0-b594-fce3c311408b.jpeg&gt;&lt;05216884-2ac7-4d7c-87c1-f91f469be3ce.jpeg&gt;&lt;Screen Shot 2022-02-23 at 6.01.52 PM.png&gt; &lt;image3.jpeg&gt;&lt;image1.jpeg&gt;&lt;image0.jpeg&gt;&lt;image2.jpeg&gt; |
| 3/8/2022 10:13 PM | Erik Davis | Email | CRM:07330002184<br><br>Hi Ciara,<br><br>I can definitely provide you with another $20 discount code. Here is the code:SXCSOFFJUL-X6CWXDNJB3B7YSHGY6K Please note that this code will expire in 90 days from today.<br><br>I'm sorry that you do not agree with our Verification team regarding these shoes but subtle changes and variances are common with mass produced shoes.<br><br>Best,<br><br>Erik |
| 3/8/2022 10:13 PM | Erik Davis | Case Resolution | |

STX0802194

| | | | |
|---|---|---|---|
| 3/9/2022 12:15 AM | SYSTEM | Email | Re: CRM:07330002184<br><br>Thank you EricSent from my iPhoneOn Mar 8, 2022, at 5:13 PM, support@stockx.com wrote:Hi Ciara,I can definitely provide you with another $20 discount code. Here is the code:SXCSOFFJUL-X6CWXDNJB3B7YSHGY6K Please note that this code will expire in 90 days from today.I'm sorry that you do not agree with our Verification team regarding these shoes but subtle changes and variances are common with mass produced shoes.Best,Erik |
| 3/10/2022 3:45 PM | Erik Davis | Email | Re: CRM:07330002184<br><br>Hi Ciara,<br><br>No problem! I'm glad I was able to assist you on this matter.<br><br>Best,<br><br>Erik<br><br>------------------- Original Message -------------------<br>From: Ciara [redacted]<br>Received: Tue Mar 08 2022 19:14:27 GMT-0500 (Eastern Standard Time)<br>To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;<br>Subject: Re: CRM:07330002184<br><br>Thank you Eric<br><br>Sent from my iPhone<br><br>On Mar 8, 2022, at 5:13 PM, support@stockx.com wrote:<br><br>Hi Ciara, |

| | | | |
|---|---|---|---|
| | | | I can definitely provide you with another $20 discount code. Here is the code:SXCSOFFJUL-X6CWXDNJB3B7YSHGY6K Please note that this code will expire in 90 days from today.<br><br>I'm sorry that you do not agree with our Verification team regarding these shoes but subtle changes and variances are common with mass produced shoes.<br><br>Best,<br><br>Erik |
| 3/10/2022 3:46 PM | Erik Davis | Case Resolution | |

## Emails:

| Date | Email |
|---|---|
| 2/28/2022 11:57 PM | **From : support@stockx.com To :Ciara [REDACTED]<br>Subject : StockX Case # CAS-934052-Y2K3D0 Unknown CRM:00000000001<br>Created on behalf of: VTM D365-PROD-VirtualTeamMember<br>Content : Refer History section** |
| 3/1/2022 12:16 AM | **From : support@stockx.com To :Ciara [REDACTED]<br>Subject : Regarding our chat conversation CRM:02170001246<br>Created on behalf of: Sydney Eaton<br>Content : Refer History section** |
| 3/1/2022 12:41 AM | **From : [REDACTED] To :support, support, support@stockx.com<br>Subject : Re: Regarding our chat conversation CRM:02170001246<br>Created on behalf of: Josh Allegri<br>Content : Refer History section** |
| 3/1/2022 2:41 PM | **From : support@stockx.com To :Ciara [REDACTED]<br>Subject : Re: Regarding our chat conversation CRM:02170001246<br>Created on behalf of: Sydney Eaton<br>Content : Refer History section** |
| 3/1/2022 6:09 PM | **From : [REDACTED] To :support, support, support@stockx.com<br>Subject : Re: Regarding our chat conversation CRM:02170001246** |

