# Exhibit 94



| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/How-long-does-the-verification-process-take |
| Page loaded at (UTC): | Tue, 17 May 2022 21:04:04 GMT |
| Capture timestamp (UTC): | Tue, 17 May 2022 21:04:20 GMT |
| Capture tool: | 10.7.9 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 3 |
| Capture ID: | 9vTyu9AqzfuUNpqkCkGrcW |
| User: | pv-leslie |

PDF REFERENCE #:     rWjF7hKpMMrnNPW1xcXXgu

NIKE0005895

# How long does the verification process take?
5/13/2022

Once the item is received at a StockX Authentication Center, it can take 1-2 business days for an item to be inspected. The process can extend a few days if there are issues requiring further inspection from StockX's Quality Assurance team.

**As a Seller, can I expedite the verification process by providing a receipt of purchase?**

Since the StockX verification process evaluates the condition of the item, its container and its accessories, StockX can't accept proof of purchase as a way to expedite the verification process.

The good news is that this means you're not required to provide us with proof of purchase as a Seller. The best way to ensure your item passes verification quickly is to package it according to our guidelines with all required accessories, and ensure that you've done the best you can to store your item to minimize wear and tear on its box.

Did this information resolve your issue?    [Yes]  [No]

**Frequently Asked Questions**

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

[Contact Us]

## How long does the verification process take?
5/13/2022

Once the item is received at a StockX Authentication Center, it can take 1-2 business days for an item to be inspected. The process can extend a few days if there are issues requiring further inspection from StockX's Quality Assurance team.

**As a Seller, can I expedite the verification process by providing a receipt of purchase?**

Since the StockX verification process evaluates the condition of the item, its container and its accessories, StockX can't accept proof of purchase as a way to expedite the verification process.

The good news is that this means you're not required to provide us with proof of purchase as a Seller. The best way to ensure your item passes verification quickly is to package it according to our guidelines with all required accessories, and ensure that you've done the best you can to store your item to minimize wear and tear on its box.

Did this information resolve your issue?    Yes    No

**Frequently Asked Questions**

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us