# Exhibit 95



| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/What-does-the-verification-process-entail-for-Sellers |
| Page loaded at (UTC): | Tue, 17 May 2022 21:05:55 GMT |
| Capture timestamp (UTC): | Tue, 17 May 2022 21:06:08 GMT |
| Capture tool: | 10.7.9 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 3 |
| Capture ID: | f6rRkAFM4YgFpene3Zv89e |
| User: | pv-leslie |

PDF REFERENCE #: p5iccVFV3zFompt5kXpTzx

NIKE0005904

## What does the verification process entail for Sellers?
4/27/2022

Once the product arrives at StockX, our dedicated verification team begins a thorough inspection, making sure it meets our condition guidelines. Only after being verified will the product be sent to the Buyer.

The exact nature of the verification process varies by item, and you can always learn more about the specific quality standards we adhere to by browsing our FAQ: How does verification help me as a Buyer or a Seller?

**What happens if my item fails verification?**
If an item is unable to successfully complete verification, we will return the item to the shipping address listed on the Seller's StockX account.

For sneakers, all required accessories or extras will be returned along with the item in the event it is unable to successfully complete our verification process. However, we cannot guarantee that any receipts, extra stickers, and/or tags will be returned, regardless of the item.

Did this information resolve your issue?  Yes  No

**Frequently Asked Questions**

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us

StockX  Help Center  Ask a Question  English (US)

## What does the verification process entail for Sellers?
4/27/2022

Once the product arrives at StockX, our dedicated verification team begins a thorough inspection, making sure it meets our condition guidelines. Only after being verified will the product be sent to the Buyer.

The exact nature of the verification process varies by item, and you can always learn more about the specific quality standards we adhere to by browsing our FAQ: How does verification help me as a Buyer or a Seller?

**What happens if my item fails verification?**
If an item is unable to successfully complete verification, we will return the item to the shipping address listed on the Seller's StockX account.

For sneakers, all required accessories or extras will be returned along with the item in the event it is unable to successfully complete our verification process. However, we cannot guarantee that any receipts, extra stickers, and/or tags will be returned, regardless of the item.

Did this information resolve your issue?   Yes   No

**Frequently Asked Questions**

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us