# Exhibit 97

🔒 PageVault

| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/What-happens-if-I-attempt-to-resell-an-item-on-StockX-but-it-doesnt-pass-verification |
| Page loaded at (UTC): | Thu, 29 Sep 2022 14:21:42 GMT |
| Capture timestamp (UTC): | Thu, 29 Sep 2022 14:21:54 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | fa13cb50-5cff-475d-bb46-6ad1990e0057 |
| User: | pv-leslie |

PDF REFERENCE #:    kq5tL4PR9xpF26ZLoWL5vi

CONFIDENTIAL

NIKE0040016

# What happens if I attempt to resell an item on StockX but it doesn't pass verification?
9/27/2022

Reselling an item on StockX is meant to be an intuitive and easy experience, especially in cases where we recognize that it is an item that has been previously purchased on the site. If an item you purchased on StockX fails verification when reselling, it is often because of one of the following reasons:

- The item shows clear signs of wear/damage that were not present during its initial verification
- The box has incurred more damage than is acceptable during the time it was in the Buyer's possession

Due to the nature of a secondary market, there is always a risk that aging, movement and storage will take their toll on an item, even one that has been previously sold on StockX. As always, it is the Buyer's responsibility to take care of their item during the time they own it, even if they are planning to resell it, and the risk that the item will become damaged increases the longer the item is held.

The reason an item fails verification will be clearly communicated to you as a Seller via email. If you feel that you have an extenuating circumstance, you can Contact Us directly for more information.

Did this information resolve your issue?    Yes    No

**Frequently Asked Questions**

My Account

Recent Purchases FAQ

Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us