# Exhibit 98

Does it mean the shoes is fake or manufacturing defect? If its fake then its terrible because i bought this from retailer.

Please return the shoes to me.

???iPhone??

   support@stockx.com?2022?3?22? 10:02???

Dear Stephen,
Good morning! This is Astrid from StockX Customer Support. Hope this email finds you well.
I explained your situation to our specialty team for your order and refund issue. Please let me explain the result in the following below.
First, I reported your item to our Authenticator again. The reason why we are unable to sell this item to our buyer is because the item you sent does not meet with brand standard. The tongue font and midsole font are different, back heel font is different as well. Therefore, since this is your 33 times verification fail. Unfortunately, we can not waive your penalty fee this time.
StockX is unique in that we only accept new, so we must be very stringent during our verification process. While there is a bit of leeway for common manufacturing variances, the item received was not within our accepted standards.
Though we cannot move forward with this sale, we do want to help. If you have any concerns for future listings, contact us and we will assist in any way we can.
Kindest regards,
Astrid
StockX Customer Support

Confidential
STX0205937