# Exhibit 99

*Redacted Public Version*

Ok thanks I appreciate it.

On Sat, Mar 19, 2022 at 7:44 AM support@stockx.com <support@stockx.com> wrote:
> Hey Denzel,
> Thanks for reaching back out to us. I can definitely provide you with the pictures our authenticators provided me (please see the images attached).
> Based on their notes. The main reason for this failed authentication is because the label and box are off, the midsole is too hard and the build and material of the sneakers are off as well.
> Hope this information was helpful. Please don't hesitate to reach back out to us if you have any other questions or concerns. We're always glad to help. Thank you for being the best part of the StockX family!
>
> Kind regards,
> Starlyn
>
> ------------------ Original Message ------------------
> **From:** Denzel
> **Received:** Fri Mar 18 2022 13:48:38
> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> **Subject:** Re: General Selling CRM:01370003352
>
> Ok if possible can your team educate us by sending a few pictures to pint out what you see so I can educate my team on what to look for. We definitely only want authentic shoes so for educational purposes please and thanks.
> On Fri, Mar 18, 2022 at 10:40 AM support@stockx.com <support@stockx.com> wrote:
>> Hey Denzel,
>> Thanks for reaching back out to us.
>> I'm afraid to inform you that after inspecting your item, our authenticators determined that your pair of Jordan 11 Retro Cool Grey (2021) is not authentic.
>> We'll be providing you with the return tracking number as soon as the shipment has been prepared to ship. We truly apologize for any inconvenience this may cause.
>> Please don't hesitate to reach back out to us if you have any other questions or concerns. We're always glad to help. Thank you for being the best part of the StockX family!
>>
>> Kind regards,
>> Starlyn
>> ------------------ Original Message ------------------
>> **From:** Denzel
>> **Received:** Fri Mar 18 2022 12:48:51
>> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>> **Subject:** Re: General Selling CRM:01370003350
>> I�m just looking for clear verification so I can educate
>> My team to better serve the sneaker community?
>> On Fri, Mar 18, 2022 at 9:47 AM D MONEY < > wrote:
>>> Thank you hope you all are well and your loved ones as well. I would just like to know are you saying the shoes are fake or not DEADSTOCK.
>>> On Fri, Mar 18, 2022 at 9:43 AM support@stockx.com <support@stockx.com> wrote:
>>>> Hello Denzel,
>>>>
>>>> Thank you for reaching out to the StockX support team. Hope you and your loved ones are doing great. I appreciate you taking the time to follow up with us to gain clarity on your verification results for order #**34632205**. I'll be more than glad to assist you.
>>>>
>>>> I understand that you shipped the **Jordan 11 Retro Cool Grey (2021)** to us with the best of intentions to complete the sale. Looking at this order I can see that this product is unable to be sent to the buyer due to inconsistencies in the construction of the shoe and its box.
>>>>
>>>> StockX is unique in that we only accept new "deadstock" condition shoes so we must be very stringent during our verification process. While there is a bit of leeway for common manufacturing variances, the item received was not within our accepted standards.
>>>>
>>>> Though we cannot move forward with this sale, we do want to help. If you have any concerns for future listings, don't hesitate to reach back out to us and we will assist in any way we can.
>>>>
>>>> Thank you for being the best part of the StockX family!
>>>>
>>>> Best regards,
>>>> Starlyn