# Exhibit 100

Thank you, can I send you a photo of the box to my Yeezy 350☐s that just sold so you can let me know if I☐ll have the same issue before I ship them out to you?

Ryan

Sent from my iPhone

> On Apr 13, 2022, at 9:33 AM, support@stockx.com wrote:
>
> Hey Ryan
> Thank you for contacting StockX support in regards to your recent sale for the Jordan 1 Retro High Tokyo Bio Hack (SIZE: 11.5). I am sorry to hear that your sale has not gone how you expected it to go. My name is Jordan and i'll be sure to provide you with as much assistance regarding your concern.
> During the authentication process, our team discovered manufacturing variance on the medial wing of the shoes. The brown part of the wing has a variance that could not come out. I have attached photos taken by our authentication team of the errors found with your order.
> In the future, we would recommend taking photos of your item in very bright lighting so you will be able to catch any imperfections with your merchandise prior to shipping the item out to us. This may help to avoid this situation from ever occurring again.
> Normally, any failed authentication could result in a penalty to your account. The good news is that you were not penalized for this order and you are still able to sell on our site. Please keep in mind that following the advice above will help to ensure that all of your future sales pass authentication because your business is so important to us.
> We do wish you luck on any future orders with us and we welcome any concerns or inquires you may have. If you have any other questions or concerns, please reach back out to us.
> Thank you for your continued support with StockX!
> Best Regards,
> Jordan
>
> ☒ note_14945101_qa_IMG_20220413_032643_4393482893943227113.jpeg

Confidential
STX0211768