# Exhibit 101



CONFIDENTIAL

NIKE0039555



CONFIDENTIAL

NIKE0039571



CONFIDENTIAL

NIKE0039581



CONFIDENTIAL

NIKE0039584



CONFIDENTIAL

NIKE0039587



CONFIDENTIAL

NIKE0039593



CONFIDENTIAL

NIKE0039602



CONFIDENTIAL

NIKE0039604



CONFIDENTIAL

NIKE0039609



CONFIDENTIAL

NIKE0039611



CONFIDENTIAL

NIKE0039617



CONFIDENTIAL

NIKE0039622



CONFIDENTIAL

NIKE0039623



CONFIDENTIAL

NIKE0039624



CONFIDENTIAL

NIKE0039634



CONFIDENTIAL

NIKE0039636



CONFIDENTIAL

NIKE0039639



CONFIDENTIAL

NIKE0039658



CONFIDENTIAL

NIKE0039659



CONFIDENTIAL

NIKE0039695



CONFIDENTIAL



CONFIDENTIAL

NIKE0039701



CONFIDENTIAL

NIKE0039717



CONFIDENTIAL

NIKE0039718



CONFIDENTIAL

NIKE0039722



CONFIDENTIAL

NIKE0039725



CONFIDENTIAL

NIKE0039726



CONFIDENTIAL

NIKE0039731



CONFIDENTIAL

NIKE0039733



CONFIDENTIAL

NIKE0039734



CONFIDENTIAL

NIKE0039735



CONFIDENTIAL

NIKE0039739