# Exhibit 102

*Redacted Public Version*



CONFIDENTIAL

NIKE0039554



CONFIDENTIAL

NIKE0039556



CONFIDENTIAL

NIKE0039565



CONFIDENTIAL

NIKE0039577



NIKE0039588



CONFIDENTIAL

NIKE0039597



CONFIDENTIAL

NIKE0039607



CONFIDENTIAL

NIKE0039612



CONFIDENTIAL

NIKE0039613



CONFIDENTIAL

NIKE0039615



CONFIDENTIAL

NIKE0039620



CONFIDENTIAL

NIKE0039637

StockX

Always Verified
Authentic
Since 2016 ®

Order Number
37857913-37757672

Jordan 1 Retro High White
University Blue Black

| Us M Men's Size | 10.5 |
| Colorway | White/University Blue-Black |
| Style | 555088-134 |
| Condition | New, 100% authentic |
| Purchase Price | $369.00 |
| Processing Fee | $22.14 |
| Shipping | $4.49 |
| Total | $395.63 |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039641



CONFIDENTIAL

NIKE0039661



CONFIDENTIAL

NIKE0039664



## StockX

Always Verified
Authentic
Since 2016 ®

Order Number
37981780-37881539

### Jordan 1 Retro High Hyper Royal Smoke Grey

| | |
|---|---|
| Us M Men's Size | 9.5 |
| Colorway | Hyper Royal/Light Smoke Grey-White |
| Style | 555088-402 |
| Condition | New; 100% authentic |
| Purchase Price | $304.00 |
| Processing Fee | $18.24 |
| Shipping | $4.49 |
| **Total** | **$326.73** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039667



CONFIDENTIAL

NIKE0039671



CONFIDENTIAL

NIKE0039678



NIKE0039693



CONFIDENTIAL

NIKE0039697



CONFIDENTIAL

NIKE0039715



CONFIDENTIAL

NIKE0039719



CONFIDENTIAL

NIKE0039724



CONFIDENTIAL

NIKE0039728



Order # 38D51996 38151755
Date: 2022-06-10

Roy Kim

StockX, LLC
237 Lafayette Street
New York, NY 10012

**Order Information**

Name                 Jordan 1 Retro High White University Blue Black
Colorway             White/University Blue Black
Style ID             555088-134
Size                 12
Condition            New, 100% Authentic
Sales Price          $381.00
Processing Fee       $22.86
Shipping             $4.49
Total                $408.35

CONFIDENTIAL

NIKE0039737



CONFIDENTIAL

NIKE0039740



CONFIDENTIAL

NIKE0039746



CONFIDENTIAL

NIKE0039750



CONFIDENTIAL

NIKE0039752