# Exhibit 103



CONFIDENTIAL

NIKE0039119



CONFIDENTIAL

NIKE0039123



CONFIDENTIAL

NIKE0039126



CONFIDENTIAL

NIKE0039128



CONFIDENTIAL

NIKE0039130



CONFIDENTIAL

NIKE0039132



CONFIDENTIAL

NIKE0039133



CONFIDENTIAL

NIKE0039134



CONFIDENTIAL

NIKE0039137



CONFIDENTIAL

NIKE0039159



CONFIDENTIAL

NIKE0039163



CONFIDENTIAL

NIKE0039164



CONFIDENTIAL

NIKE0039165



NIKE0039173



NIKE0039183



CONFIDENTIAL

NIKE0039186



CONFIDENTIAL

NIKE0039212



CONFIDENTIAL

NIKE0039213



CONFIDENTIAL

NIKE0039215



CONFIDENTIAL

NIKE0039231



CONFIDENTIAL

NIKE0039244



CONFIDENTIAL

NIKE0039306



CONFIDENTIAL

NIKE0039327

195BMS18_330 x 225 x 115



CONFIDENTIAL

NIKE0039336



CONFIDENTIAL

NIKE0039364



NIKE0039369

13AJN18_TRAY 330 x 235 x 120



NIKE0039371



CONFIDENTIAL

NIKE0039372



CONFIDENTIAL

NIKE0039414



CONFIDENTIAL

NIKE0039416



CONFIDENTIAL

NIKE0039418



CONFIDENTIAL

NIKE0039429



CONFIDENTIAL

NIKE0039432



CONFIDENTIAL

NIKE0039446



NIKE0039476



CONFIDENTIAL

NIKE0039479



CONFIDENTIAL

NIKE0039495



NIKE0039507



CONFIDENTIAL

NIKE0039517



CONFIDENTIAL

NIKE0039545