# Exhibit 104

*Redacted Public Version*



**Always Verified
Authentic
Since 2016 ©**

**Order Number
30714220-30613979**

# Jordan 1 Retro High Shadow 2.0

| | |
|---|---|
| Us M Men's Size | 8.5 |
| Colorway | Black/White-Light Smoke Grey |
| Style | 555088-035 |
| Condition | New; 100% authentic |
| Purchase Price | $285.00 |
| Processing Fee | $8.55 |
| Shipping | FREE |
| Total | $293.55 |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

NIKE0039122



2021-04-19

Order Number:
21784712-21684471

# Jordan 1 Retro High Dark Mocha (GS)

| | |
|---|---|
| U.S. Children's Size | 5.5Y |
| Colorway | Sail/Dark Mocha-Black-Black |
| Style | 575441-105 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $516.00 |
| Processing Fee | $15.48 |
| Shipping | FREE |
| Total | $531.48 |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039127



Please inspect item. All claims null and void if StockX verified authentic tag is removed.

| Total | **$1220.00** |
| --- | --- |
| Shipping | **FREE** |
| Purchase Price | **$1220.00** |
| | |
| Condition | **New! 100% authentic** |
| Style | **CJ5378-700** |
| Colorway | **Opti Yellow/Blue Fury** |
| U.S. Men's Size | **12** |

## Nike SB Dunk Low Grateful Dead Bears Opti Yellow

Order Number:
**148151865-147149824**

stockX    NOW YOU KNOW    2020-09-11

CONFIDENTIAL
NIKE0039141





**stockX** | **NOW YOU KNOW**    2020-07-27

Order Number:
13748364-13648123

# Nike SB Dunk Low Ben & Jerry's Chunky Dunky

| | |
|---|---|
| U.S. Men's Size | 12 |
| Colorway | Multi-Color/Multi-Color |
| Style | CU3244-100 |
| Condition | New; 100% authentic |
| Purchase Price | $1600.00 |
| Shipping | FREE |
| Total | $1600.00 |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

NIKE0039148



CONFIDENTIAL

NIKE0039174



**2021-08-26**

Order Number:
26366631 26266390

# Jordan 13 Retro Obsidian Powder Blue White

| | |
|---|---|
| Us M Men's Size | 10.5 |
| Colorway | White/Obsidian-Dark Powder Blue |
| Style | 414571-144 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $432.00 |
| Processing Fee | $12.96 |
| Shipping | FREE |
| **Total** | **$444.96** |

Please inspect Item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL                                                                 NIKE0039179





**NOW YOU KNOW**

2020-10-15

Order Number:
15657728-15557487

# Nike SB Dunk Low Ben & Jerry's Chunky Dunky

| | |
|---|---|
| U.S. Men's Size | 7 |
| Colorway | Multi-Color/Multi-Color |
| Style | CU3244-100 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $1480.00 |
| Shipping | FREE |
| **Total** | **$1480.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039192



**stock X** | NOW YOU KNOW

2021-01-01

Order Number:
18304922-18204681

# Jordan 1 Retro High Dark Mocha

| | |
|---|---|
| U.S. Men's Size | 8.5 |
| Colorway | Sail/Dark Mocha-Black-Black |
| Style | 555088-105 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $440.00 |
| Shipping | FREE |
| **Total** | **$440.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

NIKE0039195



Always Verified
Authentic
Since 2016 ©



Order Number
35674097-35573856

## Jordan 1 Retro High White University Blue Black

| | |
|---|---|
| Us M Men's Size | 11 |
| Colorway | White/University Blue-Black |
| Style | 555088-134 |
| Condition | New; 100% authentic |
| Purchase Price | $452.00 |
| Processing Fee | $27.12 |
| Shipping | FREE |
| **Total** | $479.12 |

Please inspect item. A l claims null and void if StockX verified authentic tag is removed.

