# Exhibit 111

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

5      NIKE, INC.;                    )
                                      )
6                   Plaintiff,        )
                                      )
7          vs.                        )   Case No.
                                      )   1:22-cv-00983-VEC
8      STOCKX, LLC;                   )
                                      )
9                   Defendant.        )
       _____)

10

11

12

13         VIDEOTAPED DEPOSITION OF ROY IKHYUN KIM

14                 San Diego, California

15               Wednesday, February 8, 2023

16

17

18

19

20

21

22      Reported by:
        Lynda L. Fenn, CSR, RPR
23      CSR No. 12566

24

25

Page 2

```
1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4
5    NIKE, INC.;            )
                            )
6          Plaintiff,     )
                            )
7    vs.             ) Case No.
                       ) 1:22-cv-00983-VEC
8    STOCKX, LLC;           )
                            )
9          Defendant.    )
     _____)
10
11
12
13          VIDEOTAPED DEPOSITION of ROY IKHYUN KIM,
14    taken on behalf of Plaintiff, San Diego,
15    California, at 9:56 a.m. and ending at 1:40
16    p.m., Wednesday, February 8, 2023, reported by
17    Lynda L. Fenn, CSR No. 12566, Certified
18    Shorthand Reporter within and for the State of
19    California, pursuant to notice.
20
21
22
23
24
25
```

Page 4

```
1    APPEARANCES:
2
3    For the Defendants:
4
5          KILPATRICK TOWNSEND & STOCKTON LLP
6          BY:  ROBERT N. POTTER, ESQ.
7          The Grace Building
8          1114 Avenue of the Americas
9          New York, New York  10036
10         (212) 775-8733
11         rpotter@kilpatricktownsend.com
12
13         DEBEVOISE & PLIMPTON LLP
14         BY:  KATHRYN SABA, ESQ.
15         66 Hudson Boulevard
16         New York, New York  10001
17         (212) 909-6760
18         ksaba@debevoise.com
19
20
21
22
23
24
25
```

Page 3

```
1    APPEARANCES:
2
3    For the Plaintiff:
4
5          DLA PIPER
6          BY:  MELISSA A. REINCKENS, ESQ.
7          4365 Executive Drive, Suite 1100
8          San Diego, California  92121
9          (619) 699-2700
10         melissa.reinckens@us.dlapiper.com
11
12         DLA PIPER
13         BY:  GABRIELLE VELKES, ESQ.
14         1251 Avenue of the Americas
15         New York, New York  10020-1104
16         (212) 335-4812
17         gabrielle.velkes@us.dlapiper.com
18
19
20
21
22
23
24
25
```

Page 5

```
1    APPEARANCES:
2
3    For the Deponent:
4
5          EDLESON REZZO & HINDMAN
6          BY: JESSE HINDMAN, ESQ.
7          225 Broadway, Suite 2220
8          San Diego, California  92101
9          (619) 225-4078
10         jeese@erhlawfirm.com
11
12    Also Connected:
13
14         Gregg Eisman, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

Page 6

```
 1              I N D E X
 2
 3   EXAMINATION BY:                    PAGE
 4
 5   MS. REINCKENS                   19, 172
 6
 7   MR. POTTER                       99, 173
 8
 9            E X H I B I T S
10
11
12   NUMBER        DESCRIPTION        PAGE
13
14   Exhibit 1    A three-page email from StockX    33
15              to Roy Kim, May 30, 2022;
16              RK000028 - RK000030
17
18   Exhibit 2    A three-page email from StockX    36
19              to Roy Kim, May 30, 2022;
20              RK000031 - RK00003
21
22   Exhibit 3    A seven-page email from StockX    38
23              to Roy Kim, May 30, 2022;
24              RK000037 - RK000043
25
```

Page 7

```
 1         E X H I B I T S (Continued)
 2
 3   NUMBER        DESCRIPTION        PAGE
 4
 5   Exhibit 4    A three-page email from StockX    39
 6              to Roy Kim, June 28, 2022;
 7              RK000044 - RK000046
 8
 9   Exhibit 5    A three-page email from StockX    40
10              to Roy Kim, May 30, 2022;
11              RK000047 - RK00049
12
13   Exhibit 6    A three-page email from StockX    41
14              to Roy Kim, May 30, 2022;
15              RK000050 - RK000052
16
17   Exhibit 7    A nine-page email from StockX    41
18              to Roy Kim, May 30, 2022;
19              RK000053 - RK000061
20
21   Exhibit 8    A three-page email from StockX    42
22              to Roy Kim, June nine, 2022;
23              RK000062 - RK000064
24
25
```

Page 8

```
 1         E X H I B I T S (Continued)
 2
 3   NUMBER        DESCRIPTION        PAGE
 4
 5   Exhibit 9    A three-page email from StockX    43
 6              to Roy Kim, June one, 2022;
 7              RK000065 - RK000067
 8
 9   Exhibit 10   A three-page email from StockX    44
10              to Roy Kim, June one, 2022;
11              RK000068 - RK000070
12
13   Exhibit 11   A three-page email from StockX    45
14              to Roy Kim, June two, 2022;
15              RK000071 - RK000073
16
17   Exhibit 12   A three-page email from StockX    46
18              to Roy Kim, May 30, 2022;
19              RK000074 - RK000076
20
21   Exhibit 13   A three-page email from StockX    47
22              to Roy Kim, May 30, 2022;
23              RK000077 - RK000079
24
25
```

Page 9

