# Exhibit 113

*Redacted Public Version*

| | |
|---|---|
| From: | Roy Kim  |
| To: | Russ Amidon <russ@stockx.com> |
| Sent: | 8/2/2022 10:41:44 AM |
| Subject: | Re: Instagram post |

Awesome, thanks.

Just wanted to confirm - the refunds have started being processed on those other pairs? Got a CC payment due on that card soon and it'd be nice if the credits just covered it :D

Thanks,
Roy

On Sat, Jul 30, 2022 at 7:55 AM Russ Amidon <russ@stockx.com> wrote:
Hey Roy,

Here's your $500 code! Let me know if you have any issues using it.

ROY2022-yB9tw7VF


On Wed, Jul 27, 2022 at 4:36 PM Roy Kim wrote:
Thanks!

On Wed, Jul 27, 2022 at 4:08 PM Russ Amidon <russ@stockx.com> wrote:
Yep! We'll take today and tomorrow to go through. Expect to hear back on Friday.

Russ

On Jul 27, 2022, at 3:02 PM, Roy Kim wrote:

just wanted to check in - four boxes said delivered. just wanted to make sure y'all got em.

thanks!

On Fri, Jul 22, 2022 at 16:15 Russ Amidon <russ@stockx.com> wrote:
Yep, that works. You can also say please give to Erik Jacquez & john lopez.

On Fri, Jul 22, 2022 at 11:44 AM Roy Kim wrote:
Hey Russ -

So sorry for the delay. Got super slammed with work.

Yes, will be sending back. I got my Uline bulk boxes finally so I'll be shipping most of them out tomorrow.

Highly Confidential - Outside Counsel's Eyes Only                                STX0772942

I'll let you know the exact pairs that I'm sending back (all with the StockX tags still on); should be at least 36 pairs or so (I shoulda gotten the Uline boxes that do 6 shoeboxes per shipment).

As far as the shipments go, I should just include a note to have them reach out to you?

Thanks
- Roy

On Fri, Jul 22, 2022 at 5:47 AM Russ Amidon <russ@stockx.com> wrote:
Hey Roy,

Just following up and wondering if you still wanted to send them back.

Thanks,
Russ


On Jul 12, 2022, at 10:11 AM, Russ Amidon <russ@stockx.com> wrote:

Great, and how many are you sending so we can confirm when they arrive its the same amount, thanks!

On Mon, Jul 11, 2022 at 1:22 PM Roy Kim <█████████> wrote:
Hey Russ -

Received the labels, much appreciated. Will try to turn this around quickly.

Thanks,
Roy

On Mon, Jul 11, 2022 at 6:24 AM Russ Amidon <russ@stockx.com> wrote:
Customer service sent over the 4 box labels, you can send them all when you get your boxes. Thanks!

On Sat, Jul 9, 2022 at 11:39 AM Roy Kim <█████████> wrote:
Hey Russ -

Ran out of bulk boxes, but can send two of them out today. Want to send me 4 labels for now? I'll get the other two out later this week.

Thanks,
Roy

On Sat, Jul 9, 2022 at 07:30 Russ Amidon <russ@stockx.com> wrote:
Hey Roy,

Thanks for the call on Thursday. Just wanted to follow up and see how many labels you would need to send these back for us to take another look.

Highly Confidential - Outside Counsel's Eyes Only                                    STX0772943

Thanks,
Russ

On Thu, Jul 7, 2022 at 3:59 PM Russ Amidon <russ@stockx.com> wrote:
just tried you, 231 number.

On Thu, Jul 7, 2022 at 3:24 PM Roy Kim <​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:
919-260-2987

On Thu, Jul 7, 2022 at 12:09 PM Russ Amidon <russ@stockx.com> wrote:
Hey Roy,

We saw your post and didn't see any inquiries sent to customer service about the issue, so I wanted to reach out and help.

What's a good number to reach you at?

-Russ

--
**Russ Amidon**
**Sr Director, Account Management**

**StockX**

--
**Russ Amidon**
**Sr Director, Account Management**

**StockX**

--
**Russ Amidon**
**Sr Director, Account Management**

**StockX**

--
**Russ Amidon**
**Sr Director, Account Management**

**StockX**

--
**Russ Amidon**
**Sr Director, Account Management**

**Highly Confidential - Outside Counsel's Eyes Only**                                                                                        STX0772944

StockX

--
**Russ Amidon**
**Sr Director, Account Management**

StockX
--
Sent from my mobile device


--
**Russ Amidon**
**Sr Director, Account Management**

StockX

Highly Confidential - Outside Counsel's Eyes Only                                                    STX0772945