# Exhibit 114

*Redacted Public Version*

**To:** Duvdevani, Tamar[Tamar.Duvdevani@us.dlapiper.com]
**From:** Roy Kim
**Sent:** Mon 7/11/2022 4:45:02 PM Coordinated Universal Time
**Subject:** Re: Nike/StockX

⚠️EXTERNAL MESSAGE

Hi Tamar -

Not sure if it's relevant but StockX has sent me labels to send these back. I'll be starting to send em back today but let me know if I should hold onto them.

Thanks,
Roy

On Sun, Jul 10, 2022 at 16:43 Duvdevani, Tamar <Tamar.Duvdevani@us.dlapiper.com> wrote:

Hello --

I represent Nike. Saw your post, please let me know if you'd be willing to discuss.

Best,
Tamar

Tamar Y. Duvdevani
Partner and NY Chair, Intellectual Property & Technology
National Co-Chair, Consumer Products & Retail Sector

T +1 212 335 4799
F +1 917 778 8799
M +1 646 696 1467
tamar.duvdevani@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

--
Sent from my mobile device

NIKE0029032