# Exhibit 115



**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Tamar Y. Duvdevani
Tamar.Duvdevani@dlapiper.com
T   212.335.4799
F   917.778.8799

July 25, 2022
*Via E-Mail*

Megan Bannigan, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Re:   *Nike, Inc. v. StockX LLC*, Case No. 1:22-cv-00983-VEC (S.D.N.Y.)
      Roy Kim's StockX purchase and return of counterfeit Jordan-branded shoes

Dear Megan:

As StockX is aware, on July 5, 2022, an individual named Roy Kim published on his "sneakerstrut" Instagram account a post regarding his belief that a large number of Jordan-branded shoes that he had recently purchased and received from StockX were counterfeit.  Nike, like StockX, saw the post, and I reached out to Mr. Kim regarding the same, asking if he would be willing to discuss his post.  Mr. Kim agreed, and following my conversation with him, Mr. Kim shared photos of ten of the pairs of shoes.  Mr. Kim subsequently gave permission to Nike to conduct a live inspection of the multiple pairs of Jordan-branded shoes that he suspected were fake.

Accordingly, on July 22, 2022, Joe Pallet, Director, Authentication and Innovation, Nike, accompanied by Melissa Reinckens of this firm, traveled to Mr. Kim's San Diego, California residence to conduct an in-person inspection of the 42 pairs of Mr. Kim's Jordan-branded shoes purchased on StockX that he suspected were fake.  Of those 42 Jordan-branded pairs sold and purportedly "authenticated" by StockX, Mr. Pallet concluded that 38 are, in fact, counterfeit.

Nike did not take possession of those shoes at any time and Mr. Kim maintained custody of the shoes at all times.  Following Nike's July 22 inspection, and pursuant to StockX employee Russ Amidon's communications with him, we understand that Mr. Kim shipped the counterfeit pairs back to StockX this past Friday or Saturday using the return labels provided by StockX.

Nike is compiling the results of its July 22 investigation, along with my communications with Mr. Kim, and will produce the same to StockX shortly.  In the meantime, Nike hereby demands that StockX preserve all evidence relating to these shoes once they are received by StockX and produce all related documents and communications regarding the same.  To that end, enclosed please find Nike's Third Set of Requests for Production of Documents and Things to StockX.

Please let us know if you have any questions.  Nike reserves all rights and waives none.



Megan Bannigan
July 25, 2022
Page Two

Very truly yours,

Tamar Y. Duvdevani

CC: Counsel of Record (via E-mail)