# Exhibit 133

Business – Tencent 腾讯

## TENCENT 腾讯

About     Business     Employees     ESG     Investors     Media



## Connecting Ecosystems

From connecting people, services and devices, to connecting enterprises and future technologies, fostering win-win ecosystems for everyone

__Consumers__     Enterprises     Innovation

### Communications and Social

Connecting people is the core of what we do. We develop and provide a wide range of easy to use instant messaging and social networks. Our innovations make communications and sharing more convenient, lively and personal, enriching the lives of our users.




Weixin/WeChat



QQ



Qzone

### Digital Content

On the principle of "connecting everything", Tencent continues to explore a range of diverse, integrated social entertainment offerings that look towards the future. Building upon high-quality content and driven by our technological innovations, We continue to



Tencent Games



Tencent Video



Tencent Pictu

explore the next generation of social and content integration. Through cross-screen, multi-platform and multi-format models, We aim to provide Internet users with diversified and multi-dimensional content, to satisfy all of our users' entertainment needs.

At the same time, We are firmly aware of the importance of copyright and IP to the protection of creative industries. With respect to copyright, We endeavour to explore potential IPs in the content business ecosystem. At present, our digital content products include: Online Games, Video, Live Streaming, News, Music, Literature.

 Tencent News

 Tencent Sports

 Tencent Animation & Comics

 Yuewen

 Tencent Esports

 Weixin Pay/WeChat Pay

 QQ Wallet

 LiCaiTong

## FinTech Services

Striving for excellence and openness in building a compliant ecosystem with risk control, plus our awareness of things that we should do, Tencent's FinTech services leverage Weixin Pay and QQ Wallet to connect people with financial products and solutions, build an ecosystem for the financial sector, collaborate with our partners to provide innovative financial services such as mobile payment, wealth management, loans and securities trading to users around the globe.

 Mobile Phone Top-Up Service

 Transit QR Code

 WeChat Pay

 Tencent Blockchain

 Tencent Portfolio

 We Tax Refund

Business - Tencent 腾讯


Tencent Mobile Manager


Tencent PC Manager


QQ Browser



## *Tools*

Tencent offers a variety of utility software designed to help users quickly and directly address issues such as network security management, fast browsing, navigation, application management, email and much more.


YingYongBao


QQ Mail


Weixin Mini Program

Follow Us      

| Join Us | Contact Us | Legal Information |
|---|---|---|
| Tencent Careers | Customer Services | Service Agreement |
| Campus Recruitment | Partnership | Privacy Policy |
| Global Recruitment | Procurement | Intellectual Property Rights |
|  | Compliance |  |
|  | Media & Investors |  |

Tencent 腾讯

Legal Statement    Integrity Policy    Site Map    粤网文【2017】6138-1456号    粤B2-20090059    粤公网安备 44030502008569号

Copyright © 1998 - 2024 Tencent. All Rights Reserved. 腾讯公司 版权所有