# Exhibit 134

163网易邮箱

你的专业电子邮局

[手机App下载](#) [电脑客户端下载](#) [VIP](#) [会员](#) [企业邮箱](#) [海外登录](#) [帮助](#) [反馈](#)
扫码登录
账号登录

## 扫码登录

[密码登录注册新账号](#)
阅读并接受 [《服务条款》](#)和 [《隐私政策》](#)

## 账号登录

[注册新账号](#) [注册VIP](#)

阅读并接受 [《服务条款》](#)和 [《隐私政策》](#)

载入中...

[网易首页](#) [网易严选](#) [政府公益热线](#)网易公司版权所有©1997-　　ICP备案 粤B2-20090191-18 粤公网安备 44010602006299 增值电信业务许可证 [粤B2-20090191](#) [B2-20090058](#)