# Exhibit 137

*Redacted Public Version*



Confidential                                                                                                    STX0773067