# Exhibit 139

*Redacted Public Version*

**To:** Scott@stockx.com[Scott@stockx.com]; Greg@stockx.com[Greg@stockx.com]
**Cc:** Fogarty, Brian[Brian.Fogarty@nike.com]
**From:** Pallett, Joe[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7FA81DAE58544B65BEA45F6679D309F7-PALLETT, JO]
**Sent:** Mon 12/28/2020 6:50:25 PM Coordinated Universal Time
**Subject:** StockX Air Jordan 11 Jubilee
**Attachment:** StockX RFI.pdf
**Attachment:** Gmail Refund Confirmation 12.23.20.pdf

Hello Scott and Greg,

My name is Joe Pallett and I am Director of Authentication and Innovation with the Nike Brand Protection team. Please see the attached documents for a matter I am hoping to discuss with you.

Have a very Happy New Year and I look forward to hearing from you.

Joe Pallett
Nike, Inc. Director Brand Protection, Authentication & Innovation
Joe.pallett@nike.com

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY                                                                                                NIKE0029088



December 28, 2020

**VIA ELECTRONIC MAIL**
StockX, LLC
Scott Cutler, CEO
Greg Schwartz, COO
1046 Woodward Ave
Detroit, MI 48226-1906

Re:   StockX Order Number 17816508-17716267

Dear Scott and Greg:

My name is Joe Pallett and I am Director of Brand Protection, Authentication and Innovation for Nike, Inc. Recently, we identified an advertisement on StockX of a pair of Air Jordan 11 Retro Jubilee 25th Anniversary that we immediately knew could not be authentic and were counterfeit. We attempted to purchase the footwear from your site, through StockX Order Number 17816508-17716267. Ultimately, the transaction was rejected after the item failed to pass StockX's authentication check.

Nike Brand Protection and StockX are aligned on ensuring our consumers only receive authentic product. To further safeguard the marketplace from counterfeit product, we write today to request your assistance in identifying the seller who advertised the counterfeit AJ 11 Jubilee. We intend to use this information to prevent that person or entity from attempting additional sales of counterfeit Nike product. Only by removing bad actors from the marketplace can we limit illegal sales that are damaging to both our companies' relationship with consumers.

For your reference, the StockX receipt of the attempted sale is included. We look forward to hearing from you.  Should you have any questions or would like to discuss further please contact me at joe.pallett@nike.com or ███████████.

Sincerely yours,


Joe Pallett
Nike Brand Protection Director, Authentication and Innovation

**NIKE, INC.**  ONE BOWERMAN DRIVE  BEAVERTON, OR  97005-6453   T:503-671-6453   F:503-671-6300   www.nike.com

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY                                                                                                           NIKE0029089