# Exhibit 141

*Redacted Public Version*

DOCUMENT PRODUCED IN NATIVE FORMAT

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Dashboard Filter has changed in view mode | | | | |
| 2 | | | | | |
| 3 | Content Provider | Account | Project | Owner | Description |
| 4 | hazel.clarabridge.net | Nike | Nike Prod | Stephanie.Winner@nike.com | |
| 5 | | | | | |
| 6 | TITLE | | | | |
| 7 | Feedback | | | | |
| 8 | | | | | |
| 9 | ORGANIZATION FILTERS | | | | |
| 10 | | | | | |
| 11 | DASHBOARD FILTERS | | | | |
| 12 | Date Range 01/18/2022 12:00 AM - 02/01/2022 11:59 PM / Source Id is audio + 4 more / Stockx Category A | | | | |
| 13 | | | | | |
| 14 | QUICK FILTER | | | | |
| 15 | All Feedback | | | | |
| 16 | | | | | |
| 17 | DATE RUN | DATE EXPORTED | | | |
| 18 | | 07/22/2022 8:55 | | | |
| 19 | | | | | |
| 20 | Periods | | | | |
| 21 | | Custom | 01/18/2022 12:00 AM - 02/01/2022 11:59 PM (UTC-08:00) | | |
| 22 | | | | | |
| 23 | DATASET VOLUME | 3 | | | |
| 24 | | | | | |
| 25 | Document | Document Id | Date | Source | |
| 26 | Hi! Nike Service here. What are we getting after today? Hi, I have not received a response from you. I just want to check if we are still connected? Good thing about purchasing an item on an authorized retailer is that we stand behind our products. If in case you will encounter problems with the item, you can definitely contact us and we will be more than happy to help and assist you further. <:)> Please check first with the place of purchase for their assistance. If they do not honor the item, you may contact our Corporate team at#### between 7 am-4 pm PT Monday-Friday) or visit this link to file a claim: https://help-us.nikeinc.com/app/claims/return-guidelines/ Hello, I bought a new Romaleo 4 product from StockX. The Swoosh part is a little peeled off, but StockX said it could be a problem during the manufacturing process and it was impossible to handle. is not it really a bad product? Hello, I bought a new Romaleo 4 product from StockX. The Swoosh part is a little peeled off, but StockX said it could be a problem during the manufacturing process and it was impossible to handle. is not it really a bad product? | 13044180034 | 01/26/2022 10:48 am | cs web chat | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 27 | continue where you left off. I hear you and totally understand how frustrating it can be. These shoes generated a ton of traffic there were more people ready at 9am PST than shoes available That is just the nature of the sneaker game! Even if you do everything right, you still have to be very lucky to get your hands on them. That is what makes the Ws feel so good though! Keep your head up, I am rooting for you on the next drop you love! We take feedback and opinions into serious consideration. That is the only way we get better. I am going to make sure this gets passed along to the appropriate teams to make sure we can improve this experience going forward. I understand what you are feeling right now. I myself is a consumer and is also trying my luck whenever there is a new release. We have systems put in place to filter out unverified accounts and orders to make the launch process as smooth and as fair as possible. This is such a unique landscape as it is always changing and because of that, people are always on the lookout for ways to get around. As a result, we are constantly on the counter-offensive since we want passionate people like yourself to actually wear the product. I am a Nike member for a long time now. You might want to try these tips for higher chance of scoring a pair: How do I get an ExAx? Be sure to stay active by liking, commenting, sharing products you like on all our apps, and order your favorite products for the best chance at getting Exclusive Access in the future! Here are a few tips I recommend doing before any big launch you are going for: 1) Uninstall and reinstall your Nike app 1-2 days before 2) Go to internet settings, clear your cache and cookies 1-2 days before 3) Have the SNKRS website up along with the app. If the app is lagging, checkout via the site These will not guarantee a win, but they will definitely help improve your chances. Try these on the next one and let me know how it goes! Definitely, your feedback does not go unnoticed this will be shared to our team While you have me here, will there be anything else that I can check for you? I respect your opinion I am still rooting for you on our future drops Thanks for chatting with Nike and have a great day! Stay safe! Customer service is awful My last chat..... Johan Hi! Nike Service here. What are we getting after today? ███████s Please help. Disconnected 4 times now ███████ Supervisor please ███████ Nike experience is a nightmar███████s Help please ███████ Help please Johan Hey