# Exhibit 142

*Redacted Public Version*

# DOCUMENT PRODUCED IN NATIVE FORMAT

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
NIKE0039100

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Content Provider | Account | Project | Owner | Description |
| 2 | hazel.clarabridge.net | Nike | Nike Prod | Stephanie.Winner@nike.com | |
| 3 | | | | | |
| 4 | TITLE | | | | |
| 5 | Feedback | | | | |
| 6 | | | | | |
| 7 | ORGANIZATION FILTERS | | | | |
| 8 | | | | | |
| 9 | DASHBOARD FILTERS | | | | |
| 10 | Date Range 02/02/2022 12:00 AM - 05/04/2022 11:59 PM / Source Id is audio + 4 more / Stockx Category A | | | | |
| 11 | | | | | |
| 12 | QUICK FILTER | | | | |
| 13 | All Feedback | | | | |
| 14 | | | | | |
| 15 | DATE RUN | DATE EXPORTED | | | |
| 16 | | 07/22/2022 8:53 AM | | | |
| 17 | | | | | |
| 18 | Periods | | | | |
| 19 | | Custom | 02/02/2022 12:00 AM (UTC-08:00) - 05/04/2022 11:59 PM (UTC-07:00) | | |
| 20 | | | | | |
| 21 | DATASET VOLUME | 20 | | | |
| 22 | | | | | |
| 23 | Document | Document Id | Date | Source | |
| 24 | Hi! Nike Service here. What are we getting after today? Hey ▓▓▓▓ I hope you are doing great. How can I help? That is a nice pair. We can not tell if a product is counterfeit do we have a service to confirm authenticity StockX is also not included to our authorized retailer. If you feel the product is fake, I highly suggest to contact StockX to check on it or proceed with their return option. I hear you. We can not tell if a product is counterfeit specially if it was purchase from other store which is not listed to our authorized retailer. There is a chance the the shoe is fake due to the difference on the letters however we are unable to 100% guarantee. I highly suggest to contact StockX or proceed with their return option. Hi Deejay I just need to know if the product I purchased from StockX is authentic or not. Can I share the pictures. One more file to share This file is regarding the left shoe and right shoe not matching exactly. Can I drop 2 files please In the picture, the letters in the left and the right shoe do not match Did you not see a difference between the left and right shoe? if you see the letters - one is thin and other is thick | 22212882033 | 04/26/2022 9:01 pm | cs web chat | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 25 | Hi! Nike Service here. What are we getting after today? Hi [redacted] This is Chris we are not able to transfer chats I would be happy to assist you further Let me just try and pull up your previous transaction Yes, you can attach your photo here Sure, thank you Where were this purchased? I see StockX is not an authorized retailer of Nike Based on the photo that you sent, the item sold to you looks like a counterfeit. I would highly suggest to work with StockX for returning this product. We have this product available online and in a lower price I suggest next time to make a purchase directly with Nike or at least an authorized retailer You can try and send it to our corporate claims team but if it is proven to be a counterfeit, this product will be sent back to you. You can submit your claim directly with Nike through this link. https://www.nike.com/help/claims/terms Just fill out the needed information and you are good to go. You can also contact our Nike Consumer Affairs at#### between 7 am-4 pm PT Monday-Friday) for assistance in returning the product for the warranty. Yup, just to set proper expectations, if our team has proven that this product is a counterfeit or was not manufactured by Nike, this will be sent back to you. Our corporate claims team will reach out to you directly once you have submitted the claim on the link. Yes you can this process will request you to send the product to our warehouse for inspection Once that is done the result will be emailed to you. Our chat transaction will be emailed to you at #### after our chat Noted! For now will there be anything else that I can assist you with? Please submit a claim on the link provided above. Once you have submitted a claim, our team will reach out to you via email, once they emailed you, you can reply with the pictures. If it is proven that it is a legit Nike product, we can process a refund or a replacement. But if this is a counterfeit, we have no liabilities for it, and you should work with StockX Yes, you will need to submit the claim on the link. That is the first step. If you have a Nike store near you, they can inspect the product as well. Just bring them the product for inspection The purchase was not made with us so we do not have any records of your purchase. That letter should come from StockX What is your zip code? The nearest store would be Nike Unite - Princeton 3357 Brunswick Pike, Suite 33 Lawrenceville, NJ, 08648, US#### Open • Closes at 8:00 PM You can also go to Nike Factory Store - Jersey Gardens 651 Kapkowski Rd., Suite 150 Elizabeth, NJ, 07201, US +1#### Open • Closes at 8:00 PM Nike Factory Store - Newark The Shoppes at Broad 697 Broad St. Newark, NJ, 07102, US +1#### Those are the only store nearest based on your zip. But they can authenticate the product that you purchased from an unauthorized retailer. We are not able to provide any letter for your bank here as the purchase was not made with us. Please work this one out with StockX You can request that once your product has been inspected. We can not give a letter without inspecting the product. So we would go back to you starting the claim on the link and sending us the item or you going to the store and have the product authenticated. Alright, please start the claim on the link or go to a Nike store to have the product checked. They can give you the result of the inspection through letter or email. Thank you for chatting with Nike! Stay safe! Hi I was talking to Deejay I got disconnected Can I please talk to Deejay as I already gave him information Thanks I was sold this pair of shoes, can I drop files here. Ok How? ok please bear with me as I drag and drop files 2 more I need to upload please give me a way to drop files ok please bear with me This is Nike Blazer This was sold by StockX to me I was asked to reach out to Nike to get more info on the product They do not seem to refund. StockX is refusing to respond Can you please help me ok so I can submit a claim for this counterfeit in nike.com you mean for the one i purchased from stock X? Thanks Chris. So although I did not purchase the shoe through Nike directly, I can still submit a claim to Nike from the link you gave me\> and explain the story? Is it possible for you to email me that it is a counterfeit shoe please? Can you please email the same info to me Ok thanks, can you also please email to my mom #### Thanks. Also can I send an email to you with the