# Exhibit 145

*Redacted Public Version*

| | |
|---|---|
| **From:** | StockX [noreply@stockx.com] |
| **Sent:** | 1/27/2022 1:11:09 PM |
| **To:** | ███████@gmail.com |
| **Subject:** | 👍 Order Confirmed: Jordan 1 Retro High White University Blue Black (Size 8.5) |

StockX






CONFIDENTIAL

NIKE0040518

Congrats! Your latest StockX purchase is on the way. You can expect to receive it by 14-02-2022. To check your order's status and delivery timing, visit stockx.com/buying.

Due to the global impact of COVID-19, your order may run into unexpected delays.



### Jordan 1 Retro High White University Blue Black

- Style ID: 555088-134
- Us M Men's Size: 8.5
- Condition: New, 100% Authentic
- Order number: 32950992-32850751

| | |
|---|---|
| **Purchase Price:** | €417 |
| **VAT (incl. above):** | €77.68 |
| **Processing Fee:** | €20.85 |
| **Shipping:** | €9.75 |
| **TOTAL PAYMENT** | **€447.60*** |

View Order

*All applicable duties and VAT are included in the total price of this item.*

### Frequently Asked Questions

- How long does it take to receive my order?
- My Bid just got accepted. Can I cancel it?
- Can I change my address if my Bid is accepted?

CONFIDENTIAL                                        NIKE0040519



- **Email Settings**
- **Help**
- **Jobs**



©2022 StockX. All Rights Reserved.

The sender of this email is StockX located at 1046 Woodward Avenue, Detroit, MI 48226, USA

Update email settings