# Exhibit 147

*Redacted Public Version*

| | |
|---|---|
| From: | StockX [noreply@stockx.com] |
| Sent: | 1/28/2022 11:43:07 AM |
| To: | |
| Subject: | 👍 Order Confirmed: Jordan 1 Retro High OG Patent Bred (Size 9) |

StockX






CONFIDENTIAL
NIKE0040572

Congrats! Your latest StockX purchase is on the way. You can expect to receive it by 15-02-2022. To check your order's status and delivery timing, visit stockx.com/buying.

Due to the global impact of COVID-19, your order may run into unexpected delays.



### Jordan 1 Retro High OG Patent Bred

- Style ID: 555088-063
- Us M Men's Size: 9
- Condition: New, 100% Authentic
- Order number: 32986461-32886220

| | |
|---|---|
| Purchase Price: | €269 |
| Processing Fee: | €12.11 |
| Shipping: | €9.75 |
| **TOTAL PAYMENT** | **€290.86*** |

**View Order**

*All applicable duties and VAT are included in the total price of this item.*

### Frequently Asked Questions

- How long does it take to receive my order?
- My Bid just got accepted. Can I cancel it?
- Can I change my address if my Bid is accepted?

- **Email Settings**
- **Help**

- Jobs



©2022 StockX. All Rights Reserved.
The sender of this email is StockX located at 1046 Woodward Avenue, Detroit, MI 48226, USA
Update email settings

CONFIDENTIAL NIKE0040574