# Exhibit 148

*Redacted Public Version*

  Gmail  Redacted - PII @gmail.com>

👍 **Order Confirmed Jordan 1 Retro High OG Bred Patent (Size 12)**

**StockX** <noreply@stockx.com>     Thu, Dec 9, 2021 at 9:26 AM
To: Redacted - PII @gmail.com



**StockX**    ESTIMATED ARRIVAL AT YOUR DOOR:    12/20/2021 - 12/28/2021

## Order Confirmation

Congrats! Your latest StockX purchase is on the way. You can expect to receive it by 12/28/2021. To check your order's status and delivery timing, visit stockx.com/buying.

Due to the global impact of COVID-19, your order may run into unexpected delays.

### Jordan 1 Retro High OG Bred Patent

Style ID: 555088-063
Us M Men's Size: 12
Condition: New, 100% Authentic
Order number: 30695056-30594815

| | |
|---|---|
| Purchase Price: | $539 |
| Sales Tax: | $51.23 |
| Processing Fee: | $24.26 |
| Shipping: | $13.95 |
| **TOTAL PAYMENT** | **$628.44*** |

**View Order**

*All applicable duties and VAT are included in the total price of this item.*

### FREQUENTLY ASKED QUESTIONS

- How long does it take to receive my order?
- My Bid just got accepted. Can I cancel it?
- Can I change my address if my Bid is accepted?



CONFIDENTIAL                                                                                                                                                                                       NIKE0040498