# Exhibit 01

*Redacted Public Version*



## StockX

Always Verified Authentic Since 2016 ®

**Order Number**
32950992-32850751

### Jordan 1 Retro High White University Blue Black

| | |
|---|---|
| Us M Men's Size | 8.5 |
| Colorway | White/University Blue-Black |
| Style | 555088-134 |
| Condition | New; 100% authentic |
| Purchase Price | $466.99 |
| Import Duties (Incl. above) | FREE |
| VAT (Incl. above) | $86.99 |
| Processing Fee | $23.35 |
| Shipping | $10.92 |
| **Total** | **$501.26** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL                                                                                                        NIKE0025902