# Exhibit 02



NIKE0005857