# Exhibit 03

*Redacted Public Version*



## StockX
Always Verified Authentic Since 2016 ©

Order Number
32985400-32885159

Redacted - PII

### Jordan 1 Retro High White University Blue Black

| | |
|---|---|
| Us M Men's Size | 8 |
| Colorway | White/University Blue-Black |
| Style | 555088-134 |
| Condition | New; 100% authentic |
| Purchase Price | $492.06 |
| Import Duties (incl. above) | FREE |
| Tax (incl. above) | $18.44 |
| Processing Fee | $24.60 |
| Shipping | $10.85 |
| **Total** | **$527.52** |

Please inspect item. All claims null and void if StockX verified authentic tag is removed.

CONFIDENTIAL	NIKE0025909