# Exhibit 04



NIKE0005873