# Exhibit 05

*Redacted Public Version*



CONFIDENTIAL
NIKE0027690