# Exhibit 06



NIKE0005875