# Exhibit 07



CONFIDENTIAL    NIKE0040162

| Time | | Event |
|---|---|---|
| 18:17 (UTC+02:00) | ⚠ | **Processed at the sorting center**<br>BFI |
| 14:06 (UTC+02:00) | ⚠ | **LAX>ATN1917>2204>PDXATN1917>PDX>0506**<br>LAX |
| | ⚠ | **LAX>ATN1917>2204>PDXATN1917>PDX>0706**<br>LAX |
| 12:42 (UTC+02:00) | ⚠ | **On route to the international sorting center**<br>LAX |
| 03:14 (UTC+02:00) | ⚠ | **ARRIVED TOO LATE TO MAKE CONNECTION**<br>LAX |
| | ⚠ | **ARRIVED TOO LATE TO MAKE CONNECTION 0001**<br>LAX |
| 03:13 (UTC+02:00) | ⚠ | **LATE ARRIVAL**<br>LAX |

**Thursday**
**April, 21 2022**

| Time | | Event |
|---|---|---|
| 23:01 (UTC+02:00) | ⚠ | **OVERLOAD**<br>CVG |
| 22:57 (UTC+02:00) | ⚠ | **CVG>GB880>2104>LAXGB8801500>LAX>1643**<br>CVG |
| 20:29 (UTC+02:00) | ⚠ | **Processed at the sorting center**<br>CVG |
| 10:49 (UTC+02:00) | ⚠ | **Autosort Sorting Complete**<br>CVG |
| | ⚠ | **Processed at the sorting center**<br>CVG |
| | ⚠ | **Released by customs**<br>CVG |
| 10:47 (UTC+02:00) | ⚠ | **AUTOSORT COY SCANNER PUL08.SC01**<br>CVG |
| 07:12 (UTC+02:00) | ⚠ | **ARRIVED TOO LATE TO MAKE CONNECTION**<br>CVG |
| | ⚠ | **ARRIVED TOO LATE TO MAKE CONNECTION 0001**<br>CVG |
| 06:40 (UTC+02:00) | ⚠ | **Arrived at the international sorting center**<br>CVG |
| 06:20 (UTC+02:00) | ⚠ | **WEATHER**<br>CVG |

**Wednesday**
**April, 20 2022**

| Time | | Event |
|---|---|---|
| 21:49 (UTC+02:00) | ⚠ | **BRU>QY326>2004>AAX8969DHL>CVG>**<br>BRU |
| | ⚠ | **On route to the international sorting center**<br>BRU |
| 11:15 (UTC+02:00) | ⚠ | **OVERLOAD**<br>LEJ |
| 05:25 (UTC+02:00) | ⚠ | **LEJ>LEJ9008>2004>AAX8969DHL>BRU>**<br>LEJ |
| 02:22 (UTC+02:00) | ⚠ | **Processed at the sorting center**<br>LEJ |
| 02:20 (UTC+02:00) | ⚠ | **Autosort Sorting Complete**<br>LEJ |

| | | |
|---|---|---|
| 02:18 (UTC+02:00) | △ | **AUTOSORT COY SCANNER T2.OA11.RS51**<br>LEJ |
| 01:37 (UTC+02:00) | △ | **Arrived at the international sorting center**<br>LEJ |

Tuesday
**April, 19 2022**

| | | |
|---|---|---|
| 23:38 (UTC+02:00) | △ | **AMS>QY1239>1904>AAX9768DHL>LEJ>**<br>AMS |
| 22:48 (UTC+02:00) | △ | **Processed at the sorting center**<br>AMS |
| 22:25 (UTC+02:00) | △ | **XRAY SECURITAS G3**<br>AMS |
| 20:57 (UTC+02:00) | △ | **Arrived at the international sorting center**<br>AMS |
| 20:00 (UTC+02:00) | △ | **AMS>NLO0201>1904>NLO0201>AMS>2040**<br>AMS |
| 19:59 (UTC+02:00) | △ | **Processed at the sorting center**<br>AMS |
| 19:24 (UTC+02:00) | △ | **Processed at the sorting center**<br>AMS |
| | △ | **<7.10> <42.0 x 42.5 x 61.0>**<br>AMS |
| | △ | **Autosort Sorting Complete**<br>AMS |
| | △ | **AUTOSORT COY SCANNER SCAN01**<br>AMS |
| 16:21 (UTC+02:00) | △ | **121055**<br>AMS |
| 15:32 (UTC+02:00) | △ | **RLSE RELEASED**<br>AMS |
| 14:27 (UTC+02:00) | △ | **HOLD PENDING ENTRY**<br>AMS |

**Help Center**
- Customer Service
- Customer Portal Logins
- Digital Partners and Integrations
- Developer Portal

**Our Divisions**
- Post and Paket Deutschland
- DHL Express
- DHL Global Forwarding
- DHL Freight
- DHL Supply Chain
- DHL Parcel

**Industry Sectors**
- Auto-Mobility
- Chemicals
- Consumer
- Energy
- Engineering and Manufacturing
- Life Sciences and Healthcare
- Public Sector
- Retail
- Technology

**Company Information**
- About DHL
- Delivered
- Careers
- Press Center
- Sustainability
- Insights and Innovation
- Official Logistics Partners

CONFIDENTIAL                                                                                                                                          NIKE0040164

**Deutsche Post DHL Group**

**Follow Us**

Fraud Awareness    Legal Notice    Terms of Use    Privacy Notice    Dispute Resolution

Accessibility    Additional Information    Cookies Settings

2022 © - all rights reserved

CONFIDENTIAL	NIKE0040165