# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br>                Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br>                Defendant. | Civil Action No.: 1:22-cv-00983-VEC |

## DECLARATION OF JEFFERY A. STEC, Ph.D. IN SUPPORT OF NIKE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Jeffery A. Stec, Ph.D., declare as follows:

1.  I am an adult person over twenty-one (21) years of age and am a Managing Director with Berkeley Research Group as well as the leader of its Intellectual Property practice and co-leader of its Economics and Damages community. I make this Declaration in support of plaintiff Nike, Inc.'s ("Nike") Motion for Partial Summary Judgment.

2.  I was retained on behalf of Nike to act as an expert witness in this action. In that capacity, I have rendered an Expert Report, dated June 2, 2023 (the "Stec Report"). Attached hereto as **Exhibit A** is a true and correct copy of the Stec Report.

3.  My opinions are truthfully and accurately stated in the Stec Report. I hereby incorporate all of the opinions stated in the Stec Report as part of my testimony in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>8/6/2024 | 13:35 PDT</u> in <u>Chicago</u>, <u>Illinois</u>.
                                            City                 State

*Jeffery A. Stec*
B7B975967E184F9

Jeffery A. Stec, Ph.D.