# Exhibit 01

*Redacted Public Version*

1              UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4       NIKE, INC.,

5                  Plaintiff,

6          v.                    No. 1:22-CV-00983-VEC

7       STOCKX LLC,

8                  Defendant.

9

10            VIDEOTAPED DEPOSITION OF RON FARIS

11            Taken in behalf of the Defendant

12                   December 7, 2022

13

14              *** HIGHLY CONFIDENTIAL ***

15

16

17

18

19

20

21

22

23

24

25

**Page 2**

1  BE IT REMEMBERED THAT pursuant to Federal
2  Rules of Civil Procedure, the deposition of RON
3  FARIS was taken before Julie A. Walter, CSR No.
4  90-0173 on December 7, 2022, commencing at the hour
5  of 9:16 a.m., the proceedings being reported in the
6  law offices of Stoel Rives, 760 SW Ninth Avenue,
7  Suite 3000, Portland, Oregon.
8          *  *  *
9          APPEARANCES
10  DLA PIPER
11    Ms. Tamar Duvdevani
12    Mr. Marc Miller
13    1251 Avenue of the Americas
14    New York, New York 10020
15    Counsel for the Plaintiff
16
17  DEBEVOISE & PLIMPTON LLP
18    Ms. Megan Bannigan
19    Ms. Kate Saba
20     919 Third Avenue
21     New York, New York 10022
22    Mr. Christopher Ford
23     650 California Street
24     San Francisco, California 94108
25

**Page 3**

1      APPEARANCES CONTINUED:
2
3  Also Present:
4  Kimberly Van Voorhis
5  Assistant General Counsel Nike
6
7  Mick Irwin
8   Videographer
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1          EXHIBIT INDEX
2  Number      Item              Page
3  Exhibit 1    Notice of Deposition      10
4           of Nike, Inc.
5  Exhibit 2    2/24/22 Email          19
6           NIKE0028059
7  Exhibit 3    Nike ▇ PowerPoint      19
8           NIKE0028060-0028086
9  Exhibit 4    2/16/22 Email         141
10          NIKE0027575
11  Exhibit 5    Multiple Streams for    141
12          Value Creation slide
13          NIKE0027576
14  Exhibit 6    2/26/29 Email Thread   175
15          NIKE0035610
16  Exhibit 7    ▇ PowerPoint         175
17          NIKE0035611-0035650
18  Exhibit 8    4/11/19 Email Thread   198
19          NIKE0037338
20  Exhibit 9    ▇               198
21          Opportunity Evaluation
22          PowerPoint
23          NIKE0037339-0037401
24  Exhibit 10   Direct Message with attachment 207
25          NIKE0031615; 0031637-0031641

**Page 5**

1  Exhibit 11   Nike ▇
2  ▇        ▇
3          PowerPoint
4          NIKE0031616-0031636
5  Exhibit 12   5/6/21 Email Thread    215
6          NIKE0027395
7  Exhibit 13   ▇ Photograph         215
8          NIKE0027396
9  Exhibit 14   4/26/22 Email Thread   216
10          NIKE0027299-0027302
11  Exhibit 15   4/14/21 Email Thread   221
12          NIKE0026946-0026950
13  Exhibit 16   ▇               221
14          ▇
15          End State
16          NIKE0026951-0026959
17  Exhibit 17   4/7/21 Email Thread    231
18          NIKE0038455-0038458
19  Exhibit 18   4/20/22 Email Thread   235
20          NIKE0027563-0027565
21  Exhibit 19   6/8/22 Email Thread    240
22          NIKE0027237
23  Exhibit 20   ▇ Update            240
24          PowerPoint
25          NIKE0027238-0027264

2 (Pages 2 - 5)

Page 6

```
1    Exhibit 21   10/25/21 Email Thread    267
2              NIKE0029559
3    Exhibit 22   5/31/22 Email            274
4              NIKE0029493
5    Exhibit 23   5/25/22 Elle Article     279
6              (No Bates Nos)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
1              P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  Good morning.  We are going
4    on the record at 9:16 a.m. on Wednesday,
5    December 7th, 2022.  Here begins Media Unit
6    Number 1 in the video-recorded deposition of
7    Mr. Ron Faris taken in the matter NIKE, Inc.,
8    versus StockX.
9        This is Case Number 22CV00983 filed in the
10   United States District Court for the Southern
11   District of New York.
12       Can the attorneys state their appearances for
13   the record, please.
14       MS. BANNIGAN:  Good morning.  This is Megan
15   Bannigan from Debevoise & Plimpton on behalf of
16   StockX.  With me today are Kathryn Saba and
17   Christopher Ford, also of Debevoise.
18       MS. DUVDEVANI:  Good morning.  Tamar Duvdevani
19   of DLA Piper on behalf of NIKE, Inc.  With me today
20   are Marc Miller of my firm and Kim Van Voorhis of
21   NIKE, Inc.
22
23
24
25
```

