# Exhibit 02



# GET HELP

What can we help you with?

## HOW DO I GET NIKE'S NEWEST SNEAKER RELEASES?

From iconic redesigns to our latest styles and innovations, we use our SNKRS App to release our highest-demand sneakers. Most of these sneakers release in limited quantities and sell out fast, but there are steps you can take to improve your chances to score what you're after.

### PRESEASON: GET IN THE GAME

1. **Join Us**. Nike Members often receive the first word about highly anticipated releases, as well as access to exclusive shoes and gear.

2. Download the **SNKRS App** (or access **SNKRS online**) and sign in to your Nike Member profile. This is the place you'll find all our hottest releases.

3. Follow **@nikestore** on Twitter, enable notifications, and keep an eye on our feed for links to releases along with insider news and information.

4. Enter **SNKRS Draws** (which we also announce through @nikestore) or watch for a **SNKRS Pass** for a chance to reserve your pair before the release date.

### PREGAME: MAKE YOUR FINAL PREPS

1. Make checkout faster by updating and saving your information in the SNKRS settings. You can turn on touch ID and save your shoe size, payment information, and shipping information—all for a faster purchase experience.

2. Keep an eye on the **SNKRS calendar** for upcoming releases. When you find a pair you want, tap "NOTIFY ME" and allow push notifications in the app settings.

### GAMETIME: BE READY WHEN THEY DROP

1. It's release time. Make sure you're signed in to SNKRS, then watch the @nikestore Twitter feed and click the link to purchase as soon as we tweet it. The link will take you to the product page within SNKRS where you can make your purchase.

2. Act fast! We'll reserve the sneakers in your bag for only a brief time, so complete your purchase quickly.

**GET THE SNKRS APP**

# FAQs

### Can I find the purchase pages in SNKRS without having the Twitter link?

Yes. Twitter is the easiest way to know the exact moment sneakers drop, but you can also find purchase pages within SNKRS. Just navigate to the "In Stock" tab within SNKRS, select the sneakers you want, and then tap the price to start your purchase.

### Why can't I sign in to the browser version of SNKRS?

Clear your browser's cache and cookies and then try signing in to the SNKRS website again.

### Are shoes always released first in SNKRS?

No, some Nike shoes appear first on Nike.com. We only use SNKRS to release high-demand, often limited-release, sneakers.

### Do shoes that are first released in SNKRS eventually appear on Nike.com or in the Nike App?

In some cases, select styles first released in SNKRS may eventually be available on Nike.com or in the Nike App.

### Can I save PayPal as my default payment in the SNKRS App?

Yes. In your account settings, tap **Payment Information**, then tap **Add New Payment Method**. Select **PayPal** and sign in when prompted. You'll need to agree to the billing agreement—it's valid for one hour. If you place an order within one hour, PayPal will be saved as a payment method for future orders. If you don't place an order within one hour, PayPal will not be saved as a payment method for future orders. And please note, the shipping address on your Nike order (and all future Nike orders paid by PayPal) must match the shipping address saved to your PayPal account.

If you want to use PayPal to order in the SNKRS App, we recommend saving PayPal as a payment method about 30 minutes before the sneakers drop.

## ADDITIONAL INFORMATION

We believe in a level playing field in everything we do, and our product releases are no different. We don't authorize the use of bots or automation methods that offer an unfair advantage when making a Nike purchase. If we determine an order was placed with these methods, we reserve the right to refuse or cancel the order. For more information, please see the **Terms of Use** for Nike.com and our apps.



## Help Us Improve
Was this page helpful?


Yes


No

Related

**HOW CAN I JOIN NIKE SNKRS DRAWINGS?**

**HOW DO I VERIFY MY MOBILE PHONE NUMBER?**

## Contact Us


**Chat with us**
Products & Orders: 4 am - 11 pm PT
7 days a week

**Call us**

1-800-806-6453

Products & Orders: 4 am - 11 pm PT, 7 days a week

NRC, NTC & .SWOOSH: 8 am - 5 pm PT, Mon - Fri

Company Info & Inquiries: 7 am - 4 pm PT, Mon - Fri

**Find a Store**

---

Resources                                                                                    ⌃

Gift Cards

Find a Store

Membership

Nike x NBA

Nike Journal

Site Feedback

---

Help                                                                                          ⌄

---

Company                                                                                       ⌄

---

Promotions & Discounts                                                                        ⌄

---

🌐 United States

---

© 2024 Nike, Inc. All Rights Reserved

Guides ⌄

Terms of Sale

Terms of Use

Nike Privacy Policy

Your Privacy Choices

CA Supply Chains Act