# Exhibit 04

Contact

www.linkedin.com/in/heather-paulson-76826aa4 (LinkedIn)

Top Skills
Strategy
Strategic Planning
Management

# Heather Paulson

VP Transformation at Nike
Portland, Oregon, United States

## Summary

I am a transformational marketplace leader with 20 years of experience building cross functional teams to drive digital transformation, marketplace reshaping, and member-led commercial growth.  I am a strategic and curious problem solver and am energized by learning from and amplifying the ideas of those around me. I am passionate about developing and empowering high performing, culturally diverse teams.

---

## Experience

**Nike**
9 years 7 months

**VP, Enterprise Business Transformation**
September 2023 - Present (1 year 1 month)

Building and leading Nike's Business Transformation capability. Managing a team of Global and Geography Transformation leaders accountable for creating and managing an integrated and prioritized transformation portfolio, ensuring value realization across growth and productivity initiatives, and driving transformation excellence across Nike. Reimagining the business to capture value from new and emerging capabilities and technologies by developing and implementing new business models, business processes, and business strategies, and by fostering an adaptive culture and mindset.

**VP, North America Transformation**
May 2023 - August 2023 (4 months)

Launched the NA Transformation team to lead the change for Nike North America with the goal of maximizing sustainable, profitable growth and value creation for this $20B+ geography. Prioritized and delivered a strategically integrated portfolio of transformation programs, sequenced to mitigate risk and maximize impact.

**VP, Connected Marketplace**
November 2020 - April 2023 (2 years 6 months)

Launched Nike's program to extend Nike membership to our Partners, innovating partner experiences and business models to know and serve members across the marketplace. Global leader of the vision and execution of our Connected Marketplace offense, allowing Nike to create meaningful member relationships and to serve and inspire sport everywhere.

• Redefined how we work with partners to connect experiences and inventory, powered by connected data and technology.
• Innovated and elevated the physical and digital consumer experience with our strategic retail partners
• Deployed connected and responsive inventory programs to offer improved access and choice for our consumers while improving marketplace efficiency and driving growth
• Led our New Commerce, Creator Commerce, and Pure Play partners globally to inspire our consumers where they are spending their time.
• Partnered with Digital Product and Technology teams to build scalable platform solutions to enable a Connected Marketplace

VP, Nike Digital Consumer & Marketplace
October 2019 - October 2020 (1 year 1 month)

Accountable for accelerating growth for Nike Direct Digital Commerce (NDDC).

• Innovated how we connect with our consumers through digital experiences, services, and capabilities.  Transformed the operating model between our Product + Category teams and our Digital Product + Digital Commerce teams. Built a team at the intersection to ensure our incredible product innovation is brought to life across our digital commerce platforms (Nike App, Nike.com, NTC, NRC).
• Led a strong commercial vision for Launch and SNKRS to deliver brand heat, healthy growth, and a vibrant community by energizing launch culture for our members.
• Led the team who operated Nike by You, Nike's exclusive co-creation service powered by the community.
• Led our New Commerce partners globally to inspire our consumers where they are spending their time.

Sr. Director, Digital Marketplace & New Commerce Partnerships
September 2017 - September 2019 (2 years 1 month)
Portland, Oregon

Global leader of our New Commerce partners. Launched innovative commerce executions with tech giants like Instagram, Google, TMall, and WeChat. Piloted growth areas for new commerce on Nike Direct in the holistic fitness space.

Sr. Director, North America Strategy & Analytics
March 2015 - August 2017 (2 years 6 months)

Led Strategy + Analytics for North America, Nike's largest geography at the forefront of marketplace transformation. Launched Nike's first cross-functional commercial analytics function, and built a team across strategy, digital product, technology, and data science.  Led the development of Nike's marketplace strategy, including the shift to lead with digital + direct to consumer.

Social Venture Partners Portland
Board of Directors
July 2014 - July 2020 (6 years 1 month)

Nike
8 years

Sr. Director, Global Strategic Planning
2012 - 2015 (3 years)

Director, Corporate Strategy & Development
2010 - 2012 (2 years)

Sr. Manager, Global Business Planning
November 2007 - 2010 (3 years)

TPG
TPG-Axon Equity Analyst
2006 - 2007 (1 year)

Wachtell, Lipton, Rosen & Katz
Antitrust Attorney
2003 - 2006 (3 years)

Harvard Law School
John M. Olin Fellow in Law, Economics & Business
2002 - 2003 (1 year)

---

# Education

Harvard Law School
Doctor of Law (J.D.)  · (1999 - 2002)

Cornell University
B.S. Industrial and Labor Relations  · (1995 - 1999)