# Exhibit 06



Skip to

# sneakerhead

[ **snee**-ker-hed ]   ● Phonetic (Standard)   ○ IPA

**noun,** *Slang.*

1. a person who collects and trades sneakers as a hobby, and who typically is knowledgeable about the history of sneakers:

   *The sneakerheads are doing a booming business on eBay.*





Advertisement



Click Here for More Information

Don't miss this content from our sponsor

Ad By Sponsor

**Discover More**

## Example Sentences

> You'll find a lot of them are focused on electronics, but there are also some dedicated to the sneakerhead community and specific fandoms, like Pokémon.

From Popular-Science

> KYX World, a subscription service for sneakerheads à la Rent the Runway, is looking to pitch millennials and Gen Z on its service as a way to access impossible-to-find limited-edition sneakers from brands like Adidas, Nike and more.

From Digiday

Advertisement

**WORD OF THE DAY**

SEPTEMBER 04, 2024

# feckless

[ **fek**-lis ]

Meaning and examples

Start each day with the Word of the Day in your inbox!

Enter your email address

**Sign Up**

By clicking "Sign Up", you are accepting dictionary.com Terms & Conditions and Privacy Policies.

**Quiz**

Advertisement



Q: Does the following sentence follow subject-verb agreement?
"Two pieces of the pizza was missing."

yes

no

Take the full quiz.

**Go to all quizzes**

 sneaker                                                                 sneakernet 

## Browse

\# Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz



Advertisement

About

Careers

Contact us

Cookies, terms, & privacy

Your Privacy Rights

