# Exhibit 07

Page 1

1          IN THE UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF NEW YORK

2

   NIKE, INC.                    )

3                                )

   vs.                           ) CASE NO. 1:22-cv-00983-VEC

4                                )

   STOCKX, LLC                   )

5

6

7              ORAL VIDEOTAPED DEPOSITION

8                   DEJONGH WELLS

9                   August 30, 2023

10

11         ORAL VIDEOTAPED DEPOSITION OF DEJONGH WELLS,

12   produced as a witness at the instance of the

13   Plaintiff and duly sworn, was taken in the

14   above-styled and numbered cause on the 30th day of

15   August, 2023, from 9:43 a.m. to 3:03 p.m., before

16   Shauna Foreman, Certified Shorthand Reporter in and

17   for the State of Texas, reported by computerized

18   stenotype machine at the offices of DLA Piper, 845

19   Texas Avenue, Suite 3800, Houston, Texas, pursuant to

20   the Federal Rules of Civil Procedure and the

21   provisions stated on the record or attached hereto.

22

23

24

25

Page 2

```
 1              APPEARANCES
 2
 3  FOR PLAINTIFF:
 4    MICHAEL FLUHR, ESQ.
      GABRIELLE VELKES, ESQ.
 5    DLA PIPER
      555 Mission Street
 6    Suite 2400
      San Francisco, California  94105
 7
    FOR DEFENDANT:
 8
      MEGAN K. BANNIGAN, ESQ.
 9    KATHYRN C. SABA, ESQ.
      DEVEBOISE PLIMPTON
10    66 Hudson Boulevard
      New York, New York  10001
11    E-mail: mbannigan@debevoise.com
12  ALSO PRESENT:
13    Cynthia Joseph, Videographer
      Kim Van Voorhis
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              INDEX
 2                         PAGE
 3  DEJONGH WELLS
 4  Examination by Mr. Fluhr .........................4
      Examination by Ms. Bannigan ...................128
 5  Further Examination by Mr. Fluhr ...............133
 6
 7              EXHIBITS
 8
 9  NO.       DESCRIPTION          PAGE
10  Exhibit 1   Notice of Deposition       7
      Exhibit 2   Expert Report           15
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1            THE VIDEOGRAPHER:  Good morning.
 2  We're on the record at 9:43 a.m.  Today is August the
 3  30th, 2023.
 4            This is the video-recorded deposition
 5  of Dee Wells taken in the matter of Nike, Inc. versus
 6  StockX, LLC.  The case number is 22-cv-00983.  This
 7  location of the deposition is 845 Texas Avenue,
 8  Houston, Texas 77002.  My name is Cynthia Joseph,
 9  representing Veritext.  We also have Shauna Foreman,
10  representing Veritext.
11            DEJONGH WELLS,
12  having been first duly sworn, testified as follows:
13            EXAMINATION
14            THE VIDEOGRAPHER:  Will counsel please
15  state their appearances and affiliations for the
16  record?
17            MR. FLUHR:  Yes.  Michael Fluhr on
18  behalf of plaintiff Nike, from DLA Piper.
19            MS. VELKES:  Gabrielle Velkes on
20  behalf of Nike from DLA Piper.
21            MS. BANNIGAN:  Good morning.  Megan
22  Bannigan from Debevoise & Plimpton on behalf of
23  StockX, and with me is my colleague from Debevoise &
24  Plimpton, Kate Saba.
25       Q.  (BY MR. FLUHR)  All right.  Good morning,
```

Page 5

```
 1  Mr. Wells.
 2       A.  Good morning.
 3       Q.  How are you doing today?
 4       A.  I'm doing well.
 5       Q.  Have you ever been deposed before?
 6       A.  No, I have not been deposed before.  My
 7  first time.
 8       Q.  Welcome.
 9       A.  Thank you.
10       Q.  So I'm sure your attorney went over this
11  with you and we'll talk about what preparation you
12  did for the deposition, but I just want to go over a
13  few very basic rules.
14            This is a deposition.  I'll be asking
15  you questions, and you'll be answering them under the
16  oath that you just took.
17            Do you understand that?
18       A.  I do understand that.
19       Q.  The court reporter will be recording
20  everything that we say.  I would ask that you allow
21  me to finish my question before you begin your
22  answer.
23            Can we agree to that?
24       A.  Yes, we can.
25       Q.  All right.  If you don't understand my
```

2 (Pages 2 - 5)

Page 58

1    Q.  About halfway down, right after the
2  Footnote 182.  Okay?
3    A.  Okay.  Can you ask the question again?
4    Q.  Absolutely.  What's a Vault NFT?
5    A.  A Vault NFT is -- just as I state in my
6  report, is tied to an actual physical pair of
7  sneakers that are in a storage facility that StockX
8  controls.
9    Q.  I think you wrote "is linked to."  What do
10  you mean by "linked to"?
11    A.  "Linked" being specific to there will be
12  multiple pairs of sneakers so someone will be able to
13  keep track of.  So, thus, they can access it maybe on
14  their desktop computer, their smartphone.  So that's
15  the link, the storage of that data.
16    Q.  When you say, "Each Vault NFT is linked to
17  a specific pair of sneakers which is stored in
18  StockX's secure Vault and depicted on the images
19  associated with the NFT," do you have any
20  understanding of what a Vault NFT is beyond that
21  description?
22    A.  Other than it means clearly stated what it
23  is there.  And then specifically going to Number 183,
24  the footnote is "Tied to a physical product as
25  depicted in the NFT which is stored in our brand-new

Page 59

1  climate-controlled security vault.  That's my
2  understanding."
3    Q.  Do you have any understanding as to whether
4  or which blockchain the NFTs are stored on?
5    A.  No, I don't.  I have no idea.
6    Q.  Okay.  Do you have any understanding as to
7  whether ownership of a Vault NFT would give the
8  holder access to a discord?
9    A.  No, I don't know what that -- what that is
10  or what that would connect to.
11    Q.  Do you have any understanding as to whether
12  a Vault NFT is associated with a picture of shoes or
13  other piece of media?
14    A.  I understand that a Vault NFT is tied to an
15  image, a picture.  Beyond that, no.
16    Q.  Do you understand whether a Vault NFT
17  entitles the holder to certain other benefits of any
18  kind?
19    A.  Benefits such as?  Where -- can you expand
20  that?
21    Q.  Of any kind beyond a link to the shoe that
22  you mentioned.
23    A.  I don't know if there are any additional
24  benefits.
25    Q.  Let's go to Page 4 of your report.  If you

Page 60

1  look at Paragraph 12A, you say, "A sneakerhead is a
2  person who has a deep passion for buying, collecting,
3  trading, and/or learning about sneakers."
4        Is that your definition of what a
5  sneakerhead is?
6    A.  That is my definition of a sneakerhead.
7    Q.  I'm going to guess you did not invent this
8  term.
9    A.  What's the question?
10    Q.  I'm going to guess you did not invent the
11  term "sneakerhead"; is that correct?
12    A.  That is correct.  I did not.
13    Q.  Do you have any understanding as to the
14  origin of that term?
15    A.  I don't know where that came from, no.
16    A.  A lot of these questions, by the way, I'm
17  not sure I expect you to know certain things, but I'm
18  going to ask anyway.
19        Do you know when you first heard this
20  term?
21    A.  Is the question when the first time I heard
22  the term --
23    Q.  Sneakerhead.
24    A.  The first time I heard "sneakerhead"?  I
25  don't recall exactly when.  It's been a term that's

Page 61

1  been thrown around for a very long time.  I don't.
2    Q.  I assume this is a term you've heard many
3  times throughout your life?
4    A.  I have.  I've heard, you know, the term
5  "sneakerhead" in everything from music, particularly
6  hip hop, and then certainly on the various message
7  boards, websites that I -- messages that I frequent.
8    Q.  Where did you get this particular
9  definition of the term?
10    A.  This is my definition of -- of a
11  sneakerhead as I defined it.
12    Q.  Is that your understanding of how the term
13  is commonly used?
14    A.  Yes, it is.
15    Q.  Is there a standard definition of that
16  term, like in a sneaker textbook?
17    A.  Not that I know of.
18    Q.  Are there other possible definitions of
19  that term?
20    A.  Absolutely.  It's really up to the person
21  how they want to define a sneakerhead and what is a
22  sneakerhead or not.
23    Q.  I'm dying to know whether you think I'm a
24  sneakerhead, but we'll get there in a bit.
25        The definition you've given is a

