# Exhibit 08

Thank you for your response. However this shoe was worn approximately 2 months after purchase. The track shoe was a gift for my son and he was so excited to get this particular shoe because of all the ☐quality☐ of the shoe that was advertised or promoted. The day of purchase was actually the last day of indoor track for him. The reason it took this time (pass the 3 days StockX gives) was because outdoor track started up for spring. Now at a track meet my son using the shoe purchased from StockX broke in the middle of a race. I honestly think it☐s unfair that because it☐s passed the 3 days or it doesn☐t have the StockX verification tag on, it☐s not exchangeable. I have done research with Nike and was advised that Nikes policy is refundable up to 2 years. I☐m not saying they will refund me but they will refund the purchaser StockX if the shoe is returned back to Nike Again I thank you for helping this far but please if there☐s someone else that can take this case to an escalation department please do so. It☐s sad that such a big company would not do an exchange as such. Truly unfair and unethical giving the price paid on this shoe. Please advise!

Sent from my iPhone

> On May 27, 2022, at 9:48 AM, support@stockx.com wrote:
>
> Hey Jayden,
> Thanks for your reply!
> I would be more than happy to take a further look into this for you.
> I can assure you that once a product arrives at StockX from the seller, our dedicated verification team begins a thorough inspection, making sure it meets our condition guidelines. They receive constant training and industry updates to remain experts. Only after being verified will the product be sent to you.
> I completely understand how this may cause some frustration because I myself am a sneakerhead as well. However, due to our policy, once the verification tag has been removed, the item is no longer eligible to be investigated because the order is now voided. If there is a problem with an item you received, you must contact us in writing within 3 business days of receiving it. Unfortunately, we are not outside of that timeframe for review.
> I truly apologize for any inconvenience this may have caused you however, it states on the verification tag not to remove it to help prevent situations like this from happening. Also, our 3-day policy that I mentioned above. Unfortunately, as the sneakers have been worn and the verification tag has been removed, there is nothing that StockX can do in regards to compensation.
> I hope you can understand that if it was up to me, I would give you all the help you need but this is beyond my capabilities.
> Thanks for your understanding and please let us know if you need anything else in the future.
>
> Sincerely,
> Tiffany

Confidential
STX0226300