# Exhibit 10

StockX

Brands   Deals   New   Men   Women   Kids   Sneakers   Shoes   Apparel   Accessories   More Categories

Selling

Overview   Start Selling   Fees   Resources   FAQs

SELLING ON STOCKX

# Sell. Get Paid. Repeat.

Get Started   + + + + +



## 01

### Sell Quick with Zero BS

Just search for your product and set your price. You won't need to take product pictures, share personal information, or negotiate with potential Buyers.

## 02

### Reach Millions

Our global reach extends to millions of customers in over 200 countries and territories. You're guaranteed to discover someone who can't wait to purchase the item you're selling.

## 03

### Unlock Rewards



# Start Selling In 4 Easy Steps

Get Started



## No Approval Needed! Sign Up & Sell

Your earnings, your rules. All you have to do is select a payout method and currency from our available options.



## Create Smarter Listings

Decide when to sell and how to sell using the historical sales data for every item on our marketplace.



## Ship Us Your Sold Items

We require that you send us the sold item within two business days. Simply print the label we send and follow our shipping guidelines to ensure your products arrive safely at our verification center.



## Get Paid

StockX

Brands | Deals | New | Men | Women | Kids | Sneakers | Shoes | Apparel | Accessories | More Categories

Selling



## Control How You Sell

You can either place an Ask or Sell Now.

An Ask lets you select the price you'd like to sell your item for. If you have the lowest Ask, Buyers who place a matching Bid will automatically Buy from you. Looking for a faster solution? Select "Sell Now" on the product page to sell your item on the spot to the highest Bid.



## Level Up & Enjoy The Benefits

Whether you're reselling a new purchase, growing a business, or creating a side-hustle, we've developed an intelligent, global marketplace that works for anyone, anywhere.



**(Available in certain countries/regions only)
Note: All sellers also have a 3% payment processing rate in addition to the StockX transaction rate.
Your seller level is determined by your sales activity (number of sales OR the total value of sales in USD) on StockX. Activity resets at the end of each calendar quarter. You must continue selling in order to maintain your Seller Level.
You can level up at any point mid-quarter once you reach the sales requirements for the next level.

**StockX**

Brands  Deals  New  Men  Women  Kids  Sneakers  Shoes  Apparel  Accessories  More Categories

Selling



Industry Trends & Insights

We'll keep you informed on any updates we make at StockX.

Learn More  + + + + +

## StockX

Brands   Deals   New   Men   Women   Kids   Sneakers   Shoes   Apparel   Accessories   More Categories

Selling



### StockX for Professional Sellers

StockX's advanced seller tools, features, and resources for sellers.

Learn More   + + + + +

## Real Stories From Sellers Like You

" I recently decided to sell some Jordan 1 highs in the gym red colour-way on StockX. This was after I struggled to sell them on eBay and Depop. They sold within a week and I shipped them out on Monday. They were collected by UPS from the drop spot the same day and shipped to StockX. Only three days later I received my payout. They were authenticated the same day and funds released. I transferred the money within minutes from PayPal into my bank account. I am massively impressed with the all round service and would most definitely recommend StockX to sellers!!

Adam in Great Britain

" Wanted to thank you on behalf of my brother, myself, and now my parents who just started selling too! We honestly started this only hoping to sell 1 sneaker a day. We talk all the time how we can't believe all the help you and StockX have given us and because of that, now we all have sold thousands. Couldn't have done it without you and the team there. Thank you for always taking such good care of us!

Jinyoung in Washington DC

" As a trusted sto... frequent user I ha... positivity to say. I ha... years of use, had a... gone unsolved with... have also made a s... purchase with Sto... confirm that ever... been fast, ..., an... wait to continue...

Owen in Gre...

StockX

Brands | Deals | New | Men | Women | Kids | Sneakers | Shoes | Apparel | Accessories | More Categories

Selling

There are two ways to sell on StockX: placing an Ask or Selling Now. An Ask signals your intent to sell - it is a listing designating the specific price that you are willing to sell your item for...

Read more

**As a seller, how and when do I get paid?**
Payout settings are powered by our partner, Hyperwallet (a PayPal service). When editing or updating your payout information, please note that you will be taken to a new window...

Read more

**How much does shipping cost for sellers?**
As a Seller, your shipping cost is deducted from your total payout. Shipping costs vary based on where you're selling from and what you're selling...

Read more

**I just sold. How long do I have to ship?**
Once a transaction is complete, your shipping deadline can be found in the confirmation email we sent after your Ask was accepted or under your account page...

Read more

**How does StockX define deadstock?**
Sneakers and shoes sold on StockX are considered "deadstock," which means that they're new and unworn at the time of sale...

Read more

**How can I submit a request for an item to be added to StockX?**
Don't see an item that you would like to place an Ask or Bid on? Submit your request to us using the Product Suggestion Form...

Read more

StockX

Brands | Deals | New | Men | Women | Kids | Sneakers | Shoes | Apparel | Accessories | More Categories

Selling



Start selling in minutes

Get Started +++++

## StockX. Access the Now.

### About
How It Works
Verification
Newsroom
Company
Careers
StockX Reviews
Give $10, Get $10

### Help
Help Center
Contact Us
Product Suggestions
Size Guide

### Sell
Selling Guide
Professional Tools
Scout
Developers

### Air Jordan
Air Jordan 1
Air Jordan 3
Air Jordan 4
Air Jordan 11
Women's Jordan Shoes
Air Jordan 5

### Adidas
Adidas Samba
Adidas Campus
Adidas Gazelle
Adidas Handball Spezial
Adidas AE
Adidas Yeezy

### New Balance
New Balance 2002R
New Balance 327
New Balance 530
New Balance 550
New Balance 9060

