# Exhibit 11

*Redacted Public Version*

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

-ooOoo-

NIKE, INC.,                          :

       Plaintiff,              :

vs.                                  : No. 1:22-cv-00983-VEC

STOCKX LLC,                          :

       Defendant.              :

_____          :


DEPOSITION OF BROCK HUBER
TAKEN THROUGH
ADVANCED REPORTING SOLUTIONS, a Veritext company


Taken on Thursday, June 29, 2023
9:30 a.m. to 12:38 p.m.

At HYATT CENTRIC PARK CITY
3551 North Escala Court
Park City, Utah 84098




Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC

Page 2

```
 1         A P P E A R A N C E S
 2
    For the Plaintiff:
 3
        Tamar Y. Duvdevani
 4      Marc E. Miller
        DLA PIPER
 5      1251 Avenue of the Americas
        New York, New York 10020-1104
 6      Tamar.duvdevani@dlapiper.com
        Marc.miller@dlapiper.com
 7      (212) 335-4799
 8
    For the Defendant:
 9
        Christopher S. Ford
10      DEBEVOISE & PLIMPTON LLP
        650 California Street
11      San Francisco, California 94108
        Csford@debevoise.com
12      (415) 738-5705
13
    For StockX:
14
        Kevin Adams
15      Deputy General Counsel
        StockX
16
17  Also Present: McKayla Largin (videographer)
18             -ooOoo-
```

Page 3

```
 1              I N D E X
 2  EXAMINATIONS                              PAGE
 3  Examination By Ms. Duvdevani........................ 5
 4  Examination By Mr. Ford.............................95
 5
 6              E X H I B I T S
 7  EXHIBIT NO.    DESCRIPTION                 PAGE
 8  Exhibit 1  Deposition Notice........................ 5
 9  Exhibit 2  Worksheet printout....................... 6
10  Exhibit 3  Screenshot and video ....................72
       [STX0806022 and STX0806023]
11
    Exhibit 4  Screenshot and video ....................81
12     [STX0806003 and STX0806004]
13  Exhibit 5  Screenshot and video ....................82
       [STX0806001 and STX0806002]
14
    Exhibit 6  Screenshot and video ....................85
15     [STX0806015 and STX0806016]
16  Exhibit 7  Screenshot and video ....................87
       [STX0805999 and STX0806000]
17
    Exhibit 8  Place holder and video ..................89
18     [STX0806021]
19           -o0o-
```

Page 4

```
 1  June 29, 2023                    9:26 a.m.
 2             P R O C E E D I N G S
 3                -o0o-
 4       VIDEOGRAPHER:  Good morning.  We are going
 5  on the record at 9:26 a.m. on June 29th, 2023.  This is
 6  the media deposition of the 30(b)(6) witness of Brock
 7  Huber in the matter of Nike, Inc. versus StockX, LLC.
 8  Case No. 1:22-cv-00983-VEC.
 9       This deposition is held at the Hyatt in
10  Park City, Utah.  My name is McKayla Largin.  I am the
11  videographer, and Abby Johnson is the court reporter.
12       Will all counsel state who they represent
13  for the record?
14       MS. DUVDEVANI:  Good morning.  Tamar
15  Duvdevani, DLA Piper, on behalf of Plaintiff, Nike,
16  Inc.  I am joined by my partner, Mark Miller, also of
17  DLA Piper.
18       MR. FORD:  Good morning.  Christopher Ford,
19  Debevoise & Plimpton for StockX, LLC.  I am joined by
20  in-house counsel for StockX, Kevin Adams.
21  Thereupon --
22       BROCK HUBER,
23  was called as a witness, and having been first duly
24  sworn to tell the truth, the whole truth, and nothing
25       but the truth, testified as follows:
```

Page 5

```
 1           EXAMINATION
 2  BY MS. DUVDEVANI:
 3    Q.  Good morning, Mr. Huber.
 4    A.  Good morning.
 5    Q.  I'm just going to first mark the deposition
 6  notice that brings us all back together today.
 7       (Exhibit No. 1 was marked
 8        for identification.)
 9  BY MS. DUVDEVANI:
10    Q.  Mr. Huber, the court reporter has just
11  handed you a document that's been designated as
12  Exhibit 1.  It is Plaintiff Nike, Inc.'s Amended
13  Deposition Notice of Rule 30(b)(6) Deposition to
14  StockX, LLC.
15       On page 6 and page 7, there are a list of
16  deposition topics, which I can represent your counsel
17  objected to some of them.
18       But do you understand that you are the
19  designated witness to testify today pursuant to this
20  amended notice?
21    A.  Yes, I do.
22    Q.  Okay.
23       MS. DUVDEVANI:  This is the big --
24       MR. FORD:  You are just doing it at once?
25       MS. DUVDEVANI:  Might as well.
```

2 (Pages 2 - 5)



