# Exhibit 13

*Redacted Public Version*

```
                                                        Page 1
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - x
 4   NIKE, INC.
 5        Plaintiff
 6   vs.                    CA No. 1:22-CV-000983-VEC
 7   STOCKX LLC
 8        Defendant
 9   - - - - - - - - - - - - - - - - - - - - x
10
11       VIDEO DEPOSITION of CATHERINE TUCKER, PhD
12         Tuesday, July 11, 2023 - 12:13 p.m.
13                  DLA Piper LLP (US)
14                   33 Arch Street
15                 Boston, Massachusetts
16
17
18   Reporter:  Jill K. Ruggieri, RPR, RMR, FCRR, CRR
19
20
21
22
23
24
25
```

Page 2

1  APPEARANCES:
2
3  DLA Piper LLP (US)
4    Marc E. Miller, Esq.
5    Jane W. Wise, Esq.
6    1251 Avenue of the Americas
7    New York, New York 10020-1104
8    212.335.4500
9    marc.miller@dlapiper.com
10   jane.wise@dlapiper.com
11   Counsel for plaintiff
12
13 Debevoise & Plimpton LLP
14   Megan K. Bannigan, Esq.
15   Kate Saba, Esq.
16   66 Hudson Boulevard
17   New York, New York 10001
18   212.909.6000
19   mkbannigan@debevoise.com
20   ksaba@debevoise.com
21   Counsel for defendant
22
23 Videographer:  Geoffrey Bassett
24
25

Page 3

1              I N D E X
2
3  WITNESS:
4
5  CATHERINE TUCKER, PhD
6    Examination by Mr. Miller      5
7    Examination by Ms. Bannigan  206
8
9            E X H I B I T S
10
11 Exhibit 1   Expert report of Catherine     62
12             Tucker, PhD
13 Exhibit 2   Expert Rebuttal Report of      79
14             Catherine Tucker, PhD
15 Exhibit 3   Expert Surrebuttal Report of   84
16             Catherine Tucker, PhD
17 Exhibit 4   Webpage:                      137
18             http://stockx.com/nike-dunk-
19             low-retro-white-black-2021
20 Exhibit 5   PageVault - Authentication -  150
21             StockX
22
23
24
25

Page 4

1             P R O C E E D I N G S
2
3           THE VIDEOGRAPHER:  Good day,
4  everyone.  We are now on the record.  Today's
5  date is July 11, 2023, and the time is now
6  12:13 a.m. Eastern Standard Time.
7           We're here today for the
8  video-recorded deposition of Catherine Tucker
9  in the matter of Nike, Incorporated v. StockX
10 LLC.  My name is Geoffrey Bassett, with
11 Veritext.  The court reporter today is Jill
12 Ruggieri -- sorry, Ruggieri.
13          At this time, I will ask
14 attorneys in attendance to please introduce
15 themselves for the record.
16          MR. MILLER:  Good afternoon.  My
17 name is Marc Miller from DLA Piper on behalf of
18 plaintiff Nike, Inc., and I'm joined by my
19 colleague, Jane Wise of DLA Piper.
20          MS. BANNIGAN:  Good afternoon.
21 This is Megan Bannigan from Debevoise &
22 Plimpton on behalf of defendant StockX, and
23 with me today is Kathryn Saba, also from
24 Debevoise.
25          THE VIDEOGRAPHER:  Thank you.

Page 5

1  At this time, I'll hand it over to the court
2  reporter.
3
4           CATHERINE TUCKER, PhD, a witness
5  having been duly sworn, on oath deposes and
6  says as follows:
7
8                EXAMINATION
9  BY MR. MILLER:
10    Q   Good afternoon, Dr. Tucker.  Thank
11 you for coming in today.
12         You've been deposed before,
13 right?
14    A   Yes, I have.
15    Q   How many times?
16    A   I think somewhat over 20.
17    Q   Okay.
18         So I will forgo the usual
19 instructions since I think you've been through
20 this before, but I'll just note that if we can
21 speak one at a time, I'll try not to interrupt
22 you while you're answering my question, and
23 please do the same, wait until I'm finished
24 with my question before you begin your answer
25 so that we don't drive our court reporter

