# Exhibit 14

Dear Christophe,

Whilst I appreciate you being pleasant and getting back to me quickly, it is nothing short of a disgrace what StockX are trying to get away with here. A company which I would I like would like to point out promise the following to all customers.

• **Guaranteed Authenticity**. *Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.*

• **Trust the process**. *Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:* **Construction**. *With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.* . **Quality assurance**. *A final check in our authentication practice, our QA experts ensure nothing slips through the cracks.*

This makes a complete mockery of the StockX promises and authentication process and also shows how StockX are happy to wipe their hands of a situation just because 2-3 months have passed. I must note that the shoes I was wrongly sent have still not been worn nor have they even been tried on. The pair I ordered look exactly the same with the only difference being the inside label! Why would I check this when I was so confident that I would be provided with a honest service.

I would also like to note that the 2004 release do not have a higher value as they are essentially unwearable because the sole is likely to crumble and glue become dislodged meaning finding a potentially buyer becomes a lot more difficult. Regardless of wether or not they are worth more I have been let down by your company at no fault of my own, a situation which feels like a scam.

If I am not offered an exchange or any reimbursement, I will be sharing these emails and pictures on a public forum which I'm sure would harness StockX's credibility. I have not even been given an explanation as to how this slipped through what I thought to be a rigorous authentication process.

While I understand and can appreciate this is not your personal fault, I can't help but feel that I am being mistreated as a customer of yours.

Best wishes,
Ben

> On 7 Mar 2022, at 11:57, support@stockx.com wrote:
>
> Hi Ben,
> Thank you for your prompt response!
> I understand the situation, but I believe we cannot do anything for this claim as you are out of the period for claims.
> Myself being collecting sneakers, I can only advise you to resell your pair on StockX, as the primary 2004 release has a higher value than 2008 one.
> In case anything additional would be needed, please let me know and I'll follow up quickly!
>
> Best,
> Christophe
> Team StockX

**Confidential**                                                                                                                                                                                                                           STX0273234