# Exhibit 15

You did not send a wrong size you sent the wrong shoe and not even the shoe it was supposed to be your verifying process is bullshit and fake my bank is dealing with it already and I☐m gonna make sure this is posted to instagram since you claim to verify shoes you sent the wrong shoe a woman☐s shoe not even the one I ordered complete fraud

On Mon, Mar 14, 2022 at 9:57 AM support@stockx.com <support@stockx.com> wrote:
> Hi Reinaldo,
> I sincerely apologize that we seem to have sent you the wrong size.
> Since StockX is a live marketplace and not a retail store, we do not have inventory to do an
> Exchange.
> Attached is a return label for Order# 33947273 to send back your item at your earliest convenience so our team can verify the issue.
> Be sure to include the receipt with the rest of the original contents of your package. Once your item is received, our Quality Assurance team will review the item before issuing a refund. This is just to ensure that the item was returned to us in the same condition that you received it in.
> If approved, your refund will be issued.
> Please keep in mind once the refund is issued, the funds typically take 3-5 business days to be processed back onto your original payment method.
> Kindly,
> Sherice

Confidential
STX0203963