# Exhibit 16

Hello,

I was sent the wrong shoe for the second time.

Here are photos to prove it.

image0.jpeg   image1.jpeg   image2.jpeg   image3.jpeg   image4.jpeg

Thank you,
Shawn

> On Mar 19, 2022, at 1:18 PM, support@stockx.com wrote:
>
> Hey there Shawn!
>
> Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1049691-G6F2R1: "Returns / Exchanges" has been created.
>
> We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.
>
> If you haven't already provided the following information, please reply to this email with it to help us serve you faster:
>
> - Photo(s) of the issue to which you're referring
> - Photo of the StockX verification tag still attached to your item
> - Photo of the QR code on the back of the tag.
>
> - Email address associated with your StockX account
> - Order # if applicable
> - Description of your case
>
> We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!
>
> We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!
>
> We look forward to connecting with you soon!
>
> Thank you,
> StockX Support
> https://stockx.com/help

Confidential                                                                                                                STX0205582