# Exhibit 17

I�ve tried to send you a couple emails and I keep getting message that says undeliverable. I receive the wrong shoe. Not just wrong color way. I�ve reattached screen grab of my order.

On Tuesday, April 5, 2022, 12:21:39 PM CDT, support@stockx.com <support@stockx.com> wrote:

Hey Bobby,
Thank you for contacting StockX support in regards to you receiving the incorrect colorway on your order. Being a sneaker collector myself, I definitely can understand your frustration considering those shoes are extremely cool. My name is Jordan and i'll be more than happy to assist you with this issue. I hope you are doing well today.
At this time, if you can please reply to this email providing me with pictures of the following below if possible. This will help me better understand the condition of your item that you are reaching out about as I look forward to assisting you!
Please send us the photos of the details below for our review:

- Any specific flaws you have noticed ??
- Box label/Box??
- Size tag ??
- Left and right sides of the item ??
- Outsoles of the sneakers (if applicable)??
- The StockX verification tag that is still attached to your item with a clear photo of the QR code on the back of the tag.?

I do truly apologize for any inconveniences this may have caused you as I am glad to be able to assist you with your order. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!
Thank you for your continued support with StockX!
Best Regards,
Jordan

Confidential    STX0210074