# Exhibit 18

*Redacted Public Version*

Hi Bri,

Thank you for helping me out. I also wanted to add that these shoes I have received are very very used. the stench from the shoes are just repulsive. I'm still trying to process how this stuff works. I don't get how these would pass the authentication center, especially them being the completely wrong shoe. It's either internal thing or a fed ex worker took their shoes off and swapped them out with the ones I ordered and boxed them back up. I just want the shoes I ordered.

Thank you,



Sent from my iPhone

> On Jun 16, 2022, at 4:43 PM, support@stockx.com wrote:
>
> Hey Michael,
> Thanks for reaching out to StockX in regards to receiving an old pair of Jordans instead of your Zoom Haven 97 CLOT White Gum order. We apologize for the inconvenience and I'd be happy to assist you.
> In order to better assist you, could you please send over photos of what you received? I am sorry again for the inconvenience. We look forward to your reply.
> Best,
> Bri

Confidential
STX0233453