# Exhibit 19

*Redacted Public Version*

Dear Shanese

Many thanks for your email.

Unfortunately, I am not sure your email takes matters further. To be clear, this is the first time I made a purchase at StockX and I am very disappointed.

The purpose of the purchase was ultimately to wear the trainers Nike Dunk High Retro White Vast Grey (2021) at a special event, which I can no longer do.

Further, your website expressly states "*Every item sold goes through our proprietary multi-step verification process with our team of expert authenticators*", yet StockX has failed to deliver. Consumers pay a further charge on top of the purchase price of the goods, especially for this process. Therefore, in circumstances where StockX purports to deliver high quality products and represent brand names such as Nike, Jordans etc., for a premium price, it is unacceptable for a mistake to occur from the outset.

Moreover, you state in your email that "*The original shoes you wanted are still listed and are in the price range you purchased them for initially*." Are you able to guarantee that I would be able to re-purchase the trainers I expected to receive at the same price as I paid for the incorrect trainers? It is not clear what is meant by "*price range*". Also, it seems unfair for a consumer to have to pay a consequential higher price for a mistake made on the seller's part.

In your email you also suggest that StockX will not charge for delivery. However, you do not mention anything about a waiver for the processing fee or ultimately, reimbursement for the inconvenience caused - inconvenience of time, effort and money.

In circumstances where (a) I am now no longer able to wear the trainers on the date I originally envisaged; (b) there is no guarantee that I will be able to purchase the trainers for the same price I bought the incorrect set; and (c) no reimbursement has been offered for the loss of time, effort and sheer disappointment, I am not sure I can close the dispute with the financial institutions yet.

I look forward to hearing from you with a view to resolving this amicably.

Many thanks.

Yours sincerely

[redacted]

On Mon, 20 Jun 2022 at 21:08, support@stockx.com <support@stockx.com> wrote:
> Hi Neeyal,
> Thank you for reaching back out to StockX. My name is Shanese and I am an account specialist. I apologize immensely for the incorrect colorway you received. I understand this may have been an overlook by our verification team and am so very sorry for this experience. The authenticators are only human, but we will note this mishap for our information. I understand you were expecting the specific colorway for the Nike Dunk High Retro White Vast Grey (2021) and received a sort of inverted version.
> I do see that the previous agent provided you with a prepaid return label. Once you've returned the shoes we can provide you with a refund of your shoes, as was your request. The original shoes you wanted are still listed and are in the price range you purchased them for initially. However, I can certainly provide you with a free shipping discount for the inconvenience.
> Please also note, we do see that a retrieval dispute has been filed with your financial institution. If you do decide to return the shoes, this open dispute will hinder the processing of your refund, as it will have to go through the dispute with your financial institution, which can take up to 90 days for completion. We do advise closing the dispute before you return the shoes so that we can handle your inquiry on our end and review your account for reinstatement.
> Please let me know if you'd like the discount code and I can generate this for you to use on your next purchase. Thank you for contacting StockX.
> Best,
> Shanese
> -------------------- Original Message --------------------
> **From:** [redacted]
> **Received:** Mon Jun 20 2022 10:08:30 GMT-0400 (Eastern Daylight Time)
> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> **Subject:** Re: EU/UK Return CRM:03020004802
>
> Hi,
> Thank you for your email.
> This is a mistake on behalf of either the seller trying to sell me the wrong shoe and trying to get away with it. Or stockX not �processing� the product properly during authentication (which stockX charges the customer for).
> This needs to be dealt with properly, rather than just a quick and easy refund.
> I have paid �175 plus fees for Nike Dunk High Retro White Vast Grey (2021). NOT for just Nike High Dunk Retro�s which have come out last week. (They are a different colourway).
> Now I will not get the Nike Dunk High Retro Vast Grey for the price I thought I had bought them for. IF I keep these then I have paid way over the price of what they are. Which stockX has �authenticated� and sent to me. How did anyone think they would get away with this?
> I still want the Nike Dunk High Retro White Vast Grey (2021) for the amount I purchased them for. Or I keep these and get my full refund. Or keep these and get part refunded, refunding me the difference of the retail value of these Nike Dunk Retro Highs and what I paid for on the trainers I originally thought were going to be delivered to me.
> In this email I have attached everything to prove what I had paid for. And what I actually received.
> Thank you,
> Neeyal
> [x]
> [x]



On Mon, 20 Jun 2022 at 13:03, support@stockx.com <support@stockx.com> wrote:
> Hey Neeyal,
>
> Thank you for contacting StockX, I will be happy to help you today!
>
> I am sorry to hear you wish to return your first order with us for the Nike High Dunk Retro's, I will open a return for you.
>
> As a live marketplace, we don't hold inventory and can't offer returns or exchanges - as a buyer, you're always welcome to resell any unwanted item. However, you do have your right to return as a UK customer and I've created a return for you.
>
> Attached to this email is a prepaid shipping label with UPS - you can take your item to one of UPS' drop off point and make sure to ask for a drop off receipt.
>
> I will leave a link here, this is the tracking information for the return so you can track it back to us yourself.
>
> Once we receive your Nike High Dunk Retro's at our authentication centre, they will be reviewed by our team and if they're in the same condition they were sent, we'll process an automatic full refund for you.
>
> If you have any other queries or questions, do not hesitate to get back to me.
>
> Thank you for joining our StockX family.
>
> Warm regards,
>
> Jason
>
> StockX

Confidential                                                                                                                                                                                STX0234754