# Exhibit 20

Thank you so much for your help!! As you could tell they sent the wrong shoe with the correct recite of the actual shoe I was suppose to receive

On Tue, Nov 2, 2021 at 5:11 PM support@stockx.com <support@stockx.com> wrote:

> Hey Tatiyana,
>
> Thanks for getting back out to me, Of course, I was able to see them. I've assigned your case to our Claims department which will be actively working in order to resolve this issue asap. It shouldn't take more than 7-10 business days.
>
> Selenia

Confidential
STX0239445