# Exhibit 22

this is another picture of proof that they sent me the wrong shoe.



On Jan 13, 2022, at 3:44 PM, support@stockx.com wrote:

Hey there Shi!

Thank you for reaching out to StockX Support. We've received your message and Case #CAS-710334-H9S7J3: "Returns / Exchanges" has been created.

We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.

If you haven't already provided the following information, please reply to this email with it to help us serve you faster:

- Photo(s) of the issue to which you're referring
- Photo of the StockX verification tag still attached to your item
- Photo of the QR code on the back of the tag.

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!

We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!

We look forward to connecting with you soon!

Thank you,
StockX Support
https://stockx.com/help

**Confidential**                                                                                                                                 **STX0260749**