# Exhibit 23

*Redacted Public Version*

00150001335
StockX Case # CAS-855896-V6R0Z9 Returns / Exchanges
I've reached out twice now, this being the third regarding the wrong color way arriving after I purchased a different color way. I was given two options and option two (Have the item returned using a prepaid shipping label for review of the sneaker. If determined by our quality assurance specialists that this is indeed the wrong sneaker, a full refund would be issued to your form of payment. Once approved, the refund may take 3-5 business days from the date processed to reach you.) is the only one that applies as I do not want to keep the wrong shoe or go through the process of reselling a shoe I for one don't want and two didn't pay for as I paid for the Purple dusk. I will gladly send them back for a full refund, and then purchase another shoe in the coming weeks after I am refunded. If you could give me the information I need to send the package back that would be appreciated.

Sent from my iPhone

> On Feb 14, 2022, at 4:55 PM, support@stockx.com wrote:
>
> Hey Mitchell,
> I'm sorry, however, it looks like your previous message failed to reach me. I'm still willing to help you out with this mix-up, just let me know which option you decide will be best.
> Thank you,
> JD
> ------------------- Original Message -------------------
> **From:** support@stockx.com <support@stockx.com>;
> **Received:** Mon Feb 14 2022 17:30:39 GMT-0500 (Eastern Standard Time)
> **To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> **Subject:** StockX Case # CAS-855896-V6R0Z9 Returns / Exchanges CRM:00000000001
>
> Hi Mitchell,
> Thank you for reaching out to StockX. We noticed you already contacted us about a similar issue, CAS-855896-V6R0Z9. In order to help you more quickly and efficiently, we've added this new inquiry to your original case.
> Our customer service team usually responds within 24 hours, and we'll review all recent inquiries associated with your case at that time.
> Thank you for being a StockX customer and we look forward to supporting you soon.

Confidential
STX0268120