# Exhibit 24



NIKE0000443