# Exhibit 25

Due to no response I am guessing the issue isn't resolved and I will be stuck with a FAKE pair of sneakers even though I paid stockx to verify authenticity before receiving. I understand why Nike is upset now

On Thu, May 26, 2022, 7:56 AM support@stockx.com <support@stockx.com> wrote:
> Hey David,
> I appreciate you contacting us.
> I hope all is well with you and your family! Due to no response, I am going to go ahead and close this inquiry as we can only keep them open for a couple of days after your last response.
>
> However, when you reach back out someone will be here to help again.
>
> Please reach back out with the requested information and we�ll pick up where we left off.
>
> Best regards,
>
> Nicole

Confidential
STX0224673