# Exhibit 26

*Redacted Public Version*

Ive received no response from this company. I'm going to go ahead and report this and make a claim with my credit card company

On Jun 8, 2022, at 12:52 PM, Jennifer Corredor <jcorredor3@aol.com> wrote:

Hello,

I understand if there are minor inconsistencies but as I explained and showed in the photographs in the last email, the differences go beyond inconsistencies. The leather quality is completely different and I have never seen that with Nike sneakers that were the same shoe. The swoosh on the size 5 has glue and pieces of the leather sticking out. You can also compare it to other dunks online and none of them look like this. I have not seen this on authentic dunks. Why would I want to resell this shoe to someone else that is fake, the person selling this should be accountable. This company is stealing people's money by authenticating a product and saying it is real just to get the money.

On Jun 7, 2022, at 10:08 AM, support@stockx.com wrote:

Hello Jennifer,
Thank you for reaching back out to us here at StockX!

I see you are reaching out regarding your purchases of the Nike Nike Dunk Low White Black (2021). I am sorry to hear you received your item in a condition you were not expecting. I would like to assure you I am here to help!

I have received word from our senior verification team and they have explained that the recent releases of Dunks have had many inconsistencies featured on these pairs. Many pairs show signs of fraying stitching, excessive glue, and creasing that have been cleared for release by the manufacturer. These sneakers have been observed by several authenticators who have confirmed this item's condition and authentication. I do apologize for any inconveniences this may have caused you as I understand your frustration in purchasing an item you have concerns with.

The good news is that the selling side of our platform would allow you to resell this item if you no longer wish to keep them. Your business is very important to us and we want to always be sure that if you're not satisfied that we will be in a position to assist you further. I would also like to provide you with either a $30-Off discount code (for both items) or a $30-partial refund (for both items) for the inconvenience. Please follow up in this email with how you would like to proceed.

We will always be here to assist. If you have any questions or concerns, feel free to reach out to us.

Best,
David

Confidential
STX0229771