# Exhibit 27

*Redacted Public Version*

Hello this is terrible communication when it was time to take my money it was ok now there is a problem from your Sode I have had no response on over 8 days

Sent from my iPhone

> On 22 Jul 2022, at 19:06, ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>
> ???
>
> Sent from my iPhone
>
>> On 21 Jul 2022, at 14:11, support@stockx.com wrote:
>>
>> Hi Kicksz,
>> Thank you for your patience and I hope you are well.
>> I apologize for my late reply, but we took the time to verify your Jordan 4 Retro Shimmer (W) , and to investigate further.
>> we can understand your frustration and concern.
>> I'm Jiwan again, happy to follow up.
>> After a review with our internal team and a thorough verification, I have informed you that your Jordan 4 Retro Shimmer (W) did not pass the verification.
>> I'm sorry for the disappointment, I did my best in order to help you, but if the product is not within our terms and conditions, we cannot make exceptions.
>> I apologize for the inconvenience and we thank you for your understanding.
>> Please let us know if you have any other questions.
>> Thank you to be part of StockX.
>> Best
>> Jiwan
>> StockX

Confidential
STX0236761