# Exhibit 28

*Redacted Public Version*

Hello Gaetano,

It has been 4 days since I had a response from you, what is happening? I□m very upset at this lack of service as it□s been two weeks since I contacted the company about this issue as well, if there is no response, I am contacting my bank and registering this as fraud.

Please respond,
Natasha

On 3 Nov 2021, at 20:12, support@stockx.com wrote:

Hey Natasha,
I hope you are having a wonderful day so far! My name is Gaetano, and I am a Resolutions Specialist here at StockX!
I understand you are reaching out in regards to a charge from StockX to your bank account, however, no order was created. As a buyer myself, I understand how concerning this can be to you and you can rest assured that I am here to assist and see this issue through!
We kindly ask that you provide a screenshot of the charge via this email thread at your earliest convenience so we can verify it and look into processing a refund. This will help us tremendously in our investigation! I apologize for the inconvenience in the meantime! We appreciate your patience and understanding greatly!
If you have any more questions or concerns please do not hesitate to reach out to us again! Enjoy the rest of your day and stay safe!
Thank you for using StockX! I look forward to hearing from you!
Warm Regards,
Gaetano
------------------- Original Message -------------------
**From:** ████████████████████████
**Received:** Wed Nov 03 2021 11:44:19 GMT-0700 (Mountain Standard Time)
**To:** Case 09535118 <support@stockx.com>; X X <support@stockx.com>; support@stockx.com <support@stockx.com>;
**Subject:** Re: Current Order - Purchase CRM:04330000697

Hello there,
This is the correct email address as I don�t have another. I signed up via apple so my email address was hidden but as the company, you should be able to see the email address. As a first time buyer this entire situation is completely hindered my belief in this company. Please make sure this situation is sorted, it is unfair that company has basically robbed me.
Thank you,
Natasha

On 3 Nov 2021, at 17:26, support@stockx.com wrote:

Hey Natasha,

I hope all is well!

It appears you are reaching out from an email not associated with a StockX account at the moment.

We ask that you reach out from the correct account in order to protect your information as well as the integrity of the marketplace!

We appreciate your patience and understanding!

Thank you!

Warm Regards,

Gaetano

**Confidential**

**STX0238363**