# Exhibit 29

*Redacted Public Version*

Is someone going to respond???? As buyers, we have done everything we are supposed to do. These shoes need to be returned, and I'm awaiting a response. My 15 year-old daughter, with our permission, purchased these shoes with all of her Christmas money, and she received completely unacceptable condition shoes. She did everything she was supposed to do, and your solution is a $30 refund?!? This is absolutely unacceptable, and I responded twice to your unacceptable offer with no response from you. A shipping label needs to be provided and a full refund. No other ☐resolution☐ is acceptable. Please respond, so she can get her money back and buy a real pair of purple pulses instead of these torn-up fake ones. Thank you.

> On Jan 18, 2022, at 10:48 AM, Kaeda ███████ wrote:
>
> This is absolutely unacceptable!!! How did you come up with this solution based on my response and the pictures I sent??? I need a return shipping label and a FULL refund. This is not what I paid for whatsoever!
>
> On Tuesday, January 18, 2022, 08:36:37 AM CST, support@stockx.com <support@stockx.com> wrote:
>
> Hi Kaeda,
>
> I am sorry to hear that you are unsatisfied with the item you received from StockX.
>
> I know it can be disappointing when the item you receive isn't exactly what you expected.
>
> Since StockX is a live marketplace and not a retail store, we do not have inventory to do an exchange.
>
> I would like to offer you one of the options below:
> 1. $30 off a future purchase
> 2. $30 partial refund
>
> Looking forward to hearing back from you soon.
>
> Best,
> Sherice

Confidential
STX0260868