# Exhibit 30

*Redacted Public Version*

This is now over 3 working days that I have had no response. I want my money back. If I don't hear from you within the next 24 i will be taking this further.

**From:** ▮
**Sent:** 04 February 2022 17:04
**To:** support@stockx.com <support@stockx.com>
**Subject:** Re: CRM:07350000977

It has now been 48 hours since I have had any communication from you. your website says that you reply within 24 hours. I want a full refund! I have provided all of the information requested multiple times.

**From:** ▮
**Sent:** 04 February 2022 09:19
**To:** support@stockx.com <support@stockx.com>
**Subject:** Re: CRM:07350000977

Hi,

I am yet to have a response to my email I sent on Wednesday regarding the Nike Dunk Low Harvest Moon I received, they have a dirt mark on the inside & they are the wrong size. The response I did get was either automated or the person didn't read my complaint/issues. I was hoping this could be resolved but I now want a full refund (☐174) for the product.

Details of the order again stated below:
The date the item was ordered on - 27/01/2022
The date the order was received - 2/02/2022
The order number - 32947657-32847416
The name of the product - NIKE DUNK LOW HARVEST MOON
Your name - ▮
Your complete address (including zip code, city, and country) - ▮
Photos of the item with the StockX verification tag still attached - **ATTACHED**

**From:** ▮
**Sent:** 02 February 2022 16:08
**To:** support@stockx.com <support@stockx.com>
**Subject:** Re: CRM:07350000977

Hi Dante,

Thank you for getting back to me so quickly. I think you might have misunderstood my issues with the product, I don't think that they are not authentic. The sizing chart on your website is wrong & there is a dirt mark on the inside of the shoes. I have sent pictures of both in my original comms & in to another support email I received before this one.

best,

Lauren

**From:** support@stockx.com <support@stockx.com>
**Sent:** 02 February 2022 15:59
**To:** ▮
**Subject:** CRM:07350000977

Hey Lauren,
I hope you are having a great day! Thank you for reaching out to StockX Support in regards to an issue you have with your order of the Nike Dunk Low Harvest Moon (W). My name is Dante, I am a product specialist here at StockX and I am more than happy to have the opportunity to assist you with your concern.
I am sorry to hear that you believe the item you received is not authentic. Prior to shipping the item to you, we verify it in person with our authentication experts who inspect each item to ensure that it meets our condition standards. With that being said, we☐re certainly happy to review your purchase. Please send us photos of the details below for our review.
Any specific flaws you have noticed
Box Label
Size Tag
Outsoles of the sneakers
The StockX verification tag is still attached to your item and a clear photo of the QR code is on the back of the tag.
We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!
Best Regards,
Dante

**Confidential**                                                                                                                                                      **STX0265816**