# Exhibit 31

*Redacted Public Version*

Hi can you advise what is happening. Iv had no response

> On 8 Feb 2022, at 1:15 pm, ▮▮▮▮▮▮▮▮▮▮ wrote:
>
> Yes i sent all the relevant documents you asked for over do you need me to resend them
>
>> On 8 Feb 2022, at 1:03 pm, support@stockx.com wrote:
>>
>> Hi Liam,
>>
>> I was just checking to see if you still need my assistance. I am following up our previous email. We would like to provide you with a resolution of your issue as soon as possible.
>>
>> Please reach back out with the information previously requested, we will happily assist you further.
>>
>> Best regards,
>> Nelson
>> StockX

Confidential