# Exhibit 32

33136460-33036219

I am having horrible issues with the order above. PLEASE someone email me back! I have sent 10 emails with no response!

Sent from my iPhone

> On Feb 14, 2022, at 1:28 PM, support@stockx.com wrote:
>
> Hi Damon ,
> Thank you for reaching out to StockX. We noticed you already contacted us about a similar issue, CAS-861871-B2D5G6. In order to help you more quickly and efficiently, we've added this new inquiry to your original case.
> Our customer service team usually responds within 24 hours, and we'll review all recent inquiries associated with your case at that time.
> Thank you for being a StockX customer and we look forward to supporting you soon.

Confidential
STX0268448