# Exhibit 38

I never sold a fake pair in my live I know that the sneakers are OG . stockx never sold a retail pair to compare my shoes . the first 2 sales in stockx are my sneakers . they have to find better authentication employer.that happen with a lot of people and I saw a lot of fake pair that stockx pass like are OG . your authentication team is not too good. use a UV light is the better form for authentications

On Sat, Apr 23, 2022 at 7:32 AM support@stockx.com <support@stockx.com> wrote:
> Kevin,
> Thank you for bringing this concern of the verification results for your sale of Jordan 1 Retro High Travis Scott Reverse to our attention. I understand you would like more clarity on why it did not pass our verification check. I☐ll be happy to assist you with this as I understand it can be upsetting when an item doesn't pass and you had every intention of completing the sale.
> Our team did discover that your sneakers arrived to us with too many variances in materials and construction when compared to authorized, retail items. Specifically, there were issues with the label and build of the sneaker. Because of this, we could not allow it to pass. We do state in our FAQ that we do penalize sellers with a $15 penalty fee and account suspension for failing to complete a sale. However, we decided against enforcing those penalties as your account is in good standing with us. We will be sending it back to you shortly via 1Z45085V0336947120
> I☐m happy I was able to assist you today! We☐re always here if you have any questions. Thanks for being a part of the StockX fam!
>
> Best,
> Stefan

Confidential

STX0214114