# Exhibit 39

Ty I left you a survey! I appreciate the information

On May 6, 2022, at 1:19 PM, support@stockx.com wrote:

Hey Meelad,

Thank you for your patience during this time. We are very sorry to hear about this selling experience and the penalty fee that was incurred. My name is Dominique, I am a Resolution Specialist here at StockX. Allow me to provide further details on how we can move forward.

As stated in our terms, failure to complete a sale may result in a penalty fee equivalent to 15% of the transaction price, with a minimum charge of $15 USD or local currency equivalent. Your account can be subject to a penalty fee if you sell and ship StockX an item that does not meet our condition guidelines. Because sale #36591983 did not pass verification, you were charged the 15% penalty fee.

We know this is frustrating and we understand where you are coming from. Because we appreciate your business we are making a one-time exception to waive the penalty fee. We have issued a full refund for the penalty fee that was incurred. Please allow up to 7 business days for your refund to process back to your card on file. Keep in mind for the future, any unfulfilled sales will result in a 15% penalty fee.

Thank you for choosing StockX!

Kindly,

Dominique

Confidential
STX0218814