# Exhibit 40

*Redacted Public Version*

Thank you for that Sherice, but I'm still confused about how do I prevent this moving forward? If something I've purchased from Nike itself isn't passing StockX process what hope do I have that things I purchase from other sites like footlocker/Eastbay/finish line is going to?

███████

On May 29, 2022, at 10:29 AM, support@stockx.com wrote:

Hi Kevin,
I sincerely apologize, for any frustration this may have caused you.
Do to the findings during verification, unfortunately we could not move forward with this sale.
Unfortunately, the receipt cannot be used as a factor as proof of anything. As each item must t undergo a rigorous multistep procedure.
I have successfully refunded the penalty fee that was charged to you for the verification fail.
Please, allow 3-5 business days for the refund to reflect in your account.
We appreciate you as a user of StockX!
Kindly,
Sherice

Confidential