# Exhibit 41

Great thanks, I did get charged for this $15. When will that be reversed?

Thanks again.

Sent from my iPhone

On Dec 5, 2021, at 3:44 PM, support@stockx.com wrote:

Hi Tony!

Thanks for reaching out to StockX support service. I see you have some questions about your sale and why it didn't pass the authentication process. I am Johan, and It is a pleasure for me to assist here.

After reviewing your order #30080544 I could see that your Nike Dunk Low UNC did not pass over our authentication process due to Manufacturing defect. Since both shoes have wrinkling in leather.

I understand this was not the experience you wanted to have and this is not by any means what we wanted you to experience. However, the decisions and outcome behind the authentication process are entitled only to our verification experts and not even us, customer service representatives, can dispute that. It will be returned to you soon, keep an eye to your email for further updates with the returning tracking information.

Since this is your first verification failure, we have waived our usual penalization for the failure of the sale. For future listings, please keep in mind that sellers must follow through with the orders, failure to complete them may result in a minimum $15 penalty fee. I also attached the pictures to confirm the results.

Once again I apologize for any inconveniences this may have caused and I thank you for understanding.

Best,
Johan.

Confidential
STX0248547

Confidential                                                                                                                                        STX0248548

Confidential

STX0248549