# Exhibit 42

Hi Sarah,

Thank you a lot , I am taking caution every time I list my item on StockX moving forward , I love the platform and want to continue to sell on this platform. I really do appreciate that you will be refunding the penalty fee as It was an accident. I hope you have a great holiday and happy New Years when it comes.

On Thu, Dec 23, 2021 at 12:42 PM support@stockx.com <support@stockx.com> wrote:

> Hey Alamor,
>
> Thank you for your patience while I reviewed your case. My name is Sarah, I'm a Resolution Specialist here at StockX. It's my understanding that you were charged a penalty fee for order 31406139. It would be my pleasure to assist you with this matter! I am sorry for this experience, as I'm sure you were disappointed to see this sale could not be completed.
>
> Due to your Seller history, I will be happy to make an exception and refund this fee. The refund may take 3-7 business days to be available, depending on your financial institution. I do want you to know moving forward that we may not be able to make this exception again.
>
> When you sign up for StockX and list an item for sale you do agree to our terms. The terms for Sellers include an agreement of a penalty fee equivalent to 15% of the transaction price, with a minimum charge of $15 USD or local currency equivalent if the sale cannot be completed for any reason. Take extra care when listing your items for sale, and make sure to closely review your items.
>
> I'm happy we were able to make this exception and thank you for giving us the opportunity to support you. Please let us know if there's anything else we can do for you. We're happy to have you as a member of our StockX family and will always be here to help!
>
> Best,
>
> Sarah

Confidential

STX0253663