# Exhibit 43

Thanks

On Fri, Jan 14, 2022 at 12:07 PM support@stockx.com <support@stockx.com> wrote:

> Hello Joe,
>
> Thank you for reaching out to StockX. I am sorry to read your order was canceled. My name is Roman and I am a resolution specialist here at StockX. I would be glad to assist you.
>
> I'm more than happy to give you clarity on the verification results for your order #32133914. After reviewing the notes indicated from the Authenticators and Quality Assurance teams, Your item didn't pass the process due to manufacturing defects, specifically, the size tag isn't sewn in all the way. Due to this result, we were not able to ship this to the potential buyer as this did not meet our standards and quality.
> I understand your current frustration and concerns regarding the authentication results of your item. Our Authentication Teams' decisions are considered final and I apologize for any inconveniences caused, as I realize this is not an ideal outcome. If in the future you are ever unsure if an item will pass authentication, you are always more than welcome to reach out to us before listing the item as we can receive the expert opinion from our Authentication Team for you of whether or not they believe an item will pass. As an exception and appreciation for your business with us, I would be glad to refund your penalty fee. Please expect the funds back in your original payment method in the next 3-5 business days.
> Thank you for your continued support during these difficult times! I hope this information helped. If you need anything else in the future feel free to reach back out to StockX.
> Best,
> Roman

Confidential

STX0260897