# Exhibit 44

*Redacted Public Version*

Thanks so much DaShawn, I really appreciate it.

Best Regards,

██████████

---

**From:** support@stockx.com <support@stockx.com>
**Sent:** Wednesday, February 16, 2022 2:41 PM
**To:** ██████████
**Subject:** Penalty fee refunded CRM:02500001914

Hey Diego,

I hope you are well!

My name is DaShawn, and I work in our team that assists with refunds. First off, I know you are a phenomenal Seller through us. I am happy to assist with these automatically processed penalty fees on order #33293754.

I just went ahead and issued a refund on the applied fee for you! Please allow 3-7 business days to receive both of these refunds. I know these were listed with the intention of completing your sale. I just want to let you know, future cancellations may result in a penalty fee of up to 15% of the Payout.

I know this won't be an issue for you based on your record as a reliable Seller through us.

If you have any further questions or concerns, don☐t hesitate to reach out!

Stay safe,
DaShawn

Confidential
STX0269068