# Exhibit 45

| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/What-is-the-StockX-Return-Policy |
| Page loaded at (UTC): | Fri, 02 Dec 2022 19:21:16 GMT |
| Capture timestamp (UTC): | Fri, 02 Dec 2022 19:24:28 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 0f98557b-1852-47be-9cd3-45b76b1e1486 |
| User: | anna |

PDF REFERENCE #:    cSVkV8B7QmL9QcgTkzEXRs

CONFIDENTIAL
NIKE0042394

# What is the StockX Return Policy?
10/18/2022

StockX is a live marketplace and prices fluctuate based on supply and demand in real-time. As such, once a Bid and an Ask are matched, an order is created and we are unable to offer returns, exchanges, or swaps. You can always resell the item on our platform if you no longer wish to keep it. For information on how to get started as a Seller on StockX, please visit our Selling page.

While we cannot accept returns or exchanges, every purchase on StockX is backed by our Buyer Promise. Should we make a mistake (e.g. we ship you the wrong order, we incorrectly verify an item), we'll make it right. To learn more, refer to the FAQ: What is the StockX Buyer Promise?

Please note, if you are an EU/UK resident and would like to exercise your right of withdrawal, you can find more information in the following FAQ: What does the right of withdrawal mean for EU/UK customers?

At times, you may have an issue with your order that does not qualify for support under our return policy or our Buyer Promise. In these instances, we encourage you to resell your item on StockX. The following issues are not supported:

- *Incorrect Size:* We are unable to offer returns, exchanges or swaps—including if you ordered the wrong size or the item does not fit as intended.
- *Items 5-years out from release-date with signs of damage consistent with aging:* Some of the products available on StockX are many years out from their original release date. Despite requiring all items be sold unworn, we take into account product age during our verification process. Due to this, there may still be structural decomposition consistent with aging among certain product types, such as sneakers.
- *Price Fluctuations:* On StockX, prices fluctuate in real time based on the supply and demand in the market. For Buyers, we are unable to offer refunds or credits should the price of your item decline after purchase. For Sellers, we are unable to cancel orders if the price of your item increases after your sale. We maintain this policy to support the integrity of the marketplace.

Did this information resolve your issue?   [Yes]   [No]

## Frequently Asked Questions

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

[Contact Us]

Document title: StockX Help
Capture URL: https://stockx.com/help/articles/What-is-the-StockX-Return-Policy
Capture timestamp (UTC): Fri, 02 Dec 2022 19:24:28 GMT
Page 1 of 2
CONFIDENTIAL
NIKE0042395

10/18/2022

StockX is a live marketplace and prices fluctuate based on supply and demand in real-time. As such, once a Bid and an Ask are matched, an order is created and we are unable to offer returns, exchanges, or swaps. You can always resell the item on our platform if you no longer wish to keep it. For information on how to get started as a Seller on StockX, please visit our Selling page.

While we cannot accept returns or exchanges, every purchase on StockX is backed by our Buyer Promise. Should we make a mistake (e.g. we ship you the wrong order, we incorrectly verify an item), we'll make it right. To learn more, refer to the FAQ: What is the StockX Buyer Promise?

Please note, if you are an EU/UK resident and would like to exercise your right of withdrawal, you can find more information in the following FAQ: What does the right of withdrawal mean for EU/UK customers?

At times, you may have an issue with your order that does not qualify for support under our return policy or our Buyer Promise. In these instances, we encourage you to resell your item on StockX. The following issues are not supported:

- *Incorrect Size:* We are unable to offer returns, exchanges or swaps—including if you ordered the wrong size or the item does not fit as intended.
- *Items 5-years out from release-date with signs of damage consistent with aging:* Some of the products available on StockX are many years out from their original release date. Despite requiring all items be sold unworn, we take into account product age during our verification process. Due to this, there may still be structural decomposition consistent with aging among certain product types, such as sneakers.
- *Price Fluctuations:* On StockX, prices fluctuate in real time based on the supply and demand in the market. For Buyers, we are unable to offer refunds or credits should the price of your item decline after purchase. For Sellers, we are unable to cancel orders if the price of your item increases after your sale. We maintain this policy to support the integrity of the marketplace.

Did this information resolve your issue?  [Yes] [No]

**Frequently Asked Questions**

My Account
Recent Purchases FAQ
Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

[Contact Us]

Document title: StockX Help
Capture URL: https://stockx.com/help/articles/What-is-the-StockX-Return-Policy
Capture timestamp (UTC): Fri, 02 Dec 2022 19:24:28 GMT
Page 2 of 2
CONFIDENTIAL
NIKE0042396