# Exhibit 46









### Relevant people

**StockX** ✔
@stockx

The live mar
Shipping wo
Questions?

### Explore

McGregor Announ
Irish Presidency
3 hours ago

DOJ Chief Admits
Motivated Trump
Trending nov

Astro Bot's PlaySt
2 hours ago

CNN Criticizes Ha
Trump's Border Wa
16 hours ago

Show more

Terms of Service    Pri
Accessibility    Ads inf

**Post**

VR32052
@vr32052