# Exhibit 48

🔒 Page Vault

| | |
|---|---|
| Document title: | StockX Help |
| Capture URL: | https://stockx.com/help/articles/What-is-The-StockX-Buyer-Promise |
| Page loaded at (UTC): | Fri, 02 Dec 2022 19:25:33 GMT |
| Capture timestamp (UTC): | Fri, 02 Dec 2022 19:25:47 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 76cbd1ff-a26c-4512-b328-14f342e3441f |
| User: | anna |

PDF REFERENCE #:     8jqT3KUQLTPC13K8WDUASa

CONFIDENTIAL

NIKE0042397

Ask a Question

English (US) ⌄

# What is the StockX Buyer Promise?

11/10/2022

At StockX, our mission is to provide a safe and secure experience for buying and selling the world's most coveted items of current culture. Since our inception, over 35M+ products have passed our rigorous verification process. Our goal, as it always has been, is for customers to access the most sought after products without the fear of receiving incorrect or inauthentic goods.

The StockX Buyer Promise solidifies this mission by providing support for Buyers should we make a mistake (e.g. we ship you the wrong order, we incorrectly verify an item). In the unlikely event that this happens with your order, please submit a Buyer Promise Support Request form **within three days of receiving your item** and we will work expeditiously to resolve the issue. As we require a case to be opened within three days of receipt, we encourage you to open your package as soon as you receive it to ensure everything is as expected. **The item must be unworn and in the condition that it was delivered, with the StockX tag still attached, in order to be eligible for our Buyer Promise.**

In the event that StockX requests the item back, please expect a resolution timeframe of approximately five business days from receiving your item.

To read more about our verification process, check out our Verification page.

To learn more about our broader return policy, check out the FAQ: What is the StockX Return Policy?

| Did this information resolve your issue? | Yes | No |
| --- | --- | --- |

## Frequently Asked Questions

My Account

Recent Purchases FAQ

Recent Sales FAQ

Can't find the answer to your question? Continue to search our help center or contact us.

Contact Us

CONFIDENTIAL

NIKE0042398