# Exhibit 50

Hello Dante,
Before making a decision are you able to tell me from just looking at these photos if these shoes are real, or are the a fake? I hope to hear back from you soon.
Thank you.

On May 31, 2022, at 7:03 AM, support@stockx.com wrote:

Hey Bella,
I hope you are having a great day! Thank you for reaching out to StockX Support in regards to an issue you have with your order of the Nike Dunk Low Valerian Blue. My name is Dante, I am a product specialist here at StockX and I am more than happy to have the opportunity to assist you with your concern.
I appreciate you for providing that image of your shoes. I am sorry for the minor imperfection with the shoe. It is pretty common for dunks to look like this.
No worries, After looking at your pictures, I would like to offer you one of these three options for this order.

1. A $35 discount code for a future purchase
2. A $35 partial refund for this purchase
3. A Return on this purchase for a complete refund

Please get back to me on the decision you would like to go with. I look forward to your reply soon.
Warm Regards,
Dante

Confidential
STX0227488