# Exhibit 51

*Redacted Public Version*

Why? Don't u accept returns? This is the 1st time I ever ordered w/ur company and I got a fake item. Something you are supposed to protect against. I want to return these, I didn't do anything to be stuck w/fake shoes? All I did was trust your sales process and website. Can I escalate this issue to someone who can provide a better solution?

Sent from my BlackBerry - the most secure mobile device

**From:** support@stockx.com
**Sent:** December 13, 2021 7:56 PM
**To:** 
**Subject:** Returns / Exchanges CRM:06750002298

Hey there,

Thank you for reaching back out to me with your additional concerns for your order # 30384123 for the Nike Space Hippie 03 Racer Blue.

I appreciate you trying to capture a picture of the sizing matrix. In order to make your experience with us right, I would like to offer you 1 out of the 3 options:

1. A $20 USD discount code off your next purchase.

2. Return on your purchase for review of the shoes by our Sr. Authenticator. If confirmed that the item wouldn't pass verification if resold, a refund will be issued to you. If they are deemed to be 100% authentic and acceptable for trading through our platform, they would be returned back to you.

3. A partial refund on the order for $20 USD.

Again, I do apologize for the inconveniences that this may have caused you. Please reach back out at your earliest convenience on the option you would like to continue with. If you have any other questions or concerns, please feel free to reach back out to our support team. I hope to hear from you soon. Thank you for your continued support of StockX!

Best,

Tina

**Confidential**