# Exhibit 52

Thank you for getting back to me. I don't believe the shoes are fake, so what's the point of sending them back if they're just being looked over again. There's flaws on both shoes on the lace cage, easily visible on each side. Was told that the shoes were brand new. $30 off my next purchase doesn't seem appropriate after I paid $300 for a damaged box and sneakers.

Kind regards, Jacob

Sent from my iPhone

> On Feb 13, 2022, at 5:45 PM, support@stockx.com wrote:
>
> Good Day Jacob,
>
> First, I'd like to welcome you to the StockX family!
>
> Thank you for taking the time out to express your concerns about your first order.
>
> I'm sorry that the sneaker box appears to be damaged and issues were found with your NIke Dunk snekers. This doesn't sound like something that is typical of our verification process so I'll be more than happy to check out your purchase for you.
>
> While I believe that this may be a manufacturing variance with your pair being checked by our authentication team and ruled to be 100% authentic and free of major of uncommon imperfections, I do understand that there's a concern about the visibility of these points.
>
> For this, I would like to offer you one of two options to make this right:
>
> 1. Discount code for $30 USD off your next purchase.
> 2. Return on your purchase for review of your Nike Dunk sneakers by our Sr. Authenticator. If confirmed as an item that wouldn't pass verification if resold we would have your refund issued to you. If they are deemed to be 100% authentic and acceptable for trading through our platform, they would be returned back to you.
>
> Since StockX is a live marketplace and not a retail store, we do not have inventory to do an exchange for a more desirable pair. I apologize if this causes any inconvenience for you.
>
> I understand how frustrating it is to receive an item that was not up to your (or our) expectations. Please let me know how you would like to proceed and we'll go from there.
>
> Respectfully,
>
> JD

Confidential    STX0268088