# Exhibit 53
*Redacted Public Verison*



## Case Details:

**CASE/TICKET NUMBER:**CAS-1105748-Q4D9F6
**CASE TITLE:**SNEAKER COMPLAINT
**CONTACT REASON:**CONCERNS WITH THE ITEM CONDITION
**ORDER NUMBER:** 34843676
**CREATED ON:** 3/29/2022 4:20 AM
**STATUS:** RESOLVED
**ORIGIN:** SOLVVY
**CASE DESCRIPTION:** I BELIEVE I RECEIVED A NON-AUTHENTIC ITEM. INSOLE
HAS A FOREIGN (NON-NIKE TYPE) STICKER AND "MENS SIZE 12" STICKERS
MISSING OUT OF BOTH SNEAKERS.
**ATTACHMENT URL:** ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN
DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL:** ███████████████████████
**CUSTOMER NAME:** JUAN ██████████

## History:

| Date | Created by | Activity Type | Subject |
|------|-----------|---------------|---------|
| 3/29/2022 4:20 AM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges CRM:01370447172<br><br>Hey there<br>Juan!<br><br>Thank you for reaching out to StockX Support. We've received your message and Case #CAS- |

STX0776120

| | | | 1105748-Q4D9F6: &quot;Returns / Exchanges&quot; has been created.<br><br>We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.<br><br>If you haven't already provided the following information, please reply to this email with it to help us serve you faster:<br><br>- Photo(s) of the issue to which you're referring<br>- Photo of the StockX verification tag still attached to your item<br>- Photo of the QR code on the back of the tag.<br><br>- Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |
|---|---|---|---|
| 3/29/2022 4:15 PM | Sarah Ivory | Case Resolution | |

STX0776121

| 3/30/2022 3:28 PM | SYSTEM | Email | Re: StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges CRM:01370447172<br><br>Good morning, I am writing you guys because I still haven't heard about the claim I started 2 days ago. I received an email to rate the help that i got from Sarah from temple Arizona but I never emails or spoke to anyone from stockX. I'm definitely not happy with this experience and would like to have it resolved promptly, thank youJuanOn Mar 28, 2022, at 11:20 PM, support@stockx.com wrote:&#65279; Hey there Juan!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1105748-Q4D9F6: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you soon!Thank you,StockX Supporthttps://stockx.com/help |
| 3/30/2022 8:35 PM | Sarah Ivory | Email | Re: StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges CRM:01370447172<br><br>Hello Juan,<br><br><br>Good afternoon! I am so sorry for this email error on my behalf. I really appreciate you reaching out to StockX. I understand you have some concerns with the authenticity of your recent purchase of theJordan 1 Retro High OG Patent Bred due to a |

Confidential

foreign that is not Nike sticker and "Men's size 12" stickers missing out of both sneakers. I would be happy to continue to get this issue resolved.

Thank you for providing those photos of the sneakers. I do apologize as I did not receive a photo of the sticker that has caused concern. If you could please provide that I would be happy to send these photos over to our SR. Authenticator for a second review.

Again I do apologize if you have any questions please let me know! I hope you have a wonderful day!

Best,

Sarah

------------------ Original Message ------------------
From: ▮▮▮▮▮▮▮▮▮▮▮▮
&lt;▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Received: Wed Mar 30 2022 08:24:24 GMT-0700 (Mountain Standard Time)
To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;
Subject: Re: StockX Case #CAS-1105748-Q4D9F6Returns / Exchanges CRM:01370447172

Good morning, I am writing you guys because I still haven't heard about the claim I started 2 days ago. I received an email to rate the help that i got from Sarah from temple Arizona but I never emails or spoke to anyone from stockX. I'm definitely not happy with this experience and would like to have it resolved promptly, thank you

STX0776123

Juan

On Mar 28, 2022, at 11:20 PM, support@stockx.com wrote:

Hey there Juan!

Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1105748-Q4D9F6: "Returns / Exchanges" has been created.

We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.

