# Exhibit 54

*Redacted Public Version*

Sound like a BOT
Ben

> On Jul 23, 2022, at 1:27 PM, support_at_stockx_com_xjaa6n6jmj_5e417109@privaterelay.appleid.com wrote:
>
> Hello Jennifer,
> Given the type of issue, as well as the price of the order, a $20 discount code is what we would typically provide. StockX isn't able to claim responsibility for any issues that occur while the shoes are worn. If you would like us to issue the code, feel free to let us know and we can do that for you.
> As for deleting your account, we are unable to expedite the process. You should receive an email within the next few days. We also recommend double checking the email address used on the account as well as checking your spam folder.
> I understand that this is an inconvenient situation and we're happy to assist in any way we can. Thank you for using StockX and please let us know if you have anymore questions.
> Best,
> Ben
> ------------------- Original Message -------------------
> **From:** [redacted]
> **Received:** Sat Jul 23 2022 13:10:16 GMT-0400 (Eastern Daylight Time)
> **To:** support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> **Subject:** Re: Reminder to Submit Your Documents CRM:00580019520
>
> Thanks for responding BEN.
> I'm a sneaker head and I've been purchasing directly from NIKE and Adidas along with other major brands for over 30yrs.
> Never had to return a sneaker do to horrible QUALITY.
> Your company speaks LOUDLY ABOUT PASSING AUTHENTICATION procedures!
> It's clear after reading your message that your company FAILED a supporting customer by not verifying an inspection. I will not go back and forth in aiding your DENIAL no matter how you word it. Your company failed authentication inspection in China. I would be writing this same email if it was shipped from a seller here in USA.
> I did submit a request to delete my account I'm awaiting a VERIFICATION email from Stockx it's been over an hour and I still haven't received it.
> Considering your company has the control to approve and delete my account a customer me can't go in and delete it.
> So yes I do have a question Ben, since youve failed to help resolve my refund payment.
> What can you actually do Ben? Let's see if you or someone can you expedite my request to
> DELETE all my account information so that when I go to sign in it's looks as if I'm starting a new profile like we never bought anything from your company Im disappointed with regret!
> Stockx conned me and refused to make it write by offering only$20 after spending $127.23. A $20 credit to be used again on their website with a high chance of being conned again. I ☐ not!
>
>> On Jul 23, 2022, at 11:03 AM, support_at_stockx_com_xjaa6n6jmj_5e417109@privaterelay.appleid.com wrote:
>>
>> Hello Jennifer,
>> I'm sorry to hear about your experience. My name is Ben and I'm a product specialist at StockX. I'd be happy to provide more information for you.
>> When authenticating items on StockX we do not predict the quality of the shoe after long-term use, as that is a quality issue by Nike. StockX is also a global company, so we have authentication center around the world, including Hong Kong. While we understand your concern about its authenticity, we are unable to offer a return three weeks after it was delivered and worn. We sincerely apologize.
>> Although we're sad to see you go, we're happy to assist. To delete your account, please go to Trust Center here and follow the instructions on removing your information.
>> I understand that this isn't the outcome you were expecting for this order and we are happy to assist in any way we can. Thank you for using StockX and please let us know if you have anymore questions.
>> Best,
>> Ben
>> ------------------- Original Message -------------------
>> **From:** [redacted]
>> **Received:** Fri Jul 22 2022 11:36:19 GMT-0400 (Eastern Daylight Time)
>> **To:** support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>> **Subject:** Re: Reminder to Submit Your Documents CRM:00580019520
>>
>> I received your email.
>> I'm more than unsatisfied with ur decision to give me only $20 credit towards another purchase. Why would I make another purchase knowing your company sells fake Nikes.
>> How did this even make pass inspection??
>> No, I need a full refund and the seller needs to know he/she will not be selling anymore fake Nikes in StockX!
>> When I saw the packaging location was form China there was a ⚑.
>> Because I've ordered before from your site StockX and didn't have this issue. Now the word on the streets is don't buy from StockX there frauds sellers. Now I can say yes they are frauds.
>> If you can not give my full refund, delete my account asap!
>>
>>> On Jul 22, 2022, at 9:49 AM, support_at_stockx_com_xjaa6n6jmj_5e417109@privaterelay.appleid.com wrote:
>>>
>>> Hey there [redacted]
>>>
>>> This is a reminder that your open inquiry with StockX requires your response or further documentation for us to best assist you. If we haven't heard back from you within the next 24 hours the case will be automatically closed.
>>>
>>> We look forward to hearing from you so we can assist you further.

Confidential                                                                                                                                                                                    STX0788156

Thank you,
StockX Support
https://stockx.com/help

Confidential
STX0788157