# Exhibit 55

*Redacted Public Version*



**CASE**

## Case Details:

**CASE/TICKET NUMBER:**CAS-1706557-Y8Y6S0
**CASE TITLE:**RETURNS / EXCHANGES
**CONTACT REASON:**CONCERNS WITH THE ITEM CONDITION
**ORDER NUMBER:** 39392306
**CREATED ON:** 7/26/2022 9:33 PM
**STATUS:** RESOLVED
**ORIGIN:** SOLVVY
**CASE DESCRIPTION:** THESE SHOES HAVE MULTIPLE DEFECTS THAT ARE EITHER THE RESULT OF HORRIBLE QC AT NIKE, OR THE SHOES ARE FAKE. THERE IS ALSO DIRT ON THE SOLE OF ONE SHOE AND WRITING ON THE SOLE OF THE OTHER SHOE. THE EMBROIDERY ISSUES ARE SO BAD IT IS AS IF NO ONE EVEN LOOKED AT THIS SHOE, I DO NOT KNOW HOW IT PASSED INSPECTION.
**ATTACHMENT URL:** ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL:** ███████████████
**CUSTOMER NAME:** ███████████████████

## History:

| Date | Created by | Activity Type | Subject |
|------|-----------|---------------|---------|
| 7/26/2022 9:33 PM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1706557-Y8Y6S0 Returns / Exchanges CRM:01370735592<br><br>Hey there<br>Alex! |

Confidential

Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1706557-Y8Y6S0: &quot;Returns / Exchanges&quot; has been created.

We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.

If you haven't already provided the following information, please reply to this email with it to help us serve you faster:

- Photo(s) of the issue to which you're referring
- Photo of the StockX verification tag still attached to your item
- Photo of the QR code on the back of the tag.

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!

We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our
Help Center, as it may have the answers you are looking for!

We look forward to connecting with you soon!

Thank you,
StockX Support
https://stockx.com/help

STX0788794

| 7/26/2022 10:58 PM | Anie Nguyen | Email | Support - Order #39392306 CRM:06660004889<br>Hello Alex,<br><br>Thank you for contacting StockX's support team! My name is Anie and I am part of StockX's specialty team. Thank you for bringing it to our attention that you are unsatisfied with the condition of yourNike Air Max 1 SHTreeline.I understand how upset you are because you were expecting to receive your item in perfect condition. No worries though! I'm here to help you with your order.<br><br>Some pairs will pass StockX's verification despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections that are uncontrollable. You can learn more here.<br><br>Over the years, it has been known that Nike's quality of its items is not 100% perfect. I regret to inform you that this may be the case.<br><br>After reviewing your case, I would like to offer you one of three options to make this right:<br><br>1. Discount code for $15USD off your next purchase2. A return for a refund3. A partial refund of $15USD<br><br>I understand how frustrating it is to receive an item that was not up to your expectations. Please let us know how you would like to proceed and we'll go from there.<br><br>If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!<br><br>Best Regards,Anie |
|---|---|---|---|
| 7/26/2022 11:08 PM | SYSTEM | Email | Re: Support - Order #39392306 CRM:06660004889<br><br>Anie,Thank you for reaching out so quickly. If you are confident that the shoes are authentic and this is a manufacture defect, I will accept the $15 refund.I do have a question though because I have had shoes I sold returned with manufacturer defects cited by |

