# Exhibit 58

*Redacted Public Version*

Page 1

```
 1
 2      UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3      Case No. 1:22-cv-00983-VEC
        ------------------------------------------x
 4      NIKE, INC.,
 5                          Plaintiff,
 6           - against -
 7      STOCKX LLC,
 8                          Defendant.
 9      ------------------------------------------x
10                    February 8, 2023
                          9:48 a.m.
11
12
13          VIDEOTAPED DEPOSITION of JOE PALLETT,
14      located at Debevoise & Plimpton LLC, 66
15      Hudson Boulevard, New York, New York 10001,
16      before Anthony Giarro, a Registered
17      Professional Reporter, a Certified Realtime
18      Reporter and a Notary Public of the State
19      of New York.
20
21
22
23
24
25
```

Page 2

1
2  A P P E A R A N C E S :
3
4
5  DLA PIPER LLP
     Attorneys for Plaintiff
6    1251 Avenue of the Americas
     New York, New York 10020
7    212.335.4964
8  BY:  TAMAR DUVDEVANI, ESQ.
        MARC MILLER, ESQ.
9       tamar.duvdevani@dlapiper.com
        marc.miller@dlapiper.com
10
11
     DEBEVOISE & PLIMPTON LLP
12   Attorneys for Defendant
     919 Third Avenue
13   New York, New York  10022
14 BY:  MEGAN K. BANNIGAN, ESQ.
        MAI-LEE PICARD, ESQ.
15      mkbannigan@debevoise.com
        mpicard@debevoise.com
16
17
     DEBEVOISE & PLIMPTON LLP
18   Attorneys for Defendant
     650 California Street
19   San Francisco, California 94108
20 BY:  CHRISTOPHER FORD, ESQ.
        csford@debevoise.com
21
22 ALSO PRESENT:
23      ANTON EVANGELISTA, Videographer
        KIMBERLY VAN VOORHIS, ESQ., Nike
24
25

Page 3

1
2            S T I P U L A T I O N S
3
4       IT IS HEREBY STIPULATED AND AGREED,
5  by and among counsel for the respective
6  parties hereto, that the filing, sealing
7  and certification of the within deposition
8  shall be and the same are hereby waived;
9       IT IS FURTHER STIPULATED AND AGREED
10 that all objections, except as to form of
11 the question, shall be reserved to the time
12 of the trial;
13      IT IS FURTHER STIPULATED AND AGREED
14 that the within deposition may be signed
15 before any Notary Public with the same
16 force and effect as if signed and sworn to
17 before the Court.
18          *   *   *
19
20
21
22
23
24
25

Page 4

1
2       THE VIDEOGRAPHER:  Good
3  morning.  We are going on the record
4  at 9:48 a.m. on February 8th, 2023.
5  Please note that the microphones are
6  sensitive and may pick up whispering
7  and private conversations.  Please
8  mute your phones at this time.  Audio
9  and video recording will continue to
10 take place unless all parties agree
11 to go off the record.
12      This is Media Unit 1 of the
13 video-recorded deposition of Joe
14 Pallett, taken by counsel for
15 plaintiff, in the matter of Nike
16 Incorporated versus StockX LLC, filed
17 in the United States District Court
18 for the Southern District of New
19 York, Case No. 1:22-cv-00983-VEC.
20 The location of the deposition is
21 Debevoise & Plimpton, 66 Hudson
22 Boulevard in New York City.
23      My name is Anton Evangelista
24 representing Veritext.  And I am the
25 videographer.  The court reporter is

