# Exhibit 59

# DOCUMENT PRODUCED IN NATIVE FORMAT

NIKE0005840