# Exhibit 60

Any StockX workers past and present care to share details? : r/Sneakers

Skip to main content



🔍  r/Sneakers ⊗    Search in r/Sneakers

Log In    •••

← 🧑 r/Sneakers • 2 yr. ago
Rad_Ben_Danklin

# Any StockX workers past and present care to share details?

•••

## r/Sneakers                                    Join

Discussion

**Sneakerheads Unite!**
A subreddit for sneaker lovers.



**YouTube Guy**
@SneakerPhetish

👀

**Nimra** @h3lf3n · 56m

Replying to @SneakerPhetish

I worked at stockx for 14 months as authentication team lead.

I have so much dirt on stockx, you wouldn't even believe

**4.9M**        **166**        **Top 1%**
Members     Online       Rank by size ⬈

 r/Sneakers

**Does anyone know roughly how long StockX shipping takes?**

62 upvotes  •  201 comments

 r/Sneakers

**I need to stop buying sneakers**

823 upvotes  •  359 comments

 r/rolex

**Got the text - My first Rolex to celebrate a milestone birthday...**

185 upvotes  •  35 comments



 r/Flipping

**eBay launches sneaker authentication service for sneakers costing $100+**

329 upvotes  •  88 comments

 3.1K     💬 355        ↱ Share



9/5/24, 4:28 PM                                Any StockX workers, past and present care to share? : r/Sneakers

Skip to main content                          Log In

Apoquel® Chewable (oclacitinib chewable tablet): easy for you and your
dog with allergic itch.

Learn More                                    apoqueldogs.com

than 12 months of age or those with serious infections.
Apoquel and Apoquel Chewable may increase the
chances of developing serious infections, and may
cause existing parasitic skin infestations or pre-existing
cancers to get worse. Consider the risks and benefits of
treatment in dogs with a history of recurrence of these

➕ Add a Comment

Sort by:  Best ⌄          🔍 Search Comments

**grapeallday** · 2y ago

Ask away. Worked there for 12 months.

⊖   ⌃ 784 ⌄   💬 Reply   🏅 Award   ↗ Share   ⋯

  **SendItToTheMoon111** · 2y ago

  What shoe is the "hardest" to authenticate?

  ⊖   ⌃ 314 ⌄   💬 Reply   🏅 Award   ↗ Share   ⋯

    **grapeallday** · 2y ago

    Hardest as in the fakes are really good or hardest as in most work ?

    ⊖   ⌃ 389 ⌄   💬 Reply   🏅 Award   ↗ Share   ⋯

      **SendItToTheMoon111** · 2y ago

      Both?

      ⌃ 219 ⌄   💬 Reply   🏅 Award   ↗ Share   ⋯

https://www.reddit.com/r/Sneakers/comments/v7vbz6/any_stockx_workers_past_and_present_care_to_share/?rdt=34178                          2/25



Can you explain the difference?

⬆ 6 ⬇    💬 Reply    🏆 Award    ↪ Share    ···

⊕ 3 more replies

**avacadorose** • 2y ago

No stop! He's a spy who wants to make reps better haha

⬆ 7 ⬇    💬 Reply    🏆 Award    ↪ Share    ···

**Kitchen-Effect2662** • 2y ago

Thank you for the feedback, just curious, how much did you get paid an hour? Because 50 shoes an hour is a crazy ratio and did you feel you were compensated fairly? Also where are you now? Are you with another company and will you continue to stay in the authentication game?

⬆ 1 ⬇    💬 Reply    🏆 Award    ↪ Share    ···

**2dots** • 2y ago

If you were going to buy sneakers from the resell market, would you prefer to buy them from StockX based on your time working there? Why or why not?

⊖    ⬆ 85 ⬇    💬 Reply    🏆 Award    ↪ Share    ···

**grapeallday** • 2y ago

I feel like stockx rushes their authenticators, but given the time they should be able to get the job done. I always asked if I wasn't 100% sure. So during peak season aka November-Feb it's hard to say because of how busy they are and how many shoes they have to pump out.

