# Exhibit 61

*Redacted Public Version*

Also, your team took my original packaging. How will I be compensated from that? I did not receive the item packaging i sent to you guys. I have proof of the bag I sent previously.

On Tue, Dec 28, 2021 at 9:22 AM support@stockx.com <support@stockx.com> wrote:
> Hi Jennifer,
> Thank you for following up with me and I do apologize for any inconvenience this may have caused.
> As previously explained, when items go through the verification process Items are reviewed under different lighting which includes but is not limited to black UV lighting. When items are viewed under UV lighting it shows things that may not be visible to the naked eye.
> The photos our team provided you regarding the verification results were under special UV lighting in which your photos are not, therefore your photos will not show the stain our team is referring to.
> Keep in mind this was labeled as a manufacturing defect. StockX is unique in that we only accept new, "deadstock" condition apparel, so we must be very stringent during our verification process. While there is a bit of leeway for common manufacturing variances, the item received was not within our accepted standards.
>
> Due to the item not passing, the item was returned to your location on file at this time.
>
> Here is the return tracking: Tforce, 1203202113521495
> In addition, the penalty fee was refunded on December 21, 2021. Refunds can take up to 7 business days, this does not include weekends and/or holidays.
>
> I know that this is not an ideal situation for you, but this is the most that we can do in regards to this order as the verification results are final.
> Have a great day and a happy New Year!
>
> Best,
> Akua

Confidential                                                                                                                                        STX0248653