# Exhibit 65

Well if y☐all say they legit then that☐s what I☐m going to go
With! Thank you so much .
On Wed, Mar 30, 2022 at 7:38 AM support@stockx.com <support@stockx.com> wrote:

Hi Kiuntira,
I apologize that you are not satisfied with your Nike Dunk order. We had our verification team look at your photos, and we see that this item would be acceptable per our deadstock conditions and from retail shop or manufacturer. Please remember that the item is produced on a large scale and will feature natural manufacturer differences and variances.
Stockx ensures that each item that is purchased must undergo a rigorous multistep procedure. We only allow authentic and deadstock merchandise. This means that every item must be brand new and never worn. Our authenticators also follow a 100 point data checklist accompanied by using machine learning to aid our authenticators in catching every minor detail.
When we inspect every item, ultimately like to make sure that

1. The item is authentic
2. The item is in a condition that would be accepted at a retail location.

The good news is that we are a marketplace, and not a store, so you can resell them on StockX if you are truly unsatisfied with your purchase!
We appreciate you as a user of StockX!
Kindly,
Sherice

**Confidential**

STX0205454