# Exhibit 66

*Redacted Public Version*

There are obvious defects on the shoes. They are even pointed out with stickers as a defect. Even if it were authentic there are obvious and significant defects.

This is an extreme disappointment. I will never trust your authentication process again. I should have trusted everything I read online about the lack of authentication happening on StockX. These shoes are absolute garbage and I have been buying Nikes and dunks my entire life.

I have never felt so ripped off through an "authentication" process. I am trying to be calm with my response, but I am outraged. Unbelievable.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: support@stockx.com
Date: 3/23/22 2:59 PM (GMT-05:00)
To: ████████████████████
Subject: RE: StockX Case # CAS-1058576-W4S2P3 Returns / Exchanges CRM:01370426145

Good Evening Megan,
Thanks for your patience while I reached out to our Senior Authenticators to report the concerns you've expressed.

They have determined that this pair of Nike Dunk High Panda (2021) (W) sneakers are in the correct condition that was provided to you. No red flags or anything out of the ordinary were found on these shoes. Our authenticators also follow a 100 point data checklist, as well as using machine learning to aid our authenticators in catching every minor detail. The shoe build, material quality, appearance of the box, size label and overall composition of the shoes all checks out with authentic pairs. Additionally, the pointed out areas (fraying, stitching, excess glue) are all very common and consistent within this model. We unfortunately do not have control over the manufacturer's production or quality control standards and must work with products that they have cleared for release.

The good new is that this pair has been reviewed in hand as well and does meet our standards for 'deadstock'. Due to StockX being a live marketplace, we are unable to offer returns or exchanges, however, if at any point you do not wish to keep your item, we suggest reselling the pair on our site at a price most comfortable to you. Thanks again for using StockX and if you have any questions or concerns regarding our selling process, please reach back out.

Stay safe!
-Jonel

Confidential

STX0206268