# Exhibit 67

*Redacted Public Version*

Dear David,

I hope I will not have trouble reselling these Dunks on your site. If I am able to and the buyer questions the quality, what is the protocol for buyer complaints of authenticated shoes from Stockx? I am disappointed that StockX considers these shoes worth $180. I am 14 and used paychecks from my weekend job to buy these shoes. Since it sounds like the only customer service option I will receive is a $20 refund, I will accept this option but please still reconsider a full refund. I am always browsing StockX and now hesitant about future purchases. All of my friends use this site as well and I hate to give them negative feedback about my experience.

Thank you ███████

On Thu, Apr 7, 2022 at 11:48 AM support@stockx.com <support@stockx.com> wrote:

Hello Cole,
Thank you for reaching out to us here at StockX!
I see you are reaching out regarding your purchase of the Nike Dunk Low Next Nature White Mint (W). I am sorry to hear you received your item in a condition you were not expecting. I would like to assure you I am here to help!

The recent releases of Dunks have had many inconsistencies featured on these pairs. Many pairs show signs of fraying stitching, excessive glue, and creasing that have been cleared for release by the manufacturer. This sneaker has been observed by several authenticators who have confirmed this item□s condition. I do apologize for any inconveniences this may have caused you as I understand your frustration in purchasing an item you have concerns with.

StockX is a global company, so to better accommodate sellers and buyers from around the world, we have authentication facilities in different regions. This includes facilities across the globe so it is not uncommon for you to see items with labels that are in a different language due to the region where it was originally sold. Regardless of where the shoes were authenticated, we apply the same standards for authentication. Stockx ensures that each item that is purchased must undergo a rigorous multistep procedure. We only allow authentic and deadstock merchandise. This means that every item must be brand new and never worn. Our authenticators also follow a 100 point data checklist accompanied by using machine learning to aid our authenticators in catching every minor detail. Feel free to learn more about our authentication process here.

The good news is that the selling side of our platform would allow you to resell this item if you no longer wish to keep it. Your business is very important to us and we want to always be sure that if you□re not satisfied that we will be in a position to assist you further. I would also like to provide you with either a $20-Off discount code or a $20-partial refund for the inconvenience. Please follow up in this email with how you would like to proceed.

Thank you for contacting StockX!

Best,
David

--

STX0210212