# Exhibit 68

Okay thank you,
the $20 discount sounds good.

On Wed, Apr 13, 2022 at 5:55 PM support@stockx.com <support@stockx.com> wrote:
> Hello Aeryn,
> Thanks for your patience during this time.
> Our Senior Authenticators have determined that this pair of Jordan 1 Low Black University Blue White (W) sneakers are in the correct condition that was provided to you. Our authenticators follow a 100 point data checklist, as well as using machine learning to aid our authenticators in catching every minor detail. No red flags or anything out of the ordinary were found on these shoes. The shoe build, material quality, appearance of the box, size label and overall composition of the shoes all checks out with authentic pairs. The pointed out areas (stitching, sole, logos variances) are consistent within this model pair. We unfortunately do not have control over the manufacturer's production or quality control standards and must work with products that they have cleared for release. Reselling is a great option if at any point you do not wish to keep the pair.
> While this pair does meet our condition guidelines, I know how frustrating it is to purchase an item online that does not go as expected. To make for a better experience, we would be willing to offer you a $20 USD discount code to use toward your next purchase. Please let us know how you would like to proceed and we'll go from there.
>
> Kindest Regards,
> Jonel

Confidential