# Exhibit 69

*Redacted Public Version*

Thank you for reverifying it and for responding. Have a great day.

Best Regards,

██████

On Wed, Apr 20, 2022 at 4:30 PM support@stockx.com <support@stockx.com> wrote:

Hey Riena,

We sincerely appreciate your patience while we reached out to our senior authenticators to review these concerns you expressed. I am deeply sorry to hear about the inconvenience you are facing with your most recent purchase and would like to assure you we are here to help.

We had our senior verification team look at your photos, and we see that this pair of Nike Dunk Low Two-Toned Grey (GS) sneakers is acceptable per our deadstock conditions and from the retail shop or manufacturer. The item is produced on a large scale and will feature natural manufacturer differences and variances. While I understand that you are not completely satisfied with this purchase, we do not have control over the manufacturer's production standards and must work with products that they have cleared for release. The flaws you are referring to have been common and consistent within this model sneaker. Our authenticators follow a 100 point data checklist, as well as using machine learning to aid our authenticators in catching every minor detail. No red flags or anything out of the ordinary were found on these shoes. The shoe build, material quality, appearance of the box, size label and overall composition of the shoes all checks out with authentic pairs.

The good news is that we are a marketplace, and not a store, so you can resell them on StockX if you are truly unsatisfied with your purchase! We would suggest doing so at a price you are comfortable with and with the verification tag still attached if that is how you decide to move forward.

I know that this is probably not the answer you were looking for and I hope this email helps relieves some concerns. If you have any other questions or concerns please feel free to reach back out as I am looking forward to your response! Thank you for using StockX!

Best. Regards,
Jonel

**Confidential**

**STX0212959**