# Exhibit 70

Hi Sherice,

Thanks for following up but this isn't a resolution. Even an untrained eye can clearly see the back of the shoes are fake -- the leather surrounding logo has a **point** vs. the standard curve. And as mentioned previously, the seams are completely off on each shoe.

What evidence can your "Senior Authenticators" provide showing that these sloppy attributes are present on authentic Nike Dunks? Please see a side by side photo below of the shoes I received on the left vs. authentic shoes on the right:

☒ Screen Shot 2022-05-18 at 12.18.40 PM.png

The shoes I ordered were not photographically represented as having the above issues -- otherwise I would have made a purchase on a different platform.

Can you also please share the 100 point data checklist your team uses? I'd like to review what the team is looking for. Additionally, the statement "we only allow authentic and deadstock merchandise to pass" isn't legally accurate -- StockX is currently involved in ongoing litigation with Nike about inauthentic and counterfeit goods on its platform.

Thanks,
Ashley


On Wed, May 18, 2022 at 11:48 AM support@stockx.com <support@stockx.com> wrote:
> Hi Ashley,
> Im back with an update for you!
> Thanks for being patient with us during the secondary review of your Nike Dunks by our Senior Authenticators.
> I am happy to provide some more clarity on this issue!
> Stockx ensures that each item that is purchased must undergo a rigorous multistep procedure. We only allow authentic and deadstock merchandise to pass. This means that every item must be brand new and never worn. Our authenticators also follow a 100 point data checklist accompanied by using machine learning to aid our authenticators in catching every minor detail.
> Upon further review, it was determined that your Nike Dunks ,are authentic and within our conditions guidelines for vertical name. Since this item is within our condition guidelines, we are unable to offer a refund or return on this item and I apologize for any frustration or inconvenience this may have caused you.
> I understand that this may not be the resolution you were looking for however, the good news is that we are a live marketplace so we encourage you to resell them on StockX if you no longer wish to keep them! In some instances you may be able to turn over a greater profit than your original purchase price! We want to always be sure that if you're not satisfied that we will be in a position to assist as your business is very important to us.
> Once more, I would like to apologize for any inconvenience this may have caused you. I hope this information was helpful. We know how valuable your time and money are, which is why we appreciate your patience and understanding and for being a loyal StockX customer.
> I hope you enjoy the rest of your day and thanks for choosing StockX!
> Kindly,
> Sherice

Confidential
STX0780499