# Exhibit 71

This is unacceptable. So you mean in a week the nike logo can be disappeared? Im not confident with this sneakers and dont trust the process of verification. I doubt they are legit. With all this news in the media and that type of answer about my concern i will be forced to start a legal claim.

Thanks,
CR

On May 12, 2022, at 4:26 PM, support@stockx.com wrote:

Hello Carlos,
Thank you so much for reaching out to StockX,
We appreciate you bringing this to our attention. I understand this is not the experience you expect when purchasing with StockX, I apologize for any inconvenience this might have caused you.
I just received this case back from our investigation team, we fully understand this situation can be frustrating. According to the feedback from our colleagues since DHL is reporting the shoes were delivered to the address on file on 4/23/22, and they were not reported until today, 5/12/2022, this case is not eligible for a claim or product complaint. I am so sorry for any inconvenience caused by this. For future reference, users have 3 days to contact us regarding a complaint.
We understand this is not ideal, but this policy was developed to maintain the integrity of the marketplace. I hope this information helps to clarify. Thanks a lot for choosing StockX!
After we receive an item in our authentication centers our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:
Condition
We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.
Construction
With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product☐s authenticity.
Packaging
Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.
Accessories
From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.
Advanced Technology
We use machine learning to aid our authenticators in catching every minor detail.
Quality Assurance
At a final check-in our authentication practice, our QA experts ensure nothing slips through the cracks.
These processes are followed with every item and every time to make sure you shop on StockX with complete confidence knowing every purchase is 100% Verified and Authentic. You can check this video to know more about the behind-the-scenes of our verification process. There is nothing to worry about you are in good hands
Hope that you find this information well and please if you have any other questions or concerns don't hesitate to reach back out to StockX, please remember that we are here for you.
Thank you so much for being part of StockX! Have a great day.
Kind regards,
Gianmarco

Confidential
STX0220978