# Exhibit 74

| | |
|---|---|
| Document title: | (9) StockX on Twitter: "Since 2016, our 300+ global Authenticators have inspected over 35M products, stopping fakes and protecting consumers. For #WorldAnticounterfeitingDay, we're releasing the numbers behind our rigorous process. See it all in our latest BIG FACTS report: https://t.co/CM3SGZMMyf https://t.co/hJP3uZqsI0" / Twitter |
| Capture URL: | https://twitter.com/stockx/status/1534548022939484160 |
| Page loaded at (UTC): | Fri, 24 Jun 2022 19:53:47 GMT |
| Capture timestamp (UTC): | Fri, 24 Jun 2022 19:54:26 GMT |
| Capture tool: | 10.7.17 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.141 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.13.0) |
| PDF length: | 4 |
| Capture ID: | 26y3YwPbsgwFwE4t2jppNC |
| User: | pv-leslie |

PDF REFERENCE #:     e5dprarTqb4NT8Ww2jPwwW

CONFIDENTIAL                                                                                                                                           NIKE0038994

# Tweet

**StockX** ✓
@stockx

Since 2016, our 300+ global Authenticators have inspected over 35M products, stopping fakes and protecting consumers.

For #WorldAnticounterfeitingDay, we're releasing the numbers behind our rigorous process.

See it all in our latest BIG FACTS report: bit.ly/3Has4eo



2:48 PM · Jun 8, 2022 · Twitter Web App

**8** Retweets  **3** Quote Tweets  **23** Likes

Tweet your reply    **Reply**

**TrevorMewes** @MewesTrevor · Jun 8
Replying to @stockx
Lmfao stop it
♡ 1

**tim lee** @twlee87 · Jun 8
Replying to @stockx
How about get some actual customer service. I'm ordering the same thing for a second time and paying twice. Hopefully I get it this time.
♡ 2

**@N3rdboyz** · Jun 8
Replying to @stockx
This is like a big "F" you to Nike 😂😂😂😂

---

### Relevant people



**StockX** ✓
@stockx                                    **Follow**
#GotItOnStockX - The live marketplace for authentic products of current culture. Shipping worldwide. Questions? stockx.com/help

### What's happening

**US national news** 🔴 LIVE
**US Supreme Court strikes down landmark abortion decision Roe v. Wade**
Trending with #RoeVsWade, America

**#TheBoysTV** 🧔
Stream Herogasm on Prime Video
Promoted by THE BOYS

Sports · Trending
**Dick's Sporting Goods**
40K Tweets

Politics · Trending
**Arrest**
131K Tweets

**Reuters** · 2 hours ago
**When abortion bans go into effect state-by-state**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More…
© 2022 Twitter, Inc.

Document title: (9) StockX on Twitter: &quot;Since 2016, our 300+ global Authenticators have inspected over 35M products, stopping fakes and protecting consumers. F…
Capture URL: https://twitter.com/stockx/status/1534548022939484160
Capture timestamp (UTC): Fri, 24 Jun 2022 19:54:26 GMT
Page 1 of 3
CONFIDENTIAL                                                                 NIKE0038995



CONFIDENTIAL                                                                                                                     NIKE0038996



Document title: (9) StockX on Twitter: &quot;Since 2016, our 300+ global Authenticators have inspected over 35M products, stopping fakes and protecting consumers. F…
Capture URL: https://twitter.com/stockx/status/1534548022939484160
Capture timestamp (UTC): Fri, 24 Jun 2022 19:54:26 GMT
Page 3 of 3
CONFIDENTIAL
NIKE0038997