# Exhibit 75

Why would I want out of country shoes/authenticators for a U.S. business???

Sent from my iPhone

On Jul 14, 2022, at 11:36 AM, support@stockx.com wrote:

Hey Casey, welcome to StockX!
Thank you for contacting us with concerns about the authenticity of your order 38437174 for the Nike Dunk Low Coconut Milk. I want you to know that resolving this issue is important to me and I'm here to provide you with as much information as possible.
Authentication has always been at the core of the StockX experience and has long set the industry standard. Our authentication team maintains a robust database with millions of proprietary data points gathered from our years of experience in the field. These insights come from our product experts around the world. Our authenticators leverage this database to effectively assess the legitimacy of each product that comes through.
There are many indicators that we use to spot inconsistencies. Our authentication team is tracking these differences regularly to ensure they know exactly what to look for in a game that is changing daily.
We take these types concerns very seriously. So much so that I sent your information, along with all of the information and photos you sent us, for a second and detailed review by a group of Authenticators. I just received word that after their review, they did confirm that these do not show any of the signs or variances that we typically see with products not produced by the manufacturer.
Your item is a overseas pair. StockX is a global company, so to better accommodate sellers and buyers from around the world, we have authentication facilities in different regions. This includes facilities across the globe so it is not uncommon for you to see items with labels that are in a different language due to the region where it was originally sold.
I hope that the team here at StockX was able to provide you with additional reassurance that your product is legit. If you want more information regarding our Authentication process, please check out information provided on our Newsroom article Big Facts: Verified Authentic.
We appreciate you choosing StockX! Please don't hesitate to reach back out if you still need assistance with anything else.
Best regards,
Nicole

Confidential
STX0786035