# Exhibit 76

www.33rdsquare.com /is-stockx-legit/

# Is StockX Legit? Everything You Need to Know Before You Buy Sneaker

: 9/22/2023



Do you want to use StockX for your sneakers and fashion items trading and wish to know how long it takes StockX to authenticate? This article will show you the extent of the StockX verification procedure to up your knowledge about the platform.

Stock X, Inc. is the creator and publisher of the unique product StockX – Buy and Sell Handbags, Watches, and Sneakers. There is now a convenient and secure method to buy and sell genuine shoes, watches, streetwear, and other items. The professional staff checks all the items to ensure their legitimacy.

This sophisticated platform guarantees both the highest quality and legality. If you're looking for stock market software that's easy to use, go no further than StockX – Buy and Sell Products. It's the most secure of its kind, and it benefits merchants and consumers alike.

If a merchant uses StockX's authentication service, they can be certain that their customers will always get genuine goods without ever having to deal with chargebacks. It offers a wide variety of high-quality items and is always being augmented with more. The software is compatible with both Android and iOS devices and can be used from anywhere in the globe at any time.

## Some Facts About StockX Reselling Market

**1. When StockX was originally launched, it was the first sneaker resale marketplace to be valued at 1 billion USD, making it a unicorn.**



It did this in under 3 years, and it currently generates over a billion dollars in yearly revenue from product sales. StockX's success can be attributed, in part, to the resale market's insatiable need for authentic streetwear and because of the company's commitment to preventing the selling of fake items or the funding of fraudulent transactions. StockX is now worth about 3.8 billion USD.

**2. About 75 percent of all items sold on StockX in 2019 were sneakers.**

The rest of StockX's revenue comes from selling accessories like purses, sneakers, and wristwatches. Deena Bahri, chief marketing officer of StockX, stated, "There is a rising interest in alternative assets, which can be utilized while gaining in value over time, such as fashion, art, gaming consoles, and designer products. We also recognize that as our customer develops, the investment varies over time, and many move up to higher-priced things as they transition to the next career or decade of their life, But I wouldn't call our goal the creation of a 'one-stop' store. Our compass is the ever-shifting cultural preferences of

customers, which we aim to capitalize on via our business. To keep our core customers, we focus on maintaining a high level of relevance. In the end, we want to keep erasing boundaries between retail and wholesale."

## 3. The concept behind StockX is to act as a "stock market for goods," thus the name.



StockX is a platform where people can purchase and trade unique goods such as limited-edition shoes and designer apparel, thus the name, which is designed to evoke the idea of a "stock market of things." In the same way that stocks on the stock market are exchanged based on supply and demand, commodities are traded on StockX.

## 4. Seventy percent of StockX's customers are younger than 35.

Seventy percent of StockX's customers are younger than 35. About sixty percent of male Generation Z members say they utilize the site, making it a huge hit with this demographic. StockX, however, has experienced an increase in its user base among those 45 and older and among women in recent years.

## 5. StockX's authentication system is a major selling point.



In order to fulfill an order placed on StockX, sellers must first submit their products to one of the company's authentication centers for verification. The purpose of the authentication center is to protect consumers from being duped by purchasing fake goods. StockX VP of operations Derrick Register remarked, "Authenticators utilize an average of 50 different checks to verify that a shoe is legitimate and in deadstock condition (we can't reveal all the details of our 'secret sauce')." The goods are checked for any stitching or gluing abnormalities, and the font color and size of tags and receipts are double-checked as part of the multi-step authentication procedure.

## 6. About a quarter of the products listed on StockX are offered at prices lower than their suggested retail value.

This often occurs during periods of oversupply in retail, when shoppers can find what they need on StockX without having to wait for the price to drop.

## How StockX Works


https://youtu.be/17hCJCFLG5k

The StockX application is easy to use if you are a buyer. One must first create an account and associate it with a suitable means of financial transaction. Then, if you see a pair of shoes you like, you can either make an offer or buy them for the listed price. If you've bid successfully or paid the asking price, the next action is to anticipate the arrival of your authenticated pair of high-end kicks.

There is not much of a learning curve for vendors. You create a profile and advertise the footwear and/or streetwear you want to sell. If no one is willing to reach your asking price, you can choose to sell now. The next step is to ship the goods off to StockX so they can be authenticated. As soon as they verify the details, they will release the funds to you.

StockX, on the other hand, claims to be a simple platform with built-in assurances. When it comes to your footwear and sportswear demands, the brand promotes openness.

## How Long Does StockX take to Authenticate?

Validation of products by StockX typically takes between one and two business days. The specific duration may change based on the nature and state of the object in question. This is probably why your item hasn't been validated yet. But there are measures you can do to speed up the authentication process.

## How to Get Your Items Authenticated Quickly by StockX



## Step 1. Ensure you have a complete filling of items during the authentication submission of the items

To ensure a successful verification of your item, please fill out all fields fully and accurately. Any information that is missing or wrong can cause a delay.

## Step 2. Take high images of the item in question before sending it in for verification

In order to speed up the authentication process, provide high-quality images of the items and as much information as possible to StockX.

## Step 3. Be patient

Once you have a complete and correct filling of the needed details for authentication, in addition to having a high-quality image of the items, be patient, and your items will be authenticated in no time.

