# Exhibit 77





Editors' product recommendations may earn DMARGE a commission Learn more.

**Fake sneakers are big business. New sneakers from top brands like Adidas and Nike are already pretty expensive, but when you factor in low supply, high demand and the insane mark-ups popular models receive on the aftermarket, the demand for cheaper counterfeit creps is easy to understand.**

. . .

According to some sources, the fake sneaker market is worth as much as US$450 billion, and sneakers are by far the most counterfeited good on the planet. Fakes these days are increasingly sophisticated, and it can be exceptionally difficult to sort fu-fu from the real McCoy.

It's also hard to tell which new sneaker releases are more likely to be counterfeited than others. It's even come to a point where the counterfeiters are so good that they can reverse-engineer sneakers from press material and get fakes out into circulation before the official release hits stores.



ADVERTISEMENT

Well, now we've got some hard data. Leading sneaker and luxury goods marketplace StockX recently released a report into their authentication process and the fake goods market, revealing some shocking stats about how many fake goods they intercept, as well as the top 3 most faked sneakers they've encountered – and they've all got a few things in common.

# The data

Over the last 12 months, the top 3 most faked sneakers StockX have intercepted were all Nike Air Jordans. More than that, they're all Air Jordan 1s, and they all have a connection to popular Houston rapper Travis Scott.




Jordan 1 Retro High Dark Mocha

Retail Price: $170
Resell Price: $700



Jordan 1 High OG SP Fragment x Travis Scott

Retail Price: $200
Resell Price: $4,500

Jordan 1 Low Fragment x Travis Scott

Retail Price: $150
Resell Price: $2,500

Images & Data: StockX

#3 and #2 are the Jordan 1 Fragment x Travis Scott, in low and high-top form respectively. That's not a huge surprise: all of Scott's signature Nike sneakers rank as some of the most hyped and desired sneakers on the market. Fragment, too, is an insanely popular brand, and any of their collabs – whether that's watches, cars or sneakers – are highly coveted.

Slightly more surprising is the most faked sneaker: the Jordan 1 High 'Dark Mocha'. While not explicitly a Travis Scott collab, it closely resembles the insanely popular Travis Scott 'Mocha', which is why the style is so popular (and hence why it's clearly been such a huge target for counterfeiters).

ADVERTISEMENT

**RELATED**: Chinese Sneaker Brands Increasingly Leaving Western Competitors Red-Faced

StockX's 11 authentication centres around the world reportedly rejected over 300,000 products worth over US$100 million last year – but not all of those products rejected were fakes. The most common reason products were rejected by StockX was manufacturing defects, which represented 24% of all rejections. The next two biggest reasons were damaged boxes at 20% and used product (i.e. it's not mint condition) at 16%.

Fakes represented 14% of rejections, for comparison – which still works out to a whopping 42,000 products, the majority of which were sneakers. Oh, and before you ask, StockX's authenticators boast a 99.96% accuracy rate.



A real versus a fake Adidas Yeezy Boost 350 V2 'Beluga' (real on the left, fake on the right). The giveaway? The 'SPLY' text on the right is a bit off. Not all fakes are easy to spot like this one, though… Image: Solecheck Leo



inspired by TRENDII

## How can I spot a fake?

While big marketplaces like StockX have huge authentication teams which inspect every sneaker they receive, how can the average shopper figure out what's real or what's fake? Well, it's not always that easy – which is why sneaker authentication services or 'legit checks' are so in-demand right now.

Some of it comes down to common sense. If you find a sneaker that regularly sells for way above retail price for a price that's too good to be true, it probably is. Use your senses: if they have a very chemical smell, if they feel poorly constructed or if the box/product looks off, stay away.

**RELATED**: ['Abused' $900 Sneakers The Next Normal For Australian Luxury Consumers](#)

Also make sure it's a colourway or design that was actually produced by the brand and not some homage (for example, Supreme have never collaborated with Yeezy, so if you see a 'Supreme Yeezy', it's fake).

Just like pieces of art, specific sneakers will also have specific features that can be used to discern a fake. For instance, [Legit Grails](#) advises that the 'Air Jordan' applique logo on the Jordan 1 'Dark Mochas' is a good way to see if a pair is fake or not: fakes tend to have different, less precise letters with inconsistent sizes and shapes.

ADVERTISEMENT

Hot tip: join a sneaker community online. Most sneakerheads will be happy to help 'legit check' your sneakers, as well as provide or endorse trusted sellers (or help steer you clear of dodgy ones). Oh, and probably don't shop on Taobao. That should be an obvious one…

**Read Next**

- Nike's Most Luxurious Sneakers Ever Smash Through New Price Ceiling
- This Nightmare Video Will Make You Reconsider Investing In Vintage Sneakers

TOPICS IN THIS STORY: **NIKE**, **SNEAKERS**

 Follow Us    Share

**ABOUT THE AUTHOR**



**JAMIE WEISS**

Jamie Weiss is a former DMARGE Lifestyle Editor who covered watches, whiskey and cars.

# Latest Stories on DMARGE



## Why Fiji Airways Joining Oneworld Is Huge News For Qantas Frequent Flyers



**Cristiano Ronaldo Caught Getting Cozy With Rumoured Secret Wife On Superyacht In St. Tropez**



**New Visa-Free Holiday Hotspots For Australian Travellers: Our Monthly Travel Hacks Roundup**



**Why A Doomed $325 Million Saudi Superyacht Had A Mysterious Secret Compartment**



**ASICS Continue To Set The Pace With Latest SUPERBLAST 2 Runners**



Cartier Debuts Breathtaking Perth Boutique For Western Australia's Discerning Watch Enthusiasts

ADVERTISEMENT

## Stories that matter, delivered.

Get the latest breaking news and original content across sport, entertainment, luxury and travel.

| Enter your email | SIGN UP |

**DMARGE**

FOLLOW US

DMARGE is a leading lifestyle publisher delivering breaking news and expert advice across travel, entertainment, celebrity, sport, luxury, cars and watches.



## NEWS

Style

Watches

Cars

Grooming

Travel

Food

Entertainment

Tech

Lifestyle

## EXCLUSIVE CONTENT

Buyers Guides

Reviews

Gift Guides

Videos

How To's

## EXPERT GUIDES

Running Brands

Gym Clothing Brands

Watch Brands

Menswear Brands

Business Class

Whiskey

Electric Vehicles

Men's T-Shirts

Men's Colognes 2024

## PRODUCT REVIEWS

Tabs Chocolate

True Classic T-Shirts

Fortero Shampoo

AG1 / Athletic Greens

July Luggage

Oxyshred

## NEWSLETTER

Join DMARGE

## INFORMATION

About

The Team

In The Media

Contact

Advertise

Feedstar

DMARGE © 2024. All Rights Reserved.

Terms & Conditions    Privacy Policy    Affiliate Policy    Editorial Policy    Corrections Policy    Fact-Checking