# Exhibit 81

Thanks Dariel, just giving your team a heads up because StockX and Nike are in the middle of a legal battle so this just seemed like a very odd occurrence to have that many sales in one day for the low prices on an exclusive shoe. Hopefully your team of authenticators collaborate to ensure each of these Road Warrior's are authentic. Thank You!

On Mon, Jun 13, 2022 at 10:12 AM support@stockx.com <support@stockx.com> wrote:
> Hey Jimi
>
> Thanks for reaching out to StockX. I hope you and your loved ones are doing fantastic. I am sorry to know that you found alarming the amount of Nike ISPA Road Warrior Clear Jade (SIZE: 8.5) Us M Men's Size CW9410-400 that has been sold this weekend, thanks for bringing up this topic to my attention, I will be more than happy to help you gain clarity on this and provide some additional insight to hopefully help alleviate your concerns.
>
> Once a product arrives at StockX from the sellers, our dedicated verification team begins a thorough inspection, making sure it meets our condition guidelines. StockX boasts a group of more than 300 authenticators across 11 authentication locations who have a 99.95 percent accuracy rate. StockX currently has international offices in London, UK, in Eindhoven, the Netherlands, and has authentication facilities in Detroit's Corktown neighborhood, Moonachie, NJ, and Tempe, AZ. They receive constant training and industry updates to remain experts. Only after being verified will the product be sent to the buyer.
>
> Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:
>
> Condition
> We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.
>
> Construction
> With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product☐s authenticity.
>
> Packaging
> Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.
>
> Accessories
> From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.
>
> Advanced Technology
> We use machine learning to aid our authenticators in catching every minor detail.
>
> Quality Assurance
> A final check-in our authentication practice, our QA experts ensure nothing slips through the cracks.
>
> We thank you for your patience and understanding during these challenging times and for being a loyal StockX customer. Please let us know if there is anything else we can assist you with.
>
> Best regards,
> Dariel

Confidential    STX0232287