# Exhibit 82





Settings

New to X?

Sign up now to get your...

Sign

Create

By signing up, you agree
Privacy Policy, including

Something we

Terms of Service    Priv
Accessibility    Ads info



**Don't miss what's happening**
People on X are the first to know.

Log in