# Exhibit 84

*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-1393073-M4W7B5
**CASE TITLE**:GENERAL PURCHASING
**CONTACT REASON**:OTHER
**ORDER NUMBER**:
**CREATED ON**: 5/19/2022 9:26 PM
**STATUS**: RESOLVED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: ORDER #:

AFTER BUYING NUMEROUS PAIRS OF SHOES AND SUGGESTING YOUR WEBSITE TO
OTHER BUYERS. I NOTICED NIKE'S CURRENT LAWSUIT ABOUT ORDERING SHOES
AND THEM ENDING UP FAKE. I NEVER THOUGHT TO THOROUGHLY INSPECT MY
SHOES UNTIL NOW. AND OUT OF THE 11 PAIRS OF SHOES I'VE BOUGHT FROM
STOCK X. 5 OF THEM ARE FAKE. NOW FROM A SITE THAT CLAIMS TO INSPECT
YOUR SHOES AND YOU EVEN PAY FOR THE SHOES TO BE INSPECTED. IF THEY
END UP BEING FAKE I FEEL AS THOUGH I SHOULD BE REFUNDED FOR
PURCHASING FAKE SHOES AND EVEN PAYING FOR THEM TO BE INSPECTED BY
YOUR "PROFESSIONALS". IF NO REFUND IS AVAILABLE I WILL BE PURCHASING
FROM GOAT IN THE FUTURE AND TELLING EVERYBODY THAT I GOT TO BUY
SHOES FROM STOCKX TO NEVER BUY SHOES FROM A COMPANY THAT SELLS FAKE
SHOES AND CLAIMS TO INSPECT THEM.
**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN
DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**:
**CUSTOMER NAME**:

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 5/19/2022 9:26 PM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1393073-M4W7B5 General Purchasing CRM:01370574404 |

Confidential

Hey there
Denai!

Thank you for reaching out to StockX Support.
We've received your message and Case #CAS-
1393073-M4W7B5: &quot;General
Purchasing&quot; has been created.

If you haven't already provided the following
information, please
reply to this email with it to help us serve you faster:

- Email address associated with your StockX account
- Order # if applicable
- Description of your case

Our Customer Support Team will respond to you as
quickly as we can, generally within 24 hours. While
we share your urgency, please only submit one case
per inquiry.

Confidential

| | | | The most current order information will always be found at stockx.com/account. For information on payout setup, account verification, payout history viewing, and payout tracking, visit our Payout Support Center. We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Center, as it may have the answers you are looking for! We look forward to connecting with you soon! Thank you, StockX Support https://stockx.com/help |

STX0781131

| 5/19/2022 9:51 PM | Stephen Korosis | Email | StockX Inquiry CRM:01310002647 |
|---|---|---|---|
| | | | Hi Denai, |
| | | | Thank you for contacting StockX! |
| | | | I understand your concerns regarding the recent authenticity claims by Nike. Here's our official statement on the matter. |
| | | | I can confirm that at StockX, we are committed to providing customers with authentic, quality items that align with our condition standards. Our authentication team members receive consistent training to ensure they remain experts in the field. |
| | | | Before StockX, authentication wasn't widely offered by secondary marketplaces and as a result, consumers didn't have much trust in the resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job function focused on authentication. Authentication has always been at the core of our experience and has long set the industry standard. |
| | | | Our authentication team members receive consistent training to ensure they remain experts in the field. In addition to this, we have a team of subject matter experts with knowledge of specific products that identify and track critical issues and information at the product and brand level. We also have an internal team that is dedicated to managing our proprietary information and ensuring the latest information and industry trends are accounted for in our systems. |
| | | | As part of our verification process, each item that passes through our facility receives a thorough inspection prior to being sent on to the Buyer. In instances where the item does not quite meet our quality standards - whether that be for manufacturing defects, deemed as worn or inauthentic, etc. - we will first attempt to link the Buyer with a new, comparable Seller when possible, and issue a full refund for the order when it is not. |
| | | | We value our customers and we are committed to providing a safe, authentic marketplace to trade current culture. |

