# Exhibit 86

I understand but I think it's an issue in the sneaker community when an item is advertised as 100% authentic and in this one shoe in not. This is honestly the result I expected from experiences with StockX, we at Sneaker Huddle use to advertise for StockX but I've lost hope in the platform and system.

Thanks, John

On Sat, May 28, 2022 at 6:35 PM support@stockx.com <support@stockx.com> wrote:
> Hello John,
> Thank you for contacting StockX's support team! My name is Anie and I am part of StockX's specialty team. Thank you for bringing it to our attention that you are concerned with the authenticity of your Nike Air Fear Of God 1. I understand how upset you must be. I'd be happy to further assist you with this!
> Per policies, if there is an issue with your item, you must reach out to us within 3 days after receiving the item and the StockX hangtag must still be attached to the item in order for us to review your product complaint inquiry. Since the tag has been removed and it's been past 3 days (the order was delivered on 8/13/19), I regret to inform you that we cannot move forward with reviewing your inquiry. You can learn more by using the links below.
> https://stockx.com/terms
> https://stockx.com/help/articles/What-should-I-do-if-I-have-an-issue-with-the-quality-of-my-item-after-I-receive-it
> I understand that this is not the resolution you were looking for and I apologize for the inconvenience this has caused. If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe.
> Best Regards,
> Anie

Confidential	STX0225298