# Exhibit 87

Hello, my name is Salwinder, and I bought this pair of ⬜Nike Air Force 1 Low '07 Essential - White Black Gold Mini Swoosh ⬜ (number 41, US size 9.5 W) on the 24.11.2021 for the price of 120 ⬜+ shipping, for a total amount of 139,40⬜, order number ⬜29791557-29691316⬜. I just received them today, the 02.12.2021, and I was so disappointed in founding out that they are not even original. Therefore, I would like to send them back and request a refund for the whole price, that means 139,40⬜.

Here attached, you⬜ll find a ZIP file, from which you can estrapolate all the photos of this very well-made fake sneakers. As you can see from the photos, the ⬜StockX Verification Tag⬜ is still attached to the sneakers.

The defects are noticeable in the photos highlighted with the corresponding name on the top corner of each photo. Moreover, they are summarized in the following points:

1. First, the gold colour on the little Nike Shoowsh is definitely not the same as the one you see in the photos on the websites but much lighter and 'not very shiny'. → (see photo ⬜23.HEIC⬜)

2. From the rear you can see that the NIKE swoosh and the "A I R" writing are very thin and not well defined as they are on the original ones (the stitching is defective and not precise). On the back of the left shoe, the "A I R" writing is too high and is touching the Nike Swoosh (there is no space). The letters "A" and "R" in the "A I R" writing are not even accurate, with the seams all sticking out. In the right rear shoe, the "I" in the "A I R" lettering is mismatched and sticking out. In addition, in the left shoe, the glue on the top of the sole is clearly visible. → (see photo ⬜7.HEIC⬜)

3. The holes in the shoes where the laces go through are obviously defective and of different sizes. In the originals they are never like this (yes I own an original pair of the same kind, which I used as a benchmark) → (see photos ⬜12.HEIC⬜)

4. On the inside of the left shoe, you can clearly see the glue is poorly placed. → ( see photo ⬜19.HEIC⬜).

5. From the outside of the left shoe, the NIKE swoosh is not as precisely shaped as it is on the originals, to the extent that the stitching even comes out of the shape of the swoosh. → (see ⬜23.HEIC)

6. From the front, one can clearly see from the photos that the sole of the left shoe (in the photo it appears on the right) has a defective/wavy shape that tends downwards, compared to the sole of the right shoe which is normal (in the photo it appears on the left). → (see photo ⬜14.HEIC⬜)

7. From the picture taken inside the shoes you can see all the light coming in through the holes where the external stitching are (in my other original pair of shoes you can't see them). → (see photo ⬜18.HEIC⬜).

8. The internal Tag of the shoes indicating the various show sized in different countries is FAKE (see original in Image "Original Internal TAG.jpg"). → (see ⬜Internal TAG.HEIC⬜ and ⬜TAG.HEIC⬜).

P.S.

Sorry but I didn⬜t quite understand your statement below (that i highlighted btw) ⬜ We do know it can be disappointing when the item you receive isn't exactly what you expected. ⬥ Are you making fun of me???!! I paid 140⬜ to receive an original pair of Nike Air Force, not a copy/replica!!! If you think you can advertise 100% original certified sneakers (that you said that you even verified and authenticated , that⬜s incredibile!!! ) and then sell me replicas/fake copies, you are not gonna have me as a customer ever again!! I⬜ll make sure other people know what happened here too!!! I want to resolve this issue and get a refund, as I did my part and paid REAL money, but not to be mocked like this!!! You can⬜t advertise lies!!

> On 2 Dec 2021, at 20:52, support@stockx.com wrote:
>
> Hey there Salwinder!
> Thank you for reaching out to StockX Support about returns and exchanges. We've received your message and Case #:CAS-437207-L3D5J4 "Returns / Exchanges" has been created. In general, we're unable to return or exchange orders. As StockX is a live marketplace, we work hard to verify that a seller's item is authentic before sending it along to you, but don't hold our own inventory.
> We do know it can be disappointing when the item you receive isn't exactly what you expected. If you'd like us to review the quality of an item you received, please reply to this email with the following information, if you haven't already.
> - Photo(s) of the issue to which you're referring
> - Photo of the StockX verification tag still attached to your item
> - Photo of the QR code on the back of the tag.
> - Email address associated with your StockX account
> - Order # if applicable
> - Description of your case
> We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!
> We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our Help Page (http://help.stockx.com), as it may have the answers you are looking for!
> We look forward to connecting with you soon!
> Thank you,
> StockX Support
> http://help.stockx.com/

**Confidential**    STX0247779

Confidential

STX0247780