# Exhibit 88

These are not common manufacturing variances. These shoes are fake, I have knowledge on shoes and know 100% that these are fakes. I will not accept them. I have proof that they are fake. I will contact the authorities if I need to. Stockx claims to sell authentic shoes but these are not. False advertising and selling fraudulent replicas is a crime. I will continue to contact stockx to make this right. I need a refund of my money.

On Jan 27, 2022, at 9:16 AM, support@stockx.com wrote:

Hey Luis,

Thanks for reaching out to StockX in regards to your Jordan 4 Retro Lightning (2021) order. Your concern is taken very seriously. After reviewing the images provided, we would like to inform you that the issues you are referring to are common manufacturing variances caused by mass production. The variances that you are seeing are common in all internationally mass-produced items.

We take authentication very seriously and inspect each item sold to ensure that it is 100% authentic. Prior to shipping them to you, we verify them in person with our authentication experts. In our FAQs, we do state that "some items will pass "Deadstock" inspection despite having slight manufacturer flaws and imperfections that are uncontrollable.
We appreciate your patience and understanding in the meantime. The great news is that if you'd like to re-list the item for sale please feel free as long as the item is in the same condition that we sent it to you in.
Kindest Regards,
Bri

Confidential
STX0264147