# Exhibit 90

*Redacted Public Version*

Hi,

Thank you for your help this far.

I have a some questions following your email.

Can you please address each question so I am 100% clear on the process.

Obviously I'm not happy with the buying experience so far and want to be fully informed before I decide the best course if action.

- regarding this point - I live in the UK. This item has US tags with price in US dollars. I was under the impression I was purchasing a UK item
1 - Where did my item come from?

- regarding this point - As for the deodorant smell, we can offer you a return for our team to further review and authenticate this hoodie again for you. If our team does find anything, they will be sure to reach out to you. If the item passes again, we are unable to accept the return and we will not be able to issue a full refund.
2 - Who pays for the return?
3 - Where is it sent to?
4 - I can smell deodorant (or aftershave or whatever it is) but what if they tell me they can't (which they shouldn't but worst case scenario from my perspective), is the item simply sent back to me, and who pays for this postage?
5 - Am I charged anything?
6 - Assuming they agree, which they should, am I simply refunded the full purchase price including postage, fees etc (☐160.79)?

- regarding this point - Or, we can offer you a $40 discount code for your next purchase on us.
7 - I live in the UK so how much is this in UK pounds?
8 - This is my first buying experience with Stock X and has not been as I had hoped, putting me off ever buying from StockX again if I am honest so its very unlikely I would ever use a future discount code. The offered discount would need to be to this purchase to be of any use or compensation for my experience. Am I correct in assuming that this would be an option?

Again, thanks for your help so far Bianca, I do appreciate your efforts.

Mark


Sent from Samsung Mobile on O2
Get Outlook for Android

---

**From:** support@stockx.com <support@stockx.com>
**Sent:** Wednesday, 6 October 2021, 17:22
**To:** ▊
**Subject:** Re: General Purchasing CRM:0736424

Hey Mark,
Thank you for your response back. I sincerely apologize for the delayed response.
I understand that you have some additional questions about your item. We do not require the original packaging that the item has come in from Nike. our team when inspecting looks to ensure that the item is authentic and the item is in good condition that would be accepted at a retail location. As for the deodorant smell, we can offer you a return for our team to further review and authenticate this hoodie again for you. If our team does find anything, they will be sure to reach out to you. If the item passes again, we are unable to accept the return and we will not be able to issue a full refund.
I look forward to your response,
Bianca

------------------- Original Message -------------------
**From:** ▊
**Received:** Mon Oct 04 2021 11:40:53 GMT-0700 (Mountain Standard Time)
**To:** Case 09535118 <support@stockx.com>; support@stockx.com <support@stockx.com>;
**Subject:** Re: General Purchasing CRM:0736424
Hi Bianca,
Firstly, thanks for your response.
To reiterate the issues I informed you guys about via your online contact form, I will detail them again below.
- this is supposed to be a brand new item. It is not in the original nike packaging. Original pictures sent.
- the labels around the collar look worn and have colour run you would get from wearing.
- the hoodie doesn't have that new feel. You can simply tell it has been broken in / worn.
- most obvious of all, you can smell deodorant on the inside.
- I live in the UK. This item has US tags with price in US dollars. I was under the impression I was purchasing a UK item.
If an item is advertised as brand new I expect to receive a brand new item in original packaging that feels, looks, and smells brand new (not deodorant).
Can I ask for your thoughts on the above points please.
Thanks
Mark
Sent from Samsung Mobile on O2
Get Outlook for Android

---

**From:** support@stockx.com <support@stockx.com>

Confidential                                                                                                                                                                    STX0204526

**Sent:** Monday, 4 October 2021, 19:28
**To:**
**Subject:** General Purchasing CRM:0736424

Hey Mark,

I hope you are doing well. Thank you so much for reaching out to StockX Support in regards to your order of the 27440650. My name is Bianca, I am a product specialist here at StockX and I am more than happy to be assisting you with this concern.

First and foremost, ensuring you have great customer service is definitely of the utmost importance to us here at StockX. It is never our intent to upset you or make your user experience difficult. I understand you have some concerns regarding your order and I am more than happy to assist.

I understand that you have some concerns with the labels on your item and about a smell. If you would rather return what you have received our team can review this pair along with the photos you have provided us and determine if this item should have passed our deadstock condition standards. If the item would pass again if resold we will return it back to you so you can sell the item if you would like. If the item does not meet our Deadstock standards we will provide you with a full refund. Our authenticators take our verification process extremely seriously and any item that does pass verification is looked over by multiple authenticators to come to a consensus on the item. Or, we can offer you a $40 discount code for your next purchase on us.

I look forward to your response,
Bianca

Confidential                                                                                                                                                                                                                                        STX0204527