# Exhibit 91

*Redacted Public Version*

Hi Tina,

A $30 discount doesn't eliminate the fact that I did not receive the top-quality pair of shoes that that StockX advertises, and I paid for. That doesn't remove the flaw. How long would the return/review process take because I'll need to source a new pair of shoes for my event by Friday. Thanks,

Justin

Get Outlook for iOS

---

**From:** support@stockx.com <support@stockx.com>
**Sent:** Sunday, March 20, 2022 3:44:24 PM
**To:**
**Subject:** Returns / Exchanges CRM:06750005612

Hey Justin,
I'm sorry for this inconvenience as I am only allowed to compensate that much if you decide to keep the shoe. The highest I can go is a $30 USD partial refund or a $30 USD discount code. The return will still be subjected to a review since every return is looked at for your concerns.
Please let me know what option you would like to continue with.
Best,
Tina

Confidential

STX0205474