# Exhibit 92

*Redacted Public Version*

Hi Erik,

Thank you for taking the time out to respond to each email I've sent. My frustration is not with you but with your verification team. If this is "normal" then why is it that I cannot find a single Nike dunk image reflecting this defect or flaw on the stockx website? When I rotate the shoes that I received in a 360 degrees motion, the defect is visibly obvious from the side.

If this is a common, "normal" consistency then it should be shown on the stockx website which isn't the case. The advertisement said I was receiving a New shoe not a new shoe with defects where I had the option to choose whether or not I would buy it.

Nike is one my families favorite brands and I've spent thousands and thousands of dollars never to have this problem. I'm upset that your verification team lacks accountability for their error. When they received the shoe from the seller, they failed to properly inspect it beyond authentication. StockX suggestion for me to resell a flawed product to a different consumer blindly without being upfront and honest with them about the defect is defrauding/taking advantage of that consumer.

I personally own the exact same nike dunks purchased directly from the Nike website. i also recently purchased the exact same shoe in a preschool size for my godson from GOAT. Neither pair has any issues, defects or what stockx considers "normal".

I will never ever purchase a product from StockX due to the illegitimate, unprofessional manner in which they conduct business. Since stockx refuses to give me a refund and recommends that I defraud someone else, I will dispute my purchase with my credit card company and fight this until the issue is resolved.

I hope you can continue to find peace in working for a crooked, scamming company that lacks honesty and integrity.

Regards,
Ivori

Sent from my iPhone

> On May 7, 2022, at 8:27 AM, support@stockx.com wrote:
>
> Ivori,
> I can assure you that you are not being taken advantage and I'm sorry that you do not agree with the Verification team's assessment of this matter. As previously stated this is normal and it is not an issue with the shoe.
> Best,
> Erik
> ------------------- Original Message -------------------
> **From:** [redacted]
> **Received:** Fri May 06 2022 18:42:06 GMT-0400 (Eastern Daylight Time)
> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> **Subject:** Re: CRM:07330002635
>
> This is the first time I purchased from your site and I don't appreciate being taken advantage of.
> Sent from my iPhone
>
>> On May 6, 2022, at 4:59 PM, support@stockx.com wrote:
>>
>> Hi Ivori,
>> In regards to this matter, I just received word from our Verification team. They all stated that this common. This is common on Nike Dunks, Air Force 1s and especially on Jordan 1s as well.
>> Nike and their Quality Control department passed these shoes to be sold on the retail level. Meaning that these shoes passed their Quality Control standards.
>> We unfortunately do not have control over the manufacturer's production or quality control standards and must work with products that they have cleared for release.
>> We apologize for any inconvenience and hope you understand.
>> If you'd like to re-list the items for sale please feel free as long as the item is in the same condition that we sent it to you in.
>> Best,
>> Erik
>> ------------------- Original Message -------------------
>> **From:** [redacted]
>> **Received:** Fri May 06 2022 17:05:44 GMT-0400 (Eastern Daylight Time)
>> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>> **Subject:** Re: CRM:07330002635
>>
>> Hey Erik,
>> I'm not sure why our email exchange isn't providing your most updated response. I know you've done everything that you could on your end to send it to the appropriate party. Unfortunately, time isn't on my side. I need the shoes in order to get my sons tuxedo tailored and I will not allow him to wear them since they are being returned.
>> At this point, I plan to re-order the shoes for money from a different vendor that I have experience with. I am expecting this department to provide me with the full refund including shipping and taxes since the stockx site advertised the shoes as new but failed to properly inspect them from the original owner.
>> You mentioned previously that it's typically a 24 hour turnaround time but I have yet to receive anything. Are you able to follow up?
>> Thanks,

