# Exhibit 93

*Redacted Public Version*

Case 1:22-cv-00983-VEC   Document 290-03   Filed 09/04/24   Page 1 of 2

Pardon I prematurely submitted the last message. The shoe is damaged, and it's not a hidden mark where the inspector could have missed it, is dark and looks like an attempted cleaning gone wrong. Whether the seller did this or something went wrong while the imspector was viewing the shoe - it is damaged and is evident that anyone that saw this shoe from the seller to the inspector let this get through, that is not my fault but that is on StockX processes. This shoe was not advertised as used or defective but new, authentic, and pristine condition, that is not what I received and that is not fair to the customer. And I'm sorry but $70 off of $700 (after fees and taxes) is woefully far from a fair deal. I would prefer to speak with someone over phone rather than having to talk this through long emails.

What I would expect from Stockx is to approve the following option:

* Buy back/ refund me what I paid for the shoe, upon stockx receipt of returned shoe.

Nicole, I want to stress that my tone and frustration is not directed to you, but the lack of care of processes and the pretty disrespectful offer to remedy the situation. I am a repeat buyer and expected more from StockX in the inspection process and the remediation.

On Mon, May 23, 2022, 12:13 AM ███ wrote:
> Good evening,
>
> I appreciate you reaching out to me. Unfortunately neither option is suitable for me. I paid $700 for a shoe that was "inspected" but still allowed to come to me with a significant defect. That is not acceptable to me nor should it be for stockx.
>
> On Sun, May 22, 2022, 11:50 AM support@stockx.com <support@stockx.com> wrote:
>> Hi Terry,
>>
>> I appreciate you contacting StockX regarding issues with your recent order 37036609. I am more than happy to help get this resolved!
>>
>> I hope all is well with you and your family! I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected and I truly apologize for any frustration that this may have caused you.
>>
>> Since StockX is a live marketplace and not a retail store, we do not have inventory to do an exchange for your item. We understand that this may not be the resolution you were looking for but I am happy to meet you at a common ground!
>>
>> In an effort to turn your experience around, I would like to offer you one of the options below:
>>
>> 1. $70 partial refund
>>
>> 2. $70 off a future purchase
>>
>> Please let me know which option you feel is most suitable! Thanks for your patience and understanding and thanks for choosing StockX!
>>
>> Kind regards,
>>
>> Nicole

Confidential                                                                                                                                                                   STX0224522