# Exhibit 95

*Redacted Public Version*

Honestly I really don't know what to say I was so excited to receive my package and everything isn't even there on the website it says Unopened, Unworn, Original packaging I just feel like this is a case of false advertising and false authenticity

On Mon, Jan 31, 2022 at 4:34 PM ▬▬▬▬▬▬▬▬▬▬▬ wrote:
> Is there any way you would be able to contact the seller if not then I will take the $35 refund
> On Mon, Jan 31, 2022 at 4:33 PM support@stockx.com <support@stockx.com> wrote:
>> Hey Matthew,
>> I'm sorry to hear about the issues you have encountered with your recent purchases.
>> Due to the nature of the marketplace we are not able to send out the missing towel because we do not carry inventory of these items like a traditional retailer would. But our previous offer still stands. Alternatively we would also be willing to provide you with a $35 refund off order 32686033, if you would still like to keep what you have received.
>> Let us know how you would like to proceed and we can go from there. Feel free to follow up with any other questions you may have at this time.
>> Thanks,
>> Austin
>> ------------------- Original Message -------------------
>> **From:** ▬▬▬▬▬▬▬▬▬▬▬
>> **Received:** Mon Jan 31 2022 16:14:11 GMT-0500 (Eastern Standard Time)
>> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>> **Subject:** Re: CRM:00900001521
>>
>> No I would like my accessory this is honestly extremely disappointing because that isn�t the only thing I ordered from stockX that came with terrible quality I also ordered headphones and the box looked like it was opened yet everything was inside that is unfortunately not the case in this scenario
>> On Mon, Jan 31, 2022 at 4:11 PM support@stockx.com <support@stockx.com> wrote:
>>> Hey Matthew,
>>> Thanks for following up with that information, and the additional photo.
>>> Please keep in mind that we do state in our deadstock FAQ that all "deadstock" sneakers must come in the original box, which may have encountered minimal damage from shipping, discoloration from storage and/or any normal wear and tear due to aging. Deadstock sneakers also may or may not include additional accessories that were included in the original packaging at purchase.
>>> With that being said, I would like to help you in some way. If you would like we would be able to provide you with a discount code for $40 to make amends for the slight box damage present, and the missing towel accessory. This code could be used on your next purchase if you choose to accept it.
>>> Let us know if you would like us to generate this code for you. Feel free to follow up with any other questions you may have at this time.
>>> Thanks,
>>> Austin
>>> ------------------- Original Message -------------------
>>> **From:** ▬▬▬▬▬▬▬▬▬▬▬
>>> **Received:** Mon Jan 31 2022 15:50:34 GMT-0500 (Eastern Standard Time)
>>> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>>> **Subject:** Re: CRM:00900001521

Confidential
STX0265575

Hopefully this is a lot better!
On Mon, Jan 31, 2022 at 3:47 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
> No problem Thanks for the quick response the email on the account is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> and shipping address is
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> On Mon, Jan 31, 2022 at 3:40 PM support@stockx.com <support@stockx.com> wrote:
>>
>> Hey Matthew,
>>
>> Thanks for reaching out to us regarding your purchase of the Gatorade Jordan 1s, and I'm sorry to hear about the box damage present, and the missing towel accessory.
>>
>> I have reviewed your case and it looks like you are reaching out from an email address that is different than the one on file for your order. Since this is the case we will need to verify some account information with you. Please confirm the email address on file for the account that made this purchase, as well as the billing and shipping address information on file for this account.
>>
>> We also ask that you follow up with a clear and glare free photo of the QR code on the back of the verification tag. Unfortunately we were not able to scan the QR code photo provided.
>>
>> We look forward to hearing back from you and further assisting you with this. Let us know if you have any other questions at this time.
>>
>> Thanks,
>>
>> Austin

Confidential
STX0265576