# Exhibit 96

*Redacted Public Version*

The description of the shoe compared to the product received is nothing as described this is false advertisement of the product that the consumer believes we're purchasing. The shoe itself is clearly a FAKE!! With glue residue still on the shoelaces with green shoes insoles. Stockx should be ashamed to not take accountability for this happening. I will never purchase from your company again.

Sent from my iPhone

On Feb 20, 2022, at 2:47 PM, support@stockx.com wrote:

Hey Stacey,
I hope all is well with you today!
Yes, an update is availabe for you. My apologies for the delay as I was out of the office due to a medical emergency.

Our Sr. Authenticator has completed the review of the authenticity of the sneakers received through order 33224695.

After review, it was concluded that your sneakers are 100% authentic as previously verified.

It was related that the overall construction of your Nike Dunk Low Next Nature sneakers, all points featured on the sneaker box label, and the details of the size tags within the sneakers all check out as legit!

When compared to a pair that may be on hand or released domestically or within the U.S., pairs obtained through authorized retail sources will vary slightly in construction points and appearance. This explains the Made In Indonesia featured on the size tag.

Peace of mind may be found in knowing that you may resell this pair on our platform, as long as they are in the same deadstock condition that you received them in. Also, it may help to keep the tag attached to the sneaker to link it back to your order.

I am happy that I was able to get this information over to you and hope it helps alleviate your concern about authenticity. It was a pleasure to be able to have your Nike Dunk Next Nature shoes confirmed to be 100% authentic and free of uncommon imperfections for you. If we may assist with anything else later in time, message us and we will be sure to help you out.

Thanks for choosing StockX! Enjoy the rest of your day!
JD

-------------------- Original Message --------------------
**From:**
**Received:** Sat Feb 19 2022 16:33:27 GMT-0500 (Eastern Standard Time)
**To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
**Subject:** Re: CRM:05650003300

Hello,
Can I get an update on the below?
Sincerely

Sent from my iPhone

On Feb 18, 2022, at 6:51 AM, wrote:

Good Morning,
It's been 3 days and I haven't heard back from your guys regarding the below situation.
Please provide a status.

Sent from my iPhone

On Feb 15, 2022, at 7:38 PM, support@stockx.com wrote:

Hey Stacey,
Thanks for getting back to me with these requested pictures!

We take authentication very seriously at StockX! Our authenticators are committed to your satisfaction. Please allow 1-3 business days for me to have our Sr. Authenticator review these images that you've provided and get back to you once in the office.

We appreciate your patience and hope to resolve any concerns you have surrounding your Nike Dunk sneakers soon as possible!

With gratitude,

JD

------------------- Original Message -------------------
**From:**
**Received:** Tue Feb 15 2022 19:35:01 GMT-0500 (Eastern Standard Time)
**To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
**Subject:** Re: CRM:05650003300

Here's the additional pictures as requested.

Confidential
STX0268661

Sent from my iPhone

On Feb 15, 2022, at 5:14 PM, support@stockx.com wrote:

Good Day Stacey,
Thank you for providing these images for review. To initiate your review of authenticity with our Sr. Authenticator, we'll need pictures of the sneaker box size label, the size tags inside the sneakers that show the style code, and all sides of your sneakers. Once these images are received I'll be sure to follow up with you.
Respectfully,
JD
------------------- Original Message -------------------
**From:** 
**Received:** Tue Feb 15 2022 16:28:22 GMT-0500 (Eastern Standard Time)
**To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
**Subject:** Re: CRM:05650003300

☒ ☒ ☒ ☒ ☒ ☒ ☒ ☒

Sent from my iPhone

On Feb 15, 2022, at 10:08 AM, support@stockx.com wrote:

Hey Stacey,

Thanks for reaching out to StockX! I am sorry to hear that you are unsatisfied with the Nike Dunk Low Next Nature White Black you received from us. I understand how frustrating can be when the item you receive is not what you were expecting. Let me help you with this!

At this time, I would need you to provide me with some pictures. Please send me a picture of the defect, a picture of the StockX tag and a clear picture of the QR code on the back of the tag.

I will follow up with the pictures you send. Hope to hear from you soon!

Sincerely,
Rafa

☒ ☒ ☒ ☒ ☒ ☒ ☒

☒ ☒ ☒ ☒ ☒ ☒ ☒

Confidential
STX0268662