# Exhibit 97

# Exhibit D

# *Shoe Survey*

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC] [PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[INTRO 1]:** Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

S1. Before continuing with this survey, please carefully read these instructions:
- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions, I understand them, and I will adhere to them.
2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

S2. What are you using to complete this survey?
1. Desktop computer
2. Laptop computer
3. Tablet computer
4. Mobile phone or cell phone **[CAP AT 50%]**
5. Other **[ANCHOR; SCREEN OUT]**

S3. Please verify that you are human. **[INSERT Re-CAPTCHA]**

**[CLICK-BALANCE AGE, GENDER, AND REGION TO CENSUS DATA]**

S4. Please select your age. **[PROVIDE DROP DOWN BOX WITH AGE]**
**[INCLUDE IN DROP DOWN BOX]** Prefer not to answer **[SCREEN OUT]**
**[FLAG IF ANSWER DOES NOT MATCH PANEL DATA. SCREEN OUT IF NOT 18+]**

S5.  Are you…? **[FLAG IF ANSWER DOES NOT MATCH PANEL DATA]**
1. Male
2. Female
3. Non-binary
4. Prefer to self-describe: _____
5. Prefer not to say

S6.  In which state do you currently reside? **[ALPHABETIZE CODES IN A DROP-DOWN BOX. INCLUDE "Outside of the U.S." AND "Prefer not to answer"]**

**[IF S6=OUTSIDE OF THE U.S. OR PREFER NOT TO ANSWER, SCREEN OUT]**

S7.  Please enter your zip code. **[SCREEN OUT IF STATE & ZIP DO NOT MATCH]**

S8.  Since 2020, have you personally purchased any of the following? (*Select all that apply.*) **[RANDOMIZE 1-4]**
1. An antique
2. Baseball or trading cards
3. A pair of sneakers **[IF SELECTED, ASK S9, ELSE SKIP TO S10]**
4. A piece of art
5. None of these **[ANCHOR; EXCLUSIVE]**

S9.  You indicated that you purchased a pair of sneakers since 2020. From where have you purchased a pair of sneakers? (*Select all that apply.*) **[RANDOMIZE 1-5]**
1. At a swap meet or flea market
2. At a brick-and-mortar retail store
3. Through a third-party online marketplace (e.g., eBay or GOAT)
4. Directly from a brand's website (e.g., adidas.com or newbalance.com)
5. Through a friend, relative, or neighbor
6. None of these **[ANCHOR; EXCLUSIVE]**

S10.  In the next year, are you personally likely to purchase any of the following? (*Select all that apply.*) **[RANDOMIZE 1-4]**
1. An antique
2. Baseball or trading cards
3. A pair of sneakers **[IF SELECTED, ASK S11, ELSE SKIP TO QUALIFYING CRITERIA]**
4. A piece of art
5. None of these **[ANCHOR; EXCLUSIVE]**

2

S11. You indicated that you are likely to purchase a pair of sneakers in the next year. From where are you likely to purchase a pair of sneakers? (*Select all that apply.*)
**[RANDOMIZE 1-5]**
1. At a swap meet or flea market
2. At a brick-and-mortar retail store
3. Through a third-party online marketplace (e.g., eBay or GOAT)
4. Directly from a brand's website (e.g., adidas.com or newbalance.com)
5. Through a friend, relative, or neighbor
6. None of these **[ANCHOR; EXCLUSIVE]**

**[QUALIFYING CRITERIA: RESPONDENT MUST SELECT "THROUGH A THIRD-PARTY ONLINE MARKETPLACE (E.G., EBAY OR GOAT)" IN S9 OR S11. OTHERWISE, SCREEN OUT.]**

