# Exhibit 98

Exhibit F

# Test Group Stimuli

Homepage



StockX | Search for brand, color, etc. | Browse  News  About  Help  Sell  Login  Sign Up

Sneakers    Shoes    Apparel    Electronics    Trading Cards    Collectibles    Accessories



Buy & Sell
**Authentic Sneakers**

Recommended For You



| Jordan 1 Retro High OG Washed Pink (Women's) | Jordan 1 Retro High OG Lucky Green | Nike Dunk Low Active Fuchsia (GS) | Nike Dunk Low Retro White Black Panda (2021)... | Nike Air Force 1 Low Jackie Robinson | Nike SB Dunk Low Run The Jewels |
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$166** | **$160** | **$99** | **$107** | **$240** | **$155** |
| Last Sale: $192 | Last Sale: $168 | Last Sale: $158 | Last Sale: $100 | Last Sale: $344 | Last Sale: $214 |

Popular Brands



| Jordan | Supreme | Louis Vuitton | Bearbrick | PS5 |

Trending Sneakers                                                    See All →



| Jordan 1 Retro High OG Washed Pink (Women's) | Nike Ja 1 Day One | Jordan 4 Retro Thunder (2023) | Nike SB Dunk Low Run The Jewels | Jordan 1 Retro Low OG SP Travis Scott Olive... | Jordan 3 Retro Wizards |
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$166** | **$144** | **$248** | **$155** | **$450** | **$180** |
| 2755 sold | 3681 sold | 1705 sold | 2098 sold | 779 sold | 381 sold |

As Seen On Instagram
Use #GotItOnStockX and you could be featured.





Best Artist Merch
Featuring Favorites Like
Travis Scott, The Weeknd & NAV
[Shop Now]

Nike Dunks
Under $100
[Shop Now]

Popular Footwear Brands



| New Balance | Nike | UGG | adidas | Jordan |

Featured Apparel                                                    See All →

3



Nike x Peaceminusone G-Dragon Wide Pants Black
Lowest Ask
$150
117 sold

Nike Sportswear Tech Fleece Full-Zip Hoodie...
Lowest Ask
$100
592 sold

SpSder Web Hoodie Purple
Lowest Ask
$177
88 sold

Fear of God Essentials Relaxed Sweatpant...
Lowest Ask
$118
56 sold

Travis Scott x Jordan x Fragment Hoodie Black
Lowest Ask
$120
1690 sold

Eric Emanuel EE Basic Short Black Skyline
Lowest Ask
$170
693 sold

**Featured Accessories** ⓘ    See All →

Louis Vuitton LV x YK Speedy Bandouliere 20...
Lowest Ask
$3,080
Last Sale: $3,047

Bottega Veneta Jodie Mini Intrecciato Parakeet
Lowest Ask
$1,435
Last Sale: $1,280

