# Exhibit 101

# Every item is StockX Verified.

Shop on StockX with confidence knowing every purchase is StockX Verified. StockX Verified is our own designation and not endorsed by any brands sold on StockX.

## Trust The Process

Our global team of experts uses a rigorous, multi-step verification process.



### Condition

We only allow deadstock on our marketplace. That means every item, except refurbished watches and electronics, bought or sold must be brand new and never worn.



### Packaging

Equally important as the product itself, our team ensures packaging meets the highest quality standards to deliver a brand new product.



### Accessories

From the full list of accessories to all the additional add-ons, rest assured that your purchase on StockX will match any retail purchase experience.





### Quality Assurance

A final check in our verification process, our QA experts ensure the product meets our high standards.



### Advanced Technology

We leverage machine learning to assess product risk and ever-evolving embedded technologies within the products to enhance our verification efforts.



### Experience & Data

There's no substitute for experience. We've inspected over 35 million items on behalf of our customers.

StockX



## Hear From Our Team

"

In a community filled with inauthentic items, I have the opportunity to protect our customers and their hard earned money.

Siebe
Authenticator, Veldhoven

StockX



> I have the privilege of teaching a new generation of authenticators, to help them succeed, and watch them grow. It's fulfilling to see.

Alex
Authenticator, Tempe



**StockX**

# Committed to Quality

Over the years, our team members have verified tens of millions of products.

We've compiled data from every product we've verified on StockX to build a database of elements that don't meet our standards. Our database is updated daily and constantly serves to keep our team educated and up to date.

# Fighting Counterfeits

Like it or not, counterfeits are a problem for current culture goods on the secondary market. The quality of fake items has increased, as has the quantity of unauthorized items (often made in the same factory as the real items).

StockX has always been committed to fighting counterfeits and fraud on our platform. We remain one of the few marketplaces committed to physically reviewing 100% of the items that pass through our platform.

Our efforts have led to rejecting over 1.4 million items valued over $400 million.

StockX will continue to invest in the people, processes, and technology to stay ahead of the fraudsters so we can improve the purchase experience for our customers.

StockX



# Behind The Scenes

Our authenticators share a deep love and knowledge for the products and culture around our marketplace.



# StockX

# FAQs

### What kind of shoes are sold on StockX?

Shoes and sneakers sold on StockX have the following requirements:

- They must be new
- They must be unworn
- They must be authentic
- They must have their original packaging

*Read more*

### What does the verification process entail for Buyers?

Once a product arrives to StockX from the seller, our dedicated verification team begins a thorough inspection, making sure it meets our condition guidelines. They receive constant training and industry updates to remain experts.

*Read more*

### What kind of apparel is sold on StockX?

StockX defines apparel as brand new if it is unworn and in flawless condition. In-store tags and/or generic plastic bags are NOT required for an apparel item to be considered brand new.

*Read more*

### Is StockX reliable?

One of the reasons StockX is a safe place to buy is also our claim to fame: our verification process. The StockX verification process takes into account the condition of the item, any variations it might display against our internal standards, the state of its container and whether or not it contains all necessary accessories.

Items are verified on-site at one of our Authentication Centers by staff who receive constant training in order to remain industry experts.

*Read more*

### What is StockX and where is it located?

StockX is an online marketplace headquartered in Detroit, Michigan. Our team operates from several international offices and Authentication Centers located globally. For more information on where to find our Authentication Centers and Drop-Off locations, read more.

*Read more*

### What are the shipping instructions?

1. Go to My Account > Selling > Pending. Here you will be able to access and print your shipping label and order invoice. Place the printed invoice inside the original packaging of the product being sold.

*Read more*





StockX



Accessories



Trading Cards



Shoes

StockX. Access the Now.

## StockX

Air Jordan Release Dates
Womens Jordans
Air Jordan 11
Air Jordan 4
Jordan 1 Mid

### Yeezy
Yeezy Boost 350
Yeezy Boost 350 V2
Yeezy Boost 700
Yeezy Boots
Yeezy Slides
Yeezy Foam RNNR

### Recent Updates
Best Sneakers Releasing
Shoe Size Conversion Charts
Hoka Shoes
Xbox Series X
PS5
Salomon Shoes

### Popular Releases
Lightning McQueen Crocs
NikeCraft GPS Yellow
Jordan 2 J Balvin
adidas Samba
Jordan 1 Yellow Toe
Converse Chuck Taylor

### Apparel
Supreme
Essentials
Chrome Hearts
Vlone
Nike Tech Fleece
Yeezy GAP

### Nike
Nike Dunk
Nike Blazer
Nike Air Force 1
Women's Air Force 1s
Women's Nike Dunks
Women's Nike Shoes

---

Find Us on Social

Download Our App

Use Assistive Technology

Proudly Built in Detroit

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS

EN   EN-GB   IT   DE   FR   FR-CA   ZH-CN   ZH-TW   JA   KO   ES-MX   ES-US   ES-ES

**StockX**