# Exhibit 102

*Redacted Public Version*

Hi Tina,

Thank you for reaching out to me. I am very dissatisfied with the fact that a defective pair of shoes was both authenticated by your team and then shipped to me. The flaw on the toe is blatant and should have been caught immediately. I have a bit of a conundrum though. I bought these shoes specifically for an event and I needed them for Friday March 25th, making it impossible to return them and have a replacement pair sent to me by then. I also cannot accept a $20 usd refund on them, that is far too low for a flawed pair of shoes. Both the seller and StockXs verification team need to be more accountable. My resolution is either a return on the product with an immediate full refund of my money so I can source out another option, or a refund amount of at least $75 usd from stockx. They are clearance quality shoes and should be priced accordingly. Thank you,

Justin

Get Outlook for iOS

---

**From:** support@stockx.com <support@stockx.com>
**Sent:** Saturday, March 19, 2022 8:55:24 PM
**To:**
**Subject:** Returns / Exchanges CRM:06750005580

Hey Justin,

Welcome to the StockX family!

Thanks for reaching out to StockX Support. I see that you are contacting us regarding your order # 34578298 for the Nike Air Force 1 Low Silver Snake (2021). I understand that you are seeing a defect on the toe of the shoes. My name is Tina, I'm a product specialist here and I would be happy to assist.

I appreciate you taking the time to send us the photos of your purchase and apologize that the sneakers you received are not exactly what you expected. In order to make your experience with us right, I would like to offer you 1 out of the 3 options:

1. A $20 USD discount code off your next purchase.

2. Return on your purchase for review of the defects by our Sr. Authentication team. If confirmed that the item wouldn't pass verification if resold, a refund will be issued to you. If they are deemed to be 100% authentic and acceptable for trading through our platform, they would be returned back to you.

3. A partial refund on the order for $20 USD.

Again, I do apologize for the inconveniences that this may have caused you. Please reach back out at your earliest convenience on the option you would like to continue with. If you have any other questions or concerns, please feel free to reach back out to our support team. I hope to hear from you soon. Thank you for your continued support of StockX!

Best,

Tina

Confidential                                                                                                                                                                                                                    STX0205470