# Exhibit 103

*Redacted Public Version*

I definitely want to return the shoe because these are extremely poor quality. I want to return the shoe and be refunded plus receive a $40 credit.

There is no way that someone at stock X approved this shoe after seeing what it looked like.

> On Mar 28, 2022, at 2:32 PM, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ wrote:
>
> I�m only receiving $40 for this inconvenience?? I just received a fake pair of damaged shoes that I paid almost $250 for�
>
>> On Mar 28, 2022, at 2:29 PM, support@stockx.com wrote:
>>
>> Hey Alexis,
>> I hope you are having a great day! Thank you for reaching out to StockX Support in regards to an issue you have with your order of the Nike Dunk Low White Black (2021) (W). My name is Dante, I am a product specialist here at StockX and I am more than happy to have the opportunity to assist you with your concern.
>> I appreciate you for providing those images of your shoes. After looking at your pictures, I would like to offer you one of these three options for this order.
>>
>> 1. A $40 discount code for a future purchase
>> 2. A $40 partial refund for this purchase
>> 3. A Return on this purchase for our team to review again
>>
>> Please get back to me on the decision you would like to go with. I look forward to your reply soon.
>> Warm Regards,
>> Dante

Confidential