# Exhibit 104

Case 1:22-cv-00983-VEC   Document 273-106   Filed 09/03/24   Page 1 of 2

You basically told me you can☐t do anything for me and expect me to keep a defective shoe that can hurt my son☐s feet or relist the item (so you can make even more money when it☐s sold) and have it be someone else☐s problem. Since you are unwilling to protect your buying customers, I☐ve contact my credit card company on the matter. If you choose to close the case, so be it.

On Mon, Dec 13, 2021 at 3:41 PM support@stockx.com <support@stockx.com> wrote:

> Hey Da,
>
> I wanted to follow up on our previous reply.
>
> At this time I will be closing this case. If you still need assistance with your concern, please reply back with the information so we can look into this further for you.
>
> Also, feel free to reach back out with any further questions or concerns!
>
> Kind Regards,
>
> Sheldon

Confidential
STX0249738