# Exhibit 105

Hi Greta

Thanks for your reply.

I'm sorry you've may not have understood the issue. The air bubble has popped on one of the shoes. This is defective product quality and is within Nike's two year warranty: we have had them only two months.

I have enquired with Nike and they are instructing us to contact the place of purchase - StockX - to arrange for you to return these to Nike and refund us in full, or replace the product for exactly the same specification (design, shoe size etc). We paid over $200, so this is not something that can be resolved to our satisfaction with a $20 credit.

Please let me know how to arrange this.

Best wishes
Mark

> On 13 May 2022, at 08:27, support@stockx.com wrote:
>
> Hello, Mark!
> Thank you for contacting StockX and for being a part of our amazing community! My name is Greta and I will be happy to help you.
>
> As far as I understand, you are not satisfied with your order of Nike Air Zoom Maxfly Barely Volt Hyper Orange with the order number 34431953. I am very sorry to hear that, as this is never the experience we would want for our customers! However, you have 3 days after the delivery date to notify us of an issue with your product. Since this time frame has been greatly exceeded, we cannot, unfortunately, proceed with your complaint.
> As compensation and as a token of appreciation for you as our customer, please accept the following discount code for $20 off your next purchase: SXCSOFFJUL-S5MRV8RDGVW5WBVGRHW .
> We apologise for any inconvenience caused. If you have any other questions, we are always at your disposal and thank you again for contacting StockX.
> Have a great day and stay safe!
> Kind Regards,
> ???????Greta

Confidential

STX0221098