# Exhibit 106

*Redacted Public Version*

These shoes are falling apart. The perforations aren't perforated completely, stitches are coming loose, fabric seams coming loose, styrofoam hanging out everywhere that's not even cut cleanly. The air Jordan symbol looks like it was stamped on the way you would stamp a design on a t shirt.

These are the most fake shoes I've ever seen. I wouldn't pay $5 for them. They are very clearly fake shoes. You can see it in the pictures I sent.

On Sat, May 21, 2022, 8:21 PM support@stockx.com <support@stockx.com> wrote:
> Hello Michael,
> A lot of Jordans and shoes, in general, have tape on the stitches to ensure that the stitches do not become loose. Please check both shoes and locate the size tag. Again, this photo is needed for our team to review.
> If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!
> Best Regards,
> Anie
> ------------------- Original Message -------------------
> From: [redacted]
> Received: Sat May 21 2022 16:14:36 GMT-0700 (Pacific Daylight Time)
> To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> Subject: Re: Support - Order #37049614 CRM:06660003732
>
> Is that a picture of the same type of shoe? It also looks fake/knock off/not authentic with the taped down strings.
>
>
> On Sat, May 21, 2022, 6:33 PM support@stockx.com <support@stockx.com> wrote:
>> Hello Michael,
>> I have attached a photo of where the size tag may be located. Please review the photo and then see if you are able to locate it. The photo of the size tag will be needed since our team will request it if I do not provide them with a photo of the size tag.
>> If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!
>> Best Regards,
>> Anie
>> ------------------- Original Message -------------------
>> From: [redacted]
>> Received: Sat May 21 2022 15:07:14 GMT-0700 (Pacific Daylight Time)
>> To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>> Subject: Re: Support - Order #37049614 CRM:06660003732
>> There is no size tag on the tongue of the shoes or underneath the insole.
>>
>>
>>> On Sat, May 21, 2022, 5:57 PM support@stockx.com <support@stockx.com> wrote:
>>> Hello Michael,
>>> The size tag may be hiding underneath the insoles. Please check there to see if the size tag was tucked underneath the insoles.
>>> If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!
>>> Best Regards,
>>> Anie
>>> ------------------- Original Message -------------------
>>> From: [redacted]
>>> Received: Sat May 21 2022 14:36:51 GMT-0700 (Pacific Daylight Time)
>>> To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>>> Subject: Re: Support - Order #37049614 CRM:06660003732
>>> I don't see the size tag
>>>
>>>
>>>> On Sat, May 21, 2022, 4:57 PM support@stockx.com <support@stockx.com> wrote:
>>>> Hello Michael,
>>>> I regret to inform you that I do not see the photo of the size tag. If possible, please locate the size tag inside of the shoe and send me a clear photo of it.
>>>> If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!
>>>> Best Regards,
>>>> Anie
>>>> ------------------- Original Message -------------------
>>>> From: [redacted]
>>>> Received: Sat May 21 2022 13:36:58 GMT-0700 (Pacific Daylight Time)
>>>> To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
>>>> Subject: Re: Support - Order #37049614 CRM:06660003732
>>>> These shoes are absolutely knock off, fake, not authentic Nikes.

Confidential

On Sat, May 21, 2022, 1:52 PM support@stockx.com <support@stockx.com> wrote:
Hello Michael,
Thank you for contacting StockX's support team! My name is Anie and I am part of StockX's specialty team. Thank you for bringing it to our attention that you are concerned with the authenticity of your Jordan 1 High Zoom Air CMFT Anthracite. I understand how upset you must be since this is your first purchase with us. I'd be happy to further assist you with this!
At your earliest convenience, can you please send me clear photos of the following:

- Shoebox label
- Size tag
- StockX QR code
- StockX hangtag still attached to the shoe
- Left and right shoe
- Insoles

If you have any questions or concerns, please don't hesitate to reach back out to us. We'd be happy to assist you further. As always, thank you for being part of the StockX family and for your continuous support. I hope you and your loved ones continue to stay healthy and safe. I look forward to hearing from you soon!
Best Regards,
Anie

Confidential STX0224272