# Exhibit 107

Dear Stefan,

Obviously your company doesn't thoroughly inspect YOUR products your selling before placing your label on them and shipping them out. The sneakers are clearly defective to be coming apart at the seams in less the two weeks. Your $20 "partial" refund is an insult. I'm filing a complaint with the better business bureaus.

Marissa

Sent from my iPhone

> On Jan 5, 2022, at 11:09 AM, support@stockx.com wrote:
>
> Marissa,
>
> Welcome to the StockX fam! Thanks for taking the time to reach out and provide those photos of the Nike Dunk Low Championship Goldenrod (2021) (SIZE: 11) you purchased from StockX. I'm sorry to hear that you and your son are not happy with their quality.
>
> I do apologize but once the sneakers have been worn the sale is final. This is because StockX is an online marketplace and not a retail store. With that being said, I am happy to make an exception for you and provide you with a partial refund of $20 as this was your first purchase with StockX.
>
> Please let me know if you would like that partial refund or if you have any additional questions.
>
> Best,
> Stefan

Confidential
STX0257787