# Exhibit 112
*Redacted Public Version*

Hi,

Since goods provided were damaged have disputed charges. Looks like stockx account was suspended due to this. Will gladly return the shoes for a full refund or can continue with chargeback through credit card company if stockx will not honor the refund.

Regards,

Navid

On Mar 16, 2022, at 5:48 AM, support@stockx.com wrote:

Hey Navid,

Thank you for providing this information. I understand that this may be concerning so I am here to provide any information or updates for your case.

I was able to provide these photos to our Senior Authenticators who have determined this item does meet our standards for deadstock conditioning. Sneakers are created on a larger scale and produced in major quantities where some variances may occur that we are not in control of. Issues like this are accounted for but natural developments are likely to pass considering how they may have formed.

This item has been observed by several authenticators who have confirmed this item�s condition. I do apologize for any inconveniences this may have caused you as I understand your frustration in purchasing an item you have concerns with.

The good news is that the selling side of our platform would allow you to resell this item if you no longer wish to keep it. Your business is very important to us and we want to always be sure that if you�re not satisfied that we will be in a position to assist you further.

We will always be here to assist. If you have any questions or concerns, feel free to reach out to us.

Best,
Myles

--------------------- Original Message ---------------------
**From:** ███████
**Received:** Tue Mar 15 2022 19:41:47 GMT-0400 (Eastern Daylight Time)
**To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
**Subject:** Re: Returns / Exchanges CRM:07750002527

Any update?
Regards,
Navid

On Mar 15, 2022, at 8:37 AM, Navid ███████████ wrote:

Hi,
See below.

🖼

Regards,
Navid

On Mar 15, 2022, at 8:28 AM, support@stockx.com wrote:

Hey Navid,

Thank you for contacting us regarding your first purchase for the Bright Mango Air Zoom. I'm sorry to hear there are some concerns with a tear on your sneakers but we will strive to provide any information or updates for this order.

In order to proceed, could you please attach a close-up photo of the QR Code on the back of your authentication tag that is attached to your sneakers? Once we have this information, we will be able to investigate this issue.

We look forward to your response.

Best,
Myles

🖼