# Exhibit 113

*Redacted Public Version*

I would really love an explanation as to HOW your Senior AUTHENTICATORS classified this shoe as authentic, despite all of these pictures I�ve sent clearly showing they are Fakes!

Look at the sole, different colors one faded one is darker, different material, look at the stitching!!

These are absolutely NOT AUTHENTIC!

and frankly I think its despicable you are allowed to operate this way, selling fake shoes at authentic prices!!! Its basically stealing!

I would have ABSOLUTELY no problem keeping these if they were AUTHENTIC bc I bought them for a reason, but this is here is just unacceptable!

Please advise.

Sent from my iPhone

> On Mar 20, 2022, at 6:45 PM, support@stockx.com wrote:
>
> Hello Diana,
>
> Thanks for being patient with us during the secondary review of your Nike Dunk Low White Black (2021) by our Senior Authenticators. I understand that this has not been the ideal Buying experience and I truly appreciate your patience as we navigate through this process. I am happy to provide some more clarity on this issue!
>
> Stockx ensures that each item that is purchased must undergo a rigorous multistep procedure. We only allow authentic and deadstock merchandise. This means that every item must be brand new and never worn. Our authenticators also follow a 100 point data checklist accompanied by using machine learning to aid our authenticators in catching every minor detail. Feel free to learn more about our authentication process here.
>
> Upon further review, it was determined that your Nike Dunk Low White Black (2021), is authentic and within our conditions guidelines for sneaker. Since this item is within our condition guidelines, we are unable to offer a refund or return on this item and I apologize for any frustration or inconvenience this may have caused you.
>
> I understand that this may not be the resolution you were looking for however, the good news is that we are a live marketplace so we encourage you to resell them on StockX if you no longer wish to keep them! In some instances you may be able to turn over a greater profit than your original purchase price! We want to always be sure that if you�re not satisfied that we will be in a position to assist as your business is very important to us.
>
> Once more, I would like to apologize for any inconvenience this may have caused you. I hope this information was helpful. We know how valuable your time and money are, which is why we appreciate your patience and understanding and for being a loyal StockX customer.
>
> I hope you enjoy the rest of your day and thanks for choosing StockX!
>
> Best,
>
> Sarah
>
> ------------------ Original Message ------------------
> From: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
> Received: Mon Mar 14 2022 10:24:15 GMT-0700 (Mountain Standard Time)
> To: support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> Subject: Re: Current Order CRM:03250001541
>
> Thank you, here are additional pictures requested of QR tag and receipt:
>
>
> Sent from my iPhone
>
>> On Mar 14, 2022, at 12:52 PM, support@stockx.com wrote:
>>
>> Hello Diana,
>> Thanks for reaching back out with the requested images regarding the issue with your previous purchase of the Nike Dunk Low White Black (2021)! I am more than happy to help get this resolved!
>> I am going to reach out to our Senior Authenticators for further insight on this review. They will reach back out to me within 1-2 business days as they review the images and investigate further. Once our authentication team comes to a determination I will reach back out to you with further information.
>> In the meantime, I would like to thank you for your patience and understanding while I looked into this as I know this was no small sum!
>>
>> Thanks for contacting StockX.
>>
>> Best,
>>
>> Sarah

Confidential

STX0204073