# Exhibit 114

*Redacted Public Version*

Hello Jordan,

I understand that there are manufacturing flaws with sneakers, however this pair of sneakers is highly flawed. I took this product to RIFLA and Sole Revival (two trusted sneaker consignment stores in Los Angeles) to get the shoe authenticated and both establishments were unable to authenticate the sneaker and advised I return the shoe.

<u>In addition, the sneaker authenticators pointed out additional flaws (pictures provided below)</u>

1. The sneaker midsole is yellowing already (even though it is a new pair of sneakers)
2. The sneakers are missing the paper insoles
3. The box is not the right shade of red
4. The sneaker sole is not the right shade of black (it should be darker)
5. The sole (where the Nike logo is located) is not textured as it should be
6. The sneaker has stitching inconsistencies
7. The sneaker has extensive glue marks on the midsole

<u>These flaws are in addition to the original flaws</u>

8. The toe perforations on the sneakers are too far forward

   o On the left sneaker the toe perforations are placed ☐☐ inch forward, which is not normal

9. The sneaker box lid is torn on the right side
10. The left pair has a paint chip on the front right side of the sole
11. The right pair has a stitching flaw on the midsole
12. The size tag on the box is not right shade of red

The shoe has over 10 different flaws and I do not understand how this sneaker passed StockX☐s authentication. I am not satisfied with the product and I would like a refund or exchange. If I cannot get a refund or product exchange, I will be forced to contact my bank for product chargeback. I would like to continue doing business with StockX and hope to resolve this with StockX.

Best Regards

---

**From:** support@stockx.com <support@stockx.com>
**Sent:** Wednesday, March 30, 2022 2:52 PM
**To:**
**Subject:** StockX Support CRM:06440003546

Hey Cesar,

Thank you for reaching back out to us with those requested photos, I really appreciate it!

First and foremost, I would like to apologize for your recent Buying experience. It is always our intention to create a seamless order experience for our users and I apologize for any frustration that this purchase may have caused you!

After taking a closer look at your photos, I went ahead and contacted our authentication team for further review of this item to ensure we can get this resolved as soon as possible.

Once our team reviewed the photos provided, it was determined that your Nike Dunk Low White Black (2022) (W) does meet our deadstock conditions. The issue that you are referring to has been a consistent manufacturing variance throughout the production of this item. Additionally, we do allow for items to be tried on for fitment as they would in a retail shop, and this variance could also be a result of that.

We understand that you are not completely satisfied with your purchase and I truly apologize for any frustration this may have caused you. These items have been manufactured in a factory, and as a result may feature natural flaws due to mass production which falls within our conditions guidelines.

Since this item is within our condition guidelines, we are unable to offer a refund or return on this item. I understand that this may not be the resolution you were looking for however, the good news is that we are a live marketplace so we encourage you to resell them on StockX if you no longer wish to keep them! In some instances you may be able to turn over a greater profit than your original purchase price!

Once more, I would like to apologize for any inconvenience this may have caused you. I hope this information was helpful. We know how valuable your time and money are, which is why we appreciate your patience and understanding and for being a loyal StockX customer.

I hope you enjoy the rest of your day and thanks for choosing StockX!

Best Regards,
Jordan