# Exhibit 115

No sorry,
How dare you use this as an excuse for this type of item to be shipped. The item has been been manufactured in large scale?????
What does this mean? that defected items will be sold ☐. How dare you make us pay for bad quality? I want a full refund and you can take these faulty shoes and try to sell them yourself.

Yout senior team is like the first team that inspected it bais .

I would like to speak to a manager. I will report this.

On Sat, 2 Apr 2022 at 01:11, support@stockx.com <support@stockx.com> wrote:
> Hey Charlotte,
> Thank you for following up!
> I apologize that you are not satisfied with your order. We had our verification team look at your photos, and we see that this item would be acceptable per our deadstock conditions and from a retail shop or manufacturer. I sincerely apologize for the fact that you are not fully satisfied with your order. I know that as a gift especially you'd want it to be absolutely perfect when giving it to your loved one, so I want to make this right for you as best as I can.
> As I said I have had our senior verification team review your item and although there is minor variances between pairs of the same sneakers, this is typical and shold not be a concern into the authenticity of your item. Please remember that the item is produced on a large scale and will feature natural manufacturer differences and variances. When we inspect every item, we look for two things:
> 1. The item is authentic
> 2. The item is in a condition that would be accepted at a retail location.
> The good news is that we are a marketplace, not a store, so you can always resell them on StockX if you are truly unsatisfied with your purchase!
> Please feel free to reach out if you have any other questions and thank you for contacting StockX.
> Best,
> Corey

Confidential                                                                                                                                                              STX0209127