# Exhibit 117



https://www.reviews.io/company-reviews/store/stockx-com

## StockX Reviews

★ ★ ★ ★ ★
1.3 Rating   149 Reviews

6% of reviewers recommend StockX

Company Reviews    Questions



### Write Your Review

★ ★ ★ ★ ★



| Shipping & Delivery | ⓘ |
|---|---|
| Delivery Methods | Courier, Postal Service |
| Average Delivery Time | Over A Month |
| On-Time Delivery | Greater than 75% |
| Accurate And Undamaged Orders | Greater than 50% |

| Customer Service | |
|---|---|
| Communication Channels | Email, Live Chat |
| Queries Resolved In | Over A Week |

**Visit Website**

Sort by: **Most Recent** ⌄    Filter: **None** ⌄

**Anonymous** ★ ★ ★ ★ ★
"
I received my nike dunks all dented up at the top of my sneakers I reached to advise customer service and basically I was told I have to keep them as they are
"



👍  <  ⚑

Posted 1 day ago

**Anonymous** ★ ★ ★ ★ ★
"
These guys are the biggest thug of the century . Sold me a faulty graphic cards I got for my 13 year old. Pathetic people they also have a very shady return policy which is really a no return policy
"

👍  <  ⚑

Posted 2 days ago

**Anonymous** ★ ★ ★ ★ ★   ✓ Verified Reviewer
"
Beware as I was sold shoes that had several flaws and were fake. When ask for a refund as I was told they are 100 authentic. Looking at the shoe let the picture speak for itself. I can assure you with the several shoes I have nothing looks anything as horrible as these as I know for a fact Nike will never send anything like this. DONT PURCHASE



NIKE0000092



Posted 4 days ago

**Anonymous** ★☆☆☆☆  ✓ Verified Reviewer

" Shady, shady, shady. We've ordered several pair of Nikes through this site for my son. I have questions about authenticity and sizing has seemed off. The last and final pair we got from this site, the glue on the base of the heel was separating and they wouldn't replace the item. The heel literally showed up flopping around. They are knowingly selling old and defective products. It says it right there on the website with a little digging. Buyer beware. No returns or exchanges.

Posted 6 days ago

**Anonymous** ★☆☆☆☆  ✓ Verified Reviewer

urchased shoes from this scam of a website. The shoes were listed as new. I received the shoes a week later. When I received the shoes they had several flaws, imperfections, and worn damage. I contact the company for a resolution and provided several photos. I received a response from the company agreeing that the shoes did not meet their standards yet they refused to accept my return and refund my money. They instead told me to resell the damaged shoes on their platform. This is scam like business practices as they would get paid for both the initial sell and resell of the damaged item and another customer would then be stuck with the damaged shoes. I would loose out because I have spent money on shipping and the initial price of the shoes in addition to being stuck with damaged shoes that don't even meet the company that sold the shoes standards. This is the worse experience I have ever had buying online. I have reported them to my bank as fraudulent because I did not receive what I initially paid for. I will be posting a complaint on all social media and will never sell nor buy anything from this scam of a business. They sell products that don't even meet their own standards and leave the customer stuck with a damaged product.
I left a review of my experience on TrustPilot and StockX took no time in reminding me that since I filed a complaint, I would be banned from their website. Which is hilarious because why would I ever shop there again? Then lied and said they couldn't find my purchase when I submitted a complaint with the Better Business Borough, so I had to provide proof of purchase. THE WORSE COMPANY EVER.

Posted 1 week ago

**Anonymous** ★☆☆☆☆  ✓ Verified Reviewer

" I have been a customer of StockX for a while now, and I recently purchased some off-white shoes. The shoes I received where damaged, full of glue residue, logo damaged. I reached out to customer service thinking east simple return. I purchased $400 shoes, I received a damaged product, easy return like in any other company. To my surprise they are telling me that is passable to their standards that they can't provide a refund.
I am in shock and disbelief that in 2022 you buy a product get a damaged one, and they won't refund you.

Posted 1 week ago

**Ryan L** ★☆☆☆☆  ✓ Verified Reviewer

" Sold two new pairs of Dunk Lows through the app. They both sold on the same day so I shipped them both out on the same day. Both pairs of shoes arrived within the timeframe provided by StockX to not receive any late delay penalty. I received an email that one of the pairs failed authentication and they are sending them back. Whenever I looked at it I could tell they clearly switched the pairs up. So I reach out to customer support immediately to let them know they made a mistake. I received a response days later and they said they're sorry they messed up but they can't reverse the cancellation. But get this; they're keeping the second pair as a verified sale. And they're excuse for me was "the beauty of our platform is you can resell at anytime." With no consideration to the time I have and will lose on this deal. And I also have lost value as the shoe/size is not worth what it was when sold. StockX should've just paid me out and kept the shoes to resell themself if they "can't reverse" a cancellation. It's clear the original rep was just lazy. Does StockX not have sellers sending multiple pairs at a time? Is that not a thing?

Posted 2 weeks ago

**Anonymous** ★☆☆☆☆  ✓ Verified Reviewer

" March 22, 22 purchased Air Jordan sneakers size 13 for my 16 year old son and, sneakers arrived March 31, 22, they are child size 13 , contacted website, downloaded pictures, orders

NIKE0000093

credit but, great news?! I can sell them Never again LOOSER company with none existent customer support. Be aware!

Posted 2 weeks ago

**Anonymous** ★☆☆☆☆

Do not buy from Stockx! I purchased some shoes from them in a womens size 9. My confirmation email says Womens size 9. They changed the description of the shoe to mens size 9 after I purchased it. I tried many times to contact them and they refuse to fix the issue or refund me, even after sending me the wrong size. They are a horrible company! They should be reported as frauds!

 

Converse Chuck Taylor All-Star 70 Hi Comme des Garçons PLAY Black Red (Meteor)

Posted 2 weeks ago

**Anonymous** ★☆☆☆☆

Stockx has sold me a pair of fake yeezy 500s. I ordered the Ash Greys and they come out looking like the Blush colorway. I reached out to them and they refused to let me return the shoes and refund me rather they want me to resell the shoes on their site so they can make more of a profit. I have taken the shoes to 3 separate reseller shops in my town and they all informed me that the shoes are replicas. There is differences in the material (holding it under blacklight to see the flaws), font differences inside the shoe tags and on the box and the box is a different material and color than the authentic ones.

Posted 2 weeks ago

**Anonymous** ★☆☆☆☆  ✓ Verified Reviewer

I purchased two pair of Yeezy's one pair was two different sizes and the other pair was fake I emailed them they will not return my money or my email or anything they basically told me to eat it I would never go there again and I am suing them



Posted 3 weeks ago

**Anonymous** ★☆☆☆☆  ✓ Verified Reviewer

Went there to possibly purchase a PS5 game. Game was listed at $52, when retail is $119. When I went to complete the purchase, they tried to charge me $68 for shipping! What a joke! Don't believe the prices on this scam of a website. Go anywhere else, but this place.

