> I really wish I could give them 0 stars. I bought a pair of 'Lebron what the' for my very close friend as a gift. Not even within 2 days of wearing the shoes, the sole of the both the shoes came off. He called me and I was terribly embarrassed at this as I had paid about $500 cad for the shoes and $200 for shipping. Moreover, The shoes were verified authentic by some bunch of noobs at stock x. I was angry and upset but still I thought they should be ethical enough to understand the issue and refund me my hard earned money. So I wrote to them saying that this is the problem along with the pictures of the shoes to which they have the audacity to say that the tag was taken off and even if the sole came off,, it's not their problem. How are we supposed to know whether a shoe is original or fake without encountering any problems. Isn't it your job to verify the authenticity of the shoe. And you people have the guts to say that since the tag was taken off, they won't refund me anything... In spite of knowing that the shoes are fake and a huge rip-off, they are not refunding me my money. What am I suppose to do with a $700 shoe whose sole has come off in just 2 days?? Is there anything called as customer service?? It's my hard earned money you losers. I feel so cheated and robbed. I lost my hard earned money to these scammers. I so wish that I could attach the pictures of the shoes and the thread of emails with stock x for you guys to know what a scam this company is. Please please please do not buy from them at all. They are not at all genuine. They have absolutely no corporate ethics, morals and they certainly do not value their customers. They are a bunch of fraudsters. Please take this review seriously as it is us who can bring these scammers down. I am hoping to put this review on as much sites as possible so that other people at least don't lose their money.



Posted 1 year ago

**Jamie B** ★☆☆☆☆ ✓ Verified Reviewer

> I purchased a pair of Air 90's from StockX thinking that StockX would make sure I got a decent pair... More fool ME!
> I've attached the same pictures I sent to StockX on the 24/09/20, asking them why they have sent me such a poor quality pair of trainers and I'm still waiting for a response. I understand on the Covid BS, not you cannot tell me that someone actually checked these trainers. I paid over 25% more than the retail price for them and they look like a dogs dinner. THANKS STOCKX for not doing your job!
> I've never tried StockX's competitor GOAT, but now I'm going too.



Posted 1 year ago

**Greg Brogan** ★☆☆☆☆

> AVOID STOCKX AT ALL COSTS.
> Over 4 weeks after the sale, and authentication, of my shoes i am yet to receive payout. No responses to my emails and facebook messages and no contact number to be able to call. This is tantamount to theft. AVOID AVOID AVOID.

Posted 1 year ago

**Bradley** ★☆☆☆☆ ✓ Verified Reviewer

> SCAMX!!! I ordered a pair of $1500 shoes from stockx. I waited 38 days for my shoes to arrive with no word from stockx on the progress of my order. I had to reach out to them to see when my shoes would be arriving and they replied to me that "on further review of your order, we had to cancel it" they also told me that they could have linked me with a new seller at no additional cost to me if the order wasn't canceled (its been over a month since I ordered the shoes so they now cost $800 more than they did when I ordered them). I had specifically wrote that I didn't want to cancel the order, I was simply checking on the progress of my shoes. I have now sent several emails to their customer service email and they are refusing to help me and fix their mistake.

Posted 1 year ago

**Jack OR** ★☆☆☆☆ ✓ Verified Reviewer

> What an absolute joke STOCK X are. I am waiting for £97 they owe me. It's been nearly 7 days. No replies on email until I leave a review (which is the complete truth) on trust pilot and they reply (only so it looks good on other people who read my review to see the company reply) then when I reply with what they want - my name, order number and my phone number etc they ignore me again?!?! I will be taking this further trust me on that. I want my money and some guy from their department has properly stolen my trainers knowing that place / I don't even know where they are apart from 'at stock x for verification' it's been like that for nearly 7 days I Want my payout and I want it now it's not fair you treating customers like this and blaming COVID for everything!!!!

Posted 1 year ago

**Emir James** ★☆☆☆☆



NIKE0000118



# StockX Reviews

★☆☆☆☆
1.3 Rating  149 Reviews

6% of reviewers recommend StockX

**Company Reviews**   **Questions**

### Shipping & Delivery

| | |
|---|---|
| Delivery Methods | Courier, Postal Service |
| Average Delivery Time | Over A Month |
| On-Time Delivery | Greater than 15% |
| Accurate And Undamaged Orders | Greater than 38% |

### Customer Service

| | |
|---|---|
| Communication Channels | Email, Live Chat |
| Queries Resolved In | Over A Week |

**Visit Website**

## Write Your Review

☆ ☆ ☆ ☆ ☆



Sort by: Most Recent    Filter: None

**Jayson** ★☆☆☆☆  ✓ Verified Reviewer

Bought a pair of $330 shoes and they never were authenticated or delivered. I reached out to the company directly and they did not give me a sufficient response and I am still out $330. I will not be leaving this company alone until I receive a refund. Please beware of buying from this company.

