# Exhibit 118

| | |
|---|---|
| From: | Tim O'Malley [timomalley@stockx.com] |
| Sent: | 4/25/2022 11:20:40 AM |
| To: | Jacob Fenton [jacobfenton@stockx.com]; Chance Kelch [chancekelch@stockx.com] |
| Subject: | Possible inaccuracy in Authentication landing page |

From here. I don't think this is true (yet):





My understanding is that we don't proactively QA the Authenticators decisions unless the Authenticators fail something.

--
**Tim O'Malley**
**He/his**
**VP, Product Management**

timomalley@stockx.com
(734)-788-8585

StockX

Confidential                                                                                                                STX0097403