# Exhibit 119

| | |
|---|---|
| **From:** | Google Docs <comments-noreply@docs.google.com> |
| **Sent:** | Thur 10/14/2021 4:58:45 PM (UTC) |
| **To:** | shervinmoghaddam@stockx.com |
| **Subject:** | Authentication & Supply Chain Narrative - DRAFT |

### Sean McCartney and Shervin Moghaddam added action items and comments to the following document

Authentication & Supply Chain Narrative - DRAFT
New

3 action items, 1 comment

### Action Items

based on the seller, style, size, brand, and price, among other criteria

   Shervin Moghaddam

@seanmccartney@stockx.com : I don't know if we want to give this level of detail. First, it isn't as impressive as image (which is coming soon and many competitors use) and second it tips our hand to the people trying to sell fakes.

Maybe we say something like "Our Machine Learning Model analyzes the product based on over 20 different dimensions, before the item undergoes..."
*Assigned to Sean McCartney*

   Sean McCartney
   **New**

Good suggestion and understand your point.

   Sean McCartney
   **New**

*Marked as done*

   ReplyOpen

6.5M historical authentications

   Shervin Moghaddam

@seanmccartney@stockx.com : I'll also get a number for the total data points we use. Should be billions.

Sam is out today so may take a little while for the team to find the information
*Assigned to Sean McCartney*



Sean McCartney
**New**

Noted. Please update draft with the placeholder language for the billions reference. That would be powerful.

Sean McCartney
**New**

*Marked as done*

Reply  Open

StockX

Shervin Moghaddam
**New**

@shervinmoghaddam@stockx.com : to also add how quickly new authentications are included in the model
*Assigned to you*

Reply  Open

Comments

culture

Tabitha Davenport
Do we want to add anything about continuing education for authenticators with weekly trainings for the latest products

Shervin Moghaddam
I think that makes sense. FYI the machine learning models are updated weekly to pull in the new data from the last week. Up to you if you want to pull that into the same paragraph

Sean McCartney
**New**

Good question. Let me take a stab at this.

Sean McCartney
**New**

*Marked as resolved*

[Reply](#) [Open](#)

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You cannot reply to this email.

