# Exhibit 121
*Redacted Public Version*

Hi Akua,

Let me break it down for you. Your team sent me this image:


Screen Shot 2021-12-22 at 9.18.59 AM.png

Where is this white print on my sweatshirt. And look at the location, it's near the pocket that rests on your belly.

Here is my sweatshirt:


IMG_8692 (1).jpg

Confidential
STX0248646

 IMG_8694 (1).jpg

As you can see, there are no prints near the bottom left side of the pocket. Please explain that. Also the white print design doesn't even look close to any of the design on MY sweatshirt. Thank you. Again, I would like you to remove the penalty and honor my sale.

Screen Shot 2021-12-21 at 4.12.51 PM.png

On Wed, Dec 22, 2021 at 8:35 AM support@stockx.com <support@stockx.com> wrote:
> Hi Jennifer,
> Thank you for following up with me.
> When an item goes through our 2 step verification there are several things that our authentication looks for. Items are reviewed under different lighting which includes but is not limited to black UV lighting.
> The photos you provided do show the item as a whole and the item looks good, however, while going through verification there was a dye stain found in which our team determined could not pass. In addition, the provided photos from our team don't show the design of the hoodie, they only provided a photo of the stain itself, so I'm not sure what designs you are comparing.
> Keep in mind this was labeled as a manufacturing defect. StockX is unique in that we only accept new, "deadstock" condition apparel, so we must be very stringent during our verification process. While there is a bit of leeway for common manufacturing variances, the item received was not within our accepted standards.
> Due to the item not passing, the item was returned to your location on file at this time.
> Here is the return tracking: Tforce, 1203202113521495
> I know that this is not an ideal situation for you, but this is the most that we can do in regards to this order.
> Best,
> Akua

