# Exhibit 123

*Redacted Public Version*

**StockX Background**
StockX is a marketplace allowing sellers to sell to buyers.

A critical part of the StockX proposition is Authentication of the goods being sold

**Authentication**
Authentication happens after an item is sold. The seller ships the item to StockX.
StockX verifies the authenticity of the item
StockX packages and sends the authenticated item to the buyer





**Question**

Highly Confidential - Attorney's Eyes Only



**Competitor Comparison**



Highly Confidential - Attorney's Eyes Only

STX0041363



**Highly Confidential - Attorney's Eyes Only**                                                                                         STX0041364



**Highly Confidential - Attorney's Eyes Only**                                                                                                                                                                                                                                                                                                                                                           STX0041365