# Exhibit 125
*Filed Under Seal*

Case 1:22-cv-00983-VEC   Document 272-120   Filed 09/03/24   Page 1 of 3