# Exhibit 134

| | |
|---|---|
| **From:** | Saba, Kate <ksaba@debevoise.com> |
| **Sent:** | Friday, May 5, 2023 11:53 PM |
| **To:** | Duvdevani, Tamar; Miller, Marc; Greenfield, Jared; Peck, Andrew; Wise, Jane; Reinckens, Melissa A.; Michael.flurh@us.dlapiper.com |
| **Cc:** | dla.nikevstockx; StockX-Debevoise; StockX-KT; 'jmorganroth@morganrothlaw.com' |
| **Subject:** | Nike v. StockX - StockX's Rule 26 Expert Disclosures |
| **Attachments:** | StockX Rule 26 Expert Disclosures 5.5.23.pdf |

⚠️ EXTERNAL MESSAGE

Counsel,

Please see the attached correspondence.

Best regards,
Kate

# Debevoise & Plimpton

**Kate Saba**
Associate

ksaba@debevoise.com
+1 212 909 6760 (Tel)

919 Third Avenue
New York, NY 10022
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

May 5, 2023

**BY EMAIL**

Tamar Y. Duvdevani
DLA Piper LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
tamar.duvdevani@us.dlapiper.com

*Nike, Inc. v. StockX LLC*, No. 22-cv-983-VEC

Dear Tamar:

I write on behalf of Defendant StockX LLC ("StockX") in connection with the above-referenced matter. Today, we are transmitting via secure file transfer StockX's Rule 26(a)(2) expert disclosures for:

(1) Scott Duke Kominers,

(2) Catherine Tucker,

(3) Robert L. Vigil, and

(4) Dejongh Wells.

In addition, we are transmitting documents bearing Bates numbers **STX0806026 and STX0806025**. The files are compressed in a password-protected file; the password for the file is st9COwIyatHic-ltrlpl.

Both the expert disclosures and production documents contain materials to which StockX has applied confidentiality designations. These materials are being produced in accordance with the Stipulated Protective Order entered in this case on July 14, 2022 (ECF No. 52).

StockX has not knowingly included in this transmittal any documents or information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection. In the event that such material is inadvertently produced by StockX, such production is not intended to be a waiver of any privilege or protection. In the event that you believe that StockX may have inadvertently

Tamar Y. Duvdevani, DLA Piper LLP　　　　　　2　　　　　　　　　　　　May 5, 2023

revealed privileged or otherwise protected information, we ask that you cease review of those materials immediately and notify us.

StockX reserves all rights to supplement, revise, or amend its Rule 26 expert disclosures.

Please call me at (212) 909-6760 if you have any questions or technical issues.

　　　　　　　　　　　　　　　　　　　　Best regards,

　　　　　　　　　　　　　　　　　　　　*/s/ Kathryn C. Saba*

　　　　　　　　　　　　　　　　　　　　Kathryn C. Saba

cc:　　All counsel of record (by email)