# Exhibit 135

| | |
|---|---|
| **From:** | Saba, Kate <ksaba@debevoise.com> |
| **Sent:** | Friday, June 2, 2023 11:59 PM |
| **To:** | Duvdevani, Tamar; Miller, Marc; Greenfield, Jared; Peck, Andrew; Wise, Jane; Reinckens, Melissa A.; Michael.flurh@us.dlapiper.com |
| **Cc:** | dla.nikevstockx; StockX-Debevoise; 'StockX-KT'; 'jmorganroth@morganrothlaw.com'; Chekhovskiy, Dmitriy |
| **Subject:** | StockX's Rebuttal Expert Disclosures |
| **Attachments:** | 06.02.23 StockX's Rule 26 Rebuttal Expert Disclosures.pdf |

⚠ **EXTERNAL MESSAGE**

Counsel,

Please see the attached correspondence.

Best regards,
Kate

# Debevoise & Plimpton

**Kate Saba**
Associate

ksaba@debevoise.com
+1 212 909 6760 (Tel)

66 Hudson Boulevard
New York, NY 10001
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 2, 2023

**BY EMAIL**

Tamar Y. Duvdevani
DLA Piper LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
tamar.duvdevani@us.dlapiper.com

*Nike, Inc. v. StockX LLC*, No. 22-cv-983-VEC

Dear Tamar:

I write on behalf of Defendant StockX LLC ("StockX") in connection with the above-referenced matter. Today, we are transmitting via secure file transfer the Federal Rule of Civil Procedure 26(a)(2) disclosures of the following rebuttal experts:

(1) Sarah Butler,

(2) Robert L. Klein,

(3) Scott Duke Kominers,

(4) Richard LaMagna,

(5) David T. Neal,

(6) Catherine Tucker, and

(7) Robert L. Vigil.

In addition, we are transmitting documents bearing Bates numbers **STX0806053 to STX0806054**. The production documents, as well as StockX's rebuttal expert disclosures, are compressed in password-protected files; the password for these file is **GR7lmP39*eoz.**

Both the rebuttal expert disclosures and production documents contain materials to which StockX has applied confidentiality designations. These materials are being

Tamar Y. Duvdevani, DLA Piper LLP　　　　　2　　　　　　　　　　　　　　　June 2, 2023

produced in accordance with the Stipulated Protective Order entered in this case on July 14, 2022 (ECF No. 52).

StockX has not knowingly included in this transmittal any documents or information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection. In the event that such material is inadvertently produced by StockX, such production is not intended to be a waiver of any privilege or protection. In the event that you believe that StockX may have inadvertently revealed privileged or otherwise protected information, we ask that you cease review of those materials immediately and notify us.

Please call me at (212) 909-6760 if you have any questions or technical issues.

　　　　　　　　　　　　　　　　　　　　　Best regards,

　　　　　　　　　　　　　　　　　　　　　*/s/ Kathryn C. Saba*

　　　　　　　　　　　　　　　　　　　　　Kathryn C. Saba

cc:　　All counsel of record (by email)