# Exhibit 137

Case 1:22-cv-00983-VEC   Document 272-137   Filed 09/05/24   Page 1 of 11

stockx.com /news/

# Unknown Title















2024

2024

2024

2024



## Buyer's Guide: Nike Kobe Shoes

Nike and Kobe Bryant had a partnership unlike any other. We go into Kobe's sneaker journey and what's next to come from the Swoosh in our Nike Kobe Shoes Buyer's Guide.

Read Now + + + + +

## Buyer's Guide: Nike Kobe Shoes

Nike and Kobe Bryant had a partnership unlike any other. We go into Kobe's sneaker journey and what's next to come from the Swoosh in our Nike Kobe Shoes Buyer's Guide.

Read Now + + + + +



**Best Women's Jordan Shoe Deals on StockX Right Now**

With countless colorways and styles, we rounded up the best deals for Women's Jordan shoes on StockX right now.

Read Now + + + + +



# The Buyer's Guide: Jordan 1 Sneakers

Before buying a pair of Air Jordan 1s, dive into our Buyer's Guide to get familiar with the sneaker's long and colorful history.

Read Now + + + + +



**Best Nike Kobe Bryant Shoes on StockX**

We take a look at some of the best Kobe Bryant shoes from Nike that bring style both on and off the court.

Read Now + + + + +



# Air Max Day 2024 | Your Guide to This Year's Releases

Whether you're new to Air Max Day or want to learn more about what's dropping, our ultimate guide through the holiday is here to keep you informed on the holiday.

[Read Now + + + + +](#)



# What To Know | Air Jordan 4 Bred Reimagined

We dive deeper into the new Jordan 4 Bred Reimagined and the history of this fabled colorway.

Read Now + + + + +



## Women Designers To Watch in 2023

We've compiled a list of our favorite women killing it in the fashion world. These emerging designers are worth having on your radar.

Read Now + + + + +



## Outerwear Anyone Would Love

Coats, Jackets, and Hoodies - oh my!

Read Now + + + + +













## The Best JJJJound Collabs on StockX

From BAPE to New Balance, we're taking a look at the best JJJJound collaborations available on StockX.

Read Now + + + + +

## The Best JJJJound Collabs on StockX

From BAPE to New Balance, we're taking a look at the best JJJJound collaborations available on StockX.

Read Now + + + + +

HEY YOU

**Psst.. we have something to tell you.**

You might have noticed that we've been adding electronics to the catalogue, products like Nintendo Switches, PlayStation 5s, and Apple AirPods. Plus there's a lot more coming. We're really excited to share these releases with our readers and invite you to sign up for our newsletter to get the latest news on our expansion.