# Exhibit 138





https://stockx.com/lp/nfts/                                          February 2, 2022

NIKE0000055

# The Vault



(Vault NFT) Jordan 1 Retro High OG Patent Bred



(Vault NFT) Nike Dunk Low Retro White Black



(Vault NFT) KAWS Sacai Nike Blazer Low Blue



(Vault NFT) Air Jordan 4 Retro White Oreo



(Vault NFT) Nike Dunk Low Off-White Lot 50



(Vault NFT) Women's Exclusive Air Jordan 3 Retro A Ma Maniére



(Vault NFT) adidas Forum Low Bad Bunny



(Vault NFT) Nike SB Dunk Low Ben & Jerry's Chunky Dunky



(Vault NFT) Women's Nike Air VaporMax 2019 Cactus Plant Flea Market

Own the most popular releases digitally and start saving on fees (and closet space). Each Vault NFT is tied to the same physical item, stored in our brand new, climate-controlled, high-security vaults inside StockX facilities.

So if you're bullish on a shoe, consider investing in a Vault NFT. You take possession of the NFT immediately after the transaction is complete, meaning it is the fastest way to flip. And with no shipping costs, and market-leading low seller fees at a fraction of the cost, there's a lower hurdle for profitability.

Every NFT is minted on the blockchain, offering owners the opportunity to invest in current culture, with cross-platform liquidity on the horizon. Owners may also receive exclusive access to StockX releases, promotions, events, as a result of ownership.

https://stockx.com/lp/nfts/   February 2, 2022








https://stockx.com/lp/nfts/                                                                 February 2, 2022

NIKE0000057

