# Exhibit 139

https://stockx.com/ 03/07/2022

**StockX** | Search for brand, color, etc. | Browse  News  About  Help  My Account  Sell

Sneakers  Apparel  Electronics  Trading Cards  Collectibles  Accessories  NFTs



## Recently Viewed


StockX Vault NFT Women's Nike Air...
Lowest Ask
**$3,000**
Last Sale: $2,000


StockX Vault NFT Nike SB Dunk Low Ben & Jerry's...
Lowest Ask
**$7,500**
Last Sale: $3,915


StockX Vault NFT Women's Exclusive Air...
Lowest Ask
**$2,500**
Last Sale: $5,000


StockX Vault NFT Nike Dunk Low Off-White Lot...
Lowest Ask
**$9,999**
Last Sale: $7,500


StockX Vault NFT KAWS Sacai Nike Blazer Low...
Lowest Ask
**$325**
Last Sale: $300


StockX Vault NFT Air Jordan 4 Retro White...
Lowest Ask
**$650**
Last Sale: $511

## Popular Brands

    

## Recommended For You


Nike SB Dunk Low Ben & Jerry's Chunky Dunky (F&...
Lowest Ask
**$1,944**
Last Sale: $2,299


Nike SB Dunk Low Ben & Jerry's Chunky Dunky
Lowest Ask
**$1,239**
Last Sale: $1,792


Jordan 1 Retro High OG Brotherhood
Lowest Ask
**$194**
Last Sale: $190


Puma MB.01 LaMelo Ball Rick and Morty
Lowest Ask
**$259**
Last Sale: $255


adidas Yeezy Boost 350 V2 Dazzling Blue
Lowest Ask
**$295**
Last Sale: $309


adidas Yeezy Foam RNNR Ochre
Lowest Ask
**$180**
Last Sale: $238

## Most Popular Sneakers                                  See All →


Jordan 6 Retro UNC White
Lowest Ask
**$284**
● 3902 Sold


adidas Yeezy Boost 350 V2 Dazzling Blue
Lowest Ask
**$295**
● 1630 Sold


Nike Air Force 1 Low '07 White
Lowest Ask
**$95**
● 1523 Sold


Jordan 6 Retro UNC White (GS)
Lowest Ask
**$180**
● 1446 Sold


Nike Dunk Low Retro White Black (2021)
Lowest Ask
**$244**
● 1293 Sold


adidas Yeezy Slide Ochre
Lowest Ask
**$104**
● 1300 Sold

NIKE0003528




## Trending Apparel  See All →


Juice Wrld x Vlone Butterfly T-Shirt White
Lowest Ask
$44
● 375 Sold


Yeezy x Gap Hoodie Black
Lowest Ask
$89
● 300 Sold


Juice Wrld x Vlone 999 T-Shirt Black
Lowest Ask
$42
● 203 Sold


Fear of God Essentials Core Collection Pullover...
Lowest Ask
$100
● 200 Sold


Pop Smoke x Vlone Tracklist Tee Black
Lowest Ask
$51
● 195 Sold


Fear of God Essentials Core Collection Pullover...
Lowest Ask
$114
● 193 Sold

## Hot Electronics  See All →


Sony PS5 PlayStation 5 (US Plug) Blu-ray Edition...
Lowest Ask
$735
● 669 Sold


Sony PS5 PlayStation 5 (US Plug) Digital Edition...
Lowest Ask
$717
● 319 Sold


Microsoft Xbox Series X (US Plug) RRT-00001 /...
Lowest Ask
$614
● 269 Sold


NVIDIA Founders GeForce RTX 3070 Ti (900-1G143-...
Lowest Ask
$825
● 79 Sold


NVIDIA GeForce RTX 3060 Ti Founder Edition...
Lowest Ask
$787
● 70 Sold


Microsoft Xbox Series S (US Plug) RRS-00001...
Lowest Ask
$278
● 55 Sold





## Top Trading Cards  See All →








NIKE0003529


Pokémon TCG 25th Anniversary Celebrations...
Lowest Ask
$269
● 101 Sold


Pokémon TCG Sword & Shield Brilliant Stars...
Lowest Ask
$117
● 55 Sold


2021 Panini Rookies & Stars Football Longevity...
Lowest Ask
$123
● 36 Sold


Pokémon TCG 25th Anniversary Collection...
Lowest Ask
$97
● 41 Sold


Pokémon TCG Sword & Shield Brilliant Stars...
Lowest Ask
$235
● 39 Sold


Pokémon TCG Sword & Shield Battle Region...
Lowest Ask
$243
● 37 Sold

## Featured Collectibles  See All →


LEGO Technic McLaren Formula 1 Team Race Ca...
Lowest Ask
$205
● 82 Sold


Microsoft Xbox Series X Mini Fridge (US Plug)
Lowest Ask
$123
● 64 Sold


Bearbrick Series 43 Sealed Case 100% (24...
Lowest Ask
$170
● 41 Sold


Supreme x The Crow Kubrick Figure 100%
Lowest Ask
$49
● 30 Sold


Virgil Abloh x Nike ICONS "The Ten" Something's O...
Lowest Ask
$66
● 24 Sold


KAWS Family Vinyl Figures Grey/Pink
Lowest Ask
$849
● 22 Sold

## Trending Accessories  See All →


OFF-WHITE Industrial Belt Yellow/Black
Lowest Ask
$113
● 31 Sold


Telfar Shopping Bag Small Red
Lowest Ask
$197
● 28 Sold

Telfar Shopping Bag Medium Black
Lowest Ask
$335
● 28 Sold

Nike x Drake Certified Lover Boy Hat White
Lowest Ask
$35
● 21 Sold

Telfar Shopping Bag Small Corned Beef
Lowest Ask
$200
● 20 Sold


Nike Venturer Performance Face Mask...
Lowest Ask
$37
● 23 Sold

## Most Popular NFTs  See All →


StockX Vault NFT Charizard VMAX 2020...
Lowest Ask
$353
● 36 Sold

StockX Vault NFT Charizard V SCR 2020...
Lowest Ask
$420
● 24 Sold

StockX Vault NFT Charizard-Holo 1999...
Lowest Ask
$1,950
● 22 Sold


StockX Vault NFT adidas Yeezy Boost 350 V2...
Lowest Ask
$296
● 6 Sold

StockX Vault NFT Shiny Charizard VMAX 2021...
Lowest Ask
$376
● 5 Sold

StockX Vault NFT Supreme MG1/100 RX-7...
Lowest Ask
$190
● 4 Sold

Release Calendar  See All →