# Exhibit 140

https://stockx.com/ 03/24/2022

## StockX

Search for brand, color, etc.

Browse  News  About  Help  My Account  Sell

| Sneakers | Apparel | Electronics | Trading Cards | Collectibles | Accessories | NFTs |



# A Perfect Fit: Air Jordan 6 Mint Foam

**Read Now**

### Recently Viewed

| StockX Vault NFT Women's Nike Air... | StockX Vault NFT Nike SB Dunk Low Ben & Jerry's... | StockX Vault NFT Women's Exclusive Air... | StockX Vault NFT Nike Dunk Low Off-White Lot... | StockX Vault NFT KAWS Sacai Nike Blazer Low... | StockX Vault NFT Air Jordan 4 Retro White... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$3,000** | **$6,000** | **$2,500** | **$9,000** | **$250** | **$599** |
| Last Sale: $2,000 | Last Sale: $3,915 | Last Sale: $5,000 | Last Sale: $7,500 | Last Sale: $200 | Last Sale: $390 |

### Popular Brands

     

### Recommended For You

    

| adidas Yeezy Boost 350 V2 Bone | adidas Yeezy Boost 700 Wave Runner Solid Grey | Jordan 13 Retro Del Sol | Jordan 1 Retro High OG Rebellionaire | Nike Dunk Low Retro White Black (2021) | adidas Yeezy Boost 350 V2 Core Black White |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$271** | **$365** | **$214** | **$202** | **$229** | **$302** |
| Last Sale: $280 | Last Sale: $364 | Last Sale: $214 | Last Sale: $312 | Last Sale: $281 | Last Sale: $305 |

### Most Popular Sneakers                                                     See All →

     

| adidas Yeezy Boost 350 V2 Bone | adidas Yeezy Boost 700 Wave Runner Solid Grey | adidas Yeezy Boost 350 V2 Core Black White | Nike Dunk Low Retro White Black (2021) | Nike Air Force 1 Low '07 White | adidas Yeezy Slide Pure (Restock Pair) |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |

NIKE0003476

| $271 | $365 | $302 | $229 | $90 | $134 |
|---|---|---|---|---|---|
| 3007 Sold | 2102 Sold | 1586 Sold | 1531 Sold | 1344 Sold | 1269 Sold |




### Trending Apparel    See All →

     

| Supreme Burberry Box Logo Tee White | Supreme Burberry Box Logo Tee Black | Juice Wrld x Vlone Butterfly T-Shirt White | Supreme Burberry Box Logo Hooded Sweatshir... | Fear of God Essentials Core Collection Pullover... | Juice Wrld x Vlone 999 T-Shirt Black |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $280 | $245 | $53 | $386 | $112 | $52 |
| 333 Sold | 336 Sold | 337 Sold | 231 Sold | 188 Sold | 173 Sold |

### Hot Electronics    See All →

     

| Sony PS5 PlayStation 5 (US Plug) Blu-ray Edition... | Sony PS5 PlayStation 5 (US Plug) Digital Edition... | Microsoft Xbox Series X (US Plug) RRT-00001 /... | NVIDIA GeForce RTX 3060 Ti Founder Edition... | Microsoft Xbox Series X/Series S Controller... | NVIDIA GeForce RTX 3080 Founders Edition... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $700 | $700 | $564 | $755 | $47 | $1,296 |
| 626 Sold | 235 Sold | 208 Sold | 66 Sold | 57 Sold | 57 Sold |




**Top Trading Cards** ⓘ                                                                                                                        See All →

     

| Pokémon TCG 25th Anniversary Celebration... | Pokémon TCG Sword & Shield Darkness Ablaze... | 2021 Panini Mosaic Football Hanger Box... | 2021 Panini Mosaic Football Blaster Box... | 2020-21 Panini Mosaic Basketball Target Mega... | 2021 Panini Mosaic Football Blaster Box... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$295** | **$153** | **$295** | **$223** | **$240** | **$73** |
| ● 63 Sold | ● 44 Sold | ● 40 Sold | ● 32 Sold | ● 18 Sold | ● 28 Sold |

**Featured Collectibles** ⓘ                                                                                                                    See All →

     

| Supreme Burberry Skateboard Deck Beige | Supreme Burberry Skateboard Deck Pink | LEGO Technic McLaren Formula 1 Team Race C... | Supreme Burberry Box Logo Sticker Set | Microsoft Xbox Series X Mini Fridge (US Plug) | LEGO Star Wars Ultimate Collector Series AT-AT... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$205** | **$206** | **$194** | **$28** | **$123** | **$530** |
| ● 122 Sold | ● 70 Sold | ● 50 Sold | ● 38 Sold | ● 36 Sold | ● 35 Sold |

**Trending Accessories** ⓘ                                                                                                                    See All →

     

| Telfar Shopping Bag Medium Black | Nike x Drake Certified Lover Boy Hat White | New Era x Takashi Murakami Flower Allover... | Telfar Shopping Bag Small White | Telfar Shopping Bag Small Pool Blue | Telfar Shopping Bag Small Black |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$284** | **$40** | **$82** | **$210** | **$190** | **$250** |
| ● 57 Sold | ● 53 Sold | ● 44 Sold | ● 32 Sold | ● 32 Sold | ● 26 Sold |

**Most Popular NFTs** ⓘ                                                                                                                        See All →

     

| StockX Vault NFT adidas Yeezy Boost 350 V2... | StockX Vault NFT Pokémon TCG 25th... | StockX Vault NFT Jordan 1 Retro High OG Patent... | StockX Vault NFT Andrew Wiggins 2014 Panini... | StockX Vault NFT Jayson Tatum 2017 Panini Prizm... | StockX Vault NFT Trae Young 2018 Panini Prizm... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$290** | **$335** | **$372** | **$105** | **$174** | **$185** |
| ● 8 Sold | ● 5 Sold | ● 3 Sold | ● -- | ● 2 Sold | ● 2 Sold |

**Release Calendar**                                                                                                                            See All →