# Exhibit 141

https://stockx.com/ 03/25/2022

StockX | Search for brand, color, etc. | Browse News About Help My Account Sell

Sneakers  Apparel  Electronics  Trading Cards  Collectibles  Accessories  NFTs



**Recently Viewed**



| StockX Vault NFT Supreme x The Crow... | StockX Vault NFT Women's Nike Air... | StockX Vault NFT Nike SB Dunk Low Ben & Jerry's... | StockX Vault NFT Women's Exclusive Air... | StockX Vault NFT Nike Dunk Low Off-White Lot... | StockX Vault NFT KAWS Sacai Nike Blazer Low... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $75 | $3,000 | $6,000 | $2,500 | $9,000 | $250 |
| Last Sale: $75 | Last Sale: $2,000 | Last Sale: $3,915 | Last Sale: $5,000 | Last Sale: $7,500 | Last Sale: $200 |

**Popular Brands**

    

**Recommended For You**

| adidas Yeezy Boost 350 V2 Bone | adidas Yeezy Boost 700 Wave Runner Solid Grey | Jordan 1 Retro High OG Rebellionaire | Nike Dunk Low Retro White Black (2021) | adidas Yeezy Boost 350 V2 Core Black White | Nike Dunk Low Vintage Green (W) |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $270 | $357 | $196 | $228 | $304 | $294 |
| Last Sale: $277 | Last Sale: $388 | Last Sale: $250 | Last Sale: $228 | Last Sale: $317 | Last Sale: $289 |

**Most Popular Sneakers**                                                                                                                                           See All →

| adidas Yeezy Boost 350 V2 Bone | Nike Dunk Low Retro White Black (2021) | Nike Air Force 1 Low '07 White | adidas Yeezy Boost 700 Wave Runner Solid Grey | Jordan 12 Retro Playoffs (2022) | adidas Yeezy Boost 350 V2 Core Black White |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |

NIKE0003473

| $270 | $228 | $85 | $357 | $235 | $304 |
|---|---|---|---|---|---|
| ● 2123 Sold | ● 1385 Sold | ● 1353 Sold | ● 1246 Sold | ● 1167 Sold | ● 1158 Sold |



**Free Shipping on Apple**
Save Big on MacBooks, AirPods & More
Shop Now



**PAIGE BUECKERS IS BUILT DIFFERENT**
How Inspiration and Opportunity Lift Everyone
Read Now

## Trending Apparel  See All →

     

| Juice Wrld x Vlone Butterfly T-Shirt White | Supreme Burberry Box Logo Tee Black | Supreme Burberry Box Logo Tee White | Juice Wrld x Vlone 999 T-Shirt Black | Fear of God Essentials Core Collection Pullover... | Supreme Burberry Box Logo Hooded Sweatshir... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $53 | $250 | $270 | $50 | $109 | $390 |
| ● 301 Sold | ● 251 Sold | ● 243 Sold | ● 193 Sold | ● 170 Sold | ● 164 Sold |

## Hot Electronics  See All →

     

| Sony PS5 PlayStation 5 (US Plug) Blu-ray Edition... | Sony PS5 PlayStation 5 (US Plug) Digital Edition... | Microsoft Xbox Series X (US Plug) RRT-00001 /... | NVIDIA GeForce RTX 3060 Ti Founder Edition... | NVIDIA GeForce RTX 3080 Founders Edition... | Oculus Quest 2 256GB VR Headset 301-00351-... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| $708 | $714 | $562 | $800 | $1,249 | $342 |
| ● 666 Sold | ● 228 Sold | ● 220 Sold | ● 103 Sold | ● 70 Sold | ● 56 Sold |



**Jackets for Spring**
Featuring Supreme, Stüssy, The North Face & More
Buy & Sell Now



**The Buyer's Guide: Comme des Garçons PLAY**
Read Now

NIKE0003474

Top Trading Cards  See All →


Pokémon TCG Sword & Shield Darkness Ablaze...
Lowest Ask
$152
● 50 Sold


Pokémon TCG 25th Anniversary Celebration...
Lowest Ask
$298
● 49 Sold


Pokémon TCG Sword & Shield Brilliant Stars...
Lowest Ask
$124
● 33 Sold


2021 Panini Mosaic Football Blaster Box...
Lowest Ask
$74
● 29 Sold


Pokémon TCG 25th Anniversary Collection...
Lowest Ask
$88
● 28 Sold


2021 Panini Mosaic Football Hanger Box...
Lowest Ask
$339
● 27 Sold

Featured Collectibles  See All →


Supreme Burberry Skateboard Deck Beige
Lowest Ask
$203
● 96 Sold


Supreme Burberry Skateboard Deck Pink
Lowest Ask
$200
● 61 Sold


LEGO Technic McLaren Formula 1 Team Race Ca...
Lowest Ask
$194
● 46 Sold


Microsoft Xbox Series X Mini Fridge (US Plug)
Lowest Ask
$122
● 36 Sold


LEGO Star Wars Ultimate Collector Series AT-AT...
Lowest Ask
$550
● 33 Sold


Supreme Burberry Box Logo Sticker Set
Lowest Ask
$26
● 27 Sold

Trending Accessories  See All →


Nike x Drake Certified Lover Boy Hat White
Lowest Ask
$40
● 60 Sold


Telfar Shopping Bag Medium Black
Lowest Ask
$281
● 51 Sold


New Era x Takashi Murakami Flower Allover...
Lowest Ask
$82
● 40 Sold


Telfar Shopping Bag Small Pool Blue
Lowest Ask
$189
● 36 Sold


Telfar Shopping Bag Small White
Lowest Ask
$211
● 28 Sold


OFF-WHITE Industrial Belt Yellow/Black
Lowest Ask
$122
● 25 Sold

Most Popular NFTs  See All →


StockX Vault NFT Supreme x The Crow...
Lowest Ask
$75
● 148 Sold


StockX Vault NFT adidas Yeezy Boost 350 V2...
Lowest Ask
$295
● 6 Sold


StockX Vault NFT Pokémon TCG 25th...
Lowest Ask
$335
● 4 Sold


StockX Vault NFT Jordan 1 Retro High OG Patent...
Lowest Ask
$372
● 2 Sold


StockX Vault NFT Andrew Wiggins 2014 Panini Priz...
Lowest Ask
$105
● --


StockX Vault NFT Trae Young 2018 Panini Prizm...
Lowest Ask
$179
● 2 Sold

Release Calendar  See All →