# Exhibit 142

https://stockx.com/ 04/10/2022

**StockX**   🔍 Search for brand, color, etc.    Browse  News  About  Help  My Account   ( Sell )

Sneakers    Apparel    Electronics    Trading Cards    Collectibles    Accessories    NFTs



## Recommended For You ⓘ

     

| Nike Dunk Low Union Passport Pack Argon | Nike Dunk Low Retro White Black (2021) | Nike SB Dunk Low Polaroid | Jordan 1 Retro High 85 Georgetown | Jordan 1 Retro High OG Patent Bred | Nike Blazer Low Off-White University Red |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$305** | **$224** | **$170** | **$311** | **$218** | **$180** |
| Last Sale: $318 | Last Sale: $236 | Last Sale: $201 | Last Sale: $375 | Last Sale: $292 | Last Sale: $245 |

## Popular Brands

    

## Recently Viewed ⓘ

     

| StockX Vault NFT 2021 Topps Chrome Formul... | StockX Vault NFT Nike Dunk Low Retro White... | StockX Vault NFT 2021 Topps Chrome Formul... | StockX Vault NFT Women's Nike Air... | StockX Vault NFT Nike SB Dunk Low Ben &... | StockX Vault NFT Women's Exclusive Air... |
|---|---|---|---|---|---|
| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
| **$1,400** | **$409** | **$473** | **$3,000** | **$6,000** | **$2,500** |
| Last Sale: $1,040 | Last Sale: $340 | Last Sale: $450 | Last Sale: $2,000 | Last Sale: $3,915 | Last Sale: $5,000 |

