# Exhibit 143



https://twitter.com/stockx 02/21/2022

StockX
158.9K Tweets
Search Twitter
Follow
StockX
@stockx
#GotItOnStockX - The live marketplace for authentic products of current culture. Shipping worldwide. Questions? stockx.com/help
Detroit, MI StockX.com Joined April 2012
1,014 Following 318.8K Followers
Not followed by anyone you're following
Tweets
Tweets & replies
Media
Likes
StockX Retweeted
Status Yc @Status_Yc · 2h
Look what came #GotItOnStockX
3
3
16
Show this thread
StockX @stockx · 3h
Feeling lovestruck over the pink KAWS Family Figures bit.ly/3sOlun1

NIKE0003581

1
19
StockX @stockx · 15h
Congrats to everyone who scored some surprise site credit tonight
34
2
77
Who to follow
SOLELINKS
@SOLELINKS
Follow
Links to sneaker deals, release info, restocks, etc(PS5 + XBOX too). Tweets contain affiliate links. Download App solelinks.com/download
The Sole Supplier
@thesolesupplier
Follow
An online news outlet for the latest and most exclusive UK & European sneaker releases
Kicks Deals
@KicksDeals
Follow
The #1 source for new releases, deals, coupons and more on sneakers. Instagram.com/kicksdeals/ facebook.com/KicksDeals Canada: @KicksDealsCA
Show more
StockX Retweeted
A @illest_a · 15h
Replying to @stockx
Destined for greatness
The following media includes potentially sensitive content.
Change settings
View
1
2
39
StockX Retweeted
j @jbunz0619 · 15h
Replying to @stockx
Let's gooooooo!!!

TUESDAY!!!!!!
IT'S TUESDAY
1
1
30
Topics to follow
Tweets about the Topics you follow show up in your Home timeline
Sneakers
Kanye West
Kobe Bryant
SNKRS
Nike
Lil Uzi Vert
Travis Scott
Los Angeles Lakers
Playboi Carti
Michael Jordan
Streetwear
J. Cole
LeBron James
Shoes
PlayStation 5
More Topics
StockX Retweeted
D. Young @D_Young1212 · 15h
Replying to @stockx
8
24
1
1
24
StockX Retweeted
CDG Youngins @CYoungins · 15h
Replying to @stockx
Definitely this

NIKE0003583



LAKERS
NBATickets.com
1
2
55
StockX Retweeted
ⓕⓔⓡⓝ 💜💛 @ferndaawg · 15h
Replying to @stockx
My own 😉
3:42
24
TISSOT
1
1
13
StockX @stockx · 15h
FINAL ✅
We're giving FIVE folks $163 in site credit.
Drop your favorite LeBron 📸 in the replies and we just might hit your DMs.

NIKE0003584

Cleveland 2022
Final Score Update
TEAM LEBRON
163
TEAM DURANT
160
660
41
340
StockX @stockx · 15h
.@KingJames calls GAME 💯
Congrats @rflick66 👏 check your DMs
StockX @stockx · 18h
Choose your fighter 🏀
Reply with Team LeBron or Team Durant and we just might slide in your DMs with the winner's kicks at the end of the game.
⭐ LeBron 9 Big Bang
OR
⭐ KD 12 Aunt Pearl
1
18
StockX Retweeted
brian @atlasnoirmusic · 15h
Replying to @stockx
Only makes sense for the NBA ASG

1
2
38
StockX Retweeted
Jordan @FCKNJORDAN · 15h
Replying to @stockx
Me paying the difference on @stockx when I win
1
1
20
StockX Retweeted
E 🤑 @EZMONEYER1C · 15h
Replying to @stockx
Checking my temperature lately...
NEED NEW SHOES

2 40 199
StockX Retweeted
Tayfun @tydikmen · 15h
Replying to @stockx
1 1 9
StockX Retweeted
Emily Cooper @haCOOPamatata · 15h
Replying to @stockx
Me thinking imma win this giveaway
3 2 22
StockX @stockx · 16h
Third Quarter ✅
We're giving FIVE folks $139 in site credit.
Drop your favorite meme in the replies and we just might hit your DMs.
Cleveland 2022
Third Quarter Score Update
TEAM LEBRON
138
TEAM DURANT
139
497 31 206
StockX @stockx · 16h
FIFTEEN 🤯🤯

