UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br>                    Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br>                    Defendant. | Civil Action No.: 1:22-cv-00983-VEC |

**DECLARATION OF TAMAR Y. DUVDEVANI IN SUPPORT OF NIKE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Tamar Y. Duvdevani, declare as follows:

1. I am a partner at DLA Piper LLP (US) and attorney of record for Plaintiff Nike, Inc. ("Nike"). I submit this Declaration in connection with Nike's Reply In Support of Its Motion for Summary Judgment and to place before the Court relevant deposition testimony and documents.

2. Attached hereto as **Exhibit 149** is a true and correct copy of excerpts of the December 2, 2022 Videotaped Deposition of Jacob Fenton.

3. Attached hereto as **Exhibit 150** is a true and correct copy of excerpts of the June 29, 2023 Videotaped Deposition of Brock Huber.

4. Attached hereto as **Exhibit 151** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0058180 – STX0058200.

5. Attached hereto as **Exhibit 152** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0773023 – STX0770326.

6. Attached hereto as **Exhibit 153** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0773068 – STX0773069.

1

7. Attached hereto as **Exhibit 154** is a true and correct of excerpts of the Videotaped Deposition of Heather Paulson.

8. Attached hereto as **Exhibit 155** is a true and correct of the February 8, 2023 Videotaped Deposition of Joe Pallett.

9. Attached hereto as **Exhibit 156** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0037181 – NIKE0037183.

10. Attached hereto as **Exhibit 157** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0037734 – NIKE0037742.

11. Attached hereto as **Exhibit 158** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Numbers NIKE0036212 – NIKE0036213.

12. Attached hereto as **Exhibit 159** is a true and correct of the January 10, 2023 Videotaped Deposition of Barbara Delli Carpini.

13. Attached hereto as **Exhibit 160** is a true and correct of the copy of excerpts of the August 30, 2023 Videotaped Deposition of DeJongh Wells.

14. Attached hereto as **Exhibit 161** is a true and correct of the Feb. 23, 2023 Videotaped Deposition of John Lopez.

15. Attached hereto as **Exhibit 162** is a true and correct of https://www.nike.com/help/a/what-is-nike-by-you.

16. Attached hereto as **Exhibit 163** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0265095.

17. Attached hereto as **Exhibit 164** is a true and correct https://stockx.com/search?s=%22nike+by+you%22.

18. Attached hereto as **Exhibit 165** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0254533 – STX0254534.

19. Attached hereto as **Exhibit 166** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0235251.

20. Attached hereto as **Exhibit 167** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0268661 – STX0268662.

21. Attached hereto as **Exhibit 168** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Number STX0268976.

22. Attached hereto as **Exhibit 169** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0783588 – STX0783601.

23. Attached hereto as **Exhibit 170** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0802104 – STX0802118.

24. Attached hereto as **Exhibit 171** is a true and correct of a document produced by Nike in connection with this matter bearing Bates Number NIKE0041154 – NIKE0041157.

25. Attached hereto as **Exhibit 172** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0270653 – STX0270660.

26. Attached hereto as **Exhibit 173** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0213775 – STX0213776.

27. Attached hereto as **Exhibit 174** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0220717.

28. Attached hereto as **Exhibit 175** is a true and correct copy of a document produced by StockX in connection with this matter bearing Bates Numbers STX0782855 – STX0782865.

29. Attached hereto as **Exhibit 176** is a true and correct copy of document produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_008156.

30. Attached hereto as **Exhibit 177** is a true and correct copy of document produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_004308.

31. Attached hereto as **Exhibit 178** is a true and correct copy of document produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_004312.

32. Attached hereto as **Exhibit 179** is a true and correct copy of document produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_007853 – ZK_NIKE_007858.

33. Attached hereto as **Exhibit 180** is a true and correct copy of document produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_004665.

34. Attached hereto as **Exhibit 181** is a true and correct copy of document produced by Third Party Michael Malekzadeh in connection with this matter bearing Bates Numbers ZK_NIKE_008157.

35. Attached hereto as **Exhibit 182** is a true and correct copy excerpts from the February 1, 2023 Videotaped Deposition of Laura Rizza.

36. Attached hereto as **Exhibit 183** is a true and correct copy excerpts of the Feb. 22, 2023 30(b)(6) Videotaped Deposition of Brock Huber.

37. Attached hereto as **Exhibit 184** is a true and correct copy excerpts of the August 15, 2023 Videotape Deposition of Sarah Butler.

38. Attached hereto as **Exhibit 185** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0025901.

39. Attached hereto as **Exhibit 186** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0025910.

40. Attached hereto as **Exhibit 187** is a true and correct copy of a document produced by Nike in connection with this matter bearing Bates Number NIKE0025913.

41. Attached hereto as **Exhibit 188** is a true and correct https://stockx.com/help/articles/What-kinds-of-sneakers-are-sold-on-Stock.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on September 19, 2024 in New York, New York.

By: */s/ Tamar Y. Duvdevani*
Tamar Y. Duvdevani