# Exhibit 149

*Redacted Public Version*

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT.

FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

        Plaintiff,

   vs.                    Case No. 22-CV-983 (VEC)

STOCKX, LLC,

        Defendant.

_____

HIGHLY CONFIDENTIAL

The Videotaped Deposition of JACOB FENTON,

Taken at 28 West Adams Avenue, Suite 1500,

Detroit, Michigan,

Commencing at 8:48 a.m.,

Friday, December 2, 2022,

Before Stenographic Shorthand Reporter,

Lori Ann Baldwin, CSR-5207, RPR, CRR.

HIGHLY CONFIDENTIAL

Page 2

1  APPEARANCES:
2
3  TAMAR Y. DUVDEVANI
4  GABRIELLE VELKES
5  DLA Piper LLP (US)
6  1251 Avenue of the Americas
7  New York, New York 10020-1104
8  212.335.4799
9  tamar.duvdevani@dlapiper.com
10  gabrielle.velkes@us.dlapiper.com
11      Appearing on behalf of Plaintiff.
12
13  CHRISTOPHER S. FORD
14  Debevoise & Plimpton LLP
15  650 California Street
16  San Francisco, California 94108
17  415.738.5705
18  csford@debevoise.com
19      Appearing on behalf of Defendant.
20
21
22
23
24
25  APPEARANCES (Continued)...

Page 3

1  APPEARANCES (Continued):
2
3  MEGAN K. BANNIGAN
4  CATHERINE WALSH
5  Debevoise & Plimpton LLP
6  919 Third Avenue
7  New York, New York 10022
8  212.909.6127
9  mkbannigan@debevoise.com
10  cwalsh@debevoise.com
11      Appearing on behalf of Defendant.
12
13  ALSO PRESENT:
14  Laura Lewis - In-house Counsel for StockX, LLC
15  Nicholas Houslander - Videographer

Page 4

1              TABLE OF CONTENTS
2  WITNESS                              PAGE
3  JACOB FENTON
4
5  EXAMINATION BY MS. DUVDEVANI:
6                                        9
7  EXAMINATION BY MS. BANNIGAN:
8                                       175
9              EXHIBITS
10  EXHIBIT                              PAGE
11  (Exhibits attached to transcript.)
12
13  DEPOSITION EXHIBIT 1                  22
14  Defendant's Objections and Responses to
15  Plaintiff's First Set of
16  Interrogatories
17  DEPOSITION EXHIBIT 2                  25
18  Defendant's Objections and Responses to
19  Plaintiff's Second Set of
20  Interrogatories
21  DEPOSITION EXHIBIT 3                  33
22  STX0018015-STX0018026
23  DEPOSITION EXHIBIT 4                  38
24  STX0018406-STX0018414
25  DEPOSITION EXHIBIT 5                  52

Page 5

1  STX0018415-STX0018451
2  DEPOSITION EXHIBIT 6                  58
3  STX0018453-STX0018499
4  DEPOSITION EXHIBIT 7                  60
5  STX0019269-STX19273
6  DEPOSITION EXHIBIT 8                  64
7  STX0019778-STX0019779
8  DEPOSITION EXHIBIT 9                  66
9  STX0019820-STX0019832
10  DEPOSITION EXHIBIT 10                 71
11  STX0019985-STX0010006
12  DEPOSITION EXHIBIT 11                 81
13  STX0020185-STX0020188
14  DEPOSITION EXHIBIT 12                 84
15  STX0018010-STX0018014
16  DEPOSITION EXHIBIT 13                 93
17  STX0019984
18  DEPOSITION EXHIBIT 14                 94
19  STX0020225-STX0020268
20  DEPOSITION EXHIBIT 15                102
21  STX0021182-STX0021188
22  DEPOSITION EXHIBIT 16                107
23  STX0021481-STX0021498
24  DEPOSITION EXHIBIT 17                112
25  STX0041984-STX0041988

2 (Pages 2 - 5)

