# Exhibit 155

*Redacted Public Version*

Page 1

1

2    UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF NEW YORK

3    Case No. 1:22-cv-00983-VEC

     ----------------------------------------x

4    NIKE, INC.,

5                        Plaintiff,

6          - against -

7    STOCKX LLC,

8                        Defendant.

9    ----------------------------------------x

10                      February 8, 2023

                        9:48 a.m.

11

12

13        VIDEOTAPED DEPOSITION of JOE PALLETT,

14    located at Debevoise & Plimpton LLC, 66

15    Hudson Boulevard, New York, New York 10001,

16    before Anthony Giarro, a Registered

17    Professional Reporter, a Certified Realtime

18    Reporter and a Notary Public of the State

19    of New York.

20

21

22

23

24

25

Page 2

1
2 A P P E A R A N C E S :
3
4
5 DLA PIPER LLP
  Attorneys for Plaintiff
6 1251 Avenue of the Americas
  New York, New York 10020
7 212.335.4964
8 BY: TAMAR DUVDEVANI, ESQ.
      MARC MILLER, ESQ.
9 tamar.duvdevani@dlapiper.com
  marc.miller@dlapiper.com
10
11
   DEBEVOISE & PLIMPTON LLP
12 Attorneys for Defendant
   919 Third Avenue
13 New York, New York 10022
14 BY: MEGAN K. BANNIGAN, ESQ.
      MAI-LEE PICARD, ESQ.
15 mkbannigan@debevoise.com
   mpicard@debevoise.com
16
17
   DEBEVOISE & PLIMPTON LLP
18 Attorneys for Defendant
   650 California Street
19 San Francisco, California 94108
20 BY: CHRISTOPHER FORD, ESQ.
      csford@debevoise.com
21
22 ALSO PRESENT:
23    ANTON EVANGELISTA, Videographer
      KIMBERLY VAN VOORHIS, ESQ., Nike
24
25

Page 3

1
2        S T I P U L A T I O N S
3
4        IT IS HEREBY STIPULATED AND AGREED,
5 by and among counsel for the respective
6 parties hereto, that the filing, sealing
7 and certification of the within deposition
8 shall be and the same are hereby waived;
9        IT IS FURTHER STIPULATED AND AGREED
10 that all objections, except as to form of
11 the question, shall be reserved to the time
12 of the trial;
13        IT IS FURTHER STIPULATED AND AGREED
14 that the within deposition may be signed
15 before any Notary Public with the same
16 force and effect as if signed and sworn to
17 before the Court.
18        *    *    *
19
20
21
22
23
24
25

Page 4

1
2        THE VIDEOGRAPHER:  Good
3 morning.  We are going on the record
4 at 9:48 a.m. on February 8th, 2023.
5 Please note that the microphones are
6 sensitive and may pick up whispering
7 and private conversations.  Please
8 mute your phones at this time.  Audio
9 and video recording will continue to
10 take place unless all parties agree
11 to go off the record.
12        This is Media Unit 1 of the
13 video-recorded deposition of Joe
14 Pallett, taken by counsel for
15 plaintiff, in the matter of Nike
16 Incorporated versus StockX LLC, filed
17 in the United States District Court
18 for the Southern District of New
19 York, Case No. 1:22-cv-00983-VEC.
20 The location of the deposition is
21 Debevoise & Plimpton, 66 Hudson
22 Boulevard in New York City.
23        My name is Anton Evangelista
24 representing Veritext.  And I am the
25 videographer.  The court reporter is

Page 5

1
2 Anthony Giarro from the firm
3 Veritext.
4        I'm not authorized to
5 administer an oath, I'm not related
6 to any party in this action, nor am I
7 financially interested in the
8 outcome.
9        If there are any objections
10 to the proceeding, please state them
11 at the time of your appearance.
12        Counsel and all present will
13 now state their appearances and
14 affiliations for the record,
15 beginning with the noticing attorney.
16        MS. BANNIGAN:  Thank you.
17 Good morning.  I'm Megan Bannigan of
18 Debevoise & Plimpton on behalf of
19 StockX.  And with me are my
20 colleagues from Debevoise & Plimpton,
21 Mai-Lee Picard and Christopher Ford.
22        MS. DUVDEVANI:  Good
23 morning.  Tamar Duvdevani, DLA Piper,
24 on behalf of Nike, Inc.  With me is
25 my colleague, Marc Miller, also with

2 (Pages 2 - 5)



Page 14

1          JOE PALLETT
2
8          And you are designated to
9   speak on behalf of Nike on this topic;
10  correct?
11      A    Yes.
12      Q
18      A    Yes.
19      Q
23          MS. DUVDEVANI:  Objection.
24      A    Sorry.  Could you repeat
25  that?

