# Exhibit 159

*Redacted Public Version*

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 1

```
 1        HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
 2                  UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
          NIKE, INC.,             :
 4              Plaintiff,        :  Case No. 22-cv-983
                                  :
 5              v.                :
          STOCKX LLC,             :
 6              Defendant.        :
          ------------------      :
 7
 8                  VIDEOTAPE DEPOSITION OF:
 9                    BARBARA DELLI CARPINI
10                     NEW YORK, NEW YORK
11                  TUESDAY, JANUARY 10, 2023
12
13
14
15
16
17
18
19
20
21
22
23
24       REPORTED BY:
         SILVIA P. WAGE, CCR, CRR, RPR
25       JOB NO. 5593380
```

Page 2

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2
3
                    January 10, 2023
4                   9:41 a.m.
5           Videotape deposition of BARBARA DELLI
6   CARPINI, held at the offices of DEBEVOISE &
7   PLIMPTON LLP, 919 Third Avenue, New York, New
8   York, pursuant to agreement before SILVIA P.
9   WAGE, a Certified Shorthand Reporter, Certified
10  Realtime Reporter, Registered Professional
11  Reporter, and Notary Public for the States of New
12  Jersey, New York and Pennsylvania.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2   A P P E A R A N C E S:
3
    DLA PIPER LLP (US)
4      Attorneys for Plaintiff
       1251 Avenue of the Americas 27th Floor
5      New York, New York 10020-1104
       (212) 335-4500
6      Tamar.duvdevani@dlapiper.com
       Marc.miller@us.dlapiper.com
7      BY: TAMAR DUVDEVANI, ESQ.
       BY: MARC MILLER, ESQ.
8
9   DEBEVOISE & PLIMPTON LLP
       Attorneys for Defendants
10     919 Third Avenue
       New York, New York 10022
11     (212) 909-600
       Mkbannigan@debevoise.com
12     Ksaba@debevoise.com
       Askapyur@debevoise.com
13     BY: MEGAN BANNIGAN, ESQ.
       BY: KATHRYN SABA, ESQ.
14     BY: ANITA KAPYUR, ESQ.
15
16  A L S O  P R E S E N T:
17
    KIMBERLY VAN VOORHIS, ESQ.
18  IN-HOUSE NIKE
19
    MARCELO RIVERA
20  VIDEOGRAPHER
21
22
23
24
25

Page 4

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2                    I N D E X
3   WITNESS: BARBARA DELLI CARPINI        PAGE
4   EXAMINATION BY MS. BANNIGAN            9
    EXAMINATION BY MS. DUVDEVANI          271
5   EXAMINATION BY MS. BANNIGAN           277
6            E X H I B I T S
7   NO.         DESCRIPTION         PAGE
8   Exhibit 1   Notice of Deposition of Nike,  16
9               Inc.
    Exhibit 2   presentation titled, "Dolos,"  85
10              NIKE0040131 to NIKE0040160
11              marked Highly Confidential -
                Outside Counsel's Eyes Only
    Exhibit 3   Plaintiff Nike Inc.'s         120
12              Supplemental Responses and
                Objections to Defendant
13              StockX LLC's Second Set of
                Interrogatories
14  Exhibit 4   document titled, ████████
                ████████" NIKE0035919
15              marked Highly Confidential -
                Outside Counsel's Eyes Only
16  Exhibit 5   presentation titled, "████    174
                NIKE0035611 to NIKE0035650
17              marked Highly Confidential -
                Outside Counsel's Eyes Only
18  Exhibit 6   enlarged spreadsheet produced 184
                in native NIKE0039044
19  Exhibit 7   Plaintiff Nike Inc.'s         185
                Responses and Objections to
20              Defendant's StockX LLC Third
                Set of Interrogatories
21  Exhibit 8   enlarged spread sheet         205
                NIKE0039436
22  Exhibit 9   5/12/22 e-mail from           255
                ████████gmail.com to
23              Counterfeit@Nike.com
                NIKE0040617 marked
24              Confidential
25

Page 5

1   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2            E X H I B I T S
3   NO.         DESCRIPTION         PAGE
4   Exhibit 10  5/12/22 e-mail 0040617 from   257
                ████████@gmail.com to
5               Counterfeit@Nike.com
                NIKE0040620 to NIKE0040623
6               marked Confidential
7
           PREVIOUSLY MARKED EXHIBITS
8
    NO.         DESCRIPTION         PAGE
9
              NONE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 218
1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
3     (Stenographer clarification.)
5     I don't know if that
6 has been put on record.

Page 219
1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
3     Q. But as we're sitting here today, do
4 you know the details of any?
5     MS. DUVDEVANI: Objection.

Page 220
1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 221
1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

56 (Pages 218 - 221)



25        MS. DUVDEVANI:  Objection.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



Page 226
1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
23 Q. Anything else?
24 A. Those are the main principles we
25 discuss with them.

Page 227
1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
8 Q. Yeah, I mean, have you -- so my
9 understanding is from test purchases you found
10 four or six alleged counterfeits from StockX.
11 A. Four.
12 Q. Four from StockX?
13 A. (No response.)

Page 228
1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Page 229
1 HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

58 (Pages 226 - 229)

Page 278

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2  with Bates No. 144 please.
3     A.  Uh-huh.

Page 279

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

12     A.  Correct.
13        MS. BANNIGAN:  Okay.  I have no
14  further questions.
15        MS. DUVDEVANI:  Okay.  Neither do I.
16        THE VIDEOGRAPHER:  The time is
17  5:07 p.m. and we're going off the record.
18        (Time noted: 5:08 p.m.)

Page 280

1  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
2      C E R T I F I C A T E   O F   R E P O R T E R
3      I, SILVIA P. WAGE, a Certified Shorthand
4  Reporter, Certified Realtime Reporter and Registered
5  Reporter, herby certify that the witness in the
6  foregoing deposition was by me duly sworn to tell
7  the truth, the whole truth, and nothing but the
8  truth in the within-entitled cause; that said
9  deposition was taken down in shorthand by me, a
10  disinterested person, at the time and place
11  therein stated, and that the testimony of the
12  said witness was thereafter reduced to typewriting,
13  by computer, under my direction and supervision;
14  that before completion of the deposition, review
15  of the transcript [X] was [ ] was not requested.
16  If requested, any changes made by the deponent
17  (and provided to the reporter) during the period
18  allowed are appended hereto.
19     I further certify that I am not of counsel
20  or attorney for either or any of the parties to
21  the said deposition, nor in any way interested in
22  the event of this cause, and that I am not
23                                        es thereto.
24
                                    January 12, 2023.
25  License No. 30X100182700

Page 281

1  Tamar Duvdevani, Esq.
2  Tamar.duvdevani@dlapiper.com
3           January 12, 2023.
4  RE: Nike, Inc. v. Stockx LLC
5  1/10/2023, Barbara Delli Carpini (#5593380)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  awilliams@veritext.com.
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19   If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25