# Exhibit 160

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC. )
)
vs. ) CASE NO. 1:22-cv-00983-VEC
)
STOCKX, LLC )

ORAL VIDEOTAPED DEPOSITION
DEJONGH WELLS
August 30, 2023

ORAL VIDEOTAPED DEPOSITION OF DEJONGH WELLS, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 30th day of August, 2023, from 9:43 a.m. to 3:03 p.m., before Shauna Foreman, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of DLA Piper, 845 Texas Avenue, Suite 3800, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

APPEARANCES

FOR PLAINTIFF:
MICHAEL FLUHR, ESQ.
GABRIELLE VELKES, ESQ.
DLA PIPER
555 Mission Street
Suite 2400
San Francisco, California 94105

FOR DEFENDANT:
MEGAN K. BANNIGAN, ESQ.
KATHYRN C. SABA, ESQ.
DEVEBOISE PLIMPTON
66 Hudson Boulevard
New York, New York 10001
E-mail: mbannigan@debevoise.com

ALSO PRESENT:
Cynthia Joseph, Videographer
Kim Van Voorhis

INDEX

PAGE
DEJONGH WELLS
Examination by Mr. Fluhr ..........................4
Examination by Ms. Bannigan .....................128
Further Examination by Mr. Fluhr ................133

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Deposition | 7 |
| Exhibit 2 | Expert Report | 15 |

THE VIDEOGRAPHER: Good morning. We're on the record at 9:43 a.m. Today is August the 30th, 2023.

This is the video-recorded deposition of Dee Wells taken in the matter of Nike, Inc. versus StockX, LLC. The case number is 22-cv-00983. This location of the deposition is 845 Texas Avenue, Houston, Texas 77002. My name is Cynthia Joseph, representing Veritext. We also have Shauna Foreman, representing Veritext.

DEJONGH WELLS,
having been first duly sworn, testified as follows:

EXAMINATION

THE VIDEOGRAPHER: Will counsel please state their appearances and affiliations for the record?

MR. FLUHR: Yes. Michael Fluhr on behalf of plaintiff Nike, from DLA Piper.

MS. VELKES: Gabrielle Velkes on behalf of Nike from DLA Piper.

MS. BANNIGAN: Good morning. Megan Bannigan from Debevoise & Plimpton on behalf of StockX, and with me is my colleague from Debevoise & Plimpton, Kate Saba.

Q. (BY MR. FLUHR) All right. Good morning,

Mr. Wells.
A. Good morning.
Q. How are you doing today?
A. I'm doing well.
Q. Have you ever been deposed before?
A. No, I have not been deposed before. My first time.
Q. Welcome.
A. Thank you.
Q. So I'm sure your attorney went over this with you and we'll talk about what preparation you did for the deposition, but I just want to go over a few very basic rules.
This is a deposition. I'll be asking you questions, and you'll be answering them under the oath that you just took.
Do you understand that?
A. I do understand that.
Q. The court reporter will be recording everything that we say. I would ask that you allow me to finish my question before you begin your answer.
Can we agree to that?
A. Yes, we can.
Q. All right. If you don't understand my

Page 90

are aware of it. Some even will post and share that information freely that I see on Twitter, on Instagram, and elsewhere and say, "Hey, this is just part of the game. Chalk it up. I look an L today, and I got got."

Q. We'll talk about the consumers who -- or the sneakerheads who intentionally buy counterfeits, but save for those sneakerheads, what's the reaction when a sneakerhead buys a shoe they find to be counterfeit when they got got?

A. When someone finds out that they end up with a counterfeit pair of sneakers, I'm sure, as I would, go through a range of emotions from my hard-earned money is now gone, I can't wear these for fear of them falling apart, but also my reputation. There's a whole -- I'm sure for all of us there's a myriad of things that go through our mind. I know when I purchased a pair of sneakers that I thought were real and it ended up them being fake, I went through that range of emotions. I was -- I was upset because, again, I work really hard to do my research, spend my hard-earned money on these products. But I turn those products now into examples that I use through the SOLEcial Studies program to teach and to show how much things have changed even within the

Page 91

counterfeit sneaker market.

Q. We've been talking generally that sneakerheads are aware that counterfeits exist.

Do you or do sneakerheads perceive that counterfeits are more common when purchased from certain sources rather than others?

