# Exhibit 162



# GET HELP

What can we help you with?

## WHAT IS NIKE BY YOU?

With **Nike By You**, you can customize Nike shoes and let your imagination run wild. There are three ways to create your one-of-a-kind shoe:

- Visit **Nike By You** to see the styles you can customize (including lifestyle and performance shoes).
- Explore the **newest Nike By You shoes**.
- Watch for "Customize" and "Design Your Own" images as you shop for shoes.

Ready to make your mark?

**CUSTOMIZE**

And one more thing, Nike Members have exclusive access to Nike By You products, so you'll need to be a Nike Member to purchase Nike By You shoes. Not a Member yet? **Join us**.

## FAQs

### How does Nike By You work?
Once you've selected a Nike By You shoe, click "Customize" and we'll guide you through your options. As you customize, we'll update the product images so you can see your design in action. You can even add a Personal iD (PiD) to some styles—see our **PiD guidelines** for more information on what messages can and cannot be used.

### How long will it take to get Nike By You shoes?
We'll deliver your custom design in two to six weeks—delivery time varies by style. And

when you complete your design and add the shoes to your bag, we'll show you an estimated arrival date during checkout.

### Do I have to be a Nike Member to buy Nike by You shoes?

Yes, <u>Nike Members</u> have exclusive access to Nike By You products, so you'll need to sign in to your Nike Member profile during checkout to complete your purchase. If you're not a Member yet, <u>join us</u>.

### Can I return Nike By You shoes?

Yes, Nike By You shoes are included in our return policy.





## Help Us Improve
Was this page helpful?



Yes

👎

No

**Related**

### HOW LONG DOES IT TAKE TO GET A NIKE BY YOU ORDER?

## Contact Us



**Chat with us**

Products & Orders: 4 am - 11 pm PT

7 days a week



**Call us**

1-800-806-6453

Products & Orders: 4 am - 11 pm PT, 7 days a week

NRC, NTC & .SWOOSH: 8 am - 5 pm PT, Mon - Fri

Company Info & Inquiries: 7 am - 4 pm PT, Mon - Fri

📍 **Find a Store**

Resources ∧

Gift Cards

Find a Store

Membership

Nike x NBA

Nike Journal

Site Feedback

Help ⌄

Company ⌄

Promotions & Discounts ⌄

🌐 United States

© 2024 Nike, Inc. All Rights Reserved

Guides ⌄

Terms of Sale

Terms of Use

Nike Privacy Policy

☑️ Your Privacy Choices

CA Supply Chains Act