# Exhibit 163

Hello Cryzia,
I have two questions here.
Though we are custom shoes. But we can prepare for the stock ready for sale. We can design and produce ahead of time. Let me know if that will meet Stock X requirements.
Secondly, You mentioned other sites for custom sneakers. What would be your suggestion? Sorry if this is something not your duty to answer me but we just really curious to know where we can put our art work
Thanks

On Tue, Feb 1, 2022 at 10:34 PM support@stockx.com <support@stockx.com> wrote:

> Hello Yulei,
>
> Thanks for reaching back out to StockX, I hope you are doing great so far! I understand you would like to sell an original pair of shoes on our platform, I will be happy to assist you today!
>
> After reviewing the pictures you have sent us, unfortunately, StockX does not accept custom designs since the sneakers must be "Deadstock" as authentic, new, unworn pair of sneakers. They are complete with the original box including the box lid and the box label indicating the shoe size, as would be acceptable for sale at a retail location and as these are customs they do not have an original box. We accept brands such as Adidas, Nike, Jordans, among others. I saw the pictures and in my personal opinion, the shoes are incredible and totally unique! I love how they look and although you cannot sell them through us they are other websites that could take these awesome shoes because they are truly beautiful!
>
> Hoping I was able to resolve this matter for you and feel free to reach back out with any further questions or concerns. Thank you so much for being part of the StockX family. Have a lovely and peaceful rest of the day and remember, it is never too late to get started on a new path of success!
>
> Best wishes,
> Cryzia

Confidential
STX0265095