# Exhibit 164



Home / Search                                                                         Sort: Featured  ⌄

Browse **0** results for ""nike by you""

Clear All    Search: ""nike by you"" ⊗

No results found. Try changing or clearing your filters.

 **StockX Verified**
StockX Verified is our own designation and means that we inspect every item, every time.
Learn More

 **Our Promise**
We strive to earn and keep your trust. If we make a mistake, we'll make it right.
Learn More

 **Start Selling ASAP**
You can start selling on StockX in just a few clicks, no application process necessary.
Learn More



"nike by you" at StockX

Español (US)    Español (ES)