# Exhibit 166

Hi Shaun,

I am extremely dissatisfied with this customer service. The shoe IS FAKE and you claim to sell 100% authentic shoes. I have real Nike Dunks that I am able to compare to the pair I was sold on StockX. That should be reason enough to be eligible for a refund. I would like a number to call in regards to this case. "Manufacturing errors" do not result in a fake looking and smelling shoe; if it did, many other buyers would not have the issue that I am having.

On Wed, 29 Jun 2022 at 11:53 am, support@stockx.com <support@stockx.com> wrote:
> Hey Lina,
> Thank you for reaching out to us on StockX and for your reply.
> First of all, I apologize for the delayed response as we are experiencing a higher volume. I appreciate you taking the time to send us the photos of your purchase, and I apologize that the item you received is not exactly what you expected.
> After reviewing the images, our authenticators see that these flaws you are seeing do meet our deadstock conditions. The issue you refer to has been a consistent manufacturing variance throughout its production.
> While I understand that you are not completely satisfied with this purchase, please remember that these have been manufactured in a factory that has resulted in natural flaws due to mass production.
> It is with a heavy heart that I must inform you that, after much effort and referral to our specialty team, we are not able to approve the return/refund for this order. I apologize in advance for such a difficult announcement. It is my sincere hope that this situation does not dampen your intention to buy and sell via the StockX website. However, I can confirm that the item you are receiving is authentic.
> If you do not wish to keep them, you are always welcome to relist them back on StockX! Please let us know if you need anything else.
> Thank you for choosing StockX as your preferred online shopping platform.
> Best Regards,
> Shaun A.
> StockX Customer Support

Confidential                                                                                                                                    STX0235251