# Exhibit 168

No that is not correct , Any flaw which is on the shoe would not be sent out to the market from the original distributor (Nike factory) ,it would be thrown away or re-edited to match the desired default form.As you can see from the photographical evidence this is not a �slight flaw or uncontrollable imperfection� there is a chunk of fabric flapping out the shoe, it would have been cut off to show that it�s real. In this case (as the product is a Nike Sb Zoom Blazer mid) many sources have confirmed that inconsistencies with stitching on (specifically) Nike shoes are not authentic whether dead stock or not . For e.g
https://www.yournextshoes.com/fake-nike-shoes/

This is clearly a fake , there is no signs of ageing there is inconsistent stitching and excess fabric on the shoe , it�s a counterfeit , your verification team made a big mistake in verifying the shoe ; as the fault on the left side of the shoe is clearly visible , I am not accepting a thirty dollar discount code , you�ve taken money from me and in return have given me a fake item which was listed to be 100% authentic , that is false advertising which is illegal and unlawful as it shows signs of negligence ,false representation, moral fraud , actual fraud or constructive fraud and concealment (Ballentines law dictionary 1948).

I�ve fulfilled my duties on my side , the shoes and box are in the same condition and the tag has not been removed .In addition I have complied with the guidelines of Contact which states that I need to �contact the StockX team within three business days� your terms and conditions clearly state you make exceptions if �usually in the case we made a mistake, https://stockx.com/help/en GB/articles/What-do-I-do-if-I-have-a-problem-with-my-product (19/01/2022 - date last reviewed)

Your team has made a huge mistake and I am not going to suffer the loss of my hard earned money because someone tried to label the counterfeit as �normal imperfections of aged dead stock� or no one bothered to check the left shoe more closely.

This is theft , send me a return label so I can send it back to the company you represent in order to receive the money which I am owed , so this doesn�t escalate into legal ramifications.

All the best,

Michael.

On Thu, 17 Feb 2022 at 07:53, support@stockx.com <support@stockx.com> wrote:

> Hello Michael!
>
> Thank you so much for your patience kind answer and for providing me with the information requested.
>
> As with sneakers sold at retail, some pairs will pass "Deadstock" inspection despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections that are uncontrollable. In addition, all "Deadstock" sneakers must come in the original box, which may have encountered minimal damage from shipping, discoloration from storage, and/or any normal wear and tear due to aging.
>
> I understand you do not feel completely satisfied. For StockX is important that our customers experience the best service, which is why I would like to offer you some options; Due to the anonymous nature of our live marketplace, we cannot offer refunds, exchanges, or exchanges, even if you ordered the wrong size. The good news is that you can always resell with us if you no longer want your item. You can also check our return/exchange policy to see if any option interests you, just click **here.**
>
> If you would like to keep the item, I will be happy to provide you with a $30 USD discount code for you to use on an upcoming purchase, if you agree, please let me know what suits you best.
>
> Looking forward to hearing from you.
>
> Best,
>
> Jessica.

Confidential
STX0268976