# Exhibit 169

*Redacted Public Version*



CASE

## Case Details:

**CASE/TICKET NUMBER**:CAS-1489816-N0B0M0
**CASE TITLE**:RETURNS / EXCHANGES
**CONTACT REASON**:CONCERNS WITH THE ITEM CONDITION
**ORDER NUMBER**: 37670772
**CREATED ON**: 6/9/2022 5:39 AM
**STATUS**: CANCELLED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: I PURCHASED NEW 100% AUTHENTIC. I DID NOT PURCHASE "DAMAGED BOX". I RECEIVED THE SHOES TODAY AND THE QUALITY IS AWFUL. THIS ONLY ALLOWS FOR 5 ATTACHMENTS, BUT I HAVE SO MANY MORE THAN 5 PHOTOS.

NIKE DUNK HIGH - PINK PRIME
WOMEN'S SIZE 8

- DAMAGED BOX
- GLUE OUTSIDE THE SOLES
- DULL BUFF MARKS ON THE WHITE PARTS
- BLACK MARKS IN MULTIPLE PLACES
- DIME SIZED DENT ON SIDE OF RIGHT TOE BOX
- ENTIRE LEFT TOE BOX CAVED IN
- LARGE AREA ON THE SIDE THAT IS PERMANENTLY RIPPLED/WRINKLED AND COVERED IN GLUE

NONE OF THIS IS ACCEPTABLE.
**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**: [redacted]
**CUSTOMER NAME**: [redacted]

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 6/9/2022 5:39 AM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1489816-N0B0M0 Returns / Exchanges CRM:01370623285 |

| | | | |
|---|---|---|---|
| | | | Hey there<br>Kelly!<br><br>Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1489816-N0B0M0: "Returns / Exchanges" has been created.<br><br>We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected.<br><br>If you haven't already provided the following information, please reply to this email with it to help us serve you faster:<br><br>- Photo(s) of the issue to which you're referring<br>- Photo of the StockX verification tag still attached to your item<br>- Photo of the QR code on the back of the tag.<br><br>- Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>We will follow up with you after reviewing your images, typically within 24 hours. While we share your urgency, please only submit one case per inquiry. Thanks so much for your patience and cooperation!<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our<br>Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon! |

| | | | |
|---|---|---|---|
| | | | Thank you,<br>StockX Support<br>https://stockx.com/help |
| 6/9/2022<br>2:55 PM | Justin<br>Henderson | Email | Returns / Exchanges CRM:07130006449<br>Hey Kelly,<br><br>Thanks for reaching out to StockX regarding your recent order of the Dunk high. I understand your concern about the condition of the shoe you received with marks and creases and I apologize for the issue.<br><br>I am more than happy to assist you with this order as I value your experience with us. I want to make sure I can help resolve this in the best way possible as I do appreciate your support.<br><br>Stockx is a live marketplace so we do not offer exchanges howeverI wanted to offer you two options to hopefully remedy the situation. The first option is to provide you with a $40 discount code toward your next purchase.<br><br>The other option would be to provide you with a return label to ship the order back to us in the same condition that it was sent to you in. Once we receive the order back we will provide a complete refund. Please note that your refund will transfer into your account in 3-5 business days. |

| | | | |
|---|---|---|---|
| | | | Please let us know which option you would prefer and we will provide it for you as I am sorry for the issue.<br><br>Thanks for using Stockx!<br><br>Best, Justin |
| 6/9/2022 10:04 PM | SYSTEM | Email | Re: Returns / Exchanges CRM:07130006449<br><br>I would like a paid return label to ship the order back. I want a full refund for the $159.55 that I paid since I received them and they were not in the condition that I agreed upon when I purchased the shoes. If you attempt to deduct any fees, shipping costs, etc. from my refund, I will consider this as theft. Thank you.Sent from Yahoo Mail on AndroidOn Thu, Jun 9, 2022 at 10:55 AM, support@stockx.com<support@stockx.com> wrote:Hey Kelly,Thanks for reaching out to StockX regarding your recent order of the Dunk high. I understand your concern about the condition of the shoe you received with marks and creases and I apologize for the issue.I am more than happy to assist you with this order as I value your experience with us. I want to make sure I can help resolve this in the best way possible as I do appreciate your support.Stockx is a live marketplace so we do not offer exchanges howeverI wanted to offer you two options to hopefully remedy the situation. The first option is to provide you with a $40 discount code toward your next purchase. The other option would be to provide you with a return label to ship the order back to us in the same condition that it was sent to you in. Once we receive the order back we will provide a complete refund. Please note that your refund will transfer into your account in 3-5 business days.Please let us know which option you would prefer and we will provide it for you as I am |

