# Exhibit 170
*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-930673-B0Z8W7
**CASE TITLE**:GENERAL PURCHASING
**CONTACT REASON**:OTHER
**ORDER NUMBER**: 33670852
**CREATED ON**: 2/28/2022 1:17 PM
**STATUS**: RESOLVED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: HI TEAM,
RECENTLY PURCHASED A SHOE AND TODAY WHEN I OPENED THE BOX THE SHOE WAS DAMAGED. THE YOUNG OF SHOE IS TORN. AND I BELIEVE THE SHOE ITSELF IS NOT 100% AUTHENTIC. THE BACK PRINT OF NIKE LOOKS WEIRD. I RECEIVED THE PARCEL TODAY ITSELF. ALREADY WAITED SO LONG FOR THE DELIVER AND THE FINAL PRODUCT IS NOT UP TO THE STANDARD AS CLAIMED BY STOCK X.

CAN YOU PLEASE ASSIST.

**ATTACHMENT URL**: ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**: ███████████████████
**CUSTOMER NAME**: ███████████████████

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 2/28/2022 1:17 PM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-930673-B0Z8W7 General Purchasing CRM:01370374297 |

| | | | |
|---|---|---|---|
| | | | Hey there! <br><br> Thank you for reaching out to StockX Support. We've received your message and Case #CAS-930673-B0Z8W7: &quot;General Purchasing&quot; has been created. <br><br> If you haven't already provided the following information, please reply to this email with it to help us serve you faster: <br><br> - Email address associated with your StockX account <br> - Order # if applicable <br> - Description of your case <br><br> Our Customer Support Team will respond to you as quickly as we can, generally within 24 hours. While we share your urgency, please only submit one case per inquiry. <br><br> The most current order information will always be found at stockx.com/account. <br> For information on payout setup, account verification, payout history viewing, and payout tracking, visit our |

Confidential                                                                                                                                                       STX0802105

| | | | |
|---|---|---|---|
| | | | Payout Support Center.<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our<br>Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |
| 2/28/2022 5:28 PM | Veronica Villa | Email | validation needed CRM:05370007494<br><br>Hey there!, |

Confidential                                                                                                                                                  STX0802106

| | | | |
|---|---|---|---|
| | | | Thank you for contacting us. I understand that you need assistance with a complaint but since you are not contacting us from the email address registered in our page, I need to validate you first in order to give you this information.<br><br>Please provide the following:<br><br>- Email address registered at StockX<br>- Shipping address on file<br>- Phone number on file<br><br>Once we have this information we can proceed. To avoid the process of validation, please remember to contact us from the email registered at StockX.<br><br>Stay safe,<br>Veronica.<br><br>@media print {<br>.ms-editor-squiggler {<br>display:none !important;<br>} |

Confidential
STX0802107

| | | | |
|---|---|---|---|
| | | | }<br>.ms-editor-squiggler {<br>all: initial;<br>display: block !important;<br>height: 0px !important;<br>width: 0px !important;<br>} |
| 3/1/2022 12:37 AM | SYSTEM | Email | Re: validation needed CRM:05370007494<br><br>Hi Veronica,The email address ▇▇▇ found on profile. However, I get all the email correspondence on ▇▇▇ shipping address:▇▇▇ AustraliaPhone no:0404691215Sent from my iPhoneOn 1 Mar 2022, at 4:29 am, support@stockx.com wrote:&#65279; Hey there!,Thank you for contacting us. I understand that you need assistance with a complaint but since you are not contacting us from the email address registered in our page, I need to validate you first in order to give you this information.Please provide the following:- Email address registered at StockX- Shipping address on file- Phone number on fileOnce we have this information we can proceed. To avoid the process of validation, please remember to contact us from the email registered at StockX.Stay safe,Veronica. |
| 3/2/2022 12:24 AM | Juan Esteban Tamara | Email | General Purchasing CRM:02370002133<br><br>Hi Rudy,<br><br>This is Juan from the StockX Support team following up with the Nike Blazer Mid 77 Vintage White Black you recently received.<br><br>The information provided is correct. I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected. |

