# Exhibit 171

| | |
|---|---|
| Document title: | StockX Removes The Term "100% Authentic" From Its Website - Sneaker News |
| Capture URL: | https://www.soleretriever.com/news/articles/stockx-changes-language-from-100-percent-authentic-to-stockx-verified-nike-lawsuit |
| Page loaded at (UTC): | Wed, 16 Nov 2022 15:45:32 GMT |
| Capture timestamp (UTC): | Wed, 16 Nov 2022 15:47:01 GMT |
| Capture tool: | 10.10.3 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.168 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 4 |
| Capture ID: | reKezX2NAtKu7Wzruk4Veh |
| User: | anna |

PDF REFERENCE #:    gUnsCaiXR4C1EPgUDXxG5G

CONFIDENTIAL                                                    NIKE0041154

TRADITIONAL NEWS    NOVEMBER 10, 2022 | 4 MIN READ

# STOCKX REMOVES THE TERM "100% AUTHENTIC" FROM ITS WEBSITE

BY **NICHOLAS VLAHOS**

**CONTENTS**

The sneaker resale giant StockX changes its language to remove any reference to "100% Authentic."



*The sneaker resale giant StockX changes its language to remove any reference to "100% Authentic."*






Constantly covered in controversy while at the same time maintaining its top spot in the secondary marketplace for sneakers, StockX has garnered a semi-negative reputation among hardcore sneakerheads thanks to accusations of passing fake sneakers as authentic and suffering from a massive data breach in 2019. As the company has grown so has its selection of offerings, now covering everything from trading cards, electronics, and even NFTs. The latter of the three has landed the company in hot water with Nike who took the Detroit-based resale site to court over trademark infringement as StockX used photos of Nike products as a part of their Vault NFT program.

The case ran deeper than just trademark infringement as The Swoosh amended their suit to claim that StockX allows counterfeit products on their site, stating that the four fake sneakers they discovered over the course of two months "all had affixed to them StockX's 'Verified Authentic' hangtag, and all came with a paper receipt from StockX in the shoe box stating that the condition of the shoes is 100% Authentic." It seems that StockX may be trying to backtrack to avoid these claims in court as the "100% Authentic" language has been removed

---

Document title: StockX Removes The Term "100% Authentic" From Its Website - Sneaker News
Capture URL: https://www.soleretriever.com/news/articles/stockx-changes-language-from-100-percent-authentic-to-stockx-verified-nike-lawsuit
Capture timestamp (UTC): Wed, 16 Nov 2022 15:47:01 GMT
Page 1 of 3
CONFIDENTIAL    NIKE0041155

CONTENTS

The sneaker resale giant StockX changes its language to remove any reference to "100% Authentic."



the case even deeper than just a trademark infringement as the Swoosh [amended their suit] to claim that StockX allows counterfeit products on their site, stating that the four fake sneakers they discovered over the course of two months "all had affixed to them StockX's 'Verified Authentic' hangtag, and all came with a paper receipt from StockX in the shoe box stating that the condition of the shoes is 100% Authentic." It seems that StockX may be trying to backtrack to avoid these claims in court as the "100% Authentic" language has been removed from their site, now using the term "StockX Verified."




**StockX's New Landing Page Regarding Authentication**

Prior to this switch, when you went on to a product page for any sneaker you'd notice just below the name of said pair two green boxes, stating "100% Authentic" and "Condition: New," though now the former of the two text boxes are gone. StockX even changed its landing page regarding its authentication practices, now stating that "Every item is StockX Verified." This page even explicitly states that "StockX Verified is our own designation and not endorsed by any brands sold on StockX." The only mention of the word "authentic" comes near the bottom of the page when they state that shoes sold on the platform must be authentic or when they refer to their authenticators/authentication centers.

We have yet to see the conclusion of the Nike vs. StockX court case, but this recent change to the language of their site may suggest that StockX is realizing this glaring error that could be interpreted as a 100% success rate when it comes to verification. This action comes just weeks after the company hired and created a new role for footwear industry veteran Paul Foley who is the current Head of Brand Protection at StockX as well as another round of layoffs that affected 5% of their workforce.

We'll continue to keep you updated on the latest developments in this StockX and Nike saga, so keep it locked to our Twitter and the Sole Retriever mobile app to stay in the know.

Document title: StockX Removes The Term "100% Authentic" From Its Website - Sneaker News
Capture URL: https://www.soleretriever.com/news/articles/stockx-changes-language-from-100-percent-authentic-to-stockx-verified-nike-lawsuit
Capture timestamp (UTC): Wed, 16 Nov 2022 15:47:01 GMT

Page 2 of 3

CONFIDENTIAL                                                                      NIKE0041156

**CONTENTS**

The sneaker resale giant StockX changes its language to remove any reference to "100% Authentic."

of the page when they state that shoes sold on the platform must be authentic or when they refer to their authenticators/authentication centers.

We have yet to see the conclusion of the Nike vs. StockX court case, but this recent change to the language of their site may suggest that StockX is realizing this glaring error that could be interpreted as a 100% success rate when it comes to verification. This action comes just weeks after the company hired and created a new role for footwear industry veteran Paul Foley who is the current Head of Brand Protection at StockX as well as another round of layoffs that affected 5% of their workforce.

We'll continue to keep you updated on the latest developments in this StockX and Nike saga, so keep it locked to our Twitter and the Sole Retriever mobile app to stay in the know.



## Get the Sole Retriever App

Get real-time notifications for every sneaker raffle, release, restock and shock drop, stay in-the-know with all of the latest exclusive news, quickly enter raffles, and much more.

[name@email.com] [Join the waitlist]

## RELATED POSTS

No items found.

**CURRENT SNEAKER RAFFLES**
- Nike Dunk Low SP Kentucky
- Nike SB Dunk Low HUF NYC
- Jordan 1 High Lost and Found (GS)
- Nike SB Dunk Low HUF San Francisco
- Nike SB Dunk Low Why So Sad
- Jordan 1 High Chicago Lost and Found

**POPULAR MODELS**
- Adidas Yeezy Boost 700
- Nike Air Jordan 5
- Nike Air Max 90
- Nike Air Jordan 1
- Nike Air Jordan 3

**LATEST**
- Mobile App
- Retailers
- Raffles
- Release Info
- History
- Archive

**NEWS**
- Air Jordan Release Dates 2022
- adidas Yeezy Release Dates 2022
- All news

**SOCIAL**
- Twitter
- Instagram
- TikTok

Sole Retriever

Sole Retriever finds sneaker raffles and sneaker releases from around the globe, giving you the best chances to cop the latest sneaker releases for retail.

Contact  Privacy  Terms  Cookies  Disclaimer

CONFIDENTIAL                                                                                                    NIKE0041157