# Exhibit 172

You are trying to go around the main problem which is not creasing. The shoes are FAKE! I paid money for an authentic shoe. Your authenticators sent me a FAKE. Your focus is misdirected. The problem is that this shoe is INAUTHENTIC. I have uploaded proof that the pair you all sent is indeed fake. The inside label that says Nike air should not be light green. It should also have a size sticker which is missing. The back of the shoe is obviously fake. The green stitching forms a �U� shape that is not on a retail pair. The green toe area is pressed in and the circles circle spaces are all different sizes. The size tag on the box should also include a retail price label or at least show wear one has been detached. The pair sent to me shows a clean cut on the size sticker where no retail price tab was ever on the box. Also when putting a black light on the shoe you can see paint marks on the bottom white area. This is not an authentic pair of shoes flaws or not.

I did not request or pay for any pair of inauthentic Jordan Ones. As shown on their website StockX guarantees "100% verified authentic, never fake" That guarantee was not met and those shoes will not be paid for by me. Please, forward a return label and accept this offer, as I will not agree to the offers that you've listed. The only thing I want is a full refund because your company sent me fake shoes. I am not paying for fake shoes. My bank has already been notified with the proof sent to them as well.

See attached files for the proof of inauthenticity and your company's guarantee which was broken. Your authentication process made a mistake.

Again you all already agreed to give me a refund and then went back on your word by sending the shoes back and refusing to handle the problem which is not how you handle business. I have attached proof of all of this.

Confidential                                                                                                                                                     STX0270653

Confidential

STX0270654

Confidential                                                                                                                              STX0270655

Confidential                                                                                                                                                     STX0270656

Confidential

STX0270657

Confidential

STX0270658





On Wed, Feb 23, 2022 at 3:42 PM support@stockx.com <support@stockx.com> wrote:
> Hello Meagan,
> I hope you are having a great day! Thank you for reaching back out to StockX Support in regards to your Jordan 1 Retro High Pine Green (GS). My name is Sheldon and I would be more than happy to assist you further.
> I truly am sorry, but after reviewing your order I can see your return was rejected due to minor creasing. We do always try to provide you with a pair that is up to your expectations but we do have to work with items that are cleared for retail release by the manufacturer. With that being said, the reason why this pair is acceptable per our deadstock condition standards is that Nike released these with the issues you have

Confidential                                                                                                                    STX0270659

pointed out.

Please, keep in mind that we do state in our Deadstock FAQ that some pairs will pass "Deadstock" inspection despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections that are uncontrollable. If you have any further questions or concerns, please contact us back as soon as possible.

Kind Regards,

Sheldon

Confidential

STX0270660