# Exhibit 173

*Redacted Public Version*

Marcus,

I paid for shoes that were supposed to be authentic. I expect a full refund or a replacement of the fake shoes for an authentic pair of the shoe. An authentic shoe would not have a sticker as a Nike symbol inside of the shoe. Yet alone have that sticker come off of the shoe. I have purchased many shoes for my son and NONE of them have had a sticker inside the shoe that come off.

So I will after receiving a refund send the shoes back. But again a $40 credit does not make up for the fake shoes I have.

If there is not resolution to this right away I will contact my credit card company regarding this matter. I☐m not returning the shoes due to any other reason then I paid for a real authentic guaranteed pair of shoes and they are NOT!! I have sent pictures etc everything requested and for you to still not admit you sold a pair of fake shoes is not right!!!

All I have gotten is the run around. I have purchased from you before and never had an issue. And now that I do you think it☐s just ok to not fully refund due to you not selling a true authentic shoe? How is that right?

The option for me to receive $40 is not acceptable to me. Please advise as to when I will get a refund on these shoes.

Bernice

> On May 5, 2022, at 8:18 AM, support@stockx.com wrote:
>
> Hey Bernice,
> Thanks for getting back to me regarding your Nike Dunk Low PRM Halloween (2021). ?I would first like to apologize for you receiving the shoes in an unexpected condition. I understand how frustrating it is to receive an item that was not up to your expectations.
> Furthermore, I want you to know this is not a common practice or in any way a reflection of how we do business. After reviewing the photos that you provided, I would like to offer you one of the options below to make this right:
> 1. A return for a further review
> 2. $40 off a future purchase
> 3. $40 partial refund
> Once again, I appreciate you reaching out to StockX with this concern. Your business is important to us. Please let us know how you would like to proceed, and we☐ll go from there.
> Best Regards
> Marcus
> ------------------ Original Message ------------------
> **From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> **Received:** Wed May 04 2022 23:19:25 GMT-0400 (Eastern Daylight Time)
> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com <support@stockx.com>;
> **Subject:** Re: Returns / Exchanges CRM:00140002017
>
> I☐m not sure why I keep getting requests for photos I uploaded from the start of this issue I have. I have again attached the photo of the tag as requested. I have yet to get a clear answer refund or replaced for the shoes that are clearly not authentic shoes that I paid for.
> I☐m really starting to feel I☐m just getting the run around so please let me know when I should expect my refund or replacement of an authentic pair of shoes.
> Thank you
> Bernice    [image0.jpeg]
>
>> On May 3, 2022, at 7:33 AM, support@stockx.com wrote:
>>
>> Hello Bernice,
>> Just wanted to reach out and follow up with you. Please feel free to reach back out if you have more questions or wish to have your situation looked further into. Again, thank you for Using StockX, and we look forward to hearing from you.
>> Kind Regards,
>> Marcus
>> ------------------ Original Message ------------------
>> **From:** support <support@stockx.com>;
>> **Received:** Fri Apr 29 2022 09:12:09 GMT-0400 (Eastern Daylight Time)
>> **To:** support <support@stockx.com>; support <support@stockx.com>; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ support@stockx.com <support@stockx.com>;
>> **Subject:** Re: Returns / Exchanges CRM:00140002017
>>
>> Hello Bernice,
>> Thanks for getting back to me. At this time, a clear and blur-free picture of the QR code on the back of the attached StockX green authentication tag is needed for review.
>> This is a digital camouflage code that is reflective, for best results please be sure the image is greyed out and not reflected by light or flash photography.
>> Once received, I'll be sure to review this matter for you.
>> Best Regards
>> Marcus
>> ------------------ Original Message ------------------
>> **From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>> **Received:** Fri Apr 29 2022 03:48:52 GMT-0400 (Eastern Daylight Time)
>> **To:** support <support@stockx.com>; support <support@stockx.com>; support@stockx.com

Confidential
STX0213775

&lt;support@stockx.com&gt;;
**Subject:** Re: Returns / Exchanges CRM:00140002017

I have sent in all the photos that were requested. I did that through the portal when I submitted my information regarding the issue with the shoes.
Sent from my iPhone

> On Apr 26, 2022, at 8:34 AM, support@stockx.com wrote:
>
> Hello Bernice,
> Just wanted to reach out and follow up with you. Please feel free to reach back out if you have more questions or wish to have your situation looked further into. Again, thank you for Using StockX, and we look forward to hearing from you.
> Kind Regards,
> Marcus
> ------------------ Original Message ------------------
> **From:** support@stockx.com &lt;support@stockx.com&gt;;
> **Received:** Fri Apr 22 2022 15:56:33 GMT-0400 (Eastern Daylight Time)
> **To:** [redacted]
> **Subject:** Returns / Exchanges CRM:00140002017
> Hello Bernice,
> I hope you are having a great day! Thank you for reaching out to StockX Support regarding your order.
> I am sorry to hear that you are unsatisfied with the item you received from StockX. I know it can be disappointing when the item you receive isn't exactly what you expected.
> If you can please send us a photo(s) of the issue you're referring to, a photo of the StockX verification tag still attached to your item, and a clear photo of the QR code on the back of the tag, this will help us better understand the item you are reaching out about. We look forward to assisting you!
> We will follow up with you after reviewing the images that you send. Please feel free to reach back out if you have any other questions or concerns. Looking forward to hearing back from you!
> Thanks,
> Marcus

[ ] image0.jpeg

Confidential                                                                                                           STX0213776