# Exhibit 174

Hi Justin,

Thanks for letting me know.

In the case that the quality team deems the shoes too damaged to be refunded, what should I do? StockX guarantees that each product is authentic and meets their standards, yet the item is clearly fake. I received shoes in a damaged state and therefore should be given a refund regardless. How will this issue be solved since it clearly won't pass the quality test?

Thanks in advance.

On Tue, May 17, 2022 at 11:32 AM support@stockx.com <support@stockx.com> wrote:
> Hey Charlotte,
> You're Welcome! Glad I could assist you with this order.
> I can only provide you the return label so I am not able to guarantee you will be refunded because the return is for a review of your concern.
> When our team reviews this order they should provide you a refund as I do see the concern you have but again I can't guarantee this as our team in the verification center has the decision.
> I hope this clears things up as I'm pretty sure you will be refunded but I just can't guarantee it.
> If you have any other concerns feel free to let us know.
> Best, Justin

Confidential
STX0220717