# Exhibit 175
*Redacted Public Version*



## Case Details:

**CASE/TICKET NUMBER**:CAS-1462452-S7W0L6
**CASE TITLE**:GENERAL SELLING
**CONTACT REASON**:OTHER
**ORDER NUMBER**: 35961513
**CREATED ON**: 6/3/2022 9:02 AM
**STATUS**: RESOLVED
**ORIGIN**: SOLVVY
**CASE DESCRIPTION**: ORDER #: ORDER #35961513

ORDER #35961513 WHICH IS COUNTERFEIT ( RIGHT SHOE IS MISSING STITCHING A CROSS
NIKE CHECK ON BOTH SIDES. YOU GUARANTEE THE SHOES TO BE AUTHENTIC AND VERIFIED. I WAS BUY YOUR CUSTOMER SERVICE REP TO PUT THE SHOES BACK ON THE MARKET PLACE AND TRY TO SALE THEM EVENT AFTER I TOLD HER THE SHOES WERE FAKE.  YOU POLICY  STATES I AM NOT SELL COUNTERFEIT SHOES ON THE MARKET PLACE SO WHY WAS I TOLD TO DO SO . I KEEP GETTING THE RUN AROUND WHEN YOU IT CLEAR YOU DROPPED THE BALL ON THE VERIFICATION PROCESS. THE SHOES WERE A GIFT I WAS UPSET. I HAVE EMAILS TO CONFORM WHAT I  STATED.
**ATTACHMENT URL:** ATTACHMENTS ARE IN THE CASE AND EMAIL FOLDERS IN DYNAMICS WHERE YOU ACCESS THIS FILE

## Customer Details:

**CUSTOMER EMAIL**:
**CUSTOMER NAME**:

## History:

| Date | Created by | Activity Type | Subject |
|---|---|---|---|
| 6/3/2022 9:02 AM | Solvvy D365-PROD-Solvvy | Email | StockX Case # CAS-1462452-S7W0L6 General Selling CRM:01370609766 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Hey there Tamar!<br><br>Thank you for reaching out to StockX Support. We've received your message and Case #CAS-1462452-S7W0L6: &quot;General Selling&quot; has been created.<br><br>If you haven't already provided the following information, please<br>reply to this email with it to help us serve you faster:<br><br>- Email address associated with your StockX account<br>- Order # if applicable<br>- Description of your case<br><br>Our Customer Support Team will respond to you as quickly as we can, generally within 24 hours. While we share your urgency, please only submit one case per inquiry.<br><br>The most current order information will always be found at stockx.com/account. |

Confidential
STX0782856

| | | | |
|---|---|---|---|
| | | | For information on payout setup, account verification, payout history viewing, and payout tracking, visit our<br>Payout Support Center.<br><br>We're working hard to improve the service we provide you, including resolving your issues faster. Remember to check out our<br>Help Center, as it may have the answers you are looking for!<br><br>We look forward to connecting with you soon!<br><br>Thank you,<br>StockX Support<br>https://stockx.com/help |
| 6/6/2022<br>6:53 PM | Tatiana Love | Email | General Selling CRM:02110003514<br>Hello Tamar, |

| | | | |
|---|---|---|---|
| | | | Thank you for contacting StockX. I hope your day is going well. I see you are reaching out in regards to order number |
| 6/6/2022 11:15 PM | SYSTEM | Email | Re: General Selling CRM:02110003514<br><br>Your email response is not complete.On Mon, Jun 6, 2022 at 2:53 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hello Tamar,Thank you for contacting StockX. I hope your day is going well. I see you are reaching out in regards to order number |
| 6/7/2022 4:14 PM | Tatiana Love | Email | General Selling CRM:02110003524<br><br>Hello Tamar,<br><br><br>Thank you for contacting StockX. I hope your day is going well. I see you are reaching out in regards to order number35961513. I see you are reaching out in regards to this sneaker being unauthentic.We're sorry to hear that you are unsatisfied with the item you received from StockX. We know it can be disappointing when the item you receive isn't exactly what you expected. My name is Tatiana and I will be glad to assist you with this matter.<br><br><br>The StockX verification process takes into account the condition of the item, any variations it might display against our internal standards, the state of its container and whether or not it contains all necessary accessories. Items are verified on-site at one of our Authentication Centers by staff who receive constant training in order to remain industry experts.<br><br><br>Thank you for providing the needed photos that you sent.I will now be transferring your case details over to the appropriate team. As they will look further into the pictures you sent over in regards to this sneaker. Please expect a response from said team within 1-3 business days via email. Thank you for your patience in advance! |

