# Exhibit 182

*Redacted Public Version*

HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

    Plaintiff,

 v.                     No. 1:22-CV-00983-VEC

STOCKX LLC,

    Defendant.

VIDEOTAPED DEPOSITION OF LAURA RIZZA

Taken in behalf of the Defendant

February 1, 2023

*** HIGHLY CONFIDENTIAL ***

Page 2

1       BE IT REMEMBERED THAT pursuant to Federal
2 Rules of Civil Procedure, the deposition of LAURA
3 RIZZA was taken before Julie A. Walter, CSR No.
4 90-0173 on February 1, 2023, commencing at the hour
5 of 9:42 a.m., the proceedings being reported in the
6 law offices of Stoel Rives, 760 SW Ninth Avenue,
7 Suite 3000, Portland, Oregon.
8              * * *
9           APPEARANCES
10 DLA PIPER
11   Mr. Marc Miller
12   1251 Avenue of the Americas
13   New York, New York 10020
14   Counsel for the Plaintiff
15
16 DEBEVOISE & PLIMPTON LLP
17   Mr. Christopher Ford
18     650 California Street
19     San Francisco, California 94108
20   Ms. Mai-Lee Picard
21     919 Third Avenue
22     New York, New York 10022
23     Counsel for the Defendant
24
25

Page 3

1     APPEARANCES CONTINUED:
2
3 Also Present:
4 Kimberly Van Voorhis
5   Assistant General Counsel Nike
6
7 Mick Irwin
8   Videographer

Page 4

1       EXHIBIT INDEX
2 Number    Item             Page
3 Exhibit 1      █ Presentation    28
4           NIKE 0040131 through 40160
5 Exhibit 2    Plaintiff Nike Inc.    66
6           Supplemental Responses and
7           Objections to Defendant
8           StockX LLC's Second Set of
9           Interrogatories
10 Exhibit 3    11/11/21 Email With    79
11           Attachments
12           NIKE 0029176 to 0029186
13 Exhibit 4    11/11/21 email with    85
14           Attachments
15           NIKE 0029156 to 0029175
16 Exhibit 5    11/1521 Email Thread    90
17           NIKE 0029187 to 29191
18 Exhibit 6    List █████    99
19           NIKE 0039044
20 Exhibit 7    3/7/22 Email Thread    107
21           NIKE 0040472 to 0040478
22 Exhibit 8    4/20/22 Email Thread    115
23           NIKE 0025918 to 0025922
24
25

Page 5

1 Exhibit 9    10/25/21 Email with    132
2           attachment
3           NIKE 0060175 to 0060224
4 Exhibit 10    FY20 Q2 North American    137
5           Impact Report
6           NIKE 0039827 to 39832
7 Exhibit 11    9/25/20 Email with    140
8           Attachment
9           NIKE 0039841 to 0039846
10 Exhibit 12    12/11/20 Email with    146
11           Attachment
12           NIKE 0039847 to 0039853
13 Exhibit 13    3/29/21 Email with    152
14           Attachment
15           NIKE 0039833-0039840
16 Exhibit 14    8/11/11 Email with    159
17           Attachment
18           NIKE 0042530
19 Exhibit 15    5/27/20 Email Thread    170
20           NIKE 0040486
21 Exhibit 16    Excel Spreadsheet    179
22           NIKE 0039436
23
24
25

Page 6

| | |
|---|---|
| 1 | Exhibit 17    Declaration of David P.    196 |
| 2 | Stapleton in Support of |
| 3 | Receiver's Motion For Order |
| 4 | Approving Liquidation Plans |

Page 7

1  PROCEEDINGS
2
3      THE VIDEOGRAPHER: Good morning. We are going
4  on the record at 9:42 a.m. on Wednesday,
5  February 1st, 2023. This begins Media Unit
6  Number 1 in the video recorded deposition of Laura
7  Rizza taken in the matter NIKE, Inc., versus StockX
8  LLC.
9      This case is styled in the United States
10 District Court for the Southern District of
11 New York, Case Number 22-CV-00983.
12     Can counsel identify themselves for the record,
13 please.
14     MR. FORD: Christopher Ford, Debevoise and
15 Plimpton, for defendants StockX. I'm joined by my
16 colleague, Mai-Lee Picard.
17     MR. MILLER: Good morning. This is Marc Miller
18 from DLA Piper on behalf of plaintiff NIKE, Inc.,
19 and I'm joined by Kim Van Voorhis of NIKE.
20         LAURA RIZZA
21 was thereupon produced as a witness and, after
22 having been duly sworn on oath, was examined and
23 testified as follows:
24         EXAMINATION
25 BY MR. FORD:

Page 8

1  Q. Good morning, Ms. Rizza.
2  A. Good morning.
3  Q. Have you ever been deposed before?
4  A. No.
5  Q. Okay. So just a few quick ground rules that
6     Mr. Miller may have gone over with you so we're on
7     the same page. The court reporter is taking down
8     everything that anyone in the room says. So I'll
9     ask the question, and if you can wait for me to
10    finish the whole question before you answer.
11    Mr. Miller may object, and we'll just try not to
12    speak over each other. I'll similarly try to wait
13    for you to finish your answer before I ask the next
14    question. If at any point you realize that you
15    hadn't finished your answer or need to say
16    something further, just let me know and we can
17    navigate that.
18       It is important that you give verbal answers,
19    not just nods of the head like you're doing now,
20    which is fine. But do you understand all of that?
21 A. I do.
22 Q. Any reason that you can't give complete, truthful
23    and accurate testimony today?
24 A. No.
25 Q. ████████████████████████████████████████████

Page 9

[redacted]

23 Q. Okay. Have you had any conversations -- well, let
24    me withdraw that and start.
25    Are you currently employed at NIKE?

