# Exhibit 183

*Redacted Public Version*

```
                                                              Page 1

 1               UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF NEW YORK
 3                        ---oOo---
 4
 5    NIKE, INC.,                )
                                 )
 6            Plaintiff,         )
                                 )
 7    vs.                        )   No. 1:22-cv-00983-VEC
                                 )
 8    STOCKX LLC,                )
                                 )
 9            Defendant.         )
      _____)
10
11
12         H I G H L Y   C O N F I D E N T I A L
13             OUTSIDE ATTORNEYS' EYES ONLY
14    STOCKX 30(b)(6) VIDEOTAPED DEPOSITION OF BROCK HUBER
15                SAN FRANCISCO, CALIFORNIA
16               WEDNESDAY, FEBRUARY 22, 2023
17
18
19
20
21    STENOGRAPHICALLY REPORTED BY:
22    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23    CSR LICENSE NO. 9830
24    JOB NO. 5688666
25
```

Page 2

```
 1      UNITED STATES DISTRICT COURT
 2    FOR THE NORTHERN DISTRICT OF NEW YORK
 3            ---oOo---
 4
 5
   NIKE, INC.,          )
 6                      )
         Plaintiff,     )
 7                      )
   vs.                  ) No. 1:22-cv-00983-VEC
 8                      )
   STOCKX LLC,          )
 9                      )
         Defendant.     )
10  _____)
11
12
13
14      StockX 30(b)(6) Videotaped Deposition of
15   Brock Huber, taken on behalf of the Plaintiff,
16   Pursuant to Notice, on Wednesday, February 22,
17   2023, beginning at 8:40 a.m., and ending at
18   4:43 p.m., before me, ANDREA M. IGNACIO, CSR, RPR,
19   CCRR, CRR, CLR ~ License No. 9830.
20
21
22
23
24
25
```

Page 4

```
 1                    I N D E X
 2
 3  WITNESS: Brock Huber, StockX 30 (b)(6)
 4
 5  EXAMINATION                              PAGE
 6  By Ms. Duvdevani                           9
 7  By Ms. Bannigan                          247
 8              E X H I B I T S
 9  EXHIBIT                                  PAGE
10  Exhibit 1   3-19-22 Email Re: General Selling  27
11              Bates STX0204960
12  Exhibit 2   Plaintiff Nike, Inc.'s Notice of   32
13              Rule 30(b)(6) Deposition to
14              StockX LLC
15  Exhibit 3   PL by Entity with CC Breakout,     36
16              Bates STX0774394
17  Exhibit 4   September 2021 Board Meeting,      91
18              Bates STX0583757 - '97
19  Exhibit 5   StockX Revenue from Jordan Brand  103
20              Bates STX0774395
21  Exhibit 6   Revenue & Operating Losses from   125
22              Jordan Brand, Nike and Nike Vault
23              NFTs, Bates STX0774285
24  Exhibit 7   NFTs Collect What's Next, Bates   159
25              NIKE0000055 - '58
```

Page 3

```
 1  A P P E A R A N C E S:
 2
 3    FOR THE PLAINTIFF:
 4       DLA PIPER
 5       By: TAMAR Y. DUVDEVANI, Esq.
 6           MARC E. MILLER, Esq.
 7           GABRIELLE VELKES
 8       1251 Avenue of the Americas, 27th Floor
 9       New York, New York 10020
10       212.335.4500
11       tamar.duvdevani@dlapiper.com
12    FOR THE DEFENDANTS:
13       DEBEVOISE & PLMPTON, LLP
14       By: MEGAN K. BANNIGAN, Esq.
15           JUSTIN FERRONE, Esq.
16       66 Hudson Boulevard
17       New York, New York 10001
18       212.909.6000
19       mkbannigan@debevoise.com
20
21    ALSO PRESENT: Peter Yaroschuk, Videographer
22                  Kevin Adams, StockX LLC
23
24            ---oOo---
25
```

Page 5

```
 1              E X H I B I T S
 2  EXHIBIT                                  PAGE
 3  Exhibit 8   Marketing Asset & GTM Approvals  172
 4              Bates STX0097812 - '37
 5  Exhibit 9   1-18-22 Email Re: Introducing    184
 6              Vault NFTs, Bates STX0025343
 7              - '44
 8  Exhibit 10  Page Vault, Bates NIKE0005663    190
 9  Exhibit 11  Page Vault, Bates NIKE0005676    190
10              - '77
11  Exhibit 12  NFT Integrated Marketing and     194
12              Creative Brief, Bates STX0020696
13              - '67
14  Exhibit 13  StockX Trading Wave 2, Bates     202
15              STX0016533 - '69
16  Exhibit 14  Outline of Conversations, Bates  206
17              STX0140205 - '29
18  Exhibit 15  1-14-22 Email Re: Brand Direct   208
19              Bates STX0042065 - '69
20  Exhibit 16  StockX Drop Mechanics, Bates     210
21              STX0022621 - '32
22  Exhibit 17  What's Now: StockX Vault NFTs    215
23  Exhibit 18  First Quarter 2022 Shareholder   221
24              Letter, Bates STX01916168 - '36
25  ///
```

