# Exhibit 185



# Jordan 1 Retro High
# White University Blue Black

Highest Bid: €390 | Lowest Ask: €417

U.S. Men's Size 8.5



# Review Order

**Please confirm your purchase details below**

| | |
|---|---|
| Your Purchase Price | €417.00 |
| VAT (Incl. Above) ❓ | €93.99 |
| Processing Fee ❓ | €20.85 |
| Shipping | €9.75 |
| Total | €447.60 |

*Includes duties, VAT, and fees based on buyer and seller location
*VAT registered buyers in Netherlands do not have VAT collected by StockX and should instead use the Reverse Charge Mechanism to self-account for VAT

**Redacted - PII**

Back

Place Order

CONFIDENTIAL