# Exhibit 186



NIKE0025910