# Exhibit 187



CONFIDENTIAL

NIKE0025913