# Exhibit 188

**StockX** Help Center

Ask a question

English (US)

Login

Sign Up

Help Center / What Kinds Of Sneakers Are Sold On Stockx

## What kinds of sneakers are sold on StockX?

StockX connects Buyers and Sellers who are passionate about the hottest sneakers on the market, and we maintain a wide variety of style-forward shoes available for sale or purchase, regardless of your wardrobe or budget.

Whether you're looking for a new pair of Yeezys or Air Jordans, luxury brands like Gucci and Saint Laurent, or something else entirely, StockX's marketplace hosts a huge variety of styles, brands and colorways.

**What are the condition guidelines for sneakers sold on StockX?**

Shoes sold on StockX have the following requirements:

- They must be new
- They must be unworn
- They must be authentic
- They must have their original packaging

Depending on the type of shoe being sold, StockX may also require you to provide additional accessories that came with the shoe at the time of purchase in order to be verified. Check the specific shoe's product page for information about what accessories are needed.

**How should sneakers be shipped to stockX?**

For the most accurate information about how to ship your sneakers to StockX for verification, please refer to this blog post: How To Properly Ship Your Item To StockX.

**What condition do the shoes need to be in to pass StockX's verification process?**

Selling your shoes in pristine condition is the best way to ensure they pass verification. However, as with sneakers sold at retail, some pairs will pass StockX's verification despite being unlaced, tried on for fit, and/or having slight manufacturer flaws and imperfections. Shoes may also pass verification despite the box having minimal damage from shipping, discoloration from storage and/or any normal wear and tear due to aging.

StockX will consider the age of the shoe when determining whether it passes our verification process. Specifically, StockX will allow an older shoe to display some unavoidable signs of aging or yellowing, but this is not a guarantee that an older shoe will pass verification. Please note however that both shoes must display consistent aging.

Also, be advised that shoes five years or older may experience structural weakness and a lack of durability. These issues often arise in spite of the conditions the shoes were stored in. Should you choose to wear a pair of older shoes purchased on StockX, we cannot guarantee the shoe's integrity long term.

**Does StockX sell B-Grades?**

StockX maintains a small number of B-Grades on our site. B-Grade is a mark/grade given to sneakers that have minor imperfections in manufacturing. You can determine if an item is B-Grade by reviewing the product page, as this will be specified within the product's title. This mark/grade is commonly found stamped on the tag inside the shoe or on the shoe box.

< Back



9/19/24, 5:34 PM
Case 1:22-cv-00983-VEC    Document 285-40    Filed 09/19/24    Page 3 of 3
What kinds of sneakers are sold on StockX?



**Live Chat**
Monday-Friday: 9am - 9pm ET
Saturday-Sunday: 10am - 6pm ET

**Phone**
Monday-Friday: 9am - 5pm ET

**Email**
Submit 24/7

### Need Help? Start Here

Provide us with a few details, and we will guide you to the right solution. Contact options include live chat, phone, or email if necessary.

Contact Us