UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NIKE, INC., :
:
                      Plaintiff, :
:
       -against- :      22-CV-0983 (VEC)
:
STOCKX LLC, :      <u>ORDER</u>
:
                    Defendant. :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties must appear for oral argument on the cross-motions for partial summary judgment (Dkts. 254, 258) on **Wednesday, February 26, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: February 5, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**