**Debevoise & Plimpton**

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**Megan K. Bannigan**
**Partner**
mkbannigan@debevoise.com
+1 212 909 4879

February 7, 2025

**BY ECF**

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

*Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

Dear Judge Caproni:

The undersigned counsel represent Defendant StockX LLC ("StockX") and Plaintiff Nike Inc. ("Nike") in the above-referenced action. We write to request an adjournment of the oral argument on the parties' cross-motions for partial summary judgment currently scheduled for February 26, 2025 (ECF No. 316) to either March 3 or March 28, 2025, or a later date and time that is convenient for the Court and the parties.

StockX respectfully seeks this adjournment due to the unavailability of StockX's lead counsel on February 26, 2025. Megan Bannigan, who is planning to argue the summary judgment cross-motions for StockX, has a pre-existing client event that day that she is chairing and that conflicts with the scheduled oral argument. Counsel for the parties have conferred regarding their respective availabilities and have confirmed that lead counsel for both parties are available on March 3 and March 28. Nike has no objection to StockX's request for an adjournment.

This is the first request by either party to reschedule this oral argument. The parties thank the Court for its attention to this matter.

(*Remainder of page intentionally left blank*)

Respectfully submitted,

/s/ Megan K. Bannigan
Megan K. Bannigan
David H. Bernstein
Christopher S. Ford
Kathryn C. Saba
**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000

Rob Potter
Briggs M. Wright
**Kilpatrick Townsend & Stockton LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8733

Jeffrey B. Morganroth
**Morganroth & Morganroth, PLLC**
344 N. Old Woodward Ave, #200
Birmingham, MI 48075
Telephone: (248) 864-4001

*Attorneys for Defendant StockX LLC*

/s/ Tamar Y. Duvdevani
**DLA PIPER LLP (US)**

Tamar Y. Duvdevani
Marc E. Miller
Joshua Schwartzman
Jared Greenfield
Gabrielle Chasin Velkes
1251 Avenue of The Americas, 27th Fl.
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Michael Fluhr
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Melissa A. Reinckens
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2798
Facsimile: (619) 764-6624

Jane W. Wise
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4149
Facsimile: (202) 863-7849

*Attorneys for Plaintiff Nike, Inc.*

cc        All counsel of record (via ECF)

2