

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**Megan K. Bannigan**
Partner
mkbannigan@debevoise.com
+1 212 909 4879

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025

February 7, 2025

**BY ECF**

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

*Nike, Inc. v. StockX LLC*, No. 22 CV 983 (VC) (SN)

Dear Judge Caproni:

      The undersigned counsel represent Defendant StockX LLC ("StockX") and Plaintiff Nike Inc. ("Nike") in the above-referenced action. We write to request an adjournment of the oral argument on the parties' cross-motions for partial summary judgment currently scheduled for February 26, 2025 (ECF No. 316) to either March 3 or March 28, 2025, or a later date and time that is convenient for the Court and the parties.

      StockX respectfully seeks this adjournment due to the unavailability of StockX's lead counsel on February 26, 2025. Megan Bannigan, who is planning to argue the summary judgment cross-motions for StockX, has a pre-existing client event that day that she is chairing and that conflicts with the scheduled oral argument. Counsel for the parties have conferred regarding their respective availabilities and have confirmed that lead counsel for both parties are available on March 3 and March 28. Nike has no objection to StockX's request for an adjournment.

      This is the first request by either party to reschedule this oral argument. The parties thank the Court for its attention to this matter.

*(Remainder of page intentionally left blank)*

---

Oral argument is ADJOURNED to **Tuesday, March 4, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007

SO ORDERED.

*/s/ Valerie Caproni*   2/10/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

www.debevoise.com