UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NIKE, INC., :
:
                                 Plaintiff, :
:
          -against- : 22-CV-0983 (VEC)
:
STOCKX LLC, : ORDER
:
                             Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 4, 2025, the parties appeared for oral argument.

    IT IS HEREBY ORDERED that, for the reasons the Court set forth at oral argument, Nike's motion for partial summary judgment is GRANTED to the extent it seeks a judgment that StockX is liable for distributing counterfeit goods with respect to the four pairs of shoes it sold to Nike's investigators and the 33 pairs of shoes it sold to Roy Kim.  Nike's motion is DENIED in all other respects, and StockX's motion is DENIED in its entirety.  The Clerk of the Court is respectfully directed to terminate the open motions at Dkts. 254 and 258.

    IT IS FURTHER ORDERED that the parties must meet and confer regarding trial.  Not later than **Friday, March 14, 2025**, the parties must file a joint letter indicating how long the expected trial will be and providing three mutually convenient dates for trial between June 15, 2025, and November 15, 2025, but not during the last week of August or the first four weeks of September.  The joint letter must also indicate whether the parties would like a renewed referral to their assigned Magistrate Judge for a settlement conference.

SO ORDERED.

Date: March 4, 2025
New York, New York

_____
**VALERIE CAPRONI**
United States District Judge