```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NIKE, INC.,

                       **Plaintiff,**                  22-CV-00983 (VEC)(SN)

      -against-                               **ORDER**

STOCKX LLC,

                       **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties are directed to meet and confer whether a settlement conference would be productive at this time. The parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov as soon as possible to schedule a settlement conference if it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      July 25, 2025
                 New York, New York