UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STOCKX LLC, <br><br> Defendant. | Civil Action No.: 1:22-cv-00983-VEC |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nike, Inc. and Defendant StockX LLC ("the Parties"), by and through their undersigned counsel, hereby stipulate that all claims in the above-captioned action be dismissed with prejudice, with the parties to bear their own attorneys' fees, expenses, and costs.

SO STIPULATED AND AGREED, BY AND BETWEEN THE UNDERSIGNED.

*[signature]*

**DLA PIPER LLP (US)**

Tamar Y. Duvdevani
Marc E. Miller
Michael D. Hynes
Joshua Schwartzman
Jared Greenfield
Emily Radin
1251 Avenue of The Americas, 27th Fl.
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Michael Fluhr
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Jane W. Wise
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4149
Facsimile: (202) 863-7849

*Attorneys for Plaintiff Nike, Inc.*

Megan K. Bannigan
David H. Bernstein
Jyotin Hamid
Daniel M. Gitner
Christopher S. Ford
Kathryn C. Saba
**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000

Rob Potter
Briggs M. Wright
**Kilpatrick Townsend & Stockton LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8733

Jeffrey B. Morganroth
**Morganroth & Morganroth, PLLC**
344 N. Old Woodward Ave, #200
Birmingham, MI 48075
Telephone: (248) 864-4001

*Attorneys for Defendant StockX LLC*

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Valerie E. Caproni
United States District Court Judge

| | |
|---|---|
| */s/*_____<br>**DLA PIPER LLP (US)**<br><br>Tamar Y. Duvdevani<br>Marc E. Miller<br>Michael D. Hynes<br>Joshua Schwartzman<br>Jared Greenfield<br>Emily Radin<br>1251 Avenue of The Americas, 27th Fl.<br>New York, NY 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br><br>Michael Fluhr<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br>Telephone: (415) 836-2500<br>Facsimile: (415) 836-2501<br><br>Jane W. Wise<br>500 Eighth Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 799-4149<br>Facsimile: (202) 863-7849<br><br>*Attorneys for Plaintiff Nike, Inc.* | */s/* Megan K. Bannigan<br>Megan K. Bannigan<br>David H. Bernstein<br>Jyotin Hamid<br>Daniel M. Gitner<br>Christopher S. Ford<br>Kathryn C. Saba<br>**Debevoise & Plimpton LLP**<br>66 Hudson Boulevard<br>New York, New York, 10001<br>Telephone: (212) 909-6000<br><br>Rob Potter<br>Briggs M. Wright<br>**Kilpatrick Townsend & Stockton LLP**<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 775-8733<br><br>Jeffrey B. Morganroth<br>**Morganroth & Morganroth, PLLC**<br>344 N. Old Woodward Ave, #200<br>Birmingham, MI 48075<br>Telephone: (248) 864-4001<br><br>*Attorneys for Defendant StockX LLC* |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Valerie E. Caproni
United States District Court Judge