| | |
|---|---|
| | Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/1/2022 6:15 PM | From [redacted] To :support, support, support@stockx.com<br>Subject : Re: Regarding our chat conversation CRM:02170001246<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/4/2022 5:43 PM | From [redacted] To :support, support, support@stockx.com<br>Subject : Re: Regarding our chat conversation CRM:02170001246<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/6/2022 2:47 PM | From : support@stockx.com To :Ciara [redacted]<br>Subject : CRM:00150001555<br>Created on behalf of: JD DeRiso<br>Content : Refer History section |
| 3/6/2022 4:33 PM | From [redacted] To :support, support, support@stockx.com<br>Subject : Re: CRM:00150001555<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/6/2022 9:04 PM | From : jdderiso@stockx.com To :Ciara [redacted]<br>Subject : Re: CRM:00150001555<br>Created on behalf of: JD DeRiso<br>Content : Refer History section |
| 3/6/2022 9:05 PM | From : support@stockx.com To :Ciara [redacted]<br>Subject : Re: CRM:00150001555<br>Created on behalf of: JD DeRiso<br>Content : Refer History section |
| 3/6/2022 9:43 PM | From : [redacted] To :support, support, support@stockx.com<br>Subject : Re: CRM:00150001555<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/7/2022 12:20 AM | From : support@stockx.com To :Ciara [redacted]<br>Subject : Re: CRM:00150001555<br>Created on behalf of: JD DeRiso<br>Content : Refer History section |
| 3/7/2022 12:57 AM | From : [redacted] To :support, support, support@stockx.com<br>Subject : Re: CRM:00150001555<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/8/2022 2:01 PM | From : support@stockx.com To :Ciara [redacted]<br>Subject : Re: CRM:00150001555<br>Created on behalf of: JD DeRiso<br>Content : Refer History section |
| 3/8/2022 5:07 PM | From : support@stockx.com To :Ciara [redacted]<br>Subject : Re: CRM:00150001555<br>Created on behalf of: JD DeRiso<br>Content : Refer History section |
| 3/8/2022 5:37 PM | From [redacted] To :support, support, support@stockx.com<br>Subject : Re: CRM:00150001555<br>Created on behalf of: Josh Allegri |

| | |
|---|---|
| | **Content : Refer History section** |
| 3/8/2022 10:13 PM | **From : support@stockx.com To :Ciara [redacted]**<br>**Subject : CRM:07330002184**<br>**Created on behalf of: Erik Davis**<br>**Content : Refer History section** |
| 3/9/2022 12:15 AM | **From [redacted] To :support, support, support@stockx.com**<br>**Subject : Re: CRM:07330002184**<br>**Created on behalf of: Josh Allegri**<br>**Content : Refer History section** |
| 3/10/2022 3:45 PM | **From : support@stockx.com To :Ciara [redacted]**<br>**Subject : Re: CRM:07330002184**<br>**Created on behalf of: Erik Davis**<br>**Content : Refer History section** |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|
| 3/5/2022 3:37 PM | Langston Dillardsmith | Transferring to BPC as they had not been transferee just yet | | |
| 3/6/2022 9:26 PM | JD DeRiso | Reached out to fake claims for insight | https://stockx.slack.com/archives/GF7ENURC5/p1646601975958599 | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| 2/28/2022 11:21 PM | Live chat | Erik Davis | Title: Ciara [redacted] Live-Chat Workstream (NA, English)<br>Transcript: Transcripts are placed under the same folder as Case with the file name of chatTranscript.txt |
| 2/28/2022 11:50 PM | Live chat | Erik Davis | Title: Ciara [redacted] Live-Chat Workstream (NA, English)<br>Transcript: Transcripts are placed under the same folder as Case with the file name of chatTranscript.txt |

| | | | |
|---|---|---|---|
| 3/1/2022 12:02 AM | Live chat | Erik Davis | Title: Ciara [redacted] Live-Chat Workstream (NA, English)<br>Transcript: Transcripts are placed under the same folder as Case with the file name of chatTranscript.txt |
| 3/1/2022 12:09 AM | Live chat | Erik Davis | Title: Ciara [redacted] Live-Chat Workstream (NA, English)<br>Transcript: Transcripts are placed under the same folder as Case with the file name of chatTranscript.txt |
| 3/5/2022 3:25 PM | Live chat | Erik Davis | Title: Ciara [redacted] Live-Chat Workstream (NA, English)<br>Transcript: Transcripts are placed under the same folder as Case with the file name of chatTranscript.txt |
| 3/5/2022 3:26 PM | Live chat | Erik Davis | Title: Ciara [redacted] Live-Chat Workstream (NA, English)<br>Transcript: Transcripts are placed under the same folder as Case with the file name of chatTranscript.txt |
| | | | |
| | | | |

**Post:**

| Date | Type | Teammate | Text |
|---|---|---|---|