NIKE0039201



2021-01-29



Order Number:
**19070927-18970686**

# Jordan 1 Retro High Dark Mocha (GS)

| | |
|---|---|
| **U.S. Children's Size** | 6Y |
| **Colorway** | Sail/Dark Mocha-Black-Black |
| **Style** | 575441-105 |
| **Condition** | New; 100% authentic |
| **Purchase Price** | $436.00 |
| **Shipping** | FREE |
| **Shipping Original** | $13.95 |
| **Total** | $436.00 |

Please Inspect Item. All claims null and void if StockX verified authentic tag is removed.

NIKE0039217



 NIKE0039226



**stockX** | **NOW YOU KNOW**    2021-04-26

Order Number:
**22010134-21909893**

# Jordan 1 Retro High Dark Mocha (GS)

| | |
|---|---|
| **U.S. Children's Size** | **6.5Y** |
| **Colorway** | **Sail/Dark Mocha-Black-Black** |
| **Style** | **575441-105** |
| **Condition** | **New; 100% authentic** |

| | |
|---|---|
| **Purchase Price** | **$492.00** |
| **Processing Fee** | **$14.76** |
| **Shipping** | **FREE** |
| **Total** | **$506.76** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039236



CONFIDENTIAL

NIKE0039240



CONFIDENTIAL

NIKE0039248



CONFIDENTIAL

NIKE0039252



**stockX** | NOW YOU KNOW

2021-04-24

Order Number:
21953636-21853395

# Jordan 1 Retro High Hyper Royal Smoke Grey

| | |
|---|---|
| U.S. Men's Size | 13 |
| Colorway | Hyper Royal/Light Smoke Grey-White |
| Style | 555088-402 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $425.00 |
| Processing Fee | $12.75 |
| Shipping | FREE |
| **Total** | **$437.75** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.



CONFIDENTIAL

NIKE0039268



stock**X** | NOW YOU KNOW

2021-11-22

Order Number:
29724296-29624055

## Jordan 4 Retro White Oreo (2021)

| | |
|---|---|
| Us M Men's Size | 11 |
| Colorway | White/Tech Grey-Black-Fire Red |
| Style | CT8527-100 |
| Condition | New; 100% authentic |
| | |
| Purchase Price | $400.00 |
| Processing Fee | $12.00 |
| Shipping | FREE |
| **Total** | **$412.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL



CONFIDENTIAL

NIKE0039297



CONFIDENTIAL

NIKE0039302



**stockX** | **NOW YOU KNOW**                          2020-09-22

Order Number:
15069715-14969474

# Nike SB Dunk Low Ben & Jerry's Chunky Dunky

|  |  |
|---|---|
| **U.S. Men's Size** | 10 |
| **Colorway** | Multi-Color/Multi-Color |
| **Style** | CU3244-100 |
| **Condition** | New; 100% authentic |

|  |  |
|---|---|
| **Purchase Price** | $1515.00 |
| **Shipping** | FREE |
| **Total** | $1515.00 |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL                                                                      NIKE0039312



**stockX** | **NOW YOU KNOW**

2020-09-12

Order Number:
14822181-14721940

# Nike SB Dunk Low Ben & Jerry's Chunky Dunky

| | |
|---|---|
| U.S. Men's Size | 11 |
| Colorway | Multi-Color/Multi-Color |
| Style | CU3244-100 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $1800.00 |
| Shipping | FREE |
| **Total** | **$1800.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039313



NIKE0039314



NIKE0039319



**NOW YOU KNOW**

2020-10-15

Order Number:
**15664317-15564076**

# Nike SB Dunk Low Ben & Jerry's Chunky Dunky

| | |
|---|---|
| U.S. Men's Size | 12 |
| Colorway | Multi-Color/Multi-Color |
| Style | CU3244-100 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $1830.00 |
| Shipping | FREE |
| **Total** | **$1830.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

NIKE0039332



**Order Number:**
16473902-16373661

# Jordan 1 Retro High Dark Mocha

| | |
|---|---|
| U.S. Men's Size | 12 |
| Colorway | Sail/Dark Mocha-Black-Black |
| Style | 555088-105 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $335.00 |
| Shipping | FREE |
| Shipping Original | $13.95 |
| **Total** | **$335.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039340