```
 1         E X H I B I T S (Continued)
 2
 3   NUMBER        DESCRIPTION        PAGE
 4
 5   Exhibit 14   A three-page email from StockX    48
 6              to Roy Kim, May 30, 2022;
 7              RK000080 - RK000082
 8
 9   Exhibit 15   A three-page email from StockX    48
10              to Roy Kim, May 30, 2022;
11              RK000083 - RK000085
12
13   Exhibit 16   A three-page email from StockX    49
14              to Roy Kim, May 30, 2022;
15              RK000086 - RK000088
16
17   Exhibit 17   A three-page email from StockX    50
18              to Roy Kim, May 30, 2022;
19              RK000089 - RK000091
20
21   Exhibit 18   A three-page email from StockX    51
22              to Roy Kim, May 30, 2022;
23              RK000092 - RK000094
24
25
```

3 (Pages 6 - 9)

Page 10

E X H I B I T S (Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 19 | A three-page email from StockX to Roy Kim, May 30, 2022; RK000095 - RK000097 | 51 |
| Exhibit 20 | A three-page email from StockX to Roy Kim, May 30, 2022; RK000098 - RK000100 | 52 |
| Exhibit 21 | A three-page email from StockX to Roy Kim, May 30, 2022; RK000101 - RK000103 | 53 |
| Exhibit 22 | A three-page email from StockX to Roy Kim, June six, 2022; RK000104 - RK000106 | 54 |
| Exhibit 23 | A three-page email from StockX to Roy Kim, June seven, 2022; RK000107 - RK000109 | 54 |

Page 11

E X H I B I T S (Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 24 | A three-page email from StockX to Roy Kim, May 31, 2022; RK000110 - RK000112 | 55 |
| Exhibit 25 | A three-page email from StockX to Roy Kim, May 30, 2022; RK000113 - RK000115 | 56 |
| Exhibit 26 | A three-page email from StockX to Roy Kim, June seven, 2022; RK000116 - RK000118 | 57 |
| Exhibit 27 | A three-page email from StockX to Roy Kim, May 31, 2022; RK000119 - RK000121 | 58 |
| Exhibit 28 | A three-page email from StockX to Roy Kim, May 30, 2022; RK000122 - RK000124 | 59 |

Page 12

E X H I B I T S (Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 29 | A three-page email from StockX to Roy Kim, May 31, 2022; RK000125 - RK000127 | 59 |
| Exhibit 30 | A three-page email from StockX to Roy Kim, June six, 2022; RK000128 - RK000130 | 60 |
| Exhibit 31 | A three-page email from StockX to Roy Kim, June four, 2022; RK000131 - RK000133 | 61 |
| Exhibit 32 | A three-page email from StockX to Roy Kim, May 30, 2022; RK000134 - RK000135 | 62 |
| Exhibit 33 | A two-page spreadsheet beginning with a column Jordan 1 High dark Mocha; RK000013 - RK000014 | 63 |

Page 13

E X H I B I T S (Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 34 | A one-page text message string beginning with a message from DarkJ; RK000015 | 67 |
| Exhibit 35 | A one-page text message string beginning with a message from Roy; RK000016 | 69 |
| Exhibit 36 | A one-page text message string beginning with a message from StockX; RK000017 | 71 |
| Exhibit 37 | A four-page Instagram printout from sneakerstrut | 75 |
| Exhibit 38 | A one-page Instagram printout from sneakerstrut | 76 |

4 (Pages 10 - 13)

Page 14

E X H I B I T S (Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 39 | A nine-page document entitled Page Vault; NIKE0036330 - NIKE0036338 | 78 |
| Exhibit 40 | A one-page email from Roy Kim to Tamar Duvdevani, July 11, 2022; NIKE0029007 | 82 |
| Exhibit 41 | A four-page email chain ending with an email from Roy Kim to Russ Amidon, August two, 2022; STX0772942 - STX0772945 | 86 |
| Exhibit 42 | A 66-page document beginning with an email from StockX to Roy Kim, August two, 2022; RK000137 - RK000202 | 94 |

Page 15

E X H I B I T S (Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 43 | A four-page email chain ending with an email from Russ Amidon to Roy Kim, July seven, 2022; RK000018 - RK000021 | 144 |
| Exhibit 44 | A six-page email chain ending with an email from StockX to Roy Kim, July 25, 2022; RK000022 - RK000027 | 148 |
| Exhibit 45 | A one-page printed from Instagram; STX0774399 | 155 |
| Exhibit 46 | An eight-page email chain ending with an email from Tamar Duvdevani to Roy Kim, July ten, 2022; RX000002 - RK000009 | 159 |

Page 16

I N D E X (Continued)

INFORMATION REQUESTED

(None)

INSTRUCTION NOT TO ANSWER

(None)

Page 17

San Diego, California

Wednesday, February 8, 2023

9:56 a.m.  -  1:40 p.m.

THE VIDEOGRAPHER:  Good morning.  We're going on the record at 9:56 a.m. on Wednesday February eight, 2023.

Please note the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit one of the video-recorded deposition of Roy Kim testifying in the matter of Nike, Inc., versus Stockx, LLC filed in the United States District Court for the Southern District of New York, Case No. 1:22-cv-00983.

The location of this deposition is 4365 Executive Drive, DLA Piper, Fourth Floor, San Diego, California.

My name is Gregg Eisman representing Veritext and I'm the videographer.  The court

5 (Pages 14 - 17)

1    Does that make sense?
2    A   Yes.
3    Q   Please answer your questions audibly so
4    that the court reporter can take down your testimony
5    and so that's -- that it is accurate.  Please do not
6    nod or gesture with your -- with your answers.
7        Please wait until I finish asking the
8    question to answer.  This is going to be particularly
9    important because of the fact that you have an
10   attorney here defending you and we need to give him
11   the chance to lodge objections.
12       Unless your attorney instructs you not to
13   answer my question, you must answer.
14       Do you understand that?
15   A   Yes.
16   Q   If you want to the stop to take a break at
17   any point, that's perfectly fine, please just say so.
18   The only time you are not permitted to take a break
19   is when a question is pending.
20   A   Okay.
21   Q   Do you understand these instructions?
22   A   Yes, I do.
23   Q   Okay.
24       Is there any reason why you cannot testify
25   honestly, accurately and completely today?

1    A   No.
2    Q   Are you on any medications that would
3    impair your ability to testify truthfully?
4    A   No.
5    Q   Okay.  Thank you.
6        Mr. Kim, would you consider yourself a
7    sneaker collector?
8    A   I would, yes.
9    Q   And what does it mean to you to be a
10   sneaker collector?
11   A   It's somebody who enjoys the history of
12   sneakers and spends time buying them, trading them,
13   accumulating a collection of them.
14   Q   How many sneakers have you purchased since
15   you became a collector?
16   A   As a collector, a couple hundred, maybe
17   400, 500 for my personal collection.
18   Q   And how much would you estimate you have
19   spent on your collection?
20   A   My personal collection would be
21   $300,000-ish.  I don't know.  That's my guess.
22   Q   How many sneakers do you currently own?
23   A   My total inventory, so including the shoes
24   that I re-sell, I have around 5,000 pairs right now.
25   Q   And do you collect a specific brand of

1    sneakers?
2    A   No.
3    Q   What -- what brands do you collect?
4    A   I collect Nike, New Balances, Asics,
5    Adidas, Puma.
6        I collect basically any brand that has an
7    interesting shoe that I like.
8    Q   And I believe you mentioned that you sell
9    sneakers; is that right?
10   A   Yes.
11   Q   Okay.  And where do you sell sneakers?
12   A   I sell sneakers through consignment stores,
13   through swap meets, online through applications like
14   GOAT and StockX and sometimes with friends.
15   Q   Any other applications besides GOAT or
16   StockX that you use?
17   A   I have sold through eBay before as well.
18   Q   And if you can give me a general estimate,
19   how many sneakers have you resold?
20   A   I don't know.  I would have to look it up,
21   but let's call it a thousand, though.
22       Probably maybe in the neighborhood of maybe
23   two thousand, three thousand.  Somewhere in there.
24   Q   And how long have you been selling sneakers
25   for -- reselling sneakers?

1    A   Since 2018 is when I would probably say I
2    started reselling sneakers.
3    Q   Where do you purchase your sneakers?
4    A   I purchase them from retail stores.  From
5    StockX.  From Instagram sellers as well.
6        I purchase some from GOAT and eBay as well.
7    Q   Do you ever purchase directly from
8    retailers?
9    A   I do.
10   Q   Okay.
11       Can you give me some examples?
12   A   I've bought directly from Nike.  I've
13   brought directly from Adidas.  New Balance.
14       I also by from resellers like Foot Locker,
15   Champs, DTLR.
16       I mean any retailer that sells shoes, I've
17   probably brought from them in the past two years.
18   Q   And now you mentioned again StockX and
19   GOAT.
20   A   Uh-huh.
21   Q   Is there a resell platform that you used
22   most frequently before July 2022?
23   A   Yes, StockX is the main resell platform I
24   use.
25   Q   Okay.

Page 26

1       And why did you use this platform the most?
2       A   StockX offered the best prices.  As also a
3   power buyer, I've had discounts on shipping so it
4   made no sense economically to purchase through their
5   platform.
6       Q   Now, how much have you spent purchasing on
7   StockX platform?
8       A   Over a million dollars.