there, glad to have you on this chat! I hope you are doing good! ███████ No. Nike blows ███████ Supervisor please Johan Oh I sorry to hear that you are having a bad experience Let me help you with that ███ How can I assist you today? ███████ Supervisor now please ███████ Was disconnected from last 2 chats ███████ Nike is awfu███████ Member for 8 years and I hate it Johan Sure I understand and I will do my best to help you today. First let me know what happen and what is the issue I just want to help you to fix this now! <😔> ███████ 8 years no early access and no wins. All bots and resellers ███████ My licensed nike retailers are charging to enter draws but giving shoes to friends and family ███████ I have been member for 8 years with nothing. My account must be broken ███████ Worthless. Nike is a waste of time and money ███████ Your nike boss is unfair and will never change ███████ Nike experience sucks so bad ███████ Awful ███████s Forever awful. Nike workers do not care or help Johan ███████ please we need to keep the chat professional to assist you with this ███████ What part not professional? ███████ Workers do not care or help? ███████ Or my account is worthless? ███████ You asked and I answered. Or is your skin too thin to hear nike is unfair? Johan I sorry to hear that you are having a bad experience with to enter the draws I understand that you want to get a cool pair and you are not having a chance to buy a pair, however sometimes can be really difficult to get a pair is normal but this is totally random you have to keep trying and I am sure you will get luck soon! But if you want I can capture your feedback about this <😔> ███████ Yes please ███████et nike know their wisconsin retailers are crooked ███████ And Johan does not care or help and can not handle customer service ███████ Johan needs a new job or retraining. Awful at helping and makes nike look bad Johan Since we are unable to remain professional, I will have to disconnect this chat. take care! Nor random. Some people have dozens of shoes Nike experience is awful Customer service is beyond bad I hate nike customer service Please help Ok.... snkrs and nike app all bots and resellers winning My licensed nike retailers are charging to enter draws but giving product to friends and family to sell on stockx 3 licensed nike retailers in wisconsin...all lie steal!! Please help Nike member for 8 years.... no wins ever...no early access.... no product 8 years.. I am pissed Help now please Canned bullshit answer Does not help or tell me anything Your site is overrun by bots and resellers I do not stand a chance!!! How long have you been a member ? How many wins??? Pathetic nike calls buying shoes a win I have done all that you are zero help Your heartless | 12740033038 | 01/25/2022 4:52 pm | cs web chat | |
| 28 | Hi! Please turn your push notifications on to see our reply. Welcome to your personal conversation around sport, style and everything Nike. Tap Message on any product page to return here. We will be right with you!. Great to hear from you again ███████, Emily here!. Thank you for your patience on this busy day! Here for you now!<🙏> How have you been??. I hear you and totally understand how frustrating it can be. With the nature of these high heat drops, there are more people ready at 7:00 am PST then there are shoes available. Even if you do everything right, you still have to be very lucky to get your hands on them.. We work hard to ensure that the launch experience is as smooth and fair as possible. We have systems working to filter out unverified accounts and orders. I will be sure to pass your feedback along to our SNKRS launch team. Let me know if you have any other questions for me. yeah now I know all the new coming up Nike new sneakers like Jordan any type all those good business company they will receive as a priority customer they will buy all of new products that you will release so such as stockx stadiumgoods because I always check from those websites very very smart business the way how to make more money and they will increase the price to high from the original price that you had ordinary people like me can not effort that is why I never get from here even I put notify me and I never ever get because you will give to those people first also they will buy from you more than 1 pairs and I do so believe, you would said the product sold out very fast and immediately gone. should I continue using your app or I have to delete no follow at all tell me ?. I am good and thanks for asking . Ok read this one of unsatisfactory from me how it is happened to me . it is very difficult to find the style of those types of sneakers in official Nike shop except online app only so.. I give up | 11698160036 | 01/18/2022 10:42 pm | neod nike app chat | |