pictures of the product and can you please respond if it is a real or counterfeit. thanks I have been cheated by this merchant stockX and it has been very frustrating to deal with them Ok thank you. Will I be refunded the amount I spent on StockX Should I send the purchase details of stockX. Ok, but in the email response you will tell me if it is a counterfeit shoe correct? instead of a claim, is there a way to send an inquiry to determine if its a fake or a real shoe? will they give me a letter if needed so I can get the refund from my bank since I used a debit card to make the payment i am trying to get a refund from my bank, so they need a letter They are refusing Can you give me a store where I can go to 08873 Hi is that the only closest store If I walk in there will they be able to give me a letter stating if the shoe is authentic or counterfeit? MY bank is asking for such a letter to be able to determine the refund That is too far as well. Will they give me a letter. that would really help Too far as well. ok great, will they give me some form of documentation so I can go to my bank to get a refund. Yes I understand they want to be able to get an opinion in nike letter head they are giving me a run around to get it in a letter head i understand the product was not purchased at nike ok i can go to store to have the product authenticated. one second, please bear with me. network is slow ok am back. ok so once they inspect, they can issue me a letter? so from what you saw in the picture, both of them are counterfeit or one is real and one is counterfeit ok thanks. please send me the chat details in email as requested. thanks have a good day | 22212888033 | 04/26/2022 8:19 pm | cs web chat | |
| 26 | Thanks for contacting Nike! My name is Yssa, how can I help you? Thank you for your interest with our product. We truly appreciate you for choosing Nike to be part of your daily lifestyle. Let me check it first. Can you give me two to three minutes. Thank you. Still checking on our system. The item bought from stockx, we can not confirm if it is a genuine Nike product. So the item might get damaged and this may void the warranty. Currently nike.com has yet to offer chargers for sale separately. Do you mean you have not yet the Nike adapt or you want to buy the shoes separately? I highly suggest you to order the set. Currently we have yet to restock the Nike adapt, allow me 1-2 minutes to check with our retailers. I recommend getting the item on our authorize retailers such as JD Sports. Jd Sports is one of our authorize retailers. The reason why we suggest you to buy in our authorize retailers so that if ever the item will be damaged we can help you or assist you with the warranty. There is no exact date but hopefully it will restock soon. Your welcome. Is there anything else that I can help you with? Hello I have a question about the Nike adapt bb 2.0 Can I use a charging adapter from us to uk As the us version is cheaper on stockx Thanks Yes Yes Thank you Is there any way to buy them off of Nike then Oh no I just want the shoe I do not have a pair currently but can not find it on the app I want to buy the shoes now Can you send me the link to it please Thank you Thank you I have just checked the app and it does not seem to be listed Is there a confirmed date of a restock or will it be a while till they return No but thank you for your help | 21827178033 | 04/13/2022 1:30 pm | cs web chat | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 27 | Hi! Please turn your push notifications on to see our reply. Welcome to your personal conversation around sport, style and everything Nike. Tap Message on any product page to return here. We will be right with you!. Hey ▓▓▓▓▓▓ Maddi here.. We have systems put in place to filter out unverified accounts and orders to make the launch process as smooth and as fair as possible. This is such a unique landscape as it is always changing and because of that, people are always on the lookout for ways to get around. As a result, we are constantly on the counter-offensive since we want passionate people like yourself to actually wear the product. We are aware of this issue, and you would be surprised how much work we do behind the scenes to prevent that. We have teams specifically set up to cancel orders/ban accounts that point towards this kind of suspicious activity. Most high heat styles bring in way more people trying to cop the second they drop, than there are pairs available, so not everyone will get them even if you do everything right. The sneaker game is difficult we are always working on improving I will be sure to pass your experience along to my team.. Hey ▓▓▓▓▓▓ looks like Madeline needed to step away, so Kaylie jumping in here!. I see she passed some feedback along for you <👀>. No problem, the shoe game can be frusstrating someitmes with so many people going for styles, I hear you on that.. We do not have any influence on drops here in app, but that feedback has been passed along <👀>. For future drops, I recommend uninstalling and reinstalling your app the night before to ensure it is most up to date and running smooth, as well as making sure you have your payment info uploaded and phone number verified. You can do both of these things in your app settings under your profile tab.. That is what I try to do to make my drop days go as smooth and fast as possibke. *possible. Just some recommendations, you want your WiFI/data running as smooth as possible to have your best chance at a pair. With over 3 million users in this app alone, most of which go for drops, it is important to go as quick as you can <😁>. I hear you and we have passed that feedback along for you, our drops team will gather the feedback and make any changes to the experience that they can along the way.. Thanks for chatting in about that <🙏>. Thank you, you as well! This is ridiculous!!! What is goin on wit the bots buying up all the product !!!! This is 3 months now I am unable to purchase anything or win any raffles on SNKRS app either …. this has gotten worse . I wanted these women Jordan 1 mids and the bots stole them . Hi Maddie. Thanks for responding . But I am unable to get these mids n they been on the resale sites since last week for 160 n they retail 135…this is unfair I can not even buy at retail let alone how i used to find them on sale or in the outlets bc it is not online only n not overhyped by you n everyone else . Your pr does not help matters . Hyping n overhyping catch the attention of resale bots even more . It is beyond obvious goat n stockx n stadium goods bots buy up majority of the product from real ppl who want to wear the kicks . I have not won a raffle since the 90 sienpre famila again bc they were not over