Page 8

```
1              RON FARIS
2    was thereupon produced as a witness and, after
3    having been duly sworn on oath, was examined and
4    testified as follows:
5              EXAMINATION
6    BY MS. BANNIGAN:
7    Q.  Thanks for joining us today.  Apologies.  We got
8        started a bit late.  We're still waiting on the
9        live feed, but hopefully there will be no further
10       disruptions as we get that sorted.
11           Have you ever been deposed before?
12   A.  No.
13   Q.  Okay.  So you understand that your testimony is
14       under oath today.  Correct?
15   A.  Correct.
16   Q.  And there is a court reporter taking down your
17       testimony.  Let's just try to take turns speaking
18       to make it easy for her to record, but feel free,
19       if you have any questions, to let me know if you
20       need me to clarify anything.  That work?
21   A.  Yes.
22   Q.  Great.  Okay.  Why don't we jump in.  Do you have
23       any questions about the basic rules or
24       understandings today?
25   A.  No.
```

Page 9

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24   Q.  Did you let anybody know you were -- anybody else
25       know you were coming here to this deposition today?
```

3 (Pages 6 - 9)

Page 178

1    A.  I have no idea if that's the correct data point.  I
2    know it was just written on a slide.  I'm not sure
3    if it's accurate.
4    Q.  Okay.  Do you have any understanding of what role
5    Nike sneakers play in the secondary market?
6        MS. DUVDEVANI:  Objection.
7        THE WITNESS:  When you say "what role," what do
8    you mean by that?
9    Q.  BY MS. BANNIGAN:  How popular they are in the
10   secondary market.
11   A.  I do believe that Nike product is popular on the
12   secondary market.
13   Q.  Do you believe it's the most popular brand of
14   sneakers on the secondary market?
15   A.  I don't know that for sure, but it wouldn't
16   surprise me if it was the most popular brand in the
17   secondary market.
18   Q.  And do you have any understanding of why it's such
19   a popular brand on the secondary market?
20   A.

Page 180

1
4    Q.  What are the other ones?
8    Q.  When you were head of the SNKRS app, did you ever
9    discuss
11   A.  When I was heading the SNKRS app,
15   Q.  And did you have any insight or understanding as to
16   why those decisions were made?
17   A.  No.

Page 179

DEVANI:  Objection.
16   Q.  BY MS. BANNIGAN:  I'm trying to understand what
17   your testimony is.
18       MS. DUVDEVANI:  Objection.
19       THE WITNESS:

Page 181

16   Q.  So you are not aware of any of that?  You have
17   no -- as head of -- former head of SNKRS, the SNKRS
18   app, and your long-term involvement with Nike, you
19   have no understanding of that beyond what you just
20   said?
21       MS. DUVDEVANI:  Objection.
22       THE WITNESS:

46 (Pages 178 - 181)

Page 282

```
1    that.  Just give me one minute.  Okay?  We don't
2    need to go off the record.
3         (Pause in proceedings)
4         MS. DUVDEVANI:  I don't have any redirect at
5    this time.
6         (DEPOSITION ADJOURNED at 5:55)
7
8    _____
9    RON FARIS
10   Subscribed and sworn to before me
11   this __ day of _____, 2022.
12
13   _____
     Notary public
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 283

```
1         C E R T I F I C A T E
2
3         I, Julie A. Walter, CSR No. 90-0173, do hereby
4    certify that RON FARIS appeared before me at the
5    time and place mentioned in the caption herein;
6    that the witness was by me first duly sworn on oath
7    and examined upon oral interrogatories propounded
8    by counsel; that said examination together with the
9    testimony of said witness was taken down by me in
10   stenotype and thereafter reduced to typewriting;
11   and that the foregoing transcript, Pages 1 to 282,
12   both inclusive, constitutes a full, true and
13   accurate record of said examination of and
14   testimony given by said witness and of all other
15   proceedings had during the taking of said
16   deposition, and of the whole thereof, to the best
17   of my ability.
18        Witness my hand at Portland, Oregon, this 12th
19   day of December. 2022.
20
21
22        Julie A. Walter
23        CSR No. 90-0173
24
25
```

Page 284

```
1         ERRATA SHEET
          VERITEXT/NEW YORK REPORTING, LLC
2
     CASE NAME: Nike, Inc. v. Stockx, LLC
3    DATE OF DEPOSITION: 12/7/2022
     WITNESSES' NAME: Ron Faris
4
5    PAGE  LINE (S)    CHANGE       REASON
6    _____|_____|_____|_____
7    _____|_____|_____|_____
8    _____|_____|_____|_____
9    _____|_____|_____|_____
10   _____|_____|_____|_____
11   _____|_____|_____|_____
12   _____|_____|_____|_____
13   _____|_____|_____|_____
14   _____|_____|_____|_____
15   _____|_____|_____|_____
16   _____|_____|_____|_____
17   _____|_____|_____|_____
18   _____|_____|_____|_____
19   _____|_____|_____|_____
20   _____|_____|_____|_____
21             Ron Faris
22   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS ____ DAY OF _____, 20__.
23
24
25   (NOTARY PUBLIC)         MY COMMISSION EXPIRES:
```

72 (Pages 282 - 284)