Page 70

1  information you would have to get from StockX.
2      Q.  And then I want to ask kind of a different
3  question, which is the question that I asked before.
4          Of all the purchasers on StockX,
5  which -- what percentage are sneakerheads, what
6  percentage are not sneakerheads?
7      A.  I don't know the exact percentage.  I would
8  say the majority of the people that are going to
9  StockX are sneakerheads, though, because they know
10 that StockX is a reliable source.  It's a great place
11 to do their own kind of research, look at the
12 marketplace of what sneakers are popular, what they
13 are selling for.  It's a highly-regarded website.
14 You know, it's a place where people trust them.
15     Q.  Could it be a highly-regarded website for
16 non-sneakerheads, as well?
17     A.  Absolutely, because it's speaking to both
18 sneakerheads as well as general consumers.
19     Q.  Do you have any sense about how many
20 sneakerheads there are in the United States?  I know
21 this sounds like a strange question.
22     A.  No idea how many.
23     Q.  Okay.  I guess what I'm wondering is how
24 you know that the majority of customers on StockX are
25 sneakerheads versus a whole bunch of other consumers

Page 71

1  who happen to like StockX.
2      A.  Sneakerheads, again, know, trust StockX.
3  They are used, you know, as the Kelly Blue Book for
4  sneakers in terms of understanding where -- where the
5  price point is of a sneaker but also the resale
6  value.  I don't know who else is doing that right now
7  or doing it as well as StockX.
8      Q.  Well, I guess -- if I can push back a
9  little bit, it strikes me that what I hear you to be
10 saying is that in this sneakerhead community, for
11 them, StockX is a go-to or the go-to place.  But if
12 there's this much larger consumer base of people
13 buying sneakers who are not sneakerheads and they
14 like might like StockX as well, how do you know that
15 the majority of people on StockX are sneakerheads?
16         MS. BANNIGAN:  Objection.
17     A.  I don't know specific numbers, but I know
18 the intended purpose when StockX was created and
19 formed.  Again, they were designed for and with
20 sneakerheads in mind, even going back as far as when
21 before it became StockX, it was Campless.
22     Q.  (BY MR. FLUHR)  I think she is --
23     A.  C-A-M-P-L-E-S-S.
24     Q.  Have you seen -- I didn't see any cited in
25 your reports.

Page 72

1          Have you ever seen any documents from
2  StockX about their customer demographics?
3      A.  No, I have not.  I have not seen any of
4  that information.
5      Q.  Do you know the average number of shoes
6  owned by a StockX customer?
7      A.  No, I do not.
8      Q.  Do you know the average number of purchases
9  made on StockX by a StockX customer?
10     A.  No, I don't.
11     Q.  Do you know any information or data about
12 the numbers of shoes purchased or sold by -- by
13 StockX customers?
14     A.  No, I don't.  That's all up to them.
15     Q.  As any part of your research, have you --
16 or work in this case, have you conducted a consumer
17 survey?
18     A.  I haven't conducted any consumer surveys
19 for this case.  I know a lot of information about the
20 sneakerhead community and the culture, so I didn't
21 need to do any.  No.
22     Q.  In terms of determining whether somebody is
23 a sneakerhead, you had mentioned the reasons that
24 somebody collects shoes; is that right?
25         MS. BANNIGAN:  Objection.

Page 73

1      A.  Ask the question one more time.
2      Q.  (BY MR. FLUHR)  Yeah.  In terms of
3  determining whether someone's a sneakerhead, you had
4  testified that one piece of information you would
5  want to know is the reason that they collect shoes;
6  is that right?
7      A.  It's more than just -- to understand a
8  sneakerhead is more than just to understand the
9  reason.  Again, it's really complex.  It's like
10 there's different layers to it.  Just as we as human
11 beings are complex individuals, consumers and
12 specifically sneakerheads are just that.  They are
13 very complex.  So I can't go on just one particular
14 kind of point.
15     Q.  And to be clear, I wasn't suggesting that
16 that was the only data point that you would want to
17 know.  I was just asking to confirm whether that is a
18 data point that would inform your -- your decision.
19     A.  That's one of the points that I would want
20 to know.  It's also one of the things that would come
21 up in conversation, I'm sure.
22     Q.  What are the other things you would want to
23 know?  If you could just give me a list of three to
24 five.
25     A.  Can you go back and restate the first part

19 (Pages 70 - 73)

Page 86

1    A.    Again, specifically here in G, "They are
2    often aware that counterfeit sneakers, including
3    counterfeit Nike sneakers, are common and are
4    generally understood that there is always the risk
5    they will be -- they will get counterfeits when
6    purchasing on the resale market."
7            This is a part of the game.  And when
8    I use "the game" in that instance, I am talking about
9    sneakerhead culture in the community.  There's always
10   the risk that you can end up with a fake, counterfeit
11   product.
12   Q.    So I understand the risk, and I know you
13   understand the risk and it's in your report.
14           Are there some sneakerheads that don't
15   understand that risk?
16   A.    No.  Sneakerheads understand it's always a
17   risk.  It's a crapshoot.  And I hate to use that
18   term, but there's the risk that exists in the
19   marketplace, in the community, because counterfeit
20   sneakers exist and real sneakers exist.
21   Q.    Do you think that there is even a single
22   sneakerhead that doesn't understand that risk?
23   A.    Could that be a possibility?  Absolutely.
24   Absolutely.  But it would be very hard to find a
25   sneakerhead who is not aware that counterfeits do

Page 87

1    exist.
2    Q.    I can't remember whether we discussed this
3    portion of your opinion.  You had -- you have written
4    in your opinion, "Each sneakerhead is different."
5            You agree with that?
6    A.    What section of -- of my report are you
7    referring to in this?  I mention that a lot of times
8    throughout my report.
9    Q.    I can go back, if you want.
10   A.    Okay.
11   Q.    Would that be helpful for you?
12   A.    Yes, please.
13   Q.    Okay.  I'm just going to ask you to confirm
14   that you wrote that and you agree with that.  Give me
15   a second, and I'll tell you.  If you go to Page 10,
16   Paragraph 27 --
17   A.    Okay.  I'm there.
18   Q.    You write, "Each sneakerhead is different."
19   A.    That is correct.
20   Q.    I was just referencing your comment.
21           Do sneakerheads differ in their
22   perception of how common counterfeiting is?
23   A.    Yes, because the -- the perception of
24   counterfeits, there's people that could deem
25   counterfeits a good thing or deem counterfeits a bad

Page 88

1    thing.  There's people on both sides of that
2    argument.  So, thus, each sneaker person is
3    different.
4    Q.    So I certainly agree and think that
5    sneakerheads may differ on whether they think
6    counterfeiting is good or bad, but might they also
7    differ on how common they think it is?
8    A.    Absolutely.  That's up to interpretation by
9    that sneakerhead.
10   Q.    The opinion that sneakerheads are often
11   aware that counterfeiting is common, what's the basis
12   for that opinion, the evidence underlying that
13   opinion?
14   A.    I'm going to ask you to repeat the question
15   one more time because my tickle in my throat is
16   really distracting me.
17   Q.    That's okay.  Do you need a few minutes
18   or --
19   A.    No, I just --
20           MS. BANNIGAN:  We can go off the
21   record for you to take a few minutes and take a
22   drink.
23           THE WITNESS:  No, I just literally --
24           MS. BANNIGAN:  I'm sure Michael would
25   agree to let you have a minute so you're not --

Page 89

1            THE WITNESS:  No.  It's just -- I've
2    never had this happen before.  I sincerely apologize.
3            MR. FLUHR:  I know the feeling where
4    something has happened and all of a sudden you're
5    coughing for the next hour and it's not fun to talk.
6            THE WITNESS:  I thought I was using a
7    piece of gum to freshen up my mouth, and lo and
8    behold.
9            MR. FLUHR:  Let us know if you need to
10   take a break.  I completely understand.
11           THE WITNESS:  No, no.  I appreciate
12   it.
13   A.    If you could just repeat the question one
14   more time for me.
15   Q.    (BY MR. FLUHR)  Your opinion that
16   sneakerheads are generally aware that counterfeits
17   are common, what's your basis for that opinion?
18   A.    My basis for that opinion is living,
19   breathing this for -- in sneaker culture for two plus
20   decades, the message boards that I'm a part of,
21   LinkedIn, Twitter, Instagram.  I talk to a lot of
22   people through these platforms, too.  But then also
23   in -- I call it in real life, face-to-face, there's a
24   lot of sneakerheads that are just acutely aware that
25   fake sneakers, counterfeit sneakers do exist.  They

23 (Pages 86 - 89)