Veritext Legal Solutions
212-267-6868   www.veritext.com   516-608-2400



```
                                              Page 50                                                Page 52
[redacted]                                              [redacted]

                                                         9    Q.   Okay.  Earlier on, you had mentioned that
                                                        10    Derrick told Abe that you were getting 38 products
                                                        11    back, but you said that only 33 were returned by Roy
                                                        12    Kim; is that right?
                                                        13    A.   So that was what the -- what I heard
                                                        14    from -- from Abe.  I haven't talked to him.  That's
                                                        15    what I think this sheet shows.  I -- I do know that Roy
                                                        16    told us he was keeping some.  Whether he -- so based on
                                                        17    the sheet and what I heard, it sounds like we received
                                                        18    33 items.
                                                        19         We did not receive all 38.  I guess there
                                                        20    is some potential there could be 34 or 35 that we
                                                        21    received.  We didn't receive them all, and he said he
                                                        22    was keeping some --
                                                        23    Q.   Okay.
                                                        24    A.   -- to us.
                                              Page 51                                                Page 53
[redacted]                                              [redacted]
```

14 (Pages 50 - 53)

Page 54

[redacted]

Page 55

[redacted]

18  Q. Okay. So other than the example of the
19 failed transaction that you just described, what are
20 the other times there are failed transactions?
21  A. Again, you could have failed transactions
22 due to fraud. You could have failed transactions due
23 to a carrier shipping error. You shipped something in
24 the mail, and for whatever reason, UPS holds on to it
25 for 48 days and then finally delivers it to StockX, we

Page 56

1 wouldn't punish the seller for that, because they
2 behaved appropriately.
3      There is a potential for any technology
4 company for there to be a bug, an order for some reason
5 doesn't work. And so basically just -- in areas where
6 a transaction is unsuccessful, but the seller behaved
7 appropriately, we could potentially end up with
8 inventory.
9  Q. Okay. Does StockX ever get inventory from
10 products that are returned by consumers?
11  A. Yes. And it would, again, vary based on
12 why it was returned. If we got an item that was
13 suspected to be inauthentic, we would not take it into
14 inventory.
15      We would, of course, make the buyer whole,
16 but those items would not go into a pool that could
17 potentially be resold. And they ultimately get -- get
18 destroyed.
19      The other place we could have inventory is
20 if we have an agreement with a brand, again, it's not
21 going to be necessarily ours, but we have custody over
22 it, and it could be parked at one of our facilities.
23 And when it's sold, we could fulfill those items on
24 behalf of the brand, and it could come out of an
25 inventory account.

Page 57

1  Q. Okay. What about products where a consumer
2 believes that they are fake, but, upon
3 reauthentication, StockX disagrees and believes that
4 they are genuine, do those products go into StockX
5 inventory?
6  A. So generally speaking, if the buyer
7 suspects something is inauthentic, we will review it.
8 If we agree, we refund them. If we disagree, we
9 could -- we could potentially send that item back to
10 the buyer. We could take it into inventory and resell
11 it. So it -- it would -- it would depend.
12      And a lot of that would have to do with the
13 buyer themself [sic]. If they say: "Hey, we suspect
14 it's inauthentic," we will review it and say we think
15 that it is authentic. "If you'd like to send it back
16 or you could have a refund," and let them choose. And
17 so the answers is, it depends.

[remainder redacted]



Page 58

Page 59

Page 60

11  Q. Okay. What happened to the other sellers
12  that sold Roy Kim a fake product --
13  A. So --
14
15  A. So everybody that Mark and team were able,
16  in their analysis, to determine was part of this bad
17  actor group, that seemed to be emanating from a small
18  number of unique devices, was banned.
19  Q. Anybody else?
20  A. No. I think outside of the folks who are
21  connected to the fraud ring, there wasn't anything that
22  looked like egregious, intentional abuse of the
23  platform.
24  Q. Are you aware, looking at the Copy of
25  Referenced Social Media worksheet, which of the sellers

Page 61

19  MS. DUVDEVANI: Let's go off the record
20  while I pull it up. I don't want to waste my time.
21  VIDEOGRAPHER: Off the record. The time is
22  11:12.
23  (Recess was taken.)
24  VIDEOGRAPHER: We are back on the record.
25  The time is 11:13.

16 (Pages 58 - 61)

```
                                                      Page 98
 1              REPORTER'S CERTIFICATE
 2   STATE OF UTAH      )
                        )
 3   COUNTY OF SALT LAKE )
 4          I, ABIGAIL D.W. JOHNSON, a Certified
 5   Shorthand Reporter and Registered Professional
 6   Reporter, hereby certify:
 7          THAT the foregoing proceedings were
 8   taken before me at the time and place therein set
 9   forth, at which time the witness was placed under oath
10   to tell the truth, the whole truth, and nothing but the
11   truth; that the proceedings were taken down by me in
12   shorthand and thereafter my notes were transcribed
13   through computer-aided transcription; and the foregoing
14   transcript constitutes a full, true, and accurate
15   record of such testimony adduced and oral proceedings
16   had, and of the whole thereof.
17          I FURTHER CERTIFY that I am not a
18   relative or employee of any attorney of the parties,
19   nor do I have a financial interest in the action.
20          ( ) Review and signature was requested.
21          ( ) Review and signature was waived.
22          (X) Review and signature was not requested.
23          I have subscribed my name on this
24   6th day of Jul

25          _____
             ABIGAIL D.W. JOHNSON, RPR, CRR, CRC
```

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400