2 (Pages 2 - 5)

Page 130

1  Q  Okay.
2     Does StockX need to trust its
3  sellers?
4  A  I think -- I wouldn't put it like
5  that.
6  Q  Why not?
7  A  I would say that StockX as a platform
8  has to come up with a set of features and
9  technologies which incentivize its sellers to
10 behave in a trustworthy way, and it's those --
11 and that allows it to trust its sellers.
12 Q  So does StockX need to trust its
13 sellers to be successful?
14 A  It needs to have policies which means
15 it can trust its sellers, certainly.
16 Q  Are you aware of StockX taking any
17 actions to investigate sellers on its platform?
18 A  So, yes.
19 Q  What are those?
20

Page 131

6  Q  So you're talking about one example
7  Mr. Huber provided in his deposition, right?
8  A  So that was one of the things that he
9  talked about in his deposition they do which

Page 132

6  Q  Have you studied the incentives that
7  shape seller behavior on StockX's platform?
8  A  So my report is primarily focused on
9  StockX's incentives.  I think I allude to
10 sellers' incentives somewhat.
11    I would say that my report is
12 more focused on StockX's incentives and its
13 incentives to make sure that sellers behave in
14 line with its incentives rather than maybe
15 short-run profit maximization.
16 Q  So is it fair to say that no, you
17 have not studied the interactive -- excuse me,
18 the incentives that shape seller behavior on
19 StockX's platform?
20 A  No, that would be the opposite.
21    Instead, what I have studied --
22 I haven't studied -- you know, it's not the
23 case I've done some kind of ethnographic study
24 or survey of sellers on StockX.
25    Instead what I focused on is the

Page 133

1  way that StockX tries to shape sellers'
2  incentives on StockX, so that when they become
3  part of the platform they behave in a way which
4  means that interaction with the buyer is going
5  to go well.
6  Q  And what are the ways that StockX
7  shapes seller incentives for behavior on its
8  platform?
9  A  So I think an important one, which --
10 as I note in my report, is that if I'm a seller
11 on StockX and I know my product is going to go
12 through a verification process, this means I am
13 not going to be incentivized to try and send in
14 goods which won't pass that verification
15 process.
16 Q  Other than the verification process,
17 what are the other ways that StockX shapes
18 seller incentives for behavior on its platform?
19 A  Well, other ways they do which, you
20 know, I mention -- I think I mention in my
21 rebuttal report are -- and I'm going to
22 pronounce his name poorly.



34 (Pages 130 - 133)

Page 146

1 expensive. So I just saw the $400 and just
2 said no.
3         You know, if it was the case
4 that I had seen the "100 percent authentic,"
5 you know, I would have probably tried to
6 understand what that means, but I -- I never
7 got that far, so I can't really tell you.
8    Q  And so how about sitting here today,
9 if you were shopping for this shoe and saw the
10 words "100 percent authentic," as a consumer,
11 what would that mean to you?
12   A  So again, I'm not offering expert
13 opinion. I haven't done any surveys on
14 consumer impressions. What I've learned
15 during -- as the process of writing these
16 reports is that even Nike, when it's thinking
17 about a verification process, is doing it on a
18 scale, and so therefore I know that given
19 Nike's doing it on a scale, what you're seeing
20 when you buy something which is going through
21 these authentication processes is that you're
22 buying something where there's some continuum
23 measure of how likely it is to be authentic
24 versus not.
25         So that's what I've learned

Page 147

1 during the case, really. And it's hard to
2 unlearn that when you ask my opinion now.
3    Q  Sorry. I'm confused by something
4 you've said now a couple of times.
5         Why do you believe that Nike is
6 authenticating its own shoes on a scale?
7    A  Oh, this is in -- thank you for
8 asking me.
9         This is something which is in my
10 rebuttal report, and it -- I'll just go to the
11 paragraph where I talk about this. And it was
12 to do with the -- if you remember, there's a --
13 I'm going to be slow finding it now.
14        But my point is is that -- I'm
15 just going to -- I'm useless at finding things
16 in my own report.
17        (The deponent read the
18 document.)
19        So yes, I'm sorry for being so
20 long to find it, but it's paragraph 29 where I
21 talk about confidence scores, and that is
22 related to footnote 64, an authentication
23 score, a confidence score. And that was
24 something that they were proposing in one of
25 their mockups of this service.