If you haven't already provided the following information, please reply to this email with it to help us serve you faster:

- Photo(s) of the issue to which you're referring
- Photo of the StockX verification tag still attached to your item
- Photo of the QR code on the back of the tag.

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!

We're working hard to improve the service we

STX0776124

| | | | |
|---|---|---|---|
| | | | provide you, including resolving your issues faster. Remember to check out our  Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |
| 3/31/2022 1:38 AM | SYSTEM | Email | Re: StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges CRM:01370447172<br><br>These are the other pictures that I couldn't attach to the original claim because of their size and only allowed up to 5 pictures. I have additional photos of concern here as well. One of the sneaker has the outsole with a border and the line not as straight and very sloppy as any of my AJ1 sneakers. It even has a lip when they it supposed to be flush (white to red border). Not sure if you can see that but it's very noticeable. I have dozens of AJ1s and none of them are like that. Every pair for years have had the mens size sticker in them and very good quality.Sent from my iPhoneOn Mar 30, 2022, at 3:48 PM, support@stockx.com wrote:&#65279;Hello Juan,Good afternoon! I am so sorry for this email error on my behalf. I really appreciate you reaching out to StockX. I understand you have some concerns with the authenticity of your recent purchase of theJordan 1 Retro High OG Patent Bred due to a foreign that is not Nike sticker and "Men's size 12" stickers missing out of both sneakers. I would be happy to continue to get this issue resolved.Thank you for providing those photos of the sneakers. I do apologize as I did not receive a photo of the sticker that has caused concern. If you could please provide that I would be happy to send these photos over to our SR. Authenticator for a second review.Again I do |

| | | | apologize if you have any questions please let me know! I hope you have a wonderful day!Best,Sarah-- ----------------- Original Message -------------------From: ████████; Received: Wed Mar 30 2022 08:24:24 GMT-0700 (Mountain Standard Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: StockX Case #CAS-1105748-Q4D9F6Returns / Exchanges CRM:01370447172Good morning, I am writing you guys because I still haven't heard about the claim I started 2 days ago. I received an email to rate the help that i got from Sarah from temple Arizona but I never emails or spoke to anyone from stockX. I'm definitely not happy with this experience and would like to have it resolved promptly, thank you Juan  On Mar 28, &#8203;2022, at 11:20 PM, support@stockx.com wrote:&#65279; Hey there Juan!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1105748-Q4D9F6: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you soon!Thank you,StockX Supporthttps://stockx.com/help |
|---|---|---|---|
| 4/2/2022 8:26 PM | SYSTEM | Email | Re: StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges CRM:01370447172<br><br>I would like to have someone from management get |

| | | | |
|---|---|---|---|
| | | | in contact with me since I have not received any reply from support in a couple of days now. I really would like to get this resolved asap as I've already provided requested photos and information that I haveSent from my iPhoneOn Mar 28, 2022, at 11:20 PM, support@stockx.com wrote:&#65279; Hey there Juan!Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1105748-Q4D9F6: &quot;Returns / Exchanges&quot; has been created.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.If you haven't already provided the following information, please reply to this email with it to help us serve you faster:- Photo(s) of the issue to which you're referring- Photo of the StockX verification tag still attached to your item- Photo of the QR code on the back of the tag.- Email address associated with your StockX account- Order # if applicable- Description of your caseWe will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for!We look forward to connecting with you soon!Thank you,StockX Supporthttps://stockx.com/help |
| 4/5/2022 2:50 PM | # Omnichannel | Conversation | ██████████Live-Chat Workstream (NA, English) |
| 4/6/2022 7:19 PM | Justin Henderson | Email | Sneaker complaint CRM:07130005222 Hey Juan, Thanks for reaching out to StockX regarding your recent order of the Jordan 1. I understand your concern about the authenticity of the shoe you received and I apologize for the issue. I am more than happy to assist you with this order as I value your experience with us. I want to make |