STX0788795

| | | | |
|---|---|---|---|
| | | | StockX.How do you determine what the acceptable level is for manufacturer defects? For example, I had a pair of yeezy 350 v2 Cinder returned to me because the sole was slightly translucent, but that was out of my control and passed adidas QC inspection.v/████████████On Tue, Jul 26, 2022 at 3:58 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hello Alex,Thank you for contacting StockX's support team! My name is Anie and I am part of StockX's specialty team. Thank you for bringing it to our attention that you are unsatisfied with the condition of yourNike Air Max 1 SHTreeline.I understand how upset you are because you were expecting to receive your item in perfect condition. No worries though! I'm here to help you with your order.Some pairs will pass StockX's verification despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections that are uncontrollable. You can learn more here.Over the years, it has been known that Nike's quality of its items is not 100% perfect. I regret to inform you that this may be the case.After reviewing your case, I would like to offer you one of three options to make this right:1. Discount code for $15USD off your next purchase2. A return for a refund3. A partial refund of $15USDI understand how frustrating it is to receive an item that was not up to your expectations. Please let us know how you would like to proceed and we'll go from there.If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!Best Regards,Anie |
| 7/26/2022 11:18 PM | Anie Nguyen | Email | Re: Support - Order #39392306 CRM:06660004889 Hello Alex,<br><br>If you would like to confirm the authenticity of your shoes, please send me clear photos of the shoebox label and the size tag.<br><br>I have reviewed your sale for the adidas Yeezy 350. For outsoles, the soles must be consistent with each other in order to pass our verification process. For example, when certain Jordan models have yellowing on them, the yellowing must be consistent |

STX0788796

throughout both shoes in order to pass our verification process. If one shoe had more yellowing than the other shoe, it will not pass our verification process.

I hope this helped clarify your concerns.If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!

Best Regards,Anie
------------------ Original Message ------------------
From:█████████████
████████████████████████████;Received: Tue Jul 26 2022 16:05:56 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: Support - Order #39392306 CRM:06660004889 Anie,

Thank you for reaching out so quickly. If you are confident that the shoes are authentic and this is a manufacture defect, I will accept the $15 refund.

I do have a question though because I have had shoes I sold returned with manufacturer defects cited by StockX.

How do you determine what the acceptable level is for manufacturer defects? For example, I had a pair of yeezy 350 v2 Cinder returned to me because the sole was slightly translucent, but that was out of my control and passed adidas QC inspection.

v/r
████████████████
On Tue, Jul 26, 2022 at 3:58 PM support@stockx.com &lt;support@stockx.com&gt; wrote:
Hello Alex,

Thank you for contacting StockX's support team! My name is Anie and I am part of StockX's specialty team. Thank you for bringing it to our attention that you are unsatisfied with the condition of yourNike

STX0788797

| | | | |
|---|---|---|---|
| | | | Air Max 1 SHTreeline.I understand how upset you are because you were expecting to receive your item in perfect condition. No worries though! I'm here to help you with your order.<br><br>Some pairs will pass StockX's verification despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections that are uncontrollable. You can learn more here.<br><br>Over the years, it has been known that Nike's quality of its items is not 100% perfect. I regret to inform you that this may be the case.<br><br>After reviewing your case, I would like to offer you one of three options to make this right:<br><br>1. Discount code for $15USD off your next purchase2. A return for a refund3. A partial refund of $15USD<br><br>I understand how frustrating it is to receive an item that was not up to your expectations. Please let us know how you would like to proceed and we'll go from there.<br><br>If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!<br><br>Best Regards,Anie |
| 7/28/2022 4:57 AM | SYSTEM | Email | Re: Support - Order #39392306 CRM:06660004889<br><br>Anie,My apologies, it looks like my email got kicked back because the photo size was too large. Trying to send again now.My primary concern with the authenticity is the embroidery on the heel. Notice how the 'K' on the left shoe touches the stitching and how the &quot;AIR MAX&quot; text is at a significant angle. Also notice the inconsistency in how the 'M' and 'A' in &quot;MAX&quot; are stitched between the shoes.I understand that Nike QC has been lacking (seemingly non-existent) recently, but the extent of the differences between two shoes from the same pair seems pretty |