Page 5

1
2  Anthony Giarro from the firm
3  Veritext.
4       I'm not authorized to
5  administer an oath, I'm not related
6  to any party in this action, nor am I
7  financially interested in the
8  outcome.
9       If there are any objections
10 to the proceeding, please state them
11 at the time of your appearance.
12      Counsel and all present will
13 now state their appearances and
14 affiliations for the record,
15 beginning with the noticing attorney.
16      MS. BANNIGAN:  Thank you.
17 Good morning.  I'm Megan Bannigan of
18 Debevoise & Plimpton on behalf of
19 StockX.  And with me are my
20 colleagues from Debevoise & Plimpton,
21 Mai-Lee Picard and Christopher Ford.
22      MS. DUVDEVANI:  Good
23 morning.  Tamar Duvdevani, DLA Piper,
24 on behalf of Nike, Inc.  With me is
25 my colleague, Marc Miller, also with

```
                                                          Page 6
 1              JOE PALLETT
 2   DLA Piper, and Kim Van Voorhis of
 3   Nike Air.
 4           And just to correct the
 5   videographer's colloquy, it was
 6   defendant that noticed the deposition
 7   today, not plaintiff.
 8           THE VIDEOGRAPHER:  And will
 9   the court reporter please swear in
10   the witness.  And counsel may
11   proceed.
12    J O E   P A L L E T T, after having first
13   been duly sworn by a Notary Public of the
14   State of New York, was examined and
15   testified as follows:
16    EXAMINATION BY
17    MS. BANNIGAN:
18     Q     Good morning.  There appears
19   to be some buzzing.  But hopefully, that
20   is short-lived.
24     Q     So I'm sure you've gone over
25   this already.  But just a few ground
```

```
                                                          Page 7
 1              JOE PALLETT
 2   rules we like to start with at the
 3   beginning, your testimony is under oath
 4   today.  Because there is a court reporter
 5   taking down everything that both of us
 6   are saying and it may be used for trial
 7   purposes or for other reasons in the case
 8   going forward, let's just do a few things
 9   to make sure everything is clear.
10     A     Sure.
11     Q     First, I will try not to
12   interrupt you.  If you could let me
13   finish my questions, that would be great.
14   If you don't understand anything, please
15   let me know, and I'll try to clarify so
16   we could make sure the record is very
17   clear.
18           If you want to take a break
19   at any time, I ask that you just finish
20   the question, or we might have one or two
21   more questions to finish the topic that
22   we're talking about.  But feel free to
23   let me know whenever you want to take a
24   break, and I'm happy to accommodate.
25     A     Great.
```

```
                                                          Page 8
 1              JOE PALLETT
 2     Q     And other than that, it's
 3   pretty basic.
 4           So the other thing I'll say
 5   is please just make sure to give a spoken
 6   answer instead of nodding or saying
 7   mm-hmm so the court reporter can do his
 8   job.
 9     A     Got it.
10     Q     Any questions before we
11   begin?
12     A     No.
13     Q     Okay.  Great.
```



```
                                                          Page 9
 1              JOE PALLETT
```



3 (Pages 6 - 9)

```
                                                              Page 150
 1                JOE PALLETT
 2     Q     Were you involved in
 3  specific discussions about whether this
 4  project should move forward?
 5     A     Yes.
 6     Q     What were those -- well, how
 7  many discussions?
 8     A     I can't recall exactly.
 9     Q     Was it a lot of them?
10     A     No.
11     Q     Who else was involved in
12  those discussions?
13     A     Brian Fogarty, Isaiah,
14  Patrick Burke, who's listed on this
15  one-pager, Calista, Ben Edwards.
16     Q     Anyone else that you can
17  recall?
18     A     That's all I can recall.
19     Q     Patrick Burke, who is that?
20     A     Patrick Burke is a former
21  member of the brand protection team and
22  currently a member of the Nike
23  intelligence center.
24     Q     What's the Nike intelligence
25  center?
```

```
                                                              Page 151
 1                JOE PALLETT
 2     A     It is a group within Nike
 3  that provides a variety of insights that
 4  might affect Nike as a business.
 5     Q     What kind of insights?
...
17     A     That, I don't know.
18     Q     Do you know who made the
19  decision?
20     A     No.
...
24     A     I don't remember
25  specifically.
```

```
                                                              Page 152
 1                JOE PALLETT
 2     Q     When you were in the
 3  meetings, communicating your view --
 4  withdrawn.
 5           When you were voicing your
 6  concerns in the meetings about moving
 7  forward with this project, was there
 8  anybody who disagreed?
 9     A     I don't remember.  I think
10  there was some discussion about whether
11  it was worth the risk.
12     Q     Can you tell me more about
13  that discussion?
14  
...
21     Q     What were the benefits of
22  using it?
23           MS. DUVDEVANI:  Objection.
24  
```

```
                                                              Page 153
 1                JOE PALLETT
 2  
...
 6     A     Yes.
 7     Q     And you disagreed with that?
 8           MS. DUVDEVANI:  Objection.
 9     Q     Did you disagree with that?
10     A     I disagreed with the idea
11  that it was worth the risk.  I think this
12  would have solved a short-term problem
13  and created a longer-term one.
...
17           Looking back at this
18  document in the bottom, there's a box
19  that says -- well, there's a heading,
20  "Considerations and Challenges," with a
21  checkmark do and an X don't.  You see
22  that?
23     A     Yes.
24     Q     Underneath don't, the last
25  bullet says,
```