⊖    ⬆ 169 ⬇    💬 Reply    🏆 Award    ↪ Share    ···

**Exact-Hedgehog-4563** • 2y ago

9/5/24, 4:28 PM
Case 1:22-cv-00983-VEC   Document 272-60   Filed 09/08/24   Page 5 of 26
Any StockX workers past and present care to share? : r/Sneakers

Skip to main content
Log In



with it! This has happened to me 3 times. Not all authenticator are on the same page

⬆ 78 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

⊕  [deleted] · 2y ago

**grants_like_horace** · 2y ago

What kinda dirt you got

⊖  ⬆ 39 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

**grapeallday** · 2y ago

Was just an authenticator. Honestly not much besides having to authenticate 50 shoes an hour.

⬆ 188 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

⊕  29 more replies

**itsthemoney27** · 2y ago

how much do you get paid as an authenticator?

⊖  ⬆ 32 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

**grapeallday** · 2y ago

In 2019 starting was $16 no exp and most the top authrticator made with over 20 yers exp was $26

⊖  ⬆ 95 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

[deleted] · 2y ago

$26 an hour for any field where someone is an expert with 20 years of experience is such a fucking joke holy shit

9/5/24, 4:28 PM
Any StockX workers past and present care to share? : r/Sneakers
Case 1:22-cv-00983-VEC    Document 272-60    Filed 09/05/24    Page 6 of 26

Skip to main content

Log In



Couldn't agree more. I got in for the knowledge of authenticating sneaker so I can by locally with confidence.

⬆ 124 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

⊕ 2 more replies

**cXs808** • 2y ago

There's a reason why so many reps get passed by stockX. They're paying people $20 an hour to authenticate 50 shoes an hour....

⬆ 53 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

⊕ 3 more replies

**HappenedSafe** • 2y ago

wtf are you serious? I've gotten $30 an hour for an internship with only 1 year of experience in the field i was interning. $26 an hour with TWENTY YEARS of experience should be an actual crime

⊖   ⬆ 35 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**SuspiciousPie9776** • 2y ago

Sorry but say an internship in astrophysics should be paid more than a senior director of fake shoes spotting, you can't compare rockets and potatoes come on...

⬆ 47 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

⊕ 3 more replies

**cXs808** • 2y ago

Skip to main content

Log In



⬆ 13 ⬇  💬 Reply  🏅 Award  ↗ Share  ⋯

⊕ 2 more replies

**ShotIntoOrbit** • 2y ago • Edited 2y ago

Having extensive experience in something doesn't make that
experience worth a large salary.

⬆ 7 ⬇  💬 Reply  🏅 Award  ↗ Share  ⋯

⊕ 1 more reply

**applesupport69** • 2y ago

20 years of experience? How does one get that, I mean i think legit checking
was just done not that long ago since fakes were laughable back then.
Correct me im wrong tho.

⊖ ⬆ 4 ⬇  💬 Reply  🏅 Award  ↗ Share  ⋯

**grapeallday** • 2y ago

Dudes have been flipping Jordans since the 2000's. A lot of retail exp
combined with reselling. Basically Old heads with sneaker knowledge.

⬆ 40 ⬇  💬 Reply  🏅 Award  ↗ Share  ⋯

**blairbear555** • 2y ago

You'd be surprised at how good some of the early SB fakes were,
Supas, Heinekens, Freddy's, Tiffs, even Tweeds, and a VERY good OG
Raygun fake. We'd catch them and spread the word, but it was
different back then because we didn't have the wealth of knowledge
that the internet now provides, it was much more primitive. N-SB Org
was about it. Personally, I also didn't have the money or connections to
see, touch and smell hundreds or thousands of real pairs back then. So
a lot of it was learning off photos or looking at pairs in skate shops.



Log In

### 1 more reply

### 1 more reply

**Tony_Pastrami** · 2y ago

What kind of training do the authenticators get?

⊖   ⬆ 28 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**grapeallday** · 2y ago

Its about a month, you'll go through different pairs in different days. Like Jordan 1's, 4's, Yeezy 350, 700. Dunks . TS1's.