# Methods StockX Uses to Ensure Authenticity


https://youtu.be/Qak5qTEdxYw

StockX's checks are quite thorough. StockX verifies over a million different items every year. The company's detection rate for counterfeit goods remains at 99.96 percent despite its massive magnitude. Since this, the corporation has rejected items with a total value of over 400 million USD because they did not pass the authentication process. How, then, does the firm do this?

The first thing you should know is that the firm does not permit the resale of used footwear on its site. Deadstock footwear is what you'll find on StockX. This guarantees that the items are genuine, brand-new, and never worn before the sale. The shoes come with their original packaging, including the box, lid, and size label. A dishonest vendor would have a hard time passing off counterfeit footwear on the site now.

To back up this essential operation, the organization employs the services of more than 300 authenticators and another 200 people in roles ranging from knowledge managers to quality assurance experts. In addition, StockX has eleven authentication hubs across four different continents. StockX employs cutting-edge AI technology at its authentication hubs to pick up on the minutest of facts.

By this logic, it is easy to see how StockX can consistently identify fakes with a success rate of 99.96 percent. The database is regularly updated when new forgeries are discovered in order to stay up with the evolving methods used by scammers.

## Causes of Items Authentication Delay



Authentication might be held up because of the following issues:

## 1. Condition of item

It may take more time to authenticate an item that is in poor condition or has substantial wear and tear.

## 2. Item type

Authenticating some goods is harder than doing so with others. The authentication process for shoes with intricate designs or patterns, for instance, might be lengthier than that for a plain white tee.

## 3. Poor-quality photos

When sending an item in for authentication, be sure to include high-quality images of it. In order to speed up the authentication process, provide as much information as possible to StockX.

## 4. Incomplete or incorrect information

To ensure a successful verification of your item, please fill out all fields fully and accurately. Any information that is missing or wrong can cause a holdup.

# What Could Happen When an Item is Unauthenticated

If StockX is unable to verify the legitimacy of your item, it will send it back to you. You can get in touch with StockX's support team if you think your item wasn't properly validated. You might get their assistance in figuring out what went wrong or in resubmitting your item for authentication.

## The StockX Tag: What is it?



This tag guarantees that the product is genuine and manufactured by the firm. In this manner, buyers can be certain that the products they're getting are legit. The tag ensures that the item is genuine. In this way, consumers can verify that the goods they are buying are authentic. This also shows how seriously StockX takes its verification procedure since all items leaving the warehouse are verified. But shoppers should be wary since some stores are using fake tags.

## How to Detect Fake StockX Tag

What follows are some of the measures you can take to identify a phony tag.

- Checking the tag's front side should be your initial step. The font used for the coin's inscription deserves careful consideration. If there are any chiseled inscriptions on the coin, the tag is fake.
- Verify the StockX logo appears on the authenticity label.
- Always check your left 🔍 sneaker for the tag.

9/4/24, 5:03 PM
Is StockX Legit? Everything You Need to Know Before You Buy Sneaker

Case 1:22-cv-00983-VEC    Document 272-73    Filed 09/03/24    Page 11 of 12

- Carefully review the StockX card that was included with the tag.
- Check the back of the coin to see any inscriptions or other details.
- The coin should have a grass-green color.
- Verify that plugging and unplugging the cable works.
- The tag should be scanned for extra details

## Is It Possible to Get a Refund or Swap from StockX?

Purchases made on StockX cannot be refunded or returned at this time. All forms of product exchange are included. StockX asserts that it meets the requirements imposed by the anonymous character of the real market. However, if they no longer need an item, customers can resell it on StockX.

Contrarily, you can reach out to the StockX team using the StockX application if the item you get is damaged or the wrong size. After filing a ticket, launch the app and go to the profile page. After that, click the orders tab and seek the order that you need. StockX Help is located in the screen's footer.

## Is StockX Legit?



https://youtu.be/ZqIdOGT7xZY

The strict policy of StockX's 🔍 authentication and the thorough verification method ensures the legitimacy of everything sold on the platform. In other words, you can shop with the assurance that the products you buy are authentic and not fake.

## FAQs

## Q: Is StockX safe to use?

StockX is a trustworthy, easy, and safe platform to use for the trading of your fashion items and sneakers.

## Q: Where is StockX located?

StockX has its headquartered in Detroit. It is a platform that takes great pride in being a technological frontrunner serving the booming and massive global online market for footwear, clothes, gadgets, and memorabilia.

## Q: What is the fee of StockX?

There is a 10% basic fee for Level 1 StockX sellers, with a reduction to as low as 8%. This basically relies on the number of quarterly sales made.

## Q: Does StockX offer free delivery?

Despite the rare presence of a free shipping promo coupon on the StockX site, it doesn't offer free shipping. Shipping costs are 5 USD for trading cards and 13.95 USD for anything else.

---

# Conclusion

StockX rigorously vets all vendors, so you can be certain that your purchases are legit. If you're going to sell anything on StockX, it has to be an actual, physical item. Do not put an item up for sale on StockX if you have any doubts about its authenticity.

Have patience while waiting for the authentication of your stuff. Verifying the legitimacy of each item for sale on StockX is a time-consuming procedure, but it is essential to protecting the integrity of the marketplace.

How useful was this post?

Click on a star to rate it!

- 
- 
- 
- 
- 

Average rating 0 / 5. Vote count: 0

No votes so far! Be the first to rate this post.