STX0781132

| | | | |
|---|---|---|---|
| | | | If you ever have any other questions or concerns that we could address for you, please don't hesitate to reach back out to us, as we're always here to help.<br><br>I hope you have a great rest of your day!<br><br>Best,<br>Stephen |
| 5/19/2022 9:51 PM | Stephen Korosis | Case Resolution | |
| 5/19/2022 10:09 PM | SYSTEM | Email | Re: StockX Inquiry CRM:01310002647<br><br>I understand your process and appreciate the idea of authenticating sneakers. But im not a future buyer i am a return customer that has bought multiple pairs of shoes from your company and 50% of them are fake. I work too hard for my money to be finessed with fake shoes. So if a refund is not possible then like I said I will be buying my shoes from GOAT, your competitor, in the future. Maybe they'll do a more thorough verification and I wont need to try to get a refundOn May 19, 2022, at 5:51 PM, support@stockx.com wrote:&#65279;Hi Denai,Thank you for contacting StockX! I understand your concerns regarding the recent authenticity claims by Nike. Here's our official statement on the matter.I can confirm that at StockX, we are committed to providing customers with authentic, quality items that align with our condition standards. Our authentication team members receive consistent training to ensure they remain experts in the field.Before StockX, authentication wasn't widely offered by secondary marketplaces and as a result, consumers didn't have much trust in the resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job function focused on authentication. Authentication has always been at the core of our experience and has long set the industry standard.Our authentication team members receive consistent training to ensure they remain experts in the field. In addition to this, we have a team of subject matter experts with knowledge of specific products that identify and track critical issues and information at the product and brand level. We also have an internal team that is dedicated to managing our proprietary information and ensuring the latest |

Confidential

| | | | |
|---|---|---|---|
| | | | information and industry trends are accounted for in our systems.As part of our verification process, each item that passes through our facility receives a thorough inspection prior to being sent on to the Buyer. In instances where the item does not quite meet our quality standards - whether that be for manufacturing defects, deemed as worn or inauthentic, etc. - we will first attempt to link the Buyer with a new, comparable Seller when possible, and issue a full refund for the order when it is not.We value our customers and we are committed to providing a safe, authentic marketplace to trade current culture.If you ever have any other questions or concerns that we could address for you, please don't hesitate to reach back out to us, as we're always here to help.I hope you have a great rest of your day!Best,Stephen |
| 5/19/2022 10:09 PM | SYSTEM | Email | Re: StockX Inquiry CRM:01310002647<br><br><br><br>I will also be contacting Nike's corporate office to further help them with their lawsuit if a refund is not offered. If no one at Stock X wants to help me I'm sure someone at Nike will<br><br>&gt; On May 19, 2022, at 6:03 PM, ███████ ████████████████████; wrote:<br>&gt; |
| 5/19/2022 10:34 PM | Stephen Korosis | Email | Re: StockX Inquiry CRM:01310002647<br>Hi Denai,<br><br>Thank you for following up here. I can certainly understand your perspective here.<br><br>If you ever receive an item that you don't believe to be 100% authentic or appears to have any damages or manufacturing defects, you are more than welcome to reach out to us. However, in order for your item to be eligible for a product complaint, we must be contacted within three days of receiving the item. |

STX0781134

If you have any other questions or concerns that I could address for you here, please don't hesitate to reach back out.

Thanks,
Stephen

------------------ Original Message ------------------
From: ███████████████████
███████████████████████████████
Received: Thu May 19 2022 15:04:04 GMT-0700 (Pacific Daylight Time)
To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support @stockx.com &lt;support@stockx.com&gt;;
Subject: Re: StockX Inquiry CRM:01310002647

I understand your process and appreciate the idea of authenticating sneakers. But im not a future buyer i am a return customer that has bought multiple pairs of shoes from your company and 50% of them are fake. I work too hard for my money to be finessed with fake shoes. So if a refund is not possible then like I said I will be buying my shoes from GOAT, your competitor, in the future. Maybe they'll do a more thorough verification and I wont need to try to get a refund

On May 19, 2022, at 5:51 PM, support@stockx.com wrote:

Hi Denai,

Thank you for contacting StockX!