Confidential

Ivori
Sent from my iPhone

> On May 5, 2022, at 4:43 PM, support@stockx.com wrote:
>
> Ivori,
> I'm not sure if you're not seeing my most recent email, but I did not ask for pictures a second time.
> I actually thanked you for providing the clearer pictures and I also stated that, I forwarded the pictures to our Verification team to review and that once they reach back out to me I will reach back out to you about this matter.
> Not sure what happened and why you didn't see that email.
> Best,
> Erik
> ------------------- Original Message -------------------
> **From:** [redacted]
> **Received:** Thu May 05 2022 11:45:31 GMT-0400 (Eastern Daylight Time)
> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> **Subject:** Re: CRM:07330002635
>
> Please let me know if this is sufficient     image0.jpeg    image1.jpeg
> Sent from my iPhone
>
>> On May 5, 2022, at 10:19 AM, [redacted] wrote:
>>
>> I did resend pics. Would you like me to take the laces out for you to see the defects on the shoe? In the original pictures I circled it in red. This shouldn□t be a difficult process???
>> Sent from my iPhone
>>
>>> On May 5, 2022, at 10:02 AM, support@stockx.com wrote:
>>>
>>> Hey Ivori,
>>> Thanks for providing these pictures and I□m sorry that you□re not satisfied with your purchase.
>>> I□m going to forward this matter to a senior authenticator to review. Once they let me know of their findings I will let you know.
>>> Best,
>>> Erik
>>> ------------------- Original Message -------------------
>>> **From:** [redacted]
>>> **Received:** Thu May 05 2022 10:17:58 GMT-0400 (Eastern Daylight Time)
>>> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>>> **Subject:** Re: CRM:07330002635
>>>
>>> Good Morning Erik,
>>> Would you please tell me when I can expect an answer back on a refund? Again, these shoes were purchased for an upcoming wedding out of state and I need to reorder. I ordered two pairs in different sizes from GOAT for the other boys in the wedding party and had no issues.
>>> Thanks,
>>> Ivori
>>> Sent from my iPhone
>>>
>>>> On May 3, 2022, at 8:55 PM, [redacted] wrote:
>>>>
>>>>    image0.jpeg    image1.jpeg
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On May 3, 2022, at 3:08 PM, support@stockx.com wrote:
>>>>>
>>>>> Hey Ivori,
>>>>> Thanks for providing that correct email address. In regards to this matter.
>>>>> Can you provide clearer and up close pictures of the issues with the laces?
>>>>> The pictures provided are not clear unfortunately for the team to review the pictures.
>>>>> Once you provide clearer pictures I can forward this to the Verification team.
>>>>> Best,
>>>>> Erik
>>>>> ------------------- Original Message -------------------
>>>>> **From:** [redacted]
>>>>> **Received:** Tue May 03 2022 14:44:42 GMT-0400 (Eastern

Confidential

Daylight Time)
**To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
**Subject:** Re: CRM:07330002635

Hi Erik,
I understand about recycled material. We purchase a lot from Nike. However, I would like a full refund due to the defect shown under laces in the pics provided.
My dilemma is the urgency in getting the matter resolved. I'm purchasing the shoes for a wedding in Atlanta on the 24th. I'm frustrated that StockX sent this product to me after thoroughly inspected it with the defects.
4synzwqszk@privaterelay.appleid.com
Thanks
Ivori
Sent from my iPhone

> On May 3, 2022, at 11:48 AM, support@stockx.com wrote:
>
> Hi there,
> Thanks for reaching out to us on this matter in regards to the laces. Also in regards to the "recycled materials" there is information on the listing page in regards to shoes being made of recycled materials. This is what Nike is doing with this particular Next line of sustainable products.
> Now before I can assist you regarding the laces I will first need the correct email address that is associated with your StockX account. The email address that you reached out to us with is not the one listed on your account.
> Once you provide that information we can move forward.
> Best,
> Erik

    image0.jpeg   image1.jpeg

image1.jpeg  image1.jpeg  image0.jpeg  image0.jpeg

image1.jpeg  image1.jpeg  image0.jpeg  image0.jpeg

image0.jpeg  image1.jpeg  image1.jpeg  image0.jpeg

Confidential