S12. Of the following third-party online marketplace websites **[IF S9R3=1 PIPE:** which, if any, did you purchase a pair of sneakers from since 2020/**IF S11R3=1 PIPE:** you are aware of, which, if any, would you consider purchasing a pair of sneakers from; **IF BOTH S9R3 AND S11R3=1 PIPE:** you are aware of, which, if any, did you purchase a pair of sneakers from since 2020 and/or would you consider purchasing a pair of sneakers from**]**? *(Select all that apply.)* **[RANDOMIZE 1-12]**
1. stockx.com
2. poshmark.com
3. ssense.com
4. thredup.com
5. farfetch.com
6. goat.com
7. realreal.com
8. eBay.com
9. grailed.com
10. flightclub.com
11. depop.com
12. thegrid.com **[FLAG]**
13. Other *(Please specify)* **[INSERT TEXT BOX; DO NOT ALLOW BLANK IF SELECTED]**
14. None of these **[ANCHOR; EXCLUSIVE]**
15. Don't know / unsure **[ANCHOR; EXCLUSIVE]**

**[IF S12R1=1, CONTINUE, ELSE SCREEN OUT]**

3

S13. Approximately how many times each week, if at all, do you do each of the following?
*(Select one response per row.)*

|  | Never or less than 1 time each week | 1 time each week | 2 times each week | 3 times each week | 4 times each week | 5 times each week | More than 5 times each week | Don't know / unsure |
|---|---|---|---|---|---|---|---|---|
| Watch a professional sports event either at home or in person | O | O | O | O | O | O | O | O |
| Engage in strenuous activity for 30 minutes or more | O | O | O | O | O | O | O | O |
| Watch a full-length movie | O | O | O | O | O | O | O | O |
| Please select **[PIPE RANDOM NUMBER 2 – 5]** times each week for this item | O | O | O | O | O | O | O | O |
| Go out to eat in a restaurant | O | O | O | O | O | O | O | O |
| Attend a live music or theatre concert | O | O | O | O | O | O | O | O |
| Go to a bar or club | o | o | o | o | o | o | o | o |

**[IF S13R4 = PIPED NUMBER, CONTINUE, OTHERWISE SCREEN OUT]**

**[BASE: QUALIFIED RESPONDENTS; ASSIGN TO TEST OR CONTROL]**

4

**[MAIN SURVEY INTRO]**

**[INTRO 2]** Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / unsure." Please do not guess. Click ">" to proceed.

**[NEW SCREEN]**

**[INCLUDE 10 SECOND DELAY FOR ALL PAGES WITH IMAGES]**

**[INTRO 3]** Please imagine you are shopping for a pair of sneakers. We are going to show you a series of webpages in this survey that you might encounter when shopping for sneakers. After reviewing the webpages, you will be asked some questions. Please note that there will be a delay on each page to ensure that the webpages load properly.

**[NEW SCREEN]**

**[INTRO 4]**

Please select the ">" button at the bottom of the screen when you are ready to proceed.

**[TEST PAGE #1 – HOMEPAGE]**



5

**[CONTROL PAGE #1 – HOMEPAGE]**



**[NEW SCREEN – PROGRAM 10 SECOND DELAY BEFORE MAY CONTINUE]**

**[INTRO 5]**

Please select the ">" button at the bottom of the screen when you are ready to proceed.

6

**[TEST PAGE #2 – "HOW IT WORKS" PAGE]**



**[CONTROL PAGE #2 – "HOW IT WORKS" PAGE]**



**[NEW SCREEN – PROGRAM 10 SECOND DELAY BEFORE MAY CONTINUE]**

**[INTRO 6]**

Please select the ">" button at the bottom of the screen when you are ready to proceed.

**[TEST PAGE #3 – PROCESS PAGE]**



**[CONTROL PAGE #3 – PROCESS PAGE]**



**[NEW SCREEN – PROGRAM 10 SECOND DELAY BEFORE MAY CONTINUE]**

**[INTRO 7]**

Please select the ">" button at the bottom of the screen when you are ready to proceed.