Saint Laurent Le 5 A 7 Hobo Bag In Smooth...
Lowest Ask
$2,307
Last Sale: $1,743

Louis Vuitton Micro Vanity Pearly Lilac
Lowest Ask
$2,426
Last Sale: —

LOEWE Puzzle Edge Bag In Satin Calfskin Small...
Lowest Ask
$2,571
Last Sale: —

Gucci Aphrodite Shoulder Bag Small Light Pink
Lowest Ask
$1,509
Last Sale: —

## 50% Off Seller Fees
Make More on the New Women's AJ1 Retro High OG Washed Pink

**Sell & Buy Now**

**Electronics Spotlight** ⓘ    See All →

Apple Airpods Pro (2nd Gen/2022) MQD83AM/A...
Lowest Ask
$194
1939 sold

Flipper Zero Portable Multitool White
Lowest Ask
$203
3405 sold

Sony PlayStation 5 PS5 Blu-ray Edition God of W...
Lowest Ask
$497
1545 sold

Finalmouse The Last Legend Wireless Mouse...
Lowest Ask
$240
1367 sold

Razer Viper Mini Signature Edition Wireless Mouse...
Lowest Ask
$434
79 sold

Finalmouse Starlight-12 Poseidon Wireless Mous...
Lowest Ask
$199
1169 sold

**Seasonal Favorites**

T-Shirts    Hoodies    Women's Shoes    Bags    Gaming

**Collectibles Staff Picks** ⓘ    See All →

Hot Wheels RLC Exclusive Pink Editions Nissan...
Lowest Ask
$90
213 sold

Stussy 8-Ball Rug Black & White
Lowest Ask
$119
130 sold

Frank Ocean Blonde 2XLP Vinyl Black
Lowest Ask
$169
409 sold

Microsoft Xbox Series X Mini Fridge (US Plug) 1.5...
Lowest Ask
$99
1078 sold

Monopoly Prizm: NBA Edition Game 4x Lot
Lowest Ask
$180
9 sold

LEGO Disney "Up" House Set 43217
Lowest Ask
$57
106 sold

**Featured Trading Cards** ⓘ    See All →

Bandai One Piece Card Game Paramount War...
Lowest Ask
$191
509 sold

2020 Panini Select Football Mega Box (Red...
Lowest Ask
$202
63 sold

2022-23 Panini NBA Hoops Basketball Hobby...
Lowest Ask
$125
115 sold

2022-23 Panini Donruss Elite Basketball Hobby...
Lowest Ask
$230
36 sold

Bandai One Piece Card Game Paramount War...
Lowest Ask
$87
161 sold

Pokémon TCG Sword & Shield Crown Zenith Elite...
Lowest Ask
$118
113 sold



Over 8,000 Sold
Shop the Xbox Mini Fridge
**Shop Now**

ASICS Under $200
Deals on Favorites Like the Gel-Kayano 14, Gel-Nimbus 9 & EX89
**Shop Now**

4





# "How it Works" Page

**StockX** 

Browse    News    About    Help    Login    Sign Up    ( Sell )

# The Current Culture Marketplace

Our mission is to provide access to the world's most coveted items in the smartest way possible. Buy and sell the hottest sneakers, apparel, electronics, collectibles, trading cards and accessories.



| Authentication + + + + + | Buyers + + + + + | Sellers + + + + + |



### 100% Verified Authentic

Every item sold goes through our proprietary multi-step verification process with our team of expert authenticators.

Learn More + + + + +



### Transparent Pricing

Our real-time marketplace works just like the stock market – allowing you to buy and sell the most coveted items at their true market price.



### Global Access

Whether it's pre-release, regionally limited, or "sold out" – our millions of customers from over 200+ countries allow you to easily secure those hard-to-find, coveted items.



### No BS

No chargebacks, no taking photos, no writing catchy descriptions, and no dealing with rogue buyers or sellers. We handle everything to make sure you can buy and sell with complete confidence.



### Secure

Preserving the integrity of our marketplace means staying a step ahead. Our security and fraud systems, powered by our world class partners, have your personal information covered 24/7.



### Here For You

Thanks to our Help Center, Chatbot, and dedicated global-support staff, you can be sure that we are always available to answer any and every question regarding our marketplace.



7



## The Power's In Your Hands

### Buying On StockX

We don't determine the price, you do. As a live marketplace, StockX empowers you to Bid and Buy at real-time prices that reflect the current demand.

**Learn More About Buying** + + + + +



### Selling on StockX

Whether you're looking to make quick cash or start a reselling business, we have the tools to help you succeed.

**Learn More About Selling** + + + + +

8

# What People Have to Say About StockX



So dope. Copped under retail and got
m in 3 days! #GotItOnStockX

@TheEndGuyTEG





# FAQs

### How do I buy on StockX?

There are two ways to buy on StockX:
placing a bid or Buying Now. A Bid signals
your...

### How do I sell on StockX?

There are two ways to sell on StockX: placing
an Ask or Selling Now. An Ask signals your...

### When can I expect to receive my item?

StockX strives to complete all orders within
7-12 business days, (that doesn't include...

### How do I pay for an item on StockX?

Buyers can pay with all major credit cards,
PayPal, Apple Pay, Google Pay, Venmo,
Alipay,...

### Can I cancel my Bid?

Once a sale has occurred, your Ask or Bid
cannot be cancelled. This policy is in place
to...

### How do I contact customer service and when can I expect to hear back?

While most of your questions can be
answered in our Help Center, we do have a
team...



Process Page

☰                                         **StockX**                                         🔍

# Guaranteed Authenticity.

Every item. Every time. Shop on StockX with complete confidence knowing every purchase is 100% Verified Authentic.