Posted 3 weeks ago

NIKE0000094



**Andy Oz** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
These guys have so many glitches in their Australian service, then when you can get it shipped due to glitches, the customer service is in American time-zones, is slow and doesn't respond to your actual question effectively so you run out of time. Then when you step it out and explain to them your problems what you've done etc they give you generic messages back not actually addressing what you ask. Terrible app in Australia.
"

👍 ＜ ⚑                                                                 Posted 3 weeks ago

**CD** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
I would not recommend ordering luxury handbags from this company. I made the mistake of ordering a handbag from StockX instead of spending a few extra hundred dollars to get it from the store. I did receive the bag and it did look like it was in new condition and authentic. However, the bag was supposed to have the pochette and that was not included. The advertisement shows the pochette and there is no mention that it would not be included. I have a very difficult time contacting Stockx in regards to this issue. I relied heavily on reviews of this company before I made the purchase. While the reviews were pretty good, they weren't really specific to the handbags. This company has more of a focus on sneakers/shoes. I think the handbag area may be fairly new. They need to improve in a lot of areas if they want to continue to be a seller of luxury handbags. The following are concerns I have with the company and reasons to suggest you consider not using them:
-no phone number to contact anyone with questions or concerns. They have an email option, but that makes it very difficult when/if you have an issue
-they don't show you pictures of the actual bag you will receive. It is a picture they pull from somewhere online.
-description for item is very vague and doesn't necessarily let you know what is/isn't included.
-I'm not sure how knowledgeable the authenticators of the handbags are as they authenticated my handbag without the pochette.
-the prices aren't necessarily cheap or cheap enough to risk purchasing from an outside company rather than going to the brand name store. In my case I could have spent 400.00 more and wouldn't have had to question authenticity or deal with the back and forth on the missing pochette. Wasn't worth it.
"

👍 ＜ ⚑                                                                 Posted 4 weeks ago

**Anonymous** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
They prefer to waste your time by pretending to sell you items that do not exist than to first check if the item exists, then sell it to you. They should compensate people financially for the time they steal and the hopes and dreams they destroy
"

👍 ＜ ⚑                                                                 Posted 4 weeks ago

**Anonymous** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
I got defective Jordans 11's and I paid $400 they only offered me $40 off after I sent them pictures. Do NOT buy from this place I don't even know if they are real.
"

👍 ＜ ⚑                                                                 Posted 1 month ago

**Anonymous** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
Sold me fake shoes
"

👍 ＜ ⚑                                                                 Posted 1 month ago

**Susan Salvucci** ★ ☆ ☆ ☆ ☆

"
I have spent hundreds of $$ with StockX. I received defective sneakers and let them know immediately. I opened a case and two weeks later no answer??? I will never buy/sell from them again!!!
"

👍 ＜ ⚑                                                                 Posted 1 month ago

**Gregory** ★ ★ ★ ★ ★

"
yes very good
"

👍 ＜ ⚑                                                                 Posted 2 months ago

NIKE0000095

**Anonymous** ★ ☆ ☆ ☆ ☆

"
  Selling fake shoes
                    "

👍  <  ⚑

Posted 2 months ago

‹  **1**  2  3  4  5  »

StockX is rated 1.26 based on 748 reviews

**Our Company**

Business Solutions

Impressum

Terms & Conditions

User Privacy Policy

Business User Privacy
Policy

Data Protection

Data Request

REVIEWS.io

NIKE0000096



★REVIEWS.io                              🔍     [ Are you a business? Click Here ]

## StockX Reviews

★★★★★
1.3 Rating   149 Reviews

6%
of reviewers recommend
**StockX**

🖥 Company Reviews      💬 Questions



### Shipping & Delivery                    ❔

| Delivery Methods | Courier, Postal Service |
| Average Delivery Time | Over A Month |
| On-Time Delivery | Greater than 16% |
| Accurate And Undamaged Orders | Greater than 58% |

### 📞 Customer Service

| Communication Channels | Email, Live Chat |
| Queries Resolved In | Over A Week |

[ **Visit Website** ]

### Write Your Review

★ ★ ★ ★ ★





Sort by: **Most Recent** ⌄     Filter: **None** ⌄

**Randy Brown** ★★★★★   ✔ Verified Reviewer

"They recently scam me out of $491.35 for a pair of Super Boots 40 below Timberlands, oh now it's a problem with the seller. Now they suspended my account, probably because of the negative reviews I been leaving on all platforms. Something need to be done about this scamming company."



👍   <   🏳

Posted 2 months ago

**Jennifer,L Pardi-McCarthy** ★★★★★

"5 minutes after I realized I bought the wrong sneakers for my son, I couldn't cancel the purchase. Only thing I could do was resell them.
I've also been trying to put a reasonable bid on a pair of Yeezys and there is zero communication about the bids. They just keep driving prices up. I will never purchase or use this site again..I bought the same Yeezy's I bid on from Ebay."

👍   <   🏳

Posted 2 months ago

**F Stockx** ★★★★★

"Parasitic leeches. I would never buy or sell through them.. I have before, always overpriced after the endless fess they add on and the shipping costs they leave you with no option but to pay. I liked using their portfolio, until they decided to ruin it and take away everything useful about it such as a quick overview of market value, potential gain, and your rank in their system even though the ranking was backwards if you were in the top 1% they showed 99%. which is just basic moronic sense for these guys. but they took away everything useful to add an NFT portfolio. LOFL. As if anyone who buys NFT's is going to use stockx's half a..ed portfolio when there is a whole ecosystem of excellent apps for buying selling and tracking performance of NFT and your portfolios. That has to be hands down the dumbest trending riding idea these dummies could've come up with. Nobody cares they arent using your site for that, many of us arent even using your site to buy or sell, now that you've ruined the portfolio there is no reason for some of us to use your site anymore. get real. youre sh*t

👍   <   🏳

NIKE0000097

**Charice Holliday** ★ ★ ★ ★ ★   ✓ Verified Reviewer

" I would not recommend buying on StockX, reason you can't return any items you buy, you will take a lost. I bought a Christmas gift, a pair of Yeezy my daughter size is a 5 1/2 men so I bough a 6 the shoe was to small. I paid $405 they only thing I was allowed to do was resell on Stockx site. I put the shoe on the site for the most I could sell the shoe for was $376 once I paid the fees StockX charged I received $327.72 that's over $78 lost I will never buy anything else on StockX. Go to Goat they do refunds within 3 days that's better than taken a lost for an item you are buying you can't try on, its no guarantee you can wear the size you purchase then you stuck with a shoe you are trying to resell. "



adidas Yeezy Foam RNNR
Mineral Blue

**Style ID:** GV7903
**Us M Men's Size:** 6
**Condition:** New, 100% Authentic
**Order number:** 30695728-30595487

| Purchase Price: | $339 |
| Sales Tax: | $35.14 |
| Processing Fee: | $16.95 |

👍  <  🏳

Posted 3 months ago

---

**Carmen Rivera** ★ ★ ★ ★ ★   ✓ Verified Reviewer

" My husband ordered a pair of sneakers from Stock X upon receiving the delivery the box was in perfect shape so no complaints there!! Now mind you this company sells itself on authenticy of there sneakers! WRONG!! When we opened our sneakers one sneaker was wide the other shoe was oval shaped, how in God's name did this happen even the stitching of the one sneaker Was completely wrong. What is worst is that they honestly thought that we would wear 2 completely different shoes and offered us a 40 credit towards a future purchase!! That was a complete insult on a pair of sneakers that cost 200. A complete insult to think we would be that desperate to accept 40 dollars and look like idiots wearing 2 different sneakers. I will never purchase from this place again the one shoe was made in America and the other one came from China!! Watch what is purchased on this site. Authentic is not there honest practice!! Everything you have to go thru to make a purchase on this website and they still get it wrong, they don't practice honest practices. As a business owner myself I am appalled. "

👍  <  🏳

Posted 3 months ago

---

**Patirck** ★ ★ ★ ★ ★   ✓ Verified Reviewer

" 3 day return policy...horrible
Bought expensive earpods $153 DropX™ Exclusive: JBL x Giannis Antetokounmpo Endurance Peak II Freak Edition
They don't work right. I called 5 days after ....received no refund nothing. "

👍  <  🏳

Posted 3 months ago

---

**Anonymous** ★ ★ ★ ★ ★   ✓ Verified Reviewer

" Major delay no communication only when they want to no updates on my recent post purchase it scary "

👍  <  🏳

Posted 3 months ago

---

**Meln** ★ ★ ★ ★ ★   ✓ Verified Reviewer

" Ordered a PS5 for my son on Tuesday Dec 17th. The seller shipped same day, and they got it on the 18th. Thursday the 19th it was verified. THEY SAT ON IT FOR 4 DAYS THE WEEK BEFORE CHRISTMAS, THEN MAILED IT VIA GROUND TRANSPORTATION!!!
This company literally exists for materialistic people - why didn't they have extra people working to get verified items out immediately during the most materialistic holiday? They never had an option for expedited shipping, and block their customers from calling the shipper directly to change it. Not surprising in December, the package was delayed by weather. It is now January 9th, and we STILL DON'T HAVE IT!
This is an excellent business model, but VERY poorly executed.