Posted 1 year ago

**CALLUM MC** ★☆☆☆☆

😡 OMG, these guys are terrible. I ordered and paid for some jodans on the website is said 7-14 days. Unfortunatly its now been 36 days and no word or reply from StockX. They should be ashamed of this level of service.



Posted 1 year ago

**Christine** ★☆☆☆☆

I'm giving StockX 1 star and the only reason for that is so I can write a review.
Back in the middle of July, I sold and sent StockX Size 10 Nike Air Zoom Menta and was supposed to get a payout of $105.87. I kept on asking about my payout and I kept getting a response of the whole due to Covid we are behind....fine, I get it.
Fast forward to August 8th...I get an e-mail saying that your shoes are being verified..Yeah!
August 11th...I get an e-mail saying I am getting a payout! FINALLY!!!
August 13th..I get an e-mail saying Your old payout bank account information has been removed because you either deleted or changed your payout information and it was removed on the 13th...SAY WHAT?
IT IS NOW AUGUST 20th....I SENT AN E_MAIL THE SAME DAY AND STILL HAVE NOT HEARD ANYTHING!!!!
WHERE IS MY MONEY???
IF I DON'T HEAR FROM SOMEONE FROM THIS COMPANY, I WILL MAKE SURE THE NEWS MEDIA HEARS ABOUT THIS!



**Gianmaria Bellorini** ★☆☆☆☆ ✓ Verified Reviewer

"Let me start by saying I have purchased a handful of times from StockX and have had slight issues here and there, none that made me write a review here and everywhere else, to raise awareness of the shady/poor customer service business StockX runs. They stand behind the fact they are a mere re-seller and do not hold stock on product to "wash their hands" in making the sale 99% final, and up to their judgement to help or not their customers.
I purchased a pair of sneakers for a friend on 5/26/20, to my bad luck the sneaker order went out with the wrong shoe size. This was due to a faulty app process during checkout, after selecting the shoe and the size (8), clicking on the buy now button, it defaulted back to size 10.5, which was the very last size shoe I had purchased (on a different date). I have contacted StockX customer support multiple times, through their contact site, through Twitter, and all I get is a dismissive email saying in other words, the sale is final and nothing can be done. The customer support rep says the only option is RE-SELLING the shoes on their site, to their advantage and additional profit. I have an email from their customer support saying they apologize the app is faulty, but still they can't help me further, mentioning again I can re-sell them in their website... This is absolutely no way to treat a customer, to build loyalty or to just conduct business, zero solidarity and "owning" the situation.
Pasting the customer support response on my third attempt to resolve the issue, and explaining exactly what I say above
"Hey there Gianmaria,
Thanks for reaching out to me! It sounds like the product page selected size 10.5 as this was the size from previous purchases. Please be careful when looking at the product page. I am sorry to see that you want to cancel your recently confirmed order on StockX (#12141238).
?Unfortunately, when a 'Bid' and 'Ask' match, the order is confirmed and no longer can be canceled. The integrity of the marketplace depends on it.
?The good news is that once you receive your purchase, you can always resell it on StockX.
?I apologize for any inconvenience this may cause you and please let me know if you need anything else in the future.
Sincerely,
Romero"

Posted 1 year ago

**Anonymous** ★☆☆☆☆ ✓ Verified Reviewer

"This is ridiculous the shoes that I received after waiting from April 24, 2020 to May 13, 2020 I received some mistreated worn with toe print in the top shoes. I paid 1182.46 there is no way I should have received these shoes"

Posted 1 year ago

**Ardhi Siregar** ★★☆☆☆ ✓ Verified Reviewer

"I bought 4 pairs, first they canceled the Hare and refunded my money, was checking the price of that model and realized it's increased.
They sent two pairs which took 2 weeks or so, not very rare model (SB LA to Chicago, and Royal 2017).
One pair left, Chicago. After 3 weeks waiting they said that the received fake pairs, twice. Therefore they will refund my money. I checked the price, and you know what, the price is also geting higher.
I do not know why it's so predictable, even weeks ago I already knew that they would not be able to find me Hare and Chicago. However, they definitely were able to get the ordinary pairs, which you can buy from other stores and get it in one or two days.
Mediocre and unreliable.
Thanks and regards,
Ardhi"

Posted 1 year ago

**Mark Kantrowitz** ★☆☆☆☆ ✓ Verified Reviewer

"Not worth the risk of doing business. Shop at more reputable companies that actually have customer service that you can speak with. My accepted bid on 4/5 was refunded after 3 weeks because the item never shipped to Stockx. Seller pulled out and didn't follow through with the sale. On the day I was refunded the same item average bid sales are $70 more than my accepted bid and $125 more if bought outright. I was offered a $25 promotional code from a company lackey which didn't work either not that i would buy from this place again. If i could give minus 5 stars I would."