Most Popular Sneakers ⓘ    See All →

NIKE0003550


adidas Yeezy Boost 350 V2 Zebra
Lowest Ask
$285
● 2494 Sold


Nike Blazer Low Off-White University Red
Lowest Ask
$180
● 1954 Sold


Nike Dunk Low Retro White Black (2021)
Lowest Ask
$224
● 1666 Sold


Nike Air Force 1 Low '07 White
Lowest Ask
$84
● 1354 Sold


Nike Blazer Low Off-White Black Electro...
Lowest Ask
$163
● 1328 Sold


Jordan 5 Retro Jade Horizon
Lowest Ask
$214
● 1180 Sold





## Featured Apparel  See All →


Fear of God Essentials Core Collection T-shir...
Lowest Ask
$51
Last Sale: $62


Tommy Cash x Maison Margiela T-shirt Black
Lowest Ask
$85
Last Sale: $85


Fear of God Essentials SSENSE Exclusive...
Lowest Ask
$97
Last Sale: $96


Palace AMG 2.0 London T-shirt...
Lowest Ask
$70
Last Sale: $94


Nike x Drake NOCTA Golf Mock Neck Top...
Lowest Ask
$90
Last Sale: $100


Nike x Drake NOCTA Cardinal Stock Fleece...
Lowest Ask
$119
Last Sale: $179

## Most Popular Electronics  See All →


Sony PS5 PlayStation 5 (US Plug) Blu-ray...
Lowest Ask
$699
● 510 Sold


Microsoft Xbox Series X (US Plug) RRT-00001 /...
Lowest Ask
$548
● 109 Sold


Oculus Quest 2 256GB VR Headset 301-0035...
Lowest Ask
$344
● 84 Sold


AMD Radeon RX 6800 Graphics Card
Lowest Ask
$704
● 22 Sold


Bandai Namco PS5 Elden Ring Collector's...
Lowest Ask
$230
● 19 Sold


WB Games PS5 LEGO Star Wars: The...
Lowest Ask
$112
● 15 Sold




NIKE0003551



## Featured Trading Cards  See All →


Pokémon TCG Sword & Shield Expansion Pac...
Lowest Ask
**$118**
● 60 Sold


Pokémon TCG 25th Anniversary...
Lowest Ask
**$308**
● 34 Sold


2021-22 Panini Donruss Basketball Blaster Box...
Lowest Ask
**$293**
● 15 Sold


2022 Panini Prizm WWE Wrestling Hobby Box
Lowest Ask
**$1,235**
● 29 Sold


2021 Topps Chrome Formula 1 Racing Hob...
Lowest Ask
**$512**
● 13 Sold


2021 Topps Chrome Update Sapphire...
Lowest Ask
**$173**
● 8 Sold

## Collectibles Staff Picks  See All →


LEGO Technic McLaren Formula 1 Team Race...
Lowest Ask
**$198**
● 60 Sold


Microsoft Xbox Series X Mini Fridge (US Plug)
Lowest Ask
**$123**
● 28 Sold


Supreme Burberry Skateboard Deck Beige
Lowest Ask
**$217**
● 27 Sold


KAWS KACHAMUKKU Vinyl Figure Green/Red
Lowest Ask
**$410**
● 24 Sold


LEGO Star Wars Ultimate Collector...
Lowest Ask
**$599**
● 13 Sold


Bearbrick Keith Haring #8 100% & 400% Set
Lowest Ask
**$155**
● 7 Sold

## Trending Accessories  See All →


Swatch x Omega Bioceramic...
Lowest Ask
**$895**
● 80 Sold


Goyard Saint Sulpice Orange
Lowest Ask
**$500**
● --


Louis Vuitton LV Initials Iconic Earrings Gold
Lowest Ask
**$449**
● --


OFF-WHITE Arrow Easy Backpack Black/White
Lowest Ask
**$479**
● --


Gucci Double G Brass Buckle Leather Belt...
Lowest Ask
**$351**
● --


Jacquemus Le Chiquito moyen Top-Handle Ba...
Lowest Ask
**$752**
● --

## Most Popular NFTs  See All →


StockX Vault NFT 2021 Topps Chrome Formul...


StockX Vault NFT 2021 Topps Chrome Formul...


StockX Vault NFT Jordan 1 Retro High O...


StockX Vault NFT Supreme x The Crow...


StockX Vault NFT Trae Young 2018 Panini...


StockX Vault NFT Joel Embiid 2014 Panini...

NIKE0003552



| Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask | Lowest Ask |
|---|---|---|---|---|---|
| $473 | $1,400 | $350 | $64 | $150 | $182 |
| ● 67 Sold | ● 12 Sold | ● 2 Sold | ● 4 Sold | ● 1 Sold | ● -- |

## Release Calendar

See All →



| Apr \| 10 | Apr \| 10 | Apr \| 11 | Apr \| 11 | Apr \| 11 | Apr \| 11 |
|---|---|---|---|---|---|
| adidas Samba Jason Dill White Black | Jordan Crater Slide Union Future is Now | Funko Pop! Walt Disney World 50th Pluto On The | Funko Pop! Walt Disney World 50th Mickey Mouse On | DropX™ Exclusive: Vince Staples x Brownstone x | DropX™ Exclusive: Peggy Gou x Emotionally |
| ASK: $155 | | ASK: $25 | ASK: $28 | ASK: $72 | |
| BID | BID | BID | BID | BID | BID |

## From The Magazine

View All News Articles



**Swatch x Omega Moonswatch: The Buyer's Guide**

Nick Matthies • 04/08/2022



**LEGO Harry Potter Under Retail**

Ian Semivan • 04/07/2022



**Le Migliori Air Force 1 da Donna su StockX**

StockX • 04/07/2022



**The Buyer's Guide: Yeezy Slides**

Elodie Prochet • 04/07/2022



**The Rip Plus 04-04-22**

Ian Semivan • 04/06/2022



**10 Designer Sneakers Under Retail**

Will Mendelson • 04/06/2022



**L'Enfant prodige de la mode : Jacquemus**

Elodie Prochet • 04/06/2022



**特集コラム：SNKRGIRL編集長が海外生活を通して出会ったスニーカーカルチャー**

StockX Japan • 04/06/2022

---

# StockX. Access the Now.

| Air Jordan | Yeezy | Recent Updates | Popular Releases | Apparel | Supreme |
|---|---|---|---|---|---|
| Air Jordan 1 | Yeezy Boost 350 | Best Sneakers Releasing | Nike Blazer Low Off-White White | Chrome Hearts | Supreme Box Logo |
| Jordan Golf Shoes | Yeezy Boost 350 V2 | Swatch Omega Moonswatch | Nike Blazer Low Off-White Black | Essentials | T-Shirts |
| Air Jordan 3 | Yeezy Boost 700 | Best MacBook Deals | Yeezy 350 V2 Zebra | Yeezy GAP | Accessories |
| Air Jordan 11 | Yeezy 500 | Xbox Series X | Nike SB Dunk Low Polaroid | Vlone | Supreme The North Face |
| Air Jordan 4 | Yeezy Slides | PS5 | Jordan 5 Jade Horizon | Moncler | Bottoms |
| Jordan 1 Mid | Yeezy Foam RNNR | Most Affordable Nike Dunks | Nike Air Force 1 Low White | New Era | Hoodies |

| United States \| English \| $ USD | Find Us on Social | Download Our App | Use Assistive Technology | 🏠 Proudly Built in Detroit |
|---|---|---|---|---|

HELP | HOW IT WORKS | PRIVACY | TERMS | JOBS | CONTACT | PRODUCT SUGGESTION | PRESS

EN  EN-GB  IT  DE  FR  FR-CA  ZH-CN  ZH-TW  JA  KO  ES-MX  ES-US  ES-ES

©2022 StockX. All Rights Reserved.

NIKE0003554