NIKE0003587

StockX @stockx · 16h
1 3 threes for @StephenCurry30
Add the 3-point king to your #StockXVault portfolio: bit.ly/33dR30D
StockX Vault NFT
2012 PANINI PRIZM STEPHEN CURRY #72 MINT 9
PRIZM
Redeemable for 1 Trading Card
3
1
19
StockX @stockx · 16h
1 3 threes for @StephenCurry30
Add the 3-point king to your #StockXVault portfolio: bit.ly/33dR30D
StockX Vault NFT
2012 PANINI PRIZM STEPHEN CURRY #72 MINT 9
PRIZM
Redeemable for 1 Trading Card
2
5
25
StockX @stockx · 16h
.@JoelEmbiid with the
Add the champ to your #StockXVault collection: bit.ly/3rQ5Xnm

1 · 10

StockX Retweeted
**ISHY RODRIGUEZ** @ish_Rod · 17h
Replying to @stockx
😣😡😓😑🤔😭😳🙏
2 · 1 · 4

StockX Retweeted
**Morey Seiden** @mseiden · 17h
Replying to @stockx
🐐🔥🐐🔥🏆👸🏀
1 · 1 · 2

StockX Retweeted
**Isaac Andrews** @Zeeky78 · 17h
Replying to @stockx
🎯💥🥶
2 · 1 · 2

StockX Retweeted
**Its T Baby!** 💜 @Just_Tamia · 17h
Replying to @stockx
🎉🥳🙌👏❤️😊
1 · 1 · 2

StockX Retweeted
**R—Harvz** 🎧 @RHarvz · 17h
Replying to @stockx
🤩➡️🤨➡️😕➡️😟➡️🥱➡️😴
2 · 1 · 4

**StockX** @stockx · 17h
Halftime ✅

We're giving FIVE folks $94 in site credit.

Drop some emojis to describe your game feelings in the replies and we just might hit your DMs.



Cleveland 2022
Halftime Score Update
TEAM LEBRON
93
TEAM DURANT
94
1,114
54
351
StockX Retweeted
iGod @Oly2Dope · 17h
Replying to @stockx
GIF
1
5
StockX Retweeted
BaM @SoleSneeker · 17h
Replying to @stockx
TV LAND
GIF
1
2
8
StockX @stockx · 17h
.@KingJames with the reverse dunk 🔥
Have you added the King to your #StockXVault portfolio yet? 👑
bit.ly/3BhEhL3
You might like
UNION Lo...
@unionlosang...
Follow
UNDEFEA...
@UNDEFEAT...
Follow
KicksOnFire
@kicksonfire
Follow
Show more
What's happening
World news · LIVE
Ukraine: Tensions mount as Biden and Putin agree 'in principle' to summit
Trending with Putin, Donetsk

NIKE0003590

StockX
Vault NFT
2008 TOPPS
LeBRON JAMES
#23
MINT
9
CAVALIERS
Redeemable
for 1 Trading Card
1
2
9
StockX Retweeted
Willard @MrWillOwens · 17h
Replying to @stockx
GIF
2
1
4
StockX Retweeted
opentointerpretation @yungmanualgod · 17h
Replying to @stockx
the feeling when you win some credit
FEED
GIF
1
10
Basketball · Trending
Zion
15K Tweets
Basketball · Trending
Goran Dragic
Trending with Jevon Carter
COVID-19 · LIVE
COVID-19: News and updates for Texas
TX
Thomso... · 1 hour ago
Tech giant Salesforce wants to enter the NFT market. Why are employees protesting?
salesforce
Show more
Terms of Service Privacy Policy
Cookie Policy Accessibility Ads info
More ··· © 2022 Twitter, Inc.

StockX Retweeted

**Keegan Daniels** @kdaniels1923 · 17h

Replying to @stockx

GIF

1 3 13

StockX Retweeted

**God's Favorite Chapin** @Powerlifterpapi · 17h

Replying to @stockx

GIF

1 5

**StockX** @stockx · 17h

First Quarter ✅

We're giving FIVE folks $47 in site credit.

Drop a gif in the replies and we just might hit your DMs.

Cleveland 2022
First Quarter Score Update
TEAM LEBRON
47
TEAM DURANT
45



756
31
234
StockX @stockx · 18h
Choose your fighter 🏀

Reply with Team LeBron or Team Durant and we just might slide in your DMs with the winner's kicks at the end of the game.

⭐ LeBron 9 Big Bang
OR
⭐ KD 12 Aunt Pearl
349
23
147
StockX @stockx · 19h
Who's winning tonight? 👀
Team LeBron 75.8%
Team Durant 24.2%
559 votes · Final results
4
2
12
StockX @stockx · Feb 20
The dream team 🙏 @cavs @TiffanyAndCo @DanielArsham

Pull up on the crew in Cleveland before doors close at 3pm ET

📍 200 Euclid Ave

NIKE0003593



Document 273-163 Filed 09/05/24

NIKE0003594