Page 6

| | | |
|---|---|---|
| 1 | DEPOSITION EXHIBIT 18 | 117 |
| 2 | STX0043497-STX0043499 | |
| 3 | DEPOSITION EXHIBIT 19 | 118 |
| 4 | STX0053450-STX0053451 | |
| 5 | DEPOSITION EXHIBIT 20 | 124 |
| 6 | STX0061838-STX0061842 | |
| 7 | DEPOSITION EXHIBIT 21 | 128 |
| 8 | STX61927-STX61931 | |
| 9 | DEPOSITION EXHIBIT 22 | 138 |
| 10 | STX0092816 | |
| 11 | DEPOSITION EXHIBIT 23 | 146 |
| 12 | STX0096301-STX0096306 | |
| 13 | DEPOSITION EXHIBIT 24 | 147 |
| 14 | STX00928240-STX0092825 | |
| 15 | DEPOSITION EXHIBIT 25 | 156 |
| 16 | NIKE0038783-NIKE0038788 | |
| 17 | DEPOSITION EXHIBIT 26 | 157 |
| 18 | STX0097403 | |
| 19 | DEPOSITION EXHIBIT 27 | 161 |
| 20 | STX0097786-STX0097797 | |
| 21 | DEPOSITION EXHIBIT 28 | 166 |
| 22 | STX0099953-STX0099954 | |
| 23 | DEPOSITION EXHIBIT 29 | 169 |
| 24 | STX0169269-00169277 | |

Page 7

1  Detroit, Michigan
2  Friday, December 2, 2022
3  8:48 a.m.
4
5        VIDEO TECHNICIAN: Good morning. We are
6  going on the record at 8:48 a.m. on Friday,
7  December 2nd, 2022. Please note that microphones are
8  sensitive and may pick up whispering, private
9  conversations, and cellular interference. Please turn
10 off all cell phones or place them away from the
11 microphones as they can interfere with the deposition
12 audio. Audio and video recording will continue to
13 take place unless all parties agree to go off the
14 record.
15       This is the videotaped deposition of
16 Jacob Fenton taken by counsel for the plaintiff in the
17 matter of Nike, Incorporated versus StockX, LLC filed
18 in the United States District Court for the Southern
19 District of New York, case number 22-cv-00983-VEC.
20       This deposition is being held at
21 28 West Adams Avenue in Detroit, Michigan, 48226. My
22 name is Nicholas Houslander from the firm Veritext
23 Legal Solutions and I'm the videographer. The court
24 reporter today is Lori Baldwin, from the firm Veritext
25 Legal Solutions.

Page 8

1        I am not authorized to administer an oath.
2  I am not related to any party in this action, nor am I
3  financially interested in the outcome.
4        Counsel and all present in the room will
5  now state their appearances and affiliations for the
6  record. If there are any objection to the proceeding,
7  please state them at the time of your appearance
8  beginning with the noticing attorney.
9        MS. DUVDEVANI: Good morning. Tamar
10 Duvdevani, DLA Piper, on behalf of Nike, Inc.
11       MS. VELKES: Good morning. Gabrielle
12 Velkes from DLA Piper, on behalf of Nike, Inc.
13       MS. BANNIGAN: Good morning. Megan
14 Bannigan from Debevoise & Plimpton on behalf of
15 StockX.
16       With me today are my colleagues from
17 Debevoise & Plimpton, Christopher Ford and Catherine
18 Walsh, as well as Laura Lewis, in-house counsel for
19 StockX.
20       THE WITNESS: Jacob Fenton.
21       THE REPORTER: Sir, can I ask you to raise
22 you right hand, please?
23       JACOB FENTON,
24 Was thereupon called as a witness herein, and after
25 having first been duly sworn to testify to the truth,

Page 9

1  the whole truth and nothing but the truth, was
2  examined and testified as follows:
3        THE REPORTER: Thanks.
4            EXAMINATION
5  BY MS. DUVDEVANI:
6  Q. Good morning, Mr. Fenton.
7  A. Good morning.
8  Q. Have you ever been deposed before?
9  A. No, I have not.
10 Q. I had a sense. I -- I'm sure that Megan went over
11    some ground rules with you, so I'll be brief. Most
12    important ground rule is to try not to talk over one
13    another so Lori doesn't kill us and so we can get a --
14    a clean transcript.
15       Even though we are keen to try to get out
16    of here as early as possible on this brisk Friday, the
17    day really is yours. To the extent you need a break,
18    you just let me know, I will try to take a short break
19    every hour or so. The only thing that I would ask of
20    you is not to ask for a break while a question is
21    pending, only after you answer a question.
22       Do you understand all that?
23 A. Yes.
24 Q. Okay. Did you prepare for today's deposition?
25 A. Yes.