Page 15

1          JOE PALLETT
2      Q    Yes.
3
7      A    No.
8      Q
13      Q    Good question.
14
17      A    I have an idea.
18      Q    Would that be a phrase that
19  you would use?
20
22      Q    Yes.
23      A    Yes.

Page 16

1          JOE PALLETT
2      Q
4      A    No.
5      Q

Page 17

1          JOE PALLETT
18      Q    Let's flip to Topic 31, same
19  document.
20          Before I ask you about 31,
21  did you do anything specifically to
22  prepare to testify on behalf of Nike on
23  the Topic 23 that we were just speaking
24  about?
25      A    We reviewed it and discussed

5 (Pages 14 - 17)



Page 122

1     JOE PALLETT
2     Q     Do you have an understanding
3 of why it's done that way?
4     A     No.
5          MS. BANNIGAN: I'm going to
6 switch to a new topic. We've been
7 going just about an hour. I don't
8 know if you want to take a break now
9 or go a little bit longer. We can
10 have lunch whenever you want to have
11 lunch. It's up to you.
12          MS. DUVDEVANI: It's 12:15.
13 We can go for another 15 minutes.
14 But if it's more convenient -- I mean
15 I'll ask the witness how he feels.
16          THE WITNESS: I'm fine with
17 another 15 minutes.
18          MS. BANNIGAN: I'm going to
19 mark as Exhibit 5, a document titled
[redacted] That's the
22 heading at the top, Bates Stamped
23 NIKE0039821 through 39826. And it's
24 FY20 Q3 NA Impact Report.
25          (The above-referred-to

Page 123

1     JOE PALLETT
2 document was marked as Exhibit 5 for
3 identification, as of this date.)
4     Q     Are you familiar with this
5 report?
6     A     These reports come out
7 quarterly. So I'm familiar with the
8 format of this report.
9     Q     What are these reports used
10 for?
[redacted] rotection is
14 taking to protect the brand.
15     Q     Are you involved in the
16 creation of these reports?
17     A     Only if I can provide a
18 particular highlight that is relevant to
19 the region, otherwise no.
20     Q     What kind of highlight are
21 you referring to?
22     A     Something particularly
23 interesting involving my space that
24 occurred in the region.
25     Q     Can you give me an example?

Page 124

1     JOE PALLETT
20     Q     So let's look at the next
21 page.
22     A     I'm sorry. Which page?
23     Q     Sorry. The second page.
24          Actually, let's go back to
25 the first page. Sorry.

Page 125

1     JOE PALLETT
2     A     Sure.



Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400



Page 138

1          JOE PALLETT

3    Q    You mentioned Newton Vieira.
4         Who is he and what is his
5    role?
6    A    Newton Vieira is the Nike
7    brand protection manager of the Americas
8    region.

15   Q    Did you have primary
16   responsibility from brand protection in
17   this project?
18       MS. DUVDEVANI:  Objection.
19   A    Yes.
20   Q    Outside of brand protection,
21   who was responsible for this project?

Page 139

1          JOE PALLETT

Page 140

1          JOE PALLETT
2

Page 141

1          JOE PALLETT

36 (Pages 138 - 141)



Page 154

1          JOE PALLETT

Page 156

1          JOE PALLETT
2    February 2019.
6    A     Yes.
7    Q     Just let me know when you're
8    ready.  I don't want to interrupt you
9    flipping through it.
10   A     Sure.
11         Okay.
12   Q     Anything that stood out to
13   you or surprised you as part of that
14   review that you just did?
15   A     Yes.
16   Q     What was that?
17   A     The screenshots of --
18   Q     What page are you on?
19   A     Sorry.
20   Q     If you look at the bottom,
21   there's small numbers in the bottom
22   right-hand corner.
23   A     Yeah.  I got 35629.