A. Can you clarify the sources?

Q. Let's go through a few examples. You've purchased shoes from Nike.com?

A. Yes, I have purchased shoes from Nike.

Q. Would you expect counterfeits to be sold on Nike.com?

A. No, I would not.

Q. Are you aware of any counterfeits ever having been sold from Nike.com?

A. No, I have not.

Q. I assume that's also true if you bought shoes directly from ASICS or Adidas or another shoe manufacturer?

A. I trust that I would be buying authentic shoes directly from the brand, yeah.

Q. Are there any other places you would buy direct other than from the brand directly where you would not expect some risk of counterfeits?

A. Repeat the question one more time.

Page 92

Q. Are there any other sources of sneakers other than directly from the manufacturer where you would not expect to find some risk of counterfeits?

A. No.

Q. I'm going to guess that some secondary sources -- can we refer to them as secondary sources, sources other than the manufacturer?

A. Secondary sources? Can you clarify a little bit? Like, are you thinking of anyone specifically?

Q. No, I'm not.

A. Okay. Just talking secondary sources. Got you.

Q. And if you have a term you prefer, we can use that term.

A. That's fine, secondary sources. Yeah.

Q. In your perception, are some secondary sources more likely to have counterfeits for sale than others?

A. Yes, there are. There are some -- some sources that do.

Q. What are some sources that you think are more likely to have counterfeits?

A. Counterfeit sneakers -- some secondary sources I think of are eBay being the first, you

Page 93

know, secondary source that comes to mind, yeah.

Q. Do you have an opinion as to whether counterfeits are more common on eBay than on StockX?

A. I certainly do have an opinion on that. I believe that there's more counterfeit fake sneakers on eBay than there are on StockX.

Q. What's your basis for that opinion?

A. One, my personal experience with getting counterfeit sneakers on eBay. But with StockX because of their verification program, I believe that at least they are looking at all those products. But I would be remiss to also say that now eBay does also have a verification program, as well.

Q. What percentage of Nike sneakers sold on StockX are counterfeit?

A. I don't know how many sneakers are sold. I mean, every -- every pair of sneakers, my understanding, goes through their authentication program.

Q. What percent of Nike sneakers sold on eBay are counterfeit?

A. I have no idea. My expertise is really on culture. But specifically looking at StockX, that information wasn't shared with me.

Page 118

$600 on StockX for that sneaker?
MS. BANNIGAN: Objection.
A. I don't know who would be willing to pay so much more. But again, sneakerheads are being -- are so savvy, there may be someone. There may be that consumer out there who's willing to buy the more expensive sneaker on StockX. Why? Because they know that someone has actually laid eyes on that sneaker, touched that sneaker, and if for some reason that sneaker is -- is a fake pair of sneakers, that StockX will gladly take them back and give them back their money, whereas I don't know if that's the same on GOAT's side.
Q. (BY MR. FLUHR) Let's change the price again.
What if the price on StockX were $3,000 and the price on Goat were 300? Would you expect someone, even a sneakerhead, to purchase the sneakers on StockX for $3,000?
A. There is that possibility. Again, someone may say, "I prefer to only shop with StockX," just like someone saying I only choose to buy XYZ car brand. But there's always the possibility that someone looking at their -- again, their purse, their wallet, their, you know, what they have, that's --

Page 119

they are going to decide what they are going to decide, you know.
Q. Would you expect a sneakerhead to do that?
A. I wouldn't expect a sneakerhead to overpay that much for a sneaker, but there are always those people who are just outside that bubble who, you know, they are willing to do that because of perception. It's not an end-all, be-all, catch-all scenario.
Q. I would like you to turn to Page 41 of your report.
A. Okay. I'm there.
Q. If you look at the paragraph, Paragraph 94, you write, "The perceived quality of Nike sneakers has reportedly decreased in the past two decades."
Who perceives that?
A. Sneakerheads perceive that, that the quality of Nike sneakers has decreased over these past two decades.
Q. Do you perceive that?
A. I do perceive that, as well.
Q. Tell me what you perceive about that.
A. The lines between sneakers that were released, say, in the Eighties and Nineties is very different than the quality of sneakers that are

Page 120

released today. Prime example, Nike Air Force 1, which is one of the most popular-selling sneakers worn by Moses Malone 1982, that sneaker used to be made of tumbled leather. That sneaker now in 2023 is no longer made of tumbled leather. It's synthetic material.
So the quality is going down while the price point has gone up. And this is something that unfortunately the sneakerhead community has just accepted it because we have to.
Q. Are there any sneakerhead community that don't perceive a decrease in quality of Nike sneakers over the past two decades?
A. Of all the sneakerheads I talk to and jack with, they -- they will attest to that. They will gladly or have gladly shared photos, comparisons side by side of sneakers, be it a Jordan sneaker, be it an Air Force 1, comparing and contrasting one made one year, another one made even just the following year, the decrease in materials.
Q. What about non-sneakerheads? Do you have any opinions or thoughts about how common that perception is in the non-sneakerhead community?
A. I refer to them as general consumers. They, too, are aware of the decrease in quality