| | | | sorry for the issue.Thanks for using Stockx!Best,<br>Justin |
|---|---|---|---|
| 6/13/2022<br>12:38 PM | Justin<br>Henderson | Email | Returns / Exchanges CRM:07130006474<br>Hey Kelly,<br><br>Thanks for your reply !<br><br>Attached is a return label to send back your item at your earliest convenience so our team can verify the issue.<br><br>Be sure to include the receipt with the rest of the original contents of your package. Once your item is received, our Quality Assurance team will review the item before issuing a refund. This is to ensure that the item has been received in the same condition it was sent out in.<br><br>Once approved, your refund will be issued.<br><br>Please keep in mind once the refund is issued, the funds typically take 3-5 business days to be processed back onto your original payment method.<br><br>I apologize for the inconvenience that was caused but if you ever need anything, we are always here to help.<br><br>Thanks for using StockX!<br><br>Thanks, Justin |
| 6/13/2022<br>12:40 PM | Justin<br>Henderson | Case Resolution | |

| 6/14/2022 6:00 AM | Stella D365-PROD-Stella | Customer Voice survey response | |
|---|---|---|---|
| 6/14/2022 3:31 PM | SYSTEM | Email | Re: Returns / Exchanges CRM:07130006474<br><br>How long does it usually take the Quality Assurance team to review the shoes before issuing a refund? This was supposed to be a June 7th birthday gift for my daughter and I can't get her another pair until I receive the refund.On Mon, Jun 13, 2022 at 8:39 AM, support@stockx.com<support@stockx.com> wrote:Hey Kelly,Thanks for your reply !Attached is a return label to send back your item at your earliest convenience so our team can verify the issue.Be sure to include the receipt with the rest of the original contents of your package. Once your item is received, our Quality Assurance team will review the item before issuing a refund. This is to ensure that the item has been received in the same condition it was sent out in.Once approved, your refund will be issued.Please keep in mind once the refund is issued, the funds typically take 3-5 business days to be processed back onto your original payment method.I apologize for the inconvenience that was caused but if you ever need anything, we are always here to help.Thanks for using StockX!Thanks, Justin |
| 6/14/2022 5:32 PM | Justin Henderson | Email | Returns / Exchanges CRM:07130006522<br>Hey Kelly,<br><br>Thanks for your reply !<br><br>When we receive the order please allow 3-5 business days for us to review the return and process a refund.<br><br>If you have any other concerns feel free to let us know.<br><br>Best, Justin |
| 6/14/2022 5:32 PM | SYSTEM | Case Resolution | Resolved - Information Provided |

| | | | |
|---|---|---|---|
| 6/14/2022 5:40 PM | SYSTEM | Email | Re: Returns / Exchanges CRM:07130006522<br><br>Thank you. I've sent it via UPS and I'll attach a photo of the receipt from UPS confirming it was sent.Sent from Yahoo Mail on AndroidOn Tue, Jun 14, 2022 at 1:32 PM, support@stockx.com<support@stockx.com> wrote:Hey Kelly,Thanks for your reply !When we receive the order please allow 3-5 business days for us to review the return and process a refund.If you have any other concerns feel free to let us know.Best, Justin |
| 6/14/2022 5:45 PM | Justin Henderson | Email | Returns / Exchanges CRM:07130006524<br>Hey Kelly,<br><br>You're Welcome! Glad I could assist you with this order.<br><br>If you have any other concerns feel free to let us know.<br><br>Best, Justin |
| 6/14/2022 5:45 PM | SYSTEM | Case Resolution | Resolved - Information Provided |
| 6/18/2022 10:12 PM | SYSTEM | Email | Re: Returns / Exchanges CRM:07130006524<br><br>I was just delivered the same exact pair of defective shoes that I returned to you. I was supposed to receive a refund, but instead, you repackaged the shoes in a new shipping box and sent them back to me. Would you care to explain why?On Tue, Jun 14, 2022 at 1:45 PM, support@stockx.com<support@stockx.com> wrote:Hey Kelly,You're Welcome! Glad I could assist you with this order.If you have any other concerns feel free to let us know.Best, Justin |
| 6/20/2022 1:52 PM | Justin Henderson | Email | Returns / Exchanges CRM:07130006598<br>Hey Kelly,<br><br>Thanks for your reply ! |