|  |  |  |  |
|---|---|---|---|
|  |  |  | If you can please send us pictures of both shoes, a photo where the StockX verification tag still attached to your item, and a clear photo of the QR code on the back of the tag, this will help us better understand the item you are reaching out about. We look forward to assisting you!<br><br>We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!<br><br>Best,<br><br>Juan Esteban. |
| 3/2/2022 2:55 AM | SYSTEM | Email | Re: General Purchasing CRM:02370002133<br><br>Hi Juan, Please find the attached photos.Sent from my iPhoneOn 2 Mar 2022, at 11:24 am, support@stockx.com wrote:&#65279; Hi Rudy, This is Juan from the StockX Support team following up with the Nike Blazer Mid 77 Vintage White Black you recently received.The information provided is correct. I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected. If you can please send us pictures of both shoes, a photo where the StockX verification tag still attached to your item, and a clear photo of the QR code on the back of the tag, this will help us better understand the item you are reaching out about. We look forward to assisting you! We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!<br>Best,Juan Esteban. |
| 3/3/2022 10:33 AM | SYSTEM | Email | General Purchasing CRM:02370002133<br><br>&#65279;Hi team, Can you please assist to the previous message.RudySent from my iPhoneOn 2 Mar 2022, at 1:54 pm, |

Confidential
STX0802109

| | | | |
|---|---|---|---|
| | | | &gt;wrote:&#65279;Hi Juan,Please find the attached photos.[cid:282A5F6A-EB1F-4369-8FFC-8C8816A7FBAD-L0-001][cid:D7641B66-BE59-41BA-BEA2-1EA56CBD0D01-L0-001][cid:B9D687B5-28FD-4B47-A73D-68DDFA346A40-L0-001][cid:5B64F65F-6454-41FA-A491-789FAAE12B93-L0-001][cid:13A03322-5D64-45C0-A602-816497B11B86-L0-001][cid:10016BB9-1207-4742-B609-9997EBFB881B-L0-001][cid:6DF894B5-63D7-4BB7-AABA-75F9A68D161F-L0-001]Sent from my iPhoneOn 2 Mar 2022, at 11:24 am, support@stockx.com wrote:&#65279;Hi Rudy,This is Juan from the StockX Support team following up with the Nike Blazer Mid 77 Vintage White Black you recently received.The information provided is correct. I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected.If you can please send us pictures of both shoes, a photo where the StockX verification tag still attached to your item, and a clear photo of the QR code on the back of the tag, this will help us better understand the item you are reaching out about. We look forward to assisting you!We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!Best,Juan Esteban. |
| 3/3/2022 10:33 AM | SYSTEM | Email | Re: General Purchasing CRM:02370002133<br><br>Hi team, Can you please assist to the previous message.RudySent from my iPhoneOn 2 Mar 2022, at 1:54 pm, wrote:&#65279;Hi Juan,Please find the attached photos.[cid:282A5F6A-EB1F-4369-8FFC-8C8816A7FBAD-L0-001][cid:D7641B66-BE59-41BA-BEA2-1EA56CBD0D01-L0-001][cid:B9D687B5-28FD-4B47-A73D-68DDFA346A40-L0-001][cid:5B64F65F-6454-41FA-A491-789FAAE12B93-L0-001][cid:13A03322-5D64-45C0-A602-816497B11B86-L0-001][cid:10016BB9-1207-4742-B609-9997EBFB881B-L0-001][cid:6DF894B5-63D7-4BB7-AABA-75F9A68D161F-L0-001]Sent from my iPhoneOn 2 Mar 2022, at 11:24 am, support@stockx.com wrote:&#65279;Hi Rudy,This is Juan from the StockX Support team following up |