Confidential

STX0782858

| | | | |
|---|---|---|---|
| | | | Best regards,<br><br>Tatiana |
| 6/7/2022<br>4:37 PM | Anthony Brownlee | Email | General Selling CRM:07270002758<br>Hey Tamar,<br><br>Thank you for following up regarding the Jordan 1 High Zoom you received.<br><br>My name is Anthony and I am a product specialist here at StockX.<br><br>I have reviewed the photos and can confirm that the sneakers were made with the outlined stitching.<br><br>If you do not wish to keep the sneakers, you may re-list the sneakers at anytime as long as they are in the same condition you received them.<br><br>Please let us know if you have any other questions or concerns.<br><br>Thank you for choosing StockX.<br><br>Best,<br>Anthony |
| 6/7/2022<br>4:37 PM | SYSTEM | Case Resolution | Resolved - Information Provided |
| 6/7/2022<br>6:50 PM | SYSTEM | Email | Re: General Selling CRM:07270002758<br>The show does not have the Stitching across the |

Confidential                                                                                                                                         STX0782859

| | | | |
|---|---|---|---|
| | | | Nike check on either side. Clearly, this was not caught when they were supposedly verified. I believe the shoes to be conterfiet and your policy states I can't sale them on the market place. Maybe I should reach out to Nike and see what they say or social media.On Tue, Jun 7, 2022, 12:37 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Tamar,Thank you for following up regarding the Jordan 1 High Zoom you received.My name is Anthony and I am a product specialist here at StockX.I have reviewed the photos and can confirm that the sneakers were made with the outlined stitching.If you do not wish to keep the sneakers, you may re-list the sneakers at anytime as long as they are in the same condition you received them.Please let us know if you have any other questions or concerns.Thank you for choosing StockX.Best,Anthony |
| 6/7/2022 7:50 PM | Anthony Brownlee | Email | General Selling CRM:07270002766<br>Hey Tamar,<br><br>There is not stitching around the swoosh of these sneakers due to this is the design by the manufacture. If you look at the photo of the sneakers on our product page you will see that your sneakers match them.<br><br>As mentioned previously, if you do not wish to keep the sneakers you may re-list them at anytime as long as they are in the same condition you received them in.<br><br>Please let us know if you have any other questions or concerns.<br><br>Best,<br><br>Anthony |
| 6/7/2022 7:50 PM | SYSTEM | Case Resolution | Resolved - Information Provided |

Confidential
STX0782860

| | | | |
|---|---|---|---|
| 6/7/2022 9:06 PM | SYSTEM | Email | Re: General Selling CRM:07270002766<br><br>No not true look at the left shoe compared to the right. With the verified token might I add.On Tue, Jun 7, 2022, 3:50 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Tamar,There is not stitching around the swoosh of these sneakers due to this is the design by the manufacture. If you look at the photo of the sneakers on our product page you will see that your sneakers match them.As mentioned previously, if you do not wish to keep the sneakers you may re-list them at anytime as long as they are in the same condition you received them in.Please let us know if you have any other questions or concerns.Best,Anthony |
| 6/7/2022 9:13 PM | SYSTEM | Email | Re: General Selling CRM:07270002766<br><br>Im going to Nike next let's see what they thing?On Tue, Jun 7, 2022, 5:01 PM ███████ ███████████████ wrote:No not true look at the left shoe compared to the right. With the verified token might I add.On Tue, Jun 7, 2022, 3:50 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Tamar,There is not stitching around the swoosh of these sneakers due to this is the design by the manufacture. If you look at the photo of the sneakers on our product page you will see that your sneakers match them.As mentioned previously, if you do not wish to keep the sneakers you may re-list them at anytime as long as they are in the same condition you received them in.Please let us know if you have any other questions or concerns.Best,Anthony |
| 6/7/2022 9:14 PM | SYSTEM | Email | Re: General Selling CRM:07270002766<br><br>From your websiteOn Tue, Jun 7, 2022, 5:08 PM ███████████████████████ ; wrote:Im going to Nike next let's see what they thing?On Tue, Jun 7, 2022, 5:01 PM ████████ ███████████████ ; wrote:No not true look at the left shoe compared to the right. With the verified token might I add.On Tue, Jun 7, 2022, 3:50 PM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Tamar,There is not stitching around the swoosh of these sneakers due to this is the design by the manufacture. If you look at the photo of the |

Confidential                                                                                                                                                            STX0782861

| | | | |
|---|---|---|---|
| | | | sneakers on our product page you will see that your sneakers match them.As mentioned previously, if you do not wish to keep the sneakers you may re-list them at anytime as long as they are in the same condition you received them in.Please let us know if you have any other questions or concerns.Best,Anthony |
| 6/8/2022 1:17 PM | Anthony Brownlee | Email | General Selling CRM:07270002775<br>Hey Tamar,<br><br>I have reviewed the photos again and I see that there is a stitching defect. I would like to apologize that you received your item in this condition.<br><br>We would like to offer you one of three options to make this right:<br><br>Discount code for $20 USD off your next purchase<br><br>Return on your purchase, for a full refund<br><br>$20 partial refund<br><br>I understand how frustrating it is to receive an item that was not up to your (or our) expectations. Please let us know if you would like to accept one of these offers.<br><br>Thanks,<br><br>Anthony |
| 6/8/2022 1:17 PM | SYSTEM | Case Resolution | Resolved - Information Provided |
| 6/8/2022 9:15 PM | SYSTEM | Email | Re: General Selling CRM:07270002775<br><br>I want to return the item for a full refund.On Wed, Jun 8, 2022, 9:17 AM support@stockx.com &lt;support@stockx.com&gt; wrote:Hey Tamar,I have reviewed the photos again and I see that there is a stitching defect. I would like to apologize that you received your item in this condition.We would like to offer you one of three options to make this right:Discount code for $20 USD off your next purchaseReturn on your purchase, for a full refund$20 partial refundI understand how frustrating it is to receive an item that was not up to your (or our) expectations. Please let us know if you |