3 (Pages 6 - 9)

Page 182

1   spreadsheet originate?
█████████████████████████████
█████████████████████████████
█████████████████████████████
5   Q.  I see.  Who took these photographs?
6   A.  I did.  I took these photographs, I think.
█████████████████████████████
8       photograph these products?
9   A.  I did.
10  Q.  And when did that happen?
11  A.  I don't remember the exact date.
█████████████████████████████
█████████████████████████████
█████████████████████████████
█████████████████████████████
█████████████████████████████
17  A.  To make sure they were well documented and we had a
18      thorough understanding of the findings.
19  Q.  And does this -- these two pages with Pair 1
20      through 15 set out all of the counterfeit or
21      allegedly counterfeit NIKE product that you
22      identified during your May 27, 2022, visit to the
23      warehouse?
24          MR. MILLER:  Objection.
25          THE WITNESS:  Sorry, can you repeat that.

Page 183

1   Q.  BY MR. FORD:  Sure.  I know it was a long question.
2       Do these two pages that are titled "Identified
3   May 27th, 2022," pairs 1 through 15 set out all of
4   the counterfeit or allegedly counterfeit product
5   that you identified -- sorry, NIKE product that you
6   identified during your May 27th, 2022, visit to the
7   ████████████████
8           MR. MILLER:  Objection to form.
9           THE WITNESS:  Yes.
10  Q.  BY MR. FORD:  If you look at this ██████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████
15      Why were there columns specifically for "StockX
16      Tag" and "StockX Receipt" in this spreadsheet?
17  A.  I was trying to document what was in the boxes.
18  Q.  For the items where there is a no under StockX
19      receipt, does that mean there was no receipt of any
20      kind in the boxes or just that there was no StockX
21      receipt in the boxes?
22  A.  There was no receipt of any kind.
23  Q.  Other than the items that are photographed here,
24      was there anything in these boxes of any kind, or
25      is this a complete documentation of what you saw in

Page 184

1       these product boxes?
2   A.  I did my best to do a complete documentation of
3       what I found in the boxes.



Page 185

Page 202

1  know anything about their authenticity. In my
2  opinion, NIKE itself is the only -- or most
3  equipped to authenticate product.
4      MR. FORD: I see. Okay. All right. Why don't
5  we take a break, and I will see if I have anything
6  left.
7      (RECESS 4:24 to 4:35)
8  Q. BY MR. FORD: So, Ms. Rizza, before the break, we
9  were talking about the shoes from the ▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮ that were in Exhibit 16, the spreadsheet
11 with all of the pictures.
12 A. Yeah.
13 Q. Do you have -- do you know whether the products
14 that you evaluated at ▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮
18     MR. MILLER: Objection.
19     THE WITNESS: Are you asking me if the products
20 that I evaluated are the same products that came
21 ▮▮▮▮▮▮▮▮▮▮
22 Q. BY MR. FORD: Yes. I'm just asking if you
23 personally know that ▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ n fact,
25 the same products as were in the warehouse --

Page 203

1     MR. MILLER: Objection.
2  Q. BY MR. FORD: -- that you looked at?
3  A. I'm confident they are, yes.
4  Q. What's that confidence based on?
5     MR. MILLER: Objection.
6     THE WITNESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮ nd in the conditions under which they were
9  transported and stored.
10 Q. BY MR. FORD: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮
13 A. No.
14 Q. Do you know -- do you know someone named Roy Kim?
15 A. No.
16 Q. Does the Instagram handle "sneakerstrut" ring a
17 bell? No?
18 A. No.
19 Q. Do you have any awareness of an investigation NIKE
20 did into potential counterfeit products purchased
21 by an individual named Roy Kim in July of 2022?
22 A. That doesn't sound familiar to me.
23     MR. FORD: Okay. Then I don't have anything
24 further.
25     MR. MILLER: I don't have any redirect, so we

Page 204

1  will consider the deposition closed.
2      (DEPOSITION ADJOURNED at 4:36)

Page 205

C E R T I F I C A T E

    I, Julie A. Walter, CSR No. 90-0173, do hereby
certify that LAURA RIZZA appeared before me at the
time and place mentioned in the caption herein;
that the witness was by me first duly sworn on oath
and examined upon oral interrogatories propounded
by counsel; that said examination together with the
testimony of said witness was taken down by me in
stenotype and thereafter reduced to typewriting;
and that the foregoing transcript, Pages 1 to 204,
both inclusive, constitutes a full, true and
accurate record of said examination of and
testimony given by said witness and of all other
proceedings had during the taking of said
deposition, and of the whole thereof, to the best
of my ability.
    Witness my hand at Portland, Oregon, this 6th
day of F▮

                        _Julie A. Walter_
                        Julie A. Walter
                        CSR No. 90-0173