|  | Page 6 |
|---|---|
| 1 | E X H I B I T S |
| 2 | EXHIBIT                                              PAGE |
| 3 | Exhibit 19   Fourth Quarter & Full Year 2021   221 |
| 4 |             Shareholder Letter, Bates |
| 5 |             STX0190727 - '46 |
| 6 | Exhibit 20   9-13-21 Email Re: Forbes: Born   225 |
| 7 |             in The Metaverse: Will RTFKT's |
| 8 |             New Avatar Project Be The Next |
| 9 |             Big Thing in NFTs and Fashion? |
| 10 |            Bates STX0043022 |
| 11 | Exhibit 21   4-27-21 Email Re: Intro/StockX   228 |
| 12 |            Bates STX0039964 - '73 |
| 13 | Exhibit 22   Digital StockX, Bates        230 |
| 14 |            STX0031324 - '49 |
| 15 | Exhibit 23   Digital StockX, Bates        241 |
| 16 |            STX0022141 - '88 |
| 17 | Exhibit 24   Northstars Draft             243 |
| 19 |             ---oOo--- |

Page 7

1        DEPOSITION PROCEEDINGS
2        WEDNESDAY, FEBRUARY 22, 2023
3             ---oOo---
6        THE VIDEOGRAPHER:  Good morning.  We are
7  going on the record at 8:40 a.m. on February the 22nd,
8  2023.
9        Please note that microphones are sensitive
10 and may pick up whispering, private conversations, and
11 cellular interference.
12       Please turn off all cell phones or place them
13 away from the microphones, as they can interfere with
14 the deposition.
15       Audio -- audio and video recording will
16 continue to take place unless all parties agree to go
17 off the record.
18       This is Media Unit 1 of the video-recorded
19 deposition of Brock Huber.  Taken by counsel for
20 Plaintiff.
21       In the matter of Nike Incorporated versus
22 StockX LLC.  Filed in the United States District Court
23 for the Southern District of New York.
24       The deposition is being held at 555 Mission
25 Street, Suite 2400, San Francisco, California 94105.

Page 8

1        My name is Peter Yaroschuk from the firm
2  Veritext.  I am the videographer.
3        The court reporter is Andrea Ignacio, from
4  the firm Veritext.
5        I am not related to any party in this action,
6  nor am I financially interested in the outcome.
7        Counsel, all present in the room, please now
8  state your appearances and affiliations for the
9  record.
10       If there are any objections to proceeding,
11 please state them at the time of your appearance,
12 beginning with the noticing attorney.
13       MS. DUVDEVANI:  Tamar Duvdevani, DLA Piper,
14 for plaintiff, Nike.
15       I am joined by my colleagues, also of
16 DLA Piper, Gabby Velkes and Mark Miller.  Good
17 morning.
18       MS. BANNIGAN:  Good morning.  Megan Bannigan
19 from Debevoise & Plimpton, on behalf of StockX.
20       I'm here with my colleague from Debevoise
21 Justin Ferrone, as well as Kevin Adams, in-house
22 counsel for StockX.
23       THE VIDEOGRAPHER:  Thank you.
24       Will the court reporter please swear in the
25 witness.

Page 9

1             BROCK HUBER,
2        having been first duly sworn
3        by the Certified Court Reporter,
4           testified as follows:
6             EXAMINATION
7  BY MS. DUVDEVANI:
8    Q   Okay.  Good morning, Mr. Huber.  As you
9  heard, my name is Tamar Duvdevani.  I am counsel for
10 Nike in this matter.
11       Have you ever been deposed before?
12   A   No.
13   Q   Okay.  Do you understand that your testimony
14 today is being given under oath?
15   A   I do.
16   Q   And do you understand that in addition to
17 whatever ethical or moral obligations you feel about
18 providing testimony under oath, that lying under oath
19 can involve serious legal consequences?
20   A   Yes.
21   Q   Do you understand that if you know an answer
22 to my question, yet you say "I don't know," that is
23 lying under oath?
24   A   Yes.
25   Q   Do you understand that if you know and recall