CONFIDENTIAL

NIKE0039356



**stockX** | NOW YOU KNOW

2020-12-16

Order Number:
17737320-17637079

# Jordan 1 Retro High Dark Mocha

| | |
|---|---|
| U.S. Men's Size | 9 |
| Colorway | Sail/Dark Mocha-Black-Black |
| Style | 555088-105 |
| Condition | New; 100% authentic |
| Purchase Price | $390.00 |
| Shipping | FREE |
| Shipping Original | $13.95 |
| **Total** | **$390.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039365

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

| | |
|---|---|
| **Total** | **$1100.00** |
| Shipping | FREE |
| Purchase Price | $1100.00 |
| | |
| Condition | New! 100% authentic |
| Style | CJ5378-700 |
| Colorway | Opti Yellow/Blue Fury |
| U.S. Men's Size | 10 |

## Nike SB Dunk Low Grateful Dead Bears Opti Yellow

Order Number:
1464345349-1454345108

stockX | NOW YOU KNOW

2020-09-04

CONFIDENTIAL

NIKE0039382





CONFIDENTIAL

NIKE0039389



2020-11-19

Order Number:
16593333-16493092

# Nike SB Dunk Low Ben & Jerry's Chunky Dunky

| | |
|---|---|
| U.S. Men's Size | 10 |
| Colorway | Multi-Color/Multi-Color |
| Style | CU3244-100 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $1400.00 |
| Shipping | FREE |
| Shipping Original | $13.95 |
| Total | $1400.00 |

Please Inspect Item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039390



**stockX** | **NOW YOU KNOW**                    2020-07-14

Order Number:
13436644-13336403

# Nike SB Dunk Low Ben & Jerry's Chunky Dunky

| | |
|---|---|
| U.S. Men's Size | 10 |
| Colorway | Multi-Color/Multi-Color |
| Style | CU3244-100 |
| Condition | New; 100% authentic |

| | |
|---|---|
| Purchase Price | $1550.00 |
| Shipping | FREE |
| **Total** | **$1550.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

NIKE0039395



CONFIDENTIAL

NIKE0039413



CONFIDENTIAL

NIKE0039437

# StockX

Always Verified
Authentic
Since 2016 ©

Order Number
34845417-34745176

# Jordan 1 Low Fragment x Travis Scott

| | |
|---|---|
| Us M Men's Size | 9.5 |
| Colorway | White/Black-Royal- Sail |
| Style | DM7866-140 |
| Condition | New; 100% authentic |
| Purchase Price | $1900.00 |
| Processing Fee | $57.00 |
| Shipping | FREE |
| **Total** | **$1957.00** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL

NIKE0039457



CONFIDENTIAL

NIKE0039469



CONFIDENTIAL

NIKE0039496

Please inspect item. All claims null and void if StockX verified authentic tag is removed.



| | |
|---|---|
| Total | **$307.97** |
| Shipping | **FREE** |
| Processing Fee | **$8.97** |
| Purchase Price | **$299.00** |
| Condition | New; 100% authentic |
| Style | CT8012-005 |
| Colorway | Medium Grey/Multi-Color/Multi-Color |
| US M Men's Size | 9.5 |

# Jordan 11 Retro Cool Grey (2021)

Order Number
3338762-3328738

# StockX

Always Verified
Authentic
Since 2016 ®

CONFIDENTIAL

NIKE0039513

# StockX

**Always Verified Authentic Since 2016 ©**



**Order Number 32034215-31933974**

# Jordan 1 Low Fragment x Travis Scott

| | |
|---|---|
| Us M Men's Size | 9.5 |
| Colorway | White/Black-Royal- Sail |
| Style | DM7866-140 |
| Condition | New; 100% authentic |
| Purchase Price | $1710.00 |
| Processing Fee | $51.30 |
| Shipping | FREE |
| **Total** | **$1761.30** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

NIKE0039514



CONFIDENTIAL

NIKE0039530