9       Q   And if you can recall, do you know when you
10  made your first purchase from StockX?
11      A   Probably 2017, 2018.  But I have to look
12  that up to be specific.
13      Q   And how many purchases would you estimate
14  you've made from StockX to date?
15      A   Maybe around 5,000 shoes or so.
16      Q   And are you familiar with the StockX term
17  "power buyer"?
18      A   That was a phrase that I use.  They might
19  use it, but I'm not sure if they use it.
20      Q   And what does "power buyer" mean?
21      A   It's just somebody who -- if they spend a
22  certain amount within a quarter, they get discounted
23  shipping rates.
24      Q   And what amount is that, if you know?
25      A   I don't recall off the top of my head.

Page 27

1       Q   Does it entitled to you to any other special
2   benefits beyond discounted shipping?
3       A   I'm told that we get a dedicated customer
4   support rep for our issues, but I'm not a hundred
5   percent sure that's actually the case.
6       Q   And when did you become a StockX power
7   buyer?
8       A   I've had that discount -- for over a year
9   at least.  I don't know exactly.
10      Q   Are you aware of like -- was there a
11  threshold amount that you sold to -- to become a
12  power buyer with StockX?
13      A   Yeah, a threshold amount that I bought
14  within a time period.
15          There was an email that they sent that
16  tells you what the thresholds are, but I didn't
17  really get it, you know, because they just said I
18  got a discount so I said, That's cool.
19      Q   Okay.
20          Prior to becoming a power buyer, did you
21  ever have any issues with any product that you
22  received from StockX?
23      A   Not to my memory.
24      Q   Okay.
25      A   There's a few shoes that might have had

Page 28

1   like slight defects, like, you know, they might have
2   had stains and stuff, but I don't -- I don't recall
3   exactly.
4       Q   Okay.
5           After becoming a power buyer, did you ever
6   have any issues with a product you received from
7   StockX?
8       A   Yeah.
9       Q   And what issue was that?
10      A   I received a batch of fake shoes from them
11  and it's very specific SKUs.  There are three SKUs
12  that I bought earlier this -- I'm sorry, early in
13  2022, around springtime that turned out to be fake.
14      Q   And what products are those?
15      A   They were Nike Air Jordan 1s in three
16  specific colorways.  One which was the University
17  Blue colorway, the second which was the Dark Mocha
18  and the third which was the Hyper Royal colorway.
19      Q   And why did you suspect the product you
20  received was fake?
21      A   On -- on my Instagram I tend to post the
22  shoes that I'm purchasing for some of my kind of
23  reseller Instagram followers to discuss.  And I had
24  posted that the price of these three SKUs had
25  diminished to a point where I thought there could be

Page 29

1   some profit to be made, because these are high demand
2   SKUs.
3           I received a message from somebody, I don't
4   remember who, who just kind of warned me that there
5   was a rumor going around that these shoes -- that
6   there was a batch of fakes going through StockX that
7   were passing.
8           So when I received the shoes, I took a look
9   at them and then I ran them through two apps that
10  allow you to send photos to do like authenticity
11  checks on them:  CheckCheck App and Legit Check App.
12  And those started returning in large number that
13  these shoes were fake, so I was kind of -- had my
14  suspicions confirmed when I ran these shoes through
15  those two apps and they both returned with the same
16  results.
17      Q   Did you attempt to contact StockX to return
18  that product?
19      A   Yes, I reached out to them through their
20  customer support help thing on their website to try
21  to get someone to reach out because there was a large
22  number of shoes that were failing.
23      Q   And did you receive a response?
24      A   Initially, no.
25      Q   How many times did you contact StockX

8 (Pages 26 - 29)

Page 30

1  before receiving a response?
2      A  Through the email chat I sent them, I
3  think, one message.  And then I had also reached out
4  through their Discord because the moderators on that
5  Discord were a little bit more accessible.
6          I didn't hear from them back either, so I
7  had to post on my Instagram instead.
8      Q  And so was it after you posted on your
9  Instagram when you were able to make contact with
10  StockX?
11      A  Yeah, StockX reached out to me after they
12  saw the post go viral on the sneaker Instagram sites.
13      Q  In contacting StockX, did you express that
14  you had suspected the product was fake?
15      A  Yes, I believe so.
16      Q  And were you ultimately able to return the
17  product?
18      A  I was, yes.
19      Q  Now, after you became a power buyer with
20  StockX, did you have issues with any other products
21  that you received from StockX?
22      A  Not to my knowledge, no.
23      Q  How would you characterize the customer
24  service you received from StockX prior -- withdrawn.
25          How would you characterize the customer

Page 31

1  service you received from StockX after becoming a
2  power buyer?
3      A  Their customer service is generally pretty
4  good just not in this particular case.  Generally,
5  they are responsive to any issues that I have as a
6  buyer or a seller within 24 hours.
7          In this case I didn't hear back them from.
8      Q  And do you think that StockX made it easier
9  for you to return products with issues?
10      A  I'm sorry, I don't understand your
11  question.
12      Q  Yeah.
13          Did StockX make it easy for you to return
14  products with issues?
15      A  Outside of this particular scenario or
16  others?
17      Q  Well, let's focus on this particular
18  scenario.
19      A  In this scenario, yeah, once they received
20  the shoes and verified that, you know, they were
21  fake, it was easy for me to return.
22          They sent me a bunch of shipping label and
23  I sent the shoes back with them.
24      Q  Okay.  How about in other situations?
25          Does StockX make it easy for you to return

Page 32

1  products?
2      A  I don't recall any other situation where I
3  had to return something to them.
4      Q  Now, of the products that you purchased
5  from StockX, have any failed authentication when you
6  attempted to sell them on another platform?
7      A  Not to my knowledge.  I mean, we're only
8  really talking about GOAT and eBay if we're talking
9  applications.
10          So, no, I have not tried to sell -- I
11  haven't had any issues with stuff I bought from
12  StockX that I sold through GOAT and eBay, no.
13      Q  Okay.
14          Of the products that you purchased from
15  StockX, have any failed authentication when you
16  attempted to sell them again on StockX?
17          MR. POTTER:  Objection to form.
18          THE WITNESS:  Yes, I've had pairs fail but
19  not because of authenticity reasons.
20          MS. REINCKENS:  Okay.
21  BY MS. REINCKENS:
22      Q  Why -- why have the products failed?
23      A  Well, I got one last week where the bottom
24  of the shoe apparently was dirty.  I haven't gotten
25  the shoe back to look at it, but they said the bottom

Page 33

1  of the shoe was dirty.
2          But this was a shoe that I had purchased
3  from StockX, left in my storage unit and then tried
4  to sell back recently.
5      Q  And did you attempt to contact StockX
6  following that?
7      A  No.
8      Q  Any other situations you can think of where
9  a product you purchased from StockX may have failed
10  when you attempted to sell them again on StockX?
11          MR. POTTER:  Objection to form.
12          THE WITNESS:  I can't remember.  I mean
13  there have been cases, I just can't remember the
14  specific details.
15          Generally when it happens I just take the
16  shoe back, I take a look at it, I'll clean it up and
17  then -- yeah, if they say, like, the bottom of the
18  insole is dirty, I'll clean and, you know, sell them
19  again.
20          MS. REINCKENS:  Can you please mark this as
21  Exhibit No. ROY 1.
22          Actually, I think we can do Exhibit
23  No. KIM -- KIM 1, sorry.
24          (Plaintiff's Exhibit 1 was marked for
25  identification by the Certified Shorthand Reporter

9 (Pages 30 - 33)

Page 34

1  and is attached hereto.)
2  BY MS. REINCKENS:
3    Q  Mr. Kim, what is your email address?
4    A  Roy I. Kim at Gmail dot-com.
5    Q  Is this the only email address you used to
6  contact StockX?
7    A  It is.
8    Q  All right.
9    Now, the court reporter has handed you a
10  document that's been marked as Exhibit No. KIM 1.
11    Do you have that in front of you?
12    A  I do.
13    Q  Okay.
14    What is this document?
15    A  This is an email of an order of a shoe that
16  I purchased from StockX.
17    Q  Okay.
18    And when do you receive one of these emails
19  from StockX?
20    A  I'm sorry?
21    Q  When do you receive one of these emails
22  from StockX?