hyped n there were Jordan's drops that day too . Otherwise it is been months . Csnt get union dunks any dunks Like the Polaroid dunks that dropped today . It is disgusting n I am tired of t saving up to buy at retail n i still am blocked by computers to buy them yet if you had them in stores half these bots bc they not real ppl would not be able to steal them from the every day workers who can barely afford retail right from the brand . Why are we forced to buy them at resale n wait til they go under retail to buy them ???!!!. I hope it gets better but it seems the bots are growing at a faster pace than can be handled n tech is constantly advancing beyond our imagination it is very deterring . I can not get dunks for####they resale for####Polaroids ) or####union La collab) that is sick!!!! . I used to be Abel to get almost anything hype or not until the app n this online only stuff started . Take it off line n you will see the bots not get anything . I really appreciate you reading. The venting n hope this gets passed on to be Abel to help bc I am perplexed how I can not for the life of me win a raffle or be chosen for a raffle when my loyalty as a member should have me be able to buy anything g I want as long as it is in stock . N to not even be able to buy something on Nike is even more baffling n disgusting . Ok she did cool. I really wanted the mid se Jordan 1 women's today n the dunk Polaroid …I will have to wait for them to go under retail on one of the resale sites or eBay n hope I can get them later . I do that every time it does not make a difference on my end . I do all I can there is nothing left for me to do other than contact you guys to lyk I have not been able to buy anything I want from Nike.com . It is been months …csnt get dunks my fave of all time n never get Jordan's 1s not even mid 1s in women's !!!! Lmao it is just funny n the consumerism of this country n these youth n greedy ppl is ridiculous . I am on there before the time but you also do not sync your app n site . The site is seconds ahead in time n the bots take advantage of it . I get it but I do all I can n it never makes a difference n it is not only me . It is my brothers one is in another borough another upstate n another in another state n my best friend in another borough n still none of us can get anything . Real ppl are not getting any of these drops . Thanks kaylie appreciate you. Hope you have a great rest of your day | 21792868055 | 04/13/2022 12:06 pm | neod nike app chat | |
| 28 | Yes Luis I am actually calling from Chase Bank my name is ▓▓▓▓▓▓ I am calling on behalf of a customer I mean from customer with the process of course not to mention this call maybe monitored to verify monitored for quality purposes. I was wondering your assist with authentication from third party purchases. Yes StockX and specifically she purchased in pairs of Nike's from StockX but they are claiming that they are open take from StockX but when she got them she is feeling at the counterfeit. And we are needing someone to verify the authenticity. So I was hoping I could verify and sometimes. Nike shoes. okay but there is no process in place to verify the product. Um-hum. Um-hum oh okay. Yes, yes we are trying to confirm if it is an original product to see if she has other's shoe similar to it. But there is many red flags about the product that you received from StockX and she is concerned it may be conference. Yes. thank you. Okay. Oh right. Thank you very much for the verification I really appreciate it. That was all I needed thank you sir. Thank you. Bye-bye. Thank you for calling Nike .com. My name is Luis. How can I help you. One you are talking about there Patty. You are talking about. Nine example I retailer. Oh. Yeah. Yeah I am Dr. you know this is the customer service but only for the Nike .com order send me a pleasure talking about an order is for my retailer. Yeah we do not have access to that information as soon as possible different company you know that they have the permission to sell Nike items bye we can not control the orders online you know the number of stuff. I mean we can verify the product you know. For example which we can take the style number. We want me. And all that in stock but you know about an order that was placed in a different retailer you know. And if you can see you. You want to know why need the move my notes that item you know only with that ask specifically that if you can either. So do you want to know wait. Daddy meets so do you know why this why do you want to know. Can you please give me the name of this is Tara you tell me the stock. Let me spell for you STOCK. X. Maybe. Got it. Got it. Let me take a look and I can tell you if you can send out arrive the retailer is hearing back to you know if they have the permission. Let us take a look. Okay. Let us take a little so we are checking the balance. That is. No sir in this case it seems like this. Talk to. Retailer back you know. This is now I am not authorized retailer. So I can not tell you stay sale on. So do you know Nike items. You know. We have a lot of retailers about these stocks. I know that name by the ad. They are not. And now it arrives trying to call retailer. Okay. They do not have the R permission so I can not tell you that on the you know. Order. How do you know item and needs to be with them directly. You need to us a place do you have any questions. Thank you so much for calling Nike and have a wonderful day. Bye-bye. | 21557102042 | 04/07/2022 7:06 pm | audio | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 29 | I am good thank you how are you. I have a prayer. Let me see what the things your that. Nike. That. And I have the. See where I purchased them but they they malfunction. Do you know what the adapter so the shoes itself that you. So you can charge them. And the para. And then they lose their charge. And they just do not operate correctly. And they are not very old. And they are not in bad shape. Um I bought them from StockX. well. They can not help me they have no refund. No nothing. You but. That is what it is. So. I mean the shoes came in okay. Well in stock in problem this is a Nike problem. Well then they are a gift from his grandparents for Christmas. We do not know where they came from. Because this is this is a Nike issue. This is in Stock X to see. Yep. Yep. that is where I think they came from. We can not. Shirt. I did not purchase my mom here. I do. Put them in the car so I could talk to your home. Version X point no. Dad. year XXXX. Okay I will tell you what it says it says version 2.0. Nike had that. Maybe me. And then it says year XXXX. That is all. Yep. hello. Hello. yes. hello hello. hello. hey ▇ me a couple I. When you have. Thank