1  are aware of it.  Some even will post and share that
2  information freely that I see on Twitter, on
3  Instagram, and elsewhere and say, "Hey, this is just
4  part of the game.  Chalk it up.  I look an L today,
5  and I got got."
6     Q.  We'll talk about the consumers who -- or
7  the sneakerheads who intentionally buy counterfeits,
8  but save for those sneakerheads, what's the reaction
9  when a sneakerhead buys a shoe they find to be
10  counterfeit when they got got?
11    A.  When someone finds out that they end up
12  with a counterfeit pair of sneakers, I'm sure, as I
13  would, go through a range of emotions from my
14  hard-earned money is now gone, I can't wear these for
15  fear of them falling apart, but also my reputation.
16  There's a whole -- I'm sure for all of us there's a
17  myriad of things that go through our mind.  I know
18  when I purchased a pair of sneakers that I thought
19  were real and it ended up them being fake, I went
20  through that range of emotions.  I was -- I was upset
21  because, again, I work really hard to do my research,
22  spend my hard-earned money on these products.  But I
23  turn those products now into examples that I use
24  through the SOLEcial Studies program to teach and to
25  show how much things have changed even within the

1  counterfeit sneaker market.
2     Q.  We've been talking generally that
3  sneakerheads are aware that counterfeits exist.
4        Do you or do sneakerheads perceive
5  that counterfeits are more common when purchased from
6  certain sources rather than others?
7     A.  Can you clarify the sources?
8     Q.  Let's go through a few examples.  You've
9  purchased shoes from Nike.com?
10    A.  Yes, I have purchased shoes from Nike.
11    Q.  Would you expect counterfeits to be sold on
12  Nike.com?
13    A.  No, I would not.
14    Q.  Are you aware of any counterfeits ever
15  having been sold from Nike.com?
16    A.  No, I have not.
17    Q.  I assume that's also true if you bought
18  shoes directly from ASICS or Adidas or another shoe
19  manufacturer?
20    A.  I trust that I would be buying authentic
21  shoes directly from the brand, yeah.
22    Q.  Are there any other places you would buy
23  direct other than from the brand directly where you
24  would not expect some risk of counterfeits?
25    A.  Repeat the question one more time.

1     Q.  Are there any other sources of sneakers
2  other than directly from the manufacturer where you
3  would not expect to find some risk of counterfeits?
4     A.  No.
5     Q.  I'm going to guess that some secondary
6  sources -- can we refer to them as secondary sources,
7  sources other than the manufacturer?
8     A.  Secondary sources?  Can you clarify a
9  little bit?  Like, are you thinking of anyone
10  specifically?
11    Q.  No, I'm not.
12    A.  Okay.  Just talking secondary sources.  Got
13  you.
14    Q.  And if you have a term you prefer, we can
15  use that term.
16    A.  That's fine, secondary sources.  Yeah.
17    Q.  In your perception, are some secondary
18  sources more likely to have counterfeits for sale
19  than others?
20    A.  Yes, there are.  There are some -- some
21  sources that do.
22    Q.  What are some sources that you think are
23  more likely to have counterfeits?
24    A.  Counterfeit sneakers -- some secondary
25  sources I think of are eBay being the first, you

1  know, secondary source that comes to mind, yeah.
2     Q.  Do you have an opinion as to whether
3  counterfeits are more common on eBay than on
4  StockX?
5     A.  I certainly do have an opinion on that.  I
6  believe that there's more counterfeit fake sneakers
7  on eBay than there are on StockX.
8     Q.  What's your basis for that opinion?
9     A.  One, my personal experience with getting
10  counterfeit sneakers on eBay.  But with StockX
11  because of their verification program, I believe that
12  at least they are looking at all those products.  But
13  I would be remiss to also say that now eBay does
14  also have a verification program, as well.
15    Q.  What percentage of Nike sneakers sold on
16  StockX are counterfeit?
17    A.  I don't know how many sneakers are sold.  I
18  mean, every -- every pair of sneakers, my
19  understanding, goes through their authentication
20  program.
21    Q.  What percent of Nike sneakers sold on
22  eBay are counterfeit?
23    A.  I have no idea.  My expertise is really on
24  culture.  But specifically looking at StockX, that
25  information wasn't shared with me.

Page 94

1    Q.   And again, I do want to reiterate these are
2  questions lawyers ask if they seem strange.
3    A.   Sure.  Absolutely.
4    Q.   I would like you to turn to Page 37 of your
5  report.
6    A.   37?  Okay.  I'm there.
7    Q.   I would like you to turn to Paragraph 85.
8    A.   Okay.
9    Q.   And you write, "Lack of availability of
10  certain models of sneakers directly from brands or
11  from their authorized resellers has also made the
12  most sought-after sneaker so expensive that some
13  consumers, in particular fashion-followers, looking
14  for a more affordable option have started considering
15  purchasing a counterfeit pair as long as it looks
16  good.  In other words, some consumers now choose the
17  steal over the real."
18        Is this something that all
19  sneakerheads do?
20    A.   No, this isn't something that all
21  sneakerheads do, but with the -- cost of sneakers
22  going up in terms of retail price as well as on the
23  resale market, not all of them can afford the
24  sneakers that they really, really want.  So if they
25  are able to find the sneakers deeply discounted

Page 95

1  inexpensively and they are not paying the resale
2  price, which insert whatever number you want, some
3  people are taking this approach now and are willing
4  to buy fake sneakers.
5    Q.   And I guess you already testified as to the
6  answer to that since you testified that you're a
7  sneakerhead and you've never done that?
8        MS. BANNIGAN:  Objection.
9    A.   I do not buy fake sneakers.
10    Q.   (BY MR. FLUHR)  A sneakerhead who wanted to
11  do this, would they buy sneakers directly from the
12  manufacturer?
13    A.   Please rephrase the question for me.  Yeah.
14    Q.   A sneakerhead who wanted to buy a
15  counterfeit pair of sneakers, who wanted to choose
16  the steal over the real, would they purchase sneakers
17  directly from the manufacturer?
18    A.   This is where the differentiation between
19  the brand and the manufacturer comes into place.
20  When I hear "manufacturer," a manufacturer could be
21  any person that has access to a factory that's making
22  sneakers.  They could be producing sneakers that
23  are -- that are just that, fake, that are
24  counterfeit.  That's something that we in the
25  sneakerhead community talk about, write about, share

Page 96

1  information about all the time.
2    Q.   That's a good point.  The manufacturer is
3  sometimes not associated with the designer or brand.
4  I've worked in the product world.  Glad you made that
5  point.  Let's maybe phrase it in a different way.
6        If a sneakerhead had wanted to
7  purchase a counterfeit pair of Nikes to choose the
8  steal over the real, would they purchase that pair on
9  Nike.com?
10    A.   No, they would not.
11    Q.   Why not?
12    A.   Because Nike.com would be selling the real
13  sneaker.  The sneakerhead would be going and buying
14  that sneaker from a factory that's selling fakes,
15  that's known to make counterfeit sneakers.  Where
16  that factory is is to be determined.
17    Q.   To be determined by that sneakerhead?
18    A.   By that sneakerhead, correct.
19    Q.   Again, more lawyer questions, but what
20  percentage of sneakerheads intentionally purchase
21  counterfeit sneakers?
22    A.   I don't know, but there is a subset within
23  the culture of people who do buy counterfeit
24  sneakers.  But exact number, I have no clue.
25    Q.   Have you ever seen any surveys of

Page 97

1  sneakerheads discussing the purchase of counterfeit
2  sneakers?
3    A.   The keyword there for me that I -- that I
4  hear is "surveys."  I wouldn't call them surveys.  I
5  would categorize them as, you know, message board
6  posts or Twitter -- tweets, X, Instagram, LinkedIn,
7  people talking about buying counterfeit sneakers.
8    Q.   In this collection of messages, are these
9  messages that you've just seen sporadically, or have
10  they been collected as part of a systemic effort to
11  review those messages?
12    A.   I'm part of so many Facebook groups,
13  sneaker Facebook groups.  I'm constantly doing
14  research because this is my -- this is my product.
15  This is my world, and I consult with so many brands.
16  We talk about sneakers.  We write about sneakers.  So
17  I'm constantly, you know, talking and gathering
18  information either on-line or in person.  This
19  information is -- is shared within the community.
20    Q.   Going back to some of the language before,
21  you write that some sneakerheads knowingly buy
22  counterfeit sneakers because of, quote, "the lack of
23  availability of certain models of sneakers directly
24  from brands or from their authorized resellers has
25  also made the sought-after sneakers so expensive."