Page 148

1    Q  So that's a mockup, right?
2    A  Yes. So this was one of -- when they
3 were thinking about how to build out this
4 proposed platform, which obviously never
5 happened, Nike itself was thinking not of
6 authentication as being 0-1 but instead being
7 something they would do on a scale.
8    Q  Mm-hmm.
9        Have you seen any evidence that
10 Nike is actually using what you call the mockup
11 in practice to authenticate its own shoes?
12   A  So no. I mean, I think my entire
13 point is that this is really difficult to do,
14 and that Nike itself abandoned its own efforts
15 to try and have a resale marketplace. But it
16 was telling to me that in their mockups, in
17 their plans for it, that they were thinking
18 about a score.
19   Q  Okay.
20        Let's go back to my original
21 question, Dr. Tucker.
22        You're not answering it, instead
23 talking in circles about a mockup.
24        MS. BANNIGAN: Objection, Marc.
25   Q  Let's go back to my original question

Page 149

1 of what I was asking you about on Exhibit 4,
2 which is the words "100 percent authentic."
3         If you were a consumer shopping
4 on this platform, as you once did for your
5 daughter for a similar pair of shoes, what
6 would you understand the term "100 percent
7 authentic" to mean?
8    A  So I think I've answered this several
9 times. But again, if I was to see the term
10 "100 percent authentic," I would try and
11 understand what that means and try and
12 understand, well, given this is a resale
13 platform, how are they doing authentication,
14 what process and policies do they have.
15        I would understand it that
16 there's definitely some kind of authentication
17 process in the background, but I'd probably
18 want to take steps to try and understand that.
19   Q  How would you do that, to try to
20 understand what "100 percent authentic" means
21 on the StockX platform?
22   A  So if it was the case that I had gone
23 ahead and bought these shoes for my daughter,
24 you know, I would try and find out, is this
25 something which actually has something real

Page 150

1  behind it.
2         And, you know, I would have then
3  looked in to see, well, oh, there actually is
4  this verification procedure where they go and
5  inspect these shoes, and that would indeed give
6  me comfort that this is a way of weeding out
7  fakes.
8         MR. MILLER:  Can you mark that,
9  please?
10        (Exhibit 5 marked for
11 identification.)
12 BY MR. MILLER:
13    Q   So, Dr. Tucker, you've been given
14 Exhibit 5, which bears the Bates numbers
15 NIKE0006785.
16        Do you see that on the front
17 page?
18    A   Yes, I do.
19    Q   Okay.
20        If you flip to the second page,
21 do you recognize this document?
22    A   I'm trying to recall if I've seen
23 this precise version of the policy, but yes, I
24 recognize this as a description of the process,
25 the verification process we've been talking

Page 151

1  about.
2     Q   Sorry, I don't know if I got an
3  answer to my question.
4         Have you ever seen this document
5  before?
6     A   Sorry, I just don't recall if I've
7  seen this precise version of the
8  authentication/verification process.  I've
9  certainly seen versions, but I don't know if
10 I've seen this version you've presented me
11 with.
12    Q   Do you recall if you've seen a
13 version where the first words on the page are
14 "Guaranteed Authenticity"?
15    A   So I'm -- again, I'm not sure if this
16 is one of the -- the documents -- if this is
17 the precise document that Dr. Kammel was citing
18 when she was talking about the use of the word
19 "authenticity."
20        But certainly I recall having
21 reviewed the documents which Dr. Kammel was
22 basing her opinions upon when it comes to when
23 this process was called the authentication
24 process.
25    Q   So you have seen this document