STX0776127

| | | | sure I can help resolve this in the best way possible as I do appreciate your support.<br><br>Prior to shipping the item to you, we verify it in-person with our authentication experts who inspect each item to ensure that it meets our condition standards.<br><br>With that being said, we're certainly happy to review your purchase. Please send us photos of the details below for our review.<br><br>Any other specific flaws you have noticed<br>ShoeBox Label<br>Shoe Size Tag<br>Left and Right sides of the sneakers<br>Outsoles of the sneakers<br>The StockX verification tag still attached to your item, and a clear photo of the QR code on the back of the tag.<br><br>I look forward to hearing from you soon.<br><br>Thanks for using Stockx!<br><br>Best, Justin |
|---|---|---|---|
| 4/8/2022 2:54 PM | Justin Henderson | Email | Sneaker complaint CRM:07130005293<br>Hey Juan,<br><br>I haven't heard from you in a couple days but I am still here to help. |

STX0776128

| | | | |
|---|---|---|---|
| | | | I apologize for any inconvenience this order has caused you during this time. I am more than happy to assist you with this order as I do value your experience with us.<br><br>Please send us the required photos so we can further assist you. I look forward to hearing from you.<br><br>Thanks for using StockX !<br><br>Best, Justin |
| 4/8/2022 2:54 PM | SYSTEM | Case Resolution | Resolved - Information Provided |
| 4/8/2022 4:30 PM | SYSTEM | Email | Re: Sneaker complaint CRM:07130005293<br><br>Yes sir, thank you for touching base with me. I will get those pictures out to you this evening and I'm sure I won't hear back from you until next week. Been very busy working 12 hour days and full time dadSent from my iPhoneOn Apr 8, 2022, at 9:54 AM, support@stockx.com wrote:&#65279;Hey Juan,I haven't heard from you in a couple days but I am still here to help.I apologize for any inconvenience this order has caused you during this time. I am more than happy to assist you with this order as I do value your experience with us.Please send us the required photos so we can further assist you. I look forward to hearing from you.Thanks for using StockX !Best, Justin |
| 4/8/2022 6:20 PM | Justin Henderson | Email | Sneaker complaint CRM:07130005305<br>Hey Juan,<br><br>Thanks for your reply ! |

STX0776129

| | | | I understand how busy you are so feel free to get back to us with the photos at your earliest convenience.<br><br>Best, Justin |
|---|---|---|---|
| 4/12/2022 2:33 AM | Stella D365-PROD-Stella | Customer Voice survey response | |
| 4/13/2022 2:01 AM | SYSTEM | Email | Re: Sneaker complaint CRM:07130005222<br><br>Here are some other pictures I finally got around to taking. As you can see the line on the outsole is not very straight from one sneaker to the other. Paint has bleed over from the red portion into the white. Those stickers I have been talking about nowhere to be found. Every pair of 1s I've owned have had that "mens size 12". This one has that one odd sticker I've never seen in any of the Jordan's I've had. Box toe one is more narrow and pointy than the other one, the other one is wider and round. Sneakers have an odd smell too and just not consistent with a real Air Jordan 1.Sent from my iPhoneOn Apr 6, 2022, at 2:19 PM, support@stockx.com wrote:&#65279;Hey Juan,Thanks for reaching out to StockX regarding your recent order of the Jordan 1. I understand your concern about the authenticity of the shoe you received and I apologize for the issue.I am more than happy to assist you with this order as I value your experience with us. I want to make sure I can help resolve this in the best way possible as I do appreciate your support.Prior to shipping the item to you, we verify it in-person with our authentication experts who inspect each item to ensure that it meets our condition standards.With that being said, we're certainly happy to review your purchase. Please send us photos of the details below for our review.Any other specific flaws you have noticedShoeBox LabelShoe Size TagLeft and Right sides of the sneakersOutsoles of the sneakersThe StockX verification tag still attached to your item, and a clear photo of the QR code on the back of the tag.I look forward to hearing from you soon.Thanks for using Stockx!Best, Justin |