STX0788798

extreme ████████████ On Tue, Jul 26, 2022 at 4:22 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hello Alex,If you would like to confirm the authenticity of your shoes, please send me clear photos of the shoebox label and the size tag.I have reviewed your sale for the adidas Yeezy 350. For outsoles, the soles must be consistent with each other in order to pass our verification process. For example, when certain Jordan models have yellowing on them, the yellowing must be consistent throughout both shoes in order to pass our verification process. If one shoe had more yellowing than the other shoe, it will not pass our verification process.I hope this helped clarify your concerns.If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!Best Regards,Anie------------------ Original Message ------------------From ████████ &lt;████████████;Received: Tue Jul 26 2022 16:05:56 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: Support - Order #39392306 CRM:06660004889Anie,Thank you for reaching out so quickly. If you are confident that the shoes are authentic and this is a manufacture defect, I will accept the $15 refund.I do have a question though because I have had shoes I sold returned with manufacturer defects cited by StockX.How do you determine what the acceptable level is for manufacturer defects? For example, I had a pair of yeezy 350 v2 Cinder returned to me because the sole was slightly translucent, but that was out of my control and passed adidas QC inspection ████████████ On Tue, Jul 26, 2022 at 3:58 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hello Alex,Thank you for contacting StockX's support team! My name is Anie and I am part of StockX's specialty team. Thank you for bringing it to our attention that you are unsatisfied with the condition of yourNike Air Max 1 SHTreeline.I understand how upset you are because you were expecting to receive your item in perfect condition. No worries

STX0788799

| | | | |
|---|---|---|---|
| | | | though! I'm here to help you with your order.Some pairs will pass StockX's verification despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections that are uncontrollable. You can learn more here.Over the years, it has been known that Nike's quality of its items is not 100% perfect. I regret to inform you that this may be the case.After reviewing your case, I would like to offer you one of three options to make this right:1. Discount code for $15USD off your next purchase2. A return for a refund3. A partial refund of $15USDI understand how frustrating it is to receive an item that was not up to your expectations. Please let us know how you would like to proceed and we'll go from there.If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!Best Regards,Anie |
| 7/29/2022 2:48 PM | Anie Nguyen | Email | Re: Support - Order #39392306 CRM:06660004889 Hello Alex, <br><br> I understand your concerns with your shoes and hope I can assist you further with your inquiry! <br><br> If possible, can you please send me a clear photo of the size tag as well? The team will need a photo of it to review further. <br><br> As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon! <br><br> Best Regards,Anie <br> ------------------ Original Message ------------------ <br> From ████████████ <br> &l████████████████████Received: Wed Jul 27 2022 21:56:33 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: Support - Order #39392306 CRM:06660004889 Anie, <br> My apologies, it looks like my email got kicked back because the photo size was too large. Trying to send again now. |

STX0788800

My primary concern with the authenticity is the embroidery on the heel. Notice how the 'K' on the left shoe touches the stitching and how the "AIR MAX" text is at a significant angle. Also notice the inconsistency in how the 'M' and 'A' in "MAX" are stitched between the shoes.

I understand that Nike QC has been lacking (seemingly non-existent) recently, but the extent of the differences between two shoes from the same pair seems pretty extreme.

v/r
████████████
On Tue, Jul 26, 2022 at 4:22 PM support@stockx.com &lt;support@stockx.com&gt; wrote:
Hello Alex,

If you would like to confirm the authenticity of your shoes, please send me clear photos of the shoebox label and the size tag.

I have reviewed your sale for the adidas Yeezy 350. For outsoles, the soles must be consistent with each other in order to pass our verification process. For example, when certain Jordan models have yellowing on them, the yellowing must be consistent throughout both shoes in order to pass our verification process. If one shoe had more yellowing than the other shoe, it will not pass our verification process.

I hope this helped clarify your concerns.If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!

Best Regards,Anie
-------------------- Original Message -------------------
From: ██████████████
&lt;██████████████████████;Received: Tue Jul 26 2022 16:05:56 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;;;

STX0788801

support@stockx.com
&lt;support@stockx.com&gt;;Subject: Re: Support -
Order #39392306 CRM:06660004889Anie,

Thank you for reaching out so quickly. If you are
confident that the shoes are authentic and this is a
manufacture defect, I will accept the $15 refund.

I do have a question though because I have had
shoes I sold returned with manufacturer defects
cited by StockX.