Page 154

JOE PALLETT

[redacted]

Page 155

JOE PALLETT

[redacted]

13    MS. BANNIGAN: We're going
14    to mark as Exhibit 7, a document --
15    an e-mail and an attached deck,
16    NIKE0035610 through NIKE0035650, and
17    the deck is labeled [redacted]," dated
18    February 2019.
19        (The above-referred-to
20    document was marked as Exhibit 7 for
21    identification, as of this date.)
22    Q    Have you seen this deck
23 before?
24    A    I have not.
25    Q    The cover of the deck is

Page 156

JOE PALLETT
2    February 2019.
3    [redacted]
6    A    Yes.
7    Q    Just let me know when you're
8 ready. I don't want to interrupt you
9 flipping through it.
10    A    Sure.
11        Okay.
12    Q    Anything that stood out to
13 you or surprised you as part of that
14 review that you just did?
15    A    Yes.
16    Q    What was that?
17    A    The screenshots of --
18    Q    What page are you on?
19    A    Sorry.
20    Q    If you look at the bottom,
21 there's small numbers in the bottom
22 right-hand corner.
23    A    Yeah. I got 35629.

Page 157

JOE PALLETT

[redacted]

40 (Pages 154 - 157)

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400

Page 274

JOE PALLETT

9  MS. DUVDEVANI: Objection.
10  A  No.
11  Q  Why not?
12  MS. DUVDEVANI: Objection.

Page 275

JOE PALLETT

25  Q  Does that include people

Page 276

JOE PALLETT

3  A  Yes.
4  Q  So when Mary Ange went to
5  inspect the shoes, what did she do to
6  inspect the shoes?

15  Q  And what did she find?
16  A  She found that three of the
17  pairs of shoes that were suspicious of
18  being counterfeit were, in fact,
19  counterfeit.
20  Q  And so what did brand
21  protection do next with respect to those
22  counterfeit -- alleged counterfeit shoes?
23  MS. DUVDEVANI: Objection.
24  A  Mary Ange took the product,
25  put them in a shipping box and sent them

Page 277

JOE PALLETT
2  to me.
3  Q  What did you do with them
4  once you received them?
5  MS. DUVDEVANI: Objection.
6  A  I inspected them myself and
7  then stored them in the brand protection
8  evidence locker.
9  Q  How did you inspect them?

Veritext Legal Solutions
212-267-6868   www.veritext.com   516-608-2400

```
                                                Page 278
 1                 JOE PALLETT
 2       MS. DUVDEVANI:  If you're
 3   about to state -- I'm going to direct
 4   you not to make any statements about
 5   what you discussed with counsel for
 6   Nike.
 7       THE WITNESS:  Okay.
15       MS. DUVDEVANI:  I'm going to
16   object and instruct the witness not
17   to answer on the basis of
18   attorney-client privilege.
 1
```

```
                                                Page 279
 1                 JOE PALLETT
             UVDEVANI:  Again, just
10   fact.
```

```
                                                Page 280
 1                 JOE PALLETT
```

```
                                                Page 281
 1                 JOE PALLETT
13       Then what did you do with
14   the shoes?
15   A    Locked them in the evidence
16   locker.
17   Q    Have you looked at them
18   since?
19   A    They were removed from the
20   evidence locker, so that we could take
21   photographs of them.
22   Q    Anything else?
23   A    No.
24       MS. BANNIGAN:  We're going
25   to mark as Exhibit 13, a document
```