They'll throw in a bunch of fakes for you to catch. They train you well, if you have attention to detail you'll be fine.

⊖   ⬆ 101 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**[deleted]** · 2y ago

I was waiting to hear about that.

I wondered if they had flags to make sure you're on your toes. Good to know.

⊖   ⬆ 26 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**grapeallday** · 2y ago

yeah and they'll do random checks on people. Put good fakes on peoples carts and see if they catch them.

⬆ 13 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**iGetBuckets3** · 2y ago

9/5/24, 4:28 PM
Any Stockx workers past and present care to share? : r/Sneakers
Case 1:22-cv-00983-VEC   Document 372-60   Filed 09/08/24   Page 9 of 26



Skip to main content 🏃

Log In

—⊖—  ⬆ 10 ⬇   💬 Reply   👤 Award   ↗ Share   •••

**grapeallday** • 2y ago

I mean you mainly look for stamps or trace lines. You are correct on not knowing every shoe. There are so many GR nike and Adidas that get sold.

⬆ 20 ⬇   💬 Reply   👤 Award   ↗ Share   •••

⊕ 2 more replies

**BumTumTingle** • 2y ago

What's your take on the really expensive shoes that get pretty close to 1:1 reps like Travis jordan 1 highs and lows. Is that something you'd ever trust buying from StockX/ goat or should you steer clear. Just worried if I'm spending 2k and I'd have to dispute something like that

Also small follow up. If you dispute you have to send the shoe back to StockX and they check it again. It's in their best interest to just deny it right. So if you do hypothetically do get sent a fake, how can you ever PROVE it is fake to them? Do you just have to hope they are honest when you send it back?

—⊖—  ⬆ 1 ⬇   💬 Reply   👤 Award   ↗ Share   •••

**grapeallday** • 2y ago

I think the quality on Travis Scott 1's is unmatched. That's the one shoe I can spot fakes on foot when people are wearing lol.

They are super lenient with returns because of the the whole Nike lawsuit situation.

⬆ 4 ⬇   💬 Reply   👤 Award   ↗ Share   •••

Skip to main content



Log In

but I guess nothing is better than human touch and smell

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

**kungfuxxx** · 2y ago

So far, I only have 1 bad exp with StockX, I shipped them a yeezy V2 black reflective (I bought them on Reddit). They said it was not passed authentication. They send them back, and the box was damaged badly. So I have to sold them on Goat for cheaper and of course passed. So I'm not sure if the box was damaged during transit and they just not pass it so they can ship them back to me lol

⊖   ⬆ 24 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

**grapeallday** · 2y ago

Honestly could be crushed in transit, always pack with bubble wrap or newspaper so its not moving in the box. They do the best they can to repair broken boxes and flatten out damage that occurred in transit. At the end of the day they want the sale to go through.

⬆ 29 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

**layziethekid** · 2y ago

What are some grey area stuff that you would pass or work arounds people would do to get the sales?

⊖   ⬆ 21 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

**grapeallday** · 2y ago

People always try to sell shoes worn once but you can always tell. I guess just pushing through bad QC by Nike. Super bad glue stains or painting but it's authentic. They have paper from every shoe so if it comes in without it they put authentic paper in.

⊖   ⬆ 38 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

Case 1:22-cv-00983-VEC    Document 372-60    Filed 09/05/24    Page 11 of 26



Skip to main content

Log In

full email address ofc but funny usernames that made everyone laugh

⊖   ⬆ 7 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**grapeallday** · 2y ago

I'm sure there were some, but I don't remember. A lot of celebrities though.

⬆ 20 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

⊕  2 more replies

**zeducated** · 2y ago

my legit pair of obsidians has a double stamp for the air logo, crazy what nike qc lets through sometimes lmao. my reps often have better quality control

⬆ 7 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Kitchen-Effect2662** · 2y ago

What's the dead giveaway for sneakers worn once or lightly worn other than the bottle outsole ?