I understand your concerns regarding the recent authenticity claims by Nike. Here's our  official statement on the matter.

I can confirm that at StockX, we are committed to providing customers with authentic, quality items

STX0781135

that align with our condition standards. Our authentication team members receive consistent training to ensure they remain experts in the field.

Before StockX, authentication wasn't widely offered by secondary marketplaces and as a result, consumers didn't have much trust in the resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job function focused on authentication. Authentication has always been at the core of our experience and has long set the industry standard.

Our authentication team members receive consistent training to ensure they remain experts in the field. In addition to this, we have a team of subject matter experts with knowledge of specific products that identify and track critical issues and information at the product and brand level. We also have an internal team that is dedicated to managing our proprietary information and ensuring the latest information and industry trends are accounted for in our systems.

As part of our verification process, each item that passes through our facility receives a thorough inspection prior to being sent on to the Buyer. In instances where the item does not quite meet our quality standards - whether that be for manufacturing defects, deemed as worn or inauthentic, etc. - we will first attempt to link the Buyer with a new, comparable Seller when possible, and issue a full refund for the order when it is not.

We value our customers and we are committed to providing a safe, authentic marketplace to trade current culture.

If you ever have any other questions or concerns that we could address for you, please don't hesitate to reach back out to us, as we're always here to help.

I hope you have a great rest of your day!

Best,
Stephen

STX0781136

| 5/19/2022 10:38 PM | Stephen Korosis | Case Resolution | |
|---|---|---|---|
| 5/19/2022 11:09 PM | SYSTEM | Email | Re: StockX Inquiry CRM:01310002647<br><br>Yeah its been more than 3 days. Doesnt mean the stuff you guys sold me wasnt fake though. I thought nothing of it because I thought I could trust a company that verifies the authenticity of the shoe and even charges you money to verify. But its ok I'll be buying my shoes from Goat from now on and I'll be forwarding the pictures i have of these fake shoes you sold me to Nike corporateSent from my iPhoneOn May 19, 2022, at 6:38 PM, support@stockx.com wrote:&#65279;Hi Denai,Thank you for following up here. I can certainly understand your perspective here.If you ever receive an item that you don't believe to be 100% authentic or appears to have any damages or manufacturing defects, you are more than welcome to reach out to us. However, in order for your item to be eligible for a product complaint, we must be contacted within three days of receiving the item.If you have any other questions or concerns that I could address for you here, please don't hesitate to reach back out.Thanks,Stephen ------------------ Original Message ------------------From:▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆Received: Thu May 19 2022 15:04:04 GMT-0700 (Pacific Daylight Time)To: support &lt;support@stockx.com&gt;; support &lt;support@stockx.com&gt;; support@stockx.com &lt;support@stockx.com&gt;;Subject: Re: StockX Inquiry CRM:01310002647I understand your process and appreciate the idea of authenticating sneakers. But im not a future buyer i am a return customer that has bought multiple pairs of shoes from your company and 50% of them are fake. I work too hard for my money to be finessed with fake shoes. So if a refund is not possible then like I said I will be buying my shoes from GOAT, your competitor, in the future. Maybe they'll do a more thorough verification and I wont need to try to get a refund On May 19, 2022, at 5:51 PM, support@stockx.com wrote:&#65279; Hi Denai,Thank you for contacting |