9

**[TEST PAGE #4 – SNEAKERS PAGE]**



**[CONTROL PAGE #4 – SNEAKERS PAGE]**



**[NEW SCREEN – PROGRAM 10 SECOND DELAY BEFORE MAY CONTINUE]**

**[INTRO 8]**

Please select the ">" button at the bottom of the screen when you are ready to proceed.

**[TEST PAGE #5 – NIKE DUNK LOW PRODUCT DESCRIPTION PAGE]**



11

**[CONTROL PAGE #5 – NIKE DUNK LOW PRODUCT DESCRIPTION PAGE]**

[screenshot of StockX Nike Dunk Low Retro White Black (2021) product description page, showing Buy For $265, Place Bid, Sell This Item for $361, Last Sale: $310 ▲ $36 (13%)]

**[NEW SCREEN – PROGRAM 10 SECOND DELAY BEFORE MAY CONTINUE]**

Q1.  Were you able to see the webpages clearly?
    **[RANDOMIZE 1 AND 2]**
    1. Yes
    2. No **[SCREEN OUT]**
    3. Don't know / unsure **[SCREEN OUT]**

**[NEW SCREEN]**

**[FOR Q2 AND Q3 DISPLAY THE WEBPAGES AS THUMBNAILS WITH INSTRUCTION "***Please [IF MOBILE: tap / IF COMPUTER: click] on a webpage to review it fully. When you are finished reviewing the webpage, [ IF MOBILE: tap / IF COMPUTER: click] anywhere on the screen to exit."*]

Q2.  Based on the information you reviewed, and using the scale below, how likely would you be to use this website to <u>purchase</u> a pair of sneakers? **[RANDOMIZE END-POINTS 1 – 7/7-1: HIGHER NUMBERS ALWAYS INDICATE HIGHER LIKELIHOOD]**

12

| Extremely unlikely | | | Neither likely nor unlikely | | | Extremely likely |
|---|---|---|---|---|---|---|
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

1. Don't know / unsure

**[IF DON'T KNOW/UNSURE SELECTED, SKIP TO S14]**

Q3. What makes you say that your likelihood of using this website to purchase a pair of sneakers would be [**PIPE IN NUMBER FROM Q2**] on the 7-point scale (with 1 = Very unlikely and 7 = Extremely likely)? *(Please type in your response.)*

**[INSERT TEXT BOX AND CHECK BOX FOR "Don't know / unsure" DO NOT ALLOW BLANK UNLESS CHECK BOX SELECTED]**

**[NEXT PAGE]**

**We have just a few final questions for you!**

**[NEXT PAGE]**

S14. Do you or do any members of your household work for any of the following?
*(Select all that apply.)* **[RANDOMIZE 1-6]**
1. A market research or advertising company **[FLAG]**
2. A company that makes or manufactures shoes **[FLAG]**
3. An online retailer **[FLAG]**
4. A grocery store
5. A pharmacy
6. A car dealership
7. None of these **[ANCHOR; EXCLUSIVE]**
8. Don't know / unsure **[ANCHOR] [FLAG]**

S15. In the past month, have you taken any surveys on the following topics?
*(Select all that apply.)* **[RANDOMIZE 1-5]**
1. Sneakers **[FLAG]**
2. Online shopping **[FLAG]**
3. Grocery stores
4. Pharmacies
5. New car purchasing
6. None of these **[ANCHOR; EXCLUSIVE]**

13

      7. Don't know / unsure **[ANCHOR] [FLAG]**

S16. Are you aware of any lawsuits involving StockX? **[RANDOMIZE 1 AND 2]**
 1. Yes
 2. No **[GO TO END]**
 3. Don't know / unsure **[GO TO END]**

S17. Please describe what the lawsuit involving StockX is about in your own words. *(Please type in your response.)*

   **[INSERT TEXT BOX; DO NOT ALLOW BLANK]**

**END: Thank you for your participation. Those are all the questions we have for you today!**

14