# Trust The Process

Our global team of expert authenticators uses a rigorous, multi-step verification procedure that includes the following checkpoints:



**Condition**

We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.



**Construction**

With checklists of 100+ data points, our authenticators are better equipped than anyone to ensure a product's authenticity.



**Packaging**

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.



12





### Quality Assurance

A final check in our authentication practice, our QA experts ensure nothing slips through the cracks.



### Advanced Technology

We use machine learning to aid our authenticators in catching every minor detail.



### Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.



13

In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.

Siebe
Authenticator, Veldhoven



"

I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.

Alex
Authenticator, Tempe



# Committed to Quality

Over the years, our team members have authenticated tens of millions of products at a 99.95% accuracy rate.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.



# Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



15

Watch on ▶ YouTube an 1 Patent Bred (2021)

# FAQs

**How does StockX define Deadstock?**
StockX defines "Deadstock" as an authentic, new, unworn pair of sneakers. They are... →

**How does the Verification process work?**
Once a product arrives to StockX from the seller, our dedicated verification team begins... →

**How does StockX define brand new streetwear?**
StockX defines streetwear as brand new if it is unworn and in flawless condition... →

**Are returns or exchanges allowed?**
Due to the anonymous nature of our live market, we are unable to offer return, exchanges... →

**How are the StockX buyer processing fees, import duties, and sales tax calculated?**
Buyer processing fees, import duties, and sales tax are calculated based on your shipping... →

**What are the shipping instructions?**
1. Go to My Account > Selling > Pending. Here you will be able to access and print your... →

## SHOP




16



StockX. Access the Now.



Sneakers Page



**StockX**    Search for brand, color, etc.    Browse  News  About  Help  Sell  Login  Sign Up

# Sneakers

On StockX, every sneaker you want is always available and authentic. Buy and sell new sneakers & shoes from Air adidas, Nike, Yeezy and more!

APPAREL
ELECTRONICS
TRADING CARDS
COLLECTIBLES
ACCESSORIES

TRENDING DEALS
BELOW RETAIL

ADIDAS
AIR JORDAN
CONVERSE
NEW BALANCE
NIKE
PUMA
REEBOK
VANS
YEEZY
LUXURY BRANDS
OTHER BRANDS
COLLECTIONS

SIZE TYPES
☐ Men
☐ Women
☐ Child
☐ Preschool
☐ Infant
☐ Toddler

SIZES

| 1 | 1.5 | 2 | 2.5 |
| 3 | 3.5 | 4 | 4.5 |
| 5 | 5.5 | 6 | 6.5 |
| 7 | 7.5 | 8 | 8.5 |
| 9 | 9.5 | 10 | 10.5 |
| 11 | 11.5 | 12 | 12.5 |
| 13 | 13.5 | 14 | 14.5 |
| 15 | 16 | 17 | 18 |

PRICES
☐ Under $100
☐ $100 - $200
☐ $200 - $300
☐ $300 - $400
☐ $400 - $500
☐ $500 - $800
☐ $800 +