NIKE0000098

**Randall Payne** ★ ★ ★ ★ ★  ✔ Verified Reviewer

"
My son used my gfs debit card and put a bid on some shoes back in November. He never got a confirmation email. But the bank clearly released the funds to stockx. They never sent the money back if he lost the bid and never seen the shoes if he won. Now the money is gone and nobody from stockx will respond. So me and my gf Jennifer Catoe are having to get a lawyer to see why they stole our money.
"

Posted 3 months ago

**Alex D** ★ ★ ★ ★ ★  ✔ Verified Reviewer

"
I purchased a pair of snickers for my son and received one shoe 8.5 and the other 9.5. I have 3 open cases trying to get my money back without luck. Never again! Horrible customer service!
"



Posted 3 months ago

**Charice Holliday** ★ ★ ★ ★ ★  ✔ Verified Reviewer

"
I'm upset with the fact I bought my daughter some Yeezy forms for Christmas you can't try them on to see your size due to this being an online company now I'm stuck with trying to sell this shoe because she were a 5 1/2 in men I bought a size 6 and they still to small. They don't do returns I have to try and sell the shoe on there site plus lose money because now I have to pay fees in order for me to resell the shoe. This is it for me I'm not buying anymore shoes on StockX
"

Posted 3 months ago

**Donna** ★ ★ ★ ★ ★  ✔ Verified Reviewer

"
They sell fake Jordan's from Hong Kong and they do not take returns or refunds under any circumstances.
"

Posted 3 months ago

**Anonymous** ★ ★ ★ ★ ★

"
This place has 0 concern for customer satisfaction or delivering honest business.
We ordered a PS5 in late November. It shipped supposedly and landed in a FedEx distribution center. It is now approaching New Years and they claim we received it, while FedEx shows it's been sitting (most likely stolen or lost) for 5 days and has not moved.
StockX is awful, EBay and other sites offer much better service and support.
What is Stock X value proposition? Seems like a sleazy pawn shop that has gone fully digital. Nice try Stock X, you are going to fail miserably, no doubt.
"

Posted 3 months ago

**Donnyj** ★ ★ ★ ★ ★  ✔ Verified Reviewer

"
StockX sent me YELLOWING and DISCOLORED sneakers
The Jordan 4 is supposed to be white.
Sneaker seller preserve resell sneakers to avoid Yellow and Discolored white shoes.
StockX has a Authenticity Verification Inspection. So I would have never guessed a sneaker that would be inspected would deliver in such a Low Quality condition. These shoes were for my daughter for Christmas and are completely UNGIFTABLE. StockX let me know that even though the Quality is Unacceptable they will not refund because they passed the Authentication Inspection as Deadstock. But Deadstock and Discolored meaning they did take quality into consideration. I use to Love StockX at one Point . Never a issue so I figured these people at StockX would understand and just make it right.
They offered a $40 refund on 444 dollars shoes. So when a customer has a problem StockX just does nothing to be fair and morally understanding.
"





https://www.reviews.io/company-reviews/store/stockx-com/2

04/20/2022

## StockX Reviews

★ ½ ☆ ☆ ☆

**1.3** Rating  **149** Reviews

6% of reviewers recommend **StockX**

📋 **Company Reviews**        Questions

---

🚚 **Shipping & Delivery**  ⓘ

| | |
|---|---|
| Delivery Methods | Courier, Postal Service |
| Average Delivery Time | Over A Month |
| On-Time Delivery | Greater than 15% |
| Accurate And Undamaged Orders | Greater than 58% |

🛎 **Customer Service**

| | |
|---|---|
| Communication Channels | Email, Live Chat |
| Queries Resolved In | Over A Week |

**Visit Website**

### Write Your Review

★ ★ ★ ★ ★





Sort by: **Most Recent** ⌄  Filter: **None** ⌄

---

**Charles Richard Ott JR** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
I got scammed with 47 fraudulent charges to my credit card.
only one cc was compromised.
my bank is returning all monies taken from my account.
I never did business with StockX.
I am now "on hold" with my cc company now for 45 min... so far.
A real nightmare!!!
they are listed as a " clothing store" locatedat 1655 Grant St -3rd Floor in Concorde. (ca or nh ??)
phone is 628-867-0529...have fun peeps ...
"

👍  <  ⚑                                                          Posted 4 months ago

---

**Dave** ★ ☆ ☆ ☆ ☆

"
Dogshit site
Had highest bid in since the recent date. Then all of a sudden more we're sold on dates after.
Wank
"

👍  <  ⚑                                                          Posted 4 months ago

---

**Anonymous** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
They use Fed Ex to represent their company. PSS somewhere lost in incompetence 30 miles south of my house. Waited all day and took day off work to "sign" for a package that was never delivered.
"

👍  <  ⚑                                                          Posted 4 months ago

---

**Anonymous** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
StockX is a horrible site. They shipped me an empty box and are unwilling to refund my money. They say Fedex delivered the box so I have the product. I sent photos of the empty box as soon as I opened it. I have tried for weeks and they are unwilling to do anything so I am out $265.
"

👍  <  ⚑                                                          Posted 4 months ago

---

**Christo Giannis** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
Stay Away
3 months ago : bought a pair of jordan air 1 low.
The package arrived in acceptable time. After 3 weeks the shoes show a ware far beyond normal. I communicate with stockx and they told me that they can't help me with the return.

NIKE0000101

and they can't bring me in touch with the seller to sort this out. When I told them I will go to
the bank to get help they told me that "Stockx has zero tolerance for disputes, and in that
case the system automatically suspends the accounts". ????
I strongly believe that they have no professional attitude what so ever. Even more I doubt the
authenticity of the products sold in Stockx.
Stay away or buy out you own risk.
                                                                                              "

👍  <  ⚑
                                                                            Posted 4 months ago

---

**Robbie** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
I Oder shoe waited mad long like a month for them to tell me their refunding me I want the
shoe an now their so dam much an I bough when they wasn't an people just got back to me
this suck I use ya all the time an a like ya but Ik I'm just one person of your millions so hey
guess I suck lol
                                                                                              "

👍  <  ⚑
                                                                            Posted 4 months ago

---

**Vince Howard** ★ ☆ ☆ ☆ ☆

"
Too good to be good business, those inspectors send you whatever and support back it no
matter what you. Horrible way to do business cause once they have your money your at
there mercy. Got pics who cares looks good to the company which already has your money,
no accountability and it says in the guidelines "sell your UNWORN items" SHUT IT DOWN
The pic doesn't even show you how beat up they are, cameras aren't eyes but if you know
about suede erasers, that was used on the shoe I have, it's spotty ASF and it dingy in those
spots were water was used. CAUSE IT AINT SUEDE, its hair, freakin idiots bruh
                                                                                              "



👍  <  ⚑
                                                                            Posted 5 months ago

---

**Anonymous** ★ ★ ★ ★ ★

"
Ordered a PS5. A bit expensive, but WAY cheaper than on Amazon etc. I was a bit worried to
order from this place as I had never heard of them. PS5 came quickly and in perfect working
order. No complaints at all. Would definitely order from them again.
                                                                                              "

👍  <  ⚑
                                                                            Posted 5 months ago

---

**Mikke Duverger** ★ ☆ ☆ ☆ ☆

"
I ordered shoes from 390 euro and they never arrived?
Another order I made was a mens size 6,5 and I received a kids size 6,5? You do not receive
an answer or any help and when you make a claim with Paypal the block your account and
make it impossible to view your account? A good thing I took print screenshots
                                                                                              "