Posted 1 year ago

**John S** ★☆☆☆☆ ✓ Verified Reviewer

"Customer service
I'm noticing their customer service and refund is a popular problem with all other poor reviews I'm seeing I am not alone. If the order don't go smooth then you are SCREWED! Arrogant rude agents, won't help and when you report their agents they won't even reach back out to you! I've been trying to report Alonna for days and they just ignore me. I bought multiple pairs of shoes and the one time u get a pair that's used and dirty and have to talk to them they make you feel like a child not someone who spends hundreds of dollars to support their company."

Posted 1 year ago

**Jacob** ★☆☆☆☆

"

> customer service does not help, the agent was rude, wrong and misleading to just get off the conversation. I escalated to talk to someone else and nobody will talk to me they just ignored me now for days. I'm a repeat customer and if you have an issue you will have a nightmare experience DONT RISK IT!

*Posted 1 year ago*

**Franco** ★☆☆☆☆

> **CAUTION!! TO AVOID**
> CAUTION!!! Authentication process does not exist. Of the last three purchases, two were contested. A pair of fake and reimbursed Yeezy Sesame after endless exchanges of emails with the support ... I have restored confidence in StockX and I have purchased other Yeezy desert sages that have obvious defects such as orange stitching on the center of the upper, which are not eligible for sale because only for the defects they present (if they were not fake) CANNOT pass the Adidas quality control nor the StockX authentication control (which obviously does not exist) For these shoes I still have a dispute that will turn into a PayPal complaint from day 04/20 Furthermore, when you reply to their justifications, customer service responds arrogantly and with threatening tones.
> TO AVOID DO NOT RISK YOUR MONEY AND YOUR TIME.

*Posted 1 year ago*

**Barbara B Fraser** ★☆☆☆☆

> Awful. They don't even take phone calls and won't take shoes back that they've sent out damaged .

*Posted 2 years ago*

**Nate** ★☆☆☆☆ ✓ Verified Reviewer

> I'm having the same issue! Bought a pair of adapt AirMax on 3/27/20 said it should be at my home 4/6/20 - 4/9/20 it's been 10 days and it's still en route to StockX tf thought sellers were given two days to ship! We are going on two weeks! And still no shoes. Plus lack of communication makes it really frustrating. They can even let me know is going on.. just apologize for inconvenience??? Ok but where are my shoes? And or where is my refund? These shoe are a lot of money to not hear anything about what is going on ... I will never buy from them again!I was better off getting them from eBay and taking my chances. StockX is a joke!
> sincerely Nate

*Posted 2 years ago*

« 1 2 ... 4 5 6 **7** 8 »

StockX is rated 1.26 based on 149 reviews

**Our Company**
Business Solutions
Impressum
Terms & Conditions
User Privacy Policy
Business User Privacy Policy
Data Protection
Data Request

REVIEWS.io







04/20/2022

NIKE0000123

> delshawn farver is a felon with multiple charges of domestic assault on his kids and ex wife. How he got a customer service job is beyond me but I pray he doesn't work around any women.

Posted 2 years ago

**Anonymous** ★☆☆☆☆ ✓ Verified Reviewer

> If you're out of the US don't buy from this site. The duties and taxes you have to pay are unreal; between 2 packages I had to pay $134 on top of the price of the shoe.

Posted 2 years ago

**Juan Jurado Colon** ★☆☆☆☆ ✓ Verified Reviewer

> I've been selling and buying from StockX for quite sometime now. Unfortunately, After my most recent experience of buying myself a supreme helmet to add to the collection . I Am dumbfounded, how they sent me a helmet that has a completely damaged box. Please be aware collectors they have no customer service and you speak over email to 5/9 different people for the same issue. You get promises from one (cam) for a refund and then get another response from JD (rep) that a refund is not possible after a week of cams original email. Please address the matter of a seller check marks the box where it states the box is undamaged and then someone at stockx mishandles the box and tears the box of an item. Stockx should address the matter. And allow the customer to either get a refund or a replacement for an undamaged item.

Posted 2 years ago

**Anonymous** ★☆☆☆☆

> Prices go crazy right there

Posted 3 years ago

**Kyland Resor** ★☆☆☆☆ ✓ Verified Reviewer

> I ordered shoes over three weeks ago there still yet to arrive. They have changed arrival dates three times now is coming from out of the country and is being held at the ups facility instead of being shipped to the correct address, stockx is terrible

Posted 3 years ago

« 1 2 … 4 5 6 7 **8** »

StockX is rated 1.26 based on 149 reviews

**Our Company**
- Business Solutions
- Impressum
- Terms & Conditions
- User Privacy Policy
- Business User Privacy Policy
- Data Protection
- Data Request

REVIEWS.io

NIKE0000124