Page 86

1  A.  That is true.  Yes.

[redacted]

Page 87

1      sneakers?
2  A.  I don't know definitively, but I -- it's a safe
3      assumption to say yes.
4  Q.  Okay.  How many fake or counterfeit products did not
5      get caught by StockX authenticators?
6          MS. BANNIGAN:  Objection to form.
7  A.  I actually don't know the answer to that.  I know that
8      the sum of all of the ones that did not get caught was
9      that .04, right, the difference between a hundred
10     percent and the .996.
11 BY MS. DUVDEVANI:
12 Q.  How do you know that?
13 A.  We have a 99.6 accuracy rate, only .04 percent of the
14     products we pass are later determined to have been
15     missed -- passed an error, last 12 months.
16 Q.  Fair to say that's only based on products that make it
17     back to StockX after a customer complains, correct?
18 A.  That's correct.

[redacted]

Page 88

1          MS. BANNIGAN:  I don't see anything
2      highlighted.
3          MS. DUVDEVANI:  Sorry, it's highlighted by
4      me.
5  BY MS. DUVDEVANI:

[redacted]

Page 89

[redacted]

23 (Pages 86 - 89)

Page 178

1         CERTIFICATE
2
3  STATE OF MICHIGAN
4  COUNTY OF OAKLAND
5          LORI ANN BALDWIN, a Notary Public in and
6    for the above county and state, do hereby certify that
7    this Videotaped deposition was taken before me at the
8    time and place hereinbefore set forth; that the
9    witness was by me first duly sworn to testify to the
10   truth; that this is a true, full and correct
11   transcript of my stenographic notes so taken to the
12   best of my skill and ability; and that I am not
13   related, nor of counsel to either party, nor
14   interested in the event of this cause.
15
16
17
18
19       *Lori Baldwin*
20       _____
21       Lori Ann Baldwin, CSR-5207, RPR, CRR
22       Notary Public
23       Oakland County, Michigan
24       My commission expires:  December 21, 2025
25

Page 179

1
2       ERRATA SHEET
        VERITEXT/NEW YORK REPORTING, LLC
3
    CASE NAME:  Nike, Inc. v. Stockx, LLC
4  DATE OF DEPOSITION:  December 2, 2022
    WITNESS' NAME: Jacob Fenton
5
    PAGE/LINE(s)/   CHANGE        REASON
6   ___/_____/_____/_____
    ___/_____/_____/_____
7   ___/_____/_____/_____
    ___/_____/_____/_____
8   ___/_____/_____/_____
    ___/_____/_____/_____
9   ___/_____/_____/_____
    ___/_____/_____/_____
10  ___/_____/_____/_____
    ___/_____/_____/_____
11  ___/_____/_____/_____
    ___/_____/_____/_____
12  ___/_____/_____/_____
    ___/_____/_____/_____
13  ___/_____/_____/_____
    ___/_____/_____/_____
14  ___/_____/_____/_____
    ___/_____/_____/_____
15  ___/_____/_____/_____
    ___/_____/_____/_____
16  ___/_____/_____/_____
    ___/_____/_____/_____
17  ___/_____/_____/_____
    ___/_____/_____/_____
18  ___/_____/_____/_____
19
20       _____
            JACOB FENTON
21
    Subscribed and Sworn To
22  Before Me This_____Day
    of_____, 20  .
23
    _____
24    Notary Public
25  My Commission Expires_____