Page 155

1          JOE PALLETT
13         MS. BANNIGAN:  We're going
14   to mark as Exhibit 7, a document --
15   an e-mail and an attached deck,
16   NIKE0035610 through NIKE0035650, and
17   the deck is labeled ████ dated
18   February 2019.
19         (The above-referred-to
20   document was marked as Exhibit 7 for
21   identification, as of this date.)
22   Q     Have you seen this deck
23   before?
24   A     I have not.
25   Q     The cover of the deck is

Page 157

1          JOE PALLETT

40 (Pages 154 - 157)



Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400



Page 198

1              JOE PALLETT
2      A    What do you mean by roll
3    out?
4      Q    Fair enough.
5    [REDACTED]

Page 199

1              JOE PALLETT
2    [REDACTED]
3      Q    Why not or how is it
4    different?
5      A    I mean the team has evolved
6    and changed.  Some people have left; new
7    people have come in.
8      Q    Aside from accounting for
9    natural turnover, is it generally the
10   same group of people?
11            MS. DUVDEVANI:  Objection.
12     A    No.
13     Q    [REDACTED]
20     Q    Okay.
21           Aside from situations like
22   that, is it generally the same team?
23     A    [REDACTED]

Page 200

1              JOE PALLETT
[REDACTED]
23     A    No.
24     Q    So can you give me an
25   example?

Page 201

1              JOE PALLETT
2            MS. DUVDEVANI:  Objection.
3    [REDACTED]
24           MS. DUVDEVANI:  Objection.
25     A    Okay.  So -- I'm sorry.

51 (Pages 198 - 201)



Page 230

```
1              JOE PALLETT
2  access.
3     Q     Anything else?
4     A     No.
```

```
24    Q     Are you familiar with near
25  field communication technology?
```

Page 231

```
1              JOE PALLETT
2     A     To an extent, yes.
3     Q     That's referred to as NFC
4  technology; correct?
5     A     Yes.
```

Page 232

```
1              JOE PALLETT
```

Page 233

```
1              JOE PALLETT
```

```
21          MS. BANNIGAN:  I'm going to
22  mark as Exhibit 10, a document Bates
23  Stamped NIKE0029103 through 29104.
24  It is a June 29th, 2022 e-mail,
25  subject, "         Proposal."
```

59 (Pages 230 - 233)



Page 262

JOE PALLETT

1
2  to technology leadership about the work
3  that Manny and his team were doing.
4      Q      And what exactly were Manny
5  and his team doing?

10      A      Yes.
11      Q      It looks like there's
12  regular page numbers in this.  If you go
13  to the deck, there's a 6 in the lower
14  right-hand corner above the Bates Stamp.
15            It says

Page 263

JOE PALLETT

1

16            What is ED&A?
17      A      It stands for Enterprise
18  Data Analytics.
19      Q      What is that exactly?
20      A      It is a group within Nike
21  focused on developing analytics.

Page 264

JOE PALLETT

1
2  discussed earlier.
3      Q      What exactly do you mean by
4  the dashboards?

14      Q      Anything else that the ED&A
15  team does with the analytics, other than
16  create what you're able to see on the
17  dashboard?
18      A      It's a team that's broadly
19  used throughout Nike.  I'm not their only
20  client.
2

Page 265

JOE PALLETT

1

12      Q      What parts of this does
13  brand protection use?
14            MS. DUVDEVANI:  Objection.
15      A      I'm afraid I can't answer
16  that.  I don't know.  This would require
17  somebody with more technical expertise
18  than I have.
19      Q      Is there anything on here
20  that you actually use?

67 (Pages 262 - 265)

Page 266

1            JOE PALLETT

9        MS. BANNIGAN:  Want to take
10   a break?
11        MS. DUVDEVANI:  Sure.
12        THE VIDEOGRAPHER:  We are
13   now off the record.  The time on the
14   video monitor is 4:41 p.m.
15        (A short recess was taken.)
16        THE VIDEOGRAPHER:  We are
17   now back on the record.  The time on
18   the video monitor is 4:59 p.m.
19   Q        You mentioned earlier that
20   you were involved in Nike's investigation
21   into potential counterfeit shoes on
22   StockX in early 2022; correct?
23   A     The only investigation that
24   I'm involved with is the one

Page 267

1            JOE PALLETT
2   of product from StockX.
3   Q        That took place in early
4   2022?
5   A     Yes.

18   Q        How did brand protection get
19   involved?
20   A     Brand protection initially
21   got involved, as I said earlier,

Page 268

1            JOE PALLETT

7   Q        And so what happened --
8   well, let me back up.
9        You said brand protection
10   got involved when

15        So what did brand protection
16   do as a result of learning that?
17        MS. DUVDEVANI:  I'm just
18   going to -- you can testify about the
19   facts.  But counsel got involved.  So
20   please be careful with your answer.
21   I might cut you off, but hopefully
22   not.
23        THE WITNESS:  Thanks for the
24   heads up.
25   A     Once we learned that there

Page 269

1            JOE PALLETT
2   was a possibility that counterfeit
3   product was in these test purchases, I
4

8   Q        The actual purchases were
9   made by
10   A     Yes.
11   Q        Why were the purchases being
12   held in a facility in -- well, withdrawn.
13        Where was the facility, the
14        h facility where the products
15   were being held?
16   A     In the Netherlands.
17   Q        Why were the shoes being
18   held in the Netherlands?