Page 121

materials. This is a topic that comes up pretty often in terms of perceived quality of materials in Nike sneakers, and what the general consumer is saying echos exactly what the sneakerhead community is saying and they mirror each other.
Q. I assume that there are non-sneaker -- what did you call them before?
A. I call them general consumers.
Q. I assume there are general consumers who do not share in this perception; is that correct?
A. I'm sure that there are. There's always going to be people on the periphery that no matter what you tell them, they won't agree with that statement, and that's okay. But sneakerheads are very aware of the decrease in quality materials.
Q. Are you aware of any surveys of sneakerheads with respect to their perception of quality of Nike sneakers?
A. I can't think of any -- any surveys, either formal or -- more of the conversation that we're having these days with sneakerheads is people sharing photos, even producing entire videos on YouTube of the sneaker that they received and showing and talking about the perceived quality decreasing.
Q. And similarly, are you aware of any surveys

Page 134

given by Mr. Dee Wells. The time now is 303. Thank you.

(Whereupon the deposition was adjourned.)

(Signature not requested.)

_______________________________

DEJONGH WELLS

Subscribed and sworn to before me

this __ day of ___________, 2023.

________________________________

Notary public

Page 135

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC. )
)
vs. ) CASE NO. 1:22-cv-00983-VEC
)
STOCKX, LLC )

REPORTER'S CERTIFICATE
ORAL VIDEOTAPED DEPOSITION OF DEJONGH WELLS
August 30, 2023

I, Shauna Foreman, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, DeJongh Wells, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition was delivered to Michael Fluhr.

That a copy of this certificate was served on all parties and/or the witness shown herein on _____________________.

I further certify that pursuant to FRCP Rule 30(f)(1), the signature of the deponent:

____was requested by the deponent or a party before the completion of the deposition and that the signature is to be before any notary public and returned within 30 days (or ______ days, per agreement of counsel) from date of receipt of the transcript. If returned, the attached Changes and Signature page contains any changes and the reasons therefor;

__x___was not requested by the deponent or a party before the completion of the deposition;

I further certify that I am neither counsel for, related to, nor employed by any parties or attorneys in the action in which this testimony is taken, and further that I am not financially or otherwise interested in the outcome of this action.

Certified to by me on this the 1st day of September, 2023.

Shauna Foreman

Shauna Foreman, CSR
Texas CSR 3786
Expiration: 10/31/2025

Page 136

Page 137

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Nike, Inc. v. Stockx, LLC
DATE OF DEPOSITION: 8/30/2023
WITNESSES' NAME: DeJongh Wells

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |
| ____ | _______ | _________________________ | _____________________ |

_______________________
DeJongh Wells

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ___________, 20__.

__________________ (NOTARY PUBLIC) ____________________ MY COMMISSION EXPIRES:

**Deposition Date: 8/30/2023**
**Deponent: DeJongh Wells – Errata Sheet**
**Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 11:16 | **Bato** Shoe Museum | **Bata** Shoe Museum | Transcription Error |
| 12:16-17 | Out of the Box, the Rise of Sneaker Culture | Out of the Box**:** The Rise of Sneaker Culture | Typographical Error |
| 12:25 | to help curate | to help **co-**curate | Transcription Error |
| 13:3 | The question one more time**.** | The question one more time**?** | Typographical Error |
| 13:13-15 | I worked with them to -- once I formulated my opinion **to** go and find supporting materials as footnoted in my expert report | I worked with them to - once I formulated my opinion - to go and find supporting materials as footnoted in my expert report | Typographical Error |
| 18:9 | they are a **touch home point** | they are a **touchpoint home** | Clarification |
| 18:17-18 | **It** was just someone that | **I** was just someone that | Clarification |
| 19:2 | since really 1979 | since, really, 1979 | Typographical Error |
| 19:3-4 | I start **a lot of times** often with | I start often with | Clarification |
| 19:20 | New Balance **9 --** 990s | New Balance 990s | Clarification |
| 21:9 | **lash hot** | **last shot** | Transcription Error |