| | | | |
|---|---|---|---|
| | | | I will reach out to our verification team for an update on this for you.<br><br>Please be patient with us at this time.<br><br>Best, Justin |
| 6/20/2022 1:53 PM | Justin Henderson | Task | Returns / Exchanges<br>Buyer received return item back with no encore rejection or notes explaining why it was sent back |
| 6/21/2022 2:40 PM | SYSTEM | Email | Re: Returns / Exchanges CRM:07130006598<br><br>I need a status update on this. I have been very patient so far. I ordered these in May, for my daughter's 15th birthday on June 7th, and she is STILL waiting for her gift.Sent from Yahoo Mail on AndroidOn Mon, Jun 20, 2022 at 9:52 AM, support@stockx.com<support@stockx.com> wrote:Hey Kelly,Thanks for your reply !I will reach out to our verification team for an update on this for you.Please be patient with us at this time.Best, Justin |
| 6/21/2022 2:58 PM | Justin Henderson | Email | Returns / Exchanges CRM:07130006625<br>Hey Kelly,<br><br>Thanks for your reply !<br><br>I do understand how you feel and I apologize for the inconvenience.<br><br>I am still waiting on a reply as I reached out to our verification team yesterday regarding this. Please continue to be patient with us and I will provide an update as soon as I receive one.<br><br>Best, Justin |

| | | | |
|---|---|---|---|
| 6/21/2022 6:06 PM | Justin Henderson | Email | Returns / Exchanges CRM:07130006630<br>Hey Kelly,<br><br>Thanks for your reply !<br><br>There is still some confusion with this return. I understand you stated the shoe was sent back to you. Please send us a photo of the shipping label on the box that was returned. Our records show we never sent anything back to you.<br><br>Best, Justin |
| 6/21/2022 7:03 PM | Justin Henderson | Email | Returns / Exchanges CRM:07130006633<br>Hey Kelly,<br><br>I apologize for the confusion as they sent the order back to you. I was advised to have you ship the order back to us again.<br><br>Attached is another return label so we can finally get this resolved.<br><br>If you have any other concerns feel free to let us know.<br><br>Best, Justin |
| 6/23/2022 6:07 PM | Dynamics Threesixtyfive | Email | Reminder to Submit Your Documents CRM:00580000812 |

| | | | |
|---|---|---|---|
| | | | Hey there [redacted]<br><br>This is a reminder to please provide the requested documents in order for us to assist you with your inquiry. If the requested documents are not provided within the next 24 hours the case will be automatically closed.<br>We look forward to receiving the documentation so we can assist you further.<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |
| 6/24/2022 6:07 PM | Dynamics Threesixtyfive | Email | Sorry We Missed You CRM:00580001416<br><br>Hi [redacted]<br><br>Since we haven't received the requested information we will now be closing this case. If you need additional assistance please start a new case here.<br><br>Thank you,<br>StockX Support |

| | | | |
|---|---|---|---|
| 6/24/2022 11:36 PM | SYSTEM | Email | Re: Sorry We Missed You CRM:00580001416<br><br>No, DO NOT CLOSE THIS CASE! I have been out of town since I emailed you last. It is not my fault that YOU screwed up and sent me the package again! I am sending it back with the return label you sent me. If I do not receive a refund in a timely manner, I will be contacting an attorney.On Friday, June 24, 2022 at 02:07:44 PM EDT, support@stockx.com <support@stockx.com> wrote: H[redacted] [redacted] Since we haven't received the requested information we will now be closing this case. If you need additional assistance please start a new case here.Thank you,StockX Support |
| 7/8/2022 2:23 PM | SYSTEM | Email | Re: Returns / Exchanges CRM:07130006633<br><br>Where is my refund?On Tue, Jun 21, 2022 at 3:06 PM, support@stockx.com<support@stockx.com> wrote:Hey Kelly,I apologize for the confusion as they sent the order back to you. I was advised to have you ship the order back to us again.Attached is another return label so we can finally get this resolved.If you have any other concerns feel free to let us know.Best, Justin |