Confidential

|  |  |  |  | with the Nike Blazer Mid 77 Vintage White Black you recently received.The information provided is correct. I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected.If you can please send us pictures of both shoes, a photo where the StockX verification tag still attached to your item, and a clear photo of the QR code on the back of the tag, this will help us better understand the item you are reaching out about. We look forward to assisting you!We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!Best,Juan Esteban. |
|---|---|---|---|---|
| 3/3/2022 4:48 PM | Tiffany Baker |  | Email | General Purchasing CRM:03450004186<br><br>Hey Aniruddha,<br><br>I hope you are doing well. Thank you so much for reaching out to StockX Support in regards to your first order of the Nike Blazer Mid 77 Vintage White Black. My name is Tiffany, I am a product specialist here at StockX and I am more than happy to be assisting you with this concern. I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected.<br><br>First and foremost, ensuring you have great customer service is definitely of the utmost importance to us here at StockX. We never intend to upset you or make your user experience difficult. I understand you have some concerns regarding your order and I am more than happy to assist.<br><br>I completely understand why you have brought this to our attention, as you have received this item with the issueas shown in the images. After reviewing the photos that you provided, I would like to offer you one of two options to make your experience with StockX right: |

|  |  |  | 1. Discount code for $40off your next purchase<br><br>2. Return on your purchase, for a full refund<br><br>Due to our live marketplace, we are unable to exchange this pair for a more suitable pair since we do not carry any inventory. However, I am more than happy to provide you with one of the two options listed above! I understand how frustrating it is to receive an item that was not up to your (or our) expectations. Please let us know how you would like to proceed and we'll go from there.<br><br>If you have any other questions or concerns please feel free to reach back out as I am looking forward to your response.<br><br>Sincerely, Tiffany |
|---|---|---|---|
| 3/3/2022 11:19 PM | SYSTEM | Email | Re: General Purchasing CRM:03450004186<br><br>Thanks for the assist. Can you please proceed with full refund. Thank you. RudySent from my iPhoneOn 4 Mar 2022, at 3:48 am, support@stockx.com wrote:&#65279; Hey Aniruddha,I hope you are doing well. Thank you so much for reaching out to StockX Support in regards to your first order of the Nike Blazer Mid 77 Vintage White Black. My name is Tiffany, I am a product specialist here at StockX and I am more than happy to be assisting you with this concern. I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected.First and foremost, ensuring you have great customer service is definitely of the utmost importance to us here at StockX. We never intend to upset you or make your user experience difficult. I understand you have |

| | | | |
|---|---|---|---|
| | | | some concerns regarding your order and I am more than happy to assist.I completely understand why you have brought this to our attention, as you have received this item with the issueas shown in the images. After reviewing the photos that you provided, I would like to offer you one of two options to make your experience with StockX right:1. Discount code for $40off your next purchase  2. Return on your purchase, for a full refund  Due to our live marketplace, we are unable to exchange this pair for a more suitable pair since we do not carry any inventory. However, I am more than happy to provide you with one of the two options listed above! I understand how frustrating it is to receive an item that was not up to your (or our) expectations. Please let us know how you would like to proceed and we'll go from there.If you have any other questions or concerns please feel free to reach back out as I am looking forward to your response.Sincerely, Tiffany |
| 3/4/2022 12:47 AM | SYSTEM | Email | Re: General Purchasing CRM:03450004186<br><br>For the return, do I need to send the product back. If yes, who will bear the delivery cost?Sent from my iPhoneOn 4 Mar 2022, at 10:18 am, ▓▓▓▓▓▓▓ wrote:&#65279; Thanks for the assist. Can you please proceed with full refund. Thank you. RudySent from my iPhoneOn 4 Mar 2022, at 3:48 am, support@stockx.com wrote:&#65279; Hey Aniruddha,I hope you are doing well. Thank you so much for reaching out to StockX Support in regards to your first order of the Nike Blazer Mid 77 Vintage White Black. My name is Tiffany, I am a product specialist here at StockX and I am more than happy to be assisting you with this concern. I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected.First and foremost, ensuring you have great customer service is definitely of the utmost importance to us here at StockX. We never intend to upset you or make your user experience difficult. I understand you have some concerns regarding your order and I am more than happy to assist.I completely understand why you have brought this to our attention, as you have received this item with the issueas shown in the images. After reviewing the photos that you provided, I would like to offer you |