| | | | |
|---|---|---|---|
| | | | would like to accept one of these offers.Thanks,Anthony |
| 6/8/2022 9:35 PM | Anthony Brownlee | Email | General Selling CRM:07270002789<br>Hey Tamar,<br><br>Thanks for using StockX!<br><br>Thanks for reaching back out to follow up in regards to the Jordan 1 you received and its issues. I can understand why you would like to return as I have had to do the same with a purchase in the past. I am more than happy to provide you with a prepaid return shipping label.<br><br>We apologize for the issue with the item you received for that reason we would like to provide a return for a full refund attached below is a return shipping label to return the item. When sending the item back please include the tag and invoice that arrived with the item. Once the item is returned and reviewed we will notify you through email and issue the refund.<br><br>Again I apologize for the item arriving with the issues I can assure you that won't happen again with any purchases. Please feel free to reach back out if you have more questions.<br><br>Thanks for using StockX!<br><br>Anthony |
| 6/8/2022 9:36 PM | SYSTEM | Case Resolution | Resolved - Information Provided |

**Emails:**

Confidential                                                                                                                                                    STX0782863

| Date | Email |
|---|---|
| 6/3/2022 9:02 AM | From : support@stockx.com To : ▮<br>Subject :  StockX Case # CAS-1462452-S7W0L6 General Selling CRM:01370609766<br>Created on behalf of: Solvvy D365-PROD-Solvvy<br>Content : Refer History section |
| 6/6/2022 6:53 PM | From : support@stockx.com To : ▮<br>Subject :  General Selling CRM:02110003514<br>Created on behalf of: Tatiana Love<br>Content : Refer History section |
| 6/6/2022 11:15 PM | From : ▮ To :support, support, support@stockx.com<br>Subject :  Re: General Selling CRM:02110003514<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/7/2022 4:14 PM | From : support@stockx.com To ▮<br>Subject :  General Selling CRM:02110003524<br>Created on behalf of: Tatiana Love<br>Content : Refer History section |
| 6/7/2022 4:37 PM | From : support@stockx.com To ▮<br>Subject :  General Selling CRM:07270002758<br>Created on behalf of: Anthony Brownlee<br>Content : Refer History section |
| 6/7/2022 6:50 PM | From ▮ To :support, support, support@stockx.com<br>Subject :  Re: General Selling CRM:07270002758<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/7/2022 7:50 PM | From : support@stockx.com To ▮<br>Subject :  General Selling CRM:07270002766<br>Created on behalf of: Anthony Brownlee<br>Content : Refer History section |
| 6/7/2022 9:06 PM | From ▮ To :support, support, support@stockx.com<br>Subject :  Re: General Selling CRM:07270002766<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/7/2022 9:13 PM | From ▮ To :support, support, support@stockx.com<br>Subject :  Re: General Selling CRM:07270002766<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/7/2022 9:14 PM | From : ▮ To :support, support, support@stockx.com<br>Subject :  Re: General Selling CRM:07270002766<br>Created on behalf of: Josh Allegri<br>Content : Refer History section |
| 6/8/2022 1:17 PM | From : support@stockx.com To ▮<br>Subject :  General Selling CRM:07270002775<br>Created on behalf of: Anthony Brownlee<br>Content : Refer History section |
| 6/8/2022 9:15 PM | From : ▮ To :support, support, support@stockx.com<br>Subject :  Re: General Selling CRM:07270002775<br>Created on behalf of: Josh Allegri |

| | |
|---|---|
| 6/8/2022 9:35 PM | Content : Refer History section<br>From : support@stockx.com To ▮▮▮▮▮▮<br>Subject :  General Selling CRM:07270002789<br>Created on behalf of: Anthony Brownlee<br>Content : Refer History section |

## Task:

| Date | Created by | Description | Task Type | Closed |
|---|---|---|---|---|

## Notes:

| Date | Created by | Subject | Note | |
|---|---|---|---|---|
| 6/3/2022 9:03 AM | SYSTEM | Image | | |
| 6/3/2022 9:03 AM | SYSTEM | Image | | |
| 6/3/2022 9:03 AM | SYSTEM | Image | | |
| 6/7/2022 4:20 PM | Tatiana Love | Product Complaint | Photos included in email | |
| | | | | |

## Conversation:

| Date | Type | Teammate | Transcript |
|---|---|---|---|
| | | | |
| | | | |

## Post:

| Date | Type | Teammate | Text |
|---|---|---|---|