|  | Page 38 |
|---|---|
| 1 | THE WITNESS: I'm not positive. |
| 2 | MS. DUVDEVANI: Q. Who prepared this |
| 3 | document? |
| 4 | A This would have been prepared by our finance |
| 5 | team. |
| 6 | Q Anyone in particular on your finance team? |
| 7 | A I would assume this was prepared by Dan |
| 8 | Forth, but I can't say with certainty. |
| 9 | Q Okay. What instructions were given to Dan |
| 10 | Forth or the finance team to prepare Exhibit 3? |
| 11 | MS. BANNIGAN: Objection. |
| 12 | You can answer that. |
| 13 | If that involves privileged conversations or |
| 14 | attorney instructions, I'm going to direct you not to |
| 15 | answer. |
| 16 | THE WITNESS: I'll listen to her. |
| 17 | MS. DUVDEVANI: Q. So is it your testimony |
| 18 | that you can't answer this because instructions were |
| 19 | provided by legal counsel? |
| 20 | A I believe that's what my counsel said, yes. |
| 21 | Q Well, do you know if this was provided at the |
| 22 | direction or created at the direction of counsel? |
| 23 | You can say yes or no to that. |
| 24 | A I'm going to go with what she said. |
| 25 | MS. BANNIGAN: No. You can say yes or no to |

|  | Page 39 |
|---|---|
| 1 | that. |
| 2 | MS. DUVDEVANI: You can say yes or no to |
| 3 | that. |
| 4 | MS. BANNIGAN: What I'm saying is, to the |
| 5 | extent -- you can answer her questions unless it |
| 6 | involves direction from legal counsel, work product |
| 7 | from legal counsel. |
| 8 | THE WITNESS: Yeah, I -- I'm not positive. |
| 9 | MS. DUVDEVANI: Okay. |
| 10 | Q What was the purpose of the analysis that |
| 11 | StockX was attempting to show by preparing this |
| 12 | document? |



11 (Pages 38 - 41)



**Deposition Date:** 2/22/2023
**Deponent:** Brock Huber – Errata Sheet
**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC)

| Page(s): Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|
| 24:19 | **in** | **on** | Transcription Error |
| 52:19 | **and** the legal entity | **in** the legal entity | Transcription Error |
| 54:2 | units of **all** NFTs | units of **Vault** NFTs | Transcription Error |
| 58:3 | **advertisement** | **advertising** | Transcription Error |
| 58:14 | **Highsnobity** | **Highsnobiety** | Transcription Error |
| 59:15 | **All-Stars** | **All-Star** | Transcription Error |

1

| **Deposition Date:** 2/22/2023<br>**Deponent:** Brock Huber – Errata Sheet<br>**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 61:1-4 | **Yes.** | [redacted] | Clarification |
| 61:23-62:4 | [redacted] | [redacted] | Clarification |
| 64:23 | **application** and verification | **authentication** and verification | Transcription Error |

2

| **Deposition Date:** 2/22/2023<br>**Deponent:** Brock Huber – Errata Sheet<br>**Case Name:** *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) | | | |
|---|---|---|---|
| **Page(s): Line(s)** | **Now Reads** | **Should Read** | **Reason** |
| 80:1 | full-time **hedge** | full-time **gig** | Transcription Error |
| 95:4 | **or** directly to | **more** directly to | Transcription Error |
| 98:21 | be a profitability | be **at** profitability | Transcription Error |
| 100:23 | **edition of** the catalog | **addition to** the catalog | Transcription Error/Clarification |
| 103:1 | **All-Stars** | **All-Star** | Transcription Error |
| 107:25 | **won't** be as described | **will** be as described | Clarification |
| 109:3 | **KISS** | **Kith** | Transcription Error |
| 113:20 | Nike **1** Data | Nike **Rev** Data | Transcription Error |
| 143:16 | Cool **Gray** | Cool **Grey** | Typographical Error |
| 143:19 | Cool **Gray** | Cool **Grey** | Typographical Error |
| 149:18 | **an** app | **in** app | Transcription Error |
| 168:11 | Customer experience **invoice**, the customer | Customer experience, **voice of the** customer | Transcription Error |

3

| Deposition Date: 2/22/2023<br>Deponent: Brock Huber – Errata Sheet<br>Case Name: *Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) | | | |
|---|---|---|---|
| Page(s):<br>Line(s) | Now Reads | Should Read | Reason |
| 171:19 | **Does** that bear | **Is** that bear | Transcription Error |
| 198:21 | Jordan 1 **Drafts** | Jordan 1 **Drops** | Transcription Error |
| 205:8 | **collectors** items | **collectors'** items | Typographical Error |

I, Brock Huber, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on February 22, 2023; that I have made such corrections as appear noted herein; and that my testimony as contained herein, as corrected, is true and correct.

DATED this  30   day of March, 2023.

DocuSigned by:
*Brock Huber*
7F40F0A2A21F421...

Brock Huber

4