23    A  You receive this email -- I received this
24  email when an order goes through StockX and I paid
25  for it and I commit to buying it.

Page 35

1    Q  Okay.
2    So it's after you purchased a product from
3  StockX; correct?
4    A  Yes, that's correct.
5    Q  All right.
6    And in your experience do you typically
7  receive an order confirmation from StockX after
8  purchasing?
9    A  Yes, almost immediately.
10    Q  So was the date the order was confirmed on
11  or around the date of the purchase then?
12    A  Yes, it would be --
13    MR. POTTER:  Objection; form.
14    THE WITNESS:  Oh, sorry.
15    Yes, it would be right around the date of
16  the email.
17    MS. REINCKENS:  Okay.
18  BY MS. REINCKENS:
19    Q  Now, looking at Exhibit No. KIM 1, what
20  date is shown here for that?
21    A  May 30th, 2022.
22    Q  Okay.
23    And what order number is this?
24    A  This is Order No. 37857795, dash, 37757554.
25    Q  Is this document an accurate reflection of

Page 36

1  your purchase?
2    A  It is.
3    Q  And what type of shoe is this order for?
4    A  This is a Jordan 1 University Blue.
5    Q  And if you look at the Bates numbered page
6  RK 000029 it says, "Condition."
7    Do you see that, sir?
8    A  Oh, yeah, it says, "Condition:  New, one
9  hundred percent authentic."
10    Q  Okay.
11    And did you receive this order from StockX?
12    A  I did.
13    Q  All right.
14    You can put that to the side and I'll
15  apologize in advance, we are going to be going
16  through a lot of these in a similar fashion.
17    MS. REINCKENS:  Would you mark this as
18  Exhibit No. KIM 2.
19    (Plaintiff's Exhibit 2 was marked for
20  identification by the Certified Shorthand Reporter
21  and is attached hereto.)
22    MS. REINCKENS:  Okay.
23  BY MS. REINCKENS:
24    Q  Mr. Kim, the court reporter has handed you
25  an exhibit marked as Exhibit No. KIM 2.

Page 37

1    Do you have that in front of you?
2    A  I do.
3    Q  All right.
4    And do you recognize this document?
5    A  I do.
6    Q  And what is it?
7    A  It is an order purchase confirmation from
8  StockX.
9    Q  Okay.
10    And what date did you receive this email?
11    A  Dated May 30th, 2022.
12    Q  And is this document an accurate reflection
13  of what you were trying to purchase?
14    A  It is.
15    Q  What type of shoe was this order for?
16    A  This was a Jordan 1 University Blue.
17    Q  Okay.
18    And what's the order number?
19    A  37857800, dash, 37757559.
20    Q  And if you look at RK 32, it, once again,
21  says the condition.
22    Do you see that?
23    A  Yes, it's "New, one hundred percent
24  authentic."
25    Q  Did you receive this order from StockX?

10 (Pages 34 - 37)

Page 38

1    A  I did.
2        MS. REINCKENS:  Mark this is Exhibit
3    No. KIM 3.
4        (Plaintiff's Exhibit 3 was marked for
5    identification by the Certified Shorthand Reporter
6    and is attached hereto.)
7        MS. REINCKENS:  Okay.
8    BY MS. REINCKENS:
9        Q  Mr. Kim, the court reporter has handed you
10   a document that's been marked as Exhibit No. KIM 3.
11   I'll just say on the record it bear the Bates numbers
12   RK 37 through RK 43.
13       Do you recognize this document?
14       A  Yes, it's a series of emails for a shoe I
15   bought on the same day with the same shoe size, a
16   Jordan 1 University Blue.
17       Q  Okay.
18       And what -- let's take this just in a
19   couple of steps here.
20       This -- this is an order confirmation then
21   for an order of -- is it three pairs of shoes; is
22   that right?
23       A  One, two, three -- yes, three shoes.
24       Q  Okay.
25       And if you would be kind enough just to

Page 39

1    state on the record the order numbers, please.
2        A  Yes.  The order number for the first one is
3    37858112, dash, 37757871.
4        The order number for the second pair is
5    37864122, dash, 37763881.
6        The order number for the third one is
7    37881414, dash, 37781173.  All marked, "New, a
8    hundred percent authentic."
9        Q  Okay.
10       And did you receive these orders from
11   StockX?
12       A  I did.
13       Q  Okay.
14       MS. REINCKENS:  Exhibit No. KIM 4.
15       THE WITNESS:  Thank you.
16       (Plaintiff's Exhibit 4 was marked for
17   identification by the Certified Shorthand Reporter
18   and is attached hereto.)
19   BY MS. REINCKENS:
20       Q  The court reporter has handed you an
21   exhibit marked as Exhibit No. KIM 4.  It bears the
22   Bates numbers RK 44 through RK 46.
23       Do you recognize this document?
24       A  Yes, it is an email confirmation for an
25   order made for Jordan 1 University Blue on June 28th,

Page 40

1    2022.
2        Q  And what is the order number?
3        A  Order No. 38917859, dash, 38817618, marked,
4    "New, a hundred percent authentic."
5        Q  And is this document an accurate reflection
6    of what you were trying to purchase?
7        A  Yes.
8        Q  And did you receive this order from StockX?
9        A  I did.
10       MS. REINCKENS:  Exhibit No. KIM 5, please.
11       (Plaintiff's Exhibit 5 was marked for
12   identification by the Certified Shorthand Reporter
13   and is attached hereto.)
14   BY MS. REINCKENS:
15       Q  Mr. Kim, you've been handed an exhibit
16   marked as Exhibit No. KIM 5 and it bears the Bates
17   numbers RK 47 through RK 49.
18       Do you recognize this document?
19       A  Yes, it is an email purchase order
20   confirmation from StockX for a Jordan 1 University
21   Blue, size 12, dated May 30th, 2022, Order
22   No. 37858121, dash, 37757880, marked, "New, one
23   hundred percent authentic."
24       Q  And is this document an accurate reflection
25   of what you were trying to purchase?

Page 41

1        A  Yes, it is.
2        Q  And did you receive this order from StockX?
3        A  I did.
4        MS. REINCKENS:  Number six, please.
5        (Plaintiff's Exhibit 6 was marked for
6    identification by the Certified Shorthand Reporter
7    and is attached hereto.)
8    BY MS. REINCKENS:
9        Q  Mr. Kim, the court reporter has handed you
10   an exhibit marked as Exhibit No. KIM 6.  It bears the
11   Bates numbers RK 50 through RK 52.
12       Do you recognize this document?
13       A  Yes, it's an email confirmation for a
14   StockX purchase of a Jordan 1 University Blue, dated
15   May 30th, 2022, Order No. 37857881, dash, 37757640,
16   marked, "New, one hundred percent authentic."
17       Q  And is this document an accurate reflection
18   of what you were trying to purchase?
19       A  Yes, it is.
20       Q  And did you receive this order from StockX?
21       A  I did.
22       MS. REINCKENS:  Exhibit No. KIM 7, please.
23       (Plaintiff's Exhibit 7 was marked for
24   identification by the Certified Shorthand Reporter
25   and is attached hereto.)

11 (Pages 38 - 41)

Page 42

1    THE WITNESS:  Thank you.
2    MS. REINCKENS:  Okay.
3    BY MS. REINCKENS:
4    Q   Mr. Kim, the court reporter has handed you
5    an exhibit marked as Exhibit No. KIM 7 and it bears
6    the Bates numbers RK 53 through RK 61.
7    Do you recognize this document?
8    A   Yes, it's an order -- it's an email thread
9    of an email confirmation from StockX on a purchase of
10   four pairs of Jordan 1 University Blues, dated May
11   30th, 2022.  The order numbers are 37857845, dash,
12   37757604.
13   The second order is 37857851, dash,
14   37757610.  The next order number is 37858011, dash,
15   37757770.
16   The last order number is 37858015, dash,
17   37757774.  All marked, "New, one hundred percent
18   authentic."
19   Q   And is this document an accurate reflection
20   of what you were trying to purchase?
21   A   It is.
22   Q   And did you receive the orders from StockX?
23   A   I did.
24   MS. REINCKENS:  Number eight, please.
25   (Plaintiff's Exhibit 8 was marked for

Page 43

1    identification by the Certified Shorthand Reporter
2    and is attached hereto.)
3    MS. REINCKENS:  Okay.
4    BY MS. REINCKENS:
5    Q   Mr. Kim, the court reporter has handed you
6    a document marked as Exhibit No. KIM 8.  It bears the
7    Bates number RK 63 through RK 64.
8    Do you recognize this document?
9    A   Yes, I do.
10   Q   Okay.  What is it?
11   A   It is an email confirmation for a StockX
12   purchase of the Jordan 1 Hyper Royal, dated June
13   ninth, 2022, with the Order No. 38216724, dash,
14   38116483 marked, "New, one hundred percent
15   authentic."
16   Q   And is this document an accurate reflection
17   of what you were trying to purchase?
18   A   It is.
19   Q   And did you receive this order from StockX?
20   A   I did.
21   MS. REINCKENS:  This is Exhibit No. KIM 9,
22   please.
23   (Plaintiff's Exhibit 9 was marked for
24   identification by the Certified Shorthand Reporter
25   and is attached hereto.)

Page 44

1    THE WITNESS:  Thank you.
2    BY MS. REINCKENS:
3    Q   Mr. Kim, the court reporter has handed you
4    a document marked as Exhibit No. 9.  It bears the
5    Bates numbers RK 65 through RK 67.
6    Do you recognize this document?
7    A   I do.  It is an email confirmation for a
8    StockX purchase of a Jordan 1 High Hyper Royal,