you. sure. yeah. hello. hey. Welcome. Thank you very much. Charged for. Appreciate that. Appreciate that. Have a nice day. Thank you. Thank you for contacting Nike corporate. This is Jenny speaking how may I help you how are you. I am fine thank you thank you for asking. How may I help you. Okay. Yes. Mm-hmm. Okay. Mm-hmm. Okay where did you buy them Nike or a different story Nike ma'am. Yes. Okay. We can not create a claim for StockX products ma'am. Okay I have been seeing calls. Related to my team now we were told not to create the claims for StockX. Products. Um. For whatever reason so you need to deal directly with Stock X directly from them to see what they can do to help you. Right. Let me check. Let me a call back and speak to my team because I have been seeing page step we are not creating claims for StockX products. And I will have to give the next donation by any class ▇ first can I place you on hold for two minutes is that okay. I understand. Yes, okay. Hello ma'am hello. Okay. Go ahead. So they were a gift. um-hum. Okay. But you just said the from StockX deed of the product right. Mm-hmm. How much how much of the item cost you ma'am. Okay, and um. Okay. All right because if they find the thing is that the financial so I got you. You will not. They want to step in and most likely to just return your shoe with any kind of compensation so. But I wanted to explain to you is that um. Let me just see what else I can come up with. Because I know that that is not the. We do you have the shoe with you at this moment. Okay, okay can I have your. Can I have. Can I have your date of manufacture is on the tongue of the shoe please. Now the second date to the right place. mm-hmm. Yeah but what day ma'am. What is the full amount of the date on the shoe. You are not. Yeah, okay. - Okay so let me just review this really quick. Okay this information. And let me ask my team Ralston. Okay one moment. Give me one second okay ma'am. Thank you very much. Okay can you please hold two minutes. | 21500809075 | 04/04/2022 8:21 pm | audio | |
| 30 | Yes hi I am not sure if you are the person I should speak to concerning the drawers from your sneakers app who would be in that department that I should be speaking with. Okay, so I have a question. I. And so is my friend. And we have been denied both times. And even released yet are already available at StockX. GO XXX flight club. So I have a question if the shoes have not even released yet. Why did these retailers already have them. yeah. Well that is what I. Okay so that is exactly what I thought. So I thought pair of shoes today. On StockX. And I thought oh maybe they were released prior. And when I clicked on it. It says released. Four. Seven XXXX. So they already have the shoes available for me to buy. They did not even released yet so that is why I am wondering how did they get their hands on the shoes before you guys are opening it up anybody else. It makes the drawer. Look. Fake it makes it look. . That nobody really has a chance to get the shoes. So your average person can not even get the shoes. You guys are just automatically giving my massive amount to talk to these online retailers. So why it is not transparent. If not transparent at all on average person is not going to win the drawers are there. Because it does not look like it I mean it does not look like it if I can buy them in every size I want. And it says right on there. And I am sure. Nike is a huge company. I am sure you guys have a team of people who are. That is their job is to see who is got them on on their website already they are already on the website. They are not even launching until Thursday. So how do they already have the shoes for sale. yeah because nobody can get a pair of shoes. So if I really want a pair of shoes from you I just got a StockX and I over paid for a pair of shoes and StockX or whoever is going on to StockX is making money off your product. Is that the best business model for Nike I do not I do not know maybe make a limited number. And just charge a little more for him because you guys are making massive amounts. You are selling them up ahead of time before these drugs even happen. So you are probably already ran out of them so nobody's going to get them on the drah. So why is anybody waking up and and taking the time to even do the drawers. When I can just going to spend a little bit more money and save my time and effort from getting disappointed by things sorry you were not selected. I can just go and buy them for $100 more on Stock X right now. And I can have them on my feet before you guys are even launching them. I do not understand it it does not make any sense to me. If this is supposed to be fair way that Nike is doing it. It is really not. And I can not imagine that you guys would not have. You know a class action lawsuit brought against you for false advertisement. And for making claims that are really true. That is. It does not seem like it is a good company motto. There is no transparency there. They are all these people already have the shoes in their hands. Then why bother with the drop. How many how many of these shoes. Do you know because I am sure you get. How many of the shoes are in the drawer. How many pairs. Yeah so if there is there someone I can speak to. Is there a is there an apartment that just deals with the sneaker app that I can call. okay so you have no idea why they are already on sale. And why that is already been told. Five days in advance. Okay. All right. Okay. Yeah. Okay. All right thank you. Hello thank you for calling Nike. My name is Michelle how can I help you today. okay, thank you for letting you know yes actually if the phones them to you. Okay just to make sure that you have I can help you. It is a good good question. And I will love to have the answer. But it hmm friction our you have a letter O with letters. I will be right back. I do not know how they they thanks. Oh. Hold on. Launches or drawers. Um. I think well. I think I know. Is that we have like releases from the sneakers app. You know. M. I mean. And the explain. We have releases. For example today. And. Actually this these items are late and then after. I do not know maybe you one moment or at the moment for our. Thank you relieve the same item again. So I am just thinking about options for you about this situation. Uh-huh. Mm-hmm. mm-hmm. Um-hum. Okay, yeah. Actually. Uh-huh. Um-hum. Yes, okay. I can live ▇ leave a completely understand your frustration order Cottrell. Ooh ooh exactly. Uh-huh. Um-hum. Um-hum. Yes. Um-hum. Mm-hmm. Yes. I mean. Bye. um-hum. Yeah. no. Yeah actually it is out of my hands. The only information actually that I have from the sneakers app is of this most exclusive last order. Yes. Most