25 (Pages 94 - 97)

Page 98

1    Is that the only reason that
2 sneakerheads knowingly buy counterfeits?
3    A.  Going back to Page 37, Number 85, correct?
4    Q.  Yes.
5    A.  Okay.  I just want to make sure we're on
6 the -- I'm on the same page with you.
7        So I'm going to need you to ask the
8 question one more time for me.
9    Q.  I think what you're saying is one reason
10 that sneakerheads buy counterfeits is because the
11 lack of availability of certain models directly from
12 the brands or resellers have made them so expensive.
13    A.  That is correct because of the scarcity
14 model, as well as -- it's not -- it's the
15 scarcity model coupled with the hype behind these
16 sneakers.
17    Q.  Is scarcity the only reason why somebody
18 would buy counterfeit shoes?
19    A.  No.  Someone may buy counterfeit sneakers
20 just because they don't care.  They just -- they just
21 like the sneakers.  They like the color and the
22 materials and they want to own them, so they don't
23 care if they are real or not.
24    Q.  I would like you to turn to Page 46.
25    A.  Okay.  I'm there.

Page 99

1    Q.  And if you look at Paragraph 103, you're
2 talking about security measures taken by on-line
3 platforms.
4        You say, "In my experience, older
5 sneakerheads with whom I have interacted tend to be
6 skeptical of the accuracy of any authenticity
7 guarantees such as the one StockX offers."
8        What is your understanding of the
9 StockX guarantee or authenticity guarantee?
10    A.  StockX offers, through their platform --
11 and it really goes back to, again, for sneakerheads
12 by sneakerheads.  But having that ability to have it
13 verified, looked at by someone, all of the sneakers
14 that go through their platform, that gives
15 sneakerheads some comfort or -- or makes them feel
16 better that they may not get a fake pair of sneakers
17 because it's always a risk in the game, in
18 sneakerhead culture, that you could end up with a
19 fake pair of sneakers.  So this is a little bit of
20 a -- this program is a little bit of an insurance
21 policy.
22    Q.  You wrote that older sneakerheads tend to
23 be skeptical -- let's take a step back.
24        What do you understand the StockX
25 authenticity guarantee to be?

Page 100

1    A.  That -- my understanding with their program
2 is that every sneaker that goes through their
3 marketplace, their platform, is 100 percent authentic
4 verified.  Someone is laying hands, as well as eyes,
5 on that product.
6    Q.  And I think we agree that that authenticity
7 process is not foolproof.  It's not 100 percent
8 success?
9    A.  That is correct.  It can't be 100 percent.
10    Q.  Do you understand that they have ever used
11 the phrase "100 percent authentic"?
12    A.  Yes, I'm familiar with that -- that phrase.
13 It's prominently written on their website.
14    Q.  When you talk about the StockX authenticity
15 guarantee, is that the phrase you're referring to?
16    A.  I'm referring to their 100 percent
17 authentic program, yes.
18    Q.  And you say, "Older sneakerheads with whom
19 I have interacted tend to be skeptical of the
20 accuracy of any authenticity guarantee such as the
21 one StockX offers."
22        What does "tend to be skeptical" mean?
23    A.  Those words -- you know, the words strung
24 together, tend to be, does leave room for error
25 because nothing in this world is 100 percent all the

Page 101

1 time.
2        The sneakerhead community is, again,
3 aware that there is the possibility that sneakers --
4 a pair of sneakers that are counterfeit could be
5 passed along, be sold.  And because I spend so much
6 time in this community, it's something that we're
7 aware of, that we think about.  We know it exists.
8        And again, this is information that
9 the older, as we refer to them -- using a lot of
10 jargon here -- that the older heads try to pass on to
11 the young bucks.
12    Q.  I think I understand what you're saying.
13 Go ahead.  Sorry.
14    A.  The older -- as I refer to the older
15 sneakerheads who may be in their 40s and 50s and
16 older are trying to teach the younger, more --
17 younger neophytes to the game about what things to
18 look for.
19    Q.  I think that gets to a question I was going
20 to ask because you say, "Younger sneakerheads with
21 whom I've interacted who also understand that
22 authenticity guarantees cannot be 100 percent
23 effective are often willing to take a risk."
24        What is the difference between how
25 older sneakerheads and younger sneakerheads view that

26 (Pages 98 - 101)

1 authenticity guarantee?
2    A.  Both groups are -- are aware that at any
3 point in time, a pair of sneakers that you buy could
4 very well be fake.  The older sneakerheads are just
5 that.  They are older, seasoned veterans.  They know
6 some other things to look for, kind of some telltale
7 signs that some of the younger sneakerheads are not
8 aware of.  But both groups are always looking from
9 the perspective that there is a possibility that they
10 end up with a fake pair of sneakers.  That could
11 happen.
12    Q.  Are there any sneakerhead -- and the reason
13 I ask, because you say "tend to be skeptical."
14         Are there any sneakerheads who are not
15 skeptical of the accuracy of an authenticity
16 guarantee?
17    A.  There -- there are sneakerheads who may
18 willingly or unwillingly buy a counterfeit pair of
19 sneakers, but -- I can't speak for every thousands,
20 millions of sneakerheads, but I know I would always
21 be mindful in where I'm buying a particular pair of
22 sneakers and the possibility I could end up with a
23 fake pair of sneakers.
24         So this is where with age comes
25 knowledge, a/k/a wisdom, and a big part of -- the big

1 part of the community is sharing that knowledge and
2 wisdom.
3    Q.  Is it possible that there is at least one
4 sneakerhead who sees that authenticity guarantee and
5 thinks there's no reasonable possibility that the
6 sneaker purchase is going to be counterfeit?
7    A.  Could there be?  Absolutely.  I don't know
8 what they may look like or what may be going through
9 their mind, but there is that possibility, yes.
10    Q.  In reading through this paragraph, you're
11 talking about what sneakerheads think.  "Older
12 sneakerheads tend to be skeptical of the accuracy of
13 an authenticity guarantee.  Younger sneakerheads also
14 often understand the authenticity guarantees can't be
15 100 percent effective."
16         Are you offering any opinion as to
17 what non-sneakerheads perceive with respect to that
18 authenticity guarantee?
19    A.  I am also speaking to the non-sneakerhead
20 consumer, as well, because if someone goes to -- when
21 someone does go to the website and reads that and
22 interprets or reads the word "100 percent authentic,"
23 they think real.  It's a hundred percent authentic
24 means real to them.  So they are reading that, but
25 they also have to be mindful that any product that

1 they buy, just like we all buy, could very well be a
2 fake product.
3         Having done a lot of research, I'm not
4 just doing research on the sneakerhead community.
5 I'm also researching on consumers as a whole.  This
6 is -- again, this is my world that I am involved --
7 deeply involved with, marketing, the storytelling.
8    Q.  Who is more aware of the possibility of
9 counterfeit sneakers, sneakerheads or
10 non-sneakerheads?
11         MS. BANNIGAN:  Objection.
12    A.  Both groups are aware that counterfeits
13 exist.  Could I say one group is -- knows more than
14 the next?  I can't speak for everyone.  I can speak
15 for me and whether or not -- again, any time I buy
16 something, it could be real or it could be fake.
17    Q.  (BY MR. FLUHR)  Earlier you testified that
18 it's possible at least one sneakerhead saw that
19 authenticity guarantee and thought "There's no
20 reasonable possibility the sneakers I purchase here
21 are counterfeit."
22         Is the same true for non-sneakerheads?
23 Is it possible that at least one sneakerhead saw that
24 authenticity guarantee and thought, "There's no
25 reasonable possibility I'm buying a counterfeit"?

1    A.  That's, again, another very broad
2 paintbrush to paint with.  I think as human beings
3 and human nature, we look at things and have to
4 always look at things as if -- if it's too good to be
5 true, it probably is fake, especially when it comes
6 to tangible products.  But I couldn't give you a
7 strong, definitive answer on that.
8    Q.  You can't tell whether at least it's
9 possible that at least one person --
10    A.  It is possible.  I'm not saying -- I'm not
11 saying not, that it's not.  But again, there's --
12 there's so many consumers out there that when they
13 read those words on the website, 100 percent
14 authentic, that can mean so many different things
15 to -- to him or her.
16    Q.  Have you talked to any StockX customers
17 about their perception of that language?
18    A.  I have spoken to StockX customers because
19 of, again, the -- the message boards, the websites
20 that I'm part of.  People are very quick to share
21 their opinion, and I think about -- especially in
22 this day and age where the -- the lines between
23 what's real and fake have become harder and harder,
24 we in the sneaker community are always posting
25 articles and showing pictures -- I think certainly

27 (Pages 102 - 105)