Page 152

1  before?
2     A   I'm so sorry, I just don't recall if
3  it's this precise document.
4     Q   Did you --
5     A   I've seen -- you know, I've seen
6  Dr. Kammel's report and whatever she cited to.
7     Q   Did you consider StockX's
8  authentication process webpage in forming your
9  opinion in this matter?
10    A   So yes, as I've described, I did try
11 and understand the process as part of writing
12 all three of my reports.
13    Q   Okay.
14        Can you please read the text in
15 the white box on the top left of the page?
16    A   "Guaranteed Authenticity.  Every
17 item.  Every time.  Shop on StockX with
18 complete confidence knowing every purchase is
19 100 percent verified authentic."
20    Q   Do you believe, or is it your opinion
21 that consumers shopping on a resale platform
22 like StockX face doubts about whether the goods
23 they're shopping for are genuine?
24    A   So that's a general question, and I
25 haven't done any consumer surveys, but

Page 153

1  certainly I think from an economic standpoint
2  that customers are going to want to -- as we've
3  talked about before -- receive genuine
4  products.
5     Q   Does StockX's guarantee on this page
6  that every purchase is 100 percent verified
7  authentic create consumer trust?
8     A   So, again, I haven't done a survey
9  about how consumers react to this process.
10 Instead what I do in my report is that this
11 process, which underlies this -- this document
12 where, you know, you've got "trust the process"
13 here.  This is what's instilling the trust,
14 this process which they describe below as a
15 rigorous, multistep verification procedure that
16 includes the following checkpoints.
17    Q   So earlier when I was asking you
18 about coring techniques used on platforms, I
19 think you mentioned eBay as one of the
20 platforms you looked at as part of your case
21 studies, right?
22    A   That's correct.
23    Q   And you said that eBay, one of the
24 coring techniques it uses to create trust is
25 guaranteeing authenticity, right?

Page 178

1  A  So I think it's certainly possible,
2  yes.
3  Q  Do you know if consumers doing a
4  search like that would be aware that StockX is
5  a secondary or resale marketplace based on the
6  Google search results?
7  A  Again, I have not studied this or
8  done this experiment.  All I can tell you is
9  about my own experience, that the moment I went
10 to StockX, it was very clear it was a secondary
11 marketplace to me.
12 Q  When you went to the link that your
13 daughter sent you for the Nike Dunk Low black
14 and white shoe, what was clear to you when
15 visiting that link that StockX was a secondary
16 marketplace?  How did you learn that?
17 A  Well, it's difficult to remember at
18 this distance.  But, you know, the moment I see
19 things like "view asks," "view bids," that's
20 the kind of indication to me that we're not --
21 you know, we're definitely in a platform
22 setting.
23    You know, obviously I teach
24 platform so maybe I take different cues than
25 some other people, but no, I mean, it seems

Page 179

1  very clear to me it's a secondary marketplace,
2  and the moment that you do any investigation of
3  the website, it becomes clearer and clearer.
4  Q  So on the exhibit that you're holding
5  in your hand, it says "Buy for 265," right?
6  A  Yes, that's right.
7  Q  Do you think a consumer looking to
8  purchase this shoe for that amount of money
9  would think that they were buying it from a
10 secondary marketplace as opposed to just a
11 retailer of this shoe?
12 A  Well, I mean, I haven't done any kind
13 of survey examination of how consumers respond.
14 All I would say is the moment I'm here and I'm
15 seeing things like retail price, $110, release
16 date, in the past, that's the moment I know
17 that this is a secondary marketplace.
18 Q  Sure.
19 A  So I haven't actually surveyed
20 customers to see what cues they pick up on.
21 Q  Right.
22 A  But I certainly see, you know, in all
23 the product description, you know, clear
24 evidence that it is a secondary marketplace.
25 Q  Okay.

Page 180

1    And that evidence is clear to
2  you because you study platforms, right?
3  A  So I'm saying that some of the things
4  which I see, such as "view asks," "view bids,"
5  may be less clear to some consumers.  But the
6  moment you see things like the product details
7  and, you know, a retail price and a release
8  date, it becomes far more evident.
9    You know.  And again, I can't --
10 again, it's hard to imagine -- I've not done a
11 survey of consumers, but the moment you see
12 "sell this item," again, it's going to evoke
13 websites such as eBay rather than a normal
14 retailer.
15 Q  Okay.
16    But just to be clear, you're not
17 offering an opinion about what consumers do or
18 do not understand when they visit StockX's
19 platform to purchase a shoe like this Nike Dunk
20 Low, right?
21 A  No, I haven't done any survey work or
22 anything.  You were just asking me for my
23 reactions and I was giving them.  But it seems
24 quite obvious to me.
25 Q  Okay.