STX0776130

| 4/13/2022 10:55 PM | JD DeRiso | Email | Re: Sneaker complaint CRM:07130005222 |
|---|---|---|---|
| | | | Hey Juan, |
| | | | Thanks for getting back to us here at Stockx with these images and the detailed information outlining the points that brought about your concern about authenticity. |
| | | | We take authentication very seriously at StockX and I'm sorry that you have this question of authenticity for your Jordan 1 sneakers. |
| | | | Our authenticators are committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've provided and get back to you once in the office. |
| | | | We appreciate your patience and hope to resolve any concerns you have about your Patent Bred Jordan 1 sneakers as soon as possible! |
| | | | Respectfully, |
| | | | JD |
| | | | ------------------ Original Message ------------------ From: ████████████████████████ Received: Tue Apr 12 2022 21:56:12 GMT-0400 (Eastern Daylight Time) To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;; Subject: Re: Sneaker complaint CRM:07130005222 |
| | | | Here are some other pictures I finally got around to |

STX0776131

taking. As you can see the line on the outsole is not very straight from one sneaker to the other. Paint has bleed over from the red portion into the white. Those stickers I have been talking about nowhere to be found. Every pair of 1s I've owned have had that "mens size 12". This one has that one odd sticker I've never seen in any of the Jordan's I've had. Box toe one is more narrow and pointy than the other one, the other one is wider and round. Sneakers have an odd smell too and just not consistent with a real Air Jordan 1.

Sent from my iPhone

On Apr 6, 2022, at 2:19 PM, support@stockx.com wrote:

Hey Juan,

Thanks for reaching out to StockX regarding your recent order of the Jordan 1. I understand your concern about the authenticity of the shoe you received and I apologize for the issue.

I am more than happy to assist you with this order as I value your experience with us. I want to make sure I can help resolve this in the best way possible as I do appreciate your support.

Prior to shipping the item to you, we verify it in-person with our authentication experts who inspect each item to ensure that it meets our condition standards.

STX0776132

| | | | |
|---|---|---|---|
| | | | With that being said, we're certainly happy to review your purchase. Please send us photos of the details below for our review. <br><br> Any other specific flaws you have noticed <br> ShoeBox Label <br> Shoe Size Tag <br> Left and Right sides of the sneakers <br> Outsoles of the sneakers <br> The StockX verification tag still attached to your item, and a clear photo of the QR code on the back of the tag. <br><br> I look forward to hearing from you soon. <br><br> Thanks for using Stockx! <br><br> Best, Justin |
| 4/20/2022 1:22 PM | JD DeRiso | Email | CRM:00150002041 <br> Hey Juan, <br><br> I hope all is well with you today! Our Sr. Authenticator has finalized the review of your purchase and has provided insight. <br><br> When it comes to the appearance of the toe box and labeling, both were found to be within the standards of quality for authorized pairs of Jordan 1 sneakers that were recently released(past 2 years). Over time, the molds of sneakers are altered slightly between the production of different colorways. |

STX0776133

| | | | |
|---|---|---|---|
| | | | While it is believed that the missing size 12 stickers may be a manufacturing variance with your Patent Bred Jordan 1 sneakers being checked digitally by our Sr. Authenticator and ruled to be 100% authentic and free of major of uncommon imperfections, I do understand that there's a concern about the odor you discovered on your pair.<br><br>For this, I would like to offer you one of two options to make this right:<br><br>       Discount code for $40 USD off your next purchase to make up for the scent featured on your pair.<br>       Return on your purchase for a review of your Jordan 1 sneakers up close by our Sr. Authenticator. If confirmed as an item that wouldn't pass verification if resold we would have your refund issued to you. If they are deemed to be 100% authentic and acceptable for trading through our platform, they would be returned back to you.<br><br>Since StockX is a live marketplace and not a retail store, we do not have inventory to do an exchange for a more desirable pair. I apologize if this causes any inconvenience for you.<br><br>I understand how frustrating it is to receive an item that was not up to your (or our) expectations. Please let me know how you would like to proceed and we'll go from there.<br><br>Sincerely,<br><br>JD |
| 4/25/2022 1:55 PM | Austin Short | Email | CRM:00900002341<br>Hey Juan,<br><br>I hope you are well.<br><br>It's been a couple of days since we last responded to your inquiry. But don't worry, our offers still stand. Let us know which option you would like to move |