How do you determine what the acceptable level is
for manufacturer defects? For example, I had a pair
of yeezy 350 v2 Cinder returned to me because the
sole was slightly translucent, but that was out of my
control and passed adidas QC inspection.

v/r

On Tue, Jul 26, 2022 at 3:58 PM
support@stockx.com &lt;support@stockx.com&gt;
wrote:
Hello Alex,

Thank you for contacting StockX's support team! My
name is Anie and I am part of StockX's specialty
team. Thank you for bringing it to our attention that
you are unsatisfied with the condition of yourNike
Air Max 1 SHTreeline.I understand how upset you
are because you were expecting to receive your
item in perfect condition. No worries though! I'm
here to help you with your order.

Some pairs will pass StockX's verification despite
being unlaced, tried on for fit, and/or having slight
manufacturer flaws and imperfections that are
uncontrollable. You can learn more  here.

Over the years, it has been known that Nike's quality
of its items is not 100% perfect. I regret to inform
you that this may be the case.

After reviewing your case, I would like to offer you
one of three options to make this right:

1. Discount code for $15USD off your next
purchase2. A return for a refund3. A partial refund
of $15USD

STX0788802

| | | | |
|---|---|---|---|
| | | | I understand how frustrating it is to receive an item that was not up to your expectations. Please let us know how you would like to proceed and we'll go from there.<br><br>If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!<br><br>Best Regards,Anie |
| 7/29/2022 3:00 PM | SYSTEM | Email | Re: Support - Order #39392306 CRM:06660004889<br><br>Sorry, I misinterpreted the previous request and thought you just meant a picture of the size sticker. Please see the requested photo attached.v/rAlex ████On Fri, Jul 29, 2022 at 7:50 AM support@stockx.com &lt;support@stockx.com&gt; wrote:Hello Alex,I understand your concerns with your shoes and hope I can assist you further with your inquiry!If possible, can you please send me a clear photo of the size tag as well? The team will need a photo of it to review further.As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!Best Regards,Anie--------------------- Original Message ------------------From: ████████████;Received: Wed Jul 27 2022 21:56:33 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: Support - Order #39392306 CRM:06660004889Anie,My apologies, it looks like my email got kicked back because the photo size was too large. Trying to send again now.My primary concern with the authenticity is the embroidery on the heel. Notice how the 'K' on the left shoe touches the stitching and how the &quot;AIR MAX&quot; text is at a significant angle. Also notice the inconsistency in how the 'M' and 'A' in &quot;MAX&quot; are stitched between the shoes.I understand that Nike QC has been lacking (seemingly non-existent) recently, but the extent of |

STX0788803

the differences between two shoes from the same pair seems pretty extreme ███████████On Tue, Jul 26, 2022 at 4:22 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hello Alex,If you would like to confirm the authenticity of your shoes, please send me clear photos of the shoebox label and the size tag.I have reviewed your sale for the adidas Yeezy 350. For outsoles, the soles must be consistent with each other in order to pass our verification process. For example, when certain Jordan models have yellowing on them, the yellowing must be consistent throughout both shoes in order to pass our verification process. If one shoe had more yellowing than the other shoe, it will not pass our verification process.I hope this helped clarify your concerns.If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!Best Regards,Anie------------------ Original Message --------------------From: ███████████;Received: Tue Jul 26 2022 16:05:56 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: Support - Order #39392306 CRM:06660004889Anie,Thank you for reaching out so quickly. If you are confident that the shoes are authentic and this is a manufacture defect, I will accept the $15 refund.I do have a question though because I have had shoes I sold returned with manufacturer defects cited by StockX.How do you determine what the acceptable level is for manufacturer defects? For example, I had a pair of yeezy 350 v2 Cinder returned to me because the sole was slightly translucent, but that was out of my control and passed adidas QC inspection.███████████On Tue, Jul 26, 2022 at 3:58 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hello Alex,Thank you for contacting StockX's support team! My name is Anie and I am part of StockX's specialty team. Thank you for bringing it to our attention that you are unsatisfied with the condition of yourNike Air Max 1 SHTreeline.I understand how upset you are because you were expecting to