71 (Pages 278 - 281)



Page 282
1           JOE PALLETT
2     with the Bates Stamp NIKE0039039
3     through 39043.
4           (The above-referred-to
5     document was marked as Exhibit 13 for
6     identification, as of this date.)
7     Q    Have you seen this before?
8  It might be in a bigger version.
9     A    Yes.



Page 286
1           JOE PALLETT
...
23          MS. DUVDEVANI: Objection.
24    A     I believe so, yes.
25    Q     And do you recall your

Page 287
1           JOE PALLETT
2     inspections of 112 and 113?
3           MS. DUVDEVANI: Objection.
...
6     Q     Sure. We can start there.
7     A     Yes.
...
11          MS. DUVDEVANI: Objection.

Page 288
1           JOE PALLETT
2     Q     Could you do it any other
3     way?
4     A     Not that I could think of.

Page 289
1           JOE PALLETT
...
15    A     Yes.
16    Q     What happened there?

73 (Pages 286 - 289)

```
                                                    Page 290                                                    Page 292
 1            JOE PALLETT                                        1            JOE PALLETT
 2   ██████████████████████████                                  2   Q    Let's look at the page with
 3        MS. DUVDEVANI:  Objection.                             3   the number ending 930.
 4   █████████████████████████████                               4        Looks like the very top of
 5   █████████████████████████████                               5   the e-mail shows an e-mail response from
 6   █████████████████████████████                               6   you, "Hi, Dennis."  You see where I'm
 7   █████████████████████████████                               7   looking?
 8   █████████████████████████████                               8   A    Yes.
 9   █████████████████████████████                               9   Q    The second paragraph there
10   █████████████████████████████                              10   says, ████████████████████████████
11   █████████████████████████████                              11   █████████████████████████████████
12   █████████████████████████████                              12   █████████████████████████████████
13   █████████████████████████████                              13   █████████████████████████████████
14   █████████████████████████████                              14   █████████████████████████████████
15   █████████████████████████████                              15   █████████████████████████████████
16   █████████████████████████████                              16   █████████████████████████████████
17   █████████████████████████████                              17   █████████████████████████████████
18   █████████████████████████████                              18        Why were you offering this
19   █████████████████████████████                              19   information?
20   █████████████████████████████                              20   A    Why was I offering what
21   █████████████████████████████                              21   information?
22   █████████████████████████████                              22   Q    What's written there.
23   █████████████████████████████                              23   █████████████████████████████████
24   █████████████████████████████                              24   █████████████████████████████████
25   █████████████████████████████                              25   █████████████████████████████████

                                                    Page 291                                                    Page 293
 1            JOE PALLETT                                        1            JOE PALLETT
 2   █████████████████████████████                               2   █████████████████████████████████
 3   █████████████████████████████                               3   █████████████████████████████████
 4   █████████████████████████████                               4   █████████████████████████████████
 5   █████████████████████████████                               5   █████████████████████████████████
 6   █████████████████████████████                               6   █████████████████████████████████
 7        MS. BANNIGAN:  I'm going to                            7   █████████████████████████████████
 8   mark as Exhibit 14, an e-mail chain                         8   █████████████████████████████████
 9   with the Bates Stamp NIKE0025929                            9   █████████████████████████████████
10   through 25931.  It's an e-mail chain                       10   █████████████████████████████████
11   from March 29th, 2022, titled                              11   █████████████████████████████████
12   █████████████████████████████                              12        MS. DUVDEVANI:  Objection.
13        (The above-referred-to                                13   █████████████████████████████████
14   document was marked as Exhibit 14 for                      14   █████████████████████████████████
15   identification, as of this date.)                          15   █████████████████████████████████
16   Q    Is this one of the e-mails                            16   █████████████████████████████████
17   you reviewed yesterday to refresh your                     17   █████████████████████████████████
18   recollection of the facts of this                          18   █████████████████████████████████
19   investigation?                                             19   █████████████████████████████████
20   A    I'm sorry.  What?                                     20   █████████████████████████████████
21   Q    Was this one of the e-mails                           21   █████████████████████████████████
22   you said you reviewed yesterday to                         22   █████████████████████████████████
23   refresh your recollection of the facts of                  23   █████████████████████████████████
24   this investigation?                                        24   █████████████████████████████████
25   A    Some of these, yes.                                   25   A    Mary Ange lives in the
```