⊖   ⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**grapeallday** · 2y ago

Lint in the sock liner and if their leather then creases by the toe box

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**battle_schip** · 2y ago

Skip to main content

Log In

I thought that was part of their disclaimer? (If the box is damaged, still send that motherfucker, I'll tape that shit up.)

I collect shoes, and the box was part of the reason I chose StockX over a competitor. Do I have any recourse?

Edit: Appreciate the mini AMA my dude, sorry y'all had to force feed 50 shoes an hour.

⊖    ⌃ 19 ⌄    💬 Reply    🏅 Award    ↗ Share    ⋯

**grapeallday** · 2y ago

I'd hit them up. I 100% garuntee the authenticator didn't know the box and the label checked out and so it went through. Sellers will do anything to get shoes through.

⌃ 22 ⌄    💬 Reply    🏅 Award    ↗ Share    ⋯

**Ahmadiyad10** · 2y ago

Do they bother authenticating shoes like converse, vans and stuff that aren't hyped or shoes that go for around $100?

⊖    ⌃ 19 ⌄    💬 Reply    🏅 Award    ↗ Share    ⋯

**grapeallday** · 2y ago

Yeah I think $40 is the least you can sell on stockx for. They want to middle man pretty much any shoe.

⌃ 17 ⌄    💬 Reply    🏅 Award    ↗ Share    ⋯

**nyxtheking** · 2y ago

What happens if you let a fake through? Multiple fakes?

⊖    ⌃ 18 ⌄    💬 Reply    🏅 Award    ↗ Share    ⋯

Skip to main content          Log In



wrong sizes or style codes. Sometimes 1 shoe wold be a 1/2 size too big or small.

50   Reply   Award   Share   ...

**nyxtheking** • 2y ago

Oh okay, interesting.

This is a cool thread, appreciate your input

35   Reply   Award   Share   ...

**grapeallday** • 2y ago

yeah shout out to the dudes who do it. It's a lot of work for the money you're being paid.

37   Reply   Award   Share   ...

**[deleted]** • 2y ago

Do an AMA and talk to the mods.

We all wanna know this stuff.

23   Reply   Award   Share   ...

**grapeallday** • 2y ago

I could. I'd like to make a throw away just in case if I do a full blown AMA

36   Reply   Award   Share   ...

1 more reply

**oldDotredditisbetter** • 2y ago

what if someone lets a wrong size/style code through? does stockx just eat the cost and try to sell it later?



Nope the seller who shipped the wrong size style/ code pays for shipping back

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

⊕ 1 more reply

**serchizm** • 2y ago

What kind of coffee did they provide in the break room?

⊖ ⬆ 18 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

**grapealldaly** • 2y ago

espresso pod machine.

⊖ ⬆ 25 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

**rpkarma** • 2y ago

This is the true travesty :(

⊖ ⬆ 16 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

**Kitchen-Effect2662** • 2y ago

😂😂😂😂 LMAO

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   •••

**Kitchen-Effect2662** • 2y ago

Did they feed or treat you guys to food daily or Just t he basics of coffee and what type of drinks did break room have? To be fair it would be expensive and Lability to feed everyone meals all day kinda, my point is did they treat you guys monthly to big meals, food, catering etc ? Did they have free Gatorade in the break room etc ?

Skip to main content

Log In



Once a week we would get something catered. During peak season maybe twice. There was a vending machine to buy drinks. They had plenty of basic snacks. Catered meals could be amazing or dog crap though. It was a bit or miss.

⬆ 2 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**eagleisacoolbird** • 2y ago • Edited 2y ago

Did you ever damage a box while opening? What'd you do then?

⊖    ⬆ 17 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**grapeallday** • 2y ago

If it's not bad they'll fix it.. If its an expensive pair of shoes or really bad they'll either buy it or try contacting the seller and see if they want it. and may offer a cheap discount code.

⬆ 17 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**RomanStrigssyoo** • 2y ago

what determined a jordan 1 as a fake in the process? especially travises

⊖    ⬆ 16 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**grapeallday** • 2y ago

Any StockX workers past and present care to share? : r/Sneakers

Skip to main content   🔍 Log In

Mostly smell and how they look under a black light. different stitching lights up or a different color sole, leather quality.