STX0781137

| | | | StockX! I understand your concerns regarding the recent authenticity claims by Nike. Here's our official statement on the matter.I can confirm that at StockX, we are committed to providing customers with authentic, quality items that align with our condition standards. Our authentication team members receive consistent training to ensure they remain experts in the field.Before StockX, authentication wasn't widely offered by secondary marketplaces and as a result, consumers didn't have much trust in the resale industry. That lack of trust is what inspired our co-founders to build the platform and establish a job function focused on authentication. Authentication has always been at the core of our experience and has long set the industry standard.Our authentication team members receive consistent training to ensure they remain experts in the field. In addition to this, we have a team of subject matter experts with knowledge of specific products that identify and track critical issues and information at the product and brand level. We also have an internal team that is dedicated to managing our proprietary information and ensuring the latest information and industry trends are accounted for in our systems.As part of our verification process, each item that passes through our facility receives a thorough inspection prior to being sent on to the Buyer. In instances where the item does not quite meet our quality standards - whether that be for manufacturing defects, deemed as worn or inauthentic, etc. - we will first attempt to link the Buyer with a new, comparable Seller when possible, and issue a full refund for the order when it is not.We value our customers and we are committed to providing a safe, authentic marketplace to trade current culture.If you ever have any other questions or concerns that we could address for you, please don't hesitate to reach back out to us, as we're always here to help.I hope you have a great rest of your day!Best,Stephen |
| 5/20/2022 12:09 AM | Lina Blandon | Email | General Purchasing CRM:02960007669 Hi Denai, Thank you for letting us know your concern about our current situation with Nike. It will be a pleasure to assist in giving you clarity about this situation. |

STX0781138

| | | | |
|---|---|---|---|
| | | | Denai, here's our official statement on the matter. I can confirm that at StockX, we are committed to providing customers with authentic, quality items that align with our condition standards.<br><br>Our authentication team members receive consistent training to ensure they remain experts in the field. As part of our verification process, each item that passes through our facility receives a thorough inspection prior to being sent on to the Buyer.<br><br>In instances where the item does not quite meet our quality standards - whether that be for manufacturing defects, deemed as worn or inauthentic, etc. - we will first attempt to link the Buyer with a new, comparable Seller when possible, and issue a full refund for the order when it is not.<br><br>We value our customers and we are committed to providing a safe, authentic marketplace to trade current culture.Thank you kindly for being part of our StockX family. We remain at your disposal for further assistance.<br><br>Best,<br>Lina |
| 5/20/2022 12:10 AM | Lina Blandon | Case Resolution | Resolved |
| 5/20/2022 4:00 PM | Stella D365-PROD-Stella | Customer Voice survey response | |

**Emails:**

| Date | Email |
|---|---|
| | |

STX0781139

| 5/19/2022 9:26 PM | From : support@stockx.com To ▉▉▉▉▉▉▉▉▉▉<br>Subject : StockX Case # CAS-1393073-M4W7B5 General Purchasing CRM:01370574404<br>Created on behalf of: Solvvy D365-PROD-Solvvy<br>Content : Refer History section |
|---|---|
| 5/19/2022 9:51 PM | From : support@stockx.com To ▉▉▉▉▉▉▉▉▉<br>Subject : StockX Inquiry CRM:01310002647<br>Created on behalf of: Stephen Korosis<br>Content : Refer History section |
| 5/19/2022 10:09 PM | From ▉▉▉▉▉▉▉▉▉▉To :support, support, support@stockx.com<br>Subject : Re: StockX Inquiry CRM:01310002647<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 5/19/2022 10:09 PM | From ▉▉▉▉▉▉▉▉▉▉To :support, support, support@stockx.com<br>Subject : Re: StockX Inquiry CRM:01310002647<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 5/19/2022 10:34 PM | From : support@stockx.com To ▉▉▉▉▉▉▉▉<br>Subject : Re: StockX Inquiry CRM:01310002647<br>Created on behalf of: Stephen Korosis<br>Content : Refer History section |
| 5/19/2022 11:09 PM | From ▉▉▉▉▉▉▉▉▉To :support, support, support@stockx.com<br>Subject : Re: StockX Inquiry CRM:01310002647<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 5/20/2022 12:09 AM | From : support@stockx.com To ▉▉▉▉▉▉▉▉<br>Subject : General Purchasing CRM:02960007669<br>Created on behalf of: Lina Blandon<br>Content : Refer History section |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| | | | |
| | | | |

STX0781140

**Post:**

| Date | Type | Teammate | Text |
|------|------|----------|------|

Confidential