RELEASE YEARS
☐ 2023
☐ 2022
☐ 2021
☐ 2020
☐ 2019
Show More



Jordan 1 Retro High OG Washed Pink (Women's)
Lowest Ask
$166

Nike Ja 1 Day One
Lowest Ask
$144

Jordan 4 Retro Thunder (2023)
Lowest Ask
$248

Nike SB Dunk Low Run The Jewels
Lowest Ask
$155

Jordan 1 Retro Low OG SP Travis Scott Olive (Women's)
Lowest Ask
$450

Jordan 3 Retro Wizards
Lowest Ask
$180

Nike Dunk Low Retro White Black Panda (2021)
Lowest Ask
$105

Nike Dunk Low Retro White Black Panda (2021) (Women's)
Lowest Ask
$107

Nike Dunk Low Retro White Black Panda (2021) (GS)
Lowest Ask
$88

Nike Air Force 1 Low '07 White
Lowest Ask
$84

Nike Dunk Low Industrial Blue Sashiko
Lowest Ask
$100

Nike Dunk Low Grey Fog
Lowest Ask
$127

Jordan 13 Retro Black Flint
Lowest Ask
$175

Nike Dunk Low Photon Dust (Women's)
Lowest Ask
$108

Nike Dunk Low Light Orewood Brown Sashiko
Lowest Ask
$106

Jordan 3 Retro White Cement Reimagined
Lowest Ask
$161

Jordan 1 Retro High OG Lucky Green
Lowest Ask
$160

adidas Samba OG Cloud White Core Black
Lowest Ask
$82

Jordan 1 Retro High OG Chicago Lost and Found
Lowest Ask
$226

New Balance 550 White Green
Lowest Ask
$92

Nike Dunk Low Rose Whisper (Women's)
Lowest Ask
$107

Jordan 11 Retro Low Cement Grey
Lowest Ask
$151

Jordan 4 Retro SB Pine Green
Lowest Ask
$270

Nike Dunk Low Active Fuchsia (GS)
Lowest Ask
$99

Nike Dunk Low Setsubun (2022)
Lowest Ask
$135

Jordan 1 Mid SE Space Jam
Lowest Ask
$122

Nike SB Dunk High Run The Jewels
Lowest Ask
$146

Jordan 1 Low Panda (2023) (Women's)
Lowest Ask
$121

Jordan 1 Retro High OG Skyline
Lowest Ask
$121

adidas Campus 00s Core Black
Lowest Ask
$87

Jordan 1 Retro Low OG SP Travis Scott Black Phantom
Lowest Ask
$417

Nike Air Force 1 Low Supreme White
Lowest Ask
$137

Jordan 4 Retro Seafoam (Women's)
Lowest Ask
$205

Nike Dunk Low Retro White Pure Platinum
Lowest Ask
$96

Jordan 11 Retro Low Cement Grey (GS)
Lowest Ask
$95

Nike Kwondo 1 G-Dragon Peaceminusone Panda
Lowest Ask
$138














20



# Nike Dunk Low Product Description Page



**StockX**

Q Search for brand, color, etc.

Browse    News    About    Help    My Account    Sell

Home / Sneakers / Nike / Dunk / Low / Nike Dunk Low Retro White Black (2021)

## Nike Dunk Low
Retro White Black (2021)

100% Authentic    Condition: New

Size:                                          All ⌄

**Buy For $265**         Place Bid

Sell This Item for $361 →

Last Sale:
**$310**          View Asks    View Bids    View Sales
▲ $36 (13%)

### Related Products

| Nike Dunk Low Retro White Black (GS) | Nike Dunk Low Retro White Black (TD) | Nike Dunk Low Retro White Black (PS) | Nike Dunk Low White Black (2021) (W) | Nike Dunk High Black White (2021) |
|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $200 | $88 | $88 | $234 | $199 |
| Last Sale: $202 | Last Sale: $94 | Last Sale: $162 | Last Sale: $243 | Last Sale: $210 |

### Product Details

| | |
|---|---|
| Style | DD1391-100 |
| Colorway | WHITE/BLACK |
| Retail Price | $110 |
| Release Date | 3/9/2021 |

**Product Description**

From the school-spirited College Colors Program to the vibrant Nike CO.JP collection, Nike Dunks have seen many colorways since the design's inception in 1985. But with each new colorway, the Dunk's classic color-blocking has remained in some capacity. Nike put its timeless color-blocking to work with the Nike Dunk Low Retro White Black.

The upper Nike Dunk Low Retro White Black is constructed of white leather with black leather overlays and Swooshes. Classic Nike branding is featured on the nylon tongue, nodding to traditional Dunk design elements. A white midsole and black outsole completes the design.

The Nike Dunk Low Retro White Black released in January of 2021 and retailed for $100.

Read Less

### Price History

23

| 1M | 3M | 6M | YTD | 1Y | All | View Sales › |



## 12-Month Historical

| -- - -- | $295 - $325 | 5% |
|---------|-------------|-----|
| 12-Month Trade Range | All-Time Trade Range | Volatility |

| 96,399 | 182% | $280 |
|--------|------|------|
| Number of Sales | Price Premium | Average Sale Price |



# Control Group Stimuli

# Homepage









"How it Works" Page

# StockX

Browse   News   About   Help   Login   Sign Up   (Sell)



# The Current Culture Marketplace

Our mission is to provide access to the world's most coveted items in the smartest way possible. Buy and sell the hottest sneakers, apparel, electronics, collectibles, trading cards and accessories.



| Inspected | +++++ | Buyers | +++++ | Sellers | +++++ |

## StockX Inspected



Every item sold goes through our proprietary inspection process with our team of inspectors.