👍  <  ⚑
                                                                            Posted 5 months ago

---

**David T Evans** ★ ☆ ☆ ☆ ☆

"
Absolutely The WORST Company to make a purchase from. Ordered a Nike retro jordan for
my son and they claim the seller never shipped the shoe. I told them I would contact my bank
to get my money back and they told me to please not to do that because it would cause
more problems. So because they're so called sellers aren't Trustworthy they feel I should just
let them keep my $264 ? I don't think so. I had to cancel my card because I read another
customer's review similar to mines. He was able to get his bank to refund the money but then
Stockx went in a month later and stole it back because they had his card #. Don't Trust this
company. A Bunch of Crooks and now my son's Birthday Gift is Late. I'll just go to Jordan.com
from now on.
                                                                                              "

👍  <  ⚑
                                                                            Posted 5 months ago

NIKE0000102

**Anonymous** ★★★☆☆

"
I brought trainers on the site and they arrived damaged . You can not return them but you can sell them for a lower price .
Nobody answers your emails and I couldn't find a contact number . Wish I spent more and brought from elsewhere
"



👍 < ▶

Posted 5 months ago

---

**Matthew Matheson** ★★★☆☆  ✓ Verified Reviewer

"
The products do not match the photos
"

👍 < ▶

Posted 6 months ago

---

**ESTELLE KANIA** ★☆☆☆☆  ✓ Verified Reviewer

"
the worst, after buying a pair of sneakers from this website, I asked for a refund or exchange. They do not offer any help only to rebuy your sneakers for a lower price. Feeling like I have no choice anyway, I sent them the sneakers, few days after, they send me a email telling me they will charge me $15 to send me back the sneakers because the box was broken. I have pictures that the box was already broken when I received it with day and hours. This website is THE WORST. They is no costumer service to talk too that can clearly help.
"

👍 < ▶

Posted 6 months ago

---

**Gregory Bartlett** ★★★★★

"
This place is absolutely wonderful. Let me just tell you I first got a next gen console from them a ps5. Which came packaged perfect and came in only a week. I then got a Xbox series x from them which shipped even faster and came brand new. Not opened. This place is very worth it. If you are looking for a next gen console for a little above retail price.
"

👍 < ▶

Posted 6 months ago

---

**Anonymous** ★☆☆☆☆  ✓ Verified Reviewer

"
There's been a problem with my shipment.
Customer service didn't bother to offer any resolution.
Their carrier had delayed shipments.
My shipments weren't delivered as scheduled on multiple occasions.
Customer service would not accommodate me for the inconvenience and refused to accept returns.
When I received the box it looks like it's been opened and I am afraid for my item to be replaced with a replica.
I am currently looking for a place to get the item authenticated at my own expense.
I have been a loyal buyer and seller to StockX and I can't believe how horrible this situation
"

👍 < ▶

Posted 6 months ago

---

**Gregory Bartlett** ★★★★★  ✓ Verified Reviewer

"
This company is amazing I used to have a ps5 once launch day hit. But I ended up selling it for reasons I will not get into. Any how I tried out stockx for a ps5 just to see. They authenticated the ps5 and gave me a tracking number and then immediately shipped it out to my house in literally only a week. The Ps5 came in brand new everything in the box spotless.

NIKE0000103

Even the new buy smell. Everything is perfect. Great price great place I definitely recommend it to anyone.

"



👍 < ▶

Posted 6 months ago

**Lilly** ★ ☆ ☆ ☆ ☆    ✓ Verified Reviewer

"

This company is an outright JOKE and run by thieves. They sell and resell fake/counterfeit shoes with flaws and defects, and try to pawn them off as authentic and new. And charge double retail!! If you are sharp enough to notice they are fakes and try to reach out to their customer service- they will run you through hoops, make living hell for you and not resolve at



⭐REVIEWS.io

🔍   Are you a business? Click Here

## StockX Reviews

⭐ ☆ ☆ ☆ ☆

1.3 Rating  149 Reviews

🏷️ **Company Reviews**    💬 Questions

**6%** of reviewers recommend StockX



📦 **Shipping & Delivery** ⓘ

| | |
|---|---|
| Delivery Methods | Courier, Postal Service |
| Average Delivery Time | Over A Month |
| On-Time Delivery | Greater than 15% |
| Accurate And Undamaged Orders | Greater than 58% |

🎧 **Customer Service**

| | |
|---|---|
| Communication Channels | Email, Live Chat |
| Queries Resolved In | Over A Week |

**Visit Website**

### Write Your Review

☆ ☆ ☆ ☆ ☆



Sort by: Most Recent ⌄    Filter: None ⌄

**Anonymous** ⭐ ☆ ☆ ☆ ☆    ✓ Verified Reviewer

" NEVER GOT PAID FOR SNEAKER I SOLD ON STOCKX AND THEY DONT HAVE EVEN A CUSTOMER SERVICE PHONE! ITS OUTRAGEOUS! THEY SIMPLY IGNORE YOUR EMAILS. I BASICALLY LOST $350!!! "

👍  ⤴  ⚑

Posted 7 months ago

**Que** ⭐ ☆ ☆ ☆ ☆    ✓ Verified Reviewer

" My experience with customer service was horrible. They don't have phones and you can only email. My son tried to order some shoes but it keep sending a email that order was declined. Then about two weeks later shoes was shipped and I had no idea. They down street to a neighbors who took them. So when I tried to dispute shoes Stockx said they was dilivered. So with the paperwork they sent the credit company I had to find the shoes at the neighbor house. Dealing with stockx customer service was horrible and would not take shoes back even though said charge didn't not go through. "

👍  ⤴  ⚑

Posted 7 months ago

**Anonymous** ⭐ ☆ ☆ ☆ ☆    ✓ Verified Reviewer

" I accidentally ordered the Retro 4 Lightnings in a preschooler size. I tried to stop or change the order immediately after it was submitted. I couldn't find a phone number anywhere for customer service. All they offer is a email address to which they don't respond to at all whatsoever. Then I received my package via FedEx and it's delivered completely OPEN! The box had been opened and the shoe box had been opened and the shoes had dirt and debris all over them! I tried to file a claim with FedEx but they tell me that there is a shipping agreement that you don't even know about with them and StockX that's doesn't make them or stockx liable for the shoes! I also tried to email stock x and send them photos of the shoes but surprise surprise, NO RESPONSE! Worst customer service on the planet! I will NEVER order from stock x again! I'll pay the extra $ to GOAT for that great customer service!!! "



👍  ⤴  ⚑

Posted 7 months ago

NIKE0000105



**Anonymous** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"

Do not use this seller. StockX charged me twice for a Gucci Eden Mini Backpack for the price of $1900+. TWICE. I cannot get a hold of customer service for the past 5 days and counting. I had to dispute charges with my bank. There is no customer service phone number, I've attempted to submit disputes through their "customer service" chat with no response whatsoever. Beware.

"

**S** Support at StockX  Aug 31
Hey there ████ hank you for reaching out to Stock...

**R** me  10:16 AM
to Support ∨

I have been trying to get a hold of customer service. StockX charged me TWICE for an item and I do not want two items!!! Please someone contact me ASAP. I have been emailing now for the 4th time for help and I have already disputed the charge with my bank. Now I am receiving a confirmation that another item is being sent and I did not receive customer support! I cannot get a hold of anyone!!!!!!!!!!!!! This is ridiculous!!!!!!!! I have tried the chat online with no help at all!!!!!!!!!!!!!!!