46 (Pages 178 - 179)

| **Deposition Date:** 12/2/2022<br>**Deponent:** Jacob Fenton – Errata Sheet<br>**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 30:3 | at a variety of different things, **not** one of which is | at a variety of different things, one of which is | Clarification |
| 31:15 | by the people who buy cryptocurrency and buy NFTs. | **between** the people who buy cryptocurrency and buy NFTs. | Transcription Error |
| 31:16 | And we saw NFT technologies as a possible way to lower | And we saw **the** NFT **technology** as a possible way to lower | Transcription Error |
| 32:6 | Vault's, you know, is a name, a marketing name for it, | Vault's, you know, **the** name, a marketing name for it, | Transcription Error |
| 37:11 | Collective although not directly. | Collective although not directly **the same.** | Transcription Error |
| 38:10 | stamp STX001815 (sic) and went through STX0018026. | stamp STX00**18015** and went through STX0018026. | Clarification |
| 44:8 | additions are? | **editions** are? | Transcription Error |
| 47:19 | author. Reading that paragraph holistically, the | author. **Q.** Reading that paragraph holistically, the | Transcription Error |

1

| **Deposition Date:** 12/2/2022<br>**Deponent:** Jacob Fenton – Errata Sheet<br>**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) | | | |
|---|---|---|---|
| **Page(s):<br>Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 59:3-4 | Okay, yes. Please repeat your question. I know what this is referring to. Trust. | Okay, yes. Please repeat your question. **Do** I know what this is referring to**?** Trust. | Transcription Error |
| 64:25 | and Goat across a couple of different topics. | and **GOAT** across a couple of different topics. | Typographical Error |
| 83:25 | very savvy and, you know, they might know a towel (ph) | very savvy and, you know, they might know a **tell** | Transcription Error |
| 89:16 | Possibly Tim McCurdy. | **Probably** Tim McCurdy. | Transcription Error |
| 93:20 | what the 99.9 is, nor do I know what these sub bullets | what the 99.**9**9 is, nor do I know what these sub bullets | Transcription Error |
| 95:25 | A. So, first of all, this is a talk track for this stack | A. So, first of all, this is a talk track for this **deck** | Transcription Error |
| 96:2 | What this means is that Stock -- you know, | What this means is that **StockX** -- you know, | Clarification |
| 118:7 | things out as clear as humanly possible, but that | things out as **clearly** as humanly possible, **and** that | Transcription Error |

2

| **Deposition Date:** 12/2/2022<br>**Deponent:** Jacob Fenton – Errata Sheet<br>**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 123:15 | otherwise cause a ton of money to go to | otherwise **cost** a ton of money to go to | Transcription Error |
| 133:25 | I would want to be out way ahead of that. | I would want to, **normally**, be out way ahead of that. | Transcription Error |
| 155:4 | It's, I mean -- I think, it's the collection of | It's, I mean -- I think, **I don't know**, it's the collection of | Transcription Error |
| 160:6 | the right title, but he's helping in our Apps | the right title, but he's helping in our **Ops** | Transcription Error |
| 162:10 | accurate on 99.5 percent of orders, is one of our main | accurate on 99.**95** percent of orders, is one of our main | Transcription Error |
| 168:8 | White **saying** that indicates that it's a StockX NFT | White **on something** that indicates that it's a StockX NFT | Transcription Error |
| 170:11 | company for people who would want to, for some reason | company **that** would want to, for some reason | Transcription Error |

3

| **Deposition Date:** 12/2/2022<br>**Deponent:** Jacob Fenton – Errata Sheet<br>**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN) | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 174:3-4 | by "they are not comfortable in the current state due to subjectivity." I think this is maybe referring to | by "they are not comfortable in the current state **calling items fake** due to subjectivity." I think this is maybe referring to | Transcription Error |
| Passim | StockX, LLC | StockX LLC | Typographical Error |

I, Jacob Fenton, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on December 2, 2022; that I have made such corrections as appear noted herein; and that my testimony as contained herein, as corrected, is true and correct.

DATED this 4th day of January, 2023.

DocuSigned by:

Jacob Fenton
7857D63565BC416...

4