25   Q        Did the purchases take place



Page 270

```
1              JOE PALLETT
2  in Europe?
3      A    I don't know.
4      Q    Were the purchases made in
5  Euros?
6      A    I don't know.
7      Q    You said that the shoes are
8  in Oregon now?
9      A    Yes.
10     Q    When did they get there?
11     A    I don't have a specific
12 date.  The shoes, you mean the three
13 pairs that we took from StockX?  Okay.  I
14 don't have a specific date.
15           But once Mary Ange made her
16 determination that those products were
17 counterfeit, she shipped them to me, and
18 then I brought them to world
19 headquarters.
20     Q    About when was that,
21 understanding you might not have the
22 exact date?
23     A    Late April 2022.
24     Q    Why did she ship them to
25 you?
```

Page 271

```
1              JOE PALLETT
2      A    Because we wanted to make
3  sure that they were secure.
4      Q    Any other reason?
5      A    We did at a certain point
6  inform our litigation team that
7  counterfeits had been found in a test
8  purchase from StockX.
9      Q    Any other reason?
10     A    No.
```



Page 272

```
1              JOE PALLETT
2          MS. DUVDEVANI:  Objection.
3      A    I don't know.
```

```
23     Q    Why did she visit the
24 facility and inspect them?
25          MS. DUVDEVANI:  Objection.
```

Page 273

```
1              JOE PALLETT
```

Veritext Legal Solutions
212-267-6868                    www.veritext.com                    516-608-2400



Page 274

1          JOE PALLETT

9          MS. DUVDEVANI:  Objection.
10    A    No.
11    Q    Why not?
12          MS. DUVDEVANI:  Objection.

Page 275

1          JOE PALLETT

Page 276

1          JOE PALLETT

3     A    Yes.
4     Q    So when Mary Ange went to
5  inspect the shoes, what did she do to
6  inspect the shoes?

15    Q    And what did she find?
16    A    She found that three of the
17  pairs of shoes that were suspicious of
18  being counterfeit were, in fact,
19  counterfeit.
20    Q    And so what did brand
21  protection do next with respect to those
22  counterfeit -- alleged counterfeit shoes?
23          MS. DUVDEVANI:  Objection.
24    A    Mary Ange took the product,
25  put them in a shipping box and sent them

Page 277

1          JOE PALLETT
2  to me.
3     Q    What did you do with them
4  once you received them?
5          MS. DUVDEVANI:  Objection.
6     A    I inspected them myself and
7  then stored them in the brand protection
8  evidence locker.
9     Q    How did you inspect them?

Veritext Legal Solutions
212-267-6868              www.veritext.com              516-608-2400

Page 354

```
1
2           C E R T I F I C A T I O N
3
4
5       I, ANTHONY GIARRO, a Shorthand
6   Reporter and a Notary Public, do hereby
7   certify that the foregoing witness, JOE
8   PALLETT, was duly sworn on the date
9   indicated, and that the foregoing, to the
10  best of my ability, is a true and accurate
11  transcription of my stenographic notes.
12      I further certify that I am not
13  employed by nor related to any party to
14  this action.
15
16
17
                _____
18              ANTHONY GIARRO
19
20
21
22
23
24
25
```

Page 355

```
1
2           ERRATA SHEET
        VERITEXT/NEW YORK REPORTING, LLC
3            1-800-727-6396
4   330 Old Country Road    7 Times Square
    Mineola, New York 11501  New York, New
5   York 10036
6   NAME OF CASE:  Nike versus StockX
    DATE OF DEPOSITION: February 8, 2023
7   NAME OF DEPONENT:   Joe Pallett
8
    PAGE LINE (S) CHANGE        REASON
9   ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18  ____|_____|_____|_____
19  ____|_____|_____|_____
20  ____|_____|_____|_____
21      _____
            JOE PALLETT
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS ____ DAY OF _____, 20__.
24
    _____  _____
25   (NOTARY PUBLIC)  MY COMMISSION EXPIRES:
```