**Deposition Date: 8/30/2023**
**Deponent: DeJongh Wells – Errata Sheet**
**Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 21:10 | **lash hot** | **last shot** | Transcription Error |
| 21:20 | that signature was not **you** authenticate | that signature was not authentic | Transcription Error |
| 23:10 | **esthetic** | **aesthetic** | Typographical Error |
| 23:15 | **like e**.com | **Nike**.com | Transcription Error |
| 23:21 | **esthetics** | **aesthetics** | Typographical Error |
| 23:25 | **esthetics** | **aesthetics** | Typographical Error |
| 24:11-12 | put a finger one | put a finger **on** | Transcription Error |
| 25:6 | moving more higher up | moving more **and** higher up | Transcription Error |
| 29:6 | I have not purchased sneakers StockX | I have not purchased sneakers **on** StockX | Transcription Error |
| 30:24 | I don't. | I don't **recall**. | Clarification |
| 35:5-6 | Based upon the information that I **had, research** that I did, | Based upon the information that I **had and the research** that I did, | Clarification |

**<u>Deposition Date</u>: 8/30/2023**
**<u>Deponent</u>: DeJongh Wells – Errata Sheet**
**<u>Case Name</u>: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 37:1 | It was Air Jordan 7 Bordeaux | It was **an** Air Jordan 7 Bordeaux | Transcription Error/ Clarification |
| 38:15 | Through SOLEcial Studies Community Academy | Through SOLEcial Studies Comm**UNITY** Academy | Typographical Error |
| 38:19 | certainly beyond about sneakers **in** the culture | certainly beyond about sneakers and the culture | Transcription Error |
| 39:4 | very well fake pair of sneakers | very well **made** fake pair of sneakers | Clarification |
| 39:6-7 | pair of **sneaker** | pair of **sneakers** | Transcription Error |
| 40:2-3 | the sneaker world game/community | the sneaker world**,** game**,** community | Typographical Error |
| 40:13 | there **maybe** probably less than 20 | there **may be** probably less than 20 | Typographical Error |
| 40:23 | Some of the things I look at for -- may be | Some of the things I look for **in telling a sneaker**-- may be | Transcription Error/ Clarification |
| 42:14-15 | drawing the sneakers **on** maybe pen and pencil | drawing the sneakers **with** maybe pen and pencil | Clarification |

**Deposition Date: 8/30/2023**
**Deponent: DeJongh Wells – Errata Sheet**
**Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 43:2 | Color and **matter** | Color and **material** | Transcription Error |
| 43:14 | The shape, be it the toe box | The shape **of the sneakers**, be it the toe box | Transcription Error |
| 44:6 | **debray (phonetic)** | **dubrae** | Typographical Error |
| 45:18 | are interchangeable | are **not** interchangeable | Clarification |
| 47:3 | **Rebok** | **Reebok** | Typographical Error |
| 47:13 | **Perfect** example is work that I've done | **A perfect** example is work that I've done | Transcription Error |
| 47:20 | **esthetics** | **aesthetics** | Typographical Error |
| 47:22 | **esthetics** | **aesthetics** | Typographical Error |
| 47:23 | **esthetics** | **aesthetics** | Typographical Error |
| 49:5 | **fly wire** | **Flywire** | Typographical Error |
| 50:9-10 | that have **with stood** the test of time | that have **withstood** the test of time | Typographical Error |

**<u>Deposition Date</u>: 8/30/2023**
**<u>Deponent</u>: DeJongh Wells – Errata Sheet**
**<u>Case Name</u>: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 50:11-12 | that don't last that are even falling apart | that don't last**,** that are even falling apart | Typographical Error |
| 52:6 | I'm not sure I understand the question**s**. | I'm not sure I understand the question. | Transcription Error |
| 56:16 | just **at** a | just **that** a | Transcription Error |
| 58:18-19 | depicted on the **images** associated with the NFT | depicted on the **image** associated with the NFT | Transcription Error |
| 58:22-23 | Other than it means clearly stated **what it is** there. | Other than **that** it means **what is** clearly stated there. | Transcription Error |
| 61:1 | I don't. | I don't **recall**. | Transcription Error |
| 61:11 | as I **defined** it. | as I **define** it. | Transcription Error |
| 63:13-14 | there's a bunch of question marks that I would ask **throughout** that person if I were sitting with him | there's a bunch of question marks that I would ask that person if I were sitting with him | Clarification |
| 65:24 | **esthetics** | **aesthetics** | Typographical Error |
| 66:16 | themself a sneakerhead. | **themselves** a sneakerhead. | Clarification |