## Emails:

| Date | Email |
|---|---|
| 6/9/2022 5:39 AM | **From : support@stockx.com To [redacted]**<br>**Subject : StockX Case # CAS-1489816-N0B0M0 Returns / Exchanges CRM:01370623285**<br>**Created on behalf of: Solvvy D365-PROD-Solvvy**<br>**Content : Refer History section** |
| 6/9/2022 2:55 PM | **From : support@stockx.com To [redacted]**<br>**Subject : Returns / Exchanges CRM:07130006449**<br>**Created on behalf of: Justin Henderson**<br>**Content : Refer History section** |
| 6/9/2022 10:04 PM | **From : [redacted] To :support, support, support@stockx.com**<br>**Subject : Re: Returns / Exchanges CRM:07130006449**<br>**Created on behalf of: Josh Allegri**<br>**Content : Refer History section** |

| | |
|---|---|
| 6/13/2022 12:38 PM | From : support@stockx.com To [redacted]<br>Subject : Returns / Exchanges CRM:07130006474<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |
| 6/14/2022 3:31 PM | From [redacted] To :support, support, support@stockx.com<br>Subject : Re: Returns / Exchanges CRM:07130006474<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/14/2022 5:32 PM | From : support@stockx.com To [redacted]<br>Subject : Returns / Exchanges CRM:07130006522<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |
| 6/14/2022 5:40 PM | From [redacted] To :support, support, support@stockx.com<br>Subject : Re: Returns / Exchanges CRM:07130006522<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/14/2022 5:45 PM | From : support@stockx.com To [redacted]<br>Subject : Returns / Exchanges CRM:07130006524<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |
| 6/18/2022 10:12 PM | From [redacted] To :support, support, support@stockx.com<br>Subject : Re: Returns / Exchanges CRM:07130006524<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/20/2022 1:52 PM | From : support@stockx.com To [redacted]<br>Subject : Returns / Exchanges CRM:07130006598<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |
| 6/21/2022 2:40 PM | From [redacted] To :support, support, support@stockx.com<br>Subject : Re: Returns / Exchanges CRM:07130006598<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/21/2022 2:58 PM | From : support@stockx.com To [redacted]<br>Subject : Returns / Exchanges CRM:07130006625<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |
| 6/21/2022 6:06 PM | From : support@stockx.com To [redacted]<br>Subject : Returns / Exchanges CRM:07130006630<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |
| 6/21/2022 7:03 PM | From : support@stockx.com To [redacted]<br>Subject : Returns / Exchanges CRM:07130006633<br>Created on behalf of: Justin Henderson<br>Content : Refer History section |
| 6/23/2022 6:07 PM | From : support@stockx.com To [redacted]<br>Subject : Reminder to Submit Your Documents CRM:00580000812<br>Created on behalf of: Dynamics Threesixtyfive<br>Content : Refer History section |

| | |
|---|---|
| 6/24/2022 6:07 PM | **From : support@stockx.com To [redacted]**<br>**Subject : Sorry We Missed You CRM:00580001416**<br>**Created on behalf of: Dynamics Threesixtyfive**<br>**Content : Refer History section** |
| 6/24/2022 11:36 PM | **From : [redacted] To :support, support, support@stockx.com**<br>**Subject : Re: Sorry We Missed You CRM:00580001416**<br>**Created on behalf of: Josh Allegri**<br>**Content : Refer History section** |
| 7/8/2022 2:23 PM | **From : [redacted] To :support, support, support@stockx.com**<br>**Subject : Re: Returns / Exchanges CRM:07130006633**<br>**Created on behalf of: Josh Allegri**<br>**Content : Refer History section** |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|
| 6/20/2022 1:53 PM | Justin Henderson | Buyer received return item back with no encore rejection or notes explaining why it was sent back | Due: 6/22/2022 12:00 PM | Completed Completed Completed:6/21/2022 |

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|
| 6/9/2022 5:39 AM | SYSTEM | Image | | |
| 6/9/2022 5:39 AM | SYSTEM | Image | | |
| 6/9/2022 5:39 AM | SYSTEM | Image | | |
| 6/9/2022 5:39 AM | SYSTEM | Image | | |
| 6/9/2022 5:40 AM | SYSTEM | Image | | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| | | | |
| | | | |

**Post:**

| Date | Type | Teammate | Text |
| --- | --- | --- | --- |

Confidential STX0783601