Confidential
STX0802113

| | | | one of two options to make your experience with StockX right:1. Discount code for $40off your next purchase  2. Return on your purchase, for a full refund  Due to our live marketplace, we are unable to exchange this pair for a more suitable pair since we do not carry any inventory. However, I am more than happy to provide you with one of the two options listed above! I understand how frustrating it is to receive an item that was not up to your (or our) expectations. Please let us know how you would like to proceed and we'll go from there.If you have any other questions or concerns please feel free to reach back out as I am looking forward to your response.Sincerely, Tiffany |
|---|---|---|---|
| 3/4/2022 12:47 AM | SYSTEM | Email | Re: General Purchasing CRM:03450004186<br><br>For the return, do I need to send the product back. If yes, who will bear the delivery cost?Sent from my iPhoneOn 4 Mar 2022, at 11:45 am, ▓▓▓▓▓▓▓▓▓▓ wrote:&#65279; For the return, do I need to send the product back. If yes, who will bear the delivery cost?Sent from my iPhoneOn 4 Mar 2022, at 10:18 am, ▓▓▓▓▓▓▓▓▓▓ wrote:&#65279; Thanks for the assist. Can you please proceed with full refund. Thank you. RudySent from my iPhoneOn 4 Mar 2022, at 3:48 am, support@stockx.com wrote:&#65279; Hey Aniruddha,I hope you are doing well. Thank you so much for reaching out to StockX Support in regards to your first order of the Nike Blazer Mid 77 Vintage White Black. My name is Tiffany, I am a product specialist here at StockX and I am more than happy to be assisting you with this concern. I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected.First and foremost, ensuring you have great customer service is definitely of the utmost importance to us here at StockX. We never intend to upset you or make your user experience difficult. I understand you have some concerns regarding your order and I am more than happy to assist.I completely understand why you have brought this to our attention, as you have received this item with the issueas shown in the images. After reviewing the photos that you provided, I would like to offer you one of two options to make your experience with |

| | | | |
|---|---|---|---|
| | | | StockX right:1. Discount code for $40off your next purchase  2. Return on your purchase, for a full refund  Due to our live marketplace, we are unable to exchange this pair for a more suitable pair since we do not carry any inventory. However, I am more than happy to provide you with one of the two options listed above! I understand how frustrating it is to receive an item that was not up to your (or our) expectations. Please let us know how you would like to proceed and we'll go from there.If you have any other questions or concerns please feel free to reach back out as I am looking forward to your response.Sincerely, Tiffany |
| 3/4/2022 2:31 PM | Tiffany Baker | Email | General Purchasing CRM:03450004227

Hello Rudy,

Thanks for your reply.

Yes, you would need to send the item back for a refund. Also, we will provide the pre paid shipping labels.

I look forward to your decision.

Thanks, Tiffany |
| 3/5/2022 1:19 AM | SYSTEM | Email | Re: General Purchasing CRM:03450004227

Thanks heaps for replying. I would like $40 discount. Can you send me the code.ThanksRudySent from my iPhoneOn 5 Mar 2022, at 1:31 am, support@stockx.com wrote:&#65279; Hello Rudy,Thanks for your reply.Yes, you would need to send the item back for a refund. Also, we will provide the pre paid shipping labels.I look forward to your decision.Thanks, Tiffany |
| 3/5/2022 2:11 PM | Tiffany Baker | Email | General Purchasing CRM:03450004281

Hey Aniruddha,

Thanks for letting us know that you are willing to accept our offer. I am so sorry that this issue has occurred but no worries! |