9    Order -- I'm sorry, dated June first, 2022, Order No.
10   37940815, dash, 37840574 marked, "New, one hundred
11   percent authentic."
12   Q   Okay.
13   And is this document an accurate reflection
14   of what you were trying to purchase?
15   A   It is.
16   Q   And did you receive this order --
17   A   I did.
18   Q   -- from StockX?
19   A   I did, yes.
20   Q   Okay.
21   MS. REINCKENS:  And -- all right.  Perfect.
22   Thank you.
23   Exhibit No. KIM 10, please.
24   (Plaintiff's Exhibit 10 was marked for
25   identification by the Certified Shorthand Reporter

Page 45

1    and is attached hereto.)
2    MS. REINCKENS:  Okay.
3    BY MS. REINCKENS:
4    Q   Mr. Kim, you've been handed a document
5    marked as Exhibit No. KIM 10 and it is -- bears the
6    Bates numbers RK 68 through RK 70.
7    Do you recognize this document?
8    A   I do.  It is an email confirmation for a
9    StockX purchase of a Jordan 1 High Hyper Royal, dated
10   June first, 2022.  It has the Order No. 37960474,
11   dash,  37860233, marked, "New, one hundred percent
12   authentic."
13   Q   And is this document an accurate reflection
14   of what you were trying to purchase?
15   A   It is.
16   Q   And did you receive this order from StockX?
17   A   I did.
18   MS. REINCKENS:  Exhibit No. KIM 11, please.
19   (Plaintiff's Exhibit 11 was marked for
20   identification by the Certified Shorthand Reporter
21   and is attached hereto.)
22   BY MS. REINCKENS:
23   Q   Mr. Kim, you've been handed an exhibit
24   marked Exhibit No. KIM 11.  It bears the Bates
25   numbers RK 71 through RK 73.

12 (Pages 42 - 45)

Page 46

1    Do you recognize this document?
2    A  Yes, it is an email confirmation for a
3  StockX order of a Jordan 1 High Hyper Royal, dated
4  June second, 2022, bearing Order No. 37981780, dash,
5  37881539, listed as "New, one hundred percent
6  authentic."
7    Q  And is this a document -- is this document
8  an accurate reflection of what you were trying to
9  purchase?
10    A  It is.
11    Q  And did you receive this order from StockX?
12    A  I did.
13    MS. REINCKENS:  Exhibit No. KIM 12, please.
14    (Plaintiff's Exhibit 12 was marked for
15  identification by the Certified Shorthand Reporter
16  and is attached hereto.)
17  BY MS. REINCKENS:
18    Q  Mr. Kim, you've been handed a document
19  marked as Exhibit No. KIM 12.  It bears the Bates
20  numbers RK 74 through RK 76.
21    Do you recognize this document?
22    A  Yes, it's an email confirmation for a
23  StockX purchase of a Jordan 1 Hyper Royal, dated May
24  30th, 2022, Order No. 37873383, dash, 37773142,
25  "Condition:  New, one hundred percent authentic."

Page 47

1    Q  And is this document an accurate reflection
2  of what you were trying to purchase?
3    A  It is.
4    Q  And did you receive this order from StockX?
5    A  I did.
6    MS. REINCKENS:  Exhibit No. KIM 13.
7    (Plaintiff's Exhibit 13 was marked for
8  identification by the Certified Shorthand Reporter
9  and is attached hereto.)
10  BY MS. REINCKENS:
11    Q  Mr. Kim, you've been handed a document
12  that's been marked as Exhibit No. KIM 13.  It bears
13  the Bates numbers RK 77 through RK 79.
14    Do you recognize this document?
15    A  Yes, it is an email confirmation for a
16  StockX purchase of a Jordan 1 University Blue, dated
17  May 30th, 2022, Order No. 37857774, dash, 377575333,
18  marked with the "Condition:  New, one hundred percent
19  authentic."
20    Q  And is this document an accurate reflection
21  of what you were trying to purchase?
22    A  It is.
23    Q  Did you receive this order from StockX?
24    A  I did.
25    MS. REINCKENS:  Exhibit No. KIM 14.

Page 48

1    (Plaintiff's Exhibit 14 was marked for
2  identification by the Certified Shorthand Reporter
3  and is attached hereto.)
4  BY MS. REINCKENS:
5    Q  Mr. Kim, you've been handed a document
6  marked as Exhibit No. KIM 14.  It bears the Bates
7  numbers KIM -- RK 80 through RK 82.
8    Do you recognize this document?
9    A  I do.  It is an email confirmation for a
10  StockX purchase of a Jordan 1 University Blue, dated
11  May 30th, 2022, Order No. 37857778, dash, 37757537,
12  marked, "New, one hundred percent authentic."
13    Q  Is this document an accurate reflection of
14  what you were trying to purchase?
15    A  It is.
16    Q  And did you receive this order from StockX?
17    A  I did.
18    (Plaintiff's Exhibit 15 was marked for
19  identification by the Certified Shorthand Reporter
20  and is attached hereto.)
21  BY MS. REINCKENS:
22    Q  Mr. Kim, you've been handed a document
23  marked as Exhibit No. KIM 15.  It bears the Bates
24  numbers RK 83 through RK 85.
25    Do you recognize this document?

Page 49

1    A  I do.  It is an email confirmation for a
2  StockX purchase of a Jordan 1 University Blue, dated
3  May 30th, 2022, bearing Order No. 37857930, dash,
4  37757689, "Condition:  New, one hundred percent
5  authentic."
6    Q  And is this document an accurate reflection
7  of what you were trying to purchase?
8    A  It is.
9    Q  Did you receive this order from StockX?
10    A  I did.
11    Q  Exhibit No. KIM 16.
12    A  Thank you.
13    (Plaintiff's Exhibit 16 was marked for
14  identification by the Certified Shorthand Reporter
15  and is attached hereto.)
16    MS. REINCKENS:  Okay.
17  BY MS. REINCKENS:
18    Q  Mr. Kim, you've been handed an exhibit
19  marked as Exhibit No. KIM 16.  It bears the Bates
20  numbers RK 86 through RK 88.
21    Do you recognize this document?
22    A  Yes, it is an email confirmation for a
23  StockX purchase of the Jordan 1 University Blue,
24  dated May 30th, 2011, bearing Order No. 37857919,
25  dash, 37757678, "Condition:  New, one hundred percent

13 (Pages 46 - 49)

Page 50

1    authentic."
2        Q   And is this document an accurate reflection
3    of what you were trying to purchase?
4        A   It is.
5        Q   Did you receive this order from StockX?
6        A   I did.
7            MS. REINCKENS:  Exhibit No. KIM 17.
8            (Plaintiff's Exhibit 17 was marked for
9    identification by the Certified Shorthand Reporter
10   and is attached hereto.)
11   BY MS. REINCKENS:
12       Q   Mr. Kim, you've been handed a document
13   marked as Exhibit No. KIM 17.  It bears the Bates
14   numbers RK 89 through RK 91.
15           Do you recognize this document?
16       A   I do.  It is an email confirmation for a
17   StockX purchase of a Jordan 1 University Blue, dated
18   May 30th, 2022, Order No. 37857913, dash, 37757672,
19   "Condition:  New, one hundred percent authentic."
20       Q   And is this document an accurate reflection
21   of what you were trying to purchase?
22       A   It is.
23       Q   And did you receive this order from StockX?
24       A   I did.
25           MS. REINCKENS:  Exhibit No. KIM 18, please.

Page 51

1            (Plaintiff's Exhibit 18 was marked for
2    identification by the Certified Shorthand Reporter
3    and is attached hereto.)
4            THE WITNESS:  Thank you.
5    BY MS. REINCKENS:
6        Q   Mr. Kim, the court reporter has handed you
7    a document marked Exhibit No. KIM 18.  It bears the
8    Bates numbers RK 92 through RK 94.
9            Do you recognize this document?
10       A   Yes, it is an email confirmation for a
11   StockX purchase of a Jordan 1 University Blue, dated
12   May 30th, 2022, bearing Order No. 37857871, dash,
13   37757630 "Condition:  New, one hundred percent
14   authentic."
15       Q   And is this document an accurate reflection
16   of what you were trying to purchase?
17       A   It is.
18       Q   And did you receive this order from StockX?
19       A   I did.
20           MS. REINCKENS:  Exhibit No. KIM 19, please.
21           (Plaintiff's Exhibit 19 was marked for
22   identification by the Certified Shorthand Reporter
23   and is attached hereto.)
24           THE WITNESS:  Thank you.
25   //

Page 52

1    BY MS. REINCKENS:
2        Q   Mr. Kim, you've been handed a document
3    marked Exhibit No. KIM 19.  It bears the Bates
4    numbers RK 95 through RK 97.
5            Do you recognize this document?
6        A   Yes.  It's an email confirmation for a
7    StockX purchase of a Jordan 1 University Blue, dated
8    May 30th, 2022, Order No. 37857996, dash, 37757755,
9    "Condition:  New, one hundred percent authentic."
10       Q   And is this document an accurate reflection
11   of what you were trying to purchase?
12       A   It is.
13       Q   And did you receive this order from StockX?
14       A   I did.
15           (Plaintiff's Exhibit 20 was marked for
16   identification by the Certified Shorthand Reporter
17   and is attached hereto.)
18   BY MS. REINCKENS:
19       Q   Mr. Kim, you've been handed a document
20   marked as Exhibit No. KIM 20 and it bears the Bates
21   numbers RK 98 through RK 100.
22           Do you recognize this document?
23       A   I do.  It is an email confirmation for a
24   StockX purchase of a Jordan 1 University Blue, dated
25   May 30th, 2022, bearing Order No. 37857805, dash,

Page 53

1    37757564, "Condition:  New, one hundred percent
2    authentic."
3        Q   And is this document an accurate reflection
4    of what you were trying to purchase?
5        A   It is.