excluded from Nike. And it is. I know I completely understand you ma'am. I mean your. Are completely hard to. Yeah actually. Not ma'am. We I mean we just called in Robert. And do the information we have in there is no different department that I can transfer you and. no actually we got it is out of my hands. I will is because we have a lot of information from Nike .com but from the sneakers of the information we have is. Yes I know it is so hard to get those items I do not have the exact information Why does an ombre. Correct. Um-hum. But I mean the only measure have is like if David Miss release or you can spell is sold out or is out of stock. We do not have information over the restocks or. Well actually we have calling here. You. You. Talk to you and your sneakers app. This is the only. Of course. | 21320245033 | 04/03/2022 1:54 pm | audio | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 31 | hey there my name is hope you are I had a chat with a Nike Okay with. Probably about a week and a half two weeks ago. Um where I was explained that I had purchased a pair of um and microphone I will pick correctly my fiancé's immortality for some sneakers for my son. And I purchased them from StockX website. And I purchased them at Christmas time. So he had to have them as a Christmas gift. He only wears them on the court. I purchased them from StockX because he wore the size XX. And it is hard to find. XXX on your website. Return products. That is why it went there instead. But they are falling apart. Um and I sent her pictures of the stitching does show her that. She told me it through the chat function that she will not be able to help me that I needed to call Nike during normal business hours instead. It is a U. And then can find. ▮▮▮▮▮. Like I said I have your app. And so I started to chat with her through the app and that is right. Shared the the pictures with her. ▮▮▮▮▮ and then you were ▮▮▮▮▮ correct. They have their policy if they do not accept returns at all. Due to the nature of their business. Yeah that is fine. hello. hello. have you looked at the pictures that I sent through the chat. Do you have a record of that. But it is it is the quality it is a quality issue with the shoes the way the shoe is made up here for $200 sure about $200 for the shoes. He only wear them on the basketball court. He is a serious basketball player. The shoes are falling apart. With the material. Thanks. It is a defect in the product it is not anything to do with StockX. And not the wrong size there anything else at the defective product. And I would purchased them from your website look at them at the horn size XX shoe. It is very difficult to find size XX shoe. In Nike shoes been him about his team at school where. Under Armour. But I prefer that he wear Nike shoes because they fit him the best with this. When his foot is made when we got him shoes we buy him Nike shoes but unfortunately I can not find them on your site. Because of his shoe. So I am forced to have to go to other places to buy the shoes he wants. Because of the size. Otherwise I would have bought them directly from you because I do not want to deal with this is birthday. Bye. Have you. Can you see the picture that I can to her. Receive them within that the chat. You keep a history. I understand that that is the standard answer. But in this situation. I am not trying to return the defective product. To. Hey will take a look at the picture for me and see there. Can you see the pictures or no you can not. I understand that I just want to know if I could speak to about the situation. So many has to be empowered to do something. But they are they are they are always an exception. Someone's empowered to do something. In certain situations. So I provided pictures. Another individual with any able to make a determination not looking at where I purchased the product but looking at the fact that I am a loyal Nike customer and I prefer to buy my son Nike shoes the you to decide. I can not get them from your site all the time. I am forced to go to other places. And the product is defective it is. Is there a manager I can speak with. Hi. I understand that. I am asking for a manager contact to speak with please. I understand what you are saying. I work in retail. Corporate retail. I understand there are exceptions to every rule. You were the manufacture of the product. I am asking to speak to your manager. Someone who may be able to the empowered to make a different decision on the house. There exceptions and everything in life. And what is what is your name sir. Okay, thank you. I understand that you can help me. But what I am saying is I am sure there. Okay. and it is unfortunate because the Nike. My son the best student is the shape of it. But. But like I said he is the size XX. I can not find XXs on your site on time it is not like XXXX XXXX. I mean. I am calling it is not calling. Bye. so. We are especially when you are doing a basketball players most of them are toddler and they you have to your feet. okay. All right thank you. No I am good. Thank you. Thank you for calling Nike. My name is Charlie S how can we help you. mm-hmm. mm-hmm. Yes apologize for the inconvenience here. okay. Let me go ahead and look into it see how we can help you out. Let me start by documenting your call what would be your email. Okay, thank you. And your first name and last name please for documentation process. thank you. Appreciate the information hope. XX you make sure you get this past couple of shoes from StockX right. All right. Now. Let me go ahead and check. Mail. By any chance have you checked with StockX see if they can help you. oh. Okay, yeah did not. Let me look into it see how we can help you with the next step here a Nike today place you on waiting on a quick hold for them in two minutes. Thank you. Bye. Hello. yeah. Maybe by two. God. Bye-bye. Thank you. Bye-bye. . Me now. ▮▮▮▮▮. Thank you so much for waiting online. Appreciate your time. And in this process. All right Nike has really apologize for that unfortunately we are not able to help you out with items purchased from StockX I really apologize about the inconvenience there but unfortunately we are not able to assist in doing on process. That Nike has. That is them. new one first one I do not have access to it they to inform you StockX is not an authorized retailer from Nike. That is why we can not help you out with the claim process otherwise of course I will be helping you to create the claim. But I am personally. Nike does not respell. Or not. help StockX. We could say like that because that is not an authorized retailer for Nike like Finish Line Foot Locker champs Academy. Stock X is not under Nike's authorized retailers list. Yes turning here at Nike we do have a process in place for items are defective. But only for authorized retailers. And | 21288590034 | 04/01/2022 2:47 pm | audio | |