Page 106

1 even talk to people who confide or trust me to say,
2 you know, "I may have ended up with a fake pair of
3 sneakers. I'm not sure." And again, that's --
4 that's part of the game.
5    Q. And I just want to be clear. Some of these
6 conversations or discussions you saw with the StockX
7 customers concerned the authenticity guarantee?
8    A. No, they weren't concerning the
9 authenticity guarantee. It was the concern that the
10 sneakers that they bought on the website had -- you
11 know, that they received, they were questioning them
12 on whether the product that they received, the
13 sneakers they received, were real or not. This is an
14 ongoing -- there are ongoing threads about this on
15 multiple platforms.
16    Q. And these threats -- in these threads, did
17 any of these sneakerheads that you're referencing
18 ever express disappointment in the possibility that
19 they had purchased counterfeit sneakers?
20    A. They have expressed their concerns that
21 they may have ended up with a counterfeit pair of
22 sneakers, but they were able to get that problem
23 rectified by basically reporting it to StockX and
24 saying, "These sneakers are fake." StockX had them
25 ship them back to them and they went through another

Page 107

1 verification process, which is amazing that -- and a
2 great thing, a great service that StockX has because
3 they are willing to -- to take those sneakers back
4 and, if they are counterfeit, refund that person's
5 money.
6    Q. Of these sneakerheads who are discussing
7 the purchase of counterfeit sneakers on StockX, did
8 any of them express surprise that sneakers purchased
9 on StockX would have been counterfeit?
10    A. Certainly. They were surprised that the
11 sneakers that they received they believe were a fake,
12 but they did appreciate the -- the willingness on
13 StockX's part to -- to rectify the problem, to fix it
14 because, again, if you end up with a counterfeit pair
15 from another platform, you buy it, you own it. You
16 lose, whereas this is very different. This program
17 is very different and the way that they -- StockX
18 does it is very different.
19    Q. Of these sneakerheads, did any of them
20 express disappointment in how StockX handled the
21 process of getting those counterfeit sneakers
22 returned?
23    A. No. They responded that it was very quick
24 and easy to ship said, you know, sneakers back to
25 them -- and get their money back when they did.

Page 108

1    Q. I had asked you something a little while
2 ago, and I think we got away from it and I'm not sure
3 I got the answer to it. I just want to make sure I
4 get the answer to it.
5    Do you recall any specific discussion
6 about the authenticity guarantee in those
7 conversations?
8    A. I have to ask for more clarification. So
9 conversations that I'm having with other
10 sneakerheads? Is that the question?
11    Q. Yes.
12    A. That the -- that the authenticity program
13 does exist in the first place or what -- I'm not sure
14 what the question is there.
15    Q. I'm asking whether you recall any
16 discussion among those sneakerheads concerning the
17 authenticity guarantee.
18    A. Yes, I do recall people writing and talking
19 about it, sharing information that, "Hey, if these
20 sneakers are fake, I'm going to get my money back."
21    Q. And to be clear, I'm not referencing the
22 offer to return. I'm talking specifically about the
23 100 percent -- 100 percent language.
24    Do you recall any discussion about
25 that language?

Page 109

1    A. I do. The language -- the conversation
2 around that language is that StockX does lay
3 eyes/hands on each product that goes through their
4 market, through their website.
5    Q. Do you recall anything else about those
6 conversations?
7    A. No.
8    Q. Have you seen any surveys of StockX
9 customers concerning how they would have perceived or
10 did perceive the StockX authenticity guarantee?
11    A. No, I haven't seen any surveys.
12    Q. Have you seen any other type of consumer
13 research about how StockX customers perceived the
14 StockX authenticity guarantee?
15    A. No, I haven't.
16    Q. Can you turn to page -- Pages 5 and 6 of
17 your report?
18    A. Can I call for a timeout to use the
19 restroom right now, a break?
20    Q. Absolutely.
21    THE VIDEOGRAPHER: We are going off
22 the record. The time is 1:49.
23    (Recess from 1:49 p.m. to 2:05 p.m.)
24    THE VIDEOGRAPHER: We are back on the
25 record. The time is 2:05.

28 (Pages 106 - 109)

Page 114

1  selling for on the resale market. No one wants to
2  overpay, but sneakerheads are also so vast and wide
3  and different that the price that I'm willing to pay
4  is going to be very different than the person sitting
5  to my left or to my right because we are so complex
6  and, you know, varying opinions on what's worth our
7  hard-earned money.
8     Q.  (BY MR. FLUHR)  When you say that StockX
9  has been described to be for the sneaker market what
10 the Kelly Blue Book is for the car market, does that
11 mean that some people look at StockX prices to get a
12 roughly fair value for that sneaker?
13    A.  Absolutely. Sneakerheads look at it very
14 often, probably multiple times a day, multiple times
15 a week.
16    Q.  Would I be correct in saying that doesn't
17 mean that StockX sneaker prices are always the lowest
18 price?
19    A.  StockX's prices aren't always the lowest,
20 no, they are not. No. Sneakerheads are very savvy
21 and, again, complex. So they are looking at multiple
22 websites. They may look at StockX. They may look at
23 GOAT. They may look at eBay. And they are going
24 to do a lot of scouring, as they call it, across
25 these other platforms, as well.

Page 115

1     Q.  Might a sneakerhead purchase a pair of
2  sneakers on another website after seeing that website
3  had a lower price that be StockX?
4     A.  I could certainly see that happening,
5  absolutely. And that -- that goes directly to the
6  come-up, as being able to buy a popular sneaker and
7  pay less than they saw it listed on -- on StockX,
8  yes.
9     Q.  And conversely, might a sneakerhead see on
10 another website, "Oh, the price is slightly higher
11 than StockX" and decide "I'm going to buy on StockX"?
12    A.  Yes. Someone would go and purchase from
13 StockX because StockX has the better price.
14    Q.  Can I ask you these same questions in the
15 context of a specific example?
16    A.  Absolutely.
17    Q.  Are you familiar with the Nike Dunk low
18 retro white and black?
19    A.  The name of the sneaker one more time?
20    Q.  The Nike Dunk Low Retro white and black.
21    A.  I want to make sure that we're clear. Are
22 we talking about the same Nike Dunk Low that's
23 referred to as the Panda Dunk?
24    Q.  I believe so, yes. Let's say the Panda
25 Dunk.

Page 116

1     A.  Okay.
2     Q.  Do you have any idea Kelly Blue Book value
3  what the price of that sneaker is?
4     A.  I don't know what the price of that sneaker
5  is right now. I recall last summer that sneaker on
6  the reseller, you know, marketplace was going for 300
7  plus dollars.
8     Q.  Let's say that sneaker were on StockX for
9  $300. Let's go back to the questions we talked about
10 earlier.
11        If the same sneaker were selling for
12 $250 on GOAT, might a sneakerhead say, "I see both
13 those prices. Even though StockX is itself Kelly
14 Blue Book, I'm going to purchase on GOAT"?
15    A.  There's a possibility that they will
16 purchase them on GOAT. The difference between $250
17 and 300 -- you know, $300, that sneakerhead is
18 discerning with their money and their wallet or their
19 purse, so they want to save that $50, but that does
20 leave a lot of room for -- where they buy the sneaker
21 and what sneaker they get are not -- they may not get
22 the same pair of sneakers that they are intending.
23    Q.  If that pair of sneaker were selling for --
24 I'm going to ask you the converse like we talked
25 about earlier.

Page 117

1        If that pair of sneakers were selling
2  on StockX for $300 and selling on GOAT for $400,
3  would a sneakerhead be likely to purchase the sneaker
4  for $400 on GOAT?
5     A.  No, they wouldn't purchase the sneaker for
6  $400 on GOAT. They would go back and buy that
7  sneaker for $300 from StockX because the price is
8  better and they also have -- not only are they better
9  in price, but StockX also does have the authenticity
10 program, as well, whereas I don't know what GOAT may
11 have in place.
12    Q.  Well, then let's reverse it. Might they
13 purchase that sneaker on StockX for $400 but on GOAT
14 for 300?
15    A.  There's a possibility, too, that the
16 sneakerhead doesn't care about, you know, or they
17 know already there's risk involved and they could end
18 up with a fake pair of sneakers. Every sneakerhead
19 is very different but is also price-sensitive. We're
20 always aware of that. It's something that is always
21 discussed. Again, going back to does it look and
22 sound too good to be true?
23    Q.  What if the price on StockX were $600 and
24 the price on GOAT were $300?
25        Would you expect a sneakerhead to pay

30 (Pages 114 - 117)