Page 181

1    Going back to my question about
2  shoes -- Nike shoes that are being sold through
3  Nike.com and Nike authorized retailers while
4  simultaneously being available to be purchased
5  on the StockX platform, can you explain to me
6  why consumers shopping for that shoe does not
7  put Nike and StockX in a competitive position?
8  A  Well, I think I do that quite well in
9  my -- honestly in my surrebuttal report, so I
10 don't want to be repetitive.
11    But ultimately, when you're an
12 economist trying to understand whether there's
13 a competitive constraint, you have to ask
14 yourself, well, if there's a price increase in
15 one of these firms, would you see substitution
16 to the other firm?
17    And as I described in my report,
18 that doesn't seem clear-cut at all here.  If
19 it -- you know, if we're just thinking about a
20 price increase on Nike.com, then potentially
21 that's going to reduce demand for its shoes,
22 meaning that there's less of a rarity factor
23 and that people are able to buy them on this
24 primary market.
25    And as a result, what we're

46 (Pages 178 - 181)

Page 214

1      C E R T I F I C A T E
2          I, Jill K. Ruggieri, Registered Merit
3   Reporter and Certified Realtime Reporter, do certify
4   that the deposition of CATHERINE TUCKER, PhD, in
5   the above-captioned matter, on July 11, 2023, was
6   stenographically recorded by me; that the witness
7   provided satisfactory evidence of identification, as
8   prescribed by Executive Order 455 (03-13) issued by
9   the Governor of the Commonwealth of Massachusetts,
10  before being sworn by me, a Notary Public in and for
11  the Commonwealth of Massachusetts; that the
12  transcript produced by me is a true record and
13  accurate record of the proceedings to the best of my
14  ability; that I am neither counsel for, related to,
15  nor employed by any of the parties to the above
16  action; and further that I am not a relative or
17  employee of any attorney or counsel employed by the
18  parties thereto, nor financially or otherwise
19  interested in the outcome of the action.
20           _____
21
22           Jill K. Ruggieri, RPR, RMR, FCRR, CRR
23
24  Transcript review was requested of the reporter.
25

Page 215

1   WITNESS:  CATHERINE TUCKER, PhD
2
3        SIGNATURE PAGE/ERRATA SHEET
4
5   PAGE   LINE   CHANGE OR CORRECTION AND REASON
6   ___    ___    _____
7   ___    ___    _____
8   ___    ___    _____
9   ___    ___    _____
10  ___    ___    _____
11  ___    ___    _____
12  ___    ___    _____
13  ___    ___    _____
14  ___    ___    _____
15  ___    ___    _____
16  ___    ___    _____
17  ___    ___    _____
18  ___    ___    _____
19  ___    ___    _____
20  ___    ___    _____
21  ___    ___    _____
22  ___    ___    _____
23  ___    ___    _____
24  ___    ___    _____
25  ___    ___    _____

Page 216

1   ___    ___    _____
2   ___    ___    _____
3   ___    ___    _____
4   ___    ___    _____
5   ___    ___    _____
6   ___    ___    _____
7   ___    ___    _____
8   ___    ___    _____
9   ___    ___    _____
10  ___    ___    _____
11  ___    ___    _____
12  ___    ___    _____
13  ___    ___    _____
14  ___    ___    _____
15  ___    ___    _____
16  ___    ___    _____
17  ___    ___    _____
18  ___    ___    _____
19  ___    ___    _____
20  ___    ___    _____
21  ___    ___    _____
22  ___    ___    _____
23  ___    ___    _____
        I have read the transcript of my deposition taken
24  on July 11, 2023.  Except for any
        corrections or changes noted above, I hereby
25  subscribe to the transcript as an accurate record