STX0776134

| | | | forward with and we can go from there. |
| | | | Discount code for $40 USD off your next purchase to make up for the scent featured on your pair.  Return on your purchase for a review of your Jordan 1 sneakers up close by our Sr. Authenticator. If confirmed as an item that wouldn't pass verification if resold we would have your refund issued to you. If they are deemed to be 100% authentic and acceptable for trading through our platform, they would be returned back to you.  We look forward to hearing back from you and further assisting you with this. Let us know which option you would like to move forward with and we can go from there.  Feel free to follow up with any other questions you may have at this time.  Thanks,  Austin |
| 4/25/2022 1:58 PM | Austin Short | Case Resolution | no response closing options offered |
| 4/25/2022 11:15 PM | SYSTEM | Email | Re: CRM:00900002341  Good afternoon Austin, I apologize for my delay. I would like option 2 as I am confident that this is not an authentic item. I would hope that if "resold" through you guys that it would not make it past the authentication process and cause another inconvenience to any of your customers.Sent from my iPhoneOn Apr 25, 2022, at 8:55 AM, support@stockx.com wrote:&#65279;Hey Juan,I hope you are well.It's been a couple of days since we last responded to your inquiry. But don't worry, our offers still stand. Let us know which option you would like to move forward with and we can go from there.Discount code for $40 USD off your next |

STX0776135

| | | | |
|---|---|---|---|
| | | | purchase to make up for the scent featured on your pair.Return on your purchase for a review of your Jordan 1 sneakers up close by our Sr. Authenticator. If confirmed as an item that wouldn't pass verification if resold we would have your refund issued to you. If they are deemed to be 100% authentic and acceptable for trading through our platform, they would be returned back to you.We look forward to hearing back from you and further assisting you with this. Let us know which option you would like to move forward with and we can go from there.Feel free to follow up with any other questions you may have at this time.Thanks,Austin |
| 4/26/2022 1:41 PM | Austin Short | Email | Re: CRM:00900002341<br><br>Hey Juan,<br><br><br>I have gone ahead and created that return label for you. Attached is a prepaid UPS return label to send back your item at your earliest convenience so our team can verify any potential issues.<br><br><br>Be sure to include the receipt with the rest of the original contents of your package. Once your item is received, our Quality Assurance team will review the item before issuing a potential refund. This is to ensure that the item has been received in the same condition it was discussed. If approved, your refund will be issued.Please keep in mind if the refund is issued, the funds typically take 3-5 business days to be processed back onto your original payment method.<br><br><br>If it is found that this pair is within our deadstock condition standards, as well as the production standards for this model this pair will be sent back to you. We would then suggest selling these on our platform if you do not wish to keep what you have received.<br><br><br>Please continue to monitor your email for updates on the status of your return. If you have any other questions or concerns in the meantime please let us |

STX0776136

| | | | know. |
| --- | --- | --- | --- |
| | | | |
| | | | Thanks, |
| | | | Austin |
| 4/26/2022 1:47 PM | Austin Short | Case Resolution | return for review |

## Emails:

| Date | Email |
| --- | --- |
| 3/29/2022 4:20 AM | From : support@stockx.com To ▮▮▮▮▮▮▮<br>Subject :  StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges<br>CRM:01370447172<br>Created on behalf of: Solvvy D365-PROD-Solvvy<br>Content : Refer History section |
| 3/30/2022 3:28 PM | From :▮▮▮▮▮▮▮▮▮ To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges<br>CRM:01370447172<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/30/2022 8:35 PM | From : support@stockx.com To ▮▮▮▮▮▮<br>Subject :  Re: StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges<br>CRM:01370447172<br>Created on behalf of: Sarah Ivory<br>Content : Refer History section |
| 3/31/2022 1:38 AM | From ▮▮▮▮▮▮▮▮ To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges<br>CRM:01370447172<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/2/2022 8:26 PM | From ▮▮▮▮▮▮▮▮ To :support, support, support@stockx.com<br>Subject :  Re: StockX Case # CAS-1105748-Q4D9F6 Returns / Exchanges<br>CRM:01370447172<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 4/6/2022 7:19 PM | From : support@stockx.com To ▮▮▮▮▮▮<br>Subject :  Sneaker complaint CRM:07130005222<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |
| 4/8/2022 2:54 PM | From : support@stockx.com To ▮▮▮▮▮▮<br>Subject :  Sneaker complaint CRM:07130005293<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |

STX0776137

| | |
|---|---|
| 4/8/2022 4:30 PM | **From** ▓▓▓▓▓▓▓▓▓▓ **To :** support, support, support@stockx.com<br>**Subject :** Re: Sneaker complaint CRM:07130005293<br>**Created on behalf of:** Josh Allegri<br>**Content :** Refer History section |
| 4/8/2022 6:20 PM | **From :** support@stockx.com **To** ▓▓▓▓▓▓▓<br>**Subject :** Sneaker complaint CRM:07130005305<br>**Created on behalf of:** Justin Henderson<br>**Content :** Refer History section |
| 4/13/2022 2:01 AM | **From** ▓▓▓▓▓▓ **To :** support, support, support@stockx.com<br>**Subject :** Re: Sneaker complaint CRM:07130005222<br>**Created on behalf of:** Josh Allegri<br>**Content :** Refer History section |
| 4/13/2022 10:55 PM | **From :** support@stockx.com **To** ▓▓▓▓▓▓▓<br>**Subject :** Re: Sneaker complaint CRM:07130005222<br>**Created on behalf of:** JD DeRiso<br>**Content :** Refer History section |
| 4/20/2022 1:22 PM | **From :** support@stockx.com **To** ▓▓▓▓▓▓<br>**Subject :** CRM:00150002041<br>**Created on behalf of:** JD DeRiso<br>**Content :** Refer History section |
| 4/25/2022 1:55 PM | **From :** support@stockx.com **To** ▓▓▓▓▓<br>**Subject :** CRM:00900002341<br>**Created on behalf of:** Austin Short<br>**Content :** Refer History section |
| 4/25/2022 11:15 PM | **From** ▓▓▓▓▓▓▓ **To :** support, support, support@stockx.com<br>**Subject :** Re: CRM:00900002341<br>**Created on behalf of:** Josh Allegri<br>**Content :** Refer History section |
| 4/26/2022 1:41 PM | **From :** support@stockx.com **To** ▓▓▓▓▓▓<br>**Subject :** Re: CRM:00900002341<br>**Created on behalf of:** Austin Short<br>**Content :** Refer History section |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|
| | | | | |

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|
| 3/29/2022 4:20 AM | SYSTEM | Image | | |
| 3/29/2022 4:20 AM | SYSTEM | Image | | |

Confidential

| 3/29/2022 4:20 AM | SYSTEM | Image | | |
|---|---|---|---|---|
| 3/29/2022 4:20 AM | SYSTEM | Image | | |
| 3/29/2022 4:20 AM | SYSTEM | Image | | |
| 4/5/2022 3:23 PM | Dajaron Fowler | BPC transfer | CX is concerned with the authenticity of the sneaker and the sneakers inside. | |
| 4/13/2022 11:03 PM | JD DeRiso | Reached out to fake claims for insight | https://stockx.slack.com/archives/GF7ENURC5/p1649890917543759 | |
| 4/18/2022 1:49 PM | JD DeRiso | Reached out to fake claims for insight | https://stockx.slack.com/archives/GF7ENURC5/p1650289722464409 | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| 4/5/2022 2:50 PM | Live chat | Austin Short | Title:████████Live-Chat Workstream (NA, English) Transcript: Transcripts are placed under the same folder as Case with the file name of chatTranscript.txt |
| | | | |
| | | | |

## Post:

| Date | Type | Teammate | Text |
|---|---|---|---|
| 4/12/2022 2:10 PM | Auto Post | SYSTEM | Sneaker complaintJD DeRisoSquid Shoate |

STX0776139