STX0788804

| | | | |
|---|---|---|---|
| | | | receive your item in perfect condition. No worries though! I'm here to help you with your order.Some pairs will pass StockX's verification despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections that are uncontrollable. You can learn more here.Over the years, it has been known that Nike's quality of its items is not 100% perfect. I regret to inform you that this may be the case.After reviewing your case, I would like to offer you one of three options to make this right:1. Discount code for $15USD off your next purchase2. A return for a refund3. A partial refund of $15USDI understand how frustrating it is to receive an item that was not up to your expectations. Please let us know how you would like to proceed and we'll go from there.If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!Best Regards,Anie |
| 7/29/2022 3:36 PM | Anie Nguyen | Email | Re: Support - Order #39392306 CRM:06660004889 Hello Alex,<br><br>Thank you for sending the photo.<br><br>I have sent your order number and your images to our senior authentication team. Our team will further review your order/sale and will provide me with additional information for me to share with you. Please allow them up to 3 business days to investigate and come up with a solution.<br><br>If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe.<br>Best Regards,Anie<br>------------------ Original Message ------------------<br>From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;Received: Fri Jul 29 2022 07:57:30 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: Support - |

STX0788805

Order #39392306 CRM:06660004889 Sorry, I misinterpreted the previous request and thought you just meant a picture of the size sticker. Please see the requested photo attached.

v/r

██████████

On Fri, Jul 29, 2022 at 7:50 AM support@stockx.com &lt;support@stockx.com&gt; wrote:
Hello Alex,

I understand your concerns with your shoes and hope I can assist you further with your inquiry!

If possible, can you please send me a clear photo of the size tag as well? The team will need a photo of it to review further.

As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!

Best Regards,Anie
------------------ Original Message ------------------
From:██████████
██████████;Received: Wed Jul 27 2022 21:56:33 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: Support - Order #39392306 CRM:06660004889Anie,
My apologies, it looks like my email got kicked back because the photo size was too large. Trying to send again now.

My primary concern with the authenticity is the embroidery on the heel. Notice how the 'K' on the left shoe touches the stitching and how the "AIR MAX" text is at a significant angle. Also notice the inconsistency in how the 'M' and 'A' in "MAX" are stitched between the shoes.

I understand that Nike QC has been lacking (seemingly non-existent) recently, but the extent of the differences between two shoes from the same pair seems pretty extreme.

STX0788806

v/r

███████

On Tue, Jul 26, 2022 at 4:22 PM
support@stockx.com &lt;support@stockx.com&gt;
wrote:
Hello Alex,

If you would like to confirm the authenticity of your
shoes, please send me clear photos of the shoebox
label and the size tag.

I have reviewed your sale for the adidas Yeezy 350.
For outsoles, the soles must be consistent with each
other in order to pass our verification process. For
example, when certain Jordan models have
yellowing on them, the yellowing must be consistent
throughout both shoes in order to pass our
verification process. If one shoe had more yellowing
than the other shoe, it will not pass our verification
process.

I hope this helped clarify your concerns.If you have
any questions or concerns, please don't hesitate to
reach back out to us. We'd be happy to assist you
further. As always, thank you for being part of the
StockX family and for your continuous support. I
hope you and your loved ones continue to stay
healthy and safe. I look forward to hearing from you
soon!

Best Regards,Anie
------------------ Original Message ------------------
From:███████
███████████████;Received: Tue
Jul 26 2022 16:05:56 GMT-0700 (Pacific Daylight
Time)To: support &lt;support@stockx.com&gt;;
support@stockx.com
&lt;support@stockx.com&gt;;Subject: Re: Support -
Order #39392306 CRM:06660004889Anie,

Thank you for reaching out so quickly. If you are
confident that the shoes are authentic and this is a
manufacture defect, I will accept the $15 refund.

I do have a question though because I have had
shoes I sold returned with manufacturer defects
cited by StockX.