Page 294
1          JOE PALLETT
2    Netherlands.  It's not a far drive.

Page 295
1          JOE PALLETT

Page 296
1          JOE PALLETT

Page 297
1          JOE PALLETT
2     Q    When did that occur?
3     A    I'm not sure.

6     A    That one, I don't know.
7     Q    Do you have any idea of the
8    ballpark?
9     A    No.

14    Q    How do you know that this
15   occurred?

22    Q    And what happened with that
23   one?
24    A    That one was also delivered
25   to me.

75 (Pages 294 - 297)



Page 298

1          JOE PALLETT
2   Q   Was that determined to be
3   counterfeit?
4   A   Yes.
5   Q   What kind of shoe is that?
6   A   I'm not positive.  But I
7   believe it was one of the Air Jordan 1s,
8   red patent leather.
9   Q   And how is that shoe
10  determined to be counterfeit?
11  A   I don't recall the initial
12  determination.  But I confirmed it was
13  counterfeit.
14  Q   What did you do to confirm
15  it was counterfeit?

Page 299

1          JOE PALLETT
14  Q   Do you recall anything else
15  you did with the shoe?
16  A   Put it in the storage
17  locker.
18  Q   It's in the storage locker
19  now with the other ones?
20  A   Yes.
21  Q   For all of these -- how many
22  of them -- is it four total or five
23  total?
24  A   Four.

Page 300

1          JOE PALLETT

15              MS. DUVDEVANI:  Objection.

Page 301

17              MS. BANNIGAN:
                That should have been
20  produced a long time ago.
21              MS. DUVDEVANI:  Make your
22  request.  We will respond.
23              MS. BANNIGAN:  We've made
24  our request multiple times for
25  relevant information.

76 (Pages 298 - 301)

Page 354

```
 1
 2                C E R T I F I C A T I O N
 3
 4
 5      I, ANTHONY GIARRO, a Shorthand
 6  Reporter and a Notary Public, do hereby
 7  certify that the foregoing witness, JOE
 8  PALLETT, was duly sworn on the date
 9  indicated, and that the foregoing, to the
10  best of my ability, is a true and accurate
11  transcription of my stenographic notes.
12      I further certify that I am not
13  employed by nor related to any party to
14  this action.
15
16
17
                _____
18                ANTHONY GIARRO
19
20
21
22
23
24
25
```

Page 355

```
 1
 2             ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
 3            1-800-727-6396
 4  330 Old Country Road    7 Times Square
    Mineola, New York 11501  New York, New
 5  York 10036
 6  NAME OF CASE:  Nike versus StockX
    DATE OF DEPOSITION: February 8, 2023
 7  NAME OF DEPONENT:   Joe Pallett
 8
    PAGE LINE (S)  CHANGE        REASON
 9  ___|_____|_____|_____
10  ___|_____|_____|_____
11  ___|_____|_____|_____
12  ___|_____|_____|_____
13  ___|_____|_____|_____
14  ___|_____|_____|_____
15  ___|_____|_____|_____
16  ___|_____|_____|_____
17  ___|_____|_____|_____
18  ___|_____|_____|_____
19  ___|_____|_____|_____
20  ___|_____|_____|_____
21       _____
              JOE PALLETT
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS ____ DAY OF _____, 20__.
24
    _____  _____
25  (NOTARY PUBLIC)  MY COMMISSION EXPIRES:
```

90 (Pages 354 - 355)