It's hard to have a fake have a good box paper and shoe. BUT people can put really good fake shoes in a real box.

TBH TS1's are really easy to authenticate, the attention to detail is hard to match.

⬆ 51 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

⊕ 16 more replies

 **Summersgill_25** · 2y ago

On an average day how many fakes would you catch?

⊖ ⬆ 14 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

 **grapeallday** · 2y ago

usually none it was more people sending in the wrong size and style codes, but some days the flood gates would open and you would have 8 maybe 10. Not as common as you would think though.

⬆ 28 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

 **Gambitasdf1** · 2y ago

What percentage of shoes were reps?

⊖ ⬆ 13 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

 **grapeallday** · 2y ago

less than .05%. You could go days with out seeing one and then have like 6 in a day.

The most common thing for not passing is people sending in the wrong size or style code.

Case 1:22-cv-00983-VEC   Document 372-60   Filed 09/08/24   Page 17 of 26



What about things like PlayStations and AirPods? Are you making sure those are correct by opening them or just get them in hand and then send them through to make the profit off fees?

⊖   ⬆ 5 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**grapeallday** · 2y ago

I was back in 2019 and didn't have those.

⬆ 4 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**yaaahh** · 2y ago

How many fake ones would you see in a day ? Also what was the most faked one ? I guess Yeezy 350s

⊖   ⬆ 10 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**grapeallday** · 2y ago

If it averaged out, probably 1 fake a day. It's more common people send in the wrong style code or size.

Most faked would be anything going for $$, people usually try to get a quick lick in or send a pair in super early to see if it will get pass

⬆ 17 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

[deleted] · 2y ago

do they have different teams authenticating shoes vs bags? if u had a luxury bag that u needed to sell bc it was giving anxiety, would u sell it on stockx or not even bother? i feel like i would pocket more $ on stockx than on therealreal but im scared that something could go sideways and it's an expensive mf bag

⊖   ⬆ 8 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

9/5/24, 4:28 PM
Case 1:22-cv-00983-VEC   Document 372-60   Filed 08/08/24   Page 18 of 26
Any StockX workers past and present care to share? : r/Sneakers



Skip to main content

Log In

that's a whole different set of skills.

↑ 14 ↓     💬 Reply     Award     ↗ Share     ⋯

**ThaFannyBandit** · 2y ago

Was more time/attention given to big ticket items? I had a pair of special box Chunky
Dunks arrive, verify, and ship out same day. Made me hella sus.

↑ 6 ↓     💬 Reply     Award     ↗ Share     ⋯

**grapeallday** · 2y ago

Yeah, it may be checked by a lead on super high price stuff. Everything we get
shipped in that day gets shipped out before we got to leave unless we hit 12
hours. you would have some pairs that would need to have a box repaired or
another person too look at so some would stay another day.

↑ 12 ↓     💬 Reply     Award     ↗ Share     ⋯

**[deleted]** · 2y ago

I know the answer to this one because i was the first person to sell a certain hype
shoe through that app, months before the release. The shoes landed, they took
photos of them, and used the photos in a promotional email, all before they paid
me out for the sneaker.

↑ 4 ↓     💬 Reply     Award     ↗ Share     ⋯

**charlie_bites_hard** · 2y ago

What exactly do you guys do to "Authenticate" items like PS5s? Or better yet, have you
ever seen someone try to sell a fake PS5 or similar product?

↑ 5 ↓     💬 Reply     Award     ↗ Share     ⋯

**grapeallday** · 2y ago

Skip to main content                    🔍    👤                                              Log In

⬆ 3 ⬇        💬 Reply        🏅 Award        ↗ Share        ⋯

**Academic_Collar_4655** · 2y ago

Did you ever accidentally authenticate a fake shoe ?

⊖    ⬆ 4 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**grapeallday** · 2y ago

I can proudly say I did not, at least never got one returned.