Learn More  +++++

## Transparent Pricing



Our real-time marketplace works just like the stock market – allowing you to buy and sell the most coveted items at their true market price.

## Global Access



Whether it's pre-release, regionally limited, or "sold out" – our millions of customers from over 200+ countries allow you to easily secure those hard-to-find, coveted items.

## No BS



No chargebacks, no taking photos, no writing catchy descriptions, and no dealing with rogue buyers or sellers. We handle everything to make sure you can buy and sell with complete confidence.

## Secure



Preserving the integrity of our marketplace means staying a step ahead. Our security and fraud systems, powered by our world class partners, have your personal information covered 24/7.

## Here For You



Thanks to our Help Center, Chatbot, and dedicated global-support staff, you can be sure that we are always available to answer any and every question regarding our marketplace.



31



## The Power's In Your Hands

### Buying On StockX

We don't determine the price, you do. As a live marketplace, StockX empowers you to Bid and Buy at real-time prices that reflect the current demand.

**Learn More About Buying** + + + + +



### Selling on StockX

Whether you're looking to make quick cash or start a reselling business, we have the tools to help you succeed.

**Learn More About Selling** + + + + +

# What People Have to Say About StockX



So dope. Copped under retail and got
[t]em in 3 days! #GotItOnStockX

@TheEndGuyTEG





How StockX built a $1 billion sneaker
resale empire

# FAQs

### How do I buy on StockX?

There are two ways to buy on StockX:
placing a bid or Buying Now. A Bid signals
your...

### How do I sell on StockX?

There are two ways to sell on StockX: placing
an Ask or Selling Now. An Ask signals your...

### When can I expect to receive my item?

StockX strives to complete all orders within
7-12 business days, (that doesn't include...

### How do I pay for an item on StockX?

Buyers can pay with all major credit cards,
PayPal, Apple Pay, Google Pay, Venmo,
Alipay,...

### Can I cancel my Bid?

Once a sale has occurred, your Ask or Bid
cannot be cancelled. This policy is in place
to...

### How do I contact customer service
and when can I expect to hear back?

While most of your questions can be
answered in our Help Center, we do have a
team...



Process Page

☰                              **StockX**                              🔍



## StockX Inspected.

Every Item. Every Time. Shop on StockX with confidence knowing every purchase is StockX Inspected.
StockX Inspected is our own designation and not endorsed by brands sold on StockX.

## Trust The Process

Our global team of inspectors uses a rigorous, multi-step inspection procedure that includes the following checkpoints:

  **Condition**
We only allow deadstock on our marketplace. That means every item bought or sold must be brand new and never worn.

  **Packaging**
Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.



36





### Quality Assurance

A final check in our inspection process, our QA inspectors ensure the product meets our high standards.



### Advanced Technology

We use machine learning to aid our inspectors in catching every minor detail.



### Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.



In a community filled with uninspected items, I have the opportunity to protect our customers and their hard earned money.



**Siebe**
Inspector, Veldhoven



> ❝

I have the privilege of teaching a new generation of inspectors, to help them succeed, and watch them grow. It's fulfilling to see.

**Alex**
Inspector, Tempe



38

# Committed to Quality

Over the years, our team members have inspected tens of millions of products.

We've compiled data from every fake product in the history of StockX to build a comprehensive database of fake techniques around the world. Our database is updated daily and constantly serves to keep our team educated and up to date.



# Behind The Scenes

Our inspectors share a deep love and knowledge for the products and culture around our marketplace.



39

# FAQs

**How does StockX define Deadstock?** →
StockX defines "Deadstock" as a new, unworn pair of sneakers. They are...

**How does the Inspection process work?** →
Once a product arrives to StockX from the seller, our dedicated inspection team begins...

**How does StockX define brand new streetwear?** →
StockX defines streetwear as brand new if it is unworn and in flawless condition...

**Are returns or exchanges allowed?** →
Due to the anonymous nature of our live market, we are unable to offer return, exchanges...