E████████████
O████████

👍  <  ⚑                                    Posted 7 months ago

**B Hicks** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
Shoes don't fit but StockX don't care...If in the USA..
Oh well says StockX, basically it's your tough luck. I ordered a pair of Nike VaporMax 2020 FK for my son Size 7. Order came but the shoes are too small. NO RETURNS ALLOWED AT STOCKX. Know this in advance. So now I'm stuck with a pair of expensive shoes that do not fit the intended user. I would not recommend StockX unless your ready to be stuck with something you Can Not Use. Wow. What a business policy. Thankfully Amazon does not operate that way.
"



👍  <  ⚑                                    Posted 7 months ago

**Phuoc Nguyen** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
Story: UPS Lost my package in transit, I contacted Stockx to initiate claim along with physical receipt, video/pictures evidence of my packaging process. Stockx took more than 30 days to work on the case. Ultimately, they tried to deny the claim because the drop off weight "did not" match the product weight. After over 2 years of selling on this platform, I've never had any issues, I've always shipped items on time, and all of them passed verification. Now that once things go south, they are failing to provide support, and trying to deny problems which did not come from my end. Very disappointed.
People, Please be aware of shipping expensive things out to Stockx, as, they would not even bother to help you out if your packages gets stolen by postal services during transit. Will not be using this platform to sell anymore!
Hoan
"





**Funcographics** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
I sold a pair of Nike SB, pretty much expensive, above 1000€ to Stockx, send them as usual with their regular UPS label and wait for my outcomes. A few days after, I received a message from them telling the box arrived empty!!! The package was opened and sealed up again with only the empty box in it. I guess UPS steal it or even worst Stockx steal it.
Whatever, I thought they have a good assurance for this kind of situation and they're working for their clients. Actually NO! Stockx didn't care of their clients, they simply don't give a F***! They just closed the case without further investigation and I lost my money. I have no trust in these thiefs anymore and I recommand you NEVER sell anything throught them anymore. I know it's UPS fault but Stockx is even worst for not supporting their clients.
"

Posted 7 months ago

**Anonymous** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
I have purchased several sneakers from stock x without any issues; however, I recently purchased a pair of Retro 5 Raging Bull Jordans for my son. When the shoes arrived, the box was ripped and torn. My son changed his mind so I sold them back to stock x. They refused the sale due to the damaged box that was sent to me. I will never purchase from them again and have told others not to patronize this company. Theu also charged me $15.00 to ship back to me. This is not acceptable. I am extremely upset and disappointed. I have requested to have my acct deactivated and if they refuse, I will seek legal action.
"

Posted 8 months ago

**Jane A** ★ ☆ ☆ ☆ ☆

"
Ordered my yeezy's and they fit a little to close for comfort. They seem to run small. Read the fine print, they do not accept returns. They give you the option to resell on their site for a fee. Tip for consumers:
Most companies allow returns/exchanges, I know reading the terms and conditions can be tedious, but not all companies are forgiving. I need a larger size and now I am stuck with shoes I cannot wear. Who will pay me over 400$ for my misjudgment? Reputable companies give customers an opportunity to exchange. I notified Stock X immediately and they said I have the option to resell them on their site if I want to but I need to pay a fee. How convenient for StockX.
"

adidas Yeezy Boost 350 V2

**Black Red (2017/2020)**

Us M Men's Size: 9.5 | Condition: New | 100% Authentic

Item Delivered Successfully

| | |
|---|---|
| Your Purchase Price | $400.00 |
| Sales Tax | $35.13 |
| Processing Fee | $12.00 |
| Shipping | $13.95 |
| Total | $461.08 |

Posted 8 months ago

**Anonymous** ★ ☆ ☆ ☆ ☆  ✓ Verified Reviewer

"
The past 3 pairs of shoes I purchased the sellers never shipped and StockX just canceled the orders and didn't do anything to make it right. Also it takes a long time to get your money back. Before that I purchased air Jordan 4 unc size 11. They sent me a fake shoe. I took it to a local shop and it didn't pass authentication. Also it failed on Check check. If you need to buy a sneaker for resale go to eBay. They have better prices and they always get sent to a professional authenticator. Sneakercon. I will never do business with StockX again even though I've bought and sold over $100,000 dollars in shoes from/ with them. They do not care about there customers they just care about the money.
"

Posted 8 months ago

NIKE0000107

D ★ ★ ★ ★ ★

"
I received a defective pair of shoes. I purchased a pair of Nike air vapormax flyknit from StockX and the shoes were defective 1 shoes lock system doesn't work so you can't tighten the shoe. StockX won't let me return them. I will never buy again. They don't do returns. Horrible customer service
"

👍  <  ⚑

Posted 8 months ago

Christian Nadal ★ ★ ★ ★ ★  ✓ Verified Reviewer

"
I left the previous review. My name is Christian Nadal. They have refunded me and given me a gift certificate for compensation. They have written to me to clarify and went above and beyond to rectify the problem. I will give them another try and update another review.
"

👍  <  ⚑

Posted 8 months ago

Gueri ★ ★ ★ ★ ★  ✓ Verified Reviewer

"
Terrible experience!
Sent expensive shoes with authenticity certificate.
The box had very minor dents, that is why the verification team refused the pair.
The support service guaranteed me that I didn't have to pay the penalty of 15%.
I checked my credit card history and they charged the penalty!
StockX is a joke!
Never again!
"

👍  <  ⚑

Posted 8 months ago

Anonymous ★ ★ ★ ★ ★  ✓ Verified Reviewer

"
We really need to get a lawyers stand point on StockX. They are sending fake shoes saying they are real. SCAM
"

👍  <  ⚑

Posted 9 months ago

Salvador Haro ★ ★ ★ ★ ★  ✓ Verified Reviewer

"
MY PACKAGE HAS BEEN IN TRANSIT FOR OVER A WEEK, now there is a UPS delay. I understand that is a UPS issue, however not when they charged me $25 shipping and sent it the cheapest slowest way possible, I work with UPS everyday and I know the rates especially for bigger companies who get special rates, for $25 at least have the decency to ship 2nd or even 3rd day signature required.
"



👍  <  ⚑

Posted 9 months ago

Phillip ★ ★ ★ ★ ★  ✓ Verified Reviewer

"
Stockx is a complete scam. I bought a pair of shoes from stockx that are guaranteed to be verified as authentic. The shoes never left the box or touched my feet. Due to unfortunate circumstances I had to sell back that same pair of shoes I previously bought from stockx. The shoe that they sold me, that were guaranteed to be authentic when I bought them, failed the stockx verification process when I went to sell them back. I was told I should have noticed the defects when I first received them. I am not a shoe verification specialist, however stockx claims to be. They are passing off defective shoes as authentic. Completely unacceptable.
"

👍  <  ⚑

Posted 8 months ago

B H ★ ★ ★ ★ ★  ✓ Verified Reviewer

"
I ordered a GPU for $2,222.48 using Affirm Loans on June 4th 2021. My StockX account says "delivered successfully on June 9th 2021" but I never received my package. I filed a claim

NIKE0000108

with them and was told because I no longer have access to the email address they had on file, I can't file a claim. The email they had on file was an old email address connected to my Facebook which had been hacked 3 years prior. They then asked me to provide information related to my account such as my billing/shipping address, my phone number, name, card information etc which I provided. I went and updated my email address on file for my StockX account and they responded saying my billing info had been deleted (which I never did). I offered to verify my identity through any other means possible such as bank statements, pictures of my Driver's License and credit card statements as well as utility bills which they refused. They have scammed me for over $2,200 and offer no recourse.

Posted 9 months ago

---

**Nato** ★☆☆☆☆  ✓ Verified Reviewer

" This company stole my shoes!

Posted 10 months ago

---

**DM** ★☆☆☆☆  ✓ Verified Reviewer

" Disaster. Ruined my daughter's birthday and offered no help at all. The size chart on their app was incorrect which led me receive the wrong size. 12 emails later and no help from a customer service just sending out standard responses .... Stay well clear.