**Deposition Date: 8/30/2023**
**Deponent: DeJongh Wells – Errata Sheet**
**Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 67:22-23 | **even** being part of this community in sneaker meet-ups -- | **and** being part of this community **even** in sneaker meet-ups -- | Transcription Error |
| 67:24 | **H Town** Sneaker Summit | **H-Town** Sneaker Summit | Typographical Error |
| 67:25 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 71:2 | Sneakerheads, again, know, trust StockX. | Sneakerheads, again, know **and** trust StockX. | Clarification |
| 71:3 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 76:25 | sneakerhead culture. | sneakerhead culture **and hype.** | Transcription Error |
| 78:18 | 150 pair | 150 pair**s** | Transcription Error |
| 80:3-4 | So that was a battle that we went back and forth for quite a time. | released. So that was a battle that we went back and forth **on** for quite a time. | Clarification |
| 81:12 | or have on **even** display. | or **even** have on display. | Clarification |
| 82:18 | in **speak** culture | in **sneaker** culture | Transcription Error |

| **<u>Deposition Date</u>: 8/30/2023**<br>**<u>Deponent</u>: DeJongh Wells – Errata Sheet**<br>**<u>Case Name</u>: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)** | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 83:24 | **Because** that's a conversation that **it** is | **So** that's a conversation that **there** is | Transcription Error/ Clarification |
| 85:17 | **Nike Talk** | **NikeTalk** | Typographical Error |
| 85:17-18 | **In Style Shoes** | **InStyleShoes** | Typographical Error |
| 85:20-21 | **H Town** Sneaker Summit | **H-Town** Sneaker Summit | Typographical Error |
| 89:21 | LinkedIn, Twitter, Instagram | **posts on** LinkedIn, Twitter, Instagram | Transcription Error |
| 90:21 | I **work** really hard | I **worked** really hard | Transcription Error |
| 90:23 | I **turn** those products | I **turned** those products | Transcription Error |
| 91:10 | I have purchased shoes from **Nike** | I have purchased shoes from **Nike.com** | Transcription Error |
| 91:20-21 | I trust that I would be buying authentic shoes directly from the brand, **yeah**. | I trust that I would be buying authentic shoes directly from the brand, **yes. ASICS or any brand directly.** | Transcription Error |
| 102:21 | mindful **in** where I'm buying | mindful **of** where I'm buying | Transcription Error |
| 103:6 | sneaker purchase | sneaker **I** purchase | Transcription Error |

**Deposition Date: 8/30/2023**
**Deponent: DeJongh Wells – Errata Sheet**
**Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 105:25-106:1 | I **think** certainly even talk to people | I certainly even talk to people | Transcription Error |
| 106:24 | "These sneakers are fake." | "These sneakers**, I believe,** are fake." | Transcription Error |
| 107:11 | they **believe** were a fake | they **believed** were fake | Transcription Error |
| 111:8 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 111:10 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 111:11 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 111:19 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 111:22 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 112:5 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 112:7 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 112:17-18 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 113:12 | some people use the **words** "frugal" | some people **would** use the **word** "frugal" | Transcription Error/ Clarification |

**Deposition Date: 8/30/2023**
**Deponent: DeJongh Wells – Errata Sheet**
**Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)**

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 114:10 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 115:21 | I want to make sure that we're clear. | **I am familiar with that.** I want to make sure that we're clear. | Transcription Error |
| 116:2 | **Kelly** Blue Book | **Kelley** Blue Book | Typographical Error |
| 116:13-14 | Even though StockX is **itself Kelly** Blue Book | Even though StockX is **the Kelley** Blue Book | Transcription Error / Typographical Error |
| 117:17-18 | there's risk involved **and** they could end up with a fake | there's risk involved **that** they could end up with a fake | Transcription Error |
| 124:9-10 | they do **receiving** training | they do **receive** training | Transcription Error |
| 126:17 | that have verification **process** | that have verification **processes** | Transcription Error |
| 127:20 | StockX customers **would** have purchased | StockX customers **who** have purchased | Transcription Error |
| 129:10 | "Is he a sneakerhead, or **is** he" | "Is he a sneakerhead, or **isn't** he" | Clarification |

| **Deposition Date: 8/30/2023**<br>**Deponent: DeJongh Wells – Errata Sheet**<br>**Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)** | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 130:13 | my **corrections** to the sneaker community | my **contributions** to the sneaker community | Transcription Error |
| 131:19-20 | the people that I talk to in real life on message boards | the people that I talk to in real life**,** on message boards | Typographical Error |
| 132:9-10 | that **they** are products that are in high demand | that **there** are products that are in high demand | Transcription Error |

I, DeJongh Wells, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on August 30, 2023; that I have made such corrections as appear noted herein; and that my testimony as contained herein, as corrected, is true and correct.

DATED this 2nd day of October, 2023.

D. Wells

DeJongh Wells