Confidential

STX0802115

|  |  |  | Here is the $40 discount that we promised you:SXCSOFFJUL-Z55RJ7WKTR5RH5DSNSY.<br><br>Please be advised that this code does expire by 90 days from today, so please be sure to use this code before then. I truly apologize for the inconvenience that this has caused but I am glad that we were able to amend this. Let us know if you have any questions because we are always here to help!<br><br>Have a great day! Tiffany |
|---|---|---|---|
| 3/5/2022 2:12 PM | SYSTEM | Case Resolution | Resolved - Information Provided |

## Emails:

| Date | Email |
|---|---|
| 2/28/2022 1:17 PM | From : support@stockx.com To<br>Subject : StockX Case # CAS-930673-B0Z8W7 General Purchasing CRM:01370374297<br>Created on behalf of: Solvvy D365-PROD-Solvvy<br>Content : Refer History section |
| 2/28/2022 5:28 PM | From : support@stockx.com To<br>Subject : validation needed CRM:05370007494<br>Created on behalf of: Veronica Villa<br>Content : Refer History section |
| 3/1/2022 12:37 AM | From                                   To :support, support, support@stockx.com<br>Subject : Re: validation needed CRM:05370007494<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/2/2022 12:24 AM | From : support@stockx.com To<br>Subject : General Purchasing CRM:02370002133<br>Created on behalf of: Juan Esteban Tamara<br>Content : Refer History section |
| 3/2/2022 2:55 AM | From :                                  To :support, support, support@stockx.com<br>Subject : Re: General Purchasing CRM:02370002133<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/3/2022 10:33 AM | From                                   To :support, support, support@stockx.com<br>Subject : General Purchasing CRM:02370002133<br>Created on behalf of: Josh Allegri |

|  | Content : Refer History section |
|---|---|
| 3/3/2022 10:33 AM | From : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ To :support, support, support@stockx.com<br>Subject :  Re: General Purchasing CRM:02370002133<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/3/2022 4:48 PM | From : support@stockx.com To ▓▓▓▓▓▓▓<br>Subject :  General Purchasing CRM:03450004186<br>Created on behalf of: Tiffany Baker<br>Content : Refer History section |
| 3/3/2022 11:19 PM | From ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ To :support, support, support@stockx.com<br>Subject :  Re: General Purchasing CRM:03450004186<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/4/2022 12:47 AM | From ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ To :support, support, support@stockx.com<br>Subject :  Re: General Purchasing CRM:03450004186<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/4/2022 12:47 AM | From :▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ To :support, support, support@stockx.com<br>Subject :  Re: General Purchasing CRM:03450004186<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/4/2022 2:31 PM | From : support@stockx.com To ▓▓▓▓▓▓▓▓▓▓<br>Subject :  General Purchasing CRM:03450004227<br>Created on behalf of: Tiffany Baker<br>Content : Refer History section |
| 3/5/2022 1:19 AM | From ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ To :support, support, support@stockx.com<br>Subject :  Re: General Purchasing CRM:03450004227<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 3/5/2022 2:11 PM | From : support@stockx.com To ▓▓▓▓▓▓▓▓▓<br>Subject :  General Purchasing CRM:03450004281<br>Created on behalf of: Tiffany Baker<br>Content : Refer History section |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

## Notes:

| Date | Created by | Subject | Note |  |
|---|---|---|---|---|
| 2/28/2022 1:17 PM | SYSTEM | Image |  |  |
| 2/28/2022 1:17 PM | SYSTEM | Image |  |  |

| Date | Teammate | Subject | Message | |
|---|---|---|---|---|
| 3/2/2022 11:07 PM | Juan Esteban Tamara | Information for Product complaint | Hi team,<br><br>Buyer received the item damaged, the box and shipping box is okay according to pictures provided. | |
| 3/5/2022 2:12 PM | Tiffany Baker | discount code provided | | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| | | | |
| | | | |

## Post:

| Date | Type | Teammate | Text |
|---|---|---|---|