6        Q   And did you receive this order from StockX?
7        A   I did.
8        Q   We're making progress.
9        A   I bought so many shoes, now I know why this
10   takes so long.
11           Thank you.
12       Q   Mr. Kim, the court reporter has handed you
13   an exhibit marked as Exhibit No. KIM 21.
14           (Plaintiff's Exhibit 21 was marked for
15   identification by the Certified Shorthand Reporter
16   and is attached hereto.)
17   BY MS. REINCKENS:
18       Q   It bears the Bates numbers RK 101 through
19   RK 103.
20           Do you recognize this document?
21       A   Yes, it is an email confirmation for a
22   StockX purchase of a Jordan 1 University Blue, dated
23   May 30th, 2022, Order No. 37857998, dash, 37757757,
24   the condition is new, one hundred percent authentic.
25       Q   Is this document an accurate reflection of

14 (Pages 50 - 53)

Page 54

1   what you were trying to purchase?
2       A  It is.
3       Q  Did you receive this order from StockX?
4       A  I did.
5           MS. REINCKENS:  Exhibit No. KIM 22.
6           (Plaintiff's Exhibit 22 was marked for
7   identification by the Certified Shorthand Reporter
8   and is attached hereto.)
9           THE WITNESS:  Thank you.
10  BY MS. REINCKENS:
11      Q  Mr. Kim, the court reporter has handed you
12  an exhibit marked as Exhibit No. KIM 22.  It bears
13  the Bates numbers RK 104 through RK 106.
14          Do you recognize this document?
15      A  I do.  It is an email confirmation for a
16  StockX purchase of a Jordan 1 Dark Mocha, dated June
17  sixth, 2022, bearing Order Number 38124114, dash,
18  38023873, "Condition:  New, one hundred percent
19  authentic."
20      Q  And is this document an accurate reflection
21  of what you were trying to purchase?
22      A  It is.
23      Q  Did you receive this order from StockX?
24      A  I did.
25          (Plaintiff's Exhibit 23 was marked for

Page 55

1   identification by the Certified Shorthand Reporter
2   and is attached hereto.)
3           THE WITNESS:  Thank you.
4           MS. REINCKENS:  Okay.
5   BY MS. REINCKENS:
6       Q  Mr. Kim, the court reporter has handed you
7   an exhibit marked as Exhibit No. KIM 23.  It bears
8   the Bates numbers RK 107 through RK 109.
9           Do you recognize this document?
10      A  I do.  It is an email confirmation for a
11  StockX purchase of a Jordan 1 Dark Mocha, dated June
12  seventh, 2022, bearing Order No. 38157530, dash,
13  38057289.  The condition is marked as "New, one
14  hundred percent authentic."
15      Q  And is this document an accurate reflection
16  of what you were trying to purchase?
17      A  It is.
18      Q  Did you receive this order from StockX?
19      A  I did.
20          MS. REINCKENS:  Exhibit No. KIM 24.
21          (Plaintiff's Exhibit 24 was marked for
22  identification by the Certified Shorthand Reporter
23  and is attached hereto.)
24  BY MS. REINCKENS:
25      Q  Mr. Kim, the court reporter has handed you

Page 56

1   a document marked as Exhibit No. KIM 24.  It bears
2   the Bates numbers RK 110 through RK 112.
3           Do you recognize this document?
4       A  Yes, it's an email confirmation for a
5   StockX purchase of a Jordan 1 Dark Mocha, dated May
6   31st, 2022, bearing Order No. 37888982, dash,
7   37788741.  The condition is marked as "New, one
8   hundred percent authentic."
9       Q  And is this document an accurate reflection
10  of what you were trying to purchase?
11      A  It is.
12      Q  Did you receive this order from StockX?
13      A  I did.
14          (Plaintiff's Exhibit 25 was marked for
15  identification by the Certified Shorthand Reporter
16  and is attached hereto.)
17  BY MS. REINCKENS:
18      Q  Mr. Kim, the court reporter has handed you
19  an exhibit marked as Exhibit No. KIM 25.  It bears
20  the Bates numbers RK 113 through RK 115.
21          Do you recognize this document?
22      A  I do.  It is an email confirmation for a
23  StockX purchase of a Jordan 1 Dark Mocha, dated May
24  30th, 2022, bearing Order No. 37858043, dash,
25  37757802.  The condition is marked as "New, one

Page 57

1   hundred percent authentic."
2       Q  Is this document an accurate reflection of
3   what you were trying to purchase?
4       A  It is.
5       Q  Did you receive this order from StockX?
6       A  I did.
7           MS. REINCKENS:  Thank you.  Exhibit No. KIM
8   26.
9           (Plaintiff's Exhibit 26 was marked for
10  identification by the Certified Shorthand Reporter
11  and is attached hereto.)
12          THE WITNESS:  Thank you.
13  BY MS. REINCKENS:
14      Q  Mr. Kim, the court reporter has handed you
15  a document marked as Exhibit No. KIM 26.  It bears
16  the Bates numbers RK 116 through RK 118.
17          Do you recognize this document?
18      A  Yes, it's an email confirmation for a
19  StockX purchase of a -- excuse me, a Jordan 1 Dark
20  Mocha, dated June seventh, 2022, bearing Order No.
21  38161749, dash, 38061508.  The condition is marked as
22  "New, one hundred percent authentic."
23      Q  Is this document an accurate reflection of
24  what you were trying to purchase?
25      A  It is.

15 (Pages 54 - 57)

Page 58

1    Q  Did you receive this order from StockX?
2    A  I did.
3       MS. REINCKENS:  Exhibit No. KIM 27.
4       (Plaintiff's Exhibit 27 was marked for
5    identification by the Certified Shorthand Reporter
6    and is attached hereto.)
7       THE WITNESS:  Thank you.
8    BY MS. REINCKENS:
9    Q  Mr. KIM, you've been handed an exhibit
10   marked as Exhibit No. KIM 27 bearing the Bates
11   numbers RK 119 through RK 121.
12      Do you recognize this document?
13   A  Yes.  It's an email confirmation for a
14   StockX purchase of a Jordan 1 Dark Mocha, dated May
15   31, 2022, bearing Order No. 37892676, dash, 37792435.
16   The condition is marked as "New, one hundred percent
17   authentic."
18   Q  Is this document an accurate reflection of
19   what you were trying to purchase?
20   A  It is.
21   Q  Did you receive this order from StockX?
22   A  I did.
23   Q  Down to the last five.
24   A  All right.  I thought it was 300.
25      MS. REINCKENS:  Exhibit No. KIM 28.

Page 59

1       (Plaintiff's Exhibit 28 was marked for
2    identification by the Certified Shorthand Reporter
3    and is attached hereto.)
4       THE WITNESS:  Thank you.
5       MS. REINCKENS:  Okay.
6    BY MS. REINCKENS:
7    Q  Mr. Kim, you've been hand handed a document
8    marked as Exhibit No. KIM 28.  It bears the Bates
9    numbers RK 122 through RK 124.
10      Do you recognize this document?
11   A  I do.  It is an email confirmation for a
12   StockX purchase of a Jordan 1 Dark Mocha, dated May
13   30, 2022, Order No. 37858075, dash, 37757834.  The
14   condition is marked as "New, one hundred percent
15   authentic."
16   Q  Is this document an accurate reflection of
17   what you were trying to purchase?
18   A  It is.
19   Q  Did you receive this order from StockX?
20   A  I did.
21      MS. REINCKENS:  Exhibit No. KIM 29, please.
22      (Plaintiff's Exhibit 29 was marked for
23   identification by the Certified Shorthand Reporter
24   and is attached hereto.)
25      THE WITNESS:  Thank you.

Page 60

1    BY MS. REINCKENS:
2    Q  Mr. KIM, you've been handed a document
3    that's been mark as Exhibit No. 29, bearing the Bates
4    numbers RK 125 through RK 127.
5       Do you recognize this document?
6    A  I do.  It is an email confirmation for a
7    StockX purchase of a Jordan 1 Dark Mocha, dated May
8    31st, 2022, bearing Order No. 37888697, dash,
9    37788456.  The condition is marked as "New, one
10   hundred percent authentic."
11   Q  And is this document an accurate reflection
12   of what you were trying to purchase?
13   A  It is.
14   Q  Did you receive this order from StockX?
15   A  I did.
16   Q  I'm getting a workout.
17      (Plaintiff's Exhibit 30 was marked for
18   identification by the Certified Shorthand Reporter
19   and is attached hereto.)
20      THE WITNESS:  Thank you.
21   BY MS. REINCKENS:
22   Q  Mr. KIM, you've been handed a document
23   marked as Exhibit No. KIM 30.  It bears the Bates
24   numbers RK 128 through RK 130.
25      Do you recognize this document?

Page 61

1    A  I do.  It is an email confirmation for a
2    StockX order of a Jordan 1 Hyper Royal, dated June
3    sixth, 2022, bearing Order No. 38130181, dash,
4    38029940.  The condition is marked as "New, one
5    hundred percent authentic."
6    Q  And is this document an accurate reflection
7    of what you were trying to purchase?
8    A  It is.
9    Q  Did you receive this order from StockX?
10   A  I did.
11      MS. REINCKENS:  Exhibit No. KIM 31, please.
12      (Plaintiff's Exhibit 31 was marked for
13   identification by the Certified Shorthand Reporter
14   and is attached hereto.)
15      THE WITNESS:  Thank you.
16   BY MS. REINCKENS:
17   Q  Mr. Kim, you've been handed an exhibit
18   marked as Exhibit No. KIM 31.  It bears the Bates
19   numbers RK 131 through RK 133.
20      Do you recognize this document?
21   A  I do.  It is an email confirmation for a
22   StockX purchase of a Jordan 1 Hyper Royal, dated June
23   fourth, 2022, bearing Order No. 38068072, dash,