| 32 | Hi. Yes ma'am. Give me a chance on Stock X. All right. Yes. I am not really understand how to this work. You called you late. XX minutes ago. And let give me this. website. If yes I could not. Yes I do not. Nike is not the new model went out this morning. X o'clock. I was trying to get it. For about an hour. My family was not go through on this one. StockX. StockX .com. I see. It is told me for some reason. C hi. I. was when your account you can check what is going on. Your inbox them. Four houses on the work because. Alright it looks like I gave. Yeah. okay. It says red sox you.. For your XXX. Is. All right. All right. All right. I do see that. They sold me. My be processing see. See if you see. So if this is mean I IIG product or my friend because. hello. Do you have backpacks. Phone number customer service or anything like that. Sorry I called you ma'am. Let us use it right. hello. hey. Sorry about the phone. This is my product total to six bucks. Okay, thank you sir. Bye. Thank you for calling Nike. My name is Eddie. How may I help you today. can you turn this point if you are trying to get into them. Or try to get this is a Air Jordan one mid. Light mold battery. The product is out of stock. Again. If you can into the on any kind of browser you are going to see like this product is going to be available for different carriers like StockX. Here back to sports. And I am go to. Naturally. Um Footlocker. I am. Just as a recommendation you can try to check on this website and try to get the like the product actually and just to let you know yester going to be a little bit more because this is like a retailer yes the product is no longer available through the Nike website nine a moment sir. Being honest here. I recommend you to try to contact the carrier directly because at this point. Yes in ▮▮▮▮▮ eight dollars line. Sell Nike products we do not have the Nike club all day. How do they like handled on the payment or how like. Or information about this lady way purchase. The best way to like get the accurate information you will be to contact the carrier directly. Sorry. Great. Let me try to check your phone. On the browser it has like any kind of need to one moment. Noise all right. And can. to send the only channel that they using order to contact on StockX it will be through the website. They have like the life. I set. Available Monday to Friday nine 9 AM. 9 PM. Then I recommend you to contact directly through StockX the website. I am pretty sure they are going to help to give you more details about the item and how to block the product. But by the product honey. no sooner than Tuesday. I just handle the information directly to the Nike website. But I can I can check on the on the on your browser. Google or Microsoft return any of those just like. But worked. StockX and get into their the website and try to see more details about how to get the product. Okay I will correctly. Directly with them. You are welcome. Did the rest of your day and thank you for being a Nike member sir. Be safe. | 20425266035 | 03/29/2022 2:40 pm | audio | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 33 | Thanks for contacting Nike! My name is Jessica, how can I help you? Thanks for contacting Nike! My name is Jessica, how can I help you? Hello          We apologize that the competition to grab SNKRS Launch item is fierce, since they are often special editions with limited quantities, it is on first come first service basis. Because of this, we can not guarantee your slot during the draw process, it does not mean there is an issue on your profile or anyone's profile. During SNKRS Launch release, all chances of error will appear but this only mean that you are already in the process, it is just that the item is high heat and already very limited. We give consumers a fair chance in purchasing here at Nike.com. That is the reason why we do not pre-order purchases. You can improve your chances of getting your spot during the next release. Keep an eye on upcoming releases and follow our SNEAKRS tips to improve your odds. Also, make sure you check on what is in stock to shop styles that have not sold out. We are not lying, other retailers have a few inventories same as Nike.com, we work separately from them Nike.com has a different way of releasing SNKRS Launch items Since they are often special editions with limited quantities, it is on first come first service basis. Because of this, we can not guarantee your slot during the draw process,. For the meantime, would there be anything else I can help you with? We believe in a level playing field in everything we do our product releases are no different Resellers also work separately from Nike.com, if you a feedback regarding Nike policies such as outside retailers and resellers, you can also contact our corporate team. how we buy lastest launching product on launch day in india all time u show sold out sold out pzz start reservation system do not lie plzz how GOAT and stockx buy high quantity of product why normal people do not buy why you allow illegal resselers to sell product at double triple prices | 20427274037 | 03/29/2022 1:45 am | cs web chat | |
| 34 | Thanks for contacting Nike! My name is Katarzyna, how can I help you? Hi! Before we get started, may i have your email, phone number and postal code? Thanks! I have checked this model. It is Nike Revolution 5 , right? Okay! This product is really good for running Got it. This product was a launch product that was available only for a moment on our site and SNKRS app. Unfortunately, it is not longer available. I can only say that it is not available on our site or in Nike stores. I´me checking * I am checking I believe that they were £169.95 that time. So I would check if sites that are selling those products are eligible. You can check customers review online and see if they are selling fakes. A lot of sites do it, however you can find some that are selling original products! I think that StockX is a good place to buy this product Thanks! Have a nice day! Hi I have 2 queries. I am trying to find out if a pair of trainers I have are suitable for running? The product number is BQ5671-021 ####          Yes I think so, I have had them a while 2nd query. My son is looking for a pair of jordan 4 university blue. Can not seem to find these in the uk except for websites that do not look legit. How can we purchase a pair So I can not purchase these in the Uk? Ok thanks. How much were they? If I look elsewhere would be nice to see how much I should be paying or if someone is trying to mug me off! Thanks Wow!! Some sites have them for £400+ I am glad I checked!! Any advice on how I can source a pair please? Not necessarily university blue but Jordan 4's Do you know of any good sites or sites to avoid? Great, thank you. I will look there. Thanks for your help today. Have a good day | 19255619033 | 03/24/2022 6:52 am | cs web chat | |