Page 118

1 $600 on StockX for that sneaker?
2        MS. BANNIGAN:  Objection.
3    A.  I don't know who would be willing to pay so
4 much more.  But again, sneakerheads are being -- are
5 so savvy, there may be someone.  There may be that
6 consumer out there who's willing to buy the more
7 expensive sneaker on StockX.  Why?  Because they know
8 that someone has actually laid eyes on that sneaker,
9 touched that sneaker, and if for some reason that
10 sneaker is -- is a fake pair of sneakers, that StockX
11 will gladly take them back and give them back their
12 money, whereas I don't know if that's the same on
13 GOAT's side.
14    Q.  (BY MR. FLUHR)  Let's change the price
15 again.
16        What if the price on StockX were
17 $3,000 and the price on Goat were 300?  Would you
18 expect someone, even a sneakerhead, to purchase the
19 sneakers on StockX for $3,000?
20    A.  There is that possibility.  Again, someone
21 may say, "I prefer to only shop with StockX," just
22 like someone saying I only choose to buy XYZ car
23 brand.  But there's always the possibility that
24 someone looking at their -- again, their purse, their
25 wallet, their, you know, what they have, that's --

Page 119

1 they are going to decide what they are going to
2 decide, you know.
3    Q.  Would you expect a sneakerhead to do that?
4    A.  I wouldn't expect a sneakerhead to overpay
5 that much for a sneaker, but there are always those
6 people who are just outside that bubble who, you
7 know, they are willing to do that because of
8 perception.  It's not an end-all, be-all, catch-all
9 scenario.
10    Q.  I would like you to turn to Page 41 of your
11 report.
12    A.  Okay.  I'm there.
13    Q.  If you look at the paragraph, Paragraph 94,
14 you write, "The perceived quality of Nike sneakers
15 has reportedly decreased in the past two decades."
16        Who perceives that?
17    A.  Sneakerheads perceive that, that the
18 quality of Nike sneakers has decreased over these
19 past two decades.
20    Q.  Do you perceive that?
21    A.  I do perceive that, as well.
22    Q.  Tell me what you perceive about that.
23    A.  The lines between sneakers that were
24 released, say, in the Eighties and Nineties is very
25 different than the quality of sneakers that are

Page 120

1 released today.  Prime example, Nike Air Force 1,
2 which is one of the most popular-selling sneakers
3 worn by Moses Malone 1982, that sneaker used to be
4 made of tumbled leather.  That sneaker now in 2023 is
5 no longer made of tumbled leather.  It's synthetic
6 material.
7        So the quality is going down while the
8 price point has gone up.  And this is something that
9 unfortunately the sneakerhead community has just
10 accepted it because we have to.
11    Q.  Are there any sneakerhead community that
12 don't perceive a decrease in quality of Nike sneakers
13 over the past two decades?
14    A.  Of all the sneakerheads I talk to and jack
15 with, they -- they will attest to that.  They will
16 gladly or have gladly shared photos, comparisons side
17 by side of sneakers, be it a Jordan sneaker, be it an
18 Air Force 1, comparing and contrasting one made one
19 year, another one made even just the following year,
20 the decrease in materials.
21    Q.  What about non-sneakerheads?  Do you have
22 any opinions or thoughts about how common that
23 perception is in the non-sneakerhead community?
24    A.  I refer to them as general consumers.
25 They, too, are aware of the decrease in quality

Page 121

1 materials.  This is a topic that comes up pretty
2 often in terms of perceived quality of materials in
3 Nike sneakers, and what the general consumer is
4 saying echos exactly what the sneakerhead community
5 is saying and they mirror each other.
6    Q.  I assume that there are non-sneaker -- what
7 did you call them before?
8    A.  I call them general consumers.
9    Q.  I assume there are general consumers who do
10 not share in this perception; is that correct?
11    A.  I'm sure that there are.  There's always
12 going to be people on the periphery that no matter
13 what you tell them, they won't agree with that
14 statement, and that's okay.  But sneakerheads are
15 very aware of the decrease in quality materials.
16    Q.  Are you aware of any surveys of
17 sneakerheads with respect to their perception of
18 quality of Nike sneakers?
19    A.  I can't think of any -- any surveys, either
20 formal or -- more of the conversation that we're
21 having these days with sneakerheads is people sharing
22 photos, even producing entire videos on YouTube of
23 the sneaker that they received and showing and
24 talking about the perceived quality decreasing.
25    Q.  And similarly, are you aware of any surveys

31 (Pages 118 - 121)

Page 122

1  of general consumers about their perception of Nike
2  quality?
3      A.  I'm not aware of any particular surveys
4  very specifically.  But, look, I spend so much time
5  on the internet understanding or trying to understand
6  consumer behavior that I -- I read a lot.  I've read
7  articles about even this perception.  Articles may be
8  published in the Wall Street Journal, the Boston
9  Globe, the New York Times, GQ, Gentlemen's Quarterly
10  Magazine.  So this is a conversation that is ongoing,
11  yeah.
12      Q.  Do you have an opinion about the percentage
13  of general consumers that perceive the quality of
14  Nike sneakers has decreased over the past two
15  decades?
16      A.  Restate the question, please.
17      Q.  Do you have an opinion about the percentage
18  of general consumers who perceive that the quality of
19  Nike sneakers has decreased over the past two
20  decades?
21      A.  I don't have a percentage, no.
22      Q.  I would like to talk about the StockX
23  authentication process.
24          Do you have an understanding of what I
25  mean when I say that?

Page 123

1      A.  I do.  I understand StockX's authentication
2  program.
3      Q.  We can either call it their authentication
4  program or I think I see in Paragraph 107 you say
5  verification process.
6      A.  Let me go to --
7      Q.  I want to make sure I want to make sure
8  we're talking about the same thing.  As I said, I
9  want to use your language, even though I think we're
10  talking about the same thing.  Page 48, 107, you talk
11  about StockX's verification process.
12          What is StockX's verification process?
13      A.  StockX has the verification or the program
14  in place where someone, a human being, lays eyes and
15  hands on every product that goes through their --
16  their marketplace.  Specific to the sneakers, that --
17  that makes me and sneakerheads -- it makes us feel
18  good that there's someone who actually is doing just
19  that, holding the sneakers, looking at the box,
20  tissue paper, size tag, all those things to help
21  reduce the risk of counterfeits getting -- you know,
22  I end up with a counterfeit pair of sneakers.
23      Q.  And are these StockX employees who are
24  performing this verification?
25      A.  My understanding is, yes, they are StockX

Page 124

1  employees.
2      Q.  What is the background of these StockX
3  employees who perform this process?
4      A.  I don't know the answer to that question.
5  I don't -- I'm not privy to that info.
6      Q.  Do you know what kind of training they
7  receive before doing this?
8      A.  No, I don't know what kind of training they
9  receive, but I would believe that they -- they do
10  receiving training on what things to look for.  But
11  specifics, I don't have, no.
12      Q.  Have you any information about what it is
13  that they do look for?
14      A.  I don't have details of what it is that
15  they look for; but what I do know is that someone is
16  actually looking at, holding these sneakers.
17      Q.  How do you know that?
18      A.  By their verification program, as well as
19  the counterfeit return policy that they have in
20  place, as well.
21      Q.  Where -- where in their verification
22  program do they say that every shoe is held,
23  inspected by a person?
24      A.  So -- and this is -- I actually do write
25  about this in there -- in my report.  And

Page 125

1  particularly the -- in 107, this last sentence here,
2  it says, "Beyond StockX's verification process,
3  sneakerheads can also rely on StockX's buyer promise
4  through which purchasers on the StockX marketplace
5  can submit a support request and request a second
6  look at purchased products a buyer believes to be
7  inauthentic and get a refund if StockX makes a
8  mistake in the verification process."
9          And then footnoted, Number 176 talks
10  about that StockX buyer program on Page 48.  So
11  that's their program that they have in place.  That's
12  what they attest to.  That's what they share.  That's
13  what we read.  That's what I read.
14      Q.  Are you aware of any StockX customers ever
15  complaining about difficulty returning a counterfeit
16  shoe?
17      A.  No, I'm not.
18      Q.  Have you asked StockX to see any such
19  communications?
20      A.  No, I have not.
21      Q.  And you haven't seen any such
22  communications?
23      A.  I have not.
24      Q.  So I understand that if a shoe is
25  discovered to be counterfeit and agreed to be

32 (Pages 122 - 125)

Page 126

1  counterfeit, StockX will return it back.
2          Putting that part aside for a second,
3  if you don't know what that inspector does when they
4  inspect the shoe or the training they have, what is
5  it that makes you feel good about the verification
6  process?
7      A.  By having this verification process in
8  place, it gives me and sneakerheads the -- the
9  feeling, the comfort of somebody's at least looking
10 and touching these sneakers and that if for some
11 reason I do end up with a counterfeit pair, I could
12 return them and StockX is going to do right by me and
13 take those sneakers back and give me back my money.
14 That's very good for the sneakerhead community
15 because that didn't exist previously.
16     Q.  Are you aware of other secondary
17 marketplaces that have verification process for their
18 sneakers?
19     A.  I am aware of other secondary marketplaces
20 that have verification programs, yes.
21     Q.  Can you name one for me?
22     A.  eBay has a verification program.
23     Q.  Do you have any information about eBay's
24 verification program?
25     A.  No, other than that one does exist.