Page 217

1   of the statements made by me.
2   Signed under the pains and penalties of perjury.
    Deponent: _____ ___/___/2023
3          CATHERINE TUCKER, PhD
    On this ___ day of _____, 202__, before me,
4   the undersigned notary public, personally appeared
    CATHERINE TUCKER, PhD, who presented satisfactory
5   evidence of identification, to wit,
    _____ , and signed this document in my
6   presence.
7   _____
    Notary Public in and for _____
8   My commission expires _____
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Deposition Date:** 7/11/2023
**Deponent:** Catherine Tucker, Ph.D. – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 12:8-9 | which I think DealDash believed **on their --** infringed on their trademarks | which I think DealDash believed infringed on their trademarks | Clarification |
| 13:16-17 | a cooler made by a famed firm **name** RTIC infringed | a cooler made by a famed firm **named** RTIC infringed | Typographical Error |
| 30:22-24 | Another would be Nandita -- **and I apologize, I'm forgetting her last name**. | Another would be Nandita **Krishnaswamy**. | Clarification |
| 31:4-5 | so there's also a **Julia**. | so there's also a **Johanna**. | Clarification |
| 31:7 | **Julia**? | **Johanna**? | Clarification |
| 31:8 | **Julia**. | **Johanna**. | Clarification |
| 33:23 | **Thibault** | **Thibaud** | Typographical Error |
| 34:6 | There's two Juliettes and a **Julia**? | There's two Juliettes and a **Johanna**? | Clarification |
| 37:13 | between 1999 -- 1999 and 1996 | between 1999 and 1996 | Clarification |

1

**Deposition Date: 7/11/2023**
**Deponent: Catherine Tucker, Ph.D. – Errata Sheet**
**Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 39:13-14 | I have been on a few what you might call **an** advisory **board** | I have been on a few **of** what you might call advisory **boards** | Transcription Error |
| 40:5 | copyright counterfeiting. | copyright**,** counterfeiting. | Typographical Error |
| 42:9-10 | the end result of these purse parties **are** often to induce | the end result of these purse parties **is** often to induce | Clarification |
| 42:12 | being a bit ashamed **having** | being a bit ashamed **of** having | Transcription Error |
| 44:3-4 | very good -- hard to have the right dependent measure | very hard to have the right dependent measure | Clarification |
| 50:10-11 | So, no, I have never – I've never **done**. | So, no, I have never – I've never **done so**. | Clarification |
| 52:10-15 | So if I buy sneakers, **I** bought them from a variety of places. I mean, it's going to sound tragic. **I** bought them from Walmart. I've bought them from Target. I've bought them from Amazon. **I** bought them from a Nike store. I've bought them from a New Balance outlet | So if I buy sneakers, **I've** bought them from a variety of places. I mean, it's going to sound tragic. **I've** bought them from Walmart. I've bought them from Target. I've bought them from Amazon. **I've** bought them from a Nike store. I've bought them from a New Balance outlet | Transcription Error |
| 60:8-9 | I can't say **that.** | I can't say **never.** | Transcription Error |

| **Deposition Date**: 7/11/2023<br>**Deponent**: Catherine Tucker, Ph.D. – Errata Sheet<br>**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) ||||
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 65:11 | Dr. Kammel | Ms. Kammel | Clarification |
| 65:21 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 71:7 | Dr. Kammel | Ms. Kammel | Clarification |
| 74:9 | verified verification | verification | Clarification |
| 77:25 | they were launching in the NFT and | they were launching in the NFT **space** and | Clarification |
| 80:20 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 81:10 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 86:24-25 | I don't think that's **not** a new opinion | I don't think that's a new opinion | Transcription Error |
| 92:21-93:1 | It means that when you look at StockX's incentive, they have what I call its imperative, is central to their ability to thrive, to engender trust on its platform between the different user groups, here buyers and sellers | It means that when you look at StockX's incentive, they have what I call its imperative, **which** is central to their ability to thrive, to engender trust on its platform between the different user groups**:** here buyers and sellers | Clarification |