How do you determine what the acceptable level is

Confidential

for manufacturer defects? For example, I had a pair of yeezy 350 v2 Cinder returned to me because the sole was slightly translucent, but that was out of my control and passed adidas QC inspection.

v/r

███████████

On Tue, Jul 26, 2022 at 3:58 PM support@stockx.com &lt;support@stockx.com&gt; wrote:

Hello Alex,

Thank you for contacting StockX's support team! My name is Anie and I am part of StockX's specialty team. Thank you for bringing it to our attention that you are unsatisfied with the condition of yourNike Air Max 1 SHTreeline.I understand how upset you are because you were expecting to receive your item in perfect condition. No worries though! I'm here to help you with your order.

Some pairs will pass StockX's verification despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections that are uncontrollable. You can learn more  here.

Over the years, it has been known that Nike's quality of its items is not 100% perfect. I regret to inform you that this may be the case.

After reviewing your case, I would like to offer you one of three options to make this right:

1. Discount code for $15USD off your next purchase2. A return for a refund3. A partial refund of $15USD

I understand how frustrating it is to receive an item that was not up to your expectations. Please let us know how you would like to proceed and we'll go from there.

If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!

| | | | |
|---|---|---|---|
| | | | Best Regards,Anie |
| 7/29/2022 3:39 PM | Anie Nguyen | Task | Returns / Exchanges<br>Please confirm the authenticity of the shoes and if the defect is common. The "K" is slanted |
| 8/4/2022 2:54 PM | Anie Nguyen | Email | Support - Order #39392306 CRM:06660005011<br>Hello Alex,<br><br>Thank you for your patience.<br><br>The team has reached out to me and has informed me that they do not see any red flags with your shoes. The defect is normal quality for Nike and can be seen on other pairs as well. Since Nike's manufacturers have allowed the shoes to pass their quality check despite having such defects, StockX will allow the defects to pass verification as long as it is not severe.<br><br>Thank you for reaching out to StockX and as always, thank you for being part of the StockX community and for your continuous support. I hope you and your loved ones continue to stay healthy and safe.<br><br>Best Regards,Anie |
| 8/4/2022 2:54 PM | Anie Nguyen | Case Resolution | |
| 8/4/2022 3:20 PM | SYSTEM | Email | Re: Support - Order #39392306 CRM:06660005011<br><br>Thank you Anie,While I find that justification conflicting to what I was told regarding the pair of yeezy 350s that was returned to me, I understand StockX's position.Are you still able to honor the $15 refund you offered previously?▓▓▓▓▓▓▓▓▓On Thu, Aug 4, 2022 at 7:54 AM support@stockx.com &lt;support@stockx.com&gt; wrote:Hello Alex,Thank you for your patience.The team has reached out to me and has informed me that they do not see any red flags with your shoes. The defect is normal quality for Nike and can be seen on other pairs as well. Since Nike's manufacturers have allowed the shoes to pass their quality check despite having such defects, StockX will allow the defects to pass verification as long as it is not severe.Thank you for reaching out to StockX and as always, thank you for being part of the StockX community and for your continuous support. I hope you and your loved ones continue to stay healthy and safe.Best Regards,Anie |

STX0788809

| 8/4/2022 3:43 PM | Nicole Gardner | Email | 39392306 CRM:00460003233 Hey Alex, Thank you for reaching back out to StockX in regards to accepting a partial refund of $15 USD for your current order. I hope all is well with you and your family! Again I do apologize for the inconvenience you have experienced with your order of the Nike Air Max 1 SH Treeline. I have gone ahead and issued you that refund of $15 USD to the original form of payment. Please allow 3-5 business days for that refund to appear in your account. We really appreciate your cooperation and we look forward to fulfilling future orders with you! We appreciate you choosing StockX! Please let us know if you need assistance with anything else. Best regards and have a wonderful day,Nicole StockX |
|---|---|---|---|
| 8/4/2022 3:51 PM | Nicole Gardner | Case Resolution | Resolved |