Did have plenty of wrong sizes and style codes though.

⬆ 15 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**polimathe_** · 2y ago

how many fakes you catch and what were the top ones?

you guys ever hit up the rep subreddits for intel on fakes?

⊖    ⬆ 4 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**grapeallday** · 2y ago

I caught over 100 in my time there and a lot of TS1 high fakes come through.

I thought that's how they did before I worked there, but nah just consistency with paper box shoes and labels.

⬆ 12 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**SpecialEdShow** · 2y ago

Stockx has taken on a lot of collectable categories lately. Is there a certain kind of item they have no business LCing?

⊖    ⬆ 6 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

Skip to main content                                                                                    Log In

⇧ 7 ⇩        💬 Reply        🏆 Award        ↗ Share        ⋯

**Phlashfoto** · 2y ago

Are my mochas fake?

⇧ 7 ⇩        💬 Reply        🏆 Award        ↗ Share        ⋯

**[deleted]** · 2y ago

Are the Jordan 8s hard to make reps of? They're my favorite for playing basketball in,
looking to buy 2-3 colorways for the summer and fall.

⊖    ⇧ 2 ⇩        💬 Reply        🏆 Award        ↗ Share        ⋯

**grapeallday** · 2y ago

I wouldn't say hard to fake. It's just not in demand. China wants to make stock
that will fly. The OVO 8's were probably the last faked 8 but that's just a guess.

⊖    ⇧ 3 ⇩        💬 Reply        🏆 Award        ↗ Share        ⋯

**[deleted]** · 2y ago

Alright, cool. Thanks for the reply and for checking all those shoes for us! I
have South Beach and Multi Color 8s on the way, seller is now sending them
to Stock.

I guess you can really tell most Jordans aren't for balling in, because the 8s
are super efficient with traction and ankle/arch support for on-court.

But I'm kinda glad my favorite AJs for hooping aren't in high demand to
avoid fakes, haha.

⇧ 2 ⇩        💬 Reply        🏆 Award        ↗ Share        ⋯

⊕  2 more replies

**RobTheCoder** · 2y ago

9/5/24, 4:28 PM    Any StockX workers past and present care to share? : r/Sneakers



Case 1:22-cv-00983-VEC    Document 372-60    Filed 09/05/24    Page 22 of 26

Skip to main content

Log In

you pass on something that might be slightly defective?

⊖   ⬆ 1 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**grapeallday** • 2y ago

Im sure there has, but no it's always a dollar or something. More common than that are silly notes with them. We all chuckle at the funny ones.

⬆ 2 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**Adventurous_Pear893** • 2y ago

What type of tests do u guys do? Like blacklight, shape etc?

⬆ 1 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**Dr_EFC** • 2y ago

Was looking Adidas/Prada luna rossa sneakers on StockX, do they get faked a lot?

⬆ 1 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**spast1c** • 2y ago

Skip to main content   🔍 Log In

Mason Plumlee (who had done an AMA here not long before) offered up a pair of Nick Youngs players only sneakers so I let the people we were working with at StockX know and they decided they wanted more celebrity involvement. I told them we are volunteer mods on this sub and that we don't have contacts for anyone other than Mason. From there they started ghosting us eventually telling us they no longer were going to host the fundraiser. Masons people stepped up and put together something for us but it was nowhere near as successful as the original plan would have been.

Tl;dr - StockX agreed to host a charity raffle, requested we run it on their platform then backed out at the last minute because the mod team didn't have any contacts with celebrities.

 ⊖ ⬆ 714 ⬇    💬 Reply    🏅 Award    ↗ Share    •••

 [deleted] • 2y ago

Sucks about StockX but dang that's really cool of Mason and his team to still help out the event.

 ⬆ 193 ⬇     💬 Reply     🏅 Award    ↗ Share    •••

⊕ 7 more replies

aceofspadez138 • 2y ago

Everything about StockX screams unprofessional. Just look at [their public response](their public response) to one guy who put them on blast for sending him fakes

Like, even if you're defending your reputation, maintain some professionalism lol. I can't believe there's an actual major business out there whose customer service department thinks it's okay to talk to customers that way when the business itself is in the wrong.