**How are the StockX buyer processing fees, import duties, and sales tax calculated?** →
Buyer processing fees, import duties, and sales tax are calculated based on your shipping...

**What are the shipping instructions?** →
1. Go to My Account > Selling > Pending. Here you will be able to access and print your...

# SHOP



Sneakers



Apparel



StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | The Drop List | Nike Dunk Low Georgetown | Chrome Hearts | T-Shirts |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Apple Airpods | Nike Air Max 1 Patta | Essentials | Accessories |
| Air Jordan 3 | Yeezy Boost 700 | Jordan 11 Cool Grey: By The Numbers | Nike Dunk Low Next Nature | Yeezy GAP | Supreme The North Face |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Jordan 4 Red Thunder | Palm Angels | Bottoms |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 11 Cool Grey | Ivy Park | Hoodies |
| Jordan 1 Mid | Yeezy Foam RNNR | Yeezy GAP Hoodies | Jordan 1 Bred Patent | Eric Emanuel | Supreme Nike |

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN IT DE FR ZH JA KO ES

©2021 StockX. All Rights Reserved.

42

Sneakers Page



StockX

Search for brand, color, etc.

Browse   News   About   Help   Sell   Login   Sign Up

# Sneakers

On StockX, every sneaker you want is always available. Buy and sell new sneakers & shoes from Air Jordan, adidas, Nike, Yeezy and more!

APPAREL
ELECTRONICS
TRADING CARDS
COLLECTIBLES
ACCESSORIES

TRENDING DEALS
BELOW RETAIL

ADIDAS
AIR JORDAN
CONVERSE
NEW BALANCE
NIKE
PUMA
REEBOK
VANS
YEEZY
LUXURY BRANDS
OTHER BRANDS
COLLECTIONS

SIZE TYPES
☐ Men
☐ Women
☐ Child
☐ Preschool
☐ Infant
☐ Toddler

SIZES
1  1.5  2  2.5
3  3.5  4  4.5
5  5.5  6  6.5
7  7.5  8  8.5
9  9.5  10  10.5
11  11.5  12  12.5
13  13.5  14  14.5
15  16  17  18

PRICES
☐ Under $100
☐ $100 - $200
☐ $200 - $300
☐ $300 - $400
☐ $400 - $500
☐ $500 - $600
☐ $800 +