Posted 10 months ago

---

**Ian M** ★☆☆☆☆  ✓ Verified Reviewer

" I've purchased about 5 or 6 pairs of dunks of StockX... NEVER AGAIN. They sent me a pair of UNC's from "hong Kong" with a chinese label that was obviously fake attached to the shoe that would never be on a real pair. Now on to the pair of Orange Label white/navys I bought that are no longer available after purchasing them about a month ago at the price I paid on my debit card. I had to go on the website and ask for an update in order to get any type of response. Now theyre telling me the shoe is no longer available at that price so I can't buy it anywhere else and they want me to wait 3-5 buisnnes days for my refund?? after waiting a month thinking I'm going to receive the shoes???? I think I might just call my bank and dispute the charge. If they want me to remove this review they better give me my money!!!

Posted 10 months ago

---

‹   1   …   2   3   **4**   5   6   ›

StockX is rated 1.26 based on 148 reviews

**Our Company**
Business Solutions
Impressum
Terms & Conditions
User Privacy Policy
Business User Privacy Policy
Data Protection
Data Request

○REVIEWS.io

NIKE0000109



https://www.reviews.io/company-reviews/store/stockx-com/4

★ REVIEWS.io

🔍    Are you a business? Click Here

## StockX Reviews

★ ☆ ☆ ☆ ☆

**1.3** Rating  **149** Reviews

6% of reviewers recommend StockX

📋 Company Reviews    💬 Questions

🚚 **Shipping & Delivery**    ❓

| Delivery Methods | Courier, Postal Service |
| Average Delivery Time | Over A Month |
| On-Time Delivery | Greater than 75% |
| Accurate And Undamaged Orders | Greater than 50% |

🎧 **Customer Service**

| Communication Channels | Email, Live Chat |
| Queries Resolved In | Over A Week |

**Visit Website**

### Write Your Review

★ ★ ★ ★ ★



Sort by: **Most Recent** ⌄   Filter: **None** ⌄

**Anonymous** ★ ☆ ☆ ☆ ☆

"
They sold me a fake Louis Vuitton chain wallet. They claim they check the item for authenticity before sending to consumer. I received item and the LV date code which is an identifying marker to the legitimacy of the item which was not authentic. A very high end copy but other things were off such as color of chain and pattern of leather was off. As one person here commented, "they ghost you". No way to return for credit. StockX is a sham. Do not buy from them. All return emails were in Chinese.
"

👍  <  ▶

Posted 11 months ago

**John Treuden Jr** ★ ☆ ☆ ☆ ☆   ✓ Verified Reviewer

"
Do NOT use this company!!! They charged me for 2 pair of shoes and when I tried to clear this up they went ghost on me.
"

👍  <  ▶

Posted 11 months ago

**Anonymous** ★ ☆ ☆ ☆ ☆

"
I really wish I could give no star. Worst customer service in the whole wide World of retail business. I bought my sneaker on 04/14/202. Is almost getting to a month now. I still haven't received my sneaker. Stockx said my sneakers was shipped via FEDEX with Tracking Number 786527335074. The last time there was any activity with the tracking number was on 04/30/2021. I have reached out to both Stockx and Fedex customer service and no one seems to know where my item is. The most annoying part of it is. Stockx customer service is the worst in the business. Every time you reach out to them, you will be assigned to a new agent. Which makes no sense, because they don't keep track of who they talk to. Stockx I just want my money back! That's all I need, my money. This will be the very last time I deal with y'all. There are way more better and efficient sites. To get sneakers from, avoid these scammers. They will messed you up so bad!
"

👍  <  ▶

Posted 11 months ago

**Martin B** ★ ☆ ☆ ☆ ☆   ✓ Verified Reviewer

"
Shockingly horrible experience. They screwed up my order, packaged it horribly, causing irreversible damage to the item. Support is basically automated robot that tells you the same nonsense over and over again.
For all that is holy to you, avoid this scam site at all costs.
"

👍  <  ▶

Posted 11 months ago

**Anthony Porreco** ★ ☆ ☆ ☆ ☆   ✓ Verified Reviewer

"

NIKE0000110

in march i purchased a pair of Carmine 6's from Stock X. They passed and i received, but they had the pinkish midsole i was afraid of getting. I chalked it up a luck of the draw and a few weeks later resold them to Stock X with their tag still attached. Today I get an email saying they didnt pass and they are sending back + $15 fee. How are you going to reject shoes i bought from you in the first place?! Cant you scan the tag to see that i got them from you?? Even if I didnt buy them off stock X, they are 100% legit from Nike. They were never purchased or sold as b grades or anything. This company employees complete idiots and exercises inconsistent shady business practices. Buy from GOAT, Ebay or anyone else, but not Stock X. Eventually they will screw you. Not to mention you can't call anyone over there to tell them what's going on.

"



👍 < ⚑                                                                 Posted 11 months ago

**Unhappy Customer** ★ ★ ★ ★ ★   ✔ Verified Reviewer

"
AVOID, items come with missing accessories, despite being sent by seller (StockX confirmed this), under there own terms and conditions they don't have to send on with accessories! Even if stolen by StockX staff (no other possible explanation)!!
So don't expect your Off-white tags, extra laces, exclusive charms etc attached.... AVOID!
Customer service even worse than you may have read!

"

👍 < ⚑                                                                 Posted 11 months ago

**Dan Lavis** ★ ★ ★ ★ ★

"
Lost a pair of my sneakers, then claimed they failed verification then only refunded me half the value,
Also had the cheek to charge me for the verification,
Avoid stock x

"

👍 < ⚑                                                                 Posted 1 year ago

**Anonymous** ★ ★ ★ ★ ★

"
Disgustingly negligent when it comes to data and information. They have not stopped harassing me with marketing emails, despite me unsubscribing numerous times. Troubleshooting this with them has been a nightmare! I begged to be forgotten and my info totally removed. And even now the marketing has stopped. Weeks later I still get constant emails asking me to open stockx and read all sorts of messages they keep sending me such as showing me the data they hold etc. JUST DELETE ME AND LEAVE ME ALONE

"

👍 < ⚑                                                                 Posted 1 year ago

**Anonymous** ★ ★ ★ ★ ★   ✔ Verified Reviewer

"
It's hard for me to believe that this site is not a scammer. I had purchased a ps5 through this site with Venmo. The money was taking out of my Venmo but no confirmation of purchase was given. Couple days pass money still out of account no confirmation email so I Reached out to customer service. Can only reach out through email.. hmm.. I get a response back requesting a screenshot of it stating a purchased was made to stockx. So I did. Took a hot minute and a couple of more emails before getting an response to being told that the Payment was declined and that it should
Be in my account or contact Venmo and see if there is a possible hold. So I reached out to Venmo and they said it was successfully purchased. This doesn't make since. Stockx customer support is saying it's declined and Venmo is saying it was successful so who do I believe? I want my money or I want the ps5 that I purchased. The fact that I'm already paying more than what the ps5 market value is is ridiculous. Not a trust worthy site at all. What Scammers.