24   37967831.  The condition is marked as "New, one
25   hundred percent authentic."

16 (Pages 58 - 61)

Page 62

1  Q  And is this document an accurate reflection
2  of what you were trying to purchase?
3  A  It is.
4  Q  Did you receive this order from StockX?
5  A  I did.
6  Q  Okay.  Last one.
7  A  All right.
8  MS. REINCKENS:  Exhibit No. KIM 32.
9  (Plaintiff's Exhibit 32 was marked for
10  identification by the Certified Shorthand Reporter
11  and is attached hereto.)
12  THE WITNESS:  Thank you.
13  BY MS. REINCKENS:
14  Q  Mr. Kim, the court reporter has handed you
15  a document marked as Exhibit No. KIM 32.  It bears
16  the Bates numbers RK 134 through RK 136.
17  Do you recognize this document?
18  A  I do.  It is an email confirmation for a
19  StockX purchase of a Jordan 1 Hyper Royal, dated May
20  30th, 2022, bearing the Order No. 37870331, dash,
21  37770090.  The condition is marked as "New, one
22  hundred percent authentic."
23  Q  Is this document an accurate reflection of
24  what you were trying to purchase?
25  A  It is.

Page 63

1  Q  And did you receive this order from StockX?
2  A  I did.
3  MS. REINCKENS:  Is now a good time for a
4  break?  I think we've been going for over an hour.
5  MR. HINDMAN:  Yes, please.
6  MS. REINCKENS:  Okay.
7  THE VIDEOGRAPHER:  Off the record at
8  a.m.
9  (Brief interruption in proceedings.)
10  THE VIDEOGRAPHER:  Back on the record,
11  beginning media unit two at 11:01 a.m.
12  MS. REINCKENS:  Mark this as Exhibit
13  No. 33.
14  (Plaintiff's Exhibit 33 was marked for
15  identification by the Certified Shorthand Reporter
16  and is attached hereto.)
17  MS. REINCKENS:  Okay.
18  BY MS. REINCKENS:
19  Q  Mr. KIM, you've been handed a document
20  marked as Exhibit No. 33.  It bears the Bates numbers
21  RK 13 through RK 14.
22  Do you see that?
23  A  Yes.
24  Q  And the document that had the Bates numbers
25  RK, those are documents that were produced by your

Page 64

1  counsel in this case; is that right?
2  A  Yes.
3  Q  And what is this document?
4  A  So this document is something I pulled off
5  my inventory spreadsheet which indicate the shoes
6  that I bought during this time from StockX that I
7  believed to have been fake.
8  The -- column A covers the shoes.  Column B
9  covers the condition.  C is the style code.  D is the
10  size.  E is the purchase date.  F is a mark that I
11  just made for myself.  So these shoes were the ones
12  that failed the -- I believe, like the photo
13  authentication apps.
14  So this is kind of like the initial list
15  the shoes that I made just to make sure that I didn't
16  pass these along through, you know, consignment
17  stores, just to set them aside for myself.
18  So I believe this list was generated on my
19  first pass of trying to understand whether these
20  shoes were fake or not.
21  Q  And so you created this spreadsheet
22  yourself?
23  A  Yes, this is my spreadsheet.
24  Q  And why do you track -- do you track all of
25  your orders?

Page 65

1  A  I do.  I track every single shoe that I buy
2  and sell because the reselling thing I kind of do for
3  fun and I'm interested in the economics of it.
4  So I do track every single shoe I buy and
5  sell, the price that they sold for just to
6  understand, like, what the ROI and stuff on that is.
7  So, yes.
8  Q  So if we were to compare this spreadsheet
9  to the documents that we previously reviewed as
10  exhibits, the order numbers would match up; is that
11  right?
12  A  I didn't put order numbers on this sheet.
13  I didn't keep track of the order numbers themselves.
14  There should be a high degree of overlap on
15  this.  If I recall -- because this was the batch of
16  shoes that I had set aside to have looked at, so I
17  think there's a high degree of overlap.
18  But I didn't reconcile my notations of fake
19  with what ultimately was returned to StockX or
20  verified as a fake by Nike.
21  Q  And you received all of the orders that are
22  shown here on this spreadsheet; is that right?
23  MR. POTTER:  Objection to form.
24  THE WITNESS:  I believe so, yes.
25  //

17 (Pages 62 - 65)

Page 74

1    MS. REINCKENS:  You may answer.
2    THE WITNESS:  I am.
3    MS. REINCKENS:  Okay.
4  BY MS. REINCKENS:
5    Q  And who is -- if you can tell me, as far as
6  you know, received similar advice?
7    A  It's one of the people that I -- another
8  one of the power resellers that messaged on
9  Instagram.
10    Q  Okay.
11    A  He's also the one that was referenced on
12  Exhibit No. 35, in that screenshot chat.  He's the
13  same person.
14    Q  Okay.
15    And do you happen to recall his screen
16  name?
17    A  I don't recall it right now, but I could
18  probably look it up on my Instagram if I needed to.
19    Q  All right.
20    Now, speaking of Instagram, if you could
21  please mark this as Exhibit No. 36.
22    MR. POTTER:  I think we're at Exhibit No.
23  37.
24    THE COURT REPORTER:  For clarity, it's
25  Exhibit No. 37.

Page 75

1    MS. REINCKENS:  Oh, it is.  Did I mess it
2  up already?  Oh, yes.  Thank you.
3    It's exhibit No. 37.  Thank you.
4    (Plaintiff's Exhibit 37 was marked for
5  identification by the Certified Shorthand Reporter
6  and is attached hereto.)
7    THE WITNESS:  Thank you.
8    MS. REINCKENS:  Okay.
9  BY MS. REINCKENS:
10    Q  Mr. Kim, the court reporter has handed you
11  a document marked as Exhibit No. 37 and I will
12  represent to you that this a printout of your
13  Instagram page --
14    A  It is?
15    Q  -- that was taken yesterday on February
16  seventh, 2023.
17    Do you recognize this document to be a
18  printout of your Instagram page?
19    A  I do.
20    Q  Okay.
21    And your Instagram username is
22  "sneakerstrut"; is that right?
23    A  It is.
24    Q  Okay.
25    How long have you been using the Instagram

Page 76

1  account "sneakerstrut"?
2    A  About four or five years, I believe.
3    Q  Okay.
4    And what kind of content do you post on the
5  "sneakerstrut" account?
6    A  So, it's mostly just like a personal
7  sneaker diary.  I just like to take a picture of
8  whatever shoe I'm wearing that day and just post it
9  there.
10    I also would use -- because a lot of my
11  following are Instagram resellers or other sneaker
12  influencers, sometimes I'll use stories to just talk
13  about the market of the re-sell or -- you know, just
14  stories that have to do with sneaker reselling.
15    Q  Okay.  And do you have any idea of what
16  type of users follow your account?
17    MR. POTTER:  Objection to form.
18    THE WITNESS:  I have a lot of friends that
19  follow, mostly sneaker enthusiasts.  Some sneaker
20  resellers and a lot of bots unfortunately.
21    MS. REINCKENS:  Okay.  I'll mark this,
22  please, as Exhibit No. 38.
23    (Plaintiff's Exhibit 38 was marked for
24  identification by the Certified Shorthand Reporter
25  and is attached hereto.)

Page 77

1    THE WITNESS:  Thank you.
2  BY MS. REINCKENS:
3    Q  Mr. Kim, the court reporter has handed you
4  a document marked as Exhibit No. 38.  And I'll
5  represent to you that this is a printout of -- taken
6  on February seventh, 2023, at 1:55 p.m. of your
7  Instagram account and, in particular, a post that was
8  made on July fifth, 2022.
9    Do you recognize this post, sir?
10    A  I do.
11    Q  Okay.
12    And what is it?
13    A  It was the post that I made saying that I
14  had received a bunch of shoes that had failed Legit
15  Check and CheckCheck Application.
16    And so just documenting what I believe were
17  fake shoes sold by StockX.
18    Q  Okay.
19    And you posted this then on July fifth,
20  2022; correct?
21    A  That is correct, yes.
22    Q  Okay.
23    All right.  You can put that to the side.
24    MS. REINCKENS:  Mark this as Exhibit
25  No. 39, please.

20 (Pages 74 - 77)

Page 78

1    (Plaintiff's Exhibit 39 was marked for
2    identification by the Certified Shorthand Reporter
3    and is attached hereto.)
4        THE WITNESS:  Thank you.
5    BY MS. REINCKENS:
6        Q   Now, Mr. Kim, you've been handed a document
7    marked as Exhibit No. 39.  It bears the Bates numbers
8    NIKE 36330 through NIKE 36338.  And I will represent
9    to you that this is a printout from Page Vault and
10   Page Vault is a service that is used to capture web
11   content and it was produced in this case by Nike.
12       I will represent to you that is -- it
13   captures the same Instagram post that we just looked
14   at in Exhibit No. 38.
15       Just looking at this document, sir, does
16   this appear to be an accurate capture of that post?
17       A   Yes.
18       Q   And this document is a little bit difficult
19   to follow, but if you look at the cover page it has
20   the capture time stamp.
21       Do you see that?
22       A   Yes.  I see the capture timestamp yes.
23       Q   What is the date of that capture?
24       A   It says Tuesday, the 12th of July 2022 --
25       Q   Okay.

Page 79

1        A   -- at 8:32 GMT.
2        Q   All right.
3        And is -- can you please confirm that this
4    post is still visible on your Instagram account --
5        A   It is still --
6        Q   -- today?
7        A   It is still visible today, yes.