| 35 | Good product, But limited stocks, PLEASE more stock in Jordan and Nike Dunk shoes because its very exensive when you buy in StockX, Goat, and other Reselling Flatform | 17086662042 | 03/10/2022 6:58 am | post cs surveys | |
| 36 | Yes I am trying to check on a release date on the Nike SB. St. Patrick's Day load on. Okay. It is been online I. You know different sneaker. Thanks a popped up. Este. Load on St. Patrick's Day. Yes yes yes yes. okay. okay. Okay. Okay, that is it thank you. You so much for choosing Nike. This is brandy how can I help you. Um let me take a look for you if we have that in our line-up okay. Hmm where did you see that released. Um. Let me check my phone. For. you said SP's. I am still. I do not see those in our line-up those are kind of like. I do not want to say like a hoax they are not as of right now They do not have a release date. I see someone StockX but that is not like a guarantee the product because I mean I work for Nike and we do not have those released anytime soon. and if you wanted to know what we were in the releasing. You can always go on Nike .com. And go onto our calendar and you can see all the Jordan's that we are releasing and it can you the dates and times that they are going to be dropping. Is there anything else I can do for you. Thank you for choosing Nike you have a great day. Bye-bye. | 17044381046 | 03/08/2022 6:45 pm | audio | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 37 | Thanks for contacting Nike! My name is Gelo, how can I help you? Hi [redacted] my apologies as we have no options to reconnect you once chat got disconnected. No worries, I would be glad to help. Could you please tell me more about your concern? I am sorry to know what happened to your product. Let me see what we can do. May I know where was your shoes originally purchased? Thanks for this, As I have checked, StockX is no authorize retailer therefore we highly recommend to you contact directly StockX to return it directly. I understand, [redacted] however StockX is not authorize retailer of Nike. Therefore we are unable to process your complaint request. There is no specific way to tell you if the product is authentic or not item purchased in StockX. Please be advised that products purchased from a non-authorize retailer or auction sites are at your own risk. Even if you have a Proof of purchase, StockX is not authorize retailer of Nike that is why we are unable to process your complaint. The best thing that we can do is to contact directly StockX to complaint directly. Apologies for the confusion. As much as we love to process your complaint, we are unable to do that as StockX is not authorize retailer. Better if you could contact directly where your shoes originally purchased. Since order was originally purchased at StockX, we highly recommend to you contact them directly as Nike.com works separately. Also, StockX is not authorize retailer of Nike.com therefore we are unable to process the complaint. Complaint directly to the StockX. I understand however like I said we are unable to process the complaint as StockX is not authorize retailer of Nike.com Yes we are the Nike Support however please be advised that StockX is not authorize retailer of Nike.com. As much as I would love to process your complaint, we are unable to do that. We strongly encourage you to only purchase products from Nike.com, Nike store and authorize Nike retailers in the future so we can process the complaint. Even you have a Proof of purchase please be advised that StockX is not authorize retailer of Nike therefore we are unable to process your complaint. If item is purchased in authorized retailer, we can assure that item is not a fake. Even if it says in google that item purchased from StockX is not a fake, still StockX is not authorize retailer of Nike therefore we are not sure that is truly legit. I believe I have already provided all the details and update that we have I will kindly end this chat to further assist other consumers Thanks for chatting with Nike and have a great day Hi I was recently in contact with floyd is there anyway you could reconnect me? Okay I have a pair of air max 720 which have a popped air unit floyd asked me for proof of purchase I was disconnected Can you give me the option to attach it please StockX I have contacted stockx already they have told me to contact the manufacturer of the product Okay but this is still a Nike product with an issue it should not matter where it was purchased from I have proof of purchase the whole point of stockx is to be authentic I have they told me to contact you The person I bought off I assume originally purchased them off of Nike I have contacted them as I have told you Ok what do I do then I have a faulty Nike product Like I said I have Okay I do not care this is a Nike product you are Nike support I want support Okay? Okay so I have a faulty Nike product with no way to receive any help? is not that great? Ok? But I have a pair of Nike shoes with proof of purchase yet you can not help me. Why on earth would I purchase anything from yous? Why should it matter if it is an authorised retailer? One quick Google search would prove to you it is real Or I can send you photos of the shoe I can literally send you photos of the shoe? | 16934566036 | 03/03/2022 12:21 pm | cs web chat | |
| 38 | She gave me zero resolution. I need to find out what really happened to my product and realistically I just wanted my shoes and not to have to pay $300 for them on StockX. I truly feel like someone working at the warehouse probably would be selling me my own pair marked up. I do not believe that the second person that I spoke with understood my issue at all. I ordered shoes there was a return created (not by me) The first rep said the shoes were shipped I needed to contact laser ship I contacted them and was advised that they never received the shoes. This makes me feel like I have been defrauded by someone at Nike which is a brand that I have loved and trusted for years. | 14847577035 | 02/14/2022 4:29 pm | post cs surveys | |