Page 127

1      Q.  Do you have any information about the
2  percentage of counterfeits caught by eBay's
3  verification program compared to the percentage of
4  counterfeits caught by StockX's counterfeit
5  verification program?
6      A.  No.  I don't know any of that data, no.
7      Q.  A StockX customer who buys a pair of
8  sneakers that turns out to be counterfeit, they have
9  to realize the pair is counterfeit before they are
10 able to take advantage of the return program,
11 correct?
12     A.  Yes, that's my understanding.
13     Q.  And sometimes counterfeit Nike sneakers can
14 be difficult to detect as counterfeits, correct?
15     A.  Nike sneakers, yes, there is -- again, the
16 lines between what's real and what's fake have become
17 more and more blurred as counterfeit sneakers have
18 gotten better.
19     Q.  Do you have any information about what
20 percent of StockX customers would have purchased
21 counterfeit Nike sneakers on StockX have realized the
22 sneakers are counterfeit?
23     A.  No, I don't have any of that information.
24 I don't.
25          MR. FLUHR:  If I could ask to take a

Page 128

1  break and ask Gabby to tell me what I've missed, and
2  then --
3          THE VIDEOGRAPHER:  We're going off the
4  record now.  The time is 2:36.
5          (Recess from 2:36 p.m. to 2:53 p.m.)
6          THE VIDEOGRAPHER:  We are back on the
7  record.  The time is 2:53.
8          MR. FLUHR:  I don't have anything else
9  at the moment.  I reserve time after your redirect.
10 So if you want to go ahead with your redirect --
11         MS. BANNIGAN:  I just have a few
12 questions.
13             EXAMINATION
14     Q.  (BY MS. BANNIGAN)  Okay.  Mr. Wells,
15 earlier today you were asked some questions by
16 Mr. Fluhr about criteria you may consider when
17 determining whether someone is a sneakerhead.
18         Do you recall that line of
19 questioning?
20     A.  I do recall that.
21     Q.  And I believe that you said some things you
22 may consider are where a person lives, shoe size, why
23 the person collects, and even health.
24         Do I have that right?
25     A.  You do.

Page 129

1      Q.  Okay.  Do you always need to consider those
2  things when determining whether someone is a
3  sneakerhead?
4      A.  I don't need to -- to do that to determine
5  who is a sneakerhead.  I can oftentimes just look at
6  someone and just know based upon the sneakers that
7  they are wearing, the clothes that they are wearing,
8  maybe even a conversation, words, terminology that
9  they may use.  You know, I may look at Michael and
10 say, "Is he a sneakerhead, or is he" based upon the
11 sneakers that he's wearing, but -- I'm an inquisitive
12 person.  I want to learn more, but there's not one
13 particular thing that will be a tell for who a
14 sneakerhead is, what she or he may like.  But the
15 sneakerhead community is -- is amazing.  It's so
16 diverse.  You know, you never know who may be a
17 sneakerhead, and that's why I like this world and I
18 play in this world and it's become my world, speaking
19 to consumers -- sneakerheads, as well as general
20 consumers.
21     Q.  Well, going back to what you said at the
22 beginning of that, how do you do that?  How can you
23 so quickly tell who a sneakerhead is or who may not
24 be a sneakerhead?
25     A.  I've been in this -- in speaking with my

33 (Pages 126 - 129)

Page 130

1 family or relatives, they would say I've been this
2 way -- they always say I've been this way about
3 sneakers for so long that it's no mistake that I am
4 in the sneaker industry, that companies do seek me
5 out. They want my opinions. They want me to work
6 with them, going back to everything from podcasting
7 to Sole Collector to on the message boards to
8 articles that I've written, interviews that -- that,
9 you know, I've been interviewed by -- you know, by
10 different publications. Shoot, I received the key to
11 the City of Worcester, Massachusetts, for my role in
12 teaching youth photography and filmmaking, but also
13 my corrections to the sneaker community as a whole.
14 That was a huge, momentous moment for me.
15    Q. Earlier today, Mr. Fluhr also asked you a
16 line of questions about whether both sneakerheads and
17 consumers at large are likely to know that it's a
18 possibility that they could buy a counterfeit on
19 StockX.
20        Do you recall that line of
21 questioning?
22    A. I do remember that question. It was very
23 jumbled, but I do.
24    Q. Okay. That's not what I was expecting, but
25 why do you think it was jumbled?

Page 131

1    A. Because there's always the possibility that
2 someone -- you know, there's going to be sneakerheads
3 who are, like, "No, I know I'm going to get the real
4 deal," consumers who are going to say, "I believe
5 what I read, what I saw," but there is the
6 possibility that someone will end up with a pair of
7 fake sneakers. Of course there's going to be that
8 one person who's probably going to sit there and say,
9 "No, I don't believe that to be the case," but
10 there's always that risk.
11    Q. So just to clarify that, is it your opinion
12 that all people know they could potentially buy a
13 counterfeit on StockX?
14    A. Sneakerheads are aware of it. Consumers
15 are aware of it, that that is a risk.
16    Q. What's your basis for saying that?
17    A. How much time do we have this afternoon? I
18 know -- it goes back to podcasting. It goes back to
19 my writing, the people that I talk to in real life on
20 message boards, LinkedIn, Twitter, Instagram. I
21 mean, I am in the community, of the community, and
22 we're talking about this all the time. I'm reading
23 articles about this. I'm reading posts and threads
24 about this. I mean, my -- my track record is -- is
25 just that. It's a track record where I've had a lot

Page 132

1 of fun and a lot of success due to sneakers, and
2 consumers are also very aware that at any point in
3 time they could end up with a product that is not
4 real.
5    Q. Why specifically do you think that people
6 know that they could end up with a product that is
7 not real?
8    A. Because counterfeits exist in the
9 marketplace, that they are products that are in high
10 demand. I mean, these are sneakers we're talking
11 about that there's supply and demand, there's
12 scarcity, there's "I want that product, I'm seeking
13 that product out, but I can't get it." So where do
14 they turn? They turn to the secondary market. They
15 turn to StockX. They turn to GOAT. They turn to
16 eBay. And they know or have to know -- I mean,
17 it's just common sense that there is a possibility
18 they end up with a fake pair of sneakers because I
19 read, talk to, gather so much -- I mean, I feel like
20 I'm a funnel a lot of times when I go on-line. I get
21 a lot of complaints from time to time. My
22 significant other/wife doesn't think I'm doing work
23 when I am, but I am obsessed with sneakers and the
24 culture.
25        MS. BANNIGAN: Okay. I think I'm

Page 133

1 good. No further questions.
2        MR. FLUHR: Just two follow-up
3 questions to that, I think.
4        FURTHER EXAMINATION
5    Q. (BY MR. FLUHR) You testified earlier that
6 it's possible that at least one person -- sorry. Let
7 me rephrase that.
8        You testified earlier it's possible at
9 least one StockX customer doesn't know it's possible
10 that they could buy counterfeits on StockX; is that
11 right?
12    A. There is a possibility that a customer, be
13 it general consumer or sneakerhead. They could just
14 be that outlier that just says, you know, "It's not
15 going to happen to me," but it does.
16    Q. It could be two customers?
17    A. Yes, it can. Absolutely. I don't know --
18 I don't have the data to -- to support that. That's
19 not what I'm here to talk about or even written in my
20 report, but it certainly could be a possibility.
21        MR. FLUHR: That's all I have.
22        MS. BANNIGAN: Nothing further from
23 me.
24        THE VIDEOGRAPHER: We will be going
25 off the record. This will conclude today's today

34 (Pages 130 - 133)

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 11:16 | **Bato** Shoe Museum | **Bata** Shoe Museum | Transcription Error |
| 12:16-17 | Out of the Box, the Rise of Sneaker Culture | Out of the Box**:** The Rise of Sneaker Culture | Typographical Error |
| 12:25 | to help curate | to help **co-**curate | Transcription Error |
| 13:3 | The question one more time**.** | The question one more time**?** | Typographical Error |
| 13:13-15 | I worked with them to -- once I formulated my opinion **to** go and find supporting materials as footnoted in my expert report | I worked with them to - once I formulated my opinion - to go and find supporting materials as footnoted in my expert report | Typographical Error |
| 18:9 | they are a **touch home point** | they are a **touchpoint home** | Clarification |
| 18:17-18 | **It** was just someone that | **I** was just someone that | Clarification |
| 19:2 | since really 1979 | since, really, 1979 | Typographical Error |
| 19:3-4 | I start **a lot of times** often with | I start often with | Clarification |
| 19:20 | New Balance **9 --** 990s | New Balance 990s | Clarification |
| 21:9 | **lash hot** | **last shot** | Transcription Error |