**Deposition Date:** 7/11/2023
**Deponent:** Catherine Tucker, Ph.D. – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 94:10-12 | I believe that StockX has huge incentives to maintain trust, **so** generate and preserve trust on its platform. | I believe that StockX has huge incentives to maintain trust, **to** generate and preserve trust on its platform. | Clarification |
| 99:7 | Mr. **Amin** [sic] | Mr. **Amidon** | Clarification |
| 108:14-15 | how they've experimented, **been constantly** trying to improve | how they've experimented, **how they've been constantly** trying to improve | Clarification |
| 114:9 | Dr. Kammel | Ms. Kammel | Clarification |
| 123:15 | **yet** don't yet have a critical mass | don't yet have a critical mass | Clarification |
| 124:1 | Dr. Kammel | Ms. Kammel | Clarification |
| 124:12 | MS. **LAWSON**: Objection to form | MS. **BANNIGAN**: Objection to form | Transcription Error |
| 129:2-3 | when I was reviewing Mr. Huber's **report** | when I was reviewing Mr. Huber's **deposition** | Clarification |
| 133:22-23 | I think it's Mr. Amin – Russell Amin | I think it's Mr. Amidon – Russell Amidon | Clarification |

4

| **Deposition Date**: 7/11/2023<br>**Deponent**: Catherine Tucker, Ph.D. – Errata Sheet<br>**Case Name**: ***Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)** | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 136:2 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 136:11 | Dr. Kammel | Ms. Kammel | Clarification |
| 137:3 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 137:7 | Dr. Kammel | Ms. Kammel | Clarification |
| 137:10 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 138:9 | **I don't know if they come** within your complaint | **I can't remember if** within your complaint | Transcription Error |
| 139:10 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 151:17 | Dr. Kammel | Ms. Kammel | Clarification |
| 151:21 | Dr. Kammel | Ms. Kammel | Clarification |
| 152:6 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 159:8 | Dr. Kammel | Ms. Kammel | Clarification |
| 160:4 | Dr. Kammel | Ms. Kammel | Clarification |

**Deposition Date:** 7/11/2023
**Deponent:** Catherine Tucker, Ph.D. – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
| --- | --- | --- | --- |
| 160:8-9 | if there were **clear** instances where it was clear-cut | if there were instances where it was clear-cut | Clarification |
| 160:10 | Dr. Kammel | Ms. Kammel | Clarification |
| 161:13 | Dr. Kammel | Ms. Kammel | Clarification |
| 161:14-15 | but my **understanding,** it was a codification | but my **understanding is that** it was a codification | Clarification |
| 163:3 | But **my also** understanding | But **also, my** understanding | Clarification |
| 164:8-9 | limit that time window to **sort of** product complaints. | limit that time window of **other sorts of** product complaints. | Clarification |
| 191:13-15 | They're currently being used as **underpinning some kind** of generative AI platforms. | They're currently being used as **underpinning for some kinds** of generative AI platforms. | Clarification |
| 201:13-14 | I think this is something Mr. McNew actually **did** pick up on | I think this is something Mr. McNew actually **didn't** pick up on | Transcription Error |
| 203:15-16 | **what** happens | **why it** happens | Transcription Error |

6

**Deposition Date**: 7/11/2023
**Deponent**: Catherine Tucker, Ph.D. – Errata Sheet
**Case Name**: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 204:9 | I sort of go **for** it all | I sort of go **through** it all | Transcription Error |
| 207:10-11 | his opinions expressed in **a** report change mine | his opinions expressed in **his** report change mine | Clarification |
| 207:11-13 | I have reason to dispute some of the **way** he expressed it. | I have reason to dispute some of the **ways** he expressed it. | Transcription Error |
| 208:5-6 | this data **now has** suggested to me | this data **analysis** suggested to me | Transcription Error |
| 209:19-20 | didn't quite **understood** what he **mean** | didn't quite **understand** what he **meant** | Clarification |
| 211:5 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 211:8 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 211:12 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 211:20 | Dr. Kammel | Ms. Kammel | Clarification |
| 211:25 | Dr. Kammel's | Ms. Kammel's | Clarification |
| 212:20-21 | right kind of barriers to entry which **you're** giving incentives | right kind of barriers to entry which **are** giving incentives | Transcription Error |

I, Catherine Tucker, Ph.D., do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on July 11, 2023; that I have made such corrections as appear noted herein; and that my testimony as contained herein, as corrected, is true and correct.

DATED this 14th day of August, 2023.

*[signature]*

_____
Catherine Tucker