## Emails:

| Date | Email |
|---|---|
| 7/26/2022 9:33 PM | **From : support@stockx.com To** ▉▉▉▉▉▉▉<br>**Subject : StockX Case # CAS-1706557-Y8Y6S0 Returns / Exchanges CRM:01370735592**<br>**Created on behalf of: Solvvy D365-PROD-Solvvy**<br>**Content : Refer History section** |
| 7/26/2022 10:58 PM | **From : support@stockx.com To** ▉▉▉▉▉▉<br>**Subject : Support - Order #39392306 CRM:06660004889**<br>**Created on behalf of: Anie Nguyen**<br>**Content : Refer History section** |
| 7/26/2022 11:08 PM | **From** ▉▉▉▉▉▉▉▉▉ **To :support pichikkLast, support@stockx.com**<br>**Subject : Re: Support - Order #39392306 CRM:06660004889**<br>**Created on behalf of: Josh Allegri**<br>**Content : Refer History section** |
| 7/26/2022 11:18 PM | **From : support@stockx.com To** ▉▉▉▉▉▉<br>**Subject : Re: Support - Order #39392306 CRM:06660004889**<br>**Created on behalf of: Anie Nguyen**<br>**Content : Refer History section** |
| 7/28/2022 4:57 AM | **From** ▉▉▉▉▉▉▉▉▉ **To :support pichikkLast, support@stockx.com**<br>**Subject : Re: Support - Order #39392306 CRM:06660004889** |

STX0788810

|  | Created on behalf of: Josh Allegri<br>Content : Refer History section |
|---|---|
| 7/29/2022 2:48 PM | From : support@stockx.com To ███████████<br>Subject :  Re: Support - Order #39392306 CRM:06660004889<br>Created on behalf of: Anie Nguyen<br>Content : Refer History section |
| 7/29/2022 3:00 PM | From : ████████████████To :support pichikkLast, support@stockx.com<br>Subject :  Re: Support - Order #39392306 CRM:06660004889<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 7/29/2022 3:36 PM | From : support@stockx.com To ███████████<br>Subject :  Re: Support - Order #39392306 CRM:06660004889<br>Created on behalf of: Anie Nguyen<br>Content : Refer History section |
| 8/4/2022 2:54 PM | From : support@stockx.com To ███████████<br>Subject :  Support - Order #39392306 CRM:06660005011<br>Created on behalf of: Anie Nguyen<br>Content : Refer History section |
| 8/4/2022 3:20 PM | From ████████████████To :support pichikkLast, support@stockx.com<br>Subject :  Re: Support - Order #39392306 CRM:06660005011<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 8/4/2022 3:43 PM | From : support@stockx.com███████████<br>Subject :  39392306 CRM:00460003233<br>Created on behalf of: Nicole Gardner<br>Content : Refer History section |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|
| 7/29/2022 3:39 PM | Anie Nguyen | Please confirm the authenticity of the shoes and if the defect is common. The "K" is slanted | Due: 8/3/2022 3:00 PM | Completed<br>Completed<br>Completed:8/3/2022 |

## Notes:

| Date | Created by | Subject | Note |  |
|---|---|---|---|---|
| 7/26/2022 9:33 PM | SYSTEM | Image |  |  |
| 7/26/2022 9:33 PM | SYSTEM | Image |  |  |
| 7/26/2022 9:33 PM | SYSTEM | Image |  |  |

STX0788811

| 7/26/2022 9:34 PM | SYSTEM | Image | | |
|---|---|---|---|---|
| 7/26/2022 9:34 PM | SYSTEM | Image | | |
| 7/26/2022 10:58 PM | Anie Nguyen | Offering options | | |
| 7/26/2022 11:22 PM | Anie Nguyen | Requesting photos | | |
| 7/29/2022 3:38 PM | Anie Nguyen | Having AQA review | | |
| 8/3/2022 8:10 PM | Abdul Alkozai | Hi | this is normal QC. please do not accept return, buyer can relist it back on stockx if unhappy | |
| 8/4/2022 2:54 PM | Anie Nguyen | Confirmed authentic | | |
| 8/4/2022 3:49 PM | Nicole Gardner | MMR | Request for a $15 partial refund/39392306 | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| | | | |
| | | | |

## Post:

| Date | Type | Teammate | Text |
|---|---|---|---|

STX0788812