⬆ 86 ⬇    💬 Reply    🏅 Award    ↗ Share    •••

 ⊕ 13 more replies

Skip to main content                       🔍  👤                                                    Log In



**utbdiddy** · 2y ago

One area I always thought could be a little shady on StockX and Goat was some of the small issues they will flag with an authentication asking you to reduce the sales price by X% to see if buyer still wants to purchase. I had a couple of shoes sold where the authentication flagged something like "damaged box" or "discoloration" with nondescript photos.

How do I/we know that they are actually offering that discount to the buyer? I have bought countless shoes from StockX and Goat and have never been offered a discount from authentication even though I have received some trash boxes, worn "new" shoes, etc.

⊖   ⬆ 168 ⬇     💬 Reply     🏅 Award     ↗ Share     ⋯

**Fosified** · 2y ago

I've gotten that discount more than a few times as a buyer. Got one discount for a damaged box and it was only damage in the corner of the label.

⬆ 46 ⬇     💬 Reply     🏅 Award     ↗ Share     ⋯

⊕  7 more replies

**nikleson** · 2y ago

we get blank copies of the shoe someone ordered and sharpie in the color way...

⊖   ⬆ 264 ⬇     💬 Reply     🏅 Award     ↗ Share     ⋯

**HouseOfPenguins** · 2y ago

Lmfao.

⬆ 36 ⬇     💬 Reply     🏅 Award     ↗ Share     ⋯

⊕  1 more reply

**on10toes** · 2y ago

9/5/24, 4:28 PM
Case 1:22-cv-00983-VEC   Document 373-60   Filed 09/05/24   Page 25 of 26
Any StockX workers past and present care to share? : r/Sneakers

Skip to main content

Log In



↑ 97 ↓   💬 Reply   🏅 Award   ↗ Share   •••

**KanoSupreme** • 2y ago

I had to unfollow him because that's all it was with him.

↑ 31 ↓   💬 Reply   🏅 Award   ↗ Share   •••

⊕ 3 more replies

⊕ 3 more replies

**WolfOfPort** • 2y ago

I worked at stockx as the lead authenticator team lead and i can also come up with any shit i want on the internet.......

⊖ ↑ 64 ↓   💬 Reply   🏅 Award   ↗ Share   •••

**Cbrip31** • 2y ago

I am stockX

↑ 41 ↓   💬 Reply   🏅 Award   ↗ Share   •••

⊕ 2 more replies

⊕ 2 more replies

**cXs808** • 2y ago

lmfao anyone who thinks stockX is legit at this point in time has not been paying attention

↑ 27 ↓   💬 Reply   🏅 Award   ↗ Share   •••

⊕ 16 more replies

**Overall_Leading3166** • 2y ago

9/5/24, 4:28 PM
Any StockX workers past and present care to share : r/Sneakers
Case 1:22-cv-00983-VEC    Document 372-60    Filed 09/08/24    Page 26 of 26



 

Log In

 **yeezy_boost350v2** • 2y ago

yeeyz350 reps are 1: 0.999 at this point unless you wanna use a microscope and start count threads

⬆ 29 ⬇    💬 Reply    👥 Award    ↗ Share    ⋯

⊕ 1 more reply

 **lymask32** • 2y ago

S/o grapeallday cause he out here doing gods work 😆

⬆ 10 ⬇    💬 Reply    👥 Award    ↗ Share    ⋯

 **Livid_Distribution19** • 2y ago

- Good staff discounts? What happens to items that get returned (U.K. and EU have a 14 day return window)?

⬆ 9 ⬇    💬 Reply    👥 Award    ↗ Share    ⋯

⊕ 5 more replies

 **mbaldwin05** • 2y ago

That's why I shop GOAT....not to mention StockX customer service is crap!!

⬆ 8 ⬇    💬 Reply    👥 Award    ↗ Share    ⋯

⊕ 3 more replies

View more comments