RELEASE YEARS
☐ 2025
☐ 2022
☐ 2021
☐ 2020
☐ 2019
Show More



Jordan 1 Retro High OG Washed Pink (Women's)
Lowest Ask
$166

Nike Ja 1 Day One
Lowest Ask
$144

Jordan 4 Retro Thunder (2023)
Lowest Ask
$248

Nike SB Dunk Low Run The Jewels
Lowest Ask
$155

Jordan 1 Retro Low OG SP Travis Scott Olive (Women's)
Lowest Ask
$450

Jordan 3 Retro Wizards
Lowest Ask
$180

Nike Dunk Low Retro White Black Panda (2021)
Lowest Ask
$105

Nike Dunk Low Retro White Black Panda (2021) (Women's)
Lowest Ask
$107

Nike Dunk Low Retro White Black Panda (2021) (GS)
Lowest Ask
$88

Nike Air Force 1 Low '07 White
Lowest Ask
$84

Nike Dunk Low Industrial Blue Sashiko
Lowest Ask
$100

Nike Dunk Low Grey Fog
Lowest Ask
$127

Jordan 13 Retro Black Flint
Lowest Ask
$175

Nike Dunk Low Photon Dust (Women's)
Lowest Ask
$108

Nike Dunk Low Light Orewood Brown Sashiko
Lowest Ask
$106

Jordan 3 Retro White Cement Reimagined
Lowest Ask
$161

Jordan 1 Retro High OG Lucky Green
Lowest Ask
$160

adidas Samba OG Cloud White Core Black
Lowest Ask
$82

Jordan 1 Retro High OG Chicago Lost and Found
Lowest Ask
$226

New Balance 550 White Green
Lowest Ask
$92

Nike Dunk Low Rose Whisper (Women's)
Lowest Ask
$107

Jordan 11 Retro Low Cement Grey
Lowest Ask
$151

Jordan 4 Retro SB Pine Green
Lowest Ask
$270

Nike Dunk Low Active Fuchsia (GS)
Lowest Ask
$99

Nike Dunk Low Setsubun (2022)
Lowest Ask
$135

Jordan 1 Mid SE Space Jam
Lowest Ask
$122

Nike SB Dunk High Run The Jewels
Lowest Ask
$146

Jordan 1 Low Panda (2023) (Women's)
Lowest Ask
$121

Jordan 1 Retro High OG Skyline
Lowest Ask
$121

adidas Campus 00s Core Black
Lowest Ask
$87

Jordan 1 Retro Low OG SP Travis Scott Black Phantom
Lowest Ask
$417

Nike Air Force 1 Low Supreme White
Lowest Ask
$137

Jordan 4 Retro Seafoam (Women's)
Lowest Ask
$205

Nike Dunk Low Retro White Pure Platinum
Lowest Ask
$96

Jordan 11 Retro Low Cement Grey (GS)
Lowest Ask
$95

Nike Kwondo 1 G-Dragon Peaceminusone Panda
Lowest Ask
$138














44



# Nike Dunk Low Product Description Page



StockX

Search for brand, color, etc.

Browse    News    About    Help    My Account    ( Sell )

Home / Sneakers / Nike / Dunk / Low / Nike Dunk Low Retro White Black (2021)

# Nike Dunk Low

### Retro White Black (2021)

StockX Inspected    Condition:New

| Size: | All ∨ |

**Buy For $265**    **Place Bid**

Sell This Item for $361 →

Last Sale:
**$310**
▲ $36 (13%)

View Asks    View Bids    View Sales

## Related Products



**Nike Dunk Low Retro White Black (GS)**
Lowest Ask
**$200**
Last Sale: $202

**Nike Dunk Low Retro White Black (TD)**
Lowest Ask
**$88**
Last Sale: $94

**Nike Dunk Low Retro White Black (PS)**
Lowest Ask
**$88**
Last Sale: $162

**Nike Dunk Low White Black (2021) (W)**
Lowest Ask
**$234**
Last Sale: $243

**Nike Dunk High Black White (2021)**
Lowest Ask
**$199**
Last Sale: $210

## Product Details

| Style | DD1391-100 |
| Colorway | WHITE/BLACK |
| Retail Price | $110 |
| Release Date | 3/9/2021 |

### Product Description

From the school-spirited College Colors Program to the vibrant Nike CO.JP collection, Nike Dunks have seen many colorways since the design's inception in 1985. But with each new colorway, the Dunk's classic color-blocking has remained in some capacity. Nike put its timeless color-blocking to work with the Nike Dunk Low Retro White Black.

The upper Nike Dunk Low Retro White Black is constructed of white leather with black leather overlays and Swooshes. Classic Nike branding is featured on the nylon tongue, nodding to traditional Dunk design elements. A white midsole and black outsole completes the design.

The Nike Dunk Low Retro White Black released in January of 2021 and retailed for $100.

Read Less

## Price History

47

| 1M | 3M | 6M | YTD | 1Y | All |

View Sales ›



### 12-Month Historical

| | | |
|---|---|---|
| **-- - --**<br>12-Month Trade Range | **$295 - $325**<br>All-Time Trade Range | **5%**<br>Volatility |
| **96,399**<br>Number of Sales | **182%**<br>Price Premium | **$280**<br>Average Sale Price |

## StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Streetwear | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Best Sneakers Releasing | Yeezy 700 MNVN Resin | Chrome Hearts | Supreme Box Logo |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Yeezy 700 Buyer's Guide | Jordan 6 Low CNY | Essentials | T-Shirts |
| Air Jordan 3 | Yeezy Boost 700 | Finalmouse | Jordan 11 Cool Grey | Yeezy GAP | Accessories |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Nike Air Force 1 Low White | Palm Angels | Supreme The North Face |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 1 Bred Patent | Ivy Park | Bottoms |
| Jordan 1 Mid | Yeezy Foam RNNR | Moncler Buyer's Guide | Jordan 4 Red Thunder | New Era | Hoodies |

**United States | English | $ USD**

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS | ACCESSIBILITY STATEMENT

EN  EN-GB  IT  DE  FR  FR-CA  ZH-CN  ZH-TW  JA  KO  ES-MX  ES-US

©2022 StockX. All Rights Reserved.