"

| Split Purchase |
| --- |

| Share in Feed |
| --- |

Payment Method

NIKE0000111

Venmo Balance                                    -$872.50

Today at 3:57 AM

Contact Venmo Support

Posted 1 year ago

**Anonymous** ★ ✩ ✩ ✩ ✩  ✓ Verified Reviewer

"
If you're trying to resale shoes for any sort of profit or even the money you have invested in
the shoes back. Good luck. You will definitely find someone to buy your sneakers but then
StockX takes 10% off the top with another 3% "processing fee". Then buy time you actually
receive your funds from the sale it's even less then what the total payout says you will
receive. I haven't had issues buying sneakers from them....yet. But definitely last tome I try to
sell sneakers through them.
"

Posted 1 year ago

**ALECIA R.** ★ ✩ ✩ ✩ ✩  ✓ Verified Reviewer

"
Purchased 2 Pairs of Jordans around the same time a Christmas Gift for my daughter and
husband. Within 2 days the orders were a nightmare as they were delayed with shipping. I
got the items just in time before leaving out of town for the Holidays. I quickly checked them,
wrapped them, and moved on. My daughter's shoes were fine, but when my husband returned
out of town and we did Christmas with him, he noticed a severe defect in the stitching of the
shoes causing the front to wrinkle... No big deal right? We will contact StockX and they will
make this right since it was an oversight... WRONG. They are refusing to do what's right and
state after 3 days I have to accept something that I did NOT pay for. It was NOT listed in the
details there was a defect and their "inspections" OBVIOUSLY DO NOT protect the
consumer... GREEDY, IMPRACTICAL business.
"



Posted 1 year ago

**Disappointed Customer** ★ ✩ ✩ ✩ ✩  ✓ Verified Reviewer

"
I used the platform to sell one pair but unfortunately I use the wrong shipping number. I
contacted StockX just cancel my order and return to me and StockX never return to me.
StockX never deals with my inquiry since raised in Sep and now is Dec and still, no people
deal with it. StockX keeps my Yeezy shoes on its own without return it, it is a shame that
such a big company provides this extremely poor service and steal customer shoes.
"

Posted 1 year ago

**Anonymous** ★ ✩ ✩ ✩ ✩  ✓ Verified Reviewer

"
I ordered a pair of Jordan 1 low Shattered Backboard Sneakers that were advertised as new.
Upon opening the box, it was apparent that they were not new. The soles showed dirt on the
bottoms and the sides showed slight scuffing. There was also slight scuffing in the area
around the ankles. They were either extremely shop worn of worn at least once. Since these
were a Christmas gift for my daughter, I showed her the shoes later that day and she did not
want to keep used shoes. The same day they were received, I took the numerous photos
required for the return, including photos of the tag that they attach, still attached to the shoe,
and through emails the return was approved. Now the company is claiming that the tag was
tampered with (removed), so the return is denied. If the tag was tampered with, it was by

NIKE0000112

StockX after receiving the return to have a reason to return them. There wasn't even time to have worn the shoes. I ordered from this company before, without any problems, but now I will not order again because this is how the handle a problem. The tags seem to be a nice scam to deny returns. Even though I have photos showing it was attached, there is no way to prove it was that way when shipped. I am currently debating filing a complaint with the BBB to warn others.

"

👍 ↳ ▶                                                                    Posted 1 year ago

**JB** ★☆☆☆☆  ✓ Verified Reviewer

"
BUYER BEWARE!! DO NOT PURCHASE ANYTHING THRU STOCKX!! Everyone needs to pay attention to the amount of packages that get "stolen" in transit from StockX. Something fishy is definitely going on and it smells like fraud.
I purchased a pair of sneakers on 11/18/20. They were supposed to be delivered by DHL on 11/23/20 but they never came. I called DHL, who said they would have someone call me a few days later after they investigated for 4 hours. A few days later Antonio at DHL called me and said that he had the entire sorting facility my package was last scanned at cleared out and searched and they could not find my package so it was somehow lost and I should have StockX start a claim with DHL. I contacted DHL thru a form on their website since there is ABSOLUTELY NO OTHER WAY TO GET IN CONTACT WITH THEM and explained the situation. Daniela responded to my submission and demanded that I go down to my local police station, during a global pandemic, and file a false police report that the package was stolen off my porch. I explained again that the package was either lost or stolen at a DHL facility in a completely different city than the one I live in and that DHL already admitted to losing my package and could only start a claim with the shipper, StockX. Daniela demanded a police report again and said they would not even attempt to get my money back until they received this false police report. I explained my situation a third time and refused to file a false police report so they could commit insurance fraud. It wasn't until I started leaving negative reviews on other sites that I finally received a response from Akua at StockX stating that DHL had confirmed that a claim needed to be started and their "specialty team" would be in contact with me... something I had already told them multiple times. I expressed my disdain with how they handled the situation and I never heard back from Akua, or the "specialty team" she claimed would be in touch with me. It wasn't until 12/22/20, over a month after I made the purchase and had to deal with getting my refund back, that I saw the money back in my account without any sort of communication from StockX.
StockX is a joke of a company. There is zero customer service. They are a complete scam. They take money from their customers and then scam them by sending fake products or somehow coordinating a theft within the carrier company. I will never do business with these fraudulent scammers again. Everyone should pay attention to how many of the PS5's they've sold recently get stolen. StockX steals them and wants you to file a police report so they can have the insurance company pay for it. If you feel this has happened to you, file a complaint with Fraud Trade Commission and your state's Attorney General. There should be a section to file a complaint against a business/company.

"

👍 ↳ ▶                                                                    Posted 1 year ago

**Jay** ★☆☆☆☆  ✓ Verified Reviewer

"
STOCK X is a complete JOKE. My first purchase couldn't be fulfilled the first time so they tried again and still couldn't do it so got refund which is fine. Decided to try them again, bought another sneaker, they got it from seller, verified and shipped to me. They used a company called TForce in NY that I've never heard of. I tracked it everyday because I was looking forward to getting the sneaker. Everyday this BOGUS company pushed the ETA back one day. Then all of a sudden they marked as delivered on a SUNDAY when everyone was home and security camera can prove they were NEVER here. I contacted STock X and was told I need to file a police report. I simply asked why am I filing a report when you or your cheap bogus company you used can't provide proof of delivery? Stock X refused to help me get my product or refused to even contact the CHEAP useless company they gave my sneaker too. They pretty much left me high and dry. I've created a case to get my money back but I'm warning people on this time, STOCK X is a useless JOKE of a company with USELESS customer support.

"

👍 ↳ ▶                                                                    Posted 1 year ago

**Mike O** ★☆☆☆☆  ✓ Verified Reviewer

"
I'm 13 days post my order and my status is "Enroute to StockX". You can't call a customer support rep because they don't offer. Their Chat support is a series of copy/paste slogans about "due to covid". One guy typed "I see you only have 1 order, so please give us the proper time to respond". Thank God I only had one order. It was also my last

"

👍 ↳ ▶                                                                    Posted 1 year ago

**Anonymous** ★★★★☆  ✓ Verified Reviewer

"
Customer service is horrible, All they do is give you the runaround. I spend $800 on a Xbox November 30th which has already been taken out of my account since day one. My order was supposed to deliver between the 12th-16th it is now the 23rd and my order has been sitting "waiting for carrier to pick up" since 12/12 & they can't give me any reasonable update. I find it hard to believe nothing has shipped out of there facility in 11days!! Why has my order not shipped!! I'm livid that I'm out $800 for a Christmas present I'm not even going to have. LIVID! DO NOT RECOMMEND THESE PEOPLE! Horrible business

"

👍 ↳ ▶                                                                    Posted 1 year ago

**Jordan** ★☆☆☆☆

"

NIKE0000113



have it between the 8th and the 15th I plenty of time for Christmas. It is now the 22. It arrived at their warehouse from the seller on the 11th. They still haven't shipped it. If I wanted to have a PS5 after Christmas I could have gotten one for the retail price. I spent double to get it on time. And, worse yet, I stopped trying to get one from anywhere else. Now it's going to seem like cruel joke as my son unwraps the games he can't play and accessories he can't use on Christmas morning. Their customer service response is just empty excuses about COVID. All the other retailers I dealt with are in the same boat but everything else I ordered is here. Don't trust them.

Posted 1 year ago

Anonymous ★☆☆☆☆

**Unscrupulous and Blackhanded**

StockX.com is a reseller site that seems to be operating in the gray area of the law and taking advantage of the COVID-19 pandemic crisis. Their isn't a clear answer as to if this company is dealing in stolen goods.

StockX works with sellers in a shadowy deal to double or triple charge customers for items that have been obtained in what could be nefarious fashion. StockX is unwilling to offer paying customers original proof of purchase. StockX seems to pray of the vulnerability the minority community by offering installment loans and popular hard to obtain sneakers.

StockX is attempting to mimic all that is bad about sites like eBay and none of the good like accountability, seller/buyer communication and trustworthiness. Many buyers have complained that StockX has shipped counterfeit shoes. It is also unknown if StockX is obtaining merchandise from outside of the United States.

StockX also does not have an actual terms and conditions policy, they seem to make rules as problems come up. For many of the products that this company sells they are unauthorized dealers, which means that the customer will not be covered if the product is defective or stolen (PSS).

This company is selling wolf tickets please stay sway and stay awake.

Posted 1 year ago

Anonymous ★☆☆☆☆  ✅ Verified Reviewer

**Terrible experience, because they ruined Christmas for my kids.** I ordered their sneakers three weeks ago and now FakeX is now saying they're delayed and won't get here until after Christmas.
From: Empty Handed Dad on Christmas

Posted 1 year ago

« 1 2 … 3 4 **5** 6 7 »

StockX is rated 1.26 based on 168 reviews

**Our Company**
Business Solutions
Impressum
Terms & Conditions
User Privacy Policy
Business User Privacy Policy
Data Protection
Data Request

REVIEWS.io

NIKE0000114

https://www.reviews.io/company-reviews/store/stockx-com/5    04/20/2022



⭐ **REVIEWS**.io

🔍    Are you a business? Click Here

### StockX Reviews

★ ★ ★ ★ ★

1.3 Rating   149 Reviews

**6%**
of reviewers recommend
**StockX**

🏷️ **Company Reviews**    🗨️ Questions



🚚 **Shipping & Delivery**                    ❓

Delivery Methods          Courier, Postal
                          Service

Average Delivery Time     Over A Month

On-Time Delivery          `Greater than 16%`

Accurate And              `Greater than 58%`
Undamaged Orders

📞 **Customer Service**

Communication             Email, Live Chat
Channels

Queries Resolved In       Over A Week

**Visit Website**

### Write Your Review

★ ★ ★ ★ ★



➕

Sort by: **Most Recent** ⌄    Filter: **None** ⌄

**Paul Healy**  ★ ★ ★ ★ ★
"

Sort by: **Most Recent** ⌄    Filter: **None** ⌄

**Paul Healy**  ★ ★ ★ ★ ★
"
almost 3 weeks still no product and keep telling me they are trying
                                                                    "
👍  <  ⚑
                                                              Posted 1 year ago

**Anonymous**  ★ ★ ★ ★ ★  ✓ Verified Reviewer
"
Do not buy from them. I ordered Adidas 4d this Thanksgiving 2020, they never ship it and
have no update for months, no phone support, email to them got auto denied, basically, you
can't even find a way to contact customer service.
                                                                    "
👍  <  ⚑
                                                              Posted 1 year ago

**ET**  ★ ★ ★ ★ ★  ✓ Verified Reviewer
"
Placed order 9 days ago and it still has not shipped. Most every company out there has free
shipping this time of year, yet I pay $20 for shipping and verification and get extremely slow
turnaround. I'm sure they are using the latest excuse to be slow/lazy - "due to Covid".
                                                                    "
👍  <  ⚑
                                                              Posted 1 year ago

**Anonymous**  ★ ★ ★ ★ ★
"
Only gave 1 star because I had TO, but as far as I am concerned they deserve ZERO. They
have ZERO customer service, and when you do get an email from support each email
received is all different people so it is as if you need to start from scratch. It have never in my
life dealt with such incompetence. I have wasted hours upon hours trying to get an REAL
answer to "WHERE ARE MY 2 ITEMS that BTW COST 1000'S OF $$$$$. BEWARE OF THIS
SITE
                                                                    "
👍  <  ⚑
                                                              Posted 1 year ago

**Anonymous**  ★ ★ ★ ★ ★  ✓ Verified Reviewer
"
Extremely disappointed, this was my first experience with StockX and I had never heard great
things prior but was desperate for the new console. Upon spending over $350 of retail price
they also charged $100 for shipping and had, in a statement on their site, that their shipping
"is fast and reliable a 5-7 day guarantee" which I had hoped was true seeing that they
charged me $100 for it.

NIKE0000115

didn't send your console, we will get you another seller." After doing that I am now almost 30 days from the day I purchased and have no information, not on "my account" on their site nor from emails on the whereabouts of my console.
Just check reviews everyone. This is a scam. They claim they have "customer service" but I'm out close to a grand because I trusted a site that isn't legit and doesn't care as long as they have their money. Pandemic or not, other companies and businesses have notified their customers of shipping standards which I can empathize and be understanding of. However, There is no excuse for lying to your customers and over charging for services you cannot follow through on.

👍 < ⚐

Posted 1 year ago

**Derwin Shipp** ⭐ ☆ ☆ ☆ ☆  ✅ Verified Reviewer

DONT ever order from them it take tooooo long no matter how much money you spend they still take their time shipping like upgrade YALL business if Amazon sold sneakers they would be killing yall

👍 < ⚐

Posted 1 year ago

**Mitch** ⭐ ☆ ☆ ☆ ☆  ✅ Verified Reviewer

Shipped a pair of sneakers to StockX for them to broker to another buyer. Once my pair of sneakers arrived at StockX (Confirmed with UPS). It took them 10 days to "Receive" the order for processing.... 10 days after they arrived, another 7 days for them to determine that the pair of shoes had been worn... Even though they have been sitting on display at my shop since day 1. It's now been 5 days since StockX has said they would ship my product back and it has yet to be picked up by UPS. AVOID.

👍 < ⚐

Posted 1 year ago

**Peter Humphries** ⭐ ☆ ☆ ☆ ☆

My 16 year old son purchased some trainers from this site and after 2 weeks they deflated. They initially agreed to exchange and then emailed to say they were out of stock. They have now refused to refund. Shocking refund policy. They have taken advantage of a young person. I would avoid this site at all costs.

👍 < ⚐

Posted 1 year ago

**Jose Herrera** ☆ ☆ ☆ ☆ ☆  ✅ Verified Reviewer

Worst customer service , I was ignored about a damage product that I received , thanks StockX now I'm doing business with goat.

👍 < ⚐

Posted 1 year ago

**Patrick Hancock (Indiana)** ⭐⭐⭐⭐⭐  ✅ Verified Reviewer

Ordered foamposite "swoosh all over " paid asking price of $355+ tax+shipping+Processing fee=$406.00. Took 10 days for me to get shoes. Shoes are in new, excellent shape. Box was in average condition. Was very happy with my order. Thanks stockX and thanks to FedX.

👍 < ⚐

Posted 1 year ago

**Anonymous** ⭐ ☆ ☆ ☆ ☆

CURRENTLY IRRATE AT THE FACT THAT I PAID DOUBLE THE RETAIL PRICE TO GET AN INCOMPLETE PRODUCT AND THAT I HAVE TO DEAL WITH THIS DUE TO THE NEGLIGENCE OF STOCKX AS A COMPANY TO LIE ON THEIR PRODUCT PAGE AND TO NOT INSPECT THE ITEM FULLY BEFORE DELIVERING IT TO THE BUYER. FOR ANYONE THINKING OF BUYING FROM THIS, DON'T. YOUR HARD EARNED MONEY ISN'T WORTH THEIR SERVICES AND BEST USED FOR LOCAL SNEAKER TRANSACTIONS

👍 < ⚐

Posted 1 year ago

**Sam Creagh** ⭐ ☆ ☆ ☆ ☆  ✅ Verified Reviewer

Zero stars!!!! UK end is complete and utter shambles... Not a clue how authenticate items...Icosistency"s verifying identical items beggars belief..As a seller., zero confidence in job these so called "experts" are doing.. So as a buyer I would run a mile.. Buy anywhere but here...The alternatives so much better... Those green disks are completely worthless the way its currently.. From UK point of view.. Customer Service is NON EXISTANT.. Not understand why have,, all you get is an automated response..You been warned.. If in Europe stay well clear.. You no idea about what buying.. 50/50 AUTHENTIC... Not worth the risk

👍 < ⚐

Posted 1 year ago

NIKE0000116