8        Q   Okay.
9        Now, if you look at page four, it's the
10   document that ends in -- or that's Bates numbered
11   36333.  There's a large block of text underneath the
12   images.
13       Do you see that?
14       A   On page three?
15       Q   It's -- yes, page three of eight or
16   otherwise NIKE 36333.
17       A   Oh, yeah, I see it.
18       Q   Okay.
19       And what is the large text that appears
20   under the images?
21       A   That is the description of the Instagram
22   post that I make.
23       Q   Okay.
24       And so did you write this, sir?
25       A   I did.

Page 80

1        Q   Okay.
2        And if you could, please, just read that
3    caption into the record?
4        A   "This is what $10,000 plus of fake sneakers
5    that passed through StockX looks like.  I bought
6    about 62 pairs of Uni Mocha Hyper Royals through
7    StockX over the last month.  Of those 36 have failed
8    authentication at CheckCheck and Legit Check App.  I
9    haven't tried to sell them through Ebay or GOAT, but
10   somebody else who's been buying their pairs from
11   StockX told me these pairs have been failing through
12   GOAT authentication at a very high rate.  This means
13   that StockX's authentication on these pairs is only
14   42 percent accurate, 58 percent of the pairs they are
15   selling will be marked as 'not legit' consistently by
16   other sources.  There's a huge problem here.  Of
17   course, StockX support is silent when brought up
18   through support channels.  Any human authentication
19   system is going to have errors, but whatever StockX
20   is doing right now is not working and the ability to
21   fix these errors is nearly non-existent.  Hashtag
22   StockX."
23       Q   Now, when you referenced in the first
24   sentence, "sneakers that passed through at StockX
25   looks like," did you tag StockX there?

Page 81

1        A   Did I tag StockX there, yes.
2        Q   Okay.
3        So that would be a tag back to StockX's
4    Instagram account then; correct?
5        A   Yes.
6        Q   All right.
7        And as far as you're aware would StockX
8    receive notice of being tagged in your post?
9        MR. POTTER:  Objection to form.
10       THE WITNESS:  I don't know how those big
11   business accounts work, but I would imagine they do.
12       MS. REINCKENS:  Okay.  Thank you.
13   BY MS. REINCKENS:
14       Q   Now, underneath your caption is says,
15   "Edited."
16       Do you see that?
17       A   Yes.
18       Q   Okay.
19       What does that mean?
20       A   It means I modified the description from
21   the first time I posted to what the final version
22   was.
23       Q   Do you recall how you edited it?
24       A   I do not recall.
25       It was probably punctuation error or

21 (Pages 78 - 81)

Page 82

1  something with the spelling.
2      Q   Now, on the same page you say "StockX
3  support is silent when brought up through support
4  channels."
5          What did you mean by that?
6      A   I meant that I had reached out through
7  their help channels on their website.  I received no
8  notification at this time.  Although Discord isn't an
9  official support channel, I kind of included that in
10  my mind where I tried to reach out through their
11  Discord as well and have not received any response
12  except from this at DarkJ reported to be a StockX
13  employee.
14      Q   Thank you.
15          MS. REINCKENS:  Mark this as Exhibit
16  No. 40, please.
17          (Plaintiff's Exhibit 40 was marked for
18  identification by the Certified Shorthand Reporter
19  and is attached hereto.)
20          MS. REINCKENS:  Okay.
21  BY MS. REINCKENS:
22      Q   Mr. Kim, the court reporter has handed you
23  a document that's been mark as Exhibit No. 40.  It
24  bears the Bates No. NIKE 29207, excuse me.
25          And do you recognize this document, sir?

Page 83

1      A   I do.
2      Q   Okay.
3          And what is it?
4      A   It is an email from Tamar -- I'm going to
5  butcher the last name -- Tamar Duvdevani, a lawyer at
6  DLA Piper who represents Nike, asking me to -- if I
7  would speak with her about my Instagram post.
8      Q   And when did you receive this email?
9      A   July 11th, 2022.
10      Q   And is this the first time you were
11  contacted by anyone from the Nike team?
12      A   Yes.
13      Q   Is it correct also that on July -- July
14  22nd, 2022, representatives from Nike inspected the
15  shoes?
16      A   Yes.
17      Q   Do you recall where the inspection took
18  place?
19      A   At my home.
20      Q   Do you recall who was present?
21      A   Yes, you were, Melissa and then a product
22  authenticator from Nike.  I do not remember his name.
23      Q   And how did you set aside the pairs that
24  were inspected by Nike?
25      A   I set them on my rooftop table to -- yeah,

Page 84

1  for Nike to look at them.
2      Q   And were those the same pairs that were
3  depicted in your Instagram post?
4      A   Yes, and a few more.
5      Q   Okay.
6          And were those the same pairs as the order
7  confirmations that we reviewed earlier, sir?
8      A   Yes.
9          MR. POTTER:  Objection.
10          THE WITNESS:  I'm sorry.
11          MR. POTTER:  Objection to form.
12  BY MS. REINCKENS:
13      Q   Did each pair come from StockX?
14      A   Yes.
15      Q   And how can you be sure of that?
16      A   The ones that I had set aside still had --
17  well, most of them had still the StockX tags attached
18  to them.
19          So StockX, when they authenticate their
20  shoes, attaches a tag that you cannot be removed --
21  well, you can remove it, but you cannot reattach it,
22  so these were still -- and that's how they embed,
23  like, the order number on the RFI to you.
24          So most of the ones I had set aside still
25  had the StockX tag on them.  I had a few that I

Page 85

1  prematurely removed the tags, that I just wanted, you
2  know, to know if they were fake or not so I knew
3  what to do with them.
4          So, yeah.
5      Q   And did any of those shoes come without
6  tags?
7          MR. POTTER:  Objection to form.
8          THE WITNESS:  From StockX, no.  All the
9  StockX shoes came with tags.
10  BY MS. REINCKENS:
11      Q   After receiving the shoes initially from
12  StockX, how did you store them?
13      A   They were stored in my garage.
14      Q   And after Nike left, what did you do with
15  the shoes?
16          MR. POTTER:  Objection to form.
17          THE WITNESS:  I packaged them up and sent
18  them back with the labels that my StockX
19  representative had sent me to send back to StockX.
20  BY MS. REINCKENS:
21      Q   About how soon after the inspection on July
22  22nd, did you return the shoes to StockX?
23      A   Within days.
24      Q   Did you give the shoes to any other parties
25  before returning them to StockX?

22 (Pages 82 - 85)

Page 174

1    I think as far as reselling is concerned, I
2    am more sophisticated in my use of that platform, but
3    I actually think StockX is used by a lot of, like,
4    non-sneaker heads, too, to purchase shoes.
5    BY MR. POTTER:
6    Q  Do you believe that other sneaker resellers
7    are more sophisticated than average sneaker
8    purchasers?
9    A  Yes.
10    MR. POTTER:  No further questions.
11    MS. REINCKENS:  Thank you.
12    THE VIDEOGRAPHER:  Off the record at
13   p.m. concluding today's deposition.
14    (Deposition ended at 1:40 p.m.)
15   ///
16   ///
17   ///
18
19
20
21
22
23
24
25

Page 175

1   STATE OF CALIFORNIA    )
2                          )  ss.
3   COUNTY OF LOS ANGELES  )
4    I, Lynda L. Fenn, Certified Shorthand
5   Reporter No. 12566 for the State of California, do
6   hereby certify:
7    That prior to being examined, the witness named
8   in the foregoing deposition was duly sworn to testify
9   the truth, the whole truth, and nothing but the
10  truth;
11    That said deposition was taken down by me in
12  shorthand at the time and place therein named and
13  thereafter reduced by me to typewritten form and that
14  the same is a true, correct, and complete transcript
15  of said proceedings.
16    Before completion of the deposition, review of
17  the transcript [ X ] was [  ] was not requested.  If
18  requested, any changes made by the deponent (and
19  provided to the reporter) during the period allowed
20  are appended hereto.
21    I further certify that I am not interested in
22  the outcome of the action.
23    Witness my hand this 13th day of February, 2023.
24
25    Lynda L. Fenn, CSR, RPR

Page 176

1   JESSE HINDMAN, ESQ.
2   jeese@erhlawfirm.com
3         February 13, 2023
4   RE:   Nike, Inc. v. Stockx, LLC
5    2/8/2023, Roy Ikhyun  Kim (#5689465)
6    The above-referenced transcript is available for
7   review.
8    Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-ny@veritext.com
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22         Yours,
23         Veritext Legal Solutions
24
25

Page 177

1   Nike, Inc. v. Stockx, LLC
2   Roy Ikhyun  Kim (#5689465)
3     E R R A T A  S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Roy Ikhyun  Kim                Date
25

45 (Pages 174 - 177)