| 39 | Hi! Please turn your push notifications on to see our reply. Welcome to your personal conversation around sport, style and everything Nike. Tap Message on any product page to return here. We will be right with you!. Hi [redacted], Ina here!. Happy to help you any Nike product related questions only on the Nike app or Nike.com, not StockX.. Manuel is not available at this time. Here to help you though! . Jordons. Ok. Can you help me with stock x. I want manuel. Manuel. Manuel. Manuel. Manuel. Manuel. Manuel. Manuel. Manuel. Manuel. Manuel. Answer me . Ok<😊>. Can you help me find Jordans. Please . Please | 14455475035 | 02/10/2022 10:16 pm | neod nike app chat | |
| 40 | Hi! Please turn your push notifications on to see our reply. Welcome to your personal conversation around sport, style and everything Nike. Tap Message on any product page to return here. We will be right with you!. Hi [redacted], Koka here!. Push notification reminds you that the sneaker is dropping <😊>. If you see some sneakers coming up your interested in just hit that. Thank you so much for your patience on this busy day, appreciate you. I completely understand your frustration and disappointment this morning. If you got "Pending" that means that you got in line to buy, but with so many people going for these, getting a pair is not guaranteed. These Dunk Lows were very popular and sold out fully. No word on a restock at this time keep an eye on our Nike app platform for the latest updates on our upcoming styles as we do have two more days of drops coming this week! They do not actually buy the sneakers. People get them and then send to them, and they intern handle the sale . Kind of like a middle man.. I feel you ! I took an L as well yesterday<😊>. anything ele you have your eyes on to try and cop? Just Curious - when the product is available at####I placed the order at####it was pending sold out in less than 1 minute but then I go to GOAT, StockX , Flight Club & they already have it listed for sale over doubled the price. This has happened to me the last 2 days. My 2 kids are in college & can not afford scammers as they buy your product & resale for more than double the price & y'all allow that####What is push notification . Hello. I have that. I logged on at 9:59 am picked size, then at 10 am it was pending then at 10:01 it was sold out. I did. I can not beat the people that work for GOAT Stock X It is funny how they were restocked as soon as they hit today. & yesterday | 14008495060 | 02/04/2022 7:56 pm | neod nike app chat | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 41 | tel<:#>###and/or chat with us.. Hey ▮ Blake here. With a popular pair like these ones that released today, there are a BUNCH of people that are waiting to get the same shoe at the same time. You would be surprised how many orders come in within that first minute, then the system works to figure out which orders came in first for each size. Even if you do everything right, there is still no guarantee you will be one of the lucky winners. I understand that does not get you the win here today, but I do want to make sure you know it is nothing personal at all. It is just a numbers game, and you will take some losses due to that. The sneaker game can be a grind for sure, but I am rooting for you to get the next pair that you love! What upcoming drop do you have your eyes on? Hi Nike, I just wanted to reach out to you as I have spent the past two days trying to purchase a pair of Dunks for my daughter. Both days I placed the item in my cart, clicked to buy and of course the order did not go through. It is really sad that if you can not afford to pay StockX prices you are essentially screwed, as they set up bots to purchase the product and then jack the prices. Nike should really look into figuring out this issue so their real clients can enjoy a purchase every once in a while. . I am just trying to get her a pair of dunks I will try again tomorrow this is very upsetting | 14003018041 | 02/04/2022 7:25 pm | neod nike app chat | |
| 42 | Hi! Nike Service here. What are we getting after today? I am happy to assist, ▮ We have not any info about this from our team just yet. I do recommend that you check the website from time to time We do not. I wish I had info. I would tell you right away if we have it. NIKE believes in level playing field and every consumer will have access to the info that we have on the website. Alerts are not in place on the website for this or any particular item Those are not verified resellers StockX is not a verified nor an Authorized NIKE seller Yes, you may put link here They are not so any purchase or orders from them will not be covered by our 2 year warranty I seriously doubt if these are legit or authentic, to be honest I will bring this to the attention of my team and let them know that consumers are looking to order these. Valentine's almost near however... From my experience it is too early for those shoes to be launched (if they will be). Please do check www.news.nike.com for more info and updates You bet! I also want to thank you for taking time chatting with me today here in Nike, have a good day! hi i was wondering about the release date of the nike valentine's day air force 1's DQ9320-100 that is their style code i know someone who works on the nike team who confirmed they were dropping today outside of north america. perhaps you can check again damn. is there any way i can get notified when they do release perhaps via email? i was also just confused because i see verified resellers such as stockx already selling the product you may want to check that out. i can send a link or something oh interesting good to know i always had assumed they are https://stockx.com/nike-air-force-1-low-vd-valentines-day-2022-w?utm_source=app&utm_medium=nativeshare&utm_campaign=productpage good to know I will steer clear omar, you were super helpful i appreciate you. have a great night and great rest of your week okay awesome thanks again omar | 13918644035 | 02/03/2022 3:18 am | cs web chat | |
| 43 | Hi! Please turn your push notifications on to see our reply. Welcome to your personal conversation around sport, style and everything Nike. Tap Message on any product page to return here. We will be right with you!. Hi ▮ Merz here! Welcome back to the app!. I hear you you can check the Qr code on the tongue of the shoes However, counterfeiters have become skilled at making convincing knockoffs—so skilled, in fact, it can be hard to spot the fakes. The best way to ensure you are getting authentic Nike shoes is to shop on Nike.com, at a Nike store, or a reputable and trusted retailer.. To make sure of that Qr code, since this is bought in StockX, I will need you to contact the original retailer first regarding the product as we do not want to interfere with their policy. I ordered a pair of shoes from stockx and was needing to check the qr code. How do I check my qr code to see if my shoes are fake or not. Do not worry bout it y'all have a nice day | 14007910042 | 02/02/2022 6:52 pm | neod nike app chat | |