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 21:10 | **lash hot** | **last shot** | Transcription Error |
| 21:20 | that signature was not **you** authenticate | that signature was not authentic | Transcription Error |
| 23:10 | **esthetic** | **aesthetic** | Typographical Error |
| 23:15 | **like e**.com | **Nike**.com | Transcription Error |
| 23:21 | **esthetics** | **aesthetics** | Typographical Error |
| 23:25 | **esthetics** | **aesthetics** | Typographical Error |
| 24:11-12 | put a finger one | put a finger **on** | Transcription Error |
| 25:6 | moving more higher up | moving more **and** higher up | Transcription Error |
| 29:6 | I have not purchased sneakers StockX | I have not purchased sneakers **on** StockX | Transcription Error |
| 30:24 | I don't. | I don't **recall**. | Clarification |
| 35:5-6 | Based upon the information that I **had, research** that I did, | Based upon the information that I **had and the research** that I did, | Clarification |

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 37:1 | It was Air Jordan 7 Bordeaux | It was **an** Air Jordan 7 Bordeaux | Transcription Error/ Clarification |
| 38:15 | Through SOLEcial Studies Community Academy | Through SOLEcial Studies Comm**UNITY** Academy | Typographical Error |
| 38:19 | certainly beyond about sneakers **in** the culture | certainly beyond about sneakers and the culture | Transcription Error |
| 39:4 | very well fake pair of sneakers | very well **made** fake pair of sneakers | Clarification |
| 39:6-7 | pair of **sneaker** | pair of **sneakers** | Transcription Error |
| 40:2-3 | the sneaker world game/community | the sneaker world**,** game**,** community | Typographical Error |
| 40:13 | there **maybe** probably less than 20 | there **may be** probably less than 20 | Typographical Error |
| 40:23 | Some of the things I look at for -- may be | Some of the things I look for **in telling a sneaker**-- may be | Transcription Error/ Clarification |
| 42:14-15 | drawing the sneakers **on** maybe pen and pencil | drawing the sneakers **with** maybe pen and pencil | Clarification |

3

**Deposition Date**: 8/30/2023
**Deponent**: **DeJongh Wells – Errata Sheet**
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 43:2 | Color and **matter** | Color and **material** | Transcription Error |
| 43:14 | The shape, be it the toe box | The shape **of the sneakers**, be it the toe box | Transcription Error |
| 44:6 | **debray (phonetic)** | **dubrae** | Typographical Error |
| 45:18 | are interchangeable | are **not** interchangeable | Clarification |
| 47:3 | **Rebok** | **Reebok** | Typographical Error |
| 47:13 | **Perfect** example is work that I've done | **A perfect** example is work that I've done | Transcription Error |
| 47:20 | **esthetics** | **aesthetics** | Typographical Error |
| 47:22 | **esthetics** | **aesthetics** | Typographical Error |
| 47:23 | **esthetics** | **aesthetics** | Typographical Error |
| 49:5 | **fly wire** | **Flywire** | Typographical Error |
| 50:9-10 | that have **with stood** the test of time | that have **withstood** the test of time | Typographical Error |

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 50:11-12 | that don't last that are even falling apart | that don't last**,** that are even falling apart | Typographical Error |
| 52:6 | I'm not sure I understand the question**s**. | I'm not sure I understand the question. | Transcription Error |
| 56:16 | just **at** a | just **that** a | Transcription Error |
| 58:18-19 | depicted on the **images** associated with the NFT | depicted on the **image** associated with the NFT | Transcription Error |
| 58:22-23 | Other than it means clearly stated **what it is** there. | Other than **that** it means **what is** clearly stated there. | Transcription Error |
| 61:1 | I don't. | I don't **recall**. | Transcription Error |
| 61:11 | as I **defined** it. | as I **define** it. | Transcription Error |
| 63:13-14 | there's a bunch of question marks that I would ask **throughout** that person if I were sitting with him | there's a bunch of question marks that I would ask that person if I were sitting with him | Clarification |
| 65:24 | **esthetics** | **aesthetics** | Typographical Error |
| 66:16 | themself a sneakerhead. | **themselves** a sneakerhead. | Clarification |

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s):<br>Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 67:22-23 | **even** being part of this community in sneaker meet-ups -- | **and** being part of this community **even** in sneaker meet-ups -- | Transcription Error |
| 67:24 | **H Town** Sneaker Summit | **H-Town** Sneaker Summit | Typographical Error |
| 67:25 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 71:2 | Sneakerheads, again, know, trust StockX. | Sneakerheads, again, know **and** trust StockX. | Clarification |
| 71:3 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 76:25 | sneakerhead culture. | sneakerhead culture **and hype.** | Transcription Error |
| 78:18 | 150 pair | 150 pair**s** | Transcription Error |
| 80:3-4 | So that was a battle that we went back and forth for quite a time. | released. So that was a battle that we went back and forth **on** for quite a time. | Clarification |
| 81:12 | or have on **even** display. | or **even** have on display. | Clarification |
| 82:18 | in **speak** culture | in **sneaker** culture | Transcription Error |

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 83:24 | **Because** that's a conversation that **it** is | **So** that's a conversation that **there** is | Transcription Error/ Clarification |
| 85:17 | **Nike Talk** | **NikeTalk** | Typographical Error |
| 85:17-18 | **In Style Shoes** | **InStyleShoes** | Typographical Error |
| 85:20-21 | **H Town** Sneaker Summit | **H-Town** Sneaker Summit | Typographical Error |
| 89:21 | LinkedIn, Twitter, Instagram | **posts on** LinkedIn, Twitter, Instagram | Transcription Error |
| 90:21 | I **work** really hard | I **worked** really hard | Transcription Error |
| 90:23 | I **turn** those products | I **turned** those products | Transcription Error |
| 91:10 | I have purchased shoes from **Nike** | I have purchased shoes from **Nike.com** | Transcription Error |
| 91:20-21 | I trust that I would be buying authentic shoes directly from the brand, **yeah**. | I trust that I would be buying authentic shoes directly from the brand, **yes. ASICS or any brand directly.** | Transcription Error |
| 102:21 | mindful **in** where I'm buying | mindful **of** where I'm buying | Transcription Error |
| 103:6 | sneaker purchase | sneaker **I** purchase | Transcription Error |

7

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 105:25-106:1 | I **think** certainly even talk to people | I certainly even talk to people | Transcription Error |
| 106:24 | "These sneakers are fake." | "These sneakers, **I believe,** are fake." | Transcription Error |
| 107:11 | they **believe** were a fake | they **believed** were fake | Transcription Error |
| 111:8 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 111:10 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 111:11 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 111:19 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 111:22 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 112:5 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 112:7 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 112:17-18 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 113:12 | some people use the **words** "frugal" | some people **would** use the **word** "frugal" | Transcription Error/ Clarification |

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 114:10 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 115:21 | I want to make sure that we're clear. | **I am familiar with that.** I want to make sure that we're clear. | Transcription Error |
| 116:2 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 116:13-14 | Even though StockX is **itself Kelly** Blue Book | Even though StockX is **the Kelley** Blue Book | Transcription Error / Typographical Error |
| 117:17-18 | there's risk involved **and** they could end up with a fake | there's risk involved **that** they could end up with a fake | Transcription Error |
| 124:9-10 | they do **receiving** training | they do **receive** training | Transcription Error |
| 126:17 | that have verification **process** | that have verification **processes** | Transcription Error |
| 127:20 | StockX customers **would** have purchased | StockX customers **who** have purchased | Transcription Error |
| 129:10 | "Is he a sneakerhead, or **is** he" | "Is he a sneakerhead, or **isn't** he" | Clarification |

**Deposition Date**: 8/30/2023
**Deponent**: DeJongh Wells – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 130:13 | my **corrections** to the sneaker community | my **contributions** to the sneaker community | Transcription Error |
| 131:19-20 | the people that I talk to in real life on message boards | the people that I talk to in real life**,** on message boards | Typographical Error |
| 132:9-10 | that **they** are products that are in high demand | that **there** are products that are in high demand | Transcription Error |

I, DeJongh Wells, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on August 30, 2023; that I have made such corrections as appear noted herein; and that my testimony as contained herein, as corrected, is